

FILED by _____ D.C.
ELECTRONIC

June  13, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-CR-20017-WILLIAMS/SIMONTON(s)

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)(1)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(c)(I)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

MAURIN CHACON,
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"
CHRISTOPHER ALTAMIRANO,
a/k/a "Tango," a/k/a "Peter Baitz,"
RODOLFO PORTELA,
a/k/a "Papo L. Desperado,"
DAYAAN ZERQUERA,
a/k/a "Dsbf BMT Kid,"
RAYMOND MOORE,
a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"
ANGEL MARTINEZ,
a/k/a "Telly," a/k/a "Tboy,"
CHRISTIAN RAMIREZ,
a/k/a "Joker,"
MIGUEL RODRIGUEZ,
a/k/a "Fat Boy," a/k/a "Barba,"
JAMES DIXON
a/k/a "Smoke,"
KEVIN DIAZ and
NADIM GUZMAN,

Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT 1

From at least as early as in or around January 2013 through on or about June 13, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"**
**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**
**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**
**DAYAAN ZERQUERA,**
**a/k/a "Dsbf BMT Kid,"**
**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"**
**ANGEL MARTINEZ,**
**a/k/a "Telly," a/k/a "Tboy,"**
**CHRISTIAN RAMIREZ,**
**a/k/a "Joker,"**
**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba,"**
**JAMES DIXON**
**a/k/a "Smoke,"**
**KEVIN DIAZ and**
**NADIM GUZMAN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(l); all in violation of Title 21, United States Code, Section 846.

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is twenty eight grams (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(iii).

2

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of marijuana.

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethcathinone, also known as "MDMC," also known as "methylone," also known as 3,4-Methylenedioxy-N-methylcathinone.

## COUNT 2

On or about July 26, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 3

On or about November 18, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 4

On or about November 18, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana.

## COUNT 5

On or about November 18, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron" and**
**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 4 of this Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.

4

### COUNT 6

On or about November 21, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 7

On or about November 21, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section and 841(a)(1), as charged in Count 6 of this Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.

### COUNT 8

On or about November 22, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"**

5

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 9

On or about December 6, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 10

On or about December 13, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

6

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 11

On or about December 17, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 12

On or about January 9, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

7

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 13

On or about January 16, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 14

On or about January 23, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

8

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 15

On or about January 28, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 16

On or about February 5, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethcathinone, also known as "MDMC," also known as "methylone," also known as 3,4-Methylenedioxy-N-methylcathinone.

### COUNT 17

On or about February 6, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"**
**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna," and**
**ANGEL MARTINEZ,**
**a/k/a "Telly," a/k/a "Tboy,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 18

On or about February 11, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MIGUEL RODRIGUEZ**
**a/k/a "Fat Boy," a/k/a "Barba,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 19

On or about February 18, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron" and**
**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 20

On or about February 19, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron" and**
**MIGUEL RODRIGUEZ**
**a/k/a "Fat Boy," a/k/a "Barba,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 21

On or about February 25, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 22

On or about February 25, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 23

On or about March 25, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna," and**
**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 24

On or about April 1, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba," and**

13

**JAMES DIXON**
**a/k/a "Smoke,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 25

On or about April 3, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**CHRISTIAN RAMIREZ,**
**a/k/a "Joker," and**
**DAYAAN ZERQUERA,**
**a/k/a "Dsbf BMT Kid,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 26

On or about April 3, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAYAAN ZERQUERA,**
**a/k/a "Dsbf BMT Kid,"**

14

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 27

On or about April 3, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**
**DAYAAN ZERQUERA,**
**a/k/a "Dsbf BMT Kid," and**
**CHRISTIAN RAMIREZ,**
**a/k/a "Joker,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 25 of this Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 28

On or about April 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

15

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 29

On or about April 10, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba," and**
**KEVIN DIAZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 30

On or about April 15, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

16

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 31

On or about April 24, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MIGUEL RODRIGUEZ,**
**a/k/a "Fat Boy," a/k/a "Barba,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 32

On or about May 1, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

**COUNT 33**

On or about May 2, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

**COUNT 34**

On or about May 2, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

18

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 35

On or about May 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### FORFEITURE ALLEGATIONS

A.      The allegations of Counts 1 through 35 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

B.      Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1) or 846 alleged in this Superseding Indictment, the defendants shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

19

C.    Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1) or 924(c) alleged in this Superseding Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 28, United States Code, Section 2461(c), Title 18 United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
IGNACIO J. VAZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 14-CR-20017-WILLIAMS(s) |

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

MAURIN CHACON, et al.,

Defendants.
_____ /

**Superseding Case Information:**

Court Division: (Select One)

| _x_ | Miami | _____ | Key West |
| _____ | FTL | _____ | WPB | _____ | FTP |

New Defendant(s)        Yes _x_    No _____
Number of New Defendants        10
Total number of counts        32

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take     14-21     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I | 0 to 5 days | _____ |
   | II | 6 to 10 days | _____ |
   | III | 11 to 20 days | _____ |
   | IV | 21 to 60 days | X |
   | V | 61 days and over | _____ |

   (Check only one)

   | Petty | _____ |
   | Minor | |
   | Misdem. | |
   | Felony | X |

6. Has this case been previously filed in this District Court?  (Yes or No)     Yes
   If yes:
   Judge:                                Case No.     14-CR-20017-WILLIAMS
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     Yes
   If yes:
   Magistrate Case No.     _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of     _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____     District of     _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes     _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     _x_ No

_____
IGNACIO J. VAZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 16275

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   MAURIN CHACON, a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 5, 7 and 27

Possession of a Firearm During or in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)

**\*Max. Penalty:** Life Imprisonment

Count #: 10, 11, 16, 17, 19, 20, 21 and 33

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

Count #: 22

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   CHRISTOPHER ALTAMIRANO, a/k/a "Tango," a/k/a "Peter Baitz"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisment

Count #: 12, 13, 14, 15, 32, 34 and 35

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 40 years Imprisment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   RODOLFO PORTELA, a/k/a "Papo L. Desperado"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 2 and 3

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(e)(1)

**\*Max. Penalty:** Life Imprisonment

Count #: 4

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

Count #: 5

Possession of a Firearm During or in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)

**\*Max. Penalty:** Life Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   DAYAAN ZERQUERA, a/k/a "Dsbf BMT Kid"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 25

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

Count #: 26

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years Imprisonment

Count #: 27

Possession of a Firearm During or in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)

**\*Max. Penalty:** Life Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   RAYMOND MOORE, a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

   Conspiracy to Possess a Controlled Substance with Intent to Distribute

   Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 8, 9, 17, 19 and 23

   Possession of a Controlled Substance with Intent to Distribute

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment


**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   ANGEL MARTINEZ, a/k/a "Telly," a/k/a "Tboy"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 17

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   CHRISTIAN RAMIREZ, a/k/a "Joker"

**Case No:**  14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 25

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

Count #: 27

Possession of a Firearm During or in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)

**\*Max. Penalty:** Life Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   MIGUEL RODRIGUEZ, a/k/a "Fat Boy," a/k/a "Barba"

**Case No:**  14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 years Imprisonment

Count #: 18, 20, 23, 24, 28, 29, 30 and 31

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   JAMES DIXON, a/k/a "Smoke"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 24

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   KEVIN DIAZ, a/k/a "P Low"

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

Count #: 29

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 years Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   NADIM GUZMAN

**Case No:**   14-CR-20017-WILLIAMS/SIMONTON(s)

Count #: 1

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 years Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**