ARW:yw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILIAMS

UNITED STATES OF AMERICA,

vs.

RODOLFO PORTELA, et al.,

       Defendant(s).
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives Notice that Assistant U.S. Attorney Arimentha R. Walkins has been assigned to this case with responsibility for matters related to the criminal forfeiture.

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

By:   s/*Arimentha R. Walkins*
        ARIMENTHA R. WALKINS
        ASSISTANT U.S. ATTORNEY
        Florida Bar No. 0897787
        99 NE 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Tel.:  (305) 961-9091
        Fax:  (305) 536-4089
        Email: arimentha.walkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14, 2014, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                                s/*Arimentha R. Walkins*
                                                Arimentha R. Walkins
                                                Assistant United States Attorney