UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachments to this response included one (1) compact disc part of the 2nd discovery production containing pgs. 1260-9299 sent on July 2nd, 2014 to defense counsel, three (3) compact discs part of the 3rd discovery production labeled Audio/Video Files Disc 1, 2 and 3 containing audio/video files sent on July 3rd, 2014 to defense counsel and two (2) compact discs part of the 4th discovery production labeled Audio/Video Files Disc 4 and 5 containing audio/video files sent on July 8th, 2014 to defense counsel.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
    Ignacio J. Vázquez, Jr.
    Assistant United States Attorney
    Florida Bar No. 16275
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9318
    Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent by USPS Certified Mail or hand delivered on all counsel of record or pro se parties.

      /s/Ignacio J. Vázquez, Jr.
      Assistant United States Attorney