UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)

UNITED STATES OF AMERICA,        )
                                 )
                                 )
vs.                              )
                                 )
                                 )
MAURIN CHACON, et al.            )
                                 )
    Defendants.                  )
                                 )
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes three (3) compact discs. The first disc contains FDC inmate Jail calls, the second disc contains Search Warrant records from Facebook, Instagram and Metro Pcs and the third disc contains a brawl that took place in Miami, FL sent to defense counsel(s) on August 8th, 2014 via USPS Certified mail.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
      Ignacio J. Vázquez, Jr.
      Assistant United States Attorney
      Florida Bar No. 16275
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9318
      Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent via USPS Certified Mail on August 8th, 2014, to all counsel of record or pro se parties.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney