UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| MAURIN CHACON, et al. | ) |
| | ) |
|     Defendants. | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes two (2) compact discs. The first disc contains Sprint Search Warrant results, and the second disc contains documents pertaining to Luis Salas and a shooting that took place at 428 NW and 11 Avenue. The materials were sent to defense counsel(s) on August 15th, 2014 via USPS Certified mail.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
    Ignacio J. Vázquez, Jr.
    Assistant United States Attorney
    Florida Bar No. 16275
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9318
    Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent via USPS Certified Mail on August 15th, 2014, to all counsel of record or pro se parties.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney