UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

MAURIN CHACON,
    a/k/a "Tiny", a/k/a "Peludo", a/k/a "Young Patron",
CHRISTOPHER ALTAMIRANO,
    a/k/a "Tango", a/k/a "Peter Baitz",
RODOLFO PORTELA,
    a/k/a "Papo L. Desperado",
DAYAAN ZERQUERA,
    a/k/a "Dsbf BMT Kid",
RAYMOND MOORE,
    a/k/a "Flaco", a/k/a "Dinero Banks", a/k/a "Young Gunna",
ANGEL MARTINEZ,
    a/k/a "Telly", a/k/a "Tboy",
CHRISTIAN RAMIREZ
    a/k/a "Joker",
MIGUEL RODRIGUEZ,
    a/k/a "Fat Boy", a/k/a "Barba",
JAMES DIXON,
    a/k/a "Smoke",
KEVIN DIAZ and
NADIM GUZMAN

          Defendants.
_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL

The United States of America for the Southern District of Florida gives notice that the undersigned Assistant United States Attorney will be appearing as co-counsel in the above captioned case.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/*Ilham A. Hosseini*
ILHAM A. HOSSEINI
Assistant United States Attorney
Court No. A5501904
JLK Federal Justice Building
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: 305-961-9297
Facsimile: 305-536-4699
Email: Ilham.Hosseini@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on August 18, 2014, the undersigned electronically filed the foregoing document, Notice of Appearance as Co-Counsel, with the Clerk of the Court using CM/ECF.

*s/Ilham A. Hosseini*
Assistant United States Attorney