UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

IN RE SEALED INDICTMENT
_____/

FILED by ____ D.C.
OCT 03 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SEAL UNDER SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Second Superseding Indictment, arrest warrants, and any resulting order be SEALED until the arrest of the defendants or until further order of this court, except that the United States Attorney's Office may obtain copies of the Second Superseding Indictment, arrest warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee, and the integrity of the ongoing investigation might be compromised. The United States also request authorization to inform the District Court of the Second Superseding Indictment's return.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 N.E. 4th Street
Miami, FL 33132
(305) 961- 9318 Office
(305) 530- 7976 Facsimile