UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

FILED by ___ D.C.
OCT 03 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the Second Superseding Indictment, arrest warrants, the government's motion to seal, and this order shall be filed under seal until the arrest of the defendants or until further order of this Court. However, the United States Attorney's Office may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause. Further, the United States is granted leave to inform the District Court of the Second Superseding Indictment's return.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of October, 2014.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
Ignacio J. Vázquez, Jr.
Assistant United States Attorney