UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20017-CR-WILLIAMS(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

V.

CHRISTOPHER ALTAMIRANO
and RAYMOND MOORE,

        Defendants.            /

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon

ORDERED AND ADJUDGED as follows: PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY *PARTIALLY UNSEALED* as to CHRISTOPHER ALTAMIRANO AND RAYMOND MOORE ONLY.

DONE AND ORDERED at Miami, Florida this __6th__ day of __OCTOBER__, 2014.

                                                   /s/ EDWIN G. TORRES
                                                   EDWIN G. TORRES
                                                   UNITED STATES MAGISTRATE JUDGE