UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-20017-CR-WILLIAMS(s)(s) (SEALED)

UNITED STATES OF AMERICA,
   Plaintiff,

V.

Luis Salas, ET AL
   Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 10/8/2014

Jonathan Goodman
**UNITED STATES MAGISTRATE JUDGE**