UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)(s)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes one (1) compact disc. The disc contains FDC inmate emails, DHSMV records and property receipts bate stamped 009312 - 009532. The materials have been sent to defense counsel(s) on October 16th, 2014 via USPS Certified mail.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent via USPS Certified Mail on October 16th, 2014, to all counsel of record or pro se parties.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney