## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS(s)(s)

UNITED STATES OF AMERICA,                )
                                         )
                                         )
vs.                                      )
                                         )
                                         )
MAURIN CHACON, et al.                    )
                                         )
     Defendants.                         )
                                         )
_____/

### GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
### THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes police reports, 911 records and etc. bate stamped 009533 - 009637. The materials have been sent to defense counsel(s) on October 22, 2014 via electronic correspondence.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through

CM/ECF and any attachments have been sent via electronic correspondence on October 22, 2014,

to all counsel of record or pro se parties.


 /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney