UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MAURIN CHACON,
CHRISTOPHER ALTAMIRANO,
DAYAAN ZERQUERA,
RAYMOND MOORE,
LUIS SALAS,
CARLOS TINOCO,
CHRISTIAN RAMIREZ,
JAMES DIXON,
STEVEN CASTRO,
DWIGHT FORTE,
JAY ANTHONY FLORES,
FERNANDO DARCE,
MARIO BALBOA

Defendants,

_____/

### ORDER

Pursuant to the Court's ruling at the October 31, 2014 Status Conference, this case is **RESET** for trial during the two-week trial period of **February 9, 2015.** Calendar Call is **SET** for Tuesday, **February 3, 2014 at 11:00 a.m**. before the undersigned at 400 North Miami Avenue, Courtroom 11-3.

**IT IS FURTHER ORDERED** that the following deadlines have been set and/or modified in this case:

1. By November 5, 2014, the Government shall identify the storage space required, in bytes, for the pole camera video referenced in the October 31, 2014 hearing.

2. By November 10, 2014, each Defendant that wants a copy of the pole camera video shall provide the Government with hard drives with appropriate storage capacity for the video.

3. CJA budgets must be filed by November 12, 2014.

4. By November 21, 2014, the Government shall provide a more specific statement of the 404(b) evidence it intends to introduce at trial, including copies of any arrest forms, complaints and judgments, and convictions of prior offense conduct. If the similar act conduct is undocumented in any way, the Government must provide the times, dates, and places of the conduct along with any other identifying information.

5. By December 5, 2014, the Government shall provide all discovery to all defendants. Moreover, any CDs provided to the Defendants must be accompanied by an index identifying the contents in such a way that the CDs are easily searchable and readable.

6. All motions shall be filed by December 22, 2014.

**DONE AND ORDERED** in chambers in Miami, Florida, this \_\_\_ day of November, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE