UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| MAURIN CHACON, et al. | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes one (1) video labeled R.P.Facebook.Posted.1023.2013.Recovered.11.12.2014.mp4. The video was sent to defense counsel on November 14, 2014 via electronic mail.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent via electronic mail on November 14, 2014, to all counsel of record or pro se parties.

      /s/Ignacio J. Vázquez, Jr.
      Assistant United States Attorney