UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.　　　　　　　　　　　　　　　CASE NO.: 14-20017-CR-WILLIAMS(s)(s)

CHRISTOPHER ALTAMIRANO,

    Defendant.
_____/

## **DEFENDANT'S SPECIFIC MOTION TO ADOPT SALAS' MOTION IN LIMINE**

COMES NOW the Defendant CHRISTOPHER ALTAMIRANO by and through his undersigned counsel and files this motion to adopt co-defendant Luis Salas' Motion in Limine and its incorporated memorandum of law (DE #377) and in support thereof states as follows:

1. That on November 17, 2014, this defendant received a copy of a motion filed on behalf of co-defendant Luis Salas which sought to exclude the government's use of a video of a fight between two women pursuant to Fed. R. Evid. 403. (DE #377)

2. These grounds are also applicable to the Defendant based on identical reasons.

3. The facts and circumstances as set out within the motions seeking to be adopted are identical to the factual scenario for this Defendant and are accurately set forth within that motion as they would apply to this Defendant and the specific highly prejudicial video sought to be prohibited from use.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court grant the instant motion.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 19th day of November 2014.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ALTAMIRANO
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*

   */s/ Philip R. Horowitz, Esquire*
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557