UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-Cr-Williams/Simonton(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODOLFO PORTELA, et al.

        Defendant.
_____/

**MOTION TO ADOPT CO-DEFENDANT LUIS SALAS'**
**MOTION IN LIMINE TO EXCLUDE VIDEO (DE 377)**

        The defendant. Rodolfo Portela, through undersigned counsel, files this motion to adopt co-defendant Luis Salas' Motion in Limine and its incorporated memorandum of law (DE #377) and in support thereof states as follows:

        1.     The motion filed by defendant Luis Salas is likewise applicable to the defendant Portela.

        2.     The grounds set forth in co-defendant Luis Salas' motion are applicable to the defendant Portela and are incorporated by reference.

        3.     The video is highly prejudicial and outweighs any probative value it may have other than to inflame and mislead the jury.

WHEREFORE, the defendant, Rodolfo Portela, moves to join and adopt the Motion in Limine filed by Defendant Luis Salas.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:  s/ Paul M. Korchin
     Paul M. Korchin
     Assistant Federal Public Defender
     Florida Bar No. 203971
     150 West Flagler Street
     Suite 1700
     Miami, Florida 33130-1556
     Tel:  305-530-7000/Fax:  305-536-4559
     E-Mail Address: Paul_Korchin@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2014, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

    s/ Paul M. Korchin
Paul M. Korchin

**SERVICE LIST**

**United States of America  v. Rodolfo Portela**

**Case No.  14-20017-Cr-Williams/Simonton(s)(s)**

**United States District Court, Southern District of Florida**

| | |
|---|---|
| Paul M. Korchin, AFPD | Ignacio Vazquez, AUSA |
| Paul_Korchin@fd.org | Ignacio.Vazquez@usdoj.gov |
| Federal Public Defender's Office | United States Attorney's Office |
| 150 West Flagler Street | 99 N.E. 4th Street |
| Suite 1700 | Suite 600 |
| Miami, Florida 33130 | Miami, Florida 33132 |
| Telephone: 305/530-7000 | Telephone: 305/961-9000 |
| Facsimile: 305/536-4559 | Facsimile: 305/530-7976 |
| Attorney for Defendant | Attorney for United States |
| CM/ECF | CM/ECF |

J:\Portela, Rodolfo Reg04702-104\Pleadings\Motion to Adopt Co-Defendant Salas Motion in Limine to Exclude Video DE #377.wpd