# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS(s)(s)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes 404(b) notice records. The attachment was sent to defense counsel on November 21, 2014 via electronic mail.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

   By: /s/ Ignacio J. Vázquez, Jr.
      Ignacio J. Vázquez, Jr.
      Assistant United States Attorney
      Florida Bar No. 16275
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9318
      Fax: (305) 530-7976

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent via electronic mail on November 21, 2014, to all counsel of record or pro se parties.

      /s/Ignacio J. Vázquez, Jr.
      Assistant United States Attorney