**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-20017-CR-WILLIAMS(s)(s)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| _____/ | |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO**
**THE STANDING DISCOVERY ORDER –RECENTLY RECEIVED STATEMENTS OF**
**RODOLFO PORTELA**

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response.

The government has recently received information from a civilian witness that defendant Rodolfo Portela has made statements acknowledging possession of the firearms as alleged in the indictment, engaging in shootings and participating in drug trafficking through his association with the co-defendants and uncharged members of the conspiracy. The witness has also advised the government that Portela has made statements acknowledging his criminal gang association and soliciting assistance with the extortion of inmates housed in the Federal Bureau of Prison's custody.

These statements will be offered by the government as admissions, and alternatively under the doctrine inextricably intertwined evidence or Rule 404(b).

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:  /s/ Ignacio J. Vázquez, Jr.
          Ignacio J. Vázquez, Jr.
          Assistant United States Attorney
          Florida Bar No. 16275
          99 Northeast 4th Street
          Miami, Florida 33132-2111
          Tel: (305) 961-9318
          Fax: (305) 530-7976

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent via electronic mail on December 1, 2014, to all counsel of record or pro se parties.

          /s/Ignacio J. Vázquez, Jr.
          Assistant United States Attorney