UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

        **Defendants.**
_____/

**GOVERNMENT'S AMENDED NOTICE OF
INEXTRICABLY INTERTWINED EVIDENCE**

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Amended Notice of Intent to Introduce Inextricably Intertwined Evidence.

**A. Background**

The government relies on its prior factual recitation in support of its notices of inextricably intertwined and Rule 404(b) evidence in support of this filing. The government previously noticed that its case-in-chief will contain evidence, such as witness testimony, text messaging, social media, video surveillance, physical evidence, undercover recordings and jail house recordings establishing that the defendants committed acts during the course of conspiracy tied to the operation of criminal enterprise as alleged in the Second Superseding Indictment. These activities relate to the operation of a criminal enterprise, frequently operating under the name the Big Money Team or the moniker "BMT." The BMT is alleged to have engaged in violent and obstructive acts associated with furtherance of its drug trafficking activities, including firearm related offenses. The defendants are alleged members or associates of the BMT.

The government intends to elicit the testimony from civilians and cooperating defendants who have seen the defendants engage in the above described activities. The above events include

criminal acts which were both reported and unreported to authorities. The unreported activities cannot be pegged to a specific date and time. However, the government's witnesses have reported that the offenses occurred within the time frame charged in the Second Superseding indictment or in connection to the criminal enterprise's operation. The witnesses will also testify to defendants' statements regarding the above activities.

The matters addressed by this notice relate to acts by the charged defendants pending trial showing operation of criminal enterprise and is thus tendered subject to the doctrine of inextricably intertwined with the commission of the charged offenses, although the government submits the conduct is also admissible under Rule 404(b). *See United States v. Cody*, 460 Fed. Appx. 825, 827 (11th Cir. 2012) ("If evidence is not extrinsic under Rule 404(b), then notice is not required.") (*citing United States v. Leavitt,* 878 F.2d 1329, 1339 (11th Cir. 1989). Where possible, through this notice the government seeks to provide notice of both documented and undocumented offenses, to provide insight into the nature of the government's inextricably intertwined evidence. This notice does not document every act of every member or associate of the BMT. Further, the government asserts that identified criminal acts are also alternatively admissible under Rule 404(b).

**B.  The Documented Inextricably Intertwined Events**

The government seeks to introduce evidence of the criminal episodes listed below under the doctrine of inextricably intertwined evidence, or alternatively pursuant to Rule 404(b). These episodes are documented in materials previously provided to the defense in discovery.

In addition to the events described below, the government will rely on witness testimony, cooperating defendant testimony, text messaging, social media communications, undercover

recordings and jail house phone calls documenting the defendants participation in the drug conspiracy.

1. August 22, 2008, narcotics activity involving Maurin Chacon.

2. June 7, 2009, narcotics activity involving Maurin Chacon and Alioth Salas.

3. October 11, 2009, robbery involving Maurin Chacon and Alioth Salas.

4. May 6, 2010, narcotics activity involving Luis Salas.

5. May 15, 2010, assault activity involving Alioth Salas and multiple assailants.

6. June 11, 2010, narcotics activity involving Maurin Chacon.

7. June 23, 2010, trespass incident involving Maurin Chacon and Luis Salas.

8. May 21, 2011, narcotics activity involving Raymond Moore and Carlos Tinoco.

9. September 28, 2011, narcotics activity involving Rodolfo Portela.

10. December 11, 2011, narcotics activity involving Maurin Chacon.

11. June 4, 2012, trespass incident involving Christopher Altamirano.

12. July 17, 2012, aggravated assault with firearm discharge incident involving Maurin Chacon and multiple other assailants.

