# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS(s)(s)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes two (2) compact discs containing 404(b) notice records. Disc 1 includes bate stamp 009638-010021 and disc 2 includes bate stamp 010022-010039. The attachment was sent to defense counsels on December 4th 2014 via USPS Certified Mail, hand delivered to defense counsels: Paul Maury Korchin, Richard Kevin Houlihan, William Alexander Clay and Sky E. Smith on December 3rd, 2014 and defense counsel Kenneth White picked up the discovery on December 5th, 2014.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
        Ignacio J. Vázquez, Jr.
        Assistant United States Attorney
        Florida Bar No. 16275
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9318
        Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent to defense counsels on December 4th 2014 via USPS Certified Mail, delivered to defense counsels: Paul Maury Korchin, Richard Kevin Houlihan, William Alexander Clay and Sky E. Smith on December 3rd, 2014 and defense counsel Kenneth White picked up the discovery on December 5th, 2014.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney