UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

                    Defendants.
_____/

## GOVERNMENT'S NOTICE OF PROPOSED DEFENDANT TRIAL GROUPING

The United States, by and through the undersigned Assistant United States Attorney, pursuant to the Court's instruction, hereby files this Notice of Proposed Defendant Trial Grouping. Based on the capacity to redact specified defendants statements and the amount of time defense counsel has been afforded to prepare for trial, the government asserts that no more than two trials will needed to resolve the arraigned defendants.

## THE PROPOSED DEFENDANT TRIAL GROUPING

1. **Trial A: Maurin Chacon, Christopher Altamirano, Rodolfo Portela, Dayaan Zerquera, Raymond Moore, Christian Ramirez, James Dixon, Dwight Forte, Joseph Thompson, Alioth Salas, Luis Salas, Steven Castro, Jay Anthony Florez, Fernando Roberto Darce and Mario Balboa.**

The government submits that the evidence against the above defendants can be presented in the course of a joint trial without any patent concerns.  Defendants Dayaan Zerquera, Luis Salas, Fernando Roberto Darce and Steven Castro's post-*Miranda* statements can be redacted or limited to prevent an inference of guilt through the admission of their statements. *See United States v. Taylor,* 186 F.3d 1332, 1336 (11th Cir. 1999) ("the admission of a co-defendant's statement that contains neutral pronouns does not violate the Confrontation Clause so long as the statement does not compel a direct implication of the defendant's guilt.").

At a prior status conference, the Court inquired whether defendants Thompson and A. Salas, the last members of the conspiracy to arraigned, could be tried on February 9, 2015. Defendant Thompson's delayed arraignment occurred through no fault of his own, as the coordination of his transfer from state prison to Miami was beyond his control.

Defendant A. Salas was the object of an extended search by authorities. The government's agents sought out A. Salas since the Second Superseding Indictment's return. At the time of A. Salas capture he fled from authorities when he realized undercover agents had located him.

The government asserts that the Thompson and A. Salas can be tried as part of the scheduled February 9, 2015 trial. *See United States v. Davis,* 967 F.2d 516, 518–19 (11th Cir. 1992) (holding a two-month period was sufficient preparation time); *see also United States v. Darby,* 744 F.2d 1508, 1522 (11th Cir. 1984) (holding one month of preparation for a complex criminal trial was sufficient). Defense counsel for Thompson and A. Salas have been provided with all discovery materials. Although the time frame involved in the conspiracy involves numerous alleged criminal episodes, none of the conduct is particularly complex. Rather, the defendants are alleged to have participated in a street level drug enterprise, funded by criminal activity and preserved by violence and intimidation. Alternatively, defendants A. Salas and Thompson could be tried in a third proceeding.

**2. Trial B: Carlos Tinoco.**

Defendant Tinoco's recorded statement acknowledges that he and defendant Chacon attacked Nadim Guzman in response to perceived cooperation with law enforcement in connection with robberies executed by Joseph Thompson, Christopher Altimirano and Dwight Forte.

Tinoco's statement requires a separate trial as the government's complete evidence, coupled with

even redacted admission will infer guilt upon Chacon, Altimirano, Thompson and Forte.

## CONCLUSION

The United States respectfully requests that the Court proceed with trial on February 9,

2015 against all defendants except Carlos Tinoco.

<div style="margin-left: 50%;">

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9318
Facsimile: (305) 536-4699
E-mail: ignacio.vazquez@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the

Court's CM/ECF system and sent via CM/ECF to all counsel of record on December 5, 2014.

<div style="margin-left: 50%;">

/s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney

</div>