U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

MAURIN CHACON, et al.

Gabriel Alfonso
(Miami-Dade County Corrections Jail No. 140050503)

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for Trial on February 9, 2015 at 9:00 a.m.

2. Gabriel Alfonso, Jail No. 140050503, a material witness for the United States in this case, is now confined in Miami-Dade County Training and Treatment Center at 6950 NW 41st Street, Miami, FL 33166.

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at Wilkie D. Ferguson Federal Courthouse, 400 N. Miami Avenue, Courtroom 11-3, Miami, FL 33128.

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said Gabriel Alfonso, Jail No. 140050503 and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Ignacio J. Vázquez, Jr.
Assistant United States Attorney

cc: U.S. Attorney ( Ignacio J. Vázquez, Jr.            )