U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

Gabriel Alfonso
(Miami-Dade County Corrections Jail No. 140050503)

MAURIN CHACON, et al.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   ANY UNITED STATES MARSHAL, and

WARDEN, Department of Corrections and Rehabilitation, Miami-Dade County, FL

It appearing from the petition of the United States of America that Gabriel Alfonso, Jail No. 140050503, a material witness for the United States in the above entitled case, is confined in the Miami-Dade County Training and Treatment Center at 6950 NW 41st Street, Miami, FL 33166 and that this case is set for Trial at 9:00 a.m. on February 9, 2015 and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Gabriel Alfonso, Jail No. 140050503 now in custody as aforesaid, under safe and secure conduct, before this Court at 400 N. Miami Avenue, Courtroom 11-3, Miami, FL 33128 by or before 9:00, A. M., on February 9, 2015, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Department of Corrections and Rehabilitation, Miami-Dade County, FL at 555 SE 1st Avenue, Ft. Lauderdale, FL 33301 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Gabriel Alfonso, Jail No. 140050503 for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami, this 08 day of December, 2014

JONATHAN GOODMAN, UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney ( Ignacio J. Vázquez, Jr. )
      U.S. Marshal (3 certified copies)
      Chief Probation Officer