## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS(s)(s)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| **Defendants.** | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes one (1) compact discs containing Alioth Salas post arrest interview. The attachment was sent to defense counsels on December 17th, 2014 via USPS Certified Mail, and previously hand delivered to defense counsel: Deric Zacca.

                                                    Respectfully submitted,

                                                    WIFREDO A. FERRER
                                                    UNITED STATES ATTORNEY

                        By:    /s/ Ignacio J. Vázquez, Jr.
                                Ignacio J. Vázquez, Jr.
                                Assistant United States Attorney
                                Florida Bar No. 16275
                                99 Northeast 4th Street
                                Miami, Florida 33132-2111
                                Tel: (305) 961-9318
                                Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent to defense counsels on December 17th, 2014 via USPS Certified Mail, and previously hand delivered to defense counsel: Deric Zacca.

      /s/Ignacio J. Vázquez, Jr.
      Assistant United States Attorney