UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

        Defendants.
_____/

## GOVERNMENT'S NOTICE OF CODED AND SLANG TERMS AND PHRASES

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Coded and Slang Terms it anticipates will be addressed at trial as presented below or in a related spelling. The government anticipates further terms and phrases may be identified should additional defendants become government witnesses. The terms and phrases identified herein are derived from text message communication, social media search warrant returns, jail house communications and cooperating defendant interviews. The source materials have been provided in discovery.

## THE TERMS AND PHRASES

1.) 8ball;
2.) Ball;
3.) Banger;
4.) Bang;
5.) Banging;
6.) Bicycles;
7.) Cats;
8.) Clear;
9.) Clean;
10.) Come up;
11.) Connect;

| | |
|---|---|
| 12.) | Chopper; |
| 13.) | Crackers; |
| 14.) | Crib; |
| 15.) | Custos; |
| 16.) | Double Up; |
| 17.) | Dub; |
| 18.) | Fam; |
| 19.) | Flip; |
| 20.) | Fire; |
| 21.) | G; |
| 22.) | G-code; |
| 23.) | Hammer; |
| 24.) | Hitta(s); |
| 25.) | Kush; |
| 26.) | Plug; |
| 27.) | Purp diesel; |
| 28.) | Levis; |
| 29.) | Lick; |
| 30.) | Molly; |
| 31.) | Monkeys; |
| 32.) | Missions; |
| 33.) | Naked |
| 34.) | On deck; |
| 35.) | Peep game; |
| 36.) | Plug; |
| 37.) | Slabs; |
| 38.) | Snow; |
| 39.) | Sticking; |
| 40.) | Strapped; |
| 41.) | Thing; |
| 42.) | Set; |
| 43.) | Spot; |
| 44.) | Trap; |
| 45.) | Triple stacks; |
| 46.) | Toy; |
| 47.) | Wetting; |
| 48.) | Whip; |
| 49.) | White; |
| 50.) | Work; and |
| 51.) | Yellow |

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9318
Facsimile: (305) 536-4699
E-mail: ignacio.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record on December 18, 2014.

/s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney