UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

        Defendants.
_____/

## GOVERNMENT'S AMENDED NOTICE OF EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides this amended notice pursuant to Fed. R. Crim. P. 16(a)(1)(E) of the Government's intent to use expert testimony in its case-in-chief at trial, and states as follows:

1. **Clarabelle Hodgfon, Miami-Dade Police Department ("MDPD").** Clarabelle Hodgfon serves as a fingerprint analyst with the MDPD. Ms. Hodgfon has completed numerous training programs in the fields of forensic science, including specific education regarding fingerprint identification. During her career, Ms. Hodgfon has analyzed hundreds of fingerprints for comparison.

   Ms. Hodgfon will testify in the above-captioned matter. The substance of Ms. Hodgfon's testimony will address the comparison of the defendant fingerprints to prior convictions.

2. **Ken Wyatt, Miami-Dade Police Department ("MDPD").** Ken Wyatt serves as a fingerprint analyst with the Miami-Dade Police Department. Mr. Wyatt has completed numerous training programs in the fields of forensic science, including specific education regarding fingerprint identification. During his career, Mr. Wyatt has analyzed

hundreds of fingerprints for comparison.

Mr. Wyatt will testify in the above-captioned matter. The substance of Mr. Wyatt's testimony will address the comparison of the defendant fingerprints to prior convictions.

3. **Javier Ribas, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").** Javier Ribas serves as a Special Agent with ATF. Agent Ribas has completed numerous training programs in the field of firearms and ammunition. During his career in law enforcement, Agent Ribas has examined hundreds of firearms and ammunition rounds for the purpose of determining the items point of origination and determining movement in interstate commerce.

Agent Ribas will testify in the above-captioned matter. The substance of Agent Ribas' testimony will address the subject firearm and ammunition rounds movement in interstate commerce and the value of these items.

4. **Jason Stankiewicz, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").** Jason Stankiewicz serves as a Special Agent with the ATF. Agent Stankiewicz has completed numerous training programs in the field of firearms and ammunition. During his career in law enforcement, Agent Stankiewicz has examined hundreds of firearms and ammunition rounds for the purpose of determining the items point of origination and determining movement in interstate commerce.

Agent Stankiewicz will testify in the above-captioned matter. The substance of Agent Stankiewicz' testimony will address the subject firearm and ammunition rounds movement in interstate commerce and the value of these items.

5. **Olga Saavedra, Miami-Dade Police Department ("MDPD").** Olga Saavedra serves as a criminalist in the Forensic Biology Section for the MDPD. Ms. Saavedra has participated in training programs in the field of forensic science, including education concerning the identification and analysis of biological evidence, such as DNA. Ms. Saavedra has reviewed hundreds of pieces of evidence for the identification of biological evidence such as DNA.

    Ms. Saavedra will testify in the above-captioned matter. The substance of Ms. Saavedra's testimony will address biological evidence, the circumstances conducive for the recovery of biological evidence, such as DNA and the results of her examinations in this case.

6. **Rupert Butcher, City of Miami Police Department ("MPD").** Rupert Butcher serves as a latent examiner for the MPD. Mr. Butcher has completed numerous training programs in the fields of forensic science, including education concerning the identification of latent fingerprints. During his career, Mr. Butcher has reviewed hundreds of pieces of evidence and latent fingerprints.

    Mr. Butcher will testify in the above-captioned matter. The substance of Mr. Butcher's testimony will address latent fingerprints and the surfaces conducive for the identification of latent fingerprints.

7. **Tony Fernandez, National Insurance Crime Bureau ("NICB").** Tony Fernandez serves as a Special Agent with the NICB. Agent Fernandez has completed training programs in the field of automobile point of origination, and courses related to tracing the origin of an automobile. During his career, Agent Fernandez has examined hundreds of automobiles. Part of Agent Fernandez' examination of automobiles concerns the

origination point of examined automobiles.

Agent Fernandez will testify in the above-captioned matter. The substance of Agent Fernandez' testimony will address the movement in interstate or foreign commerce of vehicle allegedly taken in the course of a carjacking.

8. **Christopher Mayo, Special Agent, Federal Bureau of Investigation ("FBI").** Agent Mayo serves as a Special Agent with the FBI. Special Agent has served as a narcotics investigator and has completed numerous training programs hosted by local, state and federal law enforcement agencies in the fields of narcotics and advanced investigative procedures. During his career in law enforcement, Special Agent Mayo has conducted hundreds of narcotics investigations, including investigations concerning gang activity. The substance of Special Agent Mayo's testimony will address the distribution of narcotics, including the tools, tactics, and terminology used by illegal narcotics distributors. Special Agent Mayo will testify to the meaning of terms and phrases which the court deems beyond the capacity of the investigating agents. Special Agent Mayo's testimony will also address the value of the illegal narcotics involved in this matter.

9. **Caroline Milanes, Karen Wiggins, Karen Louise Bromfield, Stephen Snipes, Karen Fleisher and Sayuri Umtierrez (collectively referred to as "the Criminalists"), Miami-Dade Police Department ("MDPD").** The criminalsts serve in the MDPD. Each criminalist has completed numerous training programs in the field of narcotics identification. During their careers, each criminalist has tested hundreds of items of for the purpose of determining the presence of controlled substances.

The criminalists will testify in the above-captioned matter. The substance of the criminalists' testimony will address the presence of controlled substances in seized evidence.

Having made these disclosures, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witness' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 536-4699

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically onto the Court's CM/ECF system on December 19, 2014.

  /s/ Ignacio J. Vázquez, Jr.
Assistant United States Attorney