# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **RODOLFO PORTELA, et al.** | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

## GOVERNMENT'S AMENDED SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER (DE 586)

The United States of America, in response to the Standing Discovery Order issued in this case, files this amended supplemental response correcting the number of compact discs.

The attachment to this response includes one (1) compact disc containing monitored jail recordings identified for trial. A draft transcript of the monitored jail recordings identified for trial was previously provided to counsels of record via electronic mail.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, a true and correct copy of the foregoing was filed through CM/ECF this 24rd day of December, 2014.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney

**SERVICE LIST**

Manuel Gonzalez, Jr, Esquire
(counsel for Maurin Chacon)
2000 Ponce de Leon Boulevard, Suite 614
Coral Gables, FL 33134

Paul M. Korchin
Assistant Federal Public Defender
(counsel for Rodolfo Portela)
Federal Public Defender's Office
150 W. Flagler Street, Suite 1700
Miami, FL 33130

Joel DeFabio, Esquire
(counsel for Angel Martinez)
2420 SW 22nd Street
Miami, FL 33145

David Donet, Jr., Esquire
(counsel for James Dixon)
3250 Mary Street, Suite 406
Coconut Grove, FL 33133

Marshall D. Louis, Esquire
(counsel for Luis Salas)
Sinclair Louis & Zavertnik, P.A.
40 NW 3rd Street, Suite 200
Miami, FL 33128

William A. Clay, Esquire
(counsel for Carlos Tinoco)
11440 N. Kendall Drive
Miami, FL 33176

Joaquin Mendez, Jr., Esquire
(counsel for Dwight Forte)
Miami Tower
100 SE 2nd Street, Suite 2700
Miami, FL 33131

Sky E. Smith, Esquire
(counsel for Fernando Roberto Darce)
3059 Grand Avenue, Suite 300
Miami, FL 33133

Phillip Robert Horowitz, Esquire
(counsel for Christopher Altamirano)
Two Datran Center
9130 South Dadeland Blvd., Suite 1910
Miami, FL 33156

Kenneth H. White, Esquire
(counsel for Dayaan Zerquera)
40 NW 3rd Street, Suite 200
Miami, FL 33128-1839

Jason W. Kreiss, Esquire
(counsel for Raymond Moore)
1824 SE 4th Avenue
Fort Lauderdale, FL 33316

Anthony J. Stonick, Esquire
(counsel for Christian Ramirez)
1571 NW 13th Court
Miami, FL 33125

Deric Zacca, Esquire
(counsel for Alioth Salas)
Cabrera & Zacca, LLP
12781 Miramar Parkway, Suite 303
Miramar, FL 33027-2908

Michael G. Smith, Esquire
(counsel for Joseph Thompson)
110 SE 6th Street, Suite 1970
Fort Lauderdale, FL 33301

Richard K. Houlihan, P.A.
(counsel for Steven Castro)
Ingraham Building
25 SE 2nd Avenue, Suite 1100
Miami, FL 33131

Law Office of Herman F. Rubio, Jr.
(counsel for Jay Anthony Flores)
1107 NE 104th Street
Miami Shores, FL 33138

**SERVICE LIST** (cont.)

Jeffrey D. Marcus, Esquire
(counsel for Mario Balboa)
Marcus Nieman & Rashbaum, LLP
One Biscayne Tower
2 South Biscayne Blvd., Suite 1750
Miami, FL 33131