UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RODOLFO PORTELA, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, the following motions are hereby **REFERRED** to United States Magistrate Judge Andrea M. Simonton:

    I.    **Motions to Suppress:**    (1) Defendant Rodolfo Portela's Motion to Suppress Firearm, Ammunition and Post-Arrest Statements (DE 32); (2) Defendant Rodolfo Portela's Supplemental Motion to Suppress Statements (DE 121); (3) Defendant Dayaan Zerquera's Motion to Suppress Physical Evidence (DE 564); (4) Defendant Luis Salas's Motion to Suppress Statements and Evidence (DE 587); and (5) Defendant Jay Anthony Flores's Motion to Suppress Communications and Other Cellular Phone Records (DE 592).

    II.    **Discovery Related Motions**: (1) Defendant Maurin Chacon's Motion for Release of Brady Materials, *Kyles/Napue* (DE 567); and (2) Defendant Carlos Tinoco's Motion for Disclosure of Specific Favorable Evidence and *Giglio* Material Related to Government Witnesses (DE 615).

III.    **Other Motions**: (1) Defendant Dayaan Zerquera's Motion for Clarification of Case Number on Face of Pleading (DE 566); (2) Defendant Dayaan Zerquera's Motion for Bill of Particulars (DE 608); (3) Defendant Luis Salas's Motion for Bill of Particulars; (4) Defendant Carlos Tinoco's Motion for Bill of Particulars (DE 610); and (5) Defendant Carlos Tinoco's Amended Motion for Bill of Particulars (DE 611);

**DONE AND ORDERED** in chambers in Miami, Florida, this 5th day of January, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE