UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS/SIMONTON(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODOLFO PORTELA, et al.,

    Defendants.

_____/

## ORDER FOLLOWING SCHEDULING CONFERENCE

    This matter was before the undersigned Magistrate Judge on January 6, 2015, for a scheduling conference with respect to various motions that have been referred by the Honorable Kathleen M. Williams, United States District Judge. Based upon that hearing, it is hereby ORDERED that the following schedule is set. All proceedings shall occur at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, in Courtroom 6 on the Tenth Floor. If any Defendant elects to change his plea and thus moot one of the Motions listed below, counsel shall promptly notify the chambers of the undersigned Magistrate Judge so that the hearing can be canceled.

    1. An evidentiary hearing on Defendant Rodolfo Portela's Motion to Suppress, ECF No. [32], and Supplement to Defendant's Motion to Suppress, ECF No. [121], is set for Friday, January 9, 2015, at 8:30 a.m. The Government shall arrange for the presence of Detective Bernat and Detective D. San Juan, by subpoena or otherwise, so that they are available for examination by defense counsel. The hearing will continue during the week of January 12, 2015, if necessary. The presence of Defendant Portela is required.

    2. An evidentiary hearing on Defendant Luis Salas' Motion to Suppress, ECF No. [587] is set for Thursday, January 8, 2015, at 8:30 a.m. The presence of Defendant Luis Salas is required.

**3.     An evidentiary hearing on Defendant Dayaan Zequera's Motion to Suppress Physical Evidence, ECF No. [564] is set for Thursday, January 8, 2015, at 10:30 a.m.  The presence of Defendant Dayaan Zequera is required.  If Defendant Luis Salas is going to testify at this hearing, the U.S. Marshal shall arrange for him to remain in the cell block after the completion of his hearing so that he is available to testify.**

**4.     Oral argument on Defendant Jay Anthony Flores' Motion to Suppress, including the request for a *Franks* hearing, ECF No. [592], is set for Thursday, January 8, 2015, at 11:30 a.m.  The presence of Defendant Flores is required.**

**5.     Oral argument on Defendant Maurin Chacon's Request for Specific Kyles and Brady Material, ECF No. [567], and Defendant Carlos Tinoco's Motion for Disclosure of Specific Favorable Evidence and Giglio Material Related to Government Witnesses, ECF No. [615], is set for Wednesday, January 14, 2015, at 3:00 p.m.  The Government shall file its response to these motions on or before January 9, 2015, and the Defendants may reply on or before Tuesday, January 13, 2015 at 5:00 p.m.  These motions have been adopted by all defendants.  The presence of the Defendants is not required. If any incarcerated Defendant wishes to appear, counsel may file a request for his appearance on or before Monday, January 12, 2015, at 5:00 p.m., and the undersigned will direct the U.S. Marshal to ensure the presence of that Defendant.**

**6.     Oral argument of Defendant Luis Salas' Motion for Bill of Particulars, ECF No. [578], Defendant Dayaan Zerquera's Motion for Bill of Particulars, ECF No. [608], and Defendant Carlos Tinoco's Amended Motion for Bill of Particulars, ECF No. [611], is set for Wednesday, January 14, 2015, at 3:00 p.m.  The Defendants may file a reply in support of their motions on or before Tuesday, January 13, 2015 at 5:00 p.m.  These motions have been adopted by all defendants.  The presence of the Defendants is not required. If any incarcerated Defendant wishes to appear, counsel may file a request for his appearance**

on or before Monday, January 12, 2015, at 5:00 p.m., and the undersigned will direct the U.S. Marshal to ensure the presence of that Defendant.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2015.

*[signature]*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished via CM/ECF to:**
The Honorable Kathleen M. Williams, United States District Judge
All counsel of record