UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs. CASE NO.: 14-20017-CR-WILLIAMS

CHRISTOPHER ALTAMIRANO,

Defendant.
_____________________________/

**JOINT MOTION FOR AUTHORIZATION TO RECEIVE DAILY TRANSCRIPTS OF TRIAL PROCEEDINGS**

COMES NOW the Defendants CHRISTOPHER ALTAMIRANO, et al. by and through their respective undersigned counsel and moves this Court for the entry of an order authorizing all CJA counsel to receive daily transcripts of the trial proceedings and as grounds therefore would state as follows:

1. The trial of these proceedings is currently specially set to commence during the trial period commencing Monday, February 9, 2015 with, as of the date of this motion, many of the named defendants in the second superseding indictment proceeding.

2. Each of the attorneys for the defendants proceeding to trial has been appointed pursuant to the Criminal Justice Act with exception the office of the Federal Public Defender who represents RODOLFO PORTELLA. Therefore, all of the defendants have been previously adjudged insolvent.

3. All court appointed defense counsel urge that due to the length (approximately 4-6 weeks) and complexity of the case, the serious nature of the charges, the volume of documentary evidence, and the large number of anticipated

witnesses, that this Court authorize to have the Court Reporter prepare a daily copy of transcripts for all counsel.

4. Counsel for the Defendants are mindful that due to the nature of this case, special arrangements will likely have to be made with the Court Reporter regarding the dissemination of transcripts to the appointed attorneys at court expense.

5. Prior to filing this motion, the undersigned spoke with this Court's official court reporter, Patricia Sanders, and was informed that this request can be met.

WHEREFORE, the Defendants jointly respectfully request that this Court enter an order authorizing the expenditure of CJA funds to have the Court Reporter prepare daily transcripts of the trial proceedings for all defense counsel appointed pursuant to the Criminal Justice Act in this cause.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 8th day of January 2015.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ALTAMIRANO
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: HorowitzDefense@aol.com

***/s/ Philip R. Horowitz, Esquire***
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557