Good Afternoon your Honor

I am writing to you because I am in desperate need of your help inorder to seek Justice. I have been incarcerated for 3 months here in FDC your Honor, And I really don't know how it's possible for my attorney, Phillip R. Horowitz to be ready for a trial which is to start on February 9, 2015. The Most I have met with my attorney has been less than ten times, And I feel like he is not ready to defend me in trial. I lack the evidence required which makes me feel Blind going to trial, where I may be ambushed. It's nothing personal against my attorney, but I feel lost, and feel like my attorney is not fully representing me how he suppose to. Your Honor I feel like I really need your help. I'm young and do not want to lose part of my life in prison because I am not being lead to make the right choices in this tough situation I am in. Your Honor I don't even Have the statements of

family in which I am able to learn real Happiness. Your Honor this is the best way that I found possible to write to you, and beg you for your Help in replacing my attorney, and I Would love to be able to explain to you in person all these facts. Please forgive me if I did not use the proper language in this letter, Thank you very much for your help.

Sincerely Christopher Altamirano
05662-104

[signature]