UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-Williams/Simonton(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MAURIN CHACON, *et al.* | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S *EMERGENCY* MOTION TO CONTINUE STATUS CONFERENCE**

**AND MOTIONS HEARING SCHEDULED FOR TOMORROW**

The United States, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to continue the status conference set for tomorrow, January 16, 2015, at 9 A.M. before Judge Williams and the Motions Hearing set for 9:30 A.M. before Judge Simonton and as grounds states as follows:

1. Undersigned counsel has been in South Carolina for work and was scheduled to arrive in Miami tonight in advance of tomorrow's hearings.

2. Unfortunately, the flight missed its connection in Charlotte, North Carolina, due to airline delay, and undersigned counsel is currently stuck in Charlotte for the night.

3. Unfortunately, undersigned counsel cannot appear telephonically because he will be flying en route during the time of the scheduled hearings.

4. Undersigned counsel is scheduled to arrive in Miami late morning and can appear for the hearings any time after 12 P.M.

5. Undersigned counsel apologizes for any inconvenience this unforeseen incident may cause.

6. Undersigned counsel has left telephonic messages for both Chambers of Judge Williams and Judge Simonton and sent an email to all defense counsel to give as much advance notice as possible.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:   /s/ *Ignacio J. Vázquez, Jr.*
       IGNACIO J. VÁZQUEZ, JR.
       Assistant United States Attorney
       Florida Bar No. 16275
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9318
       Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ IGNACIO J. VÁZQUEZ, JR.
Assistant United States Attorney
