UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS/SIMONTON(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

       Defendants.
_____/

## UNITED STATES OF AMERICA'S MOTION FOR ADDITIONAL PREEMPTORY CHALLENGES

      The United States hereby files this Motion Requesting Additional Preemptory Challenges. The government submits that an additional three (3) preemptory provided to the prosecution and five (5) additional preemptory challenges awarded to the defense would provide the parties a sufficient opportunity to secure a proper jury for the trial.

                                              Respectfully submitted,

                                              WIFREDO A. FERRER
                                              UNITED STATES ATTORNEY

                 By:     /s/ Ignacio J. Vázquez, Jr.
                         Ignacio J. Vázquez, Jr.
                         Assistant United States Attorney
                         Florida Bar No. 16275
                         99 Northeast 4th Street
                         Miami, Florida 33132-2111
                         Tel: (305) 961-9318
                         Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record on January 21, 2015.

                                               s/ Ignacio J. Vázquez, Jr.
                                               Ignacio J. Vázquez, Jr.
                                               Assistant United States Attorney