UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20017-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

        **Defendants.**
_____/

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF INEXTRICABLY INTERTWINED EVIDENCE

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Supplemental Notice of Intent to Introduce Inextricably Intertwined Evidence.

**A. Additional Identifiable Inextricably Intertwined Events**

The government seeks to introduce evidence of the criminal episodes listed below under the doctrine of inextricably intertwined evidence, or alternatively pursuant to Rule 404(b). These episodes were discovered on today's date by witnesses recounting harassment by defendant Chacon and his associates. The government makes this notice pursuant to the Magistrate Court's instruction to notice any additional inextricably intertwined event capable of specific identification.

1. On or about May 17, 2012, robbery/burglary activity involving Maurin Chacon and associates. The incident is undocumented, but the victim has been identified.

2. On or about July 2012, obstruction of justice indictment/witness tampering, involving Maurin Chacon and associates. The incident is undocumented, but the victim has been identified.

3. On or about January 2014, robbery/assault activity involving Maurin Chacon and

associates.

## CONCLUSION

The United States respectfully requests that the Court allow it to introduce the proposed inextricably intertwined evidence in its case-in-chief at trial.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
      Ignacio J. Vázquez, Jr.
      Assistant United States Attorney
      Florida Bar No. 16275
      U.S. Attorney's Office - SDFL
      99 Northeast Fourth Street, 6th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9318
      Facsimile: (305) 536-4699
      E-mail: ignacio.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record on January 23, 2015.

    /s/ Ignacio J. Vázquez, Jr.
    Ignacio J. Vázquez, Jr.
    Assistant United States Attorney