## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS(s)(s)(s)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MAURIN CHACON, et al.** | ) |
| **Defendants.** | ) |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response. The attachment to this response includes two (2) compact discs containing trial exhibit selected jail calls for trial and a trial exhibit disc containing captured vehicle recording disc for trial exhibit of Rodolfo Portela, Luis Salas and Maurin Chacon. The attachment was sent to defense counsels on January 28th, 2015 via USPS Certified Mail.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments have been sent to defense counsels on January 28th, 2015 via USPS Certified Mail.

    /s/Ignacio J. Vázquez, Jr.
Assistant United States Attorney