UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20017-CR-WILLIAMS(s)(s)**

UNITED STATES OF AMERICA

vs.

MAURIN CHACON,
a/k/a "Tiny," a/k/a "Peludo, a/k/a "Yung Patron," et. al.

    Defendants.
_____/

### UNITED STATES' NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice of Appearance as co-counsel of record for the United States of America in this cause.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    s/Mark Dispoto
    Mark Dispoto
    Court No. A5501143
    Assistant United States Attorney
    500 East Broward Blvd.,7th Floor
    Ft. Lauderdale, Florida 33394
    Tel: (954) 660-5786
    Fax: (954) 356-7230

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2015, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

s/Mark Dispoto
Mark Dispoto
Assistant United States Attorney