UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO.: 14-20017-CR-WILLIAMS

CHRISTOPHER ALTAMIRANO,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR RECONSIDERATION OF
ORDER GRANTING MOTION TO COLLECT FINGERPRINTS**

COMES NOW the Defendant CHRISTOPHER ALTAMIRANO by and through his undersigned counsel and moves this Court for the entry of an order modifying its January 30, 2015 order (DE #761) granting the government's motion for the collection of fingerprint standards and in support thereof states as follows:

1. That on January 27, 2015, the government filed a motion to collect the fingerprint standards as it relates to eleven of the twenty one named defendants in the second superseding indictment. (DE #725) According to their motion, the government's reasoning for seeking the fingerprint standards for these eleven individuals was to "provide fingerprint standards for comparison to their certified convictions and records.".

2. This defendant, CHRISTOPHER ALTAMIRANO, was *not* one of those sought by the government to provide fingerprint standards as he is not a convicted felon.

3. On January 30, 2015, this court entered a paperless order granting the motion to collect fingerprints as to what appears to be all 21 named defendants

including CHRISTOPHER ALTAMIRANO. (DE #761)

4. That if it remains this court's intention to grant the government's motion, it is respectfully requested that an amended order be entered which excludes this defendant.

WHEREFORE the Defendant CHRISTOPHER ALTAMIRANO respectfully requests that this court enter an amended order on the government's motion to collect fingerprint standards excluding him.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 30th day of January 2015.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ALTAMIRANO
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*

   */s/ Philip R. Horowitz, Esquire*
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557