UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON, et al.,

        **Defendants.**
_____/

## UNITED STATES OF AMERICA'S INITIAL WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following witnesses that it may call at trial in its case-in-chief:

1. Miami Police Latent Examiner Rupert Butcher
2. Miami Police Investigator Theye
3. Miami Police Officer Jorge Coladas
4. Miami Police Officer Jorge Gonzalez
5. Miami Police Officer Jorge Pacheco
6. Miami Police Officer Lazaro Alvarez
7. Miami Police Officer Jorge Agrait
8. Miami Police Officer Guillermo Sanchez
9. Miami Police Officer Argel Sierra
10. Miami Police Officer Mark Redondo
11. Miami Police Officer Roger Hernandez
12. Miami Police Officer Azeez Mansour
13. Miami Police Detective Daniel Guell
14. Miami Police Detective Glenn Maura
15. Miami Police Detective Maggie Cosner
16. Miami Police Detective Rick Martinez
17. Miami Police Detective Surami Kelly
18. Miami Police Detective Michael Cadavid
19. Miami Police Detective David San Juan
20. Miami Police Detective David Bernat
21. Miami Police Sergeant Ernie Sierra

22. Miami-Dade Police Criminalist Olga Saavedra
23. Miami-Dade Police Chemist Karen Louise Bromfield
24. Miami-Dade Police Chemist Stephen Snipes
25. Miami-Dade Police Chemist Caroline Milanes
26. Miami-Dade Police Chemist Karen Fleisher
27. Miami-Dade Police Chemist Sayuri Umpierrez
28. Miami-Dade Police Chemist Karen Wiggins
29. Miami-Dade Police Chemist Josie Prieto
30. Miami-Dade Police Officer Daniel Segovia
31. Miami-Dade Police Detective Thomas Weaver
32. Miami-Dade Police Detective Kenny Veloz
33. Miami Beach Police Officer Rebecca Sierra
34. Miami-Dade Corrections, Sargent Michael Golis
35. FBI Special Agent Christopher Mayo
36. ATF Special Agent Jason Stankiowitz
37. ATF Special Agent Javier Ribbas
38. ATF Special Agent Rosniel Perez
39. Gabriel Alfonso
40. Maunde Ordonez
41. Pedro Llerena
42. Donald Rivera
43. Steven Alas
44. Norlyn Obregon
45. Eric Andrew Elliott
46. Freddy Darce
47. Santos Yobany Herrera-Barahona
48. Maria Leony
49. Felix Oviedo
50. Viviana Loaiza
51. Nadim Guzman
52. Jorge Chevarria
53. Jose Padilla
54. Mike Morales
55. Jacqueline Hernandez
56. Miguel Mendoza
57. Jose Garcia
58. Julio Cesar Velez
59. Miguel Rodriguez
60. Nadim Guzman

61. Dayaan Zerquera

The United States reserves the right to add or delete witnesses as may be needed during trial.

> Respectfully submitted,
>
> WIFREDO A. FERRER
> UNITED STATES ATTORNEY
>
> By: /s/ Ignacio J. Vázquez, Jr.
> Ignacio J. Vázquez, Jr.
> Assistant United States
> Florida Bar. No. 16275
> 99 Northeast 4th Street
> Miami, Florida 33132-2111
> Tel: (305) 961-9318
> Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 1, 2015.

> /s/ Ignacio J. Vázquez, Jr.
> Ignacio J. Vázquez, Jr.
> Assistant United States Attorney