UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO.: 14-20017-CR-WILLIAMS

CHRISTOPHER ALTAMIRANO,

    Defendant.
_____/

## DEFENDANT'S MOTION TO COMPEL ADDITIONAL EXPERT DISCLOSURE

COMES NOW the Defendant CHRISTOPHER ALTAMIRANO by and through his undersigned counsel and moves this Court for the entry of an order compelling the government to provide additional expert disclosure and in support thereof states as follows:

1. That on October 6, 2014, a grand jury sitting in Miami returned the second superseding indictment in the instant case. (DE #199) This second superseding indictment charged 17 defendants with various counts relating to an alleged drug conspiracy, purported numerous firearms violations and purported acts in furtherance of racketeering activity.

2. This matter is currently specially set to proceed to trial on Monday, February 9, 2015 at the United States Courthouse in Miami. Trial has been conservatively estimated to last 4-6 weeks. As of the date and time of this motion it appears that approximately six of the named defendants will be proceeding to trial.

3. During the course of the proceedings the government has filed "notices" of expert testimony. See DE #559 and #720.

4. The defendant would request disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony that the Government intends to introduce in trial during its case-in-chief. As to each potential eight (8) expert witnesses and the grouping of "criminalists," the government should disclose in addition to the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. See <u>United States vs. Ortega</u>, 150 F.3d 937, 943 (8th Cir. 1998)(agent's testimony, involving specialized knowledge of the drug-related activities and paraphernalia, were expert opinion subject to disclosure).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 3rd day of February 2015.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ALTAMIRANO
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*

  */s/ Philip R. Horowitz, Esquire*
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557