UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)(s)

UNITED STATES OF AMERICA,

v.

MAURIN CHACON et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR DAILY TRANSCRIPTS DURING TRIAL

THIS COURT, having considered the Defendants' Motion for Daily Transcripts during Trial, having heard argument on the Motion, and the Court finding good cause to grant said Motion:

IT IS HEREBY ORDERED that the Defendants' Motion for Daily Transcripts during Trial is HEREBY GRANTED. The cost of the daily transcripts shall be split between Defendants and the government, with the Defendants paying 60% and the government paying 40%.

DONE AND ORDERED at Miami, Florida, this 6th day of February, 2015.

(for) KATHLEEN M. WILLIAMS
U.S DISTRICT COURT JUDGE

cc:    Counsel of Record