UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

MAURIN CHACON et al.,

    Defendants.
_____/

## GOVERNMENT'S INITIAL EXHIBIT LIST

The United States submits the following exhibit list for the trial of the above-captioned matter.

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

                          By:    /s/ Ignacio J. Vázquez, Jr.
                                    Ignacio J. Vázquez, Jr.
                                    Assistant United States Attorney
                                    Florida Bar No. 16275
                                    99 Northeast 4th Street
                                    Miami, Florida 33132-2111
                                    Tel: (305) 961-9318
                                    Fax: (305) 536-4699

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      /s/ Ignacio J. Vázquez, Jr.
                                      Assistant United States Attorney

United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

**United States of America v. Maurin Chacon, et. al.**          INITIAL EXHIBIT LIST

CASE NUMBER: 14-20017-CR-WILLIAMS(s)(s)

| PRESIDING JUDGE  Hon. Kathleen M. Williams | ASSISTANT UNITED  Ignacio Vazquez, Ilham Hosseini, and Mark Dispoto | DEFENDANTS' ATTORNEYS  Manuel Gonzalez (Maurin Chacon), Philip Horowitz (Christopher Altamirano), Paul Korchin (Rodolfo Portela), David Donet (James Dixon), and Herman Frank Rubio (Jay Anthony Flores) |
|---|---|---|
| TRIAL DATE(S)  February 9, 2015 | COURT REPORTER  Patricia Sanders | COURTROOM DEPUTY  Anita Greer |

| USA. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Image of Maurin Chacon |
| 2 | | | | | Image of Christopher Altamirano |
| 3 | | | | | Image of Rodolfo Portela |
| 4 | | | | | Image of Dayaan Zerquera |
| 5 | | | | | Image of Alioth Salas |
| 6 | | | | | Image of Angel Martinez |
| 7 | | | | | Image of Carlos Tinoco |
| 8 | | | | | Image of Luis Salas |
| 9 | | | | | Image of Raymond Moore |
| 10 | | | | | Image of Joel Diaz |
| 11 | | | | | Image of Miguel Rodriguez |
| 12 | | | | | Image Nadim Guzman |
| 13 | | | | | Image of Joseph Thompson |
| 14 | | | | | Image of Christopher Ramirez |
| 15 | | | | | Image of Steven Castro |
| 16 | | | | | Image of James Dixon |

| | | | | | |
|---|---|---|---|---|---|
| 17 | | | | | Image of Dwight Forte |
| 18 | | | | | Image of Fernando Darce |
| 19 | | | | | Image of Kevin Diaz |
| 20 | | | | | Image of Jay Anthony Flores |
| 21 | | | | | Image of Mario Balboa |
| 22 | | | | | Image of SW 12 Ave. and SW 1st Street, Miami, Florida |
| 23 | | | | | December 11, 2011, recovered marijuana |
| 24 | | | | | Image of 528 NW 11 Ave. Apt. 2, Miami, Florida |
| 25 | | | | | Image of Little Havana Super Market |
| 26 | | | | | Images of Chacon, Portlea and Luis Salas from July 26, 2013 arrest |
| 27 | | | | | April 3, 2014, recovered narcotics (Ramirez) |
| 28 | | | | | May 28, 2013, firearm |
| 29 | | | | | May 28, 2013, ammunition |
| 30 | | | | | May 28, 2013, cocaine, marijuana, paraphernalia |
| 31 | | | | | Intentionally omitted |
| 32 | | | | | Intentionally omitted |
| 33 | | | | | Image of NW 12 Ave. and 4 Street, Miami, Florida |
| 34 | | | | | June 4, 2013, recovered marijuana (Case no. 130604-159037) |
| 35 | | | | | July 3, 2013, recovered marijuana (Case no. 130703-188213) |
| 36 | | | | | Image of 435 NW 11th Ave., Miami, Florida |
| 37a | | | | | September 20, 2013, marijuana and rock cocaine (Case no. 130920-271211; 130920-271050) |
| 37b | | | | | September 20, 2013, marijuana |
| 38 | | | | | September 26, 2013, recovered crack cocaine (Case no. 130926-277472) |
| 39 | | | | | November 20-21, 2013, recovered currency (Case no. 131120-336145) |
| 40 | | | | | November 20-21, 2013, recovered narcotics (Case no. 131121-336219) marijuana and crack rock |
| 41 | | | | | November 20-21, 2013, recovered victim property |
| 42 | | | | | Image of 428 NW 11th Ave., Miami, Florida |

