UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 14-20017-CR-KMW

UNITED STATES OF AMERICA — 2-11-2015

DAY THREE
A.M. SESSION

vs.

MAURIN CHACON
RODOLFO PORTELA
CHRISTOPHER ALTAMIRANO
JAMES DIXON
JAY ANTHONY FLORES,
Defendants

PAGES 1-85

---

# TRANSCRIPT OF JURY TRIAL PROCEEDINGS HELD BEFORE THE HONORABLE KATHLEEN M. WILLIAMS UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:
IGNACIO VAZQUEZ, A.U.S.A.
ILHAM HOSSEINI, A.U.S.A.
MARK DISPOTO, A.U.S.A.
99 N.E. 4th Street
Miami, FL 33132

FOR DEFENDANTS:
MANUEL GONZALEZ, ESQ.
2000 Ponce DeLeon Boulevard
Suite 614
Coral Gables, FL 33134

PAUL KORCHIN, A.F.P.D
150 West Flagler Street
Miami, FL 33130

PHILIP HOROWITZ, ESQ.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156

**APPEARANCES CONTD.**

DAVID DONET, JR. ESQ.
**3250 Mary Street**
**Suite 406**
**Fort Lauderdale, FL 33133**

HERMAN FRANK RUBIO, JR. ESQ.
**1107 N.E. 104th Street**
**Miami Shores, FL 33138**

REPORTED BY:

PATRICIA SANDERS, RPR
*United States Court Reporter*
400 North Miami Avenue, Suite 11-3
Miami, FL 33128
T: 305.523.5528
patricia_sanders@flsd.uscourts.gov.

THE COURT: Please be seated everyone. We have a little issue, I have no voice. What I propose to do is give some preliminary instructions, but not the usual; I am going to turn to you for openings a lot sooner hopefully.

By the time you are done I will be able to talk, maybe not. I will be able to rule, however. If you don't hear me I will just throw something at you.

So, Mr. Korchin, you had something?

MR. KORCHIN: Paul Korchin on behalf of Mr. Portela. I wanted to bring a matter to the Court's attention before opening statement.

On February 5th, which was last Thursday, I received from the Government a CD which was a tape recording of a conversation that -- in the back seat of a police car.

The voices on the recordings were primarily Mr. Portela, also Mr. Salas and also Mr. Chacon. This tape recording was made by the police when Mr. Portela was arrested on July 26th, 2014, for possession of ammunition and at that time a firearm by a convicted felon.

THE COURT: I assume you have never seen it before.

MR. KORCHIN: I have never heard that tape before.

THE COURT: You are going to have to write something up as to why it should be admitted. There is no reason it should have taken a year to be produced.

MR. VAZQUEZ: I totally understand, Mr. Korchin's

position. I was reviewing the files with the investigator, this CD was in there and we attempted to download every single file. I wanted to make sure he had it so I gave it to him.

It's consistent with the rest of the evidence we have. So I understand the Court's position. Certainly if there is testimony -- I would revisit using it for rebuttal or impeachment. But I wanted to give it to him as soon as I had it.

THE COURT: I appreciate that. Mr. Korchin, you have it. If for some reason Mr. Chacon or Mr. Portela testifies --

MR. KORCHIN: I understand that, that's fine. Nothing in the case-in-chief.

THE COURT: Government, remind me how long your opening is.

MS. HOSSEINI: About 30 minutes.

THE COURT: Defense, you were going to discuss dividing up your time.

MR. GONZALEZ: I think you gave us 20 minutes each.

THE COURT: I thought you were going to divide it up.

MR. GONZALEZ: The 20 minutes?

THE COURT: No, no the aggregate

MR. HOROWITZ: I don't think you gave us an aggregate for the defense team. I thought we advised the Court we were going to use 15 to 20 minutes if that much.

MR. KORCHIN: I will be using ten minutes or less.

THE COURT: I remember Mr. Vazquez originally thought 45 -- I thought you could use more, but then you said you were not going to need that much time.

MR. HOROWITZ: If we can have a moment.

THE COURT: I won't be stingy about it.

OFF THE RECORD DISCUSSION HELD BETWEEN COUNSEL

MR. GONZALEZ: Your Honor, I am going to take about approximately 15 minutes and everyone else thinks they can do it in about ten.

THE COURT: All right.

MR. RUBIO: Your Honor, if I might, I would like to protect the record and make my objection. I have a continuing objection with respect to the other crimes evidence and the 404 B that the Government intends to introduce.

From the pleadings I have learned that there are approximately 64 acts that do not pertain to Mr. Flores. I would ask for a cautionary instruction.

I would like to make my objection now because I have good reason to believe the Government is going to bring that up and argue that in their opening statement.

THE COURT: This is the same 64 acts we talked about every day last week. So have you given me your cautionary instruction?

MR. RUBIO: I have not but I will.

THE COURT: All right let's bring in the jury.

COURT SECURITY OFFICER: All rise, please.

THE COURT: Please be seated. I had such a good time yesterday I lost my voice. Because I lost my voice I am only going to give you part of the instructions I would have given you.

The lawyers are going to give their openings and maybe by noon and after some tea I can give you the rest of the instructions. If you can't hear me tell me to try to speak up.

All right. Let's try this.

Ladies and gentlemen of the jury, you have now been sworn as the jury to try this case. As I said, I would like to give you some preliminary instructions at this time.

By your verdicts you will decide the disputed issues of fact, I will decide all the questions of law that arise during the trial, and before you go back to deliberate I will give you instructions at the end, hopefully with a full voice.

Because you will be called upon to decide the facts of the case you should give careful attention to the testimony and the evidence presented. But you should keep an open mind ans should not form or state any opinion about the case one way or another until you have heard all the evidence and have had the benefit of the closing arguments of the lawyers and my instructions on the law.

You must decide the case solely on the evidence in the courtroom. Evidence can come in many forms. It can be

testimony about what someone saw or heard. It can be someone's opinion. Some evidence proves a fact indirectly such as a witness who saw wet grass outside and saw people walking around carrying umbrellas. From this one could conclude that it rained.

Indirect evidence, which is sometimes called circumstantial evidence, is simply a chain of circumstances that proves a fact; it rained.

As far as the law is concerned, it makes no difference whether the evidence is direct or indirect. You may choose to believe or disbelieve either kind and give every piece of evidence whatever weight you think it deserves.

Now certain things are not evidence and must not be considered as evidence. One of those things is the statement and argument of the lawyers.

In their opening statements and closing arguments they discuss the case, they discuss their theories of the case. But their remarks are not evidence.

Questions and objections that they make are not evidence. So if a witness answers a question that alone is evidence, only their answers.

So, because a lawyer asks a question like, you saw Bob hit his sister, didn't you?

Unless the witness says, yes, I did there is no evidentiary value to the lawyer asking the question; it has no

value as evidence unless the witness answers. I am going to go into other rules of evidence and what you can and cannot consider.

I am going to try to get my voice back before then. Right now I want you to listen to the lawyers and give them your careful attention as I recognize each of them in turn for that purpose.

Ms. Hosseini, on behalf of the Government.

MS. HOSSEINI: Good morning, ladies and gentlemen. This case is about a criminal business that these defendants created to make money.

These defendants who called themselves the Big Money Team, or BMT, raised money like any other business. But unlike an ordinary business, they raised money by doing things that are illegal such as selling drugs robbing innocent people and doing whatever it takes to protect the ability to make that money.

Including intimidating people that prove a threat to the success of their group. Like any other business that has to deal with threats to its success the BMT had its way of dealing with that.

Using threats and violence BMT members were armed with guns to protect their profits, protect their drugs and protect their territory. I would like to take a few minutes to give you some background on the Big Money Team, the BMT.

You will hear evidence that a few years ago the City of Miami Police Department began receiving complaints about a group of people who were assaulting residents, robbing people, shooting guns in the air and selling drugs.

The police discovered that the Big Money Team was a drug trafficking enterprise, a business that sold drugs in different locations called traps.

A trap is a location where drugs are sold. At these traps BMT members and associates sold drugs different kinds of drugs. They sold crack cocaine, marijuana and Mollies also referred to as MDMC every day.

And you will hear about multiple different traps in the City of Miami. The police investigated these traps made arrests and put BMT members in jail with no result. The BMT members were un-deterred.

They were committed to their business, they were committed to selling drugs, they were committed to making money and they were committed to the success of the group.

They continued to direct activities from jail while in State custody. They talked about running the business, they talked about scaring witnesses who might testify against them and warned members about the police, future investigations into their group, and BMT continued to sell drugs at these traps day after day, night after night. You will hear that the BMT members worked in shifts.

Because the BMT continued to be a problem the police investigated further. They started an undercover investigation and sent in an undercover to pose as a drug dealer. You will hear from this undercover who brought drugs from the BMT members many times.

The police also listened to jail calls -- and all prisoners are told these calls are monitored and recorded. On these recorded jail calls the defendants talk about moving drugs and the locations where they are stashed.

And keeping the business going despite the fact they are getting arrested. As a result of these activities the defendants were charged Federally with various crimes in the indictment.

You have heard the Judge and the lawyers mention the indictment, and you will hear more about it as the case proceeds. But I would like to take a few moments and discuss the charges in the indictment.

The indictment has various charges and different defendants. Not every single defendant has the exact same charges.

The first charge is a conspiracy to possess a controlled substance with intent to distribute, and all five defendants are charged in Count 1, that first Count, the conspiracy count; which is a conspiracy to possess a controlled substance with intent to distribute.

**That just means that the defendants agreed to sell drugs, to distribute drugs. And a conspiracy is simply an illegal agreement; it is an agreement to do something unlawful by these five men.**

**You will hear about this conspiracy. You will hear from the officers who saw the conspiracy with their own eyes working on the streets of Little Havana selling drugs.**

**You will hear from the people that participated in this conspiracy who also sold the drugs. You will hear from the defendants themselves on recorded calls talking about selling drugs and committing robberies.**

**It will become very clear it was a conspiracy for making money. It was a criminal enterprise. You will hear about the business model where the BMT members robbed people to get money and used that money to buy drugs, then sold back drugs to get more money.**

**Rob people, get money, buy drugs, sell drugs; that was there business model. The robberies were common practices for some of the BMT members.**

**Firearms was also an important part of the BMT operation. Guns were there to protect the drugs and commit robberies to raise money for the business model.**

**You will also hear about the BMT's business partners, one of them is charged here, Jay Anthony Flores, the man in the red shirt.**

You will also hear about the BMT's leaders Maurin Chacon, the man in the white shirt. The evidence will show that Maurin Chacon sold drugs on numerous occasions. You will see Maurin Chacon on video selling drugs.

You will also hear recorded calls of Maurin Chacon setting up drug deals. The evidence will also show that Chacon participated in robberies, taking their property. He proudly embraced selling drugs and leading the BMT.

The next defendant Christopher Altamirano, the man in the purple shirt, he also sold drugs on numerous occasions. You will see video of him selling drugs, and you will hear calls of him discussing drug deals and setting up drug transactions.

He also participated in the BMT robberies where innocent people were robbed of their property, including one -- including one where a gun was used.

Christopher Altamirano gave detailed instructions from jail to a BMT member on how to run the drug operation.

The next defendant Rodolfo Portela the man in the pin stripe white and black shirt he was found on November 18th of 2013 to be in possession of marijuana and a gun.

While in jail Portela said, as he described what had happened, I was trying to get money. He also warned members to move their drugs and guns from a location where police could seize them. He said, clear the whole set, clear everything.

The next defendant, James Dixon, the gentleman in the checkered white and black shirt, James Dixon also sold crack cocaine. He also sold drugs. You will see video of him selling drugs.

You will hear recorded phone calls where he is setting up drug transactions. Where he is selling drugs with the co-conspirators.

He discussed drug operations with Portela. He gave Christopher Altamirano advice. He said it's hard to be a robber and sell drugs at the same time, that he should choose one or the other.

Christopher Altamirano, who was in prison at the time, said he will hit up another lick when he is out. The testimony will show that hitting up another lick means doing another robbery.

Jay Anthony Flores, a business partner of the BMT. He associated with BMT, he sold drugs with them, they sold drugs together.

Let me be clear, Jay Anthony Flores was not a member of the BMT, but he was a member of the conspiracy that sold drugs together.

He advertised drug sales. He responded to clients who wanted drugs. You will see his text messages discussing drugs, fire on deck. And the testimony will show that means, I have drugs come and get it.

You will hear evidence of Jay Anthony Flores ferrying drug customers back and forth with the BMT.

All five of the defendants are charged in Count 1, the conspiracy count I just mentioned.

The indictment also has other charges. The next charge I want to talk about is the violent crime in aid of racketeering, also referred to as the Vicar.

The Vicar charge is a violent crime in furtherance of a criminal enterprise that engages in racketeering activities. The criminal enterprise is the BMT, the Big Money Team, which is a criminal business.

The racketeering activities are the drug trafficking and the violent crimes that support the enterprise, such as the robberies.

That is part of the business model I mentioned here where they rob people to get money to buy drugs to sell and get more money. The robberies fund this enterprise. The robberies feed this enterprise.

The specific violent crime charged in the Vicar count is the November 20th robbery by Christopher Altamirano and co-conspirators Thompson and Forte.

These co-conspirators got into a car, drove out, found some random citizen of Miami and robbed them of their property, including money, wallet, phone and during this robbery discharged a gun and then fled.

They ran back to the trap; a principal place business for the BMT at 435 NW 11th Avenue. Only because one of the victims had a phone with the my phone AP on his phone were the police able to trace the property back to that trap.

And there the police found Chacon and Thompson at the trap, along with the property and a gun that resembled the gun used in the robbery.

Now Christopher Altamirano was not at the trap but was found nearby walking. And the car that was used in the robbery had property that tied back to the defendants.

Right after the robbery Chacon and other BMT members beat up a person named Nadim Guzman because Nadim Guzman had provided information about this robbery to the police.

This robbery was one in a long line of robberies, as I said, robberies meant to feed the enterprise, keep the business going.

The rest of indictment including drug distribution and firearm charges. There are counts that deal with possession with intent to deliver a controlled substance.

That just means the defendants had drugs and sold it to someone else or intended to sell it to someone else, including the undercover officer.

You will see videos of Chacon, Altamirano and James Dixon selling drugs. You will see that on the video; you will hear recorded phone calls setting up the deal.

Rodolfo Portela when he was found to be in possession of marijuana and drugs, you will hear him say it was because he was trying to get money.

There are charges related to firearms. The charges relate to possession of a firearm and ammunition by a convicted felon.

Chacon had a gun and sold it to the undercover officer on February 25th, 2014.

Portela has two gun charges. On July 26th, 2013 he had a gun on him, saw the police, threw the gun and ran.

The police were able to recover the gun and the ammunition and processed it for DNA, and it came back as a match to Portela.

The second gun charge was on November 18, 2013 when he was found to be in possession of the marijuana there was a gun in the car, the seat where he was sitting.

At the time the defendants had been, the evidence will show, they had already been previously convicted of a felony. They were using guns as felons to sell drugs.

The next firearm charge is -- basically it is a crime to have a firearm in furtherance of a drug trafficking crime or a violent crime.

The November 18, 2013 possession of marijuana by Portela as I just mentioned was a drug trafficking crime. There was a gun and marijuana possessed by Portela.

The November 20th robbery by Altamirano, which I mentioned earlier, the armed robbery where the gun was discharged was a violent crime.

Now Chacon is also charged in both counts because he was the leader. And because he was the leader he controlled what BMT did.

Now, in a criminal organization not everyone knows everything that everyone is doing. But the boss knows what is happening.

And there is an expectation and an understanding that firearms, that guns, are possessed; that people have guns, BMT members have guns.

Why? To protect the enterprise, sell drugs and commit robberies. Whether it's for intimidation or for protection, there is an expectation guns are to be used.

You will see video of Chacon saying, I run this block, these are my people, I run this block. He is aware of what his people are doing. They are getting funds through robbery.

Chacon sold drugs, Chacon sold the firearm, Chacon robbed people. He self identified as the leader. I run this block, these are my people.

Because he self identified as the leader he knows of and is responsible for what his people are doing.

These are the charges in the indictment, and what the United States must prove beyond a reasonable doubt. We will

prove these charges beyond a reasonable doubt with the different kinds of evidence you will see in this case.

You will hear testimony from officers who were on routine patrol and happened to run into BMT members who were possessing drugs. These officers will tell you they were responding to citizen complaints.

You will hear from the undercover who bought drugs from the BMT members. You will hear the defendants themselves on recorded calls setting up drug deals and you will see video of the defendants selling drugs.

You will see crack cocaine, you will see marijuana, you will see Mollies. You will hear from the chemist who analyzed these drugs and confirmed they are drugs, crack cocaine, marijuana and Mollies.

You will see the guns, you will see the ammunition and you will hear from the DNA analyst who analyzed the gun and confirmed it was a match to Portela.

You will have an insider view of what it was like to run this criminal business. During the course of the trial you will meet people who are members of this criminal business, members of the BMT.

Through their testimony you will have another window into this conspiracy, this operation. These business insiders have pled guilty to charges and some have already been sentenced.

As a result of testifying truthfully they hope to get a reduction in their sentence.

At the end of the day you will know from the evidence that their testimony will be corroborated by other evidence in the case.

These BMT members have committed crimes, they have robbed people, they sold drugs. What better witness to talk about the inner workings of this criminal enterprise than the people in the conspiracy, the people committing these crimes with the defendants.

Lastly, you will hear from the citizens of Miami the people who live there in the neighborhoods where there was a trap who were victimized, and they will give you another perspective of the consequences, of the impact, to be at the receiving end of the BMT's activities.

What it is like to be robbed, what it is like to have a gun pointed at them, to have shots fired in the air, to be beaten, and to live in a neighborhood where the BMT rules.

Ladies and gentlemen, at the end of the case we will have another opportunity to speak with you. At that time you will have met all the witnesses in the case, heard all the testimony and seen all of the evidence.

At that time we will ask you to return the only verdict consistent with all the evidence in this case and that is a verdict of guilty as to each defendant in the charged

counts. Thank you.

THE COURT: Thank you, Ms. Hosseini.

Mr. Gonzalez.

MR. GONZALEZ: Good morning, ladies and gentlemen of the jury. I represent Maurin Chacon. I am going to now give you what we believe the evidence is going to show during the course of the trial.

What the evidence is going to show is that Maurin Chacon, my client, since the age of 14 wanted to be a rapper, a musical rapper.

And you will hear this from the Government's own witnesses, Nadim Guzman, Miguel Rodriguez and Dayaan Zerquera. These are Government witnesses.

And what the witnesses will say is Mr. Chacon, not only did he pursue his career as a rapper but he actually put together some videos, some songs that were put on U Tube, were put on Facebook, were put on Instagram; all of those sorts of things.

In addition, what the evidence is going to show -- because see, Nadim Guzman the Government's witness sold drugs; the evidence is going to show that. He sold drugs on his own, and I will get back to that in a few minutes.

But Nadim Guzman also was a DJ, a promoter of events. You will hear from his words and documents, Facebook pages, that Nadim Guzman promoted at different clubs for different

rappers. There were events such as the battle of the rappers. You will hear from him and others that Maurin Chacon, my client, the BMT was created as a record label, and that was the performing name, that was the group name for performing.

And you will hear Mr. Chacon did perform at several of the clubs around town. At the King of Diamonds where they would have events.

You will see from the evidence that there are pages where some of these events are promoted King of Diamonds was also one of the local clubs up in Fort Lauderdale, and different places here.

You will see what these individuals are trying to copy -- you will see that through the testimony of Nadim Guzman and the documentation in his own Facebook accounts.

By the way, Nadim Guzman's DJ name was DJ Kanan just as Maurin Chacon performing name was Yung Patron.

You will see what Nadim Guzman is promoting is events where people want to imitate rappers like Gucci Mane. What is Gucci Mane's video and production?

It is called Trap Back. What you will see with regard to these videos is what these performers promoting are women -- maybe in a denigrating way where guys are chasing after women; alcohol, drug usage, drug selling, the whole bit.

You will also hear that even Rick Ross -- which I believe the evidence will show -- is that his latest video is

called Neighborhood Drug Dealer and this is Rick Ross who was just nominated, the evidence will show, was nominated for a Grammy with Usher and they happened to lose to Beyonce.

There are other local ones like Stitches. Stitches is a young man, an individual that graduated from Sunset High School.

What these videos are talking about is kilos of cocaine, guns and machine guns. Not necessarily that is what is happening but that is the lingo. And you will hear that from the witnesses.

Rick Ross, Three Kings featuring Jay Z and Dr. Dre. Another one called Iceberg; Strictly for the Streets, Snoop Dogg, Rhythm and Gangster. That is the culture you will hear about.

I want to tell you -- as Ms. Hosseini said this indictment covers a period from January of 2011 up through October 3rd of 2014.

What the evidence is not going to show -- you are not going to see any large seizures of money.

What you are going to see in these videos and these Facebook accounts is these individuals are on foot asking for a ride or on a bicycle.

There is no wealth, there is no enrichment. You will see that from the evidence and from the lack of evidence. There are going to be numerous phone calls, numerous videos that were

introduced. They had a camera on the corner of 11th and 3rd or 4th, a video, what they called pole camera, that was up from April through three months, four months later. You will also hear there was surveillance done.

Now, Count 1 charges a conspiracy to possess a controlled substance with intent to distribute over 280 grams of crack cocaine. There will not be over 280 grams of crack cocaine produced to you. The evidence will not show that.

Quickly, because I have a short period of time, I am going to give you some of the counts that are in play.

