DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 12, 2015

Plaintiff, **DAY 4**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-88

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

DAILY COPY

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 1:48 p.m.)

THE COURT: Are we missing anyone?

MR. HOROWITZ: Mr. Gonzalez is not back from court yet.

THE COURT: Okay. Would you call over to Judge Goodman and see what's happening.

Are all the jurors back?

THE COURT DEPUTY: Yes.

THE COURT: Everybody can be seated until we find out what's happening with Mr. Gonzalez.

(Recessed at 1:49 p.m.)

(Resumed at 2:07 p.m.)

THE COURT: Bring in our jury.

(Jury returns at 2:08 p.m.)

MR. GONZALEZ: I apologize, Your Honor.

THE COURT: This isn't going to happen again, Mr. Gonzalez.

MR. GONZALEZ: It won't.

THE COURT: Everyone be seated.

Mr. Vázquez, calls your next witness.

MR. VÁZQUEZ: The United States calls Mauricio Ordonez.

**MAURICIO ORDONEZ, sworn**

THE COURTROOM DEPUTY: Would you please state your full name for the record and spell your full name.

THE WITNESS: My name is Mauricio Ordonez,

M-A-U-R-I-C-I-O O-R-D-O-N-E-Z.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, sir.**

A. Good afternoon.

**Q. Sir, could you tell the ladies and gentlemen of the jury how are you currently employed?**

A. I do remodeling.

**Q. And, sir, where are you from?**

A. I was born here.

**Q. And what city?**

A. Miami, Florida.

**Q. And where did you go to high school?**

A. Miami High.

**Q. Have you lived in Miami your whole life?**

A. Yes.

**Q. Sir, I want to draw your attention to November 20, 2013. On that date were you the victim of a robbery at 227 S.W. 13th Avenue, Miami, Florida?**

A. Yes.

**Q. How did that robbery happen?**

A. I was outside my friend's house, we were just talking, and two guys came up to us and just pulled guns out and said give me what you got.

**Q. Who were you with at the time of the robbery?**

A. With four other friends.
**Q. What are their names?**
A. Norlyn, Donald, Steven, and Peter.
**Q. Do you know if Peter has another version of his name?**
A. Pedro.
**Q. What were you doing on -- at that time?**
A. We were just talking.
**Q. What time of day was it?**
A. It was in the night probably around 9 or 10.
**Q. What did you first see from this incident?**
A. I don't understand. Like --
**Q. What did the individuals look like that you said robbed you?**
A. Okay. One was black and the other one was Hispanic.
**Q. And what were they wearing?**
A. I don't remember. They were hooded.
**Q. When did you notice firearms?**
A. As soon as they were in front of me.
**Q. Where were those firearms pointed?**
A. Right at my face.
**Q. What part of the gun of pointed at your face?**
A. What part of the gun?
**Q. Yes.**
A. The barrel.
**Q. What happened at that point in time?**
A. We gave what we had -- I gave my cell phone and 40 bucks.

**Q. What kind of cell phone did you have?**
A. iPhone 5.
**Q. Did you see if firearms were pointed at your friends?**
A. Yes.
**Q. During this robbery, did anything happen with those firearms?**
A. After they were leaving, they shot up in the air.
**Q. Did you see where they went?**
A. North.
**Q. Did you see anything after these individuals fled?**
A. A red car make a right turn.
**Q. Where did that red car go?**
A. I don't know.
**Q. What did you do after the robbery happened?**
A. I checked the app Find My iPhone and then called the police.
**Q. Who had the iPhone app?**
A. I did.
**Q. How were you able to check it?**
A. My friend's phone.
**Q. What did you do after checking the iPhone app?**
A. We called the police.
**Q. What happened after that?**
A. The police arrived and they took us to where the phone was pointing at.
**Q. Did you see the actual location where the phone was?**

A. Yes.
**Q. And where was that?**
A. 11th Avenue and 5th Street.
**Q. Did you actually see the structure?**
A. I don't remember.
**Q. What did you see in that area?**
A. Abandoned houses.
**Q. Did you see anything else from the point of the robbery at that location?**
A. I don't know.
**Q. What happened when you got to the scene?**
A. The police did a lineup.
**Q. In your mind, did you think you were able to identify anyone?**
A. No.
**Q. While you were on scene, what did you see in the area of the abandoned houses?**
A. I don't know. Abandoned houses.
**Q. Earlier you talked about a vehicle. What happened to that vehicle?**
A. It was parked outside.
**Q. Parked outside where?**
A. The place the police took us.
**Q. How many times -- do you recall how many times you attempted or you were taken to attempt an identification, if you recall?**

A. Twice.

**Q. Do you think that at that time you were able to identify anyone?**

A. No.

MR. HOROWITZ: Objection. Withdrawn, Your Honor.

THE COURT: What was the answer again?

THE WITNESS: No.

THE COURT: Yeah.

**BY MR. VÁZQUEZ:**

**Q. Now, sir, if you saw those persons again, do you think you would be able to identify them?**

A. No.

**Q. While you were being robbed, what were you looking at?**

A. Nothing really.

**Q. Sir, do you remember what kind of car you saw leaving the robbery and at the scene?**

A. Red Magnum.

**Q. And do you remember what kind of firearms were used during the robbery?**

A. A pistol and a revolver.

**Q. What is the difference between a pistol and a revolver in your mind?**

A. A revolver -- a pistol has a magazine.

MR. VÁZQUEZ: Your Honor, at this time I would offer Government's 352, I believe without objection.

MR. HOROWITZ: Without objection.

THE COURT: Did you say 352?

MR. VÁZQUEZ: Yes, I'm adding it to the exhibit list.

THE COURT: Okay. 352.

(Document marked as Government's Exhibit 352 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what's been admitted into evidence as Government's 352. Do you recognize this?**

A. Yes.

**Q. What is it?**

A. Picture of the neighborhood of Little Havana.

**Q. What is this area here (indicating)?**

A. Where I was located at.

**Q. What's this area here (indicating)?**

A. The stadium for the Marlins.

**Q. Do you recall generally where you went after the robbery?**

A. Yes.

**Q. Where?**

A. To the far right red index.

**Q. Can you touch it with your finger?**

A. (Witness complies.)

MR. VÁZQUEZ: One moment, Your Honor.

Tender the witness.

THE COURT: Cross examination.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Good afternoon, Mr. Ordonez.**

A. Good afternoon.

**Q. Did I hear correctly you said that only two individuals approached you and your friends?**

A. Yes.

**Q. And the individuals that approached you, I gather you had not seen them before that day, correct?**

A. No.

**Q. All right. Later that evening when the police brought -- they brought you to the actual scene of where the vehicle was and maybe some of your items were there?**

A. Yes.

**Q. All right. Did you go in a police vehicle to the scene?**

A. Yes.

**Q. Did your other friends, you mentioned Norlyn, Pedro, Steven, and I think Donald was the other one, right?**

A. Yes.

**Q. Did they also go with other police officers?**

A. Yes.

**Q. All right. And you were asked to make an identification, and you could not make an identification; is that correct?**

A. Yes, that's correct.

**Q. All right. And do you know if your friends -- well, did you**

**observe, did you witness your friends be shown --**

A. No.

**Q. -- individuals or not, or that was not part of your involvement?**

A. No, it wasn't.

**Q. So you were shown -- how many individuals were you shown?**

A. About five to seven individuals more or less.

**Q. Okay. And you were not able to identify anyone?**

A. No.

**Q. Okay.**

MR. GONZALEZ: Nothing further, Your Honor.

THE COURT: Mr. Horowitz.

MR. HOROWITZ: Thank you, Your Honor.

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Good afternoon, Mr. Ordonez.**

A. Good afternoon.

**Q. Mr. Ordonez, the two people that you have described were wearing -- you used the word hoodies?**

A. Yes.

**Q. Would that be a hooded sweatshirt?**

A. Yes, a hooded sweater.

**Q. Hooded sweater so their heads were covered?**

A. Yes.

**Q. Glasses or no glasses?**

A. I don't remember.

**Q. You said that one was black and one was Hispanic?**

A. Yes.

**Q. Do you know if the person was white or Hispanic?**

A. Hispanic.

**Q. And since that day, the 20th of November 2013, you have met with the Government, have you not?**

A. Yes.

**Q. You have met with a couple of investigators, have you not?**

A. Yes.

**Q. And consistently for the last 15 months or so, you have been unable to identify who has robbed you, correct?**

A. Yes.

MR. HOROWITZ: No further questions. Thank you, Your Honor.

THE COURT: Anything any other lawyer wishes to add in cross examination? Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions.

THE COURT: Mr. Rubio?

MR. RUBIO: No, Your Honor.

THE COURT: Redirect quickly.

**REDIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. What happened to your items?**

A. I got them back.

MR. HOROWITZ: Objection; beyond the scope of cross examination.

MR. VÁZQUEZ: Mr. Gonzalez raised it.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. What happened to your items, sir?**

A. I got my phone back.

**Q. What color was the skin tone of the Hispanic male?**

A. Brown.

**Q. In relationship to yourself, what did it look like, darker or lighter?**

A. More or less.

**Q. Excuse me?**

A. More or less.

MR. VÁZQUEZ: Thank you, Your Honor. No further questions.

THE COURT: Thank you, sir. You may step down.

(Witness excused)

THE COURT: Call your next witness.

MS. HOSSEINI: The United States calls Gabriel Alfonso.

**GABRIEL ALFONSO, sworn**

THE COURTROOM DEPUTY: Please state your full name for the record and spell your full name.

THE WITNESS: Gabriel, G-A-B-R-I-E-L, last name Alfonso, A-L-F-O-N-S-O.

**DIRECT EXAMINATION**

**BY MS. HOSSEINI:**

**Q. Good afternoon, Mr. Alfonso. Good afternoon.**
A. Good afternoon.
**Q. Can you please tell us what you do for a living?**
A. I work on boats and welding and carpentry for 8 years.
**Q. What kind of jobs have you had in the past?**
A. Roofing, landscaping. Mostly handyman work.
**Q. Where are you from?**
A. Miami.
**Q. How long have you lived in Miami?**
A. Thirty years.
**Q. Without giving a specific address, can you tell us what general area you are from?**
A. Airport. Well, I just moved by the airport area, but I'm by the Marlins stadium, I was for 30 years.
**Q. Okay. Do you have any kids?**
A. Yes.
**Q. How many?**
A. I have one boy, 11 years old.

**Q. Have you ever been convicted of a felony offense, Mr. Alfonso?**
A. Yes.
**Q. How many?**
A. Three. They are all in just one case, it's just three charges.
**Q. They all happened on the same day?**
A. The same day.
**Q. Directing your attention to July 17th of 2012, can you please tell us what happened on that day?**
A. I was walking towards 12th and 4th I think it is, the store, the minimarket there, and I heard from a distance somebody call my nickname, which is Gotto, telling me what was I doing in their neighborhood, so I approached.
**Q. Do you know who that was?**
A. Yes, I recognized the voice.
**Q. Did you know that person's name?**
A. His nickname, yes.
**Q. What was that nickname?**
A. Patron.
**Q. If you were to see that person again, do you think you would be able to identify that person?**
A. Yes.
**Q. Can you please look around and tell us if you see that person in the courtroom today?**

THE COURT: You can stand up if you would like.

A. Yes.

**Q. Can you please describe an article of clothing the person is wearing?**

A. A gray shirt with a red and purple tie.

MS. HOSSEINI: Let the record reflect that Mr. Alfonso has identified Mr. Maurin Chacon, the defendant.

THE COURT: All right. Thank you. You can sit down, sir.

**BY MS. HOSSEINI:**

**Q. So you said that you were going to a store?**

A. To a minimarket, yes.

**Q. Mr. Alfonso, I'm putting on the screen what's already been admitted into evidence as Government's 25. Do you recognize this?**

A. Yeah, that's the minimarket I was going to.

**Q. That's the store that you were going to?**

A. Yes.

**Q. Okay. What happened next?**

A. Me and Mr. Patron got into a verbal argument. I continued going to the store.

**Q. What did he say to you?**

A. What did he say to me?

**Q. What did you hear?**

A. What do you mean? In the verbal argument?

**Q. Yeah. Did he say anything? Did you hear anything?**
A. It was a bunch of screaming back and forth. I can tell you he was drinking because of the breath of alcohol was in my face, so...
**Q. As you were going to the store or when you were around the store, did you hear him say anything at all?**
A. Towards me?
**Q. Yeah.**
A. He said what am I doing in his neighborhood.
**Q. Okay. And then what happened?**
A. That's when I turned around and I approached him, and we got into the verbal argument.
**Q. And was Mr. Patron by himself?**
A. No.
**Q. Who else was there?**
A. Chico Black and Telli, but they didn't approach me, they were in the background.
**Q. I'm showing you what's been previously entered into evidence as Government's 6. Do you recognize this person?**
A. Yes.
**Q. Who is that?**
A. Telli.
**Q. I'm showing you what's been previously entered into evidence as Government's Exhibit 8. Do you recognize this person?**
A. Yes.

**Q. Who is that?**
A. Chico Black.
**Q. So you were saying Mr. Patron was speaking with you while Telli and Chico Black were a little bit further behind?**
A. They were minding their own business in the building where they were at.
**Q. And what happened next?**
A. I continued going to the store. I left it alone. When I got back home, I made a phone call to a friend of mine to notify Patron that in the morning when he sobers up, he has to fight me one on one.
**Q. What's this friend's name?**
A. Kanan.
**Q. I'm showing you what's been previously entered into evidence as Government's 12. Do you recognize this person?**
A. Yes.
**Q. Who is that?**
A. Kanan.
**Q. This is the friend that you called?**
A. Yes.
**Q. What happened next?**
A. Thirty minutes later I hear my name being screamed out maybe 3:00 in the morning telling me to go outside. When I go outside and open the door, it was Patron, Telli, and Chico Black waiting for me downstairs in the back parking lot.

**Q. Do you know who called out your name to come outside?**
A. Not exactly who it was, but...
**Q. One of the three?**
A. One of the three.
**Q. Okay.**
A. And I went outside, and I started walking towards the back stairs where they were at. As soon as I walked down the stairs, me and Patron immediately got into a physical altercation.
**Q. Just you and Mr. Patron?**
A. Just me and Mr. Patron.
**Q. What happened next?**
A. We separated for a couple of minutes, and we end up fighting a little bit more.
**Q. Why did you separate?**
A. Because he was on the ground and they wanted us to start over, I guess.
**Q. Who is "they"?**
A. Telli and Chico Black.
**Q. So did Telli and Chico Black separate the two of you?**
A. They separated us.
**Q. Okay. What happened next?**
A. We started fighting a little bit again, and then Patron told Chico Black and Telli, excuse my French, fuck this shit, let's jump him.
**Q. What happened then?**

A. That's when I turned to the side and Patron punched me on the right side of my face. When I heard they said jump him, there was no more for me to do but retreat. As I am retreating towards the stairs, I see that Patron -- not Patron, Chico Black pulls out a firearm and shoots off a round in the air.

Telli goes to Chico Black, and they are arguing like wrestling over the gun. Telli powers him over the gun, and then Telli comes after me up the stairs. So I go towards my argument where I live, and Telli is up the stairs already, and he shoots off a round at me.

**Q. Did you see him shoot the round?**

A. Yes.

**Q. Did you see Chico Black with the firearm?**

A. First.

**Q. And then Telli took the firearm from Chico Black?**

A. From Chico Black.

**Q. I'm showing you what's been marked for identification as Government's Exhibits 340A through J.**

MS. HOSSEINI: Your honor, may I approach the witness?

THE COURT: Yes.

**BY MS. HOSSEINI:**

**Q. Do you recognize these photos?**

A. Yes.

**Q. What are they?**

A. Where I was standing at at the time.

**Q. Is this your apartment?**

A. The apartment building, yeah.

MS. HOSSEINI: Your Honor, we move to enter these exhibits into evidence, 340A through J.

MR. GONZALEZ: Just the previous objections, Your Honor, 403.

THE COURT: Okay. Well, so these -- do we know when these photographs were taken?

THE WITNESS: The exact date?

**BY MS. HOSSEINI:**

**Q. Do you know when they were taken?**

A. As soon as it happened. Crime scene investigation came and took everything.

THE COURT: And they truly and accurately depict the crime scene that night that you have told us about; is that right?

THE WITNESS: Yes.

THE COURT: Okay. Then 340A through J will be admitted.

(Documents marked as Government's Exhibits 340A - J admitted into evidence)

**BY MS. HOSSEINI:**

**Q. Looking at 340B, is this the place that you described?**

A. Yes.

**Q. Can you tell us which unit was yours?**

A. I was in this building here (indicating).

**Q. Okay. To the right where you made the red mark?**

A. Yes.

**Q. And for the record, that's the gray staircase on the right-hand side of the photo?**

A. Yes.

**Q. Can you please tell us where this physical altercation took place?**

A. Right there (indicating).

**Q. So at the bottom of the stairs where you drew that red circle?**

A. Yes.

**Q. So you and Mr. Patron fought at that location?**

A. Um-hm.

**Q. Both times, before the separation and after the separation?**

A. Yes.

**Q. Okay.**

THE COURT: If you tap the bottom of your screen, the red circle should go away.

**BY MS. HOSSEINI:**

**Q. Looking at 340C, as in cat, do you remember seeing those numbers there that night?**

A. Yes.

**Q. Are these the stairs that we were just looking at earlier?**

A. Yes.

**Q. Looking at 340E, what do you see in that picture?**
A. Looks like to me like a live round, which is a bullet not being fired.
**Q. It's a bullet that has not been fired?**
A. That has not been fired.
**Q. Do you remember seeing a bullet that night there on the stairs?**
A. Yes.
**Q. Looking at 340F, what's in that picture?**
A. A gun shell.
**Q. I'm sorry?**
A. A bullet shell, I'm sorry.
**Q. What's the difference between this one and the one we just saw?**
A. This one was actually fired.
**Q. This one was actually fired?**
A. Yes.
**Q. Looking at 340A, as in apple, do you see the number 1 in the middle of the photo?**
A. Yes.
**Q. Do you remember seeing that there?**
A. Yes.
**Q. Okay. What's that next to number 1, looking at 340D?**
A. That is a live round, which is a bullet that hasn't been fired.

