DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 13, 2015

Plaintiff,

**DAY 5**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-55

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

DAILY COPY

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 9:28 a.m.)

THE COURT: Good morning, everyone. Be seated, please.

Mr. Dixon, I'm sure you have heard your lawyer is in the hospital. Hopefully it's nothing serious, but he is going to be there for, I imagine, the day. So we won't go forward today in terms of trial.

We do have some -- I'm waiting for all the jurors to arrive to excuse them, but we do have some juror scheduling that I need to talk to you all about. I'm concerned because Mr. Donet isn't here, but I think you will understand why it has to be addressed today. I was going to talk to you about it at a break at some point, so everybody chime in with whatever solutions you may think.

Now, as I've -- I've been starting at 9:30 because, quite frankly, I feel like trucks are just rolling over me on a daily basis. But one of the jurors wishes to start at 9:30 because she lives in Homestead, and she has to drop off her children at three different schools, which is fine.

We have another juror, however, who has child care issues. She wants to leave, as I think I indicated, like, 2. I think I can -- if we go from 9:30 to 4, and we have short lunch breaks, I hope we can power through and stick with the month, but I don't think I can really give much more than 4. I'm going to ask if they can stay a little later some days.

They are here. This is the issue: Ms. -- I always mispronounce her name -- Santiesteban starting on Monday she has a medical treatment. She needs Monday, Tuesday, and Wednesday she won't be able to come to court until noon, so we lose 2 days or 1 day there.

Ms. Ganthier needs the afternoon of the 27th off, and then Ms. Ibarra needs all day March 2nd. So I'm mostly concerned about Ms. San -- Ms. S.

Now, if everybody agrees to be efficient and coordinate with one another and go forward, and then we will be done perhaps even earlier so that by March 9th everybody can take the trips they need to take, then I have no worries. But I wanted to bring it to your attention. Thoughts?

MR. GONZALEZ: Judge, I know the Government has a lot of exhibits and a lot of evidence, but I thought that things were cranking yesterday, starting to move along.

THE COURT: I thought we did pretty well, too.

MR. VÁZQUEZ: Your Honor, in addition to that, I agree with Mr. Gonzalez. I think that we are close to the middle if not close to the end of the historical side of the case with the robbery allegations leading up to November 20th. We have some civilian witnesses, and then the proactive case will come in on the back side. I think we can move along.

Ms. Hosseini has suggested I can meet with defense counsel. There are a lot of exhibits we can talk with them

about. If there is anything that there is no objection to, we can admit them by stipulation. Maybe that will speed things up.

THE COURT: Okay. So you are both inclined to let Ms. Santiesteban start at noon on Tuesday and Wednesday?

MR. KORCHIN: Yes.

THE COURT: Well, toward that end, I'm going to lock you in here today so that you can all talk, go over exhibits, just do fun things together.

Bring in our jury.

(Jury returns at 9:33 a.m.)

THE COURT: Please be seated everyone.

Good morning.

THE JURY: Good morning.

THE COURT: Happy Valentine's Day.

You may notice Mr. Donet, Mr. Dixon's lawyer, is not here. He had a personal emergency. He called at 5:00 this morning to let us know he could not be here, and so we didn't -- we got a hold -- we couldn't get a hold of all of you in time, and I apologize.

There are some things I want to talk to you about, and Ms. Ibarra we are going to let her know by phone.

With regard to scheduling, you have told Ms. Greer of commitments that you have, and we are working to accommodate all of the commitments. I have spoken to the lawyers about this, and we are still -- we are still on schedule for what we told

you is the length of the trial, and they are working very hard. In fact, when I let you go today, I'm locking them in the courtroom so that we can kind of streamline some more evidentiary issues for you so we are on schedule.

For example, for next week, one of your number has some doctor's appointments on Tuesday and Wednesday that will take the morning. Monday is a federal holiday, so you won't come to work until Tuesday at noon. So I suggest Tuesday morning you have a brunch or mixed something to get you through the day. And Wednesday you will also come in at noon so we can accommodate the medical appointment of your fellow juror.

I know you have child care issues, and I'm trying to work them out as well as I possibly can. So we will start at 9:30 to accommodate a request. I can't -- in order for us to get this done, I can't excuse you much earlier than 4. If I do, we will be here another -- so we are going to try this: We are going to try 9:30 to 4 with a really, like, one-hour lunch.

Now, you have a microwave, it's not very good, I know, and maybe I can take care of that, and a refrigerator. You are free to bring bag lunch. Again, there are some places close by. But let's see if we can go 9:30 to 4 with an hour lunch, get that scheduled.

I know, and there are two other -- there is a juror that needs to leave at noon on February 27th for a matter, so we will do that, that's a Friday. You will be ready -- Fridays are

usually when everybody is ready to go home early anyway. And March 2nd someone has a business obligation, very important matter, and so we will be off March 2nd.

Now, again, the lawyers have these dates, and we are talking about it. We are still on line for the time we told you you would be here, so don't fret about that. But we -- another gentleman is working close by and needs to report close by on February 19th and 23rd, no problems with that.

So we are listening to you, and we are going to work with you. And let me say thank you for being so prompt this week, and thank you for being so patient with me. Hopefully by next week you will actually hear my real voice, and we will continue with the case.

But right now I'm going to excuse you, and we will reconvene Monday at noon -- Tuesday at noon. Let me give you the long version of what I'm going to tell you every night.

So we have been together an entire week. I don't know what you get for your first Valentine's. I guess I'm giving you the day off. But this weekend is a long weekend, art festival, you are going to see a lot of people, and they are going to want to know how are you, what are you doing. You are going to answer I'm a juror in a federal case. Really? What is that case about? And there the conversation dies because you can't talk about this case. Not to anyone.

The whole idea of picking you to be this jury, to be

fair and impartial, was that you would adhere to the rules and not be influenced by anything outside, that you just listen to the evidence, my instructions. And thus far it's been great, and I hope it will be in the future. I know it will be, but this will be our longest time apart.

So remember, can't talk about the case personally or on technology or blog or anything else. Rest. Have a good weekend. Be thankful you don't live in Boston. Come back Tuesday at noon ready to start again. All right?

You are excused for the weekend.

(Jury retires at 9:41 a.m.)

THE COURT: All right.

MR. RUBIO: May I have a couple minutes to address something from yesterday?

THE COURT: Sure. That's what I planned to do, just so you know. I would like the lawyers to stay to discuss possible stipulated matters, exhibits, so that that could go more quickly. I would like to take up Mr. Portela's objections to the tapes, and then I will take up any matters.

Unless all of the defendants need to stay for that, I guess with the exception of Mr. Portela, we could take a break.

Mr. Rubio -- and by the way, Mr. Rubio, my apologies for cutting you off yesterday when you were going on to a different line of questioning.

MR. RUBIO: I want to apologize for my jury selection.

I really felt bad about that. I can't tell you how horrible I felt.

THE COURT: So what do you want to take up this afternoon?

MR. RUBIO: Judge, yesterday, in fact, I did look at the transcript last night, and the question by the Government is what is your relationship with Jay Flores, not are you a member of BMT.

However, with the Court's permission, if I can approach, I want to show you an email. And I have discussed this, and we have a resolution, but we need the Court's approval.

I have marked it Defense Exhibit 1, which is an email that I received from the Government, and that's why I have the concern that I have and made the motion that I made.

Judge, as you recall, I have that email from the Government.

THE COURT: Right. I'm aware. The Government, and correct me if I'm wrong, but I think the Government told Judge Simonton at some point that their theory was not that Mr. Flores was a BMT member, but merely a coconspirator in the drug conspiracy.

MR. RUBIO: My fear is that all of a sudden now he is a witness, he is cooperating, obviously he wants consideration from the Government and from the Court.

But I think if the Court will allow -- I discussed with Mr. Vázquez the unusual request here. If the Court would give him permission to speak to this witness before he comes back on the stand, and the Government was going to go back over that with him with respect that he wasn't really a formal member of BMT, however, he is associated, he participated, whatever.

THE COURT: Okay.

MR. RUBIO: I think that probably would clear up the problem that I have.

MR. VÁZQUEZ: I think what the witness -- this is a pressure-filled situation for anybody.

THE COURT: I don't think he was -- just, I mean, for whatever, I don't think he was trying -- I think he was being imprecise because he followed up saying he just -- he deliberately downplayed Mr. Flores.

MR. RUBIO: He did. He did.

THE COURT: I understand what you are saying, Mr. Vázquez.

MR. VÁZQUEZ: My proposal, if Mr. Donet consents to it, is I would like to, and I don't have a problem the agent can be there, I want to talk to him about the membership. There is a core element, and then there is the individuals who are allowed to sell in the area, that are admitted to sell in the area. I think that is the --

THE COURT: Confusion.

MR. VÁZQUEZ: -- confusion, which is why I followed up with it because these folks are not a chartered party where you get a patch when you become a member.

THE COURT: Okay.

MR. VÁZQUEZ: So I think it's --

THE COURT: If you agree and Mr. Donet agrees. Do the other parties agree for this limited purpose, or you could -- I will allow in this instance you could lead him -- well, you should talk to him first, I guess, but lead him. You misspoke the other day, is that not right, with regard to Mr. Flores being a member of BMT.

MR. RUBIO: I think that's why it would be important to -- the other request I made was a stipulation that the Government stipulates that he is not a formal member of BMT. That could resolve the problem without any questions or going any further.

Other than that, I think he probably would need to speak to his witness to know.

THE COURT: All right. Is everyone in accord with Mr. Vázquez only on that issue speaking to Mr. Guzman?

MR. GONZALEZ: Judge, from my perspective, as long as it's just you spoke about Mr. Flores, you said that he is BMT, you know, he is not a formal member.

THE COURT: Yes.

MR. GONZALEZ: Just as long as it's kept to that,

not --

THE COURT: Yes, just that.

MR. GONZALEZ: -- an overall thing of what the case is about --

THE COURT: No, just that one.

MR. GONZALEZ: -- that would be fine.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: Judge, in principal I don't have an objection because it's the prosecutor's obligation to correct that type of testimony. However, I think it may be easier if he speaks to the witness with us being here right before his testimony continues on Tuesday afternoon.

THE COURT: Okay. Mr. --

MR. KORCHIN: I have no objection to the procedure that's been proposed, Your Honor.

THE COURT: Let's bring him in early on Tuesday.

MR. VÁZQUEZ: Yes, Your Honor.

MR. RUBIO: Thank you, Judge.

THE COURT: Is there any other, kind of, group issues hopefully that don't impact Mr. Dixon that we need or could take up today before I take up Mr. Portela's...

No?

Gentlemen, I wish for you to stay, so you can either perhaps go get some coffee, you can stay while I go over the Portela matter. Do you wish -- it's up to you. Do you wish

your clients to be here, or can the marshals -- actually, what's easier for you, to just have everyone stay?

COURTROOM MARSHAL: Yes, Your Honor, if they want.

THE COURT: Everybody stays.

MR. VÁZQUEZ: Your Honor, for the benefit of the marshals, we can return the cooperating witness?

THE COURT: Mr. Guzman, yes.

I think I have everything on -- all right. Let's turn to the -- we will start with call one. Does everybody have their packages in front of them?

MR. KORCHIN: Your Honor, I'm working from what I received in discovery because I marked up a lot of these transcripts. Could we just have the call number?

THE COURT: Sure. C32N2OJI.

MR. KORCHIN: Yes, okay.

THE COURT: One page. What's the relevance? Even if it's relevant -- well, even if it is relevant, is it not redundant of other calls?

MR. VÁZQUEZ: I'm sorry, I'm trying to... C32N2OJI, one page, Your Honor?

THE COURT: Yes.

MR. VÁZQUEZ: Your Honor, I'm offering this for the purpose of helping to establish the conscious of guilt, feigning mental illness.

THE COURT: But doesn't he do that in another call?

MR. VÁZQUEZ: I think his repeated efforts at doing that show his commitment to deception. It's not just doing it once, but in passing.

THE COURT: All right. I'm going to exclude the first call. I think actually it's explained more fully in another call, so that will be out.

The second one is CMOT201F. Who is talking to --

MR. KORCHIN: I think the Government indicated earlier, when Mr. Vázquez finds it, that they do not intend to use that.

THE COURT: Right.

MR. KORCHIN: Only for impeachment. But perhaps if he can look at it, he can confirm what I just said.

MR. VÁZQUEZ: That's correct, Your Honor.

THE COURT: Okay. All right. BR2N2OIQ.

MR. VÁZQUEZ: Your Honor, we think that this call is highly relevant throughout, and that splicing it would be --

MR. KORCHIN: Your Honor, can I review it quickly? I have some page numbers that I just want to look at, if I might.

THE COURT: Sure. Who is Jessica? Page 10.

MR. KORCHIN: Page 10, Your Honor?

THE COURT: While you are looking through it, I'm asking Mr. Vázquez who is Jessica. They are getting her on a three way, which, of course, you are not supposed to do in jail, but as transgressions go...

MR. VÁZQUEZ: We believe it's the female associate that

Mr. Portela was detained with on November 18, 2013.

THE COURT: Okay. The lady with the car and the gun.

MR. VÁZQUEZ: Mr. Portela had the gun. We don't believe Jessica had possession of the firearm.

THE COURT: She was --

MR. VÁZQUEZ: In the vehicle. She was the driver.

THE COURT: Got it. Okay.

MR. KORCHIN: My first page note that I noted just as the relevant page 7, it's just a phone number. It doesn't seem -- it's actually sort of cleaning up the call. If you look at page 7, they are just talking about giving a phone number. It's not pertinent to anything.

THE COURT: Well --

MR. KORCHIN: That was the first page I noted as having any objection.

THE COURT: Does Maria have any --

MR. VÁZQUEZ: Your Honor, I think in the context of a call, for us to now go in these calls and take out a 10-second mark here, redo all our binders, there isn't anything unduly prejudicial in here. I think that in the middle of the trial to now have these extractions done where there is nothing improper, it's just the context of his admission and his jailhouse phone call.

THE COURT: It's irrelevant. I know you have got your trial binders, Mr. Vázquez, but the point of having evidentiary

rulings is is it relevant, is it hearsay, is it appropriate, not is it convenient. So you all have had this for a long time.

Now, the only question you had brought up previously was that you did not want the jury to think that you were slicing and dicing and then somehow withholding from them. I don't know that I heard Mr. Korchin say he was going to argue that in any way.

So if it's not relevant, if this person is not -- I mean, the binder is not really your strong argument. So who is Maria? Does this number have any relevance to --

MR. VÁZQUEZ: Your Honor, the subsequent jailhouse phone call Mr. Portela and Maria discuss engaging with Mr. Portela staying in a brothel run by Maria.

