UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 14-20017-CR-KMW

UNITED STATES OF AMERICA 2-17-2015

DAY SIX

vs.

MAURIN CHACON PAGES 1-141
RODOLFO PORTELA
CHRISTOPHER ALTAMIRANO
JAMES DIXON
JAY ANTHONY FLORES,
Defendants

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS HELD
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES: IGNACIO VAZQUEZ, A.U.S.A.
ILHAM HOSSEINI, A.U.S.A.
MARK DISPOTO, A.U.S.A.
99 N.E. 4th Street
Miami, FL 33132

FOR DEFENDANTS: MANUEL GONZALEZ, ESQ.
2000 Ponce DeLeon Boulevard
Suite 614
Coral Gables, FL 33134

PAUL KORCHIN, A.F.P.D
150 West Flagler Street
Miami, FL 33130

PHILIP HOROWITZ, ESQ.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156

**APPEARANCES CONTD.**

**DAVID DONET, JR. ESQ.**
**3250 Mary Street**
**Suite 406**
**Fort Lauderdale, FL 33133**

HERMAN FRANK RUBIO, JR. ESQ.
**1107 N.E. 104th Street**
**Miami Shores, FL 33138**

REPORTED BY:
PATRICIA SANDERS, RPR
*United States Court Reporter*
400 North Miami Avenue, Suite 11-3
Miami, FL 33128
T: 305.523.5528
patricia_sanders@flsd.uscourts.gov.

THE COURT: Please be seated, everyone.

Mr. Donet, how are you?

MR. DONET: I am doing better. Thank you so much. I apologize to everyone for not being here on Friday; although everyone may have been happy to get a day off.

I truly felt terrible.

THE COURT: It is nothing you need to apologize for. I am glad you are feeling better.

We have an update from Miss S, juror number five.

MR. DONET: Ms. San Esteban.

THE COURT: She's also going to need Thursday morning until noon and then she will be fine until this time next month where she may have to take three days again.

Hopefully we are done then, but I again pose this question to the assembled lawyers and parties. We have made a representation to these jurors -- for example, we know that Ms. Moreno has a March 9th travel date. We now have three mornings where we don't start until noon.

Do the parties have any thoughts or comments about this?

MR. VAZQUEZ: Your Honor, we raised the prospect of some stipulations with defense counsel. They were not able to stipulate to the chemist.

So, we're in the same position.

THE COURT: And March 2nd we're off as well.

Gentlemen, of the defense.

MR. HOROWITZ: Defense would like to go forward

THE COURT: All right. Bring in the jury, please.

COURTROOM DEPUTY: All rise.

THE COURT: Please be seated everyone. I hope you had a nice weekend and sent lots of beautiful photos of South Florida to friends in the Northeast and Midwest.

Sometime this week you will hopefully hear my voice again. I would like you to discuss this over your break today; one of your colleagues has advised that Thursday morning is also going to be needed.

So here's what I am going to ask -- I would like you to discuss it amongst yourselves, and I will ask Ms. Greer what your thoughts are.

I would like to perhaps, tomorrow and Thursday if it possible, go from noon until five, and then we would go back to a 9:30 to 4:00 schedule. I would like to see if we can't make up some time. That you of course may discuss amongst yourselves.

All right. We will resume with the testimony of Mr. Guzman.

BY MR. VAZQUEZ:

Q. Mr. Guzman, approximately when did you join -- did you become a member of the BMT?

A. Towards the end of 2012, December 2012 beginning of 2013.

Q. How long did your participation in the BMT last?
A. Until about November 20th, November 21st.
Q. Last time you testified you spoke about one of the defendants you identified in court, Jay Flores. Do you recall that?
A. Yes.
Q. How would you describe Mr. Flores' role with respect to BMT, was he a member of BMT?
A. He was not an official member, but he would send us customers; so would we. So he was a real good associate, so we allowed him to sell.
Q. How did you become associated with the BMT?
A. I used to sell marijuana on my own, and one of the members Angel Martinez -- he wanted me to be a part of the BMT.
Q. Showing you what has been admitted into evidence as Government's Exhibit 6.
Who is this?
A. My screen is off.
COURTROOM DEPUTY: There it is.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 6. Who is this?
A. Angel Martinez.
Q. Is this the person you were just talking about?
A. Yes.

Q. Do you know this person as Teli?
MR. GONZALEZ: Objection, leading.
BY MR. VAZQUEZ:
Q. What was your --
THE COURT: Mr. Vazquez, that's what they pay me for. I am going to rule for you, but you need to wait. Overruled.
BY MR. VAZQUEZ:
Q. What is this person's nickname?
A. Teli.
Q. How is it Teli brought you into the BMT?
A. Pretty much just verbally he wanted to recruit me. From one day to the next I just hung out with them more and more and began to sell with them.
Q. Where did you sell?
A. All over the neighborhood really.
Q. Showing you what has been admitted into evidence as Government's Exhibit 352.
Do you recognize that?
A. Yes.
Q. What is it?
A. The Little Havana neighborhood.
Q. What is this?
A. The Marlins Stadium.
Q. Using your finger where would you sell narcotics as a part of the BMT, if you could make a circle in the general area?

A. (WITNESS INDICATES ON MONITOR)
Q. Were there other areas of interest to the BMT on this map?
A. Mainly that area.
Q. How would you sell.
A. Either using the cell phone or meeting up with customers.
Q. And how would you use cell phones as part of the BMT?
A. I would receive calls from customers or from other members telling me they have a customer for me.
Q. Were you able to give customers to other members of BMT?
A. Yes.
Q. Were you able to communicate with members of BMT who shared cell phones.
A. Yes.
Q. Who were the first persons from BMT that you became aware of that were selling narcotics?
A. Angel Martinez and Maurin Chacon.
Q. Showing you what has been admitted into evidence as Government's Exhibit 1. Do you see that?
A. Yes.
Q. Who is that?
A. That is Maurin Chacon.
Q. What is this person's nickname?
A. Yung Patron, Patron.
Q. Who is Peludo?
A. Maurin Chacon.

Q. Who is Tiny?
A. Maurin Chacon.
Q. Is this the defendant you identified in court today?
A. Yes.
Q. Where did you see Defendant Chacon selling narcotics?
A. The building in front of the stadium on 14th Avenue and Third Street.
Q. Showing you what has been admitted into evidence as Government's Exhibit 50. Do you recognize this?
A. Yes.
Q. What is this?
A. The building in front of the stadium.
Q. Who have you seen selling narcotics?
A. Christopher Altamirano, Maurin Chacon, Angel Martinez.
Q. Approximately when did you see these individuals that you have identified selling narcotics at the building you have identified in Government's Exhibit 50?
A. Throughout my whole time in the BMT.
Q. Showing you what has been admitted into evidence as Government's Exhibit 2. Who is that?
A. That is Christopher Altamirano.
Q. Who is Tango?
A. That's him.
Q. Who is Peter Baitz.
A. That's him.

Q. The same individual you have identified in court today?
A. Yes.
Q. This defendant?
MR. HOROWITZ: Objection, leading.
THE COURT: Yes. Ask the person, who it is.
BY MR. VAZQUEZ:
Q. Who is the person in court that you know as Peter Baitz?
A. Sitting over there.
Q. What is the person wearing?
A. A blue button up.
Q. Showing you Government's Exhibit 24. What is that?
A. A building on 11th Avenue between Fourth and Fifth Street.
Q. Have you seen individuals selling narcotics at this location.
A. Yes.
Q. Who?
A. Christopher Altamirano.
Q. Have you seen anything else selling narcotics at that location?
A. No.
Q. What is a trap?
A. Somewhere you can sell narcotics and be away from the street.
Q. Who is George Andrade or Kurse (phonetic)?
A. He used to sell with me.

Q. Were you present when any BMT members interacted with this person?
A. Yes.
Q. What happened to this person?
A. They did not want him selling in a certain area he was selling at.
MR. HOROWITZ: Objection.
BY MR. VAZQUEZ:
Q. Who is they?
A. Christopher Altamirano.
THE COURT: Could we have a date, maybe a month.
BY MR. VAZQUEZ:
Q. When did that happen?
A. I don't recall an exact date.
THE COURT: How about a year.
THE WITNESS: 2013.
BY MR. VAZQUEZ:
Q. What happened between George Andrade and Christopher Altamirano?
A. He was just told he can't sell there in that spot because he is not BMT, and that was the spot we would sell at.
Q. How do members of BMT enforce their ability to sell in spots?
MR. HOROWITZ: Objection, Your Honor.
THE COURT: Sustained.

BY MR. VAZQUEZ:
Q. What have you seen members of BMT do to take hold of their territory?
MR. HOROWITZ: Same objection, Your Honor.
THE COURT: I am going to allow Mr. Vazquez to lead if we're going to ask about individual persons.
Maybe, Mr. Vazquez, you could give us a time and person.
BY MR. VAZQUEZ:
Q. Mr. Guzman, during your time as a part of the BMT you testified earlier about -- you said December 2013 through November 2013?
A. December 2012 through November 2013.
Q. While you were a part of BMT were you present when any members enforced their territory?
A. Yes.
Q. Who was that?
A. Christopher Altamirano.
Q. Were you present when anyone else did the same thing?
A. No.
Q. How did you see that enforced?
A. Verbally. He just told them they can't sell there.
THE COURT: Who did he tell?
THE WITNESS: George Andrade.
BY MR. VAZQUEZ:

**Q. During your participation in BMT were you ever present when members intimidated customers?**
**A. Yes.**
**Q. Who was that and when?**
**A. Maurin Chacon throughout 2013.**
**Q. How did he do that?**
**A. Just verbally.**
**Q. Could you explain?**
**A. When the customer would come and -- I would say act disrespectful or do something out of the nature he would correct them.**
**Q. What type of customers were these?**
**A. Crack cocaine customers.**
**Q. Were you present when this happened?**
**A. Yes.**
**Q. How do BMT members decide when they are going to sell drugs?**
**A. At any time.**
**Q. Have you been present when more than one BMT member is selling narcotics?**
**A. Yes.**
**Q. Were there BMT members who chose to sell at night versus the day?**
**A. Yes.**
**Q. Who were those people?**

A. Angel Martinez.
Q. When did he sell?
A. At night.
Q. Were there members that sold during the day?
A. Yes.
Q. Who were those members?
A. Christopher Altamirano, Maurin Chacon, myself, Raymond Moore, James Dixon, Carlos Tinoco.
Q. Were there times when too many BMT members were selling drugs at a given time?
A. Yes.
Q. What would happen?
MR. HOROWITZ: Objection as to date, time and place.
THE COURT: Let's get an answer to the question first.
BY MR. VAZQUEZ:
Q. What would happen when there were too many BMT members selling drugs?
A. It was spread out and moved to another location.
Q. When would that happen?
A. Mostly at nighttime.
Q. When as far as date and time?
A. 2013.
Q. Did that happen frequently?
A. I would say about twice a week maybe.
Q. Now showing you what has been admitted into evidence as

Government's Exhibit 25. What is this?
A. A store on 12th Avenue and Fourth Street.
Q. How was this used by BMT members and during what timeframe?
A. Throughout the day we would go and buy stuff at the store and hang around there. Customers would come to the store, walk around there, and we would see them, meet them up.
Q. During the timeframe that you were a part of BMT when was this building used?
A. Every day.
Q. Who used the building located in Government's Exhibit 25?
A. Christopher Altamirano, Maurin Chacon, myself, Raymond Moore, Angel Martinez, Luis Salas.
Q. Showing you what has been admitted into evidence as Government's Exhibit 42. What is this view?
A. A house on 11th Avenue and Fifth Street.
Q. How was this building used by BMT members.
A. We would sell in the front, as you can see, on the sidewalk in the front of the house.
Q. Focusing on the sidewalk area, bottom left of Government's Exhibit 42, how would BMT members be positioned there?
A. As you can see they are just sitting down hanging out.
Q. How would customers come to meet BMT members?
A. Walk up to us.
Q. And when during the point in time of the year you have described was this happening?

A. Every day but mostly during the day.
Q. How did BMT members buy drugs?
A. With money, hustling.
Q. What is hustling?
A. Either selling stuff that you have stolen or just robbing.
Q. When was hustling happening during your timeframe in the BMT?
A. Whenever someone would be broke they will try to like come up on electronics or something they could sell in order to buy more drugs.
Q. Is there a specific date this happened?
A. Not a specific date, just whenever we wouldn't have any money.
Q. Did this happen throughout the time of your membership?
A. Yes.
Q. Who did this hustling you described?
A. Maurin Chacon, Christopher Altamirano, myself, Raymond Moore; pretty much everybody. Whenever they would come up on electronics like a cell phone or something they would sell it and use the money.
Q. Were there BMT members who robbed people?
A. Yes.
Q. Were you present for any of these robberies, and when if you were?
A. I been present for about two or three of them.

Q. When did these robberies happen in the scope of your membership in BMT?
A. At nighttime throughout 2013.
Q. Who committed these robberies?
A. Christopher Altamirano, Carlos Tinoco, Maurin Chacon.
Q. How did the Christopher Altamirano robbery happen that you mentioned?
A. Just getting in the person's pockets.
Q. How did the Maurin Chacon robbery happen that you referenced.
A. Physically assaulting.
Q. Who was assaulted.
A. I don't know exactly who the person was just a random pedestrian.
Q. Were robbery victims referred to by particular types of names?
A. Ponchos.
Q. Who referred to robbery victims as Ponchos?
A. Carlos Tinoco.
Q. Who in court today referred to robbery victims as Ponchos?
A. Maurin Chacon, Christopher Altamirano.
Q. How would they use the word Poncho in referring to a robbery victim? If you could give us the sentence.
A. Let's go get that Poncho that's walking down the street.
Q. Are you familiar with the phrase, come up?

A. Yes.
Q. What does that mean?
A. To steal, theft.
Q. Were there ever times the phrase come up on a Poncho was said in your presence?
A. Yes, sir.
Q. Who said that?
A. Christopher Altamirano.
Q. Around what timeframe during your BMT membership?
A. 2013.
Q. Were there any BMT members during your membership who got sources of money by other means other than hustling or robbery?
A. Prostitution.
Q. Who was a party to prostitution and when?
A. Angel Martinez throughout the -- I would say maybe around September, October -- no, October.
Q. What year?
A. 2013.
Q. Please continue.
A. There was this girl I guess he met and he was using her to get money.
Q. Are you familiar with a person by the name of Molly?
A. Yes.
Q. Were you ever present during a discussion about Molly involving any of the defendants?

A. Yes.
Q. Who was present for that discussion?
A. Christopher Altamirano.
Q. What did Mr. Altamirano say about this person?
MR. HOROWITZ: Objection, Your Honor.
THE COURT: Grounds.
MR. HOROWITZ: 404 B.
THE COURT: Overruled.
THE WITNESS: He said she was like -- that they hit for a brick.
BY MR. VAZQUEZ:
Q. What does the word brick mean in the context you are using it now?
A. A lot of cocaine, like a kilo of cocaine; he was meaning like a lot of money.
THE COURT: Ladies and gentlemen, I am going to have you go out for a brief break. My computer has gone off the grid.
COURTROOM DEPUTY: All rise.
JURY EXCUSED
THE COURT: Mr. Vazquez, I don't understand the relevance of an amorphous somebody said something about cocaine at some time.
There is a conspiracy, there are members, they sold, they robbed, they assaulted. There are victims, dates, places

times. Unless we get to that pretty soon, Mr. Guzman's time on the stand is going to be about 15 more minutes. Just thought I would give you a heads-up.

RECESS TAKEN

THE COURT: Thank you. You may be seated. Mr. Vazquez, you may continue.

BY MR. VAZQUEZ:

Q. Mr. Guzman, during the year 2013 were you present during drug sales by BMT members?
A. Yes.
Q. How often did you sell drugs as a part of BMT?
A. Every day.
Q. How many grams of crack cocaine would you sell on a given day?
A. From 1 to 2.
Q. How many times did that happen during 2013?
A. Every day.
Q. Were you present during that same timeframe in 2013 while other BMT members were also selling narcotics?
A. Yes.
Q. Who was with you during 2013 while you were selling drugs?
A. Maurin Chacon, Christopher Altamirano, James Dixon, Rodolfo Portela.
Q. Were you present during this same timeframe while those individuals sold narcotics?

A. Yes.
Q. What kinds of narcotics did you see them sell during the year 2013?
A. Crack cocaine and marijuana.
Q. Were you present during 2013 while the drug Molly was sold?
A. Yes.
Q. Who sold Molly?
A. Christopher Altamirano.
Q. While you were a member of the BMT during the year 2013 how many grams of crack cocaine were sold on an average day?
A. By everybody?
Q. Yes.
A. Depends on how many people were selling; a gram per person.
Q. How many people were selling at a given time on average?
A. Anywhere from 3 to 6 people.
Q. Were you present when narcotics during the year 2013 were purchased by members of BMT?
A. Yes.
Q. Were you present when multiple purchases would happen from a supplier?
A. Yes.
Q. During the year 2013?
A. Yes.
Q. Were you ever present during the year 2013 while more than one BMT members joined up with another person to buy narcotics?

**A. Yes.**
**Q. During the year 2013 were you ever present when narcotics were ordered?**
**A. Yes.**
**Q. Were you present when a member of the BMT ordered narcotics after having committed a robbery or talked to you about committing a robbery?**
**A. Yes.**
**MR. HOROWITZ: Objection. Who?**
**THE COURT: We are getting to that I suppose.**
**MR. VAZQUEZ: Yes, Your Honor.**
**THE COURT: Very good.**
**BY MR. VAZQUEZ:**
**Q. As specific as you can be during your membership in the BMT in 2013.**
**A. When?**
**Q. Yes.**
**A. About 2 or 3 times during the years.**
**Q. Were there seasons or months you remember, winter, spring, summer fall?**
**A. Pretty much random, whenever someone would get lucky and come up on money.**
**Q. Who were these persons who committed a robbery and then ordered narcotics?**
**A. Maurin Chacon.**

Q. Were you present when he talked ordering the narcotics and if so when?
A. Yes; throughout 2013.
Q. How did he describe purchasing narcotics after committing a robbery?
A. I just came up, and now I can re-up.
Q. What does re-up mean?
A. Buy more narcotics to sell.
Q. During your time with the BMT in the year 2013 were you ever present when firearms were possessed?
A. Yes.
Q. When and by whom.
A. When we would be selling and at nighttime by Christopher Altamirano, Rodolfo Portela, Maurin Chacon.
Q. And when?
A. I don't know a specific date or month.
Q. Go ahead.
A. I don't know a specific date or month, but it was like during nighttime.
Q. How frequently did this happen during the year 2013?
A. About five, six, seven times that I can remember.
Q. Where did the firearms you described come from?
A. From Rodolfo Portela.
Q. How do you know that?
A. He said it.

Q. When did that happen, when did he say that?
A. One time he said if anybody ever needed firearms they can let him know.
Q. When did that happen?
A. I believe when I heard it, it was towards before I left.
Q. When did you leave?
A. I'm sorry, it was -- I can't recall an exact date.
Q. Do you recall the season, the month generally?
A. I can't. It is two years ago almost.
Q. Did it occur during 2013?
A. Yes.
Q. How were firearms used by BMT members during the time you were a member?
A. For protection mostly or for robberies.
Q. Were you present when firearms were used for protection, and if so when?
A. At night when we would sell they would have the firearm there.
Q. Where?
A. Stashed somewhere nearby.
Q. When did that happen?
A. Throughout 2013 mostly at nighttime.
Q. Who had the firearms stashed?
A. Christopher Altamirano.
Q. What types of guns were these?

A. The one I can remember was a revolver, a 357 revolver.
Q. Who was possessed that and when?
A. Christopher Altamirano at nighttime when we would be selling at 11th and Fifth.
Q. Were firearms ever shared by members, and if so when and by whom?
A. The same gun it was Rodolfo Portela's gun and he would share it with Christopher Altamirano.
Q. Were you present when that happened?
A. Yes.
Q. Do you know an individual by the name of Gato or Gabriel Alfonso?
A. Yes.
Q. Were you there on July 17, 2012 during an incident involving Gato?
A. Yes.
Q. What happened during that incident?
A. He and Maurin Chacon got into a fight. During the fight Maurin Chacon's hair was getting pulled and Luis Salas pulled out a gun and shot it up in the air, and then Angel Martinez got the gun from Luis and he shot at Gato.
Q. Had you seen that firearm that was used on July 17, 2012 before?
A. Yes.
Q. Who had possessed that firearm in the past?

A. Maurin Chacon.
Q. Had you seen that yourself?
A. Yes.
Q. Back to your discussion about robberies in December of 2013. Were you present in an incident involving Christopher Altamirano and an associate when a robbery victim was punched?
A. When was it?
Q. I am asking; do you know what I am talking about?
A. No.
Q. Were you present during a robbery incident in 2013 involving a person that was intoxicated and stripped and thrown out of a car?
A. Yes.
Q. When did that happen and who was involved?
A. I can't recall the exact time. It was probably October maybe.
Q. What year?
A. 2013.
Q. Who was involved?
A. I think between August and October. It was Christopher Altamirano, Angel Martinez, just them two. I was there and Raymond Moore was there.
Q. What happened to the person?
A. They stripped him, searched him and pushed him out the van.
Q. During the year 2013 were you ever asked to participate in

a robbery?
A. Yes.
Q. Who asked you?
A. Luis Salas.
Q. During the year 2013 were there days that were more frequently used for robberies than other days?
A. Mostly on the weekends.
Q. Why on the weekends?
A. Because the Ponchos, as they would call them, they would get paid on weekends and they would cash their checks and walk around with cash on them.
Q. During the year 2013 were you present when discussions about these weekend events were planned?
A. Yes.
Q. Who during the year 2013 described this activity?
A. Maurin Chacon.
Q. Mr. Guzman what role did Defendant Chacon have in the BMT during the year 2013 while you were a member?
MR. GONZALEZ: Objection, calls for a legal conclusion.
THE COURT: Overruled.
THE WITNESS: He was one of the top guys.
BY MR. VAZQUEZ:
Q. Why do you say that?
A. That's how I met him.
Q. What led you to believe he was one of the top guys.

A. The way everybody spoke of him, the way people looked up to him I would say.
Q. When you say they, who spoke about Defendant Chacon?
A. Angel Martinez, Luis Salas, Raymond Moore.
Q. While you were a member of BMT, during the year 2013, what role did Defendant Altamirano play?
A. He was also one of the top guys.
Q. Why do you say that?
A. He would sell every day with myself. He would I say call shots.
Q. What does it mean to call shots?
A. Tell people how to do this, how to sell, where to go, who to talk to, who not to talk to.
Q. Were you ever told not to talk to someone?
A. Yes.
Q. By whom and when?
A. I don't know the exact time but Altamirano.
Q. What year?
A. 2013.
Q. Who were you asked or told not to speak with?
A. Customers who would probably be informants.
Q. Who you that?
A. They would speak amongst themselves.
Q. Who are you speaking of and when?
A. Throughout 2013; me, Angel Martinez, Raymond Moore and

Maurin Chacon.
Q. During your membership in the BMT during the year 2013 what role did defendant Portela have in the group?
A. He would sell drugs also and known to have guns.
Q. Were you present when guns were offered by defendant Portela?
A. Yes.
Q. When?
A. In 2013.
Q. How frequently did that happen?
A. I only saw it twice.
Q. When in the year 2013 if you can recall?
A. I can't recall.
Q. Was it the beginning, the middle, the end?
A. The middle.
Q. When did your association with the BMT begin?
A. Association or being a member?
Q. Being a member.
A. December 2012.
Q. Somewhere between December and November you heard these --
A. Yes.
Q. During you membership in the BMT in 2013 what role did defendant James Dixon have in the group?
A. He was just a seller; he would just sell.
Q. How do you know that?

A. I witnessed it, I would sell with him.
Q. How would you sell with your fellow BMT members, what would you do?
A. Share customers. One customer comes you could sell to him, and I would sell to the next one. Or if a customer came for a big order we would split it in half.
Q. And what would you do as a group in terms of potential police presence -- or the police arresting you?
A. We would look out for each other.
Q. How would you do that?
A. Someone would stand on the sidewalk to look out to see if the cops were coming while the transactions would be going on.
Q. When did that happen?
A. Throughout 2013.
Q. Who would take that role?
A. Whoever was not selling. Or if I was selling and you were just there you would go and look out.
Q. How frequently did that happen?
A. Every day.
Q. During the entire 2013 --
A. Yes.
Q. What role does respect play in the BMT?
A. Give respect, you get respect.
Q. How does a person gain or lose respect in the BMT?
A. Not complying like -- let's say you are asked to do

something or to help with a robbery or something and you don't want to do it or somebody is fighting and you don't help them out and they end up beaten, you lose respect.

Q. How did that affect how you are treated by other members of BMT?

A. They kind of keep you at a distance, brush you off.

Q. Did you see this happening during your BMT membership?

A. Yes.

Q. Who did you see this happening to?

A. I seen people gain respect. One of the defendants Fernando Darce when he came nobody really knew him like that, and when he started selling people started respecting him more and more because Carlos Tinoco said he was selling a lot. So we respected him.

Q. Were you present when he was treated better as a result of selling more drugs?

A. Yes.

Q. Were you ever present when someone in your eyes lost respect?

A. Yes, but it wasn't a BMT member.

Q. Who is James Casale?

A. Douche Bag.

Q. Are you familiar with that nickname?

A. Yes.

Q. Is that an actual nickname for a person?

**A. Yes.**
**Q. Do you know if this person has that tattooed on their body?**
**A. Yes.**
**Q. How did that person gain or lose respect as a part of BMT?**
**A. There was one time when they said that there was a music video or something and there was money missing and he was -- they say he was the one that stole it.**
**Then he said that Altamirano was the one that stole it. But since we are more I guess -- we were better associates of Altamirano we believed him when they said James stole it. So kind of like we kept him at a distance.**
**Q. When did that happen.**
**A. Throughout 2013, mainly in the middle.**
**Q. How does the loss or gain of respect impact your ability to make money as a member of BMT?**
**A. If you lose respect they are not going to call you for customers. They will not help you out; you pretty much have to do it on your own.**
**Q. What does backing up mean?**
**A. What do you mean?**
**Q. Have you heard the phrase backing up -- to back someone up?**
**A. Like in a fight to back someone up, if a person is fighting and getting beaten to jump in and help them out.**
**Q. Were you present during your time as a member of BMT in 2013 when members would back up other members?**

A. The only time I remember was when Maurin Chacon got into an alteration.
Q. Who is Izzy Chacon?
A. An affiliate.
Q. Were you ever present for that person backing up an associate or member of BMT?
A. Yes.
Q. Who is that?
A. I can't recall exactly who the person was. I just remember there was a fight and he was there and he jumped in the fight.
Q. How were members treated during the year 2013 for participating in backing up another person?
A. You get congratulations, more respect, more opportunities.
Q. While you were a member of the BMT were you ever aware of members becoming arrested?
A. Yes.
Q. This is during the year 2013?
A. Yes.
Q. How did BMT members treat others while they were incarcerated?
A. Put money on the phone for them, try to raise money for their bond.
Q. Who participated in putting money on phones or raising bonds and when?
A. Whoever had the money. I put money on the phone for Maurin

Chacon; Altamirano the bond once. That is pretty much it.
Q. Were you ever given money back that was placed on someone's phone or for someone's bond?
A. No.
Q. Did you ever ask for that money back?
A. No.
Q. Why not?
A. Because we are a team, so if you need to talk on the phone we would put money on the phone for you.
Q. Were you ever present during 2013 when members of the BMT would use the word family?
A. Probably like once or twice.
Q. Were you ever present during the year 2013 when members of the BMT would call each other primo or cuz?
A. Yes.
Q. Directing your attention to November 20th, 2013. What happened to your relationship at or about the time of November 20th, 2013?
A. It fell apart.
Q. What happened priority to your relationship falling apart?
A. There was a robbery committed.
Q. Where were you when this robbery was committed?
A. At one of the traps.
Q. Showing you what has been admitted into evidence as Government's Exhibit 36. Do you recognize it?

