DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 18, 2015

Plaintiff, **DAY 7**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-143

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:


FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

DAILY COPY

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 12:03 p.m.)

THE COURT: Please be seated everyone.

The Government has a matter it wishes to bring up, but before we do that, I was reviewing my notes last evening, and I am reviewing the questions about the drug quantity Mr. Guzman was sentenced to.

I'm kind of confused about where you were going with that, Mr. Vázquez, but I want to make certain that I don't misapprehend all together, so I'm in the process of looking over that daily transcript.

Here is the real question, though, that I have: I chided Mr. Gonzalez for bringing up witness prep, because in my mind's eye what happens is a witness or a codefendant who becomes a witness is debriefed for information over a period of time, that information is memorialized by interviewing agents, at some point in time prosecutors prepare witnesses for trial letting them know, as do defense attorneys, the questions and answers one expects to hear so that they are fully prepared for at least the mechanics of testimony.

Am I to understand that there are no notes of any interview of Nadim Guzman?

MR. VÁZQUEZ: There are no reports.

THE COURT: No, no. There are no notes of any interview with Nadim Guzman?

MR. VÁZQUEZ: I can check with the agent what notes he has, but there are no reports.

THE COURT: Well, if he has notes, then those notes need -- you need to look at that, you need to speak to whomever you need to speak to. But the gentleman testified yesterday on many things in very broad strokes, sometimes particularized, but I received from the Government pleadings about specific instances of inextricably intertwined conduct in response to defendants' motion, which I assumed was predicated on cooperating witnesses' information. That information had to have come from somewhere; I assumed reports.

Now, unless that information is one of you has a brilliant-mind type of memory and could cull it up, then you are getting the information from memorialization somewhere, and the defense is entitled to that.

So you have today to get together whatever you have got, look it over, make whatever argument you want to make to me as to why you should not have to give it up. But, for example, again, Mr. Alfonso -- is it Alonzo or Alfonso?

MR. VÁZQUEZ: Alfonso.

THE COURT: And I have to check the transcripts, which I have been doing this morning. I think Mr. Alfonso said -- did he say he dealt drugs?

MR. VÁZQUEZ: Mr. Guzman said that.

THE COURT: No, no. But Mr. Alfonso was asked, I

thought, by the defense. Was he not asked by the defense if he dealt drugs?

MR. GONZALEZ: I would have to check the transcript. I do know that what he told me, my recollection, was that how he dealt with Guzman was by way of, you know, a social interaction, you know, girls going out, that sort of thing, which would be different than what we got from Guzman yesterday.

THE COURT: Right. My concern is the Government is putting on two witnesses who have given two different impressions to the jury, and the Government knows that only one version is correct, so that needs to get cleared up. The way that usually gets cleared up is because the defense has copies of notes, which they then impeach.

But that has to be dealt with today. So I leave you to check with your agents and see where we are at at the end of the day.

Okay. The matter you wish to bring to my attention you wish to do ex parte; is that correct?

MR. VÁZQUEZ: I believe that would make sense in this situation. I just raise it to the Court because the Court has asked me -- we were meeting late last night, and we didn't have a chance to memorialize what the witness told us, and the Court has asked us for specific information to constantly -- to be provided.

THE COURT: Okay. But this is late-breaking

information, not something that's historical?

MR. VÁZQUEZ: We got out of the prison, I think, 9:30 yesterday.

THE COURT: Okay. Before we break to do that, because instead of moving everyone here, I will ask that the Government go back into chambers with the court reporter, and I will hear the matter there.

Is there anything -- our juror, Mr. Fernandez's son was ill, so he is still on the drive over, and we are now waiting for two jurors, so we have some time.

Is there anything else any of the defendants wish to bring up?

MR. HOROWITZ: Your Honor, the Court's ruling regarding the Government turning over notes on Mr. Alfonso and Mr. Guzman, does that apply to the civilian witnesses as well? Clearly they have interviewed a lot of these civilian witnesses well prior, and we don't have anything. The Government has notified us of a couple of civilians that I can proffer to the Court.

THE COURT: Well, I would hope -- you don't have anything because Jencks, Jencks, they haven't testified yet.

Well, so are there any notes? Are there any reports on any witnesses in the Government's case?

MR. VÁZQUEZ: The reports that we have for these witnesses have been turned over. We can get the notes from the agent and turn them -- the notes over.

THE COURT: Okay. Well, then, if you have witnesses coming up today and there are notes as to their testimony, then you may use our copy machine.

MR. HOROWITZ: My main concern is some of the witnesses that the Government has notified us today that can proffer to the Court are alleged victims of the November 20, 2013, robbery. The only thing that we have received from the Government as far as what they are going to testify as far as notes as reports is the NCIC. Other than that, we have received nothing from the Government.

THE COURT: Right, but in the ordinary course --

MR. HOROWITZ: We should at the time they testify.

THE COURT: Right.

MR. HOROWITZ: No later than the beginning of cross examination, and I understand that. But I don't want to ask this Court to take a break so we can review Jencks.

THE COURT: We have some time now. Mr. Vázquez is going to speak to his agent. My copy machine, for at least today, will be available, so you will have it in the statutorily obligated period of time.

MR. HOROWITZ: Judge, the other concern that I have is a vast majority of the events that the witnesses are testifying about, they were investigated not by the ATF, but by the City of Miami Police Department, that the Court's ruling encompassed the reports and notes of the detectives with the City of Miami who

did the primary investigation, especially of the November 20th robbery.

MR. VÁZQUEZ: We have turned over the reports on the November 20th robbery.

THE COURT: Also I thought that the -- so, for example, Mr. Guzman's post-arrest, that has all been turned over?

MR. VÁZQUEZ: It's been turned over.

MR. HOROWITZ: I agree that has been turned over. There are no reports of the robbery other than the arrest forms of my client and Mr. Thompson, who is a codefendant in this case. There are no reports of any interviews with the witnesses. All I have is two A Forms and Mr. Guzman's testimony.

MR. VÁZQUEZ: And the A Forms state that identifications were made on the scene. They document the testimony of what these witnesses are going to say.

THE COURT: Unless, and I mean to -- but it states in -- the A Form is usually the report of the incident. I don't know other than depositions that there is any independent interviews of witnesses.

MR. VÁZQUEZ: The A Form in this case is the same narrative that's running throughout documents. I mean, it's the same documents, it's just these witnesses were here, they identified, some people didn't do identifications. That is the gist of it. The officer's report, it mirrors the statement.

As far as Jencks purposes, Jencks is not what one witness says what another witness will say. It's what the author is going to say. So if he -- if the reports are not Jencks against the testifying victims, there would be Jencks of the detective who authored them as far as their testimony.

THE COURT: Right. But if there are -- other than the A Forms, if there are independent reports, the best I can analogize it to is a 302 of Detective Bob talking to Victim X, and either the victim has reviewed it in anticipation of testimony and adopted it in its almost substantial entirety as his or her own, or Detective Bob takes the stand, then that has to come up as part of what he did in this case and his case reports.

MR. VÁZQUEZ: Your Honor, I'm happy to turn over everything that we have on this, but it's the same narrative. It's the same discussion, it's just in a different format. There isn't any additional information in an OI versus an A Form. I'm happy to give it to them.

THE COURT: Okay. That's what I'm saying. Then I think it's better to give it to eliminate issue, any issue, than to engender one by withholding.

MR. HOROWITZ: I agree, Your Honor.

THE COURT: Okay. So for -- I will ask the lawyers to come back to chambers, I will have a court reporter back there, about the matter you wish to speak of.

If your agent could look through his portfolio to see upcoming witnesses, if there are any notes, and then I am happy to either -- if he wishes to come back and use our copier or give it to Ms. Greer, either way.

MR. VÁZQUEZ: Your Honor, I think this is something that I don't have a problem saying in front of the Court and the court reporter with defense counsel, it's just -- it doesn't necessarily have to be without defense counsel.

THE COURT: I'm sorry.

MR. VÁZQUEZ: I apologize.

THE COURT: I'm sorry, I was mistaken. All right.

MR. VÁZQUEZ: Can I approach?

THE COURT: Yes.

(Bench conference commenced):

THE COURT: All right. I'm trying to stay as far away from all of you as I can. If you could speak into the microphone, Ms. Hosseini.

MS. HOSSEINI: Last night we received from Mr. Velez, who will be testifying -- last night we received information from Mr. Velez, who said that he is going to be a witness who will testify in this case, and he said that he received threats from the defendants. Evidently when they are brought over to court, there is a period of time when they are in the same vicinity. I'm not sure exactly where, but in particular Mr. Altamirano looked at him and went like this (indicating),

made a gun-like motion. So we wanted to bring to the Court's attention that Mr. Velez has received threats.

THE COURT: Okay.

MR. VÁZQUEZ: If that may be elicited in the trial, I understand the defendants are clothed, but that would draw into question the fact that they are in custody.

THE COURT: Okay. When is Mr. Velez?

MR. VÁZQUEZ: The tail end of the trial.

THE COURT: Okay.

MR. HOROWITZ: He is not going to be testifying against Mr. Altamirano, but as to the jail statements made by Mr. Portela.

THE COURT: It sounds like he is now going to be testifying against Mr. Altamirano.

MR. HOROWITZ: It does sound that way, but I want to put it in context.

MS. HOSSEINI: In the statement that Mr. Chacon also made to Mr. Velez, Mr. Altamirano made the gun-like motion, so I wanted to make sure the Court is aware it's not just with Mr. Portela.

Additionally, last night we also received information that Mr. Portela also said things like "Is that how you are going to do me," basically language indicating a threat as well. It's not just Mr. Altamirano.

THE COURT: So here is what we are going to do: I

would like -- you can file it ex parte, but a detailed Mr. Altamirano made a signal with his hand like a gun toward Mr. Velez, Mr. Portela said X to Mr. Velez, exactly what defendants said what to the witness. We will give it to the defense. We will have to think about how to present the -- talking about the custody situation, whether or not that's inevitable that that come up.

We have time to, and I invite everyone to give me suggestions, about either avoiding bringing it up or having to bite the bullet, and no pun intended, and bring that out.

But if you would get a detailed accounting of these threats and provide them to the defense.

Gentlemen, again, if you would counsel your clients, not suggesting that this did or did not happen, but it's better if they keep their own counsel.

MR. GONZALEZ: We will do that, Judge. The only thing that I bring up is that Mr. Velez is going to testify in 2 or 3 weeks down the road, however it's going to be --

MS. HOSSEINI: These gentlemen (inaudible) that supposedly he has become a jail informant. It doesn't make any sense.

THE COURT: Mr. Velez I'm sure has his own proceedings where the Government needs to speak with him. I understand and I will speak to the marshals to see if there is a way -- you can tell from their numbers they are working very hard to keep

everyone separate. It's not always possible; things happen. But in light of this, I'm sure the Government will make their concerns known, as will I, in terms of keeping folk separate.

MR. VÁZQUEZ: We have separation orders. The issue is I envision calling him late in the trial. However, the trial is fluid, and in order for me to be here and not be shorthanded, I have to reserve these witnesses.

THE COURT: Right.

MR. VÁZQUEZ: So they are coming --

THE COURT: Right.

MR. VÁZQUEZ: -- in the event that we are short a witness on a given day, I have witnesses ready to put on.

THE COURT: Right.

MR. VÁZQUEZ: That's --

THE COURT: That's understandable.

MR. VÁZQUEZ: That's how we are proceeding. There is a lot of witnesses, and they aren't all immediately available at a given time. I don't want to be shorthanded.

THE COURT: Okay.

MR. HOROWITZ: Do we tell our clients regarding what the Government has brought up? Is this portion under seal so we should not be talking to our clients about it other than to encourage them not to --

THE COURT: I think, I mean, once you get -- you can tell them that there have been allegations of threats that they

have made against witnesses and that a more-detailed accounting of that is going to be provided. But, yes, and to counsel them to, again, keep their own counsel when being transported to and fro. It's just the better way.

MR. HOROWITZ: Absolutely. I wanted to know how much we should disclose or not disclose.

THE COURT: Well, I mean, you know, you have to disclose it because you have to prepare them. But since these witnesses aren't coming today, and since it might just behoove you to wait until there is something you can go over, but I leave it to you.

MR. HOROWITZ: Thank you, Your Honor. I wanted to make sure it wasn't under seal.

MR. GONZALEZ: We can't have any talking to anybody back there that may be a witness in the case without mentioning Mr. Velez's name.

THE COURT: I know because no one has told their clients that yet.

Okay. All right. Thank you.

(Bench conference concluded.)

THE COURT: I think the final thing, and I don't have it in front of me, since we don't have all of our jurors, I'm going to step back out.

But, Mr. Korchin, there was one transcript that I had said I would exclude based on relevance, and I have revisited

that. I think it was the first one -- the very first one where Mr. Portela is talking about going to the psych ward. And the reason I'm inclined to allow the Government to admit that is because I have excluded it inasmuch as it was redundant of a later conversation.

But it appears that he is endeavoring to enlist others, at least the person on the phone, to support him in his bid to be found eligible for the psych ward, which I imagine is going to be consistent with the Government's theory of Mr. Portela endeavoring to influence witnesses and encourage them to testify and/or say certain things.

So I'm inclined to revisit that. If you have any thoughts about that, since it's not going to come in today, please let me know, and we will have further discussion about it.

MR. KORCHIN: I will, Your Honor.

THE COURT: Okay. I don't think we have all of our jurors, so I will step out.

(Recessed at 12:26 p.m.)

(Resumed at 1:08 p.m.)

THE COURT: We have all our jurors. So anything before I bring them in?

Bring in our jury, please.

(Jury returns at 1:08 p.m.)

THE COURT: Be seated everyone.

Good afternoon. So a little mix up on the time. What I'm going to have Ms. Greer do is type up our schedule for the week and give everybody their individualized copies so you can have it and check it every day. It's like taking your medication, Monday, Tuesday, Wednesday, Thursday.

Mr. Vázquez, call the Government's next witness.

MR. VÁZQUEZ: The United States calls Donald Rivera.

**DONALD RIVERA, sworn**

THE COURTROOM DEPUTY: Please be seated. Please state your full name for the record and spell your full name.

THE WITNESS: Donald Rivera, D-O-N-A-L-D R-I-V-E-R-A.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, sir.**

A. Good afternoon.

**Q. Would you tell the ladies and gentlemen of the jury how you are employed?**

A. I'm a barber.

**Q. And how old are you?**

A. Twenty-five now.

**Q. Where are you from, sir?**

A. Born here in Miami, but my background is from Nicaragua.

**Q. And what part of Miami have you lived in?**

A. West Miami and Little Havana.

**Q. Where did you go to high school?**

A. Booker T. Washington.
**Q. Sir, I want to direct your attention to November 20th of 2013. Do you recall that date?**
A. Not specifically, but, yeah.
**Q. In November 2013, were you a victim of a robbery?**
A. Right. Yes.
**Q. What happened during that robbery?**
A. I was just hanging out, I was at my friend's apartment, two guys walked towards us and demanded everything that we possessed.
**Q. What area of town were you in at the time of the robbery?**
A. East, the east side of Little Havana.
**Q. Who were you with at the time of the robbery?**
A. Couple friends, childhood friends.
**Q. Do you recall their names?**
A. Yeah.
**Q. What are their names?**
A. Mauricio, I think Norlyn, I think Steven was there. I think it was, like, five, but I'm not sure. I don't remember all of them.
**Q. Do you know a person by the name of Pedro Llerena?**
A. Yeah.
**Q. Was he present?**
A. Yeah, he was there.
**Q. Prior to the robbery, what did you see happening in the**

**area?**
A. It was a quiet night, and we were the only people out there, and that's it.
**Q. What was the first thing you noticed when the robbery happened?**
A. Well, I was standing up. Everybody else was sitting down, and I'm the first one that looked towards my left where I saw two guys coming my way.
**Q. How were those individuals dressed?**
A. It was dark. I just -- I'm not even sure what they were wearing, but it was pretty dark, and I think it was, like, a whole block that they walked. But I didn't really pay attention -- I tried not staring that much.
**Q. What happened after you noticed them walking?**
A. Well, I looked once, I seen them. I looked away. I was kind of already, like, okay, you know. And then once they got closer, that's when I looked again, and that's when they demanded everything, took out guns and empty your pocket or whatever.
**Q. Were you able to look at the people that robbed you?**
A. Not really, no.
**Q. Were you able to tell them apart?**
A. No -- yes.
**Q. Were they the same race?**
A. No, they weren't the same race.

**Q. How did they appear?**

A. One was directly next to me, and he was just kind of like big and he was dark.

**Q. What did the other person look like?**

A. I remember him being slender. He was slim. I didn't study them.

**Q. What was the skin tone for that person?**

A. The one that was next to me was dark skinned. And I think he had like a hoody or something, but I wasn't able to see, like, characteristics of the face.

**Q. What did the other one's skin tone look like?**

A. It was kind of like a little lighter than me, but I tried not looking at him either.

**Q. And what happened during the robbery?**

A. It was pretty quick. It was just like they came, they took out their guns. The one that I caught the most, he was kind of bigger than me, and he was next to me. I didn't look. He wanted what I had in my pockets, and I gave it to him. That's it.

**Q. What was done with the firearms?**

A. They were just -- the one that was next to me had it, like, right in my ear, and the other one had -- he had it at my other friend's head, that's it. They ran away, and I think one gunshot went off. That's it.

**Q. Who had the gun to your head, the lighter or the darker?**

A. No, the dark-skinned guy.
**Q. And who had the gun to your friend's head?**
A. So the slender, more, like, pale color.
**Q. What was taken during the robbery?**
A. From me personally just a phone and a wallet, an empty wallet.
**Q. Did you know what was taken from anyone else?**
A. No. Like, 40, 60 bucks and some cell phones. Not too much.
**Q. What happened after the robbery ended? Where did the people go?**
A. They ran back the way they came from and just, like, later a car pulled out. It was kind of, like, obvious, just that they got in the car or whatever.
**Q. Had you seen the car before?**
A. No.
**Q. What did you do after the robbery?**
A. I was more in shock. More in shock. I know I was like in the margin of probably being dead, so I was more like in shock. So in shock.
**Q. Did you call the police?**
A. No.
**Q. Were the police called?**
A. Yes.
**Q. What happened after the police were called?**
A. I just remember them being excited about knowing their

location. And pretty much they asked me if anything was stolen, and I did want my phone back, so I needed, like, a police report to tell the T-Mobile company that my phone was stolen. I told them that I was robbed, and they just wrote my name down, address, all my info, and they wanted me to identify the guys because they got caught or whatever.

**Q. Were you -- you talked about the phone. How did the location get determined?**

A. It wasn't my phone, but it was my friend Mauricio's phone. And he was excited because his phone -- I think it was the latest iPhone at the time, and he had, like, a tracking device on it. So he was excited about it, and that's when he decided to call the police.

**Q. And what did the tracking device say?**

A. I think it pinpointed it, gave him the location, pinpoint the location.

**Q. Were you taken anywhere?**

A. Yeah.

**Q. Where did you go?**

A. You remember I was in the southwest. They took me to the northwest, but I don't remember. It was kind of dark and I don't -- was like in the northwest side. It wasn't that far from where I was robbed.

**Q. When you arrived on the scene, what did you see?**

A. I saw a line of guys, and that's pretty much it. They

wanted me to identify or if I can identify who were the ones that held me at gunpoint or whatever.

**Q. Did you try to make an identification?**

A. I tried, but -- yeah, I tried, but I wasn't -- I wasn't 100 percent sure. I just had an idea and stuff like that.

**Q. If you saw the persons that robbed you again, would you be able to identify them?**

A. Probably not.

**Q. While you were on scene, did you see anything from the scene of the robbery?**

A. No. But my phone and my wallet was returned to me, so...

**Q. Where was the car?**

A. The car? Once they were caught I didn't see the car. I just saw the lineup of the guys.

**Q. Were you taken to do more than one identification?**

A. No.

**Q. While you were on the scene of the robbery, did you recognize anyone there from prior encounters?**

MR. HOROWITZ: Objection; asked and answered.

THE COURT: On the scene of the robbery or?

MR. VÁZQUEZ: At the scene of identification.

A. Yeah, I recognized one person.

THE COURT: Overruled, Mr. Horowitz.

**BY MR. VÁZQUEZ:**

**Q. Who did you recognize?**

A. From his music, Yung Patron. That's it.

**Q. Where did you see him?**

A. He was just there in the lineup.

MR. VÁZQUEZ: One moment, Your Honor.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Who did you get your phone and wallet from?**

A. I'm sorry?

**Q. You stated earlier that you got your things back.**

A. Yeah.

**Q. Who gave those things to you?**

A. The police officers.

MR. VÁZQUEZ: Your Honor, tender the witness.

THE COURT: All right. Cross examination, Mr. Gonzalez.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Good afternoon, Mr. Rivera. I represent Maurin Chacon, who is Yung Patron.**

A. Right.

**Q. Do you recognize him from his music, correct?**

A. Yeah, that's all.

**Q. And that is rap music?**

A. Yes, correct.

**Q. All right. And you have seen -- have you heard his music or**

**you have seen his videos?**
A. I have heard it.
**Q. Have you heard it performed before?**
A. I seen his videos.
**Q. You have seen his videos on You Tube?**
A. Right.
**Q. Mr. Chacon was not one of those two individuals that robbed you?**
A. No, no, not at all.
MR. GONZALEZ: Thank you, Your Honor.
THE COURT: Mr. Horowitz?

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**
**Q. Good afternoon, Mr. Rivera.**
A. Good afternoon.
**Q. Mr. Rivera, you testified that your friend had one of the iPhones, right?**
A. Yeah.
**Q. And it has an app on it called Find Your Phone?**
A. Yes.
**Q. And somebody else had an iPhone and they activated it?**
A. I'm not sure of the procedures or the app, but I do recall him being excited about having the tracking device or whatever.
**Q. Well, you also said that your friend was excited that it pinpointed the location where the phone was.**

A. Yes.

**Q. But the police were excited as to where the location was, were they not?**

A. Yeah, they wanted to get the guys that did this because I think I was informed that there were several robberies, not just us.

**Q. The police were excited as to the exact location, which was on 11th Street, right?**

A. I'm not sure of the street, but I wasn't trying to be involved, I wasn't trying to listen. As a matter of fact, I was more like withdrawn from the scene and all that. But, yeah, they had the point location, so they wanted to get there. They were calling backup and all this stuff.

**Q. Now, after the robbery was committed that you have testified about, you said you saw two individuals wearing hoodies, right?**

A. Not really hoodies, but...

**Q. You don't remember what they were wearing?**

A. I don't remember. I think they were dressed, but something about -- I think because it was nighttime, there was like a -- like a shadow. I couldn't really -- I wasn't trying to look at these guys, you know, like...

**Q. But you said they ran or walked away?**

A. They walked towards our location, and then they ran back.

**Q. They ran back?**

A. The same way they came from.

**Q. Now, did you or your friends chase them?**

A. No.

**Q. You stayed where you were, correct?**

A. Yeah.

**Q. But your testimony is, though, you are not chasing them, one of the two shot off a gun, right?**

A. Yeah.

**Q. Did you ever see the police recover any casings --**

A. No.

**Q. -- or any bullets or anything like that?**

A. No.

**Q. Did you show them exactly where this supposed shooting happened?**

A. Yeah. Probably like pointed it out, but I don't remember them, like, getting the casing or looking for the shell or whatever it's called.

**Q. Nobody was screaming or yelling, and your testimony is just a random shot got fired?**

A. Yeah.

MR. HOROWITZ: Can I have one moment, Your Honor?

THE COURT: Sure.

MR. HOROWITZ: No further questions.

THE COURT: Mr. Rivera, if you wait until the lawyers finish their question -- Mr. Rivera.

THE WITNESS: Yes?

THE COURT: Wait until the lawyer finishes their whole question before you answer.

THE WITNESS: Okay.

THE COURT: Okay. Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions, Your Honor.

THE COURT: Redirect.

MR. VÁZQUEZ: No questions, Your Honor.

All right. You may step down, Mr. Rivera.

(Witness excused.)

THE COURT: Call your next witness, Mr. Vázquez.

MR. VÁZQUEZ: The United States calls Norlyn Obregon.

**NORLYN OBREGON, sworn**

THE COURTROOM DEPUTY: Would you please be seated. And would you please state your full name for the record and spell your full name.

THE WITNESS: My name is Norlyn Obregon, N-O-R-L-Y-N O-B-R-E-G-O-N.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, sir.**

A. Good afternoon.

**Q. Sir, where are you from?**
A. I'm from Nicaragua.
**Q. And in the United States where have you lived?**
A. Miami, Florida.
**Q. What parts of Miami, Florida?**
A. I lived in Little Havana, Liberty City, different places.
**Q. Where did you go to high school?**
A. Miami High.
**Q. Are you familiar with the Little Havana area?**
A. A little.
**Q. Sir, I want to draw your attention to November 20, 2013. On that date were you the victim of a robbery?**
A. Yes.
**Q. How did that robbery happen?**
A. We were just sitting down on the porch, and then two guys approached us with a hoody, and they just took out the guns, and they took our stuff, my stuff.
**Q. Prior to the men approaching you, did you notice anything unusual?**
A. A car passing by.
**Q. What kind of car was that?**
A. It was a red Dodge.
**Q. And what was that car doing?**
A. At first it seemed to be passing around. We didn't pay attention to it, or I didn't pay attention to it.

**Q. When did you first notice the men who robbed you?**
A. When they were walking down towards us, we seen them and we just stay quiet. We were just there and waiting for them to come to us or just passing by. I thought they were just going to pass by or something like that. I didn't know what they were going to do.
**Q. And how were they dressed?**
A. They were both wearing sweater with hoodies and both with pants. That's it. The hoody that had the hoody on.
**Q. How did they look like?**
A. One was tall, dark skinned, and other one was 5'6", light skinned.
**Q. When you say "light skinned," in relationship to what? How does he relate to your complexion?**
A. Lighter than me, if that's what you mean. I don't know.
**Q. Was he a white American? Hispanic?**
A. To me he looked Hispanic.
**Q. What did these men do as you saw them walking?**
A. They just walk head down. As soon as they got where we were at, they just pulled out their gun and asked for the stuff that we had.
**Q. What type of guns did they have?**
A. One it was a black one, and the other one was a revolver type. Exactly what it was, I don't know.
**Q. What did they do with their guns?**

A. They pulled them out, and then they just asked us to take out the stuff from our hands and to give it to them.

**Q. What was taken from you?**

A. I had, like, $14, and that's what they took from me. Because I had my phone in my pocket, but I didn't take out my phone.

**Q. Was anything taken from anyone else on the scene?**

A. Yeah. They took all the phones from whoever else was with me and the money that they had.

**Q. Did you hear them making any demands?**

A. Yeah, let me get your money, let me get your stuff, whatever you have in your pocket, empty your pockets.

**Q. What happened after the property was taken?**

A. They started running. One of them they were shooting in the air. The one with the revolver was shooting in the air.

**Q. Where did they go?**

A. I seen them going to a corner, and then I seen the same car, the red car that I told you passing by, taking off.

**Q. What happened after they left?**

A. When they left we called the police. And since I had my phone, and my friend -- they had taken my friend's phone, just tracking through my phone on his phone -- on my phone we tracked the phone that they had took.

**Q. Who was with you on that day?**

A. We were five people.

**Q. Do you remember the names of the people that were with you?**
A. No. Maury, Donald, Peter, Steven. Well, and me. That's five.
**Q. What happened after you called the police?**
A. They got there and we told them that we were tracking them through the phone, through my phone. And then we showed them where they were at or where they stopped or whatever, and then the police -- when we went with the phone, and we went where the phone was supposedly at.
**Q. What did you see when you arrived at the location of where the phone was at?**
A. The red Dodge was parked around the corner.
**Q. What did you do on the scene of where the red Dodge was located?**
A. I'm sorry?
**Q. What did you do once you arrived at the location where the Dodge was where your phone was supposedly at?**
A. Well, I just told the police that to check my phone, to use my phone, whatever, and I told them that was the car that was passing by. After that happened, we seen that same car taking off.
**Q. While you were on the scene, did you attempt to make any identifications?**
A. Well, at first because since they went on my phone and that's how they got where the phone was at, the phone that

supposedly they had stole, we went back after once they found whoever was there. Then we went back and we make identification and stuff.

**Q. Did you try to make an identification?**

A. Yeah.

**Q. Now, sir, if you saw any of the people that were involved in that robbery again, would you be able to make an identification?**

A. I'm not sure. I mean...

**Q. Would you look around the courtroom and see if you are able to recall if anyone in the court was involved in the robbery?**

A. Sure.

**Q. You can stand up, look around.**

A. (Witness complies.)

No.

**Q. You can't recall?**

A. No.

**Q. Thank you.**

A. I'm sorry.

**Q. Were you going to say something?**

A. No, I thought it was finished.

**Q. No.**

**What happened to your personal effects?**

A. My personal?

**Q. Your property.**

A. Well, I never got the money back. I just got -- they didn't

took my phone, so all I never got back was the money, $14 or whatever.

**Q. Were you -- did your friends get their things back?**

A. Yeah, the phones. They all got their phones back.

**Q. Okay.**

MR. VÁZQUEZ: Your Honor, I tender the witness.

THE COURT: All right. Mr. Gonzalez?

MR. GONZALEZ: No questions, Your Honor.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: Thank you, Judge.

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Mr. Obregon, after the incident happened on November 20th, you saw two people running away, correct?**

A. After they took our stuff you mean?

**Q. Yes, sir.**

A. Uh-huh.

**Q. Is that true?**

A. Yeah.

**Q. The two people that were running away, did you or your friends chase them?**

A. No, nobody chased them.

**Q. Was anybody chasing them?**

A. Them?

**Q. Yes, sir.**

A. No, we didn't chase them.
**Q. Nobody was chasing them, yet you said that a shot was fired in the air or was it multiple shots?**
A. It was -- they tried to shoot once, but I guess the gun got messed up or something, I don't know, and then they tried again and they shot once.
**Q. You were able to see this all as they were running away?**
A. Yeah.
**Q. And nobody was chasing them?**
A. No.
**Q. Which one of the two shot up in the air?**
A. The smallest one.
**Q. You saw the red car again, but you didn't see anybody get into the car, did you?**
A. No.
**Q. Now, when you used the app on the phone, the Find My Phone app that's on the iPhones --**
A. Um-hm.
**Q. -- is that how you found --**
A. Um-hm.
**Q. Is that a yes?**
A. Yes. That's a yes.
**Q. You arrived with the police at a house on 5th Street and about 11th Avenue?**
A. Um-hm.

**Q. Is that yes?**

A. Yes, I'm sorry.

**Q. That's okay.**

**Were the lights on in that house?**

A. Well, we went to the area. They never told me what house in specific it was. We went to an area where the phone was.

**Q. That was the house that was showing on the app?**

A. It was a building, it wasn't a house.

**Q. Were the lights on, if you know?**

A. I'm sorry?

**Q. Were the lights on in that house, if you know?**

A. No, didn't see no lights on.

MR. HOROWITZ: No further questions. Thank you, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions.

MR. KORCHIN: I also have no questions.

THE COURT: I'm sorry, Mr. Korchin. I'm sorry. You will get extra ones the next time.

Any redirect, Mr. Vázquez?

MR. VÁZQUEZ: No, Your Honor.

THE COURT: You may step down, sir. Thank you.

(Witness excused.)

THE COURT: Your next witness.

MS. HOSSEINI: The United States calls Eric Elliott.

