DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 19, 2015

Plaintiff, **DAY 8**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-149

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

DAILY COPY

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 1:02 p.m.)

THE COURT: Everyone be seated. So we are waiting on two.

THE COURT SECURITY OFFICER: One now, Your Honor.

THE COURT: They are all here?

THE COURT SECURITY OFFICER: No, one.

THE COURT: We are waiting on one juror, then.

Is there anything that either the Government or the defense want to bring to my attention before we continue?

MR. DONET: Judge, my only issue is related to an email which we received from the Government last night. Consistent with the conversation that we had at sidebar, and as to the last part of the email, I don't know how much you want to talk about it now, I want some specifics as to who, what, and where as to the last allegations.

THE COURT: Okay. First, do we know why there is an echo?

MR. DONET: We do know.

MR. GONZALEZ: I hear the echo.

THE COURT: But you don't know why it's happening. If it continuous, I guess we have to have IT up again.

I haven't seen the email, so I don't know what it says.

Does anyone have a hard copy they could pass up? Thank you, Mr. Donet.

If the Government did send it to chambers, I apologize that I haven't seen it.

(Judge Williams reviewing email.)

So I guess what you are -- you, Mr. Donet, are asking what defendants spoke to Mr. Rodriguez?

MR. DONET: Correct, Your Honor.

THE COURT: Do you know -- did Mr. Velez specify, or did he just use the term "the defendants"?

MS. HOSSEINI: He did not specify, Your Honor.

THE COURT: If you could, since Mr. Velez is at the end of the case, I take it?

MS. HOSSEINI: Yes, Your Honor.

THE COURT: If you can at least by Monday inquire of Mr. Velez if he has any -- does he know. Clearly somebody told him somebody told him. Was he given any more particularized information as to which defendants. If he did not, then we will deal with that, but at this point that's all the Government has.

They will make inquiry, and we will see if there is anything further we need to discuss.

MR. DONET: Thank you, Judge.

MS. HOSSEINI: Thank you, Your Honor.

THE COURT SECURITY OFFICER: The jury is all here.

THE COURT: Anything we need to -- could you bring in the witness.

(Witness resumes the witness stand.)

THE COURT: Good afternoon, Mr. Zerquera.

THE WITNESS: Good afternoon.

THE COURT: Before we begin, Mr. Vázquez, apparently, surprise, the overhead is not working, the overhead camera. So on redirect we are going to have to think of a different methodology. If you would like to take a picture --

MR. VÁZQUEZ: I have a picture.

THE COURT: And then Mr. Zerquera can just raise his hand up. We had IT look into it, and yet another technological wonder bites the dust.

Mr. Gonzalez, are you ready?

MR. GONZALEZ: Just one second. I'm trying to get one exhibit.

Yes, Your Honor.

THE COURT: All right. Please bring in the jury.

(Jury returns at 1:07 p.m.)

THE COURT: Everyone be seated.

Good afternoon. Everybody has their coats and sweaters to keep warm this afternoon.

Mr. Gonzalez, you may continue with your questioning.

MR. GONZALEZ: Thank you, Your Honor.

**CONTINUED CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Mr. Zerquera, yesterday you were shown a series of photos and a video. I'm going to ask you with regards to Government**

**Exhibit 305, you testified yesterday that this -- that this exhibit shows you -- you are celebrating because you had gotten out of prison, correct?**

A. Correct.

**Q. And you said that that money was not drug money, that money had just been given to you, so you did not know where the money came from, correct?**

A. Correct.

**Q. And you also in questioning by the Government had stated that with regards to 2014, that with regards to BMT members, that everyone would be selling at their own risk. You remember saying that, correct?**

A. Yes.

**Q. So your narcotics, your money, correct?**

A. Correct.

**Q. I'm going to show you just a brief clip of Government's 89. But before we show it, I'm going to ask you a couple of questions.**

**In that video there is money that is being flashed around, correct?**

A. Correct.

**Q. All right. And you said that that money was drug money, contrary to what you said with regards to 305, that you didn't know where it came from, right?**

A. Correct.

**Q. Now, isn't it a fact that you identified the people in that video on 89, right?**

A. Right.

**Q. Yourself, my client, and Izzy Chacon, who is my client's cousin, correct?**

A. Yes.

**Q. Isn't it a fact that the money that was displayed there came as a result of Izzy Chacon cashing his IRS refund money?**

A. I doubt it.

**Q. Okay.**

MR. GONZALEZ: Can we play 89?

(Video playing.)

MR. GONZALEZ: Can you stop it right there and go back a second?

THE COURT SECURITY OFFICER: It's not on the screens.

MR. GONZALEZ: Pardon me?

THE COURT: It's not on all the screens.

MR. GONZALEZ: Okay. I'm sorry.

THE COURT SECURITY OFFICER: Not on the jury.

THE COURT: Now?

THE COURT SECURITY OFFICER: Yes.

THE COURT: Really? A new one that broke? You could move up to the second row today and not be juror number one.

Thank you. You may proceed.

MR. GONZALEZ: Can we hit it again, and I will tell you

when to stop it for the ladies and gentlemen of the jury that did not get to view it.

THE COURT: You are asking the Government?

MR. GONZALEZ: Yes, the Government. Mr. Vázquez is assisting me since he has the evidence.

THE COURT: That's kind of you, Mr. Vázquez.

(Video playing.)

MR. GONZALEZ: Stop it, please.

**BY MR. GONZALEZ:**

**Q. Mr. Zerquera, do you see right there in the arm of Mr. Chacon, Izzy Chacon, that he has a piece of paper?**

A. Yes.

**Q. Okay. Isn't it a fact that Mr. Chacon had cashed his IRS refund check at a cash checking place and that money that is being displayed is his IRS return monies?**

A. That would be very hard to -- I don't know. That's very hard to tell. I know me, Chacon, and him, we will sell that much amount of drugs, and there will be customers that pay with hundred dollar bills.

**Q. Do you recall Mr. Chacon giving you the funds on that particular day from his IRS refund money?**

A. No.

**Q. Okay.**

MR. GONZALEZ: Can you just go back a second, and we will be done with it.

(Video playing.)

MR. GONZALEZ: I think it's, like, 14. Tap it and then just stop it for a second. Right there.

**BY MR. GONZALEZ:**

**Q. Do you see that? He had a receipt in his hand, right?**

A. Yes.

**Q. And you don't remember him cashing a check?**

A. No.

**Q. Okay.**

MR. GONZALEZ: We are done with the exhibit. Thank you, Mr. Vázquez.

**BY MR. GONZALEZ:**

**Q. Now, yesterday you testified to the events of April 3, 2014, and the fact that you were arrested on that day and you were questioned by law enforcement. I'm not going to ask you any further questions on that, but with regards to the charges in this case, there came a point in time when you were arrested on June 14, 2014, correct?**

A. Correct.

**Q. And that was with regards to the charges in this case, and there was Miami officers and also ATF agents that participated in your arrest, correct?**

A. Yes.

**Q. And on that occasion you were also questioned with regards to your involvement with regards to BMT and with regards to the**

**events of April 3, 2014. Do you recall that?**

A. Repeat that question again.

**Q. On that particular day when you were arrested, after being arrested, you were questioned by Agent Perez and Detective Bernat with regards to your involvement in BMT and whether or not -- and what sort of criminal activity you were involved in on April 3, 2014?**

A. Right.

**Q. You recall that, right?**

A. I recall that.

**Q. And on that occasion you were specifically asked with regards to a firearm, and you said that you didn't know where the firearm came from, correct?**

A. No.

**Q. You were not truthful?**

A. I didn't say that. I said I got the firearm from a young kid and I was supposed to give it to somebody.

**Q. All right.**

MR. GONZALEZ: Your Honor, if I may approach?

THE COURT: Yes. Give the Government the page.

MR. GONZALEZ: Yes, I did. Page 8.

**BY MR. GONZALEZ:**

**Q. Do you recall being asked the following question: "You don't remember, it was inside your pocket, and that firearm, where did it come from?"**

**Your answer: "Um, I don't know."**

**That's what you told the agents.**

A. That's the first answer I gave them.

**Q. I didn't hear that, I'm sorry.**

A. That's the first answer I gave them.

**Q. Okay. So that was not a truthful answer, right?**

A. I probably wasn't sure at the time. I was pressured.

**Q. Now, you were also asked with regards to BMT, and you said you had nothing to do with BMT, correct?**

A. Correct.

**Q. So you testified here yesterday about all of this about BMT. When you said to the officers that you had nothing, not to include me with them, that I ain't got nothing to do with them, meaning BMT, that was not a truthful statement to the agents, correct?**

A. Correct.

**Q. And as a matter of fact, what you told them was that you had heard about BMT, but that you were not a part of BMT, correct?**

A. I don't recall that.

**Q. Okay.**

MR. GONZALEZ: Page 11.

MR. VÁZQUEZ: Objection; improper impeachment.

MR. GONZALEZ: He doesn't remember.

THE COURT: Well, you can ask.

MR. GONZALEZ: I am trying to refresh his recollection.

THE COURT: Ask him to read it silently.

**BY MR. GONZALEZ:**

**Q. If I show you the statement that you gave to the officers or the agents, would that help refresh your recollection or your memory?**

A. Yes, sir.

**Q. Thank you.**

**You were asked --**

MR. VÁZQUEZ: Objection, Your Honor.

THE COURT: Read it silently, Mr. Zerquera.

And then, Mr. Gonzalez, ask him if it refreshes his recollection.

MR. GONZALEZ: Okay.

(Witness reviews document.)

MR. GONZALEZ: I'm sorry, it's actually page 10.

(Witness reviews document.)

**BY MR. GONZALEZ:**

**Q. Does that refresh your recollection?**

A. A little, yeah.

**Q. You said yes?**

A. Yes.

**Q. So you told the agents that you had heard about BMT, correct?**

A. Correct.

**Q. That wasn't a truthful statement, right?**

A. At the time, no.
**Q. And they asked you specifically who was involved in BMT. Do you remember that?**
A. Yes.
**Q. And your answer was I don't know who all is involved in it, correct?**
A. Correct.
**Q. That's different than what you testified to here yesterday, because yesterday you gave all of the people that are involved in BMT and how you are involved in BMT. So it's different than what you told the agents, right?**
A. Well, when you have federal agents investigating you for a year, there is nothing to hide from them, I have to tell the truth.
**Q. But when you were arrested then, you were not truthful on June 14th of last year?**
A. No.
**Q. You were also asked about if you had claimed, that is, you had spoken out about BMT, and you denied that, correct?**
A. Correct.
**Q. And your words "that never came out of my mouth," you never claimed to be BMT, that's what you said, right?**
A. That's what I said back then.
**Q. Now, when you were arrested on that particular day, you were concerned about being on state probation, and you indicated that**

**to the agents, correct?**
A. Correct.
**Q. And you wanted to at all costs distance yourself from anybody that had been arrested on that particular day? You wanted nothing to do with these individuals, right?**
A. Yes.
**Q. And that's what you kept telling the agents, right?**
A. Right.
**Q. Specifically you said to them, don't mix me up with those people, I'm not a part of them, correct?**
A. Correct.
**Q. I'm not in no click, I'm not BMT, correct? Is that what you said to them?**
A. That's what I said.
**Q. In order to try to persuade them or convince the agents that you were being truthful, you basically said to them I'm being honest with you? You said that to them, right?**
A. Yes.
**Q. That was not the truth, correct?**
A. Of course.
**Q. When confronted with those are your partners, referring to people that had been arrested, your response was those are not my partners, correct?**
A. Correct.
**Q. And in addition to that, you were asked about other**

**involvement with other members of BMT, and your response was, "Don't put words in my mouth. I have never said that I'm a part of BMT," correct? You said that to them?**

A. Yes.

**Q. And you finish off that interview by saying, "I run by myself," meaning you do your thing, other people do whatever they want to do, correct?**

A. Correct.

**Q. And towards the end of that interview when they kept asking you about BMT, your response was "You want me to say that I'm BMT when I'm not. I can't say what I don't know."**

**Correct? That's what you said, right?**

A. Yes.

**Q. So your statements were that you didn't know BMT, you didn't know what they were up to, correct?**

A. Yes.

MR. GONZALEZ: Your Honor, may I have just one second?

THE COURT: Sure.

MR. GONZALEZ: I may have wrapped up already, but just for a second.

THE COURT: Okay.

MR. GONZALEZ: Your Honor, I have nothing further.

THE COURT: Thank you.

Mr. Horowitz.

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Mr. Zerquera, you plead guilty to three counts, did you not?**

A. Yes.

**Q. And after your plea was accepted by the Court -- I'm sorry, let me back up a little bit.**

**The judge told you as to Count 1 you are looking at a 10-year minimum up to a maximum of life in prison, correct?**

A. Correct.

**Q. The other three counts pertain to the April 3, 2014, incident, correct?**

A. Yes.

**Q. The Government will dismiss the cocaine count against you in Count 26, will they not, at time of --**

A. Correct.

**Q. You plead guilty to possession of a firearm by a convicted felon, correct?**

A. Yes.

**Q. And it's your understanding that carries no minimum sentence, but a maximum of up to 10 years in prison, correct?**

A. Yes.

**Q. In addition, you plead guilty to Count 28. In Count 28 you are charged with using and carrying a firearm in connection with a drug trafficking crime, are you not?**

A. Yes.

**Q. As a matter of fact, Government Exhibit 44, this is your gun, right?**

A. I can't see from here.

MR. HOROWITZ: May I approach, Your Honor? May I put it on the Elmo?

THE COURT: Put it on the Elmo.

**BY MR. HOROWITZ:**

**Q. Can you see what's already been admitted as Government's Exhibit 44?**

A. Yes.

**Q. Is that the firearm that you plead guilty to?**

A. Yes.

**Q. And your understanding is Count 28 that you plead guilty to carries a mandatory 5-year consecutive sentence to the sentence you will receive for the other counts, correct?**

A. Correct.

**Q. So you are looking at a minimum of 15 years in federal prison up to a maximum of life in prison; is that correct?**

A. Correct.

**Q. Now, I want to talk to you, if I can, a little bit about April 3rd. On April 3rd you had cocaine on you, correct? Crack cocaine?**

A. Yes.

**Q. As well as what's depicted in Government's 44, you had that gun in your right, front pocket, right?**

A. Yes.
**Q. That gun was loaded, was it not?**
A. Yes.
**Q. Showing you Government's Exhibit 45A, it may be a little difficult to see, do you see where my finger is? You had four rounds in that gun, correct?**
A. Correct.
**Q. In addition, that firearm had one spent casing in it, did it not?**
A. Yes.
**Q. And a spent casing is what's left after the firearm is shot, correct?**
A. Correct.
**Q. Do you know who Officer Coladas is?**
A. Yes.
**Q. He is kind of well known to you, is he not?**
A. I guess, yeah.
**Q. This wasn't your first time seeing Officer Coladas, was it?**
A. That was my first time.
**Q. Now, when Officer Coladas approached you, you had your hand in your right, front pocket where the firearm was, did you not?**
A. No.
**Q. Is it your testimony you never had your hand in the right, front pocket where the gun was?**
A. That's what the A Form says, but I never had my hand in my

right pocket.

**Q. In other words, that's what the officer said, correct?**

A. Yeah.

**Q. When you say it's on the A Form --**

A. Yes.

**Q. -- what the officer wrote?**

A. Yes.

**Q. And you are saying that's not what happened?**

A. No.

**Q. It's also your testimony that you never fired that gun, correct?**

A. Correct.

**Q. So that spent casing, how did that get in the firearm?**

A. Well, if you recall, the lawyer that was before you, he read the part when I told the agents that a kid had gave me the gun. That gun had already came like that.

**Q. But you said you were not truthful when you talked to the agents, right?**

A. I was truthful about that part.

**Q. In other words, you were truthful about some things, and you weren't truthful about other things?**

A. Yes.

**Q. Now, after you got arrested on April 3rd, you got taken to the City of Miami Police Department, did you not?**

A. Yes.

**Q. And you agreed to be interviewed by two detectives, did you not?**

A. Well, they never told me they was agents. I just got took to a room.

**Q. There was a City of Miami police detective in that room, Detective Bernat or Bernal?**

A. No, not that I recall.

**Q. Do you recall David Bernat? Do you know who that is?**

A. No.

**Q. How about Agent Perez, who is sitting over there?**

A. Yes.

**Q. Does he look familiar to you?**

A. Yes.

**Q. Was he there that day?**

A. I can't recall.

**Q. Would the transcript of that interview help refresh your recollection as to who was present?**

THE COURT: Could everyone approach, please.

(Bench conference commenced):

THE COURT: So I thought Mr. Gonzalez did a fabulous job on the interview. Didn't we do the interview for about 20 minutes?

MR. HOROWITZ: Yes, Your Honor. I'm not going to be repetitive as to what Mr. Gonzalez asked.

THE COURT: Okay. All right. Just checking.

(Bench conference concluded.)

THE COURT: You may approach the witness with the transcript.

MR. HOROWITZ: Thank you, Your Honor.

(Witness reviews document.)

**BY MR. HOROWITZ:**

**Q. Mr. Zerquera, does that help to refresh your recollection as to who was present?**

A. Yes, sir.

**Q. And you told the officer, the detective, and the agent that you weren't selling crack cocaine, correct?**

A. Correct.

**Q. And you told them that the 20 rocks that you had on you was for personal use, correct?**

A. Yes.

**Q. Do you know what a geek is?**

A. Yes.

**Q. What's a geek?**

A. When you mix crack cocaine with marijuana.

**Q. That's what you smoked, correct?**

A. Yes.

**Q. And you told them about that, correct?**

A. Yes.

**Q. And that was truthful, was it not?**

A. Yes.

**Q. And about 2½ months later after you spoke with them on April 3rd, June 14, 2014, you got arrested, did you not?**
A. Yes.
**Q. And you got arrested on June 14, 2014, on the indictment in this case, correct?**
A. Correct.
**Q. And they wanted to interview you again, "they" being law enforcement, right?**
A. Yes.
**Q. They had just talked to you a little more than 2 months previously, right?**
A. Right.
**Q. And you weren't happy about it, correct?**
A. Yes.
**Q. As a matter of fact, you told them why are you talking to me again, I told you everything the last time, right?**
A. Right.
**Q. But you agreed to talk with them again, did you not?**
A. Yes.
**Q. And the same agents were there, the same detective was there?**
A. Yes.
**Q. And you have known my client, Christopher Altamirano, since you were a jit, have you not?**
A. Since I was a kid, yes.

**Q. That's what a jit is, a kid, correct?**
A. Yes.
**Q. You went to school together, correct?**
A. Yes.
**Q. It wasn't too difficult for you to pick him out, was it? When the prosecutor asked you to identify him, it was pretty easy for you to pick him out? You have known him almost all your life, correct?**
A. Correct.
**Q. And when you talked to law enforcement, they wanted to know about Mr. Altamirano, did they not?**
A. I don't recall that.
**Q. And you told them what you told this jury yesterday. Do you remember being asked whether Mr. Altamirano sold drugs?**
A. No.
**Q. Do you remember the following question and the following answer --**
MR. VÁZQUEZ: Objection, Your Honor.
THE COURT: Grounds?
MR. VÁZQUEZ: Improper impeachment, improper refreshment of recollection. He said no.
THE COURT: Well, first, are we talking about the interview or the testimony?
MR. HOROWITZ: Testimony. May I approach with the transcript?

THE COURT: Yes, of course.
MR. HOROWITZ: May I approach, Your Honor?
THE COURT: You may.
**BY MR. HOROWITZ:**
**Q. Mr. Zerquera, I want to focus your attention on page 68, lines 3 through 8. I will give you a chance to review it.**
A. (Witness reviews document.)
**Q. Have you had a chance to review that portion of the transcript, Mr. Zerquera?**
A. Yes.
**Q. Does that help to refresh your recollection?**
A. Yes.
MR. HOROWITZ: May I approach and retrieve the transcript from him?
THE COURT: You may.
**BY MR. HOROWITZ:**
**Q. You know who Mr. Vázquez is, do you not?**
A. Yes.
**Q. The gentleman over here, the prosecutor?**
A. Yes.
**Q. Do you remember him less than 24 hours ago asking you the following question: "Were you ever present when Defendant Altamirano sold narcotics?"**
**Do you remember that question?**
A. Yes.

**Q. And your answer was?**
A. No.
**Q. Do you remember the question less than 24 hours ago: "Were you ever present when Defendant Altamirano spoke to you about selling narcotics?"**
A. Yes.
**Q. And what was your answer?**
A. No.
MR. HOROWITZ: May I have a moment, Your Honor?
THE COURT: Yes.
MR. HOROWITZ: No further questions, Your Honor.
THE COURT: Mr. Korchin.

**CROSS EXAMINATION**

**BY MR. KORCHIN:**
**Q. Mr. Zerquera?**
A. Yes.
**Q. Did you see Mr. Rodolfo Portela selling drugs?**
A. No.
**Q. Did you see Rodolfo Portela possessing firearms?**
A. No.
**Q. Did you see Rodolfo Portela committing robberies?**
A. No.
MR. KORCHIN: No further questions, Your Honor.
THE COURT: Thank you.
Mr. Donet.

**CROSS EXAMINATION**

**BY MR. DONET:**

**Q. Mr. Zerquera, you never saw James Dixon rob anybody, correct?**

A. Correct.

**Q. James Dixon wasn't involved in any of the violent actions that you had testified to yesterday, correct?**

A. Correct.

**Q. All right. And in the group, the more violent members received more respect, correct?**

A. Correct.

**Q. And the older members, the ones who had been around longer, also received more respect, correct?**

A. Repeat that question, please.

**Q. The members that had been around longer, a longer period of time, they received more respect, correct?**

A. Correct.

**Q. And you yourself -- you are older in age than most of the other defendants, and specifically Mr. Dixon, correct?**

A. Yes.

**Q. And you had gone to prison, so that gave you a little bit more respect, correct?**

A. Correct.

**Q. And the more senior members -- not everybody sold the same amount of crack, correct?**

A. Correct.
**Q. Some sold more and some sold less, correct?**
A. Yes.
**Q. And if you were more senior, you had more opportunities, correct?**
A. Maybe. It depends.
**Q. Well, if you had work, if you had drugs on you that you wanted to unload, you cut right to the front of the line and give it to a customer, correct?**
A. Yes.
**Q. No younger member is going to stop you, correct?**
A. Correct.
**Q. Now, in the photos that were shown with people holding up the BMT sign, now, that's something that was common in a lot of the photographs you would take, correct?**
A. Yes.
**Q. In those photographs you tried to look tough in those pictures, correct?**
A. Yes.
**Q. And isn't it true that there were times when people who weren't BMT would take photos with you, and they would also throw up the BMT sign, correct?**
A. Yes.
**Q. So you didn't have to be a BMT member to use the BMT sign, correct?**

A. Right.
**Q. Now, the BMT sign is just three fingers sideways. Could it be up?**
A. It could be up, sideways.
**Q. If you are going to be like okeydokey, any three fingers up?**
A. Yes.
**Q. Does it matter which fingers it is?**
A. Yes (indicating).
**Q. The last three?**
A. Yeah.
**Q. Okay. Now, you talked about some juvies that were selling near the traps. Do you remember that?**
A. Yeah.
**Q. And those juvies were asked not to sell there because the police said that you guys would get in trouble, that you would get in trouble and maybe some of the other people would get in trouble, correct?**
A. Correct.
**Q. Okay. And that's the reason why you didn't want them anywhere near you, correct?**
A. Correct.
**Q. Now, in the video we saw, you were seen showing off, right?**
A. Yes.
**Q. That's the purpose of the video, you were showing off trying to act like a big-time drug dealer, correct?**

A. Yes.
**Q. And that's why you are flashing all those bills, right?**
A. Right.
**Q. Now, it seemed that you had about $300 on you. Do you remember how much you had on you?**
A. No.
**Q. All right. Was that -- the amount that was in your hand, is that the amount that you made on a daily basis?**
A. Maybe close to that on a bad day, yeah.
**Q. On a bad day that?**
A. Yeah.
**Q. So if it was about $300, that would be a bad day for you?**
A. Yes.
**Q. And you testified you sold every day?**
A. Almost every day, yeah.
**Q. Would you say, what, five times a week? Five out of the seven days?**
A. Yes.
**Q. So in any given week, you would make anywhere from 1500 to maybe $2500; would that be fair?**
A. That's correct.
**Q. Okay. Now, let me ask you, in order -- in this deal that you are hoping to get from the Government, it's important that the bigger the fish, the bigger the deal you get, right?**
A. No.

**Q. Well, let me put it this way: It's important -- you don't have to look over there, you can look at me. I'm the one asking the questions. Don't look at the Government's table. Look at me. Yeah.**

**Now, the deal you got, not that you got, the deal that you are hoping to get is to take down big-time drug dealers, rights?**

A. No.

**Q. And the more drugs that you say that you sold, the better it's going to look for you when you testify, right?**

A. No.

**Q. Okay. So it was that amount that you were making on a weekly basis, 1500 to 2500 a week?**

A. Yes.

**Q. You didn't pay taxes for that money, right?**

A. Of course not.

**Q. Okay. So it was all cash money, right?**

A. Yes.

**Q. You didn't deduct some of that and put it away for a 401K, right?**

A. No.

**Q. That's cash on hand, right?**

A. Yes.

**Q. Now, but you slept in the abandoned building there at the trap, right?**

A. Yes.
**Q. And you didn't own a car, right?**
A. Right.
**Q. Do you own a Rolex watch?**
A. Nope.
**Q. You didn't own any fancy jewelry, right?**
A. Right.
**Q. Whatever jewelry we see in the photos maybe, that's all fake stuff, right?**
A. Could have been.
**Q. Yeah. And you don't own any property, do you?**
A. No.
**Q. No beach-front condo or nothing like that, right?**
A. No.
**Q. And sometimes you would go to your mom's house and change clothes and then come back, right?**
A. Right.
**Q. And to get to your mom's house, you would either bum a ride from somebody or take the bus or ride a bike?**
A. I would get a ride.
**Q. Now, there were times -- you had a girlfriend, right?**
A. Yes.
**Q. You are making good money. There is times you wanted to take her out, right, show her a good time?**
A. No.

**Q. No, you didn't like to take her out?**
A. No, I had no time for that.
**Q. You had no time for that. Did you ever take her to a hotel, want to go out to a hotel for a weekend?**
A. Yeah.
**Q. Do you remember in June trying to take your girlfriend out to the hotel and letting her know that you were going to rent some hotel room?**
MR. VÁZQUEZ: Objection; relevance.
THE COURT: Yes, sustained.
**BY MR. DONET:**
**Q. Now, you said you had plenty of money on hand, right?**
A. Yes.
**Q. But the truth is when you wanted to take your girlfriend out, you had to ask her for money because you couldn't afford the hotel, right?**
MS. HOSSEINI: Objection; relevance.
THE COURT: Sustained.
**BY MR. DONET:**
**Q. You were selling crack rocks, so most of them you were selling for 5 and 10 bucks at a time, correct?**
A. Yes.
**Q. Most of the people that pay you were paying you in fives and tens, correct?**
A. Yes. Well, not fives and tens all the time.

**Q. Not all the time, but most of the time, correct?**
A. If they come for one, if they want one, then they only pay $10.
**Q. Okay.**
A. If they come for ten, they will pay $100 bill or one hundred dollars in $20 bills.
**Q. What were the majority of your sales? Were they big sales, large sales where people buy 10, 20 rocks at a time?**
A. Sometimes they will come for 20 rocks, sometimes they would buy 200. It depends.
**Q. How often did it happen?**
A. Mostly on the weekends, Friday and Saturdays.
**Q. Now, you never took your money and went to the bank to cash small bills in order to get hundreds, correct?**
A. No.
**Q. Now, I have one more area I want to touch on. You started probation in January of 2014, correct? You got out of prison December '13, and then you had to do probation, correct?**
A. Probation started as soon as I got out of prison.
**Q. Okay. So you started on probation December 1st when you got out of prison, correct?**
A. Right.
**Q. And the first 5 days of every month you had to report to your state probation officer, correct?**
A. Yes.

**Q. And when you report to your state probation officer -- let me stop you there.**

**Probation, that's a promise you made to the State Court judge that if he cut you a break and not give you as much time in prison, and he put you on probation, that you would behave and you wouldn't violate any laws, correct?**

A. Yes.

**Q. But you lied to that judge, didn't you?**

A. I guess.

**Q. Even though you swore to him -- to her that you were going to abide by the law, and if he gave you that break, you would be okay. You didn't care, you got out and you started committing crimes right away, correct?**

A. No.

**Q. By the end of December you had already used marijuana or drugs, correct?**

A. No.

**Q. No? By the end of December you already sold crack, correct?**

A. No.

**Q. So in January when you went to your probation officer, they had a form to fill out, correct?**

A. Yes.

**Q. On that form you swear that you have not committed any new law violations, correct?**

A. Correct.

**Q. You lied when you filled that form out, correct, in January?**
A. No.
**Q. Okay. It asked you if you possessed a firearm, correct?**
A. Yes.
**Q. And you lied on that form. You told them that you did not possess a firearm, right?**
A. In January?
**Q. Yeah.**
A. No.
**Q. Okay. And they asked you about drug use, correct?**
A. Yes.
**Q. And you lied about that as well, correct?**
A. Yes, I lied about that.
**Q. Okay. That's a form that you fill out and you swear to tell the truth, correct?**
A. Yes.
**Q. But you didn't do it. You lied because that was convenient for you, right?**
A. I guess.
**Q. You guess? Do you lie when it's convenient for you?**
A. No.
**Q. No? How about the following month in February when you went to your probation officer and you filled it out? They asked you again to swear have you committed any --**
A. They don't usually ask me to fill out papers when I go to

the probation officer.

**Q. Would your probation officer ask you?**

A. Regular questions. Never asked me do I carry guns or nothing like that.

**Q. You never signed in and filled out paperwork?**

A. No. I just signed in my name but never filled out a paper saying have you carried guns, have you did drugs this month.

**Q. So on a monthly basis they are not asking you that?**

A. No. They asked me did I get a job, stuff like that.

**Q. Did you look for a job, right?**

A. Yes.

**Q. You didn't look for a job, did you?**

A. Yes, I looked for a job.

**Q. You did?**

A. Yeah.

**Q. I see. Other than selling crack?**

A. Yes.

**Q. So all of the months that you were on probation, you kept going back and lying to your probation officer, right?**

A. Right.

MR. DONET: I have no further questions, Your Honor.

THE COURT: Mr. Rubio.

MR. RUBIO: Yes, Your Honor.

**CROSS EXAMINATION**

**BY MR. RUBIO:**

**Q. Mr. Zerquera, I want to ask you some questions about Jay Flores. Do you understand?**
A. Yes.
**Q. Now, you were asked if you knew Mr. Jay Flores, and you said yes, correct?**
A. Yes.
**Q. Now, you started dealing drugs, I believe your testimony was, that that was back in 2008?**
A. Yes.
**Q. And that was in the Allapattah area?**
A. Yes.
**Q. And then you moved from the Allapattah area, and you moved into the area of Little Havana?**
A. Yes.
**Q. Roughly the area of 12th Avenue and 4th Street, that area there?**
A. Yes.
**Q. You said that you went to jail between 2010 and 2013, correct?**
A. Right.
**Q. And you got out of jail in December of 2013?**
A. Correct.
**Q. Up until that time, you had never heard about Jay Flores,**

**correct?**

A. Correct.

**Q. And when you got out, it was after you got out that you became aware of Mr. Jay Flores; is that correct?**

A. Yes.

**Q. Now, the prosecutor asked you -- he asked you how did you deal with Jay Flores in the year 2014. Do you remember that?**

A. Yes.

**Q. And I believe you stated, "To be honest with you, I don't really know him like that. When I got out of prison, he was just there. I never heard them say he was part of BMT. He just used to be there."**

**So would it be fair to say that you just saw him hanging out in that area after you got out of prison?**

A. Hanging around with us, yes.

**Q. I'm sorry?**

A. Hanging around with us, yes.

**Q. Okay. And when you saw him, he was in the area of 12th Avenue and 4th Street, correct?**

A. No.

**Q. Where?**

A. 11th and 5th.

**Q. Okay. You never -- would it be fair to say that you never saw him sell any drugs?**

A. No.

**Q. Okay. And would it be fair to say that he never sold any drugs from any of the traps or any of the locations that the Government was showing you photographs of, correct?**

A. I wouldn't know that.

**Q. The question is did you ever see him --**

A. No.

**Q. -- yourself? You never saw that.**

**Now, you were asked by the prosecutor about one incident that you did mention. Were you ever --**

THE COURT: Wait, wait, wait, Mr. Rubio.

(Bench conference commenced):

THE COURT: Okay. So you can impeach him, you can refresh his recollection, but you can't just read prior testimony and then say is that what you said. You can ask him does he recall testifying -- even that we are just going over it again. So either impeach him, refresh his recollection, but the dailies are not to read into the record.

Okay. Thanks.

(Bench conference concluded.)

**BY MR. RUBIO:**

**Q. Do you remember yesterday testifying that you had sent Mr. Flores a customer?**

A. I had sent him a customer?

**Q. Yeah, you stated that you had sent him a customer. Do you remember that?**

A. No. Can you bring it to me, please?
MR. RUBIO: May I approach the witness, Your Honor?
THE COURT: You may.
**BY MR. RUBIO:**
**Q. I'm going to show you page 93, what's at the bottom of page 93. I ask you to read that question and that answer and ask you if it refreshes your recollection as to your statement regarding sending a customer to Mr. Flores.**
A. (Witness reviews document.)
**Q. Do you remember saying that yesterday?**
A. Yes.
**Q. And that was one occasion, was it not?**
A. Yes.
**Q. And that was that you called looking for Mollies, correct?**
A. Yes.
**Q. You called a female?**
A. Yes.
**Q. And the female told you to contact Mr. Flores, correct?**
A. Correct.
**Q. And you don't know if that sale ever took place, correct?**
A. I do know.
**Q. Were you present?**
A. No.
**Q. Did you see an exchange of drugs?**
A. I was on the phone doing the transaction.

**Q. Can you explain that?**
A. My cousin was on the phone the whole time he rode over there, and I spoke to Jay, and he gave him the Mollies.
**Q. Okay. And would it be fair to say that no other member of the BMT at that point had Mollies to sell; is that correct?**
A. I don't remember.
**Q. Okay. You never got drugs from Mr. Flores to resell to anyone, correct?**
A. Correct.
**Q. And you stated that he really wasn't a part of BMT. Did you mean by that that he really wasn't a formal member of BMT?**
A. Well, I mean, in my eyes, I mean, I think he wasn't, but with those guys he probably was saying he was BMT, but I never considered him.
**Q. All right.**
A. Maybe with them he was, but I don't know.
**Q. Now, there were people that hung around the area that weren't BMT, correct?**
A. Correct.
**Q. And they were allowed to be in the area, correct?**
A. Correct.
**Q. And, in fact, I believe you stated to prior counsel, Mr. Donet's question, there were times that BMT members would be photographed with individuals that weren't part of BMT, correct?**
A. Right.

**Q. They were just hanging around, correct?**
A. Yes.
**Q. Now, you never saw -- you never saw Mr. Flores sell any drugs, correct?**
A. Correct.
**Q. And you never saw Mr. Flores in possession of a weapon?**
A. No.
**Q. And you never saw Mr. Flores being present when any violence was being used?**
A. No.
**Q. And you never saw Mr. Flores being present when any guns were discharged, correct?**
A. Correct.
**Q. And you never really saw him -- you never really saw him sell any drugs in the area of 12th Avenue and 4th Street or what's called Little Havana; is that correct?**
A. Correct.

MR. RUBIO: I have nothing further, Your Honor.

THE COURT: Thank you, Mr. Rubio.

Redirect, Mr. Vázquez.

MR. VÁZQUEZ: Your Honor, at this time I'm offering Government's 353 as a new exhibit without objection.

THE COURT: All right.

MR. HOROWITZ: Correct, no objection.

THE COURT: Government's 353 is admitted without

objection.

(Document marked as Government Exhibit 353 admitted into evidence)

MR. VÁZQUEZ: Permission to publish.

THE COURT: You may.

**REDIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, do you see what is shown on the screen?**

A. Yes.

**Q. What is that?**

A. My BMT tattoo.

**Q. Where is that on your body, sir?**

A. My arm.

**Q. Can you stand up and point to it for the members of the jury?**

A. (Witness complies.)

MR. VÁZQUEZ: Let the record reflect that the witness has pointed to his left forearm area.

THE COURT: All right.

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, were you BMT in the year 2014?**

A. Yes.

**Q. Were you close to BMT members in the year 2014?**

A. Yes.

**Q. Were they your close friends?**

MR. HOROWITZ: Objection.

A. Yes.

MR. HOROWITZ: Leading. Leading, Your Honor.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. You may answer.**

A. Yes.

**Q. What was -- how close were you to these people?**

A. Well, real close.

**Q. What would they do for you?**

A. You know, we would be good friends. We have known each other for a long time.

**Q. Were you friends with anyone else like the BMT members?**

A. Yes.

**Q. Who else were you as close to -- with as you are with BMT members?**

A. Not too many.

**Q. Were you given money by BMT members when you were released from prison?**

A. Yes.

MR. VÁZQUEZ: Permission to publish Government's 305.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Who gave you money, sir?**

A. Everybody who is in the house, Telli, Patron, a lot of new

faces I had seen.

**Q. Why did they give you money?**

A. Sort of like a welcoming home, you know. A little gift.

**Q. Did you do anything to earn that money?**

A. No.

**Q. And where did you get this money? Where was it given to you?**

A. Where was it given to me?

**Q. Yes.**

A. Inside the house.

**Q. And where did that money come from?**

A. I don't know where they got that money from.

**Q. How much money were you given?**

A. It was close to, like, a thousand dollars.

**Q. Did you have any other money other than the money these folks were giving you?**

A. No.

**Q. Did you have any other money for food?**

A. No.

**Q. Did you have any other money for clothing?**

A. No.

**Q. Was it easy for you to testify against these defendants?**

MR. HOROWITZ: Objection.

THE COURT: Sustained.

**Q. How did you feel about testifying against these defendants?**

MR. HOROWITZ: Objection.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. Defense counsel asked you about the statements that you made when you were arrested on April 3rd and June of 2014. Do you recall that?**

A. Yes.

**Q. Why did you make the statements that you did in April and June of 2014?**

A. Repeat that question.

**Q. Why did you testify as you did about the BMT members in April 2014 and June of 2014?**

A. Because it was truthful.

**Q. Why did you tell the agents that you didn't know these people, that you weren't BMT?**

A. Because I was on probation and I didn't want to go back to jail.

**Q. Were you concerned about hurting them?**

MR. HOROWITZ: Objection.

A. No.

THE COURT: Overruled and he has answered.

Mr. Zerquera, when you hear one of the lawyers stand up, just wait a second.

**BY MR. VÁZQUEZ:**

**Q. Mr. Zerquera, in the picture that's in Government's 305, was**

**this part of a music video that you were in?**

A. No.

**Q. When you were in possession of narcotics on April 3, 2014, were you shooting a music video?**

A. No.

**Q. On the same day, do you recall seeing Christian Ramirez on that day?**

A. April 3rd?

**Q. Yes.**

A. I don't recall.

**Q. Do you recall being arrested with Mr. Christian Ramirez?**

A. Christian Ramirez, yes.

**Q. Was a video shoot happening on that day?**

A. No.

**Q. Was your firearm a prop for a video shoot?**

A. No.

**Q. Was the crack a prop for a video shoot?**

A. No.

**Q. While you were out as part of BMT, who did you sell with?**

MR. HOROWITZ: Objection; asked and answered.

THE COURT: I will allow it.

A. Patron, Telli, Ali, Smoke, Fat Boy, Bori.

**Q. Were you present when they made money during April -- during the months of 2014 from drug sales?**

A. Yes.

**Q. Did you ever serve as a lookout for these individuals?**
A. No.
**Q. Did you ever hold drugs for these individuals?**
A. At one point in time, yes.
**Q. Did you ever lend them a cell phone?**
A. Yes.
**Q. Were you ever present when any of these individuals had a firearm while you or someone else sold narcotics? And if so, who and when?**

MR. HOROWITZ: Objection, Your Honor. Asked and answered.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**
**Q. You may answer.**
A. That was around 2013, early February. It would be Ali, Patron, Smoke, Telli.
**Q. And who had the firearm?**
A. Those names, Ali, Patron, Smoke, and Telli.
**Q. Were narcotics being sold at that time?**
A. Yes.
**Q. Were there times when you sold narcotics and someone else had a firearm?**
A. Yes.
**Q. Who was that and when?**
A. Most of the times it would be Ali.

**Q. Were there times when anyone else had a firearm while you sold narcotics?**

A. It would be Smoke sometimes, sometimes Telli, sometimes Bori.

**Q. Mr. Zerquera, you were asked about your probation by defense counsel. Do you recall that?**

A. Yes.

**Q. As you testify today, is there any agreement with regard to what's going to happen to your probation?**

A. No.

**Q. Do you have any idea what the State of Florida is going to do?**

A. No.

**Q. You were asked by defense counsel about videos and pictures. Do you recall that?**

A. Yes.

**Q. Why were videos posted on the Internet?**

A. Why were videos posted on the Internet?

**Q. Yes, or pictures, BMT pictures?**

A. You know, they would like to show off sometimes.

**Q. Who were they showing off to?**

A. I guess the media.

**Q. Did BMT members ever get attention from videos and posts on the Internet?**

A. Yes.

**Q. Who did they get attention from?**
A. People that would already have accounts on the Internet that would post on blogs or like the picture, stuff like that.
**Q. On Facebook and Instagram and social media, Internet, were you ever present, did you ever participate in or see people kind of fighting, disputing on the Internet?**
A. Yes.
**Q. And who would do that?**
A. I never seen them argue on it. I seen other people, but not them.
**Q. Were you ever present -- did you ever see people associated with the BMT or who didn't like the BMT posting against each other on the Internet?**
MR. GONZALEZ: Objection; leading.
THE COURT: Also hearsay. Sustained.
**BY MR. VÁZQUEZ:**
**Q. While you were on probation in 2014, did you sell drugs with Defendant Chacon?**
A. Yes.
**Q. How did you -- withdrawn.**
**While you were on probation in 2014, did you sell drugs with Defendant James Dixon?**
A. Yes.
**Q. While you were on probation in 2014, did you ever buy drugs with Defendant Altamirano?**

A. Yes.

**Q. How did you buy drugs with Mr. Altamirano?**

A. We would put money together.

**Q. What type of quantities were you buying with Defendant Altamirano?**

A. Probably buy, like, 16 grams.

**Q. And what would you do with your share of those 16 grams?**

A. After I sold it?

**Q. After you bought it.**

A. I would sell it.

**Q. How would the 16 grams come to you?**

A. By a supplier.

**Q. What did it look like when you received it?**

A. It comes in a cookie rocked up.

**Q. How did you divide this cookie that you purchased with Defendant Altamirano?**

A. We would split it in half.

**Q. Were you present when Defendant Altamirano took that cookie?**

A. No.

**Q. Do you know what he did with it?**

A. No.

**Q. How did he get his half and how did you get yours?**

A. Well, he would go to a customer's house we used to have, and he would go cut it up, and he would bring me the other half.

**Q. Do you know what he did with it after that?**

A. No.

**Q. How often did you see Defendant Jay Flores at a BMT trap in 2014?**

A. Well, when I got out of prison, he used to be there, like, almost every day. After that, after time started passing, like around March, he wasn't coming around as much.

**Q. Why did you pick Defendant Flores to try and secure some Mollies?**

A. Excuse me?

**Q. Why did you pick Defendant Flores to try and get some Mollies?**

A. I had called a female, and she led me to him.

**Q. Did the purchase go through?**

A. Yes.

**Q. You referred to Defendant Chacon as Patron. Do you recall that?**

A. Yes.

**Q. What does that mean?**

A. Patron?

**Q. Yes.**

A. Boss.

MR. VÁZQUEZ: No further questions, Your Honor.

THE COURT: Thank you.

All right. Ladies and Gentlemen, we will take an afternoon break until about 2:30. Don't talk about the case

with each other.

(Jury retires at 2:16 p.m.)

THE COURT: Who is next in the lineup?

MR. VÁZQUEZ: Detective Cosner, Your Honor.

THE COURT: Detective Cosner.

All right, everybody, 10 minutes.

(Witness excused.)

(Recessed at 2:17 p.m.)

(Resumed at 2:37 p.m.)

THE COURT: Everybody is here? Bring in the jury.

(Jury returns at 2:37 p.m.)

THE COURT: Everyone be seated.

I hear our monitors are fixed, for now.

All right, Mr. Vázquez. Call your next witness.

MR. VÁZQUEZ: The United States calls Detective Maggie Cosner from the City of Miami Police Department.

**DETECTIVE MAGDA COSNER, sworn**

THE COURTROOM DEPUTY: Would you please be seated. State your full name for the record and spell your full name.

THE WITNESS: My name is Magda Cosner, M-A-G-D-A, last name C-O-S-N-E-R.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, ma'am.**

A. Good afternoon.

**Q. How are you currently employed?**
A. City of Miami Police Department.
**Q. How long have you been with the City of Miami Police Department?**
A. About 28 years.
**Q. What is your current assignment?**
A. I'm a robbery detective.
**Q. How long have you been a robbery detective?**
A. For 7 years.
**Q. Prior to serving as a robbery detective, have you held other assignments with the City of Miami Police Department?**
A. I have worked narcotics, bike patrol, undercover assignments, beach patrol.
**Q. Detective, I want to turn your attention to November 20, 2013. On that date did you become part of a robbery investigation?**
A. Yes, I did.
**Q. How is it that you became involved in such an investigation?**
A. I was on call that evening, and I was called to respond to a scene of a robbery that had occurred over night.
**Q. And where did you respond to?**
A. 227 S.W. 13th Avenue.
**Q. And what did you do when you arrived at that location?**
A. After I briefly spoke to the officer that was there on the scene, I already had a little bit of synopsis of what had

occurred, I began to interview the victims.

**Q. After meeting with the victims, what happened in your investigation?**

A. After I met with the victims, I took the victims to do a showup at another location.

**Q. Was that the first time you arrived at that second location?**

A. Yes.

**Q. And what did you do once you arrived at the second location?**

A. I took each victim one by one to the location, and I first drove them to one location to do a showup with one of the offenders, and then I took the victim to the other location to show them another showup with other offenders.

**Q. During the process with the victims, did you meet a person by the name of Pedro Llerena?**

A. Yes.

**Q. And did you conduct an identification procedure with Mr. LLerena?**

A. Yes, I did a showup with him.

**Q. How did you -- specifically to Mr. LLerena, how did you do that?**

A. Before I drive any of the victims to do a showup, of course I tell them that we have people detained, but the persons we have detained may or may not be the persons that have robbed them. I told them they don't have any obligation to make an identification. They just have to tell me, you know, if this is

the person that did the robbery or did not do the robbery.

**Q. And did you do that with Mr. Llerena?**

A. Yes.

**Q. How many scenes did you take Mr. Llerena to?**

A. I took them to two scenes.

**Q. And during that process, did Mr. LLerena, was he presented with anyone?**

A. I'm sorry?

**Q. Was he presented with anyone?**

A. Yes.

**Q. Where did he go first?**

A. He went to a location on N.W. 11th Avenue and 4th Street.

**Q. And where was he during this process?**

A. He was inside my vehicle, my unmarked vehicle.

**Q. Was anyone else there?**

A. In my vehicle? No, just him.

**Q. And how did the identification process go forward?**

A. The victim remains in my vehicle, and I drive up to the scene where the first offender was, and the offender is out in an illuminated area, and I asked him if that was a person that robbed him or committed the crime against him.

**Q. And on the first scene how many people were shown to Mr. LLerena?**

A. On the first scene only one person.

**Q. And during that process, did Mr. LLerena make an**

**identification?**

MR. HOROWITZ: Objection; hearsay.

MR. VÁZQUEZ: Statement of identification.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. Did Mr. LLerena make an identification?**

A. I'm sorry, can I refer to my --

THE COURT: Well, no.

**BY MR. VÁZQUEZ:**

**Q. If there is anything that would refresh your recollection, let me know.**

THE COURT: Well, hold on a minute.

(Bench conference commenced):

THE COURT: So she can't read from her notes. She has to testify independently. So unless you want to give up that whole folder she has got in front of you, I think you need to get her notes. And then if she asks for her notes, you can give it to her to refresh her recollection.

I'm worried that if she is sitting there with it -- I mean, it's just human nature to glance down. So either -- if you have a report --

MR. VÁZQUEZ: I have a report.

THE COURT: Ask her from her memory and tell her not to refer to anything, and you will give it to her to refresh her recollection.

MR. HOROWITZ: Under the Federal Rules of Evidence 612, we are entitled to everything that she brought with her to the witness stand.

THE COURT: No.

MR. HOROWITZ: It may be more than just a report. If she is using her file on the robbery to refresh her recollection, that's what she has with her, I think we are entitled to it.

THE COURT: She could have her grocery list or it could be another file. We don't know what it is, Mr. Horowitz, and that's why, one, she can't read from it; two, she can't refer to it.

If you want to retrieve it, but if she is going to use anything, it's going to be something, one, that has been turned over and, two, that you use to refresh her recollection.

Okay.

(Bench conference concluded.)

MR. VÁZQUEZ: Your Honor, may I approach the witness?

THE COURT: You may.

**BY MR. VÁZQUEZ:**

**Q. Ma'am, the last question I asked you was about the identification procedure for Mr. LLerena. Is there anything to refresh your recollection?**

A. Yes, it would be my report.

MR. VÁZQUEZ: Permission to approach, Your Honor.

THE COURT: You may.

MR. HOROWITZ: Your Honor, may we see what's being used?

THE COURT: Sure. You have that report, yes, Mr. Horowitz?

MR. HOROWITZ: Yes, we do, Your Honor.

THE COURT: Okay.

**BY MR. VÁZQUEZ:**

**Q. Ma'am, please look through the report, read it silently, and when you have completed, please look up at me.**

A. (Witness reviews document.)

Okay.

**Q. Ma'am, is your memory refreshed?**

A. Yes.

**Q. Did Mr. LLerena make an identification?**

A. Yes, when we drove to the first scene, he told me that --

**Q. Go ahead.**

A. He told me that is the one that shot up in the air when he was robbing me.

**Q. Who was that?**

A. That was Altamirano.

**Q. Now, ma'am, if you saw Mr. Altamirano again, would you be able to identify him?**

A. Yes, I believe so.

**Q. Would you please attempt to do so now?**

A. Okay.

THE COURT: You can stand, if you like, Detective.

THE WITNESS: Can I get closer?

THE COURT: Absolutely.

A. The one in the light blue shirt.

**Q. Thank you, ma'am.**

MR. VÁZQUEZ: Let the record reflect that the witness has identified Defendant Altamirano.

THE COURT: All right.

**BY MR. VÁZQUEZ:**

**Q. Did you show Defendant -- did you show Mr. LLerena any other persons?**

A. Yes. I took him to another location on N.W. 4th Street and 11th Avenue.

**Q. Was he able to make any other positive identification?**

A. In that location -- I'm sorry, can I please --

**Q. Is there anything to refresh your recollection?**

A. Yes, the report. I'm sorry.

**Q. What is it?**

A. The report. I'm sorry.

MR. VÁZQUEZ: Permission to approach?

THE COURT: You may.

(Witness reviews document.)

**BY MR. VÁZQUEZ:**

**Q. Detective, do you recall if Mr. LLerena made any other**

**positive identification?**

A. Not on the second scene.

**Q. Did you meet with an individual by the name of Donald Rivera on the evening of November 20th going into November 21, 2013?**

A. Yes, I did.

**Q. And did you conduct a showup identification procedure with this person?**

A. Yes, I did.

**Q. How did you do that with Mr. Rivera?**

A. After I dropped off one of the victims, I picked up Rivera, and I went to the first location, which was 11th Avenue, 10th Avenue and 4th Street, and I took him to see the first offender, and I did the showup and the same procedure.

**Q. How many individuals was Mr. Rivera shown in the first location?**

A. In the first location there was only one individual.

**Q. And what did Mr. Rivera say?**

MR. HOROWITZ: Objection; hearsay. And may we approach? It's a different basis.

THE COURT: Okay.

(Bench conference commenced):

MR. HOROWITZ: Your Honor, I would -- unlike Mr. LLerena who said that he did make an out-of-court -- made an identification at the showup, the other victims of the robbery who testified said that they were unable to make any

identification at the showup. There was only one victim that made an identification at the showup. All four of them could not identify Mr. Altamirano.

Only Mr. LLerena said I did make an identification at the showup, but I don't remember who it is as I sit here on the witness stand. The other three said -- they were asked questions by Mr. Vázquez regarding the showup, and each one of the three said we made no identification.

MR. VÁZQUEZ: They attempted identification, but they were not confident at the time. That was their testimony.

THE COURT: Right.

MR. VÁZQUEZ: She was there. She can testify -- we made the witnesses available for cross examination. She is going to testify about who they picked.

THE COURT: I thought she -- I thought they said they didn't -- they couldn't pick anyone.

MR. VÁZQUEZ: They said -- this is my recollection --

THE COURT: Right.

MR. VÁZQUEZ: -- that they attempted to.

THE COURT: Right.

MR. VÁZQUEZ: And she is going to testify as to what they attempted to.

THE COURT: No, no. Did they make an ID or not?

MR. VÁZQUEZ: Her report documents that they did. They testified as they did at the trial.

MR. HOROWITZ: Subject to cross examination, each of the three said -- the three remaining that have testified so far said we made no identification at the showup. There is no affirmative act.

THE COURT: Well, did you have the information that is in the detective's report that they made the ID?

MR. HOROWITZ: Yes, I did, Your Honor.

THE COURT: Okay.

MR. HOROWITZ: But they denied making the IDs under oath before this jury.

THE COURT: Correct. So there are inconsistent facts that the jury will sift through and give the weight that they need.

(Bench conference concluded.)

THE COURT: Continue, Mr. Vázquez.

**BY MR. VÁZQUEZ:**

**Q. Detective, I wanted to walk back to the Llerena identification for a moment.**

A. Okay.

**Q. At the second scene, how many individuals were shown to Mr. LLerena?**

A. A total of seven.

**Q. Who were these people, if you recall?**

A. Okay. Thompson --

MR. HOROWITZ: Your Honor, could the record reflect

that she is reading from her report?

THE WITNESS: No, I am not. I don't have the report with me.

THE COURT: She is thinking. Difference.

A. Thompson, Nadim, Joel Diaz, Carlos Tiliote, I believe.

**Q. Ma'am, is there anything that would refresh your recollection?**

A. Yes, the reports. I'm sorry.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Without reading, once your memory is refreshed, look up.**

A. Okay. I'm sorry. (Witness reviews document.)

**Q. Ma'am, is your memory refreshed?**

A. Yes.

**Q. Who was shown to Mr. LLerena at the second scene?**

A. Dwight Forte, Chacon, Thompson, Joel Diaz, Carlos Tinoco, Nadim. Did I mention Thompson already? And Chacon?

**Q. You mentioned Chacon.**

A. Okay.

**Q. Ma'am, how far was the first scene where Mr. LLerena identified Defendant Altamirano from the second scene?**

A. One block. Altamirano was on 10th Avenue, and the other seven subjects were at the 11th Avenue.

**Q. For Mr. Rivera, how did you conduct the identification**

**procedure?**

A. The same way that I did it with Llerena. I took him first to the scene on 10th Avenue where Altamirano was at, and I explained the same procedure. With each of the victims I explained the same procedure, that they didn't have to make an identification, that I was going to show them a group of subjects.

**Q. And who did you show first to Mr. Rivera?**

A. I went to 10th Avenue where Altamirano was at.

**Q. And what happened when you presented Defendant Altamirano to Mr. Rivera?**

A. He made an identification on Altamirano. He told me that, yes.

MR. HOROWITZ: Objection. Other than the ID, hearsay.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. What happened to Mr. Rivera after the identification of Defendant Altamirano?**

A. We went to the second scene where each of the seven subjects were brought up to the light, and he was shown each of the seven subjects until he made a second identification.

**Q. Who did he identify?**

A. He identified Thompson in that.

**Q. Were the same persons shown at the second scene to Mr. Rivera as were shown to Mr. LLerena?**

A. Yes.

**Q. On the same date did you have the opportunity to conduct an identification procedure with a Mr. Norlyn Obregon?**

A. Yes.

**Q. How did you conduct that identification procedure?**

A. In the same manner. I picked him up by himself, took him to the first location where Altamirano was at on 10th Avenue, and he made an identification there. And then I took him to the second --

**Q. Who did he identify?**

A. On the first location Altamirano.

**Q. What happened to Mr. Obregon after the identification of Defendant Altamirano?**

A. Then we continued to the second scene, and I did a showup with all seven subjects, and there he identified Thompson.

**Q. Were the individuals presented to Mr. Obregon the same individuals that were presented to Defendant -- witness Rivera and witness Llerena?**

A. Yes.

**Q. While you were on scene of where the subjects were located, did you locate anything of interest to your investigation?**

A. Yes. On the second scene it was one of the -- one of the victims' phone had brought us to that location, and also property that belonged to the victims was located in the location.

**Q. What happened to the victims' property?**
A. The victims' property?
**Q. Yes.**
A. After it was identified to the victims, it was returned to them.
**Q. During the investigation, did you oversee the collection of evidence in this case?**
A. Yes.
**Q. And where did you collect evidence from?**
A. Well, the evidence was collected from inside a vacant home on 11th Avenue and 4th Street, and it was brought to me, and it was photographed by our CSI unit, and then it was turned into property.
**Q. Were there any vehicles that were searched during this investigation?**
A. Yes. There was a vehicle that was located right in front of the location, and that vehicle was searched. It was a Dodge Magnum.
**Q. During this investigation did you speak with the owner?**
A. Yes, I did.
**Q. Who was the owner?**
A. Elliott was his first name.
**Q. Was the owner on scene?**
A. No.
MR. VÁZQUEZ: Your Honor, at this time I would offer

without objection Government's 39, Government's 41, Government's 337, and Government's 336.

THE COURT: All right. The Government's 39, 41, 336, and 337 will be admitted without objection.

(Evidence marked as Government's Exhibits 39, 41, 336, and 337 admitted into evidence)

MR. VÁZQUEZ: Permission to approach the witness. I have a pair of scissors to open one of the items.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been admitted into evidence as Government's 41. Please open it, look through it, and then look up when you are complete.**

A. (Witness complies.)

**Q. What is contained in Government's 41?**

A. Paperwork belonging to Dwight Forte. There is a school ID, there is another ID belonging to Nadim Guzman, credit cards from Dwight Forte, and a couple of cell phones and another license from Steven Michael Castro, and Dwight Forte's social security card.

**Q. Showing you what has been admitted as Government's 39, what is it?**

A. It's U.S. currency.

**Q. And where was this U.S. currency recovered from?**

A. This was inside the Dodge Magnum.

**Q. Detective, I'm showing you what has been admitted into evidence as Government's 337. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. It's a Glock pistol that was located at the location where the seven subjects were located at.

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, if you are able, if you could examine the firearm and tell us the specific maker of the weapon, if you can see it.**

A. It's -- you need the serial number also?

**Q. No, just the maker.**

A. The Glock. It's hard...

MR. VÁZQUEZ: Your Honor, permission to open the bag, please.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Please open the bag, inspect the firearm, and look up when you have had a chance to identify its manufacturer.**

A. A SIG 2340.

THE COURT: You need to speak into the microphone.

A. It's a SIG. It's a 2340. I'm sorry, it looked like a Glock.

**Q. And where did you receive the firearm that's been admitted**

**as Government's 337?**
A. I received it at the location on the corner of N.W. 4th Street and 11th Avenue. It was inside the vacant location. It was found in the attic.
**Q. Showing you Government's 336, do you recognize it?**
A. Yes.
**Q. What is it?**
A. That was the ammunition that was inside the weapon, the SIG.
MR. VÁZQUEZ: One moment, Your Honor.
**BY MR. VÁZQUEZ:**
**Q. Detective, when you conducted the identification procedures, were persons able to see inside the car?**
A. No, I have tinted windows. So you are saying can they from outside see inside the vehicle? No.
**Q. When you conducted each of the identifications, how close did you get to any of the subjects on a given time?**
A. Approximately from the tip of my -- I had a Ford Taurus at the time. Probably about 10 feet they were from the vehicle.
**Q. And did you do that with each and every subject that was shown to the victims?**
A. Yes, approximately.
**Q. And did that happen at both of the locations?**
A. Yes.
**Q. What were the lighting conditions like at both locations during the identifications?**

A. On both locations there were street lights, and in addition to that there was illumination also in the area with a police -- the white light that they had illuminating the area from the police vehicle.

**Q. Were you able to see the subjects clearly?**

A. Yes, I was.

**Q. Detective, during the identification procedure, were all the subjects on the scene presented to the victims despite the fact that an identification had already been made?**

A. Yes. All seven individuals on the second scene were shown even if they did identify one of the subjects until I showed them all seven individuals.

MR. VÁZQUEZ: Your Honor, I tender the witness.

THE COURT: Cross examination, Mr. Gonzalez.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Good afternoon, Detective Cosner.**

A. Good afternoon.

**Q. You identified my client, or at least you mentioned his name as being one of the seven individuals at one of the locations; is that correct?**

A. Yes, he was one of the individuals in the first location.

**Q. And that would have been the abandoned house, right?**

A. No.

**Q. My client is Maurin Chacon.**

A. Oh, okay. I'm sorry. I thought you were talking about Altamirano.

**Q. No, Maurin Chacon.**

A. Okay.

**Q. He was one of the seven at the abandoned residence, right?**

A. That is correct.

**Q. And none of the individuals that you took there for purpose of identification, none of them identified my client as having anything to do with the robbery, correct?**

A. No.

**Q. Thank you.**

MR. GONZALEZ: Nothing further, Your Honor.

THE COURT: Mr. Horowitz.

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Good afternoon, Detective.**

A. Good afternoon.

**Q. Now we will talk about Mr. Altamirano.**

A. Okay.

**Q. Detective, you are -- you have been a robbery detective for a lot of years, correct?**

A. Yes.

**Q. And you were considered the lead detective in this robbery, were you not?**

A. Yes.

**Q. As the lead detective, you were kind of like the clearing house for what every other law enforcement official does at multiple scenes of this crime, correct?**

A. With the -- if you want to clarify that because --

**Q. For example --**

THE COURT: Mr. Horowitz, don't talk over the witness.

MR. HOROWITZ: Yes, Your Honor. I apologize.

**BY MR. HOROWITZ:**

**Q. For example --**

A. No, no, I'm just saying if you want to clarify that.

**Q. Sure. There was three scenes. There was the scene where the robbery took place, correct?**

A. Yes.

**Q. There was the scene at the house, I think it was on 11th Street, where there were seven people lined up, correct?**

A. Right, on 11th Avenue.

**Q. And the third part is where Mr. Altamirano was, right?**

A. Correct.

**Q. So would you agree with me that there were three separate locations regarding this case?**

A. Yes.

**Q. And whatever evidence may -- there was a fourth scene. There was the Dodge Magnum, correct?**

A. That was in front of the --

**Q. It was in front of the house?**

A. Correct.

**Q. Was it around the corner or down the block?**

A. It was just, like, two houses down from where the house is.

**Q. Everything that occurred between the car, the house, the site of the robbery, and where Mr. Altamirano was all went through you, correct? It was your case?**

A. Yes. Before I got there, there was other officers at the scene.

**Q. In other words, Government Exhibit 39, which is cash --**

A. Correct.

**Q. -- by the way, how much is in here?**

A. I don't recall. I would have to see the property receipt.

MR. HOROWITZ: May I approach, Your Honor?

THE COURT: Yes.

MR. VÁZQUEZ: I didn't open it.

MR. HOROWITZ: May I approach with a scissor and Government Exhibit 39, Your Honor?

THE COURT: You may.

**BY MR. HOROWITZ:**

**Q. Detective, within what's Government's Exhibit 39, this is what's called a money sheet, is there not?**

A. Yes, there is.

**Q. And that will tell you how much is in there?**

A. Yes.

**Q. And the only way to get to the money sheet is to open the**

**evidence bag, correct?**
A. That is correct. $88 in U.S. currency.
**Q. Based on your review of the contents of Government's Exhibit 39, your understanding is that was seized from the Dodge Magnum, correct?**
A. That is correct.
**Q. Can you tell the ladies and gentlemen of the jury whether that's proceeds of a robbery?**
A. Can I say if it was the proceeds of the robbery? I don't know where the money came from.
**Q. So what you can testify to is that the money was in the car, but not how the money got in the car, correct?**
A. That is correct. I know they used that vehicle for the robbery, but I don't know if that was the money taken at the robbery.
**Q. You weren't present when the robbery was committed, correct?**
A. That's correct.
**Q. All you can testify to is that a Dodge Magnum was found outside that house on 11th Street, correct?**
A. Correct, 11th Avenue.
**Q. Inside that Dodge Magnum was $88 in cash, correct?**
A. Yes.
**Q. That you don't know where it came from, correct?**
A. No, I don't.
**Q. Now, Government's Exhibit 41, which was the contents of this**

**manilla envelope, you had a chance to go through that, did you not?**

A. Yes.

**Q. You had a chance to do what is called inventory the contents of this envelope, correct?**

A. Yes.

**Q. Inside here were various pieces of mail, correct?**

A. Correct.

**Q. Forms of identification such as credit cards and things of that nature?**

A. That's correct.

**Q. For example, showing you what's part of Government's Exhibit 41, I don't know if you can see it, it's a Chase Visa card --**

A. Okay.

**Q. -- in the name of Dwight Forte.**

A. Okay.

**Q. Mr. Forte was one of the seven people that was lined up, right?**

A. That is correct.

**Q. As a matter of fact, there is numerous credit cards in here for Mr. Forte, is there not, Government's Exhibit 41?**

A. Correct.

**Q. There is nothing in here for Mr. Altamirano, is there?**

A. That's correct.

**Q. And the contents of this envelope, Government Exhibit 41, which include wallets, identification, social security cards as well as U.S. mail, right?**

A. Yes.

**Q. None of that belonged to Mr. Altamirano, correct?**

A. No.

**Q. And this was taken from which location, if you know?**

A. That was inside the Dodge Magnum.

**Q. All of it was inside the Magnum?**

A. Yes, after I conducted inventory of it.

**Q. Now, there were items taken from the residence, were there not?**

A. Yes.

**Q. In fact, the victims' property was found inside the residence where the people were lined up, correct?**

A. Correct.

**Q. And the victims' property such as cell phones and wallets was returned to the victims that night, correct?**

A. That is correct.

**Q. Now, certain things were seized inside that residence, including Government's Exhibit 337, which is the Glock I think it is that you identified?**

A. It's a SIG. It looks like a Glock.

**Q. It's a wanna be Glock, right? And the magazine, correct?**

A. Correct.

**Q. And Government Exhibit 336, the ammunition, correct?**
A. Correct.
**Q. And it's your understanding from the investigation that this is the weapon that Mr. Thompson possessed, correct?**
A. Yes.
**Q. And you never subjected this weapon to fingerprint testing?**
A. Did I?
**Q. Did you.**
A. No.
**Q. And as lead detective that would be something that you would order, correct, if you felt the need to do so, correct?**
A. Yes.
**Q. It's your call as to whether fingerprints were taken or even DNA testing, right?**
A. Yes. At the scene CSI responded and everything was processed.
**Q. The firearm was processed and the ammunition was processed and the magazine was processed?**
A. Yes.
**Q. And it's your understanding that when the results came in, there was nothing that ties Mr. Altamirano to this weapon, correct? To your knowledge.**

MR. VÁZQUEZ: Objection; calls for hearsay.

THE COURT: Yes. Sustained.

**BY MR. HOROWITZ:**

**Q. Since you prepared your report, have you had contact with any of the victims in this case?**

A. No, I have not.

**Q. Now, did you detain Mr. Altamirano or did some other officer?**

A. When you are saying detained, did I --

**Q. You have testified -- maybe I asked the question bad. Let me rephrase it for you.**

**When you assumed the position of lead detective in this investigation, Mr. Altamirano was already detained or did you detain him?**

A. He was being detained for the showup.

**Q. Where was he being detained?**

A. On N.W. 10th Avenue and 4th Street.

**Q. He wasn't being detained where the other seven were, correct?**

A. That is correct.

**Q. And as part of your job as lead detective, did you take any photographs of Mr. Altamirano that night?**

A. Did I?

**Q. Yes.**

A. No, that is not my procedure. It's CSI who usually does the photographs or when they go into the Dade County Jail.

**Q. As lead detective were you given copies of those**

**photographs?**
A. Of photographs? No.
**Q. Do you remember what Mr. Altamirano was wearing that night?**
A. A wife beater.
**Q. Let's talk about a wife beater.**
A. Which is a white sleeveless T-shirt --
THE COURT: Stop. Stop talking over the witness.
MR. HOROWITZ: I apologize. And I apologize to the witness, Your Honor.
THE COURT: So Mr. Horowitz will ask a question, and the detective will answer, and then we will have a record.
Why are we talking about a wife beater?
MR. HOROWITZ: I can proffer it sidebar if you would like me to.
THE COURT: Let's get a description and --
MR. HOROWITZ: That's exactly what I was going to do.
**BY MR. HOROWITZ:**
**Q. Can you tell the ladies and gentlemen of the jury what a wife beater T-shirt is?**
A. It's a nickname for a T-shirt, but it's a white sleeveless T-shirt, undershirt that men where underneath a dress shirt or a shirt.
**Q. Mr. Altamirano was not wearing a hoody, was he?**
A. The victims had described that he had --
**Q. Sorry to interrupt --**

MR. VÁZQUEZ: Objection; Your Honor.

THE WITNESS: I'm sorry, I have not finished.

THE COURT: You know what? We are going to take a break. Five minutes.

(Jury retires at 3:28 p.m.)

THE COURT: Okay. The question was what was Mr. Altamirano wearing? Do not testify as to what the victims told you, Detective. Just what was he wearing when you saw him, and then we will move on.

MR. HOROWITZ: Yes, Your Honor.

THE COURT: How much more time?

MR. HOROWITZ: Not much more.

THE COURT: Okay. You are moving along, Mr. Horowitz. I know you want to get it, but wait, don't talk over. I need these court reporters to stay with me for the length of the trial, which we are going to talk about at the end of the day and so many other things to talk about.

Five minutes.

MR. HOROWITZ: Thank you, Judge.

(Recessed at 3:30 p.m.)

(Resumed at 3:37 p.m.)

THE COURT: Could you check to see if our jury --

THE COURT SECURITY OFFICER: They are ready, Your Honor.

(Jury returns at 3:38 p.m.)

THE COURT: Everyone be seed.

Mr. Horowitz, continue.

MR. HOROWITZ: Thank you, Your Honor.

May I approach with Government's Exhibit 39, Your Honor?

THE COURT: Yes.

MR. HOROWITZ: I think it's still up there.

**CONTINUED CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Detective Cosner, when I mentioned you as the lead detective, you are the clearinghouse for the evidence, are you not? In other words, you didn't seize this money in Government's Exhibit 39, correct?**

A. From the vehicle when I did inventory? Yes.

**Q. How about this weapon, did you seize it or did some other officer locate it within the residence?**

A. Another officer located it within the residence.

**Q. But as lead detective it goes through you, correct?**

A. Yes.

**Q. And the same with the ammunition, which is Government's Exhibit 336, correct?**

A. Yes, I did see it there at the scene.

**Q. You are not the one who discovered it, but as the lead detective you are the detective that processed everything and took control of all the evidence, correct?**

A. Our CSI processed it.

**Q. And it's your understanding as the lead detective of this investigation that no weapon was seized from Mr. Altamirano? When I say "weapon," I mean a firearm.**

A. No.

**Q. None of the victims' property was located on Mr. Altamirano's person, correct?**

A. On his person, no.

MR. HOROWITZ: No further questions. Thank you, Your Honor.

THE COURT: Mr. Korchin.

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet.

MR. DONET: No questions.

THE COURT: Mr. Rubio.

MR. RUBIO: No questions, Your Honor.

THE COURT: Redirect.

**REDIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Where was the victims' property located?**

A. The victims' property was located inside the abandoned house where the seven offenders were located.

**Q. How far was Altamirano from the abandoned house when you conducted your showup?**

A. He had -- well, he was a block away.

**Q. Were you able to locate a second firearm?**

A. No. The second firearm that was described by the victims was not located inside that home.

**Q. Were you able to locate evidence regarding a Mr. Dwight Forte?**

A. Yes.

**Q. Were you able to locate evidence regarding a Mr. Steven Castro?**

A. Inside the Dodge Magnum.

**Q. Where was the Dodge Magnum reference to the abandoned house?**

A. It was probably two houses down on the same block.

MR. VÁZQUEZ: No further questions for this witness, Your Honor.

THE COURT: Thank you, Detective. You may step down.

(Witness excused.)

THE COURT: Call your next witness, Mr. Vázquez.

MS. HOSSEINI: The United States calls Detective Rick Martinez.

THE COURT: Sorry, Ms. Hosseini.

**DETECTIVE RICARDO MARTINEZ, sworn**

THE COURTROOM DEPUTY: Would you please be seated. Please state your full name for the record, and spell your full name.

THE WITNESS: My name is Ricardo Martinez, R-I-C-A-R-D-O, last name is M-A-R-T-I-N-E-Z.

**DIRECT EXAMINATION**

**BY MS. HOSSEINI:**

**Q. Good afternoon, Detective Martinez.**

A. Good afternoon.

**Q. Where do you work?**

A. I work for the City of Miami Police Department.

**Q. What is your title?**

A. I'm a detective.

**Q. How long have you worked as a detective?**

A. On and off over 13 years.

**Q. The entire time with the City of Miami?**

A. Yes.

**Q. What did you do prior to being a detective?**

A. I was assigned to uniform patrol for a few years.

**Q. Approximately how long were you a uniformed patrol officer?**

A. Ten or 11.

**Q. And what are your duties as a detective?**

A. Currently my duties as detective are to investigate any gang-related crimes.

**Q. Are you assigned a particular area or unit?**

A. I'm assigned to the gang unit, not a particular area.

**Q. Directing your attention to July 26, 2013, were you on duty that day?**

A. Yes.

**Q. What shift did you work?**

A. Working afternoons.

**Q. Did you conduct any investigations on that day?**

A. Yes. I did a narcotic investigation.

**Q. Do you remember the name of the person involved in that investigation?**

A. I remember Maurin Chacon and another Latin gentleman. I don't remember if it was Ramirez. I would have to look at the arrest form.

**Q. We will get to that in just a second.**

**If you were to see the person who you said was Maurin Chacon, do you think you would be able to identify that person?**

A. Yes.

**Q. Could you please try to do that? You can stand up if you would like.**

A. The gentleman in looks like a light purple shirt and tie.

**Q. What color tie?**

A. Dark purple.

MS. HOSSEINI: Let the record reflect the witness has identified Defendant Maurin Chacon.

**BY MS. HOSSEINI:**

**Q. How did you get involved in this investigation?**

A. I was driving on N.W. 4th Street coming up on the intersection of 12th Avenue, and there is a little store, market that has a little cafeteria on the corner right east of 12th Avenue, and I noticed Mr. Chacon and there was a Hispanic

gentleman walking together.

MS. HOSSEINI: Permission to use the Elmo.

THE COURT: Yes.

**BY MS. HOSSEINI:**

**Q. Detective Martinez, I'm putting on the Elmo what has been previously entered as Government's Exhibit 25. Do you recognize this document?**

A. Yes, I do.

**Q. What is it?**

A. That market is located just off the avenue, off of 12th Avenue, just east of it. And as you can see, there is a little cafeteria window on the side of it.

**Q. You can touch your screen.**

A. It's this one here (indicating), and this is the other window (indicating).

**Q. For the record, that's the two windows you drew a circle on the right-hand side of the building and one on the other side?**

A. Correct.

**Q. Okay.**

A. Yes.

**Q. What happened after you saw the gentlemen there?**

A. Both Mr. Chacon and the gentleman started walking west on the sidewalk. I'm caught at the traffic light, which is right here on the avenue right across right about here (indicating).

**Q. Are you also on foot?**

A. No, I'm in my car. It's an unmarked police vehicle.

**Q. An unmarked?**

A. Yes.

**Q. Okay.**

A. They both continue walking west and cross the avenue, and I catch the green light to go west. There is a little bit of traffic. They walked to a building that I remember kind of stood out because they have, like, one of those security fluorescent lights right in front of the doorway. They stopped there --

**Q. And how far was this walk approximately?**

A. Maybe half a block. Not too far.

MS. HOSSEINI: Your Honor, permission to approach the witness?

THE COURT: Yes.

**BY MS. HOSSEINI:**

**Q. Detective Martinez, I'm showing you what's been marked for identification as Government's Exhibit 97. Do you recognize this document?**

A. Yes, I do.

**Q. What is it?**

A. It's a photograph of the building that I'm describing that has the security fluorescent light at the front door. There is another building just west of that that's like a yellow and goldish color.

**Q. And does this photo fairly and accurately depict what you saw, the building, on July 26, 2013?**

A. Yes, they do.

MS. HOSSEINI: Your Honor, I would like to move it into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: Government's 97 is moved into evidence without any objection.

(Document marked as Government's Exhibit 97 admitted into evidence)

MS. HOSSEINI: Permission to publish?

THE COURT: You may.

**BY MS. HOSSEINI:**

**Q. Looking at Government's 97, Detective Martinez, could you describe where you saw the gentlemen?**

A. If you will notice the street light right here (indicating), it's fluorescent, it's pretty bright, and there is a doorway to this apartment building right here (indicating).

**Q. For the record, you are looking at the building on the right, the white building?**

A. The one that says 1235. You can see the building number. Both Mr. Chacon and the gentleman stopped right here (indicating), and there is an exchange. I can see that there is some money exchanged for a couple of what appears to be baggies

of marijuana from what I understand.

MR. GONZALEZ: Objection; speculation.

THE COURT: Right. Well, tell us, Detective, you saw money in baggies, is that it?

THE WITNESS: I saw money in baggies and exchange.

**BY MS. HOSSEINI:**

**Q. Approximately what time of day or night was this, do you remember?**

A. It was evening. I know it was past 9:00. It was nighttime already.

**Q. So was it dark?**

A. Yes.

**Q. But you saw the exchange?**

A. I happened to catch it because this is real broad light. It's really bright.

**Q. And that light was on at that time?**

A. Yes, it was.

**Q. What happened next?**

A. At that time I get out of my car, and I approached Mr. Chacon and I detained him. One of the other detectives on my squad, David Bernat, is now right behind me in his car. I tell Detective Bernat to please detain Mr. Chacon right here where I'm circling (indicating). And I walk on the sidewalk and go through this gate here (indicating), which is the adjacent building, and I notice the gentleman that was with him that did

the exchange is walking into the apartment complex.

**Q. For the record, that's the building on the left-hand side that's the color of tan and brown?**

A. Correct.

**Q. What happened next?**

A. I walk up to the gentleman, and I speak to him about that I saw an exchange for drugs and money, and the gentleman actually was very cooperative, and he reaches into his right pant pocket and says this is all I have. He says it to me in Spanish, this is all I have, and he shows me the two baggies that have suspected marijuana.

**Q. Detective Martinez, I'm showing you what's been marked for identification as Government's Exhibit 100. Do you recognize this item?**

A. Yes, I do.

**Q. What is it?**

A. It's two baggies with marijuana inside them.

**Q. How do you recognize it?**

A. Well, it's what we used to impound it the day of the incident, the arrest. It's the same date. If you will notice the first few numbers, it's the year 2013, that's July 26th.

**Q. And is it in substantially the same condition it was on July 26, 2013?**

A. Yes, it is.

MS. HOSSEINI: Your Honor, we move to admit it into

evidence, Government's Exhibit 100.

THE COURT: Any objection?

MR. GONZALEZ: No objection.

THE COURT: Government's 100 admitted without objection.

(Evidence marked as Government's Exhibit 100 admitted into evidence)

MS. HOSSEINI: Permission to publish?

THE COURT: You may.

**BY MS. HOSSEINI:**

**Q. So what happened after you received the narcotics?**

A. After I received the narcotics?

**Q. Yes.**

A. Pretty much both the gentleman and Mr. Chacon were placed under arrest.

**Q. For what?**

A. For -- the gentleman was placed under arrest for purchasing of the marijuana and Mr. Chacon for the selling of the marijuana.

MS. HOSSEINI: One moment, Your Honor.

THE COURT: Yes.

MS. HOSSEINI: Nothing further at this time, Your Honor.

THE COURT: Mr. Gonzalez, cross examination.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Detective Martinez, you said that you work in the gang unit; is that right?**

A. Yes, I do, sir.

**Q. And you have been involved in arresting individuals for sale of marijuana in the past, correct?**

A. Yes.

**Q. What's Government's No. 100, the two baggies of marijuana, how much do those baggies of marijuana go for?**

A. They can go -- depends where you buy them. They can be $5 to $10 a baggie. It depends where you buy them.

**Q. So in Little Havana those baggies would go, what, for 5 or $10 each?**

A. They can depending on areas.

**Q. So we are talking about either -- if they went for 5, two of them would be $10; if they went for 10, two of them would be $20, correct?**

A. Yes.

**Q. All right. And you said that you saw an exchange of money for baggies, right?**

A. Yes.

**Q. All right. Detective Martinez, isn't it a fact that Maurin Chacon had $2 on him when he was detained and arrested?**

A. I don't remember, sir. I would have to look at what was

impounded.

**Q. He didn't have $10? He didn't have $20, correct?**

THE COURT: He doesn't remember, Mr. Gonzalez. Is there something to refresh his memory?

**BY MR. GONZALEZ:**

**Q. You prepared an arrest affidavit for Mr. Chacon and an arrest affidavit for Mr. Garcia, did you not?**

A. I did, sir.

MR. GONZALEZ: May I approach, Judge?

THE COURT: Yes, you may.

**BY MR. GONZALEZ:**

**Q. Detective Martinez, I have given you for purposes of to see if it refreshes your recollection both arrest affidavits of Mr. Chacon and Mr. Garcia.**

A. Yes, you have. (Witness reviewing documents).

**Q. Did you note anywhere the amount of money that was on Mr. Chacon in either of the arrest affidavits?**

A. It's not noted, sir.

**Q. All right. Did you impound any monies from Mr. Chacon?**

A. I don't remember. I would have to see if on the property receipts if we impounded money as evidence.

**Q. Do you have the property receipts?**

A. I don't.

**Q. Okay.**

MR. GONZALEZ: May I approach, Your Honor?

THE COURT: Yes.

**BY MR. GONZALEZ:**

**Q. Do the property receipts help refresh your recollection?**

A. Yes.

**Q. Was any money impounded per the property receipts from Mr. Maurin Chacon?**

A. No, sir.

**Q. All it was was a cellular phone, correct?**

A. A cellular phone and the two bags of marijuana, correct.

**Q. The two bags of marijuana were impounded from Mr. Garcia, correct?**

A. Yes.

**Q. Right?**

A. Yes.

**Q. And the cellular phone was impounded from Mr. Chacon, correct?**

A. Correct.

**Q. No monies was impounded from Mr. Chacon, at least according to the property receipts, right?**

A. No, not even his personal money that you say that he had in his possession.

**Q. Okay. But, Detective Martinez, you would agree that if money was exchanged, that would be considered drug proceeds, correct?**

A. Yes.

**Q. And drug proceeds are seized and impounded by law enforcement, correct?**

A. Normally they are, yes.

**Q. All right. But in this case no monies was seized or impounded from Mr. Chacon, correct? At least according to the reports that you have?**

A. Not at the Miami Police Department.

**Q. Okay.**

MR. GONZALEZ: Your Honor, I have nothing further.

THE COURT: All right. Mr. Horowitz.

MR. HOROWITZ: No questions, Your Honor.

THE COURT: Mr. Korchin.

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet.

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio.

MR. RUBIO: No questions.

THE COURT: Any redirect, Ms. Hosseini?

MS. HOSSEINI: No, Your Honor.

THE COURT: You may step down.

(Witness excused.)

THE COURT: Call your next witness.

MR. VÁZQUEZ: The United States calls Detective David San Juan, Miami Police Department.

**DETECTIVE DAVID SAN JUAN, sworn**

THE COURTROOM DEPUTY: Please state your full name for the record and spell your full name.

THE WITNESS: Detective David San Juan, D-A-V-I-D, S-A-N, capital J-U-A-N.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, sir.**

A. Good afternoon, sir.

**Q. Sir, how are you currently employed?**

A. Police officer with the City of Miami Police Department.

**Q. And how long have you held that assignment?**

A. Approximately 9 years.

**Q. And how are you currently assigned?**

A. I am currently assigned to the criminal gang intelligence unit.

**Q. How long have you been in that position?**

A. About 2½ years.

**Q. And prior to serving in the gang intelligence detail, what assignments have you held in the City of Miami?**

A. Uniformed patrol officer, part of the problem solving team in Overtown, canine, and bike patrol.

**Q. As part of your duties with the City of Miami Police Department, I want to draw your attention to July 26, 2013. On that date were you part of an investigation that led you to**

**interact with a person that became known to you as Rodolfo Portela?**

A. Yes, sir.

**Q. How is it that you came in contact with Mr. Portela?**

A. I was driving around the area doing surveillance, at which time I see Mr. Rodolfo Portela and a few other associates walking in the area of 11th Avenue and N.W. 6th Street. I then approached Rodolfo Portela and the group to identify any new associates or members, and Mr. Portela then reached out to his waistband, started walking away from my -- from where the stop was. I don't have the exact address in front of me. He clinched down to his waistband and began running in a southwest direction.

**Q. Who was Mr. Portela with, if you recall, on July 26, 2013?**

A. I don't recall at this moment the exact names.

**Q. What happened after Mr. Portela began to run?**

A. I began running after him advising him stop, police, at which time he continued running along the property line on the west side of the building. He then jumped the fence in the rear of the building, continued to run south. At that time I jumped the fence after him, he dropped a small black object, a magazine to a firearm.

I continued pursuing Mr. Portela. He then gets to 5th Street, at which time he turned right going west, and I continued running after him. At that time he took a handgun out

of his waistband and threw it to the ground underneath a car, a parked vehicle.

**Q. What happened to Mr. Portela at that point?**

A. He then saw my partner, Detective Bernat.

MR. KORCHIN: Objection; conclusion.

THE COURT: Yes, sustained.

**BY MR. VÁZQUEZ:**

**Q. Who was in the area at the time that Mr. Portela tossed the firearm?**

A. Who was in the area?

**Q. Yes. Were there any other law enforcement officers in the area?**

A. Yes, other detectives that work in my unit.

**Q. Who did you see first from the unit?**

A. Detective Bernat.

**Q. Where was he in relationship to your position?**

A. Directly in front of me.

**Q. What happened after you saw Detective Bernat?**

A. Mr. Portela then dove straight on the ground with his hands out straight to the ground.

**Q. What happened to the firearm?**

A. He tossed it underneath a white Honda, I believe it was, parked. The vehicle was facing eastbound on the street.

**Q. Were you able to locate it?**

A. Yes.

DAILY COPY

**Q. What happened to the magazine?**
A. I then went back and recovered the magazine at the fence line where he jumped the property line.
**Q. Was the magazine loaded?**
A. Yes, sir.
MR. VÁZQUEZ: Your Honor, permission to approach?
THE COURT: Yes.
**BY MR. VÁZQUEZ:**
**Q. Detective, I'm showing you what has been marked as Government's 99 and Government's 98. Do you recognize these items?**
A. Yes, sir.
**Q. What are they?**
A. This is the handgun from that day in question and the rounds from that day.
**Q. When the ammunition was initially recovered and packaged, how was it kept by the City of Miami?**
A. Inside an envelope, a clear envelope with red tape cross the top.
**Q. Were all those items together?**
A. Yes, sir.
**Q. Have you had an opportunity to inspect the firearm in this case?**
A. Yes, sir.
**Q. Have you had an opportunity to review the packaging for this**

**case?**

A. Yes, sir.

**Q. And is the ammunition and the firearm the same items that were originally packaged by the City of Miami?**

A. Excuse me?

**Q. Is the firearm and ammunition the same that were originally packaged in the City of Miami packaging?**

A. No, sir.

**Q. The firearm is not the same or it is the same?**

A. It is the same firearm, it was just in different packaging.

**Q. So this is the same firearm and this is the same ammunition that were recovered by the City of Miami on July 26, 2013?**

A. Yes, sir.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 99 and Government's 98 into evidence.

MR. GONZALEZ: No objection.

THE COURT: Government's 98 and 99 are admitted without objection.

(Evidence marked as Government's Exhibits 98 and 99 admitted into evidence)

MR. VÁZQUEZ: Permission to publish?

THE COURT: You may.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what has been admitted to evidence as Government's 99. Do you see it?**

A. Yes, sir.
**Q. Are these the rounds that you were discussing earlier?**
A. Yes, sir.
**Q. Sir, I'm showing you what has been admitted into evidence as Government's 98. Do you recognize the items?**
A. Yes, sir.
**Q. What are they?**
A. A black handgun and a magazine.
**Q. This is the packaging?**
A. That is the packaging from the City of Miami.
MR. VÁZQUEZ: One moment, Your Honor.
THE COURT: Yes.
**BY MR. VÁZQUEZ:**
**Q. Detective, I'm showing you what has been admitted into evidence as Government's 36, Government's 42. Do you recognize these locations?**
A. Yes, sir.
**Q. How close in terms of blocks were Mr. Portela to these locations around the time of July 26, 2013, when this incident occurred?**
A. Sir, during, before, or after the stop?
**Q. At the time of the stop.**
A. About a block, maybe two.
**Q. How about when you first encountered him, when you first saw him?**

A. Two blocks.
**Q. On the day of Mr. Portela's arrest, were you working with a detective, Rick Martinez?**
A. Yes, sir.
**Q. Showing you what's been admitted into evidence as Government's 25, how close was Mr. Portela the first time you saw him right before the chase to this location, if you recognize it?**
A. He was about two blocks north.
**Q. Detective, as part of your duties with the City of Miami Police Department, did you participate in an undercover drug purchase many months later on February 5, 2014?**
A. Yes, sir.
**Q. What role did you have in that undercover drug purchase?**
A. That day I believe I deployed the confidential informant.
**Q. What is a confidential informant?**
A. It's an informant that cooperates and would like to work with the police department. Basically, you know, we sometimes pay them in order to conduct purchases or get us intelligence on criminal activity.
**Q. In the course of this investigation, were you the lead detective or the lead case agent?**
A. No, sir.
**Q. What was your role on February 5, 2014, just for the purpose of February 5, 2014?**

A. My role that day was just to deploy that confidential informant and pick him up, if possible.

**Q. How does a person, for those of us who don't know the lingo, deploy a confidential informant? What does that mean? What do you do?**

A. We try to drop he or she off in a safe location where they are not seen by persons being investigated and follow them all the way in to make sure that they are safe until they reach where they are going.

**Q. And on this date, were you a party to checking the confidential informant for contraband before he was deployed?**

A. Yes, sir.

**Q. And what happened as a result of that activity on your part?**

A. That date negative results. We take away any money or anything they might have before the operation begins.

**Q. Why do you do that?**

A. To make sure that we control the amount of money they have in their possession and that they don't possess any firearms or contraband of any kind.

**Q. And do you know if this confidential informant was equipped with any kind of recording devices?**

A. Yes, sir, he was.

**Q. What type of recording devices were those?**

A. We had audio and video recording devices.

**Q. And were you in a position to monitor what was being said in**

**the area of the confidential informant?**

A. Yes, sir, audio.

**Q. Throughout the entire deployment were you listening to what the confidential informant was saying and what was in his earshot?**

A. Yes, sir.

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what has been marked for identification as Government's 140 and 142. Do you recognize these items?**

A. Yes, sir.

**Q. What is Government's 140?**

A. This is going to be a video recording, video and audio recording CD of the operation on that date.

**Q. Have you reviewed this?**

A. Yes, sir.

**Q. How do you know that?**

A. By the case number. It's marked on the CD.

**Q. And have you signed it?**

A. Yes, sir, I signed the packaging.

**Q. And what --**

A. And the disk.

**Q. And what is Government's Exhibit 142?**

A. 142 is a transcript of this CD.

**Q. And is it a fair and accurate depiction of the events that are contained in Government's 140?**

A. Yes, sir.

**Q. Have you reviewed it?**

A. Yes, sir.

MR. VÁZQUEZ: Your Honor, at this time I would offer Government's 140 into evidence and Government's 142 for the limited purpose of aiding the jury.

THE COURT: All right. Any objection to 140, 142?

MR. GONZALEZ: No, Your Honor.

MR. KORCHIN: No, Your Honor.

THE COURT: Government's 140 and 142 are admitted without objection.

(Evidence marked as Government's Exhibits 140 and 142 admitted into evidence)

MR. VÁZQUEZ: Your Honor, permission to distribute copies to members of the jury?

THE COURT: Yes.

Again, Ladies and Gentlemen, remember my discussion with you about transcripts. They are aids to you regarding the conversations you will hear on the recording. It purports to give you not only the content of the conversation but to identify the speakers engaged in the conversation.

I admit the transcript for the limited purpose of helping you follow along. But remember, you are instructed that

whether the transcript correctly reflects the content of the conversation or the identity of the speakers is entirely up to you to decide based on your evaluation of the testimony about the transcript and your own examination of the transcript in hearing the recording itself. If you determine that it is in any way inaccurate or unreliable, you should disregard it to that extent.

MR. VÁZQUEZ: Your Honor, may I approach?

THE COURT: Yes.

Mr. Vázquez, is 141 part of the 140 and 142?

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Is there any objection, gentlemen, to 141?

MR. GONZALEZ: I'm sorry, Judge. I didn't hear you.

THE COURT: 141, which is a picture still from the video 142 --

MR. GONZALEZ: No, Your Honor.

THE COURT: So we may as well take care of that. 141 is also admitted without objection.

(Document marked as Government's Exhibit 141
admitted into evidence)

MR. VÁZQUEZ: Your Honor, permission to publish. I'm going to advance to the 9 minute 56 second mark.

THE COURT: All right.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, do you recognize any of the voices on the transcript?**

A. Sir, the CI.

**Q. Have you recognized any other voices yet?**

A. At this time, no.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, do you recognize any of the voices at this point in addition to the confidential informant?**

A. Yes, sir.

**Q. Whose voice do you recognize?**

A. Maurin Chacon's.

**Q. Do you see that person in court today?**

A. Yes, sir.

**Q. Would you identify him by an article of clothing?**

A. I believe it's a purple or light-colored shirt with a purple tie.

**Q. While this drug transaction was going on, the City of Miami detectives were monitoring the situation?**

A. Yes, sir.

**Q. Did you observe the drug transaction happen?**

A. I did not.

(Video playing.)

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what has been marked for identification purposes as Government's 139. Do you recognize it?**

A. Yes, sir.

**Q. What is it?**

A. It is a package containing marijuana and looks like Molly. I believe the proper name is methylone.

**Q. And where was this recovered from?**

A. That was given by the CI to myself.

**Q. Now, while the transaction was occurring, were you listening to the transaction?**

A. Yes, sir.

**Q. And did you review the recording involving this transaction?**

A. Yes, sir.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 139 into evidence.

MR. GONZALEZ: Objection; lack of foundation.

THE COURT: Overruled.

MR. GONZALEZ: If you want, I can approach sidebar and I can explain.

THE COURT: Okay.

(Bench conference commenced):

MR. GONZALEZ: This witness did not witness this

transaction, and the CI from that video he can barely see anything, but the CI is the only one that can testify that this is what he got, who he interacted with, not this witness.

THE COURT: Doesn't he monitor this recording?

MR. VÁZQUEZ: He knew that the CI had nothing on him, he left with money and came back with drugs. So if there is a change (inaudible) admissible.

THE COURT: So he is in a car, whatever, a block away, listening to this conversation?

MR. VÁZQUEZ: Yes.

THE COURT: And he has reviewed this and says it's accurate, but it's a video.

MR. VÁZQUEZ: It is a video.

MR. GONZALEZ: The video is the best evidence unless the CI testifies. He didn't observe this.

THE COURT: Was there anyone with eyes on the CI?

MR. VÁZQUEZ: There was a person. The person can be called, but this witness confirmed that the confidential informant didn't have anything on him.

THE COURT: Right. What we are going to do is he can, you know, say he has reviewed it, it's accurate, he was there, and that the CI went in, you know, with or without money, came back being however it is.

Whoever was eyes on can come in and say I watched it go down, this is how it went down, and then we play it for that

limited purpose. But we don't need the CI for the video. Okay. So we will just conditionally -- correct.

MR. DONET: I don't believe that there has been any testimony that he was told by the conspirators where the CI was directed to go to, that he was at one of these traps. The CI -- he deployed a CI, he searched the CI, and sent him on his way. I don't think we heard where the CI went to, who he spoke to, where he got the drugs. It could be people from Little Havana but not part of the conspiracy.

There has been nothing to link any of the players here in this conspiracy with where the CI got those narcotics. Maybe I missed it, but I didn't hear any evidence.

MR. VÁZQUEZ: Your Honor, the witness identified Maurin Chacon by name and identified him in court as one of the participants to the audio transaction which is recorded and which he has reviewed.

THE COURT: Right. So this video presumably -- I haven't seen it. Who is on this video?

MR. VÁZQUEZ: Mr. Chacon.

THE COURT: There you go.

MR. VÁZQUEZ: The witness has testified to that.

THE COURT: Right.

MR. DONET: The witness testified that Mr. Chacon's voice was heard on the video, but we don't know who he bought it from.

THE COURT: Who bought -- I'm confused. The CI is giving X whatever dollars.

MR. VÁZQUEZ: Correct.

THE COURT: He goes to see Mr. Chacon.

MR. DONET: That's the problem. We don't know who he is going to. There has been no testimony as to where he went, whether it was to a trap, whether it was to go to Chacon or to a specific area.

THE COURT: Wait. I know it's late. This detective sent this CI with X dollars out of his car to go meet with whomever. Another detective is going to say that meet is cataloged by that video and that video shows him meeting with Mr. Chacon. So where is our problem?

MR. VÁZQUEZ: This video (inaudible) Mr. Chacon, but he recognizes his voice. He has testified to recognizing his voice.

THE COURT: Okay. Since we are not going to play the video today, let's get as much predicate as to reviewing it, accuracy, what he did, yeah, he didn't have money, all of the lead in.

MR. GONZALEZ: You said we are not going to play this video? That was already played. Maybe I misunderstood.

THE COURT: This is a different video, isn't it?

MR. VÁZQUEZ: This is the drugs.

MR. GONZALEZ: This is the actual drugs.

MR. VÁZQUEZ: The video has been played.

THE COURT: And drugs don't come in because --

MR. GONZALEZ: It's a lack of foundation because the CI were the only one that could say they actually got the drugs from A, B, or C, whoever was there.

THE COURT: What about the detective that took the drugs from the CI?

MR. GONZALEZ: He didn't observe that. He didn't observe it. He was just listening on the other end. This witness was linked. He didn't observe that.

THE COURT: We are going to bring that detective in.

MR. VÁZQUEZ: He says that he got these drugs back from the CI.

THE COURT: Then it comes in through him. Okay.

(Bench conference concluded.)

THE COURT: Maybe we should just kind of rewind for a second, Mr. Vázquez.

MR. VÁZQUEZ: Yes, Your Honor.

Permission to publish using the Elmo.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you Government's 42. Do you recognize it?**

A. Yes, sir.

**Q. What relationship does the building depicted in**

**Government's 42 have with the video we just played?**
A. It's directly across the street according to the video. Not across the street, on the sidewalk right in front of the house.
**Q. Is this where the transaction occurred?**
A. Yes, sir.
**Q. Have you seen this video before?**
A. The video, sir?
**Q. The video you just watched.**
A. Yes.
**Q. Have you seen this building before?**
A. Yes.
**Q. Detective, when the confidential informant left your presence, had he been checked?**
A. Yes, sir.
**Q. Did he have money?**
A. I don't recall. He only has the money that we give him to purchase, yes.
**Q. Did he have the money provided by the City of Miami Police Department?**
A. Yes, sir.
**Q. Did he have any drugs?**
A. No, sir.
**Q. Did he have any keys? Did he have anything else?**
A. No, sir, only the money.
**Q. Did you watch him leave?**

A. Yes, sir.
**Q. Were you present when he returned?**
A. Yes, sir.
**Q. Did you check the confidential informant?**
A. Yes, sir.
**Q. Did he have the money?**
MR. GONZALEZ: Objection; these questions are all leading.
THE COURT: Overruled.
**BY MR. VÁZQUEZ:**
**Q. Did the confidential informant have money?**
A. No, sir.
**Q. What did the confidential informant have when he returned?**
A. The narcotics.
**Q. Are these the items that have been presented to you as Government's 139?**
A. Yes, sir.
MR. VÁZQUEZ: At this time I would move Government's 139 into evidence.
THE COURT: Over objection 139 is admitted.
(Document marked as Government's Exhibit 139 admitted into evidence)
**BY MR. VÁZQUEZ:**
**Q. Detective, how close was this drug transaction to this location?**

A. Across the street.

**Q. How close was this drug transaction to this location?**

A. About a block east and a block north.

MR. VÁZQUEZ: For the record, Your Honor, I have shown the witness Government's 25. I just advise it's two blocks away from the drug transaction location, Government's 36 which was across the street from the drug transaction location, and Government's 42, which is where the drug transaction was described on the sidewalk.

I tender the witness.

MR. GONZALEZ: I'm going to object to his testimony.

THE COURT: Right. Well, it was a recap, but in the future we will do it in realtime with the witness.

That's all you have for this witness, Mr. Vázquez.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Mr. Gonzalez, you may start your cross examination.

MR. GONZALEZ: Yes, Your Honor.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Detective, I represent Maurin Chacon. You and I have not met before, right?**

A. No, sir.

**Q. Okay. Detective, you testified with regards to being on the other end listening of this video and this recording that was**

**just presented, I believe we are talking about Government's 140 and the transcript being 142; is that correct?**

A. Yes, sir.

**Q. You were not witnessing or observing what was actually taking place there, correct?**

A. No, sir.

**Q. And you have reviewed the video subsequent, right?**

A. Correct.

**Q. And you reviewed the video with regards to purposes of testimony here in court, right?**

A. Correct.

MR. GONZALEZ: Can we play that video one more time, Mr. Vázquez, 140.

**BY MR. GONZALEZ:**

**Q. Did you observe Mr. Chacon in that video?**

A. Yes, sir.

**Q. Okay.**

MR. GONZALEZ: Can you play that?

**BY MR. GONZALEZ:**

**Q. Would that be the individual with the long dreads?**

A. Correct.

**Q. That's correct?**

A. Yes, sir.

(Video playing.)

MR. VÁZQUEZ: I'm going to object. Which of the

members with long dreads?

MR. GONZALEZ: Can you stop that right there? Can you go back a second, Mr. Vázquez? Just a few seconds.

THE COURT: You have a copy of this, do you not? Do you have a copy of this?

MR. GONZALEZ: Do we have a copy?

THE COURT: You have been given a copy of this video by the Government?

MR. GONZALEZ: Yes, Judge. The only reason that we are -- it's for purpose of expediency. If not, we can hook up Mr. Horowitz's laptop.

THE COURT: All right. Where is it you would like the Government to start the video?

MR. GONZALEZ: They just -- I just told him right there where the gentleman with the dreadlocks appeared.

(Video playing.)

MR. GONZALEZ: It's at 9 minutes, 53-4 seconds. Can you pause it?

**BY MR. GONZALEZ:**

**Q. Is that Mr. Chacon?**

A. Yes, sir.

**Q. That's Mr. Chacon on the video, correct?**

A. Yes, sir.

**Q. Okay.**

MR. GONZALEZ: Can you please proceed forward,

Mr. Vázquez?

(Video playing.)

MR. GONZALEZ: Can you pause that for a second? Mr. Vázquez, can you pause that?

**BY MR. GONZALEZ:**

**Q. Now, that individual that walked back across the video just now with the long dreadlocks and the baseball cap, that's the individual you identified as Mr. Chacon, correct?**

A. Sir, at which point? The one --

**Q. That just came back.**

A. Can you play it back a second?

**Q. Okay.**

(Video playing.)

**BY MR. GONZALEZ:**

**Q. Right there. That individual that walked by, is that Mr. Chacon?**

A. I can't tell by that video that time.

MR. GONZALEZ: All right. Can we proceed?

(Video playing.)

MR. GONZALEZ: Pause that right there.

**BY MR. GONZALEZ:**

**Q. From the people moving back and forth, could you tell who any of the other individuals were on this video?**

A. No, sir.

**Q. Okay.**

MR. GONZALEZ: Mr. Vázquez.

(Video playing.)

MR. GONZALEZ: Can you pause that?

**BY MR. GONZALEZ:**

**Q. The individual that you saw walk back, is that Mr. Chacon?**

A. The one with the long dreads? Yes, sir.

**Q. Okay. Thank you.**

(Video playing.)

**BY MR. GONZALEZ:**

**Q. That individual that you saw walk back in, was that Mr. Chacon?**

A. No, sir.

**Q. Pardon me?**

A. No, sir.

**Q. This individual there with the hat and the dreads --**

THE COURT: Mr. Gonzalez, wait, wait. Stop.

Ladies and Gentlemen, I know one of your number needs to leave before 5, so I think this might be an opportune time for us to break.

Remember, again, do not speak to each other, do not speak to your friends or family, husband or wife, anybody anything about the case.

Everybody was -- we had a good schedule today. Remember tomorrow our schedule is 9:30 to 4, maybe a little longer if people can give us some time, but 9:30. Be here

promptly on time, and I will see you here tomorrow at 9:30.

(Jury retires at 4:44 p.m.)

THE COURT: Okay. Detective, you are excused for the night. Be back here at 9:30. Don't talk about your testimony with anyone.

Marshals, you may remove the defendants. We are going to do some legal arguments and housekeeping. Let's all take 5 minutes.

I would like observers to remain in the courtroom for that 5 minutes because I want the jury to clear to the elevators.

MR. DONET: Are we allowed to go outside?

THE COURT: To the restroom, of course. I mean anybody using the elevators.

So, gentlemen, I will see you tomorrow at 9:30, and the rest of you I will see you in about 5 minutes.

(Recessed at 4:45 p.m.)

(Resumed at 4:52 p.m.)

THE COURT: So, Mr. Gonzalez, I stopped you there because -- everyone can sit down.

You were giving direction to Mr. Vázquez while the tape is playing, so the court reporter is having a hard time -- plus you weren't by the mic, so the court reporter is having a hard time writing down what you are saying, I'm having a hard time hearing what you are saying, and plus Mr. Benoit wanted to leave

for his American Airlines job, which I'm going to talk to you also about in a minute.

Mr. Korchin? There he is.

Here is the thing, Mr. Gonzalez. If you are going to impeach someone with regard to a video like that, and Mr. Vázquez or Ms. Hosseini or Mr. Dispoto, agree to it, which is fine, at least give them a piece of paper with the four places in the video where you would like them to stop it because I can't have you talking over the video while it's playing. It just doesn't work that way.

Usually you would have the video, your team would have it queued up, and you would put it where you want the jury to see that. In this instance the Government is doing it, so you need to give them the place on the video so we are not having this overspeak.

MR. GONZALEZ: Judge, that's not a problem.

THE COURT: Okay.

MR. GONZALEZ: To be quite honest, you know, I, of course, I knew about your July 26th event that the previous witness testified to and also with regards to the Count 18, which is the February 5th.

I did not recall Detective San Juan with regards to that matter, and that's why when I was looking at the video as it was being played is when it registered to me, so I was not prepared for that.

THE COURT: Okay. If --

MR. GONZALEZ: Not that the Government had not provided it. The Government did provide those reports a while back as part of 10,000 or so pages of discovery. The problem back then was that the detectives' and officers' names were redacted.

THE COURT: Um-hm.

MR. GONZALEZ: At the commencement of trial, we got a CD, which we certainly appreciate Mr. Vázquez giving us, but basically it's almost a rehash of those 10,000 now with the names, you know, disclosed of the officers. So it's kind of like go back and dig through it --

THE COURT: Here is --

MR. GONZALEZ: -- and put it together. So I apologize, and I will be better prepared tomorrow morning --

THE COURT: Right.

MR. GONZALEZ: -- to deal with this witness. I don't have much to go with him, by the way, Judge.

THE COURT: Let's say we are in another situation -- this is what I wanted to talk to everybody about in terms of housekeeping. Ms. Merino has given me her airline itinerary, leaving March 8th. No, she is leaving the night of March 8th. Mr. Benoit has given me his schedule with the Heat, which really won't disturb us, and the other jurors have reminded Ms. Greer of their schedule.

So my point is scheduling and time is on the jurors'

minds. They are at the door waiting after breaks to come out. A month.

In that regard, Mr. Gonzalez, I'm not picking on you, but it came to mind perhaps you could have gone through your cross and then just alerted me and maybe Mr. Horowitz we could have done it tomorrow. We need to get organized in terms of having your exhibits ready for cross.

And with regard to the Government, we need to have our detectives read their reports before they take the stand so they can tell us about these events. I know they are busy people, but this is it.

So everybody needs to be prepared to move forward in the case.

MR. GONZALEZ: I don't know if this is too much to ask from Mr. Vázquez and the Government, but if we get a lineup for tomorrow, which they have been giving us --

THE COURT: Right.

MR. GONZALEZ: -- and they could, you know, maybe direct us these are the events of February 5th, of the November 20th robbery, it would cut a lot of time of us trying to go through that CD and find the unredacted reports, you know, between tonight and first thing tomorrow morning so we can be ready.

THE COURT: Well, I will ask the Government if they can in any way further assist in terms of organization. But as it

DAILY COPY

is, they are giving you their next day's witness list, and so I think that should be helpful. If there is something else they can think of that they will be willing to do, that's fine, but I just want to make everyone cognizant of the jurors' awareness of the passage of time and how we use it. Use our time well.

MR. VÁZQUEZ: May I raise a housekeeping issue?

THE COURT: Sure.

MR. VÁZQUEZ: These transcripts -- we have binders that are empty for the jurors so they can populate the binders. We have done that for the undercover purchases. I don't know if for the interest of time, I don't know how the defense feels about it, they have copies. We are editing the jail call binders. That's another set of binders that will be coming in.

I was wondering if maybe we can leave our jail call binders intact and admit them for limited purposes in the binder. And thinking what is not admitted we can strike before they leave to consider deliberations?

MR. DONET: No.

THE COURT: They are not going to -- no. They can't be given something that they are --

MR. VÁZQUEZ: Okay.

THE COURT: Maybe it's lack of -- do you want to just show them the binders? If there are things in the binders that need to be removed, they have to be removed before they get them.

MR. VÁZQUEZ: What I was thinking was that if they are instructed, they can only look at what the Court allows them to look at.

THE COURT: They won't. It's like telling a 3 year old don't put a bean up your nose.

MR. VÁZQUEZ: I wanted to double check.

THE COURT: No, I think that just incites all kinds of havoc and mayhem --

MR. VÁZQUEZ: Okay.

THE COURT: -- and bad things.

All right. So we have our witness lineup for tomorrow. We will have the detective return. What other witnesses do we have tomorrow?

MR. VÁZQUEZ: Your Honor, after this detective is complete we will be calling Francisco theye, we will be calling David Bernat. David Bernat is the author of many of the undercover purchases that were used with the confidential informant. We will be calling Detective or Officer Segovia and Detective Weaver, and we may be calling Olga Saavedra tomorrow.

MR. GONZALEZ: That was Francisco what was his last name?

MR. VÁZQUEZ: Theye.

MR. DONET: I'm sorry, what was the last name?

MS. HOSSEINI: T-H-E-Y-E.

MR. DONET: Thank you.

MS. HOSSEINI: You are welcome.

THE COURT: Are there any other housekeeping matters that we should take up while we are all together?

MR. DONET: Not really -- well, it is housekeeping, and it goes back to the computer. There is going to be undercover videos that we are going to use for impeachment. How do I go about connecting my laptop so I can run it here as opposed to --

THE COURT: Ask the Government.

MR. DONET: Ask the Government.

THE COURT: When do you anticipate you will need that, Mr. Donet?

MR. DONET: Whenever those videos come in.

THE COURT: Okay.

MR. DONET: There is going to be buys that are video recorded. Whenever those come in, that day, maybe that morning. I don't even know where to plug it in and if I need to bring a certain wire, cable.

THE COURT: I usually, and perhaps I neglected to -- what we need to do is have IT consult with you so that you can get hooked up and know that your computer is working and that once the Government is done that we can switch over to your computer. That's why I'm asking. I will need for them to either see you, say, tomorrow at 9 or at noon, if tomorrow is one of the times when you might need videos.

MR. DONET: The Government would know more than me if I

will need it tomorrow.

THE COURT: Why not in an abundance of caution --

MR. DONET: I can be here tomorrow earlier. It will only take 5 minutes to show me.

THE COURT: Okay. What I will do is I will ask the IT folk to be up here at 9, and I will have the courtroom open so that they can show you how you can hook up your laptop.

MR. DONET: Thank you, Judge.

THE COURT: Okay. You know, and the reason I'm thinking I had forgotten to emphasize it is because when we refigured for jury selection, I don't know they rewired or how they did it.

MR. HOROWITZ: The power plugs have been working.

MR. DONET: Those have. This one hasn't.

THE COURT: That hasn't been working?

MR. RUBIO: There is a plug like this.

MR. DONET: We don't know if it's hooked up. I have electrical outlets.

THE COURT: But you don't know if it's hooked up. Let's have IT -- they owe me anyway.

Anything else on behalf of -- any other defendant or the Government?

MR. VÁZQUEZ: I don't have anything else, Your Honor.

THE COURT: Okay.

MR. HOROWITZ: Just mainly for scheduling, as far as I

understand it, we are 9:30 to 4.

THE COURT: 4 or 4:30. I'm going to push and see. The problem is this: There is one juror who originally indicated child care issues. She seems to have resolved it, but she seems to have resolved it after I announced we would only go to 4, maybe 4:30. I don't know if I can push her back.

Right now we are looking at a 9:30 to 4 schedule with me asking the jurors, large S, for longer time. Friday we'll be recessing at noon.

MR. HOROWITZ: That's the 27th.

THE COURT: Correct. Because one of the jurors has an appointment in the afternoon. And the 2nd we are gone all day because one of the jurors has an employment test or seminar she has to take. So then we move into March 3rd, and then we are running up against...

MR. HOROWITZ: The March 8th trip.

THE COURT: Right. That prompted my let's keep it tight and focused and moving quickly.

MR. DONET: Her trip, Your Honor, she is back Sunday night, correct?

THE COURT: Ms. Merino?

MR. DONET: Thursday night she should be out.

THE COURT: She is gone from the 8th to the 12th.

MR. VÁZQUEZ: Can I ask something that only pertains to the Government? There is the second trial just for our

scheduling purposes.

THE COURT: Right.

MR. VÁZQUEZ: Is the intention of the Court to start in March with the second trial?

THE COURT: It had been the intention of the Court, but since being at death's door a couple weeks, I may be revisiting that. I have not, however, spoken to the attorneys for the defendants.

MR. VÁZQUEZ: Right.

THE COURT: So it could be, Mr. Vázquez, perhaps, and Counsel, if you are speaking to your colleagues, it might be wise for us to have a status quickly at a lunch hour next week sometime just to see where we are in terms of that.

I want to not have that second matter languish, but I also -- well, the case can be resolved at any time. Any time.

It's interesting, at least sitting here, what everybody sees as the case. It's never quite that. So this is not a music video and these defendants aren't MS-13. Somewhere in the middle of that continuum, but I don't know about the second matter. Of course, this matter can always resolve itself, as I said, at any time.

If you think it would be a good idea, maybe we should have a few moments at a lunch hour next week and talk to the second group.

MR. VÁZQUEZ: Thank you, Your Honor.

THE COURT: Okay. 9:00 I will have the courtroom open in case other people want to check on the IT. We will start at 9:30.

(Thereupon, the proceedings were adjourned at 5:08 p.m.)

# I N D E X


WITNESS PAGE

**DAYAAN ZERQUERA**

CONTINUED CROSS EXAMINATION BY MR. GONZALEZ............. 5

CROSS EXAMINATION BY MR. HOROWITZ....................... 16

CROSS EXAMINATION BY MR. KORCHIN........................ 25

CROSS EXAMINATION BY MR. DONET.......................... 26

CROSS EXAMINATION BY MR. RUBIO.......................... 37

REDIRECT EXAMINATION BY MR. VÁZQUEZ..................... 43

**DETECTIVE MAGDA COSNER SWORN**............................ 53

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 53

CROSS EXAMINATION BY MR. GONZALEZ....................... 71

CROSS EXAMINATION BY MR. HOROWITZ....................... 72

REDIRECT EXAMINATION BY MR. VÁZQUEZ..................... 83

**DETECTIVE RICARDO MARTINEZ SWORN**........................ 84

DIRECT EXAMINATION BY MS. HOSSEINI...................... 85

CROSS EXAMINATION BY MR. GONZALEZ....................... 93

**DETECTIVE DAVID SAN JUAN SWORN**.......................... 97

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 97

CROSS EXAMINATION BY MR. GONZALEZ....................... 116

EXHIBITS

Government's Exhibit 353 in evidence.................... 43

Government's Exhibits 39, 41, 336 and 337 in evidence... 68

Government's Exhibit 97 in evidence..................... 89

EXHIBITS CONTINUED

Government's Exhibit 100 in evidence.................... 100

Government's Exhibits 98 and 99 in evidence............. 101

Government's Exhibit 140 in evidence.................... 106

Government's Exhibit 142 (limited purpose).............. 106

Government's Exhibit 141 in evidence.................... 107

Government's Exhibit 139 in evidence.................... 115

* * * * * * * *

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 19, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

## $

**$10** [5] - 33:3, 93:12, 93:14, 93:17, 94:2
**$100** [1] - 33:5
**$20** [3] - 33:6, 93:18, 94:2
**$2500** [1] - 29:20
**$300** [2] - 29:4, 29:12
**$88** [2] - 75:2, 75:21

## '

**'13** [1] - 33:18

## /

**/s** [1] - 133:19

## 1

**1** [1] - 16:7
**1-149** [1] - 1:10
**10** [7] - 12:15, 16:20, 32:21, 33:8, 53:6, 70:18, 93:17
**10,000** [2] - 123:4, 123:9
**10-year** [1] - 16:8
**100** [7] - 91:13, 92:1, 92:4, 92:6, 93:9, 133:2
**101** [1] - 133:3
**104th** [1] - 2:5
**106** [2] - 133:4, 133:5
**107** [1] - 133:6
**10th** [6] - 61:12, 64:23, 65:3, 65:9, 66:7, 79:15
**11** [2] - 11:21, 85:16
**1107** [1] - 2:5
**115** [1] - 133:7
**116** [1] - 132:20
**11th** [12] - 38:22, 56:12, 60:14, 61:11, 64:24, 67:11, 70:3, 73:15, 73:16, 75:19, 75:20, 98:7
**1235** [1] - 89:22
**12th** [7] - 37:17, 38:19, 42:15, 86:23, 86:25, 87:11, 129:23
**13** [1] - 85:10
**139** [7] - 109:4, 109:18, 115:16, 115:19, 115:20, 115:21, 133:7
**13th** [1] - 54:22
**14** [4] - 9:2, 9:18, 22:2, 22:4
**14-20017-CR-KMW** [1] - 1:2
**140** [11] - 105:11, 105:13, 106:2, 106:7, 106:9, 106:12, 106:14, 107:10, 117:1, 117:13, 133:4
**141** [6] - 107:10, 107:12, 107:14, 107:17, 107:19, 133:6
**142** [11] - 105:11, 105:24, 105:25, 106:7, 106:9, 106:12, 106:14, 107:10, 107:15, 117:2, 133:5
**14th** [1] - 13:16
**15** [1] - 17:17
**150** [1] - 1:22
**1500** [2] - 29:19, 30:13
**16** [4] - 51:6, 51:7, 51:11, 132:5
**18** [1] - 122:20
**19** [2] - 1:4, 133:18
**1910** [1] - 1:24
**1:02** [1] - 3:2
**1:07** [1] - 5:16
**1st** [1] - 33:20

## 2

**2** [2] - 22:10, 93:24
**20** [5] - 20:22, 21:13, 33:8, 33:9, 54:14
**200** [1] - 33:10
**2000** [1] - 1:19
**2008** [1] - 37:10
**2010** [1] - 37:20
**2013** [13] - 37:20, 37:23, 48:15, 54:15, 61:4, 85:22, 89:2, 91:21, 91:23, 97:24, 98:14, 101:12, 102:19
**2014** [25] - 6:10, 9:13, 9:18, 10:1, 10:7, 16:10, 22:2, 22:4, 33:17, 38:7, 43:21, 43:23, 46:5, 46:9, 46:12, 47:3, 47:24, 50:17, 50:21, 50:24, 52:3, 103:12, 103:24, 103:25
**2015** [2] - 1:4, 133:18
**20th** [2] - 61:4, 124:20
**21** [1] - 61:4
**227** [1] - 54:22
**2340** [2] - 69:21, 69:23
**24** [2] - 24:21, 25:3
**25** [4] - 87:6, 103:6, 116:5, 132:6
**2500** [1] - 30:13
**26** [9] - 16:14, 85:22, 89:2, 91:23, 97:24, 98:14, 101:12, 102:19, 132:7
**26th** [2] - 91:21, 122:19
**27th** [1] - 129:10
**28** [4] - 16:22, 17:13, 54:5
**2:16** [1] - 53:2
**2:17** [1] - 53:8
**2:30** [1] - 52:25
**2:37** [2] - 53:9, 53:11
**2nd** [1] - 129:12
**2½** [2] - 22:1, 97:18

## 3

**3** [7] - 9:13, 10:1, 10:7, 16:10, 24:6, 47:3, 126:4
**305** [4] - 6:1, 6:23, 44:21, 46:25
**3250** [1] - 2:2
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**336** [7] - 68:2, 68:3, 68:5, 70:5, 78:1, 82:21, 132:24
**337** [7] - 68:2, 68:4, 68:5, 69:2, 70:1, 77:21, 132:24
**353** [4] - 42:22, 42:25, 43:2, 132:23
**36** [2] - 102:15, 116:6
**37** [1] - 132:8
**39** [11] - 68:1, 68:3, 68:5, 68:21, 74:9, 74:17, 74:20, 75:4, 82:4, 82:13, 132:24
**3:28** [1] - 81:5
**3:30** [1] - 81:20
**3:37** [1] - 81:21
**3:38** [1] - 81:25
**3rd** [7] - 17:21, 19:23, 22:2, 46:5, 47:8, 129:14

## 4

**4** [5] - 120:24, 129:1, 129:2, 129:5, 129:7
**401K** [1] - 30:19
**406** [1] - 2:3
**41** [10] - 68:1, 68:3, 68:5, 68:12, 68:15, 75:25, 76:13, 76:22, 77:1, 132:24
**42** [4] - 102:15, 113:22, 114:1, 116:8
**43** [2] - 132:9, 132:23
**44** [3] - 17:1, 17:9, 17:24
**45A** [1] - 18:4
**4:30** [2] - 129:2, 129:6
**4:44** [1] - 121:2
**4:45** [1] - 121:17
**4:52** [1] - 121:18
**4th** [10] - 37:17, 38:19, 42:15, 56:12, 60:13, 61:12, 67:11, 70:3, 79:15, 86:22

## 5

**5** [14] - 32:21, 33:23, 93:11, 93:13, 93:16, 103:12, 103:24, 103:25, 120:18, 121:8, 121:10, 121:16, 128:4, 132:4
**5-year** [1] - 17:14
**53** [2] - 132:10, 132:11
**53-4** [1] - 118:17
**56** [1] - 107:22
**5:08** [1] - 131:5
**5th** [4] - 38:22, 98:24, 122:21, 124:19

## 6

**612** [1] - 58:1
**614** [1] - 1:20
**68** [2] - 24:5, 132:24
**681** [1] - 2:10
**6th** [1] - 98:7

## 7

**7** [1] - 54:9
**71** [1] - 132:12
**72** [1] - 132:13

## 8

**8** [3] - 1:5, 10:21, 24:6
**83** [1] - 132:14
**84** [1] - 132:15
**85** [1] - 132:16
**89** [4] - 6:16, 7:2, 7:11, 132:25
**8th** [4] - 123:21, 129:16, 129:23

## 9

**9** [5] - 97:13, 107:22, 118:17, 127:23, 128:6
**9130** [1] - 1:24
**93** [3] - 40:5, 40:6, 132:17
**97** [7] - 88:18, 89:8, 89:10, 89:15, 132:18, 132:19, 132:25
**98** [6] - 100:10, 101:15, 101:17, 101:19, 102:5, 133:3
**99** [7] - 1:17, 100:10, 101:15, 101:17, 101:19, 101:25, 133:3
**9:00** [2] - 90:9, 131:1
**9:30** [8] - 120:24, 120:25, 121:1, 121:4, 121:15, 129:1, 129:7, 131:3

## A

**abandoned** [6] - 30:24, 71:23, 72:5, 83:21, 83:23, 84:10
**abide** [1] - 34:11
**able** [10] - 59:23, 60:15, 69:10, 70:12, 71:5, 84:1, 84:4, 84:7, 86:11, 99:24
**above-entitled** [1] - 133:15
**absolutely** [1] - 60:4
**abundance** [1] - 128:2
**accepted** [1] - 16:5
**according** [3] - 95:18, 96:5, 114:2
**accounts** [1] - 50:2
**accuracy** [1] - 112:19
**accurate** [3] - 106:1, 110:12, 110:21
**accurately** [1] - 89:1
**act** [2] - 28:25, 63:4
**actions** [1] - 26:6
**activity** [3] - 10:6, 103:20, 104:13
**actual** [1] - 112:25
**addition** [5] - 14:25, 16:22, 18:8, 71:1, 108:10
**address** [1] - 98:11
**adjacent** [1] - 90:24

**adjourned** [1] - 131:4
**admissible** [1] - 110:7
**admit** [3] - 91:25, 106:24, 125:15
**admitted** [25] - 17:8, 42:25, 43:3, 68:4, 68:6, 68:11, 68:21, 69:1, 69:25, 89:11, 92:4, 92:7, 101:17, 101:20, 101:24, 102:4, 102:14, 103:5, 106:12, 106:15, 107:18, 107:20, 115:20, 115:22, 125:16
**advance** [1] - 107:22
**advise** [1] - 116:5
**advising** [1] - 98:17
**affidavit** [2] - 94:6, 94:7
**affidavits** [2] - 94:13, 94:17
**afford** [1] - 32:15
**AFPD** [1] - 1:21
**afternoon** [16] - 5:1, 5:2, 5:18, 5:19, 52:25, 53:24, 53:25, 71:17, 71:18, 72:16, 72:17, 85:3, 85:4, 97:8, 97:9, 129:12
**afternoons** [1] - 86:1
**against..** [1] - 129:15
**age** [1] - 26:18
**Agent** [2] - 10:4, 20:10
**agent** [2] - 21:10, 103:22
**agents** [15] - 9:21, 11:2, 11:14, 12:4, 12:22, 13:11, 13:12, 14:1, 14:7, 14:15, 19:15, 19:18, 20:3, 22:20, 46:14
**ago** [2] - 24:21, 25:3
**agree** [3] - 73:19, 95:22, 122:6
**agreed** [2] - 20:1, 22:18
**agreement** [1] - 49:8
**ahead** [1] - 59:17
**aiding** [1] - 106:8
**aids** [1] - 106:20
**ain't** [1] - 11:13
**air** [1] - 59:18
**airline** [1] - 123:20
**Airlines** [1] - 122:1
**alerted** [1] - 124:5
**Ali** [4] - 47:22, 48:15, 48:18, 48:25
**Allapattah** [2] - 37:12, 37:14
**allegations** [1] - 3:16
**allow** [1] - 47:21
**allowed** [2] - 41:20, 121:12
**allows** [1] - 126:2
**almost** [4] - 23:7, 29:15, 52:5, 123:9
**ALTAMIRANO** [1] - 1:8
**Altamirano** [39] - 22:23, 23:11, 23:14, 24:23, 25:4, 50:25, 51:2, 51:5, 51:16, 51:18, 59:21, 59:22, 60:8, 62:3, 64:22, 64:23, 65:3, 65:9, 65:10, 65:12, 65:18, 66:7, 66:11, 66:13, 72:2, 72:18, 73:17, 74:5, 76:24, 77:5, 78:21, 79:5, 79:11, 79:20, 80:3, 80:23, 81:7, 83:3, 83:23
**Altamirano's** [1] - 83:7
**AMERICA** [1] - 1:4
**American** [1] - 122:1
**ammunition** [8] - 70:8, 78:1, 78:17, 82:20, 100:16, 101:3, 101:6, 101:11
**amount** [7] - 8:18, 26:25, 29:7, 29:8, 30:12, 94:16, 104:17
**announced** [1] - 129:5
**answer** [12] - 11:1, 11:3, 11:5, 11:6, 13:5, 23:17, 25:1, 25:7, 40:6, 44:6, 48:14, 80:11
**answered** [3] - 46:21, 47:20, 48:11
**ANTHONY** [1] - 1:9
**anticipate** [1] - 127:10
**anyway** [1] - 128:20
**apartment** [2] - 89:19, 91:1
**apologize** [5] - 4:1, 73:7, 80:8, 123:13
**APPEARANCES** [2] - 1:14, 2:1
**appeared** [1] - 118:15
**appointment** [1] - 129:12
**appreciate** [1] - 123:8
**approach** [26] - 10:19, 17:4, 20:18, 21:2, 23:24, 24:2, 24:13, 40:2, 58:18, 58:25, 60:21, 61:19, 64:9, 68:7, 69:7, 74:13, 74:16, 82:4, 88:13, 94:9, 94:25, 100:6, 105:7, 107:8, 108:25, 109:21
**approached** [3] - 18:20, 90:19, 98:8
**April** [14] - 9:13, 10:1, 10:7, 16:10, 17:21, 19:23, 22:2, 46:5, 46:8, 46:12, 47:3, 47:8, 47:23
**area** [24] - 33:16, 37:12, 37:14, 37:15, 37:17, 38:14, 38:18, 41:17, 41:20, 42:15, 43:18, 56:20, 71:2, 71:3, 85:20, 85:21, 98:5, 98:7, 99:8, 99:10, 99:12, 105:1, 112:8
**areas** [1] - 93:15
**argue** [1] - 50:9
**arguments** [1] - 121:7
**arm** [2] - 8:10, 43:13
**arrest** [10] - 9:22, 86:8, 91:20, 92:15, 92:17, 94:6, 94:7, 94:13, 94:17, 103:2
**arrested** [14] - 9:14, 9:17, 10:3, 10:4, 13:15, 13:24, 14:4, 14:22, 19:23, 22:2, 22:4, 46:5, 47:11, 93:24
**arresting** [1] - 93:6
**arrived** [3] - 54:23, 55:6, 55:8
**article** [1] - 108:16
**assigned** [5] - 85:14, 85:20, 85:21, 97:14, 97:15
**assignment** [2] - 54:6, 97:12
**assignments** [3] - 54:11, 54:13, 97:20
**assist** [1] - 124:25
**assisting** [1] - 8:5
**associated** [1] - 50:11
**associates** [2] - 98:6, 98:9
**assumed** [1] - 79:10
**ATF** [1] - 9:21
**attempt** [1] - 59:25
**attempted** [3] - 62:9, 62:19, 62:22
**attention** [7] - 3:10, 24:5, 49:23, 50:1, 54:14, 85:22, 97:24
**attic** [1] - 70:4
**attorneys** [1] - 130:7
**audio** [4] - 104:24, 105:2, 105:14, 111:15
**AUSA** [3] - 1:15, 1:16, 1:16
**author** [1] - 126:16
**available** [1] - 62:13
**avenue** [3] - 87:10, 87:24, 88:5
**Avenue** [22] - 37:17, 38:19, 42:15, 54:22, 56:12, 60:14, 61:11, 61:12, 64:23, 64:24, 65:3, 65:9, 66:7, 67:11, 70:3, 73:16, 75:20, 79:15, 86:23, 86:25, 87:11, 98:7
**aware** [1] - 38:4
**awareness** [1] - 125:4

**B**

**bad** [5] - 29:9, 29:10, 29:12, 79:8, 126:10
**bag** [3] - 69:15, 69:19, 75:1
**baggie** [1] - 93:12
**baggies** [9] - 89:25, 90:4, 90:5, 91:10, 91:17, 93:9, 93:10, 93:13, 93:21
**bags** [2] - 95:9, 95:10
**bank** [1] - 33:13
**barely** [1] - 110:1
**baseball** [1] - 119:7
**based** [2] - 75:3, 107:3
**basis** [4] - 29:8, 30:13, 36:8, 61:19
**beach** [2] - 31:13, 54:13
**beach-front** [1] - 31:13
**bean** [1] - 126:5
**beater** [4] - 80:4, 80:5, 80:12, 80:19
**became** [3] - 38:4, 54:18, 98:1
**become** [1] - 54:15
**began** [4] - 55:1, 98:12, 98:16, 98:17
**begin** [1] - 5:3
**begins** [1] - 104:15
**behalf** [1] - 128:21
**behave** [1] - 34:5
**behind** [1] - 90:21
**belonged** [2] - 66:24, 77:5
**belonging** [2] - 68:16, 68:17
**Bench** [10] - 20:19, 21:1, 39:11, 39:19, 57:13, 58:17, 61:21, 63:14, 109:24, 113:15
**Benoit** [2] - 121:25, 123:22
**Bernal** [1] - 20:6
**Bernat** [10] - 10:5, 20:6, 20:8, 90:21, 90:22, 99:4, 99:15, 99:18, 126:16
**best** [1] - 110:14
**better** [2] - 30:9, 123:14
**between** [3] - 37:20, 74:4, 124:22
**big** [3] - 28:25, 30:6, 33:7
**big-time** [2] - 28:25, 30:6
**bigger** [2] - 29:24
**bike** [3] - 31:19, 54:12, 97:22
**bill** [1] - 33:5
**bills** [4] - 8:19, 29:2, 33:6, 33:14
**binder** [1] - 125:16
**binders** [7] - 125:8, 125:9, 125:13, 125:15, 125:23
**bit** [5] - 16:6, 17:20, 26:21, 54:25, 88:6
**bites** [1] - 5:10
**black** [2] - 98:21, 102:8
**block** [9] - 64:23, 74:2, 83:25, 84:11, 88:12, 102:23, 110:8, 116:3
**blocks** [4] - 102:18, 103:1, 103:9, 116:5
**blogs** [1] - 50:3
**blue** [1] - 60:5
**BMT** [49] - 6:10, 9:25, 10:5, 11:8, 11:9, 11:11, 11:14, 11:18, 12:22, 13:2, 13:10, 13:19, 13:22, 14:12, 15:1, 15:3, 15:10, 15:11, 15:14, 27:14, 27:21, 27:22, 27:24, 28:2, 38:11, 41:5, 41:10, 41:11, 41:13, 41:18, 41:23, 41:24, 43:11, 43:21, 43:23, 44:13, 44:15, 44:18, 46:11, 46:15, 47:19, 49:19, 49:23, 50:12, 52:2
**body** [1] - 43:12
**Bori** [2] - 47:22, 49:4

boss [1] - 52:21
bottom [1] - 40:5
bought [3] - 51:9, 111:24, 112:1
Boulevard [2] - 1:19, 1:24
Boy [1] - 47:22
break [5] - 34:4, 34:11, 52:25, 81:4, 120:19
breaks [1] - 124:1
brief [1] - 6:16
briefly [1] - 54:24
bright [2] - 89:18, 90:15
bring [8] - 3:10, 4:23, 5:15, 40:1, 51:24, 53:10, 113:11, 127:16
broad [1] - 90:14
broke [1] - 7:22
brought [4] - 58:2, 65:20, 66:23, 67:11
brown [1] - 91:3
bucks [1] - 32:21
building [16] - 30:24, 87:17, 88:7, 88:22, 88:24, 89:2, 89:19, 89:20, 89:21, 89:22, 90:25, 91:2, 98:19, 98:20, 113:25, 114:10
bum [1] - 31:18
bus [1] - 31:19
busy [1] - 124:10
buy [7] - 33:8, 33:10, 50:24, 51:2, 51:6, 93:11, 93:12
buying [1] - 51:4
buys [1] - 127:14
BY [96] - 2:9, 5:23, 8:9, 9:4, 9:12, 10:22, 12:2, 12:17, 16:2, 17:7, 21:6, 24:4, 24:16, 25:14, 26:2, 32:11, 32:19, 37:2, 39:20, 40:4, 43:7, 43:20, 44:5, 44:23, 46:3, 46:24, 48:13, 50:16, 53:23, 57:5, 57:9, 58:20, 59:8, 60:10, 60:24, 63:16, 64:11, 65:16, 68:10, 69:9, 69:18, 70:10, 71:16, 72:15, 73:8, 74:19, 79:1, 80:17, 82:9, 83:19, 85:2, 86:20, 87:4, 88:16, 89:14, 90:6, 92:10, 93:2, 94:5, 94:11, 95:2, 97:7, 99:7, 100:8, 101:23, 102:13, 105:9, 108:1, 108:8, 109:2, 113:21, 115:10, 115:23, 116:20, 117:14, 117:19, 118:19, 119:5, 119:14, 119:21, 120:4, 120:9, 132:4, 132:5, 132:6, 132:7, 132:8, 132:9, 132:11, 132:12, 132:13, 132:14, 132:16, 132:17, 132:19, 132:20

## C

C-O-S-N-E-R [1] - 53:21
cable [1] - 127:17
cafeteria [2] - 86:24, 87:12
camera [1] - 5:4
canine [1] - 97:22
cap [1] - 119:7
capital [1] - 97:5
car [11] - 31:2, 70:12, 74:4, 75:11, 75:12, 88:1, 90:19, 90:21, 99:1, 110:8, 112:10
card [2] - 68:20, 76:14
cards [4] - 68:17, 76:9, 76:21, 77:2
care [3] - 34:12, 107:17, 129:4
Carlos [2] - 64:5, 64:17
carried [1] - 36:7
carries [2] - 16:19, 17:14
carry [1] - 36:3
carrying [1] - 16:23
case [20] - 1:2, 4:11, 9:17, 9:20, 22:5, 52:25, 67:7, 73:20, 74:6, 79:3, 96:4, 100:23, 101:1, 103:22, 105:19, 120:22, 124:13, 130:15, 130:17, 131:2
cash [6] - 8:14, 30:17, 30:22, 33:13, 74:9, 75:21
cashed [1] - 8:13
cashing [2] - 7:8, 9:7
casing [3] - 18:8, 18:11, 19:13
Castro [2] - 68:19, 84:8
cataloged [1] - 112:12
catch [2] - 88:6, 90:14
caught [1] - 87:23
caution [1] - 128:2
CD [5] - 105:15, 105:19, 105:25, 123:8, 124:21
celebrating [1] - 6:2
cell [3] - 48:5, 68:18, 77:17
cellular [3] - 95:8, 95:9, 95:15
certain [2] - 77:20, 127:17
certainly [1] - 123:8
Certified [1] - 133:21
certify [1] - 133:14
Chacon [47] - 7:4, 7:8, 8:11, 8:13, 8:17, 8:20, 50:18, 52:15, 64:17, 64:18, 64:19, 71:25, 72:3, 86:6, 86:11, 86:19, 86:25, 87:22, 89:23, 90:20, 90:22, 92:14, 92:18, 93:24, 94:6, 94:14, 94:17, 94:19, 95:6, 95:15, 95:18, 96:5, 111:14, 111:19, 112:4, 112:7, 112:13, 112:14, 116:21, 117:15, 118:20, 118:22, 119:8, 119:16, 120:5, 120:11
CHACON [1] - 1:7
Chacon's [2] - 108:13, 111:23
chambers [1] - 4:1
chance [5] - 24:6, 24:8, 69:20, 76:1, 76:4
change [2] - 31:15, 110:7
charged [1] - 16:23
charges [2] - 9:16, 9:20
Chase [1] - 76:13
chase [1] - 103:7
check [6] - 8:14, 9:7, 81:22, 115:4, 126:6, 131:2
checked [1] - 114:13
checking [3] - 8:14, 20:25, 104:10
child [1] - 129:4
Christian [3] - 47:6, 47:11, 47:12
CHRISTOPHER [1] - 1:8
Christopher [1] - 22:23
CI [20] - 108:4, 109:11, 110:1, 110:2, 110:5, 110:15, 110:16, 110:22, 111:1, 111:4, 111:5, 111:6, 111:7, 111:11, 112:1, 112:10, 113:3, 113:7, 113:13
circle [1] - 87:16
circling [1] - 90:23
City [19] - 19:24, 20:5, 53:16, 54:2, 54:3, 54:11, 85:6, 85:11, 97:11, 97:20, 97:23, 100:17, 101:4, 101:7, 101:12, 102:10, 103:10, 108:19, 114:18
claimed [2] - 13:18, 13:22
clarify [2] - 73:4, 73:10
clear [2] - 100:18, 121:10
clearing [1] - 73:1
clearinghouse [1] - 82:11
clearly [2] - 4:14, 71:5
click [1] - 14:12
client [5] - 7:4, 22:23, 71:19, 71:25, 72:8
client's [1] - 7:4
clinched [1] - 98:12
clip [1] - 6:16
close [12] - 29:9, 43:23, 43:25, 44:8, 44:9, 44:15, 45:14, 70:15, 102:18, 103:6, 115:24, 116:2
closer [1] - 60:3
clothes [1] - 31:16
clothing [2] - 45:20, 108:16
coats [1] - 5:18
cocaine [5] - 16:13, 17:21, 17:22, 21:11, 21:19
Coconut [1] - 2:3
cognizant [1] - 125:4
Coladas [3] - 18:14, 18:18, 18:20
colleagues [1] - 130:11
collect [1] - 67:9
collected [1] - 67:10
collection [1] - 67:6
color [3] - 86:16, 88:25, 91:3
colored [1] - 108:17
coming [3] - 52:6, 86:22, 125:13
commenced [5] - 20:19, 39:11, 57:13, 61:21, 109:24
commencement [1] - 123:7
committed [4] - 34:23, 35:24, 56:21, 75:16
committing [2] - 25:21, 34:12
common [1] - 27:14
complete [2] - 68:13, 126:15
completed [1] - 59:10
complex [1] - 91:1
complies [2] - 43:16, 68:14
computer [3] - 127:5, 127:20, 127:22
concerned [2] - 13:25, 46:18
concluded [5] - 21:1, 39:19, 58:17, 63:14, 113:15
conclusion [1] - 99:5
condition [1] - 91:22
conditionally [1] - 111:2
conditions [1] - 70:24
condo [1] - 31:13
conduct [7] - 55:16, 61:6, 64:25, 66:2, 66:5, 86:2, 103:19
conducted [4] - 70:11, 70:15, 77:10, 83:24
conference [10] - 20:19, 21:1, 39:11, 39:19, 57:13, 58:17, 61:21, 63:14, 109:24, 113:15
confident [1] - 62:10
confidential [15] - 103:15, 103:16, 104:1, 104:4, 104:11, 104:20, 105:1, 105:4, 108:10, 110:18, 114:12, 115:4, 115:11, 115:13, 126:17
confirmed [1] - 110:18
confronted [1] - 14:21
confused [1] - 112:1
connecting [1] - 127:7
connection [1] - 16:23
consecutive [1] - 17:14

DAILY COPY

**consider** [1] - 125:17
**considered** [3] - 41:14, 72:23, 95:23
**consistent** [1] - 3:12
**conspiracy** [2] - 111:9, 111:11
**conspirators** [1] - 111:4
**consult** [1] - 127:19
**contact** [3] - 40:18, 79:2, 98:4
**contained** [2] - 68:15, 106:2
**containing** [1] - 109:8
**content** [2] - 106:22, 107:1
**contents** [4] - 75:3, 75:25, 76:4, 77:1
**continue** [5] - 3:10, 5:20, 63:15, 82:2, 88:5
**CONTINUED** [5] - 2:1, 5:22, 82:8, 132:4, 133:1
**continued** [5] - 66:14, 98:18, 98:20, 98:23, 98:25
**continuous** [1] - 3:22
**continuum** [1] - 130:19
**contraband** [2] - 104:11, 104:19
**contrary** [1] - 6:23
**control** [2] - 82:25, 104:17
**convenient** [2] - 35:17, 35:20
**conversation** [5] - 3:13, 106:22, 106:23, 107:2, 110:9
**conversations** [1] - 106:21
**convicted** [1] - 16:16
**convince** [1] - 14:15
**cookie** [3] - 51:14, 51:15, 51:18
**cooperates** [1] - 103:17
**cooperative** [1] - 91:8
**copies** [3] - 79:25, 106:17, 125:12
**copy** [5] - 3:24, 118:4, 118:5, 118:6, 118:7
**Coral** [1] - 1:20
**corner** [3] - 70:2, 74:2, 86:24
**correct** [225] - 4:6, 6:3, 6:4, 6:7, 6:8, 6:12, 6:14, 6:15, 6:20, 6:21, 6:25, 7:5, 9:18, 9:19, 9:22, 10:13, 11:9, 11:10, 11:15, 11:16, 11:18, 12:23, 12:24, 13:6, 13:7, 13:19, 13:20, 14:1, 14:2, 14:10, 14:11, 14:12, 14:19, 14:23, 14:24, 15:3, 15:7, 15:8, 15:12, 15:15, 16:8, 16:9, 16:11, 16:15, 16:17, 16:20, 17:15, 17:16, 17:18, 17:19, 17:21, 18:6, 18:7, 18:12, 18:13, 19:2, 19:11, 19:12, 21:11, 21:12, 21:14, 21:20, 21:22, 22:5, 22:6, 22:13, 23:1, 23:3, 23:8, 23:9, 26:4, 26:5, 26:7, 26:8, 26:10, 26:11, 26:13, 26:16, 26:17, 26:19, 26:22, 26:23, 26:25, 27:1, 27:2, 27:5, 27:9, 27:11, 27:12, 27:15, 27:18, 27:22, 27:25, 28:17, 28:18, 28:20, 28:21, 28:25, 29:21, 32:21, 32:24, 33:1, 33:14, 33:17, 33:18, 33:21, 33:24, 34:6, 34:13, 34:16, 34:18, 34:21, 34:24, 34:25, 35:1, 35:3, 35:10, 35:12, 35:15, 37:7, 37:21, 37:24, 38:1, 38:2, 38:4, 38:19, 39:3, 40:14, 40:18, 40:19, 40:20, 41:5, 41:8, 41:9, 41:18, 41:19, 41:20, 41:21, 41:24, 42:1, 42:4, 42:5, 42:12, 42:13, 42:16, 42:17, 42:24, 63:11, 71:21, 72:6, 72:9, 72:21, 73:3, 73:12, 73:15, 73:18, 73:23, 74:1, 74:6, 74:10, 75:1, 75:2, 75:5, 75:6, 75:12, 75:13, 75:16, 75:17, 75:19, 75:20, 75:21, 75:23, 76:5, 76:7, 76:8, 76:11, 76:20, 76:23, 76:25, 77:5, 77:15, 77:16, 77:18, 77:19, 77:24, 77:25, 78:1, 78:2, 78:4, 78:11, 78:22, 79:17, 79:18, 82:13, 82:18, 82:21, 82:25, 83:7, 87:18, 91:4, 93:7, 93:18, 94:2, 95:8, 95:9, 95:11, 95:16, 95:17, 95:24, 96:2, 96:5, 111:2, 112:3, 117:2, 117:5, 117:8, 117:11, 117:21, 117:22, 118:22, 119:8, 129:11, 129:20, 133:14
**correctly** [1] - 107:1
**Cosner** [6] - 53:4, 53:5, 53:16, 53:20, 71:17, 82:10
**COSNER** [2] - 53:17, 132:10
**costs** [1] - 14:3
**counsel** [4] - 41:22, 46:4, 49:6, 49:14
**Counsel** [1] - 130:11
**Count** [6] - 16:7, 16:14, 16:22, 17:13, 122:20
**count** [1] - 16:13
**counts** [3] - 16:3, 16:10, 17:15
**County** [1] - 79:24
**couple** [4] - 6:17, 68:18, 89:25, 130:6
**course** [8] - 14:20, 24:1, 30:16, 55:21, 103:21, 121:13, 122:19, 130:20
**court** [7] - 61:23, 81:15, 108:14, 111:14, 117:10, 121:22, 121:23
**Court** [5] - 16:5, 34:3, 126:2, 130:3, 130:5
**COURT** [229] - 1:1, 3:3, 3:5, 3:6, 3:7, 3:8, 3:17, 3:21, 4:7, 4:10, 4:13, 4:22, 4:23, 5:1, 5:3, 5:8, 5:15, 5:17, 7:15, 7:17, 7:19, 7:20, 7:21, 7:22, 8:3, 8:6, 10:20, 11:24, 12:1, 12:10, 15:18, 15:21, 15:23, 17:6, 20:18, 20:20, 20:25, 21:2, 23:19, 23:22, 24:1, 24:3, 24:15, 25:10, 25:12, 25:24, 32:10, 32:18, 36:22, 39:10, 39:12, 40:3, 42:19, 42:23, 42:25, 43:5, 43:19, 44:4, 44:22, 45:24, 46:2, 46:21, 47:21, 48:12, 50:15, 52:23, 53:3, 53:5, 53:10, 53:12, 57:4, 57:8, 57:12, 57:14, 57:23, 58:4, 58:9, 58:19, 59:1, 59:4, 59:7, 60:2, 60:4, 60:9, 60:22, 61:20, 62:11, 62:15, 62:18, 62:20, 62:23, 63:5, 63:8, 63:11, 63:15, 64:4, 64:10, 65:15, 68:3, 68:9, 69:8, 69:17, 69:22, 71:14, 72:13, 73:6, 74:14, 74:18, 78:24, 80:7, 80:10, 80:15, 81:3, 81:6, 81:11, 81:13, 81:22, 81:23, 82:1, 82:6, 83:11, 83:13, 83:15, 83:17, 84:14, 84:16, 84:19, 87:3, 88:15, 89:6, 89:8, 89:13, 90:3, 92:2, 92:4, 92:9, 92:21, 92:24, 94:3, 94:10, 95:1, 96:10, 96:12, 96:14, 96:16, 96:18, 96:20, 96:22, 99:6, 100:7, 101:17, 101:22, 102:12, 105:8, 106:9, 106:12, 106:18, 107:9, 107:12, 107:14, 107:17, 107:23, 109:1, 109:20, 109:23, 110:4, 110:8, 110:11, 110:16, 110:20, 111:17, 111:20, 111:22, 112:1, 112:4, 112:9, 112:17, 112:23, 113:2, 113:6, 113:11, 113:14, 113:16, 113:20, 115:9, 115:20, 116:12, 116:16, 118:4, 118:7, 118:12, 120:16, 121:3, 121:13, 121:19, 122:17, 123:1, 123:6, 123:12, 123:15, 123:18, 124:17, 124:24, 125:7, 125:19, 125:22, 126:4, 126:7, 126:10, 127:2, 127:8, 127:10, 127:13, 127:18, 128:2, 128:5, 128:9, 128:15, 128:19, 128:24, 129:2, 129:11, 129:17, 129:21, 129:23, 130:2, 130:5, 130:10, 131:1
**COURTROOM** [3] - 53:18, 84:21, 97:2
**courtroom** [3] - 121:9, 128:6, 131:1
**cousin** [2] - 7:5, 41:2
**crack** [8] - 17:21, 21:11, 21:19, 26:25, 32:20, 34:18, 36:16, 47:17
**credit** [3] - 68:17, 76:9, 76:21
**crime** [3] - 16:24, 56:21, 73:3
**crimes** [2] - 34:13, 85:19
**criminal** [3] - 10:6, 97:15, 103:20
**CROSS** [19] - 5:22, 16:1, 25:13, 26:1, 37:1, 71:15, 72:14, 82:8, 93:1, 116:19, 132:4, 132:5, 132:6, 132:7, 132:8, 132:12, 132:13, 132:17, 132:20
**cross** [9] - 62:13, 63:1, 71:14, 88:5, 92:24, 100:18, 116:16, 124:5, 124:7
**CRR** [1] - 2:9
**CSI** [4] - 67:12, 78:15, 79:23, 83:1
**currency** [3] - 68:23, 68:24, 75:2
**current** [1] - 54:6
**customer** [5] - 27:9, 39:22, 39:23, 39:24, 40:8
**customer's** [1] - 51:23
**customers** [1] - 8:18
**cut** [4] - 27:8, 34:4, 51:24, 124:20

## D

**Dade** [1] - 79:24
**Dadeland** [1] - 1:24
**dailies** [1] - 39:17
**daily** [1] - 29:8
**dark** [2] - 86:17, 90:11
**date** [7] - 54:15, 66:2, 91:20, 97:25, 104:10, 104:14,

105:15
**DAVID** [4] - 2:2, 97:1, 97:4, 132:18
**David** [6] - 20:8, 90:21, 96:23, 97:4, 126:16
**DAY** [1] - 1:5
**day's** [1] - 125:1
**DAYAAN** [1] - 132:3
**days** [2] - 29:17, 33:23
**De** [1] - 1:19
**deal** [7] - 4:17, 29:22, 29:24, 30:5, 38:7, 123:16
**dealer** [1] - 28:25
**dealers** [1] - 30:6
**dealing** [1] - 37:9
**death's** [1] - 130:6
**December** [5] - 33:18, 33:20, 34:15, 34:18, 37:23
**decide** [1] - 107:3
**deduct** [1] - 30:19
**Defendant** [20] - 24:22, 25:4, 50:18, 50:22, 50:25, 51:4, 51:16, 51:18, 52:2, 52:7, 52:10, 52:15, 60:8, 60:11, 64:22, 65:10, 65:18, 66:13, 66:17, 86:19
**defendant** [1] - 128:21
**Defendants** [1] - 1:10
**defendants** [9] - 4:5, 4:8, 4:16, 26:19, 45:22, 45:25, 121:6, 130:8, 130:18
**DEFENDANTS** [1] - 1:19
**defense** [5] - 3:10, 46:4, 49:5, 49:14, 125:11
**deliberations** [1] - 125:17
**denied** [2] - 13:19, 63:9
**Department** [12] - 19:24, 53:16, 54:2, 54:4, 54:11, 85:6, 96:7, 96:24, 97:11, 97:24, 103:11, 114:19
**department** [1] - 103:18
**depict** [1] - 89:1
**depicted** [2] - 17:24, 113:25
**depiction** [1] - 106:1
**deploy** [2] - 104:1, 104:4
**deployed** [3] - 103:15, 104:11, 111:6
**deployment** [1] - 105:3
**DEPUTY** [3] - 53:18, 84:21, 97:2
**describe** [1] - 89:16
**described** [3] - 80:24, 84:2, 116:9
**describing** [1] - 88:22
**description** [1] - 80:15
**despite** [1] - 71:8
**detail** [1] - 97:19
**detain** [3] - 79:5, 79:12, 90:22
**detained** [9] - 55:22, 55:23, 79:7, 79:11, 79:13, 79:14, 79:16, 90:20, 93:24
**Detective** [53] - 10:4, 20:6, 53:4, 53:5, 53:15, 54:14, 60:2, 60:25, 63:17, 68:11, 69:1, 69:10, 70:11, 71:7, 71:17, 72:16, 72:20, 74:20, 81:8, 82:10, 84:14, 84:17, 85:3, 87:5, 88:17, 89:15, 90:3, 90:22, 91:12, 93:3, 93:23, 94:12, 95:22, 96:23, 97:4, 99:4, 99:15, 99:18, 100:9, 101:24, 102:14, 103:10, 108:2, 108:9, 109:3, 113:22, 114:12, 115:24, 116:21, 116:24, 122:22, 126:18, 126:19
**DETECTIVE** [6] - 53:17, 84:20, 97:1, 132:10, 132:15, 132:18
**detective** [33] - 20:5, 21:10, 22:20, 54:7, 54:8, 54:10, 72:20, 72:23, 73:1, 78:10, 79:10, 79:19, 79:25, 80:11, 82:11, 82:18, 82:24, 83:2, 85:8, 85:9, 85:13, 85:17, 85:18, 103:3, 103:22, 112:9, 112:11, 113:6, 113:11, 121:3, 126:12, 126:14
**detective's** [1] - 63:6
**detectives** [5] - 20:1, 90:20, 99:13, 108:20, 124:9
**detectives'** [1] - 123:5
**determine** [1] - 107:5
**devices** [3] - 104:21, 104:23, 104:24
**Diaz** [2] - 64:5, 64:17
**difference** [1] - 64:4
**different** [6] - 5:5, 13:8, 13:10, 61:19, 101:10, 112:23
**difficult** [2] - 18:5, 23:5
**dig** [1] - 123:11
**Diplomate** [1] - 133:20
**direct** [1] - 124:19
**DIRECT** [6] - 53:22, 85:1, 97:6, 132:11, 132:16, 132:19
**directed** [1] - 111:5
**directing** [1] - 85:22
**direction** [2] - 98:13, 121:21
**directly** [2] - 99:17, 114:2
**discharged** [1] - 42:12
**disclosed** [1] - 123:10
**discovered** [1] - 82:23
**discovery** [1] - 123:4
**discuss** [1] - 4:19
**discussing** [1] - 102:2
**discussion** [1] - 106:19
**disk** [1] - 105:23
**dismiss** [1] - 16:13
**displayed** [2] - 7:7, 8:15
**Dispoto** [1] - 122:6
**DISPOTO** [1] - 1:16
**disputing** [1] - 50:6
**disregard** [1] - 107:6
**distance** [1] - 14:3
**distribute** [1] - 106:16
**DISTRICT** [3] - 1:1, 1:1, 1:13
**disturb** [1] - 123:23
**divide** [1] - 51:15
**DIVISION** [1] - 1:2
**Dixon** [4] - 26:3, 26:6, 26:19, 50:22
**DIXON** [1] - 1:8
**DNA** [1] - 78:14
**document** [10] - 12:14, 12:16, 21:5, 24:7, 40:9, 59:11, 60:23, 64:13, 87:7, 88:19
**Document** [4] - 43:2, 89:10, 107:19, 115:21
**documents** [1] - 62:24
**documents)** [1] - 94:15
**Dodge** [9] - 67:17, 68:25, 73:23, 75:4, 75:18, 75:21, 77:8, 84:9, 84:10
**dollar** [1] - 8:19
**dollars** [4] - 33:6, 45:14, 112:2, 112:10
**Donald** [1] - 61:3
**done** [5] - 8:25, 9:10, 124:6, 125:10, 127:21
**DONET** [29] - 2:2, 3:11, 3:19, 4:6, 4:20, 26:2, 32:11, 32:19, 36:21, 83:14, 96:15, 111:3, 111:23, 112:5, 121:12, 125:18, 126:23, 126:25, 127:4, 127:9, 127:12, 127:14, 127:25, 128:3, 128:8, 128:14, 128:17, 129:19, 129:22
**Donet** [6] - 3:25, 4:4, 25:25, 83:13, 96:14, 127:11
**Donet's** [1] - 41:23
**DONET......................** [1] - 132:7
**door** [3] - 88:23, 124:1, 130:6
**doorway** [2] - 88:9, 89:18
**double** [1] - 126:6
**doubt** [1] - 7:9
**dove** [1] - 99:19
**down** [12] - 30:6, 57:20, 74:2, 74:3, 84:11, 84:14, 96:20, 98:12, 110:25, 121:20, 121:24
**draw** [1] - 97:24
**dreadlocks** [2] - 118:15, 119:7
**dreads** [4] - 117:20, 118:1, 120:6, 120:15
**dress** [1] - 80:21
**drew** [1] - 87:16
**drive** [2] - 55:21, 56:18
**driving** [2] - 86:22, 98:5
**drop** [1] - 104:6
**dropped** [2] - 61:10, 98:21
**drove** [2] - 55:10, 59:16
**drug** [18] - 6:5, 6:22, 16:24, 28:25, 30:6, 35:10, 47:24, 95:23, 96:1, 103:11, 103:14, 108:19, 108:22, 115:24, 116:2, 116:6, 116:7, 116:8
**drugs** [29] - 8:18, 23:14, 25:17, 27:7, 30:9, 34:16, 36:7, 37:9, 38:24, 39:2, 40:24, 41:7, 42:4, 42:15, 48:3, 50:17, 50:21, 50:24, 51:2, 91:7, 110:6, 111:8, 112:24, 112:25, 113:2, 113:4, 113:7, 113:12, 114:21
**during** [12] - 47:23, 55:13, 56:6, 56:13, 56:25, 67:6, 67:14, 67:19, 70:25, 71:7, 102:21
**dust** [1] - 5:10
**duties** [4] - 85:17, 85:18, 97:23, 103:10
**duty** [1] - 85:22
**Dwight** [6] - 64:17, 68:16, 68:18, 68:19, 76:16, 84:4

## E

**early** [1] - 48:15
**earn** [1] - 45:4
**earshot** [1] - 105:5
**east** [3] - 86:24, 87:11, 116:3
**eastbound** [1] - 99:23
**easy** [2] - 23:7, 45:22
**echo** [2] - 3:18, 3:20
**editing** [1] - 125:12
**either** [7] - 3:9, 31:18, 39:16, 57:20, 93:16, 94:17, 127:23
**electrical** [1] - 128:18
**elevators** [2] - 121:11, 121:14
**Elliott** [1] - 67:22
**Elmo** [5] - 17:5, 17:6, 87:2, 87:5, 113:19
**email** [4] - 3:11, 3:14, 3:23, 4:3
**emphasize** [1] - 128:10
**employed** [2] - 54:1, 97:10
**employment** [1] - 129:13

**empty** [1] - 125:9
**encountered** [1] - 102:24
**end** [7] - 4:10, 15:9, 34:15, 34:18, 81:16, 113:9, 116:25
**enforcement** [6] - 9:15, 22:8, 23:10, 73:2, 96:2, 99:11
**engaged** [1] - 106:23
**entered** [1] - 87:6
**entire** [2] - 85:11, 105:3
**entirely** [1] - 107:2
**entitled** [3] - 58:2, 58:8, 133:15
**envelope** [5] - 76:1, 76:5, 77:1, 100:18
**equipped** [1] - 104:20
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**evaluation** [1] - 107:3
**evening** [3] - 54:19, 61:4, 90:9
**event** [1] - 122:19
**events** [5] - 9:13, 10:1, 106:1, 124:10, 124:19
**Evidence** [5] - 58:1, 68:5, 92:6, 101:19, 106:14
**evidence** [34] - 8:5, 43:3, 67:7, 67:9, 67:10, 68:6, 68:12, 69:2, 73:22, 75:1, 82:11, 82:25, 84:4, 84:7, 89:5, 89:8, 89:11, 92:1, 92:7, 94:21, 101:15, 101:20, 101:25, 102:4, 102:15, 103:5, 106:7, 106:15, 107:20, 109:18, 110:14, 111:12, 115:19, 115:22
**evidence..** [1] - 132:24
**evidence............** [1] - 133:3
**evidence...................** [5] - 132:23, 133:2, 133:4, 133:6, 133:7
**evidence...................** . [1] - 132:25
**exact** [2] - 98:11, 98:15
**exactly** [1] - 80:16
**EXAMINATION** [29] - 5:22, 16:1, 25:13, 26:1, 37:1, 43:6, 53:22, 71:15, 72:14, 82:8, 83:18, 85:1, 93:1, 97:6, 116:19, 132:4, 132:5, 132:6, 132:7, 132:8, 132:9, 132:11, 132:12, 132:13, 132:14, 132:16, 132:17, 132:19, 132:20
**examination** [6] - 62:13, 63:1, 71:14, 92:24, 107:4, 116:17
**examine** [1] - 69:10
**example** [3] - 73:5, 73:9, 76:12
**exchange** [7] - 40:24, 89:24, 90:5, 90:13, 91:1, 91:7, 93:20
**exchanged** [2] - 89:25, 95:23
**excuse** [2] - 52:9, 101:5
**excused** [4] - 53:7, 84:15, 96:21, 121:3
**exhibit** [4] - 5:13, 6:2, 9:10, 42:22
**Exhibit** [34] - 6:1, 17:1, 17:9, 18:4, 43:2, 74:9, 74:17, 74:20, 75:4, 75:25, 76:13, 76:22, 77:1, 77:21, 78:1, 82:4, 82:13, 82:21, 87:6, 88:18, 89:10, 91:13, 92:1, 92:6, 105:24, 107:19, 115:21, 132:23, 132:25, 133:2, 133:4, 133:5, 133:6, 133:7
**exhibits** [1] - 124:7
**EXHIBITS** [2] - 132:22, 133:1
**Exhibits** [5] - 68:5, 101:19, 106:14, 132:24, 133:3
**expediency** [1] - 118:10
**explain** [2] - 41:1, 109:22
**explained** [2] - 65:4, 65:5
**extent** [1] - 107:7
**eyes** [3] - 41:12, 110:16, 110:24

**F**

**fabulous** [1] - 20:20
**Facebook** [1] - 50:4
**faces** [1] - 45:1
**facing** [1] - 99:23
**fact** [12] - 7:1, 7:7, 8:13, 9:14, 11:17, 17:1, 22:15, 41:22, 71:8, 76:21, 77:14, 93:23
**facts** [1] - 63:11
**fair** [6] - 29:20, 38:13, 38:23, 39:1, 41:4, 106:1
**fairly** [1] - 89:1
**fake** [1] - 31:8
**familiar** [1] - 20:12
**family** [1] - 120:21
**fancy** [1] - 31:6
**far** [6] - 63:2, 64:21, 83:23, 88:11, 88:12, 128:25
**Fat** [1] - 47:22
**February** [9] - 1:4, 35:22, 48:15, 103:12, 103:24, 103:25, 122:21, 124:19, 133:18
**federal** [2] - 13:12, 17:17
**Federal** [1] - 58:1
**feet** [1] - 70:18
**felon** [1] - 16:17
**felt** [1] - 78:11
**female** [3] - 40:16, 40:18, 52:12
**fence** [3] - 98:19, 98:21, 100:2
**few** [5] - 85:14, 91:21, 98:6, 118:3, 130:23
**fighting** [1] - 50:6
**file** [2] - 58:6, 58:10
**fill** [3] - 34:21, 35:14, 35:25
**filled** [4] - 35:1, 35:23, 36:5, 36:6
**fine** [2] - 122:7, 125:3
**finger** [1] - 18:5
**fingerprint** [1] - 78:6
**fingerprints** [1] - 78:13
**fingers** [3] - 28:2, 28:5, 28:7
**finish** [1] - 15:5
**finished** [1] - 81:2
**firearm** [34] - 10:12, 10:13, 10:16, 10:24, 16:16, 16:23, 17:11, 18:8, 18:11, 18:21, 19:13, 35:3, 35:6, 47:15, 48:8, 48:17, 48:22, 49:1, 69:10, 69:19, 69:25, 78:17, 83:4, 84:1, 84:2, 98:22, 99:9, 99:21, 100:22, 101:3, 101:6, 101:9, 101:10, 101:11
**firearms** [2] - 25:19, 104:18
**fired** [1] - 19:10
**first** [31] - 3:17, 11:3, 11:5, 18:18, 18:19, 23:22, 33:23, 55:6, 55:9, 56:11, 56:19, 56:22, 56:24, 59:16, 61:11, 61:12, 61:14, 61:16, 64:21, 65:2, 65:8, 66:7, 66:11, 67:22, 71:22, 91:21, 99:14, 102:24, 103:6, 124:22
**fish** [1] - 29:24
**five** [4] - 29:16, 81:4, 81:18
**fives** [2] - 32:23, 32:25
**fixed** [1] - 53:13
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [1] - 1:22
**flashed** [1] - 6:19
**flashing** [1] - 29:2
**Flores** [16] - 37:4, 37:6, 37:25, 38:4, 38:7, 39:22, 40:8, 40:18, 41:7, 42:3, 42:6, 42:8, 42:11, 52:2, 52:7, 52:10
**FLORES** [1] - 1:9
**Florida** [2] - 2:10, 49:11
**FLORIDA** [2] - 1:1, 1:7
**florida** [1] - 133:20
**fluorescent** [3] - 88:9, 88:23, 89:18
**focus** [1] - 24:5
**focused** [1] - 129:18
**folder** [1] - 57:16
**folk** [1] - 128:6
**folks** [1] - 45:16
**follow** [2] - 104:7, 106:25
**following** [5] - 10:23, 23:16, 24:22, 35:22
**food** [1] - 45:18
**foot** [1] - 87:25
**FOR** [2] - 1:15, 1:19
**Ford** [1] - 70:17
**forearm** [1] - 43:18
**foregoing** [1] - 133:14
**forgotten** [1] - 128:10
**form** [6] - 34:21, 34:23, 35:1, 35:5, 35:14, 86:8
**Form** [2] - 18:25, 19:4
**formal** [1] - 41:11
**forms** [1] - 76:9
**Forte** [7] - 64:17, 68:16, 68:18, 76:16, 76:18, 76:22, 84:5
**Forte's** [1] - 68:19
**forth** [1] - 119:22
**forward** [3] - 56:17, 118:25, 124:12
**foundation** [2] - 109:19, 113:3
**four** [3] - 18:5, 62:2, 122:7
**fourth** [1] - 73:22
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**Francisco** [2] - 126:15, 126:20
**Friday** [2] - 33:12, 129:8
**friends** [4] - 43:25, 44:11, 44:13, 120:21
**front** [14] - 17:25, 18:21, 18:24, 27:8, 31:13, 57:16, 67:16, 73:24, 73:25, 88:9, 88:23, 98:11, 99:17, 114:3
**full** [6] - 53:19, 84:22, 97:2, 97:3
**funds** [1] - 8:20
**future** [1] - 116:13

**G**

**Gables** [1] - 1:20
**gang** [5] - 85:19, 85:21, 93:3, 97:15, 97:19
**gang-related** [1] - 85:19
**Garcia** [3] - 94:7, 94:14, 95:10
**gate** [1] - 90:24
**geek** [2] - 21:16, 21:18
**gentleman** [12] - 24:19, 86:6, 86:15, 87:1, 87:22, 89:23, 90:25, 91:6, 91:7, 92:14, 92:17, 118:15
**Gentlemen** [3] - 52:24, 106:19, 120:17
**gentlemen** [7] - 8:1, 75:7, 80:18, 87:21, 89:16, 107:12, 121:15
**gift** [1] - 45:3
**girlfriend** [3] - 31:21,

32:6, 32:14
**given** [15] - 4:15, 6:6, 29:19, 44:18, 45:6, 45:8, 45:13, 70:16, 79:25, 94:12, 109:11, 118:7, 123:20, 123:22, 125:20
**glance** [1] - 57:20
**Glock** [6] - 69:5, 69:14, 69:24, 77:21, 77:23, 77:24
**goldish** [1] - 88:25
**GONZALEZ** [90] - 1:19, 3:20, 5:12, 5:21, 5:23, 7:11, 7:13, 7:16, 7:18, 7:25, 8:4, 8:8, 8:9, 8:24, 9:2, 9:4, 9:10, 9:12, 10:19, 10:21, 10:22, 11:21, 11:23, 11:25, 12:2, 12:13, 12:15, 12:17, 15:17, 15:19, 15:22, 50:14, 71:16, 72:12, 89:7, 90:2, 92:3, 93:2, 94:5, 94:9, 94:11, 94:25, 95:2, 96:9, 101:16, 106:10, 107:13, 107:16, 109:19, 109:21, 109:25, 110:14, 112:21, 112:25, 113:3, 113:8, 115:7, 116:11, 116:18, 116:20, 117:12, 117:14, 117:18, 117:19, 118:2, 118:6, 118:9, 118:14, 118:17, 118:19, 118:25, 119:3, 119:5, 119:14, 119:18, 119:20, 119:21, 120:1, 120:3, 120:4, 120:9, 122:16, 122:18, 123:2, 123:7, 123:13, 123:16, 124:14, 124:18, 126:20
**Gonzalez** [13] - 5:11, 5:20, 12:11, 20:20, 20:24, 71:14, 92:24, 94:3, 116:16, 120:16, 121:19, 122:4, 124:3
**GONZALEZ...........** [1] - 132:4
**GONZALEZ...............** ....... [3] - 132:12, 132:17, 132:20
**Government** [32] - 3:9, 3:12, 4:1, 4:17, 5:25, 6:9, 8:3, 8:4, 10:20, 16:13, 17:1, 29:23, 39:3, 43:2, 74:9, 74:17, 77:1, 78:1, 118:8, 118:13, 122:13, 123:2, 123:3, 124:8, 124:15, 124:24, 127:8, 127:9, 127:21, 127:25, 128:22, 129:25
**Government's** [80] - 6:16, 17:8, 17:24, 18:4, 30:3, 42:22, 42:25, 44:21, 46:25, 68:1, 68:2, 68:3, 68:5, 68:12, 68:15, 68:21, 69:2, 70:1, 70:5, 74:20, 75:3, 75:25, 76:12, 76:22, 77:21, 82:4, 82:13, 82:20, 87:6, 88:18, 89:8, 89:10, 89:15, 91:13, 92:1, 92:4, 92:6, 93:9, 100:10, 101:15, 101:17, 101:19, 101:25, 102:5, 102:15, 103:6, 105:11, 105:13, 105:24, 106:2, 106:7, 106:12, 106:14, 107:19, 109:4, 109:18, 113:22, 114:1, 115:16, 115:18, 115:21, 116:5, 116:6, 116:8, 117:1, 132:23, 132:24, 132:25, 133:2, 133:3, 133:4, 133:5, 133:6, 133:7
**grams** [3] - 51:6, 51:7, 51:11
**green** [1] - 88:6
**Greer** [1] - 123:23
**grocery** [1] - 58:9
**ground** [3] - 99:1, 99:19, 99:20
**grounds** [1] - 23:19
**group** [4] - 26:9, 65:6, 98:8, 130:24
**Grove** [1] - 2:3
**guess** [7] - 3:22, 4:4, 18:17, 34:9, 35:19, 35:20, 49:22
**guilty** [5] - 16:3, 16:16, 16:22, 17:11, 17:13
**gun** [8] - 17:2, 17:25, 18:2, 18:6, 18:24, 19:10, 19:15, 19:16
**guns** [3] - 36:3, 36:7, 42:11
**guys** [2] - 28:15, 41:13
**Guzman** [1] - 68:17

## H

**half** [4] - 51:17, 51:22, 51:24, 88:12
**hand** [10] - 5:9, 9:5, 18:20, 18:23, 18:25, 29:7, 30:22, 32:12, 87:17, 91:2
**handgun** [3] - 98:25, 100:14, 102:8
**hands** [1] - 99:19
**hanging** [4] - 38:14, 38:15, 38:17, 42:1
**happy** [1] - 22:13
**hard** [6] - 3:24, 8:16, 8:17, 121:22, 121:23, 121:24
**hard..** [1] - 69:14
**hat** [1] - 120:15
**Havana** [4] - 37:15, 42:16, 93:13, 111:8
**havoc** [1] - 126:8
**hear** [7] - 3:20, 11:4, 46:22, 53:13, 106:21, 107:13, 111:12
**heard** [6] - 11:18, 12:22, 37:25, 38:11, 111:7, 111:24
**hearing** [2] - 107:5, 121:25
**hearsay** [5] - 50:15, 57:2, 61:18, 65:14, 78:23
**Heat** [1] - 123:22
**held** [3] - 54:10, 97:12, 97:20
**help** [5] - 12:4, 20:16, 21:7, 24:11, 95:3
**helpful** [1] - 125:2
**helping** [1] - 106:25
**HERMAN** [1] - 2:4
**hide** [1] - 13:13
**himself** [1] - 66:6
**Hispanic** [1] - 86:25
**hit** [1] - 7:25
**hm** [1] - 123:6
**hold** [2] - 48:3, 57:12
**holding** [1] - 27:13
**home** [3] - 45:3, 67:10, 84:3
**Honda** [1] - 99:22
**honest** [3] - 14:17, 38:9, 122:18
**Honor** [90] - 3:5, 4:6, 4:9, 4:12, 4:21, 5:14, 5:21, 10:19, 12:9, 15:17, 15:22, 17:4, 20:23, 21:4, 23:18, 24:2, 25:9, 25:11, 25:23, 36:21, 36:23, 40:2, 42:18, 42:21, 44:3, 48:10, 52:22, 53:4, 58:18, 58:25, 59:2, 59:6, 61:22, 63:7, 63:25, 64:9, 67:25, 69:7, 69:15, 70:9, 71:13, 72:12, 73:7, 74:13, 74:17, 80:9, 81:1, 81:10, 81:24, 82:3, 82:5, 83:10, 83:12, 83:16, 84:13, 88:13, 89:4, 89:7, 91:25, 92:20, 92:23, 94:25, 96:9, 96:11, 96:13, 96:15, 96:19, 100:6, 101:14, 102:11, 105:7, 106:6, 106:10, 106:11, 106:16, 107:8, 107:11, 107:16, 107:21, 108:25, 109:17, 111:13, 113:18, 116:4, 116:15, 116:18, 126:14, 128:23, 129:19, 130:25
**HONORABLE** [1] - 1:12
**hoody** [1] - 80:23
**hook** [2] - 118:10, 128:7
**hooked** [3] - 127:20, 128:17, 128:19
**hoping** [2] - 29:23, 30:6
**Horowitz** [10] - 15:24, 58:10, 59:5, 72:13, 73:6, 80:10, 81:13, 82:2, 96:10, 124:5
**HOROWITZ** [57] - 1:23, 16:2, 17:4, 17:7, 20:23, 21:4, 21:6, 23:24, 24:2, 24:4, 24:13, 24:16, 25:9, 25:11, 42:24, 44:1, 44:3, 45:23, 46:1, 46:19, 47:20, 48:10, 57:2, 58:1, 58:5, 59:2, 59:6, 61:18, 61:22, 63:1, 63:7, 63:9, 63:25, 65:14, 72:15, 73:7, 73:8, 74:13, 74:16, 74:19, 79:1, 80:8, 80:13, 80:16, 80:17, 81:10, 81:12, 81:19, 82:3, 82:7, 82:9, 83:9, 96:11, 128:13, 128:25, 129:10, 129:16
**Horowitz's** [1] - 118:11
**HOROWITZ...............** ....... [2] - 132:5, 132:13
**HOSSEINI** [25] - 1:16, 4:9, 4:12, 4:21, 32:17, 84:17, 85:2, 86:18, 86:20, 87:2, 87:4, 88:13, 88:16, 89:4, 89:12, 89:14, 90:6, 91:25, 92:8, 92:10, 92:20, 92:22, 96:19, 126:24, 127:1
**Hosseini** [3] - 84:19, 96:18, 122:6
**HOSSEINI.................** .... [1] - 132:16
**hotel** [5] - 32:3, 32:4, 32:7, 32:8, 32:16
**hour** [2] - 130:12, 130:23
**hours** [2] - 24:21, 25:3
**house** [16] - 31:15, 31:18, 44:25, 45:10, 51:23, 71:23, 73:2, 73:14, 73:25, 74:3, 74:4, 75:19, 83:21, 83:23, 84:10, 114:3
**housekeeping** [5] - 121:7, 123:20, 125:6, 127:2, 127:4
**houses** [2] - 74:3, 84:11
**human** [1] - 57:20
**hundred** [2] - 8:19, 33:5
**hundreds** [1] - 33:14
**hung** [1] - 41:17
**hurting** [1] - 46:18
**husband** [1] - 120:21

## I

**ID** [5] - 62:23, 63:6, 65:14, 68:16, 68:17
**idea** [2] - 49:11, 130:22
**identification** [38] -

DAILY COPY

55:16, 55:25, 56:17, 57:1, 57:3, 57:6, 58:22, 59:15, 60:15, 61:1, 61:6, 61:24, 62:1, 62:2, 62:4, 62:8, 62:9, 63:3, 63:18, 64:25, 65:6, 65:12, 65:17, 65:21, 66:3, 66:5, 66:8, 66:12, 70:11, 71:7, 71:9, 72:8, 76:9, 77:2, 88:18, 91:13, 105:10, 109:4
**identifications** [2] - 70:15, 70:25
**identified** [13] - 7:1, 60:8, 64:22, 65:23, 66:15, 67:4, 71:19, 72:8, 77:22, 86:19, 111:13, 111:14, 119:8
**identify** [11] - 23:6, 59:23, 62:3, 65:22, 66:10, 69:20, 71:11, 86:11, 98:8, 106:23, 108:16
**identity** [1] - 107:2
**IDs** [1] - 63:9
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**illuminated** [1] - 56:20
**illuminating** [1] - 71:3
**illumination** [1] - 71:2
**impeach** [3] - 39:12, 39:16, 122:5
**impeachment** [3] - 11:22, 23:20, 127:6
**important** [2] - 29:23, 30:1
**impound** [2] - 91:19, 94:19
**impounded** [8] - 94:1, 94:21, 95:5, 95:10, 95:15, 95:18, 96:1, 96:5
**improper** [3] - 11:22, 23:20
**inaccurate** [1] - 107:6
**inaudible** [2] - 110:7, 112:14
**Inc** [1] - 2:9
**incident** [4] - 16:11, 39:9, 91:20, 102:19
**incites** [1] - 126:7
**include** [2] - 11:13, 77:2
**including** [1] - 77:21
**inconsistent** [1] - 63:11
**independently** [1] - 57:15
**indicated** [2] - 13:25, 129:3
**indicating** [4] - 87:14, 89:17, 89:24, 90:24
**indicating)** [5] - 28:8, 87:15, 87:24, 89:19, 90:23
**indictment** [1] - 22:4
**individual** [9] - 61:3, 61:16, 117:20, 119:6, 119:8, 119:15, 120:5, 120:10, 120:15
**individuals** [16] - 14:5, 41:24, 48:1, 48:3, 48:7, 61:14, 63:20, 66:16, 66:17, 71:10, 71:12, 71:20, 71:22, 72:7, 93:6, 119:23
**informant** [16] - 103:15, 103:16, 103:17, 104:2, 104:4, 104:11, 104:20, 105:1, 105:4, 108:10, 110:19, 114:12, 115:4, 115:11, 115:13, 126:18
**information** [2] - 4:16, 63:5
**inquire** [1] - 4:13
**inquiry** [1] - 4:18
**inside** [20] - 10:24, 45:10, 56:14, 67:10, 68:25, 70:3, 70:8, 70:12, 70:14, 75:21, 76:7, 77:8, 77:9, 77:14, 77:20, 83:21, 84:3, 84:9, 91:17, 100:18
**inspect** [2] - 69:19, 100:22
**Instagram** [1] - 50:4
**instance** [1] - 122:13
**instructed** [2] - 106:25, 126:2
**intact** [1] - 125:15
**intelligence** [3] - 97:15, 97:19, 103:19
**intention** [2] - 130:3, 130:5
**interact** [1] - 98:1
**interacted** [1] - 110:3
**interest** [2] - 66:21, 125:11
**interesting** [1] - 130:16
**Internet** [7] - 49:17, 49:18, 49:24, 50:2, 50:4, 50:6, 50:13
**interrupt** [1] - 80:25
**intersection** [1] - 86:23
**interview** [8] - 15:5, 15:9, 20:16, 20:21, 22:7, 23:23, 55:1
**interviewed** [1] - 20:1
**inventory** [3] - 76:4, 77:10, 82:14
**investigate** [1] - 85:18
**investigated** [1] - 104:7
**investigating** [1] - 13:12
**investigation** [15] - 54:16, 54:18, 55:3, 66:21, 67:6, 67:15, 67:19, 78:3, 79:11, 83:3, 86:3, 86:5, 86:21, 97:25, 103:21
**investigations** [1] - 86:2
**involved** [10] - 10:6, 13:2, 13:5, 13:9, 13:10, 26:6, 54:18, 86:4, 86:21, 93:6
**involvement** [3] - 9:25, 10:5, 15:1
**involving** [1] - 109:15
**IRS** [4] - 7:8, 8:13, 8:15, 8:21
**issue** [2] - 3:11, 125:6
**issues** [1] - 129:4
**IT** [6] - 3:22, 5:9, 127:19, 128:5, 128:20, 131:2
**item** [1] - 91:14
**items** [8] - 68:8, 77:11, 100:11, 100:20, 101:3, 102:5, 105:11, 115:15
**itinerary** [1] - 123:20
**itself** [2] - 107:5, 130:20
**Izzy** [3] - 7:4, 7:8, 8:11

## J

**J-U-A-N** [1] - 97:5
**Jail** [1] - 79:24
**jail** [5] - 37:20, 37:23, 46:17, 125:12, 125:14
**James** [3] - 26:3, 26:6, 50:22
**JAMES** [1] - 1:8
**janoca** [1] - 2:9
**January** [4] - 33:17, 34:20, 35:1, 35:7
**Jay** [7] - 37:3, 37:6, 37:25, 38:4, 38:7, 41:3, 52:2
**JAY** [1] - 1:9
**jewelry** [2] - 31:6, 31:8
**jit** [2] - 22:24, 23:1
**job** [7] - 20:21, 36:9, 36:10, 36:12, 36:13, 79:19, 122:1
**Joel** [2] - 64:5, 64:17
**JR** [3] - 1:19, 2:2, 2:4
**Juan** [3] - 96:24, 97:4, 122:22
**JUAN** [2] - 97:1, 132:18
**judge** [6] - 3:11, 4:3, 16:7, 34:4, 34:8, 122:16
**JUDGE** [1] - 1:13
**Judge** [7] - 4:20, 81:19, 94:9, 107:13, 118:9, 123:17, 128:8
**July** [9] - 85:22, 89:2, 91:21, 91:23, 97:24, 98:14, 101:12, 102:19, 122:19
**jumped** [3] - 98:19, 98:20, 100:3
**June** [8] - 9:18, 13:16, 22:2, 22:4, 32:6, 46:5, 46:9, 46:12
**juror** [3] - 3:8, 7:23, 129:3
**jurors** [5] - 123:23, 125:9, 129:8, 129:11, 129:13
**jurors'** [2] - 123:25, 125:4
**jury** [23] - 4:22, 5:15, 5:16, 7:19, 8:1, 23:13, 43:15, 53:2, 53:10, 53:11, 63:10, 63:12, 75:7, 80:18, 81:5, 81:22, 81:25, 106:8, 106:17, 121:2, 121:10, 122:12, 128:11
**JURY** [1] - 1:12
**juvies** [2] - 28:11, 28:14

## K

**KATHLEEN** [1] - 1:12
**keep** [2] - 5:19, 129:17
**kept** [4] - 14:7, 15:9, 36:18, 100:17
**keys** [1] - 114:23
**kid** [4] - 10:17, 19:15, 22:25, 23:1
**kind** [9] - 8:6, 18:16, 50:5, 73:1, 88:7, 104:19, 104:21, 113:16, 123:10
**kinds** [1] - 126:7
**knowledge** [1] - 78:22
**known** [5] - 18:16, 22:23, 23:7, 44:11, 98:1
**KORCHIN** [7] - 1:21, 25:14, 25:23, 83:12, 96:13, 99:5, 106:11
**Korchin** [4] - 25:12, 83:11, 96:12, 122:3
**KORCHIN**...................... [1] - 132:6

## L

**lack** [3] - 109:19, 113:3, 125:22
**Ladies** [3] - 52:24, 106:19, 120:17
**ladies** [3] - 8:1, 75:7, 80:18
**Lane** [1] - 2:10
**languish** [1] - 130:14
**laptop** [3] - 118:11, 127:7, 128:7
**large** [2] - 33:8, 129:8
**last** [11] - 3:12, 3:13, 3:16, 13:16, 22:16, 28:9, 53:20, 58:21, 84:25, 126:20, 126:23
**late** [1] - 112:9
**Latin** [1] - 86:6
**law** [8] - 9:15, 22:7, 23:10, 34:11, 34:24, 73:2, 96:1, 99:11
**laws** [1] - 34:6
**lawyer** [1] - 19:14
**lawyers** [1] - 46:22
**lead** [13] - 72:23, 73:1, 78:10, 79:10, 79:19, 79:25, 82:10, 82:18, 82:23, 83:2, 103:21, 103:22, 112:20
**leading** [4] - 44:3, 50:14, 115:8
**least** [6] - 4:13, 71:19, 95:18, 96:5, 122:7, 130:16
**leave** [5] - 114:25, 120:18, 121:25, 125:14, 125:17
**leaving** [2] - 123:21
**led** [2] - 52:12, 97:25
**left** [5] - 18:11, 43:18, 91:2, 110:6, 114:12

**left-hand** [1] - 91:2
**legal** [1] - 121:7
**lend** [1] - 48:5
**length** [1] - 81:15
**Leon** [1] - 1:19
**less** [3] - 24:21, 25:3, 27:2
**letting** [1] - 32:7
**license** [1] - 68:18
**lie** [1] - 35:20
**lied** [6] - 34:8, 35:1, 35:5, 35:12, 35:13, 35:17
**life** [3] - 16:8, 17:18, 23:8
**light** [11] - 60:5, 65:20, 71:3, 86:15, 87:23, 88:6, 88:23, 89:17, 90:14, 90:16, 108:17
**light-colored** [1] - 108:17
**lighting** [1] - 70:24
**lights** [2] - 71:1, 88:9
**limited** [5] - 106:8, 106:24, 111:1, 125:15, 133:5
**line** [4] - 27:8, 98:18, 100:3
**lined** [3] - 73:15, 76:18, 77:15
**lines** [1] - 24:6
**lineup** [3] - 53:3, 124:15, 126:11
**lingo** [1] - 104:3
**link** [1] - 111:10
**linked** [1] - 113:10
**list** [2] - 58:9, 125:1
**listening** [5] - 105:3, 109:12, 110:9, 113:9, 116:25
**Live** [1] - 2:10
**Llerena** [22] - 55:14, 55:17, 55:19, 56:2, 56:4, 56:6, 56:23, 56:25, 57:6, 58:22, 59:15, 60:11, 60:25, 61:23, 62:4, 63:17, 63:21, 64:16, 64:21, 65:2, 65:25, 66:18
**loaded** [2] - 18:2, 100:4
**locate** [6] - 66:21, 82:16, 84:1, 84:4, 84:7, 99:24
**located** [12] - 66:20, 66:24, 67:16, 69:5, 69:6, 82:17, 83:6, 83:20, 83:21, 83:22, 84:3, 87:10
**location** [29] - 54:23, 55:5, 55:6, 55:8, 55:9, 55:10, 55:11, 56:12, 60:13, 60:16, 61:11, 61:15, 61:16, 66:7, 66:11, 66:23, 66:25, 67:17, 69:5, 70:2, 70:4, 71:22, 77:7, 103:7, 104:6, 115:25, 116:2, 116:6, 116:7
**locations** [8] - 39:2, 70:22, 70:24, 71:1, 71:20, 73:20, 102:16, 102:19
**look** [21] - 5:9, 20:12, 27:17, 30:2, 30:3, 30:10, 36:10, 36:12, 51:13, 59:9, 59:10, 64:12, 68:12, 68:13, 69:19, 86:7, 93:25, 126:2, 126:3
**looked** [2] - 36:13, 69:23
**looking** [7] - 16:7, 17:17, 40:14, 89:15, 89:20, 122:23, 129:7
**lookout** [1] - 48:1
**looks** [3] - 77:23, 86:15, 109:8
**lunch** [2] - 130:12, 130:23
**lying** [1] - 36:19

## M

**M-A-R-T-I-N-E-Z** [1] - 84:25
**ma'am** [9] - 53:24, 58:21, 59:9, 59:13, 59:22, 60:6, 64:6, 64:14, 64:21
**magazine** [7] - 77:24, 78:18, 98:21, 100:1, 100:2, 100:4, 102:8
**MAGDA** [3] - 53:17, 53:20, 132:10
**Magda** [1] - 53:20
**Maggie** [1] - 53:15
**Magnum** [10] - 67:18, 68:25, 73:23, 75:5, 75:18, 75:21, 77:8, 77:9, 84:9, 84:10
**mail** [2] - 76:7, 77:3
**majority** [1] - 33:7
**maker** [2] - 69:11, 69:13
**mandatory** [1] - 17:14
**manilla** [1] - 76:1
**manner** [1] - 66:6
**MANUEL** [1] - 1:19
**manufacturer** [1] - 69:20
**March** [6] - 52:6, 123:21, 129:14, 129:16, 130:4
**marijuana** [13] - 21:19, 34:15, 90:1, 91:11, 91:17, 92:18, 92:19, 93:7, 93:9, 93:10, 95:9, 95:10, 109:8
**MARK** [1] - 1:16
**mark** [1] - 107:22
**marked** [14] - 43:2, 68:5, 88:17, 89:10, 91:12, 92:6, 100:9, 101:19, 105:10, 105:19, 106:14, 107:19, 109:3, 115:21
**market** [2] - 86:23, 87:10
**marshals** [1] - 121:6
**Martinez** [12] - 84:18, 84:24, 85:3, 87:5, 88:17, 89:15, 91:12, 93:3, 93:23, 94:12, 95:22, 103:3
**MARTINEZ** [2] - 84:20, 132:15
**Mary** [1] - 2:2
**matter** [10] - 11:17, 17:1, 22:15, 28:7, 76:21, 122:23, 130:14, 130:20, 133:15
**matters** [1] - 127:2
**Maurin** [10] - 71:25, 72:3, 86:6, 86:10, 86:19, 93:23, 95:6, 108:13, 111:13, 116:21
**MAURIN** [1] - 1:7
**maximum** [3] - 16:8, 16:20, 17:18
**mayhem** [1] - 126:8
**mean** [8] - 41:11, 41:12, 52:18, 57:20, 83:4, 104:4, 121:13
**meaning** [2] - 11:14, 15:6
**media** [2] - 49:22, 50:4
**meet** [4] - 55:13, 61:3, 112:10, 112:11
**meeting** [2] - 55:2, 112:12
**member** [4] - 27:11, 27:24, 41:4, 41:11
**members** [17] - 6:10, 15:1, 26:9, 26:12, 26:15, 26:24, 41:23, 43:14, 43:23, 44:13, 44:16, 44:18, 46:11, 49:23, 98:9, 106:17, 118:1
**memory** [6] - 12:5, 57:23, 59:13, 64:12, 64:14, 94:4
**men** [1] - 80:21
**mention** [2] - 39:9, 64:18
**mentioned** [3] - 64:19, 71:19, 82:10
**Merino** [2] - 123:20, 129:21
**met** [2] - 55:4, 116:22
**methodology** [1] - 5:6
**methylone** [1] - 109:9
**MIAMI** [2] - 1:2, 1:7
**Miami** [26] - 1:17, 1:22, 1:25, 2:5, 9:21, 19:24, 20:5, 53:16, 54:2, 54:3, 54:11, 85:6, 85:11, 96:7, 96:24, 97:11, 97:20, 97:23, 100:17, 101:4, 101:7, 101:12, 102:10, 103:10, 108:19, 114:18
**mic** [1] - 121:23
**Michael** [1] - 68:19
**microphone** [1] - 69:22
**middle** [1] - 130:19
**might** [4] - 104:15, 120:18, 127:24, 130:11
**mind** [1] - 124:4
**minds** [1] - 124:1
**minimum** [3] - 16:8, 16:19, 17:17
**minute** [3] - 57:12, 107:22, 122:2
**minutes** [9] - 20:22, 53:6, 81:4, 81:18, 118:17, 121:8, 121:10, 121:16, 128:4
**missed** [1] - 111:12
**misunderstood** [1] - 112:22
**mix** [2] - 14:9, 21:19
**Mollies** [5] - 40:14, 41:3, 41:5, 52:8, 52:11
**Molly** [1] - 109:8
**mom's** [2] - 31:15, 31:18
**moment** [6] - 25:9, 63:18, 70:9, 92:20, 98:15, 102:11
**moments** [1] - 130:23
**Monday** [1] - 4:13
**money** [60] - 6:5, 6:6, 6:14, 6:19, 6:22, 7:7, 7:8, 8:14, 8:21, 30:15, 30:17, 31:23, 32:12, 32:15, 33:13, 44:18, 44:24, 45:2, 45:4, 45:6, 45:11, 45:12, 45:13, 45:15, 45:18, 45:20, 47:23, 51:3, 74:21, 74:25, 75:10, 75:11, 75:12, 75:14, 82:12, 89:25, 90:4, 90:5, 91:7, 93:20, 94:16, 94:21, 95:5, 95:20, 95:23, 104:14, 104:17, 110:6, 110:22, 112:19, 114:15, 114:16, 114:18, 114:24, 115:6, 115:11
**monies** [4] - 8:15, 94:19, 95:18, 96:4
**monitor** [2] - 104:25, 110:4
**monitoring** [1] - 108:20
**monitors** [1] - 53:13
**month** [4] - 33:23, 35:22, 36:7, 124:2
**monthly** [1] - 36:8
**months** [5] - 22:1, 22:10, 36:18, 47:24, 103:12
**morning** [3] - 123:14, 124:22, 127:15
**most** [5] - 26:18, 32:20, 32:23, 33:1, 48:25
**mostly** [1] - 33:12
**mouth** [2] - 13:21, 15:2
**move** [9] - 7:23, 81:9, 89:4, 91:25, 101:14, 109:17, 115:18, 124:12, 129:14
**moved** [3] - 37:14, 89:8
**moving** [3] - 81:13, 119:22, 129:18
**MR** [315] - 3:11, 3:19, 3:20, 4:6, 4:20, 5:7, 5:12, 5:21, 5:23, 7:11, 7:13, 7:16, 7:18, 7:25, 8:4, 8:8, 8:9, 8:24, 9:2, 9:4, 9:10, 9:12, 10:19,

10:21, 10:22, 11:21, 11:22, 11:23, 11:25, 12:2, 12:9, 12:13, 12:15, 12:17, 15:17, 15:19, 15:22, 16:2, 17:4, 17:7, 20:23, 21:4, 21:6, 23:18, 23:20, 23:24, 24:2, 24:4, 24:13, 24:16, 25:9, 25:11, 25:14, 25:23, 26:2, 32:9, 32:11, 32:19, 36:21, 36:23, 37:2, 39:20, 40:2, 40:4, 42:18, 42:21, 42:24, 43:4, 43:7, 43:17, 43:20, 44:1, 44:3, 44:5, 44:21, 44:23, 45:23, 46:1, 46:3, 46:19, 46:24, 47:20, 48:10, 48:13, 50:14, 50:16, 52:22, 53:4, 53:15, 53:23, 57:2, 57:3, 57:5, 57:9, 57:22, 58:1, 58:5, 58:18, 58:20, 58:25, 59:2, 59:6, 59:8, 60:7, 60:10, 60:21, 60:24, 61:18, 61:22, 62:9, 62:12, 62:17, 62:19, 62:21, 62:24, 63:1, 63:7, 63:9, 63:16, 63:25, 64:9, 64:11, 65:14, 65:16, 67:25, 68:7, 68:10, 69:7, 69:9, 69:15, 69:18, 70:9, 70:10, 71:13, 71:16, 72:12, 72:15, 73:7, 73:8, 74:13, 74:15, 74:16, 74:19, 78:23, 79:1, 80:8, 80:13, 80:16, 80:17, 81:1, 81:10, 81:12, 81:19, 82:3, 82:7, 82:9, 83:9, 83:12, 83:14, 83:16, 83:19, 84:12, 89:7, 90:2, 92:3, 93:2, 94:5, 94:9, 94:11, 94:25, 95:2, 96:9, 96:11, 96:13, 96:15, 96:17, 96:23, 97:7, 99:5, 99:7, 100:6, 100:8, 101:14, 101:16, 101:21, 101:23, 102:11, 102:13, 105:7, 105:9, 106:6, 106:10, 106:11, 106:16, 107:8, 107:11, 107:13, 107:16, 107:21, 108:1, 108:8, 108:25, 109:2, 109:17, 109:19, 109:21, 109:25, 110:5, 110:10, 110:13, 110:14, 110:17, 111:3, 111:13, 111:19, 111:21, 111:23, 112:3, 112:5, 112:14, 112:21, 112:24, 112:25, 113:1, 113:3, 113:8, 113:12, 113:18, 113:21, 115:7, 115:10, 115:18, 115:23, 116:4, 116:11, 116:15, 116:18, 116:20, 117:12, 117:14, 117:18, 117:19, 117:25, 118:2, 118:6, 118:9, 118:14, 118:17, 118:19, 118:25, 119:3, 119:5, 119:14, 119:18, 119:20, 119:21, 120:1, 120:3, 120:4, 120:9, 121:12, 122:16, 122:18, 123:2, 123:7, 123:13, 123:16, 124:14, 124:18, 125:6, 125:8, 125:18, 125:21, 126:1, 126:6, 126:9, 126:14, 126:20, 126:22, 126:23, 126:25, 127:4, 127:9, 127:12, 127:14, 127:25, 128:3, 128:8, 128:13, 128:14, 128:16, 128:17, 128:23, 128:25, 129:10, 129:16, 129:19, 129:22, 129:24, 130:3, 130:9, 130:25, 132:4, 132:5, 132:6, 132:7, 132:8, 132:9, 132:11, 132:12, 132:13, 132:14, 132:17, 132:19, 132:20

**MS** [25] - 4:9, 4:12, 4:21, 32:17, 84:17, 85:2, 86:18, 86:20, 87:2, 87:4, 88:13, 88:16, 89:4, 89:12, 89:14, 90:6, 91:25, 92:8, 92:10, 92:20, 92:22, 96:19, 126:24, 127:1, 132:16

**MS-13** [1] - 130:18

**multiple** [1] - 73:3

**music** [3] - 47:1, 47:4, 130:18

## N

**N.E** [2] - 1:17, 2:5

**N.W** [6] - 56:12, 60:13, 70:3, 79:15, 86:22, 98:7

**Nadim** [3] - 64:5, 64:18, 68:17

**name** [21] - 36:6, 53:19, 53:20, 53:21, 55:14, 61:3, 67:22, 71:19, 76:16, 84:22, 84:23, 84:24, 84:25, 86:4, 97:2, 97:3, 109:9, 111:14, 126:21, 126:23

**names** [4] - 48:18, 98:15, 123:5, 123:10

**narcotic** [1] - 86:3

**narcotics** [13] - 6:14, 24:23, 25:5, 47:3, 48:8, 48:19, 48:21, 49:2, 54:12, 92:11, 92:12, 111:11, 115:14

**nature** [2] - 57:20, 76:10

**near** [2] - 28:12, 28:20

**need** [19] - 4:19, 4:23, 57:16, 63:13, 69:12, 69:22, 78:11, 81:14, 111:1, 122:14, 124:6, 124:8, 125:24, 127:10, 127:16, 127:19, 127:22, 127:24, 128:1

**needs** [2] - 120:17, 124:12

**negative** [1] - 104:14

**neglected** [1] - 127:18

**never** [30] - 13:21, 15:2, 18:23, 18:25, 19:10, 20:3, 26:3, 33:13, 36:3, 36:5, 36:6, 37:25, 38:11, 38:23, 39:1, 39:7, 41:7, 41:13, 42:3, 42:6, 42:8, 42:11, 42:14, 50:9, 78:6, 130:17

**new** [5] - 7:22, 34:23, 42:22, 44:25, 98:8

**next** [9] - 53:3, 53:14, 84:16, 90:18, 91:5, 96:22, 125:1, 130:12, 130:23

**nickname** [1] - 80:20

**night** [10] - 3:12, 54:20, 77:18, 79:20, 80:3, 90:7, 121:4, 123:21, 129:20, 129:22

**nighttime** [1] - 90:9

**none** [4] - 72:7, 72:8, 77:5, 83:6

**noon** [2] - 127:23, 129:9

**Norlyn** [1] - 66:3

**normally** [1] - 96:3

**north** [2] - 103:9, 116:3

**nose** [1] - 126:5

**note** [1] - 94:16

**noted** [1] - 94:18

**notes** [3] - 57:14, 57:17

**nothing** [16] - 11:9, 11:12, 11:13, 13:13, 14:5, 15:22, 31:13, 36:4, 42:18, 72:12, 76:24, 78:21, 92:22, 96:9, 110:5, 111:10

**notice** [3] - 89:17, 90:25, 91:20

**noticed** [1] - 86:25

**November** [4] - 54:14, 61:4, 124:20

**number** [5] - 7:23, 69:12, 89:22, 105:19, 120:17

**numbers** [1] - 91:21

**numerous** [1] - 76:21

## O

**Oak** [1] - 2:10

**oath** [1] - 63:10

**object** [3] - 98:21, 116:11, 117:25

**objection** [38] - 11:22, 12:9, 23:18, 32:9, 32:17, 42:22, 42:24, 43:1, 44:1, 45:23, 46:1, 46:19, 47:20, 48:10, 50:14, 57:2, 61:18, 65:14, 68:1, 68:4, 78:23, 81:1, 89:6, 89:9, 90:2, 92:2, 92:3, 92:5, 99:5, 101:16, 101:18, 106:9, 106:13, 107:12, 107:18, 109:19, 115:7, 115:20

**obligation** [1] - 55:24

**Obregon** [3] - 66:3, 66:12, 66:16

**observe** [6] - 108:22, 110:15, 113:8, 113:9, 113:10, 117:15

**observers** [1] - 121:9

**observing** [1] - 117:4

**occasion** [3] - 9:24, 10:11, 40:12

**occurred** [5] - 54:20, 55:1, 74:4, 102:20, 114:4

**occurring** [1] - 109:12

**OF** [3] - 1:1, 1:4, 1:12

**offender** [3] - 56:19, 61:13

**offenders** [3] - 55:11, 55:12, 83:22

**offer** [2] - 67:25, 106:6

**offering** [1] - 42:21

**Officer** [4] - 18:14, 18:18, 18:20, 126:18

**OFFICER** [7] - 3:5, 3:7, 4:22, 7:15, 7:19, 7:21, 81:23

**officer** [17] - 19:2, 19:6, 21:10, 33:24, 34:1, 34:20, 35:23, 36:1, 36:2, 36:19, 54:24, 79:6, 82:16, 82:17, 85:15, 97:11, 97:21

**officers** [6] - 9:21, 11:12, 12:3, 74:7, 99:11, 123:10

**officers'** [1] - 123:5

**official** [1] - 73:2

**often** [2] - 33:11, 52:2

**okeydokey** [1] - 28:5

**old** [1] - 126:4

**older** [2] - 26:12, 26:18

**Olga** [1] - 126:19

**once** [3] - 55:8, 64:12, 127:21

**one** [63] - 3:5, 3:7, 3:8, 5:12, 7:22, 7:23, 15:17, 18:8, 30:2, 33:2, 33:5, 33:16, 39:8, 40:12, 46:22, 48:4, 55:9, 55:10, 56:24, 58:11, 58:14, 59:18, 60:5, 61:10,

61:16, 62:1, 62:7, 64:23, 66:22, 68:8, 70:9, 71:11, 71:20, 71:22, 72:5, 76:18, 82:23, 87:14, 87:17, 88:8, 89:22, 90:20, 92:20, 102:11, 110:2, 111:5, 111:14, 113:4, 117:12, 119:9, 120:6, 120:17, 127:24, 128:14, 129:3, 129:11, 129:13
**ones** [1] - 26:12
**open** [8] - 68:8, 68:12, 69:15, 69:19, 74:15, 74:25, 128:6, 131:1
**operation** [2] - 104:15, 105:15
**opportune** [1] - 120:18
**opportunities** [1] - 27:4
**opportunity** [3] - 66:2, 100:22, 100:25
**opposed** [1] - 127:7
**order** [5] - 14:15, 29:22, 33:14, 78:11, 103:19
**organization** [1] - 124:25
**organized** [1] - 124:6
**originally** [3] - 101:4, 101:6, 129:3
**out-of-court** [1] - 61:23
**outlets** [1] - 128:18
**outside** [3] - 70:14, 75:19, 121:12
**overhead** [2] - 5:4
**overruled** [7] - 44:4, 46:21, 48:12, 57:4, 65:15, 109:20, 115:9
**oversee** [1] - 67:6
**overspeak** [1] - 122:15
**Overtown** [1] - 97:22
**owe** [1] - 128:20
**own** [6] - 6:11, 31:2, 31:4, 31:6, 31:11, 107:4
**owner** [3] - 67:19, 67:21, 67:23

**P**

**p.m** [14] - 3:2, 5:16, 53:2, 53:8, 53:9, 53:11, 81:5, 81:20, 81:21, 81:25, 121:2, 121:17, 121:18, 131:5
**P.M** [1] - 1:5
**package** [1] - 109:8
**packaged** [3] - 100:16, 101:4, 101:7
**packaging** [6] - 100:25, 101:7, 101:10, 102:9, 102:10, 105:21
**page** [7] - 10:20, 10:21, 11:21, 12:15, 24:5, 40:5, 40:6
**PAGE** [1] - 132:2
**pages** [1] - 123:4
**PAGES** [1] - 1:10
**pair** [1] - 68:8
**pant** [1] - 91:8
**paper** [3] - 8:11, 36:6, 122:7
**papers** [1] - 35:25
**paperwork** [2] - 36:5, 68:16
**pardon** [2] - 7:16, 120:13
**parked** [2] - 99:2, 99:23
**part** [23] - 3:14, 11:18, 14:10, 15:2, 19:15, 19:19, 38:11, 41:10, 41:24, 47:1, 47:19, 54:15, 73:17, 76:12, 79:19, 97:21, 97:23, 97:25, 103:10, 104:13, 107:10, 111:9, 123:4
**participants** [1] - 111:15
**participate** [2] - 50:5, 103:11
**participated** [1] - 9:21
**particular** [6] - 8:21, 10:3, 13:24, 14:4, 85:20, 85:21
**particularized** [1] - 4:15
**partner** [1] - 99:4
**partners** [2] - 14:21, 14:23
**party** [1] - 104:10
**pass** [1] - 3:24
**passage** [1] - 125:5
**passing** [1] - 52:5
**past** [2] - 90:9, 93:7
**patrol** [6] - 54:12, 54:13, 85:14, 85:15, 97:21, 97:22
**Patron** [6] - 44:25, 47:22, 48:16, 48:18, 52:15, 52:19
**PAUL** [1] - 1:21
**pause** [5] - 118:18, 119:3, 119:4, 119:20, 120:3
**pay** [6] - 8:18, 30:15, 32:23, 33:2, 33:5, 103:19
**paying** [1] - 32:23
**Pedro** [1] - 55:14
**people** [28] - 7:1, 13:9, 14:10, 14:22, 15:6, 27:13, 27:20, 28:16, 32:23, 33:8, 41:17, 44:8, 46:15, 50:2, 50:5, 50:9, 50:11, 55:22, 56:22, 63:23, 73:15, 76:18, 77:15, 111:8, 119:22, 120:25, 124:10, 131:2
**per** [1] - 95:5
**Perez** [2] - 10:4, 20:10
**perhaps** [3] - 124:4, 127:18, 130:10
**period** [1] - 26:15
**permission** [19] - 43:4, 44:21, 58:25, 60:21, 64:9, 68:7, 69:7, 69:15, 87:2, 88:13, 89:12, 92:8, 100:6, 101:21, 105:7, 106:16, 107:21, 108:25, 113:19
**person** [15] - 55:13, 56:1, 56:20, 56:24, 61:7, 83:7, 83:8, 86:4, 86:10, 86:11, 98:1, 104:3, 108:14, 110:17
**personal** [2] - 21:14, 95:20
**persons** [6] - 55:22, 55:23, 60:12, 65:24, 70:12, 104:7
**persuade** [1] - 14:15
**pertain** [1] - 16:10
**pertains** [1] - 129:24
**PHILIP** [1] - 1:23
**phone** [7] - 40:25, 41:2, 48:5, 66:23, 95:8, 95:9, 95:15
**phones** [2] - 68:18, 77:17
**photo** [1] - 89:1
**photograph** [1] - 88:22
**photographed** [2] - 41:24, 67:12
**photographs** [7] - 27:15, 27:17, 39:3, 79:20, 79:24, 80:1, 80:2
**photos** [4] - 5:24, 27:13, 27:21, 31:8
**pick** [6] - 23:5, 23:7, 52:7, 52:10, 62:16, 104:2
**picked** [3] - 61:10, 62:14, 66:6
**picking** [1] - 124:3
**picture** [5] - 5:6, 5:7, 46:25, 50:3, 107:14
**pictures** [4] - 27:18, 49:14, 49:19
**PIDERIT** [1] - 2:9
**piderit** [1] - 133:19
**piece** [2] - 8:11, 122:7
**pieces** [1] - 76:7
**pistol** [1] - 69:5
**place** [5] - 8:14, 40:20, 73:12, 117:5, 122:14
**placed** [2] - 92:14, 92:17
**places** [1] - 122:8
**Plaintiff** [1] - 1:5
**play** [7] - 7:11, 110:25, 112:17, 112:21, 117:12, 117:18, 119:11
**played** [4] - 112:22, 113:1, 114:1, 122:24
**players** [1] - 111:10
**playing** [15] - 7:12, 8:7, 9:1, 107:24, 108:7, 108:24, 117:24, 118:16, 119:2, 119:13, 119:19, 120:2, 120:8, 121:22, 122:10
**plea** [1] - 16:5
**plead** [5] - 16:3, 16:16, 16:22, 17:11, 17:13
**plenty** [1] - 32:12
**plug** [2] - 127:16, 128:16
**plugs** [1] - 128:13
**plus** [2] - 121:22, 121:25
**pocket** [6] - 10:24, 17:25, 18:21, 18:24, 19:1, 91:8
**point** [9] - 4:17, 9:17, 41:5, 43:14, 48:4, 99:3, 108:9, 119:9, 123:25
**pointed** [1] - 43:18
**Police** [12] - 19:24, 53:16, 54:2, 54:3, 54:11, 85:6, 96:7, 96:24, 97:11, 97:23, 103:11, 114:18
**police** [8] - 20:5, 28:15, 71:2, 71:4, 88:1, 97:11, 98:17, 103:18
**Ponce** [1] - 1:19
**populate** [1] - 125:9
**Portela** [16] - 25:17, 25:19, 25:21, 98:2, 98:4, 98:6, 98:8, 98:9, 98:14, 98:16, 98:23, 99:3, 99:8, 99:19, 102:18, 103:6
**PORTELA** [1] - 1:7
**Portela's** [1] - 103:2
**portion** [1] - 24:8
**position** [4] - 79:10, 97:17, 99:16, 104:25
**positive** [2] - 60:15, 61:1
**possess** [2] - 35:6, 104:18
**possessed** [2] - 35:3, 78:4
**possessing** [1] - 25:19
**possession** [5] - 16:16, 42:6, 47:3, 95:21, 104:18
**possible** [1] - 104:2
**post** [1] - 50:3
**posted** [2] - 49:17, 49:18
**posting** [1] - 50:12
**posts** [1] - 49:23
**power** [1] - 128:13
**predicate** [1] - 112:18
**prepared** [5] - 79:2, 94:6, 122:25, 123:14, 124:12
**presence** [1] - 114:13
**present** [14] - 20:17, 21:8, 24:22, 25:4, 40:22, 42:8, 42:11, 47:23, 48:7, 50:5, 50:11, 51:18, 75:16, 115:2
**presented** [8] - 56:6, 56:9, 65:10, 66:16, 66:17, 71:8, 115:15, 117:1
**pressured** [1] - 11:7
**presumably** [1] - 111:17
**pretty** [3] - 23:6, 89:18, 92:14
**previous** [1] - 122:19

**previously** [2] - 22:11, 87:6
**prison** [14] - 6:3, 16:8, 16:20, 17:18, 26:21, 33:17, 33:19, 33:21, 34:5, 38:10, 38:14, 44:19, 52:4
**probation** [21] - 13:25, 33:17, 33:18, 33:19, 33:20, 33:24, 34:1, 34:3, 34:5, 34:20, 35:23, 36:1, 36:2, 36:18, 36:19, 46:16, 49:5, 49:9, 50:17, 50:21, 50:24
**problem** [6] - 97:21, 112:5, 112:13, 122:16, 123:4, 129:3
**procedure** [11] - 55:16, 58:22, 61:6, 61:13, 65:1, 65:4, 65:5, 66:3, 66:5, 71:7, 79:23
**procedures** [1] - 70:11
**proceed** [3] - 7:24, 118:25, 119:18
**Proceedings** [1] - 3:2
**PROCEEDINGS** [1] - 1:12
**proceedings** [2] - 131:4, 133:15
**proceeds** [4] - 75:8, 75:9, 95:23, 96:1
**process** [5] - 55:13, 56:6, 56:13, 56:17, 56:25
**processed** [6] - 78:16, 78:17, 78:18, 82:24, 83:1
**Professional** [1] - 133:20
**proffer** [1] - 80:13
**promise** [1] - 34:3
**prompted** [1] - 129:17
**promptly** [1] - 121:1
**prop** [2] - 47:15, 47:17
**proper** [1] - 109:9
**property** [18] - 31:11, 66:24, 67:1, 67:2, 67:13, 74:12, 77:14, 77:17, 83:6, 83:20, 83:21, 94:20, 94:22, 95:3, 95:5, 95:19, 98:18, 100:3
**prosecutor** [4] - 23:6, 24:19, 38:6, 39:8
**provide** [1] - 123:3
**provided** [2] - 114:18, 123:2
**publish** [7] - 43:4, 44:21, 89:12, 92:8, 101:21, 107:21, 113:19
**purchase** [4] - 52:13, 103:12, 103:14, 114:17
**purchased** [1] - 51:15
**purchases** [3] - 103:19, 125:10, 126:17
**purchasing** [1] - 92:17
**purple** [4] - 86:15, 86:17, 108:17
**purports** [1] - 106:21
**purpose** [7] - 28:24, 72:7, 103:24, 106:8, 106:24, 111:1, 118:10
**purpose).............** [1] - 133:5
**purposes** [5] - 94:12, 109:4, 117:9, 125:15, 130:1
**pursuing** [1] - 98:23
**push** [2] - 129:2, 129:6
**put** [10] - 15:2, 17:4, 17:6, 30:1, 30:19, 34:5, 51:3, 122:12, 123:13, 126:5
**putting** [1] - 87:5

## Q

**quantities** [1] - 51:4
**questioned** [3] - 9:15, 9:24, 10:4
**questioning** [2] - 5:20, 6:9
**questions** [20] - 6:18, 9:16, 25:11, 25:23, 30:3, 36:3, 36:21, 37:3, 52:22, 62:7, 83:9, 83:12, 83:14, 83:16, 84:12, 96:11, 96:13, 96:15, 96:17, 115:7
**queued** [1] - 122:12
**quickly** [2] - 129:18, 130:12
**quite** [2] - 122:18, 130:17

## R

**raise** [2] - 5:8, 125:6
**Ramirez** [4] - 47:6, 47:11, 47:12, 86:7
**RDR** [1] - 2:9
**reach** [1] - 104:8
**reached** [1] - 98:9
**reaches** [1] - 91:8
**read** [10] - 12:1, 12:10, 19:14, 39:13, 39:17, 40:6, 57:14, 58:11, 59:9, 124:9
**reading** [2] - 64:1, 64:12
**ready** [4] - 5:11, 81:23, 124:7, 124:23
**real** [2] - 44:9, 90:14
**really** [9] - 7:22, 38:10, 41:10, 41:11, 42:14, 90:15, 123:22, 127:4
**Realtime** [1] - 133:21
**realtime** [1] - 116:13
**rear** [1] - 98:19
**reason** [3] - 28:19, 118:9, 128:9
**recap** [1] - 116:12
**receipt** [2] - 9:5, 74:12
**receipts** [5] - 94:21, 94:22, 95:3, 95:5, 95:19
**receive** [2] - 17:15, 69:25
**received** [8] - 3:12, 26:10, 26:13, 26:16, 51:13, 70:2, 92:11, 92:12
**Recessed** [3] - 53:8, 81:20, 121:17
**recessing** [1] - 129:9
**recognize** [16] - 69:2, 70:5, 87:6, 88:18, 91:13, 91:18, 100:10, 102:5, 102:15, 103:8, 105:11, 108:2, 108:9, 108:12, 109:4, 113:23
**recognized** [1] - 108:5
**recognizes** [1] - 112:15
**recognizing** [1] - 112:15
**recollection** [22] - 11:25, 12:4, 12:12, 12:18, 20:17, 21:7, 23:21, 24:11, 39:13, 39:16, 40:7, 57:10, 57:18, 57:25, 58:7, 58:15, 58:23, 60:17, 62:17, 64:7, 94:13, 95:3
**record** [14] - 39:17, 43:17, 53:19, 60:7, 63:25, 80:11, 84:22, 86:18, 87:16, 89:20, 91:2, 97:3, 116:4, 133:15
**recorded** [2] - 111:15, 127:15
**recording** [10] - 104:21, 104:23, 104:24, 105:14, 105:15, 106:21, 107:5, 109:15, 110:4, 116:25
**recovered** [5] - 68:24, 100:2, 100:16, 101:12, 109:10
**red** [1] - 100:18
**redacted** [1] - 123:5
**redirect** [4] - 5:5, 42:20, 83:17, 96:18
**REDIRECT** [4] - 43:6, 83:18, 132:9, 132:14
**refer** [3] - 57:7, 57:24, 58:11
**reference** [1] - 84:10
**referred** [1] - 52:15
**referring** [1] - 14:21
**refigured** [1] - 128:11
**reflect** [4] - 43:17, 60:7, 63:25, 86:18
**reflects** [1] - 107:1
**refresh** [18] - 11:25, 12:4, 12:18, 20:16, 21:7, 24:11, 39:13, 39:16, 57:10, 57:18, 57:24, 58:6, 58:15, 58:23, 60:17, 64:6, 94:4, 95:3
**refreshed** [3] - 59:13, 64:12, 64:14
**refreshes** [3] - 12:11, 40:7, 94:13
**refreshment** [1] - 23:21
**refund** [3] - 7:8, 8:14, 8:21
**regard** [4] - 49:8, 122:5, 124:3, 124:8
**regarding** [6] - 40:8, 62:7, 73:20, 84:4, 84:7, 106:20
**regards** [16] - 5:25, 6:10, 6:23, 9:16, 9:20, 9:24, 9:25, 10:5, 10:12, 11:8, 116:24, 117:9, 122:20, 122:22
**registered** [1] - 122:24
**Registered** [1] - 133:20
**regular** [1] - 36:3
**rehash** [1] - 123:9
**related** [2] - 3:11, 85:19
**relationship** [2] - 99:16, 113:25
**released** [1] - 44:18
**relevance** [2] - 32:9, 32:17
**remain** [1] - 121:9
**remaining** [1] - 63:2
**remains** [1] - 56:18
**remember** [32] - 6:11, 9:7, 10:24, 11:23, 13:3, 23:14, 23:16, 24:21, 24:24, 25:3, 28:12, 29:5, 32:6, 38:7, 39:21, 39:25, 40:10, 41:6, 62:5, 80:3, 86:4, 86:6, 86:7, 88:7, 90:8, 93:25, 94:3, 94:20, 106:19, 106:25, 120:20, 120:24
**reminded** [1] - 123:23
**remove** [1] - 121:6
**removed** [2] - 125:24
**rent** [1] - 32:7
**repeat** [3] - 10:2, 26:14, 46:10
**repetitive** [1] - 20:24
**rephrase** [1] - 79:9
**report** [15] - 33:23, 34:1, 57:21, 57:22, 58:5, 58:24, 59:4, 59:9, 60:18, 60:20, 62:24, 63:6, 64:1, 64:2, 79:2
**REPORTED** [1] - 2:9
**reporter** [2] - 121:22, 121:23
**Reporter** [3] - 133:20, 133:20, 133:21
**reporters** [1] - 81:15
**Reporting** [1] - 2:9
**reports** [5] - 64:8, 96:6, 123:3, 124:9, 124:21
**represent** [1] - 116:21
**resell** [1] - 41:7
**residence** [6] - 72:5, 77:11, 77:15, 77:20, 82:16, 82:17
**resolve** [1] - 130:20
**resolved** [3] - 129:4, 129:5, 130:15
**respect** [4] - 26:10, 26:13, 26:16, 26:22
**respond** [2] - 54:19, 54:21
**responded** [1] - 78:15
**response** [3] - 14:22, 15:1, 15:10
**rest** [1] - 121:16

**restroom** [1] - 121:13
**result** [2] - 7:8, 104:13
**results** [2] - 78:20, 104:14
**resumed** [1] - 3:2
**Resumed** [3] - 53:9, 81:21, 121:18
**resumes** [1] - 4:25
**retires** [3] - 53:2, 81:5, 121:2
**retrieve** [2] - 24:13, 58:13
**return** [2] - 8:15, 126:12
**returned** [4] - 67:4, 77:18, 115:2, 115:13
**returns** [3] - 5:16, 53:11, 81:25
**review** [5] - 24:6, 24:8, 75:3, 100:25, 109:15
**reviewed** [7] - 105:16, 106:4, 110:11, 110:21, 111:16, 117:7, 117:9
**reviewing** [3] - 4:3, 94:15, 112:18
**reviews** [8] - 12:14, 12:16, 21:5, 24:7, 40:9, 59:11, 60:23, 64:13
**revisiting** [1] - 130:6
**rewind** [1] - 113:16
**rewired** [1] - 128:11
**RICARDO** [3] - 84:20, 84:25, 132:15
**Ricardo** [1] - 84:24
**Rick** [2] - 84:17, 103:3
**ride** [3] - 31:18, 31:19, 31:20
**right-hand** [1] - 87:17
**rights** [1] - 30:7
**risk** [1] - 6:11
**Rivera** [11] - 61:3, 61:9, 61:10, 61:14, 61:17, 64:25, 65:8, 65:11, 65:17, 65:25, 66:17
**rob** [1] - 26:3
**robbed** [2] - 55:23, 56:21
**robberies** [1] - 25:21
**robbery** [20] - 54:7, 54:8, 54:10, 54:15, 54:20, 56:1, 58:6, 61:24, 72:9, 72:20, 72:23, 73:12, 74:5, 75:8, 75:9, 75:14, 75:15, 75:16, 124:20
**robbing** [1] - 59:19
**rocked** [1] - 51:14
**rocks** [4] - 21:13, 32:20, 33:8, 33:9
**rode** [1] - 41:2
**Rodolfo** [6] - 25:17, 25:19, 25:21, 98:1, 98:6, 98:8
**RODOLFO** [1] - 1:7
**Rodriguez** [1] - 4:5
**role** [3] - 103:14, 103:24, 104:1
**Rolex** [1] - 31:4
**room** [3] - 20:4, 20:5, 32:8
**roughly** [1] - 37:17
**rounds** [3] - 18:6, 100:14, 102:2
**row** [1] - 7:23
**RUBIO** [10] - 2:4, 36:23, 37:2, 39:20, 40:2, 40:4, 42:18, 83:16, 96:17, 128:16
**Rubio** [5] - 36:22, 39:10, 42:19, 83:15, 96:16
**RUBIO.......................** [1] - 132:8
**Rules** [1] - 58:1
**run** [4] - 15:5, 98:16, 98:20, 127:7
**running** [5] - 98:12, 98:17, 98:18, 98:25, 129:15

## S

**S.W** [1] - 54:22
**Saavedra** [1] - 126:19
**safe** [2] - 104:6, 104:8
**sale** [2] - 40:20, 93:6
**sales** [4] - 33:7, 33:8, 47:24
**San** [3] - 96:24, 97:4, 122:22
**SAN** [3] - 97:1, 97:5, 132:18
**Saturdays** [1] - 33:12
**saw** [29] - 26:3, 28:22, 38:13, 38:18, 38:24, 39:7, 42:3, 42:6, 42:8, 42:11, 42:14, 59:22, 81:8, 87:21, 89:2, 89:16, 90:3, 90:5, 90:13, 91:7, 93:20, 99:4, 99:18, 102:24, 103:7, 120:5, 120:10
**scene** [26] - 54:20, 54:25, 56:19, 56:22, 56:24, 59:16, 61:2, 63:20, 64:16, 64:21, 64:22, 65:3, 65:19, 65:24, 66:14, 66:20, 66:22, 67:23, 71:8, 71:10, 73:11, 73:14, 73:22, 74:8, 78:15, 82:22
**scenes** [4] - 56:4, 56:5, 73:3, 73:11
**schedule** [5] - 120:23, 120:24, 123:22, 123:24, 129:7
**scheduling** [3] - 123:25, 128:25, 130:1
**school** [2] - 23:3, 68:16
**scissor** [1] - 74:16
**scissors** [1] - 68:8
**screen** [2] - 43:8, 87:13
**screens** [2] - 7:15, 7:17
**searched** [3] - 67:14, 67:17, 111:6
**seated** [5] - 3:3, 5:17, 53:12, 53:18, 84:21
**second** [34] - 5:12, 7:14, 7:23, 8:24, 9:3, 15:17, 15:20, 46:23, 55:6, 55:8, 61:2, 63:20, 64:16, 64:22, 65:19, 65:21, 65:24, 66:9, 66:14, 66:22, 71:10, 84:1, 84:2, 86:9, 107:22, 113:17, 118:3, 119:3, 119:11, 129:25, 130:4, 130:14, 130:19, 130:24
**seconds** [2] - 118:3, 118:17
**secure** [1] - 52:7
**SECURITY** [7] - 3:5, 3:7, 4:22, 7:15, 7:19, 7:21, 81:23
**security** [4] - 68:19, 77:2, 88:8, 88:23
**see** [47] - 4:18, 8:10, 9:5, 17:3, 17:8, 18:5, 25:17, 25:19, 25:21, 31:8, 36:16, 39:5, 40:24, 43:8, 50:5, 50:11, 52:2, 59:2, 61:12, 69:11, 70:12, 70:14, 71:5, 74:12, 76:13, 81:22, 82:22, 86:10, 87:11, 89:22, 89:24, 94:12, 94:20, 98:6, 99:14, 101:25, 108:14, 110:1, 112:4, 121:1, 121:15, 121:16, 122:13, 127:23, 129:2, 130:13
**seed** [1] - 82:1
**seeing** [2] - 18:18, 47:6
**sees** [1] - 130:17
**Segovia** [1] - 126:18
**seize** [2] - 82:12, 82:15
**seized** [5] - 75:4, 77:20, 83:3, 96:1, 96:4
**selection** [1] - 128:11
**sell** [10] - 8:17, 28:14, 38:24, 41:5, 42:3, 42:15, 47:19, 50:17, 50:21, 51:10
**selling** [9] - 6:11, 21:11, 25:5, 25:17, 28:11, 32:20, 32:21, 36:16, 92:18
**seminar** [1] - 129:13
**send** [1] - 4:1
**sending** [1] - 40:8
**senior** [2] - 26:24, 27:4
**sent** [5] - 39:21, 39:23, 39:24, 111:6, 112:10
**sentence** [3] - 16:20, 17:14
**separate** [1] - 73:19
**serial** [1] - 69:12
**series** [1] - 5:24
**serve** [1] - 48:1
**Services** [1] - 2:9
**serving** [2] - 54:10, 97:19
**SESSION** [1] - 1:5
**set** [1] - 125:13
**seven** [15] - 29:17, 63:22, 64:24, 65:19, 65:20, 66:15, 69:6, 71:10, 71:12, 71:20, 72:5, 73:15, 76:18, 79:16, 83:22
**share** [1] - 51:7
**sheet** [2] - 74:21, 74:25
**shift** [1] - 85:25
**shirt** [9] - 60:5, 80:6, 80:19, 80:20, 80:21, 80:22, 86:15, 108:17
**shoot** [3] - 47:13, 47:15, 47:17
**shooting** [1] - 47:4
**Shores** [1] - 2:5
**shot** [2] - 18:11, 59:18
**show** [14] - 6:16, 6:17, 12:3, 31:24, 40:5, 49:20, 55:12, 60:11, 65:6, 65:8, 125:23, 128:4, 128:7
**showed** [1] - 71:11
**showing** [20] - 18:4, 28:22, 28:24, 39:3, 49:21, 68:11, 68:21, 69:1, 70:5, 76:12, 88:17, 91:12, 100:9, 101:24, 102:4, 102:14, 103:5, 105:10, 109:3, 113:22
**shown** [13] - 5:24, 27:13, 43:8, 56:22, 61:14, 63:20, 64:16, 65:20, 65:24, 65:25, 70:20, 71:10, 116:4
**shows** [3] - 6:2, 91:10, 112:12
**showup** [16] - 55:5, 55:10, 55:12, 55:18, 55:21, 61:6, 61:13, 61:24, 62:1, 62:2, 62:5, 62:7, 63:3, 66:14, 79:13, 83:24
**side** [5] - 87:12, 87:17, 91:2, 98:19
**sidebar** [3] - 3:13, 80:13, 109:21
**sidewalk** [4] - 87:23, 90:23, 114:3, 116:9
**sideways** [2] - 28:2, 28:4
**sift** [1] - 63:12
**SIG** [4] - 69:21, 69:23, 70:8, 77:23
**sign** [4] - 27:14, 27:22, 27:24, 28:2
**signed** [4] - 36:5, 36:6, 105:20, 105:21
**silently** [3] - 12:1, 12:10, 59:9
**sit** [2] - 62:5, 121:20
**site** [1] - 74:5
**sitting** [3] - 20:10, 57:19, 130:16
**situation** [2] - 108:20, 123:18
**sleeveless** [2] - 80:6, 80:20
**slept** [1] - 30:24
**small** [2] - 33:14, 98:21
**Smoke** [4] - 47:22, 48:16, 48:18, 49:3
**smoked** [1] - 21:20
**social** [3] - 50:4,

DAILY COPY

68:19, 77:2
**sold** [14] - 23:14, 24:23, 26:24, 27:2, 29:14, 30:9, 34:18, 39:1, 48:8, 48:19, 48:21, 49:2, 51:8
**solving** [1] - 97:21
**someone** [3] - 48:8, 48:21, 122:5
**sometime** [1] - 130:13
**sometimes** [8] - 31:15, 33:9, 49:3, 49:20, 103:18
**somewhere** [1] - 130:18
**soon** [1] - 33:19
**sorry** [19] - 7:18, 11:4, 12:15, 16:5, 38:16, 56:8, 57:7, 60:16, 60:18, 60:20, 64:8, 64:13, 69:23, 72:1, 80:25, 81:2, 84:19, 107:13, 126:23
**sort** [2] - 10:6, 45:3
**South** [1] - 1:24
**south** [1] - 98:20
**SOUTHERN** [1] - 1:1
**southwest** [1] - 98:12
**Spanish** [1] - 91:9
**speakers** [2] - 106:23, 107:2
**speaking** [1] - 130:11
**specific** [2] - 69:11, 112:8
**specifically** [5] - 10:11, 13:2, 14:9, 26:19, 55:19
**specifics** [1] - 3:15
**specify** [2] - 4:7, 4:9
**speculation** [1] - 90:2
**spell** [3] - 53:19, 84:22, 97:3
**spent** [3] - 18:8, 18:11, 19:13
**split** [1] - 51:17
**spoken** [2] - 13:19, 130:7
**squad** [1] - 90:21
**stand** [8] - 4:25, 43:14, 46:22, 58:3, 60:2, 62:6, 86:13, 124:9
**start** [4] - 116:16, 118:13, 130:3, 131:2
**started** [8] - 33:16, 33:19, 33:20, 34:12, 37:9, 52:5, 87:22, 98:10
**state** [6] - 13:25, 33:24, 34:1, 53:19, 84:22, 97:2
**State** [2] - 34:3, 49:11
**statement** [5] - 11:14, 12:3, 12:25, 40:7, 57:3
**statements** [3] - 15:14, 46:4, 46:8
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**States** [3] - 53:15, 84:17, 96:23
**status** [1] - 130:12
**stay** [1] - 81:15
**step** [2] - 84:14, 96:20
**Steven** [2] - 68:19, 84:7
**still** [2] - 82:7, 107:14
**stood** [1] - 88:8
**stop** [15] - 7:13, 8:1, 8:8, 9:3, 27:11, 34:2, 80:7, 98:10, 98:17, 102:21, 102:22, 118:2, 120:16, 122:8
**stopped** [3] - 88:9, 89:23, 121:19
**store** [1] - 86:23
**straight** [2] - 99:19, 99:20
**Street** [18] - 1:17, 1:22, 2:2, 2:5, 37:17, 38:19, 42:15, 56:12, 60:13, 61:12, 67:11, 70:3, 73:15, 75:19, 79:15, 86:22, 98:7, 98:24
**street** [7] - 71:1, 89:17, 99:23, 114:2, 114:3, 116:1, 116:7
**strike** [1] - 125:16
**stuff** [3] - 31:9, 36:9, 50:3
**subject** [2] - 63:1, 70:19
**subjected** [1] - 78:6
**subjects** [11] - 64:24, 65:7, 65:19, 65:21, 66:15, 66:20, 69:6, 70:16, 71:5, 71:8, 71:11
**subsequent** [1] - 117:7
**substantially** [1] - 91:22
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**Sunday** [1] - 129:19
**supplier** [1] - 51:12
**supposed** [1] - 10:17
**surprise** [1] - 5:4
**surveillance** [1] - 98:5
**suspected** [1] - 91:11
**sustained** [7] - 32:10, 32:18, 45:24, 46:2, 50:15, 78:24, 99:6
**swear** [3] - 34:23, 35:14, 35:24
**sweaters** [1] - 5:18
**switch** [1] - 127:21
**swore** [1] - 34:10
**sworn** [3] - 53:17, 84:20, 97:1
**SWORN....................** [1] - 132:15
**SWORN....................** [1] - 132:18
**SWORN....................** [1] - 132:10
**synopsis** [1] - 54:25

## T

**T-H-E-Y-E** [1] - 126:24
**T-shirt** [4] - 80:6, 80:19, 80:20, 80:21
**table** [1] - 30:3
**TAMRA** [1] - 2:9
**Tamra** [1] - 133:19
**tan** [1] - 91:3
**tap** [1] - 9:2
**tape** [2] - 100:18, 121:21
**tattoo** [1] - 43:11
**Taurus** [1] - 70:17
**taxes** [1] - 30:15
**team** [2] - 97:21, 122:11
**technological** [1] - 5:9
**Telli** [5] - 44:25, 47:22, 48:16, 48:18, 49:3
**ten** [2] - 33:5, 85:16
**tender** [2] - 71:13, 116:10
**tens** [2] - 32:24, 32:25
**term** [1] - 4:8
**terms** [5] - 102:18, 123:19, 124:6, 124:25, 130:13
**test** [1] - 129:13
**testified** [15] - 6:1, 9:13, 11:11, 13:8, 26:7, 29:14, 61:25, 62:25, 63:2, 79:8, 111:21, 111:23, 112:15, 116:24, 122:20
**testifies** [1] - 110:15
**testify** [12] - 30:10, 45:22, 46:11, 49:8, 57:15, 62:12, 62:14, 62:21, 75:11, 75:18, 81:7, 110:2
**testifying** [3] - 39:15, 39:21, 45:25
**testimony** [13] - 18:23, 19:10, 23:23, 23:24, 37:9, 39:14, 62:10, 107:3, 111:4, 112:6, 116:11, 117:10, 121:4
**testing** [2] - 78:6, 78:14
**THE** [242] - 1:12, 1:15, 1:19, 3:3, 3:5, 3:6, 3:7, 3:8, 3:17, 3:21, 4:7, 4:10, 4:13, 4:22, 4:23, 5:1, 5:2, 5:3, 5:8, 5:15, 5:17, 7:15, 7:17, 7:19, 7:20, 7:21, 7:22, 8:3, 8:6, 10:20, 11:24, 12:1, 12:10, 15:18, 15:21, 15:23, 17:6, 20:18, 20:20, 20:25, 21:2, 23:19, 23:22, 24:1, 24:3, 24:15, 25:10, 25:12, 25:24, 32:10, 32:18, 36:22, 39:10, 39:12, 40:3, 42:19, 42:23, 42:25, 43:5, 43:19, 44:4, 44:22, 45:24, 46:2, 46:21, 47:21, 48:12, 50:15, 52:23, 53:3, 53:5, 53:10, 53:12, 53:18, 53:20, 57:4, 57:8, 57:12, 57:14, 57:23, 58:4, 58:9, 58:19, 59:1, 59:4, 59:7, 60:2, 60:3, 60:4, 60:9, 60:22, 61:20, 62:11, 62:15, 62:18, 62:20, 62:23, 63:5, 63:8, 63:11, 63:15, 64:2, 64:4, 64:10, 65:15, 68:3, 68:9, 69:8, 69:17, 69:22, 71:14, 72:13, 73:6, 74:14, 74:18, 78:24, 80:7, 80:10, 80:15, 81:2, 81:3, 81:6, 81:11, 81:13, 81:22, 81:23, 82:1, 82:6, 83:11, 83:13, 83:15, 83:17, 84:14, 84:16, 84:19, 84:21, 84:24, 87:3, 88:15, 89:6, 89:8, 89:13, 90:3, 90:5, 92:2, 92:4, 92:9, 92:21, 92:24, 94:3, 94:10, 95:1, 96:10, 96:12, 96:14, 96:16, 96:18, 96:20, 96:22, 97:2, 97:4, 99:6, 100:7, 101:17, 101:22, 102:12, 105:8, 106:9, 106:12, 106:18, 107:9, 107:12, 107:14, 107:17, 107:23, 109:1, 109:20, 109:23, 110:4, 110:8, 110:11, 110:16, 110:20, 111:17, 111:20, 111:22, 112:1, 112:4, 112:9, 112:17, 112:23, 113:2, 113:6, 113:11, 113:14, 113:16, 113:20, 115:9, 115:20, 116:12, 116:16, 118:4, 118:7, 118:12, 120:16, 121:3, 121:13, 121:19, 122:17, 123:1, 123:6, 123:12, 123:15, 123:18, 124:17, 124:24, 125:7, 125:19, 125:22, 126:4, 126:7, 126:10, 127:2, 127:8, 127:10, 127:13, 127:18, 128:2, 128:5, 128:9, 128:15, 128:19, 128:24, 129:2, 129:11, 129:17, 129:21, 129:23, 130:2, 130:5, 130:10, 131:1
**Thereupon** [1] - 131:4
**theye** [1] - 126:15
**Theye** [1] - 126:22
**thinking** [4] - 64:4, 125:16, 126:1, 128:10
**third** [1] - 73:17
**Thompson** [7] - 63:24, 64:5, 64:17, 64:18, 65:23, 66:15, 78:4
**thousand** [1] - 45:14
**three** [11] - 16:3, 16:10, 28:2, 28:5, 28:9, 62:6, 62:8, 63:2, 73:11, 73:19
**threw** [1] - 99:1
**throughout** [1] - 105:3
**throw** [1] - 27:22
**Thursday** [1] - 129:22

**tie** [3] - 86:15, 86:16, 108:18
**ties** [1] - 78:21
**tight** [1] - 129:18
**Tiliote** [1] - 64:5
**Tinoco** [1] - 64:17
**tinted** [1] - 70:13
**tip** [1] - 70:17
**title** [1] - 85:7
**today** [5] - 7:23, 49:8, 108:14, 112:18, 120:23
**together** [6] - 23:3, 51:3, 87:1, 100:20, 123:13, 127:3
**tomorrow** [14] - 120:24, 121:1, 121:15, 123:14, 124:6, 124:16, 124:22, 126:11, 126:13, 126:19, 127:23, 128:1, 128:3
**tonight** [1] - 124:22
**took** [18] - 20:3, 33:13, 40:20, 51:18, 55:4, 55:9, 55:11, 56:5, 60:13, 61:12, 65:2, 66:6, 66:8, 72:7, 73:12, 82:25, 98:25, 113:6
**top** [1] - 100:19
**tossed** [2] - 99:8, 99:22
**total** [1] - 63:22
**touch** [2] - 33:16, 87:13
**tough** [1] - 27:17
**towards** [1] - 15:9
**traffic** [2] - 87:23, 88:7
**trafficking** [1] - 16:24
**transaction** [14] - 40:25, 108:19, 108:22, 109:12, 109:13, 109:15, 110:1, 111:15, 114:4, 115:24, 116:2, 116:6, 116:7, 116:8
**transcript** [13] - 20:16, 21:3, 23:25, 24:9, 24:14, 105:25, 106:24, 107:1, 107:4, 108:3, 117:2, 133:14
**TRANSCRIPT** [1] - 1:12
**transcripts** [2] - 106:20, 125:8
**trap** [3] - 30:25, 52:2, 112:7
**traps** [3] - 28:12, 39:2, 111:5
**TRIAL** [1] - 1:12
**trial** [5] - 62:25, 81:16, 123:7, 129:25, 130:4
**tried** [1] - 27:17
**trip** [2] - 129:16, 129:19
**trouble** [3] - 28:15, 28:16, 28:17
**true** [1] - 27:20
**truth** [4] - 13:14, 14:19, 32:14, 35:15
**truthful** [12] - 10:15, 11:6, 11:14, 12:25, 13:15, 14:16, 19:17, 19:19, 19:20, 19:21, 21:24, 46:13
**try** [5] - 14:15, 52:7, 52:10, 86:13, 104:6
**trying** [5] - 5:12, 11:25, 28:24, 32:6, 124:20
**turn** [1] - 54:14
**turned** [3] - 58:14, 67:12, 98:24
**two** [19] - 3:4, 20:1, 56:5, 58:11, 58:15, 74:3, 84:11, 87:16, 91:10, 91:17, 93:9, 93:16, 93:17, 95:9, 95:10, 102:23, 103:1, 103:9, 116:5
**type** [2] - 51:4, 104:23

## U

**U.S** [4] - 68:23, 68:24, 75:2, 77:3
**um-hm** [1] - 123:6
**unable** [1] - 61:25
**under** [4] - 58:1, 63:9, 92:15, 92:17
**undercover** [6] - 54:12, 103:11, 103:14, 125:10, 126:17, 127:5
**underneath** [3] - 80:21, 99:1, 99:22
**undershirt** [1] - 80:21
**uniform** [1] - 85:14
**uniformed** [2] - 85:15, 97:21
**unit** [7] - 67:12, 85:20, 85:21, 93:3, 97:16, 99:13, 99:14
**United** [3] - 53:15, 84:17, 96:23
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**unless** [2] - 57:15, 110:14
**unlike** [1] - 61:22
**unload** [1] - 27:8
**unmarked** [3] - 56:14, 88:1, 88:2
**unredacted** [1] - 124:21
**unreliable** [1] - 107:6
**up** [50] - 3:22, 3:24, 5:9, 7:23, 14:9, 15:15, 15:19, 16:6, 16:8, 16:20, 17:18, 27:13, 27:22, 28:3, 28:4, 28:5, 37:25, 43:14, 46:23, 51:14, 51:24, 56:18, 57:15, 59:10, 59:18, 61:10, 64:12, 65:20, 66:6, 68:13, 69:19, 73:15, 76:18, 77:15, 82:7, 86:13, 86:22, 91:6, 104:2, 107:2, 118:10, 122:12, 126:5, 127:3, 127:20, 128:6, 128:7, 128:17, 128:19, 129:15

## V

**vacant** [2] - 67:10, 70:3
**various** [1] - 76:7
**vehicle** [14] - 56:14, 56:16, 56:18, 67:16, 67:17, 70:14, 70:18, 71:4, 75:13, 82:14, 88:1, 99:2, 99:23
**vehicles** [1] - 67:14
**Velez** [3] - 4:7, 4:10, 4:14
**victim** [4] - 55:9, 55:11, 56:18, 62:1
**victims** [18] - 55:1, 55:2, 55:4, 55:13, 55:21, 61:10, 61:24, 65:4, 66:24, 67:4, 70:20, 71:8, 77:18, 79:3, 80:24, 81:7, 84:2
**victims'** [8] - 66:23, 67:1, 67:2, 77:14, 77:17, 83:6, 83:20, 83:21
**video** [66] - 5:25, 6:19, 7:2, 7:12, 8:7, 9:1, 28:22, 28:24, 47:1, 47:4, 47:13, 47:15, 47:17, 104:24, 105:14, 107:15, 107:24, 108:7, 108:24, 110:1, 110:12, 110:13, 110:14, 111:1, 111:17, 111:18, 111:24, 112:12, 112:14, 112:18, 112:22, 112:23, 113:1, 114:1, 114:2, 114:6, 114:7, 114:8, 116:25, 117:7, 117:9, 117:12, 117:15, 117:24, 118:7, 118:13, 118:16, 118:22, 119:2, 119:6, 119:13, 119:17, 119:19, 119:23, 120:2, 120:8, 122:5, 122:8, 122:9, 122:11, 122:14, 122:23, 127:14, 130:18
**videos** [7] - 49:14, 49:17, 49:18, 49:23, 127:6, 127:12, 127:24
**view** [1] - 8:2
**violate** [1] - 34:6
**violations** [1] - 34:24
**violence** [1] - 42:8
**violent** [2] - 26:6, 26:9
**Visa** [1] - 76:13
**voice** [4] - 108:12, 111:24, 112:15, 112:16
**voices** [3] - 108:2, 108:5, 108:9
**VÁZQUEZ** [115] - 1:15, 5:7, 11:22, 12:9, 23:18, 23:20, 32:9, 42:21, 43:4, 43:7, 43:17, 43:20, 44:5, 44:21, 44:23, 46:3, 46:24, 48:13, 50:16, 52:22, 53:4, 53:15, 53:23, 57:3, 57:5, 57:9, 57:22, 58:18, 58:20, 58:25, 59:8, 60:7, 60:10, 60:21, 60:24, 62:9, 62:12, 62:17, 62:19, 62:21, 62:24, 63:16, 64:9, 64:11, 65:16, 67:25, 68:7, 68:10, 69:7, 69:9, 69:15, 69:18, 70:9, 70:10, 71:13, 74:15, 78:23, 81:1, 83:19, 84:12, 96:23, 97:7, 99:7, 100:6, 100:8, 101:14, 101:21, 101:23, 102:11, 102:13, 105:7, 105:9, 106:6, 106:16, 107:8, 107:11, 107:21, 108:1, 108:8, 108:25, 109:2, 109:17, 110:5, 110:10, 110:13, 110:17, 111:13, 111:19, 111:21, 112:3, 112:14, 112:24, 113:1, 113:12, 113:18, 113:21, 115:10, 115:18, 115:23, 116:4, 116:15, 117:25, 125:6, 125:8, 125:21, 126:1, 126:6, 126:9, 126:14, 126:22, 128:23, 129:24, 130:3, 130:9, 130:25
**VÁZQUEZ.................** [1] - 132:9
**VÁZQUEZ..................** [2] - 132:11, 132:19
**Vázquez** [23] - 5:3, 8:4, 8:6, 9:11, 24:17, 42:20, 53:14, 62:7, 63:15, 84:16, 107:10, 113:17, 116:14, 117:13, 118:3, 119:1, 119:4, 120:1, 121:21, 122:6, 123:8, 124:15, 130:10
**vÁZQUEZ...................** [1] - 132:14

## W

**waistband** [3] - 98:10, 98:12, 99:1
**wait** [8] - 39:10, 46:23, 81:14, 112:9, 120:16
**waiting** [3] - 3:3, 3:8, 124:1
**walk** [6] - 63:17, 88:11, 90:23, 91:6, 120:5, 120:10
**walked** [3] - 88:7, 119:6, 119:15
**walking** [6] - 87:1, 87:22, 88:5, 91:1, 98:7, 98:10
**wallets** [2] - 77:2,

77:17
**wanna** [1] - 77:24
**warm** [1] - 5:19
**watch** [2] - 31:4, 114:25
**watched** [2] - 110:24, 114:8
**weapon** [9] - 42:6, 69:11, 70:8, 78:4, 78:6, 78:21, 82:15, 83:3, 83:4
**wearing** [4] - 80:3, 80:23, 81:7, 81:8
**Weaver** [1] - 126:19
**week** [5] - 29:16, 29:19, 30:13, 130:12, 130:23
**weekend** [1] - 32:4
**weekends** [1] - 33:12
**weekly** [1] - 30:13
**weeks** [1] - 130:6
**weight** [1] - 63:12
**welcome** [1] - 127:1
**welcoming** [1] - 45:3
**west** [6] - 87:22, 88:5, 88:6, 88:24, 98:19, 98:24
**West** [1] - 1:22
**Weston** [1] - 2:10
**white** [5] - 71:3, 80:6, 80:20, 89:21, 99:22
**whole** [2] - 41:2, 57:16
**wife** [5] - 80:4, 80:5, 80:12, 80:19, 120:21
**WILLIAMS** [1] - 1:12
**Williams** [1] - 4:3
**willing** [1] - 125:3
**window** [2] - 87:12, 87:15
**windows** [2] - 70:13, 87:16
**wire** [1] - 127:17
**wise** [1] - 130:12
**withdrawn** [1] - 50:20
**witness** [50] - 4:24, 4:25, 12:16, 21:2, 21:5, 24:7, 40:2, 40:9, 43:16, 43:17, 53:14, 58:3, 58:18, 59:11, 60:7, 60:23, 62:6, 64:13, 66:17, 66:18, 68:7, 71:13, 73:6, 80:7, 80:9, 84:12, 84:15, 84:16, 86:18, 88:14, 94:15, 96:21, 96:22, 109:25, 110:3, 110:18, 111:13, 111:21, 111:23, 113:10, 116:5, 116:10, 116:13, 116:14, 122:20, 123:16, 125:1, 126:11
**Witness** [3] - 12:14, 53:7, 68:14
**WITNESS** [9] - 5:2, 53:20, 60:3, 64:2, 81:2, 84:24, 90:5, 97:4, 132:2
**witnesses** [2] - 62:13, 126:12
**witnessing** [1] - 117:4
**wonder** [1] - 5:10
**wondering** [1] - 125:14
**words** [6] - 13:21, 15:2, 19:2, 19:20, 74:9, 82:12
**worried** [1] - 57:19
**wrapped** [1] - 15:19
**writing** [1] - 121:24
**wrote** [1] - 19:6

**Y**

**year** [7] - 13:13, 13:16, 38:7, 43:21, 43:23, 91:21, 126:4
**years** [9] - 16:20, 17:17, 54:5, 54:9, 72:21, 85:10, 85:14, 97:13, 97:18
**yellow** [1] - 88:24
**yesterday** [10] - 5:24, 6:1, 9:13, 11:11, 13:8, 13:9, 23:13, 26:7, 39:21, 40:10
**young** [1] - 10:16
**younger** [1] - 27:11
**yourself** [4] - 7:4, 14:3, 26:18, 39:7

**Z**

**ZERQUERA** [1] - 132:3
**Zerquera** [17] - 5:1, 5:8, 5:24, 8:10, 12:10, 16:3, 21:7, 24:5, 24:9, 25:15, 26:3, 37:3, 43:8, 43:21, 46:22, 46:25, 49:5