DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 20, 2015

Plaintiff, **DAY 9**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-96

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

DAILY COPY

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 1:32 p.m.)

THE COURT: Is everyone here? We have a new witness. All right. Let's see if our jury is --

THE COURTROOM DEPUTY: They are ready.

THE COURT: Bring in the jury.

(Jury returns at 1:33 p.m.)

THE COURT: Everyone be seated.

Call your next witness, Government.

MS. HOSSEINI: The United States calls Olga Saavedra.

**OLGA SAAVEDRA, sworn**

THE COURTROOM DEPUTY: Would you please be seated. Please state your full name for the record and spell your full name.

THE WITNESS: My name is Olga Saavedra, O-L-G-A S-A-A-V-E-D-R-A.

**DIRECT EXAMINATION**

**BY MS. HOSSEINI:**

**Q. Good afternoon, Ms. Saavedra.**

A. Good afternoon.

**Q. How are you currently employed?**

A. I'm employed by the Miami-Dade Police Department in the Forensic Services Bureau in the Forensic Biology Section as a Criminalist 2.

**Q. How long have you been a criminalist in the Forensic Biology**

**Section?**

A. Going on 5 years.

**Q. What are your duties and responsibilities as a criminalist?**

A. As a criminalist in the Forensic Biology Section I'm responsible for screening items of physical evidence for biological materials and conducting DNA analysis on those items.

**Q. Prior to being a Criminalist 2, did you hold any other titles?**

A. Not at the Miami-Dade Police Department, no.

**Q. If we can spend a few minutes talking about your training and education, Ms. Saavedra. Where did you go to school?**

A. I went to school at Florida International University.

**Q. What did you study and what degrees did you earn?**

A. I earned a bachelor's degree in biological sciences.

**Q. Did your formal education include the study of DNA?**

A. Yes.

**Q. Did you take classes?**

A. Yes, to work in the Forensic Biology Section, not only do you have to have a physical science degree such as biology or chemistry, you have to have four classes, which is genetics, statistics, molecular biology, and biochemistry.

**Q. After your formal education, did you receive any specialized training in the field of DNA analysis?**

A. Yes. As part of my employment with the Miami-Dade Police Department, we have to undergo two types of trainings. The

first training is serology training, and that is the aspect of the processing that we do where we actually analyze the evidence and screen it for biological materials. We go through that training first.

Once we are done with our training and we are qualified to do casework, we are able to do serology casework. After that we are able to do our DNA training, and once we are qualified to do DNA, then we start DNA casework.

**Q. Have you attended any lectures or seminars or anything of that nature?**

A. Yes. We continuously train all year. We are required, actually, because of our accrediting body, we are required to do at least 8 hours of training every year.

**Q. How do you fulfill those 8 hours?**

A. Different workshops, different trainings that we do. For example, last week we actually had a week-long training at the laboratory that was given by the company that actually produces the reagents and the different instruments that we use to actually conduct our analysis.

**Q. Do you also read any scientific literature in the area of DNA or forensic biology?**

A. Yes, periodically.

**Q. What type of literature?**

A. The *Journal of Forensic Sciences*, we do get some from the American Academy of Forensic Sciences, *Journal of Legal*

*Medicine*. Depending on the topic of the article.

**Q. Are you regularly tested to confirm your proficiency at DNA analysis?**

A. Yes. We are required to complete a proficiency test every 6 months.

**Q. And how is that done?**

A. Well, it's given to us in the form of a real case. We are submitted samples and a little bit of information about what the case is about, and we have to treat it like a real case. We are expected to perform every single type of testing that we have available to us in the laboratory, and then we report our results at the end.

**Q. And are those tests administered by your lab or by an outside agency?**

A. No, they are administered by an outside agency.

**Q. What are the results of your proficiency testing?**

A. I have passed every test that I have taken.

**Q. Have you ever failed one?**

A. Never.

**Q. Do you also have any training in statistic as it's applied to DNA analysis?**

A. Yes. As part of our training at the police department, our DNA training consists of statistical training. In order to be able to undergo that training, we also have to have a statistics background, so that's why we are required to take statistics

while we are in college.

**Q. So can you please tell us what you do as a DNA analyst?**

A. As a DNA analyst I receive cases, and every case we are required to conduct testing on the item that we receive. So I will receive, let's say, for example, a T-shirt, and I'm looking for something specific, maybe blood on that T-shirt. I examine that T-shirt visually. If I encounter any stains that appear to be blood, I test it to see if it is blood. If I obtain a positive result, then I go on and perform DNA analysis on that sample.

**Q. So as part of your job responsibilities, approximately how many times have you personally performed the procedures involved in forensic DNA analysis?**

A. Hundreds of times.

**Q. How many pieces of evidence would you say you have analyzed?**

A. Hundreds.

**Q. And how many times have you done statistical analysis associated with DNA frequencies in your career?**

A. Many times. I can't say exactly how many. It just depends on the results that we receive from the testing that we do.

**Q. Have you had any experience using frequencies with respect to DNA profiling?**

A. Yes. When we calculate a statistic for a DNA result, we have to use the frequencies in our database.

**Q. And how are those estimates calculated?**

A. Well, the estimates that are calculated that we use in your database were actually calculated by a world-renowned population geneticist by the name of Dr. Chakraborty, and basically the data that he received was the data that we collected here in Miami-Dade County using random sampling of the population here in Miami-Dade County. We had blood samples collected from random blood donors at the American Red Cross.

These samples were extracted, the DNA profiles were obtained, and they were sent to Dr. Chakraborty, who analyzed the information that we sent to him, calculated the different frequencies for the genetic profiles that he received, and he validated it against all the other databases in the country including the FBI's.

**Q. So that is the database that your lab utilizes?**

A. Yes.

**Q. And is your lab -- you said the Miami-Dade lab, is that facility accredited?**

A. Yes, we are accredited by ASCLD Lab, which is the American Society of Crime Laboratory Directors Laboratory Accreditation Board.

**Q. What types of requirements does the lab have to meet in order to be accredited?**

A. We have to meet certain standards that are set forth by the scientific community, specifically the forensic community, in all areas of our operations, including how we process evidence,

where we process evidence, what we wear when we process evidence, what our education requirements are, what training requirements we have to have, the security of our evidence, where we store it, how it's stored. Just multiple, multiple areas.

**Q. And these are -- there is also sort of, like, quality assurance programs in effect at the lab?**

A. Yes.

**Q. With respect to the things that you just mentioned?**

A. Correct.

**Q. So when your lab receives cases for DNA testing, what steps are taken to ensure the integrity of the evidence?**

A. When the evidence is received in our section, the first thing that it undergoes is photography. The evidence itself is inside a package when it comes into the laboratory, and that package is photographed to ensure that the package was received untampered, that it wasn't broken, or the seals were missing.

**Q. And does the lab have any protocols for chain of custody?**

A. Yes.

**Q. Can you briefly describe those protocols?**

A. Once we receive the evidence, it goes through the central evidence reception facility, which is where evidence gets dropped off. Then it gets routed to the different areas of the laboratory. If it's going to DNA, it will go there first depending on what other testing is being requested.

It goes to the photographer. Once it's been photographed, it goes into our evidence vault, and it's stored there until the analyst is assigned to the case, and then we retrieve the evidence from that vault having to sign the property receipt accompanied with it.

**Q. And earlier you mentioned that your lab utilizes this database that was sent to the population geneticist, Dr. Chakraborty. Have you had training in the use of the database?**

A. Yes.

**Q. How long has your lab done DNA testing?**

A. Since 1989 approximately.

**Q. Have you previously testified in the field of forensic biology and DNA analysis in a criminal case?**

A. Yes, I have.

**Q. In what courts?**

A. Both federal and state.

**Q. State of Florida?**

A. Yes.

**Q. Approximately how many times have you testified?**

A. Approximately six or seven times.

**Q. Did that testimony include statistical interpretation of your results?**

A. Yes, it did.

MS. HOSSEINI: Your Honor, at this time I would like to

tender the witness as an expert in the field of forensic biology and DNA analysis.

THE COURT: Any objection or request for voir dire?

MR. KORCHIN: No objection, Your Honor.

THE COURT: She will be so acknowledged.

**BY MS. HOSSEINI:**

**Q. Ms. Saavedra, if you can please teach us a little bit about DNA analysis. What is DNA?**

A. DNA is a molecule that's inside of all of our cells, and it's basically the genetic material that we receive from your parents at conception. So we receive half from mom and half from dad.

**Q. Why is DNA important?**

A. DNA is important because it's basically what allows our bodies to function. It tells our bodies what to do, it tells us what our bodies are going to look like. So essentially it's very important.

**Q. From where do we get our DNA?**

A. From who or --

**Q. From whom?**

A. From our parents, our mom and dad.

**Q. And where is DNA found in the body?**

A. DNA is found in all of our cells.

**Q. Is there different types of DNA?**

A. No. The DNA in your body ranging from cell to cell, so the

DNA that's in your skin cells is the same as the DNA in your white blood cells is the same in your bone marrow cells.

**Q. So is it fair to say all the DNA inside of me is the same?**

A. Correct.

**Q. And is my DNA unique to me and only to me?**

A. Unless you have an identical twin, yes.

**Q. Can one person's DNA change into another person's DNA?**

A. No.

**Q. What if I mix two DNA samples together, will that make new DNA?**

A. No. When you mix two DNA samples together, what you get is called a mixture. So it's essentially just a mix of two or three different people's DNA or more.

**Q. When you look at a DNA profile, can you tell a person's hair color or skin color?**

A. No, I cannot.

**Q. Why not?**

A. Because the locations that we look at on the gene are not those areas that type for those different features on a human body.

**Q. Can you tell someone's gender?**

A. The only thing we can tell is the gender.

**Q. Is DNA analysis new?**

A. No. DNA analysis has actually been in the medical realm for approximately 100 years, but in the forensic field it's been

around maybe 30.

**Q. You mentioned there is sort of DNA from skin cells or -- is that touch DNA?**

A. When we say touch DNA, we are referring to DNA that we obtain on an item that was left behind by touch. So, for example, you are driving your car, you leave DNA on your steering wheel, we would call that touch DNA.

**Q. Are there any kind of environmental factors that affect touch DNA?**

A. Environmental -- DNA can be affected, any DNA, not just touch DNA. Touch DNA is all the same. It's the same DNA you get from blood, get from semen. We just call it touch DNA because of where the DNA is actually coming from.

Any DNA is affected by different environmental factors. If you are leaving an item outside and it rains or it's really sunny and gets a lot of sun or there is some kind of chemical exposed to it, an item that is humid and is collecting mold or other types of bacteria, DNA can be affected by those factors.

**Q. If no DNA is found on an object, does that mean that nobody touched it?**

A. No, it does not.

**Q. Because of the environmental factors?**

A. Because of the environmental factors or because of whether or not the person was wearing gloves or how much that item was handled. So if I just pick up, you know, my folder like really

quick like this, and I don't leave any DNA behind, it doesn't mean I didn't touch it.

**Q. What type of DNA testing does your lab perform?**

A. We do a testing that's called STR testing; it stands for Short Tandem Repeats. It's basically the type of technology that we are using right now where we copy the genes over and over and over.

**Q. Is STR testing generally accepted as reliable within the scientific community?**

A. Yes, it is.

**Q. And how do you read results of an STR test?**

A. The results of an STR test are read at the very end of our analysis. We receive something called an electropherogram, which looks like a heart rate monitor, and what we do is we take the DNA profile from a standard, which is a known source of DNA, to the evidence profile that was obtained, and then we do a comparison.

**Q. What kind of results can you get from an STR standard or an STR test, I apologize?**

A. Well, the results as far as the comparison are concerned, you can get anything from a match to a non-match to an inclusion or an exclusion. It just depends on the kind of DNA profile that you obtained.

**Q. Can you describe some of the ones you just said? You said a match result. What is that?**

A. Okay. You would have a match when the profile obtained from an evidence item is from a single source. When I say a single source, I mean one person. So when I look at this profile, I see that there is only one DNA profile present. When I have one DNA profile and I'm comparing it to another DNA profile, which is a profile that I obtained from a person, and I see that they match, that they look the same, then I say that that is a match.

Now, if I take a single source profile and I compare it to another profile and it doesn't match, that would be called a non-match.

**Q. What is an inconclusive result?**

A. An inconclusive result is where the profile that I obtained from the evidence has insufficient information for me to be able to say whether the person matches or the person is included or excluded. Like I can't say this person is here or this person is not here. I can't say either because there is not enough information for me to say either one. So, therefore, we have to call that an inconclusive result.

**Q. And you mentioned excluded. What's an exclusion result?**

A. An exclusion is when I'm looking at a mixture. Now, a mixture is a DNA profile that we get from evidence. Now, it's called a mixture because there is more than one person there. So I'm looking at this profile, I know there is more than one person there, I'm comparing it to the standard, which is the DNA from a known person, and when I look at the mixture, I'm trying

to determine if this person could have contributed their DNA to that mixture. Do I see their alleles or their genes in this particular mixture. If I don't see their alleles there or if I don't see enough of their alleles there to say that they were included, then I would go ahead and call that an exclusion.

**Q. You mentioned allele. Can you tell us a common-day word for allele?**

A. Allele is the copy of the gene that you got from your parents. So, for example, women, we are an XX. That's what makes us a woman, a female. You got an X from your mom and an X from your dad. Those are alleles. Males are X and Y, so you got an X from your mom and a Y from your dad. Those are alleles. Those are different copies of the same gene, but you have two of them because you have two parents.

**Q. What are loci?**

A. Loci are the locations on the actual genes that we are looking at. So it's just the location of the different genes that we are testing.

**Q. And when you are doing DNA analysis, do you look at different loci?**

A. Yes. We currently look at 15 different loci or locations on our DNA profile and compare them to each other to see if there is matches or inclusions or exclusions.

**Q. And how do you do DNA analysis? Sort of what are the steps that you follow?**

A. Well, the very beginning step of the very first phase of DNA analysis is actually calling serology. Serology is the part where I explained that we received evidence, so it can be anything that was collected from a crime scene. And it's submitted to us, and we are observing and we are analyzing this evidence to see if we see anything on it that is of interest.

Like I said before, if it's a shirt, we are looking maybe for blood, I'm looking for blood on the shirt. I take a cutting of whatever I see, I test it. Depending on the results that I receive, I go on and I do the DNA part of the analysis.

Now, the DNA part actually consists of four different parts. We start with the extraction process. That's where we take the actual little sample that we took from the T-shirt or whatever item we were testing, we put that in a tube, we put some chemicals in it, we shake it up, and in and around that process we get -- at the end we get a tube with some DNA in it if there was any DNA present. So that's the part with the DNA is taken out of the cells that might be on those items, and at the end we isolate that DNA to basically get just the DNA in the tube if there is DNA.

Then we go on to the quantitation step. That step is the part where we find out whether or not we get DNA. If we did, how much did we get. So we take a small sampling of that same liquid or extract, and that's the part where we have an instrument that basically tells us, okay, you have DNA or you

don't or this is how much you have. That's important because we don't want to have too much DNA either because the instruments get overwhelmed when there is too much.

If we have DNA or we have sufficient DNA to go on to the next step, then we go on to what is called the amplification process. That's the process where the DNA that's present gets copied multiple times, many, many, many times. Millions of times. It's basically copied enough so that the instrument at the very, very end of our process can read the profile or the DNA that's present in that sample.

Once we are done with the amplification, we go on to the next step. We put it on the instrument, the instrument has a camera that reads or basically can see the DNA that's present in that sample. At the end we receive an electropherogram, which is our results.

**Q. During each of these phases that you mentioned, serology, extraction, quantification, amplification, and the electrophoresis at the end, are steps taken to ensure accuracy and to prevent contamination?**

A. Yes.

**Q. How?**

A. We take many steps in order to prevent any kind of contamination in our lab. First and foremost, we wear PPE, which is personal protective equipment. We are required to wear a lab coat, we are required to wear disposable gloves, masks,

and we are also required to bleach down our area, our workbench, every single time between different samples.

We also work evidence first and then standards afterward because we don't want any kind of cross contamination between an evidence sample and a standard sample.

Another way that we prevent contamination is that when we are doing the DNA process and we are working with the tubes, we are only allowed to have one tube open at a time.

**Q. How about where the different items are kept? Are they separate or together?**

A. They are separate. Evidence items are processed before the standards, and they are also on a different rack and in a different area than the standards are.

**Q. Is there a kind of designated DNA-only work space?**

A. Yes. In our work area we actually have one designated work area that is just for serology, and then we have another designated work area that is just for DNA. And our office-type, you know, report writing, clerical stuff, we do that in a different area.

**Q. And when you complete all of these steps, is your work reviewed?**

A. Yes. Once we finish our analysis, once we analyze the electropherograms that we received, once we come up with our conclusions, we write a report as to what we got. We compile a case folder with all the documentation from the case, from the

very beginning all the way to the report. That is reviewed by our technical reviewer who then reviews every aspect -- basically they take the data that we obtained and they redo the case themselves, and they see if they got the exact same thing that we got.

Once everything has been signed off, it goes on to the lab manager who does the administrative review. He reviews it, he signs off on the report, it goes on to our bureau commander who also reviews the case and also signs off at the end.

So we cannot send out any results or any kind of -- or even verbal results until all these steps have been done.

**Q. So essentially there is three layers of review?**

A. Yes.

**Q. Now, let's turn to this case. Did you receive any items of evidence to analyze in connection with this case?**

A. Yes, I did.

**Q. And what did you receive?**

A. I received an H&R revolver along with some ammunition. I received swabs from a Kel-Tec firearm, and I also received a DNA standard from Rodolfo Portela, as well as a DNA standard from Jessica Gonzalez.

**Q. How did these items come to you?**

A. These items were packaged in different packaging. May I refer to my notes so I can refresh my memory about the packaging?

MR. KORCHIN: Objection, Your Honor.

THE COURT: Well, do you have them there?

THE WITNESS: The notes or the packages?

THE COURT: The notes.

THE WITNESS: Yes, I do.

THE COURT: Okay. Well --

THE WITNESS: I can give a broad statement as to how they were packaged.

THE COURT: Why don't we do that.

Do you have copies of the notes, Ms. Hosseini?

MS. HOSSEINI: I have the packaging. It might be easier to just show the packaging.

THE COURT: Okay.

MS. HOSSEINI: Your Honor, may I approach the witness?

THE COURT: You may.

**BY MS. HOSSEINI:**

**Q. Ms. Saavedra, I'm showing you what's been previously marked for identification as Government's 354 and 355. Do you recognize these items?**

A. Yes, I do.

**Q. How do you recognize them?**

A. These packages -- I received these packages with the evidence that I have just explained that I received inside, and the reason that I recognize them is because my handwriting is on the packages. When I analyze evidence, I write handwritten the

case number, item number, my initials, and the date that I examined the package. And then when I am finished with the package, I have to package it in a plastic bag and then write my initials on the plastic bag.

**Q. Do you see those markings in both Exhibit 354 and 355?**

A. Yes.

**Q. While I'm up here, can you tell us what came in this packaging?**

A. Okay.

MS. HOSSEINI: Your Honor, can I move to enter these into evidence?

THE COURT: That would be the best first step. 354 and 355, any objection?

MR. KORCHIN: No objection.

THE COURT: 354 and 355 are admitted, and you may have Ms. Saavedra discuss it. Do we need the scissors?

(Evidence marked as Government's Exhibits 354 and 355 admitted into evidence)

**BY MS. HOSSEINI:**

**Q. Looking at 354, Ms. Saavedra, can you tell us what packaging this is for?**

A. The packaging is for item number 4. I am not 100 percent sure, but I know that was for one of the DNA standards. If memory serves me correctly, that is for the DNA standard for Jessica Gonzalez.

**Q. Looking at 355, do you know what came in this package?**

A. Can you turn the first package around so I can see the label on it?

**Q. Sure. Can you see that?**

A. Yes. That is the package that contained the DNA standard for Rodolfo Portela.

**Q. I'm showing you what has been previously entered into evidence as Government's Exhibit 232. Do you recognize this?**

A. Yes, I do.

**Q. What is it?**

A. It is the H&R revolver that I swabbed.

**Q. How do you know it's the H&R revolver that you swabbed?**

A. Because under -- just under the barrel area there is my markings, which are the case number, item number, initials, and the date that I examined the item.

**Q. Are you referring to this area right here, this writing (indicating)?**

A. Yes.

**Q. Okay. And I'm showing you what looks -- the bullets that are with it. Are there any markings on this?**

A. Yes, I did mark those.

**Q. Is that your writing?**

A. Yes, it is.

**Q. At the top of the exhibit?**

A. Correct.

**Q. You mentioned you also got swabs for a Kel-Tec firearm you said?**

A. Yes.

**Q. I'm showing you what's been marked for identification as Government's Exhibit 360. Do you recognize this?**

A. Yes, I do.

**Q. What is it?**

A. It is the swabs that I received from the Kel-Tec firearm.

**Q. How do you know?**

A. Because I affixed the swabs onto an index card, and I wrote the case number, the date, and my initials, the item number, as well as the description of what these swabs were from.

**Q. And is it -- I'm sorry.**

A. And it comes inside a pouch that I also prepared to put the index card inside, which has the bar code of the case number, the tracking number for the item, and the item number on the outside.

**Q. Is it in substantially the same condition as when you last saw it?**

A. Yes.

MS. HOSSEINI: Your Honor move to enter Exhibit 360 into evidence.

THE COURT: Any objection?

MR. KORCHIN: No objection.

THE COURT: 360 is admitted without objection.

(Evidence marked as Government's Exhibit 360 admitted into evidence)

MS. HOSSEINI: Permission to publish, Your Honor?

THE COURT: You may.

**BY MS. HOSSEINI:**

**Q. Ms. Saavedra, I'm also showing you what's been marked for identification as Government's Exhibit 359, 358, 356, and 357. Do you recognize these items?**

A. Yes, I do.

**Q. What are they?**

A. This item is the swabbing of the grip, cylinder, and trigger of the H&R revolver.

**Q. What exhibit are you looking at?**

A. 356.

This item is the swabbing that I took from the front side of the H&R revolver.

**Q. What number is that?**

A. 359.

This item is the oral standard that I received from Rodolfo Portela.

**Q. What exhibit number is that?**

A. 358.

**Q. And the last one, number 357?**

A. Which this is -- I'm sorry, this was from Jessica Gonzalez, 358.

**Q. 358?**

A. Yes.

**Q. Okay. And the last one, 357?**

A. 357 is the oral standard from Rodolfo Portela.

**Q. And are these in substantially the same condition as when you last saw them?**

A. Yes.

MS. HOSSEINI: Your Honor, we move to enter into evidence Government's Exhibits 357, 358, 359, and 356.

THE COURT: Any objection?

MR. KORCHIN: No objection.

THE COURT: 356, 357, 358, and 359 are admitted without objection.

(Evidence marked as Government's Exhibits 356, 357, 358, and 359 admitted into evidence)

MS. HOSSEINI: Permission to publish?

THE COURT: Yes.

**BY MS. HOSSEINI:**

**Q. 358 you said was from Jessica Gonzalez, Ms. Saavedra?**

A. Yes.

**Q. And this one is 357 from Rodolfo Portela?**

A. Yes.

**Q. 359, DNA swabs from the H&R revolver?**

A. From the font side of the H&R revolver.

**Q. And the one next to it, Exhibit 356?**

A. The swabbing from the grips, cylinder, and trigger of the H&R revolver.

**Q. After you received these items of evidence, the DNA swabs and the firearm, did you conduct any DNA analysis?**

A. Yes, I did.

**Q. On which items?**

A. On all of them.

**Q. And did you test both the evidence and the standards?**

A. Yes, I did.

**Q. Why?**

A. In order for me to give any conclusions about the DNA profiles that I obtained from the evidence, I have to compare it to a DNA profile that I obtained from a standard.

**Q. So as a result of testing, the testing that was done, a DNA profile was produced?**

A. Multiple DNA profiles were produced.

**Q. And you used the statistics methods and the database you discussed previously to analyze the results of the comparison?**

MR. KORCHIN: Objection; leading.

THE COURT: Yes, sustained.

**BY MS. HOSSEINI:**

**Q. What statistical method did you use after you did the DNA testing?**

A. Well, for one of the items it was a match, so we used the database to calculate the statistic basically to give the

statistical weight of how often you would see that profile in the population.

**Q. Which item was a match?**

A. The swabs from the Kel-Tec firearm.

**Q. And that's Exhibit 360, right?**

A. Correct.

**Q. And you said you had the markings on this gun, Exhibit 232, correct?**

A. Yes, but that's not the Kel-Tec.

**Q. Sorry. Back to the swabs. You said Kel-Tec is 360, correct?**

A. Yes.

**Q. You said this was a match. A match to whom?**

A. To the DNA profile that I obtained from the standard from Rodolfo Portela.

**Q. And was there any kind of numerical equivalent that goes along with this match?**

A. Yes. The profile has a statistic of 1 in 503 trillion.

**Q. One in 503 trillion?**

A. Yes.

**Q. Can you put that in context for us with respect to how many people are in the world?**

A. At the present time it's believed that there are about 7 billion people in the world.

**Q. So what does this 1 in 503 trillion, what does that mean?**

A. It's a lot more than 7 billion.

**Q. So with respect to the Kel-Tec, the DNA match, you said it was a match to Rodolfo Portela. Is it likely for DNA from skin cells to be left on this gun from a person touching it?**

A. Yes.

**Q. And with respect to the other item, the H&R revolver that I was anxiously getting to prematurely, what was the result for this gun?**

A. I tested two areas of that gun, and for both areas I received a mixture. However, based on the comparison that I did to the DNA standards that were submitted, I could not come to any conclusion; therefore, there was an inconclusive result for both areas of that weapon.

**Q. And what does that mean, that it was inconclusive?**

A. Well, it means -- it doesn't mean that I didn't get any DNA. It means that based on the information that I received, I could not make any kind of conclusions. I couldn't say -- based on the information that I saw, I couldn't say, okay, this person is included or excluded. It was insufficient.

**Q. And all of the steps that you mentioned earlier, you mentioned the serology, the extraction, quantification, amplification, electrophoresis analysis, all of those steps were done with these items of evidence?**

MR. KORCHIN: Objection; leading.

THE COURT: Sustained.

**BY MS. HOSSEINI:**

**Q. What types of steps were followed with these items of evidence?**

A. In order to process and analyze these items, I followed the same protocols that I follow with every case.

**Q. And were those results reviewed?**

A. Yes, they were.

**Q. And in the same way that you discussed earlier?**

A. Yes.

**Q. And did you follow any steps with respect to ensuring that there was no contamination with respect to these items when you tested them?**

A. Yes.

**Q. If you can briefly go back to you were saying there was an inconclusive result. The fact that there was an inconclusive result, does that mean that nobody touched the gun?**

A. Quite the contrary. There was a lot of DNA on that gun, and there were multiple profiles present on the gun, that's why it was a mixture. However, I couldn't -- based on the comparisons that I did, I could not determine who touched that gun.

**Q. Why not?**

A. Because in order for me to make any kind of comparisons, if there is too many contributors, at times the profile becomes what we call unresolvable, meaning I can't separate any one DNA profile from another. When that happens, we can do an

inclusion, but there are certain areas in the DNA profile that if they don't meet a certain criteria, we cannot calculate a statistic.

So there were many areas in that profile where I couldn't calculate the statistics. And I think it was maybe a couple of areas that I could, the statistic that I received was 1 in 1, which is basically saying one in every one person contributed their DNA to this weapon, which doesn't make any sense. That's why it's deemed an inconclusive result.

**Q. So could Rodolfo Portela have touched the gun?**

A. It's possible, however, based on the data that I received, I could not ascertain -- I couldn't say yes and I couldn't say no.

**Q. So here you said there was too much DNA, it was a mixture. Even if there was no DNA found, does that mean that nobody touched it?**

A. No.

MS. HOSSEINI: May I have a moment, Your Honor?

THE COURT: Yes.

MS. HOSSEINI: No further questions at this time, Your Honor.

THE COURT: Mr. Gonzalez?

MR. GONZALEZ: No questions, Your Honor.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: No questions, Your Honor.

THE COURT: Okay. Mr. Korchin?

**CROSS EXAMINATION**

**BY MR. KORCHIN:**

**Q. Ms. Saavedra, you did not analyze ammunition and a magazine in relation to the Kel-Tec firearm, correct?**

A. I did not receive those items.

**Q. Now, you have been employed at the Forensic Biology Section since March of 2010?**

A. Correct.

**Q. When you are doing a DNA analysis, it's very important that there be no contamination of the items you are testing, correct?**

A. Correct.

**Q. While you were performing DNA analysis, would it be fair to say that you are running several different tests at the same time? Like in order to make sure that the result that you eventually reach is valid, are there controls in place to make sure there is no contamination?**

A. Yes, there are.

**Q. Would it be fair to say that there is a positive control?**

A. Yes.

**Q. And there is also a negative control; is that right?**

A. Yes, there is.

**Q. Now, am I correct that a positive control -- let me back up just a minute.**

**So you are testing what might be called an evidentiary item. That is one of your tests, right?**

A. It's one of the samples that I'm testing, yes.
**Q. Exactly. Like in this case you are testing the Kel-Tec firearm to determine if there is DNA on it and it matches Rodolfo Portela. That's one of the tests that you are running, right?**
A. Correct.
**Q. Simultaneously are you also running a positive control test?**
A. During one of the phases of our testing, yes, we do run a positive control to make sure that that particular step functioned as it should have.
**Q. And am I correct that what that means is a positive control is that you have, in lay terms like in my words, like a test tube, and your lab puts DNA in it, correct?**
A. Yes.
**Q. And you don't know whose DNA that is, right?**
A. Well, we don't know whose it is, I don't know who the person was that that DNA came from, but I do know what the profile is that I am supposed to obtain.
**Q. Exactly. Okay. What that means is, what you just said -- what that means is some person's DNA has been put into this positive control test tube, right?**
A. Yes.
**Q. You don't know the identity of that human being, right?**
A. No.
**Q. But there is human DNA in the positive control test tube?**

A. Yes.

**Q. And if you have been operating the DNA test correctly, when it's all over, that positive control test tube should have only that person's DNA in it at the end, right?**

A. Yes.

**Q. And that way you know that positive control test tube has not been contaminated in some way?**

A. Correct.

**Q. Okay. You are also running what's called a negative control -- a negative control, right?**

A. Yes.

**Q. And a negative control has, like, a separate test tube?**

A. Um-hm.

**Q. And in that test tube, the negative control test tube, there is absolutely no DNA at all, right?**

A. Right.

**Q. And you know at the end of the DNA analysis that there has been no contamination of that negative control if at the end of it there is no DNA in it, right?**

A. Correct.

**Q. So if you get some -- a little bit of DNA from somewhere, and it ends up in the negative control tube, that means at the end of the process if there is a little bit of DNA in there, the analysis has been contaminated, correct?**

A. There is a couple of different reasons why we use a negative

control, and the negative control --

**Q. I'm sorry, could you answer that yes or no and then explain?**

A. Yes.

**Q. So, yes, if there is DNA at the bottom of the negative control test tube, it's supposed to have no DNA, so if there is DNA in there at the end, something went wrong, right?**

A. It's not exactly a yes and a no. It just depends on the circumstances of the case and of the testing.

THE COURT: Wait, wait. Let's back up. So you can't answer Mr. Korchin's question yes or no?

THE WITNESS: It's not a yes or no question. I would have to explain my answer.

**BY MR. KORCHIN:**

**Q. Isn't there, like, an invalidity -- you are not supposed to have DNA at the end of the DNA analysis in the negative control test tube? There is not supposed to be any in there, right?**

A. Correct.

**Q. Is that right?**

A. Yes, you are right. Correct.

**Q. So every DNA analysis has these three prongs, three aspects that I have spoken to you about, right?**

A. Yes.

**Q. You are testing the item like the gun, there is the positive control, which is supposed to have the DNA that it started out with at the beginning at the end, and the negative control**

**that's not supposed to have any DNA in it at the end of the process, right?**

A. Correct.

**Q. Okay. Now, isn't it true that your laboratory discovered that on the following dates --**

MS. HOSSEINI: Objection. May we approach, Your Honor?

THE COURT: Yes.

(Bench conference commenced):

MS. HOSSEINI: Your Honor, I just want to make sure that I know where Mr. Korchin is going. I believe he might get into some of the negative controls that may have come back positive in the lab, and that would be improper impeachment. That would be like a specific act of intrinsic evidence that happened in the lab in the past. I wanted to alert the Court that that's a potential issue.

THE COURT: Let me -- if the lab has to use the scientific term "screwed up" before or come up with bad results or came up with DNA in the tube that shouldn't have had DNA in it, why is that not proper impeachment of the very strict protocols she spent the last hour and a half telling us she adheres to?

MS. HOSSEINI: The information in this case was retested and it was fine, so it has nothing to do with this case. It's just irrelevant to this case. It was another case --

THE COURT: Let me ask you this: How close in time was it?

MR. KORCHIN: It was a couple of dates in July in 2013 and in 2014. It's not the lab, it's her. This goes directly to her credibility.

THE COURT: Oh dear.

MR. KORCHIN: She has been suspended, and I'm entitled to bring that out.

THE COURT: I think that would be right. I mean, can somebody give me a reason why a person who has conducted tests and has been found to have had issues within the last few years of her conducting the tests in this case, problems handling samples, why that's not appropriate impeachment? You can rehabilitate her, you can say that her tests were verified. I'm not --

MR. VÁZQUEZ: It's not specifically related to how this test was run.

THE COURT: Okay. So I'm going to let you do it, then.

(Bench conference concluded.)

**BY MR. KORCHIN:**

**Q. Isn't it true, Ms. Saavedra, that your lab discovered that you had contaminated various test tubes in one of these positive or negative controls in the years 2013 and 2014? Isn't that so?**

A. No, that is not so.

**Q. Ms. Saavedra, in September of 2014 your lab suspended you**

**from further DNA analysis, did they not?**

A. Yes, they did.

**Q. They suspended you because of mistakes you made in DNA analysis of various evidentiary items, correct?**

A. No, that is not correct.

**Q. You were suspended because of mistakes you made in 14 separate cases in 2013 and 2014, correct?**

A. That is not correct.

**Q. So they had no grounds to suspend you? You were suspended unjustly; is that your answer?**

A. No.

**Q. You were suspended because of mistakes you have made, correct?**

A. Well, we have not determined yet if those were mistakes that I made or if there were contamination.

**Q. Ma'am, yes or no, please.**

MS. HOSSEINI: Objection; argumentative.

THE COURT: Wait. Wait, everybody.

**BY MR. KORCHIN:**

**Q. You have been suspended?**

THE COURT: Let her explain and then we will ask again.

A. On those different occasions where there was a peak that was detected in about three or four different reagent blanks, those are peaks that are not supposed to be present in our negative controls, just as the gentleman has said.

However, in those cases we are required to issue a memo. Before we issue the memo, we are to troubleshoot and find out what is the cause of this peak. Because it is only one peak, it is very difficult to determine where this peak came from. It could be a peak from DNA or it could be an artifact from the actual chemistry that we use.

THE COURT: Okay. All right. So let's get back to the question Mr. Korchin asked, and let's ask it again, Mr. Korchin.

**BY MR. KORCHIN:**

**Q. You were suspended by your laboratory in September of 2014 for mistakes you had made or mistakes that were made in DNA analysis that you were doing, correct?**

A. No.

**Q. No, you were not suspended, or, no, you did not make mistakes?**

A. Yes, I was suspended. However, the root cause analysis has not been done on what caused those peaks to occur in those reagent blanks. Therefore, I cannot attribute those to a mistake that I made or a mistake that someone else made or to any contamination that was present in the tube itself. We have no idea. Root cause analysis has not been conducted, therefore, I cannot state why that happened.

As a result, because of the fact that we are a very conservative laboratory --

THE COURT: No, no, no. I think we are -- move on,

Mr. Korchin.

**BY MR. KORCHIN:**

**Q. How many cases was it determined had been affected that caused your suspension?**

A. The cases in total were approximately 14.

**Q. Okay.**

MR. KORCHIN: No further questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions, Your Honor.

THE COURT: Redirect?

MS. HOSSEINI: Yes, Your Honor.

**REDIRECT EXAMINATION**

**BY MS. HOSSEINI:**

**Q. Ms. Saavedra, you just told defense counsel Mr. Korchin that the cause of the contamination in those 14 cases has not yet been determined, so why were you pulled off?**

A. Because at the present time we could not perform a root cause analysis. That has to be done by our technical leader. As of September we are undergoing a new process in the laboratory where we are basically changing the way that we process evidence and the way we process cases, and because of that nobody was doing DNA for many months. And because of that the technical leader could not devote any time to determining

what the root cause analysis was, and we felt that it was best for the meantime for me not to perform any more casework in the DNA area.

I am still conducting case work in the serology aspect, but we felt that this was best until we figure out what the reason was behind those peaks in those reagent blanks that it would be best that I discontinue doing DNA for the present time.

**Q. Have you caused those peaks in those reagent blanks?**

A. I honestly don't know.

**Q. Does the lab know?**

A. Nobody knows yet. We haven't done the root cause analysis, so we wouldn't be able to say.

**Q. And a root cause analysis will be done in the future?**

A. Yes.

**Q. Can you explain some of the reasons why there could be a peak in this reagent blank?**

A. Well, in my particular case I work with a lot of samples that have very minimal amounts of DNA. One of those processes that we employ in order to be able to yield as many results as we can is we concentrate our samples, and we also run them on the instrument for a longer period of time than we would run another sample.

So sometimes there are things, particles, that are present in the tube, per se. It could have been present in the tube or it could have been present in the actual chemical that I

was using. We don't know exactly where it came from.

Again, it's one peak in a reagent blank, and we are talking about 15 locations in a DNA profile that would have at least 15 or 30 peaks. So it's very difficult for me to say where that one peak could have possibly come from.

**Q. And you said earlier that you were suspended. Do you still work at the lab?**

A. Yes, I do.

**Q. Have you been reprimanded in any way for this?**

A. No, I have not.

**Q. So you have not been released from duty?**

A. No, I have not.

**Q. And the number of cases you discussed with Mr. Korchin, you said there was 14 cases where there was a peak in the reagent blank?**

A. Yes.

**Q. How many -- were you done with your answer?**

A. No. When we work cases also, it's not that I made the mistake 14 times or allegedly made the mistake 14 times. It's that when we work our cases, we work in batches. So in one particular extraction we might do five or six cases, sometimes seven or eight.

So if there is a peak in the reagent blank, all those cases at that time I cannot interpret the results that I received. It doesn't mean that I didn't get any results, it

doesn't mean that the evidence in itself was contaminated, it just means that I am not at liberty to interpret what I got if the other controls are not where they need to be.

**Q. And how many cases have you worked on in your career?**

A. Hundreds.

**Q. Do those 14 cases, do they have anything to do with this case?**

A. No.

**Q. Any bearing on the results of this case?**

A. Not at all.

**Q. And if we can just go back for a second, you said that you also received ammunition as part of the evidence that you received in this case?**

A. I received ammunition for the H&R revolver.

**Q. Did you conduct DNA testing on that ammunition?**

A. I did not examine the ammunition.

**Q. Why not?**

A. In our laboratory when we receive multiple items of evidence, we choose the pieces of evidence that we feel are more likely to give us results. It's been in our experience we have seen from bullets or from spent casings that we don't get very good DNA results. So unless there are absolutely no other items of evidence submitted, we do not test those items.

**Q. And that's a protocol at the lab?**

A. Yes.

MS. HOSSEINI: If I may have a moment, Your Honor?

THE COURT: Yes.

**BY MS. HOSSEINI:**

**Q. Ms. Saavedra, going back to the peaks and those reagent blanks, how were those peaks detected?**

A. At the end of my analysis when I received the electropherograms, we do get an electropherogram, which is the heart rate monitor sheet that I was telling you about earlier, we get one for the positive control, which should yield a specific DNA profile that we already know what it is, and then for the negative control we are supposed to receive a completely blank electropherogram.

When I discovered that there was a peak and after analyzing it and looking at it and tried to determine maybe it was something that the instrument did, maybe it was something -- sometimes the instrument can create what they call -- I forgot the name, it's basically peaks that are created by the instrument itself, I couldn't come to the conclusion of whether or not that was a real peak. I had to issue a memo to the quality assurance manager notifying them of this nonconformity.

**Q. So the peaks were detected by you?**

A. Yes.

**Q. And you reported this by writing this memo?**

A. Correct.

**Q. And in this case -- did you review your work? Did you**

**review for any peaks?**
A. Yes.
**Q. Did you review if there was a peak in the reagent blank?**
A. Yes.
**Q. What was that result?**
A. It was completely without peaks. There was nothing present.
**Q. There was no peak in the reagent in this case?**
A. Correct.
**Q. And your results in this case were reviewed with those three layers of review that you mentioned earlier?**
A. Yes, they were.
**Q. And what were the results of those three reviews?**
MR. KORCHIN: Objection; hearsay, Your Honor.
THE COURT: Well, was there any follow-up after the reviews?
THE WITNESS: Once the case is signed off, that's it.
THE COURT: Okay.
MS. HOSSEINI: No further questions, Your Honor.
THE COURT: All right.
Ladies and Gentlemen, we will take our afternoon break. Don't talk about the case. Go back and get some coffee and tea, and be back in a few minutes.
(Jury retires at 2:40 p.m.)
THE COURT: Everyone be seated.
Mr. Korchin, in your request item 7, the electronic

files --

So I'm asking you now, Ms. Hosseini, and I asked Ms. Saavedra to stay in case you needed to consult. Are those the files referenced in testimony that were used by the calculations by the geneticist? Is that what those files are, or is that a different thing?

In your list of things you wish to receive from the Government with regard to your DNA expert, I said no to the macro and no to these electronic files, and then we heard about this database and the files and the geneticist. Is that what that is?

MR. KORCHIN: My best answer is, Judge, I think so. I would have to double check with the expert, but I think it would permit the expert to just redo the whole testing process, redo it and try to make sure it was done correctly.

THE COURT: Would you, Ms. Hosseini, and if you need a hard copy, would you show Ms. Saavedra that request and see if those files are consistent with what she testified to us about the database that she checked and used, I can't remember the doctor's name that you testified to, or if we are talking about something entirely different.

MR. KORCHIN: If I might interject, I think it permits the expert to, like, recreate the DNA analysis independently is my --

THE COURT: Right. But there are many things in that

list I would assume would allow your expert to do that. Now that I have heard the testimony, I was just wondering if those files are the same files that we heard about today. If they are, or if they have a relationship to that, then I may revisit it. If it's an entirely separate thing, then my failure to grasp science is demonstrated again, and we can all continue on our way.

MS. HOSSEINI: Your Honor, my understanding, and I will certainly have to consult with Mr. Vázquez as well as Ms. Saavedra, is that the files that were provided to Mr. Korchin, there was a huge manual, I have a hard copy of it, I also have a CD, it goes to the accreditation of the lab and some of the documents. Again, I don't understand the contents of all of them. So that's been provided.

THE COURT: Right.

MS. HOSSEINI: I just have to consult to see -- my understanding is that Dr. Chakraborty's validation of the database originally happened in 1989.

THE COURT: Okay.

MS. HOSSEINI: That allowed the lab to sort of be established.

THE COURT: Okay. And if that validation, if there is an electronic file that is essentially that validation methodology that is still run through the computer and it hasn't been turned over to the defense, then that's a question I have.

If what the defense is asking for has nothing to do with that, then, again, I'm just completely unclear on this. But Ms. Saavedra is here, and you have the request from the defense, so you can check with her and then get back to me later on and let me know.

MS. HOSSEINI: Sure.

THE COURT: Okay. Ten minutes.

(Recessed at 2:44 p.m.)

(Resumed at 2:56 p.m.)

THE COURT: Everyone is here? Yes.

Bring in our jury.

(Jury returns at 2:56 p.m.)

THE COURT: Everyone be seated.

Government, call your next witness.

MR. VÁZQUEZ: The United States called Detective David Bernat.

**DETECTIVE DAVID BERNAT, sworn**

THE COURTROOM DEPUTY: Please be seated. Please state your full name for the record and spell your full name.

THE WITNESS: My first name is David, D-A-V-I-D, my last name is Bernat, B-E-R-N-A-T.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Sir, how are you currently employed?**

A. City of Miami Police Department.

**Q. And how long have you been with the City of Miami Police Department?**

A. Approximately 6 years.

**Q. What is your current title?**

A. I work in the Special Investigation Section, gang intelligence.

**Q. Prior to joining the gang intelligence detail, what positions have you held in the City of Miami?**

A. I worked in the bike detail as well as a problem solving team and patrol.

**Q. What areas of Miami have you worked prior to joining the gang intelligence detail?**

A. I worked in the Overtown areas, downtown Miami, Wynwood, Brickell, and Miami's net areas.

**Q. As a member of the Miami Police Department, both in the gang intelligence detail and through your prior assignments, have you worked with officers in the net format?**

A. Yes, I have.

**Q. What is a net?**

A. A net is an area such as downtown Miami, Overtown, those are considered net areas.

**Q. And how does the gang intelligence detail interact with nets?**

A. We gather -- we work hand in hand sharing information back in forth from officers in the area as far as intelligence and

any problems that they may have.

**Q. Did you speak with net detectives, net officers in the year 2013 regarding a group of individuals identifying themselves as the Big Money Team?**

A. Yes, sir.

**Q. As part of that discussion, did you participate in an investigation?**

A. Yes.

**Q. I want to turn your attention to July 26th of 2013. Were you part of an investigation on that day with members of your detail?**

A. Yes, I was.

**Q. And what were you doing on July 26, 2013?**

A. I was on surveillance on that day.

**Q. Where were you surveilling?**

A. I was on surveillance on the area of 12th Avenue and 4th Street, N.W.

MR. VÁZQUEZ: Permission to publish?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been admitted into evidence as Government's 25. Do you recognize it?**

A. Yes, sir.

**Q. What is it?**

A. That is a corner store on N.W. 12th Avenue and 4th Street on

the northeast corner known as the mack.

**Q. And what relationship does this building have to your surveillance on July 26, 2013?**

A. On that day I observed a group of people to include Maurin Chacon, Raymond Moore, Luis Salas, and several others that I cannot remember right now standing on the corner at the window of the cafeteria.

**Q. And during your surveillance what were you doing?**

A. Sitting watching habits, trying to get an understanding of what they did on a regular basis, where they would sell narcotics from, who would sell narcotics, where they would hide it, who, if anybody, had a firearm, where they would go to, things of that nature.

**Q. On this date did you have the opportunity to come in contact with a person known as Rodolfo Portela?**

A. Yes, I did.

**Q. Do you see that person in court today?**

A. Yes, I do.

**Q. Would you identify him by an article of clothing?**

A. He is wearing a lime green shirt.

MR. VÁZQUEZ: Let the record reflect the witness has identified Defendant Portela.

THE COURT: All right.

**BY MR. VÁZQUEZ:**

**Q. How is it that you came in contact with Defendant Portela?**

A. While conducting the surveillance, the people that I was surveilling walked eastbound from this store.

**Q. And who were those people, if you recall?**

A. Maurin Chacon, Luis Salas, Raymond Moore. Those are the ones that I remember.

**Q. And what happened after that?**

A. I lost sight of them. At one point throughout the surveillance somebody from the group went across the street just south of the cafeteria to an abandoned building where there was a large industrial trash can. I saw them put a bag, which from my training -- behind the trash can, which from my training and experience led me to believe that it's either narcotics or --

MR. HOROWITZ: Objection.

THE COURT: Sustained.

MR. HOROWITZ: Move to strike, Your Honor.

THE COURT: Yes. The jury will disregard that last statement by the detective.

**BY MR. VÁZQUEZ:**

**Q. Regarding Defendant Portela, what did you do after you saw individuals leave the structure depicted on Government's 25?**

A. I heard my partner advising of a black male running southbound from the area of N.W. 11th Avenue and 6th Street. I proceeded to head northbound on 12th Avenue. I made a right turn on 5th Street to go east, at which time I saw Rodolfo Portela, or the black man, running towards me with a firearm in

his hand.

**Q. And what happened after that?**

A. As I exited my vehicle, I gave loud verbal commands. He ran around a vehicle, threw the gun under the vehicle, and threw himself head first on the floor.

**Q. What happened to Mr. Portela after he was on the floor?**

A. I proceeded to place handcuffs on him and take him into custody.

**Q. During this custody were other individuals detained on around the same time frame?**

A. Yes, sir.

**Q. Who was detained?**

A. Maurin Chacon and Luis Salas.

**Q. What happened to Mr. Salas?**

A. He was arrested.

**Q. And what happened to Mr. Chacon?**

A. He was let go.

**Q. What did you personally do after Mr. Chacon was released?**

A. I continued to conduct the investigation as far as what had transpired, and I began to head back towards the station.

**Q. And what happened after that?**

A. On the way to the station, as I was riding by the mack on N.W. 12th Avenue and 4th Street facing westbound on the street, I observed a hand-to-hand transaction of narcotics between Maurin Chacon and a white male just on the avenue, on the same

street and same avenue, 12th and 4th, but on the west side of the street. I was on the east, they were on the west.

**Q. Were any other officers near you when this was happening?**

A. Yes. Detective Ricardo Martinez was the driver of the vehicle that I was in.

**Q. And were you near him?**

A. I was right next to him.

**Q. And what happened to Mr. Chacon?**

A. Once we observed the hand-to-hand transaction, we approached him. I held onto Maurin Chacon while my partner went and got the buyer, and he was arrested.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Showing you what's been marked for identification as Government's 26, there are three images included in Government's 26. Do you recognize these items?**

A. Yes, I do.

**Q. What are they?**

A. Those are pictures of Maurin Chacon, Rodolfo Portela, and Luis Salas.

**Q. And when were they taken?**

A. The day on July 26th.

**Q. And are they a fair and accurate representation of what the individuals looked like at the time, July 26, 2013?**

A. Yes, it is.

MR. VÁZQUEZ: Your Honor, at this time we would move Government's 26 into evidence.

THE COURT: Any objection to Government's 26?

MR. GONZALEZ: No, Your Honor.

THE COURT: Government's 26 is admitted without objection.

(Documents marked as Government's Exhibits 26A, 26B, and 26C admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Showing you the first image of Government's 26?**

THE COURT: Is it like A, B, and C, Mr. Vázquez, composite?

MR. VÁZQUEZ: It's a composite. I can make it A, B, and C.

THE COURT: All right. A, B, C.

**BY MR. VÁZQUEZ:**

**Q. 26A, do you recognize it?**

A. Yes, I do.

**Q. What is it?**

A. That's a picture of Maurin Chacon.

**Q. Showing you the second page, 26B, do you recognize it?**

A. Yes, I do.

**Q. What is it?**

A. That is a picture of Rodolfo Portela.

**Q. And showing you 26C, do you recognize it?**
A. Yes. That's a picture of Luis Salas.
**Q. Were you in a position to see the actual transaction yourself?**
A. Yes, I was.
**Q. Involving Defendant Chacon?**
A. Yes, sir.
**Q. And what is it that you were able to see?**
A. I saw a hand-to-hand transaction of U.S. currency for narcotics.
**Q. Have you seen hand-to-hand transactions in the past?**
A. Yes, I have.
**Q. How do you know that U.S. currency was involved in this transaction?**
A. I was directly across the street, and I had a clear and unobstructed view of the transaction.
**Q. Do you know how much U.S. currency?**
A. I don't know the exact number, no.
**Q. Did you impound -- personally impound any United States currency?**
A. No, I did not.
**Q. On the scene of the case, this was not a large amount of U.S. currency; is that correct?**
A. I don't believe so, no.
**Q. Did you examine the narcotics that were involved in this**

**transaction?**

A. Yes.

**Q. Was this a large amount of narcotics?**

A. No, it was not.

**Q. Do you know what a front is?**

A. A front? Yes.

**Q. Do you know what a front is in the terms of a narcotics transaction?**

A. Not sure.

**Q. Fronting narcotics?**

A. Oh, yes, yes. Fronting narcotics, yes.

**Q. What does that mean?**

A. Getting narcotics ahead of time with -- knowing that you are going to get the money at a later date.

**Q. Does every narcotics sale involve money at that given point in time or the complete amount of money?**

A. No, it's not. No.

**Q. After the narcotics transaction on July 26th, did you continue to be involved in this investigation?**

A. Yes.

**Q. I want to turn your attention to November 22, 2013. Do you recall that date?**

A. Yes, I do.

**Q. Were you part of a controlled purchase involving a defendant -- target Raymond Moore?**

A. Yes.
**Q. And how did you participate in that aspect of the investigation?**
A. I was the lead investigator for the City of Miami police.
**Q. As the lead investigator, what was your role for this controlled purchase?**
A. I was in charge of it was cleaning the CI, checking for any contraband, writing any reports, responsible for evidence, identification of subjects.
**Q. And the confidential -- the CI, what does that mean for a layperson?**
A. CI, or confidential informant, is a person who works for the police department which does not have any police powers. He can or cannot -- he may or may not be paid for by the police department. He provides information and also conducts undercover operations with us.
**Q. Now, what did you specifically do with regard to this confidential informant on November 22, 2013?**
A. I did as I always do, clean the CI, what is called cleaning the CI, which is making sure he doesn't have any contraband on him, and it resulted in negative results, yielded in negative results.
**Q. How did you equip the CI for this particular undercover purchase?**
A. Audio and video.

**Q. And what did you do with regard to monitoring the CI during the undercover purchase?**

A. I had an open line of communication where I could hear what was transpiring throughout the drug buy.

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been marked for identification as a composite 104B, a two-page document. Do you recognize it?**

A. Yes, I do.

**Q. What is it?**

A. It's a picture of James Dixon.

**Q. What is on the second page?**

A. It looks like Raymond Moore.

**Q. Have you -- I'm showing you Government's 104A. Do you recognize it?**

A. Yes, I do.

**Q. And what is it?**

A. It's a video that was taken during the purchase of narcotics.

**Q. Are the images from 104B first and second page from 104A?**

A. Yes.

**Q. I'm also showing you what has been marked for identification as 105. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. It's a transcript of what was said or spoken about on the audio, on the video.

**Q. And is the transcript a fair and accurate depiction of what happened on the recording?**

A. Yes, it is.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 104A, 104B, and 105 into evidence.

MR. GONZALEZ: No objection.

MR. HOROWITZ: Only as to 105 for grounds previously stated.

THE COURT: Yes, could we have a little more discussion about the detective's involvement in 105 as far as his participation?

**BY MR. VÁZQUEZ:**

**Q. Detective, Government's 105, have you reviewed it?**

A. Yes, I have.

**Q. And have you listened to it? Have you listened to the recording and then compared it to the transcript in 105 to verify its accuracy?**

A. Yes, sir.

**Q. Have you verified its accuracy?**

A. Yes, I have.

THE COURT: Okay. Government's 104A through B and 105

will be admitted.

(Documents marked as Government's Exhibits 104A, 104B, and 105 admitted into evidence)

THE COURT: And B has two pages; is that right?

MR. VÁZQUEZ: Yes, Your Honor.

At this time I would ask to publish Government's 104A and to hand out a copy of the transcript.

THE COURT: You may do so.

**BY MR. VÁZQUEZ:**

**Q. Detective, do you have a copy of the transcript?**

A. No, sir.

MR. VÁZQUEZ: For purposes of the record, I'm turning the recording to the 7 minute 43 mark and starting it.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Sir, do you recognize the person that is depicted on the screen?**

A. Yeah, that looks like Raymond Moore.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you Government's 104. Can you compare that?**

A. Yeah, that's going to be James Dixon. I can see it better in the picture.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, do you recognize the area where this video is taking place?**

A. Yes. The area is on 11th Avenue between 4th and 5th Street, N.W.

**Q. And do you know what neighborhood that is in the City of Miami?**

A. Little Havana.

MR. VÁZQUEZ: For purposes of the record, I'm going to move the recording to the 10 minute 20 second approximately.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Now, sir, if you are able, the person who just flashed into the screen, do you know who that is?**

A. Yeah. That is Raymond Moore.

(Video playing.)

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what's been marked for identification as Government's 103. Do you recognize it?**

A. Yes, I do.

**Q. What is it?**

A. It's the narcotics purchased on this date.

**Q. Now, prior to releasing the confidential informant on November 22, 2013, did he have any narcotics on his person?**

A. No. I searched him and it yielded negative results.

**Q. And after the confidential informant returned to you, what did he have on him?**

A. Rock cocaine.

**Q. And is that rock cocaine that which is contained in Government's 103?**

A. Yes, it is.

**Q. Was there anything other than the United States currency on the confidential informant when he left?**

A. No.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 103 into evidence.

MR. KORCHIN: No objection.

THE COURT: Government's 103 is admitted.

(Evidence marked as Government's Exhibit 103 admitted into evidence)

MR. VÁZQUEZ: Permission to publish?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been admitted into evidence as Government's 106. Do you recognize it?**

A. Yes.

**Q. And where is this structure in relationship to the video**

**that we have just seen?**

A. Right in front of it. That's adjacent to where the video was taken.

**Q. I want to turn your attention to December 6, 2013. Do you recall that date?**

A. Yes.

**Q. Were you also a part of an undercover purchase involving narcotics on December 6, 2013?**

A. I was.

**Q. What was your role on that narcotics purchase?**

A. My role was to clean the CI for any contraband, which yielded negative results.

**Q. And did that, in fact, happen?**

A. Yes.

**Q. And on that date do you recall who the target of the purchase was?**

A. Not off the top of my head.

MR. VÁZQUEZ: Permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sir, I am showing you what has been marked for identification as Government's 109 and Government's 108. Please inspect these items and look up when you have had a chance to examine them.**

A. (Witness complies.)

**Q. Do you know what the items are?**

A. Yes, sir.

**Q. What is contained in Government's 109?**

A. An audio file of the purchase of narcotics.

**Q. And what is on Government's 108?**

A. Transcript of that audio file.

**Q. And have you reviewed Government's 109 and 108 to verify that the audio file is accurately depicted in the transcript on 108?**

A. Yes, I have.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 109 and 108 into evidence.

MR. GONZALEZ: No objection, Your Honor.

MR. HOROWITZ: No objection, Your Honor.

THE COURT: 108 and 109 are admitted without objection.

(Evidence marked as Government's Exhibits 108 and 109 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Now, Detective, in December of 2006 [verbatim] was the -- were you able to use for whatever reason video recording equipment on the December 6, 2013, purchase?**

A. No, we were not.

**Q. And the audio file that's been admitted into evidence, this is a phone call with Raymond Moore; is that correct?**

A. Yes, sir.

MR. VÁZQUEZ: Your Honor, requesting permission to publish the recording and pass out the transcript.

THE COURT: Yes, you may.

(Audio recording playing in Spanish.)

**BY MR. VÁZQUEZ:**

**Q. Detective, did you participate in the deployment of the confidential informant on this December 6, 2013, part of the investigation?**

A. Yes.

**Q. And what did you do with the confidential informant?**

A. Prior to coming into my vehicle, I checked him for any contraband, which yielded negative results, and I deployed him from a distance where I could keep an unobstructed view of him going into the purchase of the narcotics all the way up until the eyeball could pick him up.

**Q. Did the confidential informant return with anything?**

A. He returned with narcotics.

**Q. Prior to leaving the confidential informant on his way, did you check him for any narcotics?**

A. Yes.

MR. VÁZQUEZ: Permission to approach.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been marked as Government's 339. Do you recognize it?**

A. Yes.

**Q. And what is it?**

A. This is the narcotics that was purchased on that date.

**Q. And is it in essentially the same condition -- how did you receive this prior to coming to court, the first time you saw it?**

A. Received it in that package.

**Q. Well, on the street how did you receive it?**

A. Loose. Loose and I put it inside a bag.

**Q. And what did you do with it after that?**

A. I handed it over to, I believe, Detective Kelly, which turned it into our property unit.

**Q. And is the case that's associated with this drug transaction documented on the item?**

A. Yes, it is.

MR. VÁZQUEZ: Your Honor, at this time I would move to admit Government's 339.

MR. HOROWITZ: I'm going to object on a foundational basis.

THE COURT: Overruled. Any other objections to 339?

MR. DONET: No.

THE COURT: Government's 339 will be admitted.

(Evidence marked as Government's Exhibit 339 admitted into evidence)

MR. VÁZQUEZ: Permission to publish, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, you as an investigator in gangs and as a policeman, had you come in contact on the street with narcotics in the past?**

A. Yes, I have.

**Q. And have you seen crack cocaine in the past?**

A. Yes, I have.

**Q. And are you familiar with what happens to crack cocaine when it is handled repeatedly?**

A. Yes, I am.

**Q. What happens to it?**

A. It becomes moist and mushy and pretty much becomes like a paste and starts disintegrating.

**Q. Showing you the items, do you see residue of crack cocaine in the exhibit?**

MR. HOROWITZ: Objection; leading.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. What do you see?**

A. I see rock cocaine that one time was in rock form, but due to the humidity it breaks up and becomes pieces and mushy.

**Q. Detective, I want to turn your attention to December 13, 2013. Do you recall that date?**

A. Yes.

**Q. And on that date were you a part of an undercover drug**

**transaction involving the target Raymond Moore and the Defendant Maurin Chacon?**

A. Yes.

**Q. What was your role on December 13, 2013?**

A. To search the CI of all contraband, which yielded negative results, the deployment of the CI, and taking the evidence from him once he returned back to my vehicle.

**Q. Were you present for undercover -- or controlled calls involving this purchase?**

A. Yes, I was.

**Q. And were you a participant to the controlled purchase on December 13, 2013?**

A. Yes.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sir, I'm showing you what has been marked for identification purposes as Government's 111 and 112. Please look at them, and look up when you have had a chance to fully examine them.**

A. (Witness complies.)

**Q. Do you know what these items are?**

A. It's an audio recording of a controlled call and the transcription to go along with it.

**Q. Government's 111, what is it specifically?**

A. It's an audio recording of a controlled call.

**Q. And Government's 112, what is it?**

A. The transcription that transcribed the recording.

**Q. Did you review the contents of Government's 112 and compare it to Government's 111 to verify accuracy?**

A. Yes, I did.

**Q. And I'm showing you what has been marked for identification as Government's 113 and 115 and 114. Do you recognize these items? Please look at them, examine them, and let me know when you have completed your examination.**

A. (Witness complies.)

**Q. Detective, do you know what Government's 113 is?**

A. Yes, it's a video recording of the controlled buy.

**Q. And do you know what Government's 115 is?**

A. It's the transcript of the audio recording that correlates with the controlled buy.

**Q. Did you compare the contents of Government's 115, the transcript, to the recording in 113 to verify for accuracy?**

A. Yes, I did.

**Q. And is it accurate?**

A. Yes, it is.

**Q. And do you recognize what is depicted in Government's 114?**

A. Yes, I do.

**Q. What is it?**

A. It's a picture of Maurin Chacon taken or a snapshot from the video of the controlled buy.

**Q. And that is on the first page of Government's 114. On the second page of Government's 114, what is it?**

A. It's a video snapshot of James Dixon and Maurin Chacon together on the video.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 111, 112, 113, 114, and 115 into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

MR. DONET: No, Your Honor.

THE COURT: 111 through 115 are admitted without objection.

(Evidence marked as Government's Exhibits 111, 112, 113, 114, and 115 admitted into evidence)

MR. VÁZQUEZ: Permission to publish, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. I'm showing you the first page of Government's 114. Do you recognize it?**

A. Yes, I do.

**Q. And what is it?**

A. It's a picture of Maurin Chacon.

**Q. I'm showing you a second image of Government's 114. Do you recognize it?**

A. Yes, I do.

**Q. What is it?**

A. It's a picture of Maurin Chacon and James Dixon standing up.

**Q. Sir, do you recognize the location where these images are from?**

A. Yes, it's in the area of 11th Avenue and in between 4th and 5th Street on the east side.

THE COURT: Ladies and Gentlemen, I know I said we were going to end at 4. Let's take a brief break. I might want to go to 4:15 unless there are some issues.

Can we take a brief break? I have a message on my computer I need to check on something. Don't talk about the case.

(Jury retires at 3:49 p.m.)

THE COURT: Everyone can be seated.

MR. HOROWITZ: May I interrupt very briefly? May my client use the facilities?

THE COURT: Yes. Yes. If any other defendant needs to use the facilities...

So essentially the detective was either participating in or monitoring on -- close by these purchases. He either can say this is the video or I reviewed the transcript and this is what I heard as far as the transcripts. By my count there are five pages, five pages.

So, gentlemen, are we going to do what we have done for the past hour, or are we going to work together to find a more expedient way to present this to the jury? Because I think we

could save time, perhaps, if we could find a more expedient way to do this.

And I could tell the jury that they get to go home at ten to 4 because we are going to work on that, or I could keep them here and then let them go and keep you all here until whatever hour. I have got my medicine. I will just sit in the back and wait. Because we will be here until May if we have to go through every exhibit.

Food for thought. Five minutes.

(Recessed at 3:51 p.m.)

(Resumed at 3:57 p.m.)

THE COURT: Be seated.

Could somebody go round up the defense.

Well, our jury has to go at 4, but we are going to be here a while, so let's bring them in, let them go, and...

Ladies and Gentlemen, I received a note from our juror who needed this Tuesday, Wednesday, and Thursday until noon now needs March 3rd. So this is getting out of hand timewise on so many levels. So we are going to have to talk about that juror, and we are going to have to talk about how we move forward with evidence.

(Jury returns at 4 p.m.)

THE COURT: All right. Ladies and Gentlemen, be seated.

I have been advised that today persons have difficulty,

and I did say you could leave at 4. However, I have received a note from one of your member that now we also need to take off the morning of the 3rd. So that's the afternoon of the 27th, all day the 2nd, and now the morning of the 3rd.

I understand I promised you this case would take a month, but then again, I have to account for your situations. I would like you all to think about next week a 9-to-5 schedule. We will start Monday at 9:30 because we have been starting at 9:30. Please talk to your family over the weekend. Except for Friday, of course, Friday we have to stop at noon.

We are making every effort. The lawyers and I are going to stay here this evening for at least a few hours to try to find a way to expedite the matters, but please do think next week of staying until 5 because of these further accommodations and our desire to keep to the schedule and do what we promised you we would do.

All right. So now we are looking at another weekend. More parties, more family gatherings, more people asking you I haven't seen you, what are you doing, what's going on, and you can't tell them. It's an awkward, awkward conversational interchange, but it's part of being a juror. Some day you will be able to tell your grandkids and your children all about your jury service. But right now and while you are a juror you cannot talk to anyone, not each other, not your friends, not in person, and not on technology. You can't research anything or

read anything about this case. You must maintain your fairness, your impartiality, listen only to the evidence and the testimony in this courtroom.

So it will be a nice weekend, a little cool. Have a good weekend, rest up, talk to your family, see if you can't make some arrangements. We will start Monday at 9:30, and I would like to go to 5. If you can't because we are just talking about it now, I will understand. But see if we can do a 9-to-5 schedule perhaps Tuesday, Wednesday, Thursday, and Friday start at 9. And if you can stay until 5 on Monday, I would appreciate it.

Thank you. You are excused for the weekend.

(Jury retires at 4:03 p.m.)

THE COURT: All right. Everybody be seated.

So now obviously if there are objections to these videos and narcotics, I want to hear them. But if, in fact, the witness is going to say exactly what he has said and the defense this far has raised no objection, then I would like, if you could, to discuss that so that perhaps we can have a group introduction of evidence.

Now, Mr. Vázquez, I note on your -- and this is why I want you to stay and talk to defense counsel. So, for example, on 103, 104, and 105, then 106, is that just a typo?

MR. VÁZQUEZ: It appears so, yes.

THE COURT: And 107 is a typo?

MR. VÁZQUEZ: Your Honor, on December 6th there are times when there are two audios, so there are sometimes when we have phone calls, and then there is the transcript of the purchase. So some of them may be, some of them may not. I think for December 6th it is, but for December 13th we have multiple transcripts.

THE COURT: Okay. Check and see because gentlemen of the defense, I want them to know what's what. But I can see the detective getting on the stand and reviewing all of the audios, whatever number, have you reviewed each of these audios? Yes. Were you present? Did you monitor? Yes. All of the transcripts, did you review? Yes. For accuracy? Yes.

And then either it would come in with objections or it could be without objections, but the way we have been addressing it I think will take far too long, and it's prolonging the producing of that evidence unnecessarily.

I would like for you all -- I don't think, Marshals, I don't think the defendants have to remain for the discussion.

But I would like you to stay and talk about pages 6, 7, 8, 9, 10, 11 if that is all related to Detective Bernat.

MR. VÁZQUEZ: There are two witnesses that will carry this burden, so to speak. Detective Bernat handles the confidential informant.

THE COURT: But what we will do when I leave --

MR. VÁZQUEZ: Yes.

THE COURT: -- you will tell the defense who is Detective Bernat and who is the other detective.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: And then we will work on that.

Now, Mr. Korchin, I don't know if you had a chance to talk to Ms. Hosseini, but apparently Ms. Saavedra said that the number -- was it 6 or 7 -- number 6, the electronic data was not the doctor's, so my order will stand on that.

MR. KORCHIN: We did talk about it. That's fine, Your Honor.

THE COURT: Okay. All right. Let's talk about next week because we are getting foreshortened again. So the defense and the prosecution will remain tonight and discuss the transcripts and the videos. So Detective Bernat will be Monday. Who will be after him?

MR. VÁZQUEZ: We have Detective Veloz.

THE COURT: And is he the other?

MR. VÁZQUEZ: He is an undercover investigator who will testify very similarly, but he will actually have been in the video with the defendants.

THE COURT: Is he going to be introducing videos?

MR. VÁZQUEZ: Yes. And physical evidence.

THE COURT: So tonight everybody will have their copies, we will make clean copies, and the Government will go through and tell you which detective with which videos,

transcripts and videos.

And who is the other detective that's like Detective Bernat?

MR. VÁZQUEZ: There is only one Detective Bernat, who is the confidential informant handler, other than Detective San Juan who for one day served in that role. There is Detective Veloz who will introduce drugs and transcripts and recordings, and that is the end of the proactive case. At some point in the week we want to introduce the jailhouse phone calls through the case agent.

THE COURT: Okay. And that will all come through the case agent?

MR. VÁZQUEZ: Case agent.

THE COURT: Yes, Mr. Horowitz?

MR. HOROWITZ: As far as the confidential informant is concerned, we received no discovery pertaining to the confidential informant, including the contract, any money that they have been paid, any promises they have been given, any sentences they have been working off or working off for a friend or relative. We have no information on the confidential informant, so I would ask the Court to order the Government to produce same.

THE COURT: Is the confidential informant testifying?

MR. VÁZQUEZ: No.

THE COURT: Did you move to compel that information

prior to today?

MR. HOROWITZ: No, Your Honor.

MR. GONZALEZ: I did. I did. My motion --

THE COURT: Well, what docket entry, Mr. Gonzalez?

MR. GONZALEZ: The one we had before the magistrate when I asked for Giglio, Brady, Kyle material.

THE COURT: What was the order that the magistrate --

MR. GONZALEZ: The magistrate said if you are going to have the CI, then -- if you are going to use the CI, disclose him by a certain date. They didn't disclose it.

THE COURT: Because you are not going to use it.

MR. VÁZQUEZ: I'm not going to use it.

THE COURT: There you go.

MR. VÁZQUEZ: I thought there was a Riviero motion that I missed.

THE COURT: So the CI is not testifying. There you have it.

All right. So the jailhouse and then the Facebook, how is that?

MR. VÁZQUEZ: That will come in through the case agent.

THE COURT: As well?

MR. VÁZQUEZ: Yes.

THE COURT: Okay.

MR. VÁZQUEZ: Your Honor, we are not going to go through the hundred thousand pages of Facebook. We have

identified specific excerpts that we think make our point.

THE COURT: Okay.

MR. VÁZQUEZ: That's what we are going to be using. I have actually a file with them now. I can show the defense.

THE COURT: All right. Good because we have that time I'm setting aside.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Marshals, the defendants, you are excused, and I will see you all at 9:30 on Monday. Your lawyers are going to remain here to work with the Government attorneys.

Counsel, do you need clean copies of the Government's exhibit list?

MR. GONZALEZ: We have one. They just added a few more on the last page, but we have those.

THE COURT: Okay. I did notice that we got some extra -- are we getting any extra pages? We got up to 360.

MS. HOSSEINI: Yes, Your Honor. Those are the ones we added today. I'm happy to file an updated exhibit list tonight.

THE COURT: Are we going to have more than 360?

MR. VÁZQUEZ: It may. I don't have an intention of doing that. There may be a few exhibits, a few Facebook pages if it becomes relevant and I want to introduce it. I think we are set.

THE COURT: Okay. All right.

(Defendants excused.)

THE COURT: I neglected -- Ms. Ibarra has 6:00 classes in Doral on Mondays, so she would have to leave here at 5.

MR. GONZALEZ: She is not going to make it.

THE COURT: Gentlemen and Ms. Hosseini, I'm going to leave you to go through the many pages of videos to see if we can't find a streamline fashion to introduce them next week.

MR. GONZALEZ: Judge?

THE COURT: Yes.

MR. GONZALEZ: As scheduling purposes, I thought that that juror needed to go back to the dentist or whatever it was this week also, or that's --

THE COURT: No, that's March -- the juror that had to take the three days off this week needs to again go for a half a day on the 3rd. So we recess noon on the 27th, and we wouldn't start again until noon on the 3rd, and then we start running into the 8th when Ms. Merino now -- it could be that we have to -- I don't want to do that, but, you know, I at least want the jury to know we are making every effort. And they are not too panicked yet.

MR. HOROWITZ: So this week's schedule is Monday 9:30 to 5, unless --

MR. GONZALEZ: Except for Friday.

THE COURT: Right, Monday we are going to go 9:30 probably with the Doral having her be in Doral, Ms. Greer is going to call her. I don't think she can leave any later than

4:30 and expect to be there at 6. But then if we can go Tuesday from, say, 9 to 5, Wednesday from 9 to 5, Thursday from 9 to 5, and then we will have half day Friday we might make some good inroads.

MR. GONZALEZ: I think that when we get beyond Bernat and the other undercover, a good chunk of the case will be --

THE COURT: Will move along.

MR. GONZALEZ: I could be wrong. I don't want to try his case.

THE COURT: Again, I'm not endeavoring to limit or cut off your cross examination, but in light of the way things have developed, there were no objections, there were few objections, but if we can get this streamlined, I can't find a better word because it's twenty after 4 and it's Friday.

Since your clients are now absent, would any of you gentleman like a cup of coffee?

MR. GONZALEZ: Certainly.

THE COURT: Three. Mr. Donet? Four.

And counsel for the Government?

MS. HOSSEINI: Yes, Your Honor.

MR. VÁZQUEZ: Yes.

THE COURT: I will make a pot. Good. Good. Get to work.

(Thereupon, the proceedings were concluded at 4:17 p.m.)

**I N D E X**

WITNESS PAGE

**OLGA SAAVEDRA SWORN**.................................. 3

DIRECT EXAMINATION BY MS. HOSSEINI...................... 3

CROSS EXAMINATION BY MR. KORCHIN........................ 32

REDIRECT EXAMINATION BY MS. HOSSEINI.................... 40

**DETECTIVE DAVID BERNAT SWORN**.......................... 48

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 48

EXHIBITS

Government's Exhibit 354 and 355 in evidence........... 22

Government's Exhibit 360 in evidence.................... 25

Government's Exhibits 356, 357, 358 and 359 in evidence. 26

Government's Exhibits 26A, 26B, and 26C in evidence..... 55

Government's Exhibits 104A, 104B, and 105 in evidence... 61

Government's Exhibit 103 in evidence.................... 63

Government's Exhibits 108 and 109 in evidence.......... 65

Government's Exhibit 339 in evidence.................... 67

Government's Exhibits 111, 112, 113, 114, and 115 in evidence............................................. 71

* * * * * * * *

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 20, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

## /

**/s** [1] - 84:7

## 1

**1** [4] - 28:18, 28:25, 31:7
**10** [2] - 62:11, 76:20
**100** [2] - 12:25, 22:22
**103** [7] - 62:22, 63:8, 63:14, 63:16, 63:17, 75:23, 83:16
**104** [2] - 61:22, 75:23
**104A** [7] - 59:16, 59:22, 60:9, 60:25, 61:2, 61:6, 83:15
**104B** [5] - 59:9, 59:22, 60:9, 61:2, 83:15
**104th** [1] - 2:5
**105** [10] - 59:25, 60:9, 60:11, 60:14, 60:17, 60:20, 60:25, 61:2, 75:23, 83:15
**106** [2] - 63:23, 75:23
**107** [1] - 75:25
**108** [8] - 64:22, 65:5, 65:7, 65:9, 65:12, 65:15, 65:16, 83:17
**109** [7] - 64:22, 65:3, 65:7, 65:12, 65:15, 65:16, 83:17
**11** [1] - 76:20
**1107** [1] - 2:5
**111** [7] - 69:18, 69:24, 70:4, 71:6, 71:10, 71:12, 83:19
**112** [6] - 69:18, 70:1, 70:3, 71:6, 71:12, 83:19
**113** [6] - 70:7, 70:11, 70:17, 71:6, 71:12, 83:19
**114** [9] - 70:7, 70:21, 71:1, 71:2, 71:6, 71:12, 71:17, 71:22, 83:19
**115** [7] - 70:7, 70:13, 70:16, 71:6, 71:10, 71:13, 83:19
**11th** [3] - 52:22, 62:5, 72:4
**12th** [5] - 50:16, 50:25, 52:23, 53:23, 54:1
**13** [3] - 68:22, 69:4, 69:12
**13th** [1] - 76:5
**14** [7] - 38:6, 40:5, 40:17, 42:14, 42:19, 43:6
**14-20017-CR-KMW** [1] - 1:2
**15** [3] - 16:21, 42:3, 42:4
**150** [1] - 1:22
**1910** [1] - 1:24
**1989** [2] - 10:12, 47:18
**1:32** [1] - 3:2
**1:33** [1] - 3:7

## 2

**2** [2] - 3:24, 4:7
**20** [3] - 1:4, 62:11, 84:6
**2000** [1] - 1:19
**2006** [1] - 65:19
**2010** [1] - 32:7
**2013** [18] - 37:3, 37:23, 38:7, 50:3, 50:9, 50:13, 51:3, 54:25, 57:21, 58:18, 63:2, 64:4, 64:8, 65:21, 66:7, 68:23, 69:4, 69:12
**2014** [5] - 37:4, 37:23, 37:25, 38:7, 39:10
**2015** [2] - 1:4, 84:6
**22** [4] - 57:21, 58:18, 63:2, 83:11
**232** [2] - 23:8, 28:7
**25** [3] - 50:22, 52:20, 83:12
**26** [10] - 50:13, 51:3, 54:16, 54:17, 54:25, 55:3, 55:4, 55:6, 55:11, 83:13
**26A** [3] - 55:8, 55:18, 83:14
**26B** [3] - 55:8, 55:22, 83:14
**26C** [3] - 55:8, 56:1, 83:14
**26th** [3] - 50:9, 54:23, 57:18
**27th** [2] - 74:3, 81:14
**2:40** [1] - 45:23
**2:44** [1] - 48:8
**2:56** [2] - 48:9, 48:12
**2nd** [1] - 74:4

## 3

**3** [2] - 83:3, 83:4
**30** [2] - 13:1, 42:4
**32** [1] - 83:5
**3250** [1] - 2:2
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**339** [6] - 66:24, 67:16, 67:19, 67:21, 67:22, 83:18
**354** [7] - 21:18, 22:5, 22:12, 22:15, 22:17, 22:20, 83:11
**355** [7] - 21:18, 22:5, 22:13, 22:15, 22:17, 23:1, 83:11
**356** [7] - 25:7, 25:14, 26:9, 26:12, 26:14, 26:25, 83:13
**357** [9] - 25:7, 25:23, 26:3, 26:4, 26:9, 26:12, 26:14, 26:21, 83:13
**358** [9] - 25:7, 25:22, 25:25, 26:1, 26:9, 26:12, 26:14, 26:19, 83:13
**359** [7] - 25:7, 25:18, 26:9, 26:12, 26:14, 26:23, 83:13
**360** [9] - 24:5, 24:21, 24:25, 25:1, 28:5, 28:10, 80:16, 80:19, 83:12
**3:49** [1] - 72:12
**3:51** [1] - 73:10
**3:57** [1] - 73:11
**3rd** [5] - 73:18, 74:3, 74:4, 81:14, 81:15

## 4

**4** [7] - 22:22, 72:7, 73:4, 73:14, 73:22, 74:1, 82:14
**40** [1] - 83:6
**406** [1] - 2:3
**43** [1] - 61:13
**48** [2] - 83:7, 83:8
**4:03** [1] - 75:13
**4:15** [1] - 72:8
**4:17** [1] - 82:25
**4:30** [1] - 82:1
**4th** [6] - 50:17, 50:25, 53:23, 54:1, 62:5, 72:4

## 5

**5** [9] - 4:2, 74:14, 75:7, 75:10, 81:2, 81:21, 82:2
**503** [3] - 28:18, 28:19, 28:25
**55** [1] - 83:14
**5th** [3] - 52:24, 62:5, 72:5

## 6

**6** [10] - 6:5, 49:3, 64:4, 64:8, 65:21, 66:7, 76:19, 77:7, 82:1
**61** [1] - 83:15
**614** [1] - 1:20
**63** [1] - 83:16
**65** [1] - 83:17
**67** [1] - 83:18
**681** [1] - 2:10
**6:00** [1] - 81:1
**6th** [3] - 52:22, 76:1, 76:5

## 7

**7** [6] - 28:24, 29:1, 45:25, 61:13, 76:19, 77:7
**71** [1] - 83:20

## 8

**8** [3] - 5:13, 5:14, 76:20
**8th** [1] - 81:16

## 9

**9** [6] - 1:5, 75:10, 76:20, 82:2
**9-to-5** [2] - 74:7, 75:8
**9130** [1] - 1:24
**99** [1] - 1:17
**9:30** [6] - 74:8, 74:9, 75:6, 80:9, 81:20, 81:23

## A

**abandoned** [1] - 52:9
**able** [10] - 5:6, 5:7, 6:24, 15:13, 41:12, 41:19, 56:8, 62:14, 65:20, 74:22
**above-entitled** [1] - 84:3
**absent** [1] - 82:15
**absolutely** [2] - 34:15, 43:22
**Academy** [1] - 5:25
**accepted** [1] - 14:8
**accommodations** [1] - 74:14
**accompanied** [1] - 10:5
**account** [1] - 74:6
**accreditation** [1] - 47:12
**Accreditation** [1] - 8:19
**accredited** [3] - 8:17, 8:18, 8:22
**accrediting** [1] - 5:12
**accuracy** [6] - 18:18, 60:21, 60:23, 70:4, 70:17, 76:12
**accurate** [3] - 54:24, 60:5, 70:19
**accurately** [1] - 65:8
**acknowledged** [1] - 11:5
**act** [1] - 36:13
**actual** [5] - 16:16, 17:13, 39:6, 41:25, 56:3
**added** [2] - 80:13, 80:18
**addressing** [1] - 76:14
**adheres** [1] - 36:21
**adjacent** [1] - 64:2
**administered** [2] - 6:13, 6:15
**administrative** [1] - 20:7
**admit** [1] - 67:16
**admitted** [21] - 22:15, 22:18, 24:25, 25:2, 26:12, 26:15, 50:21, 55:6, 55:9, 61:1, 61:3, 63:16, 63:18, 63:22, 65:15, 65:17, 65:23, 67:21, 67:23, 71:10, 71:13
**advised** [1] - 73:25
**advising** [1] - 52:21
**affect** [1] - 13:8
**affected** [4] - 13:10, 13:14, 13:18, 40:3
**affixed** [1] - 24:10
**AFPD** [1] - 1:21
**afternoon** [4] - 3:19, 3:20, 45:20, 74:3
**agency** [2] - 6:14, 6:15
**agent** [4] - 78:10, 78:12, 78:13, 79:20
**ahead** [2] - 16:5, 57:13
**alert** [1] - 36:14
**allegedly** [1] - 42:19
**allele** [3] - 16:6, 16:7, 16:8
**alleles** [5] - 16:2, 16:3, 16:4, 16:11, 16:13
**allow** [1] - 47:1

DAILY COPY


**allowed** [2] - 19:8, 47:20
**allows** [1] - 11:14
**ALTAMIRANO** [1] - 1:8
**AMERICA** [1] - 1:4
**American** [3] - 5:25, 8:7, 8:18
**ammunition** [6] - 20:18, 32:3, 43:12, 43:14, 43:15, 43:16
**amount** [3] - 56:22, 57:3, 57:16
**amounts** [1] - 41:18
**amplification** [4] - 18:5, 18:11, 18:17, 29:22
**analysis** [38] - 4:6, 4:23, 5:19, 6:3, 6:21, 7:9, 7:13, 7:17, 10:14, 11:2, 11:8, 12:23, 12:24, 14:13, 16:19, 16:24, 17:2, 17:10, 19:22, 27:4, 29:22, 32:9, 32:12, 34:17, 34:24, 35:15, 35:20, 38:1, 38:4, 39:12, 39:16, 39:21, 40:20, 41:1, 41:11, 41:13, 44:6, 46:23
**analyst** [3] - 7:2, 7:3, 10:3
**analyze** [7] - 5:2, 19:22, 20:15, 21:25, 27:18, 30:4, 32:3
**analyzed** [2] - 7:15, 8:9
**analyzing** [2] - 17:5, 44:14
**and..** [1] - 73:15
**answer** [6] - 35:2, 35:10, 35:12, 38:10, 42:17, 46:12
**ANTHONY** [1] - 1:9
**anxiously** [1] - 29:7
**apologize** [1] - 14:19
**appear** [1] - 7:7
**APPEARANCES** [2] - 1:14, 2:1
**applied** [1] - 6:20
**appreciate** [1] - 75:10
**approach** [9] - 21:14, 36:6, 54:12, 59:5, 61:19, 62:18, 64:18, 66:21, 69:14
**approached** [1] - 54:9
**appropriate** [1] - 37:13
**area** [17] - 5:20, 19:1, 19:13, 19:15, 19:16, 19:17, 19:19, 23:13, 23:16, 41:3, 49:20, 49:25, 50:16, 52:22, 62:3, 62:5, 72:4
**areas** [14] - 8:25, 9:5, 9:23, 12:19, 29:9, 29:13, 31:1, 31:4, 31:6, 49:11, 49:13, 49:14, 49:21
**argumentative** [1] - 38:17
**arrangements** [1] - 75:6
**arrested** [2] - 53:15, 54:11
**article** [2] - 6:1, 51:19
**artifact** [1] - 39:5
**ascertain** [1] - 31:12
**ASCLD** [1] - 8:18
**aside** [1] - 80:6
**aspect** [4] - 5:1, 20:2, 41:4, 58:2
**aspects** [1] - 35:20
**assigned** [1] - 10:3
**assignments** [1] - 49:16
**associated** [2] - 7:18, 67:12
**assume** [1] - 47:1
**assurance** [2] - 9:7, 44:20
**attended** [1] - 5:9
**attention** [4] - 50:9, 57:21, 64:4, 68:22
**attorneys** [1] - 80:10
**attribute** [1] - 39:18
**audio** [10] - 58:25, 60:4, 65:4, 65:6, 65:8, 65:23, 66:4, 69:22, 69:25, 70:14
**audios** [3] - 76:2, 76:9, 76:10
**AUSA** [3] - 1:15, 1:16, 1:16
**available** [1] - 6:11
**Avenue** [7] - 50:16, 50:25, 52:22, 52:23, 53:23, 62:5, 72:4
**avenue** [2] - 53:25, 54:1
**awkward** [2] - 74:20

**B**

**B-E-R-N-A-T** [1] - 48:21
**bachelor's** [1] - 4:14
**background** [1] - 6:25
**bacteria** [1] - 13:18
**bad** [1] - 36:17
**bag** [4] - 22:3, 22:4, 52:10, 67:8
**bar** [1] - 24:15
**barrel** [1] - 23:13
**based** [5] - 29:10, 29:16, 29:17, 30:19, 31:11
**basis** [2] - 51:10, 67:18
**batches** [1] - 42:20
**bearing** [1] - 43:9
**becomes** [5] - 30:23, 68:12, 68:21, 80:22
**began** [1] - 53:20
**beginning** [3] - 17:1, 20:1, 35:25
**behind** [4] - 13:5, 14:1, 41:6, 52:11
**Bench** [2] - 36:8, 37:19
**Bernat** [9] - 48:16, 48:21, 76:20, 76:22, 77:2, 77:14, 78:3, 78:4, 82:5
**BERNAT** [2] - 48:17, 83:7
**best** [5] - 22:12, 41:1, 41:5, 41:7, 46:12
**better** [2] - 61:24, 82:13
**between** [5] - 19:2, 19:5, 53:24, 62:5, 72:4
**beyond** [1] - 82:5
**Big** [1] - 50:4
**bike** [1] - 49:9
**billion** [2] - 28:24, 29:1
**biochemistry** [1] - 4:21
**biological** [3] - 4:6, 4:14, 5:3
**biology** [5] - 4:19, 4:21, 5:21, 10:14, 11:1
**Biology** [5] - 3:23, 3:25, 4:4, 4:18, 32:6
**bit** [4] - 6:8, 11:7, 34:21, 34:23
**black** [2] - 52:21, 52:25
**blank** [6] - 41:16, 42:2, 42:15, 42:23, 44:12, 45:3
**blanks** [5] - 38:23, 39:18, 41:6, 41:8, 44:5
**bleach** [1] - 19:1
**blood** [9] - 7:6, 7:8, 8:6, 8:7, 12:2, 13:12, 17:8
**Board** [1] - 8:20
**bodies** [3] - 11:15, 11:16
**body** [4] - 5:12, 11:22, 11:25, 12:20
**bone** [1] - 12:2
**bottom** [1] - 35:4
**Boulevard** [2] - 1:19, 1:24
**Brady** [1] - 79:6
**break** [3] - 45:20, 72:7, 72:9
**breaks** [1] - 68:21
**Brickell** [1] - 49:14
**brief** [2] - 72:7, 72:9
**briefly** [3] - 9:20, 30:14, 72:14
**bring** [4] - 3:6, 37:8, 48:11, 73:15
**broad** [1] - 21:7
**broken** [1] - 9:17
**building** [2] - 51:2, 52:9
**bullets** [2] - 23:19, 43:21
**burden** [1] - 76:22
**bureau** [1] - 20:8
**Bureau** [1] - 3:23
**buy** [4] - 59:4, 70:12, 70:15, 70:25
**buyer** [1] - 54:11
**BY** [45] - 2:9, 3:18, 11:6, 21:16, 22:19, 25:5, 26:18, 27:21, 30:1, 32:2, 35:13, 37:20, 38:19, 39:9, 40:2, 40:15, 44:3, 48:23, 50:20, 51:24, 52:18, 54:14, 55:10, 55:17, 59:7, 60:16, 61:9, 61:15, 61:21, 62:2, 62:13, 62:20, 63:21, 64:20, 65:18, 66:5, 66:22, 68:1, 68:18, 69:16, 71:16, 83:4, 83:5, 83:6, 83:8

**C**

**cafeteria** [2] - 51:7, 52:9
**calculate** [4] - 7:23, 27:25, 31:2, 31:5
**calculated** [4] - 7:25, 8:1, 8:2, 8:10
**calculations** [1] - 46:5
**camera** [1] - 18:13
**cannot** [9] - 12:16, 20:10, 31:2, 39:18, 39:22, 42:24, 51:6, 58:14, 74:24
**car** [1] - 13:6
**card** [2] - 24:10, 24:15
**career** [2] - 7:18, 43:4
**carry** [1] - 76:21
**case** [48] - 1:2, 6:7, 6:9, 7:3, 10:3, 10:14, 19:25, 20:4, 20:9, 20:14, 20:15, 22:1, 23:14, 24:11, 24:15, 30:5, 33:2, 35:8, 36:22, 36:24, 36:25, 37:12, 41:4, 41:17, 43:7, 43:9, 43:13, 44:25, 45:7, 45:9, 45:16, 45:21, 46:3, 56:22, 67:12, 72:11, 74:5, 75:1, 78:8, 78:10, 78:12, 78:13, 79:20, 82:6, 82:9
**cases** [16] - 7:3, 9:11, 38:7, 39:1, 40:3, 40:5, 40:17, 40:23, 42:13, 42:14, 42:18, 42:20, 42:21, 42:24, 43:4, 43:6
**casework** [4] - 5:6, 5:8, 41:2
**casings** [1] - 43:21
**caused** [3] - 39:17, 40:4, 41:8
**CD** [1] - 47:12
**cell** [2] - 11:25
**cells** [8] - 11:9, 11:23, 12:1, 12:2, 13:2, 17:18, 29:4
**central** [1] - 9:21
**certain** [4] - 8:23, 31:1, 31:2, 79:10
**certainly** [2] - 47:9, 82:17
**Certified** [1] - 84:9
**certify** [1] - 84:2
**CHACON** [1] - 1:7
**Chacon** [16] - 51:5, 52:4, 53:13, 53:16, 53:18, 53:25, 54:8, 54:10, 54:20, 55:21, 56:6, 69:2, 70:24, 71:3, 71:21, 72:1
**chain** [1] - 9:18
**Chakraborty** [3] - 8:3, 8:9, 10:8
**Chakraborty's** [1] - 47:17
**chance** [3] - 64:23, 69:19, 77:5
**change** [1] - 12:7

**changing** [1] - 40:22
**charge** [1] - 58:7
**check** [5] - 46:13, 48:4, 66:19, 72:10, 76:7
**checked** [2] - 46:19, 66:11
**checking** [1] - 58:7
**chemical** [2] - 13:16, 41:25
**chemicals** [1] - 17:15
**chemistry** [2] - 4:20, 39:6
**children** [1] - 74:22
**choose** [1] - 43:19
**CHRISTOPHER** [1] - 1:8
**chunk** [1] - 82:6
**CI** [13] - 58:7, 58:10, 58:12, 58:19, 58:20, 58:23, 59:1, 64:11, 69:5, 69:6, 79:9, 79:16
**circumstances** [1] - 35:8
**city** [1] - 48:25
**City** [4] - 49:1, 49:8, 58:4, 62:7
**classes** [3] - 4:17, 4:20, 81:1
**clean** [4] - 58:19, 64:11, 77:24, 80:11
**cleaning** [2] - 58:7, 58:19
**clear** [1] - 56:15
**clerical** [1] - 19:18
**client** [1] - 72:15
**clients** [1] - 82:15
**close** [2] - 37:1, 72:19
**clothing** [1] - 51:19
**coat** [1] - 18:25
**cocaine** [6] - 63:6, 63:7, 68:6, 68:8, 68:14, 68:20
**Coconut** [1] - 2:3
**code** [1] - 24:15
**coffee** [2] - 45:21, 82:16
**collected** [3] - 8:4, 8:6, 17:4
**collecting** [1] - 13:17
**college** [1] - 7:1
**color** [2] - 12:15
**coming** [3] - 13:13, 66:11, 67:4
**commander** [1] - 20:8
**commands** [1] - 53:3
**commenced** [1] - 36:8
**common** [1] - 16:6
**common-day** [1] - 16:6
**communication** [1] - 59:3
**community** [3] - 8:24, 14:9
**company** [1] - 5:17
**compare** [6] - 15:8, 16:22, 27:12, 61:22, 70:3, 70:16
**compared** [1] - 60:20
**comparing** [2] - 15:5, 15:24
**comparison** [4] - 14:17, 14:20, 27:18, 29:10
**comparisons** [2] - 30:19, 30:22
**compel** [1] - 78:25
**compile** [1] - 19:24
**complete** [3] - 6:4, 19:20, 57:16
**completed** [1] - 70:9
**completely** [3] - 44:11, 45:6, 48:2
**complies** [3] - 64:25, 69:20, 70:10
**composite** [3] - 55:13, 55:14, 59:9
**computer** [2] - 47:24, 72:10
**concentrate** [1] - 41:20
**conception** [1] - 11:11
**concerned** [2] - 14:20, 78:16
**concluded** [2] - 37:19, 82:24
**conclusion** [2] - 29:12, 44:18
**conclusions** [3] - 19:24, 27:11, 29:17
**condition** [3] - 24:18, 26:5, 67:3
**conduct** [5] - 5:19, 7:4, 27:4, 43:15, 53:19
**conducted** [2] - 37:10, 39:21
**conducting** [4] - 4:6, 37:12, 41:4, 52:1
**conducts** [1] - 58:15
**conference** [2] - 36:8, 37:19
**confidential** [16] - 58:10, 58:12, 58:18, 63:1, 63:4, 63:11, 66:7, 66:10, 66:16, 66:18, 76:23, 78:5, 78:15, 78:17, 78:20, 78:23
**confirm** [1] - 6:2
**connection** [1] - 20:15
**conservative** [1] - 39:24
**considered** [1] - 49:21
**consistent** [1] - 46:18
**consists** [2] - 6:23, 17:11
**consult** [3] - 46:3, 47:9, 47:16
**contact** [3] - 51:14, 51:25, 68:3
**contained** [3] - 23:5, 63:7, 65:3
**contaminated** [4] - 34:7, 34:24, 37:22, 43:1
**contamination** [11] - 18:19, 18:23, 19:4, 19:6, 30:11, 32:10, 32:16, 34:18, 38:15, 39:20, 40:17
**contents** [3] - 47:13, 70:3, 70:16
**context** [1] - 28:21
**continue** [2] - 47:6, 57:19
**CONTINUED** [1] - 2:1
**continued** [1] - 53:19
**continuously** [1] - 5:11
**contraband** [5] - 58:8, 58:20, 64:11, 66:12, 69:5
**contract** [1] - 78:17
**contrary** [1] - 30:17
**contributed** [2] - 16:1, 31:8
**contributors** [1] - 30:23
**control** [24] - 32:18, 32:20, 32:22, 33:7, 33:9, 33:11, 33:21, 33:25, 34:3, 34:6, 34:10, 34:12, 34:14, 34:18, 34:22, 35:1, 35:5, 35:15, 35:24, 35:25, 44:9, 44:11
**controlled** [9] - 57:24, 58:6, 69:8, 69:11, 69:22, 69:25, 70:12, 70:15, 70:25
**controls** [5] - 32:15, 36:11, 37:23, 38:25, 43:3
**conversational** [1] - 74:20
**cool** [1] - 75:4
**copied** [2] - 18:7, 18:8
**copies** [5] - 16:13, 21:10, 77:24, 80:11
**copy** [6] - 14:6, 16:8, 46:17, 47:11, 61:7, 61:10
**Coral** [1] - 1:20
**corner** [3] - 50:25, 51:1, 51:6
**correct** [31] - 9:10, 12:4, 23:25, 28:6, 28:8, 28:11, 32:4, 32:8, 32:10, 32:11, 32:22, 33:6, 33:11, 33:13, 34:8, 34:20, 34:24, 35:17, 35:19, 36:3, 38:4, 38:5, 38:7, 38:8, 38:13, 39:12, 44:24, 45:8, 56:23, 65:24, 84:2
**correctly** [3] - 22:24, 34:2, 46:15
**correlates** [1] - 70:14
**counsel** [4] - 40:16, 75:22, 80:11, 82:19
**count** [1] - 72:21
**country** [1] - 8:12
**County** [2] - 8:5, 8:6
**couple** [3] - 31:6, 34:25, 37:3
**course** [1] - 74:10
**Court** [2] - 36:14, 78:21
**COURT** [123] - 1:1, 3:3, 3:6, 3:8, 11:3, 11:5, 21:2, 21:4, 21:6, 21:9, 21:13, 21:15, 22:12, 22:15, 24:23, 24:25, 25:4, 26:10, 26:12, 26:17, 27:20, 29:25, 31:18, 31:21, 31:23, 31:25, 35:9, 36:7, 36:16, 37:1, 37:6, 37:9, 37:18, 38:18, 38:21, 39:7, 39:25, 40:8, 40:10, 40:12, 44:2, 45:14, 45:17, 45:19, 45:24, 46:16, 46:25, 47:15, 47:19, 47:22, 48:7, 48:10, 48:13, 50:19, 51:23, 52:14, 52:16, 54:13, 55:4, 55:6, 55:12, 55:16, 59:6, 60:13, 60:25, 61:4, 61:8, 61:20, 62:19, 63:16, 63:20, 64:19, 65:15, 66:3, 67:19, 67:21, 67:25, 68:17, 69:15, 71:7, 71:10, 71:15, 72:6, 72:13, 72:16, 73:12, 73:23, 75:14, 75:25, 76:7, 76:24, 77:1, 77:4, 77:11, 77:17, 77:21, 77:23, 78:11, 78:14, 78:23, 78:25, 79:4, 79:7, 79:11, 79:13, 79:16, 79:21, 79:23, 80:2, 80:5, 80:8, 80:15, 80:19, 80:24, 81:1, 81:4, 81:8, 81:12, 81:23, 82:7, 82:10, 82:18, 82:22
**court** [2] - 51:17, 67:4
**courtroom** [1] - 75:3
**COURTROOM** [3] - 3:5, 3:12, 48:18
**courts** [1] - 10:16
**crack** [3] - 68:6, 68:8, 68:14
**create** [1] - 44:16
**created** [1] - 44:17
**credibility** [1] - 37:5
**crime** [1] - 17:4
**Crime** [1] - 8:19
**criminal** [1] - 10:14
**Criminalist** [2] - 3:24, 4:7
**criminalist** [3] - 3:25, 4:3, 4:4
**criteria** [1] - 31:2
**cross** [2] - 19:4, 82:11
**Cross** [1] - 8:7
**CROSS** [2] - 32:1, 83:5
**CRR** [1] - 2:9
**cup** [1] - 82:16
**currency** [6] - 56:9, 56:13, 56:17, 56:20, 56:23, 63:10
**current** [1] - 49:4
**custody** [3] - 9:18, 53:8, 53:9
**cut** [1] - 82:10
**cutting** [1] - 17:9
**cylinder** [2] - 25:11, 27:1

## D

**dad** [4] - 11:12, 11:21, 16:11, 16:12
**Dade** [6] - 3:22, 4:9, 4:24, 8:5, 8:6, 8:16
**Dadeland** [1] - 1:24
**data** [5] - 8:4, 20:3, 31:11, 77:7
**database** [10] - 7:24, 8:2, 8:14, 10:7, 10:9, 27:17, 27:25, 46:10,

46:19, 47:18
**databases** [1] - 8:12
**date** [13] - 22:1, 23:15, 24:11, 51:14, 57:14, 57:22, 62:25, 64:5, 64:15, 67:2, 68:23, 68:25, 79:10
**dates** [2] - 36:5, 37:3
**David** [2] - 48:15, 48:20
**DAVID** [4] - 2:2, 48:17, 48:20, 83:7
**DAY** [1] - 1:5
**days** [1] - 81:13
**De** [1] - 1:19
**dear** [1] - 37:6
**December** [11] - 64:4, 64:8, 65:19, 65:21, 66:7, 68:22, 69:4, 69:12, 76:1, 76:5
**deemed** [1] - 31:9
**Defendant** [5] - 51:22, 51:25, 52:19, 56:6, 69:1
**defendant** [2] - 57:25, 72:16
**defendants** [4] - 76:18, 77:20, 80:8, 80:25
**Defendants** [1] - 1:10
**DEFENDANTS** [1] - 1:19
**defense** [11] - 40:16, 47:25, 48:1, 48:4, 73:13, 75:17, 75:22, 76:8, 77:1, 77:12, 80:4
**degree** [2] - 4:14, 4:19
**degrees** [1] - 4:13
**demonstrated** [1] - 47:6
**dentist** [1] - 81:10
**department** [3] - 6:22, 58:13, 58:15
**Department** [6] - 3:22, 4:9, 4:25, 48:25, 49:2, 49:15
**depicted** [4] - 52:20, 61:16, 65:8, 70:21
**depiction** [1] - 60:5
**deployed** [1] - 66:12
**deployment** [2] - 66:6, 69:6
**DEPUTY** [3] - 3:5, 3:12, 48:18
**describe** [2] - 9:20, 14:24
**description** [1] - 24:12
**designated** [3] - 19:14, 19:15, 19:17
**desire** [1] - 74:15
**detail** [6] - 49:7, 49:9, 49:12, 49:16, 49:22, 50:11
**detained** [2] - 53:9, 53:12
**detected** [3] - 38:23, 44:5, 44:21
**detective** [6] - 52:17, 72:18, 76:9, 77:2, 77:25, 78:2
**Detective** [24] - 48:15, 50:21, 54:4, 59:8, 60:17, 61:10, 62:3, 63:22, 65:19, 66:6, 66:23, 67:10, 68:2, 68:22, 70:11, 76:20, 76:22, 77:2, 77:14, 77:16, 78:2, 78:4, 78:5, 78:6
**DETECTIVE** [2] - 48:17, 83:7
**detective's** [1] - 60:14
**detectives** [1] - 50:2
**determine** [5] - 16:1, 30:20, 33:3, 39:4, 44:14
**determined** [3] - 38:14, 40:3, 40:18
**determining** [1] - 40:25
**developed** [1] - 82:12
**devote** [1] - 40:25
**different** [26] - 5:15, 5:18, 8:10, 9:23, 11:24, 12:13, 12:19, 13:14, 16:13, 16:17, 16:20, 16:21, 17:11, 19:2, 19:9, 19:12, 19:13, 19:19, 20:23, 32:13, 34:25, 38:22, 38:23, 46:6, 46:21
**difficult** [2] - 39:4, 42:4
**difficulty** [1] - 73:25
**Diplomate** [1] - 84:8
**dire** [1] - 11:3
**DIRECT** [4] - 3:17, 48:22, 83:4, 83:8
**directly** [2] - 37:4, 56:15
**Directors** [1] - 8:19
**disclose** [2] - 79:9, 79:10
**discontinue** [1] - 41:7
**discovered** [3] - 36:4, 37:21, 44:13
**discovery** [1] - 78:16
**discuss** [3] - 22:16, 75:19, 77:13
**discussed** [3] - 27:18, 30:8, 42:13
**discussion** [3] - 50:6, 60:13, 76:18
**disintegrating** [1] - 68:13
**disposable** [1] - 18:25
**DISPOTO** [1] - 1:16
**disregard** [1] - 52:16
**distance** [1] - 66:13
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**Dixon** [4] - 59:13, 61:24, 71:3, 72:1
**DIXON** [1] - 1:8
**DNA** [160] - 4:6, 4:15, 4:23, 5:7, 5:8, 5:21, 6:2, 6:21, 6:23, 7:2, 7:3, 7:9, 7:13, 7:18, 7:22, 7:23, 8:8, 9:11, 9:24, 10:11, 10:14, 11:2, 11:8, 11:9, 11:13, 11:14, 11:18, 11:22, 11:23, 11:24, 11:25, 12:1, 12:3, 12:5, 12:7, 12:9, 12:10, 12:11, 12:13, 12:14, 12:23, 12:24, 13:2, 13:3, 13:4, 13:6, 13:7, 13:9, 13:10, 13:11, 13:12, 13:13, 13:14, 13:18, 13:19, 14:1, 14:3, 14:15, 14:22, 15:4, 15:5, 15:21, 15:24, 16:1, 16:19, 16:22, 16:24, 17:1, 17:10, 17:11, 17:16, 17:17, 17:19, 17:20, 17:22, 17:25, 18:2, 18:4, 18:6, 18:10, 18:13, 19:7, 19:14, 19:17, 20:19, 20:20, 22:23, 22:24, 23:5, 26:23, 27:3, 27:4, 27:11, 27:13, 27:14, 27:16, 27:22, 28:14, 29:2, 29:3, 29:11, 29:15, 30:17, 30:24, 31:1, 31:8, 31:13, 31:14, 32:9, 32:12, 33:3, 33:13, 33:15, 33:17, 33:20, 33:25, 34:2, 34:4, 34:15, 34:17, 34:19, 34:21, 34:23, 35:4, 35:5, 35:6, 35:15, 35:20, 35:24, 36:1, 36:18, 38:1, 38:3, 39:5, 39:11, 40:24, 41:3, 41:7, 41:18, 42:3, 43:15, 43:22, 44:10, 46:8, 46:23
**DNA-only** [1] - 19:14
**docket** [1] - 79:4
**doctor's** [2] - 46:20, 77:8
**document** [1] - 59:9
**documentation** [1] - 19:25
**documented** [1] - 67:13
**Documents** [2] - 55:8, 61:2
**documents** [1] - 47:13
**done** [15] - 5:5, 6:6, 7:17, 10:11, 18:11, 20:11, 27:14, 29:23, 39:17, 40:20, 41:11, 41:13, 42:17, 46:15, 72:23
**DONET** [4] - 2:2, 40:9, 67:20, 71:9
**Donet** [2] - 40:8, 82:18
**donors** [1] - 8:7
**Doral** [3] - 81:2, 81:24
**double** [1] - 46:13
**down** [1] - 19:1
**downtown** [2] - 49:13, 49:20
**Dr** [4] - 8:3, 8:9, 10:8, 47:17
**driver** [1] - 54:4
**driving** [1] - 13:6
**dropped** [1] - 9:23
**drug** [3] - 59:4, 67:12, 68:25
**drugs** [1] - 78:7
**due** [1] - 68:20
**during** [6] - 18:16, 33:8, 51:8, 53:9, 59:1, 59:20
**duties** [1] - 4:3
**duty** [1] - 42:11

**E**

**earn** [1] - 4:13
**earned** [1] - 4:14
**easier** [1] - 21:12
**east** [3] - 52:24, 54:2, 72:5
**eastbound** [1] - 52:2
**education** [4] - 4:11, 4:15, 4:22, 9:2
**effect** [1] - 9:7
**effort** [2] - 74:11, 81:18
**eight** [1] - 42:22
**either** [7] - 15:16, 15:17, 18:2, 52:12, 72:18, 72:19, 76:13
**electronic** [4] - 45:25, 46:9, 47:23, 77:7
**electropherogram** [4] - 14:13, 18:14, 44:7, 44:12
**electropherograms** [2] - 19:23, 44:7
**electrophoresis** [2] - 18:18, 29:22
**employ** [1] - 41:19
**employed** [4] - 3:21, 3:22, 32:6, 48:24
**employment** [1] - 4:24
**encounter** [1] - 7:7
**end** [19] - 6:12, 14:12, 17:16, 17:19, 18:9, 18:14, 18:18, 20:9, 34:4, 34:17, 34:18, 34:23, 35:6, 35:15, 35:25, 36:1, 44:6, 72:7, 78:8
**endeavoring** [1] - 82:10
**ends** [1] - 34:22
**ensure** [3] - 9:12, 9:16, 18:18
**ensuring** [1] - 30:10
**enter** [3] - 22:10, 24:21, 26:8
**entered** [1] - 23:7
**entirely** [2] - 46:21, 47:5
**entitled** [2] - 37:7, 84:3
**entry** [1] - 79:4
**environmental** [5] - 13:8, 13:10, 13:14, 13:22, 13:23
**equip** [1] - 58:23
**equipment** [2] - 18:24, 65:21
**equivalent** [1] - 28:16
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**essentially** [6] - 11:16, 12:12, 20:12, 47:23, 67:3, 72:18
**established** [1] - 47:21
**estimates** [2] - 7:25, 8:1
**evening** [1] - 74:12
**eventually** [1] - 32:15
**evidence** [68] - 4:5, 5:2, 7:15, 8:25, 9:1, 9:2, 9:3, 9:12, 9:13, 9:14, 9:21, 9:22,

10:2, 10:4, 14:16, 15:2, 15:13, 15:21, 17:3, 17:6, 19:3, 19:5, 19:11, 20:15, 21:23, 21:25, 22:11, 22:18, 23:8, 24:22, 25:2, 26:9, 26:15, 27:3, 27:8, 27:12, 29:23, 30:3, 36:13, 40:23, 43:1, 43:12, 43:19, 43:23, 50:22, 55:3, 55:9, 58:8, 60:9, 61:3, 63:14, 63:18, 63:23, 65:12, 65:17, 65:23, 67:23, 69:6, 71:6, 71:13, 73:21, 75:2, 75:20, 76:16, 77:22, 83:13
**Evidence** [7] - 22:17, 25:1, 26:14, 63:17, 65:16, 67:22, 71:12
**evidence..** [1] - 83:15
**evidence....** [1] - 83:14
**evidence..........** [1] - 83:17
**evidence...........** [1] - 83:11
**evidence..................** [3] - 83:12, 83:16, 83:18
**evidence.................. ........................** [1] - 83:20
**evidentiary** [2] - 32:24, 38:4
**exact** [2] - 20:4, 56:18
**exactly** [6] - 7:19, 33:2, 33:19, 35:7, 42:1, 75:17
**examination** [2] - 70:9, 82:11
**EXAMINATION** [8] - 3:17, 32:1, 40:14, 48:22, 83:4, 83:5, 83:6, 83:8
**examine** [6] - 7:6, 43:16, 56:25, 64:24, 69:19, 70:8
**examined** [2] - 22:2, 23:15
**example** [5] - 5:16, 7:5, 13:6, 16:9, 75:22
**except** [2] - 74:9, 81:22
**excerpts** [1] - 80:1
**excluded** [3] - 15:15, 15:19, 29:19
**exclusion** [4] - 14:22, 15:19, 15:20, 16:5
**exclusions** [1] - 16:23
**excused** [3] - 75:12, 80:8, 80:25
**Exhibit** [15] - 22:5, 23:8, 24:5, 24:21, 25:1, 25:7, 26:25, 28:5, 28:7, 63:17, 67:22, 83:11, 83:12, 83:16, 83:18
**exhibit** [7] - 23:24, 25:13, 25:21, 68:15, 73:8, 80:12, 80:18
**EXHIBITS** [1] - 83:10
**Exhibits** [12] - 22:17, 26:9, 26:14, 55:8, 61:2, 65:16, 71:12, 83:13, 83:14, 83:15, 83:17, 83:19
**exhibits** [1] - 80:21
**exited** [1] - 53:3
**expect** [1] - 82:1
**expected** [1] - 6:10
**expedient** [2] - 72:25, 73:1
**expedite** [1] - 74:13
**experience** [3] - 7:21, 43:20, 52:12
**expert** [6] - 11:1, 46:8, 46:13, 46:14, 46:23, 47:1
**explain** [4] - 35:2, 35:12, 38:21, 41:15
**explained** [2] - 17:3, 21:23
**exposed** [1] - 13:17
**extra** [2] - 80:16
**extract** [1] - 17:24
**extracted** [1] - 8:8
**extraction** [4] - 17:12, 18:17, 29:21, 42:21
**eyeball** [1] - 66:15


## F


**Facebook** [3] - 79:18, 79:25, 80:21
**facilities** [1] - 72:15
**facilities..** [1] - 72:17
**facility** [2] - 8:17, 9:22
**facing** [1] - 53:23
**fact** [4] - 30:15, 39:23, 64:13, 75:16
**factors** [5] - 13:8, 13:14, 13:18, 13:22, 13:23
**failed** [1] - 6:18
**failure** [1] - 47:5
**fair** [5] - 12:3, 32:12, 32:18, 54:24, 60:5
**fairness** [1] - 75:1
**familiar** [1] - 68:8
**family** [3] - 74:9, 74:18, 75:5
**far** [8] - 14:20, 49:25, 53:19, 60:14, 72:21, 75:18, 76:15, 78:15
**fashion** [1] - 81:6
**FBI's** [1] - 8:13
**features** [1] - 12:19
**February** [2] - 1:4, 84:6
**federal** [1] - 10:17
**felt** [2] - 41:1, 41:5
**female** [1] - 16:10
**few** [8] - 4:10, 37:11, 45:22, 74:12, 80:13, 80:21, 82:12
**field** [4] - 4:23, 10:13, 11:1, 12:25
**figure** [1] - 41:5
**file** [7] - 47:23, 65:4, 65:6, 65:8, 65:23, 80:4, 80:18
**files** [9] - 46:1, 46:4, 46:5, 46:9, 46:10, 46:18, 47:3, 47:10
**fine** [2] - 36:23, 77:9
**finish** [1] - 19:22
**finished** [1] - 22:2
**firearm** [9] - 20:19, 24:1, 24:8, 27:4, 28:4, 32:4, 33:3, 51:12, 52:25
**first** [16] - 5:1, 5:4, 9:13, 9:24, 17:1, 18:23, 19:3, 22:12, 23:2, 48:20, 53:5, 55:11, 59:22, 67:4, 71:1, 71:17
**five** [4] - 42:21, 72:22, 73:9
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [1] - 1:22
**flashed** [1] - 62:14
**floor** [2] - 53:5, 53:6
**FLORES** [1] - 1:9
**florida** [1] - 84:8
**Florida** [3] - 2:10, 4:12, 10:18
**FLORIDA** [2] - 1:1, 1:7
**folder** [2] - 13:25, 19:25
**follow** [4] - 16:25, 30:5, 30:10, 45:14
**follow-up** [1] - 45:14
**followed** [2] - 30:2, 30:4
**following** [1] - 36:5
**font** [1] - 26:24
**food** [1] - 73:9
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 84:2
**foremost** [1] - 18:23
**Forensic** [8] - 3:23, 3:25, 4:4, 4:18, 5:24, 5:25, 32:6
**forensic** [6] - 5:21, 7:13, 8:24, 10:13, 11:1, 12:25
**foreshortened** [1] - 77:12
**forgot** [1] - 44:16
**form** [2] - 6:7, 68:20
**formal** [2] - 4:15, 4:22
**format** [1] - 49:17
**forth** [2] - 8:23, 49:25
**forward** [1] - 73:20
**foundational** [1] - 67:17
**four** [4] - 4:20, 17:11, 38:23, 82:18
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**frame** [1] - 53:10
**frequencies** [4] - 7:18, 7:21, 7:24, 8:11
**Friday** [6] - 74:10, 75:9, 81:22, 82:3, 82:14
**friend** [1] - 78:19
**friends** [1] - 74:24
**front** [5] - 25:15, 57:5, 57:6, 57:7, 64:2
**fronting** [2] - 57:10, 57:11
**fulfill** [1] - 5:14
**full** [4] - 3:13, 48:19
**fully** [1] - 69:19
**function** [1] - 11:15
**functioned** [1] - 33:10
**future** [1] - 41:13


## G


**Gables** [1] - 1:20
**gang** [5] - 49:5, 49:7, 49:12, 49:15, 49:22
**gangs** [1] - 68:2
**gather** [1] - 49:24
**gatherings** [1] - 74:18
**gender** [2] - 12:21, 12:22
**gene** [3] - 12:18, 16:8, 16:13
**generally** [1] - 14:8
**genes** [4] - 14:6, 16:2, 16:16, 16:17
**genetic** [2] - 8:11, 11:10
**geneticist** [4] - 8:3, 10:7, 46:5, 46:10
**genetics** [1] - 4:20
**gentleman** [2] - 38:25, 82:16
**gentlemen** [3] - 72:23, 76:7, 81:4
**Gentlemen** [4] - 45:20, 72:6, 73:16, 73:23
**Giglio** [1] - 79:6
**given** [4] - 5:17, 6:7, 57:15, 78:18
**gloves** [2] - 13:24, 18:25
**Gonzalez** [6] - 20:21, 22:25, 25:24, 26:19, 31:21, 79:4
**GONZALEZ** [17] - 1:19, 31:22, 55:5, 60:10, 65:13, 71:8, 79:3, 79:5, 79:8, 80:13, 81:3, 81:7, 81:9, 81:22, 82:5, 82:8, 82:17
**Government** [7] - 3:9, 46:8, 48:14, 77:24, 78:21, 80:10, 82:19
**Government's** [67] - 21:18, 22:17, 23:8, 24:5, 25:1, 25:7, 26:9, 26:14, 50:22, 52:20, 54:16, 54:17, 55:3, 55:4, 55:6, 55:8, 55:11, 59:16, 60:9, 60:17, 60:25, 61:2, 61:6, 61:22, 62:22, 63:8, 63:14, 63:16, 63:17, 63:23, 64:22, 65:3, 65:5, 65:7, 65:12, 65:16, 66:24, 67:16, 67:21, 67:22, 69:18, 69:24, 70:1, 70:3, 70:4, 70:7, 70:11, 70:13, 70:16, 70:21, 71:1, 71:2, 71:6, 71:12, 71:17, 71:22, 80:11, 83:11, 83:12, 83:13, 83:14, 83:15, 83:16, 83:17, 83:18, 83:19
**grandkids** [1] - 74:22
**grasp** [1] - 47:6
**green** [1] - 51:20
**Greer** [1] - 81:24
**grip** [1] - 25:11
**grips** [1] - 27:1
**grounds** [2] - 38:9, 60:11
**group** [4] - 50:3, 51:4,

52:8, 75:19
**Grove** [1] - 2:3
**gun** [11] - 28:7, 29:4, 29:8, 29:9, 30:16, 30:17, 30:18, 30:20, 31:10, 35:23, 53:4

## H

**H&R** [10] - 20:18, 23:11, 23:12, 25:12, 25:16, 26:23, 26:24, 27:2, 29:6, 43:14
**habits** [1] - 51:9
**hair** [1] - 12:14
**half** [5] - 11:11, 36:20, 81:13, 82:3
**hand** [13] - 49:24, 53:1, 53:24, 54:9, 56:9, 56:11, 61:7, 73:18
**hand-to-hand** [4] - 53:24, 54:9, 56:9, 56:11
**handcuffs** [1] - 53:7
**handed** [1] - 67:10
**handled** [2] - 13:25, 68:9
**handler** [1] - 78:5
**handles** [1] - 76:22
**handling** [1] - 37:12
**handwriting** [1] - 21:24
**handwritten** [1] - 21:25
**happy** [1] - 80:18
**hard** [2] - 46:17, 47:11
**Havana** [1] - 62:9
**head** [4] - 52:23, 53:5, 53:20, 64:17
**hear** [2] - 59:3, 75:16
**heard** [5] - 46:9, 47:2, 47:3, 52:21, 72:21
**hearsay** [1] - 45:13
**heart** [2] - 14:14, 44:8
**held** [2] - 49:8, 54:10
**HERMAN** [1] - 2:4
**hide** [1] - 51:11
**himself** [1] - 53:5
**hm** [1] - 34:13
**hold** [1] - 4:7
**home** [1] - 73:3
**honestly** [1] - 41:9
**Honor** [51] - 10:25, 11:4, 21:1, 21:14, 22:10, 24:21, 25:3, 26:8, 31:17, 31:20, 31:22, 31:24, 36:6, 36:9, 40:7, 40:9, 40:11, 40:13, 44:1, 45:13, 45:18, 47:8, 52:15, 54:12, 55:2, 55:5, 59:5, 60:8, 61:5, 61:19, 62:18, 63:13, 65:11, 65:13, 65:14, 66:1, 67:15, 67:24, 69:14, 71:5, 71:8, 71:9, 71:14, 76:1, 77:3, 77:10, 79:2, 79:24, 80:7, 80:17, 82:20
**HONORABLE** [1] - 1:12
**HOROWITZ** [12] - 1:23, 31:24, 52:13, 52:15, 60:11, 65:14, 67:17, 68:16, 72:14, 78:15, 79:2, 81:20
**Horowitz** [2] - 31:23, 78:14
**Hosseini** [5] - 21:10, 46:2, 46:16, 77:6, 81:4
**HOSSEINI** [35] - 1:16, 3:10, 3:18, 10:25, 11:6, 21:11, 21:14, 21:16, 22:10, 22:19, 24:21, 25:3, 25:5, 26:8, 26:16, 26:18, 27:21, 30:1, 31:17, 31:19, 36:6, 36:9, 36:22, 38:17, 40:13, 40:15, 44:1, 44:3, 45:18, 47:8, 47:16, 47:20, 48:6, 80:17, 82:20
**HOSSEINI.................. ..** [1] - 83:6
**HOSSEINI.................. ....** [1] - 83:4
**hour** [3] - 36:20, 72:24, 73:6
**hours** [3] - 5:13, 5:14, 74:12
**huge** [1] - 47:11
**human** [3] - 12:19, 33:23, 33:25
**humid** [1] - 13:17
**humidity** [1] - 68:21
**hundred** [1] - 79:25
**hundreds** [3] - 7:14, 7:16, 43:5

## I

**Ibarra** [1] - 81:1
**idea** [1] - 39:21
**identical** [1] - 12:6
**identification** [11] - 21:18, 24:4, 25:7, 54:15, 58:9, 59:9, 59:24, 62:21, 64:22, 69:17, 70:6
**identified** [2] - 51:22, 80:1
**identify** [1] - 51:19
**identifying** [1] - 50:3
**identity** [1] - 33:23
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**image** [2] - 55:11, 71:22
**images** [3] - 54:16, 59:22, 72:2
**impartiality** [1] - 75:2
**impeachment** [3] - 36:12, 36:19, 37:13
**important** [5] - 11:13, 11:14, 11:17, 18:1, 32:9
**impound** [2] - 56:19
**improper** [1] - 36:12
**Inc** [1] - 2:9
**include** [3] - 4:15, 10:22, 51:4
**included** [4] - 15:14, 16:5, 29:19, 54:16
**including** [3] - 8:13, 8:25, 78:17
**inclusion** [2] - 14:21, 31:1
**inclusions** [1] - 16:23
**inconclusive** [8] - 15:11, 15:12, 15:18, 29:12, 29:14, 30:15, 31:9
**independently** [1] - 46:23
**index** [2] - 24:10, 24:15
**indicating** [1] - 23:17
**individuals** [4] - 50:3, 52:20, 53:9, 54:25
**industrial** [1] - 52:10
**informant** [15] - 58:12, 58:18, 63:1, 63:4, 63:11, 66:7, 66:10, 66:16, 66:18, 76:23, 78:5, 78:15, 78:17, 78:21, 78:23
**information** [11] - 6:8, 8:10, 15:13, 15:17, 29:16, 29:18, 36:22, 49:24, 58:15, 78:20, 78:25
**initials** [4] - 22:1, 22:4, 23:14, 24:11
**inroads** [1] - 82:4
**inside** [7] - 9:15, 11:9, 12:3, 21:23, 24:14, 24:15, 67:8
**inspect** [1] - 64:23
**instrument** [8] - 17:25, 18:8, 18:12, 41:21, 44:15, 44:16, 44:18
**instruments** [2] - 5:18, 18:2
**insufficient** [2] - 15:13, 29:19
**integrity** [1] - 9:12
**intelligence** [6] - 49:6, 49:7, 49:12, 49:16, 49:22, 49:25
**intention** [1] - 80:20
**interact** [1] - 49:22
**interchange** [1] - 74:21
**interest** [1] - 17:6
**interject** [1] - 46:22
**International** [1] - 4:12
**interpret** [2] - 42:24, 43:2
**interpretation** [1] - 10:22
**interrupt** [1] - 72:14
**intrinsic** [1] - 36:13
**introduce** [4] - 78:7, 78:9, 80:22, 81:6
**introducing** [1] - 77:21
**introduction** [1] - 75:20
**invalidity** [1] - 35:14
**Investigation** [1] - 49:5
**investigation** [6] - 50:7, 50:10, 53:19, 57:19, 58:3, 66:8
**investigator** [4] - 58:4, 58:5, 68:2, 77:18
**involve** [1] - 57:15
**involved** [4] - 7:12, 56:13, 56:25, 57:19
**involvement** [1] - 60:14
**involving** [5] - 56:6, 57:24, 64:7, 69:1, 69:9
**irrelevant** [1] - 36:24
**isolate** [1] - 17:19
**issue** [4] - 36:15, 39:1, 39:2, 44:19
**issues** [2] - 37:11, 72:8
**item** [23] - 7:4, 13:5, 13:15, 13:17, 13:24, 15:2, 17:14, 22:1, 22:22, 23:14, 23:15, 24:11, 24:16, 25:11, 25:15, 25:19, 28:3, 29:6, 32:25, 35:23, 45:25, 67:13
**items** [29] - 4:5, 4:6, 17:18, 19:9, 19:11, 20:14, 20:22, 20:23, 21:19, 25:8, 27:3, 27:6, 27:24, 29:23, 30:2, 30:4, 30:11, 32:5, 32:10, 38:4, 43:18, 43:22, 43:23, 54:17, 64:23, 65:1, 68:14, 69:21, 70:8
**itself** [4] - 9:14, 39:20, 43:1, 44:18

## J

**jailhouse** [2] - 78:9, 79:18
**JAMES** [1] - 1:8
**James** [4] - 59:13, 61:24, 71:3, 72:1
**janoca** [1] - 2:9
**JAY** [1] - 1:9
**Jessica** [4] - 20:21, 22:25, 25:24, 26:19
**job** [1] - 7:11
**joining** [2] - 49:7, 49:11
**Journal** [2] - 5:24, 5:25
**JR** [3] - 1:19, 2:2, 2:4
**Juan** [1] - 78:6
**judge** [1] - 81:7
**Judge** [1] - 46:12
**JUDGE** [1] - 1:13
**July** [7] - 37:3, 50:9, 50:13, 51:3, 54:23, 54:25, 57:18
**juror** [6] - 73:16, 73:19, 74:21, 74:23, 81:10, 81:12
**jury** [15] - 3:4, 3:6, 3:7, 45:23, 48:11, 48:12, 52:16, 72:12, 72:25, 73:3, 73:14, 73:22, 74:23, 75:13, 81:18
**JURY** [1] - 1:12

## K

**KATHLEEN** [1] - 1:12
**keep** [4] - 66:13, 73:4, 73:5, 74:15
**Kel** [9] - 20:19, 24:1, 24:8, 28:4, 28:9, 28:10, 29:2, 32:4, 33:2

**Kel-Tec** [9] - 20:19, 24:1, 24:8, 28:4, 28:9, 28:10, 29:2, 32:4, 33:2
**Kelly** [1] - 67:10
**kept** [1] - 19:9
**kind** [11] - 13:8, 13:16, 14:18, 14:22, 18:22, 19:4, 19:14, 20:10, 28:16, 29:17, 30:22
**knowing** [1] - 57:13
**known** [4] - 14:15, 15:25, 51:1, 51:15
**knows** [1] - 41:11
**Korchin** [10] - 31:25, 36:10, 39:8, 40:1, 40:16, 42:13, 45:25, 47:11, 77:5
**KORCHIN** [22] - 1:21, 11:4, 21:1, 22:14, 24:24, 26:11, 27:19, 29:24, 32:2, 35:13, 37:3, 37:7, 37:20, 38:19, 39:9, 40:2, 40:7, 45:13, 46:12, 46:22, 63:15, 77:9
**Korchin's** [1] - 35:10
**KORCHIN.................** ..... [1] - 83:5
**Kyle** [1] - 79:6

## L

**Lab** [1] - 8:18
**lab** [26] - 6:13, 8:14, 8:16, 8:21, 9:7, 9:11, 9:18, 10:6, 10:11, 14:3, 18:23, 18:25, 20:7, 33:13, 36:12, 36:14, 36:16, 37:4, 37:21, 37:25, 41:10, 42:7, 43:24, 47:12, 47:20
**label** [1] - 23:2
**laboratory** [9] - 5:17, 6:11, 9:15, 9:24, 36:4, 39:10, 39:24, 40:22, 43:18
**Laboratory** [2] - 8:19
**Ladies** [4] - 45:20, 72:6, 73:16, 73:23
**Lane** [1] - 2:10
**large** [3] - 52:10, 56:22, 57:3
**last** [10] - 5:16, 24:18, 25:23, 26:3, 26:6, 36:20, 37:11, 48:21, 52:16, 80:14
**lawyers** [2] - 74:11, 80:9
**lay** [1] - 33:12
**layers** [2] - 20:12, 45:10
**layperson** [1] - 58:11
**lead** [2] - 58:4, 58:5
**leader** [2] - 40:20, 40:25
**leading** [3] - 27:19, 29:24, 68:16
**least** [4] - 5:13, 42:4, 74:12, 81:17
**leave** [8] - 13:6, 14:1, 52:20, 74:1, 76:24, 81:2, 81:5, 81:25
**leaving** [2] - 13:15, 66:18
**lectures** [1] - 5:9
**led** [1] - 52:12
**left** [3] - 13:5, 29:4, 63:11
**Legal** [1] - 5:25
**Leon** [1] - 1:19
**levels** [1] - 73:19
**liberty** [1] - 43:2
**light** [1] - 82:11
**likely** [2] - 29:3, 43:20
**lime** [1] - 51:20
**limit** [1] - 82:10
**line** [1] - 59:3
**liquid** [1] - 17:24
**list** [4] - 46:7, 47:1, 80:12, 80:18
**listen** [1] - 75:2
**listened** [2] - 60:19
**literature** [2] - 5:20, 5:23
**Live** [1] - 2:10
**location** [2] - 16:17, 72:2
**locations** [4] - 12:18, 16:16, 16:21, 42:3
**loci** [4] - 16:15, 16:16, 16:20, 16:21
**look** [12] - 11:16, 12:14, 12:18, 15:3, 15:7, 15:25, 16:19, 16:21, 64:23, 69:18, 69:19, 70:8
**looked** [1] - 54:25
**looking** [11] - 7:5, 15:20, 15:23, 16:17, 17:7, 17:8, 22:20, 23:1, 25:13, 44:14, 74:17
**looks** [4] - 14:14, 23:19, 59:15, 61:18
**loose** [2] - 67:8
**lost** [1] - 52:7
**loud** [1] - 53:3
**Luis** [5] - 51:5, 52:4, 53:13, 54:21, 56:2

## M

**ma'am** [1] - 38:16
**mack** [2] - 51:1, 53:22
**macro** [1] - 46:9
**magazine** [1] - 32:3
**magistrate** [3] - 79:5, 79:7, 79:8
**maintain** [1] - 75:1
**male** [2] - 52:21, 53:25
**males** [1] - 16:11
**man** [1] - 52:25
**manager** [2] - 20:7, 44:20
**manual** [1] - 47:11
**MANUEL** [1] - 1:19
**March** [3] - 32:7, 73:18, 81:12
**MARK** [1] - 1:16
**mark** [2] - 23:21, 61:13
**marked** [20] - 21:17, 22:17, 24:4, 25:1, 25:6, 26:14, 54:15, 55:8, 59:8, 59:24, 61:2, 62:21, 63:17, 64:21, 65:16, 66:23, 67:22, 69:17, 70:6, 71:12
**markings** [4] - 22:5, 23:14, 23:20, 28:7
**marrow** [1] - 12:2
**Marshals** [1] - 76:17
**marshals** [1] - 80:8
**Martinez** [1] - 54:4
**Mary** [1] - 2:2
**masks** [1] - 18:25
**match** [15] - 14:21, 14:25, 15:1, 15:7, 15:9, 15:10, 27:24, 28:3, 28:13, 28:17, 29:2, 29:3
**matches** [3] - 15:14, 16:23, 33:3
**material** [2] - 11:10, 79:6
**materials** [2] - 4:6, 5:3
**matter** [1] - 84:3
**matters** [1] - 74:13
**Maurin** [12] - 51:4, 52:4, 53:13, 53:25, 54:10, 54:20, 55:21, 69:2, 70:24, 71:3, 71:21, 72:1
**MAURIN** [1] - 1:7
**mean** [13] - 13:19, 14:2, 15:3, 28:25, 29:14, 29:15, 30:16, 31:14, 37:9, 42:25, 43:1, 57:12, 58:10
**meaning** [1] - 30:24
**means** [7] - 29:15, 29:16, 33:11, 33:19, 33:20, 34:22, 43:2
**meantime** [1] - 41:2
**medical** [1] - 12:24
**Medicine** [1] - 6:1
**medicine** [1] - 73:6
**meet** [3] - 8:21, 8:23, 31:2
**member** [2] - 49:15, 74:2
**members** [1] - 50:10
**memo** [4] - 39:2, 44:19, 44:23
**memory** [2] - 20:24, 22:24
**mentioned** [10] - 9:9, 10:6, 13:2, 15:19, 16:6, 18:16, 24:1, 29:20, 29:21, 45:10
**Merino** [1] - 81:16
**message** [1] - 72:9
**method** [1] - 27:22
**methodology** [1] - 47:24
**methods** [1] - 27:17
**MIAMI** [2] - 1:2, 1:7
**Miami** [19] - 1:17, 1:22, 1:25, 2:5, 3:22, 4:9, 4:24, 8:5, 8:6, 8:16, 48:25, 49:1, 49:8, 49:11, 49:13, 49:15, 49:20, 58:4, 62:8
**Miami's** [1] - 49:14
**Miami-Dade** [6] - 3:22, 4:9, 4:24, 8:5, 8:6, 8:16
**might** [8] - 17:18, 21:11, 32:24, 36:10, 42:21, 46:22, 72:7, 82:3
**millions** [1] - 18:7
**minimal** [1] - 41:18
**minute** [3] - 32:23, 61:13, 62:11
**minutes** [4] - 4:10, 45:22, 48:7, 73:9
**missed** [1] - 79:15
**missing** [1] - 9:17
**mistake** [4] - 39:19, 42:19
**mistakes** [7] - 38:3, 38:6, 38:12, 38:14, 39:11, 39:15
**mix** [3] - 12:9, 12:11, 12:12
**mixture** [10] - 12:12, 15:20, 15:21, 15:22, 15:25, 16:2, 16:3, 29:10, 30:19, 31:13
**moist** [1] - 68:12
**mold** [1] - 13:17
**molecular** [1] - 4:21
**molecule** [1] - 11:9
**mom** [4] - 11:11, 11:21, 16:10, 16:12
**moment** [2] - 31:17, 44:1
**Monday** [7] - 74:8, 75:6, 75:10, 77:14, 80:9, 81:20, 81:23
**Mondays** [1] - 81:2
**Money** [1] - 50:4
**money** [4] - 57:14, 57:15, 57:16, 78:17
**monitor** [3] - 14:14, 44:8, 76:11
**monitoring** [2] - 59:1, 72:19
**month** [1] - 74:6
**months** [2] - 6:5, 40:24
**Moore** [8] - 51:5, 52:4, 57:25, 59:15, 61:18, 62:16, 65:24, 69:1
**morning** [2] - 74:3, 74:4
**motion** [2] - 79:3, 79:14
**move** [15] - 22:10, 24:21, 26:8, 39:25, 52:15, 55:2, 60:8, 62:11, 63:13, 65:11, 67:15, 71:5, 73:20, 78:25, 82:7
**MR** [123] - 11:4, 21:1, 22:14, 24:24, 26:11, 27:19, 29:24, 31:22, 31:24, 32:2, 35:13, 37:3, 37:7, 37:16, 37:20, 38:19, 39:9, 40:2, 40:7, 40:9, 40:11, 45:13, 46:12, 46:22, 48:15, 48:23, 50:18, 50:20, 51:21, 51:24, 52:13, 52:15, 52:18, 54:12, 54:14, 55:2, 55:5, 55:10, 55:14, 55:17, 59:5, 59:7, 60:8, 60:10, 60:11, 60:16, 61:5, 61:9, 61:12, 61:15, 61:19, 61:21, 62:2, 62:10, 62:13, 62:18, 62:20, 63:13, 63:15, 63:19, 63:21, 64:18, 64:20, 65:11, 65:13,

65:14, 65:18, 66:1, 66:5, 66:21, 66:22, 67:15, 67:17, 67:20, 67:24, 68:1, 68:16, 68:18, 69:14, 69:16, 71:5, 71:8, 71:9, 71:14, 71:16, 72:14, 75:24, 76:1, 76:21, 76:25, 77:3, 77:9, 77:16, 77:18, 77:22, 78:4, 78:13, 78:15, 78:24, 79:2, 79:3, 79:5, 79:8, 79:12, 79:14, 79:20, 79:22, 79:24, 80:3, 80:7, 80:13, 80:20, 81:3, 81:7, 81:9, 81:20, 81:22, 82:5, 82:8, 82:17, 82:21, 83:5, 83:8

**MS** [36] - 3:10, 3:18, 10:25, 11:6, 21:11, 21:14, 21:16, 22:10, 22:19, 24:21, 25:3, 25:5, 26:8, 26:16, 26:18, 27:21, 30:1, 31:17, 31:19, 36:6, 36:9, 36:22, 38:17, 40:13, 40:15, 44:1, 44:3, 45:18, 47:8, 47:16, 47:20, 48:6, 80:17, 82:20, 83:4, 83:6

**multiple** [7] - 9:4, 18:7, 27:16, 30:18, 43:18, 76:6

**mushy** [2] - 68:12, 68:21

**must** [1] - 75:1

## N

**N.E** [2] - 1:17, 2:5

**N.W** [5] - 50:17, 50:25, 52:22, 53:23, 62:6

**name** [10] - 3:13, 3:14, 3:15, 8:3, 44:17, 46:20, 48:19, 48:20, 48:21

**narcotics** [25] - 51:11, 52:12, 53:24, 56:10, 56:25, 57:3, 57:7, 57:10, 57:11, 57:13, 57:15, 57:18, 59:21, 62:25, 63:2, 64:8, 64:10, 65:4, 66:14, 66:17, 66:19, 67:2, 68:3, 75:16

**nature** [2] - 5:10, 51:13

**near** [2] - 54:3, 54:6

**need** [6] - 22:16, 43:3, 46:16, 72:10, 74:2, 80:11

**needed** [3] - 46:3, 73:17, 81:10

**needs** [3] - 72:16, 73:18, 81:13

**negative** [22] - 32:20, 34:9, 34:10, 34:12, 34:14, 34:18, 34:22, 34:25, 35:1, 35:4, 35:15, 35:25, 36:11, 37:23, 38:24, 44:11, 58:21, 63:3, 64:12, 66:12, 69:5

**neglected** [1] - 81:1

**neighborhood** [1] - 62:7

**net** [7] - 49:14, 49:17, 49:19, 49:20, 49:21, 50:2

**nets** [1] - 49:23

**never** [1] - 6:19

**new** [4] - 3:3, 12:9, 12:23, 40:21

**next** [10] - 3:9, 18:5, 18:12, 26:25, 48:14, 54:7, 74:7, 74:13, 77:11, 81:6

**nice** [1] - 75:4

**nobody** [5] - 13:19, 30:16, 31:14, 40:24, 41:11

**non** [2] - 14:21, 15:10

**non-match** [2] - 14:21, 15:10

**nonconformity** [1] - 44:20

**noon** [4] - 73:17, 74:10, 81:14, 81:15

**northbound** [1] - 52:23

**northeast** [1] - 51:1

**note** [3] - 73:16, 74:2, 75:21

**notes** [4] - 20:24, 21:3, 21:4, 21:10

**nothing** [3] - 36:23, 45:6, 48:1

**notice** [1] - 80:15

**notifying** [1] - 44:20

**November** [3] - 57:21, 58:18, 63:2

**number** [18] - 22:1, 22:22, 23:14, 24:11, 24:15, 24:16, 25:17, 25:21, 25:23, 42:13, 56:18, 76:10, 77:7

**numerical** [1] - 28:16

## O

**Oak** [1] - 2:10

**object** [2] - 13:19, 67:17

**objection** [28] - 11:3, 11:4, 21:1, 22:13, 22:14, 24:23, 24:24, 24:25, 26:10, 26:11, 26:13, 27:19, 29:24, 36:6, 38:17, 45:13, 52:13, 55:4, 55:7, 60:10, 63:15, 65:13, 65:14, 65:15, 68:16, 71:7, 71:11, 75:18

**objections** [6] - 67:19, 75:15, 76:13, 76:14, 82:12

**observed** [3] - 51:4, 53:24, 54:9

**observing** [1] - 17:5

**obtain** [3] - 7:8, 13:5, 33:18

**obtained** [10] - 8:9, 14:16, 14:23, 15:1, 15:6, 15:12, 20:3, 27:12, 27:13, 28:14

**obviously** [1] - 75:15

**occasions** [1] - 38:22

**occur** [1] - 39:17

**OF** [3] - 1:1, 1:4, 1:12

**office** [1] - 19:17

**office-type** [1] - 19:17

**officers** [4] - 49:17, 49:25, 50:2, 54:3

**often** [1] - 28:1

**Olga** [2] - 3:10, 3:15

**OLGA** [3] - 3:11, 3:15, 83:3

**once** [12] - 5:5, 5:7, 9:21, 10:1, 18:11, 19:22, 19:23, 20:6, 45:16, 54:9, 69:7

**one** [38] - 6:18, 12:7, 15:3, 15:4, 15:17, 15:22, 15:23, 19:8, 19:15, 22:23, 25:23, 26:3, 26:21, 26:25, 27:24, 28:19, 30:24, 31:7, 32:25, 33:1, 33:4, 33:8, 37:22, 39:3, 41:18, 42:2, 42:5, 42:20, 44:9, 52:7, 68:20, 74:2, 78:4, 78:6, 79:5, 80:13

**ones** [3] - 14:24, 52:5, 80:17

**open** [2] - 19:8, 59:3

**operating** [1] - 34:2

**operations** [2] - 8:25, 58:16

**opportunity** [1] - 51:14

**oral** [2] - 25:19, 26:4

**order** [11] - 6:23, 8:22, 18:22, 27:11, 30:4, 30:22, 32:14, 41:19, 77:8, 78:21, 79:7

**originally** [1] - 47:18

**outside** [4] - 6:14, 6:15, 13:15, 24:17

**overruled** [1] - 67:19

**Overtown** [2] - 49:13, 49:20

**overwhelmed** [1] - 18:3

## P

**P.M** [1] - 1:5

**p.m** [12] - 3:2, 3:7, 45:23, 48:8, 48:9, 48:12, 72:12, 73:10, 73:11, 73:22, 75:13, 82:25

**package** [10] - 9:15, 9:16, 22:2, 22:3, 23:1, 23:2, 23:5, 67:6

**packaged** [2] - 20:23, 21:8

**packages** [4] - 21:3, 21:22, 21:25

**packaging** [7] - 20:23, 20:25, 21:11, 21:12, 22:8, 22:20, 22:22

**page** [8] - 55:22, 59:9, 59:14, 59:22, 71:1, 71:2, 71:17, 80:14

**PAGE** [1] - 83:2

**pages** [8] - 61:4, 72:22, 76:19, 79:25, 80:16, 80:21, 81:5

**PAGES** [1] - 1:10

**paid** [2] - 58:14, 78:18

**panicked** [1] - 81:19

**parents** [4] - 11:11, 11:21, 16:9, 16:14

**part** [17] - 4:24, 6:22, 7:11, 17:2, 17:10, 17:11, 17:17, 17:22, 17:24, 43:12, 50:6, 50:10, 57:24, 64:7, 66:7, 68:25, 74:21

**participant** [1] - 69:11

**participate** [3] - 50:6, 58:2, 66:6

**participating** [1] - 72:18

**participation** [1] - 60:15

**particles** [1] - 41:23

**particular** [5] - 16:3, 33:9, 41:17, 42:21, 58:23

**parties** [1] - 74:18

**partner** [2] - 52:21, 54:10

**parts** [1] - 17:12

**pass** [1] - 66:2

**passed** [1] - 6:17

**past** [5] - 36:14, 56:11, 68:4, 68:6, 72:24

**paste** [1] - 68:13

**patrol** [1] - 49:10

**PAUL** [1] - 1:21

**peak** [14] - 38:22, 39:3, 39:4, 39:5, 41:16, 42:2, 42:5, 42:14, 42:23, 44:13, 44:19, 45:3, 45:7

**peaks** [11] - 38:24, 39:17, 41:6, 41:8, 42:4, 44:4, 44:5, 44:17, 44:21, 45:1, 45:6

**people** [6] - 28:22, 28:24, 51:4, 52:1, 52:3, 74:18

**people's** [1] - 12:13

**per** [1] - 41:24

**percent** [1] - 22:22

**perform** [5] - 6:10, 7:9, 14:3, 40:19, 41:2

**performed** [1] - 7:12

**performing** [1] - 32:12

**perhaps** [3] - 73:1, 75:9, 75:19

**period** [1] - 41:21

**periodically** [1] - 5:22

**permission** [14] - 25:3, 26:16, 50:18, 54:12, 59:5, 61:19, 62:18, 63:19, 64:18, 66:1, 66:21, 67:24, 69:14, 71:14

**permit** [1] - 46:14

**permits** [1] - 46:22

**person** [23] - 13:24, 15:3, 15:6, 15:14, 15:15, 15:22, 15:24, 15:25, 16:1, 29:4, 29:18, 31:7, 33:16, 37:10, 51:15, 51:17, 58:12, 61:16, 62:14, 63:2, 74:25

**person's** [5] - 12:7, 12:14, 33:20, 34:4

**personal** [1] - 18:24
**personally** [3] - 7:12, 53:18, 56:19
**persons** [1] - 73:25
**pertaining** [1] - 78:16
**phase** [1] - 17:1
**phases** [2] - 18:16, 33:8
**PHILIP** [1] - 1:23
**phone** [3] - 65:24, 76:3, 78:9
**photographed** [2] - 9:16, 10:2
**photographer** [1] - 10:1
**photography** [1] - 9:14
**physical** [3] - 4:5, 4:19, 77:22
**pick** [2] - 13:25, 66:15
**picture** [8] - 55:21, 55:25, 56:2, 59:13, 61:25, 70:24, 71:21, 72:1
**pictures** [1] - 54:20
**piderit** [1] - 84:7
**PIDERIT** [1] - 2:9
**pieces** [3] - 7:15, 43:19, 68:21
**place** [3] - 32:15, 53:7, 62:4
**Plaintiff** [1] - 1:5
**plastic** [2] - 22:3, 22:4
**playing** [5] - 61:14, 62:1, 62:12, 62:17, 66:4
**point** [4] - 52:7, 57:15, 78:8, 80:1
**Police** [6] - 3:22, 4:9, 4:24, 48:25, 49:1, 49:15
**police** [5] - 6:22, 58:4, 58:13, 58:14
**policeman** [1] - 68:3
**Ponce** [1] - 1:19
**population** [4] - 8:2, 8:5, 10:7, 28:2
**PORTELA** [1] - 1:7
**Portela** [17] - 20:20, 23:6, 25:20, 26:4, 26:21, 28:15, 29:3, 31:10, 33:4, 51:15, 51:22, 51:25, 52:19, 52:25, 53:6, 54:20, 55:25
**position** [1] - 56:3
**positions** [1] - 49:8
**positive** [14] - 7:9, 32:18, 32:22, 33:7, 33:9, 33:11, 33:21, 33:25, 34:3, 34:6, 35:23, 36:12, 37:22, 44:9
**possible** [1] - 31:11
**possibly** [1] - 42:5
**pot** [1] - 82:22
**potential** [1] - 36:15
**pouch** [1] - 24:14
**powers** [1] - 58:13
**PPE** [1] - 18:23
**prematurely** [1] - 29:7
**prepared** [1] - 24:14
**present** [18] - 15:4, 17:17, 18:6, 18:10, 18:13, 28:23, 30:18, 38:24, 39:20, 40:19, 41:7, 41:24, 41:25, 45:6, 69:8, 72:25, 76:11
**pretty** [1] - 68:12
**prevent** [3] - 18:19, 18:22, 19:6
**previously** [5] - 10:13, 21:17, 23:7, 27:18, 60:11
**proactive** [1] - 78:8
**problem** [1] - 49:9
**problems** [2] - 37:12, 50:1
**procedures** [1] - 7:12
**proceeded** [2] - 52:23, 53:7
**PROCEEDINGS** [1] - 1:12
**proceedings** [2] - 82:24, 84:3
**Proceedings** [1] - 3:2
**process** [16] - 8:25, 9:1, 17:12, 17:16, 18:6, 18:9, 19:7, 30:4, 34:23, 36:2, 40:21, 40:23, 46:14
**processed** [1] - 19:11
**processes** [1] - 41:18
**processing** [1] - 5:2
**produce** [1] - 78:22
**produced** [2] - 27:15, 27:16
**produces** [1] - 5:17
**producing** [1] - 76:16
**Professional** [1] - 84:8
**proficiency** [3] - 6:2, 6:4, 6:16
**profile** [29] - 12:14, 14:15, 14:16, 14:22, 15:1, 15:3, 15:4, 15:5, 15:6, 15:8, 15:9, 15:12, 15:21, 15:23, 16:22, 18:9, 27:13, 27:15, 28:1, 28:14, 28:18, 30:23, 30:25, 31:1, 31:4, 33:17, 42:3, 44:10
**profiles** [5] - 8:8, 8:11, 27:12, 27:16, 30:18
**profiling** [1] - 7:22
**programs** [1] - 9:7
**prolonging** [1] - 76:15
**promised** [2] - 74:5, 74:15
**promises** [1] - 78:18
**prongs** [1] - 35:20
**proper** [1] - 36:19
**property** [2] - 10:5, 67:11
**prosecution** [1] - 77:13
**protective** [1] - 18:24
**protocol** [1] - 43:24
**protocols** [4] - 9:18, 9:20, 30:5, 36:20
**provided** [2] - 47:10, 47:14
**provides** [1] - 58:15
**publish** [8] - 25:3, 26:16, 50:18, 61:6, 63:19, 66:2, 67:24, 71:14
**pulled** [1] - 40:18
**purchase** [14] - 57:24, 58:6, 58:24, 59:2, 59:20, 64:7, 64:10, 64:16, 65:4, 65:21, 66:14, 69:9, 69:11, 76:4
**purchased** [2] - 62:25, 67:2
**purchases** [1] - 72:19
**purposes** [4] - 61:12, 62:10, 69:18, 81:9
**put** [8] - 17:14, 18:12, 24:14, 28:21, 33:20, 52:10, 67:8
**puts** [1] - 33:13

## Q

**qualified** [2] - 5:5, 5:7
**quality** [2] - 9:6, 44:20
**quantification** [2] - 18:17, 29:21
**quantitation** [1] - 17:21
**questions** [7] - 31:19, 31:22, 31:24, 40:7, 40:9, 40:11, 45:18
**quick** [1] - 14:1
**quite** [1] - 30:17

## R

**rack** [1] - 19:12
**rains** [1] - 13:15
**raised** [1] - 75:18
**ran** [1] - 53:3
**random** [2] - 8:5, 8:7
**ranging** [1] - 11:25
**rate** [2] - 14:14, 44:8
**Raymond** [8] - 51:5, 52:4, 57:25, 59:15, 61:18, 62:16, 65:24, 69:1
**RDR** [1] - 2:9
**reach** [1] - 32:15
**read** [5] - 5:20, 14:11, 14:12, 18:9, 75:1
**reads** [1] - 18:13
**ready** [1] - 3:5
**reagent** [11] - 38:23, 39:18, 41:6, 41:8, 41:16, 42:2, 42:14, 42:23, 44:4, 45:3, 45:7
**reagents** [1] - 5:18
**real** [3] - 6:7, 6:9, 44:19
**really** [2] - 13:15, 13:25
**realm** [1] - 12:24
**Realtime** [1] - 84:9
**reason** [4] - 21:24, 37:10, 41:6, 65:20
**reasons** [2] - 34:25, 41:15
**receipt** [1] - 10:5
**receive** [19] - 4:22, 7:3, 7:4, 7:5, 7:20, 9:21, 11:10, 11:11, 14:13, 17:10, 18:14, 20:14, 20:17, 32:5, 43:18, 44:11, 46:7, 67:4, 67:7
**received** [27] - 8:4, 8:11, 9:13, 9:16, 17:3, 19:23, 20:18, 20:19, 21:22, 21:23, 24:8, 25:19, 27:3, 29:10, 29:16, 31:6, 31:11, 42:25, 43:12, 43:13, 43:14, 44:6, 67:6, 73:16, 74:1, 78:16
**receives** [1] - 9:11
**reception** [1] - 9:22
**recess** [1] - 81:14
**Recessed** [2] - 48:8, 73:10
**recognize** [24] - 21:19, 21:21, 21:24, 23:8, 24:5, 25:8, 50:22, 54:17, 55:18, 55:22, 56:1, 59:10, 59:17, 59:25, 61:16, 62:3, 62:22, 63:23, 66:24, 70:7, 70:21, 71:18, 71:23, 72:2
**record** [6] - 3:13, 48:19, 51:21, 61:12, 62:10, 84:3
**recording** [13] - 60:6, 60:20, 61:13, 62:11, 65:20, 66:2, 66:4, 69:22, 69:25, 70:2, 70:12, 70:14, 70:17
**recordings** [1] - 78:7
**recreate** [1] - 46:23
**Red** [1] - 8:7
**redirect** [1] - 40:12
**REDIRECT** [2] - 40:14, 83:6
**redo** [3] - 20:3, 46:14
**refer** [1] - 20:24
**referenced** [1] - 46:4
**referring** [2] - 13:4, 23:16
**reflect** [1] - 51:21
**refresh** [1] - 20:24
**regard** [3] - 46:8, 58:17, 59:1
**regarding** [2] - 50:3, 52:19
**Registered** [1] - 84:8
**regular** [1] - 51:10
**regularly** [1] - 6:2
**rehabilitate** [1] - 37:14
**related** [2] - 37:16, 76:20
**relation** [1] - 32:4
**relationship** [3] - 47:4, 51:2, 63:25
**relative** [1] - 78:20
**released** [2] - 42:11, 53:18
**releasing** [1] - 63:1
**relevant** [1] - 80:22
**reliable** [1] - 14:8
**remain** [3] - 76:18, 77:13, 80:10
**remember** [3] - 46:19, 51:6, 52:5
**renowned** [1] - 8:2
**repeatedly** [1] - 68:9
**Repeats** [1] - 14:5
**report** [5] - 6:11, 19:18, 19:24, 20:1, 20:8
**reported** [1] - 44:23
**REPORTED** [1] - 2:9
**Reporter** [3] - 84:8,

84:8, 84:9
**Reporting** [1] - 2:9
**reports** [1] - 58:8
**representation** [1] - 54:24
**reprimanded** [1] - 42:9
**request** [4] - 11:3, 45:25, 46:17, 48:3
**requested** [1] - 9:25
**requesting** [1] - 66:1
**required** [9] - 5:11, 5:12, 6:4, 6:25, 7:4, 18:24, 18:25, 19:1, 39:1
**requirements** [3] - 8:21, 9:2, 9:3
**research** [1] - 74:25
**residue** [1] - 68:14
**respect** [7] - 7:21, 9:9, 28:21, 29:2, 29:6, 30:10, 30:11
**responsibilities** [2] - 4:3, 7:11
**responsible** [2] - 4:5, 58:8
**rest** [1] - 75:5
**result** [16] - 7:9, 7:23, 14:25, 15:11, 15:12, 15:18, 15:19, 27:14, 29:7, 29:12, 30:15, 30:16, 31:9, 32:14, 39:23, 45:5
**resulted** [1] - 58:21
**results** [29] - 6:12, 6:16, 7:20, 10:23, 14:11, 14:12, 14:18, 14:20, 17:9, 18:15, 20:10, 20:11, 27:18, 30:6, 36:17, 41:19, 42:24, 42:25, 43:9, 43:20, 43:22, 45:9, 45:12, 58:21, 58:22, 63:3, 64:12, 66:12, 69:6
**resumed** [1] - 3:2
**Resumed** [2] - 48:9, 73:11
**retested** [1] - 36:23
**retires** [3] - 45:23, 72:12, 75:13
**retrieve** [1] - 10:4
**return** [1] - 66:16
**returned** [3] - 63:4, 66:17, 69:7
**returns** [3] - 3:7, 48:12, 73:22
**review** [8] - 20:7, 20:12, 44:25, 45:1, 45:3, 45:10, 70:3,
76:12
**reviewed** [8] - 19:21, 20:1, 30:6, 45:9, 60:17, 65:7, 72:20, 76:10
**reviewer** [1] - 20:2
**reviewing** [1] - 76:9
**reviews** [5] - 20:2, 20:7, 20:9, 45:12, 45:15
**revisit** [1] - 47:4
**revolver** [10] - 20:18, 23:11, 23:12, 25:12, 25:16, 26:23, 26:24, 27:2, 29:6, 43:14
**Ricardo** [1] - 54:4
**riding** [1] - 53:22
**Riviero** [1] - 79:14
**rock** [4] - 63:6, 63:7, 68:20
**RODOLFO** [1] - 1:7
**Rodolfo** [13] - 20:20, 23:6, 25:20, 26:4, 26:21, 28:15, 29:3, 31:10, 33:4, 51:15, 52:24, 54:20, 55:25
**role** [5] - 58:5, 64:10, 64:11, 69:4, 78:6
**root** [6] - 39:16, 39:21, 40:19, 41:1, 41:11, 41:13
**round** [1] - 73:13
**routed** [1] - 9:23
**RUBIO** [2] - 2:4, 40:11
**Rubio** [1] - 40:10
**run** [5] - 33:8, 37:17, 41:20, 41:21, 47:24
**running** [7] - 32:13, 33:4, 33:7, 34:9, 52:21, 52:25, 81:15

**S**

**S-A-A-V-E-D-R-A** [1] - 3:16
**Saavedra** [20] - 3:10, 3:15, 3:19, 4:11, 11:7, 21:17, 22:16, 22:20, 25:6, 26:19, 32:3, 37:21, 37:25, 40:16, 44:4, 46:3, 46:17, 47:10, 48:3, 77:6
**SAAVEDRA** [2] - 3:11, 83:3
**Salas** [6] - 51:5, 52:4, 53:13, 53:14, 54:21, 56:2
**sale** [1] - 57:15
**sample** [7] - 7:10,
17:13, 18:10, 18:14, 19:5, 41:22
**samples** [10] - 6:8, 8:6, 8:8, 12:9, 12:11, 19:2, 33:1, 37:13, 41:17, 41:20
**sampling** [2] - 8:5, 17:23
**San** [1] - 78:5
**save** [1] - 73:1
**saw** [8] - 24:19, 26:6, 29:18, 52:10, 52:19, 52:24, 56:9, 67:4
**scene** [2] - 17:4, 56:22
**schedule** [4] - 74:7, 74:15, 75:9, 81:20
**scheduling** [1] - 81:9
**school** [2] - 4:11, 4:12
**science** [2] - 4:19, 47:6
**Sciences** [2] - 5:24, 5:25
**sciences** [1] - 4:14
**scientific** [4] - 5:20, 8:24, 14:9, 36:17
**scissors** [1] - 22:16
**screen** [3] - 5:3, 61:17, 62:15
**screening** [1] - 4:5
**screwed** [1] - 36:17
**se** [1] - 41:24
**seals** [1] - 9:17
**search** [1] - 69:5
**searched** [1] - 63:3
**seated** [9] - 3:8, 3:12, 45:24, 48:13, 48:18, 72:13, 73:12, 73:24, 75:14
**second** [7] - 43:11, 55:22, 59:14, 59:22, 62:11, 71:2, 71:22
**section** [1] - 9:13
**Section** [6] - 3:23, 4:1, 4:4, 4:18, 32:6, 49:5
**security** [1] - 9:3
**see** [32] - 3:4, 7:8, 15:4, 15:6, 16:2, 16:3, 16:4, 16:22, 17:6, 17:9, 18:13, 20:4, 22:5, 23:2, 23:4, 28:1, 46:17, 47:16, 51:17, 56:3, 56:8, 61:24, 68:14, 68:19, 68:20, 75:5, 75:8, 76:7, 76:8, 80:9, 81:5
**sell** [2] - 51:10, 51:11
**semen** [1] - 13:12
**seminars** [1] - 5:9
**send** [1] - 20:10
**sense** [1] - 31:9
**sent** [3] - 8:9, 8:10, 10:7
**sentences** [1] - 78:19
**separate** [6] - 19:10, 19:11, 30:24, 34:12, 38:7, 47:5
**September** [3] - 37:25, 39:10, 40:21
**serology** [8] - 5:1, 5:6, 17:2, 18:16, 19:16, 29:21, 41:4
**served** [1] - 78:6
**serves** [1] - 22:24
**service** [1] - 74:23
**Services** [2] - 2:9, 3:23
**SESSION** [1] - 1:5
**set** [2] - 8:23, 80:23
**setting** [1] - 80:6
**seven** [2] - 10:21, 42:22
**several** [2] - 32:13, 51:5
**shake** [1] - 17:15
**sharing** [1] - 49:24
**sheet** [1] - 44:8
**shirt** [7] - 7:5, 7:6, 7:7, 17:7, 17:8, 17:13, 51:20
**Shores** [1] - 2:5
**Short** [1] - 14:5
**show** [3] - 21:12, 46:17, 80:4
**showing** [23] - 21:17, 23:7, 23:19, 24:4, 25:6, 50:21, 54:15, 55:11, 55:22, 56:1, 59:8, 59:16, 59:24, 61:22, 62:21, 63:22, 64:21, 66:23, 68:14, 69:17, 70:6, 71:17, 71:22
**side** [4] - 25:16, 26:24, 54:1, 72:5
**sight** [1] - 52:7
**sign** [1] - 10:4
**signed** [2] - 20:6, 45:16
**signs** [2] - 20:8, 20:9
**similarly** [1] - 77:19
**simultaneously** [1] - 33:7
**single** [5] - 6:10, 15:2, 15:8, 19:2
**sit** [1] - 73:6
**sitting** [1] - 51:9
**situations** [1] - 74:6
**six** [2] - 10:21, 42:21
**skin** [4] - 12:1, 12:15,
13:2, 29:3
**small** [1] - 17:23
**snapshot** [2] - 70:24, 71:3
**Society** [1] - 8:19
**solving** [1] - 49:9
**someone** [1] - 39:19
**sometimes** [4] - 41:23, 42:21, 44:16, 76:2
**somewhere** [1] - 34:21
**sorry** [4] - 24:13, 25:24, 28:10, 35:2
**sort** [4] - 9:6, 13:2, 16:24, 47:20
**source** [4] - 14:15, 15:2, 15:3, 15:8
**South** [1] - 1:24
**south** [1] - 52:9
**southbound** [1] - 52:22
**SOUTHERN** [1] - 1:1
**space** [1] - 19:14
**Spanish** [1] - 66:4
**Special** [1] - 49:5
**specialized** [1] - 4:22
**specific** [4] - 7:6, 36:13, 44:10, 80:1
**specifically** [4] - 8:24, 37:16, 58:17, 69:24
**spell** [2] - 3:13, 48:19
**spend** [1] - 4:10
**spent** [2] - 36:20, 43:21
**spoken** [2] - 35:21, 60:3
**stains** [1] - 7:7
**stand** [2] - 76:9, 77:8
**standard** [12] - 14:15, 14:18, 15:24, 19:5, 20:20, 22:24, 23:5, 25:19, 26:4, 27:13, 28:14
**standards** [7] - 8:23, 19:3, 19:12, 19:13, 22:23, 27:8, 29:11
**standing** [2] - 51:6, 72:1
**stands** [1] - 14:4
**start** [7] - 5:8, 17:12, 74:8, 75:6, 75:9, 81:15
**started** [1] - 35:24
**starting** [2] - 61:13, 74:8
**starts** [1] - 68:13
**State** [1] - 10:18
**state** [4] - 3:13, 10:17, 39:22, 48:18

**statement** [2] - 21:7, 52:17
**States** [4] - 3:10, 48:15, 56:19, 63:10
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**station** [2] - 53:20, 53:22
**statistic** [6] - 6:20, 7:23, 27:25, 28:18, 31:3, 31:6
**statistical** [5] - 6:23, 7:17, 10:22, 27:22, 28:1
**statistics** [5] - 4:21, 6:24, 6:25, 27:17, 31:5
**stay** [5] - 46:3, 74:12, 75:10, 75:22, 76:19
**staying** [1] - 74:14
**steering** [1] - 13:7
**step** [7] - 17:1, 17:21, 18:5, 18:12, 22:12, 33:9
**steps** [10] - 9:11, 16:24, 18:18, 18:22, 19:20, 20:11, 29:20, 29:22, 30:2, 30:10
**still** [3] - 41:4, 42:6, 47:24
**stop** [1] - 74:10
**store** [3] - 9:4, 50:25, 52:2
**stored** [2] - 9:4, 10:2
**STR** [6] - 14:4, 14:8, 14:11, 14:12, 14:18, 14:19
**streamline** [1] - 81:6
**streamlined** [1] - 82:13
**street** [7] - 52:8, 53:23, 54:1, 54:2, 56:15, 67:7, 68:3
**Street** [11] - 1:17, 1:22, 2:2, 2:5, 50:17, 50:25, 52:22, 52:24, 53:23, 62:5, 72:5
**strict** [1] - 36:19
**strike** [1] - 52:15
**structure** [2] - 52:20, 63:25
**study** [2] - 4:13, 4:15
**stuff** [1] - 19:18
**subjects** [1] - 58:9
**submitted** [4] - 6:8, 17:5, 29:11, 43:23
**substantially** [2] - 24:18, 26:5
**sufficient** [1] - 18:4
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**sun** [1] - 13:16
**sunny** [1] - 13:16
**supposed** [8] - 33:18, 35:5, 35:14, 35:16, 35:24, 36:1, 38:24, 44:11
**surveillance** [6] - 50:14, 50:16, 51:3, 51:8, 52:1, 52:8
**surveilling** [2] - 50:15, 52:2
**suspend** [1] - 38:9
**suspended** [11] - 37:7, 37:25, 38:3, 38:6, 38:9, 38:12, 38:20, 39:10, 39:14, 39:16, 42:6
**suspension** [1] - 40:4
**sustained** [3] - 27:20, 29:25, 52:14
**swabbed** [2] - 23:11, 23:12
**swabbing** [3] - 25:11, 25:15, 27:1
**swabs** [9] - 20:19, 24:1, 24:8, 24:10, 24:12, 26:23, 27:3, 28:4, 28:10
**sworn** [2] - 3:11, 48:17
**SWORN....................** ...... [1] - 83:7
**SWORN....................** ............... [1] - 83:3

**T**

**T-shirt** [4] - 7:5, 7:6, 7:7, 17:13
**TAMRA** [1] - 2:9
**Tamra** [1] - 84:7
**Tandem** [1] - 14:5
**target** [3] - 57:25, 64:15, 69:1
**tea** [1] - 45:21
**teach** [1] - 11:7
**team** [1] - 49:10
**Team** [1] - 50:4
**Tec** [9] - 20:19, 24:1, 24:8, 28:4, 28:9, 28:10, 29:2, 32:4, 33:2
**technical** [3] - 20:2, 40:20, 40:25
**technology** [2] - 14:5, 74:25
**ten** [2] - 48:7, 73:4
**tender** [1] - 11:1
**term** [1] - 36:17
**terms** [2] - 33:12, 57:7
**test** [23] - 6:4, 6:17, 7:8, 14:11, 14:12, 14:19, 17:9, 27:8, 33:7, 33:12, 33:21, 33:25, 34:2, 34:3, 34:6, 34:12, 34:14, 35:5, 35:16, 37:17, 37:22, 43:23
**tested** [3] - 6:2, 29:9, 30:12
**testified** [4] - 10:13, 10:20, 46:18, 46:20
**testify** [1] - 77:19
**testifying** [2] - 78:23, 79:16
**testimony** [4] - 10:22, 46:4, 47:2, 75:2
**testing** [25] - 6:10, 6:16, 7:4, 7:20, 9:11, 9:25, 10:11, 14:3, 14:4, 14:8, 16:18, 17:14, 27:14, 27:23, 32:10, 32:24, 33:1, 33:2, 33:8, 35:8, 35:23, 43:15, 46:14
**tests** [7] - 6:13, 32:13, 32:25, 33:4, 37:10, 37:12, 37:14
**THE** [135] - 1:12, 1:15, 1:19, 3:3, 3:5, 3:6, 3:8, 3:12, 3:15, 11:3, 11:5, 21:2, 21:3, 21:4, 21:5, 21:6, 21:7, 21:9, 21:13, 21:15, 22:12, 22:15, 24:23, 24:25, 25:4, 26:10, 26:12, 26:17, 27:20, 29:25, 31:18, 31:21, 31:23, 31:25, 35:9, 35:11, 36:7, 36:16, 37:1, 37:6, 37:9, 37:18, 38:18, 38:21, 39:7, 39:25, 40:8, 40:10, 40:12, 44:2, 45:14, 45:16, 45:17, 45:19, 45:24, 46:16, 46:25, 47:15, 47:19, 47:22, 48:7, 48:10, 48:13, 48:18, 48:20, 50:19, 51:23, 52:14, 52:16, 54:13, 55:4, 55:6, 55:12, 55:16, 59:6, 60:13, 60:25, 61:4, 61:8, 61:20, 62:19, 63:16, 63:20, 64:19, 65:15, 66:3, 67:19, 67:21, 67:25, 68:17, 69:15, 71:7, 71:10, 71:15, 72:6, 72:13, 72:16, 73:12, 73:23, 75:14, 75:25, 76:7, 76:24, 77:1, 77:4, 77:11, 77:17, 77:21, 77:23, 78:11, 78:14, 78:23, 78:25, 79:4, 79:7, 79:11, 79:13, 79:16, 79:21, 79:23, 80:2, 80:5, 80:8, 80:15, 80:19, 80:24, 81:1, 81:4, 81:8, 81:12, 81:23, 82:7, 82:10, 82:18, 82:22
**themselves** [2] - 20:4, 50:3
**therefore** [4] - 15:17, 29:12, 39:18, 39:21
**Thereupon** [1] - 82:24
**thousand** [1] - 79:25
**three** [10] - 12:13, 20:12, 35:20, 38:23, 45:9, 45:12, 54:16, 81:13, 82:18
**threw** [2] - 53:4
**throughout** [2] - 52:7, 59:4
**Thursday** [3] - 73:17, 75:9, 82:2
**timewise** [1] - 73:18
**title** [1] - 49:4
**titles** [1] - 4:8
**today** [5] - 47:3, 51:17, 73:25, 79:1, 80:18
**together** [5] - 12:9, 12:11, 19:10, 71:4, 72:24
**tonight** [3] - 77:13, 77:23, 80:18
**took** [2] - 17:13, 25:15
**top** [2] - 23:24, 64:17
**topic** [1] - 6:1
**total** [1] - 40:5
**touch** [9] - 13:3, 13:4, 13:5, 13:7, 13:9, 13:11, 13:12, 14:2
**touched** [5] - 13:20, 30:16, 30:20, 31:10, 31:15
**touching** [1] - 29:4
**towards** [2] - 52:25, 53:20
**tracking** [1] - 24:16
**train** [1] - 5:11
**training** [18] - 4:10, 4:23, 5:1, 5:4, 5:5, 5:7, 5:13, 5:16, 6:20, 6:22, 6:23, 6:24, 9:2, 10:8, 52:11
**trainings** [2] - 4:25, 5:15
**transaction** [11] - 53:24, 54:9, 56:3, 56:9, 56:14, 56:16, 57:1, 57:8, 57:18, 67:12, 69:1
**transactions** [1] - 56:11
**transcribed** [1] - 70:2
**transcript** [13] - 60:3, 60:5, 60:20, 61:7, 61:10, 65:6, 65:8, 66:2, 70:14, 70:17, 72:20, 76:3, 84:2
**TRANSCRIPT** [1] - 1:12
**transcription** [2] - 69:23, 70:2
**transcripts** [6] - 72:21, 76:6, 76:12, 77:14, 78:1, 78:7
**transpired** [1] - 53:20
**transpiring** [1] - 59:4
**trash** [2] - 52:10, 52:11
**treat** [1] - 6:9
**TRIAL** [1] - 1:12
**tried** [1] - 44:14
**trigger** [2] - 25:11, 27:1
**trillion** [3] - 28:18, 28:19, 28:25
**troubleshoot** [1] - 39:2
**true** [2] - 36:4, 37:21
**try** [3] - 46:15, 74:12, 82:8
**trying** [2] - 15:25, 51:9
**tube** [19] - 17:14, 17:16, 17:20, 19:8, 33:13, 33:21, 33:25, 34:3, 34:6, 34:12, 34:14, 34:22, 35:5, 35:16, 36:18, 39:20, 41:24, 41:25
**tubes** [2] - 19:7, 37:22
**Tuesday** [3] - 73:17, 75:9, 82:1
**turn** [7] - 20:14, 23:2, 50:9, 52:24, 57:21, 64:4, 68:22
**turned** [2] - 47:25, 67:11
**turning** [1] - 61:12
**twenty** [1] - 82:14
**twin** [1] - 12:6
**two** [11] - 4:25, 12:9, 12:11, 12:12, 16:14, 29:9, 59:9, 61:4, 76:2, 76:21

DAILY COPY

**two-page** [1] - 59:9
**type** [6] - 5:23, 6:10, 12:19, 14:3, 14:5, 19:17
**types** [5] - 4:25, 8:21, 11:24, 13:18, 30:2
**typo** [2] - 75:23, 75:25

## U

**U.S** [4] - 56:9, 56:13, 56:17, 56:23
**um-hm** [1] - 34:13
**unclear** [1] - 48:2
**under** [3] - 23:13, 53:4
**undercover** [8] - 58:16, 58:23, 59:2, 64:7, 68:25, 69:8, 77:18, 82:6
**undergo** [2] - 4:25, 6:24
**undergoes** [1] - 9:14
**undergoing** [1] - 40:21
**unique** [1] - 12:5
**unit** [1] - 67:11
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**United** [4] - 3:10, 48:15, 56:19, 63:10
**University** [1] - 4:12
**unjustly** [1] - 38:10
**unless** [4] - 12:6, 43:22, 72:8, 81:21
**unnecessarily** [1] - 76:16
**unobstructed** [2] - 56:16, 66:13
**unresolvable** [1] - 30:24
**untampered** [1] - 9:17
**up** [20] - 13:25, 17:15, 19:23, 22:7, 32:22, 34:22, 35:9, 36:17, 36:18, 45:14, 64:23, 66:14, 66:15, 68:21, 69:19, 72:1, 73:13, 75:5, 80:16
**updated** [1] - 80:18
**utilizes** [2] - 8:14, 10:6

## V

**valid** [1] - 32:15
**validated** [1] - 8:12
**validation** [3] - 47:17, 47:22, 47:23
**various** [2] - 37:22, 38:4
**vault** [2] - 10:2, 10:4
**vehicle** [6] - 53:3, 53:4, 54:5, 66:11, 69:7
**Veloz** [2] - 77:16, 78:7
**verbal** [2] - 20:11, 53:3
**verbatim** [1] - 65:19
**verified** [2] - 37:14, 60:23
**verify** [4] - 60:21, 65:7, 70:4, 70:17
**video** [17] - 58:25, 59:20, 60:4, 61:14, 62:1, 62:3, 62:12, 62:17, 63:25, 64:2, 65:20, 70:12, 70:25, 71:3, 71:4, 72:20, 77:20
**videos** [6] - 75:16, 77:14, 77:21, 77:25, 78:1, 81:5
**view** [2] - 56:16, 66:13
**visually** [1] - 7:7
**voir** [1] - 11:3
**VÁZQUEZ** [70] - 1:15, 37:16, 48:15, 48:23, 50:18, 50:20, 51:21, 51:24, 52:18, 54:12, 54:14, 55:2, 55:10, 55:14, 55:17, 59:5, 59:7, 60:8, 60:16, 61:5, 61:9, 61:12, 61:15, 61:19, 61:21, 62:2, 62:10, 62:13, 62:18, 62:20, 63:13, 63:19, 63:21, 64:18, 64:20, 65:11, 65:18, 66:1, 66:5, 66:21, 66:22, 67:15, 67:24, 68:1, 68:18, 69:14, 69:16, 71:5, 71:14, 71:16, 75:24, 76:1, 76:21, 76:25, 77:3, 77:16, 77:18, 77:22, 78:4, 78:13, 78:24, 79:12, 79:14, 79:20, 79:22, 79:24, 80:3, 80:7, 80:20, 82:21
**VÁZQUEZ**................ ..... [1] - 83:8
**Vázquez** [3] - 47:9, 55:12, 75:21

## W

**wait** [5] - 35:9, 38:18, 73:7
**walked** [1] - 52:2
**watching** [1] - 51:9
**weapon** [2] - 29:13, 31:8
**wear** [4] - 9:1, 18:23, 18:24, 18:25
**wearing** [2] - 13:24, 51:20
**Wednesday** [3] - 73:17, 75:9, 82:2
**week** [9] - 5:16, 74:7, 74:14, 77:12, 78:9, 81:6, 81:11, 81:13
**week's** [1] - 81:20
**week-long** [1] - 5:16
**weekend** [5] - 74:9, 74:17, 75:4, 75:5, 75:12
**weight** [1] - 28:1
**West** [1] - 1:22
**west** [2] - 54:1, 54:2
**westbound** [1] - 53:23
**Weston** [1] - 2:10
**wheel** [1] - 13:7
**white** [2] - 12:2, 53:25
**whole** [1] - 46:14
**WILLIAMS** [1] - 1:12
**window** [1] - 51:6
**wish** [1] - 46:7
**witness** [7] - 3:3, 3:9, 11:1, 21:14, 48:14, 51:21, 75:17
**WITNESS** [8] - 3:15, 21:3, 21:5, 21:7, 35:11, 45:16, 48:20, 83:2
**Witness** [3] - 64:25, 69:20, 70:10
**witnesses** [1] - 76:21
**woman** [1] - 16:10
**women** [1] - 16:9
**wondering** [1] - 47:2
**word** [2] - 16:6, 82:13
**words** [1] - 33:12
**workbench** [1] - 19:1
**works** [1] - 58:12
**workshops** [1] - 5:15
**world** [3] - 8:2, 28:22, 28:24
**world-renowned** [1] - 8:2
**write** [3] - 19:24, 21:25, 22:3
**writing** [5] - 19:18, 23:16, 23:22, 44:23, 58:8
**wrote** [1] - 24:10
**Wynwood** [1] - 49:13

## X

**XX** [1] - 16:9

## Y

**year** [3] - 5:11, 5:13, 50:2
**years** [5] - 4:2, 12:25, 37:11, 37:23, 49:3
**yield** [2] - 41:19, 44:9
**yielded** [5] - 58:21, 63:3, 64:12, 66:12, 69:5
**yourself** [1] - 56:4