13. August 2, 2012, narcotics activity involving Christopher Ramirez and Dwight Forte.

14. August 8, 2012, narcotics activity involving Joel Diaz.

15. August 27, 2012, burglary incident involving Joel Diaz.

16. September 6, 2012, narcotics activity involving Jay Flores.

17. September 08, 2012, narcotics activity involving Joel Diaz.

18. October 13, 2012, narcotics activity involving Christopher Altamirano.

19. December 7, 2012, trespass incident involving Joel Diaz.

20. December 13, 2012 narcotics activity involving Carlos Tinoco.

21. January 17, 2013, trespass incident involving Maurin Chacon.

22. March 27, 2013, narcotics activity involving Luis Salas.

23. April 4, 2013, narcotics activity involving defendant Christopher Altamirano.

24. May 24, 2013, prostitution activity involving Christopher Altamirano and Maurin Chacon.

25. May 28, 2013, firearm and narcotics activity involving Christopher Altamirano.

26. June 4, 2013, narcotics activity involving Raymond Moore.

27. June 19, 2013, narcotics activity involving Carlos Tinoco.

28. June 27, 2013, firearm possession involving defendant Rodolfo Portela.

29. July 3, 2013, narcotics activity involving Joseph Thompson.

30. July 4, 2013, assault activity involving Joseph Thompson and Maurin Chacon.

31. July 18, 2013, prostitution activities involving Alioth Salas.

32. July 26, 2013, narcotics and firearm activity involving Maurin Chacon, Rodolfo Portela and Luis Salas.

33. September 20, 2013, narcotics activity involving Luis Salas.

34. November 18, 2013, narcotics and firearm activity involving defendant Rodolfo Portela.

35. November 18, 2013, robbery conspiracy involving Steven Castro.

36. November 20-21, 2013, narcotics, firearm and robbery activity involving Maurin Chacon, Christopher Altamirano, Joseph Thompson, Carlos Tinoco, Joel Diaz and Dwight Forte.

37. November 22, 2013, assault, obstruction of justice and witness tampering by Maurin Chacon and Carlos Tinoco.

38. November 22, 2013 2014, narcotics activity involving Raymond Moore.

39. December 6, 2013, narcotics activity involving Raymond Moore.

40. December 13, 2013, narcotics activity involving Maurin Chacon and Raymond Moore.

41. December 17, 2013, narcotics activity involving Maurin Chacon and Joel Diaz.

42. January 9, 2014, narcotics activity involving Christopher Altamirano and Maurin Chacon.

43. January 16, 2014, narcotics activity involving Christopher Altamirano.

44. January 23, 2014, narcotics activity involving Christopher Altamirano.

45. January 24, 2014, narcotics activity involving Maurin Chacon, Christopher Altamirano, Dayan Zerquera, Luis Salas, Raymond Moore and uncharged co-conspirators.

46. January 25, 2014, assault involving Maurin Chacon.

47. January 28, 2014 narcotics activity involving Maurin Chacon and Christopher Altamirano and Luis Salas.

48. January 30, 2014, trespass and loitering incident involving Maurin Chacon and Luis Salas

49. February 5, 2014, narcotics activity involving Maurin Chacon.

50. February 6, 2014, narcotics activity involving Maurin Chacon, Christopher Altimirano and Raymond Moore.

51. February 18, 2014, narcotics activity involving Maurin Chacon and Raymond Moore.

52. February 19, 2014, narcotics activity involving Maurin Chacon.

53. February 25, 2014, narcotics and firearm activity involving Maurin Chacon.

54. March 25, 2014, narcotics activity involving Raymond Moore.

55. April 1, 2014, narcotics activity involving James Dixon.

56. April 3, 2014, narcotics and firearm activity involving Daayan Zerquera and Christopher Ramirez.

57. April 15, 2014, narcotics activity involving Mario Balboa.

58. May 1, 2014, narcotics and firearm activity involving Christopher Altamirano and Christopher Ramirez.

59. May 2, 2014, narcotics activity involving Maurin Chacon and Christopher Altamirano.

60. May 3, 2014, attempted murder incident occurring at 428 Northwest 11th Avenue, Miami, Florida.

61. May 7, 2014, statement acknowledging firearm, robbery spree and narcotics activity involving Roberto Darce.

62. May 8, 2014, narcotics activity involving defendant Christopher Altamirano.

63. May 31, 2014, carjacking incident involving defendant Luis Salas.

64. June 6, 2014, field interview contact involving Alioth Salas and Joel Diaz.

65. September 1, 2014, narcotics activity involving defendant Alioth Salas.

## CONCLUSION

The United States respectfully requests that the Court allow it to introduce the proposed inextricably intertwined evidence in its case-in-chief at trial.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY
>
>By: /s/ Ignacio J. Vázquez, Jr.
>Ignacio J. Vázquez, Jr.
>Assistant United States Attorney
>Florida Bar No. 16275
>U.S. Attorney's Office - SDFL
>99 Northeast Fourth Street, 6th Floor
>Miami, Florida 33132-2111
>Telephone: (305) 961-9318
>Facsimile: (305) 536-4699
>E-mail: ignacio.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record on December 4, 2014.

>/s/ Ignacio J. Vázquez, Jr.
>Ignacio J. Vázquez, Jr.
>Assistant United States Attorney