3

| | | | | | |
|---|---|---|---|---|---|
| 43 | | | | | April 3, 2014, recovered narcotics (Case no. 140403-97703) (Zequera) crack cocaine, MDMA and marijuana |
| 44 | | | | | April 3, 2014, recovered firearm |
| 45a | | | | | April 3, 2014, recovered ammunition |
| 45b | | | | | April 3, 2014, spent casing |
| 46 | | | | | Image of 535 NW 14 Ave., Miami, Florida |
| 47 | | | | | July 17, 2012, recovered ammunition (Case no. 120717-204892) |
| 48 | | | | | July 17, 2012, recovered spent ammunition (Case no. 120717-204892) |
| 49 | | | | | Intentionally omitted |
| 50 | | | | | Image of 335 NW 14th Ave., Miami, Florida (Original Trap) |
| 51 | | | | | Intentionally omitted |
| 52 | | | | | Intentionally omitted |
| 53 | | | | | Letter from Alioth Salas |
| 54 | | | | | Jailhouse Phone Call CD 1 (Calls from Portlea) |
| 55 | | | | | Jailhouse Phone Call CD 1 Call Transcript 1 (Calls from Portlea) |
| 56 | | | | | Jailhouse Phone Call CD 1 Call Transcript 2 (Calls from Portela) |
| 57 | | | | | Jailhouse Phone Call CD 1 Call Transcript 3 (Calls from Portlea) |
| 58 | | | | | Jailhouse Phone Call CD 1 Call Transcript 4 (Calls from Portlea) |
| 59 | | | | | Jailhouse Phone Call CD 1 Call Transcript 5 (Calls from Portlea) |
| 60 | | | | | Jailhouse Phone Call CD 1 Call Transcript 6 (Calls from Portlea) |
| 61 | | | | | Jailhouse Phone Call CD 2 (Calls from Altamirano) |
| 62 | | | | | Jailhouse Phone Call CD 2 Call Transcript 1 (Calls from Altamirano) |
| 63 | | | | | Jailhouse Phone Call CD 2 Call Transcript 2 (Calls from Altamirano) |
| 64 | | | | | Jailhouse Phone Call CD 2 Call Transcript 3 (Calls from Altamirano) |
| 65 | | | | | Jailhouse Phone Call CD 2 Call Transcript 4 (Calls from Altamirano) |
| 66 | | | | | Jailhouse Phone Call CD 2 Call Transcript 5 (Calls from Altamirano) |
| 67 | | | | | Jailhouse Phone Call CD 2 Call Transcript 6 (Calls from Altamirano) |
| 68 | | | | | Jailhouse Phone Call CD 2 Call Transcript 7 (Calls from Altamirano) |
| 69 | | | | | Jailhouse Phone Call CD 2 Call Transcript 8 (Calls from Altamirano) |

| | | | | | |
|---|---|---|---|---|---|
| 70 | | | | | Jailhouse Phone Call CD 2 Call Transcript 9 (Calls from Altamirano) |
| 71 | | | | | Jailhouse Phone Call CD 2 Call Transcript 10 (Calls from Altamirano) |
| 72 | | | | | Jailhouse Phone Call CD 2 Call Transcript 11 (Calls from Altamirano) |
| 73 | | | | | Jailhouse Phone Call CD 2 Call Transcript 12 (Calls from Altamirano) |
| 74 | | | | | Jailhouse Phone Call CD 2 Call Transcript 13 (Calls from Altamirano) |
| 75 | | | | | Jailhouse Phone Call CD 2 Call Transcript 14 (Calls from Altamirano) |
| 76 | | | | | Jailhouse Phone Call CD 2 Call Transcript 15 (Calls from Altamirano) |
| 77 | | | | | Jailhouse Phone Call CD 2 Call Transcript 16 (Calls from Altamirano) |
| 78 | | | | | Jailhouse Phone Call CD 2 Call Transcript 17 (Calls from Altamirano) |
| 79 | | | | | Jailhouse Phone Call CD 2 Call Transcript 18 (Calls from Altamirano) |
| 80 | | | | | Jailhouse Phone Call CD 3 (Calls from Alioth Salas) |
| 81 | | | | | Jailhouse Phone Call CD 3 Call Transcript 1 (Alioth Salas) |
| 82 | | | | | Jailhouse Phone Call CD 3 Call Transcript 2 (Alioth Salas) |
| 83 | | | | | Jailhouse Phone Call CD 3 Call Transcript 3 (Alioth Salas) |
| 84 | | | | | Jailhouse Phone Call CD 3 Call Transcript 4 (Alioth Salas) |
| 85 | | | | | Jailhouse Phone Call CD 3 Call Transcript 5 (Alioth Salas) |
| 86 | | | | | Jailhouse Phone Call CD 3 Call Transcript 6 (Alioth Salas) |
| 87 | | | | | Jailhouse Phone Call CD 4 (Calls from Barbaro Furtun) |
| 88 | | | | | Facebook Recovered Video 1 (Ramirez First Speaker) |
| 89 | | | | | Facebook Recovered Video 2 (BMT members discussing birthday plans for Chacon) |
| 90 | | | | | Facebook Recovered Video 3 (Redacted BMT admission video) |
| 91 | | | | | Instagram Recovered Video 1 (Chacon armed with firearm with Ramirez and others) |
| 92 | | | | | Image of 1351 NW 3rd Street, Miami, Florida |
| 93 | | | | | Intentionally omitted |
| 94 | | | | | May 3, 2014, shooting video |
| 95 | | | | | January 25, 2014, robbery assault security camera video |
| 96 | | | | | Image of 1152 NW 6 Street, Miami, Florida |
| 97 | | | | | Image of 1243 NW 4 Street, Miami Florida and 1235 NW 4th Street, Miami, Florida |

| | | | | | |
|---|---|---|---|---|---|
| 98 | | | | | July 26, 2013, firearm |
| 99 | | | | | July 26, 2013, ammunition |
| 100 | | | | | July 26, 2013, marijuana |
| 101 | | | | | Recording of Maurin Chacon, Luis Salas and Rodolfo Portela from July 26, 2013 |
| 102 | | | | | October 24, 2013, video |
| 103 | | | | | November 22, 2013, narcotics |
| 104a-b | | | | | November 22, 2013, video and video still |
| 105 | | | | | November 22, 2013, transcript |
| 106 | | | | | November 22, 2013, transcript |
| 107 | | | | | December 6, 2013, audio |
| 108 | | | | | December 6, 2013, transcript |
| 109 | | | | | December 6, 2013, audio |
| 110 | | | | | December 6, 2013, transcript |
| 111 | | | | | December 13, 2013, audio |
| 112 | | | | | December 13, 2013, transcript |
| 113 | | | | | December 13, 2013, video |
| 114 | | | | | December 13, 2013, video still |
| 115 | | | | | December 13, 2013, transcript |
| 116 | | | | | December 13, 2013, narcotics |
| 117 | | | | | December 17, 2013, video |
| 118 | | | | | December 17, 2013, video still |
| 119 | | | | | December 17, 2013, transcript |
| 120 | | | | | December 17, 2013, narcotics |

| | | | | | |
|---|---|---|---|---|---|
| 121 | | | | | January 9, 2014, audio |
| 122 | | | | | January 9, 2014, transcript |
| 123 | | | | | January 9, 2014, video |
| 124 | | | | | January 9, 2014, video still |
| 125 | | | | | January 9, 2014, transcript |
| 126 | | | | | January 9, 2014, narcotics |
| 127 | | | | | January 16, 2014, video |
| 128 | | | | | January 16, 2014, video still |
| 129 | | | | | January 16, 2014, transcript |
| 130 | | | | | January 16, 2014, narcotics |
| 131 | | | | | January 23, 2014, video |
| 132 | | | | | January 23, 2014, video still |
| 133 | | | | | January 23, 2014, transcript |
| 134 | | | | | January 23, 2014, narcotics |
| 135 | | | | | January 28, 2014, video |
| 136 | | | | | January 23, 2014, video still |
| 137 | | | | | January 23, 2014, transcript |
| 138 | | | | | Intentionally omitted |
| 139 | | | | | February 5, 2014, narcotics |
| 140 | | | | | February 5, 2014, video |
| 141 | | | | | February 5, 2014, video still |
| 142 | | | | | February 5, 2014, transcript |

| | | | | | |
|---|---|---|---|---|---|
| 143 | | | | | February 6, 2014, narcotics |
| 144 | | | | | February 6, 2014, video |
| 145 | | | | | February 6, 2014, video still |
| 146 | | | | | February 6, 2014, transcript |
| 147 | | | | | February 11, 2014, narcotics |
| 148 | | | | | February 11, 2014, video |
| 149 | | | | | February 11, 2014, video still |
| 150 | | | | | February 11, 2014, transcript |
| 151 | | | | | February 15, 2014, audio |
| 152 | | | | | February 15, 2014, transcript |
| 153 | | | | | February 16, 2014, transcript |
| 154 | | | | | February 18, 2014, narcotics |
| 155 | | | | | February 18, 2014, video |
| 156 | | | | | February 18, 2014, video still |
| 157 | | | | | February 18, 2014, transcript |
| 158 | | | | | February 19, 2014, narcotics |
| 159 | | | | | February 19, 2014, video |
| 160 | | | | | February 19, 2014, video still |
| 161 | | | | | February 19, 2014, transcript |
| 162 | | | | | February 25, 2014, audio |
| 163 | | | | | February 25, 2014, transcript |
| 164 | | | | | February 25, 2014, transcript 2 |
| 165 | | | | | February 25, 2014, transcript 3 |
| 166 | | | | | February 25, 2014, narcotics |

| | | | | | |
|---|---|---|---|---|---|
| 167A-B | | | | | February 25, 2014, firearm (Ex. 167A) and packaging (Ex. 167B) |
| 168 | | | | | February 25, 2014, ammunition |
| 169 | | | | | February 25, 2014, video |
| 170 | | | | | February 25, 2014, video still |
| 171 | | | | | March 8, 2014, audio |
| 172 | | | | | March 8, 2014, transcript |
| 173 | | | | | March 25, 2014, narcotics |
| 174 | | | | | April 1, 2014, narcotics |
| 175 | | | | | April 1, 2014, video |
| 176 | | | | | April 1, 2014, video still |
| 177 | | | | | April 1, 2014, transcript |
| 178 | | | | | April 8, 2014, narcotics |
| 179 | | | | | April 8, 2014, audio |
| 180 | | | | | April 8, 2014, video |
| 181 | | | | | April 8, 2014, video still |
| 182 | | | | | April 10, 2014, narcotics |
| 183 | | | | | April 10, 2014, audio |
| 184 | | | | | April 10, 2014, transcript |
| 185 | | | | | April 10, 2014, video |
| 186 | | | | | April 10, 2014, video still |
| 187 | | | | | April 10, 2014, transcript 2 |
| 188 | | | | | April 15, 2014, narcotics |
| 189 | | | | | April 15, 2014, audio |
| 190 | | | | | April 15, 2014, transcript |
| 191 | | | | | April 15, 2014, video |
| 192 | | | | | April 15, 2014, video still |
| 193 | | | | | April 15, 2014, transcript |
| 194 | | | | | April 24, 2014, narcotics |
| 195a-b | | | | | April 24, 2014, video and video still |
| 196 | | | | | April 24, 2014, transcript |

| | | | | | |
|---|---|---|---|---|---|
| 197 | | | | | Intentionally omitted |
| 198 | | | | | May 1, 2014, audio |
| 199 | | | | | May 1, 2014, transcript |
| 200 | | | | | May 1, 2014, narcotics |
| 201 | | | | | May 1, 2014, video |
| 202 | | | | | May 1, 2014, video still |
| 203 | | | | | May 1, 2014, transcript |
| 204 | | | | | Image of NW 11 Ave. and 6 Street, Miami, Florida |
| 205 | | | | | April 4, 2013, narcotics |
| 206 | | | | | April 3, 2014, Dayaan Zerquera's *Miranda* waiver |
| 207 | | | | | April 3, 2014, Dayaan Zerquera's post-*Miranda* statement |
| 208 | | | | | Image of 5th Street and NW 11 Ave., Miami, Florida |
| 209 | | | | | May 2, 2014, narcotics |
| 210 | | | | | May 2, 2014, video |
| 211 | | | | | May 2, 2014, video still |
| 212 | | | | | May 2, 2014, transcript |
| 213 | | | | | Intentionally omitted |
| 214 | | | | | May 8, 2014, audio |
| 215 | | | | | May 8, 2014, transcript 1 |
| 216 | | | | | May 8, 2014, transcript 2 |
| 217 | | | | | May 8, 2014, transcript 3 |
| 218 | | | | | May 8, 2014, transcript 4 |
| 219 | | | | | May 8, 2014, transcript 5 |
| 220 | | | | | May 8, 2014, transcript 6 |
| 221 | | | | | May 8, 2014, transcript 7 |
| 222 | | | | | May 8, 2014, transcript 8 |
| 223 | | | | | May 8, 2014, narcotics |
| 224 | | | | | May 8, 2014, video |
| 225 | | | | | May 8, 2014, video still |

| | | | | | |
|---|---|---|---|---|---|
| 226 | | | | | May 8, 2014, transcript |
| 227 | | | | | May 14, 2014, audio |
| 228 | | | | | May 14, 2014, transcript 1 |
| 229 | | | | | May 14, 2014, transcript 2 |
| 230 | | | | | May 14, 2014, transcript 3 |
| 231 | | | | | September 1, 2014, narcotics |
| 232 | | | | | November 18, 2013, firearm |
| 233 | | | | | November 18, 2013, narcotics |
| 234 | | | | | November 18, 2013, Defendant Portela's *Miranda* waiver |
| 235 | | | | | MPD swabs (Portela) |
| 236 | | | | | MDPD swabs (Portela) |
| 237 | | | | | November 27, 2013, Defendant Portela's *Miranda* Waiver |
| 238 | | | | | Facebook and Instagram Search Warrant Return Excerpt 1 (Castro) |
| 239 | | | | | Facebook and Instagram Search Warrant Return Excerpt 2 (Chacon) |
| 240 | | | | | Facebook and Instagram Search Warrant Return Excerpt 3 (Delions) |
| 241 | | | | | Facebook and Instagram Search Warrant Return Excerpt 4 (J. Diaz) |
| 242 | | | | | Facebook and Instagram Search Warrant Return Excerpt 6 (Ramirez) |
| 243 | | | | | Facebook and Instagram Search Warrant Return Excerpt 7 (Martinez) |
| 244 | | | | | Facebook and Instagram Search Warrant Return Excerpt 8 (A. Salas) |
| 245 | | | | | Facebook and Instagram Search Warrant Return Excerpt 9 (Tinoco) |
| 246 | | | | | Facebook and Instagram Search Warrant Return Excerpt 10 (Zerquera) |
| 247 | | | | | Facebook Video Chacon, Ramirez, Rodriguez, Diaz and associates |
| 248 | | | | | Facebook Video Transcript Chacon, Ramirez, Rodriguez, Diaz and associates |
| 249 | | | | | Facebook Video Chacon, Zerquera and associates |
| 250 | | | | | Facebook Video Transcript Chacon, Zerquera and associates |
| 251 | | | | | Chacon and associates Assault on Miami Beach Video |
| 252 | | | | | Redacted Video of Chacon and Portela making associational admissions |
| 253 | | | | | Redacted Video Transcript of Chacon and Portela making associational admissions |

| | | | | | |
|---|---|---|---|---|---|
| 254 | | | | | Chacon, Ramirez, Martinez and associates firearm possession video |
| 255 | | | | | Intentionally omitted |
| 256 | | | | | Cellular Phone Search Return Binder 1 (863 509-7919) |
| 257 | | | | | Cellular Phone Search Return Binder 2 (786 468-5206) |
| 258 | | | | | Cellular Phone Search Return Binder 3 (786 372-1434) |
| 259 | | | | | Cellular Phone Search Return Binder 4 (786 704-4958) |
| 260 | | | | | Intentionally ommitted |
| 261 | | | | | Cellular Phone Search Return Binder 5 (786 389-2960) |
| 262 | | | | | Cellular Phone Search Return Binder 7 (786 366-0080) |
| 263 | | | | | Cellular Phone Search Return Binder 8 (352 708-0541) |
| 264 | | | | | Cellular Phone Search Return Binder 9 (305 200-7337) |
| 265 | | | | | Cellular Phone Search Return Binder 10 (786 706-6732) |
| 266 | | | | | September 6, 2012, narcotics (Case no. 120906-258075) |
| 267 | | | | | Image of 504 Northwest 12th Ave., Miami, Florida |
| 268 | | | | | Intentionally omitted |
| 269 | | | | | Intentionally omitted |
| 270 | | | | | Intentionally omitted |
| 271a | | | | | October 13, 2012, marijuana (Case no. 121013-297039) |
| 271b | | | | | October 13, 2012, grinder and pipe (Case no. 121013-297039) |
| 272 | | | | | Image of 1265 West Flagler, Miami, Florida |
| 273 | | | | | Intentionally omitted |
| 274 | | | | | Defendant Maurin Chacon Conviction for Robbery by Sudden Snatch, Miami-Dade County Circuit Court Case No. F06-43668 |
| 275 | | | | | Defendant Maurin Chacon Conviction for Burglary, Miami-Dade County Circuit Court Case No. F07-8866 |
| 276 | | | | | Defendant Rodolfo Portela Conviction for Carrying a Concealed Firearm, Miami-Dade County Circuit Court Case No. F05-16780 |
| 277 | | | | | Defendant Rodolfo Portela Conviction for Burglary of a Structure, Miami-Dade County Circuit Court Case No. F07-9474 |
| 278 | | | | | Defendant Rodolfo Portela Conviction for Cocaine Possession with Intent to Distribute with 1,000 Feet of a School, Miami-Dade County Circuit Court Case No. F07-6123 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 279 | | | | | | Defendant Rodolfo Portela Conviction for Cocaine Possession with Intent to Distribute, Miami-Dade County Circuit Court Case No. F10-32264C |
| 280 | | | | | | Defendant Christian Ramirez Conviction for Attempted Murder and Allegation of Attempted First Degree Murder with a Weapon, Miami-Dade County Circuit Court Case No. F02-18872A |
| 281 | | | | | | Defendant Christian Ramirez Conviction for Improper Exhibition of a Weapon, Miami-Dade County Court Case No. B11-11734 |
| 282 | | | | | | Defendant Christian Ramirez Conviction for Cocaine Possession, Miami-Dade County Circuit Court Case No. F10-2125 |
| 283 | | | | | | Defendant Christian Ramirez Conviction for Firearm Possession by a Convicted Felon, Miami-Dade County Circuit Court Case No. F11-21683 |
| 284 | | | | | | Defendant Christian Ramirez Conviction for Cocaine Possession, Miami-Dade County Circuit Court Case No. F12-19325 |
| 285 | | | | | | Defendant Christian Ramirez Conviction for Battery and Trespass, Miami-Dade County Court Case No. M13-5103 |
| 286 | | | | | | Social media images of defendants, co-conspirators and associates |
| 287 | | | | | | Social media images of defendants, co-conspirators and associates |
| 288 | | | | | | Social media images of defendants, co-conspirators and associates |
| 289 | | | | | | Social media images of defendants, co-conspirators and associates |
| 290 | | | | | | Social media images of defendants, co-conspirators and associates |
| 291 | | | | | | Social media images of defendants, co-conspirators and associates |
| 292 | | | | | | Social media images of defendants, co-conspirators and associates |
| 293 | | | | | | Social media images of defendants, co-conspirators and associates |
| 294 | | | | | | Social media images of defendants, co-conspirators and associates |
| 295 | | | | | | Social media images of defendants, co-conspirators and associates |
| 296 | | | | | | Social media images of defendants, co-conspirators and associates |
| 297 | | | | | | Social media images of defendants, co-conspirators and associates |
| 298 | | | | | | Social media images of defendants, co-conspirators and associates |
| 299 | | | | | | Social media images of defendants, co-conspirators and associates |
| 300 | | | | | | Social media images of defendants, co-conspirators and associates |
| 301 | | | | | | Social media images of defendants, co-conspirators and associates |
| 302 | | | | | | Social media images of defendants, co-conspirators and associates |
| 303 | | | | | | Social media images of defendants, co-conspirators and associates |
| 304 | | | | | | Social media images of defendants, co-conspirators and associates |

| | | | | | |
|---|---|---|---|---|---|
| 305 | | | | | Social media images of defendants, co-conspirators and associates |
| 306 | | | | | Social media images of defendants, co-conspirators and associates |
| 307 | | | | | Social media images of defendants, co-conspirators and associates |
| 308 | | | | | Social media images of defendants, co-conspirators and associates |
| 309 | | | | | Social media images of defendants, co-conspirators and associates |
| 310 | | | | | Social media images of defendants, co-conspirators and associates |
| 311 | | | | | Social media images of defendants, co-conspirators and associates |
| 312 | | | | | Social media images of defendants, co-conspirators and associates |
| 313 | | | | | Social media images of defendants, co-conspirators and associates |
| 314 | | | | | Social media images of defendants, co-conspirators and associates |
| 315 | | | | | Social media images of defendants, co-conspirators and associates |
| 316 | | | | | Social media images of defendants, co-conspirators and associates |
| 317 | | | | | Social media images of defendants, co-conspirators and associates |
| 318 | | | | | Social media images of defendants, co-conspirators and associates |
| 319 | | | | | Social media images of defendants, co-conspirators and associates |
| 320 | | | | | Social media images of defendants, co-conspirators and associates |
| 321 | | | | | Social media images of defendants, co-conspirators and associates |
| 322 | | | | | Social media images of defendants, co-conspirators and associates |
| 323 | | | | | Social media images of defendants, co-conspirators and associates |
| 324 | | | | | Social media images of defendants, co-conspirators and associates |
| 325 | | | | | Social media images of defendants, co-conspirators and associates |
| 326 | | | | | Social media images of defendants, co-conspirators and associates |
| 327 | | | | | Social media images of defendants, co-conspirators and associates |
| 328 | | | | | Social media images of defendants, co-conspirators and associates |
| 329 | | | | | Social media images of defendants, co-conspirators and associates |
| 330 | | | | | Social media images of defendants, co-conspirators and associates |
| 331 | | | | | Social media images of defendants, co-conspirators and associates |
| 332 | | | | | Social media images of defendants, co-conspirators and associates |
| 333 | | | | | Social media images of defendants, co-conspirators and associates |
| 334 | | | | | Social media images of defendants, co-conspirators and associates |
| 335 | | | | | Social media images of defendants, co-conspirators and associates |
| 336 | | | | | November 20, 2013, ammunition |
| 337 | | | | | November 20, 2013, firearm and magazine |
| 338 | | | | | January 28, 2014, narcotics |

| | | | | | |
|---|---|---|---|---|---|
| 339 | | | | | December 6, 2013, narcotics |
| 340 | | | | | Crime Scene photographs from July 17, 2012 (Exhibits A-J) |
| 341 | | | | | Drug Analysis Lab Reports – Sayuri Umpierrez |
| 342 | | | | | Drug Analysis Lab Reports – Karen Fleisher |
| 343 | | | | | Drug Analysis Lab Reports – Caroline Milanes |
| 344 | | | | | Drug Analysis Lab Reports – Jonia Prieto |
| 345 | | | | | Drug Analysis Lab Reports – Karen Branfield |
| 346 | | | | | Drug Analysis Lab Reports – Karen Wiggins |
| 347 | | | | | Drug Analysis Lab Reports – Stephen Snipes |
| 348 | | | | | May 2, 2014, narcotics (Case no. 140502-128817) |
| 349 | | | | | May 2, 2014, narcotics (Case no. 140502-129124) |
| 350 | | | | | October 7, 2014, narcotics |
| 351 | | | | | Defendant Maurin Chacon Conviction for Cocaine Possession, Miami-Dade County Circuit Court Case no. F07-15355 |