Count 5 of the indictment charges my client with possession of a firearm in furtherance of a drug trafficking crime. This is November 18th of 2013.

The police are going to come in and testify that an individual -- a female who was the actual driver of the car -- are stopped. They are stopped somewhere in Liberty City.

Nowhere is Maurin Chacon; my client is not there. My client had no knowledge -- I believe the evidence is going to show -- that there was any gun underneath the seat as Ms. Hosseini said.

Because he was not even there. Or that there may have been a small amount of marijuana in that vehicle. But he is charged in Count 5, and he is not even there. This is happening in Liberty City. The events they are talking about are in Little Havana.

Count 6, 7 go in conjunction with 8 and 9 because Count 6, the violent crime in aid of racketeering, talks about an assault having taken place.

The witnesses, civilians, are I believe Maricio Obregon, Steven Alas, Donald Rivera and Pedro Llerena. And they are going to say -- I believe the evidence is going to show -- they were held up almost at midnight on the 20th of November 2013.

None of them will say that Maurin Chacon was there. None of evidence is going to show that Maurin Chacon sent these individuals to do this.

That is Count 6, which is then also tied in with Count 7. Because even though he is not there and there is no evidence that he directed this he was charged with possession of a firearm in furtherance of a crime of violence.

That when these individuals were held up he possessed or instructed someone to possess a firearm.

He was not there is what the evidence is going to show. When the police tracked down the cell phone to this residence on 11th and 3rd -- -- by the way this residence at 11th and 3rd was a place that the homeless would stay.

It was not only that Mr. Chacon stayed there at times, and others like Nadim Guzman stayed there at times -- and he is the Government witnesses that is going to come in -- there are other families that stayed in this abandoned building.

This particular day when law enforcement tracks the cell phone to them I believe the evidence is going to show, and Mr. Martinez has previously said, that Mr. Chacon was there sleeping, and so was he.

They had nothing to do with the robbery. Now the police supposedly found some drugs. We believe the evidence will show that the drugs were Nadim Guzman's and they charged my client with those drugs and also a firearm that there is no evidence that he ever had or possessed.

And Mr. Guzman their own witness will testify to that.

MR. GONZALEZ: Could I have roughly five more minutes.

THE COURT: Five more minutes.

MR. GONZALEZ: As I said, I won't have the opportunity to go over all this, but at the end of the case when I ask you to render a verdict of not guilty as to my client and these charges I will cover all the details.

This is a roadmap or a preview for you to follow as you hear the evidence and look at the evidence. What I wanted to finish up with here is the following:

That is that the Government is going to bring a series of witnesses, but I am going to focus on these three.

I already focused on the victims of that robbery of November 20th that are not going to identify my client. The witnesses were brought to the scene to identify and they did not identify Mr. Chacon as anyone having to do with the

robbery. So I would ask you to keep that in mine. Miguel Rodriguez, I believe the evidence is going to show that BMT is a record label.

In addition, the evidence will show is he is going to say prior to being arrested he had a distrust of the police. And that when he was selling drugs, that he sold for himself, that never did Maurin Chacon give him any instructions or directions what to do, never provided him any drugs.

And he never had to provide any profits to my client. His own statements I believe are going to provide the following: That he has a newborn that was born while he was incarcerated for this case, and that he wants to go home and be with his child and his girlfriend.

That he is willing to do whatever it takes to get home. He has a ten year sentence, and he will be testifying in the hopes of having that sentence reduced because the Government is the only one that can file a motion asking the Judge to reduce the gentleman's sentence.

Testifying is part of the deal. He is expecting a reduction. Judge Williams decides whether to give a reduction or not, but the Government has to file it or you don't get any reduction.

Dayaan Zerquera I believe is going to testify to the following: I am not BMT member. That when questioned by the police back when he was arrested he basically would point out

to the police, look, don't put words in his mouth; that he never had anything to do with BMT.

In addition -- this is very important because Counts -- it is the April 3rd, 2004 events; that is Count 28. I believe the evidence is going to show that the police officers got Dayaan Zerquera with some drugs, and also an individual that was with him that apparently may have given him the drugs, Christian Ramirez.

They supposedly found a firearm. But the video and the testimony is going to be that Maurin Chacon was not there, but Maurin Chacon is charged with that gun also.

I believe the evidence is going to show that Maurin Chacon never gave that gun to Dayaan Zerquera, never told him to carry a gun and didn't even know he had a gun on him. I believe that is what the evidence is going to show.

The last witness, and I am done -- that is going back to Nadim Guzman, and this is a brief synopsis. He sold drugs for himself; he told that to law enforcement.

When he was detained on November 20th of 2013 when he is detained -- this has to do with the robbery -- he tells the police that he has changed his ways, that he is homeless and that is why he is staying in the abandoned building.

Tells them he is no longer a dealer, that he is willing to cooperate with law enforcement. So, they release him, and as he is being released he is going back to that place

at 11th and 3rd to see if he can find the drugs because there were drugs that were his that were there. I believe the evidence is going to show that.

Even though he has told police he has changed his ways you will be able to see from his Facebook and Instagram pages that he goes immediately and starts to post he is back in business; that he is selling drugs and basically he is promoting the sale of marijuana, crack cocaine Molly.

You will hear him talking about false ID's, all sort of criminal activity. He is promoting the fact he is in business, not only Little Havana in Hialeah and trying to open up a business in Kendall, and that he has drugs available to sell at the close.

That is consistent with him doing business on his own. And to get himself out of the jam when he was arrested on November 20th he told the police he had changed his ways, he was not doing it anymore. But the Facebook accounts are going to show something different.

And then, I will end with this, what happens is when he gets arrested in this case on June 1st of 2014 he tells law enforcement Mr. Chacon was not a part of the robbery, he did not take any orders from Mr. Chacon, that Mr. Chacon did not have any authority over him or anything of that nature.

At that point when he was now incarcerated for charges of drug trafficking he decides to cut a, deal and this is what

the deal is about, he has -- I believe the evidence will show this, he has been sentenced to nine years incarceration, and he hopes to come here and get it reduced.

We believe Your Honor will tell you at the end in her jury instructions that these witnesses' testimony must be weighed with more caution; that you get to determine how much you believe or you not or you can discredit it all.

At the end of the case I will ask you to render a verdict of not guilty as to Mr. Chacon. Thank you, Your Honor.

THE COURT: We will take about five minutes.

COURT SECURITY OFFICER: All rise, please.

JURY EXCUSED

THE COURT: All right. My voice is shot, but my hearing is pretty good. I don't recall you giving notice that you have an expert witness.

MR. GONZALEZ: Pardon me?

THE COURT: How are you going to get in Rick Ross?

MR. GONZALEZ: Nadim Guzman -- those individuals are posted on all his Facebook accounts. The Government is using that against our clients so some of those, which are favorable to us, we're going to use on our behalf.

THE COURT: You are going to use some Facebook post that Nadim Guzman says he liked Rick Ross?

MR. GONZALEZ: Which say that is the music that they promote, that he does part of it as a DJ, and that is the music

Mr. Chacon produced. There are examples on Facebook when Mr. Guzman is telling Mr. Chacon I have studio time for you for purposing of recording.

That I think is crucial -- I understand what they say BMT is, but BMT is a production of music and events.

THE COURT: Okay.

MR. GONZALEZ: Thank you.

MR. VAZQUEZ: I would ask that -- if Mr. Gonzalez wants to bring up Rick Ross, that the Government have the opportunity to call an expert to explain Mr. Ross's involvement in criminal activity.

THE COURT: Maybe I should schedule a hearing. Mr. Ross is a party in one of my cases; maybe he can come in himself.

All right; five minutes.

RECESS TAKEN

COURT SECURITY OFFICER: All rise for the jury, please.

THE COURT: Everyone may be seated. Mr. Horowitz.

MR. HOROWITZ: Thank you, Your Honor. May it please the Court, counsel, ladies and gentlemen of the jury; my name is Phil Horowitz.

I don't represent they, I don't represent them, I don't represent the defendants, I represent this young man in the purple shirt; his name is Christopher Altamirano.

That is who I represent, and that's who I will speak to you about this morning. This portion of the trial is known as opening statement. Opening statements are a preview of what we expect the evidence to show or not to show.

Trial is your feature presentation. It comes to you from the monitor and the witness stand. You will get evidence, tangible things you can hold, intangibles such as testimony.

Testimony does not come at you just from that table. There is direct evidence and then cross examination where some, not all, defense counsel will have a chance to ask questions of the witnesses. And their answers to our questions are to be evaluated the same way as the answers to the Government's questions.

You are free as judges of the facts to accept or reject in whole or in part the testimony that you hear. At the end of the case I will have one more chance to address you in closing argument, as opposed to opening statement.

At that time I will have the opportunity to argue as to why the Government has not proven their case beyond a reasonable doubt and as to why you should find Christopher Altamirano not guilty of the charges in this case.

The case comes to you by way of an indictment. An indictment is the formal charges against a defendant; they are allegations. And as the Judge has told you, these allegations are not evidence of guilt.

The Government must prove beyond a reasonable doubt their case against Mr. Altamirano. An indictment is kind of like the analogy I have always liked about what an indictment is and what an indictment isn't.

An indictment is kind of like a wedding invitation, a wedding invitation you receive in the mail which tells you the who, what where and when, but it is not evidence of marriage.

An indictment is the same way, it is not evidence of guilt. It informs the defendant who, what where and when.

Now you have heard the phrase beyond a reasonable doubt. The Government used it one time in their opening statement. That is their burden. That burden remains cemented to this side of the courtroom.

It's not like tennis where it goes back over the net and we hit it back over. It is the Government's burden to prove their case beyond a reasonable doubt.

I can sit at this table for 4 weeks, however long we are going to be together, and I don't have to ask the witness a single question.

I don't have to introduce a piece of evidence. I don't have to object. I have to be here when Judge Williams says to be here in the morning, and I can go back to my office at the end of the day.

I could sit there with proper courtroom decorum and do a cross word puzzle all day long. You may not think much of my

legal skills if I do that, but if the Government cannot prove beyond a reasonable doubt my client's guilt you must find Christopher Altamirano not guilty of all the charges in this case.

As this is the preview of coming attractions, I want to discuss what I believe the evidence is going to show you, specifically as to the events of November 20th and November 21st, 2013.

You have heard about robberies. Christopher Altamirano is not charged with a robbery; there is no robbery count for your consideration today, tomorrow or when you receive this case for your deliberations.

The events of November 20th are charged in Count 6 and Count 7 of the indictment. In Count 6 Mr. Altamirano, as well as others, are charged with committing a violent crime in furtherance of racketeering.

You will hear testimony about a robbery of November 20th. You will hear about phones being taken, some money being taken and some other items.

Mr. Altamirano is charged with committing a violent crime on November 20th for the purpose for the purpose of gaining entrance to and making and increasing his position in the BMT.

You will hear no evidence that he tried to increase his position, that he tried to maintain his standing in an

organization, as the Government puts it, an enterprise as they put it and will have to prove.

Q. Mr. Altamirano was in no enterprise, he was in no organization and never sought to gain entrance or maintain or increase his position, guarantee his position within this organization.

You will hear about the robbery and about the proceeds of the robbery being found at the residences. Mr. Gonzalez spoke with you about a residence on 4th Avenue and I believe it is Northwest 11th Street.

You will hear about the AP -- those of you who have an iPhone know, it is called the find my phone AP. You will hear that some of the proceeds of the robbery were recovered.

What you will not hear is that Christopher Altamirano was present at that time. From that witness stand you will hear evidence that he was not present.

You will hear evidence the police encountered him hours later walking in the street. Mr. Altamirano is a 23 year old kid. I talk about kid because I am definitely not one. But he is a 23 year old kid.

He has been homeless for a few years, the evidence is going to show that. But the evidence will show that he was not at that residence that night.

When he was picked up walking down the street did he have any proceeds from the robbery? The answer is no.

Did he have a firearm in his possession? The evidence will show the answer is no. The evidence will show that that evening a weapon was fired. But there will be no evidence that Mr. Altamirano fired a weapon.

There were documents and wallets and cash that were stolen. There is no evidence that Mr. Altamirano had any of it.

In Count 7 Mr. Altamirano is charged with discharging a firearm in furtherance of the commission of a crime of violence, not robbery, discharging a firearm.

You will hear evidence that there are ways that can be tested to see if a person has recently discharged a firearm. You will hear absolutely no evidence that Mr. Altamirano discharged a firearm that night.

Ladies and gentlemen, I ask that you listen not just to the direct testimony of the witnesses but the cross examination as well; all of the evidence.

And at the end of the case I will have a chance to address you, and after Judge Williams has had the opportunity to instruct you again on the law, at that time I will ask you to find my client not guilty.

Thank you, Your Honor.

THE COURT: Thank you, Mr. Horowitz.

Mr. Korchin.

MR. KORCHIN: May it please the Court, counsel, ladies and gentlemen of the jury. I represent Rodolfo Portela as you

know. This case is going to be about whether the Government can prove the charges in the indictment against Mr. Portela beyond a reasonable doubt.

You will hear proof beyond a reasonable doubt is proof so convincing that you would be willing to rely and act on it without hesitation in the most important of your own affairs.

That is what proof beyond a reasonable doubt is, and that is the burden the Government has in attempting to prove Mr. Portela guilty of the charges in the indictment.

The question is going to become does the Government have reliable evidence to prove the charges against Mr. Portela? Let me give you one example.

In the Government's opening statement Government counsel mentioned an incident on November 18, 2013. And the Government told you that Mr. Portela had marijuana in his possession.

What the Government did not tell you is that on November 18, 2013 Mr. Portela had one gram of marijuana in his possession.

Now from that the Government has charged Mr. Portela in the indictment with being a member of a conspiracy, that is having an illegal agreement with other people in this indictment to possess with intent to distribute more than 280 grams of crack cocaine. So the question for you is going to be does the Government have reliable evidence to prove beyond a

reasonable doubt that a man who possessed one gram of marijuana on one occasion is a member of a conspiracy that supposedly their goal was to distribute over 280 grams of crack cocaine.

That is what this case is all about with respect to every count in this indictment with which Mr. Portela is charged. I am not going to go over every single witness who is going to testify, but that is what the case is about.

With respect to every count, every charge against Mr. Portela, does the Government have reliable evidence that you can rely on to say that Mr. Portela is guilty of any crime in this indictment?

That's why I brought that one example to your attention. In this case that one gram of marijuana that Mr. Portela possessed on November 18th, 2013 is the only drug the evidence will show that Mr. Portela ever possessed.

And as I said, from there the Government is trying to get to a guilty verdict on a conspiracy to distribute more than 280 grams of crack cocaine.

That is what this case is about. At the conclusion of this case I will be asking the jurors to find Mr. Portela not guilty of all charges in this indictment.

Thank you.

THE COURT: Thank you, Mr. Korchin.

Mr. Donet.

MR. DONET: Good morning, ladies and gentlemen of the

jury. I represent James Dixon -- I know it's hard to see behind the monitor -- but I represent Mr. Dixon.

What the evidence will show, moreover what the evidence will not show, is Mr. Dixon is not involved in any conspiracy. He was not involved in any violent crime in aid of racketeering.

What the evidence will show is over-zealous police work and prosecution that is what the evidence will show.

Your job as jurors is to look at the evidence and analyze it, look for conflicts in the evidence, lack of evidence and conflicts in the evidence. I am confident you will agree with me when we finish the case that Mr. Dixon was not involved in this conspiracy or violent crime in aid of racketeering.

Let's talk a little bit about the evidence. You will hear there are tens of thousands of pages of Facebook and Instagram postings, and of those the Government will be able to show you a handful which Mr. Dixon is in.

There are over a hundred hours of jail calls, numerous jail calls. What the Government will be able to show you is that on just a couple, a few, James speaks to somebody who is in jail and calls somebody else who passes the phone to Mr. Dixon.

The Government will not put on a witness that is going to say that Mr. Dixon robbed anyone in this case, that Mr.

Dixon assaulted anyone, that Mr. Dixon intimidated or harassed anyone. There is no civilian witness that will take the stand that had a cross word with Mr. Dixon.

He was not present during any of the allegations of that Vicar charge. He had nothing to do with any conspiracy and was not a part of a group. He was not working his way up this organization.

He did not conspire with anyone to say he was giving Mr. Altamirano advice on a phone call, at 19 years old, when that phone call was made that year.

Mr. Altamirano did not have any knowledge to give anyone advice or have any knowledge to act as as a consigliere to the drug organization as the Government is claiming.

Look at the evidence, lack of evidence and conflicts in the evidence. You will not hear Mr. Dixon had a Facebook account or that he posted a thing on Facebook. You will not hear that he had an Instagram account.

This conspiracy begins as early as 2011. You will hear Mr. Dixon is identified in a photograph or jail call in November of 2013.

We are conceding on April 1st you will watch a video and hear the recording and you will have a transcript to follow where Mr. Dixon does sell crack cocaine to an undercover officer you will hear he sold six crack rocks of crack cocaine for $60.

You will hear he sold it to make some money for himself. That amounted to one half of one gram of crack cocaine. The Government wants you to believe he is a part of this conspiracy that is responsible for over 280 grams of cocaine, but that is not the evidence.

I am confident if you take your jobs as jurors as seriously as you have sworn to do, if you look at the evidence and see past the broad strokes the Government is painting and get down to the details, because the devil is in the details, when it comes time for you to render your verdict -- because right now as was discussed yesterday Mr. Dixon is innocent.

To use Mr. Horowitz's example, he has not been married yet. The invitation got here but he has not been married.

He is as innocent as anyone sitting in the courtroom, as innocent as the people sitting in the gallery, as any lawyer present, the staff or even you yourself.

And the Government will not be able to meet their burden as to the counts of the conspiracy. But they will, as to April 1st, and that is what we will ask you to hold him accountable for, to find him guilty of the crime he is guilty of; that is on April 1st selling one half of one gram of crack cocaine for $60.

Thank you.

THE COURT: Thank you.

Mr. Rubio.

MR. RUBIO: May it please the Court, counsel, ladies and gentlemen of the jury. My name is Frank Rubio and I represent Jay Flores, the gentleman who is standing.

This is my opportunity to outline the evidence that I believe will be shown here during the course of the trial. You will hear from me as you have heard from the other lawyers and as you have heard from the Government.

What I tell you now is merely to be used as an outline. What the lawyers tell you is not evidence. We will all get the opportunity to address you at the end of the case.

You are the most important part of the case. You are the judges of the facts. What I ask you at this point is to please bear in mind and consider my client Mr. Flores individually, and as the trial progresses see how the evidence applies to him.

I would ask you to look and see what the evidence is against him and is not against him. The other important part of the case is the Judge.

She is the Judge of the law and is essentially the referee during the course of the trial. She will instruct you on the law. I ask you to pay close attention to that because that is the law you will apply when you go back to the jury room.

Now, my client is 19 years old -- I believe he is 20 years old. The end of January he became 20. So during the

course of this alleged conspiracy he was 19. You heard this conspiracy started back in January of 2011. Back then he would have been, I believe, 15 or 16 years old.

You will see from the indictment -- and as you have been told by the Court that is not evidence. You will hear there are 34 charges. Of the 34 charges there is only one charge in which Mr. Flores is charged, and that is in the overall conspiracy.

I submit to you the evidence is going to show, A, that he is not a member of BMT. B, that he is not a member of any conspiracy organization to buy and sell drugs.

But I do want you to pay attention to what I believe the evidence is going to show. I believe the evidence is going to show that -- it's important for you to see when and where someone is alleged to have become a member of the conspiracy.

I submit to you in January of 2011 Mr. Flores and his family -- his mother and his sister moved into a house that is at 1135 Northwest Sixth Street.

You will see this was an area that changed because of economic changes. This was a poor socioeconomic area, there were abandoned buildings, people were selling drugs. It was a very difficult area.

And Jay Flores was a young man that was living there with his mother and young sister. In approximately October of 2012 I believe, you will hear testimony that a group of

individuals moved into that area and that is where the problems started with Mr. Flores. I believe the evidence will show that in approximately June of 2012 an individual by the name of Franklyn Flores -- and this is important because he is Mr. Flores' uncle; it is important because he moved in with Jay Flores and his mother.

He is a well known boxer and trains in that area. And a lot of people knew and respected him. Come November of 2012 Mr. Flores is outside of his home with another young individual, a friend of his who happens to be a boxer.

A car pulls up with several individuals and they start harassing Mr. Flores and starts threatening Mr. Flores. His uncle comes out in front of the house and has words with the people in the car.

He said, don't give these kids any trouble or you will have to mess with me. They wanted to fight. And so this boxer says, we do it the old way, no guns, no weapons. If you want to fight then fight him.

And so there was a fight between Jay Flores' friend, who was there and happened to be a boxer also, and he beat the living daylights out of one of the people in the car.

They came back again and wanted to fight again. And you will hear testimony, you want another fight; I thought it was settled. It was a second fight, and the guy was beat again.

After that there wasn't any problem, but they kept harassing Mr. Flores. He was scared to death of these people, and come January, February of 2013 his uncle decides to go talk to these people that -- he was so threatened he would not come out of the house.

You will see the area from photographs introduced by the Government. There is a little shop that Mr. Flores would always go and hang out and drink beer, get drunk -- he had a problem.

You will hear testimony that the uncle goes to him and says, if you mess with my family you are messing with me; if you want to fight, I do it the old way.

He reiterates to him, no weapons, no gun, we do it the old way. As a result of that they left Mr. Flores alone. But they got back at the uncle because out of allowing Mr. Flores to be in that area he -- you will hear testimony that he was involved with marijuana, he has a marijuana addiction problem.

As a result of his being in the neighborhood being subjected to what was going on there he became addicted to drugs.

The evidence will show he went in an intensive drug program from April of 2013 to October of 2013. During that time he was in a residential drug treatment program in Tampa.

He then comes back to the area. You will see that at no time -- you will hear a lot of testimony. You will hear

about a lot of different acts. You will hear about things that occurred. When you listen to the evidence that is presented in court you will not hear of one occasion during this whole time where a confidential informant, a confidential informant, or the police conducted a drug transaction with Mr. Flores.

The evidence will show he never at any time was ever a member of the BMT, he was never a member of any organized group to sell drugs for profit to further the interest of any specific group.

At the end of the case I am going to ask you to come back with the proper verdict, that is -- and you won't find one count where he is charged, in the 34 charges, other than this general conspiracy.

You will see what happened to him because of where he lived, and you will see what the evidence is against him.

I think when you consider the evidence and the instructions given to you by the Court you will certainly see Mr. Flores was not a member of the BMT and was not a member of any conspiracy to buy and sell drugs.

Thank you.

THE COURT: Thank you. Ladies and gentlemen, I think it is more painful for you to hear me than it is for me to talk, but I need to instruct you on some of the matters you will hear so I am going to go slowly and if you can't hear just raise your hand.

Now we talked about what was evidence and what wasn't evidence. There are Rules of Evidence that can control what is received into evidence and what you can consider.

When a lawyer asks a question or offers an exhibit and the lawyer on the other side thinks that that is not permitted then the lawyer may object.

If I overrule the objection then the question can be answered or the exhibit may come in. If I sustain an objection then the question cannot be answered and you cannot consider that exhibit or that question.

Whenever I sustain an objection you must ignore the question and try not to guess what the answer would have been; X or Y. Sometimes I may order that evidence be stricken, that you must disregard it. That means when you are back there deciding the case you must not consider that evidence; it has been stricken from the record.

Some evidence is admitted only for the limited purpose I instruct you that item of evidence has been admitted for. And you must consider it only for that purpose, and I will tell you what that is.

From time to time during the trial I am called upon to make rulings of law on these motions and objections. You should not think that because of any ruling I make that I have an opinion about the merits of the case favoring one side or the other; I don't.

So, if I sustain an objection and it goes unanswered you may not draw any inference from what the answer may have been given, or the fact I sustained the objection.

You should not take anything I may say or do during the course of trial as an indication of what I think the evidence should be or what I think your verdict should be. All of that is entirely up to you.

Now, because I may have to make these rulings I may have to confer with the lawyers over here, what we call sidebar. And if I think it is more convenient for you, I will send you back to the jury room.

I will try to limit those interruptions as much as possible, but you should remember at all times the importance of this matter for both parties and be patient, even though it seems to be going slowly.

Remember, in the jury selection we told you we believe the trial will last a month. We're going to try to work our hardest. That's why I am here croaking at you to make sure the trial moves along.

Let's talk about some of the tools you will use. For example, in reaching your verdict you have to decide what testimony to believe and what testimony not to believe.

You may believe everything a witness says or part of it, or none of it. In considering the testimony of any witness you may take into account the opportunity and ability of the

witness to see or hear or know the things the witness testifies to, the witness' memory, the witness' manner in testifying, how the witness appears to you, the witness' interest in the outcome of the case, or any bias or prejudice the witness has.

Whether other evidence contradicts the witness' testimony, the reasonableness of the witness' testimony in light of all the evidence and other factors that bear on the witness' believability.

At the end of the case I will give you additional guides as to evaluating a witness' testimony.

As you know, this is a criminal case and there are three basic rules about a criminal case you must keep in mind.

First, as I told you yesterday the defendants are presumed innocent until proven guilty.

The indictment against the defendants is brought by the Government and is only an accusation, nothing more. It is not proof, it is not evidence of guilt or anything else.

The defendant starts with a clean slate. The burden of proof is on the Government until the very end of the case.

The defendant has no burden to prove his innocence or present any evidence or testimony.

Since the defendant has the right to remain silent and may choose whether to testify you may not legally put any weight on a defendant's choice not to testify. The Government must prove the defendant's guilt beyond a reasonable doubt.

And I will give you further instructions on this, but bear in mind this level of proof is a high level.

Our law requires jurors to follow certain instructions requiring your conduct in order to insure a fair and impartial trial.

For example, you cannot talk amongst yourselves or with anyone else about anything related to the case.

Now you may tell your loved ones and your employers that you are a juror, and you can tell them when you will be in court, but you cannot discuss what happens here or what you hear.

Do not at any time request, agree to, accept or discuss with any person any type of payment or benefit for any information. This is obvious. No one can pay you for information about the case.

And you must tell me if at any time anyone reaches out to you for information about this case in any fashion, whether it involves money or a benefit. If anyone contacts you about the case you must tell me immediately.

You cannot visit or view places, Google Earth, or anything that you hear about in this case, that was alleged to be involved in this case.

You cannot visit these addresses. Don't go there to do research. Do not read, watch or listen to any accounts of this case that might be in the news.

I don't expect any, but if there are any news accounts turn off the t.v.., don't read the paper, don't read the Internet or any other kind of media.

Do not attempt to research any issues or facts in this case whether by talking to each other or by encyclopedia, if people still use that, or on the Internet.

I want to emphasize that you cannot discuss this case face-to-face or by blogs, e-mail, Internet, chat or any social media or any other kind of device.

It's important you understand why you cannot do this. You are the only people bound by law to make the decision regarding this case, and you can only make that decision based on the evidence you hear in this courtroom.

You have taken the oath to be fair and immaterial, and the way you can maintain your oath is to promise not to research or discuss this case with anyone.

The law does not even allow you to talk to each other about the case until you have heard all of the evidence and the closing arguments.

The rules are designed to guarantee a fair trial under the Constitution, and I trust you will follow these rules and appreciate the importance of it.

Now I notice you have your note pads, and you are all permitted to take notes. If you do take notes you will keep them here at night.

Don't talk to each other about your notes and don't let the note-taking distract you from the witnesses on the stand since you need to evaluate their demeanor.

Notes are to help you remember who the people are, dates, important moments, weights, quantities, things like that. Don't try to take such detailed notes that you forget to follow along with the testimony here in open court.

Whether you take notes, it is your own memory about the testimony that counts. It is your own recollection of the evidence that is important.

Now although the defendants are being tried together you must give separate consideration to each defendant. You must determine which evidence in the case applies to each particular defendant.

Sometimes you are to disregard evidence that is being offered for one defendant but not another, and the fact that you may find one defendant guilty or not guilty should not influence your verdict as to other defendants.

Now you have heard the opening statements and now you are going to hear the evidence from the witnesses.

The Government presents its witnesses and then counsel for defendants may cross examine.

Following the Government's case-in-chief the defendants may, if they choose, present witnesses and the Government may cross examine.

And after all the evidence is in then the attorneys will present closing arguments. It is only at that point and after I have instructed you on the law that you will be allowed to return to the jury room and discuss the case with each other.

Those are my initial instructions to you on the law. It is 11:30. We're going to start the Government's case-in-chief. We will take testimony till about noon and then we will break for lunch.

Government, call your first witness.

MR. VAZQUEZ: Government calls Officer Jorge Coladas from the Miami Police Department.

WITNESS SWORN.

COURTROOM DEPUTY: Please state and spell your full name for the record.

THE WITNESS: Jorge Coladas, J-O-R-G-E C-O-L-A-D-A-S.

BY MR. VAZQUEZ:

Q. How are you currently employed?

A. With the City of Miami Police Department.

Q. How long have you been employed with the City of Miami Police Department.

A. Six years.

Q. What assignments have you held with the City of Miami Police Department.

A. Patrol in Overtown, Liberty City, Coconut Grove and Little

Havana as well as a member of the Problem Solving Team.
Q. Is the City of Miami Police Department -- does it service areas that are broken down into pieces?
A. Yes.
Q. What are the pieces called?
A. Nets.
Q. What does the phrase net mean?
A. Neighborhood and Hazmat Team.
Q. How do you serve as a Net officer?
A. Make contact with citizens in the Net as well as home owners and store owners.
Q. Do you speak with citizens?
A. Yes.
Q. Do you patrol?
A. Yes.
Q. Do you identify areas of concern?
A. Yes.
Q. Have you done that throughout your time as a Miami police officer?
A. Yes.
Q. And have you held an assignment in the Little Havana Net?
A. Yes.
Q. How long have you served in the Little Havana Net?
A. I want to say about three years.
Q. In the course of your service in the Little Havana Net did

you meet an individual by the name of Maurin Chacon?
A. Yes.
Q. Do you see that person in court today?
THE COURT: You can stand up, officer.
THE WITNESS: I can't see him right now -- yes, now I do.
BY MR. VAZQUEZ:
Q. Would you please identify him by an article of clothing.
A. White long sleeve shit with a black and white tie.
Q. When did you first meet Mr. Chacon?
A. Traffic stop.
MR. VAZQUEZ: Let the record reflect the witness has identified the defendant.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Did Mr. Chacon look then as he does now?
A. No.
Q. How did he look?
A. He had longer hair dreadlocks.
MR. VAZQUEZ: May I have permission to show the witness with the aid of the ELMO.
THE COURT: Any objection to Government's Exhibit 1.
MR. GONZALEZ: No, Your Honor.
THE COURT: Government's Exhibit 1 is admitted into evidence.

BY MR. VAZQUEZ:
Q. Showing you what has been marked into evidence as Government's Exhibit 1?
A. Yes.
Q. Do you recognize that photo?
A. Yes.
Q. Is that how Mr. Chacon looked when you first met him and throughout your relationship with him until today's date?
A. Yes.
Q. Have you had occasion to meet associates and friends of Mr. Chacon?
A. Yes.
Q. Do you recognize any of those persons in court today?
A. Yes.
Q. Who do you recognize?
A. Jay Flores.
Q. For Mr. Flores could you identify him by an article of clothing?
A. Red long sleeve shirt, black tie.
MR. VAZQUEZ: Let the record reflect he has identified the defendant.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. How is it you came in contact with Mr. Flores?
A. Street contact.

Q. Had you seen Mr. Flores associating with Mr. Chacon?
A. Not to me.
Q. Have you seen Mr. Flores associating with friends of Mr. Chacon?
A. Yes.
MR. VAZQUEZ: May I have permission to show the witness for purposes of identification.
THE COURT: Is there any objection?
MR. RUBIO: No objection.
THE COURT: 20 is admitted, and you may publish.
Q. Do you recognize Government's Exhibit 20?
A. Yes.
Q. Did you see any other associates or friends of Mr. Chacon during your service in the Little Havana Net?
MR. HOROWITZ: Objection as to associates.
THE COURT: Overruled.
MR. GONZALEZ: Objection, leading.
THE COURT: Overruled.
BY MR. VAZQUEZ:
Q. Who do you recognize there?
A. If I am not mistaken, James Dixon.
Q. Do you know an individual by the name of Smoke?
A. Yes.
Q. Do you recognize that person in court today?
A. Yes.

Q. Would you please identify him by an article of clothing.
A. Baby blue or a light blue shirt with a black time.
MR. VAZQUEZ: Let the record reflect the witness has identified the defendant.
THE COURT: Is that James Dixon?
MR. VAZQUEZ: Yes, Your Honor.
THE COURT: Smoke.
MR. VAZQUEZ: Smoke.
THE COURT: Okay.
MR. VAZQUEZ: We would offer Government's Exhibit 16, I believe, without objection.
MR. GONZALEZ: No objection.
THE COURT: Government's Exhibit 16 is admitted.
BY MR. VAZQUEZ:
Q. Do you recognize Government's Exhibit 16?
A. Yes.
Q. Do you know this individual to be Smoke who you have identified in court today?
A. Yes.
Q. Do you see any other friends or associates or pals of Mr. Chacon in court today?
MR. HOROWITZ: May I have a standing objection to that question especially without a proper foundation.
THE COURT: We won't have any speaking objections. Yes, you have an objection to that, Mr. Horowitz.

MR. RUBIO: I join in on that on behalf of Mr. Flores; the specific objection --

THE COURT: No, no, that's fine.

Go on Mr. Vazquez.

BY MR. VAZQUEZ:

Q. Do you recognize any other associates or friends of Mr. Chacon in Court today?

A. Yes.

Q. Who do you recognize?

A. Christian Alta -- I can't pronounce the last name but Christopher.

MR. VAZQUEZ: Would you please identify him by an article of clothing.

THE WITNESS: Purple long sleeve shirt.

MR. VAZQUEZ: Let the record reflect the witness has identified the defendant.

BY MR. VAZQUEZ:

Q. Does Mr. Altamirano look the same as with your other encounters with him?

A. Just shorter hair.

MR. VAZQUEZ: At this time I would offer Government's Exhibit 2 without objection.

THE COURT: Government's Exhibit is admitted.

BY MR. VAZQUEZ:

Q. Do you recognize Government's Exhibit 2?

A. Yes.
Q. What is it?
A. It's Christopher.
Q. The same individual you have identified in court today?
A. Yes.
Q. Do you recognize any other individuals in court today associates or friends from your service in the Little Havana Net --
A. No.
Q. Are you familiar with an individual by the name of Dayaan Zerquera or Kid?
A. Yes.
MR. VAZQUEZ: At this time I would offer Government's Exhibit 4 without objection.
MR. GONZALEZ: No, objection, Your Honor.
THE COURT: Government's Exhibit 4 will be admitted without objection.
BY MR. VAZQUEZ:
Q. Do you recognize Government's Exhibit 4?
A. Yes.
Q. Who is it?
A. Dayaan Zerquera.
Q. Are you familiar with a person by the name of Alioth Salas?
A. Yes.
Q. Are you familiar with a person by the name of Angel

Martinez?
A. Yes.
MR. VAZQUEZ: Your Honor, I would offer for purposes of identification Government's Exhibit 6.
THE COURT: Any objection to Government's Exhibit 5 or 6?
MR. GONZALEZ: No.
MR. VAZQUEZ: Government offers Government's Exhibit 5 and 6 into evidence.
THE COURT: They are admitted.
BY MR. VAZQUEZ:
Q. Who do you recognize in Government's Exhibit six?
A. Angel Martinez.
Q. Are you familiar with a person by the name of Carlos Tinoco.
A. Yes.
Q. Do you know a person by the name of C-Lo.
A. I know them by Tico actually.
Q. Are you familiar with a person by the name of Luis Salas or Chico Black?
A. Yes.
Q. Are you familiar with a person by the name of Raymond Moore or Young Gunna?
A. Yes.
Q. Are you familiar with a person by the name of Joel Diaz?

A. Yes.
Q. Are you familiar with a person by the name of Miguel Rodriguez?
A. Yes.
Q. Are you familiar with a person by the name of Nadim Guzman?
A. Yes.
Q. Are you familiar with a person by the name of Joseph Thompson?
A. Yes.
Q. Are you familiar with a person by the name of Christian Ramirez?
A. Yes.
Q. Are you familiar with a person by the name of Kevin Diaz?
A. Yes.
MR. VAZQUEZ: At this time I would like to offer for identification purposes Government's Exhibits 14, 13, 12, 11, 10, 9, 8, 7, and 19.
THE COURT: Any objection?
MR. GONZALEZ: No, Your Honor.
MR. HOROWITZ: No, Your Honor.
THE COURT: They will be admitted without objection.
MR. VAZQUEZ: Permission to publish.
THE COURT: You may.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as

Government's Exhibit 14. Do you recognize that?
A. Yes.
Q. What is it?
A. A picture of Christian Ramirez.
Q. Showing you what has been admitted into evidence as Government's Exhibit 12. Do you recognize it?
A. Yes.
Q. What is it?
A. Nadim Guzman.
Q. Showing you what has been admitted into evidence as Government's Exhibit 11. Do you recognize it?
A. Yes.
Q. What is it.
A. Miguel.
Q. Showing you what has been entered into evidence as Government's 9; do you recognize it?
A. That is Raymond Moore.
Q. Showing you what has been entered into evidence as Government's 8; do you recognize it?
A. Yes, Luis Salas.
Q. Sir, showing you what has been admitted into evidence as Government's Exhibit 7; do you recognize it?
A. Yes, Carlos Tinoco.
Q. Showing you what has been admitted into evidence as Government's Exhibit 19; do you recognize it?

A. Yes, Kevin Diaz.
Q. How is it you encountered these persons?
A. Street contact in the neighborhood where I patrolled at.
Q. Are you familiar with an area on 4th NW 11th Avenue?
A. Yes.
Q. Do you patrol that area?
A. Yes.
Q. Are you familiar with the surrounding neighborhoods of that area?
A. Yes.
Q. When did you first meet Mr. Chacon?
A. Traffic stop.
Q. Showing you for identification purposes Government's Exhibit 22--
THE COURT: You can't publish it on the ELMO; just him
MR. VAZQUEZ: May I approach?
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Do you recognize Government 22?
A. Yes.
Q. What is it
A. Where I did the traffic stop.
Q. Is that a fair and accurate representation of where you conducted the traffic stop?
A. Yes.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 22

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: Government's Exhibit 22 is admitted.

BY MR. VAZQUEZ:

Q. How is it you conducted this traffic stop?

A. The driver was Maurin Chacon and he did an improper lane change.

Q. Where?

A. He was going south on 12th Avenue.

Q. Did you conduct the traffic stop?

A. Yes.

Q. What happened during the course traffic stop?

A. He was arrested.

Q. Did you recover any items during that encounter?

A. Yes.

Q. What did you recover?

A. Clear baggie of suspected marijuana.

MR. GONZALEZ: For the record I would object based on the previously raised objection.

THE COURT: Overruled.

MR. RUBIO: May I have the date of that arrest?

THE COURT: It is 2013; July 26th.

MR. VAZQUEZ: I'm sorry, Your Honor, December of 2011.

THE COURT: I am sorry; you're right.

MR. RUBIO: I would object and move for a cautionary instruction as applies to Mr. Flores.

THE COURT: Overruled.

BY MR. VAZQUEZ:

Q. How did you come about recovering this marijuana?

A. He was arrested for his license -- his license was suspended.

Q. Where did the marijuana come from?

A. His pants.

Q. After that encounter with Mr. Chacon did you continue to patrol the Little Havana area?

A. Yes.

Q. Did you have occasion to see the defendants you have identified and the individuals you have identified through their photographs in the area?

MR. RUBIO: Objection, leading date and time.

THE COURT: Sustained.

Q. Between December 2011 and?

THE COURT: Date, time and place.

Q. Between December 2011 and May of 2013 did you have occasion to see the individuals you have identified in court and through their photographs in person on the streets of Little Havana?

MR. RUBIO: Objection.

THE COURT: Overruled.

MR. VAZQUEZ: Relevance.

THE COURT: Overruled.

MR. RUBIO: Judge, may I have a continuing objection.

THE COURT: Overruled. We will talk about it later.

You can answer.

THE WITNESS: Yes.

THE COURT: Now I take it, Mr. Vazquez, you are going to give us the particular times.

MR. VAZQUEZ: Yes, Your Honor.

At this time I would move to admit Government's 23 for identification.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor

MR. RUBIO: May I have a continuing objection on my previously made objections.

THE COURT: No.

MR. RUBIO: I would object to this marijuana coming in as to Mr. Flores.

THE COURT: Overruled.

MR. VAZQUEZ:

Q. Showing you what has been admitted into evidence as Government's Exhibit 23. Do you recognize it?

A. Yes.

Q. What is it?

A. A clear plastic bag with bags in red with suspected

marijuana.
Q. Is this the marijuana you recovered on December 11th, 2011?
A. Yes.
Q. Directing your attention to May 28th, 2013. On that date did you participate in an arrest involving a building at 528 NW 11th Avenue?
A. Yes.
Q. How did you become involved in that investigation?
A. They were the robberies that went out.
Q. Talking about May 28th, 2013, did you have occasion to investigate a case about someone by the name of Earl Harralson?
MR. GONZALEZ: Objection, leading.
THE COURT: Overruled.
THE WITNESS: Yes.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 23.
THE COURT: Is there any objection?
MR. HOROWITZ: No objection.
MR. RUBIO: Objection as to Mr. Flores, Your Honor, on the basis that --
THE COURT: No, no, Mr. Rubio. The objection is overruled.
MR. VAZQUEZ: Permission to publish.
THE COURT: You may.

BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 24.
Do you recognize it?
A. Yes.
Q. What is it?
A. A building where Earl Harralson was living at.
Q. Did you participate in the investigation concerning that location on May 28, 2013?
A. Yes.
Q. What happened during that matter?
A. We arrested Earl Harralson we recovered a firearm and narcotics.
Q. Prior to May 28th, 2013, in the time span before that, had you seen any of the defendants or the individuals who you have identified by picture in that area?
A. Yes.
Q. Who did you see in that area?
THE COURT: And when?
MR. VAZQUEZ: I don't know the exact dates when I seen them, but prior to that, yes.
Q. Who did you see?
A. Christopher Altamirano.
MR. VAZQUEZ: Again, objection as to when.
THE COURT: I need a when, Mr. Vazquez.

BY MR. VAZQUEZ:
Q. Do you recall a specific date you saw these individuals there?
A. There are several dates; I don't know specific dates.
Q. Did you conduct arrests on these dates you referenced as far as seeing them in area?
A. An arrest, no.
Q. Do you recall just seeing them standing around?
A. Yes.

MR. HOROWITZ: Move to strike the testimony on the identification of my client.

THE COURT: No, Mr. Horowitz. We are going to have to figure this out. I am going to let the jury go to lunch.

Ladies and gentlemen, you have only heard a little bit. Don't discuss that little bit with each other and don't let anybody talk to you.

Be back here at 1:15.

COURT SECURITY OFFICER: All rise, please.

JURY EXCUSED

THE COURT: Okay. Let's clear some things up. Mr. Rubio, your client is charged in the conspiracy; all the acts of the conspiracy are coming in against your client whether he was there or not.

I am sure you have explained that to him. The only thing not coming in is anything to do with Vicar or 404 B as to

the others.

MR. RUBIO: May I have a continuing objection to this evidence that I believe under Rule 403 is more prejudicial than probative on the basis that the Government's theory is it inexplicably intertwined. It is really 404 B evidence.

And I think the Court would agree under that theory all that evidence would come in, as Your Honor is ruling, so I would like to have a continuing objection.

THE COURT: You may have a continuing objection, but the Government has laid out the inexplicably intertwined acts your client is charged with as a member of the conspiracy.

So, it comes in against them.

MR. RUBIO: Doesn't the Government have to establish he is a member of this conspiracy before it comes in?

THE COURT: I think they are doing that now.

MR. RUBIO: And things that happened before he ever entered into the conspiracy; has not been shown when Mr. Flores was actually -- as I understand it, some of the things that are coming in as far back as 2006 when Mr. Flores was 11 years old and when he was --

THE COURT: That is the 404 B against other defendants that Mr. Vazquez will tell me when he is putting it on, and I will give your instruction. But 2013, 2011 goes against your client.

MR. RUBIO: May I make those objections at that time?

THE COURT: Mr. Vazquez already agreed he would alert me, and I will give the instruction.

And I think a copy was given to you of the instruction Mr. Rubio is asking for.

MR. VAZQUEZ: Mr. Rubio and I have a disagreement on the language. I told Mr. Rubio I would like to have a chance to sit down and draft something or perhaps modify what he has.

THE COURT: Are you going to be presenting any of that today?

MR. VAZQUEZ: No, Your Honor.

THE COURT: Then we can deal with that.

MR. VAZQUEZ: The 404 B I envision would be convictions as far as the Court's prior rulings as far as things that proceeded the conspiracy.

THE COURT: All right as to this officer I understand you are associating a place with people, but I need more -- I need a year, month, occasion.

I saw them there when I was patrolling, I saw them there when I arrested them.

MR. VAZQUEZ: I think what the witness can say is he would drive around the area -- and what will come into evidence is they were posted, just sitting there, not doing anything on the surface illegally. But tying them to a location, the specific events we think are illegal and inexplicably intertwined, I draw them to by date. That is the Government's

intention.

THE COURT: You need to give at least a year or something.

MR. VAZQUEZ: Yes.

THE COURT: The defendants will object as being overly broad.

MR. RUBIO: My objection would be the testimony should be specific as to date and time -- to try to lump them in together, did you see these people there or --

MR. VAZQUEZ: I agree; I want to say specifically who.

THE COURT: Right.

MR. VAZQUEZ: As far as dates, I think the witness can say the year and the months preceding.

THE COURT: Spring, summer or autumn.

MR. VAZQUEZ: Yes, ma'am.

THE COURT: As you know, Mr. Rubio, conspiracy is a train; it does not matter when you get on you are stuck.

All right; 1:15.

(A.M. SESSION CONCLUDED)

\- - -

CERTIFICATE

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

/S/PATRICIA SANDERS

| | |
|---|---|
| ____________ | ________________________ |
| DATE FILED | PATRICIA SANDERS, RPR |

## $

**$60** [2] - 39:25, 40:22

## /

**/S/PATRICIA** [1] - 73:7

## 1

**1** [6] - 10:23, 14:3, 23:5, 54:22, 54:24, 55:3
**10** [1] - 61:17
**104th** [1] - 2:4
**11** [3] - 61:16, 62:11, 70:19
**11-3** [1] - 2:7
**1107** [1] - 2:4
**1135** [1] - 42:18
**11:30** [1] - 52:7
**11th** [9] - 15:2, 23:1, 24:20, 24:21, 28:1, 34:10, 63:4, 67:2, 67:6
**12** [2] - 61:16, 62:6
**12th** [1] - 64:11
**13** [1] - 61:16
**14** [3] - 20:9, 61:16, 62:1
**14-20017-CR-KMW** [1] - 1:2
**15** [3] - 4:24, 5:8, 42:3
**150** [1] - 1:21
**16** [4] - 42:3, 57:10, 57:13, 57:15
**18** [4] - 16:14, 16:23, 36:14, 36:18
**18th** [3] - 12:20, 23:13, 37:14
**19** [5] - 39:9, 41:24, 42:1, 61:17, 62:25
**1910** [1] - 1:24
**1:15** [2] - 69:17, 72:18
**1st** [4] - 28:20, 39:21, 40:19, 40:21

## 2

**2** [2] - 58:22, 58:25
**2-11-2015** [1] - 1:3
**20** [7] - 4:18, 4:20, 4:24, 41:25, 56:10, 56:11
**2000** [1] - 1:19
**2004** [1] - 27:4
**2006** [1] - 70:19
**2011** [9] - 22:16, 39:18, 42:2, 42:16, 64:25, 65:19, 65:21, 67:2, 70:23
**2012** [3] - 42:25, 43:3, 43:8
**2013** [22] - 12:21, 16:9, 16:14, 16:23, 23:13, 24:8, 27:19, 33:8, 36:14, 36:18, 37:14, 39:20, 44:3, 44:22, 64:24, 65:21, 67:4, 67:10, 68:9, 68:14, 70:23
**2014** [4] - 3:18, 16:8, 22:17, 28:20
**20th** [10] - 14:20, 17:1, 24:7, 25:23, 27:19, 28:16, 33:7, 33:13, 33:18, 33:21
**21st** [1] - 33:8
**22** [4] - 63:14, 63:19, 64:2, 64:5
**23** [5] - 34:18, 34:20, 66:10, 66:22, 67:16
**24** [1] - 68:3
**25th** [1] - 16:8
**26th** [3] - 3:18, 16:9, 64:24
**28** [2] - 27:4, 68:9
**280** [6] - 23:6, 23:7, 36:24, 37:3, 37:18, 40:4
**28th** [3] - 67:4, 67:10, 68:14

## 3

**30** [1] - 4:15
**305.523.5528** [1] - 2:8
**3250** [1] - 2:2
**33128** [1] - 2:7
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:24
**34** [3] - 42:6, 45:12
**3rd** [6] - 22:17, 23:1, 24:20, 24:21, 27:4, 28:1

## 4

**4** [4] - 32:17, 59:14, 59:16, 59:19
**400** [1] - 2:7
**403** [1] - 70:3
**404** [5] - 5:13, 69:25, 70:5, 70:21, 71:12
**406** [1] - 2:2
**435** [1] - 15:2
**45** [1] - 5:2
**4th** [4] - 1:16, 23:2, 34:9, 63:4

## 5

**5** [4] - 23:11, 23:23, 60:5, 60:8
**528** [1] - 67:5
**5th** [1] - 3:12

## 6

**6** [8] - 24:1, 24:2, 24:12, 33:13, 33:14, 60:4, 60:6, 60:9
**614** [1] - 1:19
**64** [2] - 5:16, 5:21

## 7

**7** [6] - 24:1, 24:13, 33:14, 35:7, 61:17, 62:22

## 8

**8** [3] - 24:1, 61:17, 62:19

## 9

**9** [3] - 24:1, 61:17, 62:16
**9130** [1] - 1:23
**99** [1] - 1:16

## A

**A.F.P.D** [1] - 1:21
**A.M** [2] - 1:5, 72:19
**A.U.S.A** [3] - 1:15, 1:15, 1:16
**abandoned** [3] - 24:25, 27:22, 42:21
**ability** [2] - 8:16, 47:25
**able** [8] - 3:5, 3:6, 15:4, 16:11, 28:5, 38:17, 38:20, 40:17
**above-entitled** [1] - 73:4
**absolutely** [1] - 35:12
**accept** [2] - 31:14, 49:12
**account** [3] - 39:16, 39:17, 47:25
**accountable** [1] - 40:20
**accounts** [6] - 21:14, 22:21, 28:17, 29:19, 49:24, 50:1
**accurate** [2] - 63:23, 73:4
**accusation** [1] - 48:16
**act** [2] - 36:5, 39:12
**activities** [5] - 9:19, 10:11, 14:9, 14:12, 19:15
**activity** [2] - 28:10, 30:11
**acts** [5] - 5:16, 5:21, 45:1, 69:21, 70:10
**actual** [1] - 23:15
**addicted** [1] - 44:19
**addiction** [1] - 44:17
**addition** [3] - 20:19, 26:4, 27:3
**additional** [1] - 48:9
**address** [3] - 31:16, 35:17, 41:10
**addresses** [1] - 49:23
**admit** [3] - 64:1, 66:10, 67:15
**admitted** [18] - 3:23, 46:17, 46:18, 54:24, 56:10, 57:13, 58:23, 59:16, 60:10, 61:21, 61:25, 62:5, 62:10, 62:21, 62:24, 64:5, 66:21, 68:2
**advertised** [1] - 13:22
**advice** [3] - 13:9, 39:9, 39:12
**advised** [1] - 4:23
**affairs** [1] - 36:6
**age** [1] - 20:9
**aggregate** [2] - 4:21, 4:22
**ago** [1] - 9:1
**agree** [4] - 38:12, 49:12, 70:6, 72:10
**agreed** [2] - 11:1, 71:1
**agreement** [3] - 11:3, 36:22
**aid** [5] - 14:6, 24:2, 38:5, 38:13, 54:21
**air** [2] - 9:4, 19:17
**Alas** [1] - 24:5
**alcohol** [1] - 21:23
**alert** [1] - 71:1
**Alioth** [1] - 59:23
**allegations** [3] - 31:24, 39:4
**alleged** [3] - 42:1, 42:15, 49:21
**allow** [1] - 50:17
**allowed** [1] - 52:3
**allowing** [1] - 44:15
**almost** [1] - 24:7
**alone** [2] - 7:20, 44:14
**Alta** [1] - 58:10
**ALTAMIRANO** [1] - 1:7
**Altamirano** [26] - 12:9, 12:17, 13:9, 13:12, 14:20, 15:8, 15:23, 17:1, 30:25, 31:21, 32:2, 33:3, 33:9, 33:14, 33:20, 34:3, 34:14, 34:18, 35:4, 35:6, 35:7, 35:12, 39:9, 39:11, 58:18, 68:23
**AMERICA** [1] - 1:3
**ammunition** [4] - 3:18, 16:5, 16:12, 18:15
**amount** [1] - 23:22
**amounted** [1] - 40:2
**analogy** [1] - 32:3
**analyst** [1] - 18:16
**analyze** [1] - 38:10
**analyzed** [2] - 18:13, 18:16
**Angel** [2] - 59:25, 60:13
**ans** [1] - 6:19
**answer** [5] - 34:25, 35:2, 46:12, 47:2, 66:5
**answered** [2] - 46:8, 46:9
**answers** [5] - 7:20, 7:21, 8:1, 31:11, 31:12
**ANTHONY** [1] - 1:8
**Anthony** [4] - 11:24, 13:16, 13:19, 14:1
**AP** [3] - 15:3, 34:11, 34:12
**APPEARANCES** [1] - 2:1
**aPPEARANCES** [1] - 1:14
**applies** [3] - 41:15, 51:13, 65:3
**apply** [1] - 41:22
**appreciate** [2] - 4:9, 50:22

**approach** [1] - 63:16
**April** [6] - 23:3, 27:4, 39:21, 40:19, 40:21, 44:22
**area** [17] - 42:19, 42:20, 42:22, 43:1, 43:7, 44:6, 44:16, 44:24, 63:4, 63:6, 63:9, 65:12, 65:16, 68:16, 68:18, 69:6, 71:21
**areas** [2] - 53:3, 53:16
**argue** [2] - 5:20, 31:18
**argument** [2] - 7:15, 31:17
**arguments** [4] - 6:22, 7:16, 50:19, 52:2
**arise** [1] - 6:14
**armed** [2] - 8:22, 17:2
**arrest** [3] - 64:23, 67:5, 69:7
**arrested** [10] - 3:17, 10:11, 26:5, 26:25, 28:15, 28:20, 64:15, 65:7, 68:12, 71:19
**arrests** [2] - 9:14, 69:5
**article** [4] - 54:8, 55:17, 57:1, 58:13
**assault** [1] - 24:3
**assaulted** [1] - 39:1
**assaulting** [1] - 9:3
**assignment** [1] - 53:21
**assignments** [1] - 52:23
**associated** [1] - 13:17
**associates** [7] - 9:9, 55:10, 56:13, 56:15, 57:20, 58:6, 59:7
**associating** [3] - 56:1, 56:3, 71:16
**assume** [1] - 3:20
**attempt** [1] - 50:4
**attempted** [1] - 4:2
**attempting** [1] - 36:8
**attention** [7] - 3:10, 6:18, 8:6, 37:13, 41:21, 42:12, 67:4
**attorneys** [1] - 52:1
**attractions** [1] - 33:5
**authority** [1] - 28:23
**autumn** [1] - 72:14
**available** [1] - 28:12
**Avenue** [6] - 2:7, 15:2, 34:9, 63:4, 64:11, 67:6
**aware** [1] - 17:17

## B

**baby** [1] - 57:2
**background** [1] - 8:25
**bag** [1] - 66:25
**baggie** [1] - 64:19
**bags** [1] - 66:25
**based** [2] - 50:12, 64:20
**basic** [1] - 48:12
**basis** [2] - 67:20, 70:4
**battle** [1] - 21:1
**bear** [3] - 41:13, 48:7, 49:2
**beat** [3] - 15:12, 43:20, 43:24
**beaten** [1] - 19:18
**became** [2] - 41:25, 44:19
**become** [4] - 11:12, 36:10, 42:15, 67:8
**beer** [1] - 44:8
**began** [1] - 9:2
**begins** [1] - 39:18
**behalf** [4] - 3:9, 8:8, 29:21, 58:1
**behind** [1] - 38:2
**believability** [1] - 48:8
**benefit** [3] - 6:22, 49:13, 49:18
**better** [1] - 19:7
**between** [3] - 43:19, 65:19, 65:21
**BETWEEN** [1] - 5:6
**Beyonce** [1] - 22:3
**beyond** [12] - 17:25, 18:1, 31:19, 32:1, 32:10, 32:16, 33:2, 36:2, 36:4, 36:7, 36:25, 48:25
**bias** [1] - 48:4
**bicycle** [1] - 22:22
**Big** [4] - 8:12, 8:25, 9:5, 14:10
**bit** [4] - 21:23, 38:15, 69:15
**black** [5] - 12:20, 13:2, 54:9, 55:19, 57:2
**Black** [1] - 60:20
**block** [3] - 17:16, 17:17, 17:21
**blogs** [1] - 50:8
**blue** [2] - 57:2
**BMT** [41] - 8:13, 8:20, 8:22, 8:25, 9:9, 9:14, 9:23, 9:24, 10:1, 10:4, 11:14, 11:19, 11:20, 12:8, 12:14, 12:18, 13:16, 13:17, 13:20, 14:2, 14:10, 15:2, 15:11, 17:6, 17:11, 18:4, 18:8, 18:21, 19:6, 19:18, 21:3, 26:2, 26:24, 27:2, 30:5, 33:23, 42:10, 45:7, 45:18
**BMT's** [3] - 11:23, 12:1, 19:15
**Bob** [1] - 7:22
**born** [1] - 26:11
**boss** [1] - 17:8
**bought** [1] - 18:7
**Boulevard** [2] - 1:19, 1:23
**bound** [1] - 50:11
**boxer** [4] - 43:7, 43:10, 43:16, 43:20
**break** [1] - 52:9
**brief** [1] - 27:17
**bring** [5] - 3:10, 5:19, 5:25, 25:20, 30:9
**broad** [2] - 40:8, 72:6
**broken** [1] - 53:3
**brought** [4] - 10:4, 25:24, 37:12, 48:15
**building** [4] - 24:25, 27:22, 67:5, 68:7
**buildings** [1] - 42:21
**burden** [7] - 32:12, 32:15, 36:8, 40:18, 48:18, 48:20
**business** [24] - 8:10, 8:13, 8:14, 8:19, 9:6, 9:16, 9:20, 10:10, 11:14, 11:18, 11:22, 11:23, 13:16, 14:11, 14:15, 15:1, 15:15, 18:19, 18:20, 18:23, 28:7, 28:11, 28:12, 28:14
**buy** [5] - 11:15, 11:17, 14:16, 42:11, 45:19
**BY** [19] - 2:6, 52:17, 54:7, 54:15, 55:1, 55:23, 56:19, 57:14, 58:5, 58:17, 58:24, 59:18, 60:11, 61:24, 63:18, 64:6, 65:5, 68:1, 69:1

## C

**C-Lo** [1] - 60:17
**C-O-L-A-D-A-S** [1] - 52:16
**camera** [2] - 23:1, 23:2
**cannot** [10] - 8:2, 33:1, 46:9, 49:6, 49:10, 49:20, 49:23, 50:7, 50:10
**car** [8] - 3:14, 14:22, 15:9, 16:16, 23:15, 43:11, 43:14, 43:21
**career** [1] - 20:15
**careful** [2] - 6:18, 8:6
**Carlos** [2] - 60:14, 62:23
**carry** [1] - 27:14
**carrying** [1] - 7:4
**case** [64] - 1:2, 4:12, 6:11, 6:18, 6:20, 6:24, 7:17, 8:10, 10:15, 18:2, 19:5, 19:19, 19:21, 19:24, 25:14, 26:12, 28:20, 29:8, 31:16, 31:19, 31:21, 31:22, 32:2, 32:16, 33:4, 33:12, 35:17, 36:1, 37:4, 37:7, 37:13, 37:19, 37:20, 38:12, 38:25, 41:10, 41:11, 41:18, 45:10, 46:15, 46:24, 48:4, 48:9, 48:11, 48:12, 48:19, 49:7, 49:15, 49:17, 49:19, 49:21, 49:22, 49:25, 50:5, 50:7, 50:12, 50:16, 50:18, 51:13, 51:23, 52:4, 52:8, 67:11
**case-in-chief** [3] - 4:12, 51:23, 52:8
**cases** [1] - 30:13
**cash** [1] - 35:5
**caution** [1] - 29:6
**cautionary** [3] - 5:17, 5:22, 65:2
**CD** [2] - 3:13, 4:2
**cell** [2] - 24:19, 25:2
**cemented** [1] - 32:12
**Center** [1] - 1:24
**certain** [2] - 7:13, 49:3
**certainly** [2] - 4:5, 45:17
**certify** [1] - 73:3
**Chacon** [51] - 3:16, 4:10, 12:2, 12:3, 12:4, 12:5, 12:6, 15:5, 15:11, 15:23, 16:7, 17:4, 17:16, 17:19, 20:5, 20:9, 20:14, 21:2, 21:5, 21:16, 23:17, 24:9, 24:10, 24:22, 25:3, 25:25, 26:7, 27:10, 27:11, 27:13, 28:21, 28:22, 29:9, 30:1, 30:2, 54:1, 54:10, 54:16, 55:7, 55:11, 56:1, 56:4, 56:13, 57:21, 58:7, 63:11, 64:8, 65:11
**CHACON** [1] - 1:6
**chain** [1] - 7:7
**chance** [4] - 31:10, 31:16, 35:17, 71:6
**change** [1] - 64:9
**changed** [4] - 27:21, 28:4, 28:16, 42:19
**changes** [1] - 42:20
**charge** [8] - 10:21, 14:6, 14:8, 16:14, 16:20, 37:8, 39:5, 42:7
**charged** [22] - 10:12, 10:23, 11:24, 14:3, 14:19, 17:4, 19:25, 23:23, 24:14, 25:7, 27:11, 33:10, 33:13, 33:15, 33:20, 35:7, 36:20, 37:6, 42:7, 45:12, 69:21, 70:11
**charges** [25] - 10:17, 10:18, 10:20, 14:5, 15:18, 16:4, 16:9, 17:24, 18:1, 18:24, 23:5, 23:11, 25:16, 28:24, 31:21, 31:23, 33:3, 36:2, 36:9, 36:11, 37:21, 42:6, 45:12
**chasing** [1] - 21:22
**chat** [1] - 50:8
**checkered** [1] - 13:2
**chemist** [1] - 18:12
**Chico** [1] - 60:20
**chief** [3] - 4:12, 51:23, 52:8
**child** [1] - 26:13
**choice** [1] - 48:24
**choose** [4] - 7:10, 13:10, 48:23, 51:24
**Christian** [4] - 27:8, 58:10, 61:10, 62:4
**CHRISTOPHER** [1] - 1:7
**Christopher** [14] - 12:9, 12:17, 13:9, 13:12, 14:20, 15:8,

30:25, 31:20, 33:3, 33:9, 34:14, 58:11, 59:3, 68:23
**circumstances** [1] - 7:7
**circumstantial** [1] - 7:7
**citizen** [2] - 14:23, 18:6
**citizens** [3] - 19:11, 53:10, 53:12
**City** [9] - 9:1, 9:13, 23:16, 23:24, 52:19, 52:20, 52:23, 52:25, 53:2
**civilian** [1] - 39:2
**civilians** [1] - 24:4
**claiming** [1] - 39:13
**clean** [1] - 48:18
**clear** [7] - 11:12, 12:25, 13:19, 64:19, 66:25, 69:20
**client** [17] - 20:9, 21:3, 23:11, 23:17, 23:18, 25:8, 25:15, 25:23, 26:9, 35:20, 41:13, 41:24, 69:11, 69:21, 69:22, 70:11, 70:24
**client's** [1] - 33:2
**clients** [2] - 13:22, 29:20
**close** [2] - 28:13, 41:21
**closing** [5] - 6:22, 7:16, 31:17, 50:19, 52:2
**clothing** [4] - 54:8, 55:18, 57:1, 58:13
**clubs** [3] - 20:25, 21:6, 21:10
**co** [3] - 13:7, 14:21, 14:22
**co-conspirators** [3] - 13:7, 14:21, 14:22
**cocaine** [16] - 9:10, 13:3, 18:11, 18:14, 22:8, 23:7, 23:8, 28:8, 36:24, 37:3, 37:18, 39:23, 39:24, 40:3, 40:5, 40:22
**Coconut** [1] - 52:25
**Coladas** [2] - 52:11, 52:16
**coming** [5] - 33:5, 66:17, 69:22, 69:25, 70:19
**commission** [1] - 35:8
**commit** [2] - 11:21, 17:13
**committed** [5] - 9:16, 9:17, 9:18, 19:6
**committing** [4] - 11:11, 19:9, 33:15, 33:20
**common** [1] - 11:18
**complaints** [2] - 9:2, 18:6
**conceding** [1] - 39:21
**concern** [1] - 53:16
**concerned** [1] - 7:9
**concerning** [1] - 68:8
**conclude** [1] - 7:4
**CONCLUDED** [1] - 72:19
**conclusion** [1] - 37:19
**conduct** [3] - 49:4, 64:12, 69:5
**conducted** [3] - 45:5, 63:24, 64:7
**confer** [1] - 47:9
**confident** [2] - 38:11, 40:6
**confidential** [2] - 45:4
**confirmed** [2] - 18:13, 18:17
**conflicts** [3] - 38:10, 38:11, 39:14
**conjunction** [1] - 24:1
**consequences** [1] - 19:14
**consider** [7] - 8:3, 41:13, 45:16, 46:3, 46:9, 46:15, 46:19
**consideration** [2] - 33:11, 51:12
**considered** [1] - 7:14
**considering** [1] - 47:24
**consigliere** [1] - 39:12
**consistent** [3] - 4:4, 19:24, 28:14
**conspiracy** [36] - 10:21, 10:24, 11:2, 11:5, 11:6, 11:9, 11:12, 13:20, 14:4, 18:23, 19:9, 23:5, 36:21, 37:2, 37:17, 38:5, 38:13, 39:5, 39:18, 40:4, 40:18, 42:1, 42:2, 42:8, 42:11, 42:15, 45:13, 45:19, 69:21, 69:22, 70:11, 70:14, 70:17, 71:14, 72:16
**conspirators** [3] - 13:7, 14:21, 14:22
**conspire** [1] - 39:8
**Constitution** [1] - 50:21
**contact** [4] - 53:10, 55:24, 55:25, 63:3
**contacts** [1] - 49:18
**CONTD** [1] - 2:1
**continue** [1] - 65:11
**continued** [3] - 9:19, 9:23, 10:1
**continuing** [6] - 5:12, 66:3, 66:14, 70:2, 70:8, 70:9
**contradicts** [1] - 48:5
**control** [1] - 46:2
**controlled** [5] - 10:22, 10:24, 15:19, 17:5, 23:6
**convenient** [1] - 47:10
**conversation** [1] - 3:14
**convicted** [3] - 3:19, 16:5, 16:18
**convictions** [1] - 71:12
**convincing** [1] - 36:5
**cooperate** [1] - 27:24
**copy** [2] - 21:12, 71:3
**Coral** [1] - 1:20
**corner** [1] - 23:1
**corroborated** [1] - 19:4
**counsel** [6] - 30:21, 31:10, 35:24, 36:14, 41:1, 51:21
**COUNSEL** [1] - 5:6
**Count** [15] - 10:23, 14:3, 23:5, 23:11, 23:23, 24:1, 24:2, 24:12, 24:13, 27:4, 33:13, 33:14, 35:7
**count** [7] - 10:24, 14:4, 14:19, 33:10, 37:5, 37:8, 45:12
**Counts** [1] - 27:3
**counts** [6] - 15:18, 17:4, 20:1, 23:10, 40:18, 51:9
**couple** [1] - 38:21
**course** [8] - 18:19, 20:7, 41:5, 41:20, 42:1, 47:5, 53:25, 64:14
**court** [11] - 45:3, 49:10, 51:7, 54:3, 55:13, 56:24, 57:18, 57:21, 59:4, 59:6, 65:22
**COURT** [92] - 1:1, 1:12, 3:1, 3:20, 3:22, 4:9, 4:13, 4:16, 4:19, 4:21, 5:1, 5:5, 5:10, 5:21, 5:25, 6:1, 6:2, 20:2, 25:12, 29:10, 29:11, 29:13, 29:17, 29:22, 30:6, 30:12, 30:17, 30:19, 35:22, 37:23, 40:24, 45:21, 54:4, 54:14, 54:22, 54:24, 55:22, 56:8, 56:10, 56:16, 56:18, 57:5, 57:7, 57:9, 57:13, 57:24, 58:3, 58:23, 59:16, 60:5, 60:10, 61:18, 61:21, 61:23, 63:15, 63:17, 64:3, 64:5, 64:22, 64:24, 65:1, 65:4, 65:18, 65:20, 65:25, 66:2, 66:4, 66:7, 66:12, 66:16, 66:19, 67:13, 67:17, 67:21, 67:24, 68:19, 68:25, 69:12, 69:18, 69:20, 70:9, 70:15, 70:21, 71:1, 71:8, 71:11, 71:15, 72:2, 72:5, 72:11, 72:14, 72:16
**Court** [9] - 2:6, 4:23, 30:21, 35:24, 41:1, 42:5, 45:17, 58:7, 70:6
**Court's** [3] - 3:10, 4:5, 71:13
**COURTROOM** [1] - 52:14
**courtroom** [5] - 6:25, 32:13, 32:24, 40:14, 50:13
**cover** [1] - 25:16
**covers** [1] - 22:16
**crack** [15] - 9:10, 13:2, 18:11, 18:13, 23:7, 28:8, 36:24, 37:3, 37:18, 39:23, 39:24, 40:2, 40:21
**created** [2] - 8:11, 21:3
**crime** [18] - 14:6, 14:8, 14:19, 16:20, 16:21, 16:22, 16:24, 17:3, 23:13, 24:2, 24:15, 33:15, 33:21, 35:8, 37:10, 38:5, 38:13, 40:20
**crimes** [5] - 5:13, 10:12, 14:13, 19:6, 19:9
**criminal** [13] - 8:10, 11:13, 14:9, 14:10, 14:11, 17:7, 18:19, 18:20, 19:8, 28:10, 30:10, 48:11, 48:12
**croaking** [1] - 47:18
**cross** [6] - 31:9, 32:25, 35:15, 39:3, 51:22, 51:25
**crucial** [1] - 30:4
**culture** [1] - 22:13
**custody** [1] - 9:20
**customers** [1] - 14:2
**cut** [1] - 28:25

## D

**Dadeland** [1] - 1:23
**date** [8] - 55:8, 64:23, 65:17, 65:20, 67:4, 69:2, 71:25, 72:8
**DATE** [1] - 73:9
**dates** [6] - 51:5, 68:20, 69:4, 69:5, 72:12
**Datran** [1] - 1:24
**DAVID** [1] - 2:1
**DAY** [1] - 1:4
**Dayaan** [6] - 20:12, 26:23, 27:6, 27:13, 59:10, 59:22
**daylights** [1] - 43:21
**deal** [7] - 8:20, 15:18, 15:25, 26:19, 28:25, 29:1, 71:11
**dealer** [2] - 10:3, 27:23
**Dealer** [1] - 22:1
**dealing** [1] - 8:20
**deals** [3] - 12:6, 12:12, 18:9
**death** [1] - 44:2
**December** [4] - 64:25, 65:19, 65:21, 67:2
**decide** [5] - 6:13, 6:14, 6:17, 6:24, 47:21
**decides** [3] - 26:20, 28:25, 44:3
**deciding** [1] - 46:15
**decision** [2] - 50:11, 50:12
**deck** [1] - 13:24

**decorum** [1] - 32:24
**defendant** [18] - 10:19, 12:9, 12:19, 13:1, 19:25, 31:23, 32:9, 48:18, 48:20, 48:22, 51:12, 51:14, 51:16, 51:17, 54:13, 55:21, 57:4, 58:16
**defendant's** [2] - 48:24, 48:25
**Defendants** [1] - 1:8
**defendants** [26] - 8:10, 8:12, 10:8, 10:12, 10:19, 10:23, 11:1, 11:10, 14:3, 15:10, 15:20, 16:17, 18:8, 18:10, 19:10, 30:24, 48:13, 48:15, 51:11, 51:18, 51:22, 51:24, 65:14, 68:15, 70:21, 72:5
**DEFENDANTS** [1] - 1:18
**defense** [3] - 4:16, 4:23, 31:10
**definitely** [1] - 34:19
**DeLeon** [1] - 1:19
**deliberate** [1] - 6:15
**deliberations** [1] - 33:12
**deliver** [1] - 15:19
**demeanor** [1] - 51:3
**denigrating** [1] - 21:22
**Department** [6] - 9:2, 52:12, 52:19, 52:21, 52:24, 53:2
**DEPUTY** [1] - 52:14
**described** [1] - 12:22
**deserves** [1] - 7:12
**designed** [1] - 50:20
**despite** [1] - 10:10
**detailed** [2] - 12:17, 51:6
**details** [3] - 25:16, 40:9
**detained** [2] - 27:19, 27:20
**determine** [2] - 29:6, 51:13
**deterred** [1] - 9:15
**device** [1] - 50:9
**devil** [1] - 40:9
**Diamonds** [2] - 21:6, 21:9
**Diaz** [3] - 60:25, 61:13, 63:1
**difference** [1] - 7:9
**different** [10] - 9:7, 9:9, 9:12, 10:18, 18:2, 20:25, 21:11, 28:18, 45:1
**difficult** [1] - 42:22
**direct** [4] - 7:10, 9:19, 31:9, 35:15
**directed** [1] - 24:14
**directing** [1] - 67:4
**directions** [1] - 26:8
**disagreement** [1] - 71:5
**disbelieve** [1] - 7:11
**discharged** [4] - 14:25, 17:3, 35:11, 35:13
**discharging** [2] - 35:7, 35:9
**discovered** [1] - 9:5
**discredit** [1] - 29:7
**discuss** [11] - 4:16, 7:17, 10:16, 33:6, 49:10, 49:13, 50:7, 50:16, 52:4, 69:15
**discussed** [2] - 13:8, 40:11
**discussing** [2] - 12:12, 13:23
**DISCUSSION** [1] - 5:6
**DISPOTO** [1] - 1:16
**disputed** [1] - 6:13
**disregard** [2] - 46:14, 51:15
**distract** [1] - 51:2
**distribute** [7] - 10:22, 10:25, 11:2, 23:6, 36:23, 37:3, 37:17
**distribution** [1] - 15:17
**DISTRICT** [3] - 1:1, 1:1, 1:12
**distrust** [1] - 26:5
**divide** [1] - 4:19
**dividing** [1] - 4:17
**DIVISION** [1] - 1:2
**Dixon** [19] - 13:1, 13:2, 15:24, 38:1, 38:2, 38:4, 38:12, 38:18, 38:23, 38:25, 39:1, 39:3, 39:15, 39:19, 39:23, 40:11, 56:21, 57:5
**DIXON** [1] - 1:7
**DJ** [4] - 20:23, 21:15, 29:25
**DNA** [2] - 16:12, 18:16
**documentation** [1] - 21:14
**documents** [2] - 20:24, 35:5
**Dogg** [1] - 22:13
**Donald** [1] - 24:5
**done** [4] - 3:5, 23:4, 27:16, 53:18
**DONET** [2] - 2:1, 37:25
**Donet** [1] - 37:24
**doubt** [12] - 17:25, 18:1, 31:20, 32:1, 32:11, 32:16, 33:2, 36:3, 36:4, 36:7, 37:1, 48:25
**down** [5] - 24:19, 34:24, 40:9, 53:3, 71:7
**download** [1] - 4:2
**Dr** [1] - 22:11
**draft** [1] - 71:7
**draw** [2] - 47:2, 71:25
**Dre** [1] - 22:11
**dreadlocks** [1] - 54:19
**drink** [1] - 44:8
**drive** [1] - 71:21
**driver** [2] - 23:15, 64:8
**drove** [1] - 14:22
**drug** [24] - 9:6, 10:3, 12:6, 12:12, 12:18, 13:6, 13:8, 13:22, 14:2, 14:12, 15:17, 16:21, 16:24, 18:9, 21:23, 23:12, 28:25, 37:14, 39:13, 44:21, 44:23, 45:5
**Drug** [1] - 22:1
**drugs** [69] - 8:15, 8:23, 9:4, 9:6, 9:8, 9:9, 9:10, 9:17, 9:23, 10:4, 10:9, 11:2, 11:7, 11:9, 11:11, 11:15, 11:16, 11:17, 11:21, 12:3, 12:4, 12:8, 12:10, 12:11, 12:24, 13:3, 13:4, 13:6, 13:10, 13:17, 13:21, 13:23, 13:25, 14:16, 15:20, 15:24, 16:2, 16:19, 17:13, 17:19, 18:5, 18:7, 18:10, 18:13, 19:7, 20:20, 20:21, 25:6, 25:7, 25:8, 26:6, 26:8, 27:6, 27:7, 27:17, 28:1, 28:2, 28:7, 28:12, 42:11, 42:21, 44:20, 45:8, 45:19
**drunk** [1] - 44:8
**during** [16] - 6:15, 14:24, 18:19, 20:6, 39:4, 41:5, 41:20, 41:25, 44:22, 45:3, 46:21, 47:4, 56:14, 64:14, 64:16, 68:11

## E

**e-mail** [1] - 50:8
**Earl** [3] - 67:11, 68:7, 68:12
**early** [1] - 39:18
**Earth** [1] - 49:20
**economic** [1] - 42:20
**either** [1] - 7:11
**ELMO** [2] - 54:21, 63:15
**embraced** [1] - 12:8
**emphasize** [1] - 50:7
**employed** [2] - 52:18, 52:20
**employers** [1] - 49:8
**encounter** [2] - 64:16, 65:11
**encountered** [2] - 34:17, 63:2
**encounters** [1] - 58:19
**encyclopedia** [1] - 50:5
**end** [16] - 6:16, 19:3, 19:15, 19:19, 25:14, 28:19, 29:4, 29:8, 31:16, 32:23, 35:17, 41:10, 41:25, 45:10, 48:9, 48:19
**enforcement** [4] - 25:1, 27:18, 27:24, 28:21
**engages** [1] - 14:9
**enrichment** [1] - 22:23
**entered** [3] - 62:15, 62:18, 70:17
**enterprise** [12] - 9:6, 11:13, 14:9, 14:10, 14:13, 14:17, 14:18, 15:15, 17:13, 19:8, 34:1, 34:3
**entirely** [1] - 47:7
**entitled** [1] - 73:4
**entrance** [2] - 33:22, 34:4
**envision** [1] - 71:12
**especially** [1] - 57:23
**ESQ** [4] - 1:18, 1:23, 2:1, 2:4
**essentially** [1] - 41:19
**establish** [1] - 70:13
**evaluate** [1] - 51:3
**evaluated** [1] - 31:12
**evaluating** [1] - 48:10
**evening** [1] - 35:2
**events** [11] - 20:23, 21:1, 21:7, 21:9, 21:17, 23:24, 27:4, 30:5, 33:7, 33:13, 71:24
**Evidence** [1] - 46:2
**evidence** [145] - 4:4, 5:13, 6:19, 6:21, 6:24, 6:25, 7:2, 7:6, 7:7, 7:10, 7:12, 7:13, 7:14, 7:18, 7:20, 7:21, 8:1, 8:2, 9:1, 12:2, 12:6, 14:1, 16:17, 18:2, 19:3, 19:4, 19:22, 19:24, 20:6, 20:8, 20:19, 20:21, 21:8, 21:25, 22:2, 22:18, 22:24, 23:8, 23:18, 24:6, 24:10, 24:14, 24:18, 25:2, 25:6, 25:9, 25:18, 26:2, 26:4, 27:5, 27:12, 27:15, 28:3, 29:1, 31:4, 31:6, 31:9, 31:25, 32:7, 32:8, 32:20, 33:6, 33:24, 34:16, 34:17, 34:21, 34:22, 35:1, 35:2, 35:3, 35:6, 35:10, 35:12, 35:16, 36:11, 36:25, 37:9, 37:15, 38:3, 38:4, 38:7, 38:8, 38:9, 38:10, 38:11, 38:15, 39:14, 39:15, 40:5, 40:7, 41:4, 41:9, 41:14, 41:16, 42:5, 42:9, 42:13, 43:2, 44:21, 45:2, 45:6, 45:15, 45:16, 46:1, 46:2, 46:3, 46:13, 46:15, 46:17, 46:18, 47:6, 48:5, 48:7, 48:17, 48:21, 50:13, 50:18, 51:10, 51:13, 51:15, 51:20, 52:1, 54:25, 55:2, 60:9, 61:25, 62:5, 62:10, 62:15, 62:18, 62:21, 62:24, 64:2, 66:21, 67:16, 68:2, 70:3, 70:5, 70:7, 71:21
**evidentiary** [1] - 7:25
**exact** [2] - 10:19, 68:20

**examination** [2] - 31:9, 35:15
**examine** [2] - 51:22, 51:25
**example** [5] - 36:12, 37:12, 40:12, 47:21, 49:6
**examples** [1] - 30:1
**EXCUSED** [2] - 29:12, 69:19
**exhibit** [3] - 46:4, 46:8, 46:10
**Exhibit** [28] - 54:22, 54:24, 55:3, 56:11, 57:10, 57:13, 57:15, 58:22, 58:23, 58:25, 59:14, 59:16, 59:19, 60:4, 60:5, 60:8, 60:12, 62:1, 62:6, 62:11, 62:22, 62:25, 63:14, 64:2, 64:5, 66:22, 67:16, 68:3
**Exhibits** [1] - 61:16
**expect** [2] - 31:4, 50:1
**expectation** [2] - 17:10, 17:15
**expecting** [1] - 26:19
**expert** [2] - 29:15, 30:10
**explain** [1] - 30:10
**explained** [1] - 69:24
**eyes** [1] - 11:6

## F

**face** [2] - 50:8
**face-to-face** [1] - 50:8
**Facebook** [12] - 20:17, 20:24, 21:14, 22:21, 28:5, 28:17, 29:19, 29:22, 30:1, 38:16, 39:15, 39:16
**fact** [7] - 6:14, 7:2, 7:8, 10:10, 28:10, 47:3, 51:16
**factors** [1] - 48:7
**facts** [4] - 6:17, 31:14, 41:12, 50:4
**fair** [4] - 49:4, 50:14, 50:20, 63:23
**false** [1] - 28:9
**familiar** [14] - 59:10, 59:23, 59:25, 60:14, 60:19, 60:22, 60:25, 61:2, 61:5, 61:7, 61:10, 61:13, 63:4, 63:8
**families** [1] - 24:25
**family** [2] - 42:17, 44:11
**far** [6] - 7:9, 69:6, 70:19, 71:13, 72:12
**fashion** [1] - 49:17
**favorable** [1] - 29:20
**favoring** [1] - 46:24
**feature** [1] - 31:5
**featuring** [1] - 22:11
**February** [3] - 3:12, 16:8, 44:3
**Federally** [1] - 10:12
**feed** [2] - 14:18, 15:15
**felon** [2] - 3:19, 16:6
**felons** [1] - 16:19
**felony** [1] - 16:18
**female** [1] - 23:15
**ferrying** [1] - 14:1
**few** [6] - 8:24, 9:1, 10:16, 20:22, 34:21, 38:21
**fight** [8] - 43:16, 43:18, 43:19, 43:22, 43:23, 43:24, 44:12
**figure** [1] - 69:13
**file** [3] - 4:3, 26:17, 26:21
**FILED** [1] - 73:9
**files** [1] - 4:1
**fine** [2] - 4:11, 58:3
**finish** [2] - 25:19, 38:12
**fire** [1] - 13:24
**firearm** [17] - 3:19, 15:18, 16:5, 16:20, 16:21, 17:19, 23:12, 24:15, 24:17, 25:8, 27:9, 35:1, 35:8, 35:9, 35:11, 35:13, 68:12
**firearms** [3] - 11:20, 16:4, 17:11
**fired** [3] - 19:17, 35:3, 35:4
**first** [7] - 10:21, 10:23, 48:13, 52:10, 54:10, 55:7, 63:11
**five** [7] - 10:22, 11:4, 14:3, 25:11, 25:12, 29:10, 30:15
**FL** [7] - 1:17, 1:20, 1:22, 1:24, 2:3, 2:5, 2:7
**Flagler** [1] - 1:21
**fled** [1] - 14:25
**Flores** [33] - 5:16, 11:24, 13:16, 13:19, 14:1, 41:3, 41:13, 42:7, 42:16, 42:23, 43:2, 43:4, 43:6, 43:9, 43:12, 44:2, 44:7, 44:14, 44:15, 45:5, 45:18, 55:16, 55:17, 55:24, 56:1, 56:3, 58:1, 65:3, 66:18, 67:19, 70:17, 70:19
**FLORES** [1] - 1:8
**Flores'** [2] - 43:5, 43:19
**FLORIDA** [1] - 1:1
**focus** [1] - 25:21
**focused** [1] - 25:22
**follow** [5] - 25:17, 39:22, 49:3, 50:21, 51:7
**following** [4] - 25:19, 26:11, 26:24, 51:23
**foot** [1] - 22:21
**FOR** [2] - 1:15, 1:18
**foregoing** [1] - 73:3
**forget** [1] - 51:6
**form** [1] - 6:20
**formal** [1] - 31:23
**forms** [1] - 6:25
**Fort** [2] - 2:3, 21:10
**Forte** [1] - 14:21
**forth** [1] - 14:2
**foundation** [1] - 57:23
**four** [1] - 23:3
**Frank** [1] - 41:2
**FRANK** [1] - 2:4
**Franklyn** [1] - 43:4
**free** [1] - 31:14
**friend** [2] - 43:10, 43:19
**friends** [6] - 55:10, 56:3, 56:13, 57:20, 58:6, 59:7
**front** [1] - 43:13
**full** [2] - 6:16, 52:14
**fund** [1] - 14:17
**funds** [1] - 17:18
**furtherance** [6] - 14:8, 16:21, 23:12, 24:15, 33:16, 35:8
**future** [1] - 9:22

## G

**Gables** [1] - 1:20
**gain** [1] - 34:4
**gaining** [1] - 33:22
**gallery** [1] - 40:15
**Gangster** [1] - 22:13
**general** [1] - 45:13
**gentleman** [2] - 13:1, 41:3
**gentleman's** [1] - 26:18
**gentlemen** [11] - 6:10, 8:9, 19:19, 20:4, 30:21, 35:14, 35:25, 37:25, 41:2, 45:21, 69:14
**girlfriend** [1] - 26:13
**given** [6] - 5:22, 6:4, 27:7, 45:17, 47:3, 71:3
**goal** [1] - 37:3
**GONZALEZ** [21] - 1:18, 4:18, 4:20, 5:7, 20:4, 25:11, 25:13, 29:16, 29:18, 29:24, 30:7, 54:23, 56:17, 57:12, 59:15, 60:7, 61:19, 64:4, 64:20, 66:13, 67:12
**Gonzalez** [3] - 20:3, 30:8, 34:8
**Google** [1] - 49:20
**Government** [47] - 3:13, 4:13, 5:14, 5:19, 8:8, 20:13, 24:24, 25:20, 26:17, 26:21, 29:19, 30:9, 31:19, 32:1, 32:11, 33:1, 34:1, 36:1, 36:8, 36:10, 36:13, 36:15, 36:17, 36:20, 36:25, 37:9, 37:16, 38:17, 38:20, 38:24, 39:13, 40:3, 40:8, 40:17, 41:7, 44:7, 48:16, 48:19, 48:24, 51:21, 51:25, 52:10, 52:11, 60:8, 63:19, 70:10, 70:13
**Government's** [41] - 20:11, 20:20, 31:12, 32:15, 36:13, 51:23, 52:7, 54:22, 54:24, 55:3, 56:11, 57:10, 57:13, 57:15, 58:21, 58:23, 58:25, 59:13, 59:16, 59:19, 60:4, 60:5, 60:8, 60:12, 61:16, 62:1, 62:6, 62:11, 62:16, 62:19, 62:22, 62:25, 63:13, 64:2, 64:5, 66:10, 66:22, 67:16, 68:3, 70:4, 71:25
**graduated** [1] - 22:5
**gram** [5] - 36:18, 37:1, 37:13, 40:2, 40:21
**Grammy** [1] - 22:3
**grams** [6] - 23:6, 23:7, 36:24, 37:3, 37:18, 40:4
**grass** [1] - 7:3
**group** [9] - 8:19, 9:3, 9:18, 9:23, 21:4, 39:6, 42:25, 45:7, 45:9
**Grove** [1] - 52:25
**guarantee** [2] - 34:5, 50:20
**Gucci** [2] - 21:18, 21:19
**guess** [1] - 46:12
**guides** [1] - 48:10
**guilt** [5] - 31:25, 32:9, 33:2, 48:17, 48:25
**guilty** [16] - 18:24, 19:25, 25:15, 29:9, 31:21, 33:3, 35:20, 36:9, 37:10, 37:17, 37:21, 40:20, 48:14, 51:17
**gun** [22] - 12:16, 12:21, 14:25, 15:6, 16:7, 16:9, 16:10, 16:11, 16:14, 16:15, 16:25, 17:2, 18:16, 19:17, 23:19, 27:11, 27:13, 27:14, 44:13
**Gunna** [1] - 60:23
**guns** [13] - 8:23, 9:4, 11:21, 12:24, 16:19, 17:11, 17:12, 17:15, 18:15, 22:8, 43:17
**guy** [1] - 43:24
**guys** [1] - 21:22
**Guzman** [16] - 15:12, 20:12, 20:20, 20:23, 20:25, 21:13, 21:17, 24:23, 25:10, 27:17, 29:18, 29:23, 30:2, 61:5, 62:9
**Guzman's** [2] - 21:15, 25:7

## H

**hair** [2] - 54:19, 58:20
**half** [2] - 40:2, 40:21
**hand** [1] - 45:25
**handful** [1] - 38:18
**hang** [1] - 44:8
**harassed** [1] - 39:1
**harassing** [2] - 43:12, 44:2
**hard** [2] - 13:9, 38:1
**hardest** [1] - 47:18
**Harralson** [3] - 67:11, 68:7, 68:12
**Havana** [11] - 11:7,

23:25, 28:11, 53:1, 53:21, 53:23, 53:25, 56:14, 59:7, 65:12, 65:23
**Hazmat** [1] - 53:8
**hear** [74] - 3:6, 6:8, 9:1, 9:12, 9:24, 10:4, 10:15, 11:5, 11:8, 11:9, 11:13, 11:23, 12:1, 12:5, 12:11, 13:5, 14:1, 15:25, 16:2, 18:3, 18:7, 18:8, 18:12, 18:16, 19:11, 20:11, 20:24, 21:2, 21:5, 21:24, 22:9, 22:13, 23:4, 25:18, 28:9, 31:15, 33:17, 33:18, 33:24, 34:7, 34:11, 34:12, 34:14, 34:15, 34:17, 35:10, 35:12, 36:4, 38:16, 39:15, 39:17, 39:18, 39:22, 39:24, 40:1, 41:6, 42:5, 42:25, 43:23, 44:10, 44:16, 44:25, 45:1, 45:3, 45:22, 45:24, 48:1, 49:11, 49:21, 50:13, 51:20
**heard** [13] - 3:21, 6:21, 7:1, 10:14, 19:21, 32:10, 33:9, 41:6, 41:7, 42:1, 50:18, 51:19, 69:14
**hearing** [2] - 29:14, 30:12
**held** [4] - 24:7, 24:16, 52:23, 53:21
**HELD** [2] - 1:11, 5:6
**help** [1] - 51:4
**hereby** [1] - 73:3
**HERMAN** [1] - 2:4
**hesitation** [1] - 36:6
**Hialeah** [1] - 28:11
**High** [1] - 22:5
**high** [1] - 49:2
**himself** [5] - 26:6, 27:18, 28:15, 30:14, 40:2
**hit** [3] - 7:23, 13:13, 32:15
**hitting** [1] - 13:14
**hold** [2] - 31:7, 40:19
**home** [4] - 26:12, 26:15, 43:9, 53:10
**homeless** [3] - 24:21, 27:21, 34:21
**Honor** [19] - 5:7, 5:11, 29:4, 29:9, 30:20, 35:21, 54:23, 57:6, 59:15, 60:3, 61:19, 61:20, 64:4, 64:25, 66:9, 66:13, 67:19, 70:7, 71:10
**HONORABLE** [1] - 1:12
**hope** [1] - 19:1
**hopefully** [2] - 3:4, 6:16
**hopes** [2] - 26:16, 29:3
**HOROWITZ** [9] - 1:23, 4:22, 5:4, 30:20, 56:15, 57:22, 61:20, 67:18, 69:10
**Horowitz** [5] - 30:19, 30:22, 35:22, 57:25, 69:12
**Horowitz's** [1] - 40:12
**Hosseini** [4] - 8:8, 20:2, 22:15, 23:20
**HOSSEINI** [3] - 1:15, 4:15, 8:9
**hours** [2] - 34:17, 38:19
**house** [3] - 42:17, 43:13, 44:5
**hundred** [1] - 38:19

## I

**Iceberg** [1] - 22:12
**ID's** [1] - 28:9
**identification** [6] - 56:7, 60:4, 61:16, 63:13, 66:11, 69:11
**identified** [13] - 17:20, 17:22, 39:19, 54:13, 55:20, 57:4, 57:18, 58:16, 59:4, 65:15, 65:22, 68:16
**identify** [8] - 25:23, 25:24, 25:25, 53:16, 54:8, 55:17, 57:1, 58:12
**IGNACIO** [1] - 1:15
**ignore** [1] - 46:11
**ILHAM** [1] - 1:15
**illegal** [4] - 8:15, 11:3, 36:22, 71:24
**illegally** [1] - 71:23
**imitate** [1] - 21:18
**immaterial** [1] - 50:14
**immediately** [2] - 28:6, 49:19
**impact** [1] - 19:14
**impartial** [1] - 49:4
**impeachment** [1] - 4:7
**importance** [2] - 47:13, 50:22
**important** [11] - 11:20, 27:3, 36:6, 41:11, 41:17, 42:14, 43:4, 43:5, 50:10, 51:5, 51:10
**improper** [1] - 64:8
**incarcerated** [2] - 26:12, 28:24
**incarceration** [1] - 29:2
**incident** [1] - 36:14
**including** [6] - 8:18, 12:15, 12:16, 14:24, 15:17, 15:22
**increase** [2] - 33:24, 34:5
**increasing** [1] - 33:22
**indication** [1] - 47:5
**indictment** [26] - 10:13, 10:15, 10:17, 10:18, 14:5, 15:17, 17:24, 22:16, 23:11, 31:22, 31:23, 32:2, 32:3, 32:4, 32:5, 32:8, 33:14, 36:2, 36:9, 36:21, 36:23, 37:5, 37:11, 37:21, 42:4, 48:15
**indirect** [2] - 7:6, 7:10
**indirectly** [1] - 7:2
**individual** [10] - 22:5, 23:15, 27:6, 43:3, 43:10, 54:1, 56:22, 57:17, 59:4, 59:10
**individually** [1] - 41:14
**individuals** [12] - 21:12, 22:21, 24:11, 24:16, 29:18, 43:1, 43:11, 59:6, 65:15, 65:22, 68:15, 69:2
**inexplicably** [3] - 70:5, 70:10, 71:24
**inference** [1] - 47:2
**influence** [1] - 51:18
**informant** [2] - 45:4
**information** [4] - 15:13, 49:14, 49:15, 49:17
**informs** [1] - 32:9
**initial** [1] - 52:6
**inner** [1] - 19:8
**innocence** [1] - 48:20
**innocent** [6] - 8:15, 12:15, 40:11, 40:14, 40:15, 48:14
**insider** [1] - 18:18
**insiders** [1] - 18:23
**Instagram** [4] - 20:17, 28:5, 38:17, 39:17
**instruct** [4] - 35:19, 41:20, 45:23, 46:18
**instructed** [2] - 24:17, 52:3
**instruction** [6] - 5:17, 5:23, 65:3, 70:23, 71:2, 71:3
**instructions** [13] - 3:3, 6:4, 6:8, 6:12, 6:16, 6:23, 12:17, 26:7, 29:5, 45:17, 49:1, 49:3, 52:6
**insure** [1] - 49:4
**intangibles** [1] - 31:7
**intended** [1] - 15:21
**intends** [1] - 5:14
**intensive** [1] - 44:21
**intent** [5] - 10:22, 10:25, 15:19, 23:6, 36:23
**intention** [1] - 72:1
**interest** [2] - 45:8, 48:3
**Internet** [3] - 50:3, 50:6, 50:8
**interruptions** [1] - 47:12
**intertwined** [3] - 70:5, 70:10, 71:25
**intimidated** [1] - 39:1
**intimidating** [1] - 8:18
**intimidation** [1] - 17:14
**introduce** [2] - 5:14, 32:20
**introduced** [2] - 23:1, 44:6
**investigate** [1] - 67:11
**investigated** [2] - 9:13, 10:2
**investigation** [3] - 10:2, 67:8, 68:8
**investigations** [1] - 9:22
**investigator** [1] - 4:1
**invitation** [3] - 32:5, 32:6, 40:13
**involved** [6] - 38:4, 38:5, 38:13, 44:17, 49:22, 67:8
**involvement** [1] - 30:10
**involves** [1] - 49:18
**involving** [1] - 67:5
**iPhone** [1] - 34:12
**issue** [1] - 3:2
**issues** [2] - 6:13, 50:4
**item** [1] - 46:18
**items** [2] - 33:19, 64:16

## J

**jail** [10] - 9:14, 9:19, 10:6, 10:8, 12:18, 12:22, 38:19, 38:20, 38:22, 39:19
**jam** [1] - 28:15
**James** [7] - 13:1, 13:2, 15:23, 38:1, 38:21, 56:21, 57:5
**JAMES** [1] - 1:7
**January** [5] - 22:16, 41:25, 42:2, 42:16, 44:3
**Jay** [10] - 11:24, 13:16, 13:19, 14:1, 22:11, 41:3, 42:23, 43:5, 43:19, 55:16
**JAY** [1] - 1:8
**job** [1] - 38:9
**jobs** [1] - 40:6
**Joel** [1] - 60:25
**join** [1] - 58:1
**Jorge** [2] - 52:11, 52:16
**JORGE** [1] - 52:16
**Joseph** [1] - 61:7
**JR** [2] - 2:1, 2:4
**Judge** [8] - 10:14, 26:18, 26:20, 31:24, 32:21, 35:18, 41:18, 41:19
**JUDGE** [1] - 1:12
**judge** [1] - 66:3
**judges** [2] - 31:14, 41:12
**July** [3] - 3:18, 16:9, 64:24
**June** [2] - 28:20, 43:3
**juror** [1] - 49:9
**jurors** [4] - 37:20, 38:9, 40:6, 49:3
**JURY** [3] - 1:11, 29:12, 69:19
**jury** [15] - 5:25, 6:10, 6:11, 20:5, 29:5, 30:17, 30:21, 35:25,

38:1, 41:2, 41:22, 47:11, 47:16, 52:4, 69:13

## K

**Kanan** [1] - 21:15
**KATHLEEN** [1] - 1:12
**keep** [5] - 6:19, 15:15, 26:1, 48:12, 50:24
**keeping** [1] - 10:10
**Kendall** [1] - 28:12
**kept** [1] - 44:1
**Kevin** [2] - 61:13, 63:1
**kid** [3] - 34:19, 34:20
**Kid** [1] - 59:11
**kids** [1] - 43:15
**kilos** [1] - 22:7
**kind** [5] - 7:11, 32:2, 32:5, 50:3, 50:9
**kinds** [2] - 9:9, 18:2
**King** [2] - 21:6, 21:9
**Kings** [1] - 22:11
**knowledge** [3] - 23:18, 39:11, 39:12
**known** [2] - 31:2, 43:7
**knows** [3] - 17:7, 17:8, 17:22
**Korchin** [5] - 3:8, 3:9, 4:9, 35:23, 37:23
**KORCHIN** [6] - 1:21, 3:9, 3:21, 4:11, 4:25, 35:24
**Korchin's** [1] - 3:25

## L

**label** [2] - 21:3, 26:3
**lack** [3] - 22:24, 38:10, 39:14
**ladies** [11] - 6:10, 8:9, 19:19, 20:4, 30:21, 35:14, 35:24, 37:25, 41:1, 45:21, 69:14
**laid** [1] - 70:10
**lane** [1] - 64:8
**language** [1] - 71:6
**large** [1] - 22:19
**last** [5] - 3:12, 5:22, 27:16, 47:17, 58:10
**lastly** [1] - 19:11
**latest** [1] - 21:25
**Lauderdale** [2] - 2:3, 21:10
**law** [17] - 6:14, 6:23, 7:9, 25:1, 27:18, 27:24, 28:20, 35:19, 41:19, 41:21, 41:22, 46:22, 49:3, 50:11, 50:17, 52:3, 52:6
**lawyer** [6] - 7:22, 7:25, 40:15, 46:4, 46:5, 46:6
**lawyers** [8] - 6:6, 6:22, 7:15, 8:5, 10:14, 41:6, 41:9, 47:9
**leader** [4] - 17:5, 17:20, 17:22
**leaders** [1] - 12:1
**leading** [4] - 12:8, 56:17, 65:17, 67:12
**learned** [1] - 5:15
**least** [1] - 72:2
**left** [1] - 44:14
**legal** [1] - 33:1
**legally** [1] - 48:23
**less** [1] - 4:25
**level** [2] - 49:2
**Liberty** [3] - 23:16, 23:24, 52:25
**license** [2] - 65:7
**lick** [2] - 13:13, 13:14
**light** [2] - 48:7, 57:2
**limit** [1] - 47:12
**limited** [1] - 46:17
**line** [1] - 15:14
**lingo** [1] - 22:9
**listen** [4] - 8:5, 35:14, 45:2, 49:24
**listened** [1] - 10:6
**live** [2] - 19:12, 19:18
**lived** [1] - 45:15
**living** [3] - 42:23, 43:21, 68:7
**Llerena** [1] - 24:5
**Lo** [1] - 60:17
**local** [2] - 21:10, 22:4
**location** [4] - 9:8, 12:24, 68:9, 71:23
**locations** [2] - 9:7, 10:9
**look** [10] - 25:18, 27:1, 38:9, 38:10, 39:14, 40:7, 41:16, 54:16, 54:18, 58:18
**looked** [1] - 55:7
**lose** [1] - 22:3
**lost** [2] - 6:3
**loved** [1] - 49:8
**Luis** [2] - 60:19, 62:20
**lump** [1] - 72:8
**lunch** [2] - 52:9, 69:13

## M

**ma'am** [1] - 72:15
**machine** [1] - 22:8
**mail** [2] - 32:6, 50:8
**maintain** [3] - 33:25, 34:4, 50:15
**man** [8] - 11:24, 12:2, 12:9, 12:19, 22:5, 30:24, 37:1, 42:23
**Mane** [1] - 21:18
**Mane's** [1] - 21:19
**manner** [1] - 48:2
**MANUEL** [1] - 1:18
**Maricio** [1] - 24:4
**marijuana** [22] - 9:10, 12:21, 16:2, 16:15, 16:23, 16:25, 18:11, 18:14, 23:22, 28:8, 36:15, 36:18, 37:1, 37:13, 44:17, 64:19, 65:6, 65:9, 66:17, 67:1, 67:2
**MARK** [1] - 1:16
**marked** [1] - 55:2
**marriage** [1] - 32:7
**married** [2] - 40:12, 40:13
**Martinez** [3] - 25:3, 60:1, 60:13
**Mary** [1] - 2:2
**match** [2] - 16:13, 18:17
**matter** [5] - 3:10, 47:14, 68:11, 72:17, 73:5
**matters** [1] - 45:23
**MAURIN** [1] - 1:6
**Maurin** [17] - 12:1, 12:3, 12:4, 12:5, 20:5, 20:8, 21:2, 21:16, 23:17, 24:9, 24:10, 26:7, 27:10, 27:11, 27:12, 54:1, 64:8
**MDMC** [1] - 9:11
**mean** [1] - 53:7
**means** [5] - 11:1, 13:14, 13:24, 15:20, 46:14
**meant** [1] - 15:15
**media** [2] - 50:3, 50:9
**meet** [6] - 18:20, 40:17, 54:1, 54:10, 55:10, 63:11
**member** [16] - 12:18, 13:19, 13:20, 26:24, 36:21, 37:2, 42:10, 42:15, 45:7, 45:18, 53:1, 70:11, 70:14
**members** [17] - 8:22, 9:9, 9:14, 9:15, 9:22, 9:25, 10:5, 11:14, 11:19, 12:23, 15:11, 17:12, 18:4, 18:8, 18:20, 18:21, 19:6
**memory** [2] - 48:2, 51:8
**men** [1] - 11:4
**mention** [1] - 10:14
**mentioned** [5] - 14:4, 14:15, 16:24, 17:2, 36:14
**merely** [1] - 41:8
**merits** [1] - 46:24
**mess** [2] - 43:16, 44:11
**messages** [1] - 13:23
**messing** [1] - 44:11
**met** [2] - 19:21, 55:7
**mIAMI** [1] - 1:2
**Miami** [16] - 1:17, 1:22, 1:24, 2:5, 2:7, 2:7, 9:2, 9:13, 14:23, 19:11, 52:12, 52:19, 52:20, 52:23, 53:2, 53:18
**midnight** [1] - 24:7
**might** [3] - 5:11, 9:21, 49:25
**Miguel** [4] - 20:12, 26:1, 61:2, 62:14
**mind** [4] - 6:19, 41:13, 48:12, 49:2
**mine** [1] - 26:1
**minutes** [12] - 4:15, 4:18, 4:20, 4:24, 4:25, 5:8, 8:24, 20:22, 25:11, 25:12, 29:10, 30:15
**mistaken** [1] - 56:21
**model** [4] - 11:14, 11:18, 11:22, 14:15
**modify** [1] - 71:7
**Mollies** [3] - 9:10, 18:12, 18:14
**Molly** [1] - 28:8
**moment** [1] - 5:4
**moments** [2] - 10:16, 51:5
**money** [20] - 8:11, 8:13, 8:14, 8:17, 9:17, 11:13, 11:15, 11:16, 11:17, 11:22, 12:23, 14:16, 14:17, 14:24, 16:3, 22:19, 33:18, 40:1, 49:18
**Money** [4] - 8:12, 8:25, 9:5, 14:10
**monitor** [2] - 31:6, 38:2
**monitored** [1] - 10:7
**month** [2] - 47:17, 71:17
**months** [3] - 23:3, 72:13
**Moore** [2] - 60:22, 62:17
**moreover** [1] - 38:3
**morning** [5] - 8:9, 20:4, 31:2, 32:22, 37:25
**most** [2] - 36:6, 41:11
**mother** [3] - 42:17, 42:24, 43:6
**motion** [1] - 26:17
**motions** [1] - 46:22
**mouth** [1] - 27:1
**move** [6] - 12:24, 64:1, 65:2, 66:10, 67:15, 69:10
**moved** [3] - 42:17, 43:1, 43:5
**moves** [1] - 47:19
**moving** [1] - 10:8
**MR** [107] - 3:9, 3:21, 3:25, 4:11, 4:18, 4:20, 4:22, 4:25, 5:4, 5:7, 5:11, 5:24, 20:4, 25:11, 25:13, 29:16, 29:18, 29:24, 30:7, 30:8, 30:20, 35:24, 37:25, 41:1, 52:11, 52:17, 54:7, 54:12, 54:15, 54:20, 54:23, 55:1, 55:20, 55:23, 56:6, 56:9, 56:15, 56:17, 56:19, 57:3, 57:6, 57:8, 57:10, 57:12, 57:14, 57:22, 58:1, 58:5, 58:12, 58:15, 58:17, 58:21, 58:24, 59:13, 59:15, 59:18, 60:3, 60:7, 60:8, 60:11, 61:15, 61:19, 61:20, 61:22, 61:24, 63:16, 63:18, 64:1, 64:4, 64:6, 64:20, 64:23, 64:25, 65:2, 65:5, 65:17, 65:24, 66:1, 66:3, 66:9, 66:13, 66:14, 66:17, 66:20, 67:12, 67:15, 67:18, 67:19, 67:23, 68:1, 68:20, 68:24, 69:1, 69:10, 70:2, 70:13, 70:16,

70:25, 71:5, 71:10, 71:12, 71:20, 72:4, 72:7, 72:10, 72:12, 72:15
**MS** [2] - 4:15, 8:9
**multiple** [1] - 9:12
**music** [3] - 29:24, 29:25, 30:5
**musical** [1] - 20:10
**must** [16] - 6:24, 7:13, 17:25, 29:5, 32:1, 33:2, 46:11, 46:14, 46:15, 46:19, 48:12, 48:25, 49:16, 49:19, 51:12, 51:13

## N

**N.E** [2] - 1:16, 2:4
**Nadim** [16] - 15:12, 20:12, 20:20, 20:23, 20:25, 21:13, 21:15, 21:17, 24:23, 25:7, 27:17, 29:18, 29:23, 61:5, 62:9
**name** [26] - 21:4, 21:15, 21:16, 30:21, 30:25, 41:2, 43:3, 52:15, 54:1, 56:22, 58:10, 59:10, 59:23, 59:25, 60:14, 60:17, 60:19, 60:22, 60:25, 61:2, 61:5, 61:7, 61:10, 61:13, 67:11
**named** [1] - 15:12
**narcotics** [1] - 68:13
**nature** [1] - 28:23
**nearby** [1] - 15:9
**necessarily** [1] - 22:8
**need** [7] - 5:3, 45:23, 51:3, 68:25, 71:16, 71:17, 72:2
**neighborhood** [3] - 19:18, 44:18, 63:3
**Neighborhood** [2] - 22:1, 53:8
**neighborhoods** [2] - 19:12, 63:8
**net** [2] - 32:14, 53:7
**Net** [7] - 53:9, 53:10, 53:21, 53:23, 53:25, 56:14, 59:8
**nets** [1] - 53:6
**never** [11] - 3:20, 3:21, 26:7, 26:8, 26:9, 27:2, 27:13, 34:4, 45:6, 45:7
**newborn** [1] - 26:11
**news** [2] - 49:25, 50:1
**next** [5] - 12:9, 12:19, 13:1, 14:5, 16:20
**night** [5] - 9:24, 34:23, 35:13, 50:25
**nine** [1] - 29:2
**nominated** [2] - 22:2
**none** [3] - 24:9, 24:10, 47:24
**noon** [2] - 6:7, 52:8
**North** [1] - 2:7
**Northwest** [2] - 34:10, 42:18
**note** [2] - 50:23, 51:2
**note-taking** [1] - 51:2
**notes** [6] - 50:24, 51:1, 51:4, 51:6, 51:8
**nothing** [4] - 4:11, 25:5, 39:5, 48:16
**notice** [2] - 29:14, 50:23
**November** [20] - 12:20, 14:20, 16:14, 16:23, 17:1, 23:13, 24:8, 25:23, 27:19, 28:16, 33:7, 33:13, 33:17, 33:21, 36:14, 36:18, 37:14, 39:20, 43:8
**nowhere** [1] - 23:17
**Number** [1] - 1:2
**numerous** [5] - 12:3, 12:10, 22:25, 38:19
**NW** [3] - 15:2, 63:4, 67:5

## O

**oath** [2] - 50:14, 50:15
**object** [6] - 32:21, 46:6, 64:20, 65:2, 66:17, 72:5
**objection** [42] - 5:12, 5:13, 5:18, 46:7, 46:8, 46:11, 47:1, 47:3, 54:22, 56:8, 56:9, 56:15, 56:17, 57:11, 57:12, 57:22, 57:25, 58:2, 58:22, 59:14, 59:15, 59:17, 60:5, 61:18, 61:21, 64:3, 64:21, 65:17, 65:24, 66:3, 66:12, 66:14, 67:12, 67:17, 67:18, 67:19, 67:21, 68:24, 70:2, 70:8, 70:9, 72:7
**objections** [5] - 7:19, 46:22, 57:24, 66:15, 70:25
**Obregon** [1] - 24:5
**obvious** [1] - 49:14
**occasion** [7] - 37:2, 45:3, 55:10, 65:14, 65:21, 67:10, 71:17
**occasions** [2] - 12:3, 12:10
**occurred** [1] - 45:2
**October** [3] - 22:17, 42:24, 44:22
**OF** [3] - 1:1, 1:3, 1:11
**OFF** [1] - 5:6
**offer** [5] - 57:10, 58:21, 59:13, 60:3, 61:15
**offered** [1] - 51:16
**offers** [2] - 46:4, 60:8
**office** [1] - 32:22
**OFFICER** [4] - 6:1, 29:11, 30:17, 69:18
**Officer** [1] - 52:11
**officer** [7] - 15:22, 16:7, 39:24, 53:9, 53:19, 54:4, 71:15
**officers** [4] - 11:6, 18:3, 18:5, 27:5
**old** [10] - 34:18, 34:20, 39:9, 41:24, 41:25, 42:3, 43:17, 44:12, 44:14, 70:19
**one** [34] - 6:20, 7:4, 7:14, 11:24, 12:15, 12:16, 13:11, 15:2, 15:14, 21:10, 22:12, 26:17, 30:13, 31:16, 32:11, 34:19, 36:12, 36:18, 37:1, 37:2, 37:12, 37:13, 40:2, 40:21, 42:6, 43:21, 45:3, 45:11, 46:24, 49:14, 51:16, 51:17
**ONE** [1] - 1:4
**ones** [2] - 22:4, 49:8
**open** [3] - 6:19, 28:11, 51:7
**opening** [10] - 3:11, 4:14, 5:20, 7:16, 31:3, 31:17, 32:11, 36:13, 51:19
**openings** [2] - 3:4, 6:6
**operation** [3] - 11:21, 12:18, 18:23
**operations** [1] - 13:8
**opinion** [3] - 6:20, 7:2, 46:24
**opportunity** [8] - 19:20, 25:13, 30:9, 31:18, 35:18, 41:4, 41:10, 47:25
**opposed** [1] - 31:17
**order** [2] - 46:13, 49:4
**orders** [1] - 28:22
**ordinary** [1] - 8:14
**organization** [7] - 17:7, 34:1, 34:4, 34:6, 39:7, 39:13, 42:11
**organized** [1] - 45:7
**originally** [1] - 5:1
**outcome** [1] - 48:4
**outline** [2] - 41:4, 41:9
**outside** [2] - 7:3, 43:9
**over-zealous** [1] - 38:7
**overall** [1] - 42:8
**overly** [1] - 72:5
**overrule** [1] - 46:7
**overruled** [9] - 56:16, 56:18, 64:22, 65:4, 65:25, 66:2, 66:4, 66:19, 67:22
**Overruled** [1] - 67:13
**Overtown** [1] - 52:25
**own** [10] - 11:6, 20:11, 20:21, 21:14, 25:10, 26:10, 28:14, 36:6, 51:8, 51:9
**owners** [2] - 53:11

## P

**pads** [1] - 50:23
**pages** [4] - 20:24, 21:8, 28:5, 38:16
**painful** [1] - 45:22
**painting** [1] - 40:8
**pals** [1] - 57:20
**pants** [1] - 65:10
**paper** [1] - 50:2
**pardon** [1] - 29:16
**part** [12] - 6:4, 11:20, 14:15, 26:19, 28:21, 29:25, 31:15, 39:6, 40:3, 41:11, 41:17, 47:23
**participate** [2] - 67:5, 68:8
**participated** [3] - 11:8, 12:7, 12:14
**particular** [3] - 25:1, 51:14, 66:8
**parties** [1] - 47:14
**partner** [1] - 13:16
**partners** [1] - 11:23
**party** [1] - 30:13
**passes** [1] - 38:22
**past** [1] - 40:8
**patient** [1] - 47:14
**PATRICIA** [2] - 2:6, 73:9
**patricia_sanders@flsd.uscourts.gov** [1] - 2:8
**patrol** [5] - 18:4, 52:25, 53:14, 63:6, 65:12
**patrolled** [1] - 63:3
**patrolling** [1] - 71:18
**Patron** [1] - 21:16
**Paul** [1] - 3:9
**PAUL** [1] - 1:21
**pay** [3] - 41:21, 42:12, 49:14
**payment** [1] - 49:13
**Pedro** [1] - 24:5
**people** [35] - 7:3, 8:15, 8:18, 9:3, 11:8, 11:14, 11:17, 12:15, 14:16, 17:11, 17:17, 17:18, 17:20, 17:21, 17:23, 18:20, 19:7, 19:9, 19:12, 21:18, 36:22, 40:15, 42:21, 43:8, 43:14, 43:21, 44:2, 44:4, 50:6, 50:11, 51:4, 71:16, 72:9
**perform** [1] - 21:5
**performers** [1] - 21:21
**performing** [3] - 21:4, 21:16
**perhaps** [1] - 71:7
**period** [2] - 22:16, 23:9
**permission** [4] - 54:20, 56:6, 61:22, 67:23
**permitted** [2] - 46:5, 50:24
**person** [18] - 15:12, 35:11, 49:13, 54:3, 56:24, 59:23, 59:25, 60:14, 60:17, 60:19, 60:22, 60:25, 61:2, 61:5, 61:7, 61:10, 61:13, 65:23
**persons** [2] - 55:13, 63:2
**perspective** [1] - 19:14
**pertain** [1] - 5:16
**Phil** [1] - 30:22
**PHILIP** [1] - 1:23
**phone** [13] - 13:5,

14:24, 15:3, 15:25, 22:25, 24:19, 25:2, 34:12, 38:22, 39:9, 39:10
**phones** [1] - 33:18
**photo** [1] - 55:5
**photograph** [1] - 39:19
**photographs** [3] - 44:6, 65:16, 65:23
**phrase** [2] - 32:10, 53:7
**picked** [1] - 34:24
**picture** [2] - 62:4, 68:16
**piece** [2] - 7:11, 32:20
**pieces** [2] - 53:3, 53:5
**pin** [1] - 12:19
**place** [6] - 15:1, 24:3, 24:21, 27:25, 65:20, 71:16
**places** [2] - 21:11, 49:20
**plastic** [1] - 66:25
**play** [1] - 23:10
**pleadings** [1] - 5:15
**pled** [1] - 18:24
**point** [4] - 26:25, 28:24, 41:12, 52:2
**pointed** [1] - 19:17
**pole** [1] - 23:2
**police** [27] - 3:14, 3:17, 9:5, 9:13, 9:22, 10:1, 10:6, 12:24, 15:4, 15:5, 15:13, 16:10, 16:11, 23:14, 24:19, 25:6, 26:5, 26:25, 27:1, 27:5, 27:21, 28:4, 28:16, 34:17, 38:7, 45:5, 53:18
**Police** [6] - 9:2, 52:12, 52:19, 52:21, 52:24, 53:2
**Ponce** [1] - 1:19
**poor** [1] - 42:20
**Portela** [26] - 3:9, 3:16, 3:17, 4:10, 12:19, 12:22, 13:8, 16:1, 16:9, 16:13, 16:24, 16:25, 18:17, 35:25, 36:2, 36:9, 36:12, 36:15, 36:18, 36:20, 37:5, 37:9, 37:10, 37:14, 37:15, 37:20
**PORTELA** [1] - 1:6
**portion** [1] - 31:2
**pose** [1] - 10:3
**position** [6] - 4:1, 4:5, 33:22, 33:25, 34:5
**possess** [5] - 10:21, 10:24, 23:5, 24:17, 36:23
**possessed** [7] - 16:25, 17:11, 24:16, 25:9, 37:1, 37:14, 37:15
**possessing** [1] - 18:5
**possession** [12] - 3:18, 12:21, 15:18, 16:1, 16:5, 16:15, 16:23, 23:12, 24:14, 35:1, 36:16, 36:19
**possible** [1] - 47:13
**post** [2] - 28:6, 29:22
**posted** [3] - 29:19, 39:16, 71:22
**postings** [1] - 38:17
**practices** [1] - 11:18
**preceding** [1] - 72:13
**prejudice** [1] - 48:4
**prejudicial** [1] - 70:3
**preliminary** [2] - 3:3, 6:12
**present** [7] - 34:15, 34:16, 39:4, 40:16, 48:21, 51:24, 52:2
**presentation** [1] - 31:5
**presented** [2] - 6:19, 45:2
**presenting** [1] - 71:8
**presents** [1] - 51:21
**presumed** [1] - 48:14
**pretty** [1] - 29:14
**preview** [3] - 25:17, 31:3, 33:5
**previously** [4] - 16:18, 25:3, 64:21, 66:15
**primarily** [1] - 3:15
**principal** [1] - 15:1
**prison** [1] - 13:12
**prisoners** [1] - 10:7
**probative** [1] - 70:4
**Problem** [1] - 53:1
**problem** [4] - 10:1, 44:1, 44:9, 44:17
**problems** [1] - 43:1
**proceeded** [1] - 71:14
**proceedings** [1] - 73:4
**PROCEEDINGS** [1] - 1:11
**proceeds** [4] - 10:16, 34:7, 34:13, 34:25
**processed** [1] - 16:12
**produced** [3] - 3:24, 23:8, 30:1
**production** [2] - 21:19, 30:5
**profit** [1] - 45:8
**profits** [2] - 8:23, 26:9
**program** [2] - 44:22, 44:23
**progresses** [1] - 41:14
**promise** [1] - 50:15
**promote** [1] - 29:25
**promoted** [2] - 20:25, 21:9
**promoter** [1] - 20:23
**promoting** [4] - 21:17, 21:21, 28:8, 28:10
**pronounce** [1] - 58:10
**proof** [6] - 36:4, 36:7, 48:17, 48:19, 49:2
**proper** [3] - 32:24, 45:11, 57:23
**property** [6] - 12:7, 12:15, 14:23, 15:4, 15:6, 15:10
**propose** [1] - 3:2
**prosecution** [1] - 38:8
**protect** [7] - 5:12, 8:16, 8:23, 11:21, 17:13
**protection** [1] - 17:14
**proudly** [1] - 12:7
**prove** [13] - 8:18, 17:25, 18:1, 32:1, 32:16, 33:1, 34:2, 36:2, 36:8, 36:11, 36:25, 48:20, 48:25
**proven** [2] - 31:19, 48:14
**proves** [2] - 7:2, 7:8
**provide** [2] - 26:9, 26:10
**provided** [2] - 15:13, 26:8
**publish** [4] - 56:10, 61:22, 63:15, 67:23
**pulls** [1] - 43:11
**purple** [3] - 12:10, 30:25, 58:14
**purpose** [5] - 8:7, 33:21, 46:17, 46:19
**purposes** [4] - 56:7, 60:3, 61:16, 63:13
**purposing** [1] - 30:3
**pursue** [1] - 20:15
**put** [9] - 9:14, 20:15, 20:16, 20:17, 27:1, 34:2, 38:24, 48:23
**puts** [1] - 34:1
**putting** [1] - 70:22
**puzzle** [1] - 32:25

## Q

**quantities** [1] - 51:5
**questioned** [1] - 26:24
**questions** [5] - 6:14, 7:19, 31:10, 31:11, 31:13
**quickly** [1] - 23:9

## R

**racketeering** [7] - 14:7, 14:9, 14:12, 24:2, 33:16, 38:6, 38:14
**rained** [2] - 7:5, 7:8
**raise** [2] - 11:22, 45:25
**raised** [3] - 8:13, 8:14, 64:21
**Ramirez** [3] - 27:8, 61:11, 62:4
**ran** [2] - 15:1, 16:10
**random** [1] - 14:23
**rapper** [3] - 20:9, 20:10, 20:15
**rappers** [3] - 21:1, 21:18
**Raymond** [2] - 60:22, 62:17
**reaches** [1] - 49:16
**reaching** [1] - 47:21
**read** [3] - 49:24, 50:2
**really** [1] - 70:5
**reason** [3] - 3:23, 4:10, 5:19
**reasonable** [12] - 17:25, 18:1, 31:20, 32:1, 32:10, 32:16, 33:2, 36:3, 36:4, 36:7, 37:1, 48:25
**reasonableness** [1] - 48:6
**rebuttal** [1] - 4:6
**receive** [2] - 32:6, 33:11
**received** [2] - 3:12, 46:3
**receiving** [2] - 9:2, 19:15
**recently** [1] - 35:11
**RECESS** [1] - 30:16
**recognize** [24] - 8:6, 55:5, 55:13, 55:15, 56:11, 56:20, 56:24, 57:15, 58:6, 58:9, 58:25, 59:6, 59:19, 60:12, 62:1, 62:6, 62:11, 62:16, 62:19, 62:22, 62:25, 63:19, 66:22, 68:4
**recollection** [1] - 51:9
**RECORD** [1] - 5:6
**record** [10] - 5:12, 21:3, 26:3, 46:16, 52:15, 54:12, 55:20, 57:3, 58:15, 64:20
**recorded** [7] - 10:7, 10:8, 11:10, 12:5, 13:5, 15:25, 18:9
**recording** [4] - 3:13, 3:17, 30:3, 39:22
**recordings** [1] - 3:15
**recover** [3] - 16:11, 64:16, 64:18
**recovered** [3] - 34:13, 67:2, 68:12
**recovering** [1] - 65:6
**red** [3] - 11:25, 55:19, 66:25
**reduce** [1] - 26:18
**reduced** [2] - 26:16, 29:3
**reduction** [4] - 19:2, 26:20, 26:22
**referee** [1] - 41:20
**referenced** [1] - 69:5
**referred** [2] - 9:11, 14:7
**reflect** [4] - 54:12, 55:20, 57:3, 58:15
**regard** [1] - 21:20
**regarding** [1] - 50:12
**reiterates** [1] - 44:13
**reject** [1] - 31:15
**relate** [1] - 16:5
**related** [2] - 16:4, 49:7
**relationship** [1] - 55:8
**release** [1] - 27:24
**released** [1] - 27:25
**relevance** [1] - 66:1
**reliable** [3] - 36:11, 36:25, 37:9
**rely** [2] - 36:5, 37:10
**remain** [1] - 48:22

**remains** [1] - 32:12
**remarks** [1] - 7:18
**remember** [4] - 5:1, 47:13, 47:16, 51:4
**remind** [1] - 4:13
**render** [3] - 25:15, 29:8, 40:10
**REPORTED** [1] - 2:6
**Reporter** [1] - 2:6
**represent** [10] - 20:5, 30:23, 30:24, 31:1, 35:25, 38:1, 38:2, 41:3
**representation** [1] - 63:23
**request** [1] - 49:12
**requires** [1] - 49:3
**requiring** [1] - 49:4
**research** [3] - 49:24, 50:4, 50:16
**resembled** [1] - 15:6
**residence** [4] - 24:20, 34:9, 34:23
**residences** [1] - 34:8
**residential** [1] - 44:23
**residents** [1] - 9:3
**respect** [3] - 5:13, 37:4, 37:8
**respected** [1] - 43:8
**responded** [1] - 13:22
**responding** [1] - 18:6
**responsible** [2] - 17:23, 40:4
**rest** [3] - 4:4, 6:7, 15:17
**result** [5] - 9:14, 10:11, 19:1, 44:14, 44:18
**return** [2] - 19:23, 52:4
**reviewing** [1] - 4:1
**revisit** [1] - 4:6
**Rhythm** [1] - 22:13
**Rick** [6] - 21:24, 22:1, 22:11, 29:17, 29:23, 30:9
**ride** [1] - 22:22
**rise** [4] - 6:1, 29:11, 30:17, 69:18
**Rivera** [1] - 24:5
**roadmap** [1] - 25:17
**rob** [2] - 11:17, 14:16
**robbed** [7] - 11:14, 12:15, 14:23, 17:20, 19:7, 19:16, 38:25
**robber** [1] - 13:10
**robberies** [13] - 11:11, 11:18, 11:22, 12:7, 12:14, 14:14, 14:17, 15:14, 15:15, 17:14, 33:9, 67:9
**robbery** [24] - 13:15, 14:20, 14:24, 15:7, 15:9, 15:11, 15:13, 15:14, 17:1, 17:2, 17:18, 25:5, 25:22, 26:1, 27:20, 28:21, 33:10, 33:17, 34:7, 34:8, 34:13, 34:25, 35:9
**robbing** [2] - 8:15, 9:3
**rocks** [1] - 39:24
**Rodolfo** [3] - 12:19, 16:1, 35:25
**RODOLFO** [1] - 1:6
**Rodriguez** [3] - 20:12, 26:2, 61:3
**room** [3] - 41:23, 47:11, 52:4
**Ross** [7] - 21:24, 22:1, 22:11, 29:17, 29:23, 30:9, 30:13
**Ross's** [1] - 30:10
**roughly** [1] - 25:11
**routine** [1] - 18:4
**RPR** [2] - 2:6, 73:9
**Rubio** [8] - 40:25, 41:2, 67:21, 69:21, 71:4, 71:5, 71:6, 72:16
**RUBIO** [19] - 2:4, 5:11, 5:24, 41:1, 56:9, 58:1, 64:23, 65:2, 65:17, 65:24, 66:3, 66:14, 66:17, 67:19, 70:2, 70:13, 70:16, 70:25, 72:7
**rule** [1] - 3:6
**Rule** [1] - 70:3
**rules** [5] - 8:2, 19:18, 48:12, 50:20, 50:21
**Rules** [1] - 46:2
**ruling** [2] - 46:23, 70:7
**rulings** [3] - 46:22, 47:8, 71:13
**run** [6] - 12:18, 17:16, 17:17, 17:20, 18:4, 18:19
**running** [1] - 9:20

## S

**Salas** [4] - 3:16, 59:23, 60:19, 62:20
**sale** [1] - 28:8
**sales** [1] - 13:22
**SANDERS** [3] - 2:6, 73:7, 73:9
**saw** [9] - 7:1, 7:3, 7:22, 11:6, 16:10, 69:2, 71:18
**scared** [1] - 44:2
**scaring** [1] - 9:21
**scene** [1] - 25:24
**schedule** [1] - 30:12
**School** [1] - 22:6
**seat** [3] - 3:14, 16:16, 23:19
**seated** [3] - 3:1, 6:2, 30:19
**second** [2] - 16:14, 43:24
**SECURITY** [4] - 6:1, 29:11, 30:17, 69:18
**see** [48] - 12:3, 12:11, 13:3, 13:23, 15:23, 15:24, 17:16, 18:2, 18:9, 18:11, 18:12, 18:15, 20:20, 21:8, 21:12, 21:13, 21:17, 21:20, 22:19, 22:20, 22:24, 28:1, 28:5, 35:11, 38:1, 40:8, 41:14, 41:16, 42:4, 42:14, 42:19, 44:6, 44:24, 45:14, 45:15, 45:17, 48:1, 54:3, 54:5, 56:13, 57:20, 65:14, 65:22, 68:18, 68:22, 72:9
**seeing** [2] - 69:6, 69:8
**seize** [1] - 12:25
**seizures** [1] - 22:19
**selection** [1] - 47:16
**self** [2] - 17:20, 17:22
**sell** [13] - 9:23, 11:1, 11:17, 13:10, 14:16, 15:21, 16:19, 17:13, 28:13, 39:23, 42:11, 45:8, 45:19
**selling** [17] - 8:15, 9:4, 9:17, 11:7, 11:11, 12:4, 12:8, 12:11, 13:4, 13:6, 15:24, 18:10, 21:23, 26:6, 28:7, 40:21, 42:21
**send** [1] - 47:11
**sent** [2] - 10:3, 24:10
**sentence** [4] - 19:2, 26:15, 26:16, 26:18
**sentenced** [2] - 18:25, 29:2
**separate** [1] - 51:12
**series** [1] - 25:20
**seriously** [1] - 40:7
**serve** [1] - 53:9
**served** [1] - 53:23
**service** [4] - 53:2, 53:25, 56:14, 59:7
**SESSION** [2] - 1:5, 72:19
**set** [1] - 12:25
**setting** [5] - 12:6, 12:12, 13:5, 15:25, 18:9
**settled** [1] - 43:24
**several** [3] - 21:5, 43:11, 69:4
**shifts** [1] - 9:25
**shirt** [9] - 11:25, 12:2, 12:10, 12:20, 13:2, 30:25, 55:19, 57:2, 58:14
**shit** [1] - 54:9
**shooting** [1] - 9:4
**shop** [1] - 44:7
**Shores** [1] - 2:5
**short** [1] - 23:9
**shorter** [1] - 58:20
**shot** [1] - 29:13
**shots** [1] - 19:17
**show** [49] - 12:2, 12:6, 13:14, 13:24, 16:18, 20:6, 20:8, 20:19, 20:21, 21:25, 22:2, 22:18, 23:8, 23:19, 24:7, 24:10, 24:19, 25:2, 25:7, 26:2, 26:4, 27:5, 27:12, 27:15, 28:3, 28:18, 29:1, 31:4, 33:6, 34:22, 35:2, 37:15, 38:3, 38:4, 38:7, 38:8, 38:18, 38:20, 42:9, 42:13, 42:14, 43:2, 44:21, 45:6, 54:20, 56:6
**showing** [11] - 55:2, 61:25, 62:5, 62:10, 62:15, 62:18, 62:21, 62:24, 63:13, 66:21, 68:2
**shown** [2] - 41:5, 70:17
**side** [3] - 32:13, 46:5, 46:24
**sidebar** [1] - 47:10
**silent** [1] - 48:22
**simply** [2] - 7:7, 11:2
**single** [4] - 4:2, 10:19, 32:19, 37:6
**sister** [3] - 7:23, 42:17, 42:24
**sit** [3] - 32:17, 32:24, 71:7
**sitting** [4] - 16:16, 40:14, 40:15, 71:22
**six** [3] - 39:24, 52:22, 60:12
**Sixth** [1] - 42:18
**skills** [1] - 33:1
**slate** [1] - 48:18
**sleeping** [1] - 25:4
**sleeve** [3] - 54:9, 55:19, 58:14
**slowly** [2] - 45:24, 47:15
**small** [1] - 23:22
**Smoke** [4] - 56:22, 57:7, 57:8, 57:17
**Snoop** [1] - 22:12
**social** [1] - 50:8
**socioeconomic** [1] - 42:20
**sold** [24] - 9:6, 9:8, 9:9, 9:10, 11:9, 11:15, 12:3, 12:10, 13:2, 13:3, 13:17, 13:20, 15:20, 16:7, 17:19, 19:7, 20:20, 20:21, 26:6, 27:17, 39:24, 40:1
**solely** [1] - 6:24
**Solving** [1] - 53:1
**someone** [6] - 7:1, 15:21, 24:17, 42:15, 67:11
**sometimes** [3] - 7:6, 46:13, 51:15
**somewhere** [1] - 23:16
**songs** [1] - 20:16
**soon** [1] - 4:7
**sooner** [1] - 3:4
**sorry** [2] - 64:25, 65:1
**sort** [1] - 28:9
**sorts** [1] - 20:17
**sought** [1] - 34:4
**South** [1] - 1:23
**south** [1] - 64:11
**sOUTHERN** [1] - 1:1
**span** [1] - 68:14
**speaking** [1] - 57:24
**speaks** [1] - 38:21
**specific** [7] - 14:19, 45:9, 58:2, 69:2, 69:4, 71:24, 72:8
**specifically** [2] - 33:7, 72:10
**spell** [1] - 52:14
**spring** [1] - 72:14
**staff** [1] - 40:16
**stand** [5] - 31:6,

34:15, 39:2, 51:3, 54:4
**standing** [4] - 33:25, 41:3, 57:22, 69:8
**start** [2] - 43:11, 52:7
**started** [3] - 10:2, 42:2, 43:2
**starts** [3] - 28:6, 43:12, 48:18
**stashed** [1] - 10:9
**State** [1] - 9:20
**state** [2] - 6:20, 52:14
**statement** [7] - 3:11, 5:20, 7:14, 31:3, 31:17, 32:12, 36:13
**statements** [4] - 7:16, 26:10, 31:3, 51:19
**STATES** [4] - 1:1, 1:3, 1:12, 1:15
**States** [2] - 2:6, 17:25
**stay** [1] - 24:21
**stayed** [3] - 24:22, 24:23, 24:25
**staying** [1] - 27:22
**Steven** [1] - 24:5
**still** [1] - 50:6
**stingy** [1] - 5:5
**Stitches** [2] - 22:4
**stolen** [1] - 35:5
**stop** [7] - 54:11, 63:12, 63:22, 63:24, 64:7, 64:12, 64:14
**stopped** [2] - 23:16
**store** [1] - 53:11
**street** [4] - 34:18, 34:24, 55:25, 63:3
**Street** [6] - 1:16, 1:21, 2:2, 2:4, 34:10, 42:18
**streets** [2] - 11:7, 65:23
**Streets** [1] - 22:12
**stricken** [2] - 46:13, 46:16
**Strictly** [1] - 22:12
**strike** [1] - 69:10
**stripe** [1] - 12:20
**strokes** [1] - 40:8
**stuck** [1] - 72:17
**studio** [1] - 30:2
**subjected** [1] - 44:19
**submit** [2] - 42:9, 42:16
**substance** [4] - 10:22, 10:25, 15:19, 23:6
**success** [3] - 8:19, 8:20, 9:18
**Suite** [4] - 1:19, 1:24, 2:2, 2:7
**summer** [1] - 72:14
**Sunset** [1] - 22:5
**support** [1] - 14:13
**supposedly** [3] - 25:6, 27:9, 37:2
**surface** [1] - 71:23
**surrounding** [1] - 63:8
**surveillance** [1] - 23:4
**suspected** [2] - 64:19, 66:25
**suspended** [1] - 65:8
**sustain** [3] - 46:8, 46:11, 47:1
**sustained** [2] - 47:3, 65:18
**SWORN** [1] - 52:13
**sworn** [2] - 6:11, 40:7
**synopsis** [1] - 27:17

## T

**t.v.** [1] - 50:2
**table** [2] - 31:8, 32:17
**TAKEN** [1] - 30:16
**talks** [1] - 24:2
**Tampa** [1] - 44:23
**tangible** [1] - 31:7
**tape** [3] - 3:13, 3:16, 3:21
**tea** [1] - 6:7
**team** [1] - 4:23
**Team** [6] - 8:13, 8:25, 9:5, 14:10, 53:1, 53:8
**ten** [3] - 4:25, 5:9, 26:15
**tennis** [1] - 32:14
**tens** [1] - 38:16
**territory** [1] - 8:24
**tested** [1] - 35:11
**testifies** [2] - 4:10, 48:1
**testify** [7] - 9:21, 23:14, 25:10, 26:23, 37:7, 48:23, 48:24
**testifying** [4] - 19:1, 26:15, 26:19, 48:2
**testimony** [34] - 4:6, 6:18, 7:1, 13:13, 13:24, 18:3, 18:22, 19:4, 19:22, 21:13, 27:10, 29:5, 31:7, 31:8, 31:15, 33:17, 35:15, 42:25, 43:23, 44:10, 44:16, 44:25, 47:22, 47:24, 48:6, 48:10, 48:21, 51:7, 51:9, 52:8, 69:10, 72:7
**text** [1] - 13:23
**THE** [94] - 1:12, 1:15, 3:1, 3:20, 3:22, 4:9, 4:13, 4:16, 4:19, 4:21, 5:1, 5:5, 5:6, 5:10, 5:21, 5:25, 6:2, 20:2, 25:12, 29:10, 29:13, 29:17, 29:22, 30:6, 30:12, 30:19, 35:22, 37:23, 40:24, 45:21, 52:16, 54:4, 54:5, 54:14, 54:22, 54:24, 55:22, 56:8, 56:10, 56:16, 56:18, 57:5, 57:7, 57:9, 57:13, 57:24, 58:3, 58:14, 58:23, 59:16, 60:5, 60:10, 61:18, 61:21, 61:23, 63:15, 63:17, 64:3, 64:5, 64:22, 64:24, 65:1, 65:4, 65:18, 65:20, 65:25, 66:2, 66:4, 66:6, 66:7, 66:12, 66:16, 66:19, 67:13, 67:14, 67:17, 67:21, 67:24, 68:19, 68:25, 69:12, 69:20, 70:9, 70:15, 70:21, 71:1, 71:8, 71:11, 71:15, 72:2, 72:5, 72:11, 72:14, 72:16
**themselves** [3] - 8:12, 11:10, 18:8
**theories** [1] - 7:17
**theory** [2] - 70:4, 70:6
**thinks** [2] - 5:8, 46:5
**Thompson** [3] - 14:21, 15:5, 61:8
**thousands** [1] - 38:16
**threat** [1] - 8:18
**threatened** [1] - 44:4
**threatening** [1] - 43:12
**threats** [2] - 8:20, 8:22
**three** [4] - 23:3, 25:21, 48:12, 53:24
**Three** [1] - 22:11
**threw** [1] - 16:10
**throughout** [2] - 53:18, 55:8
**throw** [1] - 3:7
**Thursday** [1] - 3:12
**Tico** [1] - 60:18
**tie** [2] - 54:9, 55:19
**tied** [2] - 15:10, 24:12
**Tinoco** [2] - 60:15, 62:23
**today** [10] - 33:11, 54:3, 55:13, 56:24, 57:18, 57:21, 58:7, 59:4, 59:6, 71:9
**today's** [1] - 55:8
**together** [6] - 13:18, 13:21, 20:16, 32:18, 51:11, 72:9
**tomorrow** [1] - 33:11
**tools** [1] - 47:20
**totally** [1] - 3:25
**town** [1] - 21:6
**trace** [1] - 15:4
**tracked** [1] - 24:19
**tracks** [1] - 25:1
**traffic** [7] - 54:11, 63:12, 63:22, 63:24, 64:7, 64:12, 64:14
**trafficking** [6] - 9:6, 14:12, 16:21, 16:24, 23:12, 28:25
**train** [1] - 72:17
**trains** [1] - 43:7
**transaction** [1] - 45:5
**transactions** [2] - 12:13, 13:6
**TRANSCRIPT** [1] - 1:11
**transcript** [1] - 39:22
**transcription** [1] - 73:4
**trap** [6] - 9:8, 15:1, 15:4, 15:6, 15:8, 19:13
**Trap** [1] - 21:20
**traps** [5] - 9:7, 9:9, 9:12, 9:13, 9:23
**treatment** [1] - 44:23
**trial** [14] - 6:15, 18:19, 20:7, 31:2, 31:5, 41:5, 41:14, 41:20, 46:21, 47:5, 47:17, 47:19, 49:5, 50:20
**TRIAL** [1] - 1:11
**tried** [3] - 33:24, 33:25, 51:11
**trouble** [1] - 43:15
**trust** [1] - 50:21
**truthfully** [1] - 19:1
**try** [9] - 6:8, 6:9, 6:11, 8:4, 46:12, 47:12, 47:17, 51:6, 72:8
**trying** [5] - 12:23, 16:3, 21:12, 28:11, 37:16
**Tube** [1] - 20:16
**turn** [3] - 3:3, 8:6, 50:2
**Two** [1] - 1:24
**two** [1] - 16:9
**tying** [1] - 71:23
**type** [1] - 49:13

## U

**umbrellas** [1] - 7:4
**un-deterred** [1] - 9:15
**unanswered** [1] - 47:1
**uncle** [5] - 43:5, 43:13, 44:3, 44:10, 44:15
**under** [3] - 50:20, 70:3, 70:6
**undercover** [7] - 10:2, 10:3, 10:4, 15:22, 16:7, 18:7, 39:23
**underneath** [1] - 23:19
**United** [2] - 2:6, 17:25
**UNITED** [3] - 1:1, 1:3, 1:15
**uNITED** [1] - 1:12
**unlawful** [1] - 11:3
**unless** [2] - 7:24, 8:1
**unlike** [1] - 8:13
**up** [27] - 3:23, 4:17, 4:19, 5:19, 6:8, 12:6, 12:12, 13:6, 13:13, 13:14, 15:12, 15:25, 18:9, 21:10, 22:16, 23:2, 24:7, 24:16, 25:19, 28:12, 30:9, 34:24, 39:6, 43:11, 47:7, 54:4, 69:20
**usage** [1] - 21:23
**Usher** [1] - 22:3
**usual** [1] - 3:3

## V

**value** [2] - 7:25, 8:1
**various** [2] - 10:12, 10:18
**Vazquez** [6] - 5:1, 58:4, 66:7, 68:25, 70:22, 71:1

**VAZQUEZ** [56] - 1:15, 3:25, 30:8, 52:11, 52:17, 54:7, 54:12, 54:15, 54:20, 55:1, 55:20, 55:23, 56:6, 56:19, 57:3, 57:6, 57:8, 57:10, 57:14, 58:5, 58:12, 58:15, 58:17, 58:21, 58:24, 59:13, 59:18, 60:3, 60:8, 60:11, 61:15, 61:22, 61:24, 63:16, 63:18, 64:1, 64:6, 64:25, 65:5, 66:1, 66:9, 66:20, 67:15, 67:23, 68:1, 68:20, 68:24, 69:1, 71:5, 71:10, 71:12, 71:20, 72:4, 72:10, 72:12, 72:15
**vehicle** [1] - 23:22
**verdict** [10] - 19:24, 19:25, 25:15, 29:9, 37:17, 40:10, 45:11, 47:6, 47:21, 51:18
**verdicts** [1] - 6:13
**Vicar** [5] - 14:7, 14:8, 14:19, 39:5, 69:25
**victimized** [1] - 19:13
**victims** [2] - 15:3, 25:22
**video** [11] - 12:4, 12:11, 13:3, 15:24, 17:16, 18:9, 21:19, 21:25, 23:2, 27:9, 39:21
**videos** [6] - 15:23, 20:16, 21:21, 22:7, 22:20, 22:25
**view** [2] - 18:18, 49:20
**violence** [3] - 8:22, 24:15, 35:9
**violent** [11] - 14:6, 14:8, 14:13, 14:19, 16:22, 17:3, 24:2, 33:15, 33:20, 38:5, 38:13
**visit** [2] - 49:20, 49:23
**voice** [6] - 3:2, 6:3, 6:16, 8:4, 29:13
**voices** [1] - 3:15
**vs** [1] - 1:5

## W

**walking** [4] - 7:3, 15:9, 34:18, 34:24
**wallet** [1] - 14:24
**wallets** [1] - 35:5
**wants** [3] - 26:12, 30:8, 40:3
**warned** [2] - 9:22, 12:23
**watch** [2] - 39:21, 49:24
**ways** [4] - 27:21, 28:4, 28:16, 35:10
**wealth** [1] - 22:23
**weapon** [2] - 35:3, 35:4
**weapons** [2] - 43:17, 44:13
**wedding** [2] - 32:5, 32:6
**week** [1] - 5:22
**weeks** [1] - 32:17
**weighed** [1] - 29:6
**weight** [2] - 7:12, 48:24
**weights** [1] - 51:5
**West** [1] - 1:21
**wet** [1] - 7:3
**white** [5] - 12:2, 12:20, 13:2, 54:9
**whole** [4] - 12:25, 21:23, 31:15, 45:3
**WILLIAMS** [1] - 1:12
**Williams** [3] - 26:20, 32:21, 35:18
**willing** [3] - 26:14, 27:24, 36:5
**window** [1] - 18:22
**WITNESS** [6] - 52:13, 52:16, 54:5, 58:14, 66:6, 67:14
**witness** [29] - 7:3, 7:20, 7:24, 8:1, 19:7, 20:20, 25:10, 27:16, 29:15, 31:6, 32:18, 34:15, 37:6, 38:24, 39:2, 47:23, 47:24, 48:1, 48:3, 48:4, 52:10, 54:12, 54:20, 56:6, 57:3, 58:15, 71:20, 72:12
**witness'** [7] - 48:2, 48:3, 48:5, 48:6, 48:8, 48:10
**witnesses** [16] - 9:21, 19:21, 20:12, 20:13, 20:14, 22:10, 24:4, 24:24, 25:21, 25:24, 31:11, 35:15, 51:2, 51:20, 51:21, 51:24
**witnesses'** [1] - 29:5
**women** [2] - 21:21, 21:22
**word** [2] - 32:25, 39:3
**words** [3] - 20:24, 27:1, 43:13
**workings** [1] - 19:8
**write** [1] - 3:22

## Y

**year** [8] - 3:24, 26:15, 34:18, 34:20, 39:10, 71:17, 72:2, 72:13
**years** [10] - 9:1, 29:2, 34:21, 39:9, 41:24, 41:25, 42:3, 52:22, 53:24, 70:19
**yesterday** [3] - 6:3, 40:11, 48:13
**young** [5] - 22:5, 30:24, 42:23, 42:24, 43:9
**Young** [1] - 60:23
**yourself** [1] - 40:16
**yourselves** [1] - 49:6
**Yung** [1] - 21:16

## Z

**zealous** [1] - 38:7
**Zerquera** [6] - 20:12, 26:23, 27:6, 27:13, 59:11, 59:22