**Q. And looking at 340H, is that you?**
A. That is me.
**Q. Are there any bruises on this photo?**
A. Excuse me?
**Q. You said someone punched you in the face?**
A. Right side.
**Q. Who punched you?**
A. Patron.
**Q. Any indications of a punch in this photo?**
A. Indications? I got I cut under my right eye, and it's swollen on my right cheek.
**Q. Could you touch your screen, please?**
A. Cut right there (indicating).
**Q. Looking at 340J, what's in that photo?**
A. My T-shirt torn.
**Q. And how did your T-shirt get torn?**
A. In the tussle with Patron.
**Q. So after you ran up the stairs, what did you do then?**
A. I turned around in my doorway, and that's when I looked at Telli point the firearm at me and shoot at me.
**Q. And then what happened?**
A. Then I went in the house for about 5 minutes, came back outside, and everybody was gone. About 10 minutes later me pacing up and down in the parking lot, Telli comes back apologizing about what happened. Not even 3 minutes later of

him apologizing, the police came and grabbed him.
**Q. Did you call the police?**
A. No.
**Q. Someone else did?**
A. Yes.
**Q. Do you know who?**
A. No.
**Q. And anyone else aside from the police show up that evening?**
A. No.
**Q. Did crime scene take those photos we just went through?**
A. Yes.
**Q. And you were there when they took those photos?**
A. Yes.
**Q. And then what happened?**
A. The police just got the report, wrote everything down. I went one time to write my statement to the State Attorneys' Office in downtown. Maybe like 2 weeks later I hear loud screaming outside my house. I'm inside and I hear Patron and Chico Black calling my name throwing rocks at my window.
**Q. Just Patron and Chico Black?**
A. Yes.
**Q. And Telli wasn't with them this time?**
A. Telli was still incarcerated.
**Q. Okay. So what happened?**
A. I didn't come outside. Then I kind of feared, and I stopped

coming to court.

**Q. Let me make sure I get this straight. Did you get some kind of a request or letter from someone to come and speak to an attorney or something of that nature?**

A. No.

**Q. Originally?**

A. No.

**Q. Before you went in, you just said that you went to the State Attorneys' Office.**

A. I went to the State Attorneys' Office, yeah, because I got a letter from the State saying come give my testimony.

**Q. So you got a letter from the State saying come give your testimony?**

A. Yes.

**Q. So after you got that letter, then you went?**

A. I went, I did the written statement, went home. And maybe 3 days later that's when they arrived and started throwing rocks at my windows and doors.

**Q. When you said you went, you went to the State Attorneys' Office?**

A. Yes.

**Q. After that you said about 3 days later is when the rocks were thrown?**

A. Yes.

THE COURT: Ms. Hosseini, direct.

MS. HOSSEINI: Yes, Your Honor.

**BY MS. HOSSEINI:**

**Q. Who was throwing the rocks?**

A. Patron and Chico Black.

**Q. And were they throwing rocks up in the air?**

A. Directly at my door.

**Q. I'm sorry?**

A. Directly at my door.

**Q. Okay. What happened after that?**

A. I stayed in the house for a while until obviously they went away, and then I just stopped coming to court.

**Q. Why did you stop going to court?**

A. I was in fear for my life.

MS. HOSSEINI: May I have a moment, Your Honor?

**BY MS. HOSSEINI:**

**Q. Mr. Alfonso, if you can go back when you said you were by the store you heard Patron say what are you doing in my neighborhood?**

A. Correct.

**Q. Were those his exact words?**

A. Yeah.

**Q. As you remember them -- I'm sorry, go ahead. I didn't mean to cut you off.**

A. Excuse my French, "Who the fuck is that in my hood?"

**Q. Can you say that again?**

A. "Who the fuck is that in my hood?"

**Q. Those were his exact words?**

MR. HOROWITZ: Objection, Your Honor. Asked and answered.

THE COURT: Well, no. We have a different answer. It's overruled.

**BY MS. HOSSEINI:**

**Q. And when you were talking about the shots that were fired in relation to the first shooting, you said Chico Black --**

A. Shot one in the air.

**Q. In the air?**

A. In the air, directly in the air.

**Q. Okay. And Telli shot the gun --**

A. At me.

MR. DONET: Objection, Your Honor. Leading.

THE COURT: Yes, sustained.

**BY MS. HOSSEINI:**

**Q. Where was Telli shooting the gun, in which direction?**

A. Towards me.

**Q. Did you see him?**

A. Yes.

**Q. And we talked about having a one-on-one altercation, being separated briefly, and then a second one-on-one altercation?**

A. Yes.

MR. DONET: Objection; leading.

MR. GONZALEZ: And asked and answered.

THE COURT: Yes. Ms. Hosseini, we don't need a recap. Ask the question.

**BY MS. HOSSEINI:**

**Q. At any point did you see anybody else during that time frame come on to where you guys were?**

A. Well, when we were fighting the second round, about ten, eleven of them came out of the driveway. I guess they were waiting there or something. I looked back and the whole parking lot was full. When I was at the top of the stairs when Telli shot at me, the whole parking lot was full of people. About eleven of them.

MS. HOSSEINI: No further questions at this time, Your Honor.

THE COURT: Okay. Cross examination.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Mr. Alfonso, you're friends with Kanan, right?**

A. I wouldn't say friends.

**Q. You had his phone number, right?**

A. Yeah.

**Q. And Kanan is also known as DJ Kanan, right?**

A. I didn't know that. I know him only as Kanan.

**Q. You didn't know him to be a disk jockey?**

A. No.

**Q. But you knew him as Kanan, and you had his phone number?**
A. Yes.
**Q. How did you get his phone number?**
A. We spoke from here now and then.
**Q. Where did you meet him?**
A. In the building.
**Q. In what building? Where you live?**
A. Where I live, yes.
**Q. So Kanan lived in the same building that you did?**
A. No. He was always around.
**Q. Okay. And did you ever go out with him?**
A. No.
**Q. Did you play ball with him or anything of that nature?**
A. No.
**Q. Why did you ask him for his phone number? Any particular reason?**
A. We just exchanged phone numbers and talked here now and then.
**Q. Did you have a female friend in common with Kanan?**
A. Yes.
**Q. Okay. And you said that this altercation started because Chacon, you call him Patron, said to you what are you doing in the neighborhood, correct?**
A. Correct.
**Q. All right. And you said that you noticed that he had been**

**drinking because of his breath? You noticed that?**

A. Yes.

**Q. All right. And was there any altercation there at that place?**

A. Just the verbal altercation.

**Q. Verbal altercation. Okay.**

**Did you and Chacon, my client, have a dispute over a female -- over a female?**

A. Over a female?

**Q. Yes.**

A. Yes.

**Q. All right. And isn't it a fact that you accused Chacon, my client, of being disrespectful to this female?**

A. Yes.

**Q. And that's what really got this thing going, right, this altercation, right?**

A. Yes.

**Q. All right. And you after having the confrontation with my client at the grocery store, wasn't that altercation over the dispute over this girl?**

A. It wasn't over the girl. It was over an incident that he had with her.

**Q. Okay. And you thought that -- well, first of all, you weren't there at this so-called incident that my client had with this girl, right?**

A. No.

**Q. But what you thought was that Chacon had been disrespectful to the girl, the female?**

A. Yes.

**Q. And that's the reason for the fight between you and Chacon, correct?**

A. Yeah.

**Q. All right. So it had nothing to do with whether you were at that grocery store or in the neighborhood, it all had to do over a fight over a girl and how a girl was treated, correct?**

A. Correct.

**Q. And without there having been a punch thrown, because there was an altercation, you guys going and back at forth at the grocery store, you left, right?**

A. Correct.

**Q. And when you got back to your residence, you made the initiation whereby you called Kanan to initiate a fight? You wanted a fight with Chacon, correct?**

A. Correct.

**Q. And basically the dispute comes about whether you are going to have the fight that night or the next morning, but it was going to be a fight over a girl, right?**

A. Over the disrespect, yes.

**Q. Over a female, right?**

A. Yes.

**Q. It had nothing to do with territory or anything like that, it had to do with a dispute over a girl and the fact that you thought Chacon had been disrespectful of her?**

MS. HOSSEINI: Objection; calls for speculation over the defendant's motive.

THE COURT: Overruled.

**BY MR. GONZALEZ:**

**Q. Correct?**

A. Correct.

**Q. Thank you.**

**Now, you and Chacon got into a fistfight, and they have shown pictures of how you looked. From what you described just a little bit ago, it seemed like maybe you got the better end of Chacon, or did Chacon get the better end of you based on your injuries?**

A. We fought.

**Q. Okay. Did you hit him? Did you strike him?**

A. We hit each other.

**Q. All right. Okay. And Chacon didn't shoot at you, right?**

A. No.

**Q. Chacon didn't have a weapon on him, a gun? He didn't pull a knife or anything like that?**

A. No.

**Q. So this fight was just a little bit later, and did you -- when you were fighting with him, did you notice he still had the**

**breath of alcohol, things like that?**

A. I don't remember that.

**Q. Okay. Now, when the fight takes place, is Kanan also there, the gentleman that you called?**

A. In the crowd.

**Q. He is there?**

A. Yeah.

**Q. So he witnessed what happened?**

A. Yes.

**Q. And when you were there, you were there with some other friends that lived in the building, correct, friends of yours?**

A. No.

**Q. Family members?**

A. Girlfriends.

**Q. So it was only you?**

A. Only me.

**Q. All right. This fight or dispute has nothing to do with drugs and drug dealings, correct?**

A. Correct.

**Q. It has nothing to do with a robbery of you or anything of that nature, correct?**

A. No.

**Q. Okay.**

A. It had to do with a robbery that they committed on my girlfriend.

**Q. Wait a second. You said that the fight, the dispute --**

A. For --

**Q. -- was over this girl. Now you are saying this girl is your girlfriend?**

A. She was -- at the time that he disrespected my girlfriend, I wasn't boyfriends with her at the time.

**Q. But he disrespected her, but he didn't rob her?**

A. Yeah, he did.

**Q. He just disrespected her?**

A. That's disrespect. He robbed her.

**Q. You weren't there?**

A. I wasn't physically there, no.

**Q. So you heard something from someone, and you acted out on it, but you were not there to witness any robbery or anything of that nature?**

A. No. No.

**Q. But you thought it was that he had disrespected this female?**

THE COURT: Mr. Gonzalez.

MR. GONZALEZ: I will move on, Judge.

THE COURT: Yeah.

**BY MR. GONZALEZ:**

**Q. At the time of the dispute, though, she was your girl then?**

A. Yes.

**Q. I got it. Thank you.**

**Now, you never hung out or participated in any**

**activities with Mr. Chacon, right?**

A. No.

**Q. You did not have Mr. Chacon -- a phone number for Mr. Chacon, right?**

A. No.

**Q. You did not know where Mr. Chacon lives, right?**

A. No.

**Q. You didn't see Chacon driving any vehicles that you can identify that's Chacon's car or things of that nature?**

A. No.

**Q. You didn't go to the same schools or anything of that nature, correct?**

A. No.

**Q. Now, have you been promised anything to testify here in court today?**

A. No.

**Q. Have you been subpoenaed by the Government?**

A. Yes.

**Q. Now, you are a convicted felon, correct?**

A. Correct.

**Q. And you have been convicted of an armed burglary?**

A. Yes.

**Q. A grand theft second degree?**

A. Yes.

**Q. Meaning that the theft was more than 20,000 but less than**

**100,000, correct?**

A. Correct.

**Q. In addition to that, you had a third-degree felony for criminal mischief, meaning you committed damage to some sort of property over $1,000, right?**

A. Correct.

**Q. As a result of that, you were given a jail sentence of, I believe, 364 days?**

MS. HOSSEINI: Objection; relevance to the sentence.

THE COURT: Yeah.

MR. GONZALEZ: Okay.

THE COURT: Sustained.

**BY MR. GONZALEZ:**

**Q. Did you violate your probation?**

A. Yes, technically.

**Q. Pardon me?**

A. Technically.

**Q. But you violated the probation?**

MS. HOSSEINI: Objection. Same objection. Move to strike the last answer given.

THE COURT: No. What does this have to do with Mr. Gonzalez?

MR. GONZALEZ: Judge, it has to go --

THE COURT: Is this a Giglio situation?

MR. GONZALEZ: I'm not sure to be quite honest.

THE COURT: Then you are not going to ask the question, and that last question is stricken from the record.

**BY MR. GONZALEZ:**

**Q. Now, Mr. Alfonso, you still have a pending case now in State Court, correct?**

A. No.

**Q. You resolved that case?**

A. Yes.

**Q. You were a fugitive on that case from 2012 to October of 2014?**

MS. HOSSEINI: Objection; relevance.

THE COURT: Let's come over here.

(Bench conference commenced):

THE COURT: Okay. You have brought up his priors, he said he has no promises from the Government. Why the hell does this have anything to do with anything?

MR. GONZALEZ: Couple of things. The Government provided to us in discovery, I believe last week, that he was in pretrial, pre-PTI or whatever in State Court, and he got bounced out.

(Inaudible.)

THE COURT REPORTER: Mr. Vázquez, speak into the microphone, please.

MR. GONZALEZ: I'm sorry about that. Mixed that up.

In addition, it is our contention that he was absconded

from that case from 2012 to October of 2014 where he starts to cooperate with the Government when he becomes a witness against our clients. It's in that time frame, so did he receive a benefit of not being --

THE COURT: Stop. They said it was another witness.

MR. GONZALEZ: No, no, no. He still was a fugitive. We had him --

THE COURT: Fugitive from what?

MR. GONZALEZ: Meaning he did not show up for Court apparently. He had a warrant for his arrest in that State Court case from 2012 to October of 2014.

THE COURT: Okay.

MR. GONZALEZ: Which is when he becomes a witness for the Government in this case.

THE COURT: So you are saying that he was a fugitive brought in by the Government and that he has not been charged with anything because of this?

MR. VÁZQUEZ: I don't believe that's accurate for this witness.

THE COURT: No, no.

MR. GONZALEZ: What I do --

(Conclusion of bench conference.)

THE COURT: Ladies and gentlemen, we need to take another break, so 5 minutes.

(Jury retires at 2:56 p.m.)

THE COURT: Sir, would you step outside, please.

(Witness leaves the courtroom.)

THE COURT: Gentlemen, step back.

All right. He brought up his three priors. What are we talking about now? Anybody?

You may be seated. Thank you, Mr. Portela.

MR. GONZALEZ: Is this my paperwork?

THE COURT: What are we talking about?

MR. GONZALEZ: Well, what we were talking about, Judge, is that -- the witness is no longer here?

THE COURT: He is outside.

MR. GONZALEZ: Okay. 2012 he has an aggravated battery felony case that was -- the way I have it from my investigator's report was that it was still pending. Okay. That was -- the report here is 12/16/14 from my investigator, and that on that case he had been a fugitive from 2012 to October 3rd of 2014.

And what I was trying to inquire into is was he apprehended by the Government, you know, for that case, and now that case, as he said, has gone away, it's been resolved.

THE COURT: He says he has no pending case. That is his answer. So there we are.

MR. GONZALEZ: I think the benefit would be that he was a fugitive in that case, and when he gets picked up, which is at the same time that he begins to cooperate for the Federal Government, that case gets closed out.

THE COURT: He is a fugitive?

MR. GONZALEZ: In his favor, so that's a benefit.

THE COURT: Mr. Gonzalez, you are not going to get a lot of leeway today. He is a fugitive? What do you mean he is a fugitive?

MR. GONZALEZ: That's what I have here.

THE COURT: No, no. If you don't know what that means, you don't get to ask him questions about it.

MR. GONZALEZ: That's what I have, he was a fugitive in the case from 2012 to October 3, 2014.

THE COURT: Okay. So he was on the run.

Government, what do you know about your witness being on the run from charges?

MS. HOSSEINI: We are not aware of that. The case agent has just double checked, or at this time triple checked the NCIC, and it's not indicated in there. There is nothing that says about him being a fugitive status. I'm not sure where Mr. Gonzalez got his information, but it's not in the NCIC.

MR. VÁZQUEZ: Fugitives like a fugitive on the run in Wyoming, maybe he had a bond issue and then he went -- he was in jail. We were attempting to writ him here for the trial.

THE COURT: Okay.

MR. VÁZQUEZ: I don't think the U.S. Marshals weren't after him looking for him.

MR. GONZALEZ: He had an AC warrant on a felony battery

October 2, 2014, for -- so that's when he got picked up, October 2, 2014, on a felony battery, and it's an outstanding warrant, AC warrant on that case, the aggravated battery, F12-11343 that was from 2012, September 18, 2012, with a no bond.

THE COURT: So your point is he started cooperating with the Government after he was incarcerated?

MR. GONZALEZ: He had a no bond. And not only did he end up bonding out, but his case got dismissed. The AC was issued, and this is also from the same file on September 18, 2012.

THE COURT: Okay. I have no idea what you are talking about, Mr. Gonzalez, so we are going to bring the witness back. He said he has no pending cases. Go on to another area because I don't know what it is that you are trying to get at, and I don't think you do either.

MR. GONZALEZ: Can we inquire of him outside the presence of the jury?

THE COURT: What are you going to ask him?

MR. GONZALEZ: I'm going to ask him if his case, the aggravated battery that he had been on a fugitive warrant status for that period of time, if that case got dismissed as a result of him cooperating in this case. That would be the State authorities, you know, sometimes one looks one way and the other one blinks and, you know, one case gets dismissed. That's how

it sometimes is treated, Judge. He is cooperating with the Feds.

THE COURT: No. I'm sorry, it's my voice. No.

Five minutes.

(Recessed at 3:02 p.m.)

(Resumed at 3:10 p.m.)

THE COURT: We need our witness.

MR. GONZALEZ: Judge, one more point on my argument, and then, you know, I was trying to see if this will matter to the Court or not, and then I will stop.

THE COURT: Okay.

MR. GONZALEZ: Something that I -- while analyzing when he gets arrested in October of 2014, he gets a no bond. How we find out that he is actually cooperating is that Mr. Vázquez issued a writ for him to bring him from State custody from the county jail over here to FDC for purposes of testimony here.

My questioning to him in this area is was it your understanding as a result of you testifying here that your State case was going to be dismissed because he gets writted here, and then just now in January is when the State drops the case in State Court.

So if it was his understanding that that was a benefit to him, I think that that's fair game.

THE COURT: Is that the question you are going to ask? Because if it is that question, is it your understanding that

your State case was dismissed because you are testifying here today, fine.

MR. GONZALEZ: Okay.

THE COURT: But that's it.

MR. GONZALEZ: That's fair.

THE COURT: Do you understand? No side trips.

MR. GONZALEZ: Okay.

THE COURT: No repeating what he said.

MR. GONZALEZ: No, no, that's fine.

THE COURT: Okeydokey, then. Can we have our witness?

(Witness returns to the witness stand.)

THE COURT: Bring in our jury.

(Jury returns at 3:12 p.m.)

THE COURT: Be seated everyone.

MR. GONZALEZ: Thank you, Your Honor.

**CONTINUED CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Mr. Alfonso, was it your understanding that by you coming here to testify in court here, Federal Court, that your State charge was going to be dismissed as a result of you --**

A. No.

**Q. Okay. Regarding the incident of July 17, 2012, there came a point in time when Miami police officers arrived, correct?**

A. Yes.

**Q. And the police officer that came to your place, your**

**residence, you did not tell him that the altercation between you and Mr. Chacon had been over a female, correct?**

A. I don't remember.

MR. GONZALEZ: I have nothing further, Your Honor.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: No questions, Your Honor.

THE COURT: All right. Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions, Your Honor.

THE COURT: All right. Redirect.

**REDIRECT EXAMINATION**

**BY MS. HOSSEINI:**

**Q. Mr. Alfonso, what were you doing when you heard Patron say what the F are you doing in my neighborhood?**

A. I was walking towards the store to grab some groceries.

**Q. Who else was with you?**

A. I had a friend of mine called Robert.

**Q. Was a female with you?**

A. No.

**Q. Who made the initial contact? Who spoke first?**

A. He did.

**Q. Earlier on cross examination you told defense counsel that**

**your girlfriend at the time of the dispute had been robbed by Patron. Do you remember that?**

A. Yes.

**Q. Do you know when that happened?**

MR. GONZALEZ: I'm going to object because it calls for a conclusion. He has no personal knowledge of this.

THE COURT: Overruled.

**BY MS. HOSSEINI:**

**Q. You can answer the question.**

A. What was the question again?

**Q. Do you know when that robbery happened?**

A. I don't know exactly.

**Q. When did you find out about it?**

A. The same day it occurred. That's how I became her boyfriend.

**Q. And how far apart in time is that in relation to July --**

A. They got robbed that night, and I was in the building, and I was speaking to them over the robbery, and they asked me if I knew them. And I didn't know them, and that's how me and my ex-girlfriend who got robbed came to be boyfriend and girlfriend.

**Q. When was that, before or after the July 17, 2012, incident?**

A. Before.

**Q. Do you know how much time -- how much time?**

A. Maybe, I say, 3 weeks.

**Q. The robbery happened about 3 weeks before the July 17th**

**incident?**

MR. HOROWITZ: Objection.

MR. GONZALEZ: Objection.

THE COURT: Everybody. Sustained.

Don't recap, Ms. Hosseini.

MS. HOSSEINI: That's it. No further questions, Your Honor.

THE COURT: Thank you, sir. You may step down.

(Witness excused.)

THE COURT: Government, do you have a short witness?

MR. VÁZQUEZ: We do, Your Honor.

THE COURT: I mean someone who won't take a lot of time.

MS. HOSSEINI: May we have a moment to check?

THE COURT: Yes.

MS. HOSSEINI: Thank you, Your Honor.

MR. VÁZQUEZ: I apologize, Your Honor. Our next witness is a longer witness.

THE COURT: Okay. Well, we can start, yeah, maybe take us until 4.

MR. VÁZQUEZ: Yes, I think so.

THE COURT: Okay. Let's do that.

MR. VÁZQUEZ: The United States calls Nadim Guzman.

THE COURT: Okay. Ladies and Gentlemen, I'm going to ask you your preference. The witness -- it will take us about

10 minutes to bring the witness into the courtroom, and then we can go until 4 or we could break now. Which do you prefer?

You can actually talk to each other about that.

JUROR: Can you repeat it again, please?

THE COURT: It will take 10 minutes to get the witness here, and then I thought we can go until 4. Would you rather do that, or would you rather break now?

THE JURY: We will wait.

THE COURT: Do you want to wait here or get another soda or coffee or something? Why don't I let you. I will take you back in 10 minutes.

(Jury retires at 3:20 p.m.)

THE COURT: Nobody wander away.

Everyone may be seated.

Mr. Rubio, you were correct, I invited you to have an oral argument on the papers with regard to your motion to suppress, so you may go ahead.

MR. RUBIO: Yes, Your Honor. My oral argument would essentially be the arguments that were made in the motion. I would just add one analogy, and that analogy would be if a child pornographer sent two messages to someone on a computer, the fact that they just sent two messages would not give rise to probable cause for that computer.

I understand there were calls, and the point was and the reason we asked for the hearing was to be able to bring out

that there were material omissions. Other than that, I'm going to stand and incorporate the arguments that were made in the motion.

THE COURT: Okay. Thank you, Mr. Rubio.

MR. RUBIO: Thank you, Judge.

THE COURT: As I said, and I don't have the documents right in front of me, I think Simonton did a good job of fleshing out the law in the area. I think it has to do with whether there is probable cause to believe the target telephones were involved in criminal activity, the fact that there may have been no response, I think your client's cell phone was 28. But merely receipt of messages I don't think goes to the underlying standard, so I'm going to adopt Judge Simonton's motion.

If after looking at it, I have the papers back in my office, if there is something else I want to share with you, I will do that tomorrow.

MR. RUBIO: Thank you, Judge.

THE COURT: All right. Everybody stay put.

(Recessed at 3:23 p.m.)

(Resumed at 3:30 p.m.)

THE COURT: Bring in the jury, please.

(Jury returns at 3:30 p.m.)

THE COURT: Everyone be seated.

Government.

**NADIM GUZMAN, SWORN**

THE COURTROOM DEPUTY: Would you please state your full name for the record and spell your name.

THE WITNESS: Nadim Guzman, N-A-D-I-M G-U-Z-M-A-N.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. Guzman, what is your current residence?**

A. 1201 S.W. 92nd Avenue.

**Q. Where are you currently staying right now at this moment?**

A. FDC.

**Q. Have you been sentenced as a result of your participation in a criminal case?**

A. Yes, sir.

**Q. Were you sentenced in this court?**

A. Yes, sir.

**Q. Were you sentenced at a hearing presiding with Ms. Hosseini as the prosecutor?**

A. Yes, sir.

**Q. Mr. Guzman, did you plead to the indictment as charged?**

MR. HOROWITZ: Objection; leading.

THE COURT: Yes.

A. Yes, sir.

THE COURT: Well, Mr. Vázquez, we are all tired. So we are going to get through today, but we are going to have a conversation later.

**BY MR. VÁZQUEZ:**

**Q. Mr. Guzman, how did you resolve your case?**

A. I pleaded to 108 months.

**Q. How did you -- what happened to your charges?**

A. It got filed.

**Q. What did the Government offer you?**

A. Nine years.

**Q. Did you receive a specific term from the Government?**

A. No.

**Q. Who decided what term you would receive as a sentence?**

A. The judge.

**Q. What did the Government ask for?**

A. I believe it was 210 months.

**Q. Did the Government ask for more or less time than you received?**

A. More.

**Q. Mr. Guzman, have you met with me before?**

A. Yes.

**Q. Have we met to discuss your testimony today?**

MR. HOROWITZ: Objection, Your Honor. Leading.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. What have we discussed in our meetings?**

A. To just say the truth.

**Q. Have you been advised what happens if you lie?**

A. My sentence will be enhanced.
**Q. What happens if you lie to help the Government?**
A. Same, same scenario.
**Q. Mr. Guzman, are you a convicted felon?**
A. Yes.
**Q. Were you convicted as a result of this case?**
A. Yes.
**Q. Have you been convicted of a burglary of a conveyance offense?**
A. Yes.

MR. HOROWITZ: Objection; leading.

THE COURT: Yes, well, Mr. Horowitz, overruled.

**BY MR. VÁZQUEZ:**

**Q. How many times have you been convicted of a felony?**
A. Five times including this one.
**Q. Mr. Guzman, do you recognize any of the individuals in court today?**
A. Yes.
**Q. Who do you recognize?**
A. Jay Flores, James Dixon, Rodolfo Portela, Maurin Chacon, and Christopher Altamirano.
**Q. How do you know these men?**
A. From the neighborhood.
**Q. How did you first meet them?**
A. Through a mutual friend.

**Q. Who was that?**
A. Carlos Tinoco.
**Q. What did you do with these men?**
A. He hung out, we smoked, and we sold drugs.
**Q. When did you first start selling drugs?**
A. Myself?
**Q. Yes.**
A. When I was 17.
**Q. And what type of drugs did you sell?**
A. Marijuana.
**Q. When did you start selling drugs with the defendants you have identified in court today?**
A. When I was 19.
**Q. And where was that?**
A. In Little Havana.

MR. VÁZQUEZ: Permission to publish, Your Honor.

THE COURT: Yes.

MR. VÁZQUEZ: Your Honor, at this time I would offer Government's 50.

THE COURT: Is there any objection?

MR. HOROWITZ: No, Your Honor.

THE COURT: Government's 50 is admitted.

(Document marked as Government's Exhibit 50 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what has been admitted into evidence as Government's 50. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. It's a building on 14th Avenue and 3rd Street.

**Q. Have you been to this place?**

A. Yes.

**Q. Have you been to this place with the defendants?**

A. Yes.

**Q. What has happened at this place?**

A. We've hung out and sold drugs.

**Q. Who has sold drugs at this location in court today?**

A. Maurin Chacon and Christopher Altamirano.

**Q. Where would you sell drugs?**

A. In the front or the back of the building.

**Q. Would you identify it on the screen by touching the screen?**

THE COURT: You can use your finger to draw on the screen.

A. (Witness complies.)

**Q. Could you double tap the bottom left screen, please?**

**I'm showing you what has been admitted to evidence as Government's 24. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. It's a building between 5th Street and 6th Street and 11th Avenue N.W.

**Q. What has happened at this location?**

A. Drugs have been sold.

**Q. By whom?**

A. Christopher Altamirano and Maurin Chacon.

**Q. Do you know of anyone who lived here?**

A. Yes.

**Q. Who?**

A. His name was Tyrone.

**Q. Did you know Tyrone personally?**

A. Yes.

**Q. What type of relationship did you have with Tyrone?**

A. He was a customer.

**Q. What does that mean?**

A. He would buy drugs off us.

**Q. Who did you see selling drugs to Tyrone?**

A. A lot of people.

**Q. Did you sell drugs to Tyrone?**

A. Yes.

**Q. Did you see any of the defendants in court today sell drugs to Tyrone?**

A. Yes.

**Q. Who?**

A. Maurin Chacon, Christopher Altamirano.

**Q. I'm showing you what's been admitted into evidence as Government's 42. Do you recognize this structure in the image?**
A. Yes.
**Q. What is this?**
A. Another house on 11th Avenue and 5th Street N.W.
**Q. Have you been to this building?**
A. Yes.
**Q. Have you seen any of the defendants in court today at this building?**
A. Yes.
**Q. Who have you seen?**
A. Maurin Chacon, Christopher Altamirano, James Dixon, and Rodolfo Portela.
**Q. What have they done at this building?**
A. Out of those four, three of them have sold there.
**Q. Who has sold drugs there?**
A. Maurin Chacon, Christopher Altamirano, and James Dixon.
**Q. What type of drugs?**
A. Mainly crack cocaine.
**Q. Have you sold crack cocaine from this building?**
A. Yes.
**Q. Showing you Government's 36, do you recognize it?**
A. Yes.
**Q. What is it?**
A. Another building on 11th Avenue and 5th Street.

**Q. Where is this building in relationship to the building I just showed you?**
A. Right across the street.
**Q. Who have you seen at this building?**
A. Maurin Chacon, Christopher Altamirano, Rodolfo Portela, and James Dixon.
**Q. What has happened at this building?**
A. Sold drugs.
**Q. What type of drugs?**
A. From marijuana to crack cocaine to pills.
**Q. Have you sold drugs from this building?**
A. Yes.
**Q. What type of drugs?**
A. I have sold crack cocaine, pills, and marijuana.
**Q. How did you meet the defendants that you have identified in court today?**
A. Through another one -- another friend named Angel Martinez.
**Q. I'm showing you what's been admitted as Government's 6. Do you recognize it?**
A. Yes.
**Q. Who is that?**
A. Angel Martinez.
**Q. Have you seen Angel Martinez at the buildings that have been shown to you today?**
A. Yes.

**Q. What has he been doing there?**
A. Selling drugs.
**Q. What type of drugs?**
A. Crack cocaine.
**Q. After you met Mr. Martinez, what did you do with regard to these defendants?**
A. He recruited me into -- he wanted to recruit me into the organization.
**Q. What organization?**
A. BMT.
**Q. What is BMT?**
A. Big Money Team.
**Q. What does it mean to be part of this organization?**
A. That you can sell drugs and make money with them.
**Q. How does a person make money as part of the Big Money Team?**
A. By bringing customers to one another.
**Q. Is money shared?**
A. No.
**Q. Are customers shared?**
A. Yes.
**Q. How do people help each other as part of their BMT association?**
A. If a customer comes asking for something that you don't have and the other person has it, they will give you the customer.
**Q. Where have you sold drugs as part of BMT?**

A. In all of the locations that you showed me.
**Q. I'm showing you Government's 8. Do you recognize it?**
A. Yes.
**Q. What is that?**
A. Luis Salas.
**Q. How do you know this individual?**
A. We sold drugs together.
**Q. Have you seen this person sell drugs?**
A. Yes.
**Q. What relationship does this person have to you?**
A. Just a friend.
**Q. Is this a person -- a member of BMT?**
A. Yes.
**Q. Showing you Government's --**

MR. VÁZQUEZ: Your honor, Government offers 15 into evidence without objection.

THE COURT: All right. Fifteen is admitted.

(Document marked as Government's Exhibit 15 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what's been admitted as Government's 15. Do you recognize it?**
A. Yes.
**Q. What is it?**
A. His name is Steve. I'm not sure of his last name.

**Q. How do you know him?**
A. I met him through Christopher Altamirano.
**Q. Have you hung out with this person?**
A. Yes.
**Q. What have you done with this person?**
A. We smoked and pretty much that's it. I have seen him sell drugs.
**Q. Where have you seen him sell drugs?**
A. I'm not sure what building it was. The one on 11th and 5th.
**Q. Is this person a member of BMT?**
A. Yeah.

MR. VÁZQUEZ: We would like to publish Government's 5. I believe it is in evidence.

THE COURT: All right.

**BY MR. VÁZQUEZ:**

**Q. Sir, do you know an individual by the name of Alioth Salas?**
A. Yes.
**Q. How do you know that person?**
A. Through Maurin Chacon.
**Q. What relationship did you have or do you have with that person?**
A. We didn't have a relationship because I never really got to hang out with him, but he is also a BMT member.
**Q. How do you know that?**
A. Through Maurin Chacon.

**Q. Showing you Government's 5 --**

THE COURT: Who is Government's 5?

MR. VÁZQUEZ: Alioth Salas.

THE COURT: Okay.

MR. VÁZQUEZ: Your Honor, offer Government's 17 without objection.

THE COURT: All right. Government's 17 is admitted.

(Document marked as Government's Exhibit 17 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Do you know a person by the name of Dwight Forte?**

A. Yes, sir.

**Q. How do you know that person?**

A. I met him before I was BMT. We actually got recruited into BMT together.

**Q. How did that happen?**

A. Angel Martinez wanted us to be part of the team.

**Q. What does it mean to be part of the team?**

A. To be able to get money with everybody.

**Q. Showing you Government's 17, have you seen this person sell narcotics?**

A. Yes.

**Q. Is Government's 17 a picture of Dwight Forte?**

A. Yes.

MR. VÁZQUEZ: I would like to publish Government's 14,

and I would like to admit it into evidence.

THE COURT: All right.

(Document marked as Government's Exhibit 14 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Sir, do you know this person?**

A. Yes.

**Q. Who is that person?**

A. Christian Ramirez.

**Q. How do you know this person?**

A. A member of the BMT.

**Q. Have you seen this person sell narcotics?**

A. Yes.

**Q. Where?**

A. At the house on 11th and 5th.

THE COURT: Anything that's in, Mr. Vázquez, you can just publish away.

MR. VÁZQUEZ: Your Honor, I'm offering Government's 13 without objection.

MR. HOROWITZ: I have it as already in evidence.

THE COURT: I think everything from 1, 2, 4 through 20 are in.

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you Government's 13. Do you recognize this person?**

A. Yes.
**Q. Who is it?**
A. Joseph Thompson.
**Q. How do you know this person?**
A. He was an affiliate of BMT.
**Q. Have you seen this person engage in narcotics sales?**
A. Yes.
**Q. Where?**
A. 11th Avenue and 5th Street.
**Q. I'm showing you Government's 11. Do you recognize it?**
A. Yes.
**Q. Who is that?**
A. Miguel Rodriguez.
**Q. How do you know this person?**
A. Another member of BMT.
**Q. Have you seen this person sell narcotics?**
A. Yes.
**Q. Where?**
A. On 11th Avenue and 5th Street.
**Q. Showing you Government's 7, do you recognize him?**
A. Yes.
**Q. Who is it?**
A. Carlos Tinoco.
**Q. How do you know this person?**
A. He is a member of BMT.

**Q. Have you seen this person sell narcotics?**
A. Yes.
**Q. Where?**
A. On the building on 14th Avenue and 3rd Street.
**Q. What type of narcotics?**
A. Crack cocaine and marijuana.
**Q. Who is C-Lo?**
A. The guy you just showed me a picture of.
**Q. Who is Fat Boy?**
A. Miguel Rodriguez.
**Q. Who is Joker?**
A. Christian Ramirez.
**Q. Do you know anyone by the name of Ali?**
A. Ali, Alioth Salas.
**Q. Do you know anyone by the name of Telli?**
A. Angel Martinez.
**Q. Do you know anyone by the name of Kanan?**
A. Myself.
**Q. Do you know anyone by the name of Tiny?**
A. Maurin Chacon.
**Q. Do you know anyone by the name of Peludo?**
A. Maurin Chacon.
**Q. Do you know anyone by the name of Yung Patron?**
A. Maurin Chacon.
**Q. Do you know anyone by the name of Tango?**

A. Christopher Altamirano.
**Q. How would you go about selling narcotics as part of BMT?**
A. A customer would come, and if you had it on you, you could sell it.
**Q. Did you have a benefit for being part of BMT?**
A. No one really messed with you.
**Q. Why is that?**
A. Intimidation.
**Q. How many people would you sell with while you were selling narcotics?**
A. Sometimes it would be three people, sometimes it would be nine or ten people.
**Q. While you sold narcotics as part of BMT, did you ever see firearms?**
A. Yes.
**Q. Who possessed firearms?**
A. Christopher Altamirano, Rodolfo Portela, and Maurin Chacon.
**Q. Where did the narcotics come from?**
A. I don't know. We had different sources.
**Q. Where did the money for the drugs come from?**
A. From robberies.
**Q. Who committed robberies?**
A. Christopher Altamirano -- from the people that are here today?
**Q. Yes.**

A. Christopher Altamirano and Maurin Chacon.
**Q. Did you see any other persons commit robberies that are not here today?**
A. Yes.
**Q. Who is that?**
A. Luis Salas, Carlos Tinoco. That's about it.
**Q. Where were these robberies committed?**
A. All around the neighborhood.
**Q. Showing you a document that's been admitted into evidence as Government's 352, do you recognize this document?**
A. Yes.
**Q. What is this?**
A. Little Havana neighborhood.
**Q. What is this right here (indicating)?**
A. The Marlin's stadium.
**Q. Do you recognize the addresses on Government's 352?**
A. Yes.
**Q. Where are these areas?**
A. The areas that we would sell at.
**Q. How would you communicate with members of BMT or customers to sell narcotics?**
A. Either through phone or meeting up.
**Q. How would you use your phone to communicate?**
A. By calling.
**Q. Do you know what a text message is?**

A. Yes.
**Q. Have you ever used text messages to communicate?**
A. Yes.
**Q. Have you used text messages as part of BMT?**
A. Yes.
**Q. Earlier you identified an individual by the name of Jay Anthony Flores. Do you see that person today?**
A. Yes.
**Q. What relationship did you have with that person?**
A. He was another member of BMT.
**Q. Now, was there a difference between Jay Anthony Flores and the other members of BMT?**
A. Yes.
**Q. What was that?**
A. He wouldn't really hang out at the places we would sell at.
**Q. What was his relationship to the group?**
A. He would stay home, and he would send us customers if he ran into anybody, and we would do the same.
**Q. What type of customers did you receive or see he had sent over from Jay Anthony Flores?**
A. Marijuana customers or crack cocaine customers.
**Q. And what type of customers did you send over to Jay Anthony Flores?**
A. Cocaine customers.
**Q. What is the difference in your mind between crack cocaine**

**and cocaine?**

A. Cocaine is the powder that you would snort and crack cocaine is the rock.

**Q. Does BMT have signs?**

A. Yes.

**Q. Are there hand signs that are used by the group?**

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

A. Yes.

MR. RUBIO: Your Honor, I have an objection because I believe there has been a misstatement that I would ask the Government to recognize that. They have indicated that --

THE COURT: No, no. If there is a misstatement, we will take care of it later.

MR. RUBIO: Thank you, Judge.

THE COURT: Continue, Mr. Vázquez.

**BY MR. VÁZQUEZ:**

**Q. What is the BMT hand sign?**

A. Like this (indicating).

**Q. What does that mean?**

A. I'm honestly not sure what it means. I have been told that was BMT.

**Q. And can you describe it for the record what it looks like?**

A. Like this (indicating).

**Q. So for the purpose of the record, I see that your pinky,**

**index finger, and middle finger are up, and your index finger and thumb are touching each other; is that right?**

A. Yes.

**Q. You have three fingers extended when you do that hand sign?**

A. Yes.

**Q. What is third ward?**

A. It's -- can I draw?

**Q. Yes.**

A. It's this area here (indicating).

**Q. With regard to BMT, what is the significance of third ward?**

A. There was a member that got shot there.

**Q. What was that person's name?**

A. They call him Afro.

**Q. As a part of BMT, did you hear from anyone who as a group might have been responsible for his death?**

MR. HOROWITZ: Objection, Your Honor.

THE COURT: Yes. And also let's get, you know, a little time frame maybe. But, no, I won't allow him to answer that question on hearsay. But when was this, the shooting.

**BY MR. VÁZQUEZ:**

**Q. Do you know on or about when the person died?**

A. No.

**Q. Who did you talk with about the person's death?**

A. Luis Salas.

**Q. Were there -- what is Riverside?**

A. It's another gang on the other side of Flagler.
**Q. What relationship does BMT have to Riverside?**
A. Supposedly one of their guys is the one that shot Afro.
**Q. While you have been a BMT member, have you seen police arrest BMT members?**
A. Yes.
**Q. How do BMT members deal with the threat of police?**
A. Try to stay away from them.
**Q. How are narcotics handled by the BMT on the streets?**
A. You hide them in your briefs or have a stash somewhere nearby.
**Q. What is a bomb?**
A. Excuse me?
**Q. What is a bomb in the context of narcotic sales?**
A. A bomb is like a bag of narcotics that you would sell.
**Q. Where is the bomb located?**
MR. HOROWITZ: Objection, Your Honor, as to time.
THE COURT: Sustained.
**BY MR. VÁZQUEZ:**
**Q. For the purpose of talking about a narcotics sale activity on a given day, is the bomb on the person or away from the person?**
A. It could be on you or away from you.
MR. HOROWITZ: Objection; leading.
THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. You may answer.**

A. It could be on you or stashed somewhere nearby.

**Q. Why is the bomb stashed away from you?**

A. So it's not on you if the cops come.

**Q. While you have been a member of BMT, have you seen individuals in possession of firearms?**

A. Yes.

**Q. Who has been in possession of firearms?**

A. Christopher Altamirano, Rodolfo Portela, and Maurin Chacon.

**Q. And where have you seen these firearms possessed?**

A. On 11th Avenue and 5th Street and on 14th Avenue and 3rd Street.

**Q. How frequently did you see those firearms possessed?**

A. Not that frequent.

**Q. When would you see them?**

A. Some days I would see them, some days I wouldn't.

**Q. Showing you Government's 42, did you see firearms possessed at this location?**

A. No.

**Q. Did you see firearms possessed at this location?**

A. Yes.

**Q. Did you see firearms possessed at this location?**

A. Yes.

**Q. Did you see firearms possessed at this location?**

A. No.

**Q. Did you ever hear discussion about robberies?**

A. Yes.

**Q. Who did you hear talking about robberies?**

A. They are not here today.

**Q. What are their names?**

A. Telli -- Telli, Christian Ramirez, Christopher Altamirano. Actually, that's about it.

**Q. What did you hear from Defendant Altamirano about robberies?**

A. How he would want to go do them or who he would want to go rob.

THE COURT: All right. Ladies and Gentlemen, we have reached the 4:00 hour, and I told you I would let you go at 4, so I'm going to recess you for the day. Also I don't think my voice is going to last me.

Remember, do not talk about this case to anyone, not your loved ones or friends, anyone. We will start tomorrow again at 9:30, and I'm going to try to see if we can't go tomorrow a little later if I feel better. So count on hopefully us going maybe until 4:30. Okay? See you tomorrow.

(Jury retires at 4:02 p.m.)

THE COURT: Everyone be seated.

So, Mr. Vázquez, I need -- well, a couple things. We were getting a handle on leading; we have a little ways to go. But I also need a little more specificity. I need times. You

know, some days I saw them, some days I didn't. In the year 2013? I mean, can we have a start date? Can we have a spring or summer? Can we have some kind of timeline for discussions about robberies, any robbery in particular, when guns were seen.

Mr. Guzman testified that he had three to ten customers. A day? I don't know. That was kind of just left there.

So I know it's difficult with witnesses, but we need to have some more structure to the testimony.

Also, I'm going to ask both sides, the lawyers on both sides who have a propensity to repeat what the witness has just told them, as Bob Newhart would say, "Stop it." Don't repeat the answer and then segue into the question. Just ask the question.

We have already talked about the screen shots. There were several that discussed BMT events. That's fine, Mr. Gonzalez, but that's it. None of the others.

Is there anything else we have to take up before tomorrow?

MR. RUBIO: Yes, Judge.

THE COURT: Hello, Mr. Rubio.

MR. RUBIO: That's okay. I'm behind your screen.

THE COURT: Yes, I know.

So that's his testimony.

MR. RUBIO: Here is the problem: In one of the motions

that was granted by Judge Simonton as to favorable evidence, the Government provided me with a number of individuals that are members of BMT. Three, four, maybe five, I'm not sure, that they asked him, and he said he was not a member of BMT.

In court proceedings the Government has acknowledged that Mr. Flores is not a member of BMT, and in their opening statement they also made that statement to the jury that he is not a member of BMT. So I think it's unfair to allow the Government to ask him if Mr. Flores is a member of BMT.

THE COURT: He didn't ask him.

MR. RUBIO: He did.

THE COURT: That wasn't the question.

MR. RUBIO: I believe it was, Judge.

MR. VÁZQUEZ: My recollection -- and I agree with Mr. Rubio that's been my position. This is not a chartered motorcycle gang where you get a patch. This is a very illusive association of individuals who purposefully hang out together for the purpose of drug sales.

THE COURT: He asked him who is Jay Anthony Flores to you, what was your relationship. And his answer was he was another member of BMT, but he wouldn't really hang out with us, he just sent us customers.

If I'm wrong, if Mr. Vázquez asked if you are a member of BMT, then we are going to have a problem, but I don't think he asked it.

MR. RUBIO: I did -- thank you for Your Honor giving us daily copy. I read them at night. I will read that and I will bring it to the Court's attention.

THE COURT: Okay.

MR. RUBIO: However, I really think that with the fact that with all of these factors that I laid down, I think it would be fair to give an instruction to the jury that the Government agrees that Mr. Flores is not a member of BMT. What he is really saying is that he was an associate or associated with them. I don't have a problem with that because that's what the Government represented to the jury, that's what the Government represented in their pleadings and their emails to me and all of our communications. So in all fairness --

THE COURT: Take that up with Mr. Vázquez.

MR. RUBIO: I will. Thank you, Judge.

MR. VÁZQUEZ: Your Honor, one scheduling issue that I have, and I don't know how to bring it up. We have a witness who is not available next week. He is very brief. He has to leave. Is it possible to break from Nadim Guzman so this witness can testify and get out tomorrow briefly?

THE COURT: Sure. Do him first and then do Mr. Guzman?

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Okay. Yeah, if you would tell --

MR. GONZALEZ: That's Mr. Lewis?

MR. VÁZQUEZ: Officer Lewis.

THE COURT: If you will, though, tell the marshals approximately when you anticipate you will need Mr. Guzman, because then they don't have do scramble.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: So we will start with Mr. Lewis.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Okay. All right.

Anything else we need to take up?

MR. DONET: Judge, if Mr. Vázquez could just let us know if there are any other civilians or what the witnesses are going to be for tomorrow after Guzman.

THE COURT: Okay. If we can get to some of them, that would be great, but who might it be if we do?

MR. VÁZQUEZ: Civilian Rivera we anticipate being called tomorrow.

THE COURT: Okay.

MR. VÁZQUEZ: Potentially Mr. Llerena could be called tomorrow.

THE COURT: Mr. Rivera and Mr. Llerena?

Yes, Mr. Horowitz?

MR. HOROWITZ: Your Honor, I seem to never hear what time we are starting tomorrow.

THE COURT: 9:30.

MR. HOROWITZ: Thank you very much. Is there any Jencks for this witness, because we have not been provided any

other than what's contained within the discovery?

MR. VÁZQUEZ: No. He has not testified before the grand jury.

MR. HOROWITZ: How about any reports or debriefings?

MR. VÁZQUEZ: He has not written any reports.

THE COURT: Okay. I will see you all tomorrow at -- actually, why don't everybody wait about -- get all your papers together, but everybody should stay in the courtroom, like, another 3 minutes. Make sure the jury clears because I know we keep running into them, and I want to make sure they feel comfortable.

Thank you.

(Thereupon, the proceedings were adjourned at 4:10 p.m.)

DAILY COPY

# I N D E X


WITNESS PAGE

**MAURICIO ORDONEZ SWORN**.................................. 3

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 4

CROSS EXAMINATION BY MR. GONZALEZ....................... 10

CROSS EXAMINATION BY MR. HOROWITZ....................... 11

REDIRECT EXAMINATION BY MR. VÁZQUEZ..................... 13

**GABRIEL ALFONSO SWORN**.................................. 14

DIRECT EXAMINATION BY MS. HOSSEINI...................... 14

CROSS EXAMINATION BY MR. GONZALEZ....................... 29

REDIRECT EXAMINATION BY MS. HOSSEINI.................... 45

**NADIM GUZMAN SWORN**.................................... 49

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 50

EXHIBITS

Government's Exhibit 352 in evidence.................... 9

Government's Exhibits 340A through J in evidence........ 21

Government's Exhibit 50 in evidence..................... 53

Government's Exhibit 15 in evidence..................... 59

Government's Exhibit 17 in evidence..................... 61

Government's Exhibit 14 in evidence..................... 62


* * * * * * * *

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 12, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

## $

**$1,000** [1] - 37:5

## /

**/s** [1] - 79:7

## 1

**1** [3] - 23:18, 23:23, 62:21
**10** [6] - 5:9, 24:23, 48:1, 48:5, 48:11, 78:5
**100,000** [1] - 37:1
**104th** [1] - 2:5
**108** [1] - 51:3
**11** [3] - 14:25, 63:10, 78:6
**1107** [1] - 2:5
**11th** [9] - 7:3, 55:1, 56:5, 56:25, 60:9, 62:15, 63:9, 63:19, 71:12
**12** [3] - 1:4, 18:15, 79:6
**12/16/14** [1] - 40:15
**1201** [1] - 50:7
**12th** [1] - 15:11
**13** [3] - 62:18, 62:24, 78:7
**13th** [1] - 4:18
**14** [5] - 61:25, 62:3, 78:8, 78:9, 78:21
**14-20017-CR-KMW** [1] - 1:2
**14th** [3] - 54:6, 64:4, 71:12
**15** [5] - 12:11, 59:15, 59:18, 59:22, 78:19
**150** [1] - 1:22
**17** [9] - 44:22, 46:21, 53:8, 61:5, 61:7, 61:8, 61:20, 61:23, 78:20
**17th** [2] - 15:9, 46:25
**18** [2] - 42:4, 42:10
**19** [1] - 53:13
**1910** [1] - 1:24
**1:48** [1] - 3:2
**1:49** [1] - 3:11

## 2

**2** [4] - 25:17, 42:1, 42:2, 62:21
**20** [2] - 4:17, 62:21
**20,000** [1] - 36:25
**2000** [1] - 1:19
**2012** [12] - 15:9, 38:9, 39:1, 39:11, 40:12, 40:16, 41:10, 42:4, 42:11, 44:22, 46:21
**2013** [3] - 4:17, 12:6, 73:2
**2014** [8] - 38:10, 39:1, 39:11, 40:16, 41:10, 42:1, 42:2, 43:13
**2015** [2] - 1:4, 79:6
**20th** [1] - 12:6
**21** [1] - 78:17
**210** [1] - 51:13
**227** [1] - 4:18
**24** [1] - 54:23
**25** [1] - 16:14
**28** [1] - 49:11
**29** [1] - 78:10
**2:07** [1] - 3:12
**2:08** [1] - 3:14
**2:56** [1] - 39:25

## 3

**3** [8] - 24:25, 26:17, 26:22, 41:10, 46:24, 46:25, 77:9, 78:3
**30** [1] - 14:21
**3250** [1] - 2:2
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**340A** [6] - 20:18, 21:4, 21:18, 21:20, 23:18, 78:17
**340B** [1] - 21:23
**340C** [1] - 22:21
**340D** [1] - 23:23
**340E** [1] - 23:1
**340F** [1] - 23:9
**340H** [1] - 24:1
**340J** [1] - 24:14
**352** [8] - 8:25, 9:2, 9:4, 9:5, 9:9, 66:10, 66:16, 78:16
**36** [1] - 56:22
**364** [1] - 37:8
**3:00** [1] - 18:23
**3:02** [1] - 43:5
**3:10** [1] - 43:6
**3:12** [1] - 44:13
**3:20** [1] - 48:12
**3:23** [1] - 49:19
**3:30** [2] - 49:20, 49:22
**3rd** [4] - 40:16, 54:6, 64:4, 71:13

## 4

**4** [7] - 1:5, 47:20, 48:2, 48:6, 62:21, 72:13, 78:4
**40** [1] - 5:25
**403** [1] - 21:6
**406** [1] - 2:3
**42** [2] - 56:2, 71:18
**45** [1] - 78:11
**49** [1] - 78:12
**4:00** [1] - 72:13
**4:02** [1] - 72:21
**4:10** [1] - 77:14
**4:30** [1] - 72:20
**4th** [1] - 15:11

## 5

**5** [6] - 6:2, 24:22, 39:24, 60:12, 61:1, 61:2
**50** [6] - 53:19, 53:22, 53:23, 54:3, 78:13, 78:18
**53** [1] - 78:18
**59** [1] - 78:19
**5th** [9] - 7:3, 55:1, 56:5, 56:25, 60:9, 62:15, 63:9, 63:19, 71:12

## 6

**6** [2] - 17:19, 57:18
**61** [1] - 78:20
**614** [1] - 1:20
**62** [1] - 78:21
**681** [1] - 2:10
**6th** [1] - 55:1

## 7

**7** [1] - 63:20

## 8

**8** [3] - 14:11, 17:24, 59:2

## 9

**9** [2] - 5:9, 78:16
**9130** [1] - 1:24
**92nd** [1] - 50:7
**99** [1] - 1:17
**9:30** [2] - 72:18, 76:23

## A

**A-L-F-O-N-S-O** [1] - 14:5
**abandoned** [3] - 7:7, 7:17, 7:18
**able** [8] - 6:18, 7:13, 8:2, 8:11, 11:8, 15:22, 48:25, 61:19
**above-entitled** [1] - 79:3
**absconded** [1] - 38:25
**AC** [3] - 41:25, 42:3, 42:9
**accurate** [1] - 39:18
**accurately** [1] - 21:14
**accused** [1] - 31:12
**acknowledged** [1] - 74:5
**acted** [1] - 35:13
**activities** [1] - 36:1
**activity** [2] - 49:10, 70:20
**actual** [2] - 6:25, 10:12
**add** [2] - 12:16, 48:20
**adding** [1] - 9:3
**addition** [2] - 37:3, 38:25
**address** [1] - 14:18
**addresses** [1] - 66:16
**adjourned** [1] - 77:13
**admit** [1] - 62:1
**admitted** [18] - 9:6, 9:8, 16:14, 21:19, 21:21, 53:22, 53:24, 54:2, 54:22, 56:1, 57:18, 59:17, 59:19, 59:21, 61:7, 61:9, 62:4, 66:9
**adopt** [1] - 49:13
**advised** [1] - 51:25
**affiliate** [1] - 63:5
**AFPD** [1] - 1:21
**Afro** [2] - 69:13, 70:3
**afternoon** [9] - 4:4, 4:5, 10:3, 10:4, 11:16, 11:17, 14:8, 14:9
**agent** [1] - 41:15
**aggravated** [3] - 40:12, 42:3, 42:21
**ago** [1] - 33:13
**agree** [1] - 74:14
**agrees** [1] - 75:8
**ahead** [2] - 27:22, 48:17
**air** [7] - 6:7, 20:5, 27:5, 28:10, 28:11, 28:12
**airport** [2] - 14:20
**alcohol** [2] - 17:3, 34:1
**Alfonso** [11] - 13:24, 14:5, 14:8, 15:2, 16:6, 16:13, 27:16, 29:18, 38:4, 44:18, 45:16
**ALFONSO** [2] - 14:1, 78:8
**Ali** [2] - 64:13, 64:14
**Alioth** [3] - 60:16, 61:3, 64:14
**allow** [2] - 69:18, 74:8
**alone** [1] - 18:8
**ALTAMIRANO** [1] - 1:8
**Altamirano** [15] - 52:21, 54:14, 55:6, 55:25, 56:12, 56:17, 57:5, 60:2, 65:1, 65:17, 65:23, 66:1, 71:10, 72:7, 72:9
**altercation** [12] - 19:8, 22:7, 28:22, 28:23, 30:21, 31:3, 31:5, 31:6, 31:16, 31:19, 32:13, 45:1
**AMERICA** [1] - 1:4
**analogy** [2] - 48:20
**analyzing** [1] - 43:12
**Angel** [5] - 57:17, 57:22, 57:23, 61:17, 64:16
**answer** [9] - 8:6, 28:5, 37:20, 40:21, 46:9, 69:18, 71:2, 73:13, 74:20
**answered** [2] - 28:4, 29:1
**ANTHONY** [1] - 1:9
**Anthony** [5] - 67:7, 67:11, 67:20, 67:22, 74:19
**anticipate** [2] - 76:2, 76:14
**apart** [1] - 46:16
**apartment** [2] - 21:1, 21:2
**apologize** [2] - 3:15, 47:17
**apologizing** [2] - 24:25, 25:1
**app** [3] - 6:15, 6:16, 6:20
**APPEARANCES** [2] - 1:14, 2:1
**apple** [1] - 23:18
**apprehended** [1] - 40:18
**approach** [2] - 17:16, 20:19

**approached** [4] - 10:6, 10:8, 15:14, 17:11
**area** [10] - 7:6, 7:16, 9:13, 9:15, 14:19, 14:20, 42:14, 43:17, 49:8, 69:9
**areas** [2] - 66:18, 66:19
**arguing** [1] - 20:6
**argument** [7] - 16:20, 16:25, 17:12, 20:8, 43:8, 48:16, 48:18
**arguments** [2] - 48:19, 49:2
**armed** [1] - 36:21
**arrest** [2] - 39:10, 70:5
**arrested** [1] - 43:13
**arrived** [3] - 6:23, 26:17, 44:23
**article** [1] - 16:3
**aside** [1] - 25:8
**associate** [1] - 75:9
**associated** [1] - 75:9
**association** [2] - 58:22, 74:17
**attempt** [1] - 7:25
**attempted** [1] - 7:24
**attempting** [1] - 41:21
**attention** [3] - 4:17, 15:9, 75:3
**attorney** [1] - 26:4
**Attorneys'** [4] - 25:16, 26:9, 26:10, 26:19
**AUSA** [3] - 1:15, 1:16, 1:16
**authorities** [1] - 42:24
**available** [1] - 75:18
**Avenue** [12] - 4:19, 7:3, 50:7, 54:6, 55:2, 56:5, 56:25, 63:9, 63:19, 64:4, 71:12
**aware** [1] - 41:14

**B**

**background** [1] - 17:17
**bag** [1] - 70:15
**ball** [1] - 30:13
**barrel** [1] - 5:23
**based** [1] - 33:14
**battery** [5] - 40:12, 41:25, 42:2, 42:3, 42:21
**became** [1] - 46:14
**becomes** [2] - 39:2, 39:13
**begins** [1] - 40:24
**behind** [2] - 18:4, 73:22
**Bench** [1] - 38:13
**bench** [1] - 39:22
**benefit** [5] - 39:4, 40:22, 41:2, 43:22, 65:5
**better** [3] - 33:13, 33:14, 72:19
**between** [7] - 8:21, 23:13, 32:5, 45:1, 55:1, 67:11, 67:25
**beyond** [1] - 13:5
**Big** [2] - 58:12, 58:15
**bit** [5] - 18:4, 19:13, 19:22, 33:13, 33:24
**black** [2] - 5:13, 12:2
**Black** [16] - 17:16, 18:2, 18:4, 18:24, 19:18, 19:19, 19:23, 20:4, 20:6, 20:13, 20:15, 20:16, 25:19, 25:20, 27:4, 28:9
**blinks** [1] - 42:25
**BMT** [40] - 58:10, 58:11, 58:21, 58:25, 59:12, 60:10, 60:23, 61:14, 61:15, 62:11, 63:5, 63:15, 63:25, 65:2, 65:5, 65:13, 66:20, 67:4, 67:10, 67:12, 68:4, 68:18, 68:22, 69:10, 69:14, 70:2, 70:4, 70:5, 70:7, 70:9, 71:6, 73:16, 74:3, 74:4, 74:6, 74:8, 74:9, 74:21, 74:24, 75:8
**boats** [1] - 14:11
**Bob** [1] - 73:12
**bomb** [6] - 70:12, 70:14, 70:15, 70:16, 70:21, 71:4
**bond** [4] - 41:20, 42:5, 42:8, 43:13
**bonding** [1] - 42:9
**born** [1] - 4:10
**bottom** [3] - 22:10, 22:18, 54:21
**Boulevard** [2] - 1:19, 1:24
**bounced** [1] - 38:19
**boy** [1] - 14:25
**Boy** [1] - 64:9
**boyfriend** [2] - 46:15, 46:20
**boyfriends** [1] - 35:6
**break** [4] - 39:24, 48:2, 48:7, 75:19
**breath** [3] - 17:3, 31:1, 34:1
**brief** [1] - 75:18
**briefly** [2] - 28:23, 75:20
**briefs** [1] - 70:10
**bring** [9] - 3:13, 42:13, 43:15, 44:12, 48:1, 48:25, 49:21, 75:3, 75:17
**bringing** [1] - 58:16
**brought** [5] - 10:11, 10:12, 38:14, 39:16, 40:4
**brown** [1] - 13:13
**bruises** [1] - 24:3
**bucks** [1] - 5:25
**building** [23] - 18:5, 21:2, 22:1, 30:6, 30:7, 30:9, 34:11, 46:17, 54:6, 54:16, 55:1, 56:6, 56:9, 56:14, 56:20, 56:25, 57:1, 57:4, 57:7, 57:11, 60:9, 64:4
**buildings** [1] - 57:23
**bullet** [5] - 23:2, 23:4, 23:6, 23:12, 23:24
**bunch** [1] - 17:2
**burglary** [2] - 36:21, 52:8
**business** [1] - 18:5
**but..** [1] - 19:2
**buy** [1] - 55:16
**BY** [49] - 2:9, 4:3, 8:9, 9:7, 10:2, 11:15, 13:2, 13:9, 14:7, 16:10, 20:21, 21:10, 21:22, 22:20, 27:2, 27:15, 28:7, 28:17, 29:4, 29:17, 33:7, 35:21, 37:13, 38:3, 44:17, 45:15, 46:8, 50:5, 51:1, 51:22, 52:13, 54:1, 59:20, 60:15, 61:10, 62:5, 62:23, 68:17, 69:20, 70:19, 71:1, 78:4, 78:5, 78:6, 78:7, 78:9, 78:10, 78:11, 78:13

**C**

**C-Lo** [1] - 64:7
**car** [4] - 6:11, 6:12, 8:15, 36:9
**care** [1] - 68:14
**Carlos** [3] - 53:2, 63:23, 66:6
**carpentry** [1] - 14:11
**case** [30] - 1:2, 15:5, 38:4, 38:7, 38:9, 39:1, 39:11, 39:14, 40:13, 40:16, 40:18, 40:19, 40:20, 40:23, 40:25, 41:10, 41:14, 42:3, 42:9, 42:20, 42:22, 42:23, 42:25, 43:19, 43:20, 44:1, 50:11, 51:2, 52:6, 72:16
**cases** [1] - 42:14
**cat** [1] - 22:21
**cell** [3] - 5:25, 6:1, 49:11
**Certified** [1] - 79:9
**certify** [1] - 79:2
**Chacon** [34] - 16:7, 30:22, 31:7, 31:12, 32:2, 32:5, 32:18, 33:3, 33:11, 33:14, 33:19, 33:21, 36:1, 36:3, 36:4, 36:6, 36:8, 45:2, 52:20, 54:14, 55:6, 55:25, 56:12, 56:17, 57:5, 60:19, 60:25, 64:20, 64:22, 64:24, 65:17, 66:1, 71:10
**CHACON** [1] - 1:7
**Chacon's** [1] - 36:9
**charge** [1] - 44:20
**charged** [2] - 39:16, 50:18
**charges** [3] - 15:6, 41:13, 51:4
**chartered** [1] - 74:15
**check** [2] - 6:18, 47:14
**checked** [3] - 6:15, 41:15
**checking** [1] - 6:20
**cheek** [1] - 24:11
**Chico** [16] - 17:16, 18:2, 18:4, 18:24, 19:18, 19:19, 19:23, 20:4, 20:6, 20:13, 20:15, 20:16, 25:19, 25:20, 27:4, 28:9
**child** [1] - 48:20
**Christian** [3] - 62:9, 64:12, 72:7
**Christopher** [14] - 52:21, 54:14, 55:6, 55:25, 56:12, 56:17, 57:5, 60:2, 65:1, 65:17, 65:23, 66:1, 71:10, 72:7
**CHRISTOPHER** [1] - 1:8
**circle** [2] - 22:11, 22:19
**city** [1] - 4:11
**civilian** [1] - 76:14
**civilians** [1] - 76:10
**clears** [1] - 77:9
**client** [4] - 31:7, 31:13, 31:19, 31:24
**client's** [1] - 49:11
**clients** [1] - 39:3
**closed** [1] - 40:25
**clothing** [1] - 16:3
**cocaine** [12] - 56:19, 56:20, 57:10, 57:14, 58:4, 64:6, 67:21, 67:24, 67:25, 68:1, 68:2
**Coconut** [1] - 2:3
**coffee** [1] - 48:10
**color** [1] - 13:12
**comfortable** [1] - 77:11
**coming** [3] - 26:1, 27:11, 44:18
**commenced** [1] - 38:13
**commit** [1] - 66:2
**committed** [4] - 34:24, 37:4, 65:22, 66:7
**common** [1] - 30:19
**communicate** [3] - 66:20, 66:23, 67:2
**communications** [1] - 75:13
**complies** [2] - 9:22, 54:20
**computer** [2] - 48:21, 48:23
**conclusion** [2] - 39:22, 46:6
**conference** [2] - 38:13, 39:22
**confrontation** [1] - 31:18
**consistently** [1] - 12:11
**contact** [1] - 45:23
**contained** [1] - 77:1
**contention** [1] - 38:25
**context** [1] - 70:14
**continue** [1] - 68:16
**CONTINUED** [2] - 2:1, 44:16
**continued** [2] - 16:20, 18:8
**conversation** [1] - 50:24
**conveyance** [1] - 52:8
**convicted** [7] - 15:1, 36:19, 36:21, 52:4, 52:6, 52:8, 52:14
**cooperate** [2] - 39:2, 40:24

**cooperating** [4] - 42:6, 42:23, 43:1, 43:14
**cops** [1] - 71:5
**copy** [1] - 75:2
**Coral** [1] - 1:20
**correct** [30] - 10:9, 10:23, 10:24, 12:12, 27:19, 30:23, 30:24, 32:6, 32:10, 32:11, 32:15, 32:18, 32:19, 33:8, 33:9, 34:11, 34:18, 34:19, 34:21, 36:12, 36:19, 36:20, 37:1, 37:2, 37:6, 38:5, 44:23, 45:2, 48:15, 79:2
**correctly** [1] - 10:5
**counsel** [1] - 45:25
**count** [1] - 72:19
**county** [1] - 43:16
**couple** [4] - 12:9, 19:12, 38:17, 72:23
**court** [14] - 3:4, 26:1, 27:11, 27:12, 36:15, 44:19, 50:13, 52:16, 53:12, 54:13, 55:21, 56:8, 57:16, 74:5
**COURT** [136] - 1:1, 3:3, 3:5, 3:8, 3:9, 3:13, 3:16, 3:19, 8:6, 8:8, 9:2, 9:4, 9:25, 11:12, 12:16, 12:19, 12:21, 12:23, 13:8, 13:21, 13:23, 16:1, 16:8, 20:20, 21:7, 21:14, 21:18, 22:18, 26:25, 28:5, 28:16, 29:2, 29:15, 33:6, 35:18, 35:20, 37:10, 37:12, 37:21, 37:24, 38:1, 38:12, 38:14, 38:22, 39:5, 39:8, 39:12, 39:15, 39:20, 39:23, 40:1, 40:3, 40:8, 40:11, 40:20, 41:1, 41:3, 41:7, 41:11, 41:22, 42:6, 42:12, 42:19, 43:3, 43:7, 43:11, 43:24, 44:4, 44:6, 44:8, 44:10, 44:12, 44:14, 45:5, 45:7, 45:9, 45:11, 45:13, 46:7, 47:4, 47:8, 47:10, 47:12, 47:15, 47:19, 47:22, 47:24, 48:5, 48:9, 48:13, 49:4, 49:6, 49:18, 49:21, 49:23, 50:20, 50:22, 51:21, 52:12, 53:17, 53:20, 53:22, 54:18, 59:17, 60:14, 61:2, 61:4, 61:7, 62:2, 62:16, 62:21, 68:8, 68:13, 68:16, 69:17, 70:18, 70:25, 72:12, 72:22, 73:21, 73:23, 74:10, 74:12, 74:19, 75:4, 75:14, 75:21, 75:23, 76:1, 76:5, 76:7, 76:12, 76:16, 76:19, 76:23, 77:6
**Court** [7] - 38:5, 38:19, 39:9, 39:10, 43:10, 43:21, 44:19
**Court's** [1] - 75:3
**courtroom** [4] - 15:25, 40:2, 48:1, 77:8
**COURTROOM** [3] - 3:23, 14:2, 50:1
**covered** [1] - 11:23
**crack** [9] - 56:19, 56:20, 57:10, 57:14, 58:4, 64:6, 67:21, 67:25, 68:2
**crime** [3] - 21:12, 21:15, 25:10
**criminal** [3] - 37:4, 49:10, 50:11
**cross** [5] - 9:25, 12:17, 13:5, 29:15, 45:25
**CROSS** [7] - 10:1, 11:14, 29:16, 44:16, 78:5, 78:6, 78:10
**crowd** [1] - 34:5
**CRR** [1] - 2:9
**current** [1] - 50:6
**custody** [1] - 43:15
**customer** [4] - 55:14, 58:23, 58:24, 65:3
**customers** [11] - 58:16, 58:19, 66:20, 67:17, 67:19, 67:21, 67:22, 67:24, 73:6, 74:22
**cut** [3] - 24:10, 24:13, 27:23

## D

**Dadeland** [1] - 1:24
**daily** [1] - 75:2
**damage** [1] - 37:4
**darker** [1] - 13:14
**date** [3] - 4:18, 21:9, 73:2
**DAVID** [1] - 2:2
**DAY** [1] - 1:5
**days** [7] - 26:17, 26:22, 37:8, 71:17, 73:1
**De** [1] - 1:19
**deal** [1] - 70:7
**dealings** [1] - 34:18
**death** [2] - 69:15, 69:23
**debriefings** [1] - 77:4
**decided** [1] - 51:10
**Defendant** [1] - 72:9
**defendant** [1] - 16:7
**defendant's** [1] - 33:5
**defendants** [6] - 53:11, 54:9, 55:21, 56:8, 57:15, 58:6
**Defendants** [1] - 1:10
**DEFENDANTS** [1] - 1:19
**defense** [1] - 45:25
**degree** [2] - 36:23, 37:3
**depict** [1] - 21:14
**DEPUTY** [4] - 3:8, 3:23, 14:2, 50:1
**describe** [2] - 16:3, 68:23
**described** [3] - 11:18, 21:23, 33:12
**died** [1] - 69:21
**difference** [4] - 8:21, 23:13, 67:11, 67:25
**different** [2] - 28:5, 65:19
**difficult** [1] - 73:8
**Diplomate** [1] - 79:8
**DIRECT** [6] - 4:2, 14:6, 50:4, 78:4, 78:9, 78:13
**direct** [1] - 26:25
**directing** [1] - 15:9
**direction** [1] - 28:18
**directly** [3] - 27:6, 27:8, 28:12
**discovery** [2] - 38:18, 77:1
**discuss** [1] - 51:19
**discussed** [2] - 51:23, 73:16
**discussion** [1] - 72:2
**discussions** [1] - 73:3
**disk** [1] - 29:24
**dismissed** [6] - 42:9, 42:22, 42:25, 43:19, 44:1, 44:20
**DISPOTO** [1] - 1:16
**dispute** [8] - 31:7, 31:20, 32:20, 33:2, 34:17, 35:1, 35:22, 46:1
**disrespect** [2] - 32:23, 35:10
**disrespected** [4] - 35:5, 35:7, 35:9, 35:17
**disrespectful** [3] - 31:13, 32:2, 33:3
**distance** [1] - 15:12
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**Dixon** [4] - 52:20, 56:12, 56:17, 57:6
**DIXON** [1] - 1:8
**DJ** [1] - 29:22
**Document** [5] - 9:5, 53:23, 59:18, 61:8, 62:3
**document** [2] - 66:9, 66:10
**documents** [1] - 49:6
**Documents** [1] - 21:20
**Donald** [2] - 5:3, 10:18
**done** [2] - 56:14, 60:5
**Donet** [2] - 12:19, 45:9
**DONET** [6] - 2:2, 12:20, 28:15, 28:25, 45:10, 76:9
**door** [3] - 18:24, 27:6, 27:8
**doors** [1] - 26:18
**doorway** [1] - 24:19
**double** [2] - 41:15, 54:21
**down** [7] - 13:21, 16:8, 19:7, 24:24, 25:15, 47:8, 75:6
**downstairs** [1] - 18:25
**downtown** [1] - 25:17
**draw** [3] - 4:17, 54:18, 69:7
**drew** [1] - 22:10
**drinking** [2] - 17:3, 31:1
**driveway** [1] - 29:8
**driving** [1] - 36:8
**drops** [1] - 43:20
**drug** [2] - 34:18, 74:18
**drugs** [28] - 34:18, 53:4, 53:5, 53:9, 53:11, 54:12, 54:13, 54:15, 55:4, 55:16, 55:17, 55:19, 55:21, 56:16, 56:18, 57:8, 57:9, 57:11, 57:13, 58:2, 58:3, 58:14, 58:25, 59:7, 59:8, 60:7, 60:8, 65:20
**during** [3] - 6:5, 8:18, 29:5
**Dwight** [2] - 61:11, 61:23

## E

**either** [2] - 42:16, 66:22
**eleven** [2] - 29:8, 29:12
**emails** [1] - 75:12
**employed** [1] - 4:7
**end** [4] - 19:12, 33:13, 33:14, 42:9
**engage** [1] - 63:6
**enhanced** [1] - 52:1
**enter** [1] - 21:3
**entered** [3] - 17:18, 17:23, 18:14
**entitled** [1] - 79:3
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**essentially** [1] - 48:19
**evening** [2] - 10:11, 25:8
**events** [1] - 73:16
**evidence** [21] - 9:6, 9:8, 16:14, 17:18, 17:23, 18:14, 21:4, 21:21, 53:24, 54:2, 54:22, 56:1, 59:16, 59:19, 60:13, 61:9, 62:1, 62:4, 62:20, 66:9, 74:1
**evidence.......** [1] - 78:17
**evidence..................** [1] - 78:16
**evidence...................** [4] - 78:18, 78:19, 78:20, 78:21
**ex** [1] - 46:19
**exact** [3] - 21:9, 27:20, 28:2
**exactly** [2] - 19:2, 46:12
**EXAMINATION** [17] - 4:2, 10:1, 11:14, 13:1, 14:6, 29:16, 44:16, 45:14, 50:4, 78:4, 78:5, 78:6, 78:7, 78:9, 78:10, 78:11, 78:13
**examination** [5] - 9:25, 12:17, 13:6, 29:15, 45:25
**exchanged** [1] - 30:17
**excuse** [5] - 13:17, 19:23, 24:4, 27:24, 70:13

**excused** [2] - 13:22, 47:9
**exhibit** [1] - 9:3
**Exhibit** [11] - 9:5, 17:24, 53:23, 59:18, 61:8, 62:3, 78:16, 78:18, 78:19, 78:20, 78:21
**EXHIBITS** [1] - 78:15
**Exhibits** [3] - 20:18, 21:20, 78:17
**exhibits** [1] - 21:4
**extended** [1] - 69:4
**eye** [1] - 24:10

## F

**F12-11343** [1] - 42:4
**face** [5] - 5:19, 5:20, 17:3, 20:2, 24:5
**fact** [5] - 31:12, 33:2, 48:22, 49:10, 75:5
**factors** [1] - 75:6
**fair** [3] - 43:23, 44:5, 75:7
**fairness** [1] - 75:13
**family** [1] - 34:13
**far** [2] - 9:20, 46:16
**Fat** [1] - 64:9
**favor** [1] - 41:2
**favorable** [1] - 74:1
**FDC** [2] - 43:16, 50:9
**fear** [1] - 27:13
**feared** [1] - 25:25
**February** [2] - 1:4, 79:6
**Federal** [2] - 40:24, 44:19
**Feds** [1] - 43:2
**felon** [2] - 36:19, 52:4
**felony** [6] - 15:1, 37:3, 40:13, 41:25, 42:2, 52:14
**female** [10] - 30:19, 31:8, 31:9, 31:13, 32:3, 32:24, 35:17, 45:2, 45:21
**fifteen** [1] - 59:17
**fight** [11] - 18:10, 32:5, 32:10, 32:17, 32:18, 32:21, 32:22, 33:24, 34:3, 34:17, 35:1
**fighting** [4] - 19:12, 19:22, 29:7, 33:25
**file** [1] - 42:10
**filed** [1] - 51:5
**fine** [3] - 44:2, 44:9, 73:16
**finger** [5] - 9:21, 54:18, 69:1
**fingers** [1] - 69:4
**firearm** [4] - 20:5, 20:13, 20:15, 24:20
**firearms** [15] - 5:16, 5:18, 6:3, 6:6, 8:18, 65:14, 65:16, 71:7, 71:9, 71:11, 71:14, 71:18, 71:21, 71:23, 71:25
**fired** [7] - 23:3, 23:4, 23:5, 23:15, 23:16, 23:25, 28:8
**first** [8] - 5:10, 20:14, 28:9, 31:23, 45:23, 52:24, 53:5, 75:21
**fistfight** [1] - 33:11
**five** [4] - 11:7, 43:4, 52:15, 74:3
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [2] - 1:22, 70:1
**fled** [1] - 6:10
**fleshing** [1] - 49:8
**Flores** [9] - 52:20, 67:7, 67:11, 67:20, 67:23, 74:6, 74:9, 74:19, 75:8
**FLORES** [1] - 1:9
**florida** [1] - 79:8
**FLORIDA** [2] - 1:1, 1:7
**Florida** [3] - 2:10, 4:12, 4:19
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 79:2
**Forte** [2] - 61:11, 61:23
**forth** [2] - 17:2, 32:13
**fought** [2] - 22:13, 33:16
**four** [3] - 5:1, 56:15, 74:3
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**frame** [3] - 29:5, 39:3, 69:18
**French** [2] - 19:23, 27:24
**frequent** [1] - 71:15
**frequently** [1] - 71:14
**friend** [7] - 18:9, 18:19, 30:19, 45:20, 52:25, 57:17, 59:11
**friend's** [3] - 4:22, 6:19, 18:12
**friends** [11] - 5:1, 6:3, 10:6, 10:17, 10:25, 11:1, 29:18, 29:19, 34:11, 72:17
**front** [3] - 5:17, 49:7, 54:16
**fuck** [3] - 19:23, 27:24, 28:1
**fugitive** [13] - 38:9, 39:6, 39:8, 39:15, 40:16, 40:23, 41:1, 41:4, 41:5, 41:9, 41:17, 41:19, 42:21
**fugitives** [1] - 41:19
**full** [7] - 3:23, 3:24, 14:2, 14:3, 29:10, 29:11, 50:1

## G

**G-U-Z-M-A-N** [1] - 50:3
**Gables** [1] - 1:20
**Gabriel** [2] - 13:24, 14:4
**GABRIEL** [3] - 14:1, 14:4, 78:8
**game** [1] - 43:23
**gang** [2] - 70:1, 74:16
**gather** [1] - 10:8
**general** [1] - 14:19
**generally** [1] - 9:17
**gentleman** [1] - 34:4
**gentlemen** [3] - 4:6, 39:23, 40:3
**Gentlemen** [2] - 47:24, 72:12
**Giglio** [1] - 37:24
**girl** [11] - 31:20, 31:21, 31:25, 32:3, 32:10, 32:22, 33:2, 35:3, 35:22
**girlfriend** [6] - 34:25, 35:4, 35:5, 46:1, 46:20
**girlfriends** [1] - 34:14
**given** [3] - 37:7, 37:20, 70:21
**glasses** [2] - 11:25
**gonzalez** [1] - 3:10
**Gonzalez** [9] - 3:4, 3:17, 13:7, 35:18, 37:22, 41:3, 41:18, 42:13, 73:17
**GONZALEZ** [45] - 1:19, 3:15, 3:18, 10:2, 11:11, 21:5, 29:1, 29:17, 33:7, 35:19, 35:21, 37:11, 37:13, 37:23, 37:25, 38:3, 38:17, 38:24, 39:6, 39:9, 39:13, 39:21, 40:7, 40:9, 40:12, 40:22, 41:2, 41:6, 41:9, 41:25, 42:8, 42:17, 42:20, 43:8, 43:12, 44:3, 44:5, 44:7, 44:9, 44:15, 44:17, 45:4, 46:5, 47:3, 75:24
**GONZALEZ..............** ....... [2] - 78:5, 78:10
**Goodman** [1] - 3:5
**Gotto** [1] - 15:13
**Government** [26] - 12:7, 36:17, 38:15, 38:17, 39:2, 39:14, 39:16, 40:18, 40:25, 41:12, 42:7, 47:10, 49:24, 51:6, 51:8, 51:12, 51:14, 52:2, 59:15, 68:12, 74:2, 74:5, 74:9, 75:8, 75:11, 75:12
**Government's** [43] - 8:25, 9:5, 9:9, 16:14, 17:19, 17:24, 18:15, 20:18, 21:20, 53:19, 53:22, 53:23, 54:3, 54:23, 56:2, 56:22, 57:18, 59:2, 59:14, 59:18, 59:21, 60:12, 61:1, 61:2, 61:5, 61:8, 61:20, 61:23, 61:25, 62:3, 62:18, 62:24, 63:10, 63:20, 66:10, 66:16, 71:18, 78:16, 78:17, 78:18, 78:19, 78:20, 78:21
**government's** [1] - 61:7
**grab** [1] - 45:18
**grabbed** [1] - 25:1
**grand** [2] - 36:23, 77:3
**granted** [1] - 74:1
**gray** [2] - 16:5, 22:4
**great** [1] - 76:13
**groceries** [1] - 45:18
**grocery** [3] - 31:19, 32:9, 32:14
**ground** [1] - 19:15
**group** [3] - 67:16, 68:6, 69:14
**Grove** [1] - 2:3
**guess** [2] - 19:16, 29:8
**gun** [8] - 5:20, 5:21, 20:7, 23:10, 28:13, 28:18, 33:21
**guns** [2] - 4:23, 73:4
**guy** [1] - 64:8
**guys** [4] - 4:23, 29:6, 32:13, 70:3
**GUZMAN** [2] - 49:25, 78:12
**Guzman** [13] - 47:23, 50:3, 50:6, 50:18, 51:2, 51:17, 52:4, 52:16, 73:5, 75:19, 75:21, 76:2, 76:11

## H

**hand** [4] - 22:5, 68:6, 68:18, 69:4
**handle** [1] - 72:24
**handled** [1] - 70:9
**handyman** [1] - 14:13
**hang** [4] - 60:23, 67:15, 74:17, 74:21
**Havana** [3] - 9:12, 53:15, 66:13
**heads** [1] - 11:23
**hear** [12] - 10:5, 16:24, 17:1, 17:6, 18:22, 25:17, 25:18, 69:14, 72:2, 72:4, 72:9, 76:21
**heard** [5] - 15:12, 20:2, 27:17, 35:13, 45:16
**hearing** [2] - 48:25, 50:15
**hearsay** [1] - 69:19
**hell** [1] - 38:15
**hello** [1] - 73:21
**help** [2] - 52:2, 58:21
**HERMAN** [1] - 2:4
**hide** [1] - 70:10
**high** [1] - 4:13
**High** [1] - 4:14
**himself** [1] - 17:13
**Hispanic** [5] - 5:13, 12:2, 12:4, 12:5, 13:12
**hit** [2] - 33:17, 33:18
**hm** [1] - 22:14
**home** [3] - 18:9, 26:16, 67:17
**honest** [1] - 37:25
**honestly** [1] - 68:21
**honor** [2] - 20:19, 59:15
**Honor** [43] - 3:15, 8:5, 8:24, 9:23, 11:11, 11:13, 12:15, 12:18, 12:22, 13:19, 21:3, 21:6, 27:1, 27:14, 28:3, 28:15, 29:14, 44:15, 45:4, 45:6, 45:8, 45:10, 45:12, 47:7, 47:11, 47:16, 47:17, 48:18, 51:20, 53:16, 53:18, 53:21, 61:5, 62:18, 68:10, 69:16, 70:17, 75:1, 75:16, 75:22, 76:4,

76:6, 76:21
**HONORABLE** [1] - 1:12
**hood** [2] - 27:24, 28:1
**hooded** [4] - 5:15, 11:21, 11:22, 11:23
**hoodies** [1] - 11:19
**hopefully** [1] - 72:19
**HOROWITZ** [23] - 1:23, 3:4, 8:5, 9:1, 11:13, 11:15, 12:14, 13:5, 28:3, 45:6, 47:2, 50:19, 51:20, 52:11, 53:21, 62:20, 68:7, 69:16, 70:17, 70:24, 76:21, 76:24, 77:4
**Horowitz** [4] - 11:12, 45:5, 52:12, 76:20
**HOROWITZ.....................** [1] - 78:6
**HOSSEINI** [29] - 1:16, 13:24, 14:7, 16:6, 16:10, 20:19, 20:21, 21:3, 21:10, 21:22, 22:20, 27:1, 27:2, 27:14, 27:15, 28:7, 28:17, 29:4, 29:13, 33:4, 37:9, 37:19, 38:11, 41:14, 45:15, 46:8, 47:6, 47:14, 47:16
**Hosseini** [4] - 26:25, 29:2, 47:5, 50:15
**HOSSEINI..................** [1] - 78:11
**HOSSEINI....................** [1] - 78:9
**hour** [1] - 72:13
**house** [6] - 4:22, 24:22, 25:18, 27:10, 56:5, 62:15
**houses** [3] - 7:7, 7:17, 7:18
**hung** [4] - 35:25, 53:4, 54:12, 60:3

## I

**idea** [1] - 42:12
**identification** [4] - 7:25, 10:22, 10:23, 20:17
**identified** [4] - 16:7, 53:12, 57:15, 67:6
**identify** [8] - 7:13, 8:2, 8:11, 11:8, 12:12, 15:22, 36:9, 54:17
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**illusive** [1] - 74:16
**image** [1] - 56:2
**immediately** [1] - 19:8
**Inaudible** [1] - 38:21
**Inc** [1] - 2:9
**incarcerated** [2] - 25:23, 42:7
**incident** [6] - 5:10, 31:21, 31:24, 44:22, 46:21, 47:1
**including** [1] - 52:15
**incorporate** [1] - 49:2
**index** [3] - 9:20, 69:1
**indicated** [2] - 41:16, 68:12
**indicating** [3] - 9:13, 9:15, 66:14
**indicating)** [6] - 22:1, 22:9, 24:13, 68:19, 68:24, 69:9
**indications** [2] - 24:9, 24:10
**indictment** [1] - 50:18
**individual** [3] - 59:6, 60:16, 67:6
**individuals** [11] - 5:12, 6:10, 10:5, 10:8, 11:3, 11:6, 11:7, 52:16, 71:7, 74:2, 74:17
**information** [1] - 41:18
**initial** [1] - 45:23
**initiate** [1] - 32:17
**initiation** [1] - 32:17
**injuries** [1] - 33:15
**inquire** [2] - 40:17, 42:17
**inside** [1] - 25:18
**instruction** [1] - 75:7
**intimidation** [1] - 65:8
**investigation** [1] - 21:12
**investigator** [1] - 40:15
**investigator's** [1] - 40:13
**investigators** [1] - 12:9
**invited** [1] - 48:15
**involved** [1] - 49:10
**involvement** [1] - 11:4
**iPhone** [4] - 6:2, 6:15, 6:16, 6:20
**issue** [2] - 41:20, 75:16
**issued** [2] - 42:10, 43:15
**items** [3] - 10:13, 13:3, 13:10

## J

**jail** [3] - 37:7, 41:21, 43:16
**James** [4] - 52:20, 56:12, 56:17, 57:6
**JAMES** [1] - 1:8
**janoca** [1] - 2:9
**January** [1] - 43:20
**Jay** [6] - 52:20, 67:6, 67:11, 67:20, 67:22, 74:19
**JAY** [1] - 1:9
**Jencks** [1] - 76:25
**job** [1] - 49:7
**jobs** [1] - 14:12
**jockey** [1] - 29:24
**Joker** [1] - 64:11
**Joseph** [1] - 63:3
**JR** [3] - 1:19, 2:2, 2:4
**judge** [4] - 37:23, 43:8, 51:11, 76:9
**Judge** [12] - 3:5, 35:19, 40:9, 43:1, 49:5, 49:13, 49:17, 68:15, 73:20, 74:1, 74:13, 75:15
**JUDGE** [1] - 1:13
**July** [5] - 15:9, 44:22, 46:16, 46:21, 46:25
**jump** [2] - 19:24, 20:2
**JUROR** [1] - 48:4
**jurors** [1] - 3:7
**JURY** [2] - 1:12, 48:8
**jury** [16] - 3:13, 3:14, 4:6, 39:25, 42:18, 44:12, 44:13, 48:12, 49:21, 49:22, 72:21, 74:7, 75:7, 75:11, 77:3, 77:9

## K

**Kanan** [12] - 18:13, 18:18, 29:18, 29:22, 29:23, 30:1, 30:9, 30:19, 32:17, 34:3, 64:17
**KATHLEEN** [1] - 1:12
**keep** [1] - 77:10
**kids** [1] - 14:22
**kind** [8] - 6:1, 8:15, 8:18, 14:12, 25:25, 26:2, 73:3, 73:6
**knife** [1] - 33:22
**knowledge** [1] - 46:6
**known** [1] - 29:22
**Korchin** [2] - 12:17, 45:7
**KORCHIN** [3] - 1:21, 12:18, 45:8

## L

**Ladies** [2] - 47:24, 72:12
**ladies** [2] - 4:6, 39:23
**laid** [1] - 75:6
**landscaping** [1] - 14:13
**Lane** [1] - 2:10
**last** [7] - 12:11, 14:4, 37:20, 38:2, 38:18, 59:25, 72:15
**law** [1] - 49:8
**lawyer** [1] - 12:16
**lawyers** [1] - 73:10
**leading** [8] - 28:15, 28:25, 50:19, 51:20, 52:11, 68:7, 70:24, 72:24
**leave** [1] - 75:19
**leaves** [1] - 40:2
**leaving** [2] - 6:7, 8:15
**leeway** [1] - 41:4
**left** [4] - 18:8, 32:14, 54:21, 73:6
**Leon** [1] - 1:19
**less** [5] - 11:7, 13:16, 13:18, 36:25, 51:14
**letter** [4] - 26:3, 26:11, 26:12, 26:15
**Lewis** [3] - 75:24, 75:25, 76:5
**lie** [2] - 51:25, 52:2
**life** [2] - 4:15, 27:13
**lighter** [1] - 13:15
**lineup** [1] - 7:12
**list** [1] - 9:3
**Live** [1] - 2:10
**live** [5] - 20:9, 23:2, 23:24, 30:7, 30:8
**lived** [5] - 4:15, 14:16, 30:9, 34:11, 55:7
**lives** [1] - 36:6
**living** [1] - 14:10
**Llerena** [2] - 76:17, 76:19
**Lo** [1] - 64:7
**located** [2] - 9:14, 70:16
**location** [9] - 6:25, 7:9, 22:13, 54:13, 55:3, 71:19, 71:21, 71:23, 71:25
**locations** [1] - 59:1
**look** [3] - 5:12, 13:14, 15:24
**looked** [3] - 24:19, 29:9, 33:12
**looking** [12] - 8:13, 21:23, 22:21, 22:24, 23:1, 23:9, 23:18, 23:23, 24:1, 24:14, 41:24, 49:14
**looks** [3] - 23:2, 42:24, 68:23
**loud** [1] - 25:17
**loved** [1] - 72:17
**Luis** [3] - 59:5, 66:6, 69:24

## M

**magazine** [1] - 8:23
**Magnum** [1] - 8:17
**male** [1] - 13:12
**MANUEL** [1] - 1:19
**marijuana** [5] - 53:10, 57:10, 57:14, 64:6, 67:21
**mark** [1] - 22:2
**MARK** [1] - 1:16
**marked** [7] - 9:5, 20:17, 21:20, 53:23, 59:18, 61:8, 62:3
**Marlin's** [1] - 66:15
**Marlins** [2] - 9:16, 14:21
**marshals** [1] - 76:1
**Marshals** [1] - 41:23
**Martinez** [6] - 57:17, 57:22, 57:23, 58:5, 61:17, 64:16
**Mary** [1] - 2:2
**material** [1] - 49:1
**matter** [2] - 43:9, 79:3
**Mauricio** [2] - 3:21, 3:25
**MAURICIO** [3] - 3:22, 4:1, 78:3
**MAURIN** [1] - 1:7
**Maurin** [16] - 16:7, 52:20, 54:14, 55:6, 55:25, 56:12, 56:17, 57:5, 60:19, 60:25, 64:20, 64:22, 64:24, 65:17, 66:1, 71:10
**mean** [9] - 16:25, 27:22, 41:4, 47:12, 55:15, 58:13, 61:18, 68:20, 73:2
**meaning** [3] - 36:25, 37:4, 39:9
**means** [2] - 41:7, 68:21
**meet** [3] - 30:5, 52:24, 57:15
**meeting** [1] - 66:22
**meetings** [1] - 51:23

**member** [17] - 59:12, 60:10, 60:23, 62:11, 63:15, 63:25, 67:10, 69:11, 70:4, 71:6, 74:4, 74:6, 74:8, 74:9, 74:21, 74:23, 75:8
**members** [6] - 34:13, 66:20, 67:12, 70:5, 70:7, 74:3
**men** [2] - 52:22, 53:3
**mentioned** [1] - 10:17
**merely** [1] - 49:12
**message** [1] - 66:25
**messages** [5] - 48:21, 48:22, 49:12, 67:2, 67:4
**messed** [1] - 65:6
**met** [7] - 12:6, 12:9, 51:17, 51:19, 58:5, 60:2, 61:14
**MIAMI** [2] - 1:2, 1:7
**Miami** [11] - 1:17, 1:22, 1:25, 2:5, 4:12, 4:14, 4:15, 4:19, 14:15, 14:16, 44:23
**microphone** [1] - 38:23
**middle** [2] - 23:19, 69:1
**might** [2] - 69:15, 76:13
**Miguel** [2] - 63:13, 64:10
**mind** [3] - 7:13, 8:22, 67:25
**minding** [1] - 18:5
**mine** [2] - 18:9, 45:20
**minimarket** [3] - 15:12, 16:12, 16:16
**minutes** [11] - 18:22, 19:12, 24:22, 24:23, 24:25, 39:24, 43:4, 48:1, 48:5, 48:11, 77:9
**mischief** [1] - 37:4
**missing** [1] - 3:3
**misstatement** [2] - 68:11, 68:13
**mixed** [1] - 38:24
**moment** [4] - 9:23, 27:14, 47:14, 50:8
**Money** [2] - 58:12, 58:15
**money** [5] - 58:14, 58:15, 58:17, 61:19, 65:20
**months** [3] - 12:11, 51:3, 51:13
**morning** [3] - 18:10, 18:23, 32:21
**mostly** [1] - 14:13
**motion** [4] - 48:16, 48:19, 49:3, 49:13
**motions** [1] - 73:25
**motive** [1] - 33:5
**motorcycle** [1] - 74:16
**move** [3] - 21:3, 35:19, 37:19
**moved** [1] - 14:20
**MR** [144] - 3:4, 3:15, 3:18, 3:21, 4:3, 8:5, 8:9, 8:24, 9:1, 9:3, 9:7, 9:23, 10:2, 11:11, 11:13, 11:15, 12:14, 12:18, 12:20, 12:22, 13:2, 13:5, 13:7, 13:9, 13:19, 21:5, 28:3, 28:15, 28:25, 29:1, 29:17, 33:7, 35:19, 35:21, 37:11, 37:13, 37:23, 37:25, 38:3, 38:17, 38:24, 39:6, 39:9, 39:13, 39:18, 39:21, 40:7, 40:9, 40:12, 40:22, 41:2, 41:6, 41:9, 41:19, 41:23, 41:25, 42:8, 42:17, 42:20, 43:8, 43:12, 44:3, 44:5, 44:7, 44:9, 44:15, 44:17, 45:4, 45:6, 45:8, 45:10, 45:12, 46:5, 47:2, 47:3, 47:11, 47:17, 47:21, 47:23, 48:18, 49:5, 49:17, 50:5, 50:19, 51:1, 51:20, 51:22, 52:11, 52:13, 53:16, 53:18, 53:21, 54:1, 59:15, 59:20, 60:12, 60:15, 61:3, 61:5, 61:10, 61:25, 62:5, 62:18, 62:20, 62:23, 68:7, 68:10, 68:15, 68:17, 69:16, 69:20, 70:17, 70:19, 70:24, 71:1, 73:20, 73:22, 73:25, 74:11, 74:13, 74:14, 75:1, 75:5, 75:15, 75:16, 75:22, 75:24, 75:25, 76:4, 76:6, 76:9, 76:14, 76:17, 76:21, 76:24, 77:2, 77:4, 77:5, 78:4, 78:5, 78:6, 78:7, 78:10, 78:13
**MS** [30] - 13:24, 14:7, 16:6, 16:10, 20:19, 20:21, 21:3, 21:10, 21:22, 22:20, 27:1, 27:2, 27:14, 27:15, 28:7, 28:17, 29:4, 29:13, 33:4, 37:9, 37:19, 38:11, 41:14, 45:15, 46:8, 47:6, 47:14, 47:16, 78:9, 78:11
**mutual** [1] - 52:25

## N

**N.E** [2] - 1:17, 2:5
**N.W** [2] - 55:2, 56:5
**NADIM** [3] - 49:25, 50:3, 78:12
**Nadim** [3] - 47:23, 50:3, 75:19
**name** [28] - 3:24, 3:25, 5:4, 14:2, 14:3, 14:4, 15:17, 18:12, 18:22, 19:1, 25:19, 50:2, 55:10, 59:25, 60:16, 61:11, 64:13, 64:15, 64:17, 64:19, 64:21, 64:23, 64:25, 67:6, 69:12
**named** [1] - 57:17
**names** [2] - 5:2, 72:6
**narcotic** [1] - 70:14
**narcotics** [14] - 61:21, 62:12, 63:6, 63:16, 64:1, 64:5, 65:2, 65:10, 65:13, 65:18, 66:21, 70:9, 70:15, 70:20
**nature** [6] - 26:4, 30:13, 34:21, 35:15, 36:9, 36:12
**NCIC** [2] - 41:16, 41:18
**nearby** [2] - 70:11, 71:3
**need** [9] - 29:2, 39:23, 43:7, 72:23, 72:25, 73:8, 76:2, 76:8
**neighborhood** [10] - 9:12, 15:14, 17:9, 27:18, 30:23, 32:9, 45:17, 52:23, 66:8, 66:13
**never** [3] - 35:25, 60:22, 76:21
**Newhart** [1] - 73:12
**next** [11] - 3:20, 13:23, 16:19, 18:7, 18:21, 19:11, 19:21, 23:23, 32:21, 47:17, 75:18
**nickname** [3] - 15:13, 15:18, 15:19
**night** [7] - 5:9, 21:15, 22:22, 23:6, 32:21, 46:17, 75:2
**nine** [2] - 51:7, 65:12
**nobody** [1] - 48:13
**none** [1] - 73:17
**Norlyn** [2] - 5:3, 10:17
**north** [1] - 6:9
**nothing** [8] - 8:14, 11:11, 32:8, 33:1, 34:17, 34:20, 41:16, 45:4
**notice** [2] - 5:16, 33:25
**noticed** [2] - 30:25, 31:1
**notify** [1] - 18:9
**November** [2] - 4:17, 12:6
**number** [8] - 23:18, 23:23, 29:20, 30:1, 30:3, 30:15, 36:3, 74:2
**numbers** [2] - 22:22, 30:17

## O

**O-R-D-O-N-E-Z** [1] - 4:1
**Oak** [1] - 2:10
**object** [1] - 46:5
**objection** [26] - 8:5, 8:25, 9:1, 13:5, 28:3, 28:15, 28:25, 33:4, 37:9, 37:19, 38:11, 47:2, 47:3, 50:19, 51:20, 52:11, 53:20, 59:16, 61:6, 62:19, 68:7, 68:10, 69:16, 70:17, 70:24
**objections** [1] - 21:5
**observe** [1] - 11:1
**obviously** [1] - 27:10
**occurred** [1] - 46:14
**October** [8] - 38:9, 39:1, 39:11, 40:16, 41:10, 42:1, 42:2, 43:13
**OF** [3] - 1:1, 1:4, 1:12
**offense** [2] - 15:1, 52:9
**offer** [4] - 8:24, 51:6, 53:18, 61:5
**offering** [1] - 62:18
**offers** [1] - 59:15
**Office** [4] - 25:17, 26:9, 26:10, 26:20
**office** [1] - 49:15
**officer** [1] - 44:25
**Officer** [1] - 75:25
**officers** [2] - 10:20, 44:23
**okeydokey** [1] - 44:10
**old** [1] - 14:25
**omissions** [1] - 49:1
**one** [37] - 5:13, 9:23, 10:18, 12:2, 14:25, 15:5, 18:11, 19:3, 19:4, 23:13, 23:15, 23:16, 25:16, 28:10, 28:22, 28:23, 42:24, 42:25, 43:8, 48:20, 52:15, 57:17, 58:16, 60:9, 65:6, 70:3, 73:25, 75:16
**one-on-one** [2] - 28:22, 28:23
**ones** [1] - 72:17
**open** [1] - 18:24
**opening** [1] - 74:6
**oral** [2] - 48:16, 48:18
**Ordonez** [5] - 3:21, 3:25, 10:3, 11:16, 11:18
**ORDONEZ** [2] - 3:22, 78:3
**organization** [3] - 58:8, 58:9, 58:13
**originally** [1] - 26:6
**outside** [13] - 4:22, 7:21, 7:22, 18:23, 19:1, 19:6, 24:23, 25:18, 25:25, 40:1, 40:11, 42:17
**outstanding** [1] - 42:2
**overruled** [8] - 13:8, 28:6, 33:6, 46:7, 51:21, 52:12, 68:8, 70:25
**own** [1] - 18:5

## P

**p.m** [14] - 3:2, 3:11, 3:12, 3:14, 39:25, 43:5, 43:6, 44:13, 48:12, 49:19, 49:20, 49:22, 72:21, 77:14
**P.M** [1] - 1:5
**pacing** [1] - 24:24
**PAGE** [1] - 78:2
**PAGES** [1] - 1:10
**papers** [3] - 48:16, 49:14, 77:7
**paperwork** [1] - 40:7
**pardon** [1] - 37:16
**parked** [2] - 7:21, 7:22
**parking** [4] - 18:25,

24:24, 29:9, 29:11
**part** [14] - 5:20, 5:21, 11:3, 58:13, 58:15, 58:21, 58:25, 61:17, 61:18, 65:2, 65:5, 65:13, 67:4, 69:14
**participated** [1] - 35:25
**participation** [1] - 50:10
**particular** [2] - 30:15, 73:4
**past** [1] - 14:12
**patch** [1] - 74:16
**Patron** [24] - 15:20, 16:20, 17:13, 18:3, 18:10, 18:24, 19:8, 19:9, 19:10, 19:22, 20:1, 20:4, 22:13, 24:8, 24:17, 25:18, 25:20, 27:4, 27:17, 30:22, 45:16, 46:2, 64:23
**PAUL** [1] - 1:21
**Pedro** [2] - 5:5, 10:17
**Peludo** [1] - 64:21
**pending** [4] - 38:4, 40:14, 40:20, 42:14
**people** [8] - 11:18, 29:11, 55:18, 58:21, 65:9, 65:11, 65:12, 65:23
**period** [1] - 42:22
**permission** [1] - 53:16
**person** [37] - 12:4, 15:21, 15:22, 15:25, 16:3, 17:19, 17:24, 18:15, 58:15, 58:24, 59:8, 59:10, 59:12, 60:3, 60:5, 60:10, 60:18, 60:21, 61:11, 61:13, 61:20, 62:6, 62:8, 62:10, 62:12, 62:25, 63:4, 63:6, 63:14, 63:16, 63:24, 64:1, 67:7, 67:9, 69:21, 70:21, 70:22
**person's** [3] - 15:17, 69:12, 69:23
**personal** [1] - 46:6
**personally** [1] - 55:11
**persons** [2] - 8:10, 66:2
**Peter** [2] - 5:3, 5:4
**PHILIP** [1] - 1:23
**phone** [16] - 5:25, 6:1, 6:19, 6:23, 6:25, 13:11, 18:9, 29:20, 30:1, 30:3, 30:15, 30:17, 36:3, 49:11, 66:22, 66:23
**photo** [5] - 22:5, 23:19, 24:3, 24:9, 24:14
**photographs** [1] - 21:8
**photos** [3] - 20:22, 25:10, 25:12
**physical** [2] - 19:8, 22:7
**physically** [1] - 35:12
**picked** [2] - 40:23, 42:1
**picture** [5] - 9:12, 23:1, 23:9, 61:23, 64:8
**pictures** [1] - 33:12
**piderit** [1] - 79:7
**PIDERIT** [1] - 2:9
**pills** [2] - 57:10, 57:14
**pinky** [1] - 68:25
**pistol** [3] - 8:20, 8:21, 8:23
**place** [9] - 7:23, 21:23, 22:8, 31:4, 34:3, 44:25, 54:7, 54:9, 54:11
**places** [1] - 67:15
**Plaintiff** [1] - 1:5
**play** [1] - 30:13
**plead** [1] - 50:18
**pleaded** [1] - 51:3
**pleadings** [1] - 75:12
**point** [8] - 5:24, 7:8, 24:20, 29:5, 42:6, 43:8, 44:23, 48:24
**pointed** [3] - 5:18, 5:20, 6:3
**pointing** [1] - 6:24
**police** [16] - 6:15, 6:21, 6:23, 7:12, 7:23, 10:11, 10:15, 10:20, 25:1, 25:2, 25:8, 25:15, 44:23, 44:25, 70:4, 70:7
**Ponce** [1] - 1:19
**pornographer** [1] - 48:21
**Portela** [6] - 40:6, 52:20, 56:13, 57:5, 65:17, 71:10
**PORTELA** [1] - 1:7
**position** [1] - 74:15
**possessed** [7] - 65:16, 71:11, 71:14, 71:18, 71:21, 71:23, 71:25
**possession** [2] - 71:7, 71:9
**possible** [1] - 75:19
**potentially** [1] - 76:17
**powder** [1] - 68:2
**powers** [1] - 20:7
**pre** [1] - 38:19
**pre-PTI** [1] - 38:19
**prefer** [1] - 48:2
**preference** [1] - 47:25
**presence** [1] - 42:18
**presiding** [1] - 50:15
**pretrial** [1] - 38:19
**pretty** [1] - 60:6
**previous** [1] - 21:5
**previously** [3] - 17:18, 17:23, 18:14
**priors** [2] - 38:14, 40:4
**probable** [2] - 48:23, 49:9
**probation** [2] - 37:14, 37:18
**problem** [3] - 73:25, 74:24, 75:10
**Proceedings** [1] - 3:2
**proceedings** [3] - 74:5, 77:13, 79:3
**PROCEEDINGS** [1] - 1:12
**Professional** [1] - 79:8
**promised** [1] - 36:14
**promises** [1] - 38:15
**propensity** [1] - 73:11
**property** [1] - 37:5
**prosecutor** [1] - 50:16
**provided** [3] - 38:18, 74:2, 76:25
**PTI** [1] - 38:19
**publish** [4] - 53:16, 60:12, 61:25, 62:17
**pull** [1] - 33:21
**pulled** [1] - 4:23
**pulls** [1] - 20:5
**punch** [2] - 24:9, 32:12
**punched** [3] - 20:1, 24:5, 24:7
**purple** [1] - 16:5
**purpose** [3] - 68:25, 70:20, 74:18
**purposefully** [1] - 74:17
**purposes** [1] - 43:16
**put** [1] - 49:18
**putting** [1] - 16:13

## Q

**questioning** [1] - 43:17
**questions** [11] - 12:14, 12:18, 12:20, 13:20, 29:13, 41:8, 45:6, 45:8, 45:10, 45:12, 47:6
**quickly** [1] - 12:23
**quite** [1] - 37:25

## R

**raised** [1] - 13:7
**Ramirez** [3] - 62:9, 64:12, 72:7
**ran** [2] - 24:18, 67:17
**rather** [2] - 48:6, 48:7
**RDR** [1] - 2:9
**reached** [1] - 72:13
**read** [2] - 75:2
**really** [8] - 8:14, 31:15, 60:22, 65:6, 67:15, 74:21, 75:5, 75:9
**Realtime** [1] - 79:9
**reason** [3] - 30:16, 32:5, 48:25
**recap** [2] - 29:2, 47:5
**receipt** [1] - 49:12
**receive** [4] - 39:3, 51:8, 51:10, 67:19
**received** [1] - 51:15
**recess** [1] - 72:14
**recessed** [1] - 3:11
**Recessed** [2] - 43:5, 49:19
**recognize** [21] - 9:9, 16:14, 17:19, 17:24, 18:15, 20:22, 52:16, 52:19, 54:3, 54:23, 56:2, 56:22, 57:19, 59:2, 59:22, 62:24, 63:10, 63:20, 66:10, 66:16, 68:12
**recognized** [1] - 15:16
**recollection** [1] - 74:14
**record** [9] - 3:24, 14:3, 16:6, 22:4, 38:2, 50:2, 68:23, 68:25, 79:3
**recruit** [1] - 58:7
**recruited** [2] - 58:7, 61:14
**red** [8] - 6:11, 6:12, 8:17, 9:20, 16:5, 22:2, 22:10, 22:19
**redirect** [2] - 12:23, 45:13
**REDIRECT** [4] - 13:1, 45:14, 78:7, 78:11
**reflect** [1] - 16:6
**regard** [3] - 48:16, 58:5, 69:10
**regarding** [1] - 44:22
**Registered** [1] - 79:8
**relation** [2] - 28:9, 46:16
**relationship** [10] - 13:14, 55:13, 57:1, 59:10, 60:20, 60:22, 67:9, 67:16, 70:2, 74:20
**relevance** [2] - 37:9, 38:11
**remember** [13] - 5:15, 7:5, 8:15, 8:18, 12:1, 22:21, 23:6, 23:21, 27:22, 34:2, 45:3, 46:2, 72:16
**remodeling** [1] - 4:8
**repeat** [3] - 48:4, 73:11, 73:12
**repeating** [1] - 44:8
**report** [3] - 25:15, 40:14, 40:15
**REPORTED** [1] - 2:9
**REPORTER** [1] - 38:22
**Reporter** [3] - 79:8, 79:8, 79:9
**Reporting** [1] - 2:9
**reports** [2] - 77:4, 77:5
**represented** [2] - 75:11, 75:12
**request** [1] - 26:3
**residence** [3] - 32:16, 45:1, 50:6
**resolve** [1] - 51:2
**resolved** [2] - 38:7, 40:19
**response** [1] - 49:11
**responsible** [1] - 69:15
**result** [6] - 37:7, 42:22, 43:18, 44:20, 50:10, 52:6
**Resumed** [3] - 3:12, 43:6, 49:20
**resumed** [1] - 3:2
**retires** [3] - 39:25, 48:12, 72:21
**retreat** [1] - 20:3
**retreating** [1] - 20:3
**returns** [4] - 3:14, 44:11, 44:13, 49:22
**revolver** [3] - 8:20, 8:21, 8:23
**right-hand** [1] - 22:5
**rise** [1] - 48:22
**Rivera** [2] - 76:14, 76:19
**Riverside** [2] - 69:25, 70:2
**rob** [2] - 35:7, 72:11

**robbed** [7] - 5:12, 8:13, 12:12, 35:10, 46:1, 46:17, 46:20
**robberies** [8] - 65:21, 65:22, 66:2, 66:7, 72:2, 72:4, 72:9, 73:4
**robbery** [16] - 4:18, 4:21, 4:25, 6:5, 6:14, 7:8, 8:16, 8:19, 9:17, 34:20, 34:24, 35:14, 46:11, 46:18, 46:25, 73:4
**Robert** [1] - 45:20
**rock** [1] - 68:3
**rocks** [5] - 25:19, 26:17, 26:22, 27:3, 27:5
**RODOLFO** [1] - 1:7
**Rodolfo** [5] - 52:20, 56:13, 57:5, 65:17, 71:10
**Rodriguez** [2] - 63:13, 64:10
**roofing** [1] - 14:13
**round** [6] - 20:5, 20:10, 20:11, 23:2, 23:24, 29:7
**Rubio** [6] - 12:21, 45:11, 48:15, 49:4, 73:21, 74:15
**RUBIO** [16] - 2:4, 12:22, 45:12, 48:18, 49:5, 49:17, 68:10, 68:15, 73:20, 73:22, 73:25, 74:11, 74:13, 75:1, 75:5, 75:15
**run** [3] - 41:11, 41:13, 41:19
**running** [1] - 77:10

## S

**S.W** [2] - 4:18, 50:7
**Salas** [6] - 59:5, 60:16, 61:3, 64:14, 66:6, 69:24
**sale** [1] - 70:20
**sales** [3] - 63:6, 70:14, 74:18
**saw** [4] - 8:10, 8:15, 23:14, 73:1
**scenario** [1] - 52:3
**scene** [8] - 7:11, 7:16, 8:16, 10:12, 10:15, 21:12, 21:15, 25:10
**scheduling** [1] - 75:16
**school** [1] - 4:13
**schools** [1] - 36:11
**scope** [1] - 13:5
**scramble** [1] - 76:3
**screamed** [1] - 18:22
**screaming** [2] - 17:2, 25:18
**screen** [9] - 16:13, 22:18, 24:12, 54:17, 54:19, 54:21, 73:15, 73:22
**seated** [7] - 3:9, 3:19, 40:6, 44:14, 48:14, 49:23, 72:22
**second** [4] - 28:23, 29:7, 35:1, 36:23
**see** [38] - 3:6, 5:10, 6:3, 6:8, 6:10, 6:25, 7:4, 7:6, 7:8, 7:16, 15:21, 15:24, 20:4, 20:11, 20:13, 23:1, 23:18, 28:20, 29:5, 36:8, 43:9, 55:17, 55:21, 65:13, 66:2, 67:7, 67:19, 68:25, 71:14, 71:16, 71:17, 71:18, 71:21, 71:23, 71:25, 72:18, 72:20, 77:6
**seeing** [3] - 22:21, 23:6, 23:21
**seem** [1] - 76:21
**segue** [1] - 73:13
**sell** [18] - 53:9, 54:15, 55:19, 55:21, 58:14, 59:8, 60:6, 60:8, 61:20, 62:12, 63:16, 64:1, 65:4, 65:9, 66:19, 66:21, 67:15, 70:15
**selling** [6] - 53:5, 53:11, 55:17, 58:2, 65:2, 65:9
**send** [2] - 67:17, 67:22
**sent** [4] - 48:21, 48:22, 67:19, 74:22
**sentence** [4] - 37:7, 37:9, 51:10, 52:1
**sentenced** [3] - 50:10, 50:13, 50:15
**separate** [2] - 19:14, 19:19
**separated** [3] - 19:12, 19:20, 28:23
**separation** [2] - 22:15
**September** [2] - 42:4, 42:10
**Services** [1] - 2:9
**SESSION** [1] - 1:5
**seven** [1] - 11:7
**several** [1] - 73:16
**share** [1] - 49:15
**shared** [2] - 58:17, 58:19
**shell** [2] - 23:10, 23:12
**shirt** [3] - 16:5, 24:15, 24:16
**shit** [1] - 19:23
**shoot** [3] - 20:11, 24:20, 33:19
**shooting** [3] - 28:9, 28:18, 69:19
**shoots** [2] - 20:5, 20:9
**Shores** [1] - 2:5
**short** [1] - 47:10
**shot** [6] - 6:7, 28:10, 28:13, 29:11, 69:11, 70:3
**shots** [2] - 28:8, 73:15
**show** [2] - 25:8, 39:9
**showed** [3] - 57:2, 59:1, 64:8
**showing** [20] - 9:8, 17:18, 17:23, 18:14, 20:17, 54:2, 54:22, 56:1, 56:22, 57:18, 59:2, 59:14, 59:21, 61:1, 61:20, 62:24, 63:10, 63:20, 66:9, 71:18
**shown** [5] - 11:1, 11:6, 33:12, 57:24
**side** [6] - 20:1, 20:2, 22:5, 24:6, 44:6, 70:1
**sides** [2] - 73:10, 73:11
**sign** [2] - 68:18, 69:4
**significance** [1] - 69:10
**signs** [2] - 68:4, 68:6
**Simonton** [2] - 49:7, 74:1
**Simonton's** [1] - 49:13
**sit** [1] - 16:8
**situation** [1] - 37:24
**skin** [1] - 13:12
**smoked** [2] - 53:4, 60:6
**snort** [1] - 68:2
**so-called** [1] - 31:24
**so..** [1] - 17:4
**sobers** [1] - 18:10
**soda** [1] - 48:10
**sold** [13] - 53:4, 54:12, 54:13, 55:4, 56:15, 56:16, 56:20, 57:8, 57:11, 57:14, 58:25, 59:7, 65:13
**someone** [6] - 24:5, 25:4, 26:3, 35:13, 47:12, 48:21
**sometimes** [4] - 42:24, 43:1, 65:11
**somewhere** [2] - 70:10, 71:3
**soon** [3] - 5:17, 19:7, 21:12
**sorry** [6] - 23:11, 23:12, 27:7, 27:22, 38:24, 43:3
**sort** [1] - 37:4
**sources** [1] - 65:19
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**speaking** [2] - 18:3, 46:18
**specific** [2] - 14:18, 51:8
**specificity** [1] - 72:25
**speculation** [1] - 33:4
**spell** [3] - 3:24, 14:3, 50:2
**spring** [1] - 73:2
**stadium** [3] - 9:16, 14:21, 66:15
**staircase** [1] - 22:4
**stairs** [10] - 19:7, 20:4, 20:8, 20:9, 22:10, 22:24, 23:7, 24:18, 29:10
**stand** [3] - 16:1, 44:11, 49:2
**standard** [1] - 49:13
**standing** [1] - 20:25
**start** [7] - 19:15, 47:19, 53:5, 53:11, 72:17, 73:2, 76:5
**started** [5] - 19:6, 19:22, 26:17, 30:21, 42:6
**starting** [1] - 76:22
**starts** [1] - 39:1
**stash** [1] - 70:10
**stashed** [2] - 71:3, 71:4
**state** [3] - 3:23, 14:2, 50:1
**State** [16] - 25:16, 26:8, 26:10, 26:11, 26:12, 26:19, 38:4, 38:19, 39:10, 42:23, 43:15, 43:18, 43:20, 43:21, 44:1, 44:19
**statement** [4] - 25:16, 26:16, 74:7
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**States** [3] - 3:21, 13:24, 47:23
**status** [2] - 41:17, 42:21
**stay** [4] - 49:18, 67:17, 70:8, 77:8
**stayed** [1] - 27:10
**staying** [1] - 50:8
**step** [4] - 13:21, 40:1, 40:3, 47:8
**Steve** [1] - 59:25
**Steven** [2] - 5:3, 10:17
**still** [5] - 25:23, 33:25, 38:4, 39:6, 40:14
**stop** [3] - 27:12, 39:5, 43:10
**Stop** [1] - 73:12
**stopped** [2] - 25:25, 27:11
**store** [12] - 15:11, 16:11, 16:17, 16:21, 17:5, 17:6, 18:8, 27:17, 31:19, 32:9, 32:14, 45:18
**straight** [1] - 26:2
**street** [1] - 57:3
**Street** [15] - 1:17, 1:22, 2:2, 2:5, 7:3, 54:6, 55:1, 56:5, 56:25, 63:9, 63:19, 64:4, 71:12, 71:13
**streets** [1] - 70:9
**stricken** [1] - 38:2
**strike** [2] - 33:17, 37:20
**structure** [3] - 7:4, 56:2, 73:9
**subpoenaed** [1] - 36:17
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**summer** [1] - 73:3
**supposedly** [1] - 70:3
**suppress** [1] - 48:17
**sustained** [4] - 28:16, 37:12, 47:4, 70:18
**sweater** [2] - 11:22, 11:23
**sweatshirt** [1] - 11:21
**swollen** [1] - 24:11
**SWORN** [1] - 49:25
**sworn** [2] - 3:22, 14:1
**SWORN....................** ............ [1] - 78:3
**SWORN....................** ............. [1] - 78:8
**SWORN....................** ................ [1] - 78:12

## T

**T-shirt** [2] - 24:15, 24:16
**Tamra** [1] - 79:7
**TAMRA** [1] - 2:9

**Tango** [1] - 64:25
**tap** [2] - 22:18, 54:21
**target** [1] - 49:9
**Team** [2] - 58:12, 58:15
**team** [2] - 61:17, 61:18
**technically** [2] - 37:15, 37:17
**telephones** [1] - 49:9
**Telli** [22] - 17:16, 17:22, 18:4, 18:24, 19:18, 19:19, 19:23, 20:6, 20:7, 20:8, 20:9, 20:15, 24:20, 24:24, 25:22, 25:23, 28:13, 28:18, 29:10, 64:15, 72:7
**ten** [3] - 29:7, 65:12, 73:5
**tender** [1] - 9:24
**term** [2] - 51:8, 51:10
**territory** [1] - 33:1
**testified** [2] - 73:5, 77:2
**testify** [3] - 36:14, 44:19, 75:20
**testifying** [2] - 43:18, 44:1
**testimony** [6] - 26:11, 26:13, 43:16, 51:19, 73:9, 73:24
**text** [3] - 66:25, 67:2, 67:4
**THE** [148] - 1:12, 1:15, 1:19, 3:3, 3:5, 3:8, 3:9, 3:13, 3:16, 3:19, 3:23, 3:25, 8:6, 8:7, 8:8, 9:2, 9:4, 9:25, 11:12, 12:16, 12:19, 12:21, 12:23, 13:8, 13:21, 13:23, 14:2, 14:4, 16:1, 16:8, 20:20, 21:7, 21:9, 21:14, 21:17, 21:18, 22:18, 26:25, 28:5, 28:16, 29:2, 29:15, 33:6, 35:18, 35:20, 37:10, 37:12, 37:21, 37:24, 38:1, 38:12, 38:14, 38:22, 39:5, 39:8, 39:12, 39:15, 39:20, 39:23, 40:1, 40:3, 40:8, 40:11, 40:20, 41:1, 41:3, 41:7, 41:11, 41:22, 42:6, 42:12, 42:19, 43:3, 43:7, 43:11, 43:24, 44:4, 44:6, 44:8, 44:10, 44:12, 44:14, 45:5, 45:7, 45:9, 45:11, 45:13, 46:7, 47:4, 47:8, 47:10, 47:12, 47:15, 47:19, 47:22, 47:24, 48:5, 48:8, 48:9, 48:13, 49:4, 49:6, 49:18, 49:21, 49:23, 50:1, 50:3, 50:20, 50:22, 51:21, 52:12, 53:17, 53:20, 53:22, 54:18, 59:17, 60:14, 61:2, 61:4, 61:7, 62:2, 62:16, 62:21, 68:8, 68:13, 68:16, 69:17, 70:18, 70:25, 72:12, 72:22, 73:21, 73:23, 74:10, 74:12, 74:19, 75:4, 75:14, 75:21, 75:23, 76:1, 76:5, 76:7, 76:12, 76:16, 76:19, 76:23, 77:6
**theft** [2] - 36:23, 36:25
**Thereupon** [1] - 77:13
**third** [3] - 37:3, 69:6, 69:10
**third-degree** [1] - 37:3
**thirty** [2] - 14:17, 18:22
**Thompson** [1] - 63:3
**threat** [1] - 70:7
**three** [10] - 15:5, 19:3, 19:4, 40:4, 56:15, 65:11, 69:4, 73:5, 74:3
**throwing** [4] - 25:19, 26:17, 27:3, 27:5
**thrown** [2] - 26:23, 32:12
**thumb** [1] - 69:2
**tie** [1] - 16:5
**timeline** [1] - 73:3
**Tinoco** [3] - 53:2, 63:23, 66:6
**Tiny** [1] - 64:19
**tired** [1] - 50:22
**today** [17] - 15:25, 36:15, 41:4, 44:2, 50:23, 51:19, 52:17, 53:12, 54:13, 55:21, 56:8, 57:16, 57:24, 65:24, 66:3, 67:7, 72:5
**together** [4] - 59:7, 61:15, 74:17, 77:8
**tomorrow** [11] - 49:16, 72:17, 72:19, 72:20, 73:19, 75:20, 76:11, 76:15, 76:18, 76:22, 77:6
**tone** [1] - 13:12
**took** [6] - 6:23, 7:23, 20:15, 21:13, 22:7, 25:12
**top** [1] - 29:10
**torn** [2] - 24:15, 24:16
**touch** [2] - 9:21, 24:12
**touching** [2] - 54:17, 69:2
**towards** [7] - 15:11, 17:7, 19:6, 20:4, 20:8, 28:19, 45:18
**TRANSCRIPT** [1] - 1:12
**transcript** [1] - 79:2
**treated** [2] - 32:10, 43:1
**trial** [1] - 41:21
**TRIAL** [1] - 1:12
**triple** [1] - 41:15
**trips** [1] - 44:6
**truly** [1] - 21:14
**truth** [1] - 51:24
**try** [2] - 70:8, 72:18
**trying** [3] - 40:17, 42:15, 43:9
**turn** [1] - 6:11
**turned** [3] - 17:11, 20:1, 24:19
**tussle** [1] - 24:17
**twice** [1] - 8:1
**two** [6] - 4:23, 10:5, 11:18, 19:19, 48:21, 48:22
**type** [9] - 53:9, 55:13, 56:18, 57:9, 57:13, 58:3, 64:5, 67:19, 67:22
**Tyrone** [6] - 55:10, 55:11, 55:13, 55:17, 55:19, 55:22

## U

**U.S** [1] - 41:23
**um-hm** [1] - 22:14
**unable** [1] - 12:12
**under** [1] - 24:10
**underlying** [1] - 49:12
**unfair** [1] - 74:8
**unit** [1] - 21:25
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**United** [3] - 3:21, 13:24, 47:23
**up** [24] - 4:23, 6:7, 16:1, 18:10, 19:12, 20:8, 20:9, 24:18, 24:24, 25:8, 27:5, 38:14, 38:24, 39:9, 40:4, 40:23, 42:1, 42:9, 66:22, 69:1, 73:18, 75:14, 75:17, 76:8

## V

**vehicle** [4] - 7:19, 7:20, 10:12, 10:15
**vehicles** [1] - 36:8
**verbal** [5] - 16:20, 16:25, 17:12, 31:5, 31:6
**version** [1] - 5:4
**victim** [1] - 4:18
**violate** [1] - 37:14
**violated** [1] - 37:18
**voice** [3] - 15:16, 43:3, 72:15
**VÁZQUEZ** [51] - 1:15, 3:21, 4:3, 8:9, 8:24, 9:3, 9:7, 9:23, 13:2, 13:7, 13:9, 13:19, 39:18, 41:19, 41:23, 47:11, 47:17, 47:21, 47:23, 50:5, 51:1, 51:22, 52:13, 53:16, 53:18, 54:1, 59:15, 59:20, 60:12, 60:15, 61:3, 61:5, 61:10, 61:25, 62:5, 62:18, 62:23, 68:17, 69:20, 70:19, 71:1, 74:14, 75:16, 75:22, 75:25, 76:4, 76:6, 76:14, 76:17, 77:2, 77:5
**VÁZQUEZ.................... ...** [1] - 78:7
**VÁZQUEZ..................** ..... [2] - 78:4, 78:13
**Vázquez** [10] - 3:20, 38:22, 43:14, 50:22, 62:16, 68:16, 72:23, 74:23, 75:14, 76:9

## W

**wait** [4] - 35:1, 48:8, 48:9, 77:7
**waiting** [2] - 18:24, 29:9
**walked** [1] - 19:7
**walking** [3] - 15:11, 19:6, 45:18
**wander** [1] - 48:13
**ward** [2] - 69:6, 69:10
**warrant** [5] - 39:10, 41:25, 42:3, 42:21
**ways** [1] - 72:24
**weapon** [1] - 33:21
**wearing** [3] - 5:14, 11:19, 16:4
**week** [2] - 38:18, 75:18
**weeks** [3] - 25:17, 46:24, 46:25
**welding** [1] - 14:11
**West** [1] - 1:22
**Weston** [1] - 2:10
**whereby** [1] - 32:17
**white** [1] - 12:4
**whole** [3] - 4:15, 29:9, 29:11
**WILLIAMS** [1] - 1:12
**window** [1] - 25:19
**windows** [1] - 26:18
**wishes** [1] - 12:16
**withdrawn** [1] - 8:5
**witness** [30] - 3:20, 9:24, 11:1, 13:22, 13:23, 20:19, 35:14, 39:2, 39:5, 39:13, 39:19, 40:2, 40:10, 41:12, 42:13, 43:7, 44:10, 44:11, 47:9, 47:10, 47:18, 47:25, 48:1, 48:5, 73:11, 75:17, 75:20, 76:25
**Witness** [2] - 9:22, 54:20
**WITNESS** [7] - 3:25, 8:7, 14:4, 21:9, 21:17, 50:3, 78:2
**witnessed** [1] - 34:8
**witnesses** [2] - 73:8, 76:10
**word** [1] - 11:19
**words** [2] - 27:20, 28:2
**wrestling** [1] - 20:7
**writ** [2] - 41:21, 43:15
**write** [1] - 25:16
**writted** [1] - 43:19
**written** [2] - 26:16, 77:5
**wrote** [1] - 25:15
**Wyoming** [1] - 41:20

## Y

**year** [1] - 73:1
**years** [5] - 14:11, 14:17, 14:21, 14:25, 51:7
**yourself** [1] - 13:14
**Yung** [1] - 64:23