THE COURT: All right. So this goes to the prostitution activity to fund the drug conspiracy.

MR. VÁZQUEZ: I don't think that Maria is tied to this group. It shows his connection to prostitution activity through an associate, but it's not the Government's contention that Maria was part of BMT.

THE COURT: Right. But she says at some point -- basically she says she will front for him. She says: Well, it's mine. I will tell them it's mine, not yours.

MR. VÁZQUEZ: That's true, yes.

THE COURT: All right. Then I will allow page 7.

MR. KORCHIN: The next page I have on my list is

page 9.

THE COURT: Right. And Jessica is in the car with him, so I'm going to allow 9 and 10.

MR. KORCHIN: When you say "allow," are you saying it's admitted or --

THE COURT: It's admitted.

MR. KORCHIN: It's admitted. Okay.

So 9 and 10 are allowed. I noted when we had our pretrial hearing I said page 11 but see from my notes what I mean when I said page 11 those portions of page 11 dealing with Maria. So if you get to page 11, there are relevant portions in the beginning, and then --

THE COURT: Page 11 has hit Patron up and then Peter Baitz, which are both.

MR. KORCHIN: That's relevant. I'm not objecting to that portion of 11.

THE COURT: So page 12 or 13?

MR. KORCHIN: The next page I have is 13. Twelve I'm not objecting to. There must have been relevant things in it.

Page 13 again Maria pops up. I thought wherever Maria pops up it doesn't seem to be relevant to anything.

THE COURT: I would have agreed with you, but I am reminded by Mr. Vázquez that she comes up in a subsequent call. They are talking about, for lack of a better term, a brothel, which is part of the Government's theory of Mr. Portela's

involvement as far as funding for the conspiracy.

And 14.

MR. KORCHIN: I have on my list 14 that just doesn't seem pertinent on anything.

THE COURT: Well, he puts Maria on his visit list.

MR. KORCHIN: Okay.

THE COURT: Fifteen. So what is 15? In the paragraph where you look at 15, why would that be...

MR. VÁZQUEZ: That's the defendant -- we believe the lower part -- I think this is indicative of conscious of guilt. He is expressing dismay about being F'd up saying he is stupid, I'm stupid, dog. I think that can be argued by the Government as conscious of guilt for his crime of possessing a firearm as a convicted felon.

THE COURT: Well, yeah. He is in jail. I imagine he is dismayed. I don't see any --

MR. VÁZQUEZ: It's different, respectfully, Your Honor, from saying I can't believe these people are making this up on me versus I'm stupid. He wouldn't be stupid if he had been falsely arrested or had not committed a crime, but he is saying he is stupid because it's really a mistake to be convicted of so many felonies as Mr. Portela and possess a firearm twice within the same calendar year.

THE COURT: All right. Then everything after "stupid" you will excise.

MR. KORCHIN: I'm sorry, what will be excised?

THE COURT: Everything after "I'm stupid, dog."

MR. VÁZQUEZ: Your Honor, it's in his account -- recounting his interaction with the agents after that.

THE COURT: Right. Hearsay.

MR. VÁZQUEZ: It's a defendant -- it's an admission.

THE COURT: I'm allowing "I'm stupid, dog" as an admission. The rest of him is recounting what someone else said. And it's also recounting what someone else said in terms of time exposure, so out it comes.

Fifteen and the taco.

Sixteen. Altamirano, Danny, and Rick, are they associates or members of BMT?

MR. VÁZQUEZ: Your Honor, we don't have knowledge of that.

THE COURT: Okay.

MR. KORCHIN: So, Your Honor, I had objected to all of page 16.

THE COURT: Yeah.

MR. KORCHIN: Has the Court ruled?

THE COURT: Yes, it's out.

MR. KORCHIN: It's out.

THE COURT: And then 17, these are all talking about other people. I don't know what that's got to do with anything unless they are members of BMT. So 17, Linda --

MR. VÁZQUEZ: Your Honor, regarding the snitch statement, I think it's relevant to how the group -- using that language is how the group deals with people who speak with police. It ties in. I think the use of that word is pejorative, and it ties in to what happens to Mr. Guzman, which this defendant talks about with another defendant, another indicted codefendant, Mr. Martinez, about people who talk to the police, and Mr. Guzman is beaten up.

THE COURT: Where is that?

MR. VÁZQUEZ: At the top of 17.

THE COURT: Snitch.

MR. VÁZQUEZ: He uses the word "snitch," and that's a pejorative word.

THE COURT: Everybody uses the term "snitch." The Government uses the term "snitch." And if he said and Linda snitched and then she got beat up and that was a good way for that to be resolved, okay. But he doesn't say that, so 17 is out.

MR. KORCHIN: I also objected to page 18.

THE COURT: Well, I do believe -- who is Papi?

MR. VÁZQUEZ: I don't know who -- we don't know who Papi is.

THE COURT: Well, I think when it starts mid page, "Damn, dog," I think that comes in.

MR. KORCHIN: Your Honor, Papi is Mr. Portela's

6-year-old nephew.

THE COURT: Okay. We don't need to talk about that. Midway through the page, "Damn, dog," that comes in.

MR. KORCHIN: That sentence comes in.

THE COURT: The rest of it comes in because he is trying to get into the psych ward.

MR. KORCHIN: Everything from "Damn, dog" to the end of the page comes in?

THE COURT: Correct.

MR. KORCHIN: Next I didn't object to 19 and 20.

THE COURT: Right. So your next objection was 21.

MR. KORCHIN: Twenty-one.

THE COURT: I don't know what that -- 21 on, what relevance is that? His mother tells him go study something, he is complaining about his ex. We have already established that Jessica is on his call-out list.

MR. VÁZQUEZ: Your Honor, the only thing I would argue, just consistent with how the Court has ruled, "I think they are going to come grab me, dog," is relevant to conscious of guilt. But I think in light of the Court's rulings and the fact that Jessica and Maria have already been established in earlier portions that the Court -- in line with the Court's ruling, that the other parts would be stricken.

THE COURT: All right. So I think from 21 to --

MR. VÁZQUEZ: I'm just dealing with page 21, if I can

scan.

THE COURT: Go ahead and take a look through the rest, because I think he is talking to his mother about putting money in the commissary and getting an education. He says he is going to the feds. But, I mean, that's not consciousness of guilt. That's because the feds told him you are coming to the feds. I don't think anything from 21 on really.

MR. VÁZQUEZ: I think that page 24 is relevant. There is a discussion about the nature of the traffic stop itself, and the defense even in the motion to suppress have been trying to make an issue of how the traffic stop happened. There is a discussion here about how the traffic stop happened from the defendant --

THE COURT: Okay.

MR. VÁZQUEZ: -- with his mother.

So until the last line about why are you sweating so much, I understand sweating is not relevant.

THE COURT: Okay. All right. So I think from page -- to make it make any sense, if you go to page 23 -- I really would like to know what that phrase "goat that breaks pays with skin." Is that like a bird in the hand?

Well, whatever it is, I think from that series from mother: Goat, you don't want to listen, you think I'm nagging, I don't know why you went to the streets. I don't know. That girl might be all that, but she is evil. She didn't want to go

out, she was driving the opposite way. Then they stopped her and they started it. I think that is all relevant because it talks about the stop.

MR. VÁZQUEZ: Yes. Your Honor, the agent has a better command of the Spanish language than me.

THE COURT: Okay.

MR. VÁZQUEZ: The implication of the statement is if you do something wrong, you are going to pay for it.

THE COURT: What is the goat break? Goat that breaks pays with his skin?

MR. VÁZQUEZ: Your Honor, we have a lot of colorful sayings in Spanish, and they just have meanings.

THE COURT: There is no -- the goat isn't breaking anything, it's just goat that breaks pays with skin?

MR. VÁZQUEZ: Yeah.

THE COURT: Just asking. All right.

Well, whatever it is, it's coming in.

MR. KORCHIN: So I'm sorry, where are we now?

THE COURT: We are on the middle of page 23 and all of page 24 up until the last why were you sweating so much.

MR. KORCHIN: It comes out?

THE COURT: It is in.

MR. KORCHIN: Wait. Page 24 is in?

THE COURT: The middle of page 23, all of page 24 to the last line.

MR. KORCHIN: Yes.

MR. VÁZQUEZ: But from 21 --

THE COURT: To that 23 is out.

MR. VÁZQUEZ: -- to 23 are out.

THE COURT: Right. And from that 24, the rest of the conversation is also out.

MR. KORCHIN: And 25?

THE COURT: Out. Twenty-six, out.

MR. KORCHIN: And 26 is out?

THE COURT: Yep.

All right. On to the next conversation, which would be BR1Y2O8Q.

MR. VÁZQUEZ: Your Honor, we think that this is relevant to how the November 18th incident happened itself from the get-go.

MR. KORCHIN: I just want to make sure from my notes exactly what I objected to because I don't obviously object to everything. There are obviously some relevant portions.

THE COURT: You objected to the entire.

MR. KORCHIN: Did I?

THE COURT: Yes.

MR. KORCHIN: May I take a quick look?

THE COURT: At least according to my notes.

MR. KORCHIN: I do not continue to object to page 1.

THE COURT: Okay.

MR. KORCHIN: I'm on page 2 now.

THE COURT: I don't know -- from page 4, mid page, Maria, what's the most, okay, let's say you get a lawyer, the rest of the conversation, what is the relevance?

MR. VÁZQUEZ: Your Honor, from the midpoint -- at the top it's talking about absconding.

THE COURT: So we are fine. I'm at the midpoint.

MR. VÁZQUEZ: From the bottom Maria says the blank concealed weapon just because you're a felon, that's the only problem, that's two of them. That's an adoptive admission.

He could have said I'm not a felon, I don't -- he didn't contest, he didn't dispute his felon status. He is charged with being a felon. He also recognizes there are two different guns, and he interjects not by one, referencing to one, he brings up the other firearm on his own.

THE COURT: Which other -- what other firearm?

MR. VÁZQUEZ: On July 26th, I believe it's Count 2 of the indictment, Mr. Portela was in possession of a firearm that had ammunition.

THE COURT: Okay.

MR. VÁZQUEZ: On November 18, 2013, he had another firearm which is also charged in the indictment. So by this point in time, he is aware of two firearm offenses that have been lodged against him.

THE COURT: Right.

MR. VÁZQUEZ: Maria only asks him about one, and he responds by saying two. So it's admissible as both an admission in and of itself and, two, as an adoptive admission to his felon status.

THE COURT: Well, I don't know where acknowledging charges against you are an admission.

But, Mr. Korchin, do you plan to dispute that your client is a convicted felon?

MR. KORCHIN: I do not, Your Honor.

THE COURT: Okay. So there we go.

So everything from Maria, what's the most, let's say you get a lawyer to the end of that recording is out.

MR. KORCHIN: The remainder of that page?

THE COURT: Remainder of that page and the next page.

MR. VÁZQUEZ: Your Honor, if I may?

THE COURT: Yes.

MR. VÁZQUEZ: On page 5 he again makes reference to absconding where he says: What are you going to do, buck court or try to get a lawyer?

I'm bucking, man. I got to. I got to. I got to, dog.

Rather than, you know, litigate the case with the aid of a lawyer, he was going to flee.

THE COURT: All right. That portion from Maria: But what you gonna do, buck court or try to get a lawyer? I'm bucking man, that you can tack on.

MR. VÁZQUEZ: And we understand that Maria's comment after that refers to Angel Martinez: But Angel's dad just called and told that the blank is serious. We would like to admit that statement.

MR. KORCHIN: I don't think that should come in.

MR. VÁZQUEZ: The defendant speaks with Mr. Martinez in the course of a jailhouse phone call after Nadim Guzman is beaten.

MR. KORCHIN: How do we know that's Angel Martinez?

THE COURT: Reasonable inference. All right. It will stay.

Let's go to the fifth call.

MR. KORCHIN: This is -- the number, I was going to say the number.

THE COURT: Okay. BR1Y2O91, and it is nine pages.

MR. KORCHIN: This is an easy one for me. I objected to the whole thing.

THE COURT: Yes. I don't know, I think you didn't say anything about the eighth or ninth page, but I will allow you to roll that in.

MR. KORCHIN: I have parentheses here next to my 8 and 9, but when we get there, Judge, I will see what I meant by that.

THE COURT: Okay.

MR. KORCHIN: But generally speaking, up until then I

just objected to everything.

THE COURT: All right. Mr. Vázquez, tell me about the conversation.

MR. VÁZQUEZ: This is the call that we referenced earlier about Maria with the brothel. This is the call that is relevant and addresses that.

The first page is very introductory as far as the relationship, but on the second page they are talking about, I think it's clear, Mr. Chacon, who is a -- who was well known at the time for his long locks. They said he is going to give me half, reference to a bond. Which homeboy? The N word from that that had the long hair.

Mr. Chacon even in the indictment is identified as Peludo, which in Spanish means long hair.

THE COURT: Okay.

MR. VÁZQUEZ: So that portion we think is relevant.

THE COURT: Okay.

MR. VÁZQUEZ: And there is reference to Mr. Portela's Facebook account. We are going to be putting a video in from a Facebook account from Mr. Portela that was publicly available. We have redacted it consistent with instructions on the fight video, but Mr. Portela in that video, in the portions the Court said were admissible, references Facebook, references YouTube.

THE COURT: Also the conversation is rife with reference to use of Facebook, Instagram, and other vehicles to

communicate with each other.

MR. VÁZQUEZ: That's page 2. The Court I think has ruled on the statements. The Government's position is that it's conscious of guilt, but the Court thinks that it is not, and we, of course, respect what the Court says. At the top, first line, he is bringing up these blank ATF to come and talk to me today.

THE COURT: Well, are those -- but there is a difference. I mean, are there statements made to the ATF that are being admitted?

MR. VÁZQUEZ: Yes.

THE COURT: By Mr. Portela?

MR. VÁZQUEZ: Yes.

THE COURT: So it's one thing he is referencing the fact of the conversation. Okay. That's fine. But to say that I got two counts means I admit to that is different.

All right. Page 3 is fine. At the end, again, they talk about the working girls.

MR. KORCHIN: So the Court is admitting all of page 3?

THE COURT: Yeah.

MR. VÁZQUEZ: Page 4 I think is relevant to conscious of guilt at the top where they are talking about criminal activity, and Mr. Portela has the presence of mind to say just tell me all about it in the street, don't say it on the phone. What the blank. It doesn't matter. I'm under federal investigation. Okay?

He understands. He has -- we listened to a lot of calls. He doesn't have these lapses of judgment all the time; none of the defendants do. It took a lot of work to find these calls. It shows conscious of guilt, and we would like to admit it.

THE COURT: Okay.

MR. KORCHIN: I just don't think any of this is relevant on this page.

THE COURT: Well, it appears that he is talking to Maria about prostitution and the business and how it operates and what kind of profit in engenders. It doesn't appear to me that that kind of -- you are going to have that kind of conversation unless you have some interest in that business.

MR. KORCHIN: I guess that's where my objection comes from. When I read it from my perspective, Your Honor, they are talking about Maria's prostitution business, and my client is not charged with running Maria's prostitution business or being connected with Maria's prostitution business.

THE COURT: Well, I take it --

MR. KORCHIN: She says: Okay. You are not a pimp, I am.

THE COURT: Right. Which it could either be an admission by Maria or he has just advised her to be cautious because they are on the phone and that's her response.

But I take it, Mr. Vázquez, I am taking a lot of this

on faith that this -- this is only relevant if you are going to introduce evidence that demonstrates that Mr. Portela was engaged in promoting prostitution to get money to buy drugs. Am I going to see that tie in?

MR. VÁZQUEZ: Your Honor, I think through the current witness you are going to hear -- maybe we can hold off on this because I don't want to overstate it.

There is evidence that the current witness who is on the stand now is going to testify about prostitution activities happening. Whether he knows that Portela -- I don't think that Portela is going to be named by the witness.

THE COURT: Okay. Any witness, not this one, any one.

MR. VÁZQUEZ: Your Honor, I think this is where he says, like, I met two girls, which is as close as we get with that.

THE COURT: Okay.

MR. VÁZQUEZ: Can I confer with the agent?

THE COURT: Let me take a break, then, and we will have to go back. My assumption in letting this in was that this would be tied up with someone, say Mr. Portela, was engaged in running prostitutes to get money to buy drugs.

MR. VÁZQUEZ: We are going to have testimony that traps these drug distribution sites, but I don't, and I will confer with the agent, but I don't believe they are going to name him, but that traps that are used by the group that he is a part of

are used for prostitution.

Now, he makes a reference to multiple girls right under Maria, but I think that is as far as it goes.

THE COURT: Yeah. We will take a break. Let me go look at this. If there is no tie-in to Mr. Portela, I'm not certain --

MR. VÁZQUEZ: The Maria call earlier would come in.

THE COURT: Right.

MR. VÁZQUEZ: Okay.

THE COURT: Let me take a break and take a look at that.

Gentlemen, and marshals and defendants, we will take a break. I don't know if you want to go down to seven and get a cup of coffee.

MR. KORCHIN: Judge, I would just ask during the Court's break, now that we are on this, can we be thinking about are there any prior calls that we have already discussed where this subject of prostitution comes up, could the Court determine whether we need to relook at those?

THE COURT: Right. That's what I'm going to go back and do.

All right. So 10 minutes, people.

THE COURTROOM DEPUTY: All rise, please.

(Recessed at 10:23 a.m.)

(Resumed at 10:46 a.m.)

THE COURT: Everyone be seated, please.

So I don't think any of the -- previous calls they just identified Maria and put her on the list, but I don't think we need to revisit that.

So do we have an answer, Mr. --

MR. VÁZQUEZ: Yes, Judge. We have evidence -- we are going to have to make two sets of this, as I propose, if it's okay with the Court.

THE COURT: Okay.

MR. VÁZQUEZ: There is a witness who has talked to us in debriefing sessions about Mr. Portela interacting with prostitutes and giving prostitutes crack cocaine. We don't know if we are going to call that witness.

THE COURT: Okay.

MR. VÁZQUEZ: Running them in taxi cabs, things of that nature. I don't know if we are going to call that person.

THE COURT: So you are going to need to have a set.

MR. VÁZQUEZ: I'm going to have to have two sets with prostitution and without.

Mr. Korchin is maintaining his objections, he is not stipulating anything, but I have affirmatively told Mr. Korchin about some prostitution materials. If what we have is not good enough, and I think from what I gather from the Court it is not without that witness, then it would have to be redacted in a different form.

THE COURT: Correct.

MR. VÁZQUEZ: So there are just going to be two sets.

THE COURT: Okay. All right. As to BR1Y2O91, if there is a witness who testifies to Mr. Portela's prostitution activities, then excerpts of it could come in. If not, they need to be --

MR. VÁZQUEZ: I have a proposal from the middle of page 4 of the without, without prostitution reference. I think the first pages are background not implicating Mr. Portela in prostitution activity, but he is talking about feigning psychological conditions on page 3.

THE COURT: Right.

MR. VÁZQUEZ: And on page 4 it talks about trying to get to another country. But I would agree that without a witness establishing his direct involvement personally --

THE COURT: I'm on a different --

MR. VÁZQUEZ: I'm sorry, Judge.

THE COURT: No, no. It's not your fault.

MR. VÁZQUEZ: I'm on BR1Y2OAQ.

THE COURT: Okay.

MR. VÁZQUEZ: I apologize if that's not the call.

MR. KORCHIN: I'm sorry, what call are you on now?

MR. VÁZQUEZ: BR1Y20AQ with Maria.

THE COURT: All that -- that comes in.

MR. VÁZQUEZ: Until page 4. I think then we start

getting into -- you made a ruling on that.

THE COURT: I got two of them.

MR. VÁZQUEZ: Yeah.

THE COURT: Right. And then we were going to pick up at: But what you gonna do, buck court or try to get a lawyer. I'm bucking, that really -- any reference to Maria isn't automatically excluded because we are not going to talk about prostitution.

What I was focused on was the conversation in BR1Y2091.

MR. VÁZQUEZ: I don't see what we transcribed direct evidence of Maria or Mr. Portela being involved in prostitution on the first page.

On the second page I think it's relevant for us because it implicates Mr. Chacon and talks about Facebook.

THE COURT: Mr. Korchin, did you object to page 1? I have an objection where Mr. Portela is saying he is homeless.

MR. KORCHIN: Your Honor, from my notes it looks like I objected to the whole call.

THE COURT: Okay. Are you staying with that objection?

THE KORCHIN: Yes, Your Honor.

THE COURT: So let's take out page 1.

We will start at the top of page 2 because we are referring to Mr. Chacon, and that can go to the top of page 3 with the statement Mr. Portela makes. So that's, like, a page.

From that point on, page 3, page 4, page 5 they are

talking about prostitution, except on page 5 they reference Jay and Mando. Are they BMT members?

MR. VÁZQUEZ: No, Your Honor, not that I have knowledge of.

If I may raise a question on page 4?

THE COURT: Um-hm.

MR. VÁZQUEZ: At the top of page 4, Mr. Portela isn't implicated in this prostitution activity, but this is clearly incriminating by the speaker. And Mr. Portela in response to these prostitution references says: Just tell me all that in the street, don't say it on the phone.

THE COURT: Right.

MR. VÁZQUEZ: What the blank, I'm under federal investigation. I think that is relevant for the jury to hear with some context that he understands what is happening and that he is conscious of that.

THE COURT: Well, yes, it would be -- it would be relevant to consciousness of his participation in running prostitutes if we have a witness that says he ran prostitutes. So if you have that witness, then that will come in. But if you don't have that witness, then there is nothing to tie it up to the drug conspiracy.

So, again, we will stop at page 3 without the witness. And I really don't see any --

MR. VÁZQUEZ: My only interest in page 5 at the bottom

where there is no reference to prostitution but these Jay individuals, is the use of Mr. Portela's use of Facebook for the purpose of laying the groundwork and tying it to his posts.

THE COURT: Okay. So we will start in the middle where it says: I don't know that person.

Maria: Well, he knows you. You are on his Facebook, Instagram, continue on down through 5. Well you would know Instagram. I don't know, what is Regis.

Then somebody talks about -- Maria says: Somebody wants to kill ya'. We won't talk about that. We will just talk about Regis.

Then we can go to the next page, which is page 7.

Backpage, tell me about the Backpage. Why is that relevant?

MR. VÁZQUEZ: Your Honor, I don't know if it's enough in this instance. That's a reference to prostitution. He is trying to place Jessica on Backpage where women are prostituted routinely, and Maria as an experienced madame tells her how successful she is with Backpage. But this is not at this point --

THE COURT: So, again, if the witness ties Mr. Portela in, all this will come in. Okay.

Let's go on to the next phone call, which is CN2920L6. So on this one he is talking about everybody in BMT.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Okay.

MR. VÁZQUEZ: And the beating of Guzman.

THE COURT: Okay.

MR. VÁZQUEZ: And the robbery of Mr. Forte's vehicle being the case breaker.

THE COURT: All right. Mr. Korchin, you have objected to pages 2 through 12.

MR. KORCHIN: I'm just looking over it again. If he is talking to people who have been identified as BMT, then I don't think there is much that I can do about that.

THE COURT: Who is Gunna, G-U-N-N-A?

MR. VÁZQUEZ: Raymond Moore.

THE COURT: Okay. There it is.

Diane. And he is talking to Angel Martinez, correct?

MR. VÁZQUEZ: Yes. Telli is Angel Martinez.

THE COURT: Okay. Chico Black.

MR. VÁZQUEZ: Luis Salas.

THE COURT: Who is Joe?

MR. VÁZQUEZ: Joseph Thompson.

THE COURT: Joseph Thompson, who is on the fifth floor. And then Dwight, who is Dwight Forte.

Okay. I think 2 through 12 will come in. And then you also objected to 18 to 31.

MR. KORCHIN: Well, again, if he is talking to people who have been identified as BMT, I can't do much about it.

THE COURT: Well, 18 --

MR. KORCHIN: Well, I take that back.

THE COURT: -- through the first few pages they are talking about bonding out and baby mama and Instagram, better sign over rights. So I'm not sure we are talking about -- just because he is talking to Angel Martinez, I don't think they are saying anything in furtherance of the conspiracy.

MR. KORCHIN: Right. I agree. I was not looking at that.

THE COURT: About a restraining order. Apparently Vivi is not in good stead.

MR. VÁZQUEZ: Your Honor, there is discussion about BMT members in this call paying Mr. Portela's bond. And there are other calls where Mr. Altamirano receives calls about the payment of his bond.

THE COURT: Right. Not on page 18. That's where I am.

Wants to lower the -- the discussion is they want to lower the bond, not talking about payment. My lawyer you got court on the 18th. Not talking about payment. I'm going to put a court date. Not talking about payment. Baby mama, nothing to do with BMT.

Page 20. Restraining order. Girl was on Instagram. Then apparently a detective or a cop or a fed comes to talk to him about this problem. Oddly they engage in a conversation. She should have a restraining order.

Cheetah. Who is Cheetah? Do we know?

MR. VÁZQUEZ: Your Honor, what page? I apologize.

THE COURT: I'm page 21 and 22.

MR. VÁZQUEZ: I don't know, Your Honor.

THE COURT: Okay. That's on page 22. That's just a little dog. I think they are actually talking about a tiny dog. I don't think that has to do with anything.

Okay. Not until 23 do we get back to BMT. At the top of 23 me, Stevo, and Smoke, so...

MR. VÁZQUEZ: Twenty-two, just so I'm clear, 22 is out?

THE COURT: Eighteen through 22 is out.

Twenty-three, 24 seems like it's the interaction of the people in BMT. Twenty-five and 26 discusses Mr. Portela going psych and the discussion of whether or not Mr. Portela is going to jump.

I don't really see -- page 26, you gonna jump? Page 27, aye. From that until page 29, Portela it's all on you. You know I'm holding it down. Be responsible. All three of you responsible.

So from page 27 to middle of page 29, what relevance does the conversation have, Mr. Vázquez?

MR. VÁZQUEZ: Your Honor, there is in the introduction on 27, there is payment for Mr. Portela's phone access, and Mr. Dixon, Smoke, is on this portion of the call, and he offers to help pay part of that by giving 15. And Mr. Portela says how

much he appreciates that. I think that ties into the benefits of membership here.

THE COURT: Not $15. If it's 15 grand, I would say yeah.

MR. VÁZQUEZ: $15 means phone calls. If you have 30 people or 20 people giving you $15, it gives you access to the commissary.

THE COURT: They don't say 15 members of BMT are going to contribute 15 apiece.

MR. VÁZQUEZ: But it implicates Dixon.

THE COURT: No, no. She could get 15.

MR. VÁZQUEZ: Look, whenever you need it, um, call the name, call this phone right here. Do you feel me?

Yeah.

And at least, at least 15, whatever she gonna put. You feel me?

Mr. Dixon is facilitating that.

THE COURT: Yeah. No, I think that's really telling us much about life.

Next page is talking about his daughter and his baby mama. I don't think that has anything to do with anything.

So from the top of page 27 until --

MR. VÁZQUEZ: The sentence on 27, the whole page of 27; is that correct?

THE COURT: Right, except for the first -- on page 26

you gonna jump? Portela: Aye.

MR. VÁZQUEZ: Yeah.

THE COURT: So he acknowledges that, so that's fine.

Take everything out from there until after the first paragraph on page 29 when you start with Smoke: You want to holler at Stevo? Yeah, that conversation and Telli to call my brother, hold on.

Everything from then on is in because it talks about -- that is where Telli says everyone gonna put up money. So that comes in.

Okay. That takes care of that call. The final call, 7, is brief. It talks about a bicycle.

But I take it, Mr. Vázquez, he is not, according to the Government, actually talking about a bicycle.

MR. VÁZQUEZ: Talking about firearms.

THE COURT: Okay. All right. I know, Mr. Korchin, you object and you disagree. I'm certain with that characterization, but I'm going to allow the Government to bring it in under that theory.

MR. KORCHIN: Very well, Your Honor.

THE COURT: So that will take care of the phone calls. And we will have that one call we will have if the evidence comes in with regard to prostitution, and then if it does not.

All right. Is there anything else in terms of evidentiary matters that I have not addressed, talked about? We

have talked about Mr. Portela's motion to suppress, Mr. Flores's motion to suppress yesterday, and now the phone calls. I think my omnibus order -- did we get that out, Ms. Rosoborough?

MS. ROSOBOROUGH: I don't believe it's been docketed.

THE COURT: I signed an omnibus order with regard to everything that we talked about last week. The only thing I can think of that we had discussion about was witness testimony post-arrest, in-jail statements, and I advised the parties that I would allow if somebody was talking to Mr. Chacon, Mr. Dixon, Mr. Portela, Mr. Altamirano who said to that person X, Y, or Z, in they come. If somebody told somebody that a statement was made, that was problematic.

Other than what we took up last week, are there any evidentiary issues or witness issues, we are here, that you can think of that we can take up to make next week go more efficiently?

MR. VÁZQUEZ: Your Honor, I have had nothing but a positive working relationship with defense counsel, but the Court asked what stipulations could be. We have eight chemists that for whatever reason, and certainly not the defendants' fault, we told Miami-Dade it would really be a good idea if you assign one chemist to do all these cases months ago, and they did not.

We have lab reports, we have provided the lab reports.

THE COURT: Are we going to bring in eight chemists,

gentlemen? Think about it. Think about how the questioning might go should eight chemists have to come in and talk to this jury. Unless, of course, you think that there is some basis to quarrel with their competency or veracity, all eight chemists?

Maybe that's something that you could talk to Mr. Vázquez about today, because certainly I can see no reason why everybody would need to cross examine a chemist. And certainly I could see the need for limitation for time and efficiency. So just something you might want to talk about today.

MR. VÁZQUEZ: I'm sorry, Your Honor, it's seven chemists and a latent examiner. I misspoke.

THE COURT: The latent examiner, the fingerprint guy is coming in.

MR. VÁZQUEZ: Latent we were only calling him for the purpose of comparing fingerprints from the defendants to their convictions. There isn't -- there aren't --

THE COURT: Okay. Maybe it's just because I'm --

MR. VÁZQUEZ: Fingerprint technician. I misspoke.

THE COURT: But one would need to do that if --

MR. VÁZQUEZ: 404(b) convictions.

THE COURT: 404(b).

MR. VÁZQUEZ: Yes. Mr. Dixon's 404. Mr. Portela has three 404(b) convictions, and at this point I believe the Court has admitted one 404(b) conviction against Defendant Chacon and

has tabled the strong-arm robbery.

THE COURT: So this is not the convicted felon, these people aren't contesting that, this is the 404(b) stuff?

MR. VÁZQUEZ: Yes.

THE COURT: Okay. But chemists? Chemists? Really? To say it's marijuana or crack or it's cocaine? Okay.

Any other evidentiary issues?

MR. VÁZQUEZ: I think this is more standard for the defense to contest, but my trial partner raised it. There is no stipulation that the firearms are firearms, that the ammunition is ammunition, that one of the firearms traveled in interstate commerce. That's more common. I have seen that, I understand the position.

THE COURT: Okay. All right. Well, I'm going to ask -- anything on the part of the defense in terms of anticipated -- I have received the Government's jury instructions. If the defense has theory of defense instructions, I want them filed by end of business Tuesday.

Obviously if something comes up that is unexpected -- and Mr. Donet will be exempt, but he will be the only one exempt. If something comes up unexpected that you didn't see, but if you file any theory of defense after end of business Tuesday, that just goes along with what we know. So file it by the end of business Tuesday so we can be ready to move in and do jury instructions when we have time.

MR. VÁZQUEZ: Your Honor, I would ask if I have the opportunity to revise. I think it's termed the Pinkerton instruction, just the language that I have been reading --

THE COURT: Okay. End of business Tuesday.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: I'm going to ask everybody to remain for at least the next half hour to discuss evidence, see if we can come to some accord.

Government, I would like you to give the gentlemen on the defense your Tuesday, Wednesday half days. Tuesday will be Mr. Guzman. And I'm so sorry about that officer, but there was Mr. Donet's issue.

At least you have given them the two people you would have called after if we had gone through today. So can they rely that they will be the same two people for preparation purposes?

MR. VÁZQUEZ: Yes, Your Honor. My intention is to try to move the civilians out so we just have officers the rest of the way.

THE COURT: Okay.

MR. VÁZQUEZ: I can confer with them to make sure they have the right names.

THE COURT: Okay. As I said, the next half hour. And I'm going to remain available, so if you do have an issue or you do think of something, I will come back into court. If not, I

will see you all Tuesday at noon.

(Recessed at 11:16 a.m.)

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 13, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

## $

**$15** [3] - 41:4, 41:6, 41:7

## /

**/s** [1] - 47:19

## 1

**1** [5] - 4:6, 9:14, 24:25, 35:16, 35:22
**10** [5] - 14:20, 14:21, 17:4, 17:9, 32:23
**10-second** [1] - 15:19
**104th** [1] - 2:5
**10:23** [1] - 32:25
**10:46** [1] - 33:1
**11** [6] - 17:10, 17:11, 17:12, 17:14, 17:17
**1107** [1] - 2:5
**11:16** [1] - 47:3
**12** [3] - 17:18, 38:8, 38:23
**13** [5] - 1:4, 17:18, 17:19, 17:21, 47:18
**14** [2] - 18:3, 18:4
**14-20017-CR-KMW** [1] - 1:2
**15** [8] - 18:8, 18:9, 41:1, 41:4, 41:9, 41:10, 41:12, 41:16
**150** [1] - 1:22
**16** [1] - 19:19
**17** [4] - 19:24, 20:1, 20:11, 20:18
**18** [6] - 15:2, 20:20, 25:22, 38:24, 39:2, 39:17
**18th** [2] - 24:15, 39:20
**19** [1] - 21:11
**1910** [1] - 1:24
**19th** [1] - 7:9

## 2

**2** [8] - 3:22, 4:5, 25:2, 25:18, 29:3, 35:23, 38:8, 38:23
**20** [3] - 21:11, 39:23, 41:7
**2000** [1] - 1:19
**2013** [2] - 15:2, 25:22
**2015** [2] - 1:4, 47:18
**20th** [1] - 4:22
**21** [7] - 21:12, 21:14, 21:25, 22:1, 22:8, 24:3, 40:4
**22** [4] - 40:4, 40:6, 40:11, 40:12
**23** [7] - 22:20, 23:20, 23:25, 24:4, 24:5, 40:9, 40:10
**23rd** [1] - 7:9
**24** [6] - 22:9, 23:21, 23:24, 23:25, 24:6, 40:13
**25** [1] - 24:8
**26** [4] - 24:10, 40:14, 40:17, 42:1
**26th** [1] - 25:18
**27** [6] - 40:18, 40:21, 40:24, 41:23, 41:24
**27th** [2] - 4:7, 6:25
**29** [3] - 40:18, 40:21, 42:6
**2nd** [3] - 4:8, 7:3, 7:4

## 3

**3** [6] - 29:17, 29:19, 34:12, 35:24, 36:1, 36:24
**30** [1] - 41:7
**31** [1] - 38:24
**3250** [1] - 2:2
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10

## 4

**4** [13] - 3:23, 3:25, 6:16, 6:18, 6:22, 25:3, 29:21, 34:9, 34:14, 35:1, 36:1, 36:6, 36:8
**404** [1] - 44:24
**404(b** [4] - 44:22, 44:25, 45:1, 45:4
**404(b)** [1] - 44:23
**406** [1] - 2:3

## 5

**5** [6] - 1:5, 26:18, 36:1, 36:2, 37:1, 37:8
**5:00** [1] - 5:17

## 6

**6-year-old** [1] - 21:2
**614** [1] - 1:20
**681** [1] - 2:10

## 7

**7** [5] - 15:10, 15:12, 16:25, 37:13, 42:13

## 8

**8** [1] - 27:22

## 9

**9** [4] - 17:2, 17:4, 17:9, 27:23
**9130** [1] - 1:24
**99** [1] - 1:17
**9:28** [1] - 3:2
**9:30** [6] - 3:16, 3:18, 3:23, 6:15, 6:18, 6:22
**9:33** [1] - 5:11
**9:41** [1] - 8:12
**9th** [1] - 4:12

## A

**a.m** [6] - 3:2, 5:11, 8:12, 32:25, 33:1, 47:3
**able** [1] - 4:5
**above-entitled** [1] - 47:15
**absconding** [2] - 25:7, 26:19
**access** [2] - 40:24, 41:7
**accommodate** [3] - 5:24, 6:12, 6:15
**accord** [2] - 11:20, 46:9
**according** [2] - 24:24, 42:14
**account** [3] - 19:4, 28:20, 28:21
**acknowledges** [1] - 42:4
**acknowledging** [1] - 26:6
**activities** [2] - 31:10, 34:6
**activity** [5] - 16:16, 16:18, 29:23, 34:11, 36:9
**addition** [1] - 4:19
**address** [1] - 8:14
**addressed** [2] - 3:13, 43:1
**addresses** [1] - 28:7
**adhere** [1] - 8:2
**admissible** [2] - 26:3, 28:24
**admission** [8] - 15:23, 19:7, 19:9, 25:11, 26:3, 26:4, 26:7, 30:24
**admit** [4] - 5:3, 27:5, 29:16, 30:5
**admitted** [6] - 10:24, 17:6, 17:7, 17:8, 29:10, 45:1
**admitting** [1] - 29:19
**adoptive** [2] - 25:11, 26:4
**advised** [2] - 30:24, 43:9
**affirmatively** [1] - 33:22
**AFPD** [1] - 1:21
**afternoon** [3] - 4:7, 9:5, 12:13
**agent** [4] - 10:21, 23:5, 31:18, 31:25
**agents** [1] - 19:5
**ago** [1] - 43:23
**agree** [5] - 4:19, 11:7, 11:8, 34:15, 39:9
**agreed** [1] - 17:23
**agrees** [2] - 4:10, 11:7
**ahead** [1] - 22:3
**aid** [1] - 26:22
**allegations** [1] - 4:22
**allow** [8] - 10:2, 11:9, 16:25, 17:4, 17:5, 27:20, 42:19, 43:10
**allowed** [2] - 10:23, 17:9
**allowing** [1] - 19:8
**ALTAMIRANO** [1] - 1:8
**Altamirano** [3] - 19:13, 39:15, 43:11
**AMERICA** [1] - 1:4
**ammunition** [3] - 25:20, 45:11, 45:12
**Angel** [5] - 27:3, 27:10, 38:15, 38:16, 39:7
**Angel's** [1] - 27:3
**answer** [2] - 7:23, 33:6
**ANTHONY** [1] - 1:9
**anticipated** [1] - 45:17
**anyway** [1] - 7:2
**apart** [1] - 8:6
**apiece** [1] - 41:10
**apologies** [1] - 8:23
**apologize** [4] - 5:20, 9:1, 34:22, 40:3
**appear** [1] - 30:12
**APPEARANCES** [2] - 1:14, 2:1
**appointment** [1] - 6:12
**appointments** [1] - 6:7
**appreciates** [1] - 41:2
**approach** [1] - 9:11
**appropriate** [1] - 16:2
**approval** [1] - 9:13
**area** [2] - 10:24
**argue** [2] - 16:7, 21:18
**argued** [1] - 18:13
**argument** [1] - 16:10
**arm** [1] - 45:2
**arrest** [1] - 43:9
**arrested** [1] - 18:21
**arrive** [1] - 3:10
**art** [1] - 7:20
**assign** [1] - 43:23
**associate** [2] - 15:1, 16:19
**associated** [1] - 10:7
**associates** [1] - 19:14
**assumption** [1] - 31:20
**ATF** [2] - 29:7, 29:9
**attention** [1] - 4:14
**AUSA** [3] - 1:15, 1:16, 1:16
**automatically** [1] - 35:8
**available** [2] - 28:21, 46:25
**aware** [2] - 9:19, 25:24
**aye** [2] - 40:18, 42:2

## B

**baby** [3] - 39:5, 39:21, 41:21
**background** [1] - 34:10
**backpage** [1] - 37:14
**Backpage** [3] - 37:14, 37:18, 37:20
**bad** [1] - 9:2
**bag** [1] - 6:21
**Baitz** [1] - 17:15
**basis** [2] - 3:18, 44:4
**be..** [1] - 18:9
**beat** [1] - 20:17
**beaten** [2] - 20:9, 27:9
**beating** [1] - 38:3
**become** [1] - 11:4
**beginning** [1] - 17:13
**benefit** [1] - 13:6
**benefits** [1] - 41:2
**better** [3] - 17:25, 23:5, 39:5
**bicycle** [2] - 42:13, 42:15

**binder** [1] - 16:10
**binders** [2] - 15:20, 16:1
**bird** [1] - 22:22
**Black** [1] - 38:17
**blank** [5] - 25:9, 27:4, 29:7, 29:25, 36:14
**blog** [1] - 8:8
**BMT** [18] - 9:9, 9:22, 10:7, 11:12, 11:15, 11:23, 16:20, 19:14, 20:1, 36:3, 37:25, 38:10, 39:1, 39:13, 39:22, 40:9, 40:14, 41:9
**bond** [4] - 28:12, 39:14, 39:16, 39:19
**bonding** [1] - 39:5
**Boston** [1] - 8:9
**bottom** [2] - 25:9, 37:1
**Boulevard** [2] - 1:19, 1:24
**BR1Y2091** [1] - 35:10
**BR1Y20AQ** [1] - 34:24
**BR1Y2O8Q** [1] - 24:13
**BR1Y2O91** [2] - 27:16, 34:4
**BR1Y2OAQ** [1] - 34:20
**BR2N2OIQ** [1] - 14:15
**break** [8] - 3:14, 8:22, 23:10, 31:19, 32:5, 32:11, 32:14, 32:17
**breaker** [1] - 38:6
**breaking** [1] - 23:14
**breaks** [4] - 3:24, 22:21, 23:10, 23:15
**brief** [1] - 42:13
**bring** [6] - 4:14, 5:10, 6:21, 12:17, 42:19, 44:1
**bringing** [1] - 29:7
**brings** [1] - 25:16
**brothel** [3] - 16:14, 17:25, 28:6
**brother** [1] - 42:8
**brought** [1] - 16:4
**brunch** [1] - 6:10
**buck** [3] - 26:19, 26:25, 35:6
**bucking** [3] - 26:21, 27:1, 35:7
**business** [10] - 7:3, 30:11, 30:14, 30:17, 30:18, 30:19, 45:19, 45:23, 45:25, 46:5
**buy** [2] - 31:4, 31:22
**BY** [1] - 2:9

## C

**C32N2OJI** [2] - 13:15, 13:20
**cabs** [1] - 33:16
**calendar** [1] - 18:24
**call-out** [1] - 21:17
**car** [2] - 15:3, 17:3
**care** [5] - 3:21, 6:13, 6:20, 42:12, 42:22
**case** [11] - 1:2, 4:21, 4:23, 7:14, 7:23, 7:24, 7:25, 8:7, 12:4, 26:22, 38:6
**cases** [1] - 43:23
**cautious** [1] - 30:24
**certain** [2] - 32:7, 42:18
**certainly** [3] - 43:21, 44:7, 44:9
**Certified** [1] - 47:21
**certify** [1] - 47:14
**Chacon** [6] - 28:10, 28:14, 35:15, 35:24, 43:10, 45:1
**CHACON** [1] - 1:7
**characterization** [1] - 42:19
**charged** [3] - 25:14, 25:23, 30:18
**charges** [1] - 26:7
**chartered** [1] - 11:3
**Cheetah** [2] - 40:2
**chemist** [2] - 43:23, 44:8
**chemists** [7] - 43:20, 44:1, 44:3, 44:5, 44:13, 45:6
**Chico** [1] - 38:17
**child** [2] - 3:21, 6:13
**children** [1] - 3:20
**chime** [1] - 3:14
**CHRISTOPHER** [1] - 1:8
**civilian** [1] - 4:23
**civilians** [1] - 46:19
**cleaning** [1] - 15:11
**clear** [3] - 10:9, 28:10, 40:11
**clearly** [1] - 36:9
**client** [2] - 26:9, 30:17
**clients** [1] - 13:2
**close** [6] - 4:20, 4:21, 6:21, 7:8, 31:15
**CMOT201F** [1] - 14:8
**CN2920L6** [1] - 37:24
**cocaine** [2] - 33:13, 45:7
**coconspirator** [1] - 9:22
**Coconut** [1] - 2:3
**codefendant** [1] - 20:8
**coffee** [2] - 12:25, 32:15
**colorful** [1] - 23:12
**coming** [3] - 22:7, 23:18, 44:15
**command** [1] - 23:6
**comment** [1] - 27:2
**commerce** [1] - 45:13
**commissary** [2] - 22:5, 41:8
**commitment** [1] - 14:3
**commitments** [2] - 5:24, 5:25
**committed** [1] - 18:21
**common** [1] - 45:13
**communicate** [1] - 29:2
**comparing** [1] - 44:17
**competency** [1] - 44:5
**complaining** [1] - 21:16
**concealed** [1] - 25:10
**concern** [1] - 9:16
**concerned** [2] - 3:11, 4:9
**conditions** [1] - 34:12
**confer** [3] - 31:18, 31:24, 46:22
**confirm** [1] - 14:13
**confusion** [2] - 11:1, 11:2
**connected** [1] - 30:19
**connection** [1] - 16:18
**conscious** [8] - 13:24, 18:11, 18:14, 21:20, 29:5, 29:21, 30:5, 36:17
**consciousness** [2] - 22:6, 36:19
**consents** [1] - 10:20
**consideration** [1] - 9:25
**consistent** [2] - 21:19, 28:22
**conspiracy** [5] - 9:23, 16:16, 18:2, 36:23, 39:8
**contention** [1] - 16:19
**contest** [2] - 25:13, 45:10
**contesting** [1] - 45:4
**context** [3] - 15:18, 15:23, 36:16
**continue** [3] - 7:14, 24:25, 37:8
**CONTINUED** [1] - 2:1
**continues** [1] - 12:13
**contribute** [1] - 41:10
**convenient** [1] - 16:3
**conversation** [12] - 7:24, 24:7, 24:12, 25:5, 28:4, 28:25, 29:15, 30:14, 35:10, 39:25, 40:22, 42:7
**convicted** [4] - 18:15, 18:22, 26:9, 45:3
**conviction** [1] - 45:1
**convictions** [3] - 44:18, 44:22, 44:25
**cooperating** [2] - 9:25, 13:7
**coordinate** [1] - 4:10
**cop** [1] - 39:24
**Coral** [1] - 1:20
**core** [1] - 10:23
**correct** [8] - 9:20, 12:10, 14:14, 21:10, 34:2, 38:15, 41:25, 47:14
**counsel** [2] - 5:1, 43:19
**Count** [1] - 25:18
**country** [1] - 34:15
**counts** [1] - 29:16
**couple** [1] - 8:14
**course** [4] - 14:24, 27:8, 29:6, 44:4
**court** [7] - 4:5, 26:19, 26:25, 35:6, 39:20, 39:21, 47:1
**Court** [16] - 10:1, 10:2, 10:3, 19:21, 21:19, 21:23, 28:23, 29:3, 29:5, 29:6, 29:19, 32:19, 33:9, 33:24, 43:20, 44:25
**COURT** [180] - 1:1, 3:3, 4:18, 5:4, 5:7, 5:12, 5:15, 8:13, 8:16, 9:4, 9:19, 10:8, 10:13, 10:18, 11:1, 11:5, 11:7, 11:20, 11:25, 12:3, 12:6, 12:8, 12:14, 12:17, 12:20, 13:5, 13:8, 13:15, 13:17, 13:22, 14:1, 14:5, 14:11, 14:15, 14:20, 14:22, 15:3, 15:6, 15:8, 15:14, 15:17, 15:25, 16:15, 16:21, 16:25, 17:3, 17:7, 17:14, 17:18, 17:23, 18:6, 18:8, 18:16, 18:25, 19:3, 19:6, 19:8, 19:17, 19:20, 19:22, 19:24, 20:10, 20:12, 20:15, 20:21, 20:24, 21:3, 21:6, 21:10, 21:12, 21:14, 21:25, 22:3, 22:15, 22:19, 23:7, 23:10, 23:14, 23:17, 23:20, 23:23, 23:25, 24:4, 24:6, 24:9, 24:11, 24:20, 24:22, 24:24, 25:1, 25:3, 25:8, 25:17, 25:21, 26:1, 26:6, 26:11, 26:15, 26:17, 26:24, 27:11, 27:16, 27:19, 27:25, 28:3, 28:16, 28:18, 28:25, 29:8, 29:12, 29:14, 29:20, 30:7, 30:10, 30:20, 30:23, 31:13, 31:17, 31:19, 32:5, 32:9, 32:11, 32:21, 33:2, 33:10, 33:15, 33:18, 34:2, 34:4, 34:13, 34:17, 34:19, 34:21, 34:25, 35:3, 35:5, 35:16, 35:20, 35:22, 36:7, 36:13, 36:18, 37:5, 37:22, 38:2, 38:4, 38:7, 38:12, 38:14, 38:17, 38:19, 38:21, 39:2, 39:4, 39:11, 39:17, 40:4, 40:6, 40:12, 41:4, 41:9, 41:12, 41:19, 42:1, 42:4, 42:17, 42:22, 43:6, 44:1, 44:14, 44:19, 44:21, 44:23, 45:3, 45:6, 45:15, 46:5, 46:7, 46:21, 46:24
**Court's** [5] - 9:10, 9:12, 21:21, 21:23, 32:17
**COURTROOM** [2] - 13:4, 32:24
**courtroom** [1] - 6:4
**crack** [2] - 33:13, 45:7
**cranking** [1] - 4:17
**crime** [2] - 18:14, 18:21
**criminal** [1] - 29:22
**cross** [1] - 44:8
**CRR** [1] - 2:9
**cup** [1] - 32:15
**current** [2] - 31:6, 31:9
**cutting** [1] - 8:24

## D

**dad** [1] - 27:3
**Dade** [1] - 43:22

**Dadeland** [1] - 1:24
**daily** [1] - 3:18
**Damn** [3] - 20:25, 21:4, 21:8
**Danny** [1] - 19:13
**date** [1] - 39:21
**dates** [1] - 7:5
**daughter** [1] - 41:21
**DAVID** [1] - 2:2
**DAY** [1] - 1:5
**days** [3] - 4:1, 4:5, 46:11
**De** [1] - 1:19
**dealing** [2] - 17:11, 22:1
**deals** [1] - 20:4
**debriefing** [1] - 33:12
**deception** [1] - 14:3
**Defendant** [1] - 45:1
**defendant** [6] - 18:10, 19:7, 20:7, 22:14, 27:7
**Defendants** [1] - 1:10
**defendants** [4] - 8:21, 30:4, 32:13, 44:17
**DEFENDANTS** [1] - 1:19
**defendants'** [1] - 43:21
**defense** [9] - 4:25, 22:11, 43:19, 45:10, 45:16, 45:18, 45:23, 46:11
**Defense** [1] - 9:14
**deliberately** [1] - 10:16
**demonstrates** [1] - 31:3
**DEPUTY** [1] - 32:24
**detained** [1] - 15:2
**detective** [1] - 39:24
**determine** [1] - 32:19
**Diane** [1] - 38:15
**dicing** [1] - 16:6
**dies** [1] - 7:24
**difference** [1] - 29:9
**different** [7] - 3:20, 8:25, 18:18, 25:15, 29:16, 34:1, 34:17
**Diplomate** [1] - 47:20
**direct** [2] - 34:16, 35:11
**disagree** [1] - 42:18
**discovery** [1] - 13:13
**discuss** [3] - 8:17, 16:13, 46:8
**discussed** [3] - 9:11, 10:2, 32:18
**discusses** [1] - 40:14
**discussion** [6] - 22:10, 22:13, 39:13, 39:18, 40:15, 43:8
**dismay** [1] - 18:12
**dismayed** [1] - 18:17
**DISPOTO** [1] - 1:16
**dispute** [2] - 25:13, 26:8
**distribution** [1] - 31:24
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**Dixon** [6] - 3:5, 12:21, 40:25, 41:11, 41:18, 43:10
**DIXON** [1] - 1:8
**Dixon's** [2] - 5:16, 44:24
**docketed** [1] - 43:5
**doctor's** [1] - 6:7
**dog** [10] - 18:13, 19:3, 19:8, 20:25, 21:4, 21:8, 21:20, 26:21, 40:7
**done** [3] - 4:11, 6:16, 15:22
**Donet** [5] - 3:12, 5:16, 10:20, 11:7, 45:21
**DONET** [1] - 2:2
**Donet's** [1] - 46:13
**down** [3] - 32:14, 37:8, 40:19
**downplayed** [1] - 10:16
**driver** [1] - 15:7
**driving** [1] - 23:2
**drop** [1] - 3:19
**drug** [4] - 9:22, 16:16, 31:24, 36:23
**drugs** [2] - 31:4, 31:22
**during** [1] - 32:16
**Dwight** [2] - 38:22


## E


**early** [2] - 7:2, 12:17
**easier** [2] - 12:11, 13:3
**easy** [1] - 27:17
**education** [1] - 22:5
**efficiency** [1] - 44:10
**efficient** [1] - 4:10
**efficiently** [1] - 43:17
**efforts** [1] - 14:2
**eight** [4] - 43:20, 44:1, 44:3, 44:5
**eighteen** [1] - 40:12
**eighth** [1] - 27:20
**either** [2] - 12:24, 30:23
**element** [1] - 10:23
**email** [3] - 9:11, 9:14, 9:17
**emergency** [1] - 5:17
**end** [9] - 4:21, 5:7, 21:8, 26:13, 29:17, 45:19, 45:23, 45:25, 46:5
**engage** [1] - 39:25
**engaged** [2] - 31:4, 31:21
**engaging** [1] - 16:13
**engenders** [1] - 30:12
**entire** [2] - 7:18, 24:20
**entitled** [1] - 47:15
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**establish** [1] - 13:24
**established** [2] - 21:16, 21:22
**establishing** [1] - 34:16
**evidence** [8] - 4:16, 8:4, 31:3, 31:9, 33:7, 35:12, 42:23, 46:8
**evidentiary** [5] - 6:5, 16:1, 43:1, 43:15, 45:8
**evil** [1] - 23:1
**ex** [1] - 21:16
**exactly** [1] - 24:18
**examine** [1] - 44:8
**examiner** [2] - 44:13, 44:14
**example** [1] - 6:6
**except** [2] - 36:2, 42:1
**exception** [1] - 8:22
**excerpts** [1] - 34:6
**excise** [1] - 19:1
**excised** [1] - 19:2
**exclude** [1] - 14:5
**excluded** [1] - 35:8
**excuse** [3] - 3:10, 6:16, 7:15
**excused** [1] - 8:11
**exempt** [2] - 45:21, 45:22
**Exhibit** [1] - 9:14
**exhibits** [4] - 4:16, 5:1, 5:8, 8:18
**experienced** [1] - 37:19
**explained** [1] - 14:6
**exposure** [1] - 19:11
**expressing** [1] - 18:12
**extractions** [1] - 15:22


## F


**F'd** [1] - 18:12
**Facebook** [7] - 28:20, 28:21, 28:24, 29:1, 35:15, 37:3, 37:7
**facilitating** [1] - 41:18
**fact** [4] - 6:3, 9:6, 21:21, 29:15
**fair** [1] - 8:2
**faith** [1] - 31:2
**falsely** [1] - 18:21
**far** [4] - 8:4, 18:2, 28:8, 32:4
**fault** [2] - 34:19, 43:22
**fear** [1] - 9:24
**February** [4] - 1:4, 6:25, 7:9, 47:18
**fed** [1] - 39:24
**federal** [4] - 6:8, 7:23, 29:25, 36:14
**feds** [3] - 22:6, 22:7
**feigning** [2] - 13:24, 34:11
**fellow** [1] - 6:12
**felon** [8] - 18:15, 25:10, 25:12, 25:13, 25:14, 26:4, 26:9, 45:3
**felonies** [1] - 18:23
**felt** [2] - 9:2, 9:3
**female** [1] - 15:1
**festival** [1] - 7:20
**few** [1] - 39:4
**fifteen** [2] - 18:8, 19:12
**fifth** [2] - 27:13, 38:21
**fight** [1] - 28:22
**file** [2] - 45:23, 45:24
**filed** [1] - 45:19
**filled** [1] - 10:12
**final** [1] - 42:12
**fine** [6] - 3:20, 12:7, 25:8, 29:15, 29:17, 42:4
**fingerprint** [2] - 44:14, 44:20
**fingerprints** [1] - 44:17
**firearm** [8] - 15:5, 18:14, 18:23, 25:16, 25:17, 25:19, 25:23, 25:24
**firearms** [4] - 42:16, 45:11, 45:12
**first** [12] - 7:19, 11:10, 14:5, 15:9, 15:15, 28:8, 29:6, 34:10, 35:13, 39:4, 42:1, 42:5
**five** [1] - 40:14
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [1] - 1:22
**flee** [1] - 26:23
**floor** [1] - 38:21
**Flores** [5] - 9:8, 9:21, 10:16, 11:11, 11:23
**FLORES** [1] - 1:9
**Flores's** [1] - 43:2
**florida** [1] - 47:20
**Florida** [1] - 2:10
**FLORIDA** [2] - 1:1, 1:7
**focused** [1] - 35:10
**folks** [1] - 11:3
**followed** [2] - 10:15, 11:2
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 47:14
**form** [1] - 34:1
**formal** [3] - 10:6, 11:15, 11:24
**Forte** [1] - 38:22
**Forte's** [1] - 38:5
**forward** [2] - 3:7, 4:11
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**frankly** [1] - 3:17
**free** [1] - 6:21
**fret** [1] - 7:7
**Friday** [1] - 7:1
**Fridays** [1] - 7:1
**front** [2] - 13:11, 16:22
**fully** [1] - 14:6
**fun** [1] - 5:9
**fund** [1] - 16:16
**funding** [1] - 18:2
**furtherance** [1] - 39:8
**future** [1] - 8:5


## G


**Gables** [1] - 1:20
**Ganthier** [1] - 4:7
**gather** [1] - 33:24
**generally** [1] - 28:1
**gentleman** [1] - 7:8
**gentlemen** [4] - 12:24, 32:13, 44:2, 46:10
**get-go** [1] - 24:16
**girl** [2] - 23:1, 39:23
**girls** [3] - 29:18, 31:15, 32:3
**given** [1] - 46:14
**go..** [1] - 14:25
**goat** [6] - 22:21, 22:24, 23:10, 23:14, 23:15
**gonna** [6] - 26:25, 35:6, 40:17, 41:16, 42:2, 42:10
**Gonzalez** [1] - 4:20

DAILY COPY


**GONZALEZ** [6] - 1:19, 4:15, 11:22, 12:1, 12:4, 12:7
**Government** [15] - 4:15, 9:7, 9:15, 9:18, 9:19, 9:20, 10:1, 10:5, 11:15, 14:9, 18:13, 20:16, 42:15, 42:19, 46:10
**Government's** [4] - 16:19, 18:1, 29:4, 45:17
**grab** [1] - 21:20
**grand** [1] - 41:4
**great** [1] - 8:4
**Greer** [1] - 5:23
**groundwork** [1] - 37:4
**group** [5] - 12:20, 16:18, 20:3, 20:4, 32:1
**Grove** [1] - 2:3
**guess** [4] - 7:19, 8:22, 11:10, 30:15
**guilt** [8] - 13:24, 18:11, 18:14, 21:20, 22:6, 29:5, 29:22, 30:5
**gun** [2] - 15:3, 15:4
**Gunna** [1] - 38:12
**GUNNA** [1] - 38:12
**guns** [1] - 25:15
**guy** [1] - 44:14
**Guzman** [7] - 11:21, 13:8, 20:6, 20:9, 27:8, 38:3, 46:12

**H**

**hair** [2] - 28:13, 28:15
**half** [4] - 28:12, 46:8, 46:11, 46:24
**hand** [1] - 22:22
**happy** [1] - 5:15
**hard** [1] - 6:2
**hear** [3] - 7:13, 31:7, 36:15
**heard** [2] - 3:5, 16:7
**hearing** [1] - 17:10
**hearsay** [2] - 16:2, 19:6
**help** [1] - 41:1
**helping** [1] - 13:24
**HERMAN** [1] - 2:4
**highly** [1] - 14:17
**historical** [1] - 4:21
**hit** [1] - 17:14
**hm** [1] - 36:7
**hold** [4] - 5:19, 31:7, 42:8
**holding** [1] - 40:19
**holiday** [1] - 6:8
**holler** [1] - 42:7
**home** [1] - 7:2
**homeboy** [1] - 28:12
**homeless** [1] - 35:17
**Homestead** [1] - 3:19
**Honor** [45] - 4:19, 12:16, 12:18, 13:4, 13:6, 13:12, 13:21, 13:23, 14:14, 14:16, 14:18, 14:21, 15:18, 16:12, 18:18, 19:4, 19:15, 19:18, 20:2, 21:1, 21:18, 23:5, 23:12, 24:14, 25:6, 26:10, 26:16, 30:16, 31:6, 31:14, 35:18, 35:21, 36:4, 37:16, 38:1, 39:13, 40:3, 40:5, 40:23, 42:21, 43:18, 44:12, 46:2, 46:6, 46:18
**HONORABLE** [1] - 1:12
**hope** [2] - 3:24, 8:5
**hopefully** [3] - 3:6, 7:12, 12:21
**Horowitz** [1] - 12:8
**HOROWITZ** [2] - 1:23, 12:9
**horrible** [1] - 9:2
**hospital** [1] - 3:6
**HOSSEINI** [1] - 1:16
**Hosseini** [1] - 4:25
**hour** [4] - 6:18, 6:22, 46:8, 46:24

**I**

**Ibarra** [2] - 4:8, 5:22
**idea** [2] - 8:1, 43:22
**identified** [4] - 28:14, 33:4, 38:10, 39:1
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**illness** [1] - 13:25
**imagine** [2] - 3:7, 18:16
**impact** [1] - 12:21
**impartial** [1] - 8:2
**impeachment** [1] - 14:12
**implicated** [1] - 36:9
**implicates** [2] - 35:15, 41:11
**implicating** [1] - 34:10
**implication** [1] - 23:8
**important** [2] - 7:3, 11:13
**imprecise** [1] - 10:15
**improper** [1] - 15:22
**in-jail** [1] - 43:9
**Inc** [1] - 2:9
**incident** [1] - 24:15
**inclined** [1] - 5:4
**incriminating** [1] - 36:10
**indicated** [2] - 3:22, 14:9
**indicative** [1] - 18:11
**indicted** [1] - 20:8
**indictment** [3] - 25:19, 25:23, 28:14
**individuals** [2] - 10:23, 37:3
**inference** [1] - 27:11
**influenced** [1] - 8:3
**Instagram** [5] - 29:1, 37:8, 37:9, 39:5, 39:23
**instance** [2] - 11:9, 37:17
**instruction** [1] - 46:4
**instructions** [5] - 8:4, 28:22, 45:18, 45:19, 46:1
**intend** [1] - 14:10
**intention** [1] - 46:18
**interacting** [1] - 33:12
**interaction** [2] - 19:5, 40:13
**interest** [2] - 30:14, 37:1
**interjects** [1] - 25:15
**interstate** [1] - 45:12
**introduce** [1] - 31:3
**introduction** [1] - 40:23
**introductory** [1] - 28:8
**investigation** [2] - 30:1, 36:15
**involved** [1] - 35:12
**involvement** [2] - 18:2, 34:16
**irrelevant** [1] - 15:25
**issue** [5] - 4:2, 11:21, 22:12, 46:13, 46:25
**issues** [7] - 3:22, 6:5, 6:13, 12:20, 43:15, 45:8
**itself** [3] - 22:10, 24:15, 26:4

**J**

**jail** [3] - 14:24, 18:16, 43:9
**jailhouse** [3] - 15:23, 16:12, 27:8
**JAMES** [1] - 1:8
**janoca** [1] - 2:9
**Jay** [3] - 9:8, 36:2, 37:2
**JAY** [1] - 1:9
**Jessica** [7] - 14:20, 14:23, 15:5, 17:3, 21:17, 21:22, 37:18
**Joe** [1] - 38:19
**Joseph** [2] - 38:20, 38:21
**JR** [3] - 1:19, 2:2, 2:4
**Judge** [5] - 9:20, 12:19, 27:23, 33:7, 34:18
**JUDGE** [1] - 1:13
**judge** [6] - 4:15, 9:6, 9:17, 11:22, 12:9, 32:16
**judgment** [1] - 30:3
**July** [1] - 25:18
**jump** [3] - 40:16, 40:17, 42:2
**juror** [5] - 3:10, 3:21, 6:12, 6:24, 7:23
**jurors** [2] - 3:9, 3:18
**jury** [10] - 5:10, 5:11, 8:1, 8:12, 9:1, 16:5, 36:15, 44:4, 45:17, 46:1
**JURY** [2] - 1:12, 5:14

**K**

**KATHLEEN** [1] - 1:12
**kept** [1] - 12:1
**kill** [1] - 37:11
**kind** [5] - 6:4, 12:20, 30:12, 30:13
**knowledge** [2] - 19:15, 36:4
**known** [1] - 28:10
**knows** [2] - 31:11, 37:7
**Korchin** [7] - 16:7, 26:8, 33:21, 33:22, 35:16, 38:7, 42:17
**KORCHIN** [60] - 1:21, 5:6, 12:15, 13:12, 13:16, 14:9, 14:12, 14:18, 14:21, 15:9, 15:15, 17:1, 17:5, 17:8, 17:16, 17:19, 18:4, 18:7, 19:2, 19:18, 19:21, 19:23, 20:20, 21:1, 21:5, 21:8, 21:11, 21:13, 23:19, 23:22, 23:24, 24:2, 24:8, 24:10, 24:17, 24:21, 24:23, 24:25, 25:2, 26:10, 26:14, 27:6, 27:10, 27:14, 27:17, 27:22, 28:1, 29:19, 30:8, 30:15, 30:21, 32:16, 34:23, 35:18, 35:21, 38:9, 38:25, 39:3, 39:9, 42:21

**L**

**lab** [2] - 43:25
**lack** [1] - 17:25
**lady** [1] - 15:3
**Lane** [1] - 2:10
**language** [3] - 20:4, 23:6, 46:4
**lapses** [1] - 30:3
**last** [6] - 9:7, 22:17, 23:21, 24:1, 43:7, 43:14
**latent** [3] - 44:13, 44:14, 44:16
**lawyer** [9] - 3:5, 5:16, 25:4, 26:13, 26:20, 26:23, 26:25, 35:6, 39:19
**lawyers** [3] - 5:25, 7:5, 8:17
**laying** [1] - 37:4
**lead** [2] - 11:9, 11:10
**leading** [1] - 4:22
**least** [5] - 24:24, 41:16, 46:8, 46:14
**leave** [2] - 3:22, 6:25
**length** [1] - 6:2
**Leon** [1] - 1:19
**letting** [1] - 31:20
**life** [1] - 41:20
**light** [1] - 21:21
**limitation** [1] - 44:9
**limited** [1] - 11:8
**Linda** [2] - 20:1, 20:16
**line** [6] - 7:6, 8:25, 21:23, 22:17, 24:1, 29:6
**list** [5] - 17:1, 18:4, 18:6, 21:17, 33:4
**listen** [2] - 8:3, 22:24
**listened** [1] - 30:2
**listening** [1] - 7:10
**litigate** [1] - 26:22
**Live** [1] - 2:10
**live** [1] - 8:9
**lives** [1] - 3:19
**lock** [1] - 5:7
**locking** [1] - 6:3
**locks** [1] - 28:11
**lodged** [1] - 25:25
**longest** [1] - 8:6
**look** [10] - 9:6, 14:13,

14:19, 15:11, 18:9, 22:3, 24:23, 32:6, 32:11, 41:13
**looking** [3] - 14:22, 38:9, 39:9
**looks** [1] - 35:18
**lose** [1] - 4:5
**lower** [3] - 18:11, 39:18, 39:19
**Luis** [1] - 38:18
**lunch** [4] - 3:23, 6:18, 6:21, 6:22

## M

**madame** [1] - 37:19
**maintaining** [1] - 33:21
**mama** [3] - 39:5, 39:21, 41:22
**man** [2] - 26:21, 27:1
**Mando** [1] - 36:3
**MANUEL** [1] - 1:19
**March** [4] - 4:8, 4:12, 7:3, 7:4
**Maria** [28] - 15:17, 16:11, 16:13, 16:14, 16:17, 16:20, 17:12, 17:21, 18:6, 21:22, 25:4, 25:9, 26:2, 26:12, 26:24, 28:6, 30:11, 30:24, 32:4, 32:8, 33:4, 34:24, 35:7, 35:12, 37:7, 37:10, 37:19
**Maria's** [4] - 27:2, 30:17, 30:18, 30:19
**marijuana** [1] - 45:7
**MARK** [1] - 1:16
**mark** [1] - 15:20
**marked** [2] - 9:14, 13:13
**MARSHAL** [1] - 13:4
**marshals** [3] - 13:2, 13:7, 32:13
**Martinez** [7] - 20:8, 27:3, 27:7, 27:10, 38:15, 38:16, 39:7
**Mary** [1] - 2:2
**materials** [1] - 33:23
**matter** [5] - 6:25, 7:4, 13:1, 29:25, 47:15
**matters** [3] - 8:18, 8:20, 43:1
**MAURIN** [1] - 1:7
**mean** [5] - 10:13, 16:10, 17:11, 22:6, 29:9
**meanings** [1] - 23:13
**means** [3] - 28:15, 29:16, 41:6
**meant** [1] - 27:23
**medical** [2] - 4:4, 6:12
**meet** [1] - 4:25
**member** [7] - 9:8, 9:22, 10:6, 11:4, 11:12, 11:15, 11:24
**members** [5] - 19:14, 20:1, 36:3, 39:14, 41:9
**membership** [2] - 10:22, 41:3
**mental** [1] - 13:25
**merely** [1] - 9:22
**met** [1] - 31:15
**MIAMI** [2] - 1:2, 1:7
**Miami** [5] - 1:17, 1:22, 1:25, 2:5, 43:22
**Miami-Dade** [1] - 43:22
**microwave** [1] - 6:19
**mid** [2] - 20:24, 25:3
**middle** [7] - 4:20, 15:21, 23:20, 23:25, 34:8, 37:5, 40:21
**midpoint** [2] - 25:6, 25:8
**midway** [1] - 21:4
**might** [4] - 14:19, 23:1, 44:3, 44:10
**mind** [1] - 29:23
**mine** [2] - 16:23
**minutes** [2] - 8:14, 32:23
**mispronounce** [1] - 4:3
**misspoke** [3] - 11:10, 44:13, 44:20
**mistake** [1] - 18:22
**mixed** [1] - 6:10
**Monday** [4] - 4:3, 4:4, 6:8, 7:16
**money** [4] - 22:4, 31:4, 31:22, 42:10
**month** [1] - 3:24
**months** [1] - 43:23
**Moore** [1] - 38:13
**morning** [6] - 3:3, 5:13, 5:14, 5:18, 6:8, 6:9
**most** [2] - 25:4, 26:12
**mostly** [1] - 4:8
**mother** [4] - 21:15, 22:4, 22:16, 22:24
**motion** [4] - 9:16, 22:11, 43:2, 43:3
**move** [4] - 4:17, 4:24, 45:25, 46:19
**MR** [182] - 4:15, 4:19, 5:6, 8:14, 9:1, 9:6, 9:24, 10:9, 10:11, 10:17, 10:20, 11:2, 11:6, 11:13, 11:22, 12:1, 12:4, 12:7, 12:9, 12:15, 12:18, 12:19, 13:6, 13:12, 13:16, 13:20, 13:23, 14:2, 14:9, 14:12, 14:14, 14:16, 14:18, 14:21, 15:1, 15:4, 15:7, 15:9, 15:15, 15:18, 16:12, 16:17, 16:24, 17:1, 17:5, 17:8, 17:16, 17:19, 18:4, 18:7, 18:10, 18:18, 19:2, 19:4, 19:7, 19:15, 19:18, 19:21, 19:23, 20:2, 20:11, 20:13, 20:20, 20:22, 21:1, 21:5, 21:8, 21:11, 21:13, 21:18, 22:1, 22:9, 22:16, 23:5, 23:8, 23:12, 23:16, 23:19, 23:22, 23:24, 24:2, 24:3, 24:5, 24:8, 24:10, 24:14, 24:17, 24:21, 24:23, 24:25, 25:2, 25:6, 25:9, 25:18, 25:22, 26:2, 26:10, 26:14, 26:16, 26:18, 27:2, 27:6, 27:7, 27:10, 27:14, 27:17, 27:22, 28:1, 28:5, 28:17, 28:19, 29:3, 29:11, 29:13, 29:19, 29:21, 30:8, 30:15, 30:21, 31:6, 31:14, 31:18, 31:23, 32:8, 32:10, 32:16, 33:7, 33:11, 33:16, 33:19, 34:3, 34:8, 34:14, 34:18, 34:20, 34:22, 34:23, 34:24, 35:1, 35:4, 35:11, 35:18, 36:4, 36:8, 36:14, 37:1, 37:16, 38:1, 38:3, 38:5, 38:9, 38:13, 38:16, 38:18, 38:20, 38:25, 39:3, 39:9, 39:13, 40:3, 40:5, 40:11, 40:23, 41:6, 41:11, 41:13, 41:24, 42:3, 42:16, 42:21, 43:18, 44:12, 44:16, 44:20, 44:22, 44:24, 45:5, 45:9, 46:2, 46:6, 46:18, 46:22
**MS** [1] - 43:5
**multiple** [1] - 32:3
**must** [1] - 17:20

## N

**N.E** [2] - 1:17, 2:5
**Nadim** [1] - 27:8
**nagging** [1] - 22:24
**name** [3] - 4:3, 31:25, 41:14
**named** [1] - 31:12
**names** [1] - 46:23
**nature** [2] - 22:10, 33:17
**need** [15] - 3:11, 4:13, 8:21, 9:12, 11:18, 12:21, 21:3, 32:20, 33:5, 33:18, 34:7, 41:13, 44:8, 44:9, 44:21
**needs** [5] - 4:4, 4:7, 4:8, 6:25, 7:8
**nephew** [1] - 21:2
**next** [15] - 6:6, 7:13, 17:1, 17:19, 21:11, 21:12, 24:12, 26:15, 27:22, 37:13, 37:24, 41:21, 43:16, 46:8, 46:24
**night** [2] - 7:17, 9:7
**nine** [1] - 27:16
**ninth** [1] - 27:20
**none** [1] - 30:4
**noon** [9] - 4:5, 5:5, 6:9, 6:11, 6:25, 7:16, 8:10, 47:2
**note** [1] - 15:9
**noted** [3] - 15:9, 15:15, 17:9
**notes** [4] - 17:10, 24:17, 24:24, 35:18
**nothing** [5] - 3:6, 15:22, 36:22, 39:21, 43:18
**notice** [1] - 5:16
**November** [4] - 4:22, 15:2, 24:15, 25:22
**number** [7] - 6:6, 13:14, 15:10, 15:12, 16:11, 27:14, 27:15
**numbers** [1] - 14:19

## O

**Oak** [1] - 2:10
**object** [5] - 21:11, 24:18, 24:25, 35:16, 42:18
**objected** [9] - 19:18, 20:20, 24:18, 24:20, 27:17, 28:2, 35:19, 38:7, 38:24
**objecting** [2] - 17:16, 17:20
**objection** [8] - 5:2, 12:10, 12:15, 15:16, 21:12, 30:15, 35:17, 35:20
**objections** [2] - 8:19, 33:21
**obligation** [2] - 7:3, 12:10
**obviously** [4] - 9:25, 24:18, 24:19, 45:20
**oddly** [1] - 39:25
**OF** [3] - 1:1, 1:4, 1:12
**offenses** [1] - 25:24
**offering** [1] - 13:23
**offers** [1] - 40:25
**officer** [1] - 46:12
**officers** [1] - 46:19
**omnibus** [2] - 43:4, 43:6
**once** [1] - 14:4
**one** [24] - 3:18, 4:11, 6:6, 6:18, 12:6, 13:10, 13:17, 13:20, 14:8, 21:13, 25:15, 25:16, 26:2, 27:17, 29:14, 31:13, 37:25, 42:23, 43:23, 44:21, 45:1, 45:12, 45:21
**one-hour** [1] - 6:18
**operates** [1] - 30:11
**opportunity** [1] - 46:3
**opposite** [1] - 23:2
**order** [6] - 6:15, 39:11, 39:23, 40:1, 43:4, 43:6
**outside** [1] - 8:3
**overall** [1] - 12:4
**overstate** [1] - 31:8
**own** [1] - 25:16

## P

**packages** [1] - 13:11
**Page** [1] - 40:18
**page** [85] - 13:17, 13:21, 14:19, 14:20, 14:21, 15:9, 15:10, 15:12, 15:15, 16:25, 17:1, 17:2, 17:10, 17:11, 17:12, 17:14, 17:18, 17:19, 17:21, 19:19, 20:20, 20:24, 21:4, 21:9, 22:1, 22:9, 22:19, 22:20, 23:20, 23:21, 23:24, 23:25, 24:25, 25:2, 25:3, 26:14, 26:15,

26:18, 27:20, 28:8, 28:9, 29:3, 29:17, 29:19, 29:21, 30:9, 34:9, 34:12, 34:14, 35:1, 35:13, 35:14, 35:16, 35:22, 35:23, 35:24, 35:25, 36:1, 36:2, 36:6, 36:8, 36:24, 37:1, 37:13, 39:17, 39:23, 40:3, 40:4, 40:6, 40:17, 40:18, 40:21, 41:21, 41:23, 41:24, 42:1, 42:6
**PAGES** [1] - 1:10
**pages** [4] - 27:16, 34:10, 38:8, 39:4
**Papi** [3] - 20:21, 20:23, 21:1
**paragraph** [2] - 18:8, 42:6
**parentheses** [1] - 27:22
**part** [6] - 16:20, 18:1, 18:11, 32:1, 41:1, 45:16
**participated** [1] - 10:7
**participation** [1] - 36:19
**parties** [2] - 11:8, 43:9
**partner** [1] - 45:10
**parts** [1] - 21:24
**party** [1] - 11:3
**passing** [1] - 14:4
**patch** [1] - 11:4
**patient** [1] - 7:12
**Patron** [1] - 17:14
**PAUL** [1] - 1:21
**pay** [2] - 23:9, 41:1
**paying** [1] - 39:14
**payment** [5] - 39:16, 39:19, 39:20, 39:21, 40:24
**pays** [3] - 22:21, 23:11, 23:15
**pejorative** [2] - 20:6, 20:14
**Peludo** [1] - 28:15
**people** [14] - 7:21, 18:19, 19:25, 20:4, 20:8, 32:23, 38:10, 38:25, 40:14, 41:7, 45:4, 46:14, 46:16
**perhaps** [3] - 4:12, 12:25, 14:12
**permission** [2] - 9:10, 10:4
**person** [4] - 16:9, 33:17, 37:6, 43:11
**personal** [1] - 5:17
**personally** [2] - 8:7, 34:16
**perspective** [2] - 11:22, 30:16
**pertinent** [2] - 15:13, 18:5
**Peter** [1] - 17:14
**PHILIP** [1] - 1:23
**phone** [15] - 5:22, 15:10, 15:12, 15:23, 16:13, 27:8, 29:24, 30:25, 36:12, 37:24, 40:24, 41:6, 41:14, 42:22, 43:3
**phrase** [1] - 22:21
**pick** [1] - 35:5
**picking** [1] - 8:1
**piderit** [1] - 47:19
**PIDERIT** [1] - 2:9
**pimp** [1] - 30:21
**Pinkerton** [1] - 46:3
**place** [1] - 37:18
**places** [1] - 6:21
**Plaintiff** [1] - 1:5
**plan** [1] - 26:8
**planned** [1] - 8:16
**point** [8] - 3:14, 9:21, 16:1, 16:21, 25:24, 36:1, 37:21, 44:25
**police** [2] - 20:5, 20:9
**Ponce** [1] - 1:19
**pops** [2] - 17:21, 17:22
**Portela** [32] - 8:22, 13:1, 15:2, 15:4, 16:13, 16:14, 18:23, 25:19, 28:21, 28:23, 29:12, 29:23, 31:3, 31:11, 31:12, 31:21, 32:6, 33:12, 34:10, 35:12, 35:17, 35:25, 36:8, 36:10, 37:22, 40:14, 40:15, 40:18, 41:1, 42:2, 43:11, 44:24
**PORTELA** [1] - 1:7
**Portela's** [9] - 8:19, 18:1, 21:1, 28:19, 34:5, 37:3, 39:14, 40:24, 43:2
**Portela's..** [1] - 12:22
**portion** [4] - 17:17, 26:24, 28:17, 40:25
**portions** [5] - 17:11, 17:12, 21:23, 24:19, 28:23
**position** [2] - 29:4, 45:14
**positive** [1] - 43:19
**possess** [1] - 18:23
**possessing** [1] - 18:14
**possession** [2] - 15:5, 25:19
**possible** [1] - 8:17
**possibly** [1] - 6:14
**post** [1] - 43:9
**post-arrest** [1] - 43:9
**posts** [1] - 37:4
**power** [1] - 3:24
**prejudicial** [1] - 15:21
**preparation** [1] - 46:16
**presence** [1] - 29:23
**pressure** [1] - 10:12
**pressure-filled** [1] - 10:12
**pretrial** [1] - 17:10
**pretty** [1] - 4:18
**previous** [1] - 33:3
**previously** [1] - 16:4
**principal** [1] - 12:9
**proactive** [1] - 4:23
**problem** [5] - 10:10, 10:21, 11:16, 25:11, 39:25
**problematic** [1] - 43:13
**problems** [1] - 7:9
**procedure** [1] - 12:15
**Proceedings** [1] - 3:2
**PROCEEDINGS** [1] - 1:12
**proceedings** [1] - 47:15
**Professional** [1] - 47:20
**profit** [1] - 30:12
**promoting** [1] - 31:4
**prompt** [1] - 7:11
**proposal** [2] - 10:20, 34:8
**propose** [1] - 33:8
**proposed** [1] - 12:16
**prosecutor's** [1] - 12:10
**prostituted** [1] - 37:18
**prostitutes** [5] - 31:22, 33:13, 36:20
**prostitution** [23] - 16:16, 16:18, 30:11, 30:17, 30:18, 30:19, 31:4, 31:10, 32:2, 32:19, 33:20, 33:23, 34:5, 34:9, 34:11, 35:9, 35:12, 36:2, 36:9, 36:11, 37:2, 37:17, 42:24
**provided** [1] - 43:25
**psych** [2] - 21:7, 40:15
**psychological** [1] - 34:12
**publicly** [1] - 28:21
**purpose** [4] - 11:8, 13:24, 37:4, 44:17
**purposes** [1] - 46:17
**put** [4] - 33:4, 39:20, 41:16, 42:10
**puts** [1] - 18:6
**putting** [2] - 22:4, 28:20

## Q

**quarrel** [1] - 44:5
**questioning** [2] - 8:25, 44:2
**questions** [1] - 11:16
**quick** [1] - 24:23
**quickly** [2] - 8:19, 14:18
**quite** [1] - 3:17

## R

**raise** [1] - 36:6
**raised** [1] - 45:10
**ran** [1] - 36:20
**rather** [1] - 26:22
**Raymond** [1] - 38:13
**RDR** [1] - 2:9
**read** [1] - 30:16
**reading** [1] - 46:4
**ready** [4] - 7:1, 7:2, 8:10, 45:25
**real** [1] - 7:13
**really** [15] - 3:25, 6:18, 7:23, 9:2, 10:6, 16:10, 18:22, 22:8, 22:20, 35:7, 36:25, 40:17, 41:19, 43:22, 45:6
**Realtime** [1] - 47:21
**reason** [2] - 43:21, 44:7
**reasonable** [1] - 27:11
**received** [3] - 9:15, 13:13, 45:17
**receives** [1] - 39:15
**Recessed** [2] - 32:25, 47:3
**recognizes** [1] - 25:14
**reconvene** [1] - 7:16
**record** [1] - 47:15
**recording** [1] - 26:13
**recounting** [3] - 19:5, 19:9, 19:10
**redacted** [2] - 28:22, 33:25
**redo** [1] - 15:20
**redundant** [1] - 13:19
**reference** [10] - 26:18, 28:12, 28:19, 29:1, 32:3, 34:9, 35:7, 36:2, 37:2, 37:17
**referenced** [1] - 28:5
**references** [3] - 28:24, 36:11
**referencing** [2] - 25:15, 29:14
**referring** [1] - 35:24
**refers** [1] - 27:3
**refrigerator** [1] - 6:20
**regard** [4] - 5:23, 11:11, 42:24, 43:6
**regarding** [1] - 20:2
**Regis** [2] - 37:9, 37:12
**Registered** [1] - 47:20
**relationship** [3] - 9:8, 28:9, 43:19
**relevance** [5] - 13:17, 16:11, 21:15, 25:5, 40:21
**relevant** [26] - 13:18, 14:17, 15:10, 16:2, 16:9, 17:12, 17:16, 17:20, 17:22, 20:3, 21:20, 22:9, 22:18, 23:3, 24:15, 24:19, 28:7, 28:17, 29:21, 30:9, 31:2, 35:14, 36:15, 36:19, 37:15
**relook** [1] - 32:20
**rely** [1] - 46:16
**remain** [2] - 46:7, 46:25
**remainder** [2] - 26:14, 26:15
**remember** [1] - 8:7
**reminded** [1] - 17:24
**repeated** [1] - 14:2
**report** [1] - 7:8
**REPORTED** [1] - 2:9
**Reporter** [3] - 47:20, 47:20, 47:21
**Reporting** [1] - 2:9
**reports** [2] - 43:25
**request** [3] - 6:15, 10:3, 11:14
**resolution** [1] - 9:12
**resolve** [1] - 11:16
**resolved** [1] - 20:18
**respect** [2] - 10:6, 29:6
**respectfully** [1] - 18:18
**responds** [1] - 26:3
**response** [2] - 30:25, 36:10
**responsible** [2] -

DAILY COPY

40:19, 40:20
**rest** [7] - 8:8, 19:9, 21:6, 22:3, 24:6, 25:5, 46:19
**restraining** [3] - 39:11, 39:23, 40:1
**resumed** [1] - 3:2
**Resumed** [1] - 33:1
**retires** [1] - 8:12
**return** [1] - 13:7
**returns** [1] - 5:11
**review** [1] - 14:18
**revise** [1] - 46:3
**revisit** [1] - 33:5
**Rick** [1] - 19:13
**rife** [1] - 28:25
**rights** [1] - 39:6
**rise** [1] - 32:24
**robbery** [3] - 4:22, 38:5, 45:2
**RODOLFO** [1] - 1:7
**roll** [1] - 27:21
**rolling** [1] - 3:17
**Rosoborough** [1] - 43:4
**ROSOBOROUGH** [1] - 43:5
**routinely** [1] - 37:19
**Rubio** [2] - 8:23
**RUBIO** [9] - 2:4, 8:14, 9:1, 9:6, 9:24, 10:9, 10:17, 11:13, 12:19
**ruled** [3] - 19:21, 21:19, 29:4
**rules** [1] - 8:2
**ruling** [2] - 21:23, 35:2
**rulings** [2] - 16:2, 21:21
**run** [1] - 16:14
**running** [4] - 30:18, 31:22, 33:16, 36:19

## S

**Salas** [1] - 38:18
**San** [1] - 4:9
**Santiesteban** [2] - 4:3, 5:5
**sayings** [1] - 23:13
**scan** [1] - 22:2
**schedule** [2] - 6:1, 6:5
**scheduled** [1] - 6:23
**scheduling** [2] - 3:10, 5:23
**schools** [1] - 3:20
**seated** [3] - 3:3, 5:12, 33:2
**second** [3] - 14:8, 28:9, 35:14
**see** [14] - 6:22, 7:21, 17:10, 18:17, 27:23, 31:5, 35:11, 36:25, 40:17, 44:7, 44:9, 45:22, 46:8, 47:2
**seem** [3] - 15:11, 17:22, 18:5
**selection** [1] - 9:1
**sell** [2] - 10:24
**sense** [1] - 22:20
**sentence** [2] - 21:5, 41:24
**series** [1] - 22:23
**serious** [2] - 3:6, 27:4
**Services** [1] - 2:9
**sessions** [1] - 33:12
**set** [1] - 33:18
**sets** [3] - 33:8, 33:19, 34:3
**seven** [2] - 32:14, 44:12
**Shores** [1] - 2:5
**short** [1] - 3:23
**show** [2] - 9:11, 14:3
**shows** [2] - 16:18, 30:5
**side** [2] - 4:21, 4:24
**sign** [1] - 39:6
**signed** [1] - 43:6
**Simonton** [1] - 9:21
**sites** [1] - 31:24
**situation** [1] - 10:12
**six** [1] - 24:9
**sixteen** [1] - 19:13
**skin** [3] - 22:22, 23:11, 23:15
**slicing** [1] - 16:6
**Smoke** [3] - 40:10, 40:25, 42:6
**snitch** [5] - 20:2, 20:12, 20:13, 20:15, 20:16
**snitched** [1] - 20:17
**so..** [1] - 40:10
**solutions** [1] - 3:15
**someone** [4] - 7:3, 19:9, 19:10, 31:21
**sorry** [7] - 13:20, 19:2, 23:19, 34:18, 34:23, 44:12, 46:12
**sort** [1] - 15:11
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Spanish** [3] - 23:6, 23:13, 28:15
**speaker** [1] - 36:10
**speaking** [2] - 11:21, 28:1
**speaks** [2] - 12:12, 27:7
**speed** [1] - 5:3
**splicing** [1] - 14:17
**spoken** [1] - 5:25
**stand** [2] - 10:5, 31:10
**standard** [1] - 45:9
**start** [9] - 3:18, 5:5, 6:14, 8:10, 13:10, 35:1, 35:23, 37:5, 42:6
**started** [1] - 23:3
**starting** [3] - 3:16, 4:3, 4:17
**starts** [1] - 20:24
**statement** [5] - 20:3, 23:8, 27:5, 35:25, 43:12
**statements** [3] - 29:4, 29:9, 43:9
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**status** [2] - 25:13, 26:5
**stay** [7] - 4:1, 8:17, 8:21, 12:24, 12:25, 13:3, 27:12
**staying** [2] - 16:14, 35:20
**stays** [1] - 13:5
**stead** [1] - 39:12
**Stevo** [2] - 40:10, 42:7
**stick** [1] - 3:24
**still** [3] - 6:1, 7:6
**stipulated** [1] - 8:18
**stipulates** [1] - 11:15
**stipulating** [1] - 33:22
**stipulation** [3] - 5:3, 11:14, 45:11
**stipulations** [1] - 43:20
**stop** [5] - 22:10, 22:12, 22:13, 23:4, 36:24
**stopped** [1] - 23:2
**streamline** [1] - 6:4
**street** [2] - 29:24, 36:12
**Street** [4] - 1:17, 1:22, 2:2, 2:5
**streets** [1] - 22:25
**stricken** [1] - 21:24
**strong** [2] - 16:10, 45:2
**strong-arm** [1] - 45:2
**study** [1] - 21:15
**stuff** [1] - 45:4
**stupid** [8] - 18:12, 18:13, 18:20, 18:22, 18:25, 19:3, 19:8
**subject** [1] - 32:19
**subsequent** [2] - 16:12, 17:24
**successful** [1] - 37:20
**sudden** [1] - 9:24
**suggest** [1] - 6:9
**suggested** [1] - 4:25
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**supposed** [1] - 14:24
**suppress** [3] - 22:11, 43:2, 43:3
**sweating** [3] - 22:17, 22:18, 23:21

## T

**tabled** [1] - 45:2
**tack** [1] - 27:1
**taco** [1] - 19:12
**talks** [7] - 20:7, 23:4, 34:14, 35:15, 37:10, 42:9, 42:13
**TAMRA** [1] - 2:9
**Tamra** [1] - 47:19
**tapes** [1] - 8:20
**taxi** [1] - 33:16
**technician** [1] - 44:20
**technology** [1] - 8:8
**Telli** [3] - 38:16, 42:7, 42:10
**term** [3] - 17:25, 20:15, 20:16
**termed** [1] - 46:3
**terms** [4] - 3:8, 19:10, 42:25, 45:16
**testifies** [1] - 34:5
**testify** [1] - 31:10
**testimony** [4] - 12:11, 12:13, 31:23, 43:8
**thankful** [1] - 8:9
**THE** [185] - 1:12, 1:15, 1:19, 3:3, 4:18, 5:4, 5:7, 5:12, 5:14, 5:15, 8:13, 8:16, 9:4, 9:19, 10:8, 10:13, 10:18, 11:1, 11:5, 11:7, 11:20, 11:25, 12:3, 12:6, 12:8, 12:14, 12:17, 12:20, 13:5, 13:8, 13:15, 13:17, 13:22, 14:1, 14:5, 14:11, 14:15, 14:20, 14:22, 15:3, 15:6, 15:8, 15:14, 15:17, 15:25, 16:15, 16:21, 16:25, 17:3, 17:7, 17:14, 17:18, 17:23, 18:6, 18:8, 18:16, 18:25, 19:3, 19:6, 19:8, 19:17, 19:20, 19:22, 19:24, 20:10, 20:12, 20:15, 20:21, 20:24, 21:3, 21:6, 21:10, 21:12, 21:14, 21:25, 22:3, 22:15, 22:19, 23:7, 23:10, 23:14, 23:17, 23:20, 23:23, 23:25, 24:4, 24:6, 24:9, 24:11, 24:20, 24:22, 24:24, 25:1, 25:3, 25:8, 25:17, 25:21, 26:1, 26:6, 26:11, 26:15, 26:17, 26:24, 27:11, 27:16, 27:19, 27:25, 28:3, 28:16, 28:18, 28:25, 29:8, 29:12, 29:14, 29:20, 30:7, 30:10, 30:20, 30:23, 31:13, 31:17, 31:19, 32:5, 32:9, 32:11, 32:21, 32:24, 33:2, 33:10, 33:15, 33:18, 34:2, 34:4, 34:13, 34:17, 34:19, 34:21, 34:25, 35:3, 35:5, 35:16, 35:20, 35:21, 35:22, 36:7, 36:13, 36:18, 37:5, 37:22, 38:2, 38:4, 38:7, 38:12, 38:14, 38:17, 38:19, 38:21, 39:2, 39:4, 39:11, 39:17, 40:4, 40:6, 40:12, 41:4, 41:9, 41:12, 41:19, 42:1, 42:4, 42:17, 42:22, 43:6, 44:1, 44:14, 44:19, 44:21, 44:23, 45:3, 45:6, 45:15, 46:5, 46:7, 46:21, 46:24
**theory** [5] - 9:21, 18:1, 42:20, 45:18, 45:23
**thinking** [1] - 32:17
**thinks** [1] - 29:5
**Thompson** [2] - 38:20, 38:21
**thoughts** [1] - 4:14
**three** [5] - 3:20, 14:24, 40:13, 40:19, 44:25
**throughout** [1] - 14:17
**tie** [3] - 31:5, 32:6, 36:22
**tie-in** [1] - 32:6
**tied** [2] - 16:17, 31:21
**ties** [4] - 20:5, 20:6, 37:22, 41:2
**tiny** [1] - 40:7
**to..** [1] - 13:20
**today** [9] - 3:8, 3:13, 5:8, 6:3, 12:22, 29:7,

44:7, 44:11, 46:15
**together** [2] - 5:9, 7:18
**took** [2] - 30:4, 43:14
**top** [9] - 20:11, 25:7, 29:6, 29:22, 35:23, 35:24, 36:8, 40:9, 41:23
**toward** [1] - 5:7
**traffic** [3] - 22:10, 22:12, 22:13
**transcribed** [1] - 35:11
**transcript** [2] - 9:7, 47:14
**TRANSCRIPT** [1] - 1:12
**transcripts** [1] - 13:14
**transgressions** [1] - 14:25
**traps** [2] - 31:23, 32:1
**traveled** [1] - 45:12
**treatment** [1] - 4:4
**TRIAL** [1] - 1:12
**trial** [5] - 3:8, 6:2, 15:21, 16:1, 45:10
**trips** [1] - 4:13
**trucks** [1] - 3:17
**true** [1] - 16:24
**try** [6] - 6:17, 6:18, 26:20, 26:25, 35:6, 46:18
**trying** [7] - 6:13, 10:14, 13:20, 21:7, 22:11, 34:14, 37:18
**Tuesday** [16] - 4:4, 5:5, 6:7, 6:9, 7:16, 8:10, 12:13, 12:17, 45:19, 45:24, 45:25, 46:5, 46:11, 47:2
**turn** [1] - 13:9
**twelve** [1] - 17:19
**twenty** [5] - 21:13, 24:9, 40:11, 40:13, 40:14
**twenty-five** [1] - 40:14
**twenty-one** [1] - 21:13
**twenty-six** [1] - 24:9
**twenty-three** [1] - 40:13
**twenty-two** [1] - 40:11
**twice** [1] - 18:23
**two** [15] - 6:24, 25:11, 25:14, 25:24, 26:3, 26:4, 29:16, 31:15, 33:8, 33:19, 34:3, 35:3, 40:11, 46:14, 46:16
**tying** [1] - 37:4
**type** [1] - 12:11

## U

**um-hm** [1] - 36:7
**under** [4] - 29:25, 32:3, 36:14, 42:20
**unduly** [1] - 15:20
**unexpected** [2] - 45:20, 45:22
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**unless** [4] - 8:21, 20:1, 30:14, 44:4
**unusual** [1] - 10:3
**up** [35] - 4:22, 5:3, 8:19, 8:20, 9:4, 10:9, 10:15, 11:2, 12:22, 13:1, 13:13, 15:11, 16:4, 17:14, 17:21, 17:22, 17:24, 18:12, 18:19, 20:9, 20:17, 23:21, 25:16, 28:1, 29:7, 31:21, 32:19, 35:5, 36:22, 42:10, 43:14, 43:16, 45:20, 45:22
**uses** [3] - 20:13, 20:15, 20:16

## V

**Valentine's** [2] - 5:15, 7:19
**vehicle** [2] - 15:7, 38:5
**vehicles** [1] - 29:1
**veracity** [1] - 44:5
**version** [1] - 7:17
**versus** [1] - 18:20
**video** [3] - 28:20, 28:23
**visit** [1] - 18:6
**Vivi** [1] - 39:11
**voice** [1] - 7:13
**VÁZQUEZ** [111] - 1:15, 4:19, 10:11, 10:20, 11:2, 11:6, 12:18, 13:6, 13:20, 13:23, 14:2, 14:14, 14:16, 15:1, 15:4, 15:7, 15:18, 16:12, 16:17, 16:24, 18:10, 18:18, 19:4, 19:7, 19:15, 20:2, 20:11, 20:13, 20:22, 21:18, 22:1, 22:9, 22:16, 23:5, 23:8, 23:12, 23:16, 24:3, 24:5, 24:14, 25:6, 25:9, 25:18, 25:22, 26:2, 26:16, 26:18, 27:2, 27:7, 28:5, 28:17, 28:19, 29:3, 29:11, 29:13, 29:21, 31:6, 31:14, 31:18, 31:23, 32:8, 32:10, 33:7, 33:11, 33:16, 33:19, 34:3, 34:8, 34:14, 34:18, 34:20, 34:22, 34:24, 35:1, 35:4, 35:11, 36:4, 36:8, 36:14, 37:1, 37:16, 38:1, 38:3, 38:5, 38:13, 38:16, 38:18, 38:20, 39:13, 40:3, 40:5, 40:11, 40:23, 41:6, 41:11, 41:13, 41:24, 42:3, 42:16, 43:18, 44:12, 44:16, 44:20, 44:22, 44:24, 45:5, 45:9, 46:2, 46:6, 46:18, 46:22
**Vázquez** [12] - 10:3, 10:19, 11:21, 14:10, 14:23, 16:1, 17:24, 28:3, 31:1, 40:22, 42:14, 44:7

## W

**wait** [1] - 23:24
**waiting** [1] - 3:9
**wants** [4] - 3:22, 9:25, 37:11, 39:18
**ward** [1] - 21:7
**weapon** [1] - 25:10
**Wednesday** [5] - 4:4, 5:5, 6:7, 6:11, 46:11
**week** [7] - 6:6, 7:12, 7:13, 7:18, 43:7, 43:14, 43:16
**weekend** [4] - 7:20, 8:9, 8:11
**West** [1] - 1:22
**Weston** [1] - 2:10
**whole** [4] - 8:1, 27:18, 35:19, 41:24
**WILLIAMS** [1] - 1:12
**wish** [3] - 12:24, 13:1
**wishes** [1] - 3:18
**withholding** [1] - 16:6
**witness** [22] - 9:25, 10:4, 10:11, 11:19, 12:12, 13:7, 31:7, 31:9, 31:12, 31:13, 33:11, 33:14, 33:25, 34:5, 34:16, 36:20, 36:21, 36:22, 36:24, 37:22, 43:8, 43:15
**witnesses** [1] - 4:23
**women** [1] - 37:18
**word** [4] - 20:5, 20:13, 20:14, 28:12
**worries** [1] - 4:13

## Y

**ya'** [1] - 37:11
**year** [1] - 18:24
**yesterday** [5] - 4:17, 8:15, 8:24, 9:6, 43:3
**YouTube** [1] - 28:24