A. Yes.
Q. What is it?
A. A building on 11th and Fifth across the street from the previous building.
Q. What relationship does this structure have to November 20th, 2013?
A. We used to do lay our heads inside and chop (unintelligible) the building.
Q. Were you here on November 20th, 2013?
A. Yes.
Q. What happened prior to the robbery on November 20th, 2013?
A. There was a robbery committed --
Q. Prior to robbery what happened?
A. What do you mean?
Q. Were you present for any discussions prior to the robbery?
A. They were leaving with Dwight Forte.
Q. Who is they?
A. Christopher Altamirano and Joseph Thompson.
MR. VAZQUEZ: If I could publish Government's Exhibits 14 and 17.
THE COURT: All right.
BY MR. VAZQUEZ:
Q. Do you recognize the images on the screen?
A. Yes.
Q. What are they?

A. On the left is Joseph Thompson and on the right is Dwight Forte.
Q. What were they doing?
A. They said they were going to go bust a mission or handle something.
Q. Who said that?
A. Dwight Forte and Christopher Altamirano.
Q. Where did they go?
A. I don't know where they went.
Q. How did they leave?
A. In Dwight's car.
Q. What does Dwight's car look like?
A. Orange Magnum, Dodge Magnum.
Q. What happened after they left?
A. I went inside with Maurin Chacon and they came back probably like 45 minutes to an hour later.
Q. Who was with you when they returned?
A. Me and Maurin Chacon.
Q. What happened after Forte, Altamirano and Thompson returned?
A. They were talking about a robbery they did and showing us like a phone and a wallet they took.
Q. Who was talking about that?
A. Altamirano and Dwight Forte.
Q. Were you present during any discussions about what should

be done with the victim's stuff?
A. Actually Forte and Altamirano got into a fight because they did not want to break -- they did not want to share with Forte.
Q. Who didn't want to share with Forte?
A. Altamirano.
Q. What happened after that.
A. Cops showed up.
Q. Who was present when the police showed up.
A. Me, Forte, Maurin Chacon, Carlos Tinoco, Joel Diaz, Joseph Thompson.
Q. On November 20th and November 21st, 2013 before the police arrived were you aware of a firearm being in the building?
A. Yes.
Q. How did you become aware of that?
A. When they talked about it.
Q. Who talked about it?
A. Altamirano.
Q. What did he say?
A. That he had a gun.
Q. Were you aware of any other firearms in the building?
A. No.
Q. After the dispute, the fight you talked about, what happened to Altamirano?
A. When the cops showed up we turned off our lights, and I didn't see him anymore until we got to the station.

Q. Where was he when the police arrived?
A. I don't know.
Q. Was he with you?
A. No, he wasn't with me.
Q. Were you detained?
A. Yes.
Q. What happened while you were detained?
A. I went to the interrogation room and I cooperated.
Q. What does that mean?
A. I told them what happened.
Q. What happened after you spoke with the police?
A. I was let go, they dropped me back off.
Q. Were you still a part of the BMT at that point?
A. At that point, yes.
Q. What happened after that?
A. I got into -- Miguel Rodriguez at the same time was getting a call from Maurin Chacon at TGK, the jail.
Q. How do you know that?
A. They told me Tiny was on the phone.
Q. What happened?
A. He passed the phone to me and Tiny was telling me that -- how come I was not there with them, that I was snitching, and I denied it.
Q. Why did you deny it?
A. That's not something you say, yes, I am snitching.

**Q. Why?**
**A. You lose respect -- a lot of consequences.**
**Q. What happened after your conversation with Defendant Chacon?**
**A. He just said I was snitching, and I gave the phone back to Fat Boy -- Miguel Rodriguez.**
**Q. What happened after the phone was returned to Miguel Rodriguez?**
**A. I continued on with my day and at nighttime Angel Martinez was there with me when I was selling, and he told me I better leave before Tiny comes.**
**Q. Were you ever involved in a fight with Miguel Rodriguez?**
**A. Yes.**
**Q. How did that happen?**
**A. The following day in the morning I was walking to the store by myself and they were coming from 11th Avenue -- and Miguel Rodriguez he said, oh, you snitched on Peter Baitz, and he started swinging at me.**
**Q. What happened after that?**
**A. I had a busted lip, and then after that -- there were a lot of people at the store; he just stopped and I left the scene.**
**Q. Showing you what has been admitted into evidence as Government's Exhibit 25. You say the store. Is that what you are talking about?**
**A. Yes, sir.**

Q. Using the screen if you can, where were you?
A. It's not working.
Q. If you can describe it using --
A. On the right side where the dark pickup truck is right there.
Q. Is that correct?
A. Yes.
Q. And what were you doing prior to being attacked?
A. I was going to get breakfast at the cafeteria.
Q. Were you selling drugs there?
A. No.
Q. You said Miguel Rodriguez did this. Who is this?
A. Miguel Rodriguez.
Q. Was this before or after the warning you got from Angel Martinez?
A. After.
Q. What did Angel Martinez tell you?
A. I better leave the trap before Tiny comes because he wants to beat my ass.
Q. What happened after you finished your run-in with Miguel Rodriguez?
A. I went back to the house I was staying at.
Q. What happened at that point?
A. Probably a couple hours later towards like 2, 3:00 in the afternoon there was a knock on the door and it was Carlos

Tinoco and Maurin Chacon.
Q. Showing you what has been admitted into evidence as Government's Exhibit 7. Who is that?
A. Carlos Tinoco.
Q. What happened after the knock on the door?
A. Soon as I opened the door they looked at me and started swinging at me.
Q. What happened to you?
A. I got a busted nose; I started bleeding from my nose. The guy in the house with me got in the way and kind of tried to split it up.
Q. How long were you being attacked for?
A. I would say a good minute, minute and a half.
Q. Where were you while you were being hit?
A. I was inside the apartment.
Q. Were you standing?
A. I was standing.
Q. What were you doing?
A. I ducked my head down and I was covering my head and my face.
Q. How did it stop?
A. The guy in the apartment was bigger than him so he got in the way and told them to leave, and they left.
Q. Was that the last day of your BMT membership?
A. Yes.

Q. Were you close with the defendants?
A. Somewhat, yes.
Q. Were you friendly with them?
A. Yes.
Q. How many days a week would you see them during the year 2013?
A. Every day.
Q. Mr. Guzman, were you present when marijuana was being sold by any of the BMT members during the year 2013?
A. Yes.
Q. Who sold marijuana?
A. Myself, Raymond Moore, Luis Salas, Christopher Altamirano, Maurin Chacon.
Q. Did you report your assault on November 22nd to the police?
A. No, sir.
Q. Why not?
A. I was scared.
Q. Earlier you referenced correcting customers; do you recall that?
A. Yes.
Q. How were customers corrected during the year 2013 while you were a member of the BMT?
MR. HOROWITZ: Objection, asked and answered.
THE COURT: Overruled.
THE WITNESS: Verbally for the most part.

BY MR. VAZQUEZ:
Q. Aside from verbally how were these customers corrected?
A. I have never seen a customer being corrected physically.
Q. Did you ever hear of it?
A. Not that I can recall.
Q. Were customers ever yelled at.
A. Yes.
Q. Were customers ever intimidated?
A. Yes.
Q. How would they do that?
A. Verbally mostly.
Q. During the year 2013 were you ever present or did you ever participate in a conversation with Christopher Altamirano about a specific prostitute and your relationship with her?
A. Yes.
Q. When did that happen?
A. I think it was October, beginning of November 2013.
Q. Who was that?
A. Molly.
Q. What was said to you?
A. That if I wanted to hook up with her I have to pay them.
Q. Mr. Guzman were you ever present during the year 2013 when powder cocaine was sold by a BMT member?
A. Yes.
Q. Who sold powder cocaine?

A. Little J.
Q. You earlier described Mr. Flores as different from the other defendants, correct?
A. Yes.
Q. Was Mr. Flores a formal member?
A. He was not really a member.
Q. Was he allowed to sell in BMT territory?
A. Yes.
Q. Were you present when defendant Flores would sell drugs?
A. No. I sent him customers, and he sold to me before.
Q. Did you resell narcotics that were given by defendant Flores?
A. No.
Q. Did you ever send Flores customers to purchase drugs off of him?
A. Yes.
Q. Did Defendant Flores ever acknowledge that?
A. Yes.
Q. Did he thank you?
A. Yes.
Q. When did that happen?
A. In 2013.
Q. How many times?
A. I can't recall exactly how many times, maybe 3, 4, 5 times.
Q. Were you present when other members of the group would send

customers to Defendant Flores?
A. Yes.
Q. When was that and who?
A. Carlos Tinoco, Luis Salas.
MR. VAZQUEZ: Your Honor, tender the witness.
THE COURT: All right. Cross examination.
BY MR. GONZALEZ:
Q. Good afternoon, Mr. Guzman.
A. Good afternoon.
Q. How old are you, Mr. Guzman?
A. 21.
Q. Prior to moving into the Little Havana area in 2012, 2013 what part of town did you live? You don't have to give us any specifics, but what area?
A. In Kendall.
Q. When you were living in Kendall you were already selling drugs, correct?
A. Yes.
Q. You were selling marijuana?
A. Yes.
Q. You were selling Xanax bars?
A. Yes.
Q. You were selling Molly?
A. No.
Q. What other narcotics were you selling when you were living

in Kendall?
A. Just marijuana and Xanax.
Q. Were you selling any cocaine at that point?
A. No.
Q. So you had people that had nothing to do with the Little Havana area that were providing to you marijuana for you to sell, correct?
A. Yes.
Q. And also providing you Xanax bars?
A. The people that provided Xanax lived in Little Havana.
Q. It had nothing to do with Maurin Chacon?
A. No.
Q. This started at what age?
A. When I was 17.
Q. So for at least a couple years prior to your moving into the Little Havana area you were already selling narcotics?
A. Yes.
Q. You said in your testimony that you sold marijuana to people like my client Mr. Chacon?
A. Yes.
Q. When you met Mr. Chacon you were the one actually supplying narcotics, correct?
A. Yes.
Q. And when you were -- when you met Mr. Chacon you met him also as a rapper, correct?

A. Yes.
Q. And as a matter of fact you were aware that Mr. Chacon had already put out several videos and recordings that had to do with BMT, correct?
MR. VAZQUEZ: Objection, relevance.
THE COURT: Yes. But I will allow a limited inquiry.
MR. GONZALEZ: All right.
BY MR. GONZALEZ:
Q. You go by the name of DJ Kanan?
A. You were a DJ -- besides selling drugs you were a DJ?
A. Yes.
Q. As a DJ did you also lined up studio time for BMT for Mr. Chacon to make recordings?
A. Yes.
Q. And you did that -- that had nothing to do with narcotics sales, correct?
A. No.
Q. And you were also aware that Mr. Chacon was involved in construction? You worked construction at periods of time as well?
MR. VAZQUEZ: Objection, relevance.
THE COURT: Also hearsay.
BY MR. GONZALEZ:
Q. Did you know whether or not --
THE COURT: I sustained the objection. That's how that

works.

BY MR. GONZALEZ:

Q. And when you were with Mr. Chacon was there a time -- in 2013 -- when basically you and he would be smoking pot?

A. Correct.

Q. And there would be a lot of drinking?

A. Yes.

Q. Isn't it a fact that when Mr. Chacon did a lot of drinking he sometimes got into verbal altercations with you and others?

MR. VAZQUEZ: Objection, relevance.

THE COURT: Overruled.

BY MR. GONZALEZ:

Q. Did Mr. Chacon drink too much at times?

A. Yes.

Q. You were aware that -- let me back track. During that period of time 2012, 2013 you were homeless for a period of time?

A. Yes.

Q. You were homeless and staying in this abandoned building -- abandoned buildings

A. Yes.

Q. During that period of time Mr. Chacon and others were also homeless and staying there with you there?

A. Yes.

Q. Now when you met Chacon and the Big Money Team first came

up, that came up in the context of a rap group, right?
A. No.
Q. When you were doing DJ'g and promotions didn't the BMT come up as -- for purposes of events where they would go and play at the King of Diamonds and other places like that?
MR. VAZQUEZ: Objection, relevancy.
THE COURT: He answered your question, so ask another one.
BY MR. GONZALEZ:
Q. Were you involved with Mr. Chacon at the King of Diamonds?
A. No.
Q. Were you aware of that?
A. Yes.
Q. And in your dealings with him, Mr. Chacon wanted to be a rapper, that was his goal, right?
MR. VAZQUEZ: Objection, relevance and hearsay.
THE COURT: Yes, sustained.
BY MR. GONZALEZ:
Q. So you would sell pot to Chacon for personal use?
A. Yes.
Q. Chacon never sold you pot, correct?
A. No.
Q. Chacon never sold you crack cocaine?
A. No.
Q. And whenever you were involved in the sales that you made

you never had to pay any money to Mr. Chacon, correct?
A. No.
Q. You never had to give him a cut or percentage of your dealings, correct?
A. Correct.
Q. So whatever you sold you kept your own profits?
A. Yes.
Q. Chacon during the period of time you were living in the abandoned buildings, he did not stay there all the time, correct?
A. Correct.
Q. There were times he was at home with his family, right?
A. Correct.
Q. But there were points in time where he ended up back as being homeless with you at the abandoned building?
A. Correct.
Q. It would be correct to say that Chacon was not your supplier, he did not supply you with drugs, correct?
A. Correct.
Q. And Mr. Chacon did not give you any orders as to what drugs you could sell or anything of that nature, correct?
A. Correct.
Q. Mr. Chacon was not your boss, correct?
A. Correct.
Q. Let's get to a couple of events you have testified to.

Let's deal first with Gabriel Alfonso. I think in response to Mr. Vazquez's questions you referenced him as Gato?
A. Correct.
Q. And for those that don't speak Spanish, that's a cat, it is a nickname?
A. Correct.
Q. Gato you testified with regard to an alteration, a fight that Mr. Chacon was involved in with this individual, correct?
A. Correct.
Q. And you know that fight was over a girl, correct?
A. I don't know why the fight took place.
Q. You were the person that knew Gato, correct?
A. We all knew Gato.
Q. Gato had your phone number?
A. Correct.
Q. You had his phone number, right?
A. Correct.
Q. Did you supply drugs to Gato?
A. No.
Q. Did Gato supply drugs to you?
A. Yes.
Q. What sort of drugs did Gato or Gabriel Alfonso supply to you?
A. Cocaine.
Q. So Gabriel Alfonso was one of your suppliers of cocaine,

correct?
A. Correct.
Q. And that is why he had your phone number, right?
A. Correct.
Q. And the day of the fight between Mr. Chacon and Mr. Alfonso it is Gato or Gabriel Alfonso that calls you to initiate the fight with Chacon?
A. Correct.
Q. It wasn't Chacon asking you get ahold of this guy Gato because I want to get into a fight with him?
A. No.
Q. Were you present for that alteration?
A. No, sir.
Q. You were not present for that alteration?
A. No.
Q. You said you don't know that the fight was over a girl?
A. Correct.
Q. You don't know what the fight was about just that Gato called you and said that he wanted to fight with Chacon?
A. Correct.
Q. What you are saying is Gato got into the fight and apparently his hair was being pulled, he was losing the fight?
A. Correct.
Q. Was Chacon drinking that day?
A. Yes.

Q. Was he intoxicated in your humble opinion?
A. Yes.
Q. How long was Alfonso supplying cocaine to you?
A. About five times maybe.
Q. That would have been 2012, 2013?
A. Correct.
Q. Did you know him before moving to the Little Havana area?
A. No.
Q. So you met him in that area, that neighborhood?
A. Yes, sir.
Q. Did you have any run-ins with Chacon over his music, meaning you didn't like the money he was putting out?
A. No.
Q. You never had a confrontation with him over anything that was produced at his studio?
A. In a negative way, no.
Q. You would frequent the studio?
A. Yes.
Q. And Chacon would frequent the studio?
A. Yes,.
Q. You would not do any drug deals from the studio?
A. Correct.
Q. I am going to move on to the events of November 20th and November 21st, 2013. With regard to November 20th, 2013, you were staying in this abandoned building?

A. Correct.
Q. And Maurin Chacon was also staying in this abandoned building?
A. Yes.
Q. Now Maurin Chacon had nothing to do with whatever these other individuals went to do; he didn't order someone in your presence, correct?
A. Correct.
Q. You did not hear -- at no point did Maurin Chacon say, hey, I want you guys to go and commit a robbery; that did not take place?
A. Correct.
Q. You were there and you heard, as you testified, about a mission?
A. Correct.
Q. You said, I believe also, that a mission could be a robbery but it could be something else -- depending on what context you use it, right?
A. Correct.
Q. You did not order that mission either?
A. Correct.
Q. You basically found out about it when it was about to occur?
A. Yes.
Q. And you stayed behind in the abandoned building?

A. Yes.
Q. And so did Maurin Chacon?
A. Yes.
Q. Isn't it a fact that before these individuals came back that you and Chacon and others that were there had basically gone to sleep? It was almost 11 -- between 11 and 12 o'clock at night?
A. Yes.
Q. It was not until these individuals came back that you were woken up?
A. Correct.
Q. Were you woken up by the individuals or by the police?
A. By the individuals.
Q. You did not witness anyone turn over any proceeds, whether a cell phone, a wallet or anything to Chacon and say here's your part of what we did? That didn't happen, right?
A. Yes.
Q. Yes, it did or --
A. It did not happen.
Q. All right. You were taken down to the station that evening when the police came?
A. Yes.
Q. When the police came there you were the individual that first opened the door to let them in, or did the police basically knock the door down and come in?

A. They opened the window in the room I was in and told me to open the door or he was going to shoot me.
Q. Did you open the door to let law enforcement come in?
A. Yes.
Q. When that happened was Maurin Chacon awake or sleeping --
A. Everybody was awake.
Q. So the police came in. Were there narcotics there that were yours?
A. Yes.
Q. You had narcotics?
A. Yes.
Q. Did the police seize your narcotics or they failed to catch it?
A. I am not sure.
Q. You were taken down to headquarters, the police station?
A. Yes.
Q. You were interviewed by a female detective, correct?
A. Yes.
Q. And I believe her name is detective Maggie Cosner.
A. Yes.
Q. You recall being interviewed by a female detective?
A. Yes.
Q. Of the people that were taken down to the police station you were the only one that was not detained?
A. Yes.

Q. Some of the others like Mr. Chacon was charged with trespass, meaning being in that building without permission?
A. Yes.
Q. Did you have permission to be in that building?
A. No.
Q. Did you know that building prior to -- I believe there was a gentleman that passed away there at some point?
A. Yes.
Q. You knew the owner somewhat?
A. Yes.
Q. Did that person give you permission to stay there while you were homeless?
A. No.
Q. When you met with the detective she asked you about the robbery, right?
A. Yes.
Q. And you basically related that you were not a part of the robbery, right?
A. Correct.
Q. And you also told the detective that you had changed your ways and that you wanted to cooperate with law enforcement?
MR. VAZQUEZ: Objection to hearsay.
THE COURT: Sustained.
BY MR. GONZALEZ:
Q. As a result of your conversation was there an agreement

that you would cooperate with law enforcement?
A. Yes.
Q. Did you continue after that day to sell drugs on your own?
A. No.
Q. You are under oath and you are saying after that day you did not continue to sell drugs?
A. As you said, my drugs, I had them in the house when the cops came in and I lost everything.
Q. Let me ask you something, when you got released you said earlier you were dropped off in the area?
A. Correct.
Q. Did you have contact with a female by the name of Carmen near the abandoned building and communicated to her that you were looking for your drugs?
A. I don't recall.
Q. Now you have Facebook accounts?
A. Yes.
Q. How many accounts do you have? Do you have more than one Facebook account?
A. I have my personal Facebook account and my DJ Facebook account.
Q. Did you have also an Instagram account?
A. Yes.
Q. Did you promote and sell narcotics through Facebook?
A. No.

**Q. You are saying you did not post on Facebook where you were notifying that you had drugs for sale on occasion?**
**A. Correct.**
**THE COURT: Ladies and gentlemen, I think this is probably a good time for our afternoon break. Remember don't talk about the case. Get a cup of coffee, maybe some tea and we will be back in about ten minutes.**

**JURY EXCUSED**

**THE COURT: You can take Mr. Guzman back for a break as well.**

**WITNESS EXCUSED**

**THE COURT: Where are we going with this?**
**MR. GONZALEZ: We are going to go to the Facebook pages where he posted them, and I am going to question him.**
**THE COURT: You have already elicited from him that he met your client and your client wanted to be a rapper, and they did some recording, and so that has come out. We don't need to go to Facebook because that has come out.**
**MR. GONZALEZ: He just lied under oath, so I need to go to Facebook for impeachment.**
**THE COURT: Tell me exactly what is on Facebook that will impeach him. That's why I am asking where are we going?**
**MR. GONZALEZ: He just said he had not sold drugs using Facebook. On May 29th of 2011 he posts, selling bud, marijuana.**
**THE COURT: Okay.**

MR. GONZALEZ: That is the first one. And he is the author, DJ Kanan.

April ninth, 2013 he is talking about selling drugs, sold drugs in Hialeah and Allapattah.

THE COURT: He is talking about the fact he sold drugs in Hialeah. So that is not impeachment because he is not posting it for sale.

The May 29, 2011, is impeachment. And you, of course, are going to say, sir, showing you what is marked as Defendant's Exhibit 1, isn't it true you said that, and he will say yes or no.

MR. GONZALEZ: Yes, Your Honor. Also the day after the robbery, he posts on -- I got locked up last night for trespassing but I bonded out, which is not true.

And then he goes on to say -- the next entry is, can I open shop over there with crack?

THE COURT: That is impeachment, sure.

MR. GONZALEZ: I am starting a new team -- excuse the word -- niggas that really F-U-C-K with me.

THE COURT: Okay.

MR. GONZALEZ: So those are those entries. Then on November 23rd of 2013 his interaction is that he wants -- I want Kush, meaning he wants marijuana.

I don't know if the Government is going to call her or not, but we may subpoena the detective. Because he gave her

this rosy account of how he changed his life, and that's why he wanted to cooperate with law enforcement. And so that goes to his credibility that he is not a truthful individual.

THE COURT: Got it.

MR. GONZALEZ: There are more, Your Honor, but I will only do two additional ones after that.

And that is December 4th of 2013, which is just a few months later, and he is talking -- he says, you don't know who buys Mollies by the weight, and then he goes on to say, I got eight ounces.

THE COURT: Okay.

MR. GONZALEZ: And then there's another one he is talking about how much for a ball. We are not talking about baseball here. That is December 16, 2013.

In the timeframe just before getting arrested and indicted, March 27th of 2014, his entry is work and trapping. Mr. Vazquez clearly got out of him what trapping is all about.

There is one more, since he says he is not a supplier, on January 24th of 2013 he says clearly in an entry, I am the supplier.

This is just to go to show that he continued -- he didn't change his ways.

THE COURT: All right. We're going to be direct, clean, in and out; don't repeat what he says, just go in and impeach him.

MR. GONZALEZ: I am just laying it out. I will show him the pages and say you posted this on Facebook.

THE COURT: All right. Five minutes.

RECESS TAKEN

THE COURT: Please be seated everyone.

BY MR. GONZALEZ:

Q. You testified you go by the name of DJ Kanan?

A. Correct.

Q. Showing you what has been marked for identification as Chacon 1 A. You see there January 24, 2013. You are the author here, DJ Kanan?

A. Correct.

Q. You posted on your Facebook account, page 4992, weed, Mollies, bars and coke?

A. I see it there; I don't recall it.

Q. Weed, Mollies, bars and coke are drugs, correct?

A. Correct.

Q. At the bottom of the page there, you are the author on the same date, January 24, 2013.

It says I am the supplier, correct?

A. Correct.

Q. Mr. Guzman, showing you what has been marked for identification as Chacon 1 B. These are Facebook account entries. May 28th, 2011 -- again, you are the author. It says, I am going to start trapping that girl; is that correct?

A. Correct.
Q. You were not running a prostitution ring, right?
A. Correct.
Q. And the next entry says -- you are the author -- so if you got custos, you are ready.
That's your entry?
A. Correct.
Q. And custos is marijuana?
A. Custos is customers.
Q. And bud customers would be marijuana customers, correct?
A. Yes.
Q. Showing you what has been marked for identification as Defendant Chacon 1 C. Again, you are the author.
I got locked up last night for trespassing but I bonded out. That is with regard to the robbery of November 20th, November 21, 2013, correct?
A. Correct.
Q. You did not bond out, you were let go?
A. Exactly.
Q. The next entry is November 22, 2013, you are the author and it says, I opened up shop over there with I guess that's with crack, correct?
A. Correct.
Q. And crack would be crack cocaine?
A. Correct.

Q. Showing you what has been marked for identification as Defendant Chacon 1 D. I am going to refer you to the first entry, November 23rd of 2013.
That would have been basically the next day, right?
A. Correct.
Q. And you are the author. And the body says I want Kush, K-U-S-H.
A. Correct.
Q. And Kush is what marijuana?
A. Yes.
Q. Showing you what has been marked for identification as Defendant Chacon 1 E, and the entry is December 4th, 2013.
It says, I got eight ounces?
A. Correct.
Q. And that would have been eight ounces of marijuana or cocaine, if you know?
A. I don't know.
Q. But it was narcotics?
A. Yes.
Q. Illegal narcotics?
A. Correct.
Q. Showing you Defendant Chacon 1 F. These are entries for December 16, 2013. It is the first entry, you are the author, and the body says, how much for a ball.
A. Yes.

Q. That would have been a ball of what?
A. Cocaine.
Q. Showing you Defendant Chacon 1 G. March 27th, 2014. You are the author, DJ Kanan, and there it says work and trapping, correct?
A. Correct.
Q. That would have been legitimate work, and trapping would have been the illegal activity?
A. Correct.
Q. And the last one I am going to show you, Mr. Guzman, is Defendant Chacon 1 H, and that's an entry for January 3rd of 2014. Again, you are the author.
It says, I got lean on deck all day. And the following entry says, 400-dash bottle. You recognize that?
A. Yes.
Q. That would have been illegal drugs?
A. Yes.
Q. What drug was that?
A. Cough syrup.
Q. Like codeine or --
A. Yes.
Q. It is an illegal narcotic?
A. Prescription.
Q. And you did not have the prescription?
A. Right.

Q. After you agreed to cooperate with the police you still continued to sell drugs?
A. Yes.
Q. As a matter of fact, you got arrested with this matter on June 14th of 2014, correct?
A. Yes.
Q. And the last one I showed you, the last series, was just months before you were arrested in this case?
A. Correct.
Q. You testified that BMT does not have a leader, correct?
A. Correct.
Q. There is no initiation fee to get involved, you don't have to pay any money or anything of that nature?
A. Right.
Q. You don't have to fight someone in order to be accepted in the BMT, right?
A. Correct.
Q. There are no colors where everyone wears blue or orange or anything -- nothing of that nature?
A. Correct.
Q. You did not have to pay any dues to anyone, meaning to be a member of the BMT is going to cost me X amount of dollars per month?
A. Correct.
Q. There were not meetings where you got together to plan out

what is next for BMT, correct?
A. Correct.
Q. You testified earlier today that you had witnessed several robberies?
A. Correct.
Q. When you were arrested on June 18th, 2014, you basically said you had never witnessed any robberies, correct?
A. Correct.
Q. You had one meeting with law enforcement, which was on the night of November 20th, early morning hours of November 21st. You did not mention witnessing any robberies at that time, correct?
A. Correct.
Q. June of 2014 you did not mention witnessing any robberies, correct?
A. Correct.
Q. After you were arrested on June 18th, 2014, how many times since then have you met with law enforcement in order to prepare you for your testimony in court?
A. About four times.
Q. During those four meetings were any of those meeting recorded, if you know?
A. I don't know.
Q. No one told you they are going to record what was going on, right?

A. No.

THE COURT: Are you talking about witness prep, Mr. Gonzalez?

MR. GONZALEZ: Yes.

THE COURT: No, no, no no.

BY MR. GONZALEZ:

Q. When you were talking with the detectives on June 18th of 2014 you indicated that you had not witnessed any robberies and that -- if anyone committed a robbery it was basically to get money for whatever purposes they wanted, correct?

A. I don't recall.

MR. GONZALEZ: If I may I have one moment, Judge.

THE COURT: Yes.

BY MR. GONZALEZ:

Q. When you testified last week on direct examination you indicated, including this case, you had five felony convictions?

A. Yes.

Q. Several of your felony convictions were basically burglaries of vehicles?

A. Yes.

Q. That is during the period of time you were homeless?

A. Correct.

Q. So when you were breaking into someone's car you were trying to get money to basically maintain yourself to survive?

A. Correct.
Q. You were not breaking into someone's car to get money to buy more drugs, you were trying to sustain yourself, right?
A. Both.
Q. But that's what you, did to break into cars?
A. Yes.
Q. You say you are 21 years old?
A. Yes.
Q. You have been sentenced to 108 months, that is nine years?
A. Correct.
Q. There was mention that the Government asked you get even more time, 210 months?
A. Correct.
Q. You are aware that your release date is November 1st of 2022?
A. I was not aware.
Q. At the jail, the FDC, have you met with your counselor with regard to your release date?
MR. VAZQUEZ: Objection, Your Honor.
THE COURT: Sustained, he doesn't know.
MR. GONZALEZ: I will move on, Judge.
BY MR. GONZALEZ:
Q. You are testifying with the hope of getting even less time than the nine years you got?
A. Correct.

Q. You are hoping the Government will file what is known as a Rule 35 so that the Judge can consider and determine whether to give you less time?
A. Correct.
Q. When you were arrested initially on June 18th you told law enforcement everybody sold for themselves -- is that basically what you said?
A. Yes.
MR. GONZALEZ: Okay. Thank you.
THE COURT: Thank you. Mr. Horowitz.
BY MR. HOROWITZ:.
Q. I will start where Mr. Gonzalez left off.
A. Okay.
Q. You are hoping at the end of the day to get a sentence reduction so you don't have to do nine years?
A. Correct.
Q. The only way that can happen is if a Rule 35 is filed?
A. Correct.
Q. That is a motion that is filed stating that you have indeed provided substantial assistance?
A. Correct.
Q. And your understanding of the law is that your lawyer Mr. Suri cannot file that motion?
A. Correct.
Q. Who is the only person that can file that Rule 35 for you?

A. I believe the Judge.
Q. How about Mr. Vazquez?
A. I didn't know that.
Q. Only the Government can file the motion to reduce your sentence that gives the Court to power to do so, correct?
A. Correct.
Q. You have pled guilty in this case?
A. Yes, sir.
Q. You pled guilty to conspiracy to possess with intent to distribute in excess of 28 grams of crack cocaine, correct?
A. Correct.
Q. Are you sure?
A. I am not sure.
Q. Do you know what you pled guilty to?
A. I can't recall at the moment.
Q. The crime you pled guilty to carries a five year minimum up to a maximum of 40 years in prison?
A. Yes.
Q. The Judge told you that when you pled guilty?
A. Yes.
Q. The crack cocaine you have talked with the ladies and gentlemen, you testified that you sold 1 or 2 grams of crack cocaine a day for, in your words, for 11 months?
A. Yes.
Q. Is it fair to say about 30 days in every month?

**A. Yes.**

**Q. And in those 30 days you would have sold between -- in your estimation since you did not have a little pad or ledger where you kept track of the drugs you were selling?**

**A. No.**

**Q. So we have to rely on what you say?**

**A. Yes.**

**Q. For 11 months of those 30 to 60 grams a month that would be somewhere in the neighborhood of 330 to 630 grams of crack cocaine.**

**A. Yes.**

**Q. As a matter of fact, if you are over 280 grams it is a 10 year minimum mandatory up to a mandatory of life imprisonment?**

**A. I did not know that.**

**Q. You did not get charged with that, did you?**

**A. No.**

**Q. How much marijuana would you sell on a given day?**

**A. About maybe 4, 5, 6 grams a day.**

**Q. You are guessing, correct?**

**A. Yes.**

**Q. The same with the crack cocaine, you have no idea?**

**A. I know, more or less.**

**Q. More or less, but you did not keep track?**

**A. Correct.**

**Q. There are no books or ledgers to help refresh your**

recollection?
A. Correct.
Q. There are no tape recordings for you to listen to?
A. Correct.
Q. Back in 2012 Mr. Gonzalez talked with you about breaking into cars?
A. Yes.
Q. You were convicted for that a bunch of times?
A. Yes.
Q. You do these, missions as you have described, to steal things, correct?
A. Somewhat.
Q. You stole the car; did you not?
A. I did not steal a car.
Q. A car was previously stolen, and you knew it?
A. I broke into the car.
Q. And you took things?
A. Yes.
Q. You would steal people's GPS's?
A. Yes.
Q. You would steal whatever valuables there were in the car?
A. Yes.
Q. And this was to support your drug habit back in 2012?
A. Somewhat.
Q. Back in 2012 were you smoking pot?

A. Yes.
Q. How much per day?
A. I don't know.
Q. You did not keep track because you were stoned every day?
A. Yes.
Q. You smoked crack?
A. Couple times.
Q. How about after you joined, as you have described BMT, how much crack did you smoke?
A. I don't know.
Q. You didn't keep track of that?
A. No.
Q. Do you still smoke pot every day?
A. Yes.
Q. Do you still smoke crack every day?
A. Not every day.
Q. How often?
A. I don't know.
Q. But it wasn't every day?
A. No.
Q. When you were smoking pot every day did this make your memory better?
A. I don't know.
Q. As a matter of fact, it made it worse, did it not?
A. I don't know.

Q. How about alcohol, do you use alcohol as well?
A. Sometimes.
Q. But you smoke pot every day?
A. Yes.
Q. Did there come time because of the amount of pot you smoked every day that you did not remember things that happened from the day before?
A. Possibly.
Q. Is it your testimony your memory has gotten better over time?
A. I never said that.
Q. You used pot every day for how long?
A. I am not sure.
Q. You have been in custody since about December 2014, January of 2015?
A. Since January 8th.
Q. That's when you stopped smoking pot?
A. I stopped smoking when I was released on June 20th, 2014.
Q. During the events of November 20th and November 21st of 2013 you were smoking pot the whole day?
A. Yes.
Q. All the way up until you were arrested in June of 2014?
A. Yes.
Q. You were smoking pot every day up until the time you were arrested Federally --

THE COURT: I think we have it, Mr. Horowitz. Next topic.

MR. HOROWITZ: Yes, Your Honor.

BY MR. HOROWITZ:

Q. Now, when were you initiated into the BMT?

A. Around that time.

Q. December 2012?

A. Yes.

Q. When you were initiated was there a ceremony?

A. No.

Q. Was there any cutting where you became blood brothers?

A. No.

Q. Did you get a hat or T-shirt that said BMT on it?

A. No.

Q. Did you get a card saying you were a member of BMT?

A. No.

Q. There were no BMT colors, correct?

A. Correct.

Q. You did not get a BMT tattoo?

A. No.

Q. You didn't swear an oath to BMT?

A. No.

Q. Tell the ladies and gentlemen of the jury what a $20 piece is.

A. Two rocks.

Q. Two rocks of what?
A. Crack cocaine.
Q. And you have sold a $20 piece before?
A. Yes.
Q. If you sold a customer a $20 piece how much did you have to pay BMT?
A. Nothing.
Q. How much did you have to pay Christopher Altamirano?
A. Nothing.
Q. How much did you have to pay anyone associated with BMT?
A. Nothing.
Q. You didn't have to split it with anyone, right?
A. Yes.
Q. Same thing with marijuana, when you were selling pot if you sold $10 worth of pot how much did you keep?
A. $10.
Q. Did you have to pay anything to BMT, or the organization as you have called it?
A. No.
Q. In response to the prosecutor's questions you talked about shared cell phones?
A. Yes.
Q. Some of the people you testified to had their cell phone numbers?
A. Correct.

Q. No one is using a landline, you are using cell phones?
A. Yes.
Q. Who paid for your cell phone?
A. I did.
Q. Who paid for Christopher Altamirano's cell phone?
A. He did.
Q. Everybody you testified to was responsible for their own cell phones?
A. Correct.
Q. There was no master BMT cell phone, correct?
A. Correct.
Q. There was no BMT switchboard where everybody would call to get what corner to stand on, correct?
A. No.
Q. You stated you shared customers?
A. Correct.
Q. When you used the phrase shared customers it was because if someone came up to you trying to buy drugs and you were out -- for example, if you had crack in your back pocket and someone came up to buy pot, you would send them somewhere else, say go see this guy or that guy, correct?
A. Correct.
Q. And you would not receive money for the other person's pot sale, correct?
A. Correct.

Q. In response to the Government's question you said that territory was enforced, correct?
A. Yes.
Q. Nobody pulled out any guns?
A. Correct.
Q. Nobody said if you come back I will shoot you?
A. Correct.
Q. Nobody did that?
A. Not that I know of.
Q. You talked about people selling at night and during the day?
A. Correct.
Q. When you talked about people selling at night you mentioned one person, Angel Martinez?
A. Correct.
Q. And no one else, correct?
A. Correct
Q. You were on the street selling drugs until the date you were arrested in June of 2014?
A. No.
Q. You were definitely selling on the street before that -- until after the robbery?
A. Yes.
Q. Did you sell out in the street after the robbery?
A. Sometimes.

Q. All the way up until the time you were arrested in June of 2014?
A. Correct.
Q. The person sitting here before the ladies and gentlemen, that is not how you acted while you were on the street?
A. Correct.
Q. You did not cooperate with the cops while you were on the street?
A. I did.
Q. Let me take you back -- let's talk about October 24th, 2013. Do you remember that date?
A. No.
Q. You don't remember any dates, do you?
A. I may recall.
Q. Were you smoking pot that day?
THE COURT: Let's move on, Mr. Horowitz.
BY MR. HOROWITZ:
Q. On October 24th, 2013 do you recall be approached by an undercover officer and being given $60 for drugs?
A. Yes, by a customer.
Q. The customer turned out to be a confidential informant with the City of Miami Police Department?
A. Correct.
Q. You remember that?
A. Yes.

Q. Do you remember stealing the 60 bucks?
A. Yes.
Q. They approached you -- officers with the City of Miami Police Department approached you to buy $60 worth of drugs and you stole their money?
A. Correct.
Q. Is that when you were cooperating with the police?
A. No.
Q. Let's talk about September 26, 2013. Do you know who Officer Coladas is?
A. Yes.
Q. Who is that?
A. City of Miami police officer.
Q. He used to hassle you all the time?
A. Yes.
Q. Stop you in the street almost every day?
A. Yes.
Q. Not 3 or 4 times but almost every day?
A. Yes.
Q. He would pat you down, see if you had drugs on you?
A. Yes.
Q. See if you had a gun on you?
A. Yes.
Q. On September 26, 2013, did he see you riding a bicycle?
A. Yes.

Q. Did you cooperate with him?
A. No.
Q. You ran?
A. Yes.
Q. Or you rode away on your bicycle?
A. I ran.
Q. He was chasing you with the lights on in his police car?
A. No, he chased me on foot.
Q. Did you see the lights on his police car?
A. No.
Q. After he started chasing you did you say I am going to cooperate with law enforcement?
A. No.
Q. Did you stop?
A. No.
Q. After he tasered you did you stop?
A. Yes.
Q. Did you tell Officer Coladas here's the crack I have in my hand?
A. No.
Q. You didn't cooperate with him then either, did you?
A. Correct.
Q. After he tasered you, you threw the drugs away?
A. Yes.
Q. Six days before on September 20th you ran into the cops

again?
A. Yes.
Q. They arrested you again?
A. Yes, sir.
Q. Because you were making hand-to-hand marijuana sales?
A. I was buying marijuana.
Q. For your own personal use?
A. Yes.
Q. Just about six weeks before that on August 2nd, 2013, you ran into Officer Coladas again?
A. Yes.
Q. Do you remember this date?
A. If you tell me what happened I will remember it.
Q. Officer Coladas came up to talk to you like he would on almost every other day?
A. Yes.
Q. You dropped something to the ground?
A. No.
Q. How about 13 rocks of crack cocaine?
A. He found it on me.
Q. You did not cooperate with him at that time, did you?
A. No.
Q. During this time period of 2013 you talked about robberies?
A. Yes.
Q. You talked about strong armed robberies and armed

robberies?
A. Yes.
Q. How many robberies did you do?
A. None.
Q. Not a single one?
A. No.
Q. You understand in your deal with the Government that you have no immunity for crime of violence?
A. Right.
Q. You could be prosecuted at any time for a crime of violence such as an armed robbery?
A. Correct.
Q. Since you were arrested in June of 2014 how many robberies have you been charged with?
A. None.
Q. You pled guilty to one count of conspiracy to possess with intent to distribute 28 grams or more of cocaine, marijuana and Mollies, correct?
A. Yes.
Q. The events we talked about on August 2nd, 2013, have you been charged with that in Federal Court?
A. Repeat the question.
Q. The case we talked about on August 2nd, 2013, where you were caught with 13 rocks in your pocket by Officer Coladas have you been charged with that in Federal Court?

A. I think so.
Q. Do you know what you were charged with?
A. Conspiracy.
Q. On September 26, 2013 when you were caught riding a bicycle and you were tased, were you charged with possession with intent to distribute crack cocaine on that day by the Federal Courts?
MR. VAZQUEZ: Objection, calls for a legal conclusion.
THE COURT: Right. Mr. Horowitz, I don't even know what you are talking about so why don't you rephrase the question.
BY MR. HOROWITZ:
Q. Other than the conspiracy charge, have you been charged with any of these other specific incidents?
A. Not in Federal Court.
Q. Mr. Guzman where did you get your marijuana from?
A. Different people.
Q. Who?
A. Lot of different people.
Q. Who?
A. A guy from Kendall named Peter, some people from the neighborhood.
Q. Who did you get your crack from?
A. Same suppliers that your defendant would use.
Q. Who is my defendant?

A. Altamirano.
Q. Who told you that?
A. He did.
Q. Tell me when Christopher Altamirano would supply you with crack cocaine?
A. He made the call for me to get the crack cocaine.
Q. Who did he call?
A. Baker.
Q. Baker was your source of supply?
A. I met him through Altamirano.
Q. Baker is the one you dealt with by yourself to get your crack, correct?
A. After a couple of transactions through Altamirano.
Q. How about your marijuana supplier, those were your people?
A. Yes.
Q. You had to feed your habit as well as sell, correct?
A. Yes.
Q. In addition, you made money selling drugs?
A. Yes.
Q. Robberies, breaking into cars and stealing GPS's is not something that needed to be done because you were making money selling drugs?
A. Yes.
Q. You didn't sell drugs because you lost money you sold because you made a profit?

A. Yes.
Q. That profit is what you turned into more drugs to sell on the street?
A. Yes.
Q. You talked about guns and firearms. You said it was important to have a gun if you were selling at night?
A. I did not say it was important.
Q. You said it was there?
A. Yes.
Q. You never possessed a firearm, right?
A. No.
Q. Never stole a gun?
A. Not that I can remember.
Q. Never had a firearm in your hands?
A. Yes.
Q. When did you have a firearm in your hands?
A. When Altamirano told me where he left it.
Q. You went and got it?
A. I left it there --
Q. You said it was in your hands. Which one is it, Mr. Guzman?

THE COURT: Mr. Horowitz, you asked a question so wait a moment, and then Mr. Guzman you answer.

All right.

THE WITNESS: He told me to check if the gun was

there; when he left I went and checked, it was there.

BY MR. HOROWITZ:

Q. This was at night?

A. Yes, sir.

Q. Your testimony was only Angel Martinez sold at night, correct?

A. You asked if any specific person only sold at night. Angel Martinez only sold at night.

Q. You are a convicted felon?

A. Yes.

Q. You know you are not allowed to possess a firearm as a convicted felon?

A. No.

Q. Have you been charged with possession of a firearm by a convicted felon.

A. No.

Q. Now you talked about Gato and Gabriel Alfonso and the fight. Christopher Altamirano was not present, was he?

A. No.

Q. Now you talked about members of BMT being arrested. Do you recall that?

A. Yes.

Q. You said you would put money on the phone?

A. Yes.

Q. When you are in custody, as you know, in order to make a

call, especially from the County jail, you have to call collect?
A. Yes.
Q. Or you can pay for a call because a cell phone cannot accept collect calls?
A. Well it could accept collect calls.
Q. But you would have to put money on the account so the person in custody could make phone calls out?
A. Yes.
Q. Kind of like the commissary account?
A. Yes.
Q. That's something friends would do for friends?
A. Yes.
Q. And when someone is arrested it would be like passing the hat to raise money for their commissary account, everybody kicked in a few dollars?
A. Yes.
Q. The same goes for bond money -- sometimes the bail is more than one person or their family can afford?
A. Yes.
Q. So people would pass the hat to try to raise money for bail?
A. Yes.
Q. You didn't have to be a BMT member to contribute?
A. No.

Q. Mr. Guzman, you have been asked a lot about November 21st.
A. True.
Q. You never saw a robbery being committed?
A. Correct.
Q. You have no idea if a robbery was committed?
A. Correct.
Q. All you can testify is you saw Mr. Altamirano, Joseph Thompson and Dwight Forte leave together?
A. Yes.
Q. You don't know where they were going?
A. Correct.
Q. Why they were going?
A. Correct.
Q. They left and at some point you went to sleep, correct?
A. I went inside the house.
Q. You went inside the house, stayed up a little bit and went to sleep?
A. Yes.
Q. Ultimately that house is surrounded by police, correct?
A. Correct.
Q. You testified they were coming through the window?
A. Correct.
Q. Guns drawn?
A. No.
Q. When they brought you outside of the house how many police

officers did you see?
A. A lot.
Q. They were in the front of the house?
A. Yes.
Q. They were on the sides of the house?
A. Yes.
Q. The back of the house?
A. Yes.
Q. They were all around?
A. Yes.
Q. Inside the house as well, correct?
A. Correct.
Q. With all these police officers around, your testimony is the lights went out?
A. When we saw the cop lights through the window of the house we turned the lights off.
Q. Who turned the lights off?
A. We all did.
Q. Everybody had their own switch --
A. I don't know -- I probably did -- I don't remember.
Q. You don't remember who it was?
A. No.
Q. When the lights come back on it's your testimony with all the police officers all around that Christopher Altamirano was missing?

A. The lights never came on.
Q. The police didn't turn them on?
A. I was the first one out of the house.
Q. You talked about a wallet and cell phone that was supposedly stolen in the robbery?
A. Correct.
Q. Well, it was taken but you don't know if it was a robbery or not.
A. That's what they said.
Q. They being Joseph Thompson?
A. Joseph Thompson did not talk.
Q. As a matter of fact, Joseph Thompson was arrested with the phone, the wallet and the money, correct?
A. I don't know.
Q. You didn't see that?
A. I was the first one out of the house.
Q. You never saw Christopher Altamirano with a gun that night, correct?
A. I can't remember.
Q. If you saw him with a gun it's something you would have remembered, correct?
A. There are times he had guns that I didn't know.
Q. Listen to the question. I am not talking about times I am talking about November 20th going into November 21st, that specific date and time, you did not see Christopher Altamirano

with a gun?

MR. VAZQUEZ: Objection, asked and answered.

THE COURT: I actually don't know at this point. I am going to let it go one more time.

Mr. Guzman, on that date do you remember seeing Mr. Altamirano with a gun?

THE WITNESS: I can't remember.

THE COURT: Let's move on.

BY MR. HOROWITZ:

Q. After you were arrested on June 14th did you speak with the officers or agents regarding the robbery?

A. I believe I did.

Q. Do you recall being asked whether Mr. Altamirano had spoken with you about the robbery? Do you recall answering, not to me?

A. He was speaking in general. I was in the room where he was speaking so I heard him talk.

Q. But he was not talking -- you told the officers and the agents you were not really paying any attention to them?

A. I can't remember.

Q. That night you were taken where?

A. To the station downtown.

Q. City of Miami Police Department, police headquarters?

A. Yes.

Q. Did you get arrested that night?

A. No.
Q. Of all the people in the house were you the only one that was not arrested.
A. Yes.
Q. And they dropped you back in the neighborhood on the other side of 95?
A. Yes.
Q. When they dropped you off your first goal was to get back selling drugs?
A. Yes.
THE COURT: Let's take our last break of the day. Five minutes, ladies and gentlemen.
COURT SECURITY OFFICER: All rise, please.
JURY EXCUSED
THE COURT: Mr. Korchin, Mr. Donet, Mr. Rubio so much has been covered; I trust it won't be repetitive.
RECESS TAKEN
THE COURT: All right, gentlemen, the jurors have very graciously said they will work tomorrow 12 to 5 and Thursday from 1 to 5 and then Friday 9:30 to 4.
Please bring in the jury.
COURT SECURITY OFFICER: All rise, please.
THE COURT: Everyone may be seated.
Mr. Horowitz, you may continue.
MR. HOROWITZ: No further questions, Your Honor.

THE COURT: Mr. Korchin, cross examination.

BY MR. KORCHIN:

Q. Mr. Guzman, it would be fair to say that you do not know the total amount of crack cocaine involved in this case, correct?

A. Correct.

Q. And you don't know the amount of crack cocaine involved with any single defendant in this case?

A. Correct.

Q. In the year 2013 were you incarcerated?

A. Yes.

Q. How long were you incarcerated in the year 2013?

A. Couple of times, maybe a month or so.

Q. A month total or each time?

A. Sometimes less than a month because I bonded out. I would say maybe two months in total.

Q. Can you remember when you were arrested in 2013?

A. Yes.

Q. Each time?

A. I can't remember the exact date.

Q. What was the total time you were in jail in the year 2013?

A. About two months.

Q. What were you arrested for that year?

A. For crack cocaine, unoccupied burglaries; for marijuana. Pretty much it.

Q. That's the year you say you were involved with BMT and the people in that group?
A. Correct.
Q. Do you remember when in 2013 you met Rodolfo Portela, what month?
A. Maybe I would say February, March.
Q. Are you sure?
A. More or less.
Q. You are not sure, you are approximating?
A. Yes, sir.
Q. You are guessing?
A. Yes, sir.
Q. Can you recall how long during 2013 you knew Rodolfo Portela.
A. Approximately 3, 4 months.
Q. Out of all of 2013, right?
A. More or less, yes.
Q. Again, you are sort of guessing?
A. Yes, sir.
Q. You were interviewed by local police officers on June 14, 2014?
A. June 18th.
Q. June 18th, 2014?
A. Yes, sir.
Q. Do you remember being asked about whether you knew Rodolfo

Portela?
A. Yes.
Q. And your response was you knew somebody named Pablo?
A. Papo.
Q. Papo or Pablo?
A. Papo.
Q. After the incident of November 20th, 2013, the robbery, you initially testified you cleaned up your life and tried to go straight?
A. Yes.
Q. What is a strap?
A. A gun.
Q. After November 20th, 2013, you were contacted in January of 2014 to determine whether you had a strap to sell, correct?
A. I don't remember.
Q. You don't remember?
A. No.
MR. KORCHIN: May I approach the witness?
THE COURT: You may.
BY MR. KORCHIN:
Q. If you would take a look at the bottom of the document and the top of the next page.
Would this help you recall whether you were contacted January 18th, 2014, regarding whether you had straps for sale?
A. I see it there.

Q. Does that refresh your memory?
A. Yes.
Q. So on January 18th 2014 you were contacted to determine whether you had straps for sale?
A. Yes.
MR. KORCHIN: No further questions, Your Honor.
THE COURT: Mr. Donet.
BY MR. DONET:
Q. I want to go back to something you said about an hour and a half ago.
You told Mr. Gonzalez in your questioning you did not use your Facebook pages to promote your drug sales?
A. Yes.
Q. And then he showed you those Facebook pages
A. Yes.
Q. You would agree what you told Mr. Gonzalez was not true?
A. I couldn't remember.
Q. You would agree it's not true?
A. Yes.
Q. When you told Mr. Gonzalez you did not use your Facebook pages to promote drug sales that was a lie?
MR. VAZQUEZ: Objection, misstatement of facts.
THE COURT: Sustained.
Q. It was not true?
MR. VAZQUEZ: Objection, again, misstatement of fact.

THE COURT: It was asked; so let's move on.
BY MR. DONET:
Q. Before you took the stand last week you were asked to raise your hand, and you swore to be truthful?
A. Yes.
Q. And you swore to this jury to tell the truth?
A. Yes.
Q. You agree you did not tell the truth this afternoon?
MR. VAZQUEZ: Objection, misstatement, asked and answered.
THE COURT: Sustained.
BY MR. DONET:
Q. Would it be fair to say the reason you denied promoting your drug activity on Facebook is because you wanted to look good in front of the jury?
A. I couldn't remember.
Q. Okay. You talked about about George Andrade. He is someone that was selling narcotics, correct?
A. Yes.
Q. That is someone you said was asked not to sell in your area?
A. Yes.
Q. Mr. Andrade was not beaten?
A. No.
Q. Mr. Andrade was not robbed?

A. Correct.
Q. Mr. Andrade was not injured by anyone, correct?
A. Correct.
Q. He was just told, don't sell here?
A. Yes.
Q. Now, the person you bought the Xanax from was not a member of BMT?
A. No.
Q. And Gabriel Alfonso, that is the individual you bought cocaine from?
A. Correct.
Q. He is not a part of the BMT?
A. Correct.
Q. Were you present or not, I was not clear for approximately 2 or 3 robberies that occurred -- were you ever present when BMT members robbed anyone?
A. Yes.
Q. Did you participate?
A. I participated as a look-out.
Q. Tell us what a look-out is?
A. A person that looks for anyone that is coming or if someone else is watching.
Q. So you have a plan to rob someone and your job as a look-out is to make sure that the people committing the robbery do not get caught?

A. Correct.
Q. Did you tell the police about those robberies?
A. I think so.
Q. Do you remember when they occurred?
A. Not an exact date.
Q. Were there weapons used during those robberies?
A. No, physical.
Q. Were you ever told as a look-out that -- to a robbery -- that that is a strong armed robbery? Have you ever been told that?
A. No.
Q. Did you know that was a robbery?
A. No.
Q. Do you know that taking something from somebody else by force or intimidation is a robbery?
A. Yes, I know that.
Q. Do you know that in the State of Florida that is a second degree felony punishable by fifteen years --
MR. VAZQUEZ: Objection, calls for a legal conclusion.
Q. Do you know that --
THE COURT: Wait, Mr. Donet.
MR. DONET: I apologize.
THE COURT: Overruled.
BY MR. DONET:
Q. Do you know that a strong armed robbery is punishable by up

to 15 years imprisonment?
A. No.
Q. Did you tell the police or anyone affiliated with this case about participating in those robberies?
A. Yes.
Q. You weren't charged with any of those robberies, correct?
A. Correct.
Q. You were not arrested for those robberies, correct?
A. Correct.
Q. So, an additional benefit that you have received for cooperating?
A. I have not received any benefits for cooperating.
Q. Were you charged with robberies?
A. I was charged with this whole case.
Q. Were you arrested for those robberies?
A. No.
Q. That's a benefit, isn't it?
A. Yes, but not from the Government.
Q. If not from the Government from whom? They are the ones that arrest people?
THE COURT: No, no you are asking him.
BY MR. DONET:
Q. If not from the Government who would you receive a benefit from?
A. I don't understand the question.

Q. All right. I will move on. You did not meet Mr. Dixon until close to the end of 2013?
A. Correct.
Q. Just before you left the gang --
A. Month, month and a half.
Q. You don't know -- you never saw Mr. Dixon pay any other members of the group money whenever he made a sale or anything like that?
A. No.
Q. Now, when you talked to Detective Cosner and said that you changed your life, in November of 2013, that was also a lie, correct?
A. If you want to call it that, yes.
Q. Well, you said you changed your life but you continued selling drug after that, correct?
A. Correct.
Q. So you did not change your life?
A. No.
Q. So it was a a lie?
A. Yes.
Q. You told that lie because you wanted Detective Cosner to give you a benefit, you didn't want her to arrest? You.
A. Yes.
Q. So you lied in order to receive a benefit?
A. Correct.

Q. That is something you were willing to do on that occasion, correct?
A. On that occasion.
Q. Only that occasion?
A. Yes.
Q. That's the only time you lied --
THE COURT: Okay, Mr. Donet.
BY MR. DONET:
Q. You talked about the amount of narcotics sold on a daily basis. I believe your answer is we have to believe you because there is no other way of knowing?
A. I didn't say that.
Q. As to the amount, how did you determine that amount?
A. Estimate.
Q. During the time you were smoking pot on a daily basis --
THE COURT I think we covered this.
MR. DONET: Just a couple more questions, Your Honor.
THE COURT: We have done it; why do we have to do it again. Let's move on.
MR. DONET: No further questions, Judge.
THE COURT: All right. Mr. Rubio.
BY MR. RUBIO:
Q. Mr. Guzman, I want to ask you some questions as relates to Mr. Jay Flores.
A. Yes.

Q. You testified he was allowed to sell in the area, correct?
A. Yes, sir.
Q. You testified that he was not a member of BMT?
A. Yes, sir.
Q. You moved into the area sometime in 2012 the end of 2012; is that correct?
A. I moved to Little Havana in beginning of 2012.
Q. You testified it was not until December of 2012, the beginning of January 2013, you actually became a member of BMT, correct?
A. Correct.
Q. You are aware that Mr. Flores lived in that area prior to these people that were selling drugs moving in?
A. Correct.
Q. You were shown a number of photographs at the beginning of your testimony by Mr. Vazquez. These were of locations were drugs were being sold, do you recall that?
A. Yes, sir.
Q. I believe you testified that you sold drugs from those locations.
A. Correct.
Q. You also testified Mr. Flores never sold from those locations, correct?
A. Correct.
Q. Now, you also testified you never saw him sell drugs --

A. He sold to me.
Q. Other than the time he sold to you?
A. I sent to him customers.
Q. The question is you never saw him sell drugs, do anything else, other than to you yourself?
A. Correct.
Q. You testified he sold you marijuana?
A. Yes.
Q. You were asked by the Government did you then take the marijuana and sell it to someone else and you said no?
A. Correct.
Q. You bought marijuana from people before that weren't members of the BMT?
A. Correct.
Q. In fact, you had a number of suppliers that weren't members of the BMT?
A. Correct.
Q. Okay. And you were a member of the BMT from December 2012, January 2013 through I believe you testified -- through the end of 2013, like December 2013?
A. November.
Q. So you were a member of BMT approximately 11 months?
A. More or less.
Q. You also testified -- you said on 3 or 4 occasions, maybe five occasions, you sent customers to Mr. Flores?

A. Yes.
Q. You said that is where you believe he sold drugs?
A. He sold to me.
Q. On how many occasion?
A. Couple of times.
Q. When and where did that occur?
A. In front of his building.
Q. Can you give us the dates?
A. I can't give you an exact date.
Q. Would it have been between April of 2013 and November 2013 while you were a member of BMT?
A. Between December 2012 and November 2013.
Q. Between November --
A. December 2012 through November 2013.
Q. Your testimony is you sent him customers 3, 4 or 5 times?
A. Correct.
Q. You never saw Mr. Flores present when any weapons were involved, correct?
A. Correct.
Q. Never saw him during any shooting, correct?
A. Correct.
Q. You never saw him when there was any violence, correct?
A. Correct.
Q. How much marijuana would you say Mr. Flores sold?
A. Dime bags, personal use.

Q. Personal use only?
A. Yes.
MR. RUBIO: No further questions, Your Honor, thank you.
THE COURT: Thank you. Redirect, Mr. Vazquez.
BY MR. VAZQUEZ:
Q. Mr. Guzman were you present when a non BMT member used a BMT trap?
A. I can't recall.
Q. After George Andrade was excluded were you present when he was using a BMT trap.
A. No.
Q. Why not?
A. Because he stopped selling.
Q. Why did he do that?
A. Because they told him he couldn't sell in that area anymore.
Q. Were you present when a non BMT member used a BMT member's cell phone to coordinate a drug transaction?
A. It never happened.
Q. Why not?
A. Because the person is not a BMT member.
Q. Were you ever present when a non BMT member ever received a non BMT member's firearm?
A. It never happened.

Q. Why not?
A. Because the person is not BMT.
Q. So --
A. They wouldn't hang around us; they were kept at distance.
Q. Was there any firearm charity conducted by the BMT members where they were handing out firearms to other people in the community?
MR. GONZALEZ: Objection, form.
THE COURT sustained.
BY MR. VAZQUEZ:
Q. Were BMT firearms handed out to the community at large by BMT members?
A. No.
Q. Who got the benefits of the use of these firearms?
A. The top people.
Q. Who is that?
A. Christopher Altamirano, Maurin Chacon, Rodolfo Portela.
Q. Mr. Guzman, were you always strapped with cash so you could buy more drugs?
A. No.
Q. Was there ever a time did you not have money for narcotics?
A. Yes.
Q. How did you get more narcotics to make more money?
A. I would break into cars or ask for the narcotics on credit.
Q. Who would you ask for the narcotics on credit from?

A. The supplier that I got hooked up with.
Q. Were you ever loaned money by BMT members?
A. No.
Q. Were you ever present when other people in the BMT were out of money but wanted to buy drugs for resale?
A. Yes.
Q. Who was that and when?
A. Maurin Chacon numerous times.
Q. Were you present when other individuals needed money for drugs to resell?
A. Yes.
Q. Who was that?
A. Altamirano.
Q. Were you present when he acquired the money?
A. Yes.
Q. How would he acquire the money?
A. Sometimes he would not say, and others time he would say he came up.
Q. Were you provided an explanation of how he came up?
A. No.
Q. Were you ever present when a robbery was described as a come-up by Christopher Altamirano during the year 2013 while a member of the BMT?
Q. Were you present when Defendant Chacon sold narcotics while sober?

A. Yes.
Q. Were you present when he sold narcotics having consumed an alcoholic beverage?
A. Yes.
Q. Were able to see him take the money for the drugs?
A. Yes.
Q. Did it appear he knew what he was doing?
MR. HOROWITZ: Objection, leading, calls for speculation.
THE COURT: Overruled..
THE WITNESS: More or less.
BY MR. VAZQUEZ:
Q. Was there ever a time when you were present where drugs were handed out randomly to people?
A. No.
Q. Was there ever a time the transaction was not money for drugs?
A. I can't remember.
Q. Did that happen often?
A. It can happen, yes.
Q. In what context?
A. They have a customer that brings say a bicycle and he will say, give me two rocks for this bicycle. Or has a bag of weed and says, give me a rock for this bag of weed; or clothing or electronics.

Q. When you were present was there always a transaction, drugs for something?
A. Yes.
Q. It was never crack charity?
A. No.
Q. Were you present when BMT members sold together?
A. Yes.
Q. Were you present when BMT members acted as look-outs for each other?
A. Yes.
Q. Were you ever a look-out for Defendant Chacon?
A. Yes.
Q. Were you ever a look-out for Defendant Altamirano?
A. Yes.
Q. Were you ever a look out for Defendant Portela?
A. Yes.
Q. Were you ever a look-out for James Dixon?
A. Yes.
Q. During your cross examination defense counsel brought up how you lived at a trap; do you remember that?
A. Yes.
Q. Did you have any other place to live?
A. No.
Q. Defense counsel for Mr. Chacon asked when he came to the trap. Do you know if that was a choice?

**A. Yes.**
**Q. Do you recall your conversation about Mr. Chacon living in other locations?**
**A. Yes.**
**Q. Where else could he live?**
**A. With his kids.**
**Q. You talked about being present for robberies?**
**A. Yes.**
**Q. Were you present when Defendant Chacon robbed someone while sober?**
**A. No.**
**Q. Were you present when Defendant Altamirano robbed someone?**
**A. Yes.**
**Q. Was he sober?**
**A. Yes.**
**Q. You talked with defense counsel about the Gato incident.**
**A. Yes.**
**Q. Was Gato always allowed to sell narcotics in a particular area?**
**A. Nobody ever told him anything.**
**Q. Was there ever a conflict that you knew of?**
**A. No.**
**Q. After the fight did you see Gato again?**
**A. Not that much.**
**Q. Did you deal with him any more after the fight?**

A. No.
Q. Did you ever buy drugs from him after the fight?
A. No.
Q. On November 20th, that day before the robbery, the building you were in -- do you recall the building?
A. Yes.
Q. On that day was the building used for narcotics sales?
A. Yes.
Q. Who sold narcotics on November 20th?
A. Me, Maurin Chacon, Christopher Altamirano, James Dixon.
Q. What type of narcotics?
A. Crack cocaine.
Q. You talked with defense counsel about your Facebook post.
A. Yes.
Q. Did you post a lot on Facebook?
A. Yes. Mostly was music related.
Q. Is it fair to say there were thousands of pages?
A. Yes.
Q. Were you a drug dealer throughout the time period December 2012 up until the time of your arrest on the indictment?
A. I would be on and off.
Q. Were you selling drugs consistently.
A. No.
Q. Were you selling drugs through that timeframe?

A. Yes.
Q. Now you were sentenced in this case?
A. Yes.
Q. Do you recall the amount of drugs that were considered during your sentencing?
MR. HOROWITZ: Objection.
THE COURT: Sustained.
BY MR. VAZQUEZ:
Q. How many grams of cocaine base was considered for your sentencing for how much time you were going to get --
MR. HOROWITZ: Same objection.
THE COURT: I am going to sustain that objection.
BY MR. VAZQUEZ:
Q. You executed a document when you were sentenced, a factual proffer, do you recall that?
A. Yes, sir.
Q. Did you acknowledge that a lot of drugs were sold?
A. Yes.
MR. HOROWITZ: Objection.
THE COURT: Move on Mr. Vazquez.
BY MR. VAZQUEZ:
Q. Were there BMT members that had greater status in the group?
A. Yes.
MR. GONZALEZ: Objection; we have gone over this

numerous times on direct.

THE COURT: We have 15 minutes left. Next question, Mr. Vazquez.

BY MR. VAZQUEZ:

Q. Were there members with no status?

A. Yes.

Q. Were there members you saw rise in status?

A. Yes.

Q. Was every member a shot caller?

A. No.

Q. Why not..

A. That's just how it was, whoever was there the longest or the originators called the shots.

Q. Who were the shot callers?

MR. HOROWITZ: Objection.

THE COURT: Overruled.

THE WITNESS: Maurin Chacon, Christopher Altamirano, Angel Martinez, Raymond Moore, Rodolfo Portela, Carlos Tinoco.

BY MR. VAZQUEZ:

Q. On November 22nd, 23rd you were attacked, is that correct?

A. Yes, sir.

Q. Why didn't you immediately tell the police about the robberies you knew about when you were arrested on this case?

A. I was scared.

Q. Defense counsel questioned you about what happens with your

sentence. Who ultimately decides what happens with your sentence, as you understand it?
A. The Judge.
Q. You talked with defense counsel about T-shirt and colors. Were there hand signs for the group?
A. Yes.
Q. What is a hand signs?
A. (Witness indicates)
MR. VAZQUEZ: For the record, the witness is holding up the three finger hand sign of the BMT; pinky, ring finger, middle finger extended.
Q. Were non BMT members seen throwing up the BMT hand sign?
A. Yes.
Q. Why?
A. They were affiliated in a way.
Q. What does that mean, to be affiliated?
A. The BMT members have love for that person, pretty much.
Q. Were members of the Riverside Group throwing up the BMT hand sign?
A. No.
Q. Why not?
A. Because they have beef.
Q. What does it mean to have beef?
MR. HOROWITZ: Objection, beyond the scope.
THE COURT: I think this went to the colors and

initiation questions. I will let him answer this question.
We were discussing what it meant to have beef.
THE WITNESS: When they have conflict problems, past or present.
BY MR. VAZQUEZ:
Q. Were BMT members seen by you backing up other members?
A. Yes.
Q. Were BMT members seen by you collecting money for other BMT member's commissary accounts?
A. Yes.
Q. For jail calls?
A. Yes.
Q. Mr. Horowitz asked you about a $20 sale of rocks or something like that.
A. Yes.
Q. Were Riverside members allowed to sell crack in front of a BMT trap.
A. No.
Q. Why not?
A. Because of the beef, and they are not BMT.
Q. Were Riverside members using BMT member's cell phones?
MR. HOROWITZ: Objection.
THE COURT: Sustained.
BY MR. VAZQUEZ:
Q. Were members of BMT vouched for?

A. Yes.
Q. How did that happen?
A. If you sell a lot, you do something that is considered good in their terms then they vouch for you.
Q. Who did that?
A. Carlos Tinoco.
Q. When?
A. He was vouching for bones, Fernando Darce.
Q. What did it do for Fernando Darce, in your view?
A. It meant he was welcomed and accepted into the team.
Q. You were asked about your consumption of narcotics?
A. Yes.
Q. Were you selling drugs every day?
A. Yes.
Q. Did you sell crack every day?
A. Yes.
Q. Were you selling marijuana consistently?
A. At a time, yes.
Q. Any doubt you were selling marijuana and crack every day?
A. No.
Q. How much crack were you selling every day --
MR. HOROWITZ: Objection, asked and answered.
THE COURT: I think it was.
BY MR. VAZQUEZ:
Q. Were you present when BMT members bought drugs together?

A. Yes.
Q. Were you present when drugs were sold together?
A. Yes.
Q. Were you present when money was shared from drug sales?
A. Shared meaning?
Q. However you interpret it.
A. Not shared but like split together.
Q. Who split money, when and where?
A. I did.
Q. With whom?
A. Christopher Altamirano, Maurin Chacon.
Q. When would that happen?
A. When a big sale would come, he would put up some, I would put up some and split the money.
Q. Were random people invited to this banquet of drugs?
A. No.
Q. I want to ask you about this November 20th incident.
A. Yes.
Q. What did you hear prior to the robbery from the participants in the robbery?
A. That they had a gun.
Q. Who said that?
A. Christopher Altamirano.
Q. What were they going to do?
A. To rob someone.

Q. Did you hear that --
A. I heard they pistol whipped someone.
Q. What did you hear from the defendants --
MR. HOROWITZ: Objection as to who and when.
THE COURT: November 20th, and he started with your client. Anyone else?
THE WITNESS: Can you repeat the question.
BY MR. VAZQUEZ:
Q. Who did you hear talking about going to commit a robbery?
A. I didn't hear the word robbery, but when they came back.
Q. What did you hear before?
A. They were going to bust a mission or handle something.
Q. What did you hear about a firearm and from whom?
A. Before I didn't hear anything; after I heard.
Q. Who did you hear from?
A. From Christopher Altamirano.
Q. Mr. Korchin asked you about your time in custody. Were there times you communicated with member of BMT?
A. In here or --
Q. When you were in State custody.
A. Yes.
Q. How did that happen?
A. Through the phone.
Q. What were you talking about?
A. How everything was going outside.

Q. Regarding what?
A. Drug sales.
Q. You talked about drug sales while you were in custody with people that were out of custody?
A. Yes.
Q. Who did you speak with about that?
A. Christopher Altamirano.
Q. Who is Fabo?
A. Rodolfo Portela.
Q. Earlier on cross examination you brought up looking for a firearm. You were talking with Mr. Horowitz, counsel for Defendant Altamirano. Do you recall that?
A. Yes.
Q. When were you looking for a firearm?
A. Happened once.
Q. When?
A. Probably between August and September.
Q. Where was the firearm?
A. By a tree next to the trap.
Q. What trap?
A. The one on 11th and Fifth where the robbery happened.
Q. Showing you what has been admitted into evidence as Government's Exhibit 36. Do you recognize it?
A. Yes.
Q. Is that where you were looking for a firearm?

A. Yes.
Q. At whose direction?
A. Christopher Altamirano.
MR. VAZQUEZ: I have no further questions, Your Honor, thank you.
THE COURT: All right. I am going to excuse you, ladies and gentlemen of the jury. Thank you very much for the schedule you gave us.
Here's what our week will look like; tomorrow we will start again at noon and go till five. Thursday we will start at one and go till five, and Friday we will have a regular day, 9:30 to 4.
Hopefully we can get some snacks in the back for those late afternoon starts to get you through the afternoon.
Remember, don't talk to anyone about the case. You had this long weekend, everyone navigated it really well, got back here. Don't talk with anyone via e-mail, blogs or any other type of technological device.
Go home, have a good night's rest, and I will see you back tomorrow at noon.
COURT SECURITY OFFICER: All rise, please.
JURY EXCUSED
THE COURT: Please be seated everyone. I know the first few witnesses are always tough. We have done our first few witnesses.

Let me point out some things that will in the future hopefully avoid any issues. Government, I am not clear what is happening actually, but you cannot lead your witnesses. You can not ask questions such as, are there members that have no status? And then get the answer yes?

Also, I am assuming all this discussion of vouching and backing up all goes to Vicar because it certainly does not have any meaning in a drug conspiracy.

You really need to prep your witnesses better. Mr. Guzman was a four time interviewee. I don't know, maybe you need ten times for the upcoming folks.

But you need to get more particulars about the drug conspiracy and what happened; the defendants have a point as to their objections in that regard.

And so is not a question, Mr. Vazquez. The next time I hear that will draw a rebuke.

Counsel for defense, I really was serious when I said we are not going to repeat things. I think the janitors know Mr. Guzman had a daily pot habit. You don't need to beat this jury to death; they are attentive, they are doing what they need to do.

And, Mr. Vazquez, the amount of drugs in Mr. Guzman's factual proffer has nothing to do with the amounts that are being elicited here.

MR. VAZQUEZ: Your Honor, if I might address that

issue. They were impeaching him as if the drug quantity had no relevance to him. They were acting as if he only was sentenced on 28 grams. When the Court sentenced him it considered that he personally participated in 300 grams, by his own admission, and that he was sentenced for 2,010 grams.

THE COURT: They were impeaching him because he could not remember. That was the problem with Mr. Guzman's testimony overall. He is your witness; he needs to supply the details of your theory of the case.

Whatever is in the factual proffer is irrelevant; just for future reference is not coming in. What is in someone's factual proffer has nothing to do with what you are adducing from the witnesses on the stand.

MR. VAZQUEZ: Your Honor, the Government is being accused of letting him plead to 28 grams when he was sentenced for consideration of more than that.

It is an incomplete picture for them to say it's only 28 grams, when the Court sentenced him justifiably on 2,010.

THE COURT: If that is the case I certainly do not expect to hear any defense counsel argue that he was only sentenced on 28 grams.

I did not think you were going there. But if that's the case then don't.

A couple of you have this habit of when the witness says, and then Bob did it, you then repeat and then Bob did it.

I have this thing that says patience up here, but you know. So, stop repeating what the witness says.

Mr. Gonzalez, why did we care if the witness prep is recorded? I think you are moving in Mr. Rubio's alternate universe.

Where were you going?

MR. GONZALEZ: I was trying to get to the point that since day one he has been changing his testimony.

THE COURT: I have never heard of that being recorded, or as a way to impeach anyone. They have FBI reports; you have reports of the interviews he did with the State.

MR. GONZALEZ: We don't have any of those reports. We have two recorded interviews; one was post detention, he was not arrested. That is the time he was let go. And then after that we have no reports.

THE COURT: Well, I guess you will have the opportunity to ask the agents whether they did that.

All right, who is our lineup for tomorrow?

MR. VAZQUEZ: We several civilians; Mr. Rivera, Mr. Obregon, Mr. Elliot. We may call Detective Cosner. The civilian witnesses are quick. One may draw more fire than others.

THE COURT: All right. Is there anything further we need to take up?

MR. DONET: I received an e-mail from your chambers about the 404 B regarding Mr. Dixon.

**THE COURT: That was a juvenile conviction as I recall.**

**MR. DONET: In my motion I referenced a sale which does not belong to Mr. Dixon.**

**THE COURT: Okay.**

**MR. DONET: The juvenile case was a possession of cocaine. Because it was a juvenile case and it was then bound up to a felony the A form does not tell us how much cocaine there was.**

**It's my understanding it was a personal use amount. I spoke with Mr. Vazquez; he is trying to get the lab report. I think all the lab report is going to say is less than 28 grams.**

**THE COURT: All right. Thank you, for that Mr. Donet. There were several matters I wanted to follow up on, but not today. We will take them up later in the week.**

**All right. See you at noon tomorrow.**

- - -

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

/S/PATRICIA SANDERS

DATE FILED PATRICIA SANDERS, RPR

## $

**$10** [2] - 76:15, 76:16
**$20** [4] - 75:23, 76:3, 76:5, 117:13
**$60** [2] - 79:19, 80:4

## /

**/S/PATRICIA** [1] - 127:8

## 1

**1** [13] - 7:18, 19:15, 59:10, 61:10, 61:23, 62:13, 63:2, 63:12, 63:22, 64:3, 64:11, 70:22, 93:20
**1-85** [1] - 1:6
**10** [1] - 71:12
**104th** [1] - 2:5
**108** [1] - 68:9
**11** [5] - 54:6, 70:23, 71:8, 105:22
**11-3** [1] - 2:7
**1107** [1] - 2:5
**11th** [6] - 9:12, 14:15, 24:4, 34:3, 38:16, 121:21
**12** [2] - 54:6, 93:19
**12th** [1] - 14:2
**13** [2] - 82:19, 83:24
**14** [2] - 34:20, 95:20
**14-20017-CR-KMW** [1] - 1:3
**14th** [3] - 8:6, 65:5, 92:10
**15** [3] - 19:2, 101:1, 115:2
**150** [1] - 1:22
**16** [2] - 60:14, 63:23
**17** [4] - 24:14, 24:22, 34:20, 45:14
**18th** [8] - 66:6, 66:17, 67:7, 69:5, 95:22, 95:23, 96:24, 97:3
**1910** [1] - 1:24
**1st** [1] - 68:14

## 2

**2** [6] - 8:20, 19:15, 21:18, 39:24, 70:22, 99:15
**2,010** [2] - 124:5, 124:18
**2-11-2015** [1] - 1:4
**2000** [1] - 1:19
**2011** [3] - 58:24, 59:8, 61:24
**2012** [21] - 4:25, 11:13, 24:14, 24:22, 28:19, 44:12, 47:16, 52:5, 72:5, 72:23, 72:25, 75:7, 104:5, 104:7, 104:8, 105:18, 106:12, 106:14, 113:20
**2013** [111] - 4:25, 10:16, 11:11, 11:12, 11:13, 12:5, 13:22, 16:3, 17:10, 17:18, 19:8, 19:16, 19:18, 19:21, 20:3, 20:5, 20:9, 20:16, 20:22, 20:24, 21:2, 21:15, 22:3, 22:9, 22:20, 23:10, 23:22, 25:5, 25:10, 25:18, 25:25, 26:5, 26:12, 26:15, 26:18, 27:5, 27:19, 27:25, 28:2, 28:9, 28:12, 28:22, 29:14, 29:20, 31:13, 31:25, 32:11, 32:17, 33:10, 33:13, 33:16, 33:18, 34:6, 34:9, 34:11, 36:11, 41:6, 41:9, 41:21, 42:12, 42:17, 42:22, 43:22, 44:12, 47:4, 47:16, 52:5, 52:24, 59:3, 59:22, 60:7, 60:14, 60:19, 61:10, 61:19, 62:16, 62:20, 63:3, 63:12, 63:23, 74:20, 79:11, 79:18, 80:9, 80:24, 82:9, 82:23, 83:20, 83:23, 84:4, 94:10, 94:12, 94:17, 94:21, 95:4, 95:13, 95:16, 96:7, 96:13, 102:2, 102:11, 104:9, 105:19, 105:20, 106:10, 106:12, 106:14, 109:22
**2014** [19] - 60:16, 64:3, 64:12, 65:5, 66:6, 66:14, 66:17, 67:8, 74:14, 74:18, 74:22, 78:19, 79:2, 83:13, 95:21, 95:23, 96:14, 96:24, 97:3
**2015** [1] - 74:15
**2022** [1] - 68:15
**20th** [21] - 5:2, 33:16, 33:18, 34:6, 34:9, 34:11, 36:11, 52:23, 52:24, 62:15, 66:10, 74:18, 74:19, 81:25, 91:24, 96:7, 96:13, 113:4, 113:9, 119:17, 120:5
**21** [3] - 44:11, 62:16, 68:7
**210** [1] - 68:12
**21st** [7] - 5:2, 36:11, 52:24, 66:10, 74:19, 89:1, 91:24
**22** [1] - 62:20
**22nd** [2] - 41:14, 115:20
**23rd** [3] - 59:22, 63:3, 115:20
**24** [3] - 9:11, 61:10, 61:19
**24th** [3] - 60:19, 79:10, 79:18
**25** [3] - 14:1, 14:10, 38:23
**26** [3] - 80:9, 80:24, 84:4
**27th** [2] - 60:16, 64:3
**28** [7] - 70:10, 83:17, 124:3, 124:15, 124:18, 124:21, 126:12
**280** [1] - 71:12
**28th** [1] - 61:24
**29** [1] - 59:8
**29th** [1] - 58:24
**2nd** [4] - 3:25, 82:9, 83:20, 83:23

## 3

**3** [8] - 20:15, 21:18, 43:24, 80:18, 95:15, 99:15, 105:24, 106:15
**30** [3] - 70:25, 71:2, 71:8
**300** [1] - 124:4
**305.523.5528** [1] - 2:8
**3250** [1] - 2:2
**330** [1] - 71:9
**33128** [1] - 2:8
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**35** [3] - 69:2, 69:17, 69:25
**352** [1] - 6:17
**357** [1] - 24:1
**36** [2] - 33:25, 121:23
**3:00** [1] - 39:24
**3rd** [1] - 64:11

## 4

**4** [8] - 43:24, 71:18, 80:18, 93:20, 95:15, 105:24, 106:15, 122:12
**40** [1] - 70:17
**400** [1] - 2:7
**400-dash** [1] - 64:14
**404** [2] - 18:7, 125:25
**406** [1] - 2:3
**42** [2] - 14:14, 14:20
**45** [1] - 35:16
**4992** [1] - 61:13
**4:00** [1] - 4:17
**4th** [3] - 1:17, 60:7, 63:12

## 5

**5** [5] - 43:24, 71:18, 93:19, 93:20, 106:15
**50** [2] - 8:9, 8:17

## 6

**6** [4] - 5:16, 5:22, 20:15, 71:18
**60** [2] - 71:8, 80:1
**614** [1] - 1:20
**630** [1] - 71:9

## 7

**7** [1] - 40:3

## 8

**8th** [1] - 74:16

## 9

**9130** [1] - 1:24
**95** [1] - 93:6
**99** [1] - 1:17
**9:30** [3] - 4:17, 93:20, 122:12
**9th** [1] - 3:17

## A

**A.F.P.D** [1] - 1:21
**A.U.S.A** [3] - 1:15, 1:16, 1:16
**abandoned** [8] - 47:19, 47:20, 49:9, 49:15, 52:25, 53:2, 53:25, 57:13
**ability** [2] - 10:22, 31:14
**able** [4] - 3:22, 7:9, 7:11, 110:5
**above-entitled** [1] - 127:5
**accept** [2] - 88:5, 88:6
**accepted** [2] - 65:15, 118:10
**account** [10] - 57:19, 57:20, 57:21, 57:22, 60:1, 61:13, 61:23, 88:7, 88:10, 88:15
**accounts** [3] - 57:16, 57:18, 117:9
**accurate** [1] - 127:5
**accused** [1] - 124:15
**acknowledge** [2] - 43:17, 114:17
**acquire** [1] - 109:16
**acquired** [1] - 109:14
**act** [1] - 12:9
**acted** [2] - 79:5, 111:8
**acting** [1] - 124:2
**activity** [3] - 26:15, 64:8, 98:14
**actual** [1] - 30:25
**addition** [1] - 85:18
**additional** [2] - 60:6, 101:10
**address** [1] - 123:25
**adducing** [1] - 124:12
**admission** [1] - 124:4
**admitted** [12] - 5:15, 5:21, 6:16, 7:17, 8:8, 8:19, 13:25, 14:13, 33:24, 38:22, 40:2, 121:22
**advised** [1] - 4:10
**affect** [1] - 30:4
**affiliate** [1] - 32:4
**affiliated** [3] - 101:3, 116:15, 116:16
**afford** [1] - 88:19
**afternoon** [7] - 39:25, 44:8, 44:9, 58:5, 98:8, 122:14
**age** [1] - 45:13
**agents** [3] - 92:11, 92:19, 125:17
**ago** [2] - 23:9, 97:10
**agree** [3] - 97:16, 97:18, 98:8
**agreed** [1] - 65:1
**agreement** [1] -

56:25
**ahead** [1] - 22:17
**ahold** [1] - 51:9
**air** [1] - 24:20
**alcohol** [2] - 74:1
**alcoholic** [1] - 110:3
**Alfonso** [9] - 24:12, 50:1, 50:22, 50:25, 51:5, 51:6, 52:3, 87:17, 99:9
**Allapattah** [1] - 59:4
**allow** [2] - 11:5, 46:6
**allowed** [6] - 5:11, 43:7, 87:11, 104:1, 112:18, 117:16
**almost** [5] - 23:9, 54:6, 80:16, 80:18, 82:15
**ALTAMIRANO** [1] - 1:7
**Altamirano** [64] - 8:14, 8:21, 9:17, 10:10, 10:19, 11:18, 13:7, 14:11, 15:17, 16:5, 16:6, 16:21, 17:8, 18:3, 18:4, 19:22, 20:8, 22:14, 23:24, 24:3, 24:8, 25:6, 25:21, 27:6, 27:17, 31:8, 31:10, 33:1, 34:18, 35:7, 35:19, 35:24, 36:2, 36:5, 36:17, 36:23, 41:12, 42:13, 76:8, 85:1, 85:4, 85:10, 85:13, 86:17, 87:18, 89:7, 90:24, 91:17, 91:25, 92:6, 92:13, 108:17, 109:13, 109:22, 111:13, 112:12, 113:10, 115:17, 119:11, 119:23, 120:16, 121:7, 121:12, 122:3
**Altamirano's** [1] - 77:5
**alteration** [4] - 32:2, 50:7, 51:12, 51:14
**altercations** [1] - 47:9
**alternate** [1] - 125:4
**AMERICA** [1] - 1:4
**amorphous** [1] - 18:22
**amount** [10] - 65:22, 74:5, 94:4, 94:7, 103:9, 103:13, 114:4, 123:22, 126:10
**amounts** [1] - 123:23
**Andrade** [8] - 9:24, 10:18, 11:24, 98:17, 98:23, 98:25, 99:2, 107:10
**Angel** [18] - 5:14, 5:23, 7:16, 8:14, 13:1, 14:12, 17:15, 24:20, 25:21, 27:4, 27:25, 38:9, 39:14, 39:17, 78:14, 87:5, 87:7, 115:18
**answer** [5] - 13:14, 86:23, 103:10, 117:1, 123:5
**answered** [5] - 41:23, 48:7, 92:2, 98:10, 118:22
**answering** [1] - 92:14
**ANTHONY** [1] - 1:8
**apart** [2] - 33:19, 33:20
**apartment** [2] - 40:15, 40:22
**apologize** [3] - 3:4, 3:7, 100:22
**appear** [1] - 110:7
**aPPEARANCES** [1] - 1:14
**APPEARANCES** [1] - 2:1
**approach** [1] - 96:18
**approached** [3] - 79:18, 80:3, 80:4
**approximating** [1] - 95:9
**April** [2] - 59:3, 106:10
**area** [17] - 6:25, 7:3, 10:5, 14:19, 44:12, 44:14, 45:6, 45:16, 52:7, 52:9, 57:10, 98:21, 104:1, 104:5, 104:12, 107:16, 112:19
**areas** [1] - 7:2
**argue** [1] - 124:20
**armed** [5] - 82:25, 83:11, 100:9, 100:25
**arrest** [3] - 101:20, 102:22, 113:20
**arrested** [25] - 32:15, 60:15, 65:4, 65:8, 66:6, 66:17, 69:5, 74:22, 74:25, 78:19, 79:1, 82:3, 83:13, 87:20, 88:14, 91:12, 92:10, 92:25, 93:3, 94:17, 94:23, 101:8, 101:15, 115:23, 125:14
**arresting** [1] - 29:8
**arrived** [2] - 36:12, 37:1
**aside** [1] - 42:2
**ass** [1] - 39:19
**assault** [1] - 41:14
**assaulted** [2] - 16:12, 18:25
**assaulting** [1] - 16:11
**assembled** [1] - 3:15
**assistance** [1] - 69:20
**associate** [3] - 5:10, 25:6, 32:6
**associated** [2] - 5:12, 76:10
**associates** [1] - 31:9
**association** [2] - 28:16, 28:17
**assuming** [1] - 123:6
**attacked** [3] - 39:8, 40:12, 115:20
**attention** [2] - 33:16, 92:19
**attentive** [1] - 123:20
**August** [5] - 25:20, 82:9, 83:20, 83:23, 121:17
**author** [11] - 59:2, 61:11, 61:18, 61:24, 62:4, 62:13, 62:20, 63:6, 63:23, 64:4, 64:12
**Avenue** [6] - 2:7, 8:6, 9:12, 14:2, 14:15, 38:16
**average** [2] - 20:10, 20:14
**avoid** [1] - 123:2
**awake** [2] - 55:5, 55:6
**aware** [12] - 7:14, 32:14, 36:12, 36:14, 36:20, 46:2, 46:18, 47:15, 48:12, 68:14, 68:16, 104:12

## B

**backing** [6] - 31:19, 31:21, 32:5, 32:12, 117:6, 123:7
**bag** [2] - 110:23, 110:24
**Bag** [1] - 30:22
**bags** [1] - 106:25
**bail** [2] - 88:18, 88:22
**Baitz** [3] - 8:24, 9:7, 38:17
**Baker** [3] - 85:8, 85:9, 85:11
**ball** [3] - 60:13, 63:24, 64:1
**banquet** [1] - 119:15
**bars** [4] - 44:21, 45:9, 61:14, 61:16
**base** [1] - 114:9
**baseball** [1] - 60:14
**basis** [2] - 103:10, 103:15
**beat** [2] - 39:19, 123:19
**beaten** [3] - 30:3, 31:23, 98:23
**beautiful** [1] - 4:6
**became** [3] - 7:14, 75:11, 104:9
**become** [3] - 4:24, 5:12, 36:14
**becoming** [1] - 32:15
**beef** [4] - 116:22, 116:23, 117:2, 117:20
**began** [1] - 6:13
**begin** [1] - 28:16
**beginning** [6] - 4:25, 28:14, 42:17, 104:7, 104:9, 104:15
**behind** [1] - 53:25
**belong** [1] - 126:4
**benefit** [5] - 101:10, 101:17, 101:23, 102:22, 102:24
**benefits** [2] - 101:12, 108:14
**better** [9] - 3:3, 3:8, 30:15, 31:9, 38:10, 39:18, 73:22, 74:9, 123:9
**between** [11] - 9:12, 10:18, 25:20, 28:20, 51:5, 54:6, 71:2, 106:10, 106:12, 106:13, 121:17
**beverage** [1] - 110:3
**beyond** [1] - 116:24
**bicycle** [5] - 80:24, 81:5, 84:4, 110:22, 110:23
**big** [2] - 29:6, 119:13
**Big** [1] - 47:25
**bigger** [1] - 40:22
**bit** [1] - 89:16
**bleeding** [1] - 40:9
**blogs** [1] - 122:17
**blood** [1] - 75:11
**blue** [2] - 9:10, 65:18
**BMT** [136] - 4:24, 5:1, 5:8, 5:12, 5:14, 6:10, 6:25, 7:2, 7:6, 7:9, 7:11, 7:14, 8:18, 10:1, 10:21, 10:22, 11:2, 11:10, 11:14, 12:1, 12:16, 12:19, 12:22, 13:9, 13:16, 14:3, 14:7, 14:16, 14:20, 14:22, 15:2, 15:7, 15:21, 16:2, 17:9, 17:11, 19:9, 19:11, 19:19, 20:9, 20:17, 20:25, 21:5, 21:14, 22:9, 23:12, 26:17, 27:5, 28:2, 28:16, 28:22, 29:2, 29:22, 29:24, 30:5, 30:7, 30:20, 31:4, 31:15, 31:24, 32:6, 32:14, 32:19, 33:10, 33:14, 37:13, 40:24, 41:9, 41:22, 42:23, 43:7, 46:4, 46:12, 48:3, 65:10, 65:16, 65:22, 66:1, 73:8, 75:5, 75:13, 75:15, 75:17, 75:19, 75:21, 76:6, 76:10, 76:17, 77:10, 77:12, 87:20, 88:24, 95:1, 99:7, 99:12, 99:16, 104:3, 104:9, 105:13, 105:16, 105:18, 105:22, 106:11, 107:7, 107:8, 107:11, 107:18, 107:22, 107:23, 107:24, 108:2, 108:5, 108:11, 108:12, 109:2, 109:4, 109:23, 111:6, 111:8, 114:22, 116:10, 116:12, 116:17, 116:18, 117:6, 117:8, 117:17, 117:20, 117:21, 117:25, 118:25, 120:18
**Bob** [2] - 124:25
**body** [3] - 31:2, 63:6, 63:24
**bond** [5] - 32:22, 33:1, 33:3, 62:18, 88:18
**bonded** [3] - 59:14, 62:14, 94:15
**bonds** [1] - 32:24
**bones** [1] - 118:8
**books** [1] - 71:25
**boss** [1] - 49:23
**bottle** [1] - 64:14
**bottom** [3] - 14:19, 61:18, 96:21
**bought** [4] - 99:6,

99:9, 105:12, 118:25
**Boulevard** [2] - 1:19, 1:24
**bound** [1] - 126:7
**Boy** [1] - 38:6
**break** [8] - 4:9, 18:17, 36:3, 58:5, 58:9, 68:5, 93:11, 108:24
**breakfast** [1] - 39:9
**breaking** [4] - 67:24, 68:2, 72:5, 85:20
**brick** [2] - 18:10, 18:12
**brief** [1] - 18:17
**bring** [2] - 4:3, 93:21
**brings** [1] - 110:22
**broke** [2] - 15:8, 72:16
**brothers** [1] - 75:11
**brought** [4] - 6:10, 89:25, 111:19, 121:10
**brush** [1] - 30:6
**bucks** [1] - 80:1
**bud** [2] - 58:24, 62:10
**building** [25] - 8:6, 8:12, 8:16, 9:12, 14:8, 14:10, 14:16, 34:3, 34:4, 34:8, 36:12, 36:20, 47:19, 49:15, 52:25, 53:3, 53:25, 56:2, 56:4, 56:6, 57:13, 106:7, 113:4, 113:5, 113:7
**buildings** [2] - 47:20, 49:9
**bunch** [1] - 72:8
**burglaries** [2] - 67:20, 94:24
**bust** [2] - 35:4, 120:12
**busted** [2] - 38:20, 40:9
**button** [1] - 9:10
**buy** [12] - 14:4, 15:2, 15:9, 20:25, 22:8, 68:3, 77:18, 77:20, 80:4, 108:19, 109:5, 113:2
**buying** [1] - 82:6
**buys** [1] - 60:9
**BY** [58] - 2:6, 4:22, 5:20, 6:3, 6:7, 9:6, 10:8, 10:12, 10:17, 11:1, 11:9, 11:25, 13:15, 18:11, 19:7, 21:13, 26:22, 34:22, 42:1, 44:7, 46:8, 46:23, 47:2, 47:12, 48:9, 48:18, 56:24, 61:6, 67:6, 67:14, 68:22, 69:11, 75:4, 79:17, 84:12, 87:2, 92:9, 94:2, 96:20, 97:8, 98:2, 98:12, 100:24, 101:22, 103:8, 103:22, 107:6, 108:10, 110:12, 114:8, 114:13, 114:21, 115:4, 115:19, 117:5, 117:24, 118:24, 120:8

## C

**cafeteria** [1] - 39:9
**caller** [1] - 115:9
**callers** [1] - 115:14
**cannot** [3] - 69:23, 88:4, 123:3
**car** [12] - 25:12, 35:11, 35:12, 67:24, 68:2, 72:13, 72:14, 72:15, 72:16, 72:21, 81:7, 81:9
**card** [1] - 75:15
**care** [1] - 125:3
**Carlos** [10] - 13:8, 16:5, 16:19, 30:13, 36:9, 39:25, 40:4, 44:4, 115:18, 118:6
**Carmen** [1] - 57:12
**carries** [1] - 70:16
**cars** [4] - 68:5, 72:6, 85:20, 108:24
**Casale** [1] - 30:21
**case** [18] - 1:3, 58:6, 65:8, 67:16, 70:7, 83:23, 94:4, 94:8, 101:3, 101:14, 114:2, 115:23, 122:15, 124:9, 124:19, 124:23, 126:6, 126:7
**cash** [3] - 26:10, 26:11, 108:18
**cat** [1] - 50:4
**catch** [1] - 55:12
**caught** [3] - 83:24, 84:4, 99:25
**cell** [16] - 7:5, 7:6, 7:12, 15:19, 54:15, 76:21, 76:23, 77:1, 77:3, 77:5, 77:8, 77:10, 88:4, 91:4, 107:19, 117:21
**Center** [1] - 1:24
**ceremony** [1] - 75:9
**certain** [1] - 10:5
**certainly** [2] - 123:7, 124:19
**certify** [1] - 127:4
**CHACON** [1] - 1:6
**Chacon** [88] - 7:16, 7:21, 7:25, 8:2, 8:5, 8:14, 12:5, 13:7, 14:11, 15:17, 16:5, 16:9, 16:21, 19:22, 21:25, 22:14, 24:18, 25:1, 26:16, 26:17, 27:3, 28:1, 32:1, 32:3, 33:1, 35:15, 35:18, 36:9, 37:17, 38:4, 40:1, 41:13, 45:11, 45:19, 45:21, 45:24, 46:2, 46:13, 46:18, 47:3, 47:8, 47:13, 47:22, 47:25, 48:10, 48:14, 48:19, 48:21, 48:23, 49:1, 49:8, 49:17, 49:20, 49:23, 50:8, 51:5, 51:7, 51:9, 51:19, 51:24, 52:11, 52:19, 53:2, 53:5, 53:9, 54:2, 54:5, 54:15, 55:5, 56:1, 61:10, 61:23, 62:13, 63:2, 63:12, 63:22, 64:3, 64:11, 108:17, 109:8, 109:24, 111:11, 111:24, 112:2, 112:9, 113:10, 115:17, 119:11
**Chacon's** [1] - 24:19
**chambers** [1] - 125:24
**change** [2] - 60:22, 102:17
**changed** [4] - 56:20, 60:1, 102:11, 102:14
**changing** [1] - 125:8
**charge** [1] - 84:13
**charged** [12] - 56:1, 71:15, 83:14, 83:21, 83:25, 84:2, 84:5, 84:13, 87:14, 101:6, 101:13, 101:14
**charity** [2] - 108:5, 111:4
**chased** [1] - 81:8
**chasing** [2] - 81:7, 81:11
**check** [1] - 86:25
**checked** [1] - 87:1
**checks** [1] - 26:10
**chemist** [1] - 3:23
**choice** [1] - 111:25
**chop** [1] - 34:7
**chose** [1] - 12:22
**Christopher** [42] - 8:14, 8:21, 9:17, 10:10, 10:18, 11:18, 13:7, 14:11, 15:17, 16:5, 16:6, 16:21, 17:8, 18:3, 19:22, 20:8, 22:13, 23:24, 24:3, 24:8, 25:5, 25:20, 34:18, 35:7, 41:12, 42:13, 76:8, 77:5, 85:4, 87:18, 90:24, 91:17, 91:25, 108:17, 109:22, 113:10, 115:17, 119:11, 119:23, 120:16, 121:7, 122:3
**CHRISTOPHER** [1] - 1:7
**circle** [1] - 6:25
**City** [4] - 79:22, 80:3, 80:13, 92:23
**civilian** [1] - 125:20
**civilians** [1] - 125:19
**clean** [1] - 60:24
**cleaned** [1] - 96:8
**clear** [2] - 99:14, 123:2
**clearly** [2] - 60:17, 60:19
**client** [4] - 45:19, 58:16, 120:6
**close** [2] - 41:1, 102:2
**clothing** [1] - 110:24
**cocaine** [36] - 12:13, 18:14, 18:22, 19:13, 20:4, 20:10, 42:23, 42:25, 45:3, 48:23, 50:24, 50:25, 52:3, 62:24, 63:16, 64:2, 70:10, 70:21, 70:23, 71:10, 71:21, 76:2, 82:19, 83:17, 84:6, 85:5, 85:6, 94:4, 94:7, 94:24, 99:10, 113:12, 114:9, 126:7, 126:8
**codeine** [1] - 64:20
**coffee** [1] - 58:6
**coke** [2] - 61:14, 61:16
**Coladas** [5] - 80:10, 81:18, 82:10, 82:14, 83:24
**colleagues** [1] - 4:10
**collect** [3] - 88:2, 88:5, 88:6
**collecting** [1] - 117:8
**colors** [4] - 65:18, 75:17, 116:4, 116:25
**come-up** [1] - 109:22
**coming** [5] - 29:12, 38:16, 89:21, 99:21, 124:11
**comments** [1] - 3:19
**commissary** [3] - 88:10, 88:15, 117:9
**commit** [2] - 53:10, 120:9
**committed** [9] - 16:4, 21:6, 21:23, 33:21, 33:22, 34:12, 67:9, 89:3, 89:5
**committing** [3] - 21:7, 22:4, 99:24
**communicate** [1] - 7:11
**communicated** [2] - 57:13, 120:18
**community** [2] - 108:7, 108:11
**complying** [1] - 29:25
**computer** [1] - 18:17
**conclusion** [3] - 26:19, 84:8, 100:19
**conducted** [1] - 108:5
**confidential** [1] - 79:21
**conflict** [2] - 112:21, 117:3
**confrontation** [1] - 52:14
**congratulations** [1] - 32:13
**consequences** [1] - 38:2
**consider** [1] - 69:2
**consideration** [1] - 124:16
**considered** [4] - 114:4, 114:9, 118:3, 124:3
**consistently** [2] - 113:23, 118:17
**conspiracy** [7] - 18:24, 70:9, 83:16, 84:3, 84:13, 123:8, 123:13
**construction** [2] - 46:19
**consumed** [1] - 110:2
**consumption** [1] - 118:11
**contact** [1] - 57:12
**contacted** [3] - 96:13, 96:23, 97:3
**CONTD** [1] - 2:1
**context** [4] - 18:12, 48:1, 53:17, 110:21

**continue** [5] - 17:19, 19:6, 57:3, 57:6, 93:24
**continued** [4] - 38:9, 60:21, 65:2, 102:14
**contribute** [1] - 88:24
**conversation** [4] - 38:3, 42:13, 56:25, 112:2
**convicted** [4] - 72:8, 87:9, 87:12, 87:15
**conviction** [1] - 126:1
**convictions** [2] - 67:17, 67:19
**cooperate** [9] - 56:21, 57:1, 60:2, 65:1, 79:7, 81:1, 81:12, 81:21, 82:21
**cooperated** [1] - 37:8
**cooperating** [3] - 80:7, 101:11, 101:12
**coordinate** [1] - 107:19
**cop** [1] - 90:15
**cops** [6] - 29:12, 36:7, 36:24, 57:8, 79:7, 81:25
**Coral** [1] - 1:20
**corner** [1] - 77:13
**correct** [198] - 12:11, 39:6, 43:3, 44:17, 45:7, 45:22, 45:25, 46:4, 46:16, 47:5, 48:21, 49:1, 49:4, 49:5, 49:10, 49:11, 49:13, 49:16, 49:17, 49:18, 49:19, 49:21, 49:22, 49:23, 49:24, 50:3, 50:6, 50:8, 50:9, 50:10, 50:12, 50:15, 50:17, 51:1, 51:2, 51:4, 51:8, 51:17, 51:20, 51:23, 52:6, 52:22, 53:1, 53:7, 53:8, 53:12, 53:15, 53:19, 53:21, 54:11, 55:17, 56:19, 57:11, 58:3, 61:8, 61:12, 61:16, 61:17, 61:20, 61:21, 61:25, 62:1, 62:3, 62:7, 62:10, 62:16, 62:17, 62:22, 62:23, 62:25, 63:5, 63:8, 63:14, 63:21, 64:5, 64:6, 64:9, 65:5, 65:9, 65:10, 65:11, 65:17, 65:20, 65:24, 66:1, 66:2, 66:5, 66:7, 66:8, 66:12, 66:13, 66:15, 66:16, 67:10, 67:23, 68:1, 68:10, 68:13, 68:25, 69:4, 69:16, 69:18, 69:21, 69:24, 70:5, 70:6, 70:10, 70:11, 71:19, 71:24, 72:2, 72:4, 72:11, 75:17, 75:18, 76:25, 77:9, 77:10, 77:11, 77:13, 77:16, 77:21, 77:22, 77:24, 77:25, 78:2, 78:5, 78:7, 78:12, 78:15, 78:16, 78:17, 79:3, 79:6, 79:23, 80:6, 81:22, 83:12, 83:18, 85:12, 85:16, 87:6, 89:4, 89:6, 89:11, 89:13, 89:14, 89:19, 89:20, 89:22, 90:11, 90:12, 91:6, 91:13, 91:18, 91:21, 94:5, 94:6, 94:9, 95:3, 96:14, 98:18, 99:1, 99:2, 99:3, 99:11, 99:13, 100:1, 101:6, 101:7, 101:8, 101:9, 102:3, 102:12, 102:15, 102:16, 102:25, 103:2, 104:1, 104:6, 104:10, 104:11, 104:14, 104:21, 104:23, 104:24, 105:6, 105:11, 105:14, 105:17, 106:16, 106:18, 106:19, 106:20, 106:21, 106:22, 106:23, 115:20
**corrected** [3] - 41:21, 42:2, 42:3
**correcting** [1] - 41:18
**Cosner** [4] - 55:19, 102:10, 102:21, 125:20
**cost** [1] - 65:22
**cough** [1] - 64:19
**counsel** [9] - 3:22, 111:19, 111:24, 112:16, 113:13, 115:25, 116:4, 121:11, 124:20
**Counsel** [1] - 123:17
**counselor** [1] - 68:17
**count** [1] - 83:16
**County** [1] - 88:1
**couple** [9] - 39:24, 45:15, 49:25, 73:7, 85:13, 94:13, 103:17, 106:5, 124:24
**course** [2] - 4:18, 59:9
**Court** [7] - 2:7, 70:5, 83:21, 83:25, 84:15, 124:3, 124:18
**court** [6] - 5:4, 8:3, 9:1, 9:7, 16:20, 66:19
**COURT** [101] - 1:1, 1:13, 3:1, 3:7, 3:11, 3:25, 4:3, 4:5, 6:5, 9:5, 10:11, 10:15, 10:25, 11:5, 11:23, 13:14, 18:6, 18:8, 18:16, 18:21, 19:5, 21:10, 21:12, 26:20, 34:21, 41:24, 44:6, 46:6, 46:22, 46:25, 47:11, 48:7, 48:17, 56:23, 58:4, 58:9, 58:12, 58:15, 58:21, 58:25, 59:5, 59:17, 59:20, 60:4, 60:11, 60:23, 61:3, 61:5, 67:2, 67:5, 67:13, 68:20, 69:10, 75:1, 79:16, 84:9, 86:22, 92:3, 92:8, 93:11, 93:13, 93:15, 93:18, 93:22, 93:23, 94:1, 96:19, 97:7, 97:23, 98:1, 98:11, 100:21, 100:23, 101:21, 103:7, 103:16, 103:18, 103:21, 107:5, 108:9, 110:10, 114:7, 114:12, 114:20, 115:2, 115:16, 116:25, 117:23, 118:23, 120:5, 122:6, 122:21, 122:23, 124:6, 124:19, 125:9, 125:16, 125:22, 126:1, 126:5, 126:13
**COURTROOM** [3] - 4:4, 5:19, 18:19
**Courts** [1] - 84:7
**covered** [2] - 93:16, 103:16
**covering** [1] - 40:19
**crack** [35] - 12:13, 19:13, 20:4, 20:10, 48:23, 59:16, 62:22, 62:24, 70:10, 70:21, 70:22, 71:9, 71:21, 73:6, 73:9, 73:15, 76:2, 77:19, 81:18, 82:19, 84:6, 84:23, 85:5, 85:6, 85:12, 94:4, 94:7, 94:24, 111:4, 113:12, 117:16, 118:15, 118:19, 118:21
**credibility** [1] - 60:3
**credit** [2] - 108:24, 108:25
**crime** [3] - 70:16, 83:8, 83:10
**cross** [4] - 44:6, 94:1, 111:19, 121:10
**cup** [1] - 58:6
**custody** [7] - 74:14, 87:25, 88:8, 120:17, 120:20, 121:3, 121:4
**customer** [9] - 7:8, 12:9, 29:4, 29:5, 42:3, 76:5, 79:20, 79:21, 110:22
**customers** [28] - 5:10, 7:5, 7:7, 7:9, 12:2, 12:12, 12:13, 14:5, 14:22, 27:21, 29:4, 31:17, 41:18, 41:21, 42:2, 42:6, 42:8, 43:10, 43:14, 44:1, 62:9, 62:10, 77:15, 77:17, 105:3, 105:25, 106:15
**custos** [3] - 62:5, 62:8, 62:9
**cut** [1] - 49:3
**cutting** [1] - 75:11
**cuz** [1] - 33:14

## D

**Dadeland** [1] - 1:24
**daily** [3] - 103:9, 103:15, 123:19
**Darce** [3] - 30:11, 118:8, 118:9
**dark** [1] - 39:4
**date** [21] - 3:17, 10:11, 10:14, 13:13, 13:21, 15:11, 15:12, 22:16, 22:18, 23:7, 61:19, 68:14, 68:18, 78:18, 79:11, 82:12, 91:25, 92:5, 94:20, 100:5, 106:9
**DATE** [1] - 127:10
**dates** [3] - 18:25, 79:13, 106:8
**Datran** [1] - 1:24
**DAVID** [1] - 2:2
**DAY** [1] - 1:5
**days** [7] - 3:13, 26:5, 26:6, 41:5, 70:25, 71:2, 81:25
**deal** [3] - 50:1, 83:7, 112:25
**dealer** [1] - 113:19
**dealings** [2] - 48:14, 49:4
**deals** [1] - 52:21
**dealt** [1] - 85:11
**death** [1] - 123:20
**December** [18] - 4:25, 11:11, 11:13, 25:4, 28:19, 28:20, 60:7, 60:14, 63:12, 63:23, 74:14, 75:7, 104:8, 105:18, 105:20, 106:12, 106:14, 113:20
**decide** [1] - 12:16
**decides** [1] - 116:1
**deck** [1] - 64:13
**defendant** [10] - 8:3, 9:3, 28:3, 28:5, 28:23, 43:9, 43:11, 84:24, 84:25, 94:8
**Defendant** [20] - 8:5, 26:17, 27:3, 27:6, 38:3, 43:17, 44:1, 62:13, 63:2, 63:12, 63:22, 64:3, 64:11, 109:24, 111:11, 111:13, 111:15, 112:9, 112:12, 121:12
**Defendant's** [1] - 59:10
**Defendants** [1] - 1:9
**defendants** [7] - 5:4, 17:25, 30:10, 41:1, 43:3, 120:3, 123:13
**DEFENDANTS** [1] - 1:19
**defense** [11] - 3:22, 4:1, 4:2, 111:19, 111:24, 112:16, 113:13, 115:25, 116:4, 123:17, 124:20
**definitely** [1] - 78:21
**degree** [1] - 100:18
**DeLeon** [1] - 1:19
**denied** [2] - 37:23, 98:13
**deny** [1] - 37:24
**Department** [3] - 79:22, 80:4, 92:23
**DEPUTY** [3] - 4:4, 5:19, 18:19
**describe** [3] - 5:7, 22:4, 39:3
**described** [8] -

14:25, 15:16, 22:22, 26:15, 43:2, 72:10, 73:8, 109:21
**details** [1] - 124:8
**detained** [3] - 37:5, 37:7, 55:24
**detective** [6] - 55:17, 55:19, 55:21, 56:14, 56:20, 59:25
**Detective** [3] - 102:10, 102:21, 125:20
**detectives** [1] - 67:7
**detention** [1] - 125:13
**determine** [4] - 69:2, 96:14, 97:3, 103:13
**device** [1] - 122:18
**Diamonds** [2] - 48:5, 48:10
**Diaz** [1] - 36:9
**different** [3] - 43:2, 84:17, 84:19
**dime** [1] - 106:25
**direct** [3] - 60:23, 67:15, 115:1
**directing** [1] - 33:16
**direction** [1] - 122:2
**discuss** [3] - 4:9, 4:13, 4:18
**discussing** [1] - 117:2
**discussion** [4] - 17:24, 18:2, 25:4, 123:6
**discussions** [3] - 26:12, 34:15, 35:25
**DISPOTO** [1] - 1:16
**dispute** [1] - 36:22
**disrespectful** [1] - 12:10
**distance** [3] - 30:6, 31:11, 108:4
**distribute** [3] - 70:10, 83:17, 84:6
**DISTRICT** [3] - 1:1, 1:2, 1:13
**DIVISION** [1] - 1:2
**Dixon** [9] - 13:8, 19:22, 28:23, 102:1, 102:6, 111:17, 113:10, 125:25, 126:4
**DIXON** [1] - 1:8
**DJ** [9] - 46:9, 46:10, 46:12, 57:20, 59:2, 61:7, 61:11, 64:4
**DJ'g** [1] - 48:3
**document** [2] - 96:21, 114:14
**Dodge** [1] - 35:13
**dollars** [2] - 65:22, 88:16
**done** [5] - 3:14, 36:1, 85:21, 103:18, 122:24
**DONET** [15] - 2:2, 3:3, 3:10, 97:8, 98:2, 98:12, 100:22, 100:24, 101:22, 103:8, 103:17, 103:20, 125:24, 126:3, 126:6
**Donet** [6] - 3:2, 93:15, 97:7, 100:21, 103:7, 126:13
**door** [7] - 39:25, 40:5, 40:6, 54:24, 54:25, 55:2, 55:3
**doubt** [1] - 118:19
**Douche** [1] - 30:22
**down** [8] - 14:21, 16:24, 40:19, 54:20, 54:25, 55:15, 55:23, 80:20
**downtown** [1] - 92:22
**draw** [2] - 123:16, 125:21
**drawn** [1] - 89:23
**drink** [1] - 47:13
**drinking** [3] - 47:6, 47:8, 51:24
**dropped** [5] - 37:12, 57:10, 82:17, 93:5, 93:8
**drug** [17] - 19:9, 20:5, 52:21, 64:18, 72:23, 97:12, 97:21, 98:14, 102:15, 107:19, 113:19, 119:4, 121:2, 121:3, 123:8, 123:12, 124:1
**drugs** [67] - 12:17, 13:10, 13:17, 15:2, 15:10, 19:11, 19:21, 28:4, 30:16, 39:10, 43:9, 43:14, 44:17, 46:10, 49:18, 49:20, 50:18, 50:20, 50:22, 57:3, 57:6, 57:7, 57:14, 58:2, 58:23, 59:3, 59:4, 59:5, 61:16, 64:16, 65:2, 68:3, 71:4, 77:18, 78:18, 79:19, 80:4, 80:20, 81:23, 85:18, 85:22, 85:24, 86:2, 93:9, 104:13, 104:17, 104:19, 104:25, 105:4, 106:2, 108:19, 109:5, 109:10, 110:5, 110:13, 110:17, 111:1, 113:2, 113:23, 113:25, 114:4, 114:17, 118:13, 118:25, 119:2, 119:15, 123:22
**ducked** [1] - 40:19
**dues** [1] - 65:21
**during** [72] - 11:10, 12:1, 13:4, 14:3, 14:7, 14:24, 15:1, 15:6, 17:9, 17:11, 17:24, 19:8, 19:16, 19:18, 19:21, 19:24, 20:2, 20:5, 20:9, 20:16, 20:22, 20:24, 21:2, 21:14, 21:18, 22:9, 22:19, 22:20, 23:10, 23:12, 24:14, 24:17, 24:18, 25:10, 25:25, 26:5, 26:12, 26:15, 26:18, 27:5, 28:2, 28:22, 29:20, 30:7, 31:24, 32:11, 32:17, 33:10, 33:13, 35:25, 41:5, 41:9, 41:21, 42:12, 42:22, 47:15, 47:22, 49:8, 66:21, 67:22, 74:19, 78:10, 82:23, 95:13, 100:6, 103:15, 106:20, 109:22, 111:19, 114:5
**Dwight** [5] - 34:16, 35:1, 35:7, 35:24, 89:8
**Dwight's** [2] - 35:11, 35:12

## E

**e-mail** [2] - 122:17, 125:24
**early** [1] - 66:10
**eight** [3] - 60:10, 63:13, 63:15
**either** [4] - 7:5, 15:5, 53:20, 81:21
**electronics** [3] - 15:9, 15:19, 110:25
**elicited** [2] - 58:15, 123:24
**Elliot** [1] - 125:20
**end** [7] - 4:25, 28:14, 30:3, 69:14, 102:2, 104:5, 105:19
**ended** [1] - 49:14
**enforce** [1] - 10:22
**enforced** [3] - 11:15, 11:21, 78:2
**enforcement** [8] - 55:3, 56:21, 57:1, 60:2, 66:9, 66:18, 69:6, 81:12
**entire** [1] - 29:20
**entitled** [1] - 127:5
**entries** [3] - 59:21, 61:24, 63:22
**entry** [11] - 59:15, 60:16, 60:19, 62:4, 62:6, 62:20, 63:3, 63:12, 63:23, 64:11, 64:14
**especially** [1] - 88:1
**ESQ** [4] - 1:19, 1:23, 2:2, 2:4
**Esteban** [1] - 3:10
**estimate** [1] - 103:14
**estimation** [1] - 71:3
**evening** [1] - 54:20
**events** [6] - 26:13, 48:4, 49:25, 52:23, 74:19, 83:20
**evidence** [12] - 5:15, 5:21, 6:16, 7:17, 8:8, 8:19, 13:25, 14:13, 33:24, 38:22, 40:2, 121:22
**exact** [7] - 10:14, 23:7, 25:15, 27:17, 94:20, 100:5, 106:9
**exactly** [5] - 16:13, 32:9, 43:24, 58:21, 62:19
**examination** [5] - 44:6, 67:15, 94:1, 111:19, 121:10
**example** [2] - 3:16, 77:19
**excess** [1] - 70:10
**excluded** [1] - 107:10
**excuse** [2] - 59:18, 122:6
**EXCUSED** [5] - 18:20, 58:8, 58:11, 93:14, 122:22
**executed** [1] - 114:14
**Exhibit** [17] - 5:16, 5:22, 6:17, 7:18, 8:9, 8:17, 8:20, 9:11, 14:1, 14:10, 14:14, 14:20, 33:25, 38:23, 40:3, 59:10, 121:23
**Exhibits** [1] - 34:20
**expect** [1] - 124:20
**explain** [1] - 12:8
**explanation** [1] - 109:19
**extended** [1] - 116:11
**eyes** [1] - 30:18

## F

**Fabo** [1] - 121:8
**face** [1] - 40:20
**Facebook** [20] - 57:16, 57:19, 57:20, 57:24, 58:1, 58:13, 58:18, 58:20, 58:21, 58:24, 61:2, 61:13, 61:23, 97:12, 97:14, 97:20, 98:14, 113:13, 113:15
**fact** [10] - 46:2, 47:8, 54:4, 59:5, 65:4, 71:12, 73:24, 91:12, 97:25, 105:15
**facts** [1] - 97:22
**factual** [4] - 114:14, 123:23, 124:10, 124:12
**failed** [1] - 55:12
**fair** [4] - 70:25, 94:3, 98:13, 113:17
**fall** [1] - 21:20
**falling** [1] - 33:20
**familiar** [3] - 16:25, 17:22, 30:23
**family** [3] - 33:11, 49:12, 88:19
**far** [1] - 13:21
**Fat** [1] - 38:6
**FBI** [1] - 125:10
**FDC** [1] - 68:17
**February** [1] - 95:6
**Federal** [4] - 83:21, 83:25, 84:6, 84:15
**Federally** [1] - 74:25
**fee** [1] - 65:12
**feed** [1] - 85:16
**fell** [1] - 33:19
**fellow** [1] - 29:2
**felon** [3] - 87:9, 87:12, 87:15
**felony** [4] - 67:16, 67:19, 100:18, 126:8
**felt** [1] - 3:6
**female** [3] - 55:17, 55:21, 57:12
**Fernando** [3] - 30:10, 118:8, 118:9
**few** [4] - 60:7, 88:16, 122:24, 122:25
**fifteen** [1] - 100:18
**Fifth** [5] - 9:12, 14:15, 24:4, 34:3, 121:21
**fight** [24] - 24:18,

31:22, 32:10, 36:2, 36:22, 38:12, 50:7, 50:10, 50:11, 51:5, 51:7, 51:10, 51:16, 51:18, 51:19, 51:21, 51:22, 65:15, 87:18, 112:23, 112:25, 113:2
**fighting** [2] - 30:2, 31:22
**file** [4] - 69:1, 69:23, 69:25, 70:4
**FILED** [1] - 127:10
**filed** [2] - 69:17, 69:19
**fine** [1] - 3:12
**finger** [4] - 6:24, 116:10, 116:11
**finished** [1] - 39:20
**fire** [1] - 125:21
**firearm** [16] - 23:17, 24:22, 24:25, 36:12, 86:10, 86:14, 86:16, 87:11, 87:14, 107:24, 108:5, 120:13, 121:11, 121:14, 121:18, 121:25
**firearms** [12] - 22:10, 22:22, 23:2, 23:12, 23:15, 23:23, 24:5, 36:20, 86:5, 108:6, 108:11, 108:14
**first** [13] - 7:14, 13:14, 47:25, 50:1, 54:24, 59:1, 63:2, 63:23, 91:3, 91:16, 93:8, 122:24
**five** [11] - 3:9, 4:16, 22:21, 52:4, 61:3, 67:16, 70:16, 93:12, 105:25, 122:10, 122:11
**FL** [7] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5, 2:8
**Flagler** [1] - 1:22
**FLORES** [1] - 1:8
**Flores** [14] - 5:4, 43:2, 43:5, 43:9, 43:12, 43:14, 43:17, 44:1, 103:24, 104:12, 104:22, 105:25, 106:17, 106:24
**Flores'** [1] - 5:7
**FLORIDA** [1] - 1:2
**Florida** [2] - 4:7, 100:17
**focusing** [1] - 14:19
**folks** [1] - 123:11
**follow** [1] - 126:14
**following** [2] - 38:15, 64:13
**foot** [1] - 81:8
**FOR** [2] - 1:15, 1:19
**force** [1] - 100:15
**foregoing** [1] - 127:4
**form** [2] - 108:8, 126:8
**formal** [1] - 43:5
**Fort** [1] - 2:3
**Forte** [10] - 34:16, 35:2, 35:7, 35:19, 35:24, 36:2, 36:3, 36:4, 36:9, 89:8
**forward** [1] - 4:2
**four** [3] - 66:20, 66:21, 123:10
**Fourth** [2] - 9:12, 14:2
**FRANK** [1] - 2:4
**frequent** [2] - 52:17, 52:19
**frequently** [5] - 13:23, 22:20, 26:6, 28:10, 29:18
**Friday** [3] - 3:4, 93:20, 122:11
**friendly** [1] - 41:3
**friends** [3] - 4:7, 88:12
**front** [8] - 8:6, 8:12, 14:17, 14:18, 90:3, 98:15, 106:7, 117:16
**FUCK** [1] - 59:19
**future** [2] - 123:1, 124:11

## G

**Gables** [1] - 1:20
**Gabriel** [7] - 24:11, 50:1, 50:22, 50:25, 51:6, 87:17, 99:9
**gain** [4] - 29:24, 30:10, 31:4, 31:14
**gang** [1] - 102:4
**Gato** [19] - 24:11, 24:15, 24:21, 50:2, 50:7, 50:12, 50:13, 50:14, 50:18, 50:20, 50:22, 51:6, 51:9, 51:18, 51:21, 87:17, 112:16, 112:18, 112:23
**general** [2] - 6:25, 92:16
**generally** [1] - 23:8
**gentleman** [1] - 56:7
**gentlemen** [9] - 4:1, 18:16, 58:4, 70:22, 75:23, 79:4, 93:12, 93:18, 122:7
**George** [5] - 9:24, 10:18, 11:24, 98:17, 107:10
**girl** [4] - 17:20, 50:10, 51:16, 61:25
**given** [7] - 13:10, 19:13, 20:14, 33:2, 43:11, 71:17, 79:19
**glad** [1] - 3:8
**goal** [2] - 48:15, 93:8
**Gonzalez** [7] - 67:3, 69:12, 72:5, 97:11, 97:16, 97:20, 125:3
**GONZALEZ** [34] - 1:19, 6:2, 26:19, 44:7, 46:7, 46:8, 46:23, 47:2, 47:12, 48:9, 48:18, 56:24, 58:13, 58:19, 58:23, 59:1, 59:12, 59:18, 59:21, 60:5, 60:12, 61:1, 61:6, 67:4, 67:6, 67:12, 67:14, 68:21, 68:22, 69:9, 108:8, 114:25, 125:7, 125:12
**Government** [11] - 59:24, 68:11, 69:1, 70:4, 83:7, 101:18, 101:19, 101:23, 105:9, 123:2, 124:14
**Government's** [18] - 5:16, 5:22, 6:17, 7:18, 8:9, 8:17, 8:20, 9:11, 14:1, 14:10, 14:14, 14:19, 33:25, 34:19, 38:23, 40:3, 78:1, 121:23
**GPS's** [2] - 72:19, 85:20
**graciously** [1] - 93:19
**gram** [1] - 20:13
**grams** [17] - 19:13, 20:10, 70:10, 70:22, 71:8, 71:9, 71:12, 71:18, 83:17, 114:9, 124:3, 124:4, 124:5, 124:15, 124:18, 124:21, 126:12
**greater** [1] - 114:22
**Greer** [1] - 4:13
**grid** [1] - 18:18
**ground** [1] - 82:17
**grounds** [1] - 18:6
**group** [9] - 28:3, 28:23, 29:7, 43:25, 48:1, 95:2, 102:7, 114:23, 116:5
**Group** [1] - 116:18
**guess** [4] - 17:20, 31:9, 62:21, 125:16
**guessing** [3] - 71:19, 95:11, 95:18
**guilty** [6] - 70:7, 70:9, 70:14, 70:16, 70:19, 83:16
**gun** [15] - 24:7, 24:20, 24:21, 36:19, 80:22, 86:6, 86:12, 86:25, 91:17, 91:20, 92:1, 92:6, 96:12, 119:21
**guns** [7] - 23:25, 28:4, 28:5, 78:4, 86:5, 89:23, 91:22
**guy** [6] - 40:10, 40:22, 51:9, 77:21, 84:21
**guys** [4] - 26:21, 26:25, 27:7, 53:10
**Guzman** [23] - 4:21, 4:23, 11:10, 19:8, 26:17, 41:8, 42:22, 44:8, 44:10, 58:9, 61:22, 64:10, 84:16, 86:21, 86:23, 89:1, 92:5, 94:3, 103:23, 107:7, 108:18, 123:10, 123:19
**Guzman's** [3] - 19:1, 123:22, 124:7

## H

**habit** [4] - 72:23, 85:16, 123:19, 124:24
**hair** [2] - 24:19, 51:22
**half** [4] - 29:6, 40:13, 97:10, 102:5
**hand** [9] - 81:19, 82:5, 98:4, 116:5, 116:7, 116:10, 116:12, 116:19
**hand-to-hand** [1] - 82:5
**handed** [2] - 108:11, 110:14
**handing** [1] - 108:6
**handle** [2] - 35:4, 120:12
**hands** [3] - 86:14, 86:16, 86:20
**hang** [2] - 14:5, 108:4
**hanging** [1] - 14:21
**happy** [1] - 3:5
**hassle** [1] - 80:14
**hat** [3] - 75:13, 88:15, 88:21
**Havana** [7] - 6:21, 44:12, 45:6, 45:10, 45:16, 52:7, 104:7
**head** [2] - 40:19
**headquarters** [2] - 55:15, 92:23
**heads** [2] - 19:3, 34:7
**heads-up** [1] - 19:3
**hear** [14] - 4:8, 42:4, 53:9, 119:19, 120:1, 120:3, 120:9, 120:10, 120:11, 120:13, 120:14, 120:15, 123:16, 124:20
**heard** [8] - 23:5, 28:20, 31:21, 53:13, 92:17, 120:2, 120:14, 125:9
**hearsay** [3] - 46:22, 48:16, 56:22
**HELD** [1] - 1:12
**help** [6] - 30:1, 30:2, 31:17, 31:23, 71:25, 96:23
**hereby** [1] - 127:4
**HERMAN** [1] - 2:4
**Hialeah** [2] - 59:4, 59:6
**hit** [2] - 18:9, 40:14
**hold** [1] - 11:2
**holding** [1] - 116:9
**home** [2] - 49:12, 122:19
**homeless** [6] - 47:16, 47:19, 47:23, 49:15, 56:12, 67:22
**Honor** [17] - 3:21, 10:24, 11:4, 18:5, 21:11, 44:5, 59:12, 60:5, 68:19, 75:3, 93:25, 97:6, 103:17, 107:3, 122:4, 123:25, 124:14
**HONORABLE** [1] - 1:12
**hook** [1] - 42:21
**hooked** [1] - 109:1
**hope** [2] - 4:5, 68:23
**hopefully** [4] - 3:14, 4:8, 122:13, 123:2
**hoping** [2] - 69:1, 69:14
**HOROWITZ** [27] - 1:23, 4:2, 9:4, 10:7, 10:24, 11:4, 13:13, 18:5, 18:7, 21:9, 41:23, 75:3, 75:4, 79:17, 84:12, 87:2,

92:9, 93:25, 110:8, 114:6, 114:11, 114:19, 115:15, 116:24, 117:22, 118:22, 120:4
**Horowitz** [8] - 69:10, 75:1, 79:16, 84:9, 86:22, 93:24, 117:13, 121:11
**HOROWITZ:** [1] - 69:11
**HOSSEINI** [1] - 1:16
**hour** [2] - 35:16, 97:9
**hours** [2] - 39:24, 66:10
**house** [17] - 14:15, 14:18, 39:22, 40:10, 57:7, 89:15, 89:16, 89:19, 89:25, 90:3, 90:5, 90:7, 90:11, 90:15, 91:3, 91:16, 93:2
**humble** [1] - 52:1
**hung** [1] - 6:12
**hustling** [5] - 15:3, 15:4, 15:6, 15:16, 17:12

## I

**idea** [2] - 71:21, 89:5
**identification** [5] - 61:9, 61:23, 62:12, 63:1, 63:11
**identified** [5] - 5:4, 8:3, 8:16, 8:17, 9:1
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**illegal** [4] - 63:20, 64:8, 64:16, 64:22
**images** [1] - 34:23
**immediately** [1] - 115:22
**immunity** [1] - 83:8
**impact** [1] - 31:14
**impeach** [3] - 58:22, 60:25, 125:10
**impeaching** [2] - 124:1, 124:6
**impeachment** [4] - 58:20, 59:6, 59:8, 59:17
**important** [2] - 86:6, 86:7
**imprisonment** [2] - 71:13, 101:1
**incarcerated** [3] - 32:20, 94:10, 94:12
**incident** [7] - 24:14, 24:17, 25:5, 25:10, 96:7, 112:16, 119:17
**incidents** [1] - 84:14
**including** [1] - 67:16
**incomplete** [1] - 124:17
**indeed** [1] - 69:19
**indicated** [2] - 67:8, 67:16
**INDICATES** [1] - 7:1
**indicates** [1] - 116:8
**indicted** [1] - 60:16
**indictment** [1] - 113:21
**individual** [7] - 9:1, 11:6, 24:11, 50:8, 54:23, 60:3, 99:9
**individuals** [9] - 8:15, 9:13, 19:25, 53:6, 54:4, 54:9, 54:12, 54:13, 109:9
**informant** [1] - 79:21
**informants** [1] - 27:21
**initiate** [1] - 51:6
**initiated** [2] - 75:5, 75:9
**initiation** [2] - 65:12, 117:1
**injured** [1] - 99:2
**inquiry** [1] - 46:6
**inside** [6] - 34:7, 35:15, 40:15, 89:15, 89:16, 90:11
**Instagram** [1] - 57:22
**intent** [3] - 70:9, 83:17, 84:6
**interacted** [1] - 10:1
**interaction** [1] - 59:22
**interest** [1] - 7:2
**interpret** [1] - 119:6
**interrogation** [1] - 37:8
**interviewed** [3] - 55:17, 55:21, 95:20
**interviewee** [1] - 123:10
**interviews** [2] - 125:11, 125:13
**intimidated** [2] - 12:2, 42:8
**intimidation** [1] - 100:15
**intoxicated** [2] - 25:11, 52:1
**invited** [1] - 119:15
**involved** [12] - 25:14, 25:19, 38:12, 46:18, 48:10, 48:25, 50:8, 65:12, 94:4, 94:7, 95:1, 106:18
**involving** [4] - 17:25, 24:15, 25:5, 25:11
**irrelevant** [1] - 124:10
**issue** [1] - 124:1
**issues** [1] - 123:2
**Izzy** [1] - 32:3

## J

**jail** [5] - 37:17, 68:17, 88:1, 94:21, 117:11
**JAMES** [1] - 1:8
**James** [7] - 13:8, 19:22, 28:23, 30:21, 31:10, 111:17, 113:10
**janitors** [1] - 123:18
**January** [11] - 60:19, 61:10, 61:19, 64:11, 74:14, 74:16, 96:13, 96:24, 97:3, 104:9, 105:19
**Jay** [2] - 5:4, 103:24
**JAY** [1] - 1:8
**job** [1] - 99:23
**Joel** [1] - 36:9
**join** [1] - 4:23
**joined** [2] - 20:25, 73:8
**Joseph** [7] - 34:18, 35:1, 36:9, 89:7, 91:10, 91:11, 91:12
**JR** [2] - 2:2, 2:4
**Judge** [7] - 67:12, 68:21, 69:2, 70:1, 70:19, 103:20, 116:3
**JUDGE** [1] - 1:13
**July** [2] - 24:14, 24:22
**jump** [1] - 31:23
**jumped** [1] - 32:10
**June** [15] - 65:5, 66:6, 66:14, 66:17, 67:7, 69:5, 74:18, 74:22, 78:19, 79:1, 83:13, 92:10, 95:20, 95:22, 95:23
**juror** [1] - 3:9
**jurors** [2] - 3:16, 93:18
**JURY** [5] - 1:12, 18:20, 58:8, 93:14, 122:22
**jury** [7] - 4:3, 75:23, 93:21, 98:6, 98:15, 122:7, 123:20
**justifiably** [1] - 124:18
**juvenile** [3] - 126:1, 126:6, 126:7

## K

**K-U-S-H** [1] - 63:7
**Kanan** [5] - 46:9, 59:2, 61:7, 61:11, 64:4
**KATHLEEN** [1] - 1:12
**keep** [5] - 30:6, 71:23, 73:4, 73:11, 76:15
**Kendall** [4] - 44:15, 44:16, 45:1, 84:21
**kept** [4] - 31:11, 49:6, 71:4, 108:4
**kicked** [1] - 88:16
**kids** [1] - 112:6
**kilo** [1] - 18:14
**kind** [4] - 30:6, 31:11, 40:10, 88:10
**kinds** [1] - 20:2
**King** [2] - 48:5, 48:10
**knock** [3] - 39:25, 40:5, 54:25
**knowing** [1] - 103:11
**known** [2] - 28:4, 69:1
**Korchin** [3] - 93:15, 94:1, 120:17
**KORCHIN** [5] - 1:21, 94:2, 96:18, 96:20, 97:6
**Kurse** [1] - 9:24
**Kush** [3] - 59:23, 63:6, 63:9

## L

**lab** [2] - 126:11, 126:12
**ladies** [7] - 18:16, 58:4, 70:21, 75:23, 79:4, 93:12, 122:7
**landline** [1] - 77:1
**large** [1] - 108:11
**last** [11] - 5:1, 5:3, 40:24, 59:13, 62:14, 64:10, 65:7, 67:15, 93:11, 98:3
**late** [1] - 122:14
**Lauderdale** [1] - 2:3
**law** [9] - 55:3, 56:21, 57:1, 60:2, 66:9, 66:18, 69:5, 69:22, 81:12
**lawyer** [1] - 69:22
**lawyers** [1] - 3:15
**lay** [1] - 34:7
**laying** [1] - 61:1
**lead** [2] - 11:5, 123:3
**leader** [1] - 65:10
**leading** [3] - 6:2, 9:4, 110:8
**lean** [1] - 64:13
**least** [1] - 45:15
**leave** [6] - 23:6, 35:10, 38:11, 39:18, 40:23, 89:8
**leaving** [1] - 34:16
**led** [1] - 26:25
**ledger** [1] - 71:3
**ledgers** [1] - 71:25
**left** [13] - 14:19, 23:5, 35:1, 35:14, 38:21, 40:23, 69:12, 86:17, 86:19, 87:1, 89:14, 102:4, 115:2
**legal** [3] - 26:19, 84:8, 100:19
**legitimate** [1] - 64:7
**less** [10] - 68:23, 69:3, 71:22, 71:23, 94:15, 95:8, 95:17, 105:23, 110:11, 126:12
**letting** [1] - 124:15
**lie** [4] - 97:21, 102:11, 102:19, 102:21
**lied** [3] - 58:19, 102:24, 103:6
**life** [6] - 60:1, 71:13, 96:8, 102:11, 102:14, 102:17
**lights** [9] - 36:24, 81:7, 81:9, 90:14, 90:15, 90:16, 90:17, 90:23, 91:1
**limited** [1] - 46:6
**lined** [1] - 46:12
**lineup** [1] - 125:18
**lip** [1] - 38:20
**listen** [2] - 72:3, 91:23
**live** [3] - 44:13, 111:22, 112:5
**lived** [3] - 45:10, 104:12, 111:20
**living** [4] - 44:16, 44:25, 49:8, 112:2
**loaned** [1] - 109:2
**local** [1] - 95:20
**located** [1] - 14:10
**location** [3] - 9:14, 9:19, 13:18
**locations** [4] - 104:16, 104:20, 104:23, 112:3

**locked** [2] - 59:13, 62:14
**longest** [1] - 115:12
**look** [16] - 29:9, 29:11, 29:17, 35:12, 96:21, 98:14, 99:19, 99:20, 99:24, 100:8, 111:8, 111:11, 111:13, 111:15, 111:17, 122:9
**look-out** [7] - 99:19, 99:20, 99:24, 100:8, 111:11, 111:13, 111:17
**look-outs** [1] - 111:8
**looked** [2] - 27:1, 40:6
**looking** [4] - 57:14, 121:10, 121:14, 121:25
**looks** [1] - 99:21
**lose** [5] - 29:24, 30:3, 31:4, 31:16, 38:2
**losing** [1] - 51:22
**loss** [1] - 31:14
**lost** [3] - 30:18, 57:8, 85:24
**love** [1] - 116:17
**lucky** [1] - 21:21
**Luis** [7] - 14:12, 24:19, 24:21, 26:4, 27:4, 41:12, 44:4

## M

**Maggie** [1] - 55:19
**Magnum** [2] - 35:13
**mail** [2] - 122:17, 125:24
**maintain** [1] - 67:25
**mandatory** [2] - 71:13
**MANUEL** [1] - 1:19
**map** [1] - 7:2
**March** [5] - 3:17, 3:25, 60:16, 64:3, 95:6
**marijuana** [28] - 5:13, 20:4, 41:8, 41:11, 44:19, 45:2, 45:6, 45:18, 58:24, 59:23, 62:8, 62:10, 63:9, 63:15, 71:17, 76:14, 82:5, 82:6, 83:17, 84:16, 85:14, 94:24, 105:7, 105:10, 105:12, 106:24, 118:17, 118:19
**MARK** [1] - 1:16
**marked** [6] - 59:9, 61:9, 61:22, 62:12, 63:1, 63:11
**Marlins** [1] - 6:23
**Martinez** [18] - 5:14, 5:23, 7:16, 8:14, 13:1, 14:12, 17:15, 24:20, 25:21, 27:4, 27:25, 38:9, 39:15, 39:17, 78:14, 87:5, 87:8, 115:18
**Mary** [1] - 2:2
**master** [1] - 77:10
**matter** [7] - 46:2, 65:4, 71:12, 73:24, 91:12, 127:6
**matters** [1] - 126:14
**Maurin** [39] - 7:16, 7:21, 7:25, 8:2, 8:14, 12:5, 13:7, 14:11, 15:17, 16:5, 16:9, 16:21, 19:22, 21:25, 22:14, 24:18, 24:19, 25:1, 26:16, 28:1, 32:1, 32:25, 35:15, 35:18, 36:9, 37:17, 40:1, 41:13, 45:11, 53:2, 53:5, 53:9, 54:2, 55:5, 108:17, 109:8, 113:10, 115:17, 119:11
**MAURIN** [1] - 1:6
**maximum** [1] - 70:17
**mean** [10] - 17:2, 18:12, 22:7, 27:11, 31:19, 31:20, 34:14, 37:9, 116:16, 116:23
**meaning** [7] - 18:14, 52:12, 56:2, 59:23, 65:21, 119:5, 123:8
**means** [1] - 17:12
**meant** [2] - 117:2, 118:10
**meet** [3] - 14:6, 14:22, 102:1
**meeting** [3] - 7:5, 66:9, 66:21
**meetings** [2] - 65:25, 66:21
**member** [36] - 4:24, 5:8, 5:9, 12:19, 20:9, 21:5, 23:13, 26:18, 27:5, 28:17, 28:18, 30:20, 31:15, 31:24, 32:6, 32:14, 41:22, 42:23, 43:5, 43:6, 65:22, 75:15, 88:24, 99:6, 104:3, 104:9, 105:18, 105:22, 106:11, 107:7, 107:18, 107:22, 107:23, 109:23, 115:9, 120:18
**member's** [4] - 107:18, 107:24, 117:9, 117:21
**members** [64] - 5:13, 7:7, 7:9, 7:11, 10:1, 10:22, 11:2, 11:15, 12:2, 12:16, 12:22, 13:4, 13:6, 13:9, 13:16, 14:3, 14:16, 14:20, 14:22, 15:2, 15:21, 17:11, 18:24, 19:9, 19:19, 20:17, 20:25, 23:12, 24:5, 29:2, 30:4, 31:25, 32:11, 32:15, 32:19, 33:10, 33:13, 41:9, 43:25, 87:20, 99:16, 102:7, 105:13, 105:15, 108:5, 108:12, 109:2, 111:6, 111:8, 114:22, 115:5, 115:7, 116:12, 116:17, 116:18, 117:6, 117:8, 117:16, 117:21, 117:25, 118:25, 123:4
**membership** [9] - 15:14, 16:2, 17:9, 17:11, 21:14, 28:2, 28:22, 30:7, 40:24
**memory** [3] - 73:22, 74:9, 97:1
**mention** [3] - 66:11, 66:14, 68:11
**mentioned** [2] - 16:7, 78:13
**met** [13] - 17:20, 26:24, 45:21, 45:24, 47:25, 52:9, 56:14, 58:16, 66:18, 68:17, 85:10, 95:4
**mIAMI** [1] - 1:2
**Miami** [10] - 1:17, 1:22, 1:25, 2:5, 2:7, 2:8, 79:22, 80:3, 80:13, 92:23
**middle** [4] - 28:14, 28:15, 31:13, 116:11
**Midwest** [1] - 4:7
**might** [1] - 123:25
**Miguel** [8] - 37:16, 38:6, 38:7, 38:12, 38:16, 39:12, 39:13, 39:20
**minimum** [2] - 70:16, 71:13
**minute** [2] - 40:13
**minutes** [6] - 19:2, 35:16, 58:7, 61:3, 93:12, 115:2
**Miss** [1] - 3:9
**missing** [2] - 31:6, 90:25
**mission** [5] - 35:4, 53:14, 53:16, 53:20, 120:12
**missions** [1] - 72:10
**misstatement** [3] - 97:22, 97:25, 98:9
**Mollies** [4] - 60:9, 61:14, 61:16, 83:18
**Molly** [6] - 17:22, 17:24, 20:5, 20:7, 42:19, 44:23
**moment** [3] - 67:12, 70:15, 86:23
**Money** [1] - 47:25
**money** [48] - 15:3, 15:13, 15:20, 17:12, 17:21, 18:15, 21:22, 31:6, 31:15, 32:21, 32:23, 32:25, 33:2, 33:5, 33:9, 49:1, 52:12, 65:13, 67:10, 67:25, 68:2, 77:23, 80:5, 85:18, 85:21, 85:24, 87:23, 88:7, 88:15, 88:18, 88:21, 91:13, 102:7, 108:21, 108:23, 109:2, 109:5, 109:9, 109:14, 109:16, 110:5, 110:16, 117:8, 119:4, 119:8, 119:14
**MONITOR** [1] - 7:1
**month** [14] - 3:12, 10:11, 22:16, 22:18, 23:8, 65:23, 70:25, 71:8, 94:13, 94:14, 94:15, 95:5, 102:5
**months** [11] - 21:19, 60:8, 65:8, 68:9, 68:12, 70:23, 71:8, 94:16, 94:22, 95:15, 105:22
**Moore** [8] - 13:8, 14:12, 15:18, 25:22, 27:4, 27:25, 41:12, 115:18
**Moreno** [1] - 3:17
**morning** [4] - 3:11, 4:10, 38:15, 66:10
**mornings** [1] - 3:17
**most** [1] - 41:25
**mostly** [7] - 13:20, 15:1, 23:14, 23:22, 26:7, 42:11, 113:16
**motion** [4] - 69:19, 69:23, 70:4, 126:3
**move** [8] - 52:23, 68:21, 79:16, 92:8, 98:1, 102:1, 103:19, 114:20
**moved** [3] - 13:18, 104:5, 104:7
**moving** [5] - 44:12, 45:15, 52:7, 104:13, 125:4
**MR** [132] - 3:3, 3:10, 3:21, 4:2, 4:22, 5:20, 6:2, 6:3, 6:7, 9:4, 9:6, 10:7, 10:8, 10:12, 10:17, 10:24, 11:1, 11:4, 11:9, 11:25, 13:13, 13:15, 18:5, 18:7, 18:11, 19:7, 21:9, 21:11, 21:13, 26:19, 26:22, 34:19, 34:22, 41:23, 42:1, 44:5, 44:7, 46:5, 46:7, 46:8, 46:21, 46:23, 47:2, 47:10, 47:12, 48:6, 48:9, 48:16, 48:18, 56:22, 56:24, 58:13, 58:19, 58:23, 59:1, 59:12, 59:18, 59:21, 60:5, 60:12, 61:1, 61:6, 67:4, 67:6, 67:12, 67:14, 68:19, 68:21, 68:22, 69:9, 69:11, 75:3, 75:4, 79:17, 84:8, 84:12, 87:2, 92:2, 92:9, 93:25, 94:2, 96:18, 96:20, 97:6, 97:8, 97:22, 97:25, 98:2, 98:9, 98:12, 100:19, 100:22, 100:24, 101:22, 103:8, 103:17, 103:20, 103:22, 107:3, 107:6, 108:8, 108:10, 110:8, 110:12, 114:6, 114:8, 114:11, 114:13, 114:19, 114:21, 114:25, 115:4, 115:15, 115:19, 116:9, 116:24, 117:5, 117:22, 117:24, 118:22, 118:24, 120:4, 120:8, 122:4, 123:25, 124:14, 125:7, 125:12, 125:19, 125:24, 126:3, 126:6
**multiple** [1] - 20:19
**music** [3] - 31:5, 52:11, 113:16

## N

**N.E** [2] - 1:17, 2:5
**name** [6] - 17:22, 24:11, 46:9, 55:19, 57:12, 61:7
**named** [2] - 84:21, 96:3
**names** [1] - 16:16
**narcotic** [1] - 64:22
**narcotics** [44] - 6:24, 7:15, 8:5, 8:13, 8:16, 9:13, 9:18, 9:22, 12:20, 19:19, 19:25, 20:2, 20:16, 20:25, 21:2, 21:5, 21:24, 22:1, 22:4, 22:8, 43:11, 44:25, 45:16, 45:22, 46:15, 55:7, 55:10, 55:12, 57:24, 63:18, 63:20, 98:18, 103:9, 108:21, 108:23, 108:24, 108:25, 109:24, 110:2, 112:18, 113:7, 113:9, 113:11, 118:11
**nature** [4] - 12:10, 49:21, 65:13, 65:19
**navigated** [1] - 122:16
**near** [1] - 57:13
**nearby** [1] - 23:20
**need** [12] - 3:7, 3:11, 6:6, 33:8, 58:17, 58:19, 123:9, 123:11, 123:12, 123:19, 123:21, 125:23
**needed** [4] - 4:11, 23:2, 85:21, 109:9
**needs** [1] - 124:8
**negative** [1] - 52:16
**neighborhood** [6] - 6:15, 6:21, 52:9, 71:9, 84:22, 93:5
**never** [25] - 42:3, 48:21, 48:23, 49:1, 49:3, 52:14, 66:7, 74:11, 86:10, 86:12, 86:14, 89:3, 91:1, 91:17, 102:6, 104:22, 104:25, 105:4, 106:17, 106:20, 106:22, 107:20, 107:25, 111:4, 125:9
**new** [1] - 59:18
**next** [13] - 3:12, 6:12, 29:5, 59:15, 62:4, 62:20, 63:4, 66:1, 75:1, 96:22, 115:2, 121:19, 123:15
**nice** [1] - 4:6
**nickname** [5] - 6:8, 7:22, 30:23, 30:25, 50:5
**niggas** [1] - 59:19
**night** [17] - 12:22, 13:3, 23:17, 54:7, 59:13, 62:14, 66:10, 78:10, 78:13, 86:6, 87:3, 87:5, 87:7, 87:8, 91:17, 92:21, 92:25
**night's** [1] - 122:19
**nighttime** [7] - 13:20, 16:3, 22:13, 22:19, 23:22, 24:3, 38:9
**nine** [3] - 68:9, 68:24, 69:15
**ninth** [1] - 59:3
**nobody** [5] - 30:11, 78:4, 78:6, 78:8, 112:20
**non** [5] - 107:7, 107:18, 107:23, 107:24, 116:12
**none** [2] - 83:4, 83:15
**noon** [6] - 3:12, 3:18, 4:16, 122:10, 122:20, 126:16
**North** [1] - 2:7
**Northeast** [1] - 4:7
**nose** [2] - 40:9
**not.** [1] - 115:11
**nothing** [11] - 3:7, 45:5, 45:11, 46:15, 53:5, 65:19, 76:7, 76:9, 76:11, 123:23, 124:12
**notifying** [1] - 58:2
**November** [43] - 5:2, 11:12, 11:13, 28:20, 33:16, 33:18, 34:6, 34:9, 34:11, 36:11, 41:14, 42:17, 52:23, 52:24, 59:22, 62:15, 62:16, 62:20, 63:3, 66:10, 68:14, 74:19, 89:1, 91:24, 96:7, 96:13, 102:11, 105:21, 106:10, 106:12, 106:13, 106:14, 113:4, 113:9, 115:20, 119:17, 120:5
**Number** [1] - 1:3
**number** [6] - 3:9, 50:14, 50:16, 51:3, 104:15, 105:15
**numbers** [1] - 76:24
**numerous** [2] - 109:8, 115:1

## O

**o'clock** [1] - 54:6
**oath** [3] - 57:5, 58:19, 75:21
**objection** [36] - 6:2, 9:4, 10:7, 10:24, 11:4, 13:13, 18:5, 21:9, 26:19, 41:23, 46:5, 46:21, 46:25, 47:10, 48:6, 48:16, 56:22, 68:19, 84:8, 92:2, 97:22, 97:25, 98:9, 100:19, 108:8, 110:8, 114:6, 114:11, 114:12, 114:19, 114:25, 115:15, 116:24, 117:22, 118:22, 120:4
**objections** [1] - 123:14
**Obregon** [1] - 125:20
**occasion** [5] - 58:2, 103:1, 103:3, 103:4, 106:4
**occasions** [2] - 105:24, 105:25
**occur** [3] - 23:10, 53:23, 106:6
**occurred** [2] - 99:15, 100:4
**October** [7] - 17:16, 25:15, 25:20, 42:17, 79:10, 79:18
**OF** [3] - 1:2, 1:4, 1:12
**offered** [1] - 28:5
**officer** [2] - 79:19, 80:13
**OFFICER** [3] - 93:13, 93:22, 122:21
**Officer** [5] - 80:10, 81:18, 82:10, 82:14, 83:24
**officers** [7] - 80:3, 90:1, 90:13, 90:24, 92:11, 92:18, 95:20
**official** [1] - 5:9
**often** [3] - 19:11, 73:17, 110:19
**old** [2] - 44:10, 68:7
**ON** [1] - 7:1
**once** [3] - 33:1, 33:12, 121:15
**one** [48] - 4:10, 5:3, 5:13, 6:11, 12:19, 20:25, 23:2, 24:1, 26:21, 26:25, 27:7, 29:4, 29:5, 30:10, 31:5, 31:7, 31:8, 33:23, 45:21, 48:8, 50:25, 55:24, 57:18, 59:1, 60:12, 60:18, 64:10, 65:7, 66:9, 66:24, 67:12, 77:1, 78:14, 78:16, 83:5, 83:16, 85:11, 86:20, 88:19, 91:3, 91:16, 92:4, 93:2, 121:21, 122:11, 125:8, 125:13, 125:21
**ones** [2] - 60:6, 101:19
**open** [3] - 55:2, 55:3, 59:16
**opened** [4] - 40:6, 54:24, 55:1, 62:21
**opinion** [1] - 52:1
**opportunities** [1] - 32:13
**opportunity** [1] - 125:17
**orange** [2] - 35:13, 65:18
**order** [8] - 15:9, 29:6, 53:6, 53:20, 65:15, 66:18, 87:25, 102:24
**ordered** [3] - 21:3, 21:5, 21:24
**ordering** [1] - 22:1
**orders** [1] - 49:20
**organization** [1] - 76:17
**originators** [1] - 115:13
**ounces** [3] - 60:10, 63:13, 63:15
**outs** [1] - 111:8
**outside** [2] - 89:25, 120:25
**overall** [1] - 124:8
**Overruled** [1] - 18:8
**overruled** [6] - 6:6, 26:20, 41:24, 47:11, 100:23, 115:16
**overruled.** [1] - 110:10
**own** [8] - 5:13, 31:18, 49:6, 57:3, 77:7, 82:7, 90:19, 124:4
**owner** [1] - 56:9

## P

**Pablo** [2] - 96:3, 96:5
**pad** [1] - 71:3
**page** [3] - 61:13, 61:18, 96:22
**pages** [6] - 58:13, 61:2, 97:12, 97:14, 97:21, 113:17
**PAGES** [1] - 1:6
**paid** [3] - 26:10, 77:3, 77:5
**Papo** [3] - 96:4, 96:5, 96:6
**part** [14] - 5:14, 6:24, 7:6, 11:10, 11:14, 14:7, 19:11, 31:4, 37:13, 41:25, 44:13, 54:16, 56:17, 99:12
**participants** [1] - 119:20
**participate** [3] - 25:25, 42:13, 99:18
**participated** [3] - 32:23, 99:19, 124:4
**participating** [2] - 32:12, 101:4
**participation** [2] - 5:1, 12:1
**particular** [2] - 16:15, 112:18
**particulars** [1] - 123:12
**parties** [2] - 3:15, 3:19
**party** [1] - 17:14
**pass** [1] - 88:21
**passed** [2] - 37:21, 56:7
**passing** [1] - 88:14
**past** [2] - 24:25, 117:3
**pat** [1] - 80:20
**patience** [1] - 125:1
**PATRICIA** [2] - 2:6, 127:10
**patricia_sanders@flsd.uscourts.gov** [1] - 2:9
**Patron** [2] - 7:23
**PAUL** [1] - 1:21
**pay** [11] - 6:5, 42:21, 49:1, 65:13, 65:21, 76:6, 76:8, 76:10, 76:17, 88:4, 102:6
**paying** [1] - 92:19
**pedestrian** [1] - 16:14
**Peludo** [1] - 7:24
**people** [34] - 12:25, 15:21, 20:13, 20:14, 20:15, 27:1, 27:12, 30:10, 30:12, 38:21, 45:5, 45:10, 45:19, 55:23, 76:23, 78:10, 78:13, 84:17, 84:19, 84:21, 85:14, 88:21, 93:2, 95:2, 99:24, 101:20, 104:13,

105:12, 108:6, 108:15, 109:4, 110:14, 119:15, 121:4
**people's** [1] - 72:19
**per** [3] - 20:13, 65:22, 73:2
**percentage** [1] - 49:3
**perhaps** [1] - 4:15
**period** [7] - 47:16, 47:22, 49:8, 67:22, 82:23, 113:19
**periods** [1] - 46:19
**permission** [3] - 56:2, 56:4, 56:11
**person** [36] - 5:24, 6:1, 9:5, 9:7, 9:9, 10:2, 10:4, 11:8, 16:13, 17:22, 18:4, 20:13, 20:25, 25:11, 25:23, 29:24, 30:25, 31:2, 31:4, 31:22, 32:5, 32:9, 32:12, 50:12, 56:11, 69:25, 78:14, 79:4, 87:7, 88:8, 88:19, 99:6, 99:21, 107:22, 108:2, 116:17
**person's** [4] - 6:8, 7:22, 16:8, 77:23
**personal** [6] - 48:19, 57:20, 82:7, 106:25, 107:1, 126:10
**personally** [1] - 124:4
**persons** [3] - 7:14, 11:6, 21:23
**Peter** [4] - 8:24, 9:7, 38:17, 84:21
**PHILIP** [1] - 1:23
**phone** [27] - 7:5, 15:19, 32:21, 32:25, 33:3, 33:8, 33:9, 35:22, 37:19, 37:21, 38:5, 38:7, 50:14, 50:16, 51:3, 54:15, 76:23, 77:3, 77:5, 77:10, 87:23, 88:4, 88:8, 91:4, 91:13, 107:19, 120:23
**phones** [7] - 7:6, 7:12, 32:23, 76:21, 77:1, 77:8, 117:21
**phonetic** [1] - 9:24
**photographs** [1] - 104:15
**photos** [1] - 4:6
**phrase** [4] - 16:25, 17:4, 31:21, 77:17
**physical** [1] - 100:7
**physically** [2] - 16:11, 42:3
**pickup** [1] - 39:4
**picture** [1] - 124:17
**piece** [3] - 75:23, 76:3, 76:5
**pinky** [1] - 116:10
**pistol** [1] - 120:2
**place** [4] - 13:13, 50:11, 53:11, 111:22
**placed** [1] - 33:2
**places** [2] - 18:25, 48:5
**plan** [2] - 65:25, 99:23
**planned** [1] - 26:13
**play** [3] - 27:6, 29:22, 48:4
**plead** [1] - 124:15
**pled** [6] - 70:7, 70:9, 70:14, 70:16, 70:19, 83:16
**pocket** [2] - 77:19, 83:24
**pockets** [1] - 16:8
**point** [12] - 14:24, 37:13, 37:14, 39:23, 45:3, 53:9, 56:7, 89:14, 92:3, 123:1, 123:13, 125:7
**points** [1] - 49:14
**police** [30] - 29:8, 36:8, 36:11, 37:1, 37:11, 41:14, 54:12, 54:21, 54:23, 54:24, 55:7, 55:12, 55:15, 55:23, 65:1, 80:7, 80:13, 81:7, 81:9, 89:19, 89:25, 90:13, 90:24, 91:2, 92:23, 95:20, 100:2, 101:3, 115:22
**Police** [3] - 79:22, 80:4, 92:23
**Ponce** [1] - 1:19
**Poncho** [3] - 16:22, 16:24, 17:4
**ponchos** [1] - 16:17
**Ponchos** [3] - 16:18, 16:20, 26:9
**Portela** [12] - 19:23, 22:14, 22:23, 28:3, 28:6, 95:4, 95:14, 96:1, 108:17, 111:15, 115:18, 121:9
**PORTELA** [1] - 1:7
**Portela's** [1] - 24:7
**pose** [1] - 3:14
**position** [1] - 3:24
**positioned** [1] - 14:20
**possess** [3] - 70:9, 83:16, 87:11
**possessed** [4] - 22:10, 24:2, 24:25, 86:10
**possession** [3] - 84:5, 87:14, 126:6
**possible** [1] - 4:16
**possibly** [1] - 74:8
**post** [4] - 58:1, 113:13, 113:15, 125:13
**posted** [3] - 58:14, 61:2, 61:13
**posting** [1] - 59:7
**posts** [2] - 58:24, 59:13
**pot** [19] - 47:4, 48:19, 48:21, 72:25, 73:13, 73:21, 74:3, 74:5, 74:12, 74:17, 74:20, 74:24, 76:14, 76:15, 77:20, 77:23, 79:15, 103:15, 123:19
**potential** [1] - 29:7
**powder** [2] - 42:23, 42:25
**power** [1] - 70:5
**prep** [3] - 67:2, 123:9, 125:3
**prepare** [1] - 66:19
**prescription** [2] - 64:23, 64:24
**presence** [3] - 17:5, 29:8, 53:7
**present** [68] - 10:1, 11:14, 11:19, 12:1, 12:14, 12:19, 15:23, 15:25, 17:24, 18:2, 19:8, 19:18, 19:24, 20:5, 20:16, 20:19, 20:24, 21:2, 21:5, 22:1, 22:10, 23:15, 24:9, 25:5, 25:10, 26:12, 28:5, 30:15, 30:18, 31:24, 32:5, 33:10, 33:13, 34:15, 35:25, 36:8, 41:8, 42:12, 42:22, 43:9, 43:25, 51:12, 51:14, 87:18, 99:14, 99:15, 106:17, 107:7, 107:10, 107:18, 107:23, 109:4, 109:9, 109:14, 109:21, 109:24, 110:2, 110:13, 111:1, 111:6, 111:8, 112:7, 112:9, 112:12, 117:4, 118:25, 119:2, 119:4
**pretty** [8] - 6:11, 15:18, 19:1, 21:21, 31:17, 33:1, 94:25, 116:17
**previous** [1] - 34:4
**previously** [1] - 72:15
**primo** [1] - 33:14
**priority** [1] - 33:20
**prison** [1] - 70:17
**problem** [1] - 124:7
**problems** [1] - 117:3
**PROCEEDINGS** [1] - 1:12
**proceedings** [1] - 127:5
**proceeds** [1] - 54:14
**produced** [1] - 52:15
**proffer** [4] - 114:15, 123:23, 124:10, 124:12
**profit** [2] - 85:25, 86:2
**profits** [1] - 49:6
**promote** [3] - 57:24, 97:12, 97:21
**promoting** [1] - 98:13
**promotions** [1] - 48:3
**prosecuted** [1] - 83:10
**prosecutor's** [1] - 76:20
**prospect** [1] - 3:21
**prostitute** [1] - 42:14
**prostitution** [3] - 17:13, 17:14, 62:2
**protection** [2] - 23:14, 23:15
**provided** [3] - 45:10, 69:20, 109:19
**providing** [2] - 45:6, 45:9
**publish** [1] - 34:19
**pulled** [4] - 24:19, 51:22, 78:4
**punched** [1] - 25:6
**punishable** [2] - 100:18, 100:25
**purchase** [1] - 43:14
**purchased** [1] - 20:17
**purchases** [1] - 20:19
**purchasing** [1] - 22:4
**purposes** [2] - 48:4, 67:10
**pushed** [1] - 25:24
**put** [8] - 32:21, 32:25, 33:9, 46:3, 87:23, 88:7, 119:13, 119:14
**putting** [2] - 32:23, 52:12

## Q

**quantity** [1] - 124:1
**questioned** [1] - 115:25
**questioning** [1] - 97:11
**questions** [11] - 50:2, 76:20, 93:25, 97:6, 103:17, 103:20, 103:23, 107:3, 117:1, 122:4, 123:4
**quick** [1] - 125:21

## R

**raise** [4] - 32:21, 88:15, 88:21, 98:3
**raised** [1] - 3:21
**raising** [1] - 32:23
**ran** [4] - 81:3, 81:6, 81:25, 82:10
**random** [3] - 16:13, 21:21, 119:15
**randomly** [1] - 110:14
**rap** [1] - 48:1
**rapper** [3] - 45:25, 48:15, 58:16
**Raymond** [8] - 13:7, 14:11, 15:17, 25:22, 27:4, 27:25, 41:12, 115:18
**re** [2] - 22:6, 22:7
**re-up** [2] - 22:6, 22:7
**ready** [1] - 62:5
**real** [1] - 5:10
**really** [8] - 6:15, 30:11, 43:6, 59:19, 92:19, 122:16, 123:9, 123:17
**reason** [1] - 98:13
**rebuke** [1] - 123:16
**receive** [4] - 7:7, 77:23, 101:23, 102:24
**received** [4] - 101:10, 101:12, 107:23, 125:24
**RECESS** [3] - 19:4, 61:4, 93:17
**recognize** [6] - 6:18, 8:9, 33:25, 34:23, 64:14, 121:23

**recollection** [1] - 72:1
**record** [2] - 66:24, 116:9
**recorded** [4] - 66:22, 125:4, 125:9, 125:13
**recording** [1] - 58:17
**recordings** [3] - 46:3, 46:13, 72:3
**recruit** [1] - 6:11
**redirect** [1] - 107:5
**reduce** [1] - 70:4
**reduction** [1] - 69:15
**refer** [1] - 63:2
**reference** [1] - 124:11
**referenced** [4] - 16:10, 41:18, 50:2, 126:3
**referred** [3] - 16:15, 16:18, 16:20
**referring** [1] - 16:22
**refresh** [2] - 71:25, 97:1
**regard** [5] - 50:7, 52:24, 62:15, 68:18, 123:14
**regarding** [4] - 92:11, 96:24, 121:1, 125:25
**regular** [1] - 122:11
**related** [2] - 56:17, 113:16
**relates** [1] - 103:23
**relationship** [4] - 33:17, 33:20, 34:5, 42:14
**release** [2] - 68:14, 68:18
**released** [2] - 57:9, 74:18
**relevance** [6] - 18:22, 46:5, 46:21, 47:10, 48:16, 124:2
**relevancy** [1] - 48:6
**rely** [1] - 71:6
**remember** [33] - 21:19, 22:21, 24:1, 32:1, 32:9, 58:5, 74:6, 79:11, 79:13, 79:24, 80:1, 82:12, 82:13, 86:13, 90:20, 90:21, 91:19, 92:5, 92:7, 92:20, 94:17, 94:20, 95:4, 95:25, 96:15, 96:16, 97:17, 98:16, 100:4, 110:18, 111:20, 122:15, 124:7
**remembered** [1] - 91:21
**repeat** [5] - 60:24, 83:22, 120:7, 123:18, 124:25
**repeating** [1] - 125:2
**repetitive** [1] - 93:16
**rephrase** [1] - 84:10
**report** [3] - 41:14, 126:11, 126:12
**REPORTED** [1] - 2:6
**Reporter** [1] - 2:7
**reports** [4] - 125:10, 125:11, 125:12, 125:15
**representation** [1] - 3:16
**resale** [1] - 109:5
**resell** [2] - 43:11, 109:10
**respect** [13] - 5:7, 29:22, 29:23, 29:24, 30:3, 30:10, 30:19, 31:4, 31:14, 31:16, 32:13, 38:2
**respected** [1] - 30:14
**respecting** [1] - 30:12
**response** [4] - 50:1, 76:20, 78:1, 96:3
**responsible** [1] - 77:7
**rest** [1] - 122:19
**result** [2] - 30:15, 56:25
**resume** [1] - 4:20
**returned** [3] - 35:17, 35:20, 38:7
**revolver** [2] - 24:1
**riding** [2] - 80:24, 84:4
**ring** [2] - 62:2, 116:10
**rise** [6] - 4:4, 18:19, 93:13, 93:22, 115:7, 122:21
**rivera** [1] - 125:19
**Riverside** [3] - 116:18, 117:16, 117:21
**rob** [2] - 99:23, 119:25
**robbed** [6] - 15:21, 18:25, 98:25, 99:16, 112:9, 112:12
**robberies** [27] - 15:23, 16:1, 16:4, 23:14, 25:4, 26:6, 66:4, 66:7, 66:11, 66:14, 67:8, 82:23, 82:25, 83:1, 83:3, 83:13, 85:20, 99:15, 100:2, 100:6, 101:4, 101:6, 101:8, 101:13, 101:15, 112:7, 115:23
**robbery** [52] - 16:6, 16:9, 16:15, 16:18, 16:20, 16:23, 17:12, 21:6, 21:7, 21:23, 22:5, 25:6, 25:10, 26:1, 30:1, 33:21, 33:22, 34:11, 34:12, 34:13, 34:15, 35:21, 53:10, 53:16, 56:15, 56:18, 59:13, 62:15, 67:9, 78:22, 78:24, 83:11, 89:3, 89:5, 91:5, 91:7, 92:11, 92:14, 96:7, 99:24, 100:8, 100:9, 100:12, 100:15, 100:25, 109:21, 113:4, 119:19, 119:20, 120:9, 120:10, 121:21
**robbing** [1] - 15:5
**rock** [1] - 110:24
**rocks** [6] - 75:25, 76:1, 82:19, 83:24, 110:23, 117:13
**rode** [1] - 81:5
**RODOLFO** [1] - 1:7
**Rodolfo** [10] - 19:22, 22:14, 22:23, 24:7, 95:4, 95:13, 95:25, 108:17, 115:18, 121:9
**Rodriguez** [8] - 37:16, 38:6, 38:8, 38:12, 38:17, 39:12, 39:13, 39:21
**role** [7] - 5:7, 26:17, 27:6, 28:3, 28:22, 29:15, 29:22
**room** [3] - 37:8, 55:1, 92:16
**rosy** [1] - 60:1
**RPR** [2] - 2:6, 127:10
**Rubio** [2] - 93:15, 103:21
**RUBIO** [3] - 2:4, 103:22, 107:3
**Rubio's** [1] - 125:4
**rule** [1] - 6:6
**Rule** [3] - 69:2, 69:17, 69:25
**run** [2] - 39:20, 52:11
**run-in** [1] - 39:20
**run-ins** [1] - 52:11
**running** [1] - 62:2

## S

**Salas** [6] - 14:12, 24:19, 26:4, 27:4, 41:12, 44:4
**sale** [9] - 58:2, 59:7, 77:24, 96:24, 97:4, 102:7, 117:13, 119:13, 126:3
**sales** [10] - 19:9, 46:16, 48:25, 82:5, 97:12, 97:21, 113:7, 119:4, 121:2, 121:3
**San** [1] - 3:10
**SANDERS** [3] - 2:6, 127:8, 127:10
**saw** [13] - 28:11, 89:3, 89:7, 90:15, 91:17, 91:20, 102:6, 104:25, 105:4, 106:17, 106:20, 106:22, 115:7
**scared** [2] - 41:17, 115:24
**scene** [1] - 38:21
**schedule** [2] - 4:17, 122:8
**scope** [2] - 16:1, 116:24
**screen** [3] - 5:18, 34:23, 39:1
**searched** [1] - 25:24
**season** [1] - 23:8
**seasons** [1] - 21:19
**seated** [6] - 3:1, 4:5, 19:5, 61:5, 93:23, 122:23
**second** [1] - 100:17
**SECURITY** [3] - 93:13, 93:22, 122:21
**see** [29] - 4:17, 7:18, 8:5, 8:15, 11:21, 14:6, 14:17, 14:21, 20:2, 29:11, 30:7, 30:9, 36:25, 41:5, 61:10, 61:15, 77:21, 80:20, 80:22, 80:24, 81:9, 90:1, 91:15, 91:25, 96:25, 110:5, 112:23, 122:19, 126:16
**seeing** [1] - 92:5
**seize** [1] - 55:12
**sell** [57] - 5:11, 5:13, 6:13, 6:14, 6:24, 7:4, 9:22, 9:25, 10:20, 10:21, 10:22, 11:22, 12:16, 12:22, 13:2, 14:17, 15:9, 15:19, 19:11, 19:13, 20:2, 22:8, 23:17, 27:9, 27:12, 28:4, 28:24, 29:1, 29:2, 29:4, 29:5, 43:7, 43:9, 45:7, 48:19, 49:21, 57:3, 57:6, 57:24, 65:2, 71:17, 78:24, 85:16, 85:24, 86:2, 96:14, 98:20, 99:4, 104:1, 104:25, 105:4, 105:10, 107:16, 112:18, 117:16, 118:3, 118:15
**seller** [1] - 28:24
**selling** [55] - 7:15, 8:5, 8:13, 8:16, 9:13, 9:18, 10:5, 10:6, 12:20, 13:9, 13:17, 15:5, 19:19, 19:21, 20:13, 20:14, 22:13, 24:4, 29:16, 30:12, 30:13, 30:16, 38:10, 39:10, 44:16, 44:19, 44:21, 44:23, 44:25, 45:3, 45:16, 46:10, 58:24, 59:3, 71:4, 76:14, 78:10, 78:13, 78:18, 78:21, 85:18, 85:22, 86:6, 93:9, 98:18, 102:15, 104:13, 107:14, 113:23, 113:25, 118:13, 118:17, 118:19, 118:21
**send** [4] - 5:9, 43:14, 43:25, 77:20
**sent** [5] - 4:6, 43:10, 105:3, 105:25, 106:15
**sentence** [5] - 16:23, 69:14, 70:5, 116:1, 116:2
**sentenced** [9] - 68:9, 114:2, 114:14, 124:2, 124:3, 124:5, 124:15, 124:18, 124:21
**sentencing** [2] - 114:5, 114:10
**September** [6] - 17:16, 80:9, 80:24, 81:25, 84:4, 121:17
**series** [1] - 65:7
**serious** [1] - 123:17
**seven** [1] - 22:21
**several** [5] - 46:3, 66:3, 67:19, 125:19, 126:14
**share** [4] - 24:8, 29:4, 36:3, 36:4
**shared** [8] - 7:11, 24:5, 76:21, 77:15, 77:17, 119:4, 119:5, 119:7
**shirt** [2] - 75:13, 116:4

**shoot** [2] - 55:2, 78:6
**shooting** [1] - 106:20
**shop** [2] - 59:16, 62:21
**Shores** [1] - 2:5
**shot** [4] - 24:20, 24:21, 115:9, 115:14
**shots** [3] - 27:10, 27:11, 115:13
**show** [3] - 60:21, 61:1, 64:10
**showed** [5] - 36:7, 36:8, 36:24, 65:7, 97:14
**showing** [22] - 5:15, 5:21, 6:16, 7:17, 8:8, 8:19, 9:11, 13:25, 14:13, 33:24, 35:21, 38:22, 40:2, 59:9, 61:9, 61:22, 62:12, 63:1, 63:11, 63:22, 64:3, 121:22
**shown** [1] - 104:15
**side** [2] - 39:4, 93:6
**sides** [1] - 90:5
**sidewalk** [3] - 14:17, 14:19, 29:11
**sign** [3] - 116:10, 116:12, 116:19
**signs** [2] - 116:5, 116:7
**single** [2] - 83:5, 94:8
**sitting** [3] - 9:8, 14:21, 79:4
**SIX** [1] - 1:5
**six** [3] - 22:21, 81:25, 82:9
**sleep** [3] - 54:6, 89:14, 89:17
**sleeping** [1] - 55:5
**smoke** [4] - 73:9, 73:13, 73:15, 74:3
**smoked** [2] - 73:6, 74:5
**smoking** [9] - 47:4, 72:25, 73:21, 74:17, 74:18, 74:20, 74:24, 79:15, 103:15
**snacks** [1] - 122:13
**snitched** [1] - 38:17
**snitching** [3] - 37:22, 37:25, 38:5
**sober** [3] - 109:25, 112:10, 112:14
**sold** [44] - 13:4, 18:24, 19:25, 20:5, 20:7, 20:10, 41:8, 41:11, 42:23, 42:25, 43:10, 45:18, 48:21, 48:23, 49:6, 58:23, 59:4, 59:5, 69:6, 70:22, 71:2, 76:3, 76:5, 76:15, 85:24, 87:5, 87:7, 87:8, 103:9, 104:17, 104:19, 104:22, 105:1, 105:2, 105:7, 106:2, 106:3, 106:24, 109:24, 110:2, 111:6, 113:9, 114:17, 119:2
**someone** [21] - 15:8, 21:21, 27:14, 29:11, 30:18, 31:21, 31:22, 53:6, 65:15, 77:18, 77:19, 88:14, 98:17, 98:20, 99:21, 99:23, 105:10, 112:9, 112:12, 119:25, 120:2
**sometime** [2] - 4:8, 104:5
**sometimes** [6] - 47:9, 74:2, 78:25, 88:18, 94:15, 109:17
**somewhat** [4] - 41:2, 56:9, 72:12, 72:24
**somewhere** [5] - 9:22, 23:20, 28:20, 71:9, 77:20
**soon** [2] - 19:1, 40:6
**sorry** [1] - 23:7
**sort** [2] - 50:22, 95:18
**source** [1] - 85:9
**sources** [1] - 17:12
**South** [2] - 1:24, 4:6
**sOUTHERN** [1] - 1:2
**Spanish** [1] - 50:4
**speaking** [3] - 27:24, 92:16, 92:17
**specific** [9] - 15:11, 15:12, 21:14, 22:16, 22:18, 42:14, 84:14, 87:7, 91:25
**specifics** [1] - 44:14
**speculation** [1] - 110:9
**split** [6] - 29:6, 40:11, 76:12, 119:7, 119:8, 119:14
**spoken** [1] - 92:13
**spot** [2] - 10:20, 10:21
**spots** [1] - 10:23
**spread** [1] - 13:18
**spring** [1] - 21:19
**Stadium** [1] - 6:23
**stadium** [2] - 8:6, 8:12
**stand** [5] - 19:2, 29:11, 77:13, 98:3, 124:13
**standing** [2] - 40:16, 40:17
**start** [5] - 3:18, 61:25, 69:12, 122:10
**started** [8] - 30:12, 38:18, 40:6, 40:9, 45:13, 81:11, 120:5
**starting** [1] - 59:18
**starts** [1] - 122:14
**stashed** [2] - 23:20, 23:23
**State** [3] - 100:17, 120:20, 125:11
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**States** [1] - 2:7
**stating** [1] - 69:19
**station** [5] - 36:25, 54:20, 55:15, 55:23, 92:22
**status** [4] - 114:22, 115:5, 115:7, 123:5
**stay** [2] - 49:9, 56:11
**stayed** [2] - 53:25, 89:16
**staying** [5] - 39:22, 47:19, 47:23, 52:25, 53:2
**steal** [5] - 17:3, 72:10, 72:14, 72:19, 72:21
**stealing** [2] - 80:1, 85:20
**still** [4] - 37:13, 65:1, 73:13, 73:15
**stipulate** [1] - 3:23
**stipulations** [1] - 3:22
**stole** [6] - 31:7, 31:8, 31:10, 72:13, 80:5, 86:12
**stolen** [3] - 15:5, 72:15, 91:5
**stoned** [1] - 73:4
**stop** [5] - 40:21, 80:16, 81:14, 81:16, 125:2
**stopped** [4] - 38:21, 74:17, 74:18, 107:14
**store** [6] - 14:2, 14:4, 14:5, 38:15, 38:21, 38:23
**straight** [1] - 96:9
**strap** [2] - 96:11, 96:14
**strapped** [1] - 108:18
**straps** [2] - 96:24, 97:4
**street** [10] - 9:23, 16:24, 34:3, 78:18, 78:21, 78:24, 79:5, 79:8, 80:16, 86:3
**Street** [8] - 1:17, 1:22, 2:2, 2:5, 8:7, 9:12, 14:2, 14:15
**stripped** [2] - 25:11, 25:24
**strong** [3] - 82:25, 100:9, 100:25
**structure** [1] - 34:5
**studio** [5] - 46:12, 52:15, 52:17, 52:19, 52:21
**stuff** [3] - 14:4, 15:5, 36:1
**subpoena** [1] - 59:25
**substantial** [1] - 69:20
**Suite** [4] - 1:20, 1:24, 2:3, 2:7
**summer** [1] - 21:20
**supplier** [7] - 20:20, 49:18, 60:18, 60:20, 61:20, 85:14, 109:1
**suppliers** [3] - 50:25, 84:24, 105:15
**supply** [7] - 49:18, 50:18, 50:20, 50:22, 85:4, 85:9, 124:8
**supplying** [2] - 45:21, 52:3
**support** [1] - 72:23
**suppose** [1] - 21:10
**supposedly** [1] - 91:5
**Suri** [1] - 69:23
**surrounded** [1] - 89:19
**survive** [1] - 67:25
**sustain** [2] - 68:3, 114:12
**sustained** [10] - 10:25, 46:25, 48:17, 56:23, 68:20, 97:23, 98:11, 108:9, 114:7, 117:23
**swear** [1] - 75:21
**swinging** [2] - 38:18, 40:7
**switch** [1] - 90:19
**switchboard** [1] - 77:12
**swore** [2] - 98:4, 98:6
**syrup** [1] - 64:19

## T

**T-shirt** [2] - 75:13, 116:4
**TAKEN** [3] - 19:4, 61:4, 93:17
**Tango** [1] - 8:22
**tape** [1] - 72:3
**tased** [1] - 84:5
**tasered** [2] - 81:16, 81:23
**tattoo** [1] - 75:19
**tattooed** [1] - 31:2
**tea** [1] - 58:6
**Team** [1] - 47:25
**team** [3] - 33:8, 59:18, 118:10
**technological** [1] - 122:18
**Teli** [3] - 6:1, 6:9, 6:10
**ten** [2] - 58:7, 123:11
**tender** [1] - 44:5
**terms** [2] - 29:7, 118:4
**terrible** [1] - 3:6
**territory** [4] - 11:3, 11:15, 43:7, 78:2
**testified** [23] - 5:3, 11:11, 49:25, 50:7, 53:13, 61:7, 65:10, 66:3, 67:15, 70:22, 76:23, 77:7, 89:21, 96:8, 104:1, 104:3, 104:8, 104:19, 104:22, 104:25, 105:7, 105:19, 105:24
**testify** [1] - 89:7
**testifying** [1] - 68:23
**testimony** [11] - 4:20, 45:18, 66:19, 74:9, 87:5, 90:13, 90:23, 104:16, 106:15, 124:7, 125:8
**TGK** [1] - 37:17
**THE** [109] - 1:12, 1:15, 3:1, 3:7, 3:11, 3:25, 4:3, 4:5, 6:5, 9:5, 10:11, 10:15, 10:16, 10:25, 11:5, 11:23, 11:24, 13:14, 18:6, 18:8, 18:9, 18:16, 18:21, 19:5, 21:10, 21:12, 26:20, 26:21, 34:21, 41:24, 41:25, 44:6, 46:6, 46:22, 46:25, 47:11, 48:7, 48:17, 56:23, 58:4, 58:9, 58:12, 58:15, 58:21, 58:25,

59:5, 59:17, 59:20, 60:4, 60:11, 60:23, 61:3, 61:5, 67:2, 67:5, 67:13, 68:20, 69:10, 75:1, 79:16, 84:9, 86:22, 86:25, 92:3, 92:7, 92:8, 93:11, 93:15, 93:18, 93:23, 94:1, 96:19, 97:7, 97:23, 98:1, 98:11, 100:21, 100:23, 101:21, 103:7, 103:16, 103:18, 103:21, 107:5, 108:9, 110:10, 110:11, 114:7, 114:12, 114:20, 115:2, 115:16, 115:17, 116:25, 117:3, 117:23, 118:23, 120:5, 120:7, 122:6, 122:23, 124:6, 124:19, 125:9, 125:16, 125:22, 126:1, 126:5, 126:13
**theft** [1] - 17:3
**themselves** [2] - 27:23, 69:6
**theory** [1] - 124:9
**Third** [1] - 8:7
**Thompson** [8] - 34:18, 35:1, 35:19, 36:10, 89:8, 91:10, 91:11, 91:12
**thoughts** [2] - 3:19, 4:14
**thousands** [1] - 113:17
**three** [4] - 3:13, 3:17, 15:25, 116:10
**threw** [1] - 81:23
**throughout** [12] - 8:18, 12:5, 14:4, 15:14, 16:3, 17:15, 22:3, 23:22, 27:25, 29:14, 31:13, 113:19
**throwing** [2] - 116:12, 116:18
**thrown** [1] - 25:11
**Thursday** [5] - 3:11, 4:10, 4:15, 93:19, 122:10
**timeframe** [8] - 14:3, 14:7, 15:6, 17:9, 19:18, 19:24, 60:15, 113:25
**Tinoco** [10] - 13:8, 16:5, 16:19, 30:13, 36:9, 40:1, 40:4, 44:4, 115:18, 118:6
**Tiny** [5] - 8:1, 37:19, 37:21, 38:11, 39:18
**today** [6] - 4:9, 8:3, 9:1, 16:20, 66:3, 126:15
**together** [6] - 65:25, 89:8, 111:6, 118:25, 119:2, 119:7
**tomorrow** [6] - 4:15, 93:19, 122:9, 122:20, 125:18, 126:16
**took** [4] - 35:22, 50:11, 72:17, 98:3
**top** [5] - 26:21, 26:25, 27:7, 96:22, 108:15
**topic** [1] - 75:2
**total** [4] - 94:4, 94:14, 94:16, 94:21
**tough** [1] - 122:24
**towards** [3] - 4:25, 23:5, 39:24
**town** [1] - 44:13
**track** [5] - 47:15, 71:4, 71:23, 73:4, 73:11
**transaction** [3] - 107:19, 110:16, 111:1
**transactions** [2] - 29:12, 85:13
**TRANSCRIPT** [1] - 1:12
**transcription** [1] - 127:5
**trap** [9] - 9:21, 39:18, 107:8, 107:11, 111:20, 111:25, 117:17, 121:19, 121:20
**trapping** [5] - 60:16, 60:17, 61:25, 64:4, 64:7
**traps** [1] - 33:23
**travel** [1] - 3:17
**treat** [1] - 32:19
**treated** [3] - 30:4, 30:15, 32:11
**tree** [1] - 121:19
**trespass** [1] - 56:2
**trespassing** [2] - 59:14, 62:14
**TRIAL** [1] - 1:12
**tried** [2] - 40:10, 96:8
**truck** [1] - 39:4
**true** [6] - 59:10, 59:14, 89:2, 97:16, 97:18, 97:24
**truly** [1] - 3:6
**trust** [1] - 93:16
**truth** [2] - 98:6, 98:8
**truthful** [2] - 60:3, 98:4
**try** [3] - 15:8, 32:21, 88:21
**trying** [5] - 67:25, 68:3, 77:18, 125:7, 126:11
**turn** [2] - 54:14, 91:2
**turned** [5] - 36:24, 79:21, 86:2, 90:16, 90:17
**twice** [3] - 13:24, 28:11, 33:12
**Two** [1] - 1:24
**two** [10] - 15:25, 23:9, 25:21, 60:6, 75:25, 76:1, 94:16, 94:22, 110:23, 125:13
**type** [3] - 12:12, 113:11, 122:18
**types** [2] - 16:15, 23:25

## U

**ultimately** [2] - 89:19, 116:1
**under** [2] - 57:5, 58:19
**undercover** [1] - 79:19
**unintelligible** [1] - 34:8
**UNITED** [3] - 1:1, 1:4, 1:15
**United** [1] - 2:7
**uNITED** [1] - 1:13
**universe** [1] - 125:5
**unless** [1] - 19:1
**unoccupied** [1] - 94:24
**up** [70] - 4:18, 7:5, 9:10, 14:6, 14:23, 15:9, 15:18, 16:25, 17:4, 19:3, 20:25, 21:22, 22:6, 22:7, 24:20, 27:1, 30:3, 31:19, 31:21, 31:22, 31:25, 32:5, 32:12, 36:7, 36:8, 36:24, 40:11, 42:21, 46:12, 48:1, 48:4, 49:14, 54:10, 54:12, 59:13, 62:14, 62:21, 70:16, 71:13, 74:22, 74:24, 77:18, 77:20, 79:1, 82:14, 89:16, 96:8, 100:25, 109:1, 109:18, 109:19, 109:22, 111:19, 113:20, 116:10, 116:12, 116:18, 117:6, 119:13, 119:14, 121:10, 123:7, 125:1, 125:23, 126:8, 126:14, 126:15
**upcoming** [1] - 123:11
**update** [1] - 3:9

## V

**valuables** [1] - 72:21
**van** [1] - 25:24
**Vazquez** [14] - 6:5, 11:5, 11:7, 18:21, 19:6, 60:17, 70:2, 104:16, 107:5, 114:20, 115:3, 123:15, 123:22, 126:11
**VAZQUEZ** [53] - 1:15, 3:21, 4:22, 5:20, 6:3, 6:7, 9:6, 10:8, 10:12, 10:17, 11:1, 11:9, 11:25, 13:15, 18:11, 19:7, 21:11, 21:13, 26:22, 34:19, 34:22, 42:1, 44:5, 46:5, 46:21, 47:10, 48:6, 48:16, 56:22, 68:19, 84:8, 92:2, 97:22, 97:25, 98:9, 100:19, 107:6, 108:10, 110:12, 114:8, 114:13, 114:21, 115:4, 115:19, 116:9, 117:5, 117:24, 118:24, 120:8, 122:4, 123:25, 124:14, 125:19
**Vazquez's** [1] - 50:2
**vehicles** [1] - 67:20
**verbal** [1] - 47:9
**verbally** [6] - 6:11, 11:22, 12:7, 41:25, 42:2, 42:11
**versus** [1] - 12:22
**via** [1] - 122:17
**Vicar** [1] - 123:7
**victim** [2] - 16:23, 25:6
**victim's** [1] - 36:1
**victims** [4] - 16:15, 16:18, 16:20, 18:25
**video** [1] - 31:6
**videos** [1] - 46:3
**view** [2] - 14:14, 118:9
**violence** [3] - 83:8, 83:10, 106:22
**voice** [1] - 4:8
**vouch** [1] - 118:4
**vouched** [1] - 117:25
**vouching** [2] - 118:8, 123:6
**vs** [1] - 1:5

## W

**wait** [3] - 6:6, 86:22, 100:21
**walk** [3] - 14:5, 14:23, 26:10
**walking** [2] - 16:24, 38:15
**wallet** [4] - 35:22, 54:15, 91:4, 91:13
**wants** [3] - 39:18, 59:22, 59:23
**warning** [1] - 39:14
**watching** [1] - 99:22
**ways** [2] - 56:21, 60:22
**weapons** [2] - 100:6, 106:17
**wearing** [1] - 9:9
**wears** [1] - 65:18
**weed** [4] - 61:13, 61:16, 110:23, 110:24
**week** [7] - 4:8, 13:24, 41:5, 67:15, 98:3, 122:9, 126:15
**weekend** [3] - 4:6, 26:13, 122:16
**weekends** [3] - 26:7, 26:8, 26:10
**weeks** [1] - 82:9
**weight** [1] - 60:9
**welcomed** [1] - 118:10
**West** [1] - 1:22
**whipped** [1] - 120:2
**whole** [3] - 8:18, 74:20, 101:14
**WILLIAMS** [1] - 1:12
**willing** [1] - 103:1
**window** [3] - 55:1, 89:21, 90:15
**winter** [1] - 21:19
**WITNESS** [13] - 7:1, 10:16, 11:24, 18:9, 26:21, 41:25, 58:11, 86:25, 92:7, 110:11, 115:17, 117:3, 120:7
**witness** [10] - 44:5, 54:14, 67:2, 96:18, 116:8, 116:9, 124:8, 124:24, 125:2, 125:3
**witnessed** [4] - 29:1,

66:3, 66:7, 67:8
**witnesses** [6] - 122:24, 122:25, 123:3, 123:9, 124:13, 125:21
**witnessing** [2] - 66:11, 66:14
**woken** [2] - 54:10, 54:12
**word** [5] - 16:22, 18:12, 33:11, 59:19, 120:10
**words** [1] - 70:23
**works** [1] - 47:1
**worse** [1] - 73:24
**worth** [2] - 76:15, 80:4

## X

**Xanax** [5] - 44:21, 45:2, 45:9, 45:10, 99:6

## Y

**year** [38] - 10:15, 14:24, 17:17, 19:8, 20:3, 20:9, 20:16, 20:22, 20:24, 21:2, 22:9, 22:20, 25:17, 25:25, 26:5, 26:12, 26:15, 26:18, 27:5, 27:18, 28:2, 28:12, 32:11, 32:17, 33:13, 41:5, 41:9, 41:21, 42:12, 42:22, 70:16, 71:13, 94:10, 94:12, 94:21, 94:23, 95:1, 109:22
**years** [10] - 21:18, 23:9, 45:15, 68:7, 68:9, 68:24, 69:15, 70:17, 100:18, 101:1
**yelled** [1] - 42:6
**yes,** [1] - 52:20
**yourself** [5] - 25:2, 67:25, 68:3, 85:11, 105:5
**yourselves** [2] - 4:13, 4:19
**Yung** [1] - 7:23