**ERIC ELLIOTT, sworn**

THE COURTROOM DEPUTY: Please be seated. Would you please state your full name for the record and spell your name.

THE WITNESS: My name is Eric Elliott, E-R-I-C E-L-L-I-O-T-T.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Sir, how old are you?**

A. Twenty-four.

**Q. And where are you from?**

A. Fort Lauderdale.

**Q. Sir, in the year 2013, were you the owner of a Dodge vehicle?**

A. I was the owner.

**Q. Okay. Did anyone have an interest in that Dodge vehicle other than you?**

A. Yes.

**Q. Who was that?**

A. Dwight Forte.

**Q. Showing you what's been admitted into evidence as Government's 17, do you recognize it?**

A. Yes.

**Q. Who is it?**

A. Dwight Forte.

**Q. And how did he have an interest in your Dodge?**

A. Basically I was getting another car, I didn't want my credit to go down, he had an interest in the car, so as a friend -- he had a job at the time, I let him get the car.

**Q. And when did he get the car?**

A. 2013. I'm not sure of the date, though.

**Q. Did he have the car prior to November of 2013?**

A. Yes.

**Q. And who was receiving money for this car?**

A. I was.

**Q. And who was paying the bank?**

A. I was.

**Q. Who paid you for this car?**

A. Dwight Forte.

**Q. While Dwight Forte was paying for the car, did you drive it?**

A. No.

**Q. Were you ever made aware that your vehicle became involved in an incident?**

A. After the incident.

**Q. When was that?**

A. I'm not sure of the date.

**Q. Well, when did you find out about this incident?**

A. The next day.

**Q. Was that in November of 2013?**

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

A. What?

**Q. I asked was that in November of 2013?**

A. Yes.

**Q. And how did you become aware of that?**

MR. HOROWITZ: Objection; hearsay.

THE COURT: Well, don't tell us what anyone told you, but how did you find out, a phone call or did someone come see you?

THE WITNESS: Phone call.

**BY MR. VÁZQUEZ:**

**Q. Who did you speak with about the car?**

A. Nadim Guzman.

**Q. Where did you -- where was the car?**

A. Impounded.

**Q. Were you able to get the car?**

A. Not for a few months.

**Q. Were you able to get the car at some point?**

A. Yes.

**Q. How did you know Mr. Forte?**

A. Through Nadim.

**Q. How long have you known him?**

A. Couple months to a year.

**Q. In the year 2013, did you hang around with Mr. Forte and**

**Mr. Guzman a lot?**
A. Yeah, studio prior, and I was trying to help him get a job.
**Q. Were you friends with their friends?**
A. No.
**Q. Why not?**
MR. HOROWITZ: Objection; relevance.
THE COURT: Sustained.
**BY MR. VÁZQUEZ:**
**Q. Were you ever present with anyone by the name of Maurin Chacon or Yung Patron?**
A. No.
**Q. Did you ever go to locations where Nadim Guzman and Dwight Forte would hang out with friends that you didn't like?**
A. No, only the studio.
MR. HOROWITZ: Objection to form.
THE COURT: Wait, wait, wait.
THE WITNESS: Sorry, sorry.
THE COURT: The black robe.
What is your objection, Mr. Horowitz?
MR. HOROWITZ: Relevance, form.
THE COURT: Well, no. I think, and he answered it no, so I think all the rest of it we can just pass over. I will overrule your objection. He answered the question, and we can move on, Mr. Vázquez.

**BY MR. VÁZQUEZ:**

**Q. Were you ever involved in a verbal confrontation over this vehicle with anyone?**

A. Yes.

**Q. Who was that?**

A. Dwight Forte.

**Q. And what did you -- what was the nature of the -- why were you in a dispute with him?**

A. Because why would you commit any crime of a vehicle I gave you to help you get further in life?

**Q. Were you ever involved in a dispute with anyone else about the car where you went out and spoke to someone?**

A. No. Other than Nadim and Dwight, no.

**Q. Did you ever go to a location to confront anyone about participating in this investigation?**

A. Yes.

**Q. Where did you go?**

A. I'm not sure of the address, but I think it was in Little Havana.

**Q. And where -- what did you do there?**

A. I just wanted to know the truth.

**Q. Who did you speak with?**

A. Dwight Forte.

**Q. Did you speak with anyone else?**

A. No.

**Q. Did you see anyone in the Little Havana area other than Dwight Forte?**
A. No. I just wanted to talk to him, so I wasn't really looking for anybody but him.
MR. VÁZQUEZ: One moment.
**BY MR. VÁZQUEZ:**
**Q. Sir, did you ever tell anyone that if they had a problem with you, they could come talk to you about it reference this car?**
A. Yes.
**Q. Who did you say that to?**
A. Well, Dwight, Nadim -- what was the question?
**Q. Did you ever tell anyone if they had a problem with you speaking with the police about this car --**
A. Um-hm.
**Q. -- being used --**
A. Right.
**Q. -- did you ever say that to anyone?**
MR. HOROWITZ: Objection.
A. Did I tell anyone?
THE COURT: Wait a minute. Black robe.
MR. HOROWITZ: Leading.
THE COURT: Mr. Vázquez, if you could.
MR. VÁZQUEZ: Your Honor, tender the witness.
THE COURT: Mr. Gonzalez?

MR. GONZALEZ: No questions, Your Honor.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: No questions, Your Honor.

THE COURT: Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: You get two "no questions."

Mr. Donet?

MR. DONET: No, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No, Your Honor.

THE COURT: You may step down, Mr. Elliott.

(Witness excused.)

THE COURT: Would you call your next witness, please?

MR. VÁZQUEZ: May I have a moment?

THE COURT: Yes, certainly.

MR. VÁZQUEZ: Your Honor, the United States calls Pedro Llerena.

**PEDRO LLERENA, sworn**

THE COURTROOM DEPUTY: Please be seated. Would you please state your full name for the record and spell your full name.

THE WITNESS: Pedro Llerena, P-E-D-R-O L-L-E-R-E-N-A.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. LLerena, how are you currently employed?**

A. I'm a warehouse supervisor.
**Q. And where are you a warehouse supervisor?**
A. Illinois, Chicago.
**Q. And how old are you, sir?**
A. I'm 26.
**Q. Sir, before you took up your job in Chicago, where have you lived?**
A. Miami, Florida. Born and raised.
**Q. What areas?**
A. The Little Havana area, Miami-Dade County.
**Q. Where did you go to high school?**
A. Booker T. Washington.
**Q. Sir, I want to draw your attention to November 20th of 2013. On that date were you the victim of a robbery?**
A. Yes, sir.
**Q. How did that robbery happen?**
A. At gunpoint.
**Q. Prior to the robbery happening, what were you doing?**
A. I was just sitting down with some friends just talking outside of a friend's house.
**Q. Did anything suspicious happen before the robbery?**
A. I acknowledge two personnels walking towards our direction with hoodies on, but honestly it's like a neighborhood block where people just walk through, and I thought it was normal.
**Q. What happened after you noticed the men walking?**

A. I continued talking with my friends. In the blink of an eye, I had a gun to my face.

**Q. Now, Mr. LLerena, had you seen these men before?**

A. Which men are we talking about?

**Q. The people who were robbing you.**

A. No, sir.

**Q. Were you with friends at the time?**

A. Yes, sir.

**Q. Who was with you?**

A. Mauricio, Norlyn, Donald, and I believe Steven.

**Q. What did the robbers look like?**

A. An African-American dude, probably like 6 something, tall, two something weight. A light-skinned Spanish gentleman, roughly 5'10".

**Q. What did his skin tone, the Spanish-looking person that you described, what did his skin tone look like?**

A. Light skinned, white.

**Q. Lighter or darker than your skin?**

A. I guess around the same skin complexion.

**Q. What was taken during the robbery?**

A. My personal belongings.

**Q. What property from you or from other people was taken?**

A. From me my wallet, keys, phone, you know, my identity cards, social security cards. Whatever was in my wallet at the time. I don't really recall.

**Q. What was taken from your friends?**
A. I'm assuming the same, phones, money. I'm not sure.
**Q. What happened after the men finished taking things from you?**
A. They took off, I guess, speed walking. They didn't run, but one of the gentleman did shoot. They shot towards our direction.
**Q. What type of guns did these people have?**
A. Well, me personally, I had a revolver to my face, to my forehead, and the other gentleman had, like, a Glock.
**Q. Pistol?**
A. Yeah.
**Q. Are you able to say what kind of make and model the gun was, or are you describing the gun?**
A. I know the black one was most likely a Glock. I'm not sure if it was a 40 or 9.
**Q. Do you know -- are you testifying as to the appearance of the gun or the actual manufacturer, you saw a stamp?**
A. No, I didn't see a stamp, but it was similar to a Glock.
**Q. Where did the men go after shooting the round?**
A. They ran towards the opposite -- the same direction they were coming from.
**Q. And what happened to them?**
A. I'm assuming they got into a car that left the scene.
**Q. Did you see a car?**
A. Somewhat. It was like a burgundy Magnum or something like

that, Dodge Magnum.

**Q. What happened after they left?**

A. I was in shock. I believe one of my friends called the police, and he tracked his phone somehow. I'm not sure how.

**Q. Mr. LLerena, you spoke to the police on that night; is that correct?**

A. Yes, sir.

**Q. Mr. LLerena, were you familiar with the folks that lived in the neighborhood?**

A. I lived in the neighborhood all my life pretty much. I'm familiar with people from different areas.

**Q. In the past did you know people who did bad things?**

MR. HOROWITZ: Objection.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. Your personal association, not -- do you know individuals who have -- from your friends who have sold narcotics?**

MR. HOROWITZ: Objection.

THE COURT: Yeah. I think we are going to take our first afternoon break, Ladies and Gentlemen. So have some coffee and some sweets, and we will be back in about 10 minutes.

(Jury retires at 1:55 p.m.)

(Witness leaves the courtroom.)

THE COURT: Everyone may be seated.

Take me through the series of questions, Mr. Vázquez.

MR. VÁZQUEZ: Your Honor, this person in the past, and I have sent emails to the defense, acknowledged that he was associated with someone who trafficked narcotics.

THE COURT: Okay.

MR. VÁZQUEZ: So I imagine the defense may impeach with him, so I'm fronting it now.

THE COURT: Okay.

MR. VÁZQUEZ: That's what I'm getting at.

THE COURT: Okay. So, gentlemen of the defense, are you not going to ask -- if they are not going to ask Mr. LLerena about it, then we won't go into it.

MR. GONZALEZ: If he has nothing to say about my client, I'm not going to ask him any questions. I'm concerned that all of a sudden he heard or --

THE COURT: Right. Mr. Vázquez was trying to -- he was worried that the defense was going to, which I don't know really even how they would -- it would be kind of like he associated with bad actors, but if Mr. Llerena is not going to talk about neighborhood politics, then I don't think we have to go into it; is that right?

MR. HOROWITZ: Judge, the email that we got from the Government says that Government witness was involved in drug trafficking activity. Period.

THE COURT: Okay.

MR. HOROWITZ: Not in the neighborhood, not with these

defendants. That's my concern about the line of questioning. I hadn't planned on going into it. If he is not going to talk about Mr. Altamirano, I'm not planning on asking him.

THE COURT: So our witness is not going to say he trafficks drugs with the defendants; is that right?

MR. VÁZQUEZ: No.

THE COURT: Okay. So then I think, and I won't expect to hear the defense bring it up, so then we don't have to bring it up.

MR. VÁZQUEZ: Okay.

THE COURT: I think Mr. Vázquez should be applauded. He was trying to do it in an abundance of cause of action, but since I don't think it's relevant to anything, we are going to let that one go.

So if we do, how many more questions might you have of this gentleman?

MR. VÁZQUEZ: Very similar.

THE COURT: About getting to the scene and getting back the phones and things like that?

MR. VÁZQUEZ: Yes.

THE COURT: Is he the last? I lost count. Is he the last of the robbery witnesses?

MR. VÁZQUEZ: Unless Detective Cosner is able to arrive today, yes. I would call Zerquera to finish out the day.

THE COURT: Then everyone can take their 10 minutes. I

I have to say that I know the downstair cafeteria closes early. I had forgotten to mention if either side wishes to set up a coffee maker or something in the attorney lounge for the afternoons, you are free to do so.

(Recessed at 1:59 p.m.)

(Resumed at 2:23 p.m.)

THE COURT: Sorry to keep you all waiting.

Bring in the jury, please.

(Jury returns at 2:24 p.m.)

MR. VÁZQUEZ: May I approach?

THE COURT: Sure.

You may be seated.

Ladies and gentlemen of the jury, I want to apologize for the delay. It wasn't our lawyers. Another judge called me on the phone, and like lawyers, judges tend to go on. So I'm sorry to have kept you waiting.

The witness will resume the stand, and, Mr. Vázquez, you may continue with your questioning.

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. LLerena, after the robbery -- go back a little bit. Who had the firearm to your head?**

A. The Spanish guy.

**Q. What kind of gun was to your head?**

A. A revolver.

**Q. Do you remember what the clothing looked like that the person was wearing?**

A. He had a hoody and he had some -- he had a black hoody, jeans.

**Q. What was the dark-skinned person wearing?**

A. He was in all black. He had, like, a bandana, like, covering his mouth area, this right here (indicating).

**Q. How close were you to these people during the robbery?**

A. Very close area. I had a gun to my face, so just imagine.

**Q. Were you able to look at them?**

A. Yes, I did.

**Q. After the robbery was done, what happened to you?**

A. Man, I was in shock. Honestly, I was like a deer in front of a truck, just froze, you know.

**Q. What did you and your friends do after the robbery?**

A. Honestly, after these guys took off down the block, my friends went inside the building, and I was just there where I was sitting at that I got the gun to my face. That's when the Spanish dude bust. I was just there. One of my friends, I don't recall who, he came and grabbed me, and, you know, I was just in shock.

**Q. You said the Spanish dude bust. What does that mean?**

A. He shot.

**Q. What did he shoot?**

A. The gun.

**Q. Where did these men go?**

A. To the same direction that they came from.

**Q. And what happened after they walked in that direction?**

A. They -- I'm assuming that they got into the car that was circling the area before.

**Q. When did you notice the car first?**

A. Honestly --

MR. HOROWITZ: I'm going to object as asked and answered.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. Go ahead.**

A. It was going around the area, but we didn't really think nothing of it. It just circulated the area a few times.

**Q. When did you see the vehicle after the robbery?**

A. Oh, when they took off towards that direction, then they made a right at the stop sign on 2nd Street SW.

**Q. How close in time was it between the last time you saw the men running and when you saw the vehicle again?**

A. Within seconds.

**Q. What did that vehicle look like?**

A. Reddish, burgundy Dodge Magnum.

**Q. Were you able to speak with police at any point in time after the robbery?**

A. Police were -- they came to the scene.

**Q. And what happened to you after the police came to the scene?**

A. They asked us questions. I believe they were looking for a shell casing, which they never found. I believe they tracked the suspects down in the neighborhood, I guess, and we were -- they took us to the area to see if we could, like, identify them.

**Q. Do you know why the police were unable to find the shell casing?**

MR. HOROWITZ: Objection; hearsay.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. Do you know the type of gun that was shot in the air?**

A. A revolver.

**Q. Do you know if a revolver expels, ejects a casing?**

A. It doesn't.

**Q. Where does the casing stay?**

A. Within the -- where you place the bullets in. The drum in other words.

**Q. Do you know how the police knew where to go?**

A. Yes. One of my friend's phone, he had an iPhone, and they pretty much tracked the phone down. Pretty much like a GPS, just track your phone.

**Q. Were you taken to where the phone was located?**

A. Yes, sir.

**Q. What did you see on the scene of where the phone was**

**supposedly located?**

A. By the time I got there, police officers were there, a group of guys were there, and I acknowledged the vehicle that was circling the area was parked there as well.

**Q. Did the police ask you to make an identification?**

A. Yes, sir.

**Q. Did you attempt to make an identification?**

A. Yes, sir.

**Q. Who did you identify?**

A. Both individuals that robbed us.

**Q. If you saw the person who you believe robbed you again, do you think you would be able to identify that person in court?**

A. I believe so, yes, sir.

**Q. Would you attempt to make an identification now, if you can recall seeing such a person?**

A. I could try.

**Q. Please do. Stand up, look around as best you can.**

A. (Witness complies.)

I don't know.

**Q. Do you recall?**

A. No, sir.

**Q. Were you able to get any of your things back?**

A. I believe just, like, my wallet and my house keys, which were the most important things to me at the time.

**Q. Who gave those things to you?**

A. The detective, the robbery detective, a lady. I can't recall her name.

**Q. On the night of the robbery, how many people were presented to you for identification?**

A. Honestly, quite a few.

**Q. How many individuals did you attempt to identify? How many people did you identify as the persons who committed the robbery?**

A. Two.

MR. VÁZQUEZ: Your Honor, tender the witness.

THE COURT: Mr. Gonzalez?

MR. GONZALEZ: I have no questions.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: No questions, Your Honor.

THE COURT: Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions.

THE COURT: You may step down.

(Witness excused.)

THE COURT: Government, call your next witness.

MR. VÁZQUEZ: Your Honor, the United States calls Dayaan Zerquera.

**DAYAAN ZERQUERA, sworn**

THE COURTROOM DEPUTY: Please be seated. Please state your full name for the record, and spell your full name.

THE WITNESS: Dayaan Zerquera.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, how old are you?**

A. Twenty-four.

**Q. Where are you from?**

A. Miami.

**Q. Mr. Zerquera, prior to becoming a Government witness, were you a defendant in this case?**

A. Yes.

**Q. Have you plead guilty in this matter?**

A. Yes.

**Q. Are you pending sentencing?**

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

A. Yes.

**Q. Have you previously been convicted of a felony?**

A. Yes.

**Q. Have you been convicted in this case of conspiracy to distribute over 280 grams of cocaine based marijuana and MDMC, Mollies?**

MR. HOROWITZ: Same objection, Your Honor.

A. Yes.

THE COURT: Overruled. I'm going to allow Mr. Vázquez a limited amount of leading to get to your substance, but that's all.

Mr. Vázquez, you may continue.

**BY MR. VÁZQUEZ:**

**Q. Were you convicted of other offenses for this case?**

A. Yes.

**Q. What offenses were those?**

A. Drug trafficking, possession of a firearm by a convicted felon, and possession of MDMA.

**Q. Were you charged with possession of a firearm in furtherance of drug trafficking?**

A. Yes.

**Q. Did you plead guilty to that?**

A. Yes.

**Q. Prior to this case, were you previously convicted of felonies?**

A. Yes.

**Q. How many felonies were you convicted of?**

A. Five.

**Q. Were you convicted of attempted felony murder?**

A. Yes.

**Q. Were you convicted of armed robbery with a firearm?**

A. Yes.

**Q. Were you convicted of two cases of cocaine possession?**

A. Yes.

**Q. Were you convicted of cannabis sale and cocaine sale?**

A. Yes.

**Q. Mr. Zerquera, are you hoping for a sentencing reduction as a result of your testimony?**

A. Yes.

**Q. What happens if you testify falsely?**

A. I would get incriminated.

**Q. What happens if you testify falsely to help, in your mind, the Government?**

A. I would get charged with a new charge.

**Q. Mr. Zerquera, do you know of a group of men or men or women when operate under the name of BMT, or the Big Money Team?**

A. Yes.

**Q. And when did you first meet people claiming to be associated with BMT?**

A. 2008.

MR. VÁZQUEZ: Your Honor, at this time I would offer, I believe without objection, Government's 240, 289, 296, 297, 298.

THE COURT: 298 -- 240, 289, 296 -- I'm sorry.

MR. VÁZQUEZ: 240 -- I'm sorry, 289, 296, 297, 298.

THE COURT: 298.

MR. VÁZQUEZ: 300.

THE COURT: 300.

MR. VÁZQUEZ: 305, 311, Government's 89.

THE COURT: All right.

MR. VÁZQUEZ: And a transcript which will be provided, Government's 89A.

THE COURT: All right. So if I understand, gentlemen of the defense, the Government is offering without objection 240, 289, 296, 297, 298, 300, 305, 311, 89, and 89A; is that correct?

MR. HOROWITZ: I would just ask the Court to reserve ruling on 89A. The other exhibits I have no objection to. I just want to take a look at 89A.

THE COURT: For expediency I will reserve on 89A, and all the rest are admitted without objection.

(Documents marked as Government's Exhibits 240, 289, 296, 297, 298, 300, 305, 311, and 89 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, if you can be as specific with the dates as possible with these questions, when did you first meet people claiming association with BMT?**

A. Early 2008.

**Q. And where did these individuals -- where did you meet them?**

A. Little Havana.

**Q. Where in Little Havana?**

A. 14 and 3rd.

**Q. Who did you meet there?**

A. I met Patron, Ali, C-Lo, Angel.

**Q. Who is Patron? Do you see the person in court today?**

A. Yes.

**Q. Would you identify him by an article of clothing?**

A. He is wearing a black, button-down shirt and red tie with stripes.

**Q. How did you know Patron in 2008?**

A. I met him. He used to live around the same house.

**Q. When did you -- were you ever present when members of the BMT back in 2008 were selling narcotics? If so, who and when?**

A. Yes, I was present. Patron, Ali, Angel.

**Q. I want to show you an image --**

MR. VÁZQUEZ: Permission to publish Government's 296.

**BY MR. VÁZQUEZ:**

**Q. Do you see the image on the screen?**

A. Yes.

**Q. What is it?**

A. It's me and Patron.

**Q. And what is shown in the image?**

A. We are showing money, and we are throwing up the BMT sign.

**Q. When did you first notice the BMT hand sign?**

MR. VÁZQUEZ: Your Honor, are the juror monitors working?

JUROR: One isn't.

THE COURT: Of course, it isn't. Why would it be? Can

you scootch down -- is the end monitor working, so that if everyone move down? And then at our next break I will call IT yet again, and we will see what we can do about that.

Thank you.

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, when did you first notice the BMT hand sign when -- as far as your membership?**

A. At the very beginning of 2008.

**Q. Who showed you how to do the BMT hand sign?**

A. Patron.

**Q. Were you ever present when BMT members sold narcotics? And if so, who and when and where?**

A. Yes. I was around Ali, C-Lo at the time, like around 2008.

**Q. And what type of drugs did those individuals sell?**

A. Crack cocaine.

**Q. Showing you what has been admitted into evidence as Government's 7 and 5, do you recognize them?**

A. Yes.

**Q. What is depicted on the screen?**

A. Ali and C-Lo.

**Q. During 2008 were you present when anyone else claiming BMT sold narcotics? And if so, who, when, and where?**

A. That would be Angel, Patron, and a couple dudes that's not indicted with us right now.

**Q. Showing you Government's 6, who is that?**

A. Angel.

**Q. Where would you sell narcotics in 2008?**

A. Around that time we were just on 14th and 3rd in the building, apartments.

**Q. How were people brought into the BMT?**

A. Well, I don't know. It wouldn't be no jumping in or nothing like that. They just happened to come around, and if they, like, know how they chill and friendship like that, it's just considered them BMT.

**Q. Were you present when new people were brought in? And if so, by whom and when?**

A. Around that time I got out of prison in 2010, I started seeing a couple new faces like Fat Boy and some other young dudes that's not here right now.

**Q. Did you go to prison in 2010, or when were you released?**

A. I went to prison in 2010 and I got out in 2013.

**Q. Who did you see in 2014 bringing people in to BMT?**

A. Well, when I got out of prison, I seen Fat Boy, and I asked Patron who that was. And he was, like, no, that's one of our new friends. He is part of BMT now, so I was like okay.

**Q. When you came back from prison in 2014 -- 2013-2014 when you were released, how did you know to meet up with anyone from BMT?**

A. Well, my first intention was to go back to 14th and 3rd where it all started at.

**Q. Why would you do that?**

A. Because that's where I left them at before I went to prison.

**Q. Showing you Government's 50, do you recognize it?**

A. Yes.

**Q. What is it?**

A. That's 14th and 3rd.

**Q. What does Third Ward mean?**

A. Third Ward is just, like, just another nickname, you know. Third is for 3rd Street, and ward is like a war zone.

**Q. Have you heard any BMT members describe a location as Third Ward while you were a member? And if so, who and when?**

A. That would be Ali, Angel, sometimes C-Lo, like around the very beginning of 2008.

**Q. After you were released from prison in 2013 to '14, did you hear anyone refer to Third Ward or use the word Third Ward?**

A. No. Around that time it was already kind of old.

**Q. When did you first start selling narcotics as part of BMT?**

A. 2014, early February.

**Q. What type of narcotics were you selling?**

A. Crack cocaine.

**Q. Were you ever present when members of BMT would sell drugs together in 2014? And if so, who?**

A. Yes. That would be Ali, Angel, Patron sometimes.

**Q. Showing you Government's 30 -- I'm sorry, 305, do you recognize it?**

A. Yes.

**Q. What is it?**

A. That's a picture of me, Patron, and Angel.

**Q. Where is this?**

A. In an abandoned house.

**Q. What were you doing in the abandoned house? And if so, when?**

A. This was, like, around January 2014. We were just hanging out. I just got out of prison, so we were just celebrating.

**Q. Were drugs sold from the abandoned house?**

A. Yes.

**Q. Where did the United States currency come from depicted in Government's 305?**

A. Excuse me?

**Q. Where did the money come from in Government's 305 that you are shown holding?**

A. You know, that's not really drug money. Somebody -- a couple of them gave me money when I got out, so it was just like a gift.

**Q. Where did they get their money from? Were they employed?**

A. Around that time I didn't know if they was employed or not, so I didn't really know where they get their money from.

**Q. Did you see in 2014 Mr. Chacon selling narcotics?**

A. Yes.

**Q. Did you see Mr. Chacon making money from the narcotic sales?**

A. Yes.

**Q. Did you see Mr. Martinez making money from narcotic sales?**
A. Yes.
**Q. I'm showing you Government's 36. What is this?**
A. That's the abandoned house.
**Q. Is Government's 36 the outside of the building that you are in in Government's 305?**
A. Yes.
**Q. Mr. Zerquera, what is a trap?**
A. A trap is a place where individuals sell drugs.
**Q. Do you know if BMT had traps?**
A. Yes.
**Q. Where were their traps and when and who used them?**
A. Well, the first one was on 14th and 3rd. That was like around 2008. The second one was in -- I don't know the number to the apartment, I can't remember right now, but the one in front of the abandoned house, that was another, and the abandoned house was another.
**Q. Were you present when these traps were used for drug sales?**
A. Yes.
**Q. Who used the traps in addition to you for drug sales and when did you see that?**
A. Around 2008. There would be a lot of people out there like Ali, Patron, C-Lo, a couple of dudes out there.
**Q. And in 2014?**
A. Same people, Fat Boy, Angel, you know, Patron.

**Q. Showing you what's been admitted into evidence as Government's 42, do you know what this is?**

A. Yes.

**Q. What is it?**

A. That's the other trap.

**Q. How close is the trap in Government's 42 to the trap in Government's 36?**

A. Right across the street.

**Q. While you were a member and associated with BMT, were there areas that the group claimed as its drug areas?**

A. Well, those three areas that I previously said, 14th and 3rd, and those two on the screen.

**Q. Were you ever present when individuals were removed by members of BMT from their drug areas? And if so, by whom and when?**

A. Repeat that question.

**Q. Were you ever present when people who were not part of BMT were told to leave a given area? And if so, who did that and when did it happen?**

A. Well, that would be around early February 2014. There would be a couple young dudes that would be standing out there with us, under age, so the Miami-Dade police officers, they used to tell us, hey, if we catch you guys around these young dudes, we are going to give you a charge, so, you know, don't let them be around here with you guys. So sometimes Patron would tell them

to leave, and I would tell them to leave sometimes.

**Q. Why were you telling these people to leave?**

A. Because we would go to jail if those young kids would be out there with us.

**Q. What would that do to your ability to make money from drug sales?**

A. We wouldn't be able to make money.

**Q. How do BMT members decide who is going to sell drugs at a given time when there is more than one person? And directing your attention to 2014.**

A. It wouldn't be like who decide. It just be a couple dudes out there, and everybody would be selling at their own risk.

**Q. Were there times when you were present where some members of BMT were able to sell in front of other people?**

A. Well, that would be mostly when Patron would have, you know, some work on him, and he would feel like he want to get it off fast and quick, he will just run in front of everybody and just sell a customer.

**Q. Were members of BMT in your presence in 2014, did they defer, did they respect some members more than others?**

A. Yes.

**Q. And how did that affect the ability to sell drugs?**

A. Excuse me?

**Q. How did that make a difference to a member -- a person's ability to sell drugs?**

A. Well, it wouldn't really make no difference. Just some had more, like, authority than others.

**Q. Who had more authority?**

A. The older ones like me, Patron, Ali.

**Q. Why did you have more authority?**

A. Maybe, you know, because I was kind of older than them a little bit and I have been out there for a longer time than them.

**Q. How do people view each other as far as respect in the group?**

A. Sometimes people do violent stuff. You know, sometimes a lot of us get violent, and the dudes that are not so violent, they look at that and they get intimidated.

**Q. Who carries the most respect in the group?**

A. We all respect each other, but mostly me and Patron.

**Q. Why is that?**

A. Maybe because we are kind of violent at one point in time when we get under the influence.

**Q. Were you present, did you ever see -- in 2014 after your release from prison, were you present when Defendant Chacon sold narcotics?**

A. Yes.

**Q. Were you present when he sold crack cocaine?**

A. Yes.

**Q. Did you see Defendant Patron sell any other kind of**

**narcotics?**

A. No.

**Q. Were you ever present when Defendant Altamirano sold narcotics?**

A. No.

**Q. Were you ever present when Defendant Altamirano spoke to you about selling narcotics?**

A. No.

**Q. Were you ever present when Defendant James Dixon sold narcotics?**

MR. DONET: Objection; leading.

THE COURT: Overruled.

A. Yes.

**Q. What type of narcotics did Defendant Dixon sell and when? And if you could be as specific as possible.**

A. Crack cocaine like around 2014, February.

**Q. Was that the first time you saw him sell narcotics?**

A. I only seen him do it a couple of times. Not very few.

**Q. How many times?**

A. More than a dozen.

**Q. I'm showing you what's been admitted as Government's 240. Do you recognize it?**

A. Yes.

**Q. What is shown on Government's 240?**

A. Members of the BMT.

**Q. Who is shown?**
A. Myself, P-Lo, which is the dude with the dreads, Gunna, and Smoke.
**Q. Who is Smoke? Can you tap on the screen to identify him? Did you do it?**
A. Yeah.
THE COURT: Really? It's not working?
**BY MR. VÁZQUEZ:**
**Q. What is the person wearing you said is Smoke?**
A. He is wearing a green Nike shirt and some camouflage pants.
**Q. Do you see that person in court today?**
A. Yes.
**Q. Can you identify him by an article of clothing? What is he wearing?**
A. He is wearing a gray button-down shirt.
**Q. What is Raymond Moore wearing?**
A. He is wearing a shirt that says Every Day in black.
**Q. Were you ever present, while a member of BMT in 2014, when Raymond Moore would sell drugs?**
A. Yes.
**Q. Were you ever present when -- what is the name of the person wearing the -- with the dreads on the left?**
A. P-Lo.
**Q. Were you ever present when P-Lo sold narcotics?**
A. Yes.

**Q. What is Defendant Dixon doing in the image?**
A. He is throwing out the BMT sign.
**Q. Showing you what's been admitted into evidence as Government's 298, do you recognize it?**
A. Yes.
**Q. What is it?**
A. Myself and Chico Black and Peter.
**Q. What is the person in the image wearing that you have described as Chico Black?**
A. He is wearing a white shirt, some white cargo shorts.
**Q. What is the person wearing that you have -- who is the person on the left of the screen?**
A. Peter.
**Q. What is that person wearing?**
A. He is wearing a green basketball jersey.
**Q. Where is this picture taken?**
A. On 11th and 5th.
**Q. Is this near a trap?**
A. Yes.
**Q. Were you ever present when defendant -- excuse me, when Mr. Chico Black discussed narcotic sales?**
A. No.
**Q. Were you ever present when narcotics were distributed by Mr. Chico Black?**
A. No.

**Q. What relationship did you have with Defendant Altamirano?**
A. We used to play basketball together when we was young, went to the same school.
**Q. Did you ever sell narcotics with Defendant Altamirano?**
A. I sold narcotics. If when he was out there, he probably was selling narcotics.
**Q. Did you ever see it?**
A. No.
**Q. Did he ever talk to you about it?**
A. No.
MR. HOROWITZ: Judge, I move to strike the prior response regarding "probably."
THE COURT: All right. That will be stricken.
**BY MR. VÁZQUEZ:**
**Q. Were you ever present when Defendant Altamirano claimed to be part of BMT?**
A. Yes.
**Q. Do all BMT members sell drugs at the same time?**
A. Most of the times.
**Q. Were there people who sold at night versus the day?**
A. Excuse me?
**Q. Were there people in the BMT that sold at night during the day during the year 2014? And if so, who?**
A. Sometimes it will switch up. Some dudes will sell at night, and some of them sell in the daytime. Patron, you know, Ali,

Smoke, me.

**Q. Going back to Government's 42, have you seen BMT members using Government's 42?**

A. Excuse me?

**Q. Have you seen BMT members in the year 2014 using the structure in Government's 42, the building?**

A. Yes.

**Q. How has the building shown in Government's 42 been used by BMT members?**

A. We would sell drugs.

**Q. Were anything stored -- was anything stored at that house?**

A. Guns and drugs.

**Q. Why was this house picked for drug sales?**

A. It's a dude we used to chill with. His name is Bodie. He lives there, so our whole motive was he lives there, so let's use his house so the police won't mess with us.

**Q. Who did you talk about or who did you hear talking about that decision in 2014?**

A. I wasn't there, but that was the issue. Because it's been talked about.

**Q. Who talked about it?**

A. Patron.

**Q. Was the building Government's 42 abandoned?**

A. No.

**Q. Did the building in Government's 42 have a fence?**

A. Yes.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

MR. VÁZQUEZ: One moment, Your Honor.

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what has been marked for identification as Government's 89. Have you reviewed this?**

A. Yes.

**Q. And how do you know that?**

A. Because it has my initials on it and the date.

**Q. And what is on the material that's inside this CD?**

A. A video of me, Patron, and Isaac.

**Q. Where are you?**

A. In a trap.

**Q. Which trap?**

A. The one showed on the screen, the blue house.

MR. VÁZQUEZ: Your Honor, I would move Government's 89 into evidence.

THE COURT: All right. Government's 89 is admitted without objection.

(Document marked as Government's Exhibit 89 admitted into evidence)

MR. VÁZQUEZ: Permission to publish, Your Honor.

THE COURT: Yes. Is that going to take -- are we going to be able to do that without incident, I hope.

MR. VÁZQUEZ: It's been turned over.

THE COURT: No, no. It's a video, so are we -- are you hooked up?

MR. VÁZQUEZ: I'm hooked up.

THE COURT: You are? That's what I'm just checking.

MR. VÁZQUEZ: Permission to hand out --

THE COURT: Well, I think we had an objection on that.

MR. VÁZQUEZ: I'm moving -- offering Government's 89A into evidence. It's the transcript, supplemental transcript with all binders put together.

MR. HOROWITZ: Judge, as the transcript -- may we approach sidebar?

THE COURT: Sure.

(Bench conference commenced):

MR. HOROWITZ: Judge, my objection to the admissibility of 89A is it's a transcript, not a translation. I don't have any objection to it being used as an aid for the jury while they are listening to this. I do have an objection to it being admitted into evidence.

THE COURT: Well, for the time being, we will just allow them to use it, and we will get into the evidentiary issue just to move this along.

MR. HOROWITZ: I have no problem to the instruction telling the jury that 89 is a CD and the video and the CD is the evidence, that the transcript is simply an aid.

THE COURT: That will be the instruction anyway.

MR. HOROWITZ: That's why I object to 89 coming in.

THE COURT: Let me -- I don't think I have the pattern with me.

MR. HOROWITZ: I have the pattern, if you want. I don't know if it's in --

THE COURT: I think if Ms. Greer or Ms. Rosoborough could find the pattern instruction and bring it out to me, then I will give them the -- okay. All right.

The jurors want a restroom break anyway, so there you go.

(Bench conference concluded.)

THE COURT: Ladies and Gentlemen, you have asked for a restroom break. We will break for about 10 minutes. Don't talk about the case. And this time I will hopefully make it 10 minutes. Thank you.

(Jury retires at 3:14 p.m.)

THE COURT: Here is the instruction regarding the tape-recorded conversations. Members of the jury, Exhibit 89A has been identified as a typewritten transcript of the oral conversation heard on the tape recording received in evidence as Exhibit 89.

Does the transcript purport to identify the speakers?

MR. VÁZQUEZ: It does.

THE COURT: It does?

MR. VÁZQUEZ: Yes.

THE COURT: So the transcript also purports to identify the speakers engaged in the conversation. I have admitted the transcript for the limited and secondary purpose of helping you follow the content of the conversation as you listen to the tape recording and also to help you identify the speakers. But you are specifically instructed that whether the transcript correctly reflects the content of the conversation or the identity of speakers is entirely for you to decide based on your own evaluation of the testimony that you have heard about the preparation of the transcript and from your own examination of the transcript in relation to hearing the tape recording itself as the primary evidence of its own contents.

This is on page 665 of the patterns. Does anyone have any objection with that?

MR. VÁZQUEZ: Not from the Government, Your Honor.

THE COURT: From the defense?

MR. DONET: No, Your Honor.

MR. HOROWITZ: No, Your Honor. I have the 2010 patterns, but mine only goes up to 651. Does it have a special number or a --

THE COURT: It's trial instruction number 3, explanatory instruction transcript of tape recorded conversation. I will pass my --

MR. HOROWITZ: No objection, Your Honor.

THE COURT: Okay. If you want to look at it, I will dog ear it.

MR. HOROWITZ: I have downloaded a version from the Eleventh Circuit, and the page numbers are different.

THE COURT: I have a question, Mr. Vázquez, as to -- I'm sorry, the witness is still here. Is there water for the witness? Is he able to -- is he shackled? Not his hands. Good. I want to make sure he has water.

305, we might want to revisit that. Just later because I don't want to have to take the witness out.

All right. Ten minutes.

(Recessed at 3:17 p.m.)

(Resumed at 3:29 p.m.)

THE COURT: Bring in our jury, please.

(Jury returns at 3:30 p.m.)

THE COURT: Everyone may be seated.

Mr. Vázquez, do you have something to pass out to the jury?

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Ladies and gentlemen of the jury, Exhibit 89, this is a recording, will be played for you. Exhibit 89A is a typewritten transcript of the oral conversation heard on the tape recording in Exhibit 89. The transcript also purports to identify the speakers who are engaged in the conversation.

I have admitted the transcript for the limited and secondary purpose of helping you follow the content of the conversation as you listen to the tape recording and also help you identify the speakers, but you are specifically instructed that whether the transcript correctly reflects the content of the conversation or the identity of the speakers is entirely for you to decide based on your own evaluation of your testimony you have heard about the preparation of the transcript and from your examination of the transcript in relation to hearing the tape recording itself as the primary evidence of its own contents.

If you determine that the transcript is in any respect incorrect or unreliable, you should disregard it to that extent.

Mr. Vázquez is now going to pass you out 89A.

MR. VÁZQUEZ: Permission to publish, Your Honor.

THE COURT: Yes, you may.

Can you make it the entire screen?

MR. VÁZQUEZ: I'm trying to clear the --

THE COURTROOM DEPUTY: That's not us.

THE COURT: Is there any way to make the image the entire screen? No? Okay.

MR. VÁZQUEZ: Your Honor, it doesn't expand beyond that.

THE COURT: All right.

(Video played.)

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, where was that video shot?**

A. In the blue house.

**Q. Were you present when drug sales in 2014 were conducted at the blue house?**

A. Yes.

**Q. Who conducted drug sales from the blue house?**

A. Me, I'm not sure about Christopher Altamirano, Patron, Ali, Smoke, Telli.

**Q. When you say Patron, do you see him in court today?**

A. Yes.

**Q. Can you identify him, please?**

A. He has the black, button-up shirt.

MR. VÁZQUEZ: Let the record reflect that the witness has identified Defendant Maurin Chacon.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Now, you said you weren't sure about Altamirano. Do you see Altamirano in court today?**

A. Yes.

**Q. Can you identify him by an article of clothing?**

A. He has the black, button-up shirt with black glasses.

**Q. Altamirano?**

A. He has a pink, button-up shirt with a black tie.

MR. VÁZQUEZ: Let the record reflect the witness has identified Defendant Christopher Altamirano.

THE COURT: Okay.

**BY MR. VÁZQUEZ:**

**Q. Showing you Government's 298, you used the word Peter before. Do you recall that?**

A. Yes.

**Q. Who is Peter?**

A. Christopher Altamirano.

**Q. Who is that in the video -- in the image in Government's 298?**

MR. HOROWITZ: Objection; asked and answered.

THE COURT: Yes, but one more time. Who is that -- who are all the people in Government's 298?

THE WITNESS: That's Christopher Altamirano with the green shirt, me in the middle, and Chico Black in the end.

THE COURT: Okay.

**BY MR. VÁZQUEZ:**

**Q. Do you see Christopher Altamirano that you identified in court today the same Christopher Altamirano that you identified in Government's 298?**

MR. HOROWITZ: Objection; asked and answered.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. Do you know a person who uses the nickname Papo L.**

**Desperado?**

A. Yes.

**Q. Who is that?**

A. He has the blue, button-up striped shirt.

MR. VÁZQUEZ: Let the record reflect that the witness has identified Defendant Rodolfo Portela.

**BY MR. VÁZQUEZ:**

**Q. Who do you know as Smoke?**

A. James Dixon.

**Q. Do you see that person in court today?**

A. Yes.

**Q. What is that person wearing?**

A. He has a gray shirt.

MR. VÁZQUEZ: Let the record reflect the witness has identified the Defendant James Dixon.

**BY MR. VÁZQUEZ:**

**Q. Were you present in 2014 when Defendant James Dixon would sell narcotics from the blue house that you have referenced earlier depicted in Government's 42?**

A. Yes.

**Q. What type of narcotics and when in 2014?**

A. Maybe mid February 2014. He would be selling mostly crack cocaine.

**Q. Do you know what the location is known as the mack?**

A. That's a corner store we would go to around the corner on

12th Avenue and 4th Street.

**Q. Showing you Government's 25, do you recognize it?**

A. Yes.

**Q. Were you ever present at the building located or depicted on Government's 25 shown in Government's 25 with members of BMT?**

A. Yes.

**Q. When in 2014?**

A. Early 2014. Early February.

**Q. Were you ever present when members of the BMT would meet drug customers in this area?**

A. Yes.

**Q. Who was doing that? Who was meeting drug customers at the mack, the building depicted in Government's 25?**

A. Patron, me, Smoke, Fat Boy, Ali, Angel.

**Q. What type of drugs are sold from the mack?**

A. You know, it would be from crack cocaine to coke, Ecstasy, Xanax.

**Q. In 2014 were you ever present when BMT members would buy drugs together, larger amounts of drugs together? And if so, who and when?**

A. Sometimes me and Altamirano will patch up, meaning we will put our money together and buy a bigger amount of drugs.

**Q. What type of drugs would you buy with Altamirano?**

A. Crack.

**Q. And how much crack were you purchasing with Defendant**

**Altamirano?**
A. Eight grams.
**Q. And how much would you sell 8 grams of crack cocaine for?**
A. Well, if you are going to cut it up, you can sell it for $240. If you are not going to cut it up, it only goes for $150.
**Q. How many times did you buy crack in larger quantities with Defendant Altamirano?**
A. Just once.
**Q. Were you ever present when other members of the BMT would buy drugs together in that similar -- in that way that you just described?**
A. Yes.
**Q. Who and when did these joint or multi-buyer drug purchases happen?**
A. That would be at the trap, and sometimes they would meet around the corner of that store Ali and Angel.
**Q. When did that happen?**
A. March, February 2014, during that whole period.
**Q. And how often was that happening?**
A. Maybe two to three times a week. It depends how much drugs we sell that day.
**Q. Typically how many grams of cocaine, crack cocaine, would you sell on a day?**
A. Two to 3 grams.
**Q. And how many grams of crack cocaine would you sell as a**

**group with the BMT members? And when you say "group," who would you sell with and when?**

A. We would sell -- if it's, let's say, six people out there, sometimes it would be six people. Between us we will probably sell between 16 to 18 grams.

**Q. What was the least amount of crack cocaine you saw sold from a BMT trap and who was there?**

A. The least? The least maybe would be, like, 3 grams. And Bodie would be there, Angel would be there, Ali would be there.

**Q. And how often in 2014 were drugs being sold from a BMT trap?**

A. Every day.

**Q. How often was marijuana being sold from BMT traps?**

A. Every day.

**Q. Who was selling marijuana in the year 2014, selling marijuana?**

A. Fat Boy.

**Q. I'm going to show you Government's 11. Do you recognize it?**

A. Yes.

**Q. Who is that?**

A. Miguel Rodriguez.

**Q. And what is this person's nickname?**

A. Fat Boy.

**Q. Were you ever present when people would -- when members of the BMT would sell Mollies, MDMC?**

A. Yes.

**Q. Who would sell MDMC or Mollies and when?**
A. Ali, 2014. Like I said, early February.
**Q. Were you ever present when members of the BMT would share cell phones in the year 2014?**
A. Yes.
**Q. And who would share cell phones?**
A. Mostly all of us. Some of them didn't have no phone. Patron, he would sometimes use my phone.
**Q. Were there any members of the BMT who gave you a reason for not having cellular phones?**
A. Yes.
**Q. Who was that?**
A. Patron.
**Q. What did he tell you?**
A. He would say the reason he doesn't have a phone because he thinks the feds are tapping his phone.
**Q. Were you ever present when members of the BMT in the year 2014 possessed firearms?**
A. Yes.
**Q. Who from the members of the BMT in the year 2014 possessed firearms?**
A. Mostly all of them.
**Q. Where were these firearms kept?**
A. On the side of the blue house.
**Q. Is your screen still not right? Can you point -- double tap**

**the left bottom. Can you point out on Government's 42 where firearms would be kept?**

A. (Witness complies.)

**Q. Were any other items stored at the blue house?**

A. Drugs.

**Q. Were any members in possession of the BMT in the year 2014 in possession of bullet proof vests?**

A. Yes.

**Q. Who was that?**

A. Bodie.

**Q. I'm showing you what's been admitted into evidence as Government's 10. What is Government's 10?**

A. That's Bodie.

**Q. Were you ever present when members of the BMT in the year 2014 committed or discussed committing robberies?**

A. Yes.

**Q. Were you ever present when members of the BMT discussed, and if so who, discussed why they were committing robberies and what they were going to do with the robbery proceeds?**

A. I'm speaking about Ali right now. When he wouldn't have no money, he will go out and rob.

**Q. What happened after he committed the robbery?**

A. He would get the money, and he would buy drugs to sell.

**Q. Were you ever present when any other similar conversation or discussion happened where you heard somebody saying I committed**

**a robbery, I want to buy drugs now?**

A. Just that incident right there, Ali.

**Q. Were you physically present for any other robberies?**

A. Yes.

**Q. Who committed the robbery and when?**

A. Patron.

**Q. And how did that robbery happen?**

A. It was back in '08. He was intoxicated.

**Q. 2014?**

MR. GONZALEZ: Object.

THE COURT: Yes?

MR. GONZALEZ: 404 and --

MR. VÁZQUEZ: I will withdraw.

MR. GONZALEZ: -- notice.

THE COURT: If you would.

And perhaps, Mr. Vázquez, we'll give him leave to do some transitional leading on that.

**BY MR. VÁZQUEZ:**

**Q. In 2014, were you ever present for anyone else other than what you have talked about with Ali Salas committing a robbery in your presence?**

A. No.

**Q. Were you present or did you hear anyone else talk about the commission of robberies?**

A. No.

**Q. Do you know a person by the name of Chris Ramirez, Joker?**

A. Yes.

**Q. Were you ever present when this person talked about the commission of robberies?**

MR. HOROWITZ: Objection; leading.

THE COURT: Well, I will allow it. Overruled.

A. Yes.

**Q. Is Mr. Ramirez part of BMT?**

A. Yes.

**Q. Does he sell drugs at BMT traps?**

MR. HOROWITZ: Same objection.

THE COURT: Now we can flush out what, so sustained.

**BY MR. VÁZQUEZ:**

**Q. Were you ever present when Mr. Ramirez sold narcotics?**

A. Yes.

**Q. When and where?**

A. Back on April 3rd when me and him got incarcerated.

**Q. Where were you selling -- where were drugs being sold on April 3, 2014?**

A. At the blue house (indicating).

**Q. How were drugs being sold on that day by Mr. Ramirez?**

A. How was drugs being sold?

**Q. Yes.**

A. He was selling to a customer hand to hand.

**Q. Do you know what a drug bomb is?**

A. A drug bomb?

**Q. Bomb.**

A. Bomb?

**Q. A bomb.**

A. Yes.

**Q. What is it?**

A. It's like a little storage, like a bag or a Ziploc bag you put your crack cocaine in or your weed or whatever narcotics that you are selling.

**Q. Were you ever present when Chris Ramirez used a drug bomb to sell narcotics?**

A. Yes.

**Q. When?**

A. April 3rd.

**Q. Were you arrested on that day?**

A. Yes.

**Q. Were you in possession of a firearm that day?**

MR. HOROWITZ: Objection; leading.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. What were you doing on April 3, 2014?**

A. I just had came from a friend's house, and I wanted to go check up on him, you know, for a little bit. And 5 minutes later the police came and just arrest us, start searching us, found drugs.

**Q. What happened when you were searched?**
A. He found a firearm and some drugs.
**Q. What was inside the firearm?**
A. I think it was, like, four bullets.
**Q. Were you ever asked in the year 2014 to participate in a robbery?**
A. Yeah.
**Q. Who asked you to participate in a robbery?**
A. Patron.
**Q. Were you ever present in the year 2014 when members of the BMT would talk about their robbery victims and describe them?**
A. Yes.
**Q. How were robbery victims described?**
A. They would call them wetbacks or panchos.
**Q. Were you ever present when the subject of how a robbery victim was going to be picked was discussed in 2014?**
A. Say it again.
**Q. Were you ever present when the subject of how -- when a robbery victim was going to be picked was discussed?**
A. Yes.
**Q. Who did you hear talking about that?**
A. Bodie.
**Q. And how were robbery victims picked?**
A. If they are wetbacks or panchos, which those be the ones that they think are weak, they would choose them.

**Q. When you say "they," who are you talking about?**
A. Bodie, Fat Boy, Ali.
**Q. Did you ever receive -- did anyone talk to you about committing robberies after they did them in 2014?**
A. Yeah.
**Q. Who did that?**
A. Bodie.
**Q. Were you ever present when Defendant Altamirano talked to you about committing a robbery?**
MR. HOROWITZ: Objection.
A. No.
MR. HOROWITZ: Withdrawn.
THE COURT: Yeah.
**BY MR. VÁZQUEZ:**
**Q. Were you ever present when Defendant Chacon talked to you about committing a robbery?**
A. In 2014?
**Q. 2014.**
A. No.
**Q. Were you ever present when Christian Ramirez talked about committing a robbery?**
A. No.
**Q. Mr. Zerquera, were you ever present when BMT members would back each other up?**
A. Say it again.

**Q. Do you know what the phrase "back up" means or backing someone up?**
A. In what way? Like having your back or?
**Q. Yes.**
A. Yes.
**Q. How do BMT members back each other up?**
A. I mean, if there is a problem, we would back each other up.
**Q. When did you see that happen?**
A. A lot of times.
**Q. In 2014, if you can give us an example.**
A. Not in 2014.
**Q. Were you ever present in 2014 when members of the BMT would hold drugs for each other?**
A. Yes.
**Q. Who would hold drugs for each other in 2014?**
A. Mostly all of us; Patron, me, Smoke, Altamirano, Fat Boy, Bodie, Telli, Ali.
**Q. While you were a member of the BMT in 2014, did you know a person by the name of Jay Anthony Flores?**
A. Yes.
**Q. Do you see that person in court today?**
A. Yes.
**Q. Could you identify him by an article of clothing?**
A. He has a white, button-up shirt.
MR. VÁZQUEZ: Let the record reflect the witness has

identified Defendant Flores.

THE COURT: Okay.

**BY MR. VÁZQUEZ:**

**Q. How did you deal with Defendant Flores in the year 2014?**

A. To be honest with you, I don't really know him like that. When I got out of prison, he was just there. I have never heard them say he was part of BMT. He just used to be there.

**Q. Were you ever a part of receiving or sending customers to Defendant Flores?**

A. Yes.

**Q. What type of drugs were involved?**

A. MDMA, Ecstasy.

**Q. Were you ever present when Defendant Flores was in the company of other BMT members in 2014?**

A. Yes.

**Q. Who was he in the company of?**

A. Me, Patron, Isaac, Bodie, Fat Boy, Telli, C-Lo.

**Q. Were you ever present when Defendant Flores would make drug transactions through his phone?**

A. No.

**Q. Did he ever talk to you about that?**

A. No.

**Q. How did you accomplish the transaction you talked about with Defendant Flores?**

A. Well, I called the female, and she sent me to him, and the

drugs were for my cousin, and I sent him over there.
**Q. Why did you reach out to Defendant Flores?**
A. The female that I called sent me to him saying sometimes he has Mollies, which is Ecstasy.
**Q. Mr. Zerquera, I want to go back to Government's 305. Do you see it?**
A. Yes.
**Q. Where is this picture taken?**
A. In the trap. In an abandoned house.
**Q. The building where this picture is taken, were you ever present when drug sales were conducted there?**
A. Yes.
**Q. Were you ever present when guns were kept at this location?**
A. No.
**Q. Were you ever present when customers would come to this location?**
A. Yes.
**Q. While you were a member of BMT, did you ever learn of a person by the name of Afro?**
A. Yes.
**Q. Who talked to you about Afro?**
A. I know him personally.
**Q. And what happened to Afro?**
A. He got shot during a drive-by shooting.
**Q. While you were a member of BMT, did you ever hear that the**

**group ever discussed who was the person responsible for that? And if so, who was the speaker?**

MR. GONZALEZ: Judge, objection.

THE COURT: Grounds?

MR. GONZALEZ: Can we have a sidebar?

THE COURT: All right.

(Bench conference commenced):

MR. GONZALEZ: Judge, couple of things. One is we don't have the slightest idea where he is going. In the notes that we just received a little while ago, there is mention about a possible homicide of someone. So I don't know how this -- I think that this is -- it's not part of the indictment. They are going to try to attribute any, you know, homicide or something to that effect or retaliation by Mr. Chacon or others.

THE COURT: Is this an intro to that video about RIP whomever?

MR. VÁZQUEZ: Yes. There is a video where they are mourning the loss of Afro at a site that they congregate at, Third Ward. It's relevant for two reasons. One, they are on notice that people do try and harm them. They are actively selling narcotics at a given location, so they have to be armed for 924(c) purposes.

Second, for their group, they are armed, they -- I think it's relevant to show gang association. The person was killed by a rival gang member. Mr. Chacon in the discovery that

I provided is holding up a shirt saying Rest in Peace BMT Afro. I think this is an association material.

THE COURT: Well, that's one thing to show BMT association through the video I saw. But who shot who, any details about that, none of that comes in because that's --

MR. VÁZQUEZ: These defendants know a rival group to harm them. They have a feud with this Riverside, this group that identifies themselves as Riverside.

THE COURT: And so what?

MR. VÁZQUEZ: Their existence and their rivalry, their rivalry helps prove the association, helps prove the enterprise.

THE COURT: Yeah, that enterprise that's not going well for the Government, but it's not going to come in through any testimony this guy heard from another guy about a guy who shot a rival guy.

You can play the video. You can show that BMT mourned a fallen soldier, and that's what you can do with that.

MR. VÁZQUEZ: The jury is not going to know who that is in any way.

THE COURT: He just said --

MR. GONZALEZ: He identified him as one of their friends, colleagues.

THE COURT: Right. You can show them the video and ask him who, you know, RIP, who they are speaking of, and they will tell you it is a former or a BMT member who was gunned down in a

drive-by shooting, and there you go.

MR. VÁZQUEZ: Okay.

MR. HOROWITZ: I'm going to object to any evidence regarding a drive-by shooting because it's clearly prejudicial. If there is someone who died that would come in as relevant as BMT, (inaudible) Afro that he died. The fact that it was a drive-by shooting would be hearsay to this witness and would be prejudicial to the defense. And the fact that guns were used has absolutely no relevance to the case.

THE COURT: I think the fact that your clients gathered together to mourn the passing of someone who was, in fact, the victim of a drive-by shooting, reasonable inferences can be drawn that they -- they were aware of the dangers of their activities, and that is as far as I will go with it, though.

I don't want any Riverside and the ba, ba, ba, here is the video, his name is whoever his name is, he was a former BMT. He was shot, my understanding was a drive-by, and we are done.

MR. VÁZQUEZ: And I think he said that already.

THE COURT: Yes.

MR. VÁZQUEZ: While we are here, so I don't run afoul, this witness was present for the May 3rd shooting. The video you said it's only admissible if the victim testifies.

THE COURT: Well, will he identify the shooter.

MR. VÁZQUEZ: He knows who the shooter is. It's not one of these defendants.

THE COURT: Is it somebody in BMT?

MR. VÁZQUEZ: It's a person he says is BMT, and it is -- it was precipitated by a robbery that is committed by one of the charged defendants in trial two.

THE COURT: Can we get to 5 without getting into that particular area?

MR. VÁZQUEZ: On cross examination I assume it's going to be thorough.

THE COURT: But direct is almost done?

MR. VÁZQUEZ: It's pretty close.

THE COURT: Okay.

MR. VÁZQUEZ: I don't have to play the video, but I just don't want -- there is two things I'm concerned with. We have this video that we got from the neighbor, and I don't want an accusation we don't have one video, we have two videos. We also have evidence of that.

THE COURT: Let me do this because we have not yet discussed this testimony about that video. Why don't we conclude what you have now on direct. I will -- I think we should discuss what he has to say about it.

If I think it is appropriate, you may have leave to recall him with no -- and I wouldn't expect the defense to say this just came up or he was prompted because we are having argument about it. But let's wrap up what we can, start your cross, and then we can talk more about it.

MR. HOROWITZ: The other question is is this so-called victim coming in? Because I mean -- to testify.

THE COURT: No. At the time I said I wasn't just going to allow a video. I needed somebody to tell me who the players were. If this gentleman --

MR. GONZALEZ: Is he present?

THE COURT: Well, that's what we need to know before we are going to do anything with it. We are going to wait and see what the Government has to say about that.

MR. VÁZQUEZ: Not on direct right now?

THE COURT: Correct.

(Bench conference concluded.)

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, I want to go back to the issue of firearms. Were you ever present in 2014 when firearms were shared by members in the BMT?**

A. Yes.

**Q. In 2014 who shared firearms?**

A. Patron, Ali, Smoke, Altamirano, Telli.

**Q. Mr. Zerquera, I want to return to the video that we played earlier. Do you recall that video?**

A. Yes.

**Q. Who did you see in that video?**

A. Me, Isaac, and Patron.

**Q. And who is Isaac?**

A. That's Patron's cousin.

**Q. What does the word "stacks" mean?**

A. $1,000.

**Q. Where did the money come from that you were showing in the video?**

A. Drugs.

**Q. How do you know that?**

A. Because I have been present when we sold that much drugs.

**Q. What type of drugs?**

A. Crack.

**Q. What does the phrase "no breaking down," what does that mean?**

A. No breaking down? You said no breaking down?

**Q. Yeah, no breaking down blank it says in the transcript.**

A. I don't really understand what he meant by that.

**Q. What did you mean in the video where you said we were going to blow all this for my N word because we blow money like that? What does that mean?**

A. We spend money and make it back the next day.

**Q. And how would you make money back the next day?**

A. I mean, selling drugs.

**Q. What would you do, you personally, with the money that you were making from drug sales?**

A. I would pay bills, sometimes get high, rent cars.

**Q. Were you ever present when a person ran out of money, didn't**

**have any more money, and they were a part of BMT?**

A. Yes.

**Q. How would they get money for drugs, and who is that person?**

A. Ali. He would end up with no money, and he would just go out and find somebody to rob.

MR. VÁZQUEZ: May I use the screens, Your Honor?

THE COURT: Yes. Is this for a video?

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Well, is it in evidence?

MR. VÁZQUEZ: Yeah. I moved it into evidence, Your Honor.

THE COURT: We did. All right.

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, did you see the screen play? Is it playing?**

A. No. It's black.

MR. HOROWITZ: What's the exhibit number?

MR. VÁZQUEZ: 89.

THE COURT: Ladies and Gentlemen, and we will take our last 5-minute break and work out a technical difficulty.

(Jury retires at 4:17 p.m.)

THE COURT: So we played 89. Why are we playing it again?

MR. VÁZQUEZ: I want to walk through still images. There are hand signs. I'm going to have the witness identify each person one at a time.

THE COURT: I thought he did that.

MR. VÁZQUEZ: He said their names. I'm going to stop and pause the video at each portion.

THE COURT: All right. This transcript, was that prepared with a participant, i.e., Mr. Zerquera.

MR. VÁZQUEZ: No. We had a company review it and edit it.

THE COURT: Okay. So we have no predicate for its admission right now?

MR. DISPOTO: One moment, Your Honor.

THE COURT: Sure.

MR. VÁZQUEZ: Your Honor, our case agent who has participated in the review of all the transcripts, and that person can verify it's a 2-minute transcript, reviewed it, it's accurate.

THE COURT: Okay. Well, I won't -- I will allow it to continue to be used as an aid, but usually the participants -- anyway, and we are going to go frame by frame to do hand signs which we have other pictures about? That's why I was asking about 305. We need to identify these folks because -- I thought we were going to get to RIP video today? No.

MR. VÁZQUEZ: I'm going to put that video through another witness.

THE COURT: Okay. I assume the defense objects to this being done again. I will allow over defense objection, which I

anticipate, the Government to pick out maybe, you know, three or four stills of the video. We have already gotten the transcript, which hasn't been authenticated, and then we will move on.

Okay. Bring the jury back.

THE COURTROOM OFFICER: We have a juror in the restroom.

THE COURT: Everyone be seated.

I had asked the question earlier about 305 because I neglected to see the hand signs. I was just listening to the witness's testimony about the origin of the money, but it does have the hands signs and is in one of the traps, so that question has been answered.

(Jury returns at 4:22 p.m.)

THE COURT: Everyone be seated.

All right, Mr. Vázquez, you may continue.

MR. VÁZQUEZ: May I publish the --

THE COURT: Yes, 89.

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, what do you see on the screen?**

A. That's Allapattah.

**Q. Who is throwing out the Allapattah sign?**

A. Patron.

**Q. Do you know where BMT members are from? Where they came**

**from?**
A. What do you mean where they came from?
**Q. Were BMT members always in Little Havana?**
A. No, not the original ones.
**Q. Who are the original BMT members?**
A. Me, Patron, Ali, C-Lo, Angel, Gunna.
**Q. And where were you from?**
A. Allapattah.
(Video playing.)
**BY MR. VÁZQUEZ:**
**Q. Who is on the screen now, Mr. Zerquera?**
A. Isaac.
**Q. And who is Isaac?**
A. A BMT member that's not indicted with us.
(Video playing.)
**BY MR. VÁZQUEZ:**
**Q. Mr. Zerquera, do you recall who was also with you on the porch of this building?**
A. That's a Dominican dude. He is not part of BMT. He was just living there at the time.
(Video playing.)
**BY MR. VÁZQUEZ:**
**Q. Mr. Zerquera, what is shown on the screen now?**
A. Isaac throwing the BMT sign.
(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Who is on the screen now?**

A. That's me.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. What is on the screen now?**

A. That's the BMT sign.

(Video concluded.)

**BY MR. VÁZQUEZ:**

**Q. Sir, do you have a BMT tattoo on your body?**

A. Yes.

**Q. Where is it?**

A. On my arm.

**Q. Where?**

A. On the front of my arm by my wrist, on top of my wrist.

MR. VÁZQUEZ: May I have the benefit of the overhead camera?

THE COURT: Okay. I don't know that we have ever used it for this before, but let's see.

You know what? We will just get to that at a later time.

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, in 2008, where were drugs being sold by BMT members and by whom?**

MR. GONZALEZ: Objection; asked and answered.

THE COURT: Sustained. Well, in 2008.

MR. DONET: Relevance.

THE COURT: Yes, sustained.

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, what was the difference between your trap house -- the abandoned building and the 428 -- the blue building?**

A. Well, the difference is the 428 building is not an abandoned apartment, so we would have less chances of going to jail and police messing with us.

**Q. Earlier you talked about Molly sales and a person described as Ali. Were you present when anyone else sold Mollies or MDMC?**

A. No.

MR. VÁZQUEZ: Your Honor, tender the witness.

THE COURT: All right. Cross examination, Mr. Gonzalez.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Mr. Zerquera, you mentioned the name Afro a little while ago. Afro was not a BMT, correct?**

A. No.

**Q. He was not, right?**

A. No.

**Q. Now, you have talked about going back as early as 2008, 2006, but I'm going to just concentrate for right now on**

**April 3rd of 2014. You recall that date, correct?**
A. Yes.
**Q. And you were arrested on that particular date of April 3, 2014, correct?**
A. Yes.
**Q. And when you were arrested, you had a firearm on you, right?**
A. Yes.
**Q. And that was on your possession?**
A. Yes.
**Q. You also had some narcotics on you, correct?**
A. Correct.
**Q. And that was crack cocaine?**
A. Correct.
**Q. All right. Now, you said that you got there 5 minutes before, and then you were arrested, correct?**
A. Around 5 minutes, 5 to 10 minutes, yeah.
**Q. Five or 10 minutes and then you were arrested, right?**
A. Yeah.
**Q. Maurin Chacon was not there, correct?**
A. He was there.
**Q. He was not there when you were arrested, right?**
A. He was there.
**Q. All right. Chacon was not arrested, right?**
A. No.
**Q. You were arrested, right?**

A. Yes.
**Q. And Christian Ramirez was arrested?**
A. Correct.
**Q. It was your gun, right?**
A. Correct.
**Q. And it was your drugs, correct?**
A. Correct.
**Q. It was not Maurin Chacon's gun, correct?**
A. Correct.
**Q. And it was not Maurin Chacon's drugs, correct?**
A. Correct.
**Q. Now, in this particular case, you were charged with -- Count 1 was a conspiracy count, correct?**
A. Yes.
**Q. You plead guilty to the conspiracy count?**
A. Yes.
**Q. And you are aware that the maximum penalty for the conspiracy count was life imprisonment, right?**
A. Yes.
**Q. Now, in addition to that, you were charged in Count 26 with possession of a controlled substance with intent to distribute, correct?**
A. Yes.
**Q. You also plead guilty to that?**
A. No.

**Q. You didn't plead guilty to that?**

A. No.

**Q. You only plead guilty to the conspiracy?**

A. And drug trafficking and possession of a firearm by a convicted felon.

**Q. All right. So maybe you are getting the terminology or the words down, but you plead to more than just the conspiracy, right?**

A. Yes.

**Q. There was no plea agreement, meaning there was nothing that you signed, whereby you agreed to plead to certain counts, you just basically plead to the Court, right?**

A. I just plead guilty.

**Q. Okay. So you plead guilty to whatever charges were pending against you?**

A. To conspiracy, which was three counts, possession of a firearm, and drug trafficking, and MDMA.

**Q. Did the Government agree to dismiss any of the counts against you?**

A. No.

**Q. Okay. Now, Count 26 is with regards to the events of April 3rd of 2014. And that was a count where it was possession of a controlled substance with the intent to distribute, that is, to sell it. You are aware that that count carried a maximum of 20 years imprisonment, right?**

A. Yes.

**Q. Now, you also plead to Count 27, which was possession -- firearm possession by a convicted felon?**

A. Yes.

**Q. And that's with regards to the gun that you had on you on April 3, 2014?**

A. Yes.

**Q. Now, that count also carries a maximum of 10 years imprisonment? You are aware of that? You know that, right?**

A. Yes. Yes, sir.

**Q. And then Count 28 was firearm possession in furtherance of a drug trafficking count on April 3, 2014. You are aware that that count carries a maximum of life imprisonment, right?**

A. Yes.

**Q. And your testimony here in court today is prefaced on you expecting to receive a reduction in your sentence, correct?**

A. Correct.

**Q. You have not been sentenced yet, right?**

A. Correct.

**Q. And the agreement that you have with the Government, there is nothing in writing, correct?**

A. Correct.

**Q. And that is that you are aware that the Government is the one that has to file a motion on your behalf for you to get a possible sentence reduction by the Court? You are aware of**

**that, right?**

A. Yes, sir.

**Q. Without the Government filing a motion for a 5K1, would the fact that you are a convicted felon, you have prior convictions, the least amount of time that you would be sentenced to would be 10 years imprisonment. You understand that, right?**

A. Yes.

**Q. And you are hopeful to get lesser time than if you didn't cooperate, if you didn't testify? You are hoping to get less time because you cooperated, right?**

A. Yes.

**Q. Now, are you also aware that based on the prior convictions that you had, if you were to proceed to trial and be convicted, and that is not have the possibility of the Government filing a reduction on your part, that if you went to trial, the Government could file what is known as an 851 enhancement, and you would be facing up to life, mandatory life imprisonment. Are you aware of that?**

A. Yes.

**Q. So you certainly did not want to put your life on the line with the exposure of possible life imprisonment, correct?**

A. Correct.

**Q. And in the federal system, you are aware that life imprisonment means that you never get out, correct?**

A. Yes.

**Q. Now, you have known Mr. Chacon for a while, correct?**
A. Yes.
**Q. Now, you have known Mr. Chacon with regards to his BMT music; is that correct?**
A. Correct.
**Q. Okay. You know Mr. Chacon with regards to his rapper music and videos, correct?**
A. Well, I known him before he started doing all the rapping.
**Q. Okay. So he started rapping back in 2006, 2008, correct?**
A. Well, he started making videos, like, around 2009, 2010. But 2008, yeah, he was rapping.
**Q. And those videos are on YouTube, right?**
A. Correct.
**Q. And he is the lead singer on those videos, correct?**
A. Correct.
**Q. All right. Now, you were incarcerated for the period of time of 2010 through 2013, right?**
A. Yes.
**Q. You were in state prison?**
A. Yes.
**Q. And you were in state prison for what? Was it for the attempted felony murder, or was it for --**
MR. VÁZQUEZ: Objection, Your Honor.
**Q. -- the drug trafficking?**
THE COURT: Yes. I don't know why we are going over

this.

MR. GONZALEZ: He previously covered this period of time. I want to make sure.

THE COURT: That he is in jail for that period of time?

MR. GONZALEZ: Yes.

THE COURT: Yes, I think he said so. In jail.

**BY MR. GONZALEZ:**

**Q. So when you were incarcerated for those 3 years, you were not doing drug trafficking, correct?**

A. No.

**Q. Now, when you got out in 200 -- was it at the end of 2013 or was it early 2014?**

A. December 1, 2013.

**Q. Okay. When you got out on December 1, 2013, you still were on State probation; is that correct?**

A. Correct.

**Q. How long of a period of time were you on State probation for?**

A. Three years.

**Q. So when you got indicted or charged in this case, you were still under State probation, correct?**

A. Correct.

**Q. Have you been sentenced for your violation of probation in State Court, or is that still pending?**

A. It's still pending right now.

**Q. Okay. Is part of your cooperation and testimony here predicated on the fact that you expect the State system to give you a sentence that runs concurrent? That means that whatever sentence you get here in Federal Court, that you would get a sentence in State Court that would not be additional, but that would be running concurrent?**

A. No.

**Q. You don't have that understanding, right? You don't have that agreement?**

A. No.

**Q. Okay. Do you expect the federal authorities to act on your behalf and communicate with the State prosecutors that you have cooperated here in Federal Court? Do you expect that to happen?**

A. We have never speaked on that.

**Q. Okay. So you testified to, and I believe it's Government's No. 36, the abandoned house, you recall that, right?**

A. Yes, sir.

**Q. All right. With regards to that abandoned house, did you ever stay there at the abandoned house?**

A. Couple times, yeah.

**Q. Okay. Did my client, Mr. Chacon, was he staying there during periods of 2014? Was he staying there? Was he living there?**

A. Yes.

**Q. All right. During 2014, the period of time that you were**

**out, was Mr. Chacon homeless and living there during that period of time at times?**

A. Chacon was never homeless. He just chose to sleep there.

**Q. He would stay there, right?**

A. Yeah, he would stay there.

**Q. Okay. And others would stay there also, correct?**

A. Correct.

**Q. All right. Now, you sold narcotics, okay, on your own, correct?**

A. Yes.

**Q. You did not have a boss, an authority over you, right?**

A. Right.

**Q. Okay. Mr. Chacon was not your boss, correct?**

A. Correct.

**Q. At no point in time did Mr. Chacon give you orders or instructions on what you had to do, correct?**

A. Correct.

**Q. And the narcotics that you would buy would be with your own money, correct?**

A. Correct.

**Q. And when you sold narcotics, you sold them and you kept the profits, correct?**

A. Correct.

**Q. You did not have to share any of your profits with Mr. Chacon, correct?**

A. Correct.
**Q. Now, you mentioned the gentleman by the name of Miguel Rodriguez, but you identified him as Fat Boy. Do you recall that?**
A. Yes.
**Q. Mr. Rodriguez did not sell drugs for Mr. Patron, correct?**
A. At one point in time he was.
**Q. Is it your testimony that Miguel Rodriguez, Fat Boy, sold drugs at one point in time? And are we talking about 2014?**
A. Yes.
**Q. For Mr. Patron?**
A. Yes.
**Q. Okay. Did you have personal knowledge of that, or did you hear that from someone else?**
A. I had personal knowledge of that.
**Q. And where was that and what was the time frame? Tell us about that.**
A. I can't exactly tell you the time frame, but it was around early 2014 at the blue house on 11th and 5th.
**Q. And what drugs?**
A. Crack.
**Q. So Rodriguez sold crack at the blue house on behalf of Mr. Chacon; that's your testimony, right?**
A. Yes.
**Q. Now, when you were first arrested with regards to this --**

**the charges in this case, that was on April 3rd of 2014, correct? When you were arrested and taken to State court?**

A. Yes.

**Q. Now, when you were arrested in the State's system on April 3, 2014, those charges were eventually dismissed, correct?**

A. Correct.

**Q. And now you have been charged here in the federal system with the events of April 3, 2014, and other time frames within the last year, 2013-2014, because that's the only time that you have been out, correct?**

A. I was only out in 2013 for a couple days, but the beginning of 2014, yes.

**Q. So you began dealing drugs in 2014, not in 2013 when you initially got out; is that correct?**

A. Correct.

**Q. What I'm getting at is the State matter went away, those charges, but they have been brought against you here in the federal system in this case, correct?**

A. Yes.

**Q. Now, when you were arrested on April 3, 2014, you were questioned by law enforcement, correct?**

A. Yes.

**Q. And when you were questioned by law enforcement, you were not -- you were not truthful; is that correct? You didn't tell them the truth?**

A. I don't get what you are saying.

**Q. When you were questioned on April 3, 2014, you were questioned about what happened that led to your arrest, you were not truthful to the detectives and the agent when you were interviewed; is that correct?**

A. I was truthful.

**Q. You were truthful?**

A. Yes.

**Q. When you were questioned and you said that you were there, that I go over there because my girlfriend stays there, that was not correct? You were there to sell drugs, you weren't there to visit a girlfriend; is that correct?**

A. I don't recall me saying I was going over there because my girlfriend stays there.

MR. GONZALEZ: Your Honor, may I approach?

THE COURT: Yes.

**BY MR. GONZALEZ:**

**Q. Do you recall being asked who else was there today? You know, those guys that hang out there. And then you basically said that you were there not often and that the reason that I go over there is because my girl stays over there.**

A. Okay. I remember the question they asked me real good. He asked me why do you go over there to Little Havana, and I said because my girl stays in Little Havana. I never said I go to the blue house because my girl stays at the blue house. I never

said that.

**Q. But you were being asked questions with regards to your arrest on April 3rd, why you were there at the blue house?**

A. Yes.

**Q. And you basically said that you were at the blue house because that you were actually visiting your girl?**

A. No.

**Q. Okay. Now, do you recall not wanting to tell the detectives who you got the gun from?**

A. I told them.

**Q. You told them you got it from a stranger, isn't that correct?**

A. I got it from a young kid.

**Q. But you would not identify the young kid? You said a total stranger?**

A. I couldn't identify him because I didn't know him personally.

**Q. And you said that you had just gotten the gun a few minutes earlier, and you were going to give it to someone else, correct?**

A. Correct.

**Q. But that was not the truth?**

A. That was the truth.

**Q. The gun was for you, for your protection?**

A. No.

**Q. Okay. But you did tell them that you got the gun just**

**5 minutes before you got there, right?**
A. Five, 10 minutes, yes.
**Q. And you could not take them or identify who it was that gave you the gun?**
A. Correct.
**Q. You said it was a total stranger?**
A. Correct.
**Q. Now, on that occasion you said that you had a drug habit, correct?**
A. Yes.
**Q. That you smoked weed, marijuana, correct?**
A. Weed with marijuana?
**Q. Weed, marijuana?**
A. That's the same thing.
**Q. You smoked weed, marijuana, the same thing, right?**
A. Yes.
**Q. And you smoked crack also?**
A. Yes.
**Q. And you smoked five to six rocks of crack cocaine with the weed, with the marijuana. You would lace the marijuana with five to six rocks of crack cocaine?**
A. Around that time, yes.
**Q. And you were doing drugs every day back then?**
A. Back then?
**Q. April 2014.**

A. Yes.

**Q. So when you got out in 2014, even though you were on probation, you still were breaking the law and using narcotics and selling narcotics, correct?**

A. Correct.

**Q. Now, when you were interviewed, then, on April 3, 2014, you never mentioned Maurin Chacon, my client, correct?**

A. Repeat that question again.

**Q. When you were interviewed on that particular day of April 3, 2014, you never mentioned to the detectives my client, Maurin Chacon, at all?**

A. I don't recall.

**Q. Okay. Do you recall also telling the detectives that the drugs were not yours?**

A. I don't recall. If you can show me that, I will probably remember.

MR. GONZALEZ: If I may have a second, Your Honor.

THE COURT: Um-hm.

MR. GONZALEZ: May I approach, Your Honor?

THE COURT: Yes.

**BY MR. GONZALEZ:**

**Q. At page 7, the bottom, you were asked a question: All right. How about the dope that they found on you, what was that for?**

**Your answer: That S, you know.**

The follow-up question: You are trying to make some money.

Your answer: I don't know how I got that, excuse me, S-H-I-T, shit on me. That ain't mine.

That's what you said to the detectives, right?

A. Yes.

Q. So when you said that to them, you were not being truthful, correct?

A. Correct.

Q. And your concern there was that you were on probation, and you knew that that would send you back to state prison, right?

A. Correct.

Q. So you were talking to the detectives, but you were trying to receive whatever benefit you could, and that was to keep yourself away from the gun and the drugs, correct?

A. Correct.

Q. Isn't that a fact the reason why you told them that even though you had gotten a gun 5 minutes earlier, that you were going to give it to someone else?

A. No.

Q. The only individuals that you mention in that interview was Mike and Toke, that you were going to give the gun to Mike and that Toke was also involved with you, correct?

A. Correct.

Q. You have not mentioned in your testimony here today any Mike

**or any Toke, correct?**

A. Correct.

**Q. Mike and Toke, do they even exist?**

A. Yes.

**Q. They are certainly not members of BMT because you have not identified them as members of BMT, correct?**

A. No, they are not members of BMT.

THE COURT: All right. I think this would be a good place to stop, Mr. Gonzalez.

Ladies and gentlemen of the jury, we have come to 5:00, so I'm going to recess you for the day. Remember, you are going to become tired of hearing me say it, but I have a job. My job is to make certain you don't talk to anybody about the case. The way I do that is I remind you every single day do not talk to your husband, wife, your son, your daughter, your neighbor, your cat, your dog. Don't talk to anyone in person, don't go on the Internet highway, email, blogs, posts, anything of that nature.

Do not do anything to research this case. Don't even think about this case, except your schedules, which you all have. Think about that, about when you are supposed to be here tomorrow to resume your work.

Go home and get a good night's rest and a good dinner, and I will see you back here tomorrow.

(Jury retires at 4:59 p.m.)

THE COURT: Everyone be seated. I don't want to keep our intrepid court reporter here much longer, but I did want to deal with any housekeeping matters we might have.

The overhead, Mr. Vázquez, will be available in redirect, but if you would remind Ms. Greer because IT has been coming up and fussing with the monitors. It just didn't come up at the time that you asked for it. If you are going to need something like that, let us know ahead of time. They are going to come up tomorrow so it's available for you on redirect.

MR. VÁZQUEZ: Thank you, Your Honor.

THE COURT: Okay. Now, are there any housekeeping matters? Any issues? I did notice Mr. Gonzalez had the witness establish that Afro, the dearly departed, was not a member of BMT.

So, again, I had already approved that video for associational purposes, but if Afro was not a member of BMT, then --

MR. VÁZQUEZ: That may be Mr. Zerquera's perception. He happens to be on the T-shirt that we have the Facebook image of Mr. Chacon throwing the BMT hand sign and it says BMT Afro.

THE COURT: Okay. All right. I wanted to make sure we have got some tie-in.

MR. VÁZQUEZ: And I will redirect. I can redirect. He is a close associate of. That's my understanding of how he would testify.

MR. KORCHIN: Can we have the lineup for the possible witnesses tomorrow?

THE COURT: Yes. Good idea.

MR. VÁZQUEZ: I believe we will call Detective Cosner from the November 20th robbery, Detective Martinez, Detective San Juan, Investigator Theye, Detective Bernat, Detective Segovia, Detective Webber.

THE COURT: Okay. And if you would collect the transcripts. And, again, at this point they have been used as demonstrative aids, but their admission is going to wait until somebody tells us how we got the transcript in the first place.

I get the idea that I am forgetting something somebody asked me to do, but I can't -- no?

Okay. Tomorrow we are actually telling Mr. Benoit, who was so late, that he has to be here at 12:30. We don't have to be here until 1. 1 to 5 tomorrow, 9:30 to 4 on Friday.

Is there anything else anybody wants to take up?

Okay. I will see you all tomorrow, then.

(Thereupon, the proceedings were adjourned at 5:02 p.m.)

DAILY COPY

# I N D E X

WITNESS PAGE

**DONALD RIVERA SWORN**........................................ 16
DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 16
CROSS EXAMINATION BY MR. GONZALEZ....................... 23
CROSS EXAMINATION BY MR. HOROWITZ....................... 24
**NORLYN OBREGON SWORN**....................................... 27
DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 27
CROSS EXAMINATION BY MR. HOROWITZ....................... 33
**ERIC ELLIOTT SWORN**......................................... 36
DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 36
**PEDRO LLERENA SWORN**........................................ 42
DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 42
**DAYAAN ZERQUERA SWORN**...................................... 55
DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 55
CROSS EXAMINATION BY MR. GONZALEZ....................... 106

EXHIBITS

Government's Exhibits 240, 289, 296, 297, 298, 300,
305, 311, and 89 in evidence........................... 58
Government's Exhibit 89 in evidence..................... 73
Government's Exhibit 89A (demonstrative).................78

* * * * * * * *

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 18, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

## $

**$1,000** [1] - 100:3
**$14** [2] - 30:4, 33:1
**$150** [1] - 83:5
**$240** [1] - 83:5

## '

**'08** [1] - 87:8
**'14** [1] - 62:13

## /

**/s** [1] - 127:8

## 1

**1** [5] - 108:13, 113:13, 113:14, 125:16
**10** [11] - 46:21, 48:25, 75:14, 75:16, 86:12, 107:16, 107:17, 110:8, 111:6, 120:2
**100** [1] - 22:5
**104th** [1] - 2:5
**106** [1] - 126:16
**11** [1] - 84:17
**1107** [1] - 2:5
**11th** [4] - 25:8, 34:24, 70:17, 116:19
**12:03** [1] - 3:2
**12:26** [1] - 15:19
**12:30** [1] - 125:15
**12th** [1] - 82:1
**14** [1] - 58:24
**14-20017-CR-KMW** [1] - 1:2
**14th** [5] - 61:3, 61:23, 62:5, 64:13, 65:11
**150** [1] - 1:22
**16** [3] - 84:5, 126:3, 126:4
**17** [1] - 36:23
**18** [3] - 1:4, 84:5, 127:7
**1910** [1] - 1:24
**1:08** [2] - 15:20, 15:24
**1:55** [1] - 46:22
**1:59** [1] - 49:5

## 2

**2** [1] - 12:17
**2-minute** [1] - 102:14
**20** [3] - 7:6, 28:11, 109:25
**200** [1] - 113:11
**2000** [1] - 1:19
**2006** [2] - 106:25, 112:9
**2008** [16] - 57:18, 58:20, 59:7, 59:10, 60:8, 60:13, 60:21, 61:2, 62:12, 64:14, 64:22, 105:23, 106:1, 106:24, 112:9, 112:11
**2009** [1] - 112:10
**2010** [6] - 61:12, 61:15, 61:16, 76:19, 112:10, 112:17
**2013** [19] - 7:6, 17:3, 17:5, 28:11, 36:14, 37:7, 37:8, 37:25, 38:4, 38:25, 43:13, 61:16, 62:13, 112:17, 113:11, 113:13, 113:14, 117:11, 117:13
**2013-2014** [2] - 61:21, 117:9
**2014** [72] - 61:17, 61:21, 62:17, 62:21, 63:7, 63:22, 64:24, 65:20, 66:10, 66:19, 67:19, 68:16, 69:18, 71:23, 72:5, 72:18, 79:5, 81:17, 81:21, 81:22, 82:7, 82:8, 82:18, 83:18, 84:10, 84:14, 85:2, 85:4, 85:18, 85:20, 86:6, 86:15, 87:9, 87:19, 88:19, 89:21, 90:5, 90:10, 90:16, 91:4, 91:17, 91:18, 92:10, 92:11, 92:12, 92:15, 92:18, 93:4, 93:14, 99:15, 99:18, 107:1, 107:4, 109:22, 110:6, 110:12, 113:12, 114:22, 114:25, 116:9, 116:19, 117:1, 117:5, 117:8, 117:12, 117:13, 117:20, 118:2, 120:25, 121:2, 121:6, 121:10
**2015** [2] - 1:4, 127:7
**20th** [6] - 8:1, 8:4, 17:2, 33:13, 43:13, 125:5
**23** [1] - 126:5
**24** [1] - 126:6
**240** [8] - 57:20, 57:21, 57:22, 58:7, 58:14, 68:21, 68:24, 126:19
**25** [4] - 82:2, 82:5, 82:13
**26** [3] - 43:5, 108:20, 109:21
**27** [3] - 110:2, 126:7, 126:8
**28** [1] - 110:11
**280** [1] - 55:23
**289** [6] - 57:20, 57:21, 57:22, 58:7, 58:14, 126:19
**296** [7] - 57:20, 57:21, 57:22, 58:7, 58:14, 59:13, 126:19
**297** [5] - 57:20, 57:22, 58:7, 58:14, 126:19
**298** [12] - 57:20, 57:21, 57:22, 57:23, 58:7, 58:15, 70:4, 80:5, 80:11, 80:14, 80:21, 126:19
**2:23** [1] - 49:6
**2:24** [1] - 49:9
**2nd** [1] - 51:17

## 3

**3** [16] - 12:18, 76:22, 83:24, 84:8, 88:19, 89:21, 107:3, 110:6, 110:12, 113:8, 117:5, 117:8, 117:20, 118:2, 121:6, 121:9
**30** [1] - 62:23
**300** [5] - 57:24, 57:25, 58:7, 58:15, 126:19
**302** [1] - 9:8
**305** [12] - 58:1, 58:7, 58:15, 62:23, 63:12, 63:14, 64:6, 77:9, 94:5, 102:20, 103:9, 126:20
**311** [4] - 58:1, 58:7, 58:15, 126:20
**3250** [1] - 2:2
**33** [1] - 126:9
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**36** [6] - 64:3, 64:5, 65:7, 114:16, 126:10, 126:11
**3:14** [1] - 75:17
**3:17** [1] - 77:12
**3:29** [1] - 77:13
**3:30** [1] - 77:15
**3rd** [14] - 58:24, 61:3, 61:23, 62:5, 62:8, 64:13, 65:12, 88:17, 89:14, 97:21, 107:1, 109:22, 117:1, 119:3

## 4

**4** [1] - 125:16
**40** [2] - 20:8, 45:15
**404** [1] - 87:12
**406** [1] - 2:3
**42** [12] - 65:2, 65:6, 72:2, 72:3, 72:6, 72:8, 72:23, 72:25, 81:19, 86:1, 126:12, 126:13
**428** [2] - 106:6, 106:8
**4:17** [1] - 101:20
**4:22** [1] - 103:14
**4:59** [1] - 123:25
**4th** [1] - 82:1

## 5

**5** [9] - 60:17, 89:23, 98:5, 107:14, 107:16, 120:1, 122:18, 125:16
**5'10"** [1] - 44:14
**5'6** [1] - 29:11
**5-minute** [1] - 101:19
**50** [1] - 62:2
**55** [2] - 126:14, 126:15
**58** [1] - 126:20
**5:00** [1] - 123:10
**5:02** [1] - 125:20
**5K1** [1] - 111:3
**5th** [3] - 34:23, 70:17, 116:19

## 6

**6** [2] - 44:12, 60:25
**60** [1] - 20:8
**614** [1] - 1:20
**651** [1] - 76:20
**665** [1] - 76:14
**681** [1] - 2:10

## 7

**7** [3] - 1:5, 60:17, 121:22
**73** [1] - 126:21

## 8

**8** [1] - 83:3
**851** [1] - 111:16
**89** [17] - 58:1, 58:7, 58:15, 73:7, 73:17, 73:19, 73:21, 74:24, 75:2, 75:22, 77:21, 77:23, 101:17, 101:21, 103:18, 126:20, 126:21
**89A** [11] - 58:4, 58:7, 58:10, 58:11, 58:12, 74:8, 74:16, 75:19, 77:22, 78:13, 126:22

## 9

**9** [1] - 45:15
**9130** [1] - 1:24
**924(c** [1] - 95:22
**99** [1] - 1:17
**9:30** [2] - 6:2, 125:16

## A

**abandoned** [13] - 63:4, 63:5, 63:9, 64:4, 64:16, 64:17, 72:23, 94:9, 106:6, 106:8, 114:16, 114:18, 114:19
**ability** [3] - 66:5, 66:22, 66:25
**able** [19] - 18:20, 18:22, 19:9, 22:7, 32:7, 32:9, 34:7, 38:17, 38:19, 45:12, 48:23, 50:10, 51:23, 53:12, 53:22, 66:7, 66:14, 73:25, 77:7
**above-entitled** [1] - 127:4
**absolutely** [2] - 14:5, 97:9
**abundance** [1] - 48:12
**accomplish** [1] - 93:23
**accounting** [2] - 12:11, 14:1
**accurate** [1] - 102:15
**accusation** [1] - 98:15
**acknowledge** [1] - 43:22
**acknowledged** [2] - 47:2, 53:3
**act** [1] - 114:11
**action** [1] - 48:12
**activated** [1] - 24:21
**actively** [1] - 95:20
**activities** [1] - 97:14
**activity** [1] - 47:23
**actors** [1] - 47:18
**actual** [1] - 45:17

**addition** [2] - 64:20, 108:20
**additional** [2] - 9:17, 114:5
**additionally** [1] - 11:21
**address** [2] - 21:5, 40:18
**adjourned** [1] - 125:19
**admissibility** [1] - 74:15
**admissible** [1] - 97:22
**admission** [2] - 102:9, 125:10
**admit** [1] - 15:3
**admitted** [13] - 36:22, 58:13, 58:15, 60:16, 65:1, 68:21, 70:3, 73:19, 73:22, 74:19, 76:3, 78:1, 86:11
**adopted** [1] - 9:10
**affect** [1] - 66:22
**afoul** [1] - 97:20
**AFPD** [1] - 1:21
**African** [1] - 44:12
**African-American** [1] - 44:12
**Afro** [11] - 94:19, 94:21, 94:23, 95:18, 96:1, 97:6, 106:19, 106:20, 124:13, 124:16, 124:20
**afternoon** [9] - 16:1, 16:14, 16:15, 23:18, 24:14, 24:15, 27:24, 27:25, 46:20
**afternoons** [1] - 49:4
**age** [1] - 65:22
**agent** [6] - 4:1, 6:25, 7:18, 10:1, 102:12, 118:4
**agents** [2] - 3:16, 5:15
**ago** [2] - 95:10, 106:20
**agree** [3] - 8:8, 9:22, 109:18
**agreed** [1] - 109:11
**agreement** [3] - 109:10, 110:20, 114:9
**ahead** [2] - 51:12, 124:8
**aid** [3] - 74:17, 74:25, 102:17
**aids** [1] - 125:10
**ain't** [1] - 122:4
**air** [5] - 30:15, 34:3, 34:11, 52:12
**Alfonso** [6] - 4:19, 4:20, 4:22, 4:25, 6:14
**Ali** [23] - 59:1, 59:11, 60:13, 60:20, 62:11, 62:22, 64:23, 67:4, 71:25, 79:9, 82:14, 83:16, 84:9, 85:2, 86:20, 87:2, 87:20, 91:2, 92:17, 99:19, 101:4, 104:6, 106:12
**Allapattah** [3] - 103:22, 103:23, 104:8
**allegations** [1] - 13:25
**alleged** [1] - 7:6
**allow** [7] - 15:3, 56:2, 74:21, 88:6, 99:4, 102:16, 102:25
**almost** [2] - 9:10, 98:9
**Alonzo** [1] - 4:19
**Altamirano** [28] - 10:25, 11:11, 11:14, 11:18, 11:24, 12:2, 48:3, 68:3, 68:6, 71:1, 71:4, 71:15, 79:9, 79:19, 79:20, 79:24, 80:2, 80:9, 80:15, 80:19, 80:20, 82:21, 82:23, 83:1, 83:7, 91:8, 92:16, 99:19
**ALTAMIRANO** [1] - 1:8
**AMERICA** [1] - 1:4
**American** [2] - 29:16, 44:12
**amount** [4] - 56:3, 82:22, 84:6, 111:5
**amounts** [1] - 82:19
**analogize** [1] - 9:8
**Angel** [12] - 59:1, 59:11, 60:23, 61:1, 62:11, 62:22, 63:2, 64:25, 82:14, 83:16, 84:9, 104:6
**answer** [3] - 27:2, 121:25, 122:3
**answered** [8] - 22:19, 39:21, 39:23, 51:9, 80:12, 80:22, 103:13, 105:25
**answers** [1] - 3:19
**ANTHONY** [1] - 1:9
**Anthony** [1] - 92:19
**anticipate** [1] - 103:1
**anticipation** [1] - 9:9
**anyway** [3] - 75:1, 75:10, 102:18
**apart** [1] - 18:22
**apartment** [3] - 17:8, 64:15, 106:9
**apartments** [1] - 61:4
**apologize** [2] - 10:10, 49:13
**app** [5] - 24:19, 24:22, 34:16, 34:17, 35:7
**appear** [1] - 19:1
**appearance** [1] - 45:16
**APPEARANCES** [2] - 1:14, 2:1
**applauded** [1] - 48:11
**apply** [1] - 6:15
**approach** [6] - 10:12, 49:10, 73:2, 74:12, 118:15, 121:19
**approached** [1] - 28:16
**approaching** [1] - 28:18
**appropriate** [1] - 98:21
**approved** [1] - 124:15
**April** [18] - 88:17, 88:19, 89:14, 89:21, 107:1, 107:3, 109:22, 110:6, 110:12, 117:1, 117:5, 117:8, 117:20, 118:2, 119:3, 120:25, 121:6, 121:9
**area** [17] - 17:11, 18:1, 28:9, 35:5, 35:6, 41:1, 43:10, 50:7, 50:9, 51:5, 51:13, 51:14, 52:5, 53:4, 65:18, 82:10, 98:6
**areas** [6] - 43:9, 46:11, 65:10, 65:11, 65:14
**argument** [2] - 4:17, 98:24
**arm** [2] - 105:13, 105:15
**armed** [3] - 56:24, 95:21, 95:23
**arrest** [5] - 8:6, 8:9, 89:24, 118:3, 119:3
**arrested** [13] - 89:15, 107:3, 107:6, 107:15, 107:17, 107:21, 107:23, 107:25, 108:2, 116:25, 117:2, 117:4, 117:20
**arrive** [1] - 48:23
**arrived** [4] - 21:24, 31:10, 31:16, 34:23
**article** [4] - 59:4, 69:13, 79:22, 92:23
**associate** [1] - 124:24
**associated** [4] - 47:3, 47:17, 57:16, 65:9
**association** [6] - 46:16, 58:19, 95:24, 96:2, 96:4, 96:11
**associational** [1] - 124:16
**assume** [2] - 98:7, 102:24
**assumed** [2] - 4:9, 4:11
**assuming** [3] - 45:2, 45:23, 51:4
**ATF** [1] - 7:23
**attempt** [4] - 31:22, 53:7, 53:14, 54:6
**attempted** [2] - 56:22, 112:22
**attention** [9] - 5:17, 11:2, 17:2, 18:13, 28:11, 28:25, 43:13, 66:10
**attorney** [1] - 49:3
**attorneys** [1] - 3:18
**attribute** [1] - 95:13
**AUSA** [3] - 1:15, 1:16, 1:16
**authenticated** [1] - 103:3
**author** [1] - 9:3
**authored** [1] - 9:5
**authorities** [1] - 114:11
**authority** [4] - 67:2, 67:3, 67:5, 115:11
**available** [4] - 7:19, 13:17, 124:4, 124:9
**Avenue** [2] - 34:24, 82:1
**avoiding** [1] - 12:9
**aware** [13] - 11:19, 37:18, 38:6, 97:13, 108:17, 109:24, 110:9, 110:12, 110:23, 110:25, 111:12, 111:18, 111:23

## B

**ba** [3] - 97:15
**background** [1] - 16:22
**backing** [1] - 92:1
**backup** [1] - 25:13
**bad** [2] - 46:12, 47:18
**bag** [2] - 89:7
**bandana** [1] - 50:6
**bank** [1] - 37:12
**barber** [1] - 16:18
**based** [5] - 14:25, 55:23, 76:9, 78:7, 111:12
**basketball** [2] - 70:15, 71:2
**became** [1] - 37:18
**become** [3] - 12:20, 38:6, 123:12
**becomes** [1] - 3:15
**becoming** [1] - 55:11
**began** [1] - 117:13
**beginning** [4] - 7:14, 60:8, 62:12, 117:11
**behalf** [3] - 110:24, 114:12, 116:22
**behoove** [1] - 14:9
**belongings** [1] - 44:21
**Bench** [5] - 10:14, 74:14, 75:12, 95:7, 99:12
**bench** [1] - 14:20
**benefit** [2] - 105:16, 122:14
**Benoit** [1] - 125:14
**Bernat** [1] - 125:6
**best** [2] - 9:7, 53:17
**better** [3] - 9:20, 12:14, 14:4
**between** [4] - 51:18, 84:4, 84:5, 106:5
**beyond** [1] - 78:21
**bid** [1] - 15:7
**Big** [1] - 57:14
**big** [1] - 19:3
**bigger** [2] - 19:17, 82:22
**bills** [1] - 100:24
**binders** [1] - 74:10
**bit** [3] - 49:21, 67:7, 89:23
**bite** [1] - 12:10
**black** [14] - 29:23, 39:18, 41:21, 45:14, 50:3, 50:6, 59:5, 69:17, 79:14, 79:23, 79:25, 101:15
**Black** [5] - 70:7, 70:9, 70:21, 70:24, 80:16
**blank** [1] - 100:14
**blink** [1] - 44:1
**block** [3] - 18:12, 43:23, 50:16
**blogs** [1] - 123:17
**blow** [2] - 100:17
**blue** [16] - 73:16, 79:4, 79:6, 79:8, 81:4, 81:18, 85:24, 86:4, 88:20, 106:6, 116:19, 116:22, 118:25, 119:3, 119:5
**BMT** [89] - 57:14,

57:17, 58:19, 59:10, 59:20, 59:21, 60:6, 60:9, 60:11, 60:21, 61:5, 61:9, 61:17, 61:20, 61:22, 62:9, 62:16, 62:20, 64:10, 65:9, 65:14, 65:17, 66:8, 66:14, 66:19, 68:25, 69:18, 70:2, 71:16, 71:18, 71:22, 72:2, 72:5, 72:9, 82:5, 82:9, 82:18, 83:9, 84:1, 84:7, 84:10, 84:12, 84:24, 85:3, 85:9, 85:17, 85:20, 86:6, 86:14, 86:17, 88:8, 88:10, 90:11, 91:23, 92:6, 92:12, 92:18, 93:7, 93:14, 94:18, 94:25, 96:1, 96:3, 96:16, 96:25, 97:6, 97:16, 98:1, 98:2, 99:16, 101:1, 103:25, 104:3, 104:5, 104:14, 104:19, 104:24, 105:7, 105:10, 105:23, 106:20, 112:3, 123:5, 123:6, 123:7, 124:14, 124:16, 124:20
**Bob** [2] - 9:8, 9:11
**Bodie** [9] - 72:14, 84:9, 86:10, 86:13, 90:22, 91:2, 91:7, 92:17, 93:17
**body** [1] - 105:10
**bomb** [6] - 88:25, 89:1, 89:2, 89:3, 89:4, 89:10
**Booker** [2] - 17:1, 43:12
**born** [2] - 16:22, 43:8
**boss** [2] - 115:11, 115:13
**bottom** [2] - 86:1, 121:22
**Boulevard** [2] - 1:19, 1:24
**Boy** [11] - 61:13, 61:18, 64:25, 82:14, 84:16, 84:22, 91:2, 92:16, 93:17, 116:3, 116:8
**break** [8] - 6:4, 7:16, 46:20, 60:2, 75:10, 75:14, 101:19
**breaking** [6] - 5:25, 100:11, 100:13, 100:14, 121:3
**brilliant** [1] - 4:13
**brilliant-mind** [1] - 4:13
**bring** [14] - 3:4, 5:17, 6:12, 11:1, 12:10, 12:17, 15:22, 15:23, 48:8, 49:8, 75:8, 77:14, 103:5
**bringing** [3] - 3:13, 12:9, 61:17
**broad** [1] - 4:6
**brought** [5] - 10:22, 13:21, 61:5, 61:10, 117:17
**bucks** [1] - 20:8
**building** [15] - 35:8, 50:17, 61:4, 64:5, 72:6, 72:8, 72:23, 72:25, 82:4, 82:13, 94:10, 104:18, 106:6, 106:7, 106:8
**bullet** [2] - 12:10, 86:7
**bullets** [3] - 26:10, 52:17, 90:4
**burgundy** [2] - 45:25, 51:22
**bust** [2] - 50:19, 50:22
**but..** [1] - 25:16
**button** [7] - 59:5, 69:15, 79:14, 79:23, 79:25, 81:4, 92:24
**button-down** [2] - 59:5, 69:15
**button-up** [5] - 79:14, 79:23, 79:25, 81:4, 92:24
**buy** [8] - 82:18, 82:22, 82:23, 83:6, 83:10, 86:23, 87:1, 115:18
**buyer** [1] - 83:13
**BY** [62] - 2:9, 16:13, 22:24, 23:6, 23:17, 24:13, 27:23, 33:12, 36:9, 38:12, 39:8, 40:1, 41:6, 42:24, 46:15, 49:20, 51:11, 52:11, 55:6, 56:6, 58:16, 59:14, 60:5, 69:8, 71:14, 73:5, 79:2, 79:18, 80:4, 80:18, 80:24, 81:7, 81:16, 87:18, 88:13, 89:20, 91:14, 93:3, 99:13, 101:13, 103:20, 104:10, 104:16, 104:22, 105:1, 105:5, 105:9, 105:22, 106:4, 106:18, 113:7, 118:17, 121:21, 126:4, 126:5, 126:6, 126:8, 126:9, 126:11, 126:13, 126:15, 126:16

## C

**C-Lo** [7] - 59:1, 60:13, 60:20, 62:11, 64:23, 93:17, 104:6
**cafeteria** [1] - 49:1
**camera** [1] - 105:17
**camouflage** [1] - 69:10
**cannabis** [1] - 57:3
**car** [34] - 20:12, 20:13, 20:14, 22:12, 22:13, 28:20, 28:21, 28:23, 30:17, 30:18, 31:19, 31:20, 34:13, 34:14, 37:3, 37:4, 37:5, 37:6, 37:8, 37:10, 37:14, 37:16, 38:13, 38:15, 38:17, 38:19, 40:12, 41:9, 41:14, 45:23, 45:24, 51:4, 51:6
**cards** [2] - 44:23, 44:24
**cargo** [1] - 70:10
**carried** [1] - 109:24
**carries** [3] - 67:14, 110:8, 110:13
**cars** [1] - 100:24
**case** [22] - 1:2, 6:22, 8:11, 8:21, 9:12, 10:21, 14:15, 55:12, 55:22, 56:7, 56:17, 75:15, 97:9, 102:12, 108:12, 113:20, 117:1, 117:18, 123:13, 123:19, 123:20
**cases** [1] - 57:1
**casing** [5] - 26:15, 52:3, 52:8, 52:14, 52:16
**casings** [1] - 26:8
**cat** [1] - 123:16
**catch** [1] - 65:23
**caught** [3] - 19:16, 21:6, 22:13
**CD** [3] - 73:11, 74:24
**celebrating** [1] - 63:8
**cell** [3] - 20:8, 85:4, 85:6
**cellular** [1] - 85:10
**certain** [4] - 3:9, 15:11, 109:11, 123:13
**certainly** [3] - 42:15, 111:20, 123:5
**Certified** [1] - 127:10
**certify** [1] - 127:3
**CHACON** [1] - 1:7
**Chacon** [26] - 11:17, 23:18, 24:7, 39:10, 63:22, 63:24, 67:20, 79:16, 91:15, 95:14, 95:25, 107:19, 107:23, 112:1, 112:3, 112:6, 114:21, 115:1, 115:3, 115:13, 115:15, 115:25, 116:23, 121:7, 121:11, 124:20
**Chacon's** [2] - 108:8, 108:10
**chambers** [2] - 6:6, 9:24
**chance** [1] - 5:22
**chances** [1] - 106:9
**characteristics** [1] - 19:10
**charge** [2] - 57:12, 65:24
**charged** [7] - 56:12, 57:12, 98:4, 108:12, 108:20, 113:20, 117:7
**charges** [4] - 109:14, 117:1, 117:5, 117:17
**chase** [3] - 26:1, 33:21, 34:1
**chased** [1] - 33:22
**chasing** [4] - 26:5, 33:23, 34:2, 34:9
**check** [7] - 4:1, 4:21, 5:3, 5:15, 16:4, 31:18, 89:23
**checking** [1] - 74:5
**Chicago** [2] - 43:3, 43:6
**Chico** [5] - 70:7, 70:9, 70:21, 70:24, 80:16
**chided** [1] - 3:13
**childhood** [1] - 17:14
**chill** [2] - 61:8, 72:14
**choose** [1] - 90:25
**chose** [1] - 115:3
**Chris** [2] - 88:1, 89:10
**Christian** [2] - 91:20, 108:2
**Christopher** [6] - 79:9, 80:2, 80:9, 80:15, 80:19, 80:20
**CHRISTOPHER** [1] - 1:8
**circling** [2] - 51:5, 53:4
**Circuit** [1] - 77:4
**circulated** [1] - 51:14
**City** [3] - 7:23, 7:25, 28:6
**civilian** [2] - 6:15, 6:16
**civilians** [1] - 6:18
**claimed** [2] - 65:10, 71:15
**claiming** [3] - 57:16, 58:19, 60:21
**clear** [1] - 78:17
**cleared** [2] - 5:11, 5:12
**clearly** [2] - 6:15, 97:4
**client** [5] - 8:10, 47:13, 114:21, 121:7, 121:10
**clients** [5] - 12:13, 13:20, 13:22, 14:18, 97:10
**close** [6] - 50:8, 50:9, 51:18, 65:6, 98:10, 124:24
**closer** [1] - 18:17
**closes** [1] - 49:1
**clothed** [1] - 11:5
**clothing** [5] - 50:1, 59:4, 69:13, 79:22, 92:23
**cocaine** [18] - 55:23, 57:1, 57:3, 60:15, 62:19, 67:23, 68:16, 81:23, 82:16, 83:3, 83:22, 83:25, 84:6, 89:8, 107:12, 120:19, 120:21
**Coconut** [1] - 2:3
**codefendant** [2] - 3:14, 8:10
**coffee** [2] - 46:21, 49:3
**coke** [1] - 82:16
**colleagues** [1] - 96:22
**collect** [1] - 125:8
**color** [1] - 20:3
**coming** [8] - 7:2, 13:9, 14:9, 18:8, 45:21, 75:2, 99:2, 124:6
**commenced** [3] - 10:14, 74:14, 95:7
**commission** [2] - 87:24, 88:4
**commit** [1] - 40:9
**committed** [7] - 25:14, 54:7, 86:15, 86:22, 86:25, 87:5, 98:3
**committing** [7] - 86:15, 86:18, 87:20,

91:4, 91:9, 91:16, 91:21
**communicate** [1] - 114:12
**company** [4] - 21:3, 93:14, 93:16, 102:6
**complexion** [2] - 29:14, 44:19
**complies** [3] - 32:13, 53:18, 86:3
**concentrate** [1] - 106:25
**concern** [5] - 5:8, 7:4, 7:21, 48:1, 122:10
**concerned** [2] - 47:13, 98:13
**concerns** [1] - 13:3
**conclude** [1] - 98:19
**concluded** [4] - 14:20, 75:12, 99:12, 105:8
**concurrent** [2] - 114:3, 114:6
**conduct** [1] - 4:8
**conducted** [3] - 79:5, 79:8, 94:11
**conference** [6] - 10:14, 14:20, 74:14, 75:12, 95:7, 99:12
**confront** [1] - 40:14
**confrontation** [1] - 40:2
**confused** [1] - 3:8
**congregate** [1] - 95:18
**considered** [1] - 61:9
**consistent** [1] - 15:9
**conspiracy** [7] - 55:22, 108:13, 108:15, 108:18, 109:3, 109:7, 109:16
**constantly** [1] - 5:23
**content** [4] - 76:5, 76:8, 78:2, 78:5
**contents** [2] - 76:13, 78:10
**context** [1] - 11:16
**continue** [4] - 49:18, 56:5, 102:17, 103:16
**continued** [1] - 44:1
**CONTINUED** [4] - 2:1, 49:19, 79:1, 103:19
**controlled** [2] - 108:21, 109:23
**conversation** [11] - 15:5, 75:21, 76:3, 76:5, 76:8, 76:24, 77:22, 77:25, 78:3, 78:6, 86:24
**conversations** [1] - 75:19
**convicted** [14] - 55:20, 55:22, 56:7, 56:10, 56:17, 56:20, 56:22, 56:24, 57:1, 57:3, 109:5, 110:3, 111:4, 111:13
**convictions** [2] - 111:4, 111:12
**cooperate** [1] - 111:9
**cooperated** [2] - 111:10, 114:13
**cooperating** [1] - 4:10
**cooperation** [1] - 114:1
**copier** [1] - 10:3
**copies** [2] - 5:12, 16:3
**copy** [2] - 7:3, 7:18
**Coral** [1] - 1:20
**corner** [5] - 30:17, 31:12, 81:25, 83:16
**correct** [95] - 5:11, 5:18, 23:21, 23:24, 26:3, 33:14, 46:6, 58:8, 99:11, 106:20, 107:1, 107:4, 107:10, 107:11, 107:13, 107:15, 107:19, 108:3, 108:5, 108:6, 108:7, 108:8, 108:9, 108:10, 108:11, 108:13, 108:22, 110:16, 110:17, 110:19, 110:21, 110:22, 111:21, 111:22, 111:24, 112:1, 112:4, 112:5, 112:7, 112:9, 112:13, 112:14, 112:15, 113:9, 113:15, 113:16, 113:21, 113:22, 115:6, 115:7, 115:9, 115:13, 115:14, 115:16, 115:17, 115:19, 115:20, 115:22, 115:23, 115:25, 116:1, 116:6, 117:2, 117:5, 117:6, 117:10, 117:14, 117:15, 117:18, 117:21, 117:24, 118:5, 118:11, 118:12, 119:12, 119:19, 119:20, 120:5, 120:7, 120:9, 120:11, 121:4, 121:5, 121:7, 122:8, 122:9, 122:12, 122:15, 122:16, 122:23, 122:24, 123:1, 123:2, 123:6, 127:3
**correctly** [2] - 76:8, 78:5
**Cosner** [2] - 48:23, 125:4
**counsel** [6] - 10:7, 10:8, 12:13, 12:15, 14:2, 14:3
**Count** [5] - 108:13, 108:20, 109:21, 110:2, 110:11
**count** [9] - 48:21, 108:13, 108:15, 108:18, 109:22, 109:24, 110:8, 110:12, 110:13
**counts** [3] - 109:11, 109:16, 109:18
**County** [1] - 43:10
**couple** [13] - 6:18, 17:14, 38:24, 60:23, 61:13, 63:17, 64:23, 65:21, 66:11, 68:18, 95:8, 114:20, 117:11
**course** [2] - 7:11, 59:25
**COURT** [200] - 1:1, 3:3, 3:24, 4:3, 4:21, 4:25, 5:8, 5:25, 6:4, 6:19, 7:1, 7:11, 7:13, 7:17, 8:5, 8:17, 9:6, 9:19, 9:23, 10:9, 10:11, 10:13, 10:15, 11:3, 11:7, 11:9, 11:13, 11:25, 12:22, 13:8, 13:10, 13:13, 13:15, 13:19, 13:24, 14:7, 14:17, 14:21, 15:17, 15:21, 15:25, 22:20, 22:23, 23:5, 23:14, 24:11, 26:21, 26:23, 27:1, 27:4, 27:6, 27:8, 27:10, 27:14, 33:7, 33:9, 35:15, 35:17, 35:20, 35:24, 36:1, 38:2, 38:8, 39:7, 39:16, 39:18, 39:21, 41:21, 41:23, 41:25, 42:2, 42:4, 42:6, 42:9, 42:11, 42:13, 42:15, 46:14, 46:19, 46:24, 47:4, 47:7, 47:9, 47:15, 47:24, 48:4, 48:7, 48:11, 48:18, 48:21, 48:25, 49:7, 49:11, 51:10, 52:10, 54:11, 54:13, 54:15, 54:17, 54:19, 54:21, 54:23, 55:18, 56:2, 57:21, 57:23, 57:25, 58:2, 58:5, 58:12, 59:25, 68:12, 69:7, 71:13, 73:3, 73:19, 73:24, 74:2, 74:5, 74:7, 74:13, 74:20, 75:1, 75:3, 75:7, 75:13, 75:18, 75:25, 76:2, 76:17, 76:22, 77:1, 77:5, 77:14, 77:16, 77:20, 78:15, 78:19, 78:23, 79:17, 80:3, 80:13, 80:17, 80:23, 87:11, 87:15, 88:6, 88:12, 89:19, 91:13, 93:2, 95:4, 95:6, 95:15, 96:3, 96:9, 96:12, 96:20, 96:23, 97:10, 97:19, 97:23, 98:1, 98:5, 98:9, 98:11, 98:17, 99:3, 99:7, 99:11, 101:7, 101:9, 101:12, 101:18, 101:21, 102:1, 102:4, 102:8, 102:11, 102:16, 102:24, 103:8, 103:15, 103:18, 105:18, 106:1, 106:3, 106:15, 112:25, 113:4, 113:6, 118:16, 121:18, 121:20, 123:8, 124:1, 124:11, 124:21, 125:3, 125:8
**Court** [15] - 5:20, 5:22, 6:18, 7:6, 7:16, 10:6, 11:19, 58:9, 109:12, 110:25, 113:24, 114:4, 114:5, 114:13
**court** [16] - 6:6, 9:24, 10:7, 10:23, 32:10, 53:12, 59:2, 69:11, 79:11, 79:20, 80:20, 81:10, 92:21, 110:15, 117:2, 124:2
**Court's** [3] - 6:13, 7:24, 11:1
**courtroom** [2] - 32:9, 46:23
**COURTROOM** [7] - 16:9, 27:17, 36:4, 42:19, 55:2, 78:18, 103:6
**cousin** [2] - 94:1, 100:1
**covered** [1] - 113:2
**covering** [1] - 50:7
**crack** [21] - 60:15, 62:19, 67:23, 68:16, 81:22, 82:16, 82:24, 82:25, 83:3, 83:6, 83:22, 83:25, 84:6, 89:8, 100:10, 107:12, 116:21, 116:22, 120:17, 120:19, 120:21
**credit** [1] - 37:3
**crime** [1] - 40:9
**CROSS** [8] - 23:16, 24:12, 33:11, 106:17, 126:5, 126:6, 126:9, 126:16
**cross** [5] - 7:14, 23:14, 98:7, 98:25, 106:15
**CRR** [1] - 2:9
**cull** [1] - 4:13
**currency** [1] - 63:11
**custody** [2] - 11:6, 12:6
**customer** [2] - 66:18, 88:24
**customers** [4] - 82:10, 82:12, 93:8, 94:15
**cut** [2] - 83:4, 83:5

**D**

**Dade** [2] - 43:10, 65:22
**Dadeland** [1] - 1:24
**daily** [1] - 3:11
**dangers** [1] - 97:13
**dark** [8] - 18:10, 18:11, 19:3, 19:8, 20:1, 21:21, 29:11, 50:5
**dark-skinned** [2] - 20:1, 50:5
**darker** [2] - 19:25, 44:18
**date** [8] - 17:3, 28:12, 37:7, 37:22, 43:14, 73:10, 107:1, 107:3
**dates** [1] - 58:17
**daughter** [1] - 123:15
**DAVID** [1] - 2:2
**DAY** [1] - 1:5
**DAYAAN** [1] - 126:14
**Dayaan** [2] - 54:25, 55:4
**DAYANN** [1] - 55:1
**days** [1] - 117:11
**daytime** [1] - 71:25
**De** [1] - 1:19

**dead** [1] - 20:18
**deal** [2] - 93:4, 124:3
**dealing** [1] - 117:13
**dealt** [4] - 4:23, 5:2, 5:5, 5:14
**dearly** [1] - 124:13
**debriefed** [1] - 3:15
**December** [2] - 113:13, 113:14
**decide** [4] - 66:8, 66:11, 76:9, 78:7
**decided** [1] - 21:12
**decision** [1] - 72:18
**deer** [1] - 50:13
**defendant** [2] - 55:12, 70:20
**Defendant** [26] - 67:20, 67:25, 68:3, 68:6, 68:9, 68:14, 70:1, 71:1, 71:4, 71:15, 79:16, 80:2, 81:6, 81:15, 81:17, 82:25, 83:7, 91:8, 91:15, 93:1, 93:4, 93:9, 93:13, 93:18, 93:24, 94:2
**defendants** [9] - 6:11, 10:22, 11:5, 12:4, 48:1, 48:5, 96:6, 97:25, 98:4
**Defendants** [1] - 1:10
**DEFENDANTS** [1] - 1:19
**defendants'** [1] - 4:9
**defense** [20] - 3:18, 4:15, 5:1, 5:12, 10:7, 10:8, 12:5, 12:12, 47:2, 47:5, 47:9, 47:16, 48:8, 58:6, 76:17, 97:8, 98:22, 102:24, 102:25
**defer** [1] - 66:20
**delay** [1] - 49:14
**demanded** [2] - 17:9, 18:18
**demands** [1] - 30:10
**demonstrative** [1] - 125:10
**demonstrative).................78** [1] - 126:22
**departed** [1] - 124:13
**Department** [1] - 7:24
**depicted** [5] - 60:19, 63:11, 81:19, 82:4, 82:13
**depositions** [1] - 8:19
**DEPUTY** [6] - 16:9, 27:17, 36:4, 42:19, 55:2, 78:18
**describe** [2] - 62:9, 90:11
**described** [5] - 44:16, 70:9, 83:11, 90:13, 106:11
**describing** [1] - 45:13
**Desperado** [1] - 81:1
**detailed** [3] - 12:1, 12:11, 14:1
**details** [1] - 96:5
**detective** [3] - 9:5, 54:1
**Detective** [9] - 9:8, 9:11, 48:23, 125:4, 125:5, 125:6, 125:7
**detectives** [7] - 7:25, 118:4, 119:8, 121:10, 121:13, 122:5, 122:13
**determine** [1] - 78:11
**determined** [1] - 21:8
**device** [3] - 21:11, 21:14, 24:23
**died** [2] - 97:5, 97:6
**difference** [4] - 66:24, 67:1, 106:5, 106:8
**different** [6] - 5:7, 5:9, 9:16, 28:6, 46:11, 77:4
**difficulty** [1] - 101:19
**dinner** [1] - 123:23
**Diplomate** [1] - 127:9
**DIRECT** [13] - 16:12, 27:22, 36:8, 42:23, 49:19, 55:5, 79:1, 103:19, 126:4, 126:8, 126:11, 126:13, 126:15
**direct** [4] - 17:2, 98:9, 98:19, 99:10
**directing** [1] - 66:9
**direction** [6] - 43:22, 45:6, 45:20, 51:2, 51:3, 51:16
**directly** [1] - 19:2
**disclose** [3] - 14:6, 14:8
**discovery** [1] - 95:25
**discuss** [1] - 98:20
**discussed** [8] - 70:21, 86:15, 86:17, 86:18, 90:16, 90:19, 95:1, 98:18
**discussion** [3] - 9:16, 15:14, 86:25
**dismiss** [1] - 109:18
**dismissed** [1] - 117:5
**DISPOTO** [2] - 1:16, 102:10
**dispute** [2] - 40:8, 40:11
**disregard** [1] - 78:12
**distribute** [3] - 55:23, 108:21, 109:23
**distributed** [1] - 70:23
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**Dixon** [6] - 68:9, 68:14, 70:1, 81:9, 81:15, 81:17
**DIXON** [1] - 1:8
**document** [1] - 8:15
**Document** [1] - 73:21
**Documents** [1] - 58:14
**documents** [2] - 8:22, 8:23
**Dodge** [9] - 28:22, 31:12, 31:13, 31:17, 36:14, 36:17, 37:2, 46:1, 51:22
**dog** [2] - 77:2, 123:16
**Dominican** [1] - 104:19
**Donald** [4] - 16:7, 16:11, 31:2, 44:10
**DONALD** [3] - 16:8, 16:11, 126:3
**done** [5] - 19:20, 50:12, 97:17, 98:9, 102:25
**Donet** [4] - 27:6, 35:15, 42:7, 54:17
**DONET** [8] - 2:2, 27:7, 35:16, 42:8, 54:18, 68:11, 76:18, 106:2
**dope** [1] - 121:23
**double** [1] - 85:25
**down** [25] - 12:18, 18:6, 21:4, 27:12, 28:15, 29:2, 29:19, 35:24, 37:4, 42:11, 43:19, 50:16, 52:4, 52:21, 54:21, 59:5, 60:1, 60:2, 69:15, 96:25, 100:11, 100:13, 100:14, 109:7
**downloaded** [1] - 77:3
**downstair** [1] - 49:1
**dozen** [1] - 68:20
**draw** [3] - 11:5, 28:11, 43:13
**drawn** [1] - 97:13
**dreads** [2] - 69:2, 69:22
**dressed** [3] - 18:9, 25:18, 29:7
**drive** [8] - 6:9, 37:16, 94:24, 97:1, 97:4, 97:7, 97:12, 97:17
**drive-by** [6] - 94:24, 97:1, 97:4, 97:7, 97:12, 97:17
**drug** [28] - 3:6, 47:22, 56:10, 56:13, 63:16, 64:18, 64:20, 65:10, 65:14, 66:5, 72:13, 79:5, 79:8, 82:10, 82:12, 83:13, 88:25, 89:1, 89:10, 93:18, 94:11, 100:23, 109:4, 109:17, 110:12, 112:24, 113:9, 120:8
**drugs** [51] - 4:23, 5:2, 48:5, 60:14, 62:20, 63:9, 64:9, 66:8, 66:22, 66:25, 69:19, 71:18, 72:10, 72:12, 82:15, 82:19, 82:22, 82:23, 83:10, 83:20, 84:10, 86:5, 86:23, 87:1, 88:10, 88:18, 88:21, 88:22, 89:25, 90:2, 92:13, 92:15, 93:11, 94:1, 100:6, 100:8, 100:9, 100:21, 101:3, 105:23, 108:6, 108:10, 116:6, 116:9, 116:20, 117:13, 118:11, 120:23, 121:14, 122:15
**drum** [1] - 52:17
**dude** [6] - 44:12, 50:19, 50:22, 69:2, 72:14, 104:19
**dudes** [8] - 60:23, 61:14, 64:23, 65:21, 65:23, 66:11, 67:12, 71:24
**during** [13] - 17:7, 19:14, 20:4, 44:20, 50:8, 60:21, 71:22, 71:23, 83:18, 94:24, 114:22, 114:25, 115:1
**Dwight** [10] - 36:21, 37:1, 37:15, 37:16, 39:12, 40:6, 40:13, 40:23, 41:2, 41:12

## E

**E-L-L-I-O-T-T** [1] - 36:7
**ear** [2] - 19:22, 77:2
**early** [10] - 49:1, 58:20, 62:17, 65:20, 82:8, 85:2, 106:24, 113:12, 116:19
**east** [2] - 17:12
**Ecstasy** [3] - 82:16, 93:12, 94:4
**edit** [1] - 102:6
**effect** [1] - 95:14
**effects** [1] - 32:22
**eight** [1] - 83:2
**either** [6] - 9:9, 10:3, 10:4, 12:9, 19:13, 49:2
**ejects** [1] - 52:14
**Eleventh** [1] - 77:4
**elicited** [1] - 11:4
**eligible** [1] - 15:8
**eliminate** [1] - 9:20
**Elliott** [3] - 36:2, 36:6, 42:11
**ELLIOTT** [2] - 36:3, 126:10
**email** [2] - 47:21, 123:17
**emails** [1] - 47:2
**employed** [4] - 16:17, 42:25, 63:19, 63:20
**empty** [3] - 18:18, 20:5, 30:12
**encompassed** [1] - 7:24
**encounters** [1] - 22:18
**encourage** [2] - 13:23, 15:10
**end** [6] - 5:15, 11:8, 60:1, 80:16, 101:4, 113:11
**endeavoring** [2] - 15:6, 15:10
**ended** [1] - 20:9
**enforcement** [2] - 117:21, 117:23
**engaged** [2] - 76:3, 77:24
**engender** [1] - 9:21
**enhancement** [1] - 111:16
**enlist** [1] - 15:6
**enterprise** [2] - 96:11, 96:12
**entire** [2] - 78:16, 78:20
**entirely** [2] - 76:9, 78:6
**entirety** [1] - 9:10
**entitled** [2] - 4:15, 127:4
**envision** [1] - 13:5
**Eric** [2] - 36:2, 36:6
**ERIC** [3] - 36:3, 36:6,

126:10
**especially** [1] - 8:1
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**establish** [1] - 124:13
**evaluation** [2] - 76:10, 78:7
**evening** [1] - 3:5
**event** [1] - 13:11
**events** [3] - 7:22, 109:21, 117:8
**eventually** [1] - 117:5
**evidence** [18] - 36:22, 58:15, 60:16, 65:1, 70:3, 73:18, 73:22, 74:9, 74:19, 74:25, 75:21, 76:13, 78:10, 86:11, 97:3, 98:16, 101:9, 101:10
**evidence...................** [1] - 126:21
**evidence...........................** [1] - 126:20
**evidentiary** [1] - 74:21
**evidently** [1] - 10:22
**ex** [2] - 5:18, 12:1
**exact** [1] - 25:7
**exactly** [5] - 10:24, 12:3, 26:12, 29:24, 116:18
**examination** [6] - 7:15, 23:14, 76:11, 78:9, 98:7, 106:15
**EXAMINATION** [21] - 16:12, 23:16, 24:12, 27:22, 33:11, 36:8, 42:23, 49:19, 55:5, 79:1, 103:19, 106:17, 126:4, 126:5, 126:6, 126:8, 126:9, 126:11, 126:13, 126:15, 126:16
**example** [3] - 4:18, 8:5, 92:10
**except** [1] - 123:20
**excited** [7] - 20:25, 21:10, 21:12, 24:23, 24:24, 25:2, 25:7
**exclude** [1] - 14:25
**excluded** [1] - 15:4
**excuse** [6] - 63:13, 66:23, 70:20, 71:21, 72:4, 122:3
**excused** [4] - 27:13, 35:25, 42:12, 54:22
**exhibit** [2] - 77:22, 101:16
**Exhibit** [7] - 73:21, 75:19, 75:22, 77:21, 77:23, 126:21, 126:22
**EXHIBITS** [1] - 126:18
**exhibits** [1] - 58:10
**Exhibits** [2] - 58:14, 126:19
**exist** [1] - 123:3
**existence** [1] - 96:10
**expand** [1] - 78:21
**expect** [5] - 48:7, 98:22, 114:2, 114:11, 114:13
**expecting** [1] - 110:16
**expects** [1] - 3:19
**expediency** [1] - 58:12
**expels** [1] - 52:14
**explanatory** [1] - 76:23
**exposure** [1] - 111:21
**extent** [1] - 78:12
**extra** [1] - 35:21
**eye** [2] - 3:14, 44:2

## F

**face** [5] - 19:10, 44:2, 45:8, 50:9, 50:18
**Facebook** [1] - 124:19
**faces** [1] - 61:13
**facing** [1] - 111:17
**fact** [9] - 11:6, 25:10, 97:6, 97:8, 97:10, 97:11, 111:4, 114:2, 122:17
**fallen** [1] - 96:17
**falsely** [2] - 57:8, 57:10
**familiar** [3] - 28:9, 46:8, 46:11
**far** [9] - 7:7, 7:8, 9:1, 9:5, 10:15, 21:22, 60:7, 67:9, 97:14
**fast** [1] - 66:17
**Fat** [11] - 61:13, 61:18, 64:25, 82:14, 84:16, 84:22, 91:2, 92:16, 93:17, 116:3, 116:8
**February** [9] - 1:4, 62:17, 65:20, 68:16, 81:22, 82:8, 83:18, 85:2, 127:7
**federal** [4] - 111:23, 114:11, 117:7, 117:18
**Federal** [2] - 114:4, 114:13
**feds** [1] - 85:16
**felon** [4] - 56:11, 109:5, 110:3, 111:4
**felonies** [2] - 56:18, 56:20
**felony** [3] - 55:20, 56:22, 112:22
**female** [2] - 93:25, 94:3
**fence** [1] - 72:25
**Fernandez's** [1] - 6:8
**feud** [1] - 96:7
**few** [5] - 38:18, 51:14, 54:5, 68:18, 119:18
**file** [3] - 12:1, 110:24, 111:16
**filing** [2] - 111:3, 111:14
**final** [1] - 14:21
**finish** [2] - 26:24, 48:24
**finished** [2] - 32:20, 45:3
**finishes** [1] - 27:1
**firearm** [12] - 49:22, 56:10, 56:12, 56:24, 89:17, 90:2, 90:3, 107:6, 109:4, 109:17, 110:3, 110:11
**firearms** [8] - 19:20, 85:18, 85:21, 85:23, 86:2, 99:14, 99:15, 99:18
**fired** [2] - 26:18, 34:2
**first** [19] - 15:1, 18:4, 18:7, 28:24, 29:1, 31:24, 46:20, 51:6, 57:16, 58:18, 59:21, 60:6, 61:23, 62:16, 64:13, 68:17, 116:25, 125:11
**five** [9] - 16:20, 17:19, 30:25, 31:3, 56:21, 107:17, 120:2, 120:19, 120:21
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [1] - 1:22
**Flores** [8] - 92:19, 93:1, 93:4, 93:9, 93:13, 93:18, 93:24, 94:2
**FLORES** [1] - 1:9
**Florida** [4] - 2:10, 28:4, 28:5, 43:8
**FLORIDA** [2] - 1:1, 1:7
**florida** [1] - 127:9
**fluid** [1] - 13:6
**flush** [1] - 88:12
**folk** [1] - 13:3
**folks** [2] - 46:8, 102:20
**follow** [3] - 76:5, 78:2, 122:1
**follow-up** [1] - 122:1
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 127:3
**forehead** [1] - 45:9
**forgetting** [1] - 125:12
**forgotten** [1] - 49:2
**form** [2] - 39:15, 39:20
**Form** [3] - 8:18, 8:21, 9:18
**format** [1] - 9:16
**former** [2] - 96:25, 97:16
**forms** [1] - 8:9
**Forms** [3] - 8:12, 8:14, 9:7
**Fort** [1] - 36:13
**Forte** [10] - 36:21, 37:1, 37:15, 37:16, 38:21, 38:25, 39:13, 40:6, 40:23, 41:2
**four** [4] - 36:11, 55:8, 90:4, 103:2
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**frame** [4] - 102:18, 116:16, 116:18
**frames** [1] - 117:8
**free** [1] - 49:4
**Friday** [1] - 125:16
**friend** [5] - 21:9, 24:16, 24:24, 30:21, 37:4
**friend's** [7] - 17:8, 19:23, 20:2, 30:21, 43:20, 52:20, 89:22
**friends** [19] - 17:14, 26:1, 33:3, 33:21, 39:3, 39:13, 43:19, 44:1, 44:7, 45:1, 46:3, 46:17, 50:15, 50:17, 50:19, 61:20, 96:22
**friendship** [1] - 61:8
**fro** [1] - 14:4
**front** [7] - 10:6, 14:22, 50:13, 64:16, 66:14, 66:17, 105:15
**fronting** [1] - 47:6
**froze** [1] - 50:14
**full** [9] - 16:10, 27:18, 27:19, 36:5, 42:20, 55:3
**fully** [1] - 3:19
**furtherance** [2] - 56:12, 110:11
**fussing** [1] - 124:6

## G

**Gables** [1] - 1:20
**gang** [2] - 95:24, 95:25
**gathered** [1] - 97:10
**gentleman** [7] - 4:5, 44:13, 45:5, 45:9, 48:16, 99:5, 116:2
**gentlemen** [8] - 12:13, 12:19, 16:16, 47:9, 49:13, 58:5, 77:20, 123:10
**Gentlemen** [3] - 46:20, 75:13, 101:18
**gift** [1] - 63:18
**girl** [4] - 118:21, 118:24, 118:25, 119:6
**girlfriend** [3] - 118:10, 118:12, 118:14
**girls** [1] - 5:6
**gist** [1] - 8:25
**given** [6] - 5:9, 13:12, 13:18, 65:18, 66:9, 95:21
**glasses** [1] - 79:23
**Glock** [3] - 45:9, 45:14, 45:18
**GONZALEZ** [28] - 1:19, 5:3, 12:16, 14:14, 23:17, 24:10, 33:8, 42:1, 47:12, 54:12, 87:10, 87:12, 87:14, 95:3, 95:5, 95:8, 96:21, 99:6, 105:25, 106:18, 113:2, 113:5, 113:7, 118:15, 118:17, 121:17, 121:19, 121:21
**Gonzalez** [8] - 3:13, 23:15, 33:7, 41:25, 54:11, 106:16, 123:9, 124:12
**GONZALEZ.....................** [2] - 126:5, 126:16
**Government** [30] - 3:4, 4:7, 5:8, 5:10, 6:5, 6:14, 6:17, 7:5, 7:7, 7:10, 12:23, 13:2, 13:21, 15:3, 47:22, 54:23, 55:11, 57:11, 58:6, 76:16, 96:13, 99:9, 103:1, 109:18, 110:20, 110:23, 111:3, 111:14, 111:16
**Government's** [53] - 6:22, 15:9, 16:6, 36:23, 57:20, 58:1, 58:4, 58:14, 59:13,

60:17, 60:25, 62:2, 62:23, 63:12, 63:14, 64:3, 64:5, 64:6, 65:2, 65:6, 65:7, 68:21, 68:24, 70:4, 72:2, 72:3, 72:6, 72:8, 72:23, 72:25, 73:7, 73:17, 73:19, 73:21, 74:8, 80:5, 80:10, 80:14, 80:21, 81:19, 82:2, 82:5, 82:13, 84:17, 86:1, 86:12, 94:5, 114:15, 126:19, 126:21, 126:22
**GPS** [1] - 52:21
**grabbed** [1] - 50:20
**grams** [8] - 55:23, 83:2, 83:3, 83:22, 83:24, 83:25, 84:5, 84:8
**gray** [2] - 69:15, 81:13
**green** [3] - 69:10, 70:15, 80:16
**Greer** [4] - 10:4, 16:2, 75:7, 124:5
**grounds** [1] - 95:4
**group** [11] - 53:2, 57:13, 65:10, 67:10, 67:14, 84:1, 95:1, 95:23, 96:6, 96:7
**Grove** [1] - 2:3
**guess** [4] - 34:4, 44:19, 45:4, 52:4
**guilty** [8] - 55:14, 56:15, 108:15, 108:24, 109:1, 109:3, 109:13, 109:14
**gun** [28] - 11:1, 11:18, 12:2, 19:25, 20:2, 26:6, 29:20, 34:4, 44:2, 45:12, 45:13, 45:17, 49:24, 50:9, 50:18, 50:25, 52:12, 108:4, 108:8, 110:5, 119:9, 119:18, 119:23, 119:25, 120:4, 122:15, 122:18, 122:22
**gun-like** [2] - 11:1, 11:18
**Gunna** [2] - 69:2, 104:6
**gunned** [1] - 96:25
**gunpoint** [2] - 22:2, 43:17
**guns** [9] - 18:18, 19:16, 28:16, 29:22, 29:25, 45:7, 72:12, 94:13, 97:8
**gunshot** [1] - 19:24
**guy** [6] - 20:1, 49:23, 96:14, 96:15
**guys** [13] - 17:9, 18:8, 21:5, 21:25, 22:14, 25:4, 25:21, 28:15, 50:16, 53:3, 65:23, 65:25, 118:19
**Guzman** [10] - 3:6, 3:22, 3:25, 4:24, 5:5, 5:7, 6:14, 38:14, 39:1, 39:12
**Guzman's** [2] - 8:6, 8:12

## H

**habit** [1] - 120:8
**hand** [11] - 12:2, 59:21, 60:6, 60:9, 74:6, 88:24, 101:24, 102:18, 103:10, 124:20
**hands** [3] - 30:2, 77:7, 103:12
**hang** [3] - 38:25, 39:13, 118:19
**hanging** [2] - 17:8, 63:7
**happy** [3] - 9:14, 9:18, 10:2
**hard** [1] - 12:25
**harm** [2] - 95:20, 96:7
**Havana** [12] - 16:24, 17:12, 28:6, 28:9, 40:19, 41:1, 43:10, 58:22, 58:23, 104:3, 118:23, 118:24
**head** [6] - 19:23, 19:25, 20:2, 29:19, 49:22, 49:24
**hear** [10] - 3:19, 6:6, 30:10, 48:8, 62:14, 72:17, 87:23, 90:21, 94:25, 116:14
**heard** [12] - 23:25, 24:2, 24:3, 47:14, 62:9, 75:21, 76:10, 77:23, 78:8, 86:25, 93:6, 96:14
**hearing** [3] - 76:12, 78:9, 123:12
**hearsay** [3] - 38:7, 52:9, 97:7
**held** [1] - 22:2
**help** [5] - 39:2, 40:10, 57:10, 76:6, 78:3
**helping** [2] - 76:4, 78:2
**helps** [2] - 96:11
**HERMAN** [1] - 2:4
**high** [4] - 16:25, 28:7, 43:11, 100:24
**High** [1] - 28:8
**highway** [1] - 123:17
**Hispanic** [2] - 29:16, 29:17
**historical** [1] - 6:1
**hm** [5] - 34:18, 34:20, 34:25, 41:15, 121:18
**hold** [2] - 92:13, 92:15
**holding** [2] - 63:15, 96:1
**home** [1] - 123:23
**homeless** [2] - 115:1, 115:3
**homicide** [2] - 95:11, 95:13
**honest** [1] - 93:5
**honestly** [5] - 43:23, 50:13, 50:16, 51:7, 54:5
**Honor** [56] - 6:13, 9:14, 9:22, 10:5, 14:12, 15:16, 23:4, 23:13, 24:10, 26:20, 27:5, 27:7, 27:9, 27:11, 33:6, 33:8, 35:14, 35:16, 35:23, 41:24, 42:1, 42:3, 42:5, 42:8, 42:10, 42:16, 47:1, 54:10, 54:14, 54:16, 54:24, 55:25, 57:19, 59:22, 73:2, 73:4, 73:17, 73:23, 76:16, 76:18, 76:19, 76:25, 77:19, 78:14, 78:21, 101:6, 101:8, 101:11, 102:10, 102:12, 106:14, 112:23, 118:15, 121:17, 121:19, 124:10
**HONORABLE** [1] - 1:12
**hoodies** [4] - 25:15, 25:16, 29:8, 43:23
**hoody** [6] - 19:9, 28:16, 29:9, 50:3
**hooked** [2] - 74:3, 74:4
**hope** [2] - 6:19, 73:25
**hopeful** [1] - 111:8
**hopefully** [1] - 75:15
**hoping** [2] - 57:5, 111:9
**Horowitz** [5] - 22:23, 24:11, 33:9, 39:19, 54:13
**horowitz** [1] - 42:2
**HOROWITZ** [57] - 1:23, 6:13, 7:4, 7:12, 7:14, 7:21, 8:8, 9:22, 11:10, 11:15, 13:20, 14:5, 14:12, 22:19, 24:13, 26:20, 26:22, 33:10, 33:12, 35:13, 38:1, 38:7, 39:6, 39:15, 39:20, 41:19, 41:22, 42:3, 46:13, 46:18, 47:21, 47:25, 51:8, 52:9, 54:14, 55:17, 55:25, 58:9, 71:11, 74:11, 74:15, 74:23, 75:2, 75:5, 76:19, 76:25, 77:3, 80:12, 80:22, 88:5, 88:11, 89:18, 91:10, 91:12, 97:3, 99:1, 101:16
**HOROWITZ.....................** [2] - 126:6, 126:9
**Hosseini** [1] - 10:17
**HOSSEINI** [5] - 1:16, 10:18, 11:17, 12:19, 36:2
**house** [38] - 34:23, 35:4, 35:5, 35:7, 35:8, 35:11, 43:20, 53:23, 59:8, 63:4, 63:5, 63:9, 64:4, 64:16, 64:17, 72:11, 72:13, 72:16, 73:16, 79:4, 79:6, 79:8, 81:18, 85:24, 86:4, 88:20, 89:22, 94:9, 106:6, 114:16, 114:18, 114:19, 116:19, 116:22, 118:25, 119:3, 119:5
**housekeeping** [2] - 124:3, 124:11
**husband** [1] - 123:15

## I

**i.e** [1] - 102:5
**idea** [4] - 22:5, 95:9, 125:3, 125:12
**identification** [11] - 22:3, 22:15, 22:21, 32:2, 32:4, 32:7, 53:5, 53:7, 53:14, 54:4, 73:6
**identifications** [3] - 8:15, 8:24, 31:23
**identified** [12] - 8:24, 75:20, 79:16, 80:2, 80:19, 80:20, 81:6, 81:15, 93:1, 96:21, 116:3, 123:6
**identifies** [1] - 96:8
**identify** [26] - 21:5, 22:1, 22:7, 52:5, 53:9, 53:12, 54:6, 54:7, 59:4, 69:4, 69:13, 75:23, 76:2, 76:6, 77:24, 78:4, 79:13, 79:22, 92:23, 97:23, 101:24, 102:20, 119:14, 119:16, 120:3
**identity** [3] - 44:23, 76:9, 78:6
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**ill** [1] - 6:9
**Illinois** [1] - 43:3
**image** [8] - 59:12, 59:15, 59:19, 70:1, 70:8, 78:19, 80:10, 124:19
**images** [1] - 101:23
**imagine** [3] - 15:8, 47:5, 50:9
**immediately** [1] - 13:17
**impeach** [2] - 5:13, 47:5
**important** [1] - 53:24
**impounded** [1] - 38:16
**impressions** [1] - 5:10
**imprisonment** [8] - 108:18, 109:25, 110:9, 110:13, 111:6, 111:17, 111:21, 111:24
**inasmuch** [1] - 15:4
**inaudible** [2] - 12:19, 97:6
**Inc** [1] - 2:9
**incarcerated** [3] - 88:17, 112:16, 113:8
**incident** [7] - 8:18, 33:13, 37:19, 37:20, 37:23, 73:25, 87:2
**inclined** [2] - 15:3, 15:12
**incorrect** [1] - 78:12
**incriminated** [1] - 57:9
**independent** [2] - 8:19, 9:7
**indicating** [2] - 10:25, 11:23
**indicating)** [2] - 50:7, 88:20
**indicted** [3] - 60:24, 104:14, 113:20

**indictment** [1] - 95:12
**individualized** [1] - 16:3
**individuals** [11] - 18:9, 24:7, 25:15, 46:16, 53:10, 54:6, 58:21, 60:14, 64:9, 65:13, 122:21
**inevitable** [1] - 12:7
**inextricably** [1] - 4:8
**inferences** [1] - 97:12
**influence** [2] - 15:10, 67:18
**info** [1] - 21:5
**informant** [1] - 12:20
**information** [11] - 3:15, 3:16, 4:10, 4:12, 4:14, 5:23, 6:1, 9:17, 10:19, 11:21
**informed** [1] - 25:5
**initials** [1] - 73:10
**inside** [3] - 50:17, 73:11, 90:3
**instances** [1] - 4:8
**instead** [1] - 6:5
**instructed** [2] - 76:7, 78:4
**instruction** [6] - 74:23, 75:1, 75:8, 75:18, 76:22, 76:23
**instructions** [1] - 115:16
**intended** [1] - 12:10
**intent** [2] - 108:21, 109:23
**intention** [1] - 61:23
**interaction** [1] - 5:5
**interest** [3] - 36:17, 37:2, 37:4
**Internet** [1] - 123:17
**intertwined** [1] - 4:8
**interview** [3] - 3:22, 3:25, 122:21
**interviewed** [4] - 6:16, 118:5, 121:6, 121:9
**interviewing** [1] - 3:16
**interviews** [2] - 8:11, 8:20
**intimidated** [1] - 67:13
**intoxicated** [1] - 87:8
**intrepid** [1] - 124:2
**intro** [1] - 95:15
**investigated** [1] - 7:23
**investigation** [2] - 8:1, 40:15
**Investigator** [1] - 125:6
**invite** [1] - 12:8
**involved** [9] - 25:10, 32:6, 32:10, 37:18, 40:2, 40:11, 47:22, 93:11, 122:23
**iPhone** [3] - 21:11, 24:21, 52:20
**iPhones** [2] - 24:17, 34:17
**Isaac** [7] - 73:12, 93:17, 99:24, 99:25, 104:12, 104:13, 104:24
**issue** [6] - 9:20, 13:4, 72:19, 74:21, 99:14
**issues** [1] - 124:12
**IT** [2] - 60:2, 124:5
**items** [1] - 86:4
**itself** [2] - 76:12, 78:10

**J**

**jail** [6] - 11:11, 12:20, 66:3, 106:9, 113:4, 113:6
**JAMES** [1] - 1:8
**James** [4] - 68:9, 81:9, 81:15, 81:17
**janoca** [1] - 2:9
**January** [1] - 63:7
**JAY** [1] - 1:9
**Jay** [1] - 92:19
**jeans** [1] - 50:4
**Jencks** [7] - 6:20, 7:16, 9:1, 9:4
**jersey** [1] - 70:15
**job** [5] - 37:5, 39:2, 43:6, 123:12
**joint** [1] - 83:13
**Joker** [1] - 88:1
**JR** [3] - 1:19, 2:2, 2:4
**Juan** [1] - 125:6
**Judge** [2] - 12:16, 33:10
**JUDGE** [1] - 1:13
**judge** [8] - 7:21, 47:21, 49:14, 71:11, 74:11, 74:15, 95:3, 95:8
**judges** [1] - 49:15
**jumping** [1] - 61:6
**juror** [3] - 6:8, 59:22, 103:6
**JUROR** [1] - 59:24
**jurors** [5] - 6:10, 14:22, 15:18, 15:21, 75:10
**JURY** [1] - 1:12
**jury** [22] - 5:10, 15:23, 15:24, 16:16, 46:22, 49:8, 49:9, 49:13, 74:17, 74:24, 75:17, 75:19, 77:14, 77:15, 77:18, 77:20, 96:18, 101:20, 103:5, 103:14, 123:10, 123:25

**K**

**KATHLEEN** [1] - 1:12
**keep** [6] - 12:15, 12:25, 14:3, 49:7, 122:14, 124:1
**keeping** [1] - 13:3
**kept** [5] - 49:16, 85:23, 86:2, 94:13, 115:21
**keys** [2] - 44:23, 53:23
**kid** [2] - 119:13, 119:14
**kids** [1] - 66:3
**killed** [1] - 95:25
**kind** [15] - 3:8, 18:16, 19:2, 19:12, 19:16, 20:12, 21:21, 28:21, 45:12, 47:17, 49:24, 62:15, 67:6, 67:17, 67:25
**knowing** [1] - 20:25
**knowledge** [2] - 116:13, 116:15
**known** [7] - 13:3, 38:23, 81:24, 111:16, 112:1, 112:3, 112:8
**knows** [2] - 5:10, 97:24
**Korchin** [5] - 14:24, 27:4, 35:20, 42:4, 54:15
**KORCHIN** [7] - 1:21, 15:16, 27:5, 35:19, 42:5, 54:16, 125:1

**L**

**L-L-E-R-E-N-A** [1] - 42:22
**lace** [1] - 120:20
**ladies** [4] - 16:16, 49:13, 77:20, 123:10
**Ladies** [3] - 46:20, 75:13, 101:18
**lady** [1] - 54:1
**Lane** [1] - 2:10
**language** [1] - 11:23
**larger** [2] - 82:19, 83:6
**last** [10] - 3:5, 5:21, 10:18, 10:19, 11:21, 48:21, 48:22, 51:18, 101:19, 117:9
**late** [4] - 5:21, 5:25, 13:5, 125:15
**late-breaking** [1] - 5:25
**latest** [1] - 21:11
**Lauderdale** [1] - 36:13
**law** [3] - 117:21, 117:23, 121:3
**lawyer** [1] - 27:1
**lawyers** [4] - 9:23, 26:23, 49:14, 49:15
**lead** [1] - 112:14
**leading** [8] - 38:1, 41:22, 55:17, 56:3, 68:11, 87:17, 88:5, 89:18
**learn** [1] - 94:18
**least** [7] - 3:20, 7:18, 15:7, 84:6, 84:8, 111:5
**leave** [8] - 5:14, 14:11, 65:18, 66:1, 66:2, 87:16, 98:21
**leaves** [1] - 46:23
**led** [1] - 118:3
**left** [9] - 18:7, 30:19, 30:20, 45:23, 46:2, 62:1, 69:22, 70:12, 86:1
**Leon** [1] - 1:19
**less** [2] - 106:9, 111:9
**lesser** [1] - 111:8
**letting** [1] - 3:18
**Liberty** [1] - 28:6
**life** [9] - 40:10, 46:10, 108:18, 110:13, 111:17, 111:20, 111:21, 111:23, 46:10
**light** [5] - 13:2, 29:11, 29:13, 44:13, 44:17
**light-skinned** [1] - 44:13
**lighter** [4] - 19:12, 19:25, 29:15, 44:18
**lights** [4] - 35:4, 35:9, 35:11, 35:12
**like..** [1] - 25:21
**likely** [1] - 45:14
**limited** [3] - 56:3, 76:4, 78:1
**line** [3] - 21:25, 48:1, 111:20
**lineup** [3] - 22:14, 23:3, 125:1
**listen** [3] - 25:10, 76:5, 78:3
**listening** [2] - 74:18, 103:10
**live** [1] - 59:8
**Live** [1] - 2:10
**lived** [6] - 16:23, 28:3, 28:6, 43:7, 46:8,
**lives** [2] - 72:15
**living** [3] - 104:20, 114:22, 115:1
**LLERENA** [2] - 42:18, 126:12
**Llerena** [10] - 17:21, 42:17, 42:22, 42:25, 44:3, 46:5, 46:8, 47:10, 47:18, 49:21
**Lo** [10] - 59:1, 60:13, 60:20, 62:11, 64:23, 69:2, 69:23, 69:24, 93:17, 104:6
**located** [4] - 31:14, 52:23, 53:1, 82:4
**location** [17] - 21:1, 21:8, 21:15, 21:16, 24:25, 25:2, 25:7, 25:12, 25:23, 31:10, 31:16, 40:14, 62:9, 81:24, 94:13, 94:16, 95:21
**locations** [1] - 39:12
**look** [19] - 4:4, 4:17, 10:1, 18:20, 19:4, 19:11, 19:17, 25:20, 29:10, 32:9, 32:12, 44:11, 44:16, 50:10, 51:21, 53:17, 58:11, 67:13, 77:1
**looked** [7] - 10:25, 18:7, 18:15, 18:17, 29:17, 50:1
**looking** [6] - 3:10, 19:13, 26:15, 41:4, 44:15, 52:2
**loss** [1] - 95:18
**lost** [1] - 48:21
**lounge** [1] - 49:3

**M**

**machine** [2] - 7:3, 7:18
**mack** [3] - 81:24, 82:13, 82:15
**Magnum** [3] - 45:25, 46:1, 51:22
**main** [1] - 7:4
**majority** [1] - 7:22
**maker** [1] - 49:3
**man** [1] - 50:13
**mandatory** [1] - 111:17
**MANUEL** [1] - 1:19
**manufacturer** [1] - 45:17
**March** [1] - 83:18
**margin** [1] - 20:18

**marijuana** [10] - 55:23, 84:12, 84:14, 84:15, 120:11, 120:12, 120:13, 120:15, 120:20
**MARK** [1] - 1:16
**marked** [3] - 58:14, 73:6, 73:21
**marshals** [1] - 12:24
**Martinez** [2] - 64:1, 125:5
**Mary** [1] - 2:2
**material** [2] - 73:11, 96:2
**matter** [8] - 3:4, 5:17, 6:7, 9:25, 25:10, 55:14, 117:16, 127:4
**matters** [2] - 124:3, 124:12
**Mauricio** [2] - 17:18, 44:10
**Mauricio's** [1] - 21:9
**MAURIN** [1] - 1:7
**Maurin** [8] - 23:18, 39:9, 79:16, 107:19, 108:8, 108:10, 121:7, 121:10
**Maury** [1] - 31:2
**maximum** [4] - 108:17, 109:24, 110:8, 110:13
**MDMA** [3] - 56:11, 93:12, 109:17
**MDMC** [4] - 55:23, 84:24, 85:1, 106:12
**mean** [16] - 8:17, 8:22, 13:24, 14:7, 29:15, 33:15, 50:22, 62:6, 92:7, 99:2, 100:2, 100:12, 100:16, 100:18, 100:21, 104:2
**mean..** [1] - 32:8
**meaning** [2] - 82:21, 109:10
**means** [3] - 92:1, 111:24, 114:3
**meant** [1] - 100:15
**mechanics** [1] - 3:20
**medication** [1] - 16:5
**meet** [7] - 57:16, 58:18, 58:21, 58:25, 61:22, 82:9, 83:15
**meeting** [2] - 5:21, 82:12
**member** [12] - 62:10, 65:9, 66:24, 69:18, 92:18, 94:18, 94:25, 95:25, 96:25, 104:14, 124:13, 124:16
**members** [40] - 59:9, 60:11, 62:9, 62:20, 65:14, 66:8, 66:13, 66:19, 66:20, 68:25, 71:18, 72:2, 72:5, 72:9, 82:5, 82:9, 82:18, 83:9, 84:1, 84:23, 85:3, 85:9, 85:17, 85:20, 86:6, 86:14, 86:17, 90:10, 91:23, 92:6, 92:12, 93:14, 99:16, 103:25, 104:3, 104:5, 105:24, 123:5, 123:6, 123:7
**Members** [1] - 75:19
**membership** [1] - 60:7
**memorialization** [1] - 4:14
**memorialize** [1] - 5:22
**memorialized** [1] - 3:16
**memory** [1] - 4:13
**men** [12] - 28:18, 29:1, 29:18, 43:25, 44:3, 44:4, 45:3, 45:19, 51:1, 51:19, 57:13
**mention** [3] - 49:2, 95:10, 122:21
**mentioned** [5] - 106:19, 116:2, 121:7, 121:10, 122:25
**mentioning** [1] - 14:15
**mess** [1] - 72:16
**messed** [1] - 34:5
**messing** [1] - 106:10
**met** [2] - 59:1, 59:8
**MIAMI** [2] - 1:2, 1:7
**Miami** [16] - 1:17, 1:22, 1:25, 2:5, 7:24, 7:25, 16:22, 16:23, 16:24, 28:4, 28:5, 28:8, 43:8, 43:10, 55:10, 65:22
**Miami-Dade** [2] - 43:10, 65:22
**microphone** [1] - 10:17
**mid** [1] - 81:22
**middle** [1] - 80:16
**might** [4] - 14:9, 48:15, 77:9, 124:3
**Miguel** [3] - 84:20, 116:2, 116:8
**Mike** [4] - 122:22, 122:25, 123:3
**mind** [2] - 4:13, 57:10
**mind's** [1] - 3:14
**mine** [2] - 76:20, 122:4
**minute** [1] - 41:21
**minutes** [14] - 46:21, 48:25, 75:14, 75:16, 77:11, 89:23, 107:14, 107:16, 107:17, 119:18, 120:1, 120:2, 122:18
**mirrors** [1] - 8:25
**misapprehend** [1] - 3:10
**mistaken** [1] - 10:11
**mix** [1] - 16:1
**Mobile** [1] - 21:3
**model** [1] - 45:12
**Mollies** [5] - 55:24, 84:24, 85:1, 94:4, 106:12
**Molly** [1] - 106:11
**moment** [6] - 23:4, 26:20, 41:5, 42:14, 73:4, 102:10
**Monday** [1] - 16:5
**Money** [1] - 57:14
**money** [31] - 30:9, 30:11, 32:25, 33:1, 37:10, 45:2, 59:20, 63:14, 63:16, 63:17, 63:19, 63:21, 63:24, 64:1, 66:5, 66:7, 82:22, 86:21, 86:23, 100:4, 100:17, 100:19, 100:20, 100:22, 100:25, 101:1, 101:3, 101:4, 103:11, 115:19, 122:2
**monitor** [1] - 60:1
**monitors** [2] - 59:22, 124:6
**months** [2] - 38:18, 38:24
**Moore** [2] - 69:16, 69:19
**more-detailed** [1] - 14:1
**morning** [1] - 4:22
**most** [5] - 19:16, 45:14, 53:24, 67:14, 71:19
**mostly** [6] - 66:15, 67:15, 81:22, 85:7, 85:22, 92:16
**motion** [5] - 4:9, 11:1, 11:18, 110:24, 111:3
**motive** [1] - 72:15
**mourn** [1] - 97:11
**mourned** [1] - 96:16
**mourning** [1] - 95:18
**mouth** [1] - 50:7
**move** [6] - 39:24, 60:2, 71:11, 73:17, 74:22, 103:4
**moved** [1] - 101:10
**moving** [2] - 6:5, 74:8
**MR** [258] - 3:23, 4:1, 4:20, 4:24, 5:3, 5:19, 6:2, 6:13, 6:23, 7:4, 7:12, 7:14, 7:21, 8:3, 8:7, 8:8, 8:14, 8:21, 9:14, 9:22, 10:5, 10:10, 10:12, 11:4, 11:8, 11:10, 11:15, 12:16, 13:4, 13:9, 13:11, 13:14, 13:16, 13:20, 14:5, 14:12, 14:14, 15:16, 16:7, 16:13, 22:19, 22:21, 22:24, 23:4, 23:6, 23:13, 23:17, 24:10, 24:13, 26:20, 26:22, 27:5, 27:7, 27:9, 27:11, 27:15, 27:23, 33:6, 33:8, 33:10, 33:12, 35:13, 35:16, 35:18, 35:19, 35:23, 36:9, 38:1, 38:7, 38:12, 39:6, 39:8, 39:15, 39:20, 40:1, 41:5, 41:6, 41:19, 41:22, 41:24, 42:1, 42:3, 42:5, 42:8, 42:10, 42:14, 42:16, 42:24, 46:13, 46:15, 46:18, 47:1, 47:5, 47:8, 47:12, 47:21, 47:25, 48:6, 48:10, 48:17, 48:20, 48:23, 49:10, 49:20, 51:8, 51:11, 52:9, 52:11, 54:10, 54:12, 54:14, 54:16, 54:18, 54:20, 54:24, 55:6, 55:17, 55:25, 56:6, 57:19, 57:22, 57:24, 58:1, 58:3, 58:9, 58:16, 59:13, 59:14, 59:22, 60:5, 68:11, 69:8, 71:11, 71:14, 73:2, 73:4, 73:5, 73:17, 73:23, 74:1, 74:4, 74:6, 74:8, 74:11, 74:15, 74:23, 75:2, 75:5, 75:24, 76:1, 76:16, 76:18, 76:19, 76:25, 77:3, 77:19, 78:14, 78:17, 78:21, 79:2, 79:15, 79:18, 80:1, 80:4, 80:12, 80:18, 80:22, 80:24, 81:5, 81:7, 81:14, 81:16, 87:10, 87:12, 87:13, 87:14, 87:18, 88:5, 88:11, 88:13, 89:18, 89:20, 91:10, 91:12, 91:14, 92:25, 93:3, 95:3, 95:5, 95:8, 95:17, 96:6, 96:10, 96:18, 96:21, 97:2, 97:3, 97:18, 97:20, 97:24, 98:2, 98:7, 98:10, 98:12, 99:1, 99:6, 99:10, 99:13, 101:6, 101:8, 101:10, 101:13, 101:16, 101:17, 101:23, 102:2, 102:6, 102:10, 102:12, 102:22, 103:17, 103:20, 104:10, 104:16, 104:22, 105:1, 105:5, 105:9, 105:16, 105:22, 105:25, 106:2, 106:4, 106:14, 106:18, 112:23, 113:2, 113:5, 113:7, 118:15, 118:17, 121:17, 121:19, 121:21, 124:10, 124:18, 124:23, 125:1, 125:4, 126:4, 126:5, 126:6, 126:8, 126:9, 126:11, 126:13, 126:15, 126:16
**MS** [4] - 10:18, 11:17, 12:19, 36:2
**multi** [1] - 83:13
**multi-buyer** [1] - 83:13
**multiple** [1] - 34:3
**murder** [2] - 56:22, 112:22
**music** [6] - 23:1, 23:21, 23:23, 23:25, 112:4, 112:6

## N

**N.E** [2] - 1:17, 2:5
**Nadim** [7] - 3:22, 3:25, 38:14, 38:22, 39:12, 40:13, 41:12
**name** [27] - 14:16, 16:10, 17:21, 21:4, 27:18, 27:19, 27:20, 36:5, 36:6, 39:9, 42:20, 42:21, 54:2, 55:3, 57:14, 69:21, 72:14, 88:1, 92:19,

94:19, 97:16, 106:19, 116:2
**names** [4] - 17:15, 17:17, 31:1, 102:2
**narcotic** [3] - 63:24, 64:1, 70:21
**narcotics** [33] - 46:17, 47:3, 59:10, 60:11, 60:22, 61:2, 62:16, 62:18, 63:22, 67:21, 68:1, 68:4, 68:7, 68:10, 68:14, 68:17, 69:24, 70:23, 71:4, 71:5, 71:6, 81:18, 81:21, 88:14, 89:8, 89:11, 95:21, 107:10, 115:8, 115:18, 115:21, 121:3, 121:4
**narrative** [2] - 8:22, 9:15
**nature** [2] - 40:7, 123:18
**NCIC** [1] - 7:9
**near** [1] - 70:18
**necessarily** [1] - 10:8
**need** [7] - 4:4, 4:5, 99:7, 102:20, 124:7
**needed** [2] - 21:2, 99:4
**needs** [2] - 5:11, 12:23
**neglected** [1] - 103:10
**neighbor** [2] - 98:14, 123:15
**neighborhood** [6] - 43:23, 46:9, 46:10, 47:19, 47:25, 52:4
**never** [12] - 32:25, 33:1, 35:5, 52:3, 93:6, 111:24, 114:14, 115:3, 118:24, 118:25, 121:7, 121:10
**new** [4] - 57:12, 61:10, 61:13, 61:20
**next** [14] - 16:6, 19:2, 19:8, 19:17, 19:21, 27:14, 35:21, 36:1, 37:24, 42:13, 54:23, 60:2, 100:19, 100:20
**Nicaragua** [2] - 16:22, 28:2
**nickname** [3] - 62:7, 80:25, 84:21
**night** [10] - 5:21, 10:18, 10:19, 11:21, 18:2, 46:5, 54:3, 71:20, 71:22, 71:24
**night's** [1] - 123:23
**nighttime** [1] - 25:19
**Nike** [1] - 69:10
**nobody** [4] - 26:17, 33:22, 34:2, 34:9
**none** [1] - 96:5
**Norlyn** [4] - 17:18, 27:15, 27:20, 44:10
**NORLYN** [3] - 27:16, 27:20, 126:7
**normal** [1] - 43:24
**northwest** [2] - 21:21, 21:22
**notes** [16] - 3:5, 3:21, 3:24, 4:1, 4:3, 5:13, 6:14, 6:21, 6:24, 6:25, 7:2, 7:8, 7:25, 10:2, 95:9
**nothing** [6] - 7:9, 47:12, 51:14, 61:6, 109:10, 110:21
**notice** [8] - 28:18, 29:1, 51:6, 59:21, 60:6, 87:14, 95:20, 124:12
**noticed** [3] - 18:4, 18:14, 43:25
**notified** [2] - 6:17, 7:5
**November** [12] - 7:6, 8:1, 8:4, 17:2, 17:5, 28:11, 33:13, 37:8, 37:25, 38:4, 43:13, 125:5
**number** [4] - 64:14, 76:21, 76:22, 101:16
**numbers** [2] - 12:25, 77:4

## O

**O-B-R-E-G-O-N** [1] - 27:21
**Oak** [1] - 2:10
**object** [4] - 51:8, 75:2, 87:10, 97:3
**objection** [35] - 22:19, 38:1, 38:7, 39:6, 39:15, 39:19, 39:23, 41:19, 46:13, 46:18, 52:9, 55:17, 55:25, 57:20, 58:6, 58:10, 58:13, 68:11, 73:20, 74:7, 74:15, 74:17, 74:18, 76:15, 76:25, 80:12, 80:22, 88:5, 88:11, 89:18, 91:10, 95:3, 102:25, 105:25, 112:23
**objects** [1] - 102:24
**obligated** [1] - 7:20
**Obregon** [3] - 27:15, 27:20, 33:13
**OBREGON** [2] - 27:16, 126:7
**obvious** [1] - 20:12
**occasion** [1] - 120:8
**OF** [3] - 1:1, 1:4, 1:12
**offenses** [2] - 56:7, 56:9
**offer** [1] - 57:19
**offering** [2] - 58:6, 74:8
**OFFICER** [1] - 103:6
**officer's** [1] - 8:25
**officers** [3] - 23:12, 53:2, 65:22
**often** [4] - 83:19, 84:10, 84:12, 118:20
**Ol** [1] - 9:17
**old** [5] - 16:19, 36:10, 43:4, 55:7, 62:15
**older** [2] - 67:4, 67:6
**once** [9] - 13:24, 18:15, 18:16, 22:13, 31:16, 32:1, 34:4, 34:6, 83:8
**one** [62] - 3:19, 4:12, 5:10, 9:1, 9:21, 14:17, 14:24, 15:1, 18:7, 19:2, 19:8, 19:16, 19:21, 19:22, 19:23, 22:15, 22:22, 23:4, 24:7, 24:16, 26:5, 26:20, 29:11, 29:23, 30:14, 30:15, 34:11, 34:12, 41:5, 45:5, 45:14, 46:3, 48:14, 50:19, 52:20, 59:24, 61:19, 64:13, 64:14, 64:15, 66:9, 67:17, 73:4, 73:16, 80:13, 95:8, 95:19, 96:3, 96:21, 97:25, 98:3, 98:15, 101:25, 102:10, 103:12, 110:24, 116:7, 116:9
**one's** [1] - 19:11
**ones** [5] - 22:1, 35:21, 67:4, 90:24, 104:4
**operate** [1] - 57:14
**opposite** [1] - 45:20
**oral** [2] - 75:20, 77:22
**order** [1] - 13:6
**orders** [2] - 13:4, 115:15
**ordinary** [1] - 7:11
**origin** [1] - 103:11
**original** [2] - 104:4, 104:5
**outside** [2] - 43:20, 64:5
**overhead** [2] - 105:16, 124:4
**overrule** [1] - 39:23
**overruled** [7] - 22:23, 38:2, 51:10, 55:18, 56:2, 68:12, 88:6
**own** [12] - 9:11, 12:15, 12:22, 14:3, 66:12, 76:10, 76:11, 76:13, 78:7, 78:10, 115:8, 115:18
**owner** [2] - 36:14, 36:16

## P

**P-Lo** [3] - 69:2, 69:23, 69:24
**P.M** [1] - 1:5
**p.m** [16] - 3:2, 15:19, 15:20, 15:24, 46:22, 49:5, 49:6, 49:9, 75:17, 77:12, 77:13, 77:15, 101:20, 103:14, 123:25, 125:20
**PAGE** [1] - 126:2
**page** [3] - 76:14, 77:4, 121:22
**PAGES** [1] - 1:10
**paid** [1] - 37:14
**pale** [1] - 20:3
**panchos** [2] - 90:14, 90:24
**pants** [2] - 29:9, 69:10
**Papo** [1] - 80:25
**parked** [2] - 31:12, 53:4
**part** [14] - 9:12, 16:23, 61:20, 62:16, 65:17, 71:16, 88:8, 93:7, 93:8, 95:12, 101:1, 104:19, 111:15, 114:1
**parte** [2] - 5:18, 12:1
**participant** [1] - 102:5
**participants** [1] - 102:17
**participate** [2] - 90:5, 90:8
**participated** [1] - 102:13
**participating** [1] - 40:15
**particular** [5] - 10:24, 98:6, 107:3, 108:12, 121:9
**particularized** [1] - 4:6
**parts** [1] - 28:5
**pass** [5] - 29:5, 39:22, 76:24, 77:17, 78:13
**passing** [6] - 28:20, 28:24, 29:4, 30:18, 31:20, 97:11
**past** [2] - 46:12, 47:1
**patch** [1] - 82:21
**Patron** [38] - 23:1, 23:19, 39:10, 59:1, 59:2, 59:7, 59:11, 59:18, 60:10, 60:23, 61:19, 62:22, 63:2, 64:23, 64:25, 65:25, 66:15, 67:4, 67:15, 67:25, 71:25, 72:22, 73:12, 79:9, 79:11, 82:14, 85:8, 85:13, 87:6, 90:9, 92:16, 93:17, 99:19, 99:24, 103:24, 104:6, 116:6, 116:11
**Patron's** [1] - 100:1
**pattern** [3] - 75:3, 75:5, 75:8
**patterns** [2] - 76:14, 76:20
**PAUL** [1] - 1:21
**pause** [1] - 102:3
**pay** [4] - 18:12, 28:24, 28:25, 100:24
**paying** [2] - 37:12, 37:16
**Peace** [1] - 96:1
**Pedro** [3] - 17:21, 42:16, 42:22
**PEDRO** [3] - 42:18, 42:22, 126:12
**penalty** [1] - 108:17
**pending** [4] - 55:16, 109:14, 113:24, 113:25
**people** [37] - 8:24, 18:2, 18:20, 20:9, 30:25, 31:1, 32:6, 33:14, 33:20, 43:24, 44:5, 44:22, 45:7, 46:11, 46:12, 50:8, 54:3, 54:7, 57:16, 58:18, 61:5, 61:10, 61:17, 64:22, 64:25, 65:17, 66:2, 66:14, 67:9, 67:11, 71:20, 71:22, 80:14, 84:3, 84:4, 84:23, 95:20
**percent** [1] - 22:5
**perception** [1] - 124:18
**performed** [1] - 24:3
**perhaps** [1] - 87:16
**period** [11] - 3:15, 7:20, 10:23, 47:23, 83:18, 112:16,

113:2, 113:4, 113:17, 114:25, 115:1
**periods** [1] - 114:22
**permission** [5] - 59:13, 73:2, 73:23, 74:6, 78:14
**person** [38] - 15:7, 17:21, 19:4, 19:7, 22:22, 44:15, 47:1, 50:2, 50:5, 53:11, 53:12, 53:15, 59:2, 66:9, 69:9, 69:11, 69:21, 70:8, 70:11, 70:12, 70:14, 80:25, 81:10, 81:12, 88:1, 88:3, 92:19, 92:21, 94:19, 95:1, 95:24, 98:2, 100:25, 101:3, 101:25, 102:14, 106:11, 123:16
**person's** [2] - 66:24, 84:21
**personal** [6] - 32:22, 32:23, 44:21, 46:16, 116:13, 116:15
**personally** [5] - 20:5, 45:8, 94:22, 100:22, 119:17
**personnels** [1] - 43:22
**persons** [2] - 22:6, 54:7
**Peter** [5] - 31:2, 70:7, 70:13, 80:5, 80:8
**PHILIP** [1] - 1:23
**Phone** [2] - 24:19, 34:16
**phone** [48] - 15:7, 20:5, 21:2, 21:3, 21:7, 21:9, 21:10, 22:11, 23:7, 24:25, 30:5, 30:6, 30:21, 30:22, 30:23, 31:6, 31:8, 31:9, 31:11, 31:17, 31:18, 31:19, 31:24, 31:25, 33:1, 34:16, 35:6, 38:9, 38:11, 44:23, 46:4, 49:15, 52:20, 52:21, 52:22, 52:23, 52:25, 85:7, 85:8, 85:15, 85:16, 93:19
**phones** [9] - 20:8, 30:8, 33:4, 45:2, 48:19, 85:4, 85:6, 85:10
**phrase** [2] - 92:1, 100:11
**physically** [1] - 87:3
**pick** [1] - 103:1
**picked** [4] - 72:13, 90:16, 90:19, 90:23
**picture** [4] - 63:2, 70:16, 94:8, 94:10
**pictures** [1] - 102:19
**PIDERIT** [1] - 2:9
**piderit** [1] - 127:8
**pink** [1] - 79:25
**pinpoint** [1] - 21:15
**pinpointed** [2] - 21:15, 24:25
**pistol** [1] - 45:10
**place** [4] - 52:17, 64:9, 123:9, 125:11
**places** [1] - 28:6
**Plaintiff** [1] - 1:5
**planned** [1] - 48:2
**planning** [1] - 48:3
**play** [4] - 71:2, 96:16, 98:12, 101:14
**played** [4] - 77:21, 78:24, 99:20, 101:21
**players** [1] - 99:4
**playing** [7] - 101:14, 101:21, 104:9, 104:15, 104:21, 104:25, 105:4
**plea** [1] - 109:10
**plead** [12] - 55:14, 56:15, 108:15, 108:24, 109:1, 109:3, 109:7, 109:11, 109:12, 109:13, 109:14, 110:2
**pleadings** [1] - 4:7
**pocket** [3] - 18:18, 30:5, 30:12
**pockets** [2] - 19:18, 30:12
**point** [11] - 3:17, 25:12, 38:19, 51:23, 67:17, 85:25, 86:1, 115:15, 116:7, 116:9, 125:9
**pointed** [1] - 26:14
**Police** [1] - 7:24
**police** [28] - 20:20, 20:22, 20:24, 21:2, 21:13, 23:12, 25:2, 25:7, 26:8, 30:20, 31:4, 31:8, 31:18, 34:23, 41:14, 46:4, 46:5, 51:23, 51:25, 52:1, 52:7, 52:19, 53:2, 53:5, 65:22, 72:16, 89:24, 106:10
**politics** [1] - 47:19
**Ponce** [1] - 1:19
**porch** [2] - 28:15, 104:18
**Portela** [7] - 11:12, 11:20, 11:22, 12:3, 15:2, 15:9, 81:6
**PORTELA** [1] - 1:7
**portfolio** [1] - 10:1
**portion** [2] - 13:21, 102:3
**possessed** [3] - 17:10, 85:18, 85:20
**possession** [15] - 56:10, 56:11, 56:12, 57:1, 86:6, 86:7, 89:17, 107:8, 108:21, 109:4, 109:16, 109:22, 110:2, 110:3, 110:11
**possibility** [1] - 111:14
**possible** [7] - 13:1, 58:18, 68:15, 95:11, 110:25, 111:21, 125:1
**post** [1] - 8:6
**post-arrest** [1] - 8:6
**posts** [1] - 123:17
**precipitated** [1] - 98:3
**predicate** [1] - 102:8
**predicated** [2] - 4:9, 114:2
**prefaced** [1] - 110:15
**prejudicial** [2] - 97:4, 97:8
**prep** [1] - 3:13
**preparation** [2] - 76:11, 78:8
**prepare** [2] - 3:17, 14:8
**prepared** [2] - 3:19, 102:5
**presence** [2] - 66:19, 87:21
**present** [62] - 12:5, 17:23, 39:9, 59:9, 59:11, 60:11, 60:21, 61:10, 62:20, 64:18, 65:13, 65:17, 66:13, 67:19, 67:20, 67:23, 68:3, 68:6, 68:9, 69:18, 69:21, 69:24, 70:20, 70:23, 71:15, 79:5, 81:17, 82:4, 82:9, 82:18, 83:9, 84:23, 85:3, 85:17, 86:14, 86:17, 86:24, 87:3, 87:19, 87:23, 88:3, 88:14, 89:10, 90:10, 90:15, 90:18, 91:8, 91:15, 91:20, 91:23, 92:12, 93:13, 93:18, 94:11, 94:13, 94:15, 97:21, 99:6, 99:15, 100:8, 100:25, 106:12
**presented** [1] - 54:3
**pretty** [8] - 18:11, 19:15, 21:1, 21:25, 46:10, 52:21, 98:10
**previously** [4] - 55:20, 56:17, 65:11, 113:2
**primary** [3] - 8:1, 76:13, 78:10
**prison** [14] - 6:2, 61:12, 61:15, 61:16, 61:18, 61:21, 62:1, 62:13, 63:8, 67:20, 93:6, 112:19, 112:21, 122:11
**probation** [6] - 113:15, 113:17, 113:21, 113:23, 121:3, 122:10
**problem** [5] - 10:6, 41:7, 41:13, 74:23, 92:7
**procedures** [1] - 24:22
**proceed** [1] - 111:13
**proceeding** [1] - 13:16
**Proceedings** [1] - 3:2
**PROCEEDINGS** [1] - 1:12
**proceedings** [3] - 12:22, 125:19, 127:4
**proceeds** [1] - 86:19
**process** [1] - 3:10
**Professional** [1] - 127:9
**proffer** [2] - 6:18, 7:5
**profits** [2] - 115:22, 115:24
**prompted** [1] - 98:23
**proof** [1] - 86:7
**property** [3] - 30:13, 32:24, 44:22
**prosecutors** [2] - 3:17, 114:12
**protection** [1] - 119:23
**prove** [2] - 96:11
**provide** [1] - 12:12
**provided** [4] - 5:24, 14:2, 58:3, 96:1
**psych** [2] - 15:2, 15:8
**publish** [4] - 59:13, 73:23, 78:14, 103:17
**pulled** [3] - 20:12, 29:20, 30:1
**pun** [1] - 12:10
**purchases** [1] - 83:13
**purchasing** [1] - 82:25
**purport** [1] - 75:23
**purports** [2] - 76:2, 77:24
**purpose** [2] - 76:4, 78:2
**purposes** [3] - 9:1, 95:22, 124:16
**put** [7] - 11:16, 13:12, 74:10, 82:22, 89:8, 102:22, 111:20
**putting** [1] - 5:9

**Q**

**quantities** [1] - 83:6
**quantity** [1] - 3:6
**questioned** [5] - 117:21, 117:23, 118:2, 118:3, 118:9
**questioning** [2] - 48:1, 49:18
**questions** [27] - 3:6, 3:18, 26:22, 27:5, 27:7, 27:9, 27:11, 33:8, 35:13, 35:16, 35:18, 35:19, 42:1, 42:3, 42:5, 42:6, 46:25, 47:13, 48:15, 52:2, 54:12, 54:14, 54:16, 54:18, 54:20, 58:18, 119:2
**quick** [2] - 19:15, 66:17
**quiet** [2] - 18:2, 29:3
**quite** [1] - 54:5

**R**

**R-I-V-E-R-A** [1] - 16:11
**race** [2] - 18:24, 18:25
**raise** [1] - 5:20
**raised** [1] - 43:8
**Ramirez** [7] - 88:1, 88:8, 88:14, 88:21, 89:10, 91:20, 108:2
**ran** [7] - 19:23, 20:11, 25:22, 25:23, 25:24, 45:20, 100:25
**random** [1] - 26:18
**rap** [1] - 23:23
**rapper** [1] - 112:6
**rapping** [3] - 112:8, 112:9, 112:11
**Raymond** [2] - 69:16, 69:19
**RDR** [1] - 2:9
**reach** [1] - 94:2
**ready** [1] - 13:12
**real** [2] - 3:12, 118:22
**really** [14] - 18:12,

18:21, 25:16, 25:20, 41:3, 44:25, 47:16, 51:13, 63:16, 63:21, 67:1, 69:7, 93:5, 100:15
**Realtime** [1] - 127:10
**reason** [5] - 15:3, 85:9, 85:15, 118:20, 122:17
**reasonable** [1] - 97:12
**reasons** [1] - 95:19
**receive** [3] - 91:3, 110:16, 122:14
**received** [10] - 4:7, 7:7, 7:9, 10:18, 10:19, 10:21, 11:2, 11:21, 75:21, 95:10
**receiving** [2] - 37:10, 93:8
**recess** [1] - 123:11
**Recessed** [3] - 15:19, 49:5, 77:12
**recognize** [11] - 22:18, 22:25, 23:21, 36:23, 60:17, 62:2, 62:24, 68:22, 70:4, 82:2, 84:17
**recognized** [1] - 22:22
**recollection** [1] - 5:4
**record** [11] - 16:10, 27:18, 36:5, 42:20, 55:3, 79:15, 80:1, 81:5, 81:14, 92:25, 127:4
**recorded** [2] - 75:19, 76:23
**recording** [7] - 75:21, 76:6, 76:12, 77:21, 77:23, 78:3, 78:10
**recover** [1] - 26:8
**red** [6] - 28:22, 30:18, 31:12, 31:13, 34:13, 59:5
**reddish** [1] - 51:22
**redirect** [6] - 27:10, 35:22, 124:5, 124:9, 124:23
**reduction** [4] - 57:5, 110:16, 110:25, 111:15
**redundant** [1] - 15:4
**refer** [1] - 62:14
**reference** [1] - 41:8
**referenced** [1] - 81:18
**reflect** [5] - 79:15, 80:1, 81:5, 81:14, 92:25
**reflects** [2] - 76:8, 78:5
**regarding** [5] - 6:13, 13:20, 71:12, 75:18, 97:4
**regards** [7] - 109:21, 110:5, 112:3, 112:6, 114:18, 116:25, 119:2
**Registered** [1] - 127:9
**relate** [1] - 29:14
**relation** [2] - 76:12, 78:9
**relationship** [2] - 29:13, 71:1
**release** [1] - 67:20
**released** [3] - 61:15, 61:22, 62:13
**relevance** [5] - 14:25, 39:6, 39:20, 97:9, 106:2
**relevant** [4] - 48:13, 95:19, 95:24, 97:5
**remember** [14] - 17:19, 19:5, 20:25, 21:20, 21:21, 25:17, 25:18, 26:14, 31:1, 50:1, 64:15, 118:22, 121:16, 123:11
**remind** [2] - 123:14, 124:5
**removed** [1] - 65:13
**rent** [1] - 100:24
**repeat** [2] - 65:16, 121:8
**report** [3] - 8:18, 8:25, 21:2
**REPORTED** [1] - 2:9
**reporter** [4] - 6:6, 9:24, 10:7, 124:2
**Reporter** [3] - 127:9, 127:9, 127:10
**Reporting** [1] - 2:9
**reports** [13] - 3:23, 4:2, 4:11, 6:21, 6:23, 7:8, 7:25, 8:3, 8:9, 8:11, 9:3, 9:7, 9:13
**represent** [1] - 23:18
**research** [1] - 123:19
**reserve** [3] - 13:7, 58:9, 58:12
**respect** [5] - 66:20, 67:9, 67:14, 67:15, 78:11
**response** [2] - 4:8, 71:12
**responsible** [1] - 95:1
**rest** [3] - 39:22, 58:13, 123:23
**Rest** [1] - 96:1
**restroom** [3] - 75:10, 75:14, 103:7
**result** [1] - 57:6
**resume** [2] - 49:17, 123:22
**resumed** [1] - 3:2
**Resumed** [3] - 15:20, 49:6, 77:13
**retaliation** [1] - 95:14
**retires** [4] - 46:22, 75:17, 101:20, 123:25
**return** [1] - 99:20
**returned** [1] - 22:11
**returns** [4] - 15:24, 49:9, 77:15, 103:14
**review** [3] - 7:16, 102:6, 102:13
**reviewed** [3] - 9:9, 73:7, 102:14
**reviewing** [2] - 3:5, 3:6
**revisit** [2] - 15:12, 77:9
**revisited** [1] - 14:25
**revolver** [6] - 29:23, 30:15, 45:8, 49:25, 52:13, 52:14
**RIP** [3] - 95:15, 96:24, 102:21
**risk** [1] - 66:12
**rival** [3] - 95:25, 96:6, 96:15
**rivalry** [2] - 96:10, 96:11
**Rivera** [8] - 16:7, 16:11, 23:18, 24:14, 24:16, 26:23, 26:24, 27:12
**RIVERA** [2] - 16:8, 126:3
**Riverside** [3] - 96:7, 96:8, 97:15
**road** [1] - 12:18
**rob** [2] - 86:21, 101:5
**robbed** [8] - 18:20, 21:4, 21:23, 22:6, 24:7, 29:1, 53:10, 53:11
**robberies** [7] - 25:5, 86:15, 86:18, 87:3, 87:24, 88:4, 91:4
**robbers** [1] - 44:11
**robbery** [56] - 7:6, 8:2, 8:4, 8:9, 17:5, 17:7, 17:11, 17:13, 17:25, 18:4, 19:14, 20:4, 20:9, 20:16, 22:10, 22:17, 22:20, 25:14, 28:12, 28:14, 32:7, 32:10, 43:14, 43:16, 43:18, 43:21, 44:20, 48:22, 49:21, 50:8, 50:12, 50:15, 51:15, 51:24, 54:1, 54:3, 54:8, 56:24, 86:19, 86:22, 87:1, 87:5, 87:7, 87:20, 90:6, 90:8, 90:11, 90:13, 90:15, 90:19, 90:23, 91:9, 91:16, 91:21, 98:3, 125:5
**robbing** [1] - 44:5
**robe** [1] - 39:18
**rocks** [2] - 120:19, 120:21
**RODOLFO** [1] - 1:7
**Rodolfo** [1] - 81:6
**Rodriguez** [5] - 84:20, 116:3, 116:6, 116:8, 116:22
**Rosoborough** [1] - 75:7
**roughly** [1] - 44:14
**round** [1] - 45:19
**Rubio** [4] - 27:8, 35:17, 42:9, 54:19
**RUBIO** [5] - 2:4, 27:9, 35:18, 42:10, 54:20
**ruling** [3] - 6:13, 7:24, 58:10
**run** [3] - 45:4, 66:17, 97:20
**running** [7] - 8:22, 30:14, 33:14, 33:20, 34:7, 51:19, 114:6
**runs** [1] - 114:3

## S

**Salas** [1] - 87:20
**sale** [2] - 57:3
**sales** [12] - 63:24, 64:1, 64:18, 64:20, 66:6, 70:21, 72:13, 79:5, 79:8, 94:11, 100:23, 106:11
**San** [1] - 125:6
**saw** [16] - 18:7, 21:25, 22:6, 22:14, 25:15, 29:18, 32:6, 33:14, 34:13, 45:17, 51:18, 51:19, 53:11, 68:17, 84:6, 96:4
**scene** [16] - 8:15, 21:24, 22:9, 22:17, 22:20, 22:21, 25:11, 30:7, 31:13, 31:22, 45:23, 48:18, 51:25, 52:1, 52:25
**schedule** [1] - 16:2
**schedules** [1] - 123:20
**school** [4] - 16:25, 28:7, 43:11, 71:3
**scootch** [1] - 60:1
**screaming** [1] - 26:17
**screen** [15] - 59:15, 60:19, 65:12, 69:4, 70:12, 73:16, 78:16, 78:20, 85:25, 101:14, 103:21, 104:11, 104:23, 105:2, 105:6
**screens** [1] - 101:6
**seal** [2] - 13:21, 14:13
**searched** [1] - 90:1
**searching** [1] - 89:24
**seated** [13] - 3:3, 15:25, 16:9, 27:17, 36:4, 42:19, 46:24, 49:12, 55:2, 77:16, 103:8, 103:15, 124:1
**second** [3] - 64:14, 95:23, 121:17
**secondary** [2] - 76:4, 78:2
**seconds** [1] - 51:20
**security** [1] - 44:24
**see** [49] - 5:15, 10:1, 12:24, 17:25, 19:9, 21:24, 22:9, 22:13, 23:2, 26:8, 31:10, 32:9, 34:7, 34:13, 35:12, 38:9, 41:1, 45:18, 45:24, 51:15, 52:5, 52:25, 59:2, 59:15, 60:3, 61:17, 63:22, 63:24, 64:1, 64:21, 67:19, 67:25, 69:11, 71:7, 79:11, 79:19, 80:19, 81:10, 92:8, 92:21, 94:6, 99:8, 99:23, 101:14, 103:10, 103:21, 105:19, 123:24, 125:18
**seeing** [2] - 53:15, 61:13
**Segovia** [1] - 125:7
**sell** [35] - 60:14, 61:2, 62:20, 64:9, 66:8, 66:14, 66:18, 66:22, 66:25, 67:25, 68:14, 68:17, 69:19, 71:4, 71:18, 71:24, 71:25, 72:10, 81:18, 83:3, 83:4, 83:21, 83:23, 83:25, 84:2, 84:3, 84:5, 84:24, 85:1, 86:23, 88:10, 89:11, 109:24, 116:6, 118:11
**selling** [16] - 59:10,

62:16, 62:18, 63:22, 66:12, 68:7, 71:6, 81:22, 84:14, 88:18, 88:24, 89:9, 95:21, 100:21, 121:4
**send** [1] - 122:11
**sending** [1] - 93:8
**sense** [2] - 5:19, 12:21
**sent** [4] - 47:2, 93:25, 94:1, 94:3
**sentence** [5] - 110:16, 110:25, 114:3, 114:4, 114:5
**sentenced** [4] - 3:7, 110:18, 111:5, 113:23
**sentencing** [2] - 55:16, 57:5
**separate** [2] - 13:1, 13:3
**separation** [1] - 13:4
**series** [1] - 46:25
**Services** [1] - 2:9
**SESSION** [1] - 1:5
**set** [1] - 49:2
**several** [1] - 25:5
**shackled** [1] - 77:7
**shadow** [1] - 25:20
**share** [3] - 85:3, 85:6, 115:24
**shared** [2] - 99:15, 99:18
**shell** [3] - 26:15, 52:3, 52:7
**shirt** [14] - 59:5, 69:10, 69:15, 69:17, 70:10, 79:14, 79:23, 79:25, 80:16, 81:4, 81:13, 92:24, 96:1, 124:19
**SHIT** [1] - 122:4
**shit** [1] - 122:4
**shock** [7] - 20:17, 20:18, 20:19, 46:3, 50:13, 50:21
**shoot** [3] - 34:4, 45:5, 50:24
**shooter** [2] - 97:23, 97:24
**shooting** [10] - 26:12, 30:14, 30:15, 45:19, 94:24, 97:1, 97:4, 97:7, 97:12, 97:21
**Shores** [1] - 2:5
**short** [1] - 13:11
**shorthanded** [2] - 13:6, 13:18
**shorts** [1] - 70:10
**shot** [13] - 26:6, 26:18, 34:2, 34:6, 34:11, 45:5, 50:23, 52:12, 79:3, 94:24, 96:4, 96:14, 97:17
**shots** [1] - 34:3
**show** [8] - 26:12, 59:12, 84:17, 95:24, 96:3, 96:16, 96:23, 121:15
**showed** [3] - 31:6, 60:9, 73:16
**showing** [16] - 35:7, 36:22, 59:20, 60:16, 60:25, 62:2, 62:23, 64:3, 65:1, 68:21, 70:3, 73:6, 80:5, 82:2, 86:11, 100:4
**shown** [7] - 59:19, 63:15, 68:24, 69:1, 72:8, 82:5, 104:23
**side** [4] - 17:12, 21:22, 49:2, 85:24
**sidebar** [2] - 74:12, 95:5
**sign** [10] - 51:17, 59:20, 59:21, 60:6, 60:9, 70:2, 103:23, 104:24, 105:7, 124:20
**signal** [1] - 12:2
**signed** [1] - 109:11
**signs** [4] - 101:24, 102:18, 103:10, 103:12
**similar** [4] - 45:18, 48:17, 83:10, 86:24
**simply** [1] - 74:25
**singer** [1] - 112:14
**single** [1] - 123:14
**site** [1] - 95:18
**sitting** [4] - 18:6, 28:15, 43:19, 50:18
**situation** [2] - 5:20, 12:6
**six** [4] - 84:3, 84:4, 120:19, 120:21
**skin** [6] - 19:7, 19:11, 44:15, 44:16, 44:18, 44:19
**skinned** [8] - 19:8, 20:1, 29:11, 29:12, 29:13, 44:13, 44:17, 50:5
**sleep** [1] - 115:3
**slender** [2] - 19:5, 20:3
**slightest** [1] - 95:9
**slim** [1] - 19:5
**smallest** [1] - 34:12
**Smoke** [9] - 69:3, 69:4, 69:9, 72:1, 79:10, 81:8, 82:14, 92:16, 99:19
**smoked** [4] - 120:11, 120:15, 120:17, 120:19
**so-called** [1] - 99:1
**so..** [1] - 22:11
**social** [2] - 5:5, 44:24
**sold** [28] - 46:17, 60:11, 60:22, 63:9, 67:20, 67:23, 68:3, 68:9, 69:24, 71:5, 71:20, 71:22, 82:15, 84:6, 84:10, 84:12, 88:14, 88:18, 88:21, 88:22, 100:8, 105:23, 106:12, 115:8, 115:21, 116:8, 116:22
**soldier** [1] - 96:17
**someone** [10] - 38:9, 40:12, 47:3, 92:2, 95:11, 97:5, 97:11, 116:14, 119:19, 122:19
**sometimes** [14] - 4:6, 62:11, 62:22, 65:25, 66:1, 67:11, 71:24, 82:21, 83:15, 84:4, 85:8, 94:3, 100:24
**somewhat** [1] - 45:25
**somewhere** [2] - 4:11, 4:14
**son** [2] - 6:8, 123:15
**soon** [1] - 29:19
**sorry** [17] - 10:9, 10:11, 23:8, 31:15, 32:18, 35:2, 35:10, 35:20, 39:17, 49:7, 49:16, 57:21, 57:22, 62:23, 77:6
**sort** [1] - 5:6
**sound** [1] - 11:15
**sounds** [1] - 11:13
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**southwest** [1] - 21:20
**Spanish** [5] - 44:13, 44:15, 49:23, 50:19, 50:22
**Spanish-looking** [1] - 44:15
**speaked** [1] - 114:14
**speaker** [1] - 95:2
**speakers** [7] - 75:23, 76:3, 76:6, 76:9, 77:24, 78:4, 78:6
**speaking** [3] - 41:14, 86:20, 96:24
**special** [1] - 76:20
**specific** [5] - 4:7, 5:23, 35:6, 58:17, 68:15
**specifically** [3] - 17:4, 76:7, 78:4
**speed** [1] - 45:4
**spell** [5] - 16:10, 27:18, 36:5, 42:20, 55:3
**spend** [1] - 100:19
**stacks** [1] - 100:2
**stamp** [2] - 45:17, 45:18
**stand** [4] - 9:11, 32:12, 49:17, 53:17
**standing** [2] - 18:6, 65:21
**staring** [1] - 18:13
**start** [3] - 62:16, 89:24, 98:24
**started** [6] - 30:14, 61:12, 61:24, 112:8, 112:9, 112:10
**state** [9] - 8:14, 16:9, 27:18, 36:5, 42:20, 55:2, 112:19, 112:21, 122:11
**State** [9] - 113:15, 113:17, 113:21, 113:24, 114:2, 114:5, 114:12, 117:2, 117:16
**State's** [1] - 117:4
**statement** [2] - 8:25, 11:17
**statements** [1] - 11:11
**States** [7] - 16:7, 27:15, 28:3, 36:2, 42:16, 54:24, 63:11
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**states** [1] - 8:17
**statutorily** [1] - 7:19
**stay** [7] - 10:15, 29:3, 52:16, 114:19, 115:4, 115:5, 115:6
**stayed** [1] - 26:3
**staying** [2] - 114:21, 114:22
**stays** [5] - 118:10, 118:14, 118:21, 118:24, 118:25
**step** [6] - 14:23, 15:18, 27:12, 35:24, 42:11, 54:21
**Steven** [3] - 17:18, 31:2, 44:10
**still** [9] - 6:9, 77:6, 85:25, 101:23, 113:14, 113:21, 113:24, 113:25, 121:3
**stills** [1] - 103:2
**stole** [1] - 32:1
**stolen** [2] - 21:1, 21:3
**stop** [3] - 51:17, 102:2, 123:9
**stopped** [1] - 31:7
**storage** [1] - 89:7
**store** [2] - 81:25, 83:16
**stored** [3] - 72:11, 86:4
**stranger** [3] - 119:11, 119:15, 120:6
**street** [2] - 25:9, 65:8
**Street** [9] - 1:17, 1:22, 2:2, 2:5, 25:8, 34:23, 51:17, 62:8, 82:1
**stricken** [1] - 71:13
**strike** [1] - 71:11
**striped** [1] - 81:4
**stripes** [1] - 59:6
**strokes** [1] - 4:6
**structure** [1] - 72:6
**studio** [2] - 39:2, 39:14
**study** [1] - 19:5
**stuff** [10] - 22:5, 25:13, 28:17, 29:20, 30:2, 30:11, 32:3, 33:15, 67:11
**subject** [2] - 90:15, 90:18
**substance** [3] - 56:3, 108:21, 109:23
**substantial** [1] - 9:10
**sudden** [1] - 47:14
**suggesting** [1] - 12:14
**suggestions** [1] - 12:9
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**supervisor** [2] - 43:1, 43:2
**supplemental** [1] - 74:9
**support** [1] - 15:7
**supposed** [2] - 26:12, 123:21
**supposedly** [5] - 12:20, 31:9, 31:17, 32:1, 53:1
**suspects** [1] - 52:4
**suspicious** [1] - 43:21
**sustained** [8] - 39:7, 46:14, 52:10, 80:23, 88:12, 89:19, 106:1, 106:3
**SW** [1] - 51:17
**sweater** [1] - 29:8
**sweets** [1] - 46:21
**switch** [1] - 71:24

**sworn** [5] - 16:8, 27:16, 36:3, 42:18, 55:1
**SWORN....................** ............. [1] - 126:14
**SWORN....................** .............. [1] - 126:7
**SWORN....................** ............... [2] - 126:3, 126:12
**SWORN....................** ................ [1] - 126:10
**system** [5] - 111:23, 114:2, 117:4, 117:7, 117:18

## T

**T-Mobile** [1] - 21:3
**T-shirt** [1] - 124:19
**tail** [1] - 11:8
**tall** [2] - 29:11, 44:12
**TAMRA** [1] - 2:9
**Tamra** [1] - 127:8
**tap** [2] - 69:4, 85:25
**tape** [8] - 75:19, 75:21, 76:5, 76:12, 76:23, 77:23, 78:3, 78:9
**tape-recorded** [1] - 75:19
**tapping** [1] - 85:16
**tattoo** [1] - 105:10
**Team** [1] - 57:14
**technical** [1] - 101:19
**Telli** [4] - 79:10, 92:17, 93:17, 99:19
**Ten** [1] - 77:11
**tend** [1] - 49:15
**tender** [5] - 23:13, 33:6, 41:24, 54:10, 106:14
**terminology** [1] - 109:6
**terms** [1] - 13:3
**testified** [5] - 4:5, 6:20, 24:16, 25:14, 114:15
**testifies** [1] - 97:22
**testify** [10] - 7:8, 7:12, 10:21, 12:17, 15:10, 57:8, 57:10, 99:2, 111:9, 124:25
**testifying** [6] - 7:22, 9:4, 10:19, 11:10, 11:14, 45:16
**testimony** [19] - 3:20, 7:2, 8:13, 8:16, 9:5, 9:10, 26:5, 26:17, 57:6, 76:10, 78:7, 96:14, 98:18, 103:11, 110:15, 114:1, 116:8, 116:23, 122:25
**THE** [219] - 1:12, 1:15, 1:19, 3:3, 3:24, 4:3, 4:21, 4:25, 5:8, 5:25, 6:4, 6:19, 7:1, 7:11, 7:13, 7:17, 8:5, 8:17, 9:6, 9:19, 9:23, 10:9, 10:11, 10:13, 10:15, 11:3, 11:7, 11:9, 11:13, 11:25, 12:22, 13:8, 13:10, 13:13, 13:15, 13:19, 13:24, 14:7, 14:17, 14:21, 15:17, 15:21, 15:25, 16:9, 16:11, 22:20, 22:23, 23:5, 23:14, 24:11, 26:21, 26:23, 26:25, 27:1, 27:3, 27:4, 27:6, 27:8, 27:10, 27:14, 27:17, 27:20, 33:7, 33:9, 35:15, 35:17, 35:20, 35:24, 36:1, 36:4, 36:6, 38:2, 38:8, 38:11, 39:7, 39:16, 39:17, 39:18, 39:21, 41:21, 41:23, 41:25, 42:2, 42:4, 42:6, 42:9, 42:11, 42:13, 42:15, 42:19, 42:22, 46:14, 46:19, 46:24, 47:4, 47:7, 47:9, 47:15, 47:24, 48:4, 48:7, 48:11, 48:18, 48:21, 48:25, 49:7, 49:11, 51:10, 52:10, 54:11, 54:13, 54:15, 54:17, 54:19, 54:21, 54:23, 55:2, 55:4, 55:18, 56:2, 57:21, 57:23, 57:25, 58:2, 58:5, 58:12, 59:25, 68:12, 69:7, 71:13, 73:3, 73:19, 73:24, 74:2, 74:5, 74:7, 74:13, 74:20, 75:1, 75:3, 75:7, 75:13, 75:18, 75:25, 76:2, 76:17, 76:22, 77:1, 77:5, 77:14, 77:16, 77:20, 78:15, 78:18, 78:19, 78:23, 79:17, 80:3, 80:13, 80:15, 80:17, 80:23, 87:11, 87:15, 88:6, 88:12, 89:19, 91:13, 93:2, 95:4, 95:6, 95:15, 96:3, 96:9, 96:12, 96:20, 96:23, 97:10, 97:19, 97:23, 98:1, 98:5, 98:9, 98:11, 98:17, 99:3, 99:7, 99:11, 101:7, 101:9, 101:12, 101:18, 101:21, 102:1, 102:4, 102:8, 102:11, 102:16, 102:24, 103:6, 103:8, 103:15, 103:18, 105:18, 106:1, 106:3, 106:15, 112:25, 113:4, 113:6, 118:16, 121:18, 121:20, 123:8, 124:1, 124:11, 124:21, 125:3, 125:8
**themselves** [1] - 96:8
**theory** [1] - 15:9
**Thereupon** [1] - 125:19
**Theye** [1] - 125:6
**thinks** [1] - 85:16
**Third** [7] - 62:6, 62:7, 62:8, 62:9, 62:14, 95:19
**Thompson** [1] - 8:10
**thorough** [1] - 98:8
**thoughts** [1] - 15:13
**threat** [1] - 11:23
**threats** [4] - 10:21, 11:2, 12:12, 13:25
**three** [5] - 65:11, 83:20, 103:1, 109:16, 113:19
**throughout** [1] - 8:22
**throwing** [5] - 59:20, 70:2, 103:23, 104:24, 124:20
**Thursday** [1] - 16:5
**tie** [3] - 59:5, 79:25, 124:22
**tie-in** [1] - 124:22
**tired** [1] - 123:12
**today** [19] - 4:16, 5:14, 7:2, 7:5, 7:19, 14:9, 15:13, 48:24, 59:2, 69:11, 79:11, 79:20, 80:20, 81:10, 92:21, 102:21, 110:15, 118:18, 122:25
**together** [10] - 3:10, 4:16, 62:21, 71:2, 74:10, 82:19, 82:22, 83:10, 97:11
**Toke** [4] - 122:22, 122:23, 123:1, 123:3
**tomorrow** [7] - 123:22, 123:24, 124:9, 125:2, 125:14, 125:16, 125:18
**tone** [4] - 19:7, 19:11, 44:15, 44:16
**took** [15] - 18:18, 19:15, 21:20, 28:16, 28:17, 30:4, 30:8, 30:23, 33:1, 33:15, 43:6, 45:4, 50:16, 51:16, 52:5
**top** [1] - 105:15
**total** [2] - 119:14, 120:6
**toward** [1] - 12:2
**towards** [8] - 17:9, 18:7, 25:23, 29:2, 43:22, 45:5, 45:20, 51:16
**town** [1] - 17:11
**track** [1] - 52:22
**tracked** [4] - 30:22, 46:4, 52:3, 52:21
**tracking** [5] - 21:11, 21:14, 24:23, 30:22, 31:5
**trafficked** [1] - 47:3
**trafficking** [8] - 47:23, 56:10, 56:13, 109:4, 109:17, 110:12, 112:24, 113:9
**trafficks** [1] - 48:5
**transaction** [1] - 93:23
**transactions** [1] - 93:19
**transcript** [30] - 3:11, 5:3, 14:24, 58:3, 74:9, 74:11, 74:16, 74:25, 75:20, 75:23, 76:2, 76:4, 76:7, 76:11, 76:12, 76:23, 77:22, 77:23, 78:1, 78:5, 78:8, 78:9, 78:11, 100:14, 102:4, 102:14, 103:3, 125:11, 127:3
**TRANSCRIPT** [1] - 1:12
**transcripts** [3] - 4:21, 102:13, 125:9
**transitional** [1] - 87:17
**translation** [1] - 74:16
**transported** [1] - 14:3
**trap** [13] - 64:8, 64:9, 65:5, 65:6, 70:18, 73:14, 73:15, 83:15, 84:7, 84:10, 94:9, 106:5
**traps** [7] - 64:10, 64:12, 64:18, 64:20, 84:12, 88:10, 103:12
**TRIAL** [1] - 1:12
**trial** [9] - 3:17, 11:4, 11:8, 13:5, 76:22, 98:4, 111:13, 111:15
**tried** [6] - 18:13, 19:12, 22:4, 34:4, 34:5
**truck** [1] - 50:14
**true** [1] - 33:18
**truth** [4] - 40:21, 117:25, 119:21, 119:22
**truthful** [5] - 117:24, 118:4, 118:6, 118:7, 122:7
**try** [5] - 22:3, 32:4, 53:16, 95:13, 95:20
**trying** [10] - 10:15, 25:9, 25:10, 25:20, 39:2, 47:15, 48:12, 78:17, 122:1, 122:13
**Tube** [1] - 24:5
**Tuesday** [1] - 16:5
**turn** [2] - 6:25, 9:14
**turned** [6] - 6:24, 8:3, 8:6, 8:7, 8:8, 74:1
**turning** [1] - 6:14
**twenty** [3] - 16:20, 36:11, 55:8
**twenty-five** [1] - 16:20
**twenty-four** [2] - 36:11, 55:8
**two** [25] - 5:9, 6:10, 8:12, 17:8, 18:8, 24:7, 25:15, 26:6, 28:15, 33:14, 33:20, 34:11, 42:6, 43:22, 44:13, 54:9, 57:1, 65:12, 83:20, 83:24, 95:19, 98:4, 98:13, 98:15
**type** [14] - 4:13, 16:2, 29:22, 29:24, 45:7, 52:12, 60:14, 62:18, 68:14, 81:21, 82:15, 82:23, 93:11, 100:9
**typewritten** [2] - 75:20, 77:22
**typically** [1] - 83:22

## U

**um-hm** [5] - 34:18, 34:20, 34:25, 41:15, 121:18
**unable** [1] - 52:7
**under** [6] - 13:21, 14:13, 57:14, 65:22,

Case 1:14-cr-20017-KMW Document 831 Entered on FLSD Docket 02/19/2015 Page 142 of 143





67:18, 113:21
**understandable** [1] - 13:15
**United** [7] - 16:7, 27:15, 28:3, 36:2, 42:16, 54:24, 63:11
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**unless** [3] - 4:12, 8:17, 48:23
**unreliable** [1] - 78:12
**unusual** [1] - 28:19
**up** [54] - 3:4, 3:13, 4:13, 4:18, 5:11, 5:12, 6:12, 7:2, 9:12, 12:7, 12:9, 12:17, 13:21, 16:1, 16:2, 18:6, 32:12, 34:5, 34:11, 43:6, 48:8, 48:9, 49:2, 53:17, 59:20, 61:22, 71:24, 74:3, 74:4, 76:20, 79:14, 79:23, 79:25, 81:4, 82:21, 83:4, 83:5, 89:23, 91:24, 92:1, 92:2, 92:6, 92:7, 92:24, 96:1, 98:23, 98:24, 101:4, 111:17, 122:1, 124:6, 124:9, 125:17
**upcoming** [1] - 10:2
**uses** [1] - 80:25

## V

**vast** [1] - 7:22
**vehicle** [9] - 36:15, 36:17, 37:18, 40:3, 40:9, 51:15, 51:19, 51:21, 53:3
**Velez** [9] - 10:18, 10:20, 11:2, 11:7, 11:18, 12:3, 12:17, 12:22
**Velez's** [1] - 14:16
**verbal** [1] - 40:2
**verify** [1] - 102:14
**version** [2] - 5:11, 77:3
**versus** [2] - 9:17, 71:20
**vests** [1] - 86:7
**vicinity** [1] - 10:24
**Victim** [1] - 9:8
**victim** [9] - 9:9, 17:5, 28:12, 43:14, 90:16, 90:19, 97:12, 97:22, 99:2
**victims** [5] - 7:6, 9:4, 90:11, 90:13, 90:23
**video** [34] - 73:12, 74:2, 74:24, 78:24, 79:3, 80:10, 95:15, 95:17, 96:4, 96:16, 96:23, 97:16, 97:21, 98:12, 98:14, 98:15, 98:18, 99:4, 99:20, 99:21, 99:23, 100:5, 100:16, 101:7, 102:3, 102:21, 102:22, 103:2, 104:15, 104:21, 104:25, 105:4, 105:8, 124:15
**Video** [1] - 104:9
**videos** [8] - 24:1, 24:4, 24:5, 98:15, 112:7, 112:10, 112:12, 112:14
**view** [1] - 67:9
**violation** [1] - 113:23
**violent** [4] - 67:11, 67:12, 67:17
**visit** [1] - 118:12
**visiting** [1] - 119:6
**VÁZQUEZ** [149] - 1:15, 3:23, 4:1, 4:20, 4:24, 5:19, 6:2, 6:23, 8:3, 8:7, 8:14, 8:21, 9:14, 10:5, 10:10, 10:12, 11:4, 11:8, 13:4, 13:9, 13:11, 13:14, 13:16, 16:7, 16:13, 22:21, 22:24, 23:4, 23:6, 23:13, 27:11, 27:15, 27:23, 33:6, 35:23, 36:9, 38:12, 39:8, 40:1, 41:5, 41:6, 41:24, 42:14, 42:16, 42:24, 46:15, 47:1, 47:5, 47:8, 48:6, 48:10, 48:17, 48:20, 48:23, 49:10, 49:20, 51:11, 52:11, 54:10, 54:24, 55:6, 56:6, 57:19, 57:22, 57:24, 58:1, 58:3, 58:16, 59:13, 59:14, 59:22, 60:5, 69:8, 71:14, 73:2, 73:4, 73:5, 73:17, 73:23, 74:1, 74:4, 74:6, 74:8, 75:24, 76:1, 76:16, 77:19, 78:14, 78:17, 78:21, 79:2, 79:15, 79:18, 80:1, 80:4, 80:18, 80:24, 81:5, 81:7, 81:14, 81:16, 87:13, 87:18, 88:13, 89:20, 91:14, 92:25, 93:3, 95:17, 96:6, 96:10, 96:18, 97:2, 97:18, 97:20, 97:24, 98:2, 98:7, 98:10, 98:12, 99:10, 99:13, 101:6, 101:8, 101:10, 101:13, 101:17, 101:23, 102:2, 102:6, 102:12, 102:22, 103:17, 103:20, 104:10, 104:16, 104:22, 105:1, 105:5, 105:9, 105:16, 105:22, 106:4, 106:14, 112:23, 124:10, 124:18, 124:23, 125:4
**VÁZQUEZ.....................** [5] - 126:4, 126:8, 126:11, 126:13, 126:15
**Vázquez** [19] - 3:9, 7:17, 16:6, 27:14, 35:22, 39:24, 41:23, 46:25, 47:15, 48:11, 49:17, 56:2, 56:5, 77:5, 77:17, 78:13, 87:16, 103:16, 124:4

## W

**wait** [9] - 14:10, 26:23, 27:1, 39:16, 41:21, 99:8, 125:10
**waiting** [4] - 6:9, 29:3, 49:7, 49:16
**walk** [3] - 29:19, 43:24, 101:23
**walked** [5] - 17:9, 18:12, 25:22, 25:23, 51:3
**walking** [6] - 18:14, 29:2, 29:18, 43:22, 43:25, 45:4
**wallet** [7] - 20:5, 20:6, 22:11, 23:7, 44:23, 44:24, 53:23
**wants** [1] - 125:17
**war** [1] - 62:8
**ward** [3] - 15:2, 15:8, 62:8
**Ward** [6] - 62:6, 62:7, 62:10, 62:14, 95:19
**warehouse** [2] - 43:1, 43:2
**Washington** [2] - 17:1, 43:12
**water** [2] - 77:6, 77:8
**weak** [1] - 90:25
**wearing** [20] - 18:11, 25:15, 25:17, 29:8, 50:2, 50:5, 59:5, 69:9, 69:10, 69:14, 69:15, 69:16, 69:17, 69:22, 70:8, 70:10, 70:11, 70:14, 70:15, 81:12
**Webber** [1] - 125:7
**Wednesday** [1] - 16:5
**weed** [6] - 89:8, 120:11, 120:12, 120:13, 120:15, 120:20
**week** [2] - 16:3, 83:20
**weeks** [1] - 12:18
**weight** [1] - 44:13
**West** [2] - 1:22, 16:24
**Weston** [1] - 2:10
**wetbacks** [2] - 90:14, 90:24
**whereby** [1] - 109:11
**white** [5] - 29:16, 44:17, 70:10, 92:24
**whole** [4] - 18:12, 27:1, 72:15, 83:18
**wife** [1] - 123:15
**WILLIAMS** [1] - 1:12
**wish** [4] - 5:17, 5:18, 6:11, 9:25
**wishes** [3] - 3:4, 10:3, 49:2
**withdraw** [1] - 87:13
**withdrawn** [2] - 25:11, 91:12
**withholding** [1] - 9:21
**witness** [41] - 3:13, 3:14, 3:15, 5:22, 9:2, 10:20, 12:4, 13:12, 14:15, 16:6, 23:13, 27:13, 27:14, 33:6, 35:25, 36:1, 41:24, 42:13, 46:23, 47:22, 48:4, 49:17, 54:10, 54:22, 54:23, 55:11, 77:6, 77:7, 77:10, 79:15, 80:1, 81:5, 81:14, 92:25, 97:7, 97:21, 101:24, 102:23, 106:14, 124:12
**Witness** [4] - 32:13, 42:12, 53:18, 86:3
**WITNESS** [11] - 16:11, 26:25, 27:3, 27:20, 36:6, 38:11, 39:17, 42:22, 55:4, 80:15, 126:2
**witness's** [1] - 103:11
**witnesses** [22] - 3:17, 5:9, 6:15, 6:16, 6:22, 6:24, 7:1, 7:4, 7:22, 8:12, 8:16, 8:20, 8:23, 10:2, 13:7, 13:12, 13:17, 14:1, 14:9, 15:10, 48:22, 125:2
**witnesses'** [1] - 4:10
**women** [1] - 57:13
**word** [4] - 62:14, 80:5, 100:2, 100:17
**words** [2] - 52:18, 109:7
**worried** [1] - 47:16
**wrap** [1] - 98:24
**wrist** [2] - 105:15
**writing** [1] - 110:21
**wrote** [1] - 21:4

## X

**Xanax** [1] - 82:17

## Y

**year** [15] - 36:14, 38:24, 38:25, 71:23, 72:5, 84:14, 85:4, 85:17, 85:20, 86:6, 86:14, 90:5, 90:10, 93:4, 117:9
**years** [5] - 109:25, 110:8, 111:6, 113:8, 113:19
**yelling** [1] - 26:17
**yesterday** [3] - 4:5, 5:7, 6:3
**young** [7] - 61:13, 65:21, 65:23, 66:3, 71:2, 119:13, 119:14
**yourself** [1] - 122:15
**YouTube** [1] - 112:12
**Yung** [3] - 23:1, 23:19, 39:10

## Z

**ZERQUERA** [2] - 55:1, 126:14
**Zerquera** [24] - 48:24, 54:25, 55:4, 55:7, 55:11, 57:5, 57:13, 58:17, 60:6, 64:8, 79:3, 91:23, 94:5, 99:14, 99:20, 101:14, 102:5, 103:21, 104:11, 104:17, 104:23, 105:23, 106:5,

106:19
**Zerquera's** [1] - 124:18
**Ziploc** [1] - 89:7
**zone** [1] - 62:8