DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 23, 2015

Plaintiff, **DAY 10**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-97

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 1:39 p.m.)

THE COURT: Everyone may be seated.

Government, thank you for your list. We have typed it out. Everyone, if you will, double check on the exhibit with the tab.

But when the time comes, Government, you will let me know that you have additions for the notebook, and you may pass the additions out. Ms. Greer will pass out this kind of outline, we will put it up on the Elmo, and at the end of the day we will treat it.

Mr. Horowitz, you had a motion?

MR. HOROWITZ: Yes, Your Honor. On behalf of Mr. Altamirano, we would respectfully move for a mistrial.

THE COURT: Okay.

MR. HOROWITZ: Based on the Government's eliciting from the last witness that Mr. Portela in his post arrest -- I shouldn't say post arrest because it really wasn't a post arrest, during his DNA statement that he gave to law enforcement --

THE COURT: You are asking -- yes. You are asking for Mr. Portela?

MR. HOROWITZ: I'm trying to put it in context what the officer said Mr. Portela had told him, and I had prefaced it as a post-arrest statement, and it really wasn't.

THE COURT: Right.

MR. HOROWITZ: Mr. Portela stated according to what the witness testified that he would not snitch on his family, and his family was BMT.

THE COURT: He would not snitch on his family, specifically his BMT family.

MR. HOROWITZ: Words to that effect.

THE COURT: Right.

MR. HOROWITZ: That directly implicates my client in that. The Government has been attempting to portray my client, as well as all the defendants, as being members of BMT, and there would be no reason to snitch on Mr. Altamirano if Mr. Altamirano hadn't done anything wrong.

Obviously, you know, when he made that statement, he moved that the officer was interested in members of BMT. The Government has made allegations that everyone in this trial is a member of BMT, and, clearly, why would Mr. Portela -- why would your agents be interested in Mr. Portela's statement if it wasn't against the defendant.

Therefore, it doesn't directly implicate the defendants, but it incorrectly implicates them based on the Government's allegation that they are members of BMT. Even if they don't mention Mr. Altamirano by name, which I admit that the statement that came in did not mention him by name, under Gray versus Maryland there is clearly an indirect implication on

Mr. Altamirano, and I respectfully move for a mistrial on his behalf.

THE COURT: All right.

MR. GONZALEZ: We join in on that.

THE COURT: Okay. I assumed that. If you want to rebut, Mr. Vázquez and Ms. Hosseini.

MS. HOSSEINI: Yes, Your Honor. First, being a part of BMT is not illegal. For a nontestifying codefendant statement to be violative of Bruton, it has to be -- the statement has to be standing alone on his own as to be inculpatory, meaning it has to be something to the effect of Mr. Smith and I robbed the bank or something to that effect.

The two Seminal Eleventh Circuit cases, which are both published and binding, are United States versus Brazel, B-R-A-Z-E-L, and United States versus Arias, A-R-I-A-S, and both of them state that -- and I have the citation if Your Honor would like, or counsel. For United States versus Brazel, it's 102 F.3d 1120, and for United States versus Arias it is 984 F.2d 1139.

Both of them stand for the proposition that for a statement to be violative of Bruton, it has to be standing alone. If it's a situation as here where that information is tied up with other information during the course of the trial and that becomes inculpatory, that is not violative of Bruton.

MR. HOROWITZ: Your Honor, on page 6 of the second

superseding indictment specifically as to Cusick, the Government has alleged that all the defendants named in the second superseding indictment were members and associates of the Big Money Team, a criminal organization whose members and associates engaged in acts of violence, et cetera, and it goes through the acts that they are accused of, which clearly implicates my client in that statement.

THE COURT: All right. I'm going to deny the defendants' mistrial. I don't think this rises to the level of Bruton violation.

My only question -- for the reasons stated by Ms. Hosseini. But my only question does become whether or not, and I haven't looked at these cases, if it is appropriate to give some kind of limiting instruction as to the statement. I don't know. I'm going to allow both parties to give me either a request for a limiting instruction and what it should be and authority for it, if it would be appropriate for any prejudice this may or may not have engendered.

MR. RUBIO: For the record, Mr. Flores would join in on that motion.

THE COURT: Okay. I assumed everyone had.

All right. Where is Detective Bernat?

MR. VÁZQUEZ: He is outside.

THE COURT: Bring him in and we will get him set up.

(Detective Bernat resumes witness stand.)

THE COURT: Bring in the jury, please.

(Jury returns at 1:45 p.m.)

THE COURT: Be seated everyone.

Mr. Vázquez, you may continue.

I'm sorry. Hello, Mr. Donet.

MR. DONET: Hi, Judge. I don't think I asked a question on Friday, so it's easy to forget about me.

**CROSS EXAMINATION**

**BY MR. DONET:**

**Q. Good afternoon.**

A. Good afternoon.

**Q. I believe you began investigating the Big Money Team, BMT, in the summer of 2013, correct?**

A. Yes.

**Q. And part of that investigation was not only your personal investigation, but other members of your police department, correct?**

A. I'm sorry, I don't understand the question.

**Q. Not only you yourself investigated BMT, but other members of your police department? For example, Officer Coladas, correct?**

A. He assisted in the investigation.

**Q. Sure. And part of assisting was finding out who were the associates or who were the group that made up BMT, correct?**

A. Correct.

**Q. And part of that investigating was stopping individuals and**

**asking them -- or consensual encounters, asking them who they are, taking their pictures on some occasions; is that correct?**

A. That is correct.

MR. VÁZQUEZ: Calls for speculation and hearsay.

THE COURT: Overruled.

**BY MR. DONET:**

**Q. I'm sorry?**

A. That is correct.

**Q. And based on that investigation, you created an investigative report back on November 7, 2013, regarding BMT, correct?**

A. I believe so, yes.

**Q. And that was a report where you outlined or listed all the people that up until then, November of 2013, you knew were part of BMT or you suspected were part of BMT?**

A. Up to that date, yes.

**Q. And you even had an organizational chart with photos and kind of put people in their context, correct?**

A. More or less, yes.

**Q. But as of that date when you prepared that report on November 7, 2013, you had no idea that -- you did not know Mr. Dixon, correct?**

A. Not that I can recall.

**Q. Mr. Dixon is somebody that you first see on the scene, so to say, on November 22nd, correct?**

A. I'm not sure.

**Q. All right. The first time you saw Mr. Dixon would have been on the video we saw I believe on Friday of November 22nd, correct, of 2013?**

A. It's hard for me to say. I can't pinpoint a date when I first encountered or met or saw him.

**Q. All right. During the course of your investigation, Mr. Dixon was stopped by yourself or other officers on numerous occasions, correct?**

A. That is correct.

**Q. And not once was Mr. Dixon ever found to be in possession of drugs, correct?**

A. Not to my recollection.

**Q. And not once was Mr. Dixon found to be in possession of any firearms or other dangerous weapons, correct?**

A. Not that I'm aware of.

**Q. And the times that Mr. Dixon was stopped, he never fled from law enforcement as far as you know, correct?**

A. Correct.

**Q. And he never resisted law enforcement's attempts to figure out who he was or anything like that, correct?**

A. Not that I'm aware.

**Q. Over the course of this investigation, there were approximately 24 undercover buys, correct?**

A. Give or take, yes.

**Q. Give or take over 20, 20 to 24 buys, correct?**

A. Yes.

**Q. There was only one buy that was conducted from Mr. Dixon, correct?**

A. I don't remember how many buys were conducted from Mr. Dixon.

**Q. All right. But it would be on the videotapes, correct? On the video that we see?**

A. Yes.

**Q. And that would have been the sale that occurred on April 1, 2014, correct?**

A. I would have to review that tape.

**Q. Okay. Are you aware that the sale that Mr. Dixon did was for only one-half of one gram of crack cocaine?**

A. I would have to review the tape and review the report.

**Q. All right. You would agree with me that the tapes are what they are, so if the jury would look at the tape, they can see it. That's how you would refresh your recollection, correct?**

A. Correct.

**Q. Now, as far as you know, the confidential informant in this case, part of his plan, part of his strategy was to try to collect phone numbers from members, correct?**

MR. VÁZQUEZ: Objection; calls for speculation and hearsay.

THE COURT: Well, overruled to the extent that this

detective either led the investigation or consulted with the CI.

A. It was asked to him to ask for phone numbers.

**Q. All right. He never obtained any phone number from Mr. Dixon, correct?**

A. Not that I'm aware.

**Q. He was never given a phone number from Mr. Dixon, correct?**

A. Not that I can remember.

**Q. The confidential informant never had any phone conversations with Mr. Dixon prior to purchasing any narcotics, correct?**

A. That is correct.

**Q. And the undercover, when the undercover officer went in to purchase narcotics, he never had any telephone conversations with Mr. Dixon prior to purchasing any narcotics, correct?**

A. You would have to ask him. I'm not aware of any.

**Q. And you have determined that Mr. Dixon does not speak Spanish, correct?**

A. That I'm aware of he doesn't.

**Q. And Mr. Dixon is not related by blood with any of the other defendants in this case, correct?**

A. Not that I know of.

**Q. Okay. Now, from Friday to this morning, you went over a series of video recordings. Do you remember that?**

A. Yes, sir.

**Q. There were three instances where Mr. Dixon 's name -- where Mr. Dixon was mentioned that were photographs that you**

**identified. Do you remember those?**

A. Yes, I do.

**Q. The first being November 22, 2013, and that was an instant where the confidential informant purchased narcotics from Raymond Moore. Do you remember that?**

A. Yes, I do.

**Q. And that purchase that occurred, the conversations were all between the confidential informant and Raymond Moore, correct?**

A. That I'm aware of, yes.

**Q. And the conversations were all conducted in Spanish, correct?**

A. If I remember correctly, yes.

**Q. And Mr. Dixon was not involved in any of the conversations with the confidential informant, correct?**

A. Correct.

**Q. Mr. Dixon did not hand over any narcotics, correct?**

A. Correct.

**Q. Mr. Dixon did not receive any narcotics, correct?**

A. Correct.

**Q. In fact, the actual transaction didn't even happen in his direct presence, correct? He wasn't watching the transaction as it occurred, correct?**

A. I can't tell you what he was watching or what he wasn't. I don't know.

**Q. All right. Now, as part of being in gangs and dealing in**

**other narcotics cases, you are familiar with drug dealers working in teams, correct?**

A. That is correct.

**Q. Oftentimes one individual receives the money, and somebody else will distribute the drugs, correct?**

A. Sometimes.

**Q. But that is something that happens oftentimes, correct?**

A. Not all the time.

**Q. Okay. That did not occur in this instance, correct?**

MR. VÁZQUEZ: Objection; calls for speculation.

THE COURT: Overruled.

A. Correct.

**Q. So on November 22nd, Raymond Moore didn't receive money, and Mr. Dixon did not hand him any drugs, correct?**

A. Correct.

**Q. So when you identified James Dixon, he was present in the general area, but he did not participate in that drug transaction on November 22nd, correct?**

MR. VÁZQUEZ: Objection; calls for speculation.

THE COURT: Overruled.

**BY MR. DONET:**

**Q. Correct?**

A. He could have been involved as a lookout, he could have been involved in other ways.

**Q. You don't have any information that indicates that he was**

**involved in that transaction, correct?**

THE COURT: Well, I think he just answered that, Mr. Donet.

**BY MR. DONET:**

**Q. Now, the second instance where Mr. Dixon comes out in these videos is on December 13th of 2013. And that's a time when he is standing next to Mr. Chacon who is sitting down. Do you remember that?**

A. I remember.

**Q. And, again, you have had an opportunity to review these videotapes, correct?**

A. I have.

**Q. And you were monitoring them via live audio, correct?**

A. That is correct.

**Q. Now, on December 13th there was a controlled call placed to Raymond Moore prior to the confidential informant going to the area and purchasing narcotics, correct?**

A. Correct.

**Q. And that controlled call was not with Mr. Dixon, correct?**

A. That is correct.

**Q. That was a controlled call that was placed in Spanish to Mr. Moore, correct?**

A. Correct.

**Q. Now, Mr. Dixon in the video is just standing next to Mr. Chacon, correct? I believe he is drinking a beer.**

A. Correct.
**Q. Standing on the sidewalk there is not a crime, correct?**
A. I believe he was on the property, but standing there is not a crime, no.
**Q. Now, when the CI shows up, he is speaks only with Mr. Chacon, correct?**
A. I remember him speaking with Mr. Chacon. I would have to review the tape to see who else he spoke with.
**Q. As far as your recollection, he did not speak with Mr. Dixon, correct?**
A. Again, I would have to review the tape to verify that.
**Q. All right. You were listening to an audio, correct?**
A. I was, yes.
**Q. And the whole interchange between the confidential informant and Mr. Chacon was in Spanish, correct?**
A. Again, I would have to review it.
**Q. Now, when there is an exchange, when Mr. Chacon and the CI come within a few feet of each other and face to face, Mr. Dixon isn't present, correct?**
A. I don't recall. I would have to review the tape.
**Q. And as a matter of fact, Mr. Dixon just at that point is sitting in the chair, and he has his back to whatever is going on behind him, correct?**
A. Again, I would have to review the tape for those details.
**Q. All right. So as not to slow things down, the tape is what**

**it is, correct? It's an accurate portrayal of what really occurred that day, correct?**

A. That is correct.

**Q. So you would agree with me Mr. Dixon sitting down with his back to whatever this confidential informant and Mr. Chacon are doing, he is not watching it, correct?**

A. I can't agree to that. I don't remember those details.

**Q. But the video is what it is, right?**

A. Yes.

**Q. And on that occasion what was purchased was just three-tenths of one gram of crack cocaine, correct?**

A. I would have to review the report to see the weight that was purchased.

**Q. The last instance where Mr. Dixon comes out is on December 17th of 2013, correct?**

A. Correct.

**Q. That's the instance where the CI walks up, and Mr. Dixon walks up to him and offers to sell him some crack, correct?**

A. He offers to sell him some narcotics, correct.

**Q. But Mr. Dixon doesn't sell the CI narcotics, correct?**

A. Correct.

**Q. Because there was a phone call placed ahead of time on this date as well, correct?**

A. That is correct.

**Q. And the phone call was to somebody other than Mr. Dixon**

**ordering narcotics, correct?**

A. That is correct.

**Q. And when Mr. Dixon walked up to the confidential informant and offered to sell a few rocks, the informant said, no, he is taking care of me, referring to someone else?**

A. Maurin Chacon said he was already taken care of, and they went off and did their own thing.

**Q. And the CI and Mr. Chacon went on and did their own thing?**

A. Chacon walked around the back, the CI stayed in the promenade area, Mr. Dixon was still present during that time.

**Q. But it's clear -- do you recall on the video Mr. Dixon simply walking away after he was not -- he was rebuffed from selling, he walked away and he was no longer involved in that transaction? Do you remember that in the video?**

A. I would have to review it.

**Q. But if it's on the video, it is what actually occurred, correct?**

A. Just because he is not seen on the video doesn't mean he wasn't present or behind the confidential informant while the transaction was taking place.

**Q. You have no knowledge that that occurred, correct?**

A. And I have no knowledge that he walked off either.

**Q. Okay. And, again, the conversation that was had was in Spanish, correct?**

A. I would have to review the tape.

**Q. And the amount of narcotics that was involved in that transaction was just two-tenths of one gram of cocaine, correct, crack cocaine?**

A. For the weight I would have to review the report.

MR. DONET: No further questions, Your Honor.

THE COURT: Thank you.

Mr. Rubio.

MR. RUBIO: I have no questions, Your Honor.

THE COURT: Redirect?

**REDIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Detective, do you recall speaking with defense counsel Mr. Gonzalez regarding the December 13th purchase and the phone call involving Raymond Moore?**

A. Yes.

**Q. And do you recall speaking with Mr. Donet about who actually made the drug sale on December 13, 2013?**

A. I believe it was Maurin Chacon.

**Q. Who on December 13, 2013, on the telephone coordinated the drug transaction?**

A. Raymond Moore.

**Q. Who executed the drug transaction in person on December 13, 2013?**

A. Maurin Chacon.

**Q. You spoke with Mr. Donet about lookouts. Do you recall that**

**line of conversation?**
A. Yes.
**Q. What is a lookout and what do they do?**
A. A person who, in essence, looks out or watches out for the police officers coming into the area while either somebody has narcotics on them or they are in the process of selling the narcotics.
**Q. You spoke with Mr. Donet about the family relationship that you know of between Mr. Dixon and the other individuals, correct? Do you remember that line of questioning?**
A. Yes.
**Q. During the recordings, did you see Mr. Dixon on November 22, 2013, at the sight of the drug transaction?**
A. Yes.
**Q. To the best of your knowledge, he didn't have any family there?**
A. No.
**Q. You saw Mr. Dixon in two additional drug transaction recordings earlier today, correct?**
A. That is correct.
**Q. Were any family members present?**
A. No, they were not.
**Q. Where was Mr. Dixon in relationship to the site of the drug transactions on each of these days?**
A. Next to it and in view of what was going on.

MR. DONET: Objection; calls for speculation.

THE COURT: Well, I'm going to sustain that objection and disregard that answer.

**BY MR. VÁZQUEZ:**

**Q. In light of your review of the video, were there portions of times when the drug transactions were in Mr. Dixon's line of sight?**

A. Yes.

MR. DONET: Objection; calls for speculation.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. You may answer.**

A. Yes.

**Q. In the course of the videos that we have reviewed, I'm going to draw a reference to them, were drugs immediately on the person during each and every transaction that we have reviewed today?**

A. No, they were not.

**Q. Where were the drugs retrieved from?**

A. Several times Maurin Chacon left a picture --

MR. GONZALEZ: Objection.

THE COURT: Approach.

(Bench conference commenced):

THE COURT: So I have allowed a lot of latitude with the detective and the video, but I don't think we are going to

go over the video with the detective in redirect and what he saw. You can tell the jury about what they see on the video, but let's just clean up things that he did or didn't do with regard to the events, and then we will leave the rest for our closings.

MR. DONET: Our concern is a lot of what the detective is now trying to testify to on redirect are things that are speculation where he said he didn't know, he didn't see where he was --

THE COURT: Aren't I helping? Does Mr. Donet not understand?

MR. VÁZQUEZ: My point is that they are trying to make the point that these individuals always have drugs on them. Mr. Donet specifically asked every time you stopped my client, he didn't have drugs. I believe in every single one of these transactions they have the drugs planted, they go get them, and return.

THE COURT: Right. That is something either that will show up on the video, or if this detective knows it, his CI told him. So either the jury sees what they see on the video, and they infer or determine that from coconspirator testimony about how they used the bombs and put it on the wall. I don't think this is the witness to take it through.

Okay. Thank you.

(Bench conference concluded.)

MR. VÁZQUEZ: Permission to approach the witness with the transcript?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sir, if you could turn to tab 28, which is Government Exhibit 203, page 2. Detective, do you recall this recording regarding -- let me know when you get there.**

A. Yes. 203?

**Q. Yes, sir.**

A. Yes.

**Q. Page 2. Do you recall defense counsel, Mr. Horowitz, discussing with you about Mr. Altamirano and who brought up what with regard to the discussion about the purchase of firearms? Do you recall that?**

A. Yes.

**Q. Who brings up the subject of taxing or being taxed in this conversation?**

A. (Witness reviews document.)

Christopher Altamirano.

**Q. And what is -- what are they talking about being taxed over?**

MR. HOROWITZ: Objection; calls for speculation.

THE COURT: Well, is it in the transcript there, Mr. Vázquez?

MR. VÁZQUEZ: Yes.

THE COURT: You have referenced -- go ahead, Detective.

What are they talking about?

THE WITNESS: Taxing is a term used to charge a price for something. So, for example, if something is $400, the tax -- to make $50, they would have to tax $50 above that for the profit if the price was $400 for the item.

**BY MR. VÁZQUEZ:**

**Q. This conversation in reference to the firearms, who was being taxed?**

A. That would be Christopher Altamirano was being taxed.

**Q. Detective, I would like for you to turn to Government's 122, Exhibit 122, which is tab 6, page 2. Page 1 and 2. In the context of the question of where is Peludo on page 1, what does Defendant Altamirano say?**

A. Peludo, being Maurin Chacon, Christopher Altamirano says that he is his cousin.

**Q. And where is -- where is Peludo according to Defendant Altamirano?**

A. He said he is at home.

**Q. And what did Peludo do to Altamirano?**

A. He left him there.

**Q. With what?**

MR. HOROWITZ: Objection; calls for speculation.

THE COURT: Yes. Sustained.

**BY MR. VÁZQUEZ:**

**Q. Where was Altamirano left by Peludo?**

MR. HOROWITZ: Objection. Same question. Calls for speculation.

THE COURT: No, if he knows this.

A. He was left at the trap or the location of where they sell narcotics with a cell phone.

**Q. Detective, had you seen Ruger firearms before?**

A. Yes, I have.

**Q. Have you seen Glock firearms before?**

A. Yes, I have.

**Q. Have you heard individuals describe Rugers as Glocks and Glocks as other things?**

A. Yes, I have.

**Q. When you spoke to Defendant Portela about his firearm, did he reference his arrest with you?**

A. Yes, he did.

**Q. Have you seen Ruger firearms and other semiautomatic type firearms?**

A. Yes, I have.

**Q. Do they have a similar appearance?**

A. Yes, they do.

MR. VÁZQUEZ: One moment, Your Honor.

**BY MR. VÁZQUEZ:**

**Q. Detective, when you were handling the cleaning, in your words, of the confidential informant, do you recall testifying to that effect?**

A. Yes, I do.
**Q. How far from the drug distribution site were you when you released the confidential informant on each of the times?**
A. Three blocks away.
**Q. How long was the confidential informant out of your site when you were responsible for cleaning the confidential informant?**
A. He would go approximately 2 blocks at which point the eyeball would pick him up.
**Q. And generally in time, terms of time, how long was this? Was this an hour? Was this 2 hours? How long was he deployed?**
A. It wouldn't be an hour. No more than 45 minutes, and sometimes it was as little as 10 minutes.
**Q. Throughout the entire time that the confidential informant was deployed while you were the cleaner, so to speak, were you monitoring the confidential informant through audio aids?**
A. Yes, I was.
**Q. Was there ever a time when the confidential informant ran off and went into a bar by himself?**
A. No. He was given specific instructions to follow.
**Q. Did you listen to him following your instructions?**
A. Yes, he did. Yes, I did.
**Q. When you were the eyeball on May 1st, do you recall that incident?**
A. Yes, I do.

**Q. Was there a moment when the confidential informant went on some type of frolic and you didn't know where he went?**

A. No. That would be a breach of his contract with us.

**Q. Did you see him do it?**

A. No, I did not.

MR. VÁZQUEZ: No further questions for this witness, Your Honor.

THE COURT: All right. Detective, you may step down.

(Witness excused.)

THE COURT: Government, call your next witness.

MS. HOSSEINI: The United States calls Officer Walter Lewis.

**DETECTIVE WALTER LEWIS, sworn**

THE COURTROOM DEPUTY: Would you please be seated. Please state your full name for the record and spell your full name.

THE WITNESS: My name is officer Walter Lewis, W-A-L-T-E-R L-E-W-I-S.

**DIRECT EXAMINATION**

**BY MS. HOSSEINI:**

**Q. Good afternoon, Officer Lewis.**

A. Good afternoon.

**Q. Where do you work?**

A. The City of Miami Police Department.

**Q. What is your title?**

A. Police officer.
**Q. How long have you worked as a police officer?**
A. Approximately 6½ years.
**Q. The entire time with the City of Miami?**
A. Yes, ma'am.
**Q. What are your duties as a police officer?**
A. Currently assigned to uniform patrol.
**Q. Are you assigned a particular area?**
A. Currently I'm assigned to Flagami.
**Q. Prior to Flagami, where were you assigned?**
A. Little Havana.
**Q. For approximately how long?**
A. About 2 to 3 years.
**Q. Directing your attention to July 17, 2012, were you on duty that day?**
A. Yes, ma'am.
**Q. What shift did you work?**
A. Midnights.
**Q. Did you conduct any investigations on that day?**
A. Yes, ma'am.
**Q. When you said midnight, do you remember approximately the times?**
A. 9 p.m. to 7 a.m.
**Q. Do you remember the name of the person that was involved in the investigation that you conducted on that day?**

A. From memory, no, ma'am.
**Q. Is there anything that would refresh your recollection?**
A. The arrest affidavit I would have completed.
MS. HOSSEINI: Your Honor, may I approach?
THE COURT: You may.
**BY MS. HOSSEINI:**
**Q. Please take a look at it, and look up when you are done.**
**Are you done?**
A. Yes.
**Q. Thank you.**
**Is your memory refreshed?**
A. Yes, ma'am.
**Q. Do you remember the name of the person that was involved in the investigation you conducted on that day?**
A. Yes, ma'am.
**Q. What is the name of that person?**
A. Angel Salas.
**Q. I'm showing you what's been previously entered into evidence as Government's Exhibit 6. Can you see the screen, Officer Lewis?**
A. Yes, ma'am.
**Q. Do you know who this person is?**
A. That's the individual I arrested that night, Angel Salas.
**Q. How did you get involved in that investigation?**
A. I was dispatched reference violent fight involving several

males.

**Q. What area?**

A. Approximately 13th Avenue and about 3rd or 4th Street, I believe.

**Q. And did you respond to that scene?**

A. Yes, ma'am.

**Q. What happened when you got there?**

A. Upon my arrival I observed -- excuse me -- I observed a group of males clearly in some type of dispute with another male that I observed walking away from the scene.

**Q. And the scene, was it a building?**

A. It was an apartment complex.

**Q. I'm showing you what's been marked for identification as Government's Exhibit 92. Do you recognize this document?**

A. Yes, ma'am.

**Q. What is it?**

A. It's a photograph of the street view of the apartment complex that I arrived, that I was dispatched to.

**Q. Does it fairly and accurately represent what you saw on that day?**

A. Yes, ma'am.

MS. HOSSEINI: Your Honor, move to admit into evidence Government's Exhibit 92.

THE COURT: Any objection?

MR. HOROWITZ: Judge, may we see it, please?

THE COURT: Sure.

MS. HOSSEINI: I'm sorry.

MR. HOROWITZ: No objection, Your Honor.

THE COURT: Government's 92 is admitted.

(Document marked as Government's Exhibit 92 admitted into evidence)

MS. HOSSEINI: Permission to publish, Your Honor?

THE COURT: Yes.

**BY MS. HOSSEINI:**

**Q. Is that the scene that you responded to, Officer Lewis?**

A. Yes, ma'am.

**Q. What happened?**

A. Excuse me?

**Q. And what happened when you got there?**

A. Upon my arrival I observed a male, Angel Salas, approximately 15, 20 feet away from another group of individuals, and they were clearly in an argument.

**Q. Did you speak with anyone?**

A. Yes. I made contact with the group of individuals, and I had another officer stop the individual that I arrested that night, Mr. Salas.

**Q. Okay. What was the nature of this response?**

MR. GONZALEZ: Objection; this calls for hearsay.

THE COURT: Well, what happened next? How is that?

MS. HOSSEINI: Sure. I'm sorry, if I can clarify.

**BY MS. HOSSEINI:**

**Q. What was the nature of your response to that scene, why you responded?**

A. I was dispatched reference a violent fight involving several males.

**Q. Okay. And so what happened after you said you encountered several males?**

A. Correct. I made contact with the group of individuals, determined what happened, and pretty much got the understanding that there was a violent fight --

MR. GONZALEZ: Objection, Judge.

THE COURT: Sustained.

MR. GONZALEZ: This is all hearsay.

THE COURT: Sustained.

**BY MS. HOSSEINI:**

**Q. Without referencing what anyone told you, why were you there?**

THE COURT: I think we have covered this, Ms. Hosseini.

MR. GONZALEZ: Objection.

THE COURT: Let's move on.

**BY MS. HOSSEINI:**

**Q. What did you see on scene?**

A. Upon investigating the scene, I observed there was a live round on the ground -- actually, there were two live rounds on

the scene as well as a spent casing.

**Q. And what's a live round?**

A. A live round is a bullet that has not been shot.

**Q. I'm showing you what's been previously entered into evidence as Government's Exhibit 340A. Can you tell us what you see in this photo?**

A. Yes, that's a picture of the rear of the apartment complex. And where you see that cone with the number 1, that's where I observed a live round on the ground.

**Q. Can you draw a circle on your screen so we can see what you are talking about?**

A. (Witness complies.)

**Q. Looking at 340C, as in Charlie, can you tell us what you see in this photo?**

A. Yes. Where you see the cone number 2, there was a --

THE COURT: I'm sorry to interrupt, Officer. I beg your pardon.

Could I see everybody over here?

(Bench conference commenced):

THE COURT: When did we introduce these exhibits?

MS. HOSSEINI: With Mr. Alfonso.

THE COURT: I have zero notes. Ask Ms. Greer. I don't remember.

Did 340A through J come in through Mr. Alfonso?

All right. I beg your pardon. I beg your pardon.

MS. HOSSEINI: Thank you, Your Honor.

THE COURT: Thanks.

(Bench conference concluded.)

THE COURT: I'm sorry for the interruption, Officer. Please continue.

**BY MS. HOSSEINI:**

**Q. You were saying on Exhibit 340C what do you see?**

A. The cone number 2 was where I observed another live round on the staircase, and the number 3 was a spent shell casing.

**Q. And on 340E?**

A. That's a closer picture of the cone number 2 on the staircase with the live round.

**Q. And on 340F?**

A. And that's a closer picture of number 3 where there is the spent casing on the staircase.

**Q. 340H?**

A. That is the victim.

**Q. Did you speak to him that night?**

A. Yes, ma'am.

**Q. Do you remember his name?**

A. No. Not off the top of my head, no.

**Q. Do you remember seeing him that night? Did you see any bruises, injuries, anything of that kind?**

A. Yes, ma'am. I recall he had bruising under his right -- on his right cheek and his shirt was torn.

**Q. Looking at 340J, what's that?**
A. That's a picture of his torn shirt.
**Q. After you spoke with everyone, what did you do then?**
A. Placed Mr. Salas into custody.
**Q. At any time did you call crime scene to show up at the scene?**
A. Yes, ma'am.
**Q. Did they come?**
A. Yes, ma'am.
**Q. Were you still on scene when they showed up?**
A. Yes, ma'am.
**Q. What did they do?**
A. They took pictures of the scene as well as took into evidence the two live rounds that were on the scene as well as the spent casing.
**Q. Officer Lewis, I'm showing you what's been marked for identification as Government's Exhibits 47 and 48. Do you recognize these items?**
A. Yes, ma'am.
**Q. What are they?**
A. This one would be the evidence case that contains the two live rounds, and this is the evidence container with the spent casing.

MS. HOSSEINI: Your Honor, we move to enter into evidence Government's Exhibits 47 and 48.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: Government's 47 and 48 are admitted without objection.

(Evidence marked as Government's Exhibits 47 and 48 admitted into evidence)

MS. HOSSEINI: Permission to publish, Your Honor?

THE COURT: You may.

**BY MS. HOSSEINI:**

**Q. Officer Lewis, can you please open the envelope?**

A. Sure.

MS. HOSSEINI: Permission to approach with a pair of scissors?

THE COURT: Yes.

THE WITNESS: Thanks.

**BY MS. HOSSEINI:**

**Q. Can you please hold up what you have, Officer Lewis, and tell us what you see?**

A. This is a box containing the spent casing.

**Q. And what else do you have?**

A. In the second envelope?

**Q. Yes, please.**

A. In here I have two of the same, but these are two live rounds.

MS. HOSSEINI: No further questions at this time, Your

Honor.

THE COURT: Okay. Cross examination, Mr. Gonzalez?

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Officer Lewis, with regards to what happened July 17, 2012, you have no personal knowledge of what happened there? You were not a witness to what happened, correct?**

A. Correct.

**Q. Now, the only person that you arrested was Angel Salas, correct?**

A. Correct.

**Q. All right.**

MR. GONZALEZ: I have nothing further, Your Honor.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: No questions, Your Honor.

THE COURT: Mr. Korchin?

MR. KORCHIN: No questions.

THE COURT: Mr. Donet?

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No, Your Honor.

THE COURT: Any redirect?

MS. HOSSEINI: No, Your Honor.

THE COURT: United States, call your next witness.

MR. VÁZQUEZ: The Government will call Detective Kenny

Veloz. However, I believe we have some materials to admit to the binders.

THE COURT: Ladies and Gentlemen, we have some additional entries for your binder. I'm going to give you some assistance where to put it in the binder. I'm going to put it on the Elmo, I'm going to give you sheets, transfer exhibit number A with tab number B so we can put it in the binder before the witness gets here.

If you can go ahead and give the jurors copies. Let's puts the Elmo on, put it up, and Ms. Hosseini is going to pass out copies for the jurors.

Defense, I have already provided you with copies for your notebooks; is that right?

MR. DONET: Yes, Judge.

MR. GONZALEZ: Yes, Judge.

MR. VÁZQUEZ: I can hold on doing this now, but there is the disks -- I can do it now.

THE COURT: Let's get the notebooks done, and then we will go on to the disks.

Detective, you may come up here and take the stand while we are working.

THE WITNESS: Good afternoon, Ladies and Gentlemen.

Good afternoon, Your Honor.

THE COURT: Good afternoon.

MR. VÁZQUEZ: Your Honor, may I approach the witness?

THE COURT: Yes.

THE COURT: Mr. Vázquez, how many more do we have? Maybe we can take a break.

MR. VÁZQUEZ: Four.

THE COURT: Four?

MR. VÁZQUEZ: Yes.

THE COURT: Okay.

MR. HOROWITZ: Judge, may we approach sidebar?

THE COURT: Yes.

(Bench conference commenced):

THE COURT: Yes, Mr. Horowitz?

MR. HOROWITZ: Judge, while this was going on, when the witness came in --

THE COURT: I saw it.

MR. HOROWITZ: -- the witness addressed the jury.

THE COURT: He did.

MR. HOROWITZ: My client --

THE COURT: He gave me a culling look. There is nothing to be done except to remind the Government and its many, many witnesses -- this is not State Court. I know. You don't talk to jurors when you walk into the courtroom. You don't say hello. It's sweet, it's unnecessary, it curries favor.

It's not enough that there is anything that needs to be done or could be done, but I expect that this will not endeavor to garner any favor with the jury by any other outbursts of bon

ami or goodwill.

MR. HOROWITZ: I ask the Court to admonish the witness and tell the witness not to curry favor, not to talk to the jury, not to acknowledge them.

THE COURT: Right. If he does during his testimony, I will give an appropriate admonition, but I don't think we have to worry once testimony starts. When we take a break, I will tell him no more hey, hi.

Just for the record, actually I'm so confused, I thought there was a packet of transcripts.

Mr. Donet, wasn't that the idea, that the packet as opposed to one at a time?

Just for future, it's easier, you know, a packet. I know. I know.

All right. Let's see if we can -- can we put the Elmo up with the transcript.

(Bench conference concluded.)

THE COURT: That's the first page. There is two pages.

All right, ladies and gentlemen. You are working diligently. I'm going to ask the detective to start his preliminary testimony, and then when you -- before we break, you will spend a little more time on the notebooks, and then after we break we will spend some time on the notebooks.

Leave your work as it is so you remember what point you were, and I'm going to have the detective sworn in, and we will

start the testimony.

**DETECTIVE KENNETH VELOZ, sworn**

THE COURTROOM DEPUTY: Please state your full and spell it for the record.

THE WITNESS: My name is a Kenneth Veloz, last name is V-E-L-O-Z.

THE COURT: Mr. Vázquez, if you would. Ladies and gentlemen, if you would leave your binders alone for a moment and attend to our witness.

MR. VÁZQUEZ: Your Honor, at this time I believe by stipulation the Government would offer the disks associated with the transcripts.

THE COURT: Okay.

MR. VÁZQUEZ: Disk 144, 148 -- Government's 148, Government's 151, 155, 159, 162, 169, 171, 177, 179, 180, 183, 185, 189, 194, 210, 214, 224, 227.

THE COURT: All right. By stipulation all of those recordings will be admitted. I will go over them with you before we break, and you may proceed.

(Documents and videos marked as Government's Exhibits 144, 148, 151, 155, 159, 162, 169, 171, 177, 179, 180, 183, 185, 189, 194, 210, 214, 224, and 227 admitted into evidence)

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, Detective.**

A. Good afternoon.
**Q. Sir, how are you currently employed?**
A. A detective with the Miami-Dade Police Department.
**Q. And in what unit are you assigned with the Miami-Dade Police Department?**
A. I'm currently assigned to a federal task force with ATF. It's called the STOP unit, which stands for Street Terror Offender Program.
**Q. And as a law enforcement officer, what assignments have you held?**
A. My first 3 years I was a uniformed officer. Shortly after that I became a detective with the crime suppression team, and from there I got promoted to a narcotics detective. I was there for about 8 years, and now I have been with the federal task force for 4.
**Q. Have you received training in the field of robbery, narcotics, and undercover investigations?**
A. Yes.
**Q. Have you received training and gained experience with the terminology and phrases related to these investigations?**
A. Yes.
**Q. Detective, what is the difference between a reactive and a proactive investigation?**
A. Reactive is an investigation that you are involved in after the actual crime has been committed. Proactive investigation is

something that you investigate and initiate and utilizing undercover officers in order to see if these crimes will be committed or can be committed by certain individuals.

**Q. Are confidential informants used in proactive investigations?**

A. Yes.

**Q. What are some of the things that you look for when identifying possible targets in a proactive investigation?**

A. Well, first we gather intelligence and see whether or not the individuals have the means or the skill to be involved in whatever crime we are investigating.

**Q. Does every proactive investigation that you start with end in an arrest?**

A. No.

**Q. Why would you end a proactive investigation without an arrest?**

MR. HOROWITZ: Objection; relevance.

THE COURT: Yes, sustained.

**BY MR. VÁZQUEZ:**

**Q. In the course of your law enforcement duties, have you taken part in the investigation of Defendants Maurin Chacon, Christopher Altamirano, and James Dixon?**

A. Yes.

**Q. And do you see those individuals in court today?**

A. Yes.

**Q. And would you identify them by an article of clothing?**

A. Dixon is wearing a black dress shirt with a black tie. If I may stand?

THE COURT: Yes, of course.

A. Altamirano is also wearing a black shirt with a black tie, Mr. Chacon is also with a black shirt with a multi-colored tie.

MR. VÁZQUEZ: Let the record reflect the witness has identified the defendants.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. How were you involved in this investigation regarding these defendants?**

A. I was contacted by Special Agent Ross from the ATF in early February, and he asked me if I could assist him in an undercover role.

MR. VÁZQUEZ: Your Honor, at this time I would ask permission to publish Government's 144 which coincides with Government's 146, the transcript, tab 12.

THE COURT: All right. Tab 12 and you may publish.

**BY MR. VÁZQUEZ:**

**Q. Detective, do you have tab 12 in your binder?**

A. Yes.

THE COURT: Maybe he ought to stop, Mr. Vázquez. I see some members of the jury still looking through their packets.

So why don't we do this: Let's take a few more moments

for you to enter your transcripts into your notebooks, see how far we get in finishing that task, and then we will take a break.

I think I've come up with an idea. I'm going to excuse you, Ladies and Gentlemen. I'm going to ask you to take your notebooks where you have been writing notes so that there is nothing up there that you have left behind, and then I'm going to ask the attorneys to finish putting the notebooks together because they have a better idea of how it's organized.

Take your spiral notebooks where you have written down notes, and then just leave the binder with the transcript either on your chair or in front of you, and we will try to get it organized for you so that when you come back, you can just follow along with the testimony. Okay?

We are going to take a break. Take your handwritten notes back. Don't talk about the case to each other. We will resume in about 15 minutes.

(Jury retires at 2:54 p.m.)

THE COURT: Let me make sure I get the videos correct first. I'm going to read them back to you, Mr. Vázquez. 144, 148, 151, 155, 157, 162 --

MR. VÁZQUEZ: 155, 159.

THE COURT: 159.

MR. VÁZQUEZ: 162.

THE COURT: 162.

MR. VÁZQUEZ: 169.

THE COURT: 169.

MR. VÁZQUEZ: 171.

THE COURT: 171.

MR. VÁZQUEZ: 177.

THE COURT: Um-hm.

MR. VÁZQUEZ: 179.

THE COURT: Yes.

MR. VÁZQUEZ: 180.

THE COURT: Yes.

MR. VÁZQUEZ: 183.

THE COURT: Yes.

MR. VÁZQUEZ: 185.

THE COURT: Yes.

MR. VÁZQUEZ: 189.

THE COURT: Um-hm.

MR. VÁZQUEZ: 194, 210.

THE COURT: Yes.

MR. VÁZQUEZ: 214.

THE COURT: Yes.

MR. VÁZQUEZ: 224.

THE COURT: Yes.

MR. VÁZQUEZ: 227.

THE COURT: All right.

Now, if you could with the assistance of defense

counsel, I think they made good inroads, but everyone has their talents. Being organizationally challenged might be not one of the jurors' talents. So if could make sure that the transcripts are in the notebook beneath the tab that they are supposed to be. We will take whatever time we need to do that.

Detective, do not have any interaction with the jury other than your questioning by the prosecutors. Don't say hello to them or anybody else. Restrict comments to the questions and answers with the prosecutors.

THE WITNESS: Yes, Your Honor.

THE COURT: Is there anything else we need? Who is our volunteer from the defense to help?

MR. DONET: I will be honest. I don't want the jurors to have the transcripts, so I feel uncomfortable helping.

THE COURT: Mr. Donet, that ship sailed with the failure to object. That was the whole point.

MR. DONET: I understand.

THE COURT: Now what we are trying to do is spend a lot of time. The reason I ask, you don't have to help, you don't have to open a notebook, but if you want to make certain that what they are getting is --

MR. GONZALEZ: The right thing.

THE COURT: Then he may look over the shoulder. You don't have to lift a hand or finger. I'm just -- if you don't want to watch, then that's okay, too. I leave it to the good

offices of everyone.

Okay.

MR. VÁZQUEZ: May the detective step down to go to the restroom if he needs to?

THE COURT: Yes. Step down, please.

(Witness leaves the courtroom.)

THE COURT: And we will take a break.

(Recessed at 2:58 p.m.)

(Resumed at 3:22 p.m.)

THE COURT: Let the record reflect that the defendants have not arrived in the courtroom, which is fine.

But we are done with the notebooks?

MS. HOSSEINI: Yes, Your Honor.

THE COURT: Very good. Then I will wait until the...

MR. VÁZQUEZ: May I put the witness in the stand?

THE COURT: No, one brief minute.

Before we begin, I have asked our intrepid CSO to collect the sheets, the guide sheets, because they are not really needed for anything else, from the juror's places.

Mr. Donet, I want to return to your comment. I spoke with Ms. Sanders, she is the other half of our intrepid court reporting team that is providing daily copy. Have I entirely misapprehended what's going on? This morning I believed it was announced that there was accord as to the admission of the videos and the transcripts as aids. Did I misunderstand that?

MR. DONET: No, Your Honor. It's my understanding that it was going to be a packet given to the jurors. I thought it was just as simple as opening the binder, putting the packet in, and closing it. That's what I had envisioned.

THE COURT: So you before we broke commenting on your discomfort as to the mechanics of how it was getting there as opposed to the fact of it being there?

MR. DONET: I think we were all under the impression that it was a packet that was opening the binder and closing it. We didn't realize that they had the tabs.

THE COURT: We have overcome that hurdle.

MR. DONET: Yes.

THE COURT: Now we have the videos and transcripts and we will zoom ahead.

Okay. Mr. Vázquez, if you can collect the detective, or Ms. Hosseini.

And I think at some point, maybe Friday since we are breaking early, I think all the parties should meet or have a designee from the defense and the Government to go over the witness list since clearly whatever day 340 came in I missed that entire block. So you want to make certain that your lists are in sync with Ms. Greer's, and then she can again tell me where I have missed noting it.

If you bring in the jurors.

(Jury returns at 3:26 p.m.)

THE COURT: Everyone be seated, please.

Members of the jury, you may refer to your binders. They are completed.

Now, remember again that the transcripts are merely aids. It's up to you to determine whether or not they comport with the content of the tape recordings, and I will give you that full instruction again at the end of the day.

Mr. Vázquez, you may continue.

MR. VÁZQUEZ: Your Honor, we were in the process of publishing the video. May I continue to do that?

THE COURT: Yes, you may. 146?

MR. VÁZQUEZ: This is at tab 12.

(Video played.)

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Detective, who did you just see on the screen?**

A. Yes.

**Q. Who did you just see on the screen?**

A. Oh, Raymond Moore on the bicycle and Chacon walking with the long hair.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who is in the vehicle at this time?**

A. I'm the driver of the vehicle, and the informant is the passenger.

**Q. And what area of town are you in?**

A. The City of Miami.

**Q. Do you know what neighborhood?**

A. Yes. It's right down the street from the Marlins Stadium on 10th Avenue and N.W. 4th Street. Between 4th and 5th Street.

**Q. And what are you observing at this juncture?**

A. The accumulation of guys hanging out in front of the target location, which is the house that we had the intelligence from, just interacting with each other there.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who did you just see on the screen right now?**

A. That was Raymond Moore.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who do you see on the screen now?**

A. That's Chacon.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who do you see on the screen now?**

A. I see Angel Martinez, Raymond Moore, Chacon, and several other individuals that always hang out with them.

**Q. Detective, can you point using the screen who Angel Martinez is, who Raymond Moore is?**

THE COURT: You can use your finger to circle the

faces.

A. That there is Angel (indicating), this here is Raymond Moore (indicating), and this is Chacon (indicating).

**Q. From this vantage point, are you able to identify anybody else at this point?**

A. No.

**Q. Detective, earlier in the recording, the reference of need 80, what was that? What did you mean?**

A. We both needed 80, $80 worth of crack.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what do you see happening now?**

A. They collectively went to their drug stash and are supplying Chacon with the total amount that we needed, which was $160 worth.

**Q. Who is "they"? Who are you referring to?**

A. Raymond Moore, Angel Martinez, and Chacon.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what is happening at this point?**

A. There was -- the transaction just took place while we were there. You will see a female walking along. It was a hand-to-hand transaction, which then Chacon is walking over to the vehicle and supplying us with the crack cocaine.

**Q. When you were referring to a female and a transaction, was**

**that involving yourself and the confidential informant?**

A. No, that was just a pedestrian.

**Q. And what is happening with regard to you and the confidential informant at this point?**

A. At that point we are completing the sale. I'm handing over the currency, and he is supplying the crack cocaine.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, for purposes of your investigation, how -- what was the impact of Chacon's statement to you just now?**

A. After the transaction he asked for my cell phone, which tells me that he wants to continue to do business.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, earlier in the transcript there is reference to eight and eight and sixteen. Do you know what that means?**

A. Yes. Eight and eight means eight crack rocks for each one for myself and eight for the informant, sixteen total.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what has been marked for identification as Government's 143. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. Crack cocaine.

**Q. Was this involved in your February 6th drug purchase?**

A. Yes.

**Q. Is this in substantially the same condition as when you received it on February 6, 2014?**

A. Yes. Yes, it is.

**Q. I'm also showing you Government's 145. Do you recognize these images?**

A. Yes, 145 is a still photo of Chacon walking.

**Q. Are these images a fair and accurate representation of what you saw on February 6th?**

A. Yes.

MR. VÁZQUEZ: At this time I move Government's 143 and 145 into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: All right. 143 and 145 are admitted.

(Evidence marked as Government's Exhibits 143 and 145 admitted into evidence)

MR. VÁZQUEZ: Permission to publish?

THE COURT: You may.

**BY MR. VÁZQUEZ:**

**Q. What do you see detective?**

A. Crack cocaine.

**Q. Are these the items that you received on February 6, 2014?**

A. Yes, they are.

**Q. Showing you page 1 of Government's 145. What do you see?**

A. Chacon walking on the sidewalk.

**Q. Showing you the second page of Government's 146.**

A. That's Raymond Moore on the passenger side window.

**Q. Showing you the third page of Government's 146. What do you see?**

A. Still picture of Chacon on the passenger side window.

THE COURT: 145?

MR. VÁZQUEZ: 5. Excuse me.

THE COURT: How many pages? Is it composite?

MR. VÁZQUEZ: Yes, six pages.

THE COURT: Okay.

**BY MR. VÁZQUEZ:**

**Q. I'm showing you the fourth page of Government's 145. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. That's a still photo of the video with the -- all the individuals in front of the target location.

**Q. Who do you recognize, if anyone, from this image, if you are able to make anyone out?**

A. I recognize Angel Martinez, Raymond Moore, Chacon, and I believe the individual on the far right with the shorts on, the tall, heavyset guy, is Rodriguez.

**Q. And could you use your finger to identify these persons on the screen?**

A. That would be Rodriguez (indicating), Chacon (indicating), Moore (indicating), and Martinez (indicating).

MR. VÁZQUEZ: For purposes of the record, starting right to left, the witness has identified persons described as Rodriguez, second from the right Maurin Chacon with a circle, third from the right Raymond Moore, and all the way to the left Angel Martinez.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you the fifth page of Government's 145. What do you see in this image?**

A. I see Chacon receiving parts of the crack cocaine.

**Q. And I'm showing you the sixth image of Government's 145. What do you see?**

A. Chacon on the passenger window conducting a hand to hand.

**Q. Hand to hand of what, sir?**

A. The crack cocaine for currency.

**Q. Detective, in the course of this video, you use colorful language. Why is that?**

A. Well, you know, I obviously have to speak in street jargon, you know, ebonics, same level of the individuals that I'm dealing with to make it believable that I'm involved in criminal activity and that I'm not an undercover officer.

**Q. Detective, on February 11, 2014, did you participate in part**

**of this investigation involving a recorded conversation with a defendant or target Miguel Rodriguez?**

A. Yes.

**Q. I want to turn your attention to Government's Exhibit 50, which is at tab 13.**

MR. VÁZQUEZ: Your Honor, permission to publish?

THE COURT: Yes.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what are you looking at at this point in time in the recording?**

A. We are back at that same target location, and Raymond Moore -- I'm sorry, Miguel Rodriguez is walking towards us.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what just happened on the screen? And I'm pointing to page 5, bottom 5, of the transcript.**

A. Rodriguez approached us and told us that there is cameras across the street from the location and pointed out the house.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what is happening right now on the tape, on the recording?**

A. Rodriguez was walking towards me, and we started a conversation at which time he said to me -- he stopped the

conversation and asked me to lift my shirt up and turn around because he thought I might have had a gun on me.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Directing your attention to page 12, top of the transcript, what were you talking about with or what was being spoken to Mr. Rodriguez when the phrase "night shift" arose?**

A. Well, we were asking about other individuals, and he replied that they were working the night shift, that they were sleeping.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, you reference -- you use some provocative language in this portion of the transcript, page 12. Why are you referring to that and what is the purpose of that for purposes of the investigation?**

A. Well, again, you know, I have to communicate with these people at their level. I can't go in there and act like I normally act because it would be -- they would know right away that it's suspicious and that I may be a police officer or an informant. So I have to use terminology, street terms and ebonics like I have done for many years working undercover, to make sure that I leave there safe and the informant leaves there safe. I don't want them to get a hunch or something that I may be doing an undercover operation.

**Q. And you reference prostitutes in this portion of the**

**transcript, page 12.**

A. Yes.

**Q. Why is that?**

A. Well, my -- what I said to them was that I'm a pimp and that I have several prostitutes that work for me and that what I do is I purchase crack cocaine, and I sell it to the johns that come see my prostitutes.

**Q. And for purposes of how you were going to continue the investigation and what steps you were going to take, what was the significance of Mr. Rodriguez's statement, "I will have you flooded" on page 13 of the transcript?**

A. That pretty much anything I order he would be able to get it for me.

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what has been marked as 147, Government's 147, for purposes of identification and two stills as a composite under Government's 149. Please look at them and look up when you have had a chance to fully inspect them.**

A. (Witness complies.)

**Q. What is Government's 147?**

A. This is the crack cocaine that I purchased, 18 crack rocks in the yellow bag.

**Q. And is Government's 147 the same or in substantially the**

**same condition as when it was purchased on the 11th of February 2014?**

A. Yes.

MR. VÁZQUEZ: At this time I would move Government's 147 into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: 147 is admitted.

(Evidence marked as Government's Exhibit 147 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. And what is depicted on Government's 149?**

A. It's still pictures from the actual video of Miguel Rodriguez.

**Q. Is this a fair and accurate representation of what you saw on February 11, 2014?**

A. Yes.

MR. VÁZQUEZ: At this time I would move Government's 149 into evidence.

THE COURT: Is it a composite?

MR. VÁZQUEZ: It is.

THE COURT: How many pages?

MR. VÁZQUEZ: Two pages.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: Government's 149 composite is admitted.

(Documents marked as Government's Exhibit 149 admitted into evidence)

MR. VÁZQUEZ: Permission to publish, Your Honor?

THE COURT: You may.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been admitted to evidence as Government's 147. What do you see?**

A. The crack cocaine.

**Q. And I'm showing you page 1 of Government's 149, a composite. What do you see?**

A. Still photos of Miguel Rodriguez.

**Q. And where is this taken?**

A. In front of the target location.

**Q. I'm showing you the second page of Government's 149. What do you see?**

A. That's a still photo of Miguel Rodriguez in a conversation with us on the sidewalk.

**Q. And where does this take place?**

A. That's next door to the actual location of the target location.

**Q. Detective, I'm showing you what's been admitted into evidence as Government's 142. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. That's the house, the target location, where they were selling the drugs out of.

**Q. And I'm showing you Government's 36. Do you recognize it?**

A. Yes. That's an apartment building that's just about two buildings down from the target location on the west side.

I'm sorry, that's going to be the east side.

**Q. Detective, on February 15, 2014, did you participate in an undercover -- a control call with Defendant Maurin Chacon?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I seek to publish Government's 151 and the ensuing reference, drawing reference to it, Government's 152, which is at tab 14.

THE COURT: All right. You may publish 151.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, whose voice do you hear on the phone?**

A. Chacon's.

**Q. Detective, for the purposes of where your investigation was going forward, what was the significance of Mr. Chacon's statement, "Hey, don't forget to give me the number, you hear?"**

A. That he wants to keep in contact with me. This was a call that I received from Chacon that day.

**Q. Detective, who is Peludo?**

A. That's also Chacon. It's his street name.

**Q. Do you know what that means?**

A. Peludo means, like, hairy guy, like a lot of hair.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, for purposes of where your investigation was going, what was the significance of Mr. Chacon's statement, "I'm 24/7 dog"?**

A. Call him at any time, that he is ready to do business.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who is the uncle referenced in the transcript, page 4?**

A. The uncle is the actual -- my informant. I'm his nephew, and he is my uncle.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, on February 19, 2014, did you participate in an undercover purchase of narcotics involving target Miguel Rodriguez?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I seek to publish Government's 151 and draw the attention of the jury to Government's Exhibit 161, which is at tab 17.

THE COURT: All right.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, on page 1 of the transcript and the corresponding disk that we are playing now, whose voice do you hear?**
A. Chacon's.
(Video playing.)
**BY MR. VÁZQUEZ:**
**Q. Detective, who is the source of that call?**
A. Chacon. We were wanting to make another purchase.
(Video playing.)
**BY MR. VÁZQUEZ:**
**Q. Detective, what just happened on the screen?**
A. Miguel Rodriguez picked up a stash of crack cocaine by the tree stump and approached us.
**Q. And who was with Mr. Rodriguez at that time?**
A. Chacon.
**Q. Who had you spoken to about completing the drug transaction over the telephone?**
A. With Chacon.
**Q. And where are you located at this point in time on the video? Where -- physically where are you?**
A. We are between 4th and 5th Street on 10th closer to 4th Street. Away from the target location.
**Q. I'm sorry, what were you saying?**
A. Away from the target location, a couple houses down from there.
(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. On page 5 of the transcript at the top, for purpose of the investigation and what you were going to do going forward, what was the significance of Rodriguez's statement, "Because that's my big bro. I got to respect what he say"?**

A. I mean, that's an indication to me that he is the one running the operation, and he has got to answer --

MR. GONZALEZ: I object. That calls for speculation.

THE COURT: Yes. I will allow it to the extent that it is only the detective's impression. It's not stating a fact, it's what the detective believed based on that exchange.

You may continue, Detective.

**BY MR. VÁZQUEZ:**

**Q. Would you complete your answer, sir.**

A. It's an indication to me that Chacon is running the operation and that he has to respond to him.

(Video playing. )

**BY MR. VÁZQUEZ:**

**Q. Detective, on page 6 of the transcript, you have documented as part of this conversation, and I draw your attention to it, Mr. Chacon at the bottom of the page, page 6, says, "Don't worry about it. Hold that shit there. Don't worry about it."**

**What did you perceive from that statement regarding this interaction with Mr. Rodriguez, yourself, and Mr. Chacon?**

A. Well, Rodriguez was getting animated, so Chacon told Rodriguez that -- he didn't say hold that shit there, it says "hold that shit down." He puts his hand up to him and says, "Hold that shit down." Hey, I'm not going to tolerate making the purchaser feel uncomfortable.

**Q. At any point in time in this interaction did Mr. Chacon take direction from Mr. Rodriguez?**

A. No.

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been marked for identification as Government's 158 and Government's 160, which is a two-page composite. Do you recognize these items?**

A. 160 is still photos of Rodriguez and Chacon.

THE COURT: Into the microphone, Detective.

THE WITNESS: I'm sorry.

THE COURT: Into the microphone.

THE WITNESS: Sorry about that.

A. Still photo of Rodriguez and of Chacon, a still photo of them during the transaction.

**Q. And what is 158?**

A. The crack cocaine that I purchased that day.

**Q. Is Government's 158 in the same or potentially the same condition when it was purchased on February 19, 2014, by you?**

A. Yes.

MR. VÁZQUEZ: At this time I would move Government's 158 and 160, a two-page composite into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

MS. HOSSEINI: No, Your Honor.

THE COURT: 158 and 160 are admitted.

(Evidence marked as Government's Exhibits 158 and 160 admitted into evidence)

MR. VÁZQUEZ: Permission to publish, Your Honor?

THE COURT: You may.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what's been admitted into evidence as Government's 158. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. Crack cocaine purchased that day.

**Q. That day being February 19, 2014?**

A. Yes.

**Q. And I'm showing you Government's 160, page 1, do you recognize it?**

A. Yes, a still photo of Miguel Rodriguez that day.

**Q. Is that day February 19, 2014?**

A. Yes.

**Q. And I'm showing you the second page of Government's 160. Do**

**you recognize it?**

A. Photo of Chacon on February 19th, a still photo of him during the transaction.

THE COURT: Ladies and Gentlemen, we are going to take a 5-minute restroom break.

We are not going to go all the way to 5 because one of your number has an engagement that he needs to be at at 5:15, and then we will talk about our schedule. Quick 5 minutes.

(Jury retires at 4:23 p.m.)

THE COURT: Everybody back by 4:30.

(Recessed at 4:24 p.m.)

(Resumed at 4:31 p.m.)

THE COURT: Detective, if you resume your seat.

Bring them in, please.

(Jury returns at 4:31 p.m.)

THE COURT: Be seated, everyone.

Mr. Vázquez, you may continue.

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Detective, forgive me, I got ahead of myself. Were you also part of an undercover purchase on February 18, 2014, as part of this investigation? And I'm directing your attention to the exhibit marked 157 and the transcript under tab 16.**

A. Yes.

MR. VÁZQUEZ: Your Honor, permission to publish the

video on 155, Government's exhibit, and I direct the jury's attention to 157.

THE COURT: Yes.

MR. VÁZQUEZ: Thank you.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who do you see on the screen?**

A. Chacon.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what just happened on the screen?**

A. We had a hand-to-hand transaction.

**Q. And who was involved in that hand-to-hand transaction?**

A. Chacon was providing the crack, and I was providing the money.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who is on the screen right now?**

A. That's me.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who did you just see on the screen?**

A. Miguel Rodriguez approached me.

**Q. And what was Mr. Rodriguez doing when you saw him on the screen?**

A. He was on the bicycle on the phone and asked me if they already handled me.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, at the bottom of page 5, who is the speaker of the statement, "Hey, you have these people waiting, hurry up"?**

A. Miguel Rodriguez.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, who do you see on the screen now?**

A. Chacon.

**Q. Do you see anyone else on the screen?**

A. Yes. Not sure quite who it is because of the -- it's not focused.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, at the center of page 9, who brings up the service of bagging the narcotics?**

A. Chacon.

(Video playing.)

MR. VÁZQUEZ: Permission to approach, Your Honor?

THE COURT: You may.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what has been marked for identification as Government's 154. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. Crack cocaine.

**Q. And is this the same or substantially the same condition as when you received it on February 18, 2014?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 154 into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: 154 is admitted without objection.

(Evidence marked as Government's Exhibit 154 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you Government's 156, a composite exhibit with five pages. Do you recognize it?**

A. Yes. These are still photos from the actual video of Chacon and Rodriguez and myself and an unidentified male on the bicycle.

**Q. Are the images in Government's 156 a fair and accurate representation of what occurred on the video and on the date February 18, 2014?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 156, a composite exhibit of five pages, into

evidence.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: 156 is admitted.

(Evidence marked as Government's Exhibit 156 admitted into evidence)

MR. VÁZQUEZ: Permission to publish?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, I'm showing you what has been admitted into evidence as Government's 154. Do you recognize it?**

A. Yes.

**Q. What is it?**

A. That's the crack cocaine that I purchased that day.

**Q. Showing you the first page of Government's 156, a composite exhibit with five pages. What do you see?**

A. That's a still photo of Chacon.

**Q. When is this from?**

A. That same day of the purchase.

**Q. Showing you the second image of Government's 156. What do you see?**

A. That's a still photo of Rodriguez on the bicycle on the phone.

**Q. Who is this (indicating)?**

A. That's me.

**Q. Showing you the third page of Government's 156. What is it?**
A. A still photo of Chacon the day of the transaction with an unidentified male on the bicycle.
**Q. Showing you the fourth page of Government's 156. Do you recognize it?**
A. That's Chacon, unidentified male, and myself on that same day, the day of the transaction.
**Q. And I'm showing you the fifth and final page of Government's 156. Do you recognize it?**
A. Yes, it's a facial shot of Chacon the day of the transaction.
**Q. Detective, during the drug transaction or while the drug transaction was pending, do you recall that Mr. Chacon left at one point in time?**
A. Yes.
**Q. Where did he go?**
A. He ran northbound and east in between the abandoned building that you showed me a photograph of earlier.
**Q. Showing you Government's 36. Is this the building that you are referring to?**
A. Yes.
**Q. Is this the building Mr. Chacon went to during the video?**
A. Yes.
**Q. Where did Mr. Chacon return from?**
A. From that same -- around the same building and ran

towards -- southbound towards us.

**Q. Showing you Government's 42. Where in relationship to the transaction was the structure on Government's 42, if you recall?**

A. That's the abandoned apartment?

**Q. I'm showing you 42.**

A. Where is this located you are saying?

**Q. In relationship to where the transaction happened.**

A. I'm sorry. Southbound over here (indicating). South of the target location on the west side of the avenue.

**Q. Was it very far? How far?**

A. I would say two buildings down, two apartment buildings, two houses down.

MR. VÁZQUEZ: Your Honor, would the Court like me to continue with an additional transaction?

THE COURT: No. If you are coming to another transaction, this would be a good -- great point.

All right. Ladies and gentlemen of the jury, we are going to break for the day. Before you go let me discuss with you a few things.

First, of course, don't talk about this case with anyone. Not in person, not over the Internet highway, don't talk about the case at all.

Second, and thank you, my understanding is that you have all adjusted your schedules so that the next 3 days, Tuesday, Wednesday, Thursday, we are going to go from a 9-to-5

day, and the parties and I very much appreciate that.

So remind yourself, yellow stickies, something in your phone that tomorrow 9 instead of 9:30.

Go home, have a good dinner, have a good rest, and be in the room, your home away from home, tomorrow at 9 waiting to start your work.

Have a good evening.

(Jury retires at 4:48 p.m.)

THE COURT: All right. Detective, you are excused for the evening. You are still on direct. Don't talk about your testimony to anyone, and be back here whatever time the Government tells you to be ready to go at 9.

THE WITNESS: Thank you, Judge.

THE COURT: Marshals, you may take the gentlemen back. Do you need to speak to your clients?

MR. HOROWITZ: No, Your Honor.

One small matter, if we can bring the shades down.

THE COURT: Sure.

MR. HOROWITZ: The sun is hitting that table.

THE COURT: We are going to start tomorrow at 9, so I will see you all back here at 9 a.m.

Attorneys, remain. We will do some housekeeping work.

(Defendants excused from the courtroom.)

THE COURT: Okay. How much longer do we suppose the detective will be -- will he be the morning or -- with cross?

MR. VÁZQUEZ: I believe I have nine transactions left --

THE COURT: Okay.

MR. VÁZQUEZ: -- with this witness. I think we might spill over into the afternoon. I don't know if I'm being pessimistic with that.

MR. GONZALEZ: On direct?

MR. VÁZQUEZ: On direct.

THE COURT: On direct?

MR. VÁZQUEZ: Maybe with cross.

THE COURT: Okay. Well, in that regard, it seems to me, again, food for thought, if there has been stipulation as to the videos, then the video stills --

MR. GONZALEZ: Yeah.

THE COURT: -- I think perhaps we could move that along.

MR. VÁZQUEZ: I will.

THE COURT: And if there is anything else that you think might -- we have just not addressed yet, perhaps, Mr. Vázquez, you could talk to your esteemed adversaries tonight before you go.

Let's say we conclude with the detective. Who would be the next three witnesses?

MR. VÁZQUEZ: We have the chemist will be testifying, then we will have the narcotics in evidence. The chemist will

be testifying, and after the chemist, depending on scheduling, I have Detective Cadavid may be testifying, Investigator Butcher. In the event that we -- I guess I can save that for the end, however the Court wants, but he is to authenticate the 404(b) convictions. Mr. Velez.

THE COURT: Okay. That will take us through the day at least.

MR. VÁZQUEZ: All right.

THE COURT: Gentlemen, you know who your lineup shall be.

Really, you are going to say something?

MR. DISPOTO: I'm excited.

THE COURT: Up until now you have been my most favorite attorney, so it's yours for lose.

MR. DISPOTO: Your Honor, may I address an evidentiary issue that may come up during the testimony of the chemists?

THE COURT: Yes.

MR. DISPOTO: As Your Honor I'm sure knows, the chemists have memorialized the results of their analysis in lab reports. It is my intention to move the lab reports into evidence. I don't know if the defense has an objection. If they do, I would like to be heard on that.

Alternatively, I would like to supply Your Honor with some case law that supports the admitting of the lab reports in evidence in addition, obviously, to the witness's testimony

about their analysis.

THE COURT: Okay. So first do we have an objection to the admitting of the lab reports?

MR. HOROWITZ: Can we have a moment, Your Honor?

THE COURT: You may have a moment.

MR. RUBIO: Judge, I just want to advise the Court I have one witness on my side, so I'm going to file a witness list with the one person.

THE COURT: Thank you, Mr. Rubio.

Mr. Dispoto, it seems that the gentlemen of the defense are -- give us a broad brush of your position.

MR. HOROWITZ: And the case law as well.

MR. DISPOTO: Your Honor, the admitting of the lab reports, I believe, raises basically two issues. Issue number one is whether the lab report is hearsay, and if so, does it fall under any exception. Issue number two, whether we have a Crawford problem.

With respect to the first issue, Judge, there is case law that clearly states the lab reports are business records, United States versus Garnett at 122 F.3d 1016. It's an Eleventh Circuit case, 1997, which cites to an Eighth Circuit case.

In addition, United States versus Ignasiak at 667 F.3d 1217, an Eleventh Circuit case from 2012. That case involved autopsy reports, but the Court clearly held that the autopsy report was a business record and that the reports could be

admitted through the testimony of the person who actually performed the autopsy.

THE COURT: And I take it we have the same -- the chemists performed the tests?

MR. DISPOTO: Correct. The Crawford issue is really a non-issue because under Melendez-Diaz versus Massachusetts, the Supreme Court recently basically decided that there is a Crawford violation if the Government seeks to admit lab reports through a custodian of records --

THE COURT: Right.

MR. DISPOTO: -- and not through the actual person who performed the tests. In our case it's the actual chemists who will be testifying, so there is no Crawford issue.

THE COURT: Okay.

MR. DISPOTO: So for those cases and those reasons, Judge, we believe that they should be admitted through these witnesses.

THE COURT: All right. So there you have it, gentlemen of the defense. If you have an objection, because the chemist won't come until later in the afternoon, I expect you to send -- you can send it via email, copy the Government, but before 9 a.m. tomorrow, a case authority that you say would undermine Mr. Dispoto's position. If you have no objection, then let Mr. Dispoto know and the Court know, and we'll take care of that.

And the citations again are 122 F.3d 1016, 667 F.3d 1217, and the Melendez-Diaz which, Mr. Dispoto, you didn't give a cite.

MR. DISPOTO: I have it.

THE COURT: There we go.

MR. DISPOTO: 129 S. Ct. 2527.

MR. VÁZQUEZ: I certainly don't want to be here any longer, but I want to make sure what happened today with the reports doesn't happen in the future with the jail calls.

THE COURT: Right.

MR. VÁZQUEZ: The jail calls are in a binder now.

THE COURT: Right.

MR. VÁZQUEZ: The witness who reviewed them and edited them is the case agent, who has authenticated them.

THE COURT: Okay.

MR. VÁZQUEZ: Rather than go through this procedure again, I would offer, and I don't know the defense's position, but to offer the jail calls, and they should not be -- the jurors should not be looking around at them until the proper call, but I can seek to admit them all at once and we deal with them one at a time, similarly to what we have done with these undercover buys.

THE COURT: Well, you have produced all of those calls to the defense?

MR. VÁZQUEZ: Yes.

THE COURT: We did, of course, have conversation and I have issued ruling.

MR. VÁZQUEZ: On the redactions.

THE COURT: On Mr. Portela's calls.

MR. VÁZQUEZ: Yes.

THE COURT: So the question is are there any other calls? I don't believe anyone else filed any motions in limine directed to the jailhouse calls.

MR. VÁZQUEZ: No one else has. I spoke with the defense, and they did not raise any issues to me about the calls in their current state.

THE COURT: Okay. So the question is is -- first question is does anyone have any objection to the authentication of the calls through the case agent?

MR. GONZALEZ: On behalf of Chacon, no objection.

MR. HOROWITZ: Same with Mr. Altamirano.

Judge, just so the Court is aware, similar to what Mr. Korchin filed on behalf of Portela, nor is one anticipated.

MR. KORCHIN: I think I will have an objection.

THE COURT: To the authentication by the case agent?

MR. KORCHIN: Yes.

MR. VÁZQUEZ: And we had filed a 902.11 notice in our discovery responses.

MR. HOROWITZ: No, not as to these.

MR. VÁZQUEZ: In the discovery response we put 902.11

notice.

THE COURT: Let's get back to Mr. Donet.

MR. DONET: No objection.

THE COURT: Mr. Rubio?

MR. RUBIO: No objection.

THE COURT: What is the basis of your objection to the case agent authenticating the calls?

MR. KORCHIN: Well, as far as I'm aware, the Government has indicated that in the discovery process they notified us of authentication, self authentication by 902.11.

THE COURT: That's what they are saying.

MR. KORCHIN: I don't have a certificate. I don't have a 902.11 certificate as far as I know.

THE COURT: Beyond that, the question becomes the case agent collected the actual recordings, reviewed the actual recordings. So what other predicate -- do you want something from FDC or TGK or whatever? Is that what your objection is?

MR. VÁZQUEZ: I have that witness.

THE COURT: Okay.

MR. KORCHIN: If they have a witness --

THE COURT: Put that person on for the this is the tape, I gave it to the case agent, and our machines work.

MR. VÁZQUEZ: Because of Mr. Korchin's objections, they are redacted.

THE COURT: Right, but they are redacted.

MR. VÁZQUEZ: He can say that the call is from their machine.

THE COURT: He doesn't know -- the guy or gal from the facility doesn't have to go into the transcripts. He or she can just say these are the tapes.

MR. VÁZQUEZ: He can listen. The tapes are different from the originals that we received because they are redacted.

THE COURT: Right. But what I'm saying is that person, whoever gave the tapes up at the institution, is a 3-minute I pulled the tape, this is the tape we keep, our machines are in working order, and I gave it to the agent. Any cross? Yeah. Two minutes, not even, of cross.

Then you put the agent on and he says I got the tapes, I read the tapes, I prepared this transcript. And then, you know, there can be a voir dire. But there can be -- the redaction isn't coming up because that's a legal --

MR. VÁZQUEZ: No, I just don't want Mr. Korchin to say, well, what you are testifying to, because he is a custodian of records, he is going to say these tapes, I have examined them, these recordings are from our system, I know that because I have listened to them.

THE COURT: No, he wouldn't do such a thing.

MR. KORCHIN: No.

THE COURT: Because both the tapes -- what's going back to the jury is the tape itself is redacted as are the

appropriate transcripts. All you have to do -- this was a good discussion, productive.

Now we only need the guy, the gal, and no other objections are coming forward as to the transcripts. The ones that Mr. Korchin raised we have already dealt with.

We are on a roll. Any other things that anyone else would like to address?

Okay. Along with the jury, gentlemen, reset your watches to be here at 9 a.m.

I will see you all tomorrow.

(Thereupon, the proceedings were concluded at 5:05 p.m.)

DAILY COPY

# I N D E X

WITNESS PAGE

**DETECTIVE DAVID BERNAT, CONTINUED**

CROSS EXAMINATION BY MR. DONET.......................... 7

REDIRECT EXAMINATION BY MR. VÁZQUEZ..................... 18

**DETECTIVE WALTER LEWIS, SWORN**.......................... 26

DIRECT EXAMINATION BY MS. HOSSEINI...................... 26

CROSS EXAMINATION BY MR. GONZALEZ....................... 36

**DETECTIVE KENNETH VELOZ, SWORN**......................... 40

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 40

EXHIBITS

Government's Exhibit 92 in evidence..................... 30

Government's Exhibits 47 and 48 in evidence............. 35

Government's Exhibits 144, 148, 151, 155, 159, 162, 169, 171, 177, 179, 180, 183, 185, 189, 194, 210, 214, 224, and 227 in evidence.................................... 40

Government's Exhibits 143 and 145 in evidence........... 53

Government's Exhibit 147 in evidence.................... 59

Government's Exhibit 149 in evidence.................... 60

Government's Exhibits 158 and 160 in evidence........... 66

Government's Exhibit 154 in evidence.................... 70

Government's Exhibit 156 in evidence.................... 71

* * * * * * * *

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 23, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

**$**

**$160** [1] - 51:14
**$400** [2] - 23:3, 23:5
**$50** [2] - 23:4
**$80** [1] - 51:9

**/**

**/s** [1] - 85:7

**1**

**1** [8] - 10:10, 23:11, 23:12, 32:8, 54:2, 60:10, 63:1, 66:20
**10** [2] - 1:5, 25:13
**1016** [2] - 77:20, 79:1
**102** [1] - 5:18
**104th** [1] - 2:5
**10th** [2] - 50:5, 63:20
**11** [2] - 55:25, 59:16
**1107** [1] - 2:5
**1120** [1] - 5:18
**1139** [1] - 5:19
**11th** [1] - 59:1
**12** [7] - 43:18, 43:19, 43:21, 49:12, 57:5, 57:13, 58:1
**1217** [2] - 77:23, 79:2
**122** [4] - 23:10, 23:11, 77:20, 79:1
**129** [1] - 79:6
**13** [5] - 18:17, 18:19, 18:22, 56:5, 58:11
**13th** [4] - 14:6, 14:15, 18:13, 29:3
**14** [1] - 61:12
**14-20017-CR-KMW** [1] - 1:2
**142** [1] - 60:23
**143** [5] - 52:23, 53:13, 53:17, 53:18, 84:18
**144** [5] - 40:14, 40:20, 43:17, 44:20, 84:15
**145** [11] - 53:7, 53:9, 53:14, 53:17, 53:18, 54:2, 54:9, 54:15, 55:12, 55:14, 84:18
**146** [4] - 43:18, 49:11, 54:4, 54:6
**147** [9] - 58:17, 58:18, 58:22, 58:25, 59:5, 59:8, 59:9, 60:8, 84:19
**148** [5] - 40:14, 40:20, 44:21, 84:15
**149** [8] - 58:19, 59:12, 59:19, 60:1, 60:2, 60:10, 60:15, 84:20
**15** [3] - 30:16, 44:17, 61:7
**150** [1] - 1:22
**151** [7] - 40:15, 40:21, 44:21, 61:11, 61:13, 62:21, 84:15
**152** [1] - 61:12
**154** [6] - 69:25, 70:8, 70:11, 70:12, 71:11, 84:22
**155** [6] - 40:15, 40:21, 44:21, 44:22, 68:1, 84:15
**156** [11] - 70:15, 70:20, 70:25, 71:4, 71:5, 71:15, 71:20, 72:1, 72:4, 72:9, 84:23
**157** [3] - 44:21, 67:23, 68:2
**158** [8] - 65:13, 65:22, 65:24, 66:3, 66:7, 66:8, 66:14, 84:21
**159** [5] - 40:15, 40:21, 44:22, 44:23, 84:15
**16** [1] - 67:23
**160** [8] - 65:13, 65:15, 66:3, 66:7, 66:8, 66:20, 66:25, 84:21
**161** [1] - 62:22
**162** [6] - 40:15, 40:21, 44:21, 44:24, 44:25, 84:15
**169** [5] - 40:15, 40:21, 45:1, 45:2, 84:15
**17** [3] - 27:14, 36:5, 62:22
**171** [5] - 40:15, 40:21, 45:3, 45:4, 84:16
**177** [4] - 40:15, 40:21, 45:5, 84:16
**179** [4] - 40:15, 40:21, 45:7, 84:16
**17th** [1] - 16:15
**18** [5] - 58:23, 67:21, 70:5, 70:22, 84:5
**180** [4] - 40:15, 40:21, 45:9, 84:16
**183** [4] - 40:15, 40:21, 45:11, 84:16
**185** [4] - 40:16, 40:21, 45:13, 84:16
**189** [4] - 40:16, 40:21, 45:15, 84:16
**19** [4] - 62:16, 65:25, 66:18, 66:23
**1910** [1] - 1:24
**194** [4] - 40:16, 40:21, 45:17, 84:16
**1997** [1] - 77:21
**19th** [1] - 67:2
**1:39** [1] - 3:2
**1:45** [1] - 7:2
**1st** [1] - 25:23

**2**

**2** [10] - 22:6, 22:11, 23:11, 25:8, 25:11, 27:13, 32:15, 33:8, 33:11
**20** [3] - 10:1, 30:16
**2000** [1] - 1:19
**2012** [3] - 27:14, 36:5, 77:23
**2013** [12] - 7:13, 8:10, 8:14, 8:21, 9:4, 12:3, 14:6, 16:15, 18:17, 18:19, 18:23, 19:13
**2014** [14] - 10:11, 53:5, 53:25, 55:25, 59:2, 59:16, 61:7, 62:16, 65:25, 66:18, 66:23, 67:21, 70:5, 70:22
**2015** [2] - 1:4, 85:6
**203** [2] - 22:6, 22:8
**210** [4] - 40:16, 40:22, 45:17, 84:16
**214** [4] - 40:16, 40:22, 45:19, 84:16
**22** [2] - 12:3, 19:12
**224** [4] - 40:16, 40:22, 45:21, 84:16
**227** [4] - 40:16, 40:22, 45:23, 84:17
**22nd** [4] - 8:25, 9:3, 13:13, 13:18
**23** [2] - 1:4, 85:6
**24** [2] - 9:24, 10:1
**24/7** [1] - 62:6
**2527** [1] - 79:6
**26** [2] - 84:6, 84:7
**28** [1] - 22:5
**2:54** [1] - 44:18
**2:58** [1] - 47:8

**3**

**3** [5] - 27:13, 33:9, 33:14, 41:11, 73:24
**3-minute** [1] - 82:9
**30** [1] - 84:13
**3250** [1] - 2:2
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**340** [1] - 48:20
**340A** [2] - 32:5, 32:24
**340C** [2] - 32:13, 33:7
**340E** [1] - 33:10
**340F** [1] - 33:13
**340H** [1] - 33:16
**340J** [1] - 34:1
**35** [1] - 84:14
**36** [3] - 61:3, 72:19, 84:8
**3:22** [1] - 47:9
**3:26** [1] - 48:25
**3rd** [1] - 29:3

**4**

**4** [2] - 41:15, 62:11
**40** [3] - 84:9, 84:10, 84:17
**404(b** [1] - 76:4
**406** [1] - 2:3
**42** [3] - 73:2, 73:3, 73:5
**45** [1] - 25:12
**47** [5] - 34:17, 34:25, 35:3, 35:5, 84:14
**48** [5] - 34:17, 34:25, 35:3, 35:5, 84:14
**4:23** [1] - 67:9
**4:24** [1] - 67:11
**4:30** [1] - 67:10
**4:31** [2] - 67:12, 67:15
**4:48** [1] - 74:8
**4th** [5] - 29:3, 50:5, 63:20, 63:21

**5**

**5** [7] - 54:10, 56:17, 64:3, 67:6, 67:8, 69:5
**5-minute** [1] - 67:5
**50** [1] - 56:4
**53** [1] - 84:18
**59** [1] - 84:19
**5:05** [1] - 83:12
**5:15** [1] - 67:7
**5th** [2] - 50:5, 63:20

**6**

**6** [7] - 5:25, 23:11, 28:19, 53:5, 53:25, 64:20, 64:22
**60** [1] - 84:20
**614** [1] - 1:20
**66** [1] - 84:21
**667** [2] - 77:22, 79:1
**681** [1] - 2:10
**6th** [2] - 53:2, 53:11
**6½** [1] - 27:3

**7**

**7** [4] - 8:10, 8:21, 27:23, 84:4
**70** [1] - 84:22
**71** [1] - 84:23

**8**

**8** [1] - 41:14
**80** [2] - 51:8, 51:9

**9**

**9** [9] - 27:23, 69:17, 74:3, 74:5, 74:12, 74:20, 74:21, 78:22, 83:9
**9-to-5** [1] - 73:25
**902.11** [4] - 80:22, 80:25, 81:10, 81:13
**9130** [1] - 1:24
**92** [5] - 29:14, 29:23, 30:4, 30:5, 84:13
**984** [1] - 5:18
**99** [1] - 1:17
**9:30** [1] - 74:3

**A**

**a.m** [4] - 27:23, 74:21, 78:22, 83:9
**abandoned** [2] - 72:17, 73:4
**able** [3] - 51:4, 54:22, 58:12
**above-entitled** [1] - 85:3
**accord** [1] - 47:24
**according** [2] - 4:2, 23:16
**accumulation** [1] - 50:7
**accurate** [4] - 16:1, 53:10, 59:15, 70:20
**accurately** [1] - 29:19
**accused** [1] - 6:6
**acknowledge** [1] - 39:4
**act** [2] - 57:17, 57:18
**activity** [1] - 55:24
**acts** [2] - 6:5, 6:6
**actual** [10] - 12:20, 41:25, 59:13, 60:20, 62:12, 70:17, 78:11, 78:12, 81:15
**addition** [2] - 76:25, 77:22
**additional** [3] - 19:18, 37:4, 73:14

**additions** [2] - 3:8, 3:9
**address** [2] - 76:15, 83:7
**addressed** [2] - 38:15, 75:19
**adjusted** [1] - 73:24
**admission** [1] - 47:24
**admit** [5] - 4:23, 29:22, 37:1, 78:8, 79:20
**admitted** [24] - 30:4, 30:6, 35:3, 35:6, 40:18, 40:22, 53:17, 53:19, 59:8, 59:10, 60:1, 60:3, 60:7, 60:22, 66:7, 66:9, 66:13, 70:11, 70:13, 71:4, 71:6, 71:10, 78:1, 78:16
**admitting** [3] - 76:24, 77:3, 77:13
**admonish** [1] - 39:2
**admonition** [1] - 39:6
**adversaries** [1] - 75:20
**advise** [1] - 77:6
**affidavit** [1] - 28:3
**AFPD** [1] - 1:21
**afternoon** [11] - 7:10, 7:11, 26:21, 26:22, 37:22, 37:23, 37:24, 40:25, 41:1, 75:5, 78:20
**Agent** [1] - 43:13
**agent** [8] - 79:14, 80:14, 80:20, 81:7, 81:15, 81:22, 82:11, 82:13
**agents** [1] - 4:18
**agree** [3] - 10:16, 16:4, 16:7
**ahead** [5] - 16:22, 22:25, 37:9, 48:14, 67:20
**aids** [3] - 25:16, 47:25, 49:5
**Alfonso** [2] - 32:21, 32:24
**allegation** [1] - 4:22
**allegations** [1] - 4:16
**alleged** [1] - 6:2
**allow** [2] - 6:15, 64:10
**allowed** [1] - 20:24
**alone** [3] - 5:10, 5:22, 40:8
**Altamirano** [16] - 3:14, 4:12, 4:13, 4:23, 5:1, 22:12, 22:19, 23:9, 23:13, 23:14, 23:17, 23:19, 23:25, 42:22, 43:5, 80:16
**ALTAMIRANO** [1] - 1:8
**alternatively** [1] - 76:23
**AMERICA** [1] - 1:4
**ami** [1] - 39:1
**amount** [2] - 18:1, 51:14
**analysis** [2] - 76:19, 77:1
**Angel** [10] - 28:17, 28:23, 30:15, 36:9, 50:21, 50:23, 51:2, 51:17, 54:23, 55:9
**animated** [1] - 65:1
**announced** [1] - 47:24
**answer** [4] - 20:3, 20:12, 64:8, 64:15
**answered** [1] - 14:2
**answers** [1] - 46:9
**ANTHONY** [1] - 1:9
**anticipated** [1] - 80:18
**apartment** [6] - 29:12, 29:17, 32:7, 61:4, 73:4, 73:11
**appearance** [1] - 24:19
**APPEARANCES** [2] - 1:14, 2:1
**appreciate** [1] - 74:1
**approach** [10] - 20:22, 22:1, 28:4, 35:12, 37:25, 38:8, 52:19, 58:14, 65:9, 69:21
**approached** [3] - 56:18, 63:12, 68:23
**appropriate** [4] - 6:13, 6:17, 39:6, 83:1
**April** [1] - 10:10
**area** [7] - 13:17, 14:17, 17:10, 19:5, 27:8, 29:2, 50:1
**argument** [1] - 30:17
**Arias** [2] - 5:15, 5:18
**ARIAS** [1] - 5:15
**arose** [1] - 57:7
**arrest** [8] - 3:17, 3:18, 3:19, 3:25, 24:14, 28:3, 42:13, 42:16
**arrested** [3] - 28:23, 30:20, 36:9
**arrival** [2] - 29:8, 30:15
**arrived** [2] - 29:18, 47:11
**article** [1] - 43:1
**assigned** [6] - 27:7, 27:8, 27:9, 27:10, 41:4, 41:6
**assignments** [1] - 41:9
**assist** [1] - 43:14
**assistance** [2] - 37:5, 45:25
**assisted** [1] - 7:21
**assisting** [1] - 7:22
**associated** [1] - 40:11
**associates** [3] - 6:3, 6:4, 7:23
**assumed** [2] - 5:5, 6:21
**ATF** [2] - 41:6, 43:13
**attempting** [1] - 4:10
**attempts** [1] - 9:20
**attend** [1] - 40:9
**attention** [7] - 27:14, 56:4, 57:5, 62:21, 64:21, 67:22, 68:2
**attorney** [1] - 76:14
**attorneys** [2] - 44:8, 74:22
**audio** [3] - 14:13, 15:12, 25:16
**AUSA** [3] - 1:15, 1:16, 1:16
**authenticate** [1] - 76:4
**authenticated** [1] - 79:14
**authenticating** [1] - 81:7
**authentication** [4] - 80:13, 80:20, 81:10
**authority** [2] - 6:17, 78:22
**autopsy** [3] - 77:24, 78:2
**Avenue** [2] - 29:3, 50:5
**avenue** [1] - 73:9
**aware** [9] - 9:16, 9:22, 10:13, 11:5, 11:14, 11:17, 12:9, 80:17, 81:8

**B**

**bag** [1] - 58:24
**bagging** [1] - 69:18
**bank** [1] - 5:12
**bar** [1] - 25:19
**based** [4] - 3:16, 4:21, 8:9, 64:12
**basis** [1] - 81:6
**became** [1] - 41:12
**become** [1] - 6:12
**becomes** [2] - 5:24, 81:14
**beer** [1] - 14:25
**beg** [3] - 32:16, 32:25
**began** [1] - 7:12
**begin** [1] - 47:17
**behalf** [4] - 3:13, 5:2, 80:15, 80:18
**behind** [3] - 15:23, 17:19, 44:7
**believable** [1] - 55:23
**Bench** [5] - 20:23, 21:25, 32:19, 33:3, 39:17
**bench** [1] - 38:10
**beneath** [1] - 46:4
**Bernat** [2] - 6:22, 6:25
**BERNAT** [1] - 84:3
**best** [1] - 19:15
**better** [1] - 44:9
**between** [7] - 12:8, 15:14, 19:9, 41:22, 50:5, 63:20, 72:17
**beyond** [1] - 81:14
**bicycle** [5] - 49:19, 69:1, 70:19, 71:22, 72:3
**big** [1] - 64:6
**Big** [2] - 6:3, 7:12
**binder** [8] - 37:4, 37:5, 37:7, 43:21, 44:11, 48:3, 48:9, 79:11
**binders** [3] - 37:2, 40:8, 49:2
**binding** [1] - 5:14
**black** [5] - 43:2, 43:5, 43:6
**block** [1] - 48:21
**blocks** [2] - 25:4, 25:8
**blood** [1] - 11:18
**BMT** [13] - 4:4, 4:6, 4:11, 4:15, 4:17, 4:22, 5:8, 7:12, 7:19, 7:23, 8:10, 8:15
**bombs** [1] - 21:22
**bon** [1] - 38:25
**bottom** [3] - 56:17, 64:22, 69:5
**Boulevard** [2] - 1:19, 1:24
**box** [1] - 35:19
**Brazel** [2] - 5:14, 5:17
**BRAZEL** [1] - 5:15
**breach** [1] - 26:3
**break** [10] - 38:3, 39:7, 39:21, 39:23, 40:19, 44:3, 44:15, 47:7, 67:5, 73:18
**breaking** [1] - 48:18
**brief** [1] - 47:16
**bring** [5] - 6:24, 7:1, 48:24, 67:14, 74:17
**brings** [2] - 22:16, 69:17
**bro** [1] - 64:6
**broad** [1] - 77:11
**broke** [1] - 48:5
**brought** [1] - 22:12
**bruises** [1] - 33:23
**bruising** [1] - 33:24
**brush** [1] - 77:11
**Bruton** [4] - 5:9, 5:21, 5:24, 6:10
**building** [6] - 29:11, 61:4, 72:17, 72:19, 72:22, 72:25
**buildings** [3] - 61:5, 73:11
**bullet** [1] - 32:3
**business** [4] - 52:12, 62:7, 77:19, 77:25
**Butcher** [1] - 76:2
**buy** [1] - 10:3
**buys** [4] - 9:24, 10:1, 10:5, 79:22
**BY** [75] - 2:9, 7:9, 8:6, 13:21, 14:4, 18:11, 20:4, 20:11, 22:4, 23:6, 23:24, 24:22, 26:20, 28:6, 30:9, 31:2, 31:16, 31:22, 33:6, 35:9, 35:16, 36:4, 40:24, 42:19, 43:10, 43:20, 49:15, 49:22, 50:11, 50:15, 50:19, 51:11, 51:19, 52:8, 52:14, 52:21, 53:22, 54:14, 55:10, 56:9, 56:15, 56:21, 57:4, 57:11, 58:16, 59:11, 60:6, 61:15, 62:3, 62:9, 62:15, 62:25, 63:5, 63:9, 64:2, 64:14, 64:19, 65:11, 66:12, 67:19, 68:6, 68:10, 68:17, 68:21, 69:4, 69:9, 69:16, 69:23, 70:14, 71:9, 84:4, 84:5, 84:7, 84:8, 84:10

**C**

**Cadavid** [1] - 76:2
**cameras** [1] - 56:18
**care** [3] - 17:5, 17:6, 78:24
**case** [22] - 1:2, 10:21, 11:19, 34:21, 44:16, 73:20, 73:22, 76:24, 77:12, 77:18, 77:21, 77:23, 78:12, 78:22, 79:14, 80:14, 80:20, 81:7, 81:14, 81:22

**cases** [4] - 5:13, 6:13, 13:1, 78:15
**casing** [6] - 32:1, 33:9, 33:15, 34:15, 34:23, 35:19
**cell** [2] - 24:5, 52:11
**center** [1] - 69:17
**certain** [3] - 42:3, 46:20, 48:21
**certainly** [1] - 79:7
**certificate** [2] - 81:12, 81:13
**Certified** [1] - 85:9
**certify** [1] - 85:2
**cetera** [1] - 6:5
**CHACON** [1] - 1:7
**Chacon** [58] - 14:7, 14:25, 15:6, 15:7, 15:15, 15:17, 16:5, 17:6, 17:8, 17:9, 18:18, 18:24, 20:20, 23:14, 42:21, 43:6, 49:19, 50:17, 50:21, 51:3, 51:14, 51:17, 51:23, 53:9, 54:3, 54:8, 54:23, 55:3, 55:7, 55:13, 55:16, 61:8, 61:22, 61:24, 63:7, 63:14, 63:17, 64:16, 64:22, 64:25, 65:1, 65:6, 65:15, 65:20, 67:2, 68:8, 68:14, 69:11, 69:19, 70:17, 71:17, 72:2, 72:6, 72:10, 72:13, 72:22, 72:24, 80:15
**Chacon's** [5] - 52:10, 61:17, 61:19, 62:5, 63:3
**chair** [2] - 15:22, 44:12
**challenged** [1] - 46:2
**chance** [1] - 58:20
**charge** [1] - 23:2
**Charlie** [1] - 32:13
**chart** [1] - 8:17
**check** [1] - 3:5
**cheek** [1] - 33:25
**chemist** [4] - 75:24, 75:25, 76:1, 78:19
**chemists** [4] - 76:16, 76:19, 78:4, 78:12
**Christopher** [4] - 22:19, 23:9, 23:14, 42:22
**CHRISTOPHER** [1] - 1:8
**CI** [8] - 11:1, 15:5, 15:17, 16:17, 16:20, 17:8, 17:9, 21:19
**circle** [3] - 32:10, 50:25, 55:7
**Circuit** [4] - 5:13, 77:21, 77:23
**citation** [1] - 5:16
**citations** [1] - 79:1
**cite** [1] - 79:3
**cites** [1] - 77:21
**City** [3] - 26:24, 27:4, 50:2
**clarify** [1] - 30:25
**clean** [1] - 21:3
**cleaner** [1] - 25:15
**cleaning** [2] - 24:23, 25:6
**clear** [1] - 17:11
**clearly** [8] - 4:17, 4:25, 6:6, 29:9, 30:17, 48:20, 77:19, 77:24
**client** [5] - 4:9, 4:10, 6:7, 21:14, 38:17
**clients** [1] - 74:15
**closer** [3] - 33:11, 33:14, 63:20
**closing** [2] - 48:4, 48:9
**closings** [1] - 21:5
**clothing** [1] - 43:1
**cocaine** [18] - 10:14, 16:11, 18:2, 18:3, 51:24, 52:6, 53:1, 53:24, 55:13, 55:18, 58:6, 58:23, 60:9, 63:11, 65:23, 66:17, 70:3, 71:14
**coconspirator** [1] - 21:21
**Coconut** [1] - 2:3
**codefendant** [1] - 5:8
**coincides** [1] - 43:17
**Coladas** [1] - 7:20
**collect** [3] - 10:22, 47:18, 48:15
**collected** [1] - 81:15
**collectively** [1] - 51:13
**colored** [1] - 43:6
**colorful** [1] - 55:19
**coming** [4] - 19:5, 73:15, 82:16, 83:4
**commenced** [3] - 20:23, 32:19, 38:10
**comment** [1] - 47:20
**commenting** [1] - 48:5
**comments** [1] - 46:8
**committed** [3] - 41:25, 42:3
**communicate** [1] - 57:16
**complete** [1] - 64:15
**completed** [2] - 28:3, 49:3
**completing** [2] - 52:5, 63:15
**complex** [3] - 29:12, 29:18, 32:7
**complies** [2] - 32:12, 58:21
**comport** [1] - 49:5
**composite** [10] - 54:11, 58:19, 59:20, 60:1, 60:10, 65:14, 66:3, 70:15, 70:25, 71:15
**concern** [1] - 21:6
**conclude** [1] - 75:22
**concluded** [4] - 21:25, 33:3, 39:17, 83:11
**condition** [4] - 53:4, 59:1, 65:25, 70:4
**conduct** [1] - 27:19
**conducted** [5] - 10:3, 10:5, 12:10, 27:25, 28:14
**conducting** [1] - 55:16
**cone** [4] - 32:8, 32:15, 33:8, 33:11
**conference** [6] - 20:23, 21:25, 32:19, 33:3, 38:10, 39:17
**confidential** [21] - 10:20, 11:8, 12:4, 12:8, 12:14, 14:16, 15:14, 16:5, 17:3, 17:19, 24:24, 25:3, 25:5, 25:6, 25:14, 25:16, 25:18, 26:1, 42:4, 52:1, 52:4
**confused** [1] - 39:9
**consensual** [1] - 8:1
**consulted** [1] - 11:1
**contact** [3] - 30:19, 31:9, 61:21
**contacted** [1] - 43:13
**container** [1] - 34:22
**containing** [1] - 35:19
**contains** [1] - 34:21
**content** [1] - 49:6
**context** [3] - 3:23, 8:18, 23:12
**continue** [9] - 7:4, 33:5, 49:8, 49:10, 52:12, 58:8, 64:13, 67:17, 73:14
**CONTINUED** [4] - 2:1, 49:14, 67:18, 84:3
**contract** [1] - 26:3
**control** [1] - 61:8
**controlled** [3] - 14:15, 14:19, 14:21
**conversation** [10] - 17:23, 19:1, 22:17, 23:7, 56:1, 56:25, 57:1, 60:17, 64:21, 80:1
**conversations** [5] - 11:8, 11:12, 12:7, 12:10, 12:13
**convictions** [1] - 76:5
**coordinated** [1] - 18:19
**copies** [3] - 37:9, 37:11, 37:12
**copy** [2] - 47:22, 78:21
**Coral** [1] - 1:20
**correct** [104] - 7:13, 7:17, 7:20, 7:23, 7:24, 8:2, 8:3, 8:8, 8:11, 8:18, 8:22, 8:25, 9:4, 9:9, 9:10, 9:12, 9:15, 9:18, 9:19, 9:21, 9:24, 10:1, 10:4, 10:7, 10:11, 10:18, 10:19, 10:22, 11:4, 11:6, 11:9, 11:10, 11:13, 11:16, 11:19, 12:8, 12:11, 12:14, 12:15, 12:16, 12:17, 12:18, 12:19, 12:21, 12:22, 13:2, 13:3, 13:5, 13:7, 13:9, 13:12, 13:14, 13:15, 13:18, 13:22, 14:1, 14:11, 14:13, 14:14, 14:17, 14:18, 14:19, 14:20, 14:22, 14:23, 14:25, 15:1, 15:2, 15:6, 15:10, 15:12, 15:15, 15:19, 15:23, 16:1, 16:2, 16:3, 16:6, 16:11, 16:15, 16:16, 16:18, 16:19, 16:20, 16:21, 16:23, 16:24, 17:1, 17:2, 17:17, 17:21, 17:24, 18:2, 19:10, 19:19, 19:20, 31:9, 36:7, 36:8, 36:10, 36:11, 44:19, 78:5, 85:2
**correctly** [1] - 12:12
**corresponding** [1] - 63:1
**counsel** [4] - 5:17, 18:12, 22:11, 46:1
**couple** [1] - 63:23
**course** [9] - 5:23, 9:7, 9:23, 20:14, 42:20, 43:4, 55:19, 73:20, 80:1
**court** [2] - 42:24, 47:21
**Court** [9] - 38:20, 39:2, 73:13, 76:4, 77:6, 77:24, 78:7, 78:24, 80:17
**COURT** [192] - 1:1, 3:3, 3:15, 3:21, 4:1, 4:5, 4:8, 5:3, 5:5, 6:8, 6:21, 6:24, 7:1, 7:3, 8:5, 10:25, 13:11, 13:20, 14:2, 18:6, 18:9, 20:2, 20:10, 20:22, 20:24, 21:10, 21:18, 22:3, 22:22, 22:25, 23:23, 24:3, 26:8, 26:10, 28:5, 29:24, 30:1, 30:4, 30:8, 30:24, 31:13, 31:15, 31:19, 31:21, 32:16, 32:20, 32:22, 33:2, 33:4, 35:1, 35:3, 35:8, 35:14, 36:2, 36:14, 36:16, 36:18, 36:20, 36:22, 36:24, 37:3, 37:18, 37:24, 38:1, 38:2, 38:5, 38:7, 38:9, 38:11, 38:14, 38:16, 38:18, 39:5, 39:18, 40:7, 40:13, 40:17, 42:18, 43:4, 43:9, 43:19, 43:23, 44:19, 44:23, 44:25, 45:2, 45:4, 45:6, 45:8, 45:10, 45:12, 45:14, 45:16, 45:18, 45:20, 45:22, 45:24, 46:11, 46:15, 46:18, 46:23, 47:5, 47:7, 47:10, 47:14, 47:16, 48:5, 48:11, 48:13, 49:1, 49:11, 50:25, 52:20, 53:15, 53:17, 53:21, 54:9, 54:11, 54:13, 56:7, 58:15, 59:6, 59:8, 59:20, 59:22, 59:24, 60:1, 60:5, 61:13, 62:23, 64:10, 65:10, 65:16, 65:18, 66:4, 66:7, 66:11, 67:4, 67:10, 67:13, 67:16, 68:3, 69:22, 70:9, 70:11, 71:2, 71:4, 71:8, 73:15, 74:9, 74:14, 74:18, 74:20, 74:24, 75:3, 75:9, 75:11, 75:15, 75:18, 76:6, 76:9, 76:13, 76:17, 77:2, 77:5, 77:9, 78:3, 78:10, 78:14,

78:18, 79:5, 79:10, 79:12, 79:15, 79:23, 80:1, 80:4, 80:6, 80:12, 80:20, 81:2, 81:4, 81:6, 81:11, 81:14, 81:19, 81:21, 81:25, 82:3, 82:8, 82:22, 82:24
**courtroom** [4] - 38:21, 47:6, 47:11, 74:23
**COURTROOM** [2] - 26:14, 40:3
**cousin** [1] - 23:15
**covered** [1] - 31:19
**crack** [22] - 10:14, 16:11, 16:18, 18:3, 51:9, 51:24, 52:6, 52:17, 53:1, 53:24, 55:13, 55:18, 58:6, 58:23, 60:9, 63:11, 65:23, 66:17, 68:14, 70:3, 71:14
**Crawford** [4] - 77:17, 78:5, 78:8, 78:13
**created** [1] - 8:9
**crime** [6] - 15:2, 15:4, 34:5, 41:12, 41:25, 42:11
**crimes** [1] - 42:2
**criminal** [2] - 6:4, 55:23
**CROSS** [4] - 7:8, 36:3, 84:4, 84:8
**cross** [5] - 36:2, 74:25, 75:10, 82:11, 82:12
**CRR** [1] - 2:9
**CSO** [1] - 47:17
**Ct** [1] - 79:6
**culling** [1] - 38:18
**currency** [2] - 52:6, 55:18
**current** [1] - 80:11
**curries** [1] - 38:22
**curry** [1] - 39:3
**Cusick** [1] - 6:1
**custodian** [2] - 78:9, 82:18
**custody** [1] - 34:4

## D

**Dade** [2] - 41:3, 41:4
**Dadeland** [1] - 1:24
**daily** [1] - 47:22
**dangerous** [1] - 9:15
**date** [5] - 8:16, 8:20, 9:5, 16:23, 70:21
**DAVID** [2] - 2:2, 84:3
**DAY** [1] - 1:5
**days** [2] - 19:24, 73:24
**De** [1] - 1:19
**deal** [1] - 79:20
**dealers** [1] - 13:1
**dealing** [2] - 12:25, 55:23
**dealt** [1] - 83:5
**December** [7] - 14:6, 14:15, 16:14, 18:13, 18:17, 18:19, 18:22
**decided** [1] - 78:7
**Defendant** [4] - 23:13, 23:16, 24:13, 61:8
**defendant** [2] - 4:19, 56:2
**Defendants** [2] - 1:10, 42:21
**defendants** [8] - 4:11, 4:21, 6:2, 11:19, 43:8, 43:12, 47:10, 74:23
**DEFENDANTS** [1] - 1:19
**defendants'** [1] - 6:9
**defense** [11] - 18:12, 22:11, 37:12, 45:25, 46:12, 48:19, 76:21, 77:10, 78:19, 79:24, 80:10
**defense's** [1] - 79:17
**deny** [1] - 6:8
**Department** [3] - 26:24, 41:3, 41:5
**department** [2] - 7:16, 7:20
**depicted** [1] - 59:12
**deployed** [2] - 25:11, 25:15
**DEPUTY** [2] - 26:14, 40:3
**describe** [1] - 24:10
**described** [1] - 55:6
**designee** [1] - 48:19
**details** [2] - 15:24, 16:7
**DETECTIVE** [5] - 26:13, 40:2, 84:3, 84:6, 84:9
**Detective** [67] - 6:22, 6:25, 18:12, 22:6, 22:25, 23:10, 24:6, 24:23, 26:8, 36:25, 37:20, 40:25, 41:22, 43:21, 46:6, 49:16, 49:23, 50:12, 50:16, 50:20, 50:23, 51:7, 51:12, 51:20, 52:9, 52:15, 52:22, 55:11, 55:19, 55:25, 56:10, 56:16, 56:22, 57:12, 58:17, 60:7, 60:22, 61:7, 61:16, 61:18, 61:23, 62:4, 62:10, 62:16, 63:1, 63:6, 63:10, 64:13, 64:20, 65:12, 65:16, 66:13, 67:13, 67:20, 68:7, 68:11, 68:18, 68:22, 69:5, 69:10, 69:17, 69:24, 70:15, 71:10, 72:12, 74:9, 76:2
**detective** [16] - 11:1, 20:25, 21:1, 21:6, 21:19, 39:20, 39:25, 41:3, 41:12, 41:13, 47:3, 48:15, 53:23, 64:12, 74:25, 75:22
**detective's** [1] - 64:11
**determine** [2] - 21:21, 49:5
**determined** [2] - 11:15, 31:10
**Diaz** [2] - 78:6, 79:2
**difference** [1] - 41:22
**different** [1] - 82:6
**diligently** [1] - 39:20
**dinner** [1] - 74:4
**Diplomate** [1] - 85:8
**dire** [1] - 82:15
**DIRECT** [6] - 26:19, 40:23, 49:14, 67:18, 84:7, 84:10
**direct** [6] - 12:21, 68:1, 74:10, 75:7, 75:8, 75:9
**directed** [1] - 80:8
**directing** [3] - 27:14, 57:5, 67:22
**direction** [1] - 65:7
**directly** [2] - 4:9, 4:20
**discomfort** [1] - 48:6
**discovery** [3] - 80:23, 80:25, 81:9
**discuss** [1] - 73:18
**discussing** [1] - 22:12
**discussion** [2] - 22:13, 83:2
**disk** [2] - 40:14, 63:2
**disks** [3] - 37:17, 37:19, 40:11
**dispatched** [3] - 28:25, 29:18, 31:5
**Dispoto** [3] - 77:10, 78:24, 79:2
**DISPOTO** [10] - 1:16, 76:12, 76:15, 76:18, 77:13, 78:5, 78:11, 78:15, 79:4, 79:6
**Dispoto's** [1] - 78:23
**dispute** [1] - 29:9
**disregard** [1] - 20:3
**distribute** [1] - 13:5
**distribution** [1] - 25:2
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**Dixon** [43] - 8:22, 8:24, 9:2, 9:8, 9:11, 9:14, 9:17, 10:3, 10:6, 10:13, 11:4, 11:6, 11:9, 11:13, 11:15, 11:18, 11:24, 11:25, 12:13, 12:16, 12:18, 13:14, 13:16, 14:5, 14:19, 14:24, 15:10, 15:18, 15:21, 16:4, 16:14, 16:17, 16:20, 16:25, 17:3, 17:10, 17:11, 19:9, 19:12, 19:18, 19:23, 42:22, 43:2
**DIXON** [1] - 1:8
**Dixon's** [1] - 20:6
**DNA** [1] - 3:19
**Document** [1] - 30:5
**document** [2] - 22:18, 29:14
**documented** [1] - 64:20
**Documents** [2] - 40:20, 60:2
**dog** [1] - 62:6
**done** [10] - 4:13, 28:7, 28:8, 37:18, 38:19, 38:24, 47:12, 57:21, 79:21
**DONET** [18] - 2:2, 7:6, 7:9, 8:6, 13:21, 14:4, 18:5, 20:1, 20:9, 21:6, 36:19, 37:14, 46:13, 46:17, 48:1, 48:8, 48:12, 81:3
**Donet** [12] - 7:5, 14:3, 18:16, 18:25, 19:8, 21:10, 21:14, 36:18, 39:11, 46:15, 47:20, 81:2
**DONET......................** [1] - 84:4
**door** [1] - 60:20
**double** [1] - 3:5
**down** [15] - 14:7, 15:25, 16:4, 26:8, 44:10, 47:3, 47:5, 50:4, 61:5, 63:23, 65:3, 65:4, 73:11, 73:12, 74:17
**draw** [4] - 20:15, 32:10, 62:21, 64:21
**drawing** [1] - 61:11
**dress** [1] - 43:2
**drinking** [1] - 14:25
**driver** [1] - 49:24
**drug** [15] - 13:1, 13:17, 18:17, 18:20, 18:22, 19:13, 19:18, 19:23, 20:6, 25:2, 51:13, 53:2, 63:15, 72:12
**drugs** [9] - 9:12, 13:5, 13:14, 20:15, 20:19, 21:13, 21:15, 21:16, 61:2
**during** [12] - 3:19, 5:23, 9:7, 17:10, 19:12, 20:16, 39:5, 65:21, 67:3, 72:12, 72:22, 76:16
**duties** [2] - 27:6, 42:20
**duty** [1] - 27:14

## E

**early** [2] - 43:13, 48:18
**easier** [1] - 39:13
**east** [2] - 61:6, 72:17
**easy** [1] - 7:7
**ebonics** [2] - 55:22, 57:21
**edited** [1] - 79:13
**effect** [4] - 4:7, 5:11, 5:12, 24:25
**eight** [6] - 52:16, 52:17, 52:18
**Eighth** [1] - 77:21
**either** [7] - 6:15, 11:1, 17:22, 19:5, 21:18, 21:20, 44:11
**Eleventh** [3] - 5:13, 77:20, 77:23
**eliciting** [1] - 3:16
**Elmo** [4] - 3:10, 37:6, 37:10, 39:15
**email** [1] - 78:21
**employed** [1] - 41:2
**encountered** [2] - 9:6, 31:7
**encounters** [1] - 8:1
**end** [5] - 3:10, 42:12, 42:15, 49:7, 76:3
**endeavor** [1] - 38:24
**enforcement** [4] - 3:20, 9:18, 41:9, 42:20
**enforcement's** [1] - 9:20
**engaged** [1] - 6:5
**engagement** [1] - 67:7
**engendered** [1] - 6:18
**ensuing** [1] - 61:11

**enter** [2] - 34:24, 44:1
**entered** [2] - 28:18, 32:4
**entire** [3] - 25:14, 27:4, 48:21
**entirely** [1] - 47:22
**entitled** [1] - 85:3
**entries** [1] - 37:4
**envelope** [2] - 35:10, 35:21
**envisioned** [1] - 48:4
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**essence** [1] - 19:4
**esteemed** [1] - 75:20
**et** [1] - 6:5
**evening** [2] - 74:7, 74:10
**event** [1] - 76:3
**events** [1] - 21:4
**evidence** [29] - 28:18, 29:22, 30:6, 32:4, 34:14, 34:21, 34:22, 34:25, 35:6, 40:22, 53:14, 53:19, 59:5, 59:10, 59:19, 60:3, 60:7, 60:23, 66:3, 66:9, 66:14, 70:8, 70:13, 71:1, 71:6, 71:11, 75:25, 76:21, 76:25
**Evidence** [6] - 35:5, 53:18, 59:9, 66:8, 70:12, 71:5
**evidence..........** [2] - 84:18, 84:21
**evidence...........** [1] - 84:14
**evidence..................** [4] - 84:19, 84:20, 84:22, 84:23
**evidence...................** [1] - 84:13
**evidence.................................** [1] - 84:17
**evidentiary** [1] - 76:15
**EXAMINATION** [12] - 7:8, 18:10, 26:19, 36:3, 40:23, 49:14, 67:18, 84:4, 84:5, 84:7, 84:8, 84:10
**examination** [1] - 36:2
**examined** [1] - 82:19
**example** [2] - 7:20, 23:3
**except** [1] - 38:19
**exception** [1] - 77:16
**exchange** [2] - 15:17, 64:12
**excited** [1] - 76:12
**excuse** [4] - 29:8, 30:13, 44:4, 54:10
**excused** [3] - 26:9, 74:9, 74:23
**executed** [1] - 18:22
**exhibit** [7] - 3:5, 37:6, 67:23, 68:1, 70:16, 70:25, 71:16
**Exhibit** [19] - 22:6, 23:11, 28:19, 29:14, 29:23, 30:5, 32:5, 33:7, 56:4, 59:9, 60:2, 62:22, 70:12, 71:5, 84:13, 84:19, 84:20, 84:22, 84:23
**EXHIBITS** [1] - 84:12
**Exhibits** [10] - 34:17, 34:25, 35:5, 40:20, 53:18, 66:8, 84:14, 84:15, 84:18, 84:21
**exhibits** [1] - 32:20
**expect** [2] - 38:24, 78:20
**experience** [1] - 41:19
**extent** [2] - 10:25, 64:10
**eyeball** [2] - 25:9, 25:23

## F

**F.2d** [1] - 5:18
**F.3d** [5] - 5:18, 77:20, 77:22, 79:1
**face** [2] - 15:18
**faces** [1] - 51:1
**facial** [1] - 72:10
**facility** [1] - 82:4
**fact** [4] - 12:20, 15:21, 48:7, 64:11
**failure** [1] - 46:16
**fair** [3] - 53:10, 59:15, 70:20
**fairly** [1] - 29:19
**fall** [1] - 77:16
**familiar** [1] - 13:1
**family** [7] - 4:3, 4:4, 4:5, 4:6, 19:8, 19:15, 19:21
**far** [10] - 9:18, 10:20, 15:9, 25:2, 44:2, 54:24, 73:10, 81:8, 81:13
**favor** [3] - 38:22, 38:25, 39:3
**favorite** [1] - 76:13
**FDC** [1] - 81:17
**February** [19] - 1:4, 43:14, 53:2, 53:5, 53:11, 53:25, 55:25, 59:2, 59:16, 61:7, 62:16, 65:25, 66:18, 66:23, 67:2, 67:21, 70:5, 70:22, 85:6
**federal** [2] - 41:6, 41:14
**feet** [2] - 15:18, 30:16
**female** [2] - 51:22, 51:25
**few** [4] - 15:18, 17:4, 43:25, 73:19
**field** [1] - 41:16
**fifth** [2] - 55:11, 72:8
**fight** [3] - 28:25, 31:5, 31:11
**figure** [1] - 9:20
**file** [1] - 77:7
**filed** [3] - 80:7, 80:18, 80:22
**final** [1] - 72:8
**fine** [1] - 47:11
**finger** [3] - 46:24, 50:25, 55:1
**finish** [1] - 44:8
**finishing** [1] - 44:2
**firearm** [1] - 24:13
**firearms** [7] - 9:15, 22:13, 23:7, 24:6, 24:8, 24:16, 24:17
**first** [14] - 5:7, 8:24, 9:2, 9:6, 12:3, 39:18, 41:11, 42:9, 44:20, 71:15, 73:20, 77:2, 77:18, 80:12
**five** [3] - 70:16, 70:25, 71:16
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagami** [2] - 27:9, 27:10
**Flagler** [1] - 1:22
**fled** [1] - 9:17
**flooded** [1] - 58:11
**Flores** [1] - 6:19
**FLORES** [1] - 1:9
**florida** [1] - 85:8
**Florida** [1] - 2:10
**FLORIDA** [2] - 1:1, 1:7
**focused** [1] - 69:14
**follow** [2] - 25:20, 44:14
**following** [1] - 25:21
**food** [1] - 75:12
**FOR** [2] - 1:15, 1:19
**force** [2] - 41:6, 41:15
**foregoing** [1] - 85:2
**forget** [2] - 7:7, 61:20
**forgive** [1] - 67:20
**forward** [3] - 61:19, 64:4, 83:4
**four** [2] - 38:4, 38:5
**Fourth** [1] - 1:17
**fourth** [2] - 54:15, 72:4
**FPR** [1] - 2:9
**Friday** [4] - 7:7, 9:3, 11:21, 48:17
**frolic** [1] - 26:2
**front** [4] - 44:12, 50:7, 54:20, 60:14
**full** [4] - 26:15, 40:3, 49:7
**fully** [1] - 58:20
**future** [2] - 39:13, 79:9

## G

**Gables** [1] - 1:20
**gained** [1] - 41:19
**gal** [2] - 82:3, 83:3
**gangs** [1] - 12:25
**garner** [1] - 38:25
**Garnett** [1] - 77:20
**gather** [1] - 42:9
**general** [1] - 13:17
**generally** [1] - 25:10
**gentlemen** [8] - 39:19, 40:8, 73:17, 74:14, 76:9, 77:10, 78:18, 83:8
**Gentlemen** [4] - 37:3, 37:22, 44:5, 67:4
**given** [3] - 11:6, 25:20, 48:2
**Glock** [1] - 24:8
**Glocks** [2] - 24:10, 24:11
**GONZALEZ** [22] - 1:19, 5:4, 20:21, 30:23, 31:12, 31:14, 31:20, 35:2, 36:4, 36:13, 37:15, 46:22, 53:16, 59:7, 59:25, 64:9, 66:5, 70:10, 71:3, 75:7, 75:14, 80:15
**Gonzalez** [2] - 18:13, 36:2
**GONZALEZ.....................** [1] - 84:8
**goodwill** [1] - 39:1
**Government** [15] - 3:4, 3:7, 4:10, 4:16, 6:1, 22:5, 26:10, 36:25, 38:19, 40:11, 48:19, 74:12, 78:8, 78:21, 81:8
**Government's** [81] - 3:16, 4:22, 23:10, 28:19, 29:14, 29:23, 30:4, 30:5, 32:5, 34:17, 34:25, 35:3, 35:5, 40:14, 40:15, 40:20, 43:17, 43:18, 52:23, 53:7, 53:13, 53:18, 54:2, 54:4, 54:6, 54:15, 55:11, 55:14, 56:4, 58:18, 58:19, 58:22, 58:25, 59:4, 59:9, 59:12, 59:18, 60:1, 60:2, 60:8, 60:10, 60:15, 60:23, 61:3, 61:11, 61:12, 62:21, 62:22, 65:13, 65:24, 66:2, 66:8, 66:14, 66:20, 66:25, 68:1, 69:25, 70:8, 70:12, 70:15, 70:20, 70:25, 71:5, 71:11, 71:15, 71:20, 72:1, 72:4, 72:9, 72:19, 73:2, 73:3, 84:13, 84:14, 84:15, 84:18, 84:19, 84:20, 84:21, 84:22
**government's** [1] - 84:23
**gram** [3] - 10:14, 16:11, 18:2
**Gray** [1] - 4:25
**great** [1] - 73:16
**Greer** [2] - 3:9, 32:22
**Greer's** [1] - 48:22
**ground** [2] - 31:25, 32:9
**group** [5] - 7:23, 29:9, 30:16, 30:19, 31:9
**Grove** [1] - 2:3
**guess** [1] - 76:3
**guide** [1] - 47:18
**gun** [1] - 57:2
**guy** [4] - 54:25, 62:1, 82:3, 83:3
**guys** [1] - 50:7

## H

**hair** [2] - 49:20, 62:1
**hairy** [1] - 62:1
**half** [2] - 10:14, 47:21
**hand** [14] - 12:16, 13:14, 46:24, 51:23, 55:16, 55:17, 65:3, 68:12, 68:13
**hand-to-hand** [3] - 51:23, 68:12, 68:13
**handing** [1] - 52:5
**handled** [1] - 69:2
**handling** [1] - 24:23
**handwritten** [1] - 44:15

**hang** [1] - 50:22
**hanging** [1] - 50:7
**hard** [1] - 9:5
**Havana** [1] - 27:11
**head** [1] - 33:21
**hear** [3] - 61:16, 61:20, 63:2
**heard** [2] - 24:10, 76:22
**hearsay** [5] - 8:4, 10:24, 30:23, 31:14, 77:15
**heavyset** [1] - 54:25
**held** [2] - 41:10, 77:24
**hello** [3] - 7:5, 38:22, 46:7
**help** [2] - 46:12, 46:19
**helping** [2] - 21:10, 46:14
**HERMAN** [1] - 2:4
**hi** [2] - 7:6, 39:8
**highway** [1] - 73:21
**himself** [1] - 25:19
**hitting** [1] - 74:19
**hm** [2] - 45:6, 45:16
**hold** [5] - 35:17, 37:16, 64:23, 65:2, 65:3
**Hold** [1] - 65:4
**home** [4] - 23:18, 74:4, 74:5
**honest** [1] - 46:13
**Honor** [56] - 3:13, 5:7, 5:16, 5:25, 18:5, 18:8, 24:21, 26:7, 28:4, 29:22, 30:3, 30:7, 33:1, 34:24, 35:2, 35:7, 36:1, 36:13, 36:15, 36:19, 36:21, 36:23, 37:23, 37:25, 40:10, 43:16, 46:10, 47:13, 48:1, 49:9, 52:19, 53:16, 56:6, 58:14, 59:7, 59:25, 60:4, 61:10, 62:20, 65:9, 66:5, 66:6, 66:10, 67:25, 69:21, 70:7, 70:10, 70:24, 71:3, 73:13, 74:16, 76:15, 76:18, 76:23, 77:4, 77:13
**HONORABLE** [1] - 1:12
**HOROWITZ** [26] - 1:23, 3:13, 3:16, 3:23, 4:2, 4:7, 4:9, 5:25, 22:21, 23:22, 24:1, 29:25, 30:3, 36:15, 38:8, 38:12, 38:15, 38:17, 39:2, 42:17, 74:16, 74:19, 77:4, 77:12, 80:16, 80:24
**Horowitz** [4] - 3:12, 22:11, 36:14, 38:11
**Hosseini** [5] - 5:6, 6:12, 31:19, 37:10, 48:16
**HOSSEINI** [26] - 1:16, 5:7, 26:11, 26:20, 28:4, 28:6, 29:22, 30:2, 30:7, 30:9, 30:25, 31:2, 31:16, 31:22, 32:21, 33:1, 33:6, 34:24, 35:7, 35:9, 35:12, 35:16, 35:25, 36:23, 47:13, 66:6
**HOSSEINI.................** [1] - 84:7
**hour** [2] - 25:11, 25:12
**hours** [1] - 25:11
**house** [3] - 50:8, 56:19, 61:1
**housekeeping** [1] - 74:22
**houses** [2] - 63:23, 73:12
**hunch** [1] - 57:23
**hurdle** [1] - 48:11
**hurry** [1] - 69:6

## I

**idea** [4] - 8:21, 39:11, 44:4, 44:9
**identification** [6] - 29:13, 34:17, 52:23, 58:18, 65:13, 69:25
**identified** [4] - 12:1, 13:16, 43:8, 55:6
**identify** [3] - 43:1, 51:4, 55:1
**identifying** [1] - 42:8
**IGNACIO** [1] - 1:15
**Ignasiak** [1] - 77:22
**ILHAM** [1] - 1:16
**illegal** [1] - 5:8
**image** [4] - 54:21, 55:12, 55:14, 71:20
**images** [3] - 53:8, 53:10, 70:20
**immediately** [1] - 20:15
**impact** [1] - 52:10
**implicate** [1] - 4:20
**implicates** [3] - 4:9, 4:21, 6:6
**implication** [1] - 4:25
**impression** [2] - 48:8, 64:11
**Inc** [1] - 2:9
**incident** [1] - 25:24
**incorrectly** [1] - 4:21
**inculpatory** [2] - 5:10, 5:24
**indicated** [1] - 81:9
**indicates** [1] - 13:25
**indicating** [6] - 51:2, 51:3, 55:3, 55:4, 71:24
**indicating)** [3] - 51:3, 55:4, 73:8
**indication** [2] - 64:7, 64:16
**indictment** [2] - 6:1, 6:3
**indirect** [1] - 4:25
**individual** [4] - 13:4, 28:23, 30:20, 54:24
**individuals** [14] - 7:25, 19:9, 21:13, 24:10, 30:17, 30:19, 31:9, 42:3, 42:10, 42:24, 50:22, 54:20, 55:22, 57:8
**infer** [1] - 21:21
**informant** [26] - 10:20, 11:8, 12:4, 12:8, 12:14, 14:16, 15:14, 16:5, 17:3, 17:4, 17:19, 24:24, 25:3, 25:5, 25:7, 25:14, 25:16, 25:18, 26:1, 49:24, 52:1, 52:4, 52:18, 57:20, 57:22, 62:12
**informants** [1] - 42:4
**information** [3] - 5:22, 5:23, 13:25
**initiate** [1] - 42:1
**injuries** [1] - 33:23
**inroads** [1] - 46:1
**inspect** [1] - 58:20
**instance** [4] - 13:9, 14:5, 16:14, 16:17
**instances** [1] - 11:24
**instant** [1] - 12:3
**instead** [1] - 74:3
**institution** [1] - 82:9
**instruction** [3] - 6:14, 6:16, 49:7
**instructions** [2] - 25:20, 25:21
**intelligence** [2] - 42:9, 50:8
**intention** [1] - 76:20
**interacting** [1] - 50:9
**interaction** [3] - 46:6, 64:25, 65:6
**interchange** [1] - 15:14
**interested** [2] - 4:15, 4:18
**Internet** [1] - 73:21
**interrupt** [1] - 32:16
**interruption** [1] - 33:4
**intrepid** [2] - 47:17, 47:21
**introduce** [1] - 32:20
**investigate** [1] - 42:1
**investigated** [1] - 7:19
**investigating** [4] - 7:12, 7:25, 31:24, 42:11
**investigation** [26] - 7:15, 7:16, 7:21, 8:9, 9:7, 9:23, 11:1, 27:25, 28:14, 28:24, 41:23, 41:24, 41:25, 42:8, 42:12, 42:15, 42:21, 43:11, 52:9, 56:1, 57:15, 58:9, 61:18, 62:4, 64:4, 67:22
**investigations** [4] - 27:19, 41:17, 41:20, 42:5
**investigative** [1] - 8:10
**Investigator** [1] - 76:2
**involved** [16] - 12:13, 13:23, 13:24, 14:1, 17:13, 18:1, 27:24, 28:13, 28:24, 41:24, 42:10, 43:11, 53:2, 55:23, 68:13, 77:23
**involving** [6] - 18:14, 28:25, 31:5, 52:1, 56:1, 62:17
**issue** [7] - 76:16, 77:14, 77:16, 77:18, 78:5, 78:6, 78:13
**issued** [1] - 80:2
**issues** [2] - 77:14, 80:10
**item** [1] - 23:5
**items** [3] - 34:18, 53:25, 65:14
**itself** [1] - 82:25

## J

**jail** [3] - 79:9, 79:11, 79:18
**jailhouse** [1] - 80:8
**JAMES** [1] - 1:8
**James** [2] - 13:16, 42:22
**janoca** [1] - 2:9
**jargon** [1] - 55:21
**JAY** [1] - 1:9
**johns** [1] - 58:6
**join** [2] - 5:4, 6:19
**JR** [3] - 1:19, 2:2, 2:4
**Judge** [7] - 7:6, 31:12, 37:14, 37:15, 74:13, 77:18, 78:16
**judge** [5] - 29:25, 38:8, 38:12, 77:6, 80:17
**JUDGE** [1] - 1:13
**July** [2] - 27:14, 36:5
**juncture** [1] - 50:6
**juror's** [1] - 47:19
**jurors** [7] - 37:9, 37:11, 38:21, 46:13, 48:2, 48:24, 79:19
**jurors'** [1] - 46:3
**jury** [20] - 7:1, 7:2, 10:17, 21:2, 21:20, 38:15, 38:25, 39:4, 43:24, 44:18, 46:6, 48:25, 49:2, 62:21, 67:9, 67:15, 73:17, 74:8, 82:25, 83:8
**JURY** [1] - 1:12
**jury's** [1] - 68:1

## K

**KATHLEEN** [1] - 1:12
**keep** [2] - 61:21, 82:10
**KENNETH** [2] - 40:2, 84:9
**Kenneth** [1] - 40:5
**Kenny** [1] - 36:25
**kind** [4] - 3:9, 6:14, 8:18, 33:23
**knowledge** [4] - 17:21, 17:22, 19:15, 36:6
**knows** [3] - 21:19, 24:3, 76:18
**KORCHIN** [8] - 1:21, 36:17, 80:19, 80:21, 81:8, 81:12, 81:20, 82:23
**Korchin** [4] - 36:16, 80:18, 82:17, 83:5
**Korchin's** [1] - 81:23

## L

**L-E-W-I-S** [1] - 26:18
**lab** [8] - 76:19, 76:20, 76:24, 77:3, 77:13, 77:15, 77:19, 78:8
**Ladies** [5] - 37:3, 37:22, 40:7, 44:5,

67:4
**ladies** [2] - 39:19, 73:17
**Lane** [1] - 2:10
**language** [2] - 55:20, 57:13
**last** [3] - 3:17, 16:14, 40:5
**latitude** [1] - 20:24
**law** [8] - 3:19, 9:18, 9:20, 41:9, 42:20, 76:24, 77:12, 77:19
**least** [1] - 76:7
**leave** [6] - 21:4, 39:24, 40:8, 44:11, 46:25, 57:22
**leaves** [2] - 47:6, 57:22
**led** [1] - 11:1
**left** [9] - 20:20, 23:20, 23:25, 24:4, 44:7, 55:6, 55:8, 72:13, 75:2
**legal** [1] - 82:16
**Leon** [1] - 1:19
**less** [1] - 8:19
**level** [3] - 6:9, 55:22, 57:17
**Lewis** [9] - 26:12, 26:17, 26:21, 28:20, 30:10, 34:16, 35:10, 35:17, 36:5
**LEWIS** [2] - 26:13, 84:6
**lift** [2] - 46:24, 57:1
**light** [1] - 20:5
**limine** [1] - 80:7
**limiting** [2] - 6:14, 6:16
**line** [3] - 19:1, 19:10, 20:6
**lineup** [1] - 76:9
**list** [3] - 3:4, 48:20, 77:7
**listed** [1] - 8:13
**listen** [2] - 25:21, 82:6
**listened** [1] - 82:21
**listening** [1] - 15:12
**lists** [1] - 48:21
**live** [11] - 14:13, 31:24, 31:25, 32:2, 32:3, 32:9, 33:8, 33:12, 34:14, 34:22, 35:23
**Live** [1] - 2:10
**located** [2] - 63:18, 73:6
**location** [13] - 24:4, 50:8, 54:20, 56:12, 56:19, 60:14, 60:20, 60:21, 61:1, 61:5, 63:21, 63:23, 73:9
**look** [8] - 10:17, 28:7, 38:18, 42:7, 46:23, 58:19, 58:20
**looked** [1] - 6:13
**looking** [5] - 32:13, 34:1, 43:24, 56:10, 79:19
**lookout** [2] - 13:23, 19:3
**lookouts** [1] - 18:25
**looks** [1] - 19:4
**lose** [1] - 76:14

## M

**ma'am** [17] - 27:5, 27:16, 27:20, 28:1, 28:12, 28:15, 28:21, 29:6, 29:15, 29:21, 30:11, 33:19, 33:24, 34:7, 34:9, 34:11, 34:19
**machine** [1] - 82:2
**machines** [2] - 81:22, 82:10
**male** [5] - 29:9, 30:15, 70:18, 72:3, 72:6
**males** [4] - 29:1, 29:9, 31:6, 31:8
**MANUEL** [1] - 1:19
**MARK** [1] - 1:16
**marked** [16] - 29:13, 30:5, 34:16, 35:5, 40:20, 52:22, 53:18, 58:17, 59:9, 60:2, 65:12, 66:8, 67:23, 69:24, 70:12, 71:5
**Marlins** [1] - 50:4
**marshals** [1] - 74:14
**Martinez** [6] - 50:21, 50:23, 51:17, 54:23, 55:4, 55:9
**Mary** [1] - 2:2
**Maryland** [1] - 4:25
**Massachusetts** [1] - 78:6
**materials** [1] - 37:1
**matter** [3] - 15:21, 74:17, 85:3
**MAURIN** [1] - 1:7
**Maurin** [8] - 17:6, 18:18, 18:24, 20:20, 23:14, 42:21, 55:7, 61:8
**mean** [3] - 17:18, 51:8, 64:7
**meaning** [1] - 5:10
**means** [5] - 42:10, 52:16, 52:17, 61:25, 62:1
**mechanics** [1] - 48:6
**meet** [1] - 48:18
**Melendez** [2] - 78:6, 79:2
**Melendez-Diaz** [2] - 78:6, 79:2
**member** [1] - 4:17
**members** [11] - 4:11, 4:15, 4:22, 6:3, 6:4, 7:16, 7:19, 10:22, 19:21, 43:24, 49:2
**memorialized** [1] - 76:19
**memory** [2] - 28:1, 28:11
**mention** [2] - 4:23, 4:24
**mentioned** [1] - 11:25
**merely** [1] - 49:4
**met** [1] - 9:6
**MIAMI** [2] - 1:2, 1:7
**Miami** [9] - 1:17, 1:22, 1:25, 2:5, 26:24, 27:4, 41:3, 41:4, 50:2
**Miami-Dade** [2] - 41:3, 41:4
**microphone** [2] - 65:16, 65:18
**midnight** [1] - 27:21
**midnights** [1] - 27:18
**might** [4] - 46:2, 57:2, 75:4, 75:19
**Miguel** [10] - 56:2, 56:13, 59:13, 60:12, 60:17, 62:17, 63:11, 66:22, 68:23, 69:7
**minute** [1] - 47:16
**minutes** [5] - 25:12, 25:13, 44:17, 67:8, 82:12
**misapprehended** [1] - 47:23
**missed** [2] - 48:20, 48:23
**mistrial** [3] - 3:14, 5:1, 6:9
**misunderstand** [1] - 47:25
**moment** [5] - 24:21, 26:1, 40:8, 77:4, 77:5
**moments** [1] - 43:25
**Money** [2] - 6:4, 7:12
**money** [3] - 13:4, 13:13, 68:15
**monitoring** [2] - 14:13, 25:16
**Moore** [18] - 12:5, 12:8, 13:13, 14:16, 14:22, 18:14, 18:21, 49:19, 50:13, 50:21, 50:24, 51:2, 51:17, 54:5, 54:23, 55:4, 55:8, 56:13
**morning** [3] - 11:21, 47:23, 74:25
**most** [1] - 76:13
**motion** [2] - 3:12, 6:20
**motions** [1] - 80:7
**move** [13] - 3:14, 5:1, 29:22, 31:21, 34:24, 53:13, 59:4, 59:18, 66:2, 70:7, 70:24, 75:15, 76:20
**moved** [1] - 4:15
**MR** [227] - 3:13, 3:16, 3:23, 4:2, 4:7, 4:9, 5:4, 5:25, 6:19, 6:23, 7:6, 7:9, 8:4, 8:6, 10:23, 13:10, 13:19, 13:21, 14:4, 18:5, 18:8, 18:11, 20:1, 20:4, 20:9, 20:11, 20:21, 21:6, 21:12, 22:1, 22:4, 22:21, 22:24, 23:6, 23:22, 23:24, 24:1, 24:21, 24:22, 26:6, 29:25, 30:3, 30:23, 31:12, 31:14, 31:20, 35:2, 36:4, 36:13, 36:15, 36:17, 36:19, 36:21, 36:25, 37:14, 37:15, 37:16, 37:25, 38:4, 38:6, 38:8, 38:12, 38:15, 38:17, 39:2, 40:10, 40:14, 40:24, 42:17, 42:19, 43:7, 43:10, 43:16, 43:20, 44:22, 44:24, 45:1, 45:3, 45:5, 45:7, 45:9, 45:11, 45:13, 45:15, 45:17, 45:19, 45:21, 45:23, 46:13, 46:17, 46:22, 47:3, 47:15, 48:1, 48:8, 48:12, 49:9, 49:12, 49:15, 49:22, 50:11, 50:15, 50:19, 51:11, 51:19, 52:8, 52:14, 52:19, 52:21, 53:13, 53:16, 53:20, 53:22, 54:10, 54:12, 54:14, 55:5, 55:10, 56:6, 56:9, 56:15, 56:21, 57:4, 57:11, 58:14, 58:16, 59:4, 59:7, 59:11, 59:18, 59:21, 59:23, 59:25, 60:4, 60:6, 61:10, 61:15, 62:3, 62:9, 62:15, 62:20, 62:25, 63:5, 63:9, 64:2, 64:9, 64:14, 64:19, 65:9, 65:11, 66:2, 66:5, 66:10, 66:12, 67:19, 67:25, 68:4, 68:6, 68:10, 68:17, 68:21, 69:4, 69:9, 69:16, 69:21, 69:23, 70:7, 70:10, 70:14, 70:24, 71:3, 71:7, 71:9, 73:13, 74:16, 74:19, 75:1, 75:4, 75:7, 75:8, 75:10, 75:14, 75:17, 75:24, 76:8, 76:12, 76:15, 76:18, 77:4, 77:6, 77:12, 77:13, 78:5, 78:11, 78:15, 79:4, 79:6, 79:7, 79:11, 79:13, 79:16, 79:25, 80:3, 80:5, 80:9, 80:15, 80:16, 80:19, 80:21, 80:22, 80:24, 80:25, 81:3, 81:5, 81:8, 81:12, 81:18, 81:20, 81:23, 82:1, 82:6, 82:17, 82:23, 84:4, 84:5, 84:8, 84:10
**MS** [26] - 5:7, 26:11, 26:20, 28:4, 28:6, 29:22, 30:2, 30:7, 30:9, 30:25, 31:2, 31:16, 31:22, 32:21, 33:1, 33:6, 34:24, 35:7, 35:9, 35:12, 35:16, 35:25, 36:23, 47:13, 66:6, 84:7
**multi** [1] - 43:6
**multi-colored** [1] - 43:6

## N

**N.E** [2] - 1:17, 2:5
**N.W** [1] - 50:5
**name** [13] - 4:23, 4:24, 11:24, 26:15, 26:16, 26:17, 27:24, 28:13, 28:16, 33:20, 40:5, 61:24
**named** [1] - 6:2
**narcotics** [20] - 11:9, 11:12, 11:13, 12:4, 12:16, 12:18, 13:1, 14:17, 16:19, 16:20, 17:1, 18:1, 19:6, 19:7, 24:5, 41:13,

41:17, 62:17, 69:18, 75:25
**nature** [2] - 30:22, 31:3
**need** [5] - 46:5, 46:11, 51:7, 74:15, 83:3
**needed** [3] - 47:19, 51:9, 51:14
**needs** [3] - 38:23, 47:4, 67:7
**neighborhood** [1] - 50:3
**nephew** [1] - 62:12
**never** [6] - 9:17, 9:20, 11:3, 11:6, 11:8, 11:12
**next** [9] - 14:7, 14:24, 19:25, 26:10, 30:24, 36:24, 60:20, 73:24, 75:23
**night** [6] - 28:23, 30:21, 33:18, 33:22, 57:7, 57:9
**nine** [1] - 75:1
**non** [1] - 78:6
**non-issue** [1] - 78:6
**nontestifying** [1] - 5:8
**normally** [1] - 57:18
**northbound** [1] - 72:17
**notebook** [3] - 3:8, 46:4, 46:20
**notebooks** [9] - 37:13, 37:18, 39:22, 39:23, 44:1, 44:6, 44:8, 44:10, 47:12
**notes** [4] - 32:22, 44:6, 44:11, 44:16
**nothing** [3] - 36:13, 38:19, 44:7
**notice** [2] - 80:22, 81:1
**notified** [1] - 81:9
**noting** [1] - 48:23
**November** [9] - 8:10, 8:14, 8:21, 8:25, 9:3, 12:3, 13:13, 13:18, 19:12
**number** [14] - 11:3, 11:6, 32:8, 32:15, 33:8, 33:9, 33:11, 33:14, 37:7, 61:20, 67:7, 77:14, 77:16
**numbers** [2] - 10:22, 11:2
**numerous** [1] - 9:8

**O**

**Oak** [1] - 2:10
**object** [2] - 46:16, 64:9
**objection** [36] - 10:23, 13:10, 13:19, 20:1, 20:2, 20:9, 20:21, 22:21, 23:22, 24:1, 29:24, 30:3, 30:23, 31:12, 31:20, 35:1, 35:4, 42:17, 53:15, 59:6, 59:24, 66:4, 70:9, 70:11, 71:2, 76:21, 77:2, 78:19, 78:23, 80:13, 80:15, 80:19, 81:3, 81:5, 81:6, 81:17
**objections** [2] - 81:23, 83:4
**observed** [7] - 29:8, 29:10, 30:15, 31:24, 32:9, 33:8
**observing** [1] - 50:6
**obtained** [1] - 11:3
**obviously** [3] - 4:14, 55:21, 76:25
**occasion** [1] - 16:10
**occasions** [2] - 8:2, 9:9
**occur** [1] - 13:9
**occurred** [7] - 10:10, 12:7, 12:22, 16:2, 17:16, 17:21, 70:21
**OF** [3] - 1:1, 1:4, 1:12
**Offender** [1] - 41:8
**offer** [3] - 40:11, 79:17, 79:18
**offered** [1] - 17:4
**offers** [2] - 16:18, 16:19
**officer** [12] - 3:24, 4:15, 11:11, 26:17, 27:1, 27:2, 27:6, 30:20, 41:9, 41:11, 55:24, 57:19
**Officer** [11] - 7:20, 26:11, 26:21, 28:19, 30:10, 32:16, 33:4, 34:16, 35:10, 35:17, 36:5
**officers** [3] - 9:8, 19:5, 42:2
**offices** [1] - 47:1
**oftentimes** [2] - 13:4, 13:7
**once** [4] - 9:11, 9:14, 39:7, 79:20
**one** [23] - 10:3, 10:14, 13:4, 16:11, 18:2, 21:15, 24:21, 34:21, 39:12, 46:2, 47:16, 52:17, 64:7, 67:6, 72:14, 74:17, 77:7, 77:8, 77:15, 79:21, 80:9, 80:18
**one-half** [1] - 10:14
**ones** [1] - 83:4
**open** [2] - 35:10, 46:20
**opening** [2] - 48:3, 48:9
**operation** [3] - 57:24, 64:8, 64:17
**opportunity** [1] - 14:10
**opposed** [2] - 39:12, 48:7
**order** [3] - 42:2, 58:12, 82:11
**ordering** [1] - 17:1
**organization** [1] - 6:4
**organizational** [1] - 8:17
**organizationally** [1] - 46:2
**organized** [2] - 44:9, 44:13
**originals** [1] - 82:7
**ought** [1] - 43:23
**outbursts** [1] - 38:25
**outline** [1] - 3:10
**outlined** [1] - 8:13
**outside** [1] - 6:23
**overcome** [1] - 48:11
**overruled** [5] - 8:5, 10:25, 13:11, 13:20, 20:10
**own** [3] - 5:10, 17:7, 17:8

**P**

**P.M** [1] - 1:5
**p.m** [13] - 3:2, 7:2, 27:23, 44:18, 47:8, 47:9, 48:25, 67:9, 67:11, 67:12, 67:15, 74:8, 83:12
**packet** [6] - 39:10, 39:11, 39:13, 48:2, 48:3, 48:9
**packets** [1] - 43:24
**page** [35] - 5:25, 22:6, 22:11, 23:11, 23:12, 39:18, 54:2, 54:4, 54:6, 54:15, 55:11, 56:17, 57:5, 57:13, 58:1, 58:11, 60:10, 60:15, 62:11, 63:1, 64:3, 64:20, 64:22, 65:14, 66:3, 66:20, 66:25, 69:5, 69:17, 71:15, 72:1, 72:4, 72:8
**PAGE** [1] - 84:2
**pages** [8] - 39:18, 54:11, 54:12, 59:22, 59:23, 70:16, 70:25, 71:16
**PAGES** [1] - 1:10
**pair** [1] - 35:12
**pardon** [3] - 32:17, 32:25
**part** [14] - 5:7, 7:15, 7:22, 7:25, 8:14, 8:15, 10:21, 12:25, 42:21, 55:25, 64:21, 67:21
**participate** [4] - 13:17, 55:25, 61:7, 62:16
**particular** [1] - 27:8
**parties** [3] - 6:15, 48:18, 74:1
**parts** [1] - 55:13
**pass** [3] - 3:8, 3:9, 37:10
**passenger** [4] - 49:25, 54:5, 54:8, 55:16
**patrol** [1] - 27:7
**PAUL** [1] - 1:21
**pedestrian** [1] - 52:2
**Peludo** [7] - 23:12, 23:14, 23:16, 23:19, 23:25, 61:23, 62:1
**pending** [1] - 72:13
**people** [4] - 8:14, 8:18, 57:17, 69:6
**perceive** [1] - 64:24
**performed** [3] - 78:2, 78:4, 78:12
**perhaps** [2] - 75:15, 75:19
**permission** [15] - 22:1, 30:7, 35:7, 35:12, 43:17, 52:19, 53:20, 56:6, 58:14, 60:4, 65:9, 66:10, 67:25, 69:21, 71:7
**person** [14] - 18:22, 19:4, 20:16, 27:24, 28:13, 28:16, 28:22, 36:9, 73:21, 77:8, 78:1, 78:11, 81:21, 82:8
**personal** [2] - 7:15, 36:6
**persons** [2] - 55:1, 55:6
**pessimistic** [1] - 75:6
**PHILIP** [1] - 1:23
**phone** [14] - 10:22, 11:2, 11:3, 11:6, 11:8, 16:22, 16:25, 18:13, 24:5, 52:11, 61:16, 69:1, 71:23, 74:3
**photo** [13] - 32:6, 32:14, 53:9, 54:19, 60:17, 65:20, 66:22, 67:2, 71:17, 71:22, 72:2
**photograph** [2] - 29:17, 72:18
**photographs** [1] - 11:25
**photos** [4] - 8:17, 60:12, 65:15, 70:17
**phrase** [1] - 57:7
**phrases** [1] - 41:20
**physically** [1] - 63:19
**pick** [1] - 25:9
**picked** [1] - 63:11
**picture** [6] - 20:20, 32:7, 33:11, 33:14, 34:2, 54:8
**pictures** [3] - 8:2, 34:13, 59:13
**PIDERIT** [1] - 2:9
**piderit** [1] - 85:7
**pimp** [1] - 58:4
**pinpoint** [1] - 9:5
**place** [3] - 17:20, 51:21, 60:19
**placed** [4] - 14:15, 14:21, 16:22, 34:4
**places** [1] - 47:19
**Plaintiff** [1] - 1:5
**plan** [1] - 10:21
**planted** [1] - 21:16
**played** [1] - 49:13
**playing** [31] - 49:21, 50:10, 50:14, 50:18, 51:10, 51:18, 52:7, 52:13, 56:8, 56:14, 56:20, 57:3, 57:10, 61:14, 62:2, 62:8, 62:14, 62:24, 63:2, 63:4, 63:8, 63:25, 64:18, 68:5, 68:9, 68:16, 68:20, 69:3, 69:8, 69:15, 69:20
**point** [18] - 15:21, 21:12, 21:13, 25:8, 39:24, 46:16, 48:17, 50:23, 51:4, 51:5, 51:20, 52:4, 52:5, 56:10, 63:18, 65:6, 72:14, 73:16
**pointed** [1] - 56:19
**pointing** [1] - 56:17
**police** [7] - 7:16, 7:20, 19:5, 27:1, 27:2,

27:6, 57:19
**Police** [3] - 26:24, 41:3, 41:4
**Ponce** [1] - 1:19
**Portela** [7] - 3:17, 3:22, 3:24, 4:2, 4:17, 24:13, 80:18
**PORTELA** [1] - 1:7
**Portela's** [2] - 4:18, 80:4
**portion** [2] - 57:13, 57:25
**portions** [1] - 20:5
**portray** [1] - 4:10
**portrayal** [1] - 16:1
**position** [3] - 77:11, 78:23, 79:17
**possession** [2] - 9:11, 9:14
**possible** [1] - 42:8
**post** [4] - 3:17, 3:18, 3:25
**post-arrest** [1] - 3:25
**potentially** [1] - 65:24
**predicate** [1] - 81:16
**prefaced** [1] - 3:24
**prejudice** [1] - 6:17
**preliminary** [1] - 39:21
**prepared** [2] - 8:20, 82:14
**presence** [1] - 12:21
**present** [5] - 13:16, 15:19, 17:10, 17:19, 19:21
**pretty** [2] - 31:10, 58:12
**previously** [2] - 28:18, 32:4
**price** [2] - 23:2, 23:5
**proactive** [6] - 41:23, 41:25, 42:4, 42:8, 42:12, 42:15
**problem** [1] - 77:17
**procedure** [1] - 79:16
**proceed** [1] - 40:19
**PROCEEDINGS** [1] - 1:12
**Proceedings** [1] - 3:2
**proceedings** [2] - 83:11, 85:3
**process** [3] - 19:6, 49:9, 81:9
**produced** [1] - 79:23
**productive** [1] - 83:2
**Professional** [1] - 85:8
**profit** [1] - 23:5
**Program** [1] - 41:8
**promenade** [1] - 17:10
**promoted** [1] - 41:13
**proper** [1] - 79:19
**property** [1] - 15:3
**proposition** [1] - 5:20
**prosecutors** [2] - 46:7, 46:9
**prostitutes** [3] - 57:25, 58:5, 58:7
**provided** [1] - 37:12
**providing** [3] - 47:22, 68:14
**provocative** [1] - 57:12
**publish** [13] - 30:7, 35:7, 43:17, 43:19, 53:20, 56:6, 60:4, 61:11, 61:13, 62:21, 66:10, 67:25, 71:7
**published** [1] - 5:14
**publishing** [1] - 49:10
**pulled** [1] - 82:10
**purchase** [10] - 11:12, 12:7, 18:13, 22:13, 53:2, 58:6, 62:17, 63:7, 67:21, 71:19
**purchased** [9] - 12:4, 16:10, 16:13, 58:23, 59:1, 65:23, 65:25, 66:17, 71:14
**purchaser** [1] - 65:5
**purchasing** [3] - 11:9, 11:13, 14:17
**purpose** [2] - 57:14, 64:3
**purposes** [7] - 52:9, 55:5, 57:15, 58:8, 58:18, 61:18, 62:4
**put** [13] - 3:10, 3:23, 8:18, 21:22, 37:5, 37:7, 37:10, 39:15, 47:15, 80:25, 81:21, 82:13
**puts** [2] - 37:10, 65:3
**putting** [2] - 44:8, 48:3

**Q**

**questioning** [2] - 19:10, 46:7
**questions** [8] - 18:5, 18:8, 26:6, 35:25, 36:15, 36:17, 36:19, 46:8
**quick** [1] - 67:8
**quite** [1] - 69:13

**R**

**raise** [1] - 80:10
**raised** [1] - 83:5
**raises** [1] - 77:14
**ran** [3] - 25:18, 72:17, 72:25
**rather** [1] - 79:16
**Raymond** [16] - 12:5, 12:8, 13:13, 14:16, 18:14, 18:21, 49:19, 50:13, 50:21, 50:24, 51:2, 51:17, 54:5, 54:23, 55:8, 56:12
**RDR** [1] - 2:9
**reactive** [2] - 41:22, 41:24
**read** [2] - 44:20, 82:14
**ready** [2] - 62:7, 74:12
**realize** [1] - 48:10
**really** [6] - 3:18, 3:25, 16:1, 47:19, 76:11, 78:5
**Realtime** [1] - 85:9
**rear** [1] - 32:7
**reason** [2] - 4:12, 46:19
**reasons** [2] - 6:11, 78:15
**rebuffed** [1] - 17:12
**rebut** [1] - 5:6
**receive** [2] - 12:18, 13:13
**received** [7] - 41:16, 41:19, 53:5, 53:25, 61:22, 70:5, 82:7
**receives** [1] - 13:4
**receiving** [1] - 55:13
**recently** [1] - 78:7
**Recessed** [2] - 47:8, 67:11
**recognize** [18] - 29:14, 34:18, 52:23, 53:7, 54:16, 54:21, 54:23, 60:23, 61:3, 65:14, 66:14, 66:21, 67:1, 69:25, 70:16, 71:11, 72:5, 72:9
**recollection** [4] - 9:13, 10:18, 15:9, 28:2
**record** [9] - 6:19, 26:15, 39:9, 40:4, 43:7, 47:10, 55:5, 77:25, 85:3
**recorded** [1] - 56:1
**recording** [4] - 22:6, 51:7, 56:11, 56:23
**recordings** [8] - 11:22, 19:12, 19:19, 40:18, 49:6, 81:15, 81:16, 82:20
**records** [3] - 77:19, 78:9, 82:19
**redacted** [4] - 81:24, 81:25, 82:7, 82:25
**redaction** [1] - 82:16
**redactions** [1] - 80:3
**redirect** [4] - 18:9, 21:1, 21:7, 36:22
**REDIRECT** [2] - 18:10, 84:5
**refer** [1] - 49:2
**reference** [11] - 20:15, 23:7, 24:14, 28:25, 31:5, 51:7, 52:15, 57:12, 57:25, 61:11, 61:12
**referenced** [2] - 22:25, 62:10
**referencing** [1] - 31:17
**referring** [5] - 17:5, 51:16, 51:25, 57:14, 72:20
**reflect** [2] - 43:7, 47:10
**refresh** [2] - 10:18, 28:2
**refreshed** [1] - 28:11
**regard** [4] - 21:4, 22:13, 52:3, 75:11
**regarding** [5] - 8:10, 18:13, 22:7, 43:11, 64:24
**regards** [1] - 36:5
**Registered** [1] - 85:8
**related** [2] - 11:18, 41:20
**relationship** [4] - 19:8, 19:23, 73:2, 73:7
**released** [1] - 25:3
**relevance** [1] - 42:17
**remain** [1] - 74:22
**remember** [20] - 10:5, 11:7, 11:22, 12:1, 12:5, 12:12, 14:8, 14:9, 15:7, 16:7, 17:14, 19:10, 27:21, 27:24, 28:13, 32:23, 33:20, 33:22, 39:24, 49:4
**remind** [2] - 38:19, 74:2
**replied** [1] - 57:8
**report** [8] - 8:10, 8:13, 8:20, 10:15, 16:12, 18:4, 77:15, 77:25
**REPORTED** [1] - 2:9
**Reporter** [3] - 85:8, 85:8, 85:9
**reporting** [1] - 47:22
**Reporting** [1] - 2:9
**reports** [10] - 76:20, 76:24, 77:3, 77:14, 77:19, 77:24, 77:25, 78:8, 79:9
**represent** [1] - 29:19
**representation** [3] - 53:10, 59:15, 70:21
**request** [1] - 6:16
**reset** [1] - 83:8
**resisted** [1] - 9:20
**respect** [2] - 64:6, 77:18
**respectfully** [2] - 3:14, 5:1
**respond** [2] - 29:5, 64:17
**responded** [2] - 30:10, 31:4
**response** [3] - 30:22, 31:3, 80:25
**responses** [1] - 80:23
**responsible** [1] - 25:6
**rest** [2] - 21:4, 74:4
**restrict** [1] - 46:8
**restroom** [2] - 47:4, 67:5
**results** [1] - 76:19
**resume** [2] - 44:17, 67:13
**Resumed** [2] - 47:9, 67:12
**resumed** [1] - 3:2
**resumes** [1] - 6:25
**retires** [3] - 44:18, 67:9, 74:8
**retrieved** [1] - 20:19
**return** [3] - 21:17, 47:20, 72:24
**returns** [3] - 7:2, 48:25, 67:15
**review** [14] - 10:12, 10:15, 14:10, 15:8, 15:11, 15:16, 15:20, 15:24, 16:12, 17:15, 17:25, 18:4, 20:5
**reviewed** [4] - 20:14, 20:16, 79:13, 81:15
**reviews** [1] - 22:18
**rises** [1] - 6:9
**robbed** [1] - 5:11
**robbery** [1] - 41:16
**rocks** [3] - 17:4, 52:17, 58:23
**RODOLFO** [1] - 1:7
**Rodriguez** [26] - 54:25, 55:3, 55:7, 56:2, 56:13, 56:18, 56:24, 57:7, 59:14, 60:12, 60:17, 62:18, 63:11, 63:13, 64:25, 65:1, 65:2, 65:7, 65:15, 65:20, 66:22, 68:23, 68:24, 69:7, 70:18, 71:22

**Rodriguez's** [2] - 58:10, 64:5
**role** [1] - 43:15
**roll** [1] - 83:6
**room** [1] - 74:5
**Ross** [1] - 43:13
**round** [6] - 31:25, 32:2, 32:3, 32:9, 33:8, 33:12
**rounds** [4] - 31:25, 34:14, 34:22, 35:24
**Rubio** [4] - 18:7, 36:20, 77:9, 81:4
**RUBIO** [6] - 2:4, 6:19, 18:8, 36:21, 77:6, 81:5
**Ruger** [2] - 24:6, 24:16
**Rugers** [1] - 24:10
**ruling** [1] - 80:2
**running** [2] - 64:8, 64:16

**S**

**safe** [2] - 57:22, 57:23
**sailed** [1] - 46:15
**Salas** [6] - 28:17, 28:23, 30:15, 30:21, 34:4, 36:9
**sale** [4] - 10:10, 10:13, 18:17, 52:5
**Sanders** [1] - 47:21
**save** [1] - 76:3
**saw** [10] - 9:2, 9:3, 9:6, 19:18, 21:2, 29:19, 38:14, 53:11, 59:15, 68:24
**scene** [14] - 8:24, 29:5, 29:10, 29:11, 30:10, 31:3, 31:23, 31:24, 32:1, 34:5, 34:6, 34:10, 34:13, 34:14
**schedule** [1] - 67:8
**schedules** [1] - 73:24
**scheduling** [1] - 76:1
**scissors** [1] - 35:13
**screen** [18] - 28:19, 32:10, 49:16, 49:18, 50:12, 50:16, 50:20, 50:23, 55:2, 56:16, 63:10, 68:7, 68:11, 68:18, 68:22, 68:25, 69:10, 69:12
**seat** [1] - 67:13
**seated** [5] - 3:3, 7:3, 26:14, 49:1, 67:16
**second** [10] - 5:25, 6:2, 14:5, 35:21, 54:4, 55:7, 60:15, 66:25, 71:20, 73:23
**see** [54] - 8:24, 10:8, 10:17, 15:8, 16:12, 19:12, 21:2, 21:8, 21:20, 26:4, 28:19, 29:25, 31:23, 32:5, 32:8, 32:10, 32:13, 32:15, 32:18, 33:7, 33:22, 35:18, 39:15, 42:2, 42:9, 42:24, 43:23, 44:1, 49:16, 49:18, 50:12, 50:16, 50:20, 50:21, 51:12, 51:22, 53:23, 54:2, 54:7, 55:12, 55:13, 55:15, 58:7, 60:8, 60:11, 60:16, 68:7, 68:22, 69:10, 69:12, 71:16, 71:21, 74:21, 83:10
**seeing** [1] - 33:22
**seek** [3] - 61:10, 62:20, 79:20
**seeks** [1] - 78:8
**sees** [1] - 21:20
**self** [1] - 81:10
**sell** [6] - 16:18, 16:19, 16:20, 17:4, 24:4, 58:6
**selling** [3] - 17:13, 19:6, 61:2
**semiautomatic** [1] - 24:16
**Seminal** [1] - 5:13
**send** [2] - 78:20, 78:21
**series** [1] - 11:22
**service** [1] - 69:18
**Services** [1] - 2:9
**SESSION** [1] - 1:5
**set** [1] - 6:24
**several** [6] - 20:20, 28:25, 31:5, 31:8, 50:21, 58:5
**shades** [1] - 74:17
**shall** [1] - 76:9
**sheets** [3] - 37:6, 47:18
**shell** [1] - 33:9
**shift** [3] - 27:17, 57:7, 57:9
**ship** [1] - 46:15
**shirt** [6] - 33:25, 34:2, 43:2, 43:5, 43:6, 57:1
**shit** [4] - 64:23, 65:2, 65:3, 65:4
**Shores** [1] - 2:5
**shortly** [1] - 41:11
**shorts** [1] - 54:24
**shot** [2] - 32:3, 72:10
**shoulder** [1] - 46:23
**show** [2] - 21:19, 34:5
**showed** [2] - 34:10, 72:18
**showing** [33] - 28:18, 29:13, 32:4, 34:16, 52:22, 53:7, 54:2, 54:4, 54:6, 54:15, 55:11, 55:14, 58:17, 60:7, 60:10, 60:15, 60:22, 61:3, 65:12, 66:13, 66:20, 66:25, 69:24, 70:15, 71:10, 71:15, 71:20, 72:1, 72:4, 72:8, 72:19, 73:2, 73:5
**shows** [1] - 15:5
**side** [6] - 54:5, 54:8, 61:5, 61:6, 73:9, 77:7
**sidebar** [1] - 38:8
**sidewalk** [3] - 15:2, 54:3, 60:18
**sight** [2] - 19:13, 20:7
**significance** [4] - 58:10, 61:19, 62:5, 64:5
**similar** [2] - 24:19, 80:17
**similarly** [1] - 79:21
**simple** [1] - 48:3
**simply** [1] - 17:12
**single** [1] - 21:15
**site** [3] - 19:23, 25:2, 25:5
**sitting** [3] - 14:7, 15:22, 16:4
**situation** [1] - 5:22
**six** [1] - 54:12
**sixteen** [2] - 52:16, 52:18
**sixth** [1] - 55:14
**skill** [1] - 42:10
**sleeping** [1] - 57:9
**slow** [1] - 15:25
**small** [1] - 74:17
**Smith** [1] - 5:11
**snitch** [3] - 4:3, 4:5, 4:12
**someone** [1] - 17:5
**sometimes** [2] - 13:6, 25:13
**sorry** [13] - 7:5, 7:18, 8:7, 30:2, 30:25, 32:16, 33:4, 56:13, 61:6, 63:22, 65:17, 65:19, 73:8
**source** [1] - 63:6
**south** [1] - 73:8
**South** [1] - 1:24
**southbound** [2] - 73:1, 73:8
**SOUTHERN** [1] - 1:1
**Spanish** [5] - 11:16, 12:10, 14:21, 15:15, 17:24
**speaker** [1] - 69:5
**speaking** [3] - 15:7, 18:12, 18:16
**speaks** [1] - 15:5
**Special** [1] - 43:13
**specific** [1] - 25:20
**specifically** [3] - 4:6, 6:1, 21:14
**speculation** [11] - 8:4, 10:23, 13:10, 13:19, 20:1, 20:9, 21:8, 22:21, 23:22, 24:2, 64:9
**spell** [2] - 26:15, 40:3
**spend** [3] - 39:22, 39:23, 46:18
**spent** [6] - 32:1, 33:9, 33:15, 34:15, 34:22, 35:19
**spill** [1] - 75:5
**spiral** [1] - 44:10
**spoken** [2] - 57:6, 63:15
**Stadium** [1] - 50:4
**staircase** [3] - 33:9, 33:12, 33:15
**stand** [5] - 5:20, 6:25, 37:20, 43:3, 47:15
**standing** [6] - 5:10, 5:21, 14:7, 14:24, 15:2, 15:3
**stands** [1] - 41:7
**start** [5] - 39:20, 40:1, 42:12, 74:6, 74:20
**started** [1] - 56:24
**starting** [1] - 55:5
**starts** [1] - 39:7
**stash** [2] - 51:13, 63:11
**state** [4] - 5:16, 26:15, 40:3, 80:11
**State** [1] - 38:20
**statement** [17] - 3:19, 3:25, 4:14, 4:18, 4:24, 5:8, 5:9, 5:21, 6:7, 6:14, 52:10, 58:10, 61:20, 62:5, 64:5, 64:24, 69:6
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**States** [8] - 5:14, 5:15, 5:17, 5:18, 26:11, 36:24, 77:20, 77:22
**states** [1] - 77:19
**stating** [1] - 64:11
**stayed** [1] - 17:9
**step** [3] - 26:8, 47:3, 47:5
**steps** [1] - 58:9
**stickies** [1] - 74:2
**still** [19] - 17:10, 34:10, 43:24, 53:9, 54:8, 54:19, 59:13, 60:12, 60:17, 65:15, 65:20, 66:22, 67:2, 70:17, 71:17, 71:22, 72:2, 74:10
**stills** [2] - 58:18, 75:13
**stipulation** [3] - 40:11, 40:17, 75:12
**STOP** [1] - 41:7
**stop** [2] - 30:20, 43:23
**stopped** [4] - 9:8, 9:17, 21:14, 56:25
**stopping** [1] - 7:25
**strategy** [1] - 10:21
**street** [6] - 29:17, 50:4, 55:21, 56:19, 57:20, 61:24
**Street** [10] - 1:17, 1:22, 2:2, 2:5, 29:3, 41:7, 50:5, 63:20, 63:21
**structure** [1] - 73:3
**stump** [1] - 63:12
**subject** [1] - 22:16
**substantially** [3] - 53:4, 58:25, 70:4
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**summer** [1] - 7:13
**sun** [1] - 74:19
**superseding** [2] - 6:1, 6:3
**supply** [1] - 76:23
**supplying** [3] - 51:13, 51:24, 52:6
**supports** [1] - 76:24
**suppose** [1] - 74:24
**supposed** [1] - 46:4
**suppression** [1] - 41:12
**Supreme** [1] - 78:7
**suspected** [1] - 8:15
**suspicious** [1] - 57:19
**sustain** [1] - 20:2
**sustained** [4] - 23:23, 31:13, 31:15, 42:18
**sweet** [1] - 38:22
**sworn** [3] - 26:13, 39:25, 40:2
**SWORN**....................... [1] - 84:9
**SWORN**.....................

**.....** [1] - 84:6
**sync** [1] - 48:22
**system** [1] - 82:20

## T

**tab** [13] - 3:6, 22:5, 23:11, 37:7, 43:18, 43:19, 43:21, 46:4, 49:12, 56:5, 61:12, 62:22, 67:23
**table** [1] - 74:19
**tabs** [1] - 48:10
**talents** [2] - 46:2, 46:3
**tall** [1] - 54:25
**TAMRA** [1] - 2:9
**Tamra** [1] - 85:7
**tape** [15] - 10:12, 10:15, 10:17, 15:8, 15:11, 15:20, 15:24, 15:25, 17:25, 49:6, 56:22, 81:22, 82:10, 82:25
**tapes** [8] - 10:16, 82:5, 82:6, 82:9, 82:13, 82:14, 82:19, 82:24
**target** [12] - 50:7, 54:20, 56:2, 56:12, 60:14, 60:20, 61:1, 61:5, 62:17, 63:21, 63:23, 73:9
**targets** [1] - 42:8
**task** [3] - 41:6, 41:14, 44:2
**tax** [2] - 23:4
**taxed** [4] - 22:16, 22:20, 23:8, 23:9
**taxing** [2] - 22:16, 23:2
**Team** [2] - 6:4, 7:12
**team** [2] - 41:12, 47:22
**teams** [1] - 13:2
**telephone** [3] - 11:12, 18:19, 63:16
**tenths** [2] - 16:11, 18:2
**term** [1] - 23:2
**terminology** [2] - 41:20, 57:20
**terms** [2] - 25:10, 57:20
**Terror** [1] - 41:7
**testified** [1] - 4:3
**testify** [1] - 21:7
**testifying** [6] - 24:24, 75:24, 76:1, 76:2, 78:13, 82:18
**testimony** [10] - 21:21, 39:5, 39:7, 39:21, 40:1, 44:14, 74:11, 76:16, 76:25, 78:1
**tests** [2] - 78:4, 78:12
**TGK** [1] - 81:17
**THE** [205] - 1:12, 1:15, 1:19, 3:3, 3:15, 3:21, 4:1, 4:5, 4:8, 5:3, 5:5, 6:8, 6:21, 6:24, 7:1, 7:3, 8:5, 10:25, 13:11, 13:20, 14:2, 18:6, 18:9, 20:2, 20:10, 20:22, 20:24, 21:10, 21:18, 22:3, 22:22, 22:25, 23:2, 23:23, 24:3, 26:8, 26:10, 26:14, 26:17, 28:5, 29:24, 30:1, 30:4, 30:8, 30:24, 31:13, 31:15, 31:19, 31:21, 32:16, 32:20, 32:22, 33:2, 33:4, 35:1, 35:3, 35:8, 35:14, 35:15, 36:2, 36:14, 36:16, 36:18, 36:20, 36:22, 36:24, 37:3, 37:18, 37:22, 37:24, 38:1, 38:2, 38:5, 38:7, 38:9, 38:11, 38:14, 38:16, 38:18, 39:5, 39:18, 40:3, 40:5, 40:7, 40:13, 40:17, 42:18, 43:4, 43:9, 43:19, 43:23, 44:19, 44:23, 44:25, 45:2, 45:4, 45:6, 45:8, 45:10, 45:12, 45:14, 45:16, 45:18, 45:20, 45:22, 45:24, 46:10, 46:11, 46:15, 46:18, 46:23, 47:5, 47:7, 47:10, 47:14, 47:16, 48:5, 48:11, 48:13, 49:1, 49:11, 50:25, 52:20, 53:15, 53:17, 53:21, 54:9, 54:11, 54:13, 56:7, 58:15, 59:6, 59:8, 59:20, 59:22, 59:24, 60:1, 60:5, 61:13, 62:23, 64:10, 65:10, 65:16, 65:17, 65:18, 65:19, 66:4, 66:7, 66:11, 67:4, 67:10, 67:13, 67:16, 68:3, 69:22, 70:9, 70:11, 71:2, 71:4, 71:8, 73:15, 74:9, 74:13, 74:14, 74:18, 74:20, 74:24, 75:3, 75:9, 75:11, 75:15, 75:18, 76:6, 76:9, 76:13, 76:17, 77:2, 77:5, 77:9, 78:3, 78:10, 78:14, 78:18, 79:5, 79:10, 79:12, 79:15, 79:23, 80:1, 80:4, 80:6, 80:12, 80:20, 81:2, 81:4, 81:6, 81:11, 81:14, 81:19, 81:21, 81:25, 82:3, 82:8, 82:22, 82:24
**the..** [1] - 47:14
**therefore** [1] - 4:20
**Thereupon** [1] - 83:11
**third** [3] - 54:6, 55:8, 72:1
**three** [4] - 11:24, 16:11, 25:4, 75:23
**three-tenths** [1] - 16:11
**throughout** [1] - 25:14
**Thursday** [1] - 73:25
**tie** [3] - 43:2, 43:5, 43:6
**tied** [1] - 5:23
**title** [1] - 26:25
**today** [4] - 19:19, 20:17, 42:24, 79:8
**together** [1] - 44:8
**tolerate** [1] - 65:4
**tomorrow** [5] - 74:3, 74:5, 74:20, 78:22, 83:10
**tonight** [1] - 75:20
**took** [3] - 34:13, 51:21
**top** [3] - 33:21, 57:5, 64:3
**torn** [2] - 33:25, 34:2
**total** [2] - 51:14, 52:18
**towards** [4] - 56:13, 56:24, 73:1
**town** [1] - 50:1
**training** [2] - 41:16, 41:19
**transaction** [30] - 12:20, 12:21, 13:18, 14:1, 17:14, 17:20, 18:2, 18:20, 18:22, 19:13, 19:18, 20:16, 51:21, 51:23, 51:25, 52:11, 63:15, 65:21, 67:3, 68:12, 68:13, 72:2, 72:7, 72:11, 72:12, 72:13, 73:3, 73:7, 73:14, 73:16
**transactions** [4] - 19:24, 20:6, 21:16, 75:1
**TRANSCRIPT** [1] - 1:12
**transcript** [18] - 22:2, 22:22, 39:16, 43:18, 44:11, 52:15, 56:17, 57:5, 57:13, 58:1, 58:11, 62:10, 63:1, 64:3, 64:20, 67:23, 82:14, 85:2
**transcripts** [11] - 39:10, 40:12, 44:1, 46:3, 46:14, 47:25, 48:13, 49:4, 82:4, 83:1, 83:4
**transfer** [1] - 37:6
**trap** [1] - 24:4
**treat** [1] - 3:11
**tree** [1] - 63:12
**trial** [2] - 4:16, 5:23
**TRIAL** [1] - 1:12
**try** [2] - 10:21, 44:12
**trying** [4] - 3:23, 21:7, 21:12, 46:18
**Tuesday** [1] - 73:25
**turn** [4] - 22:5, 23:10, 56:4, 57:1
**two** [20] - 5:13, 18:2, 19:18, 31:25, 34:14, 34:21, 35:23, 39:18, 58:18, 59:23, 61:4, 65:14, 66:3, 73:11, 77:14, 77:16, 82:12
**two-page** [2] - 65:14, 66:3
**two-tenths** [1] - 18:2
**type** [3] - 24:16, 26:2, 29:9
**typed** [1] - 3:4

## U

**um-hm** [1] - 45:6
**Um-hm** [1] - 45:16
**uncle** [3] - 62:10, 62:12, 62:13
**uncomfortable** [2] - 46:14, 65:5
**under** [7] - 4:24, 33:24, 48:8, 58:19, 67:23, 77:16, 78:6
**undercover** [13] - 9:24, 11:11, 41:17, 42:2, 43:14, 55:24, 57:21, 57:24, 61:8, 62:17, 67:21, 79:22
**undermine** [1] - 78:22
**unidentified** [3] - 70:18, 72:3, 72:6
**uniform** [1] - 27:7
**uniformed** [1] - 41:11
**unit** [2] - 41:4, 41:7
**United** [8] - 5:14, 5:15, 5:17, 5:18, 26:11, 36:24, 77:20, 77:22
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**unnecessary** [1] - 38:22
**up** [35] - 3:10, 5:23, 6:24, 7:23, 8:14, 8:16, 15:5, 16:17, 16:18, 17:3, 21:3, 21:19, 22:12, 22:16, 25:9, 28:7, 34:5, 34:10, 35:17, 37:10, 37:20, 39:16, 44:4, 44:7, 49:5, 57:1, 58:20, 63:11, 65:3, 69:6, 69:17, 76:13, 76:16, 82:9, 82:16
**utilizing** [1] - 42:1

## V

**V-E-L-O-Z** [1] - 40:6
**vantage** [1] - 51:4
**vehicle** [3] - 49:23, 49:24, 51:24
**Velez** [1] - 76:5
**Veloz** [2] - 37:1, 40:5
**VELOZ** [2] - 40:2, 84:9
**verify** [1] - 15:11
**versus** [8] - 4:25, 5:14, 5:15, 5:17, 5:18, 77:20, 77:22, 78:6
**via** [2] - 14:13, 78:21
**victim** [1] - 33:17
**video** [56] - 9:3, 10:8, 11:22, 14:24, 16:8, 17:11, 17:14, 17:16, 17:18, 20:5, 20:25, 21:1, 21:2, 21:19, 21:20, 49:10, 49:13, 49:21, 50:10, 50:14, 50:18, 51:10, 51:18, 52:7, 52:13, 54:19, 55:19, 56:8, 56:14, 56:20, 57:3, 57:10, 59:13, 61:14, 62:2, 62:8, 62:14, 62:24, 63:4, 63:8, 63:19, 63:25, 64:18, 68:1, 68:5, 68:9, 68:16, 68:20, 69:3, 69:8, 69:15, 69:20, 70:17, 70:21, 72:22, 75:13
**videos** [7] - 14:6, 20:14, 40:20, 44:19, 47:25, 48:13, 75:13
**videotapes** [2] - 10:7, 14:11
**view** [2] - 19:25, 29:17
**violation** [2] - 6:10,

DAILY COPY

78:8
**violative** [3] - 5:9, 5:21, 5:24
**violence** [1] - 6:5
**violent** [3] - 28:25, 31:5, 31:11
**voice** [2] - 61:16, 63:2
**voir** [1] - 82:15
**volunteer** [1] - 46:12
**VÁZQUEZ** [140] - 1:15, 6:23, 8:4, 10:23, 13:10, 13:19, 18:11, 20:4, 20:11, 21:12, 22:1, 22:4, 22:24, 23:6, 23:24, 24:21, 24:22, 26:6, 36:25, 37:16, 37:25, 38:4, 38:6, 40:10, 40:14, 40:24, 42:19, 43:7, 43:10, 43:16, 43:20, 44:22, 44:24, 45:1, 45:3, 45:5, 45:7, 45:9, 45:11, 45:13, 45:15, 45:17, 45:19, 45:21, 45:23, 47:3, 47:15, 49:9, 49:12, 49:15, 49:22, 50:11, 50:15, 50:19, 51:11, 51:19, 52:8, 52:14, 52:19, 52:21, 53:13, 53:20, 53:22, 54:10, 54:12, 54:14, 55:5, 55:10, 56:6, 56:9, 56:15, 56:21, 57:4, 57:11, 58:14, 58:16, 59:4, 59:11, 59:18, 59:21, 59:23, 60:4, 60:6, 61:10, 61:15, 62:3, 62:9, 62:15, 62:20, 62:25, 63:5, 63:9, 64:2, 64:14, 64:19, 65:9, 65:11, 66:2, 66:10, 66:12, 67:19, 67:25, 68:4, 68:6, 68:10, 68:17, 68:21, 69:4, 69:9, 69:16, 69:21, 69:23, 70:7, 70:14, 70:24, 71:7, 71:9, 73:13, 75:1, 75:4, 75:8, 75:10, 75:17, 75:24, 76:8, 79:7, 79:11, 79:13, 79:16, 79:25, 80:3, 80:5, 80:9, 80:22, 80:25, 81:18, 81:23, 82:1, 82:6, 82:17
**VÁZQUEZ....................** [1] - 84:5
**VÁZQUEZ......................** [1] - 84:10
**Vázquez** [11] - 5:6, 7:4, 22:23, 38:2, 40:7, 43:23, 44:20, 48:15, 49:8, 67:17, 75:20

## W

**wait** [1] - 47:14
**waiting** [2] - 69:6, 74:5
**walk** [1] - 38:21
**walked** [4] - 17:3, 17:9, 17:13, 17:22
**walking** [9] - 17:12, 29:10, 49:19, 51:22, 51:23, 53:9, 54:3, 56:13, 56:24
**walks** [2] - 16:17, 16:18
**wall** [1] - 21:22
**Walter** [2] - 26:11, 26:17
**WALTER** [3] - 26:13, 26:18, 84:6
**wants** [3] - 52:12, 61:21, 76:4
**watch** [1] - 46:25
**watches** [2] - 19:4, 83:9
**watching** [3] - 12:21, 12:23, 16:6
**ways** [1] - 13:24
**weapons** [1] - 9:15
**wearing** [2] - 43:2, 43:5
**Wednesday** [1] - 73:25
**weight** [2] - 16:12, 18:4
**West** [1] - 1:22
**west** [2] - 61:5, 73:9
**Weston** [1] - 2:10
**whole** [2] - 15:14, 46:16
**WILLIAMS** [1] - 1:12
**window** [3] - 54:5, 54:8, 55:16
**Witness** [3] - 22:18, 32:12, 58:21
**witness** [28] - 3:17, 4:3, 6:25, 21:23, 22:1, 26:6, 26:9, 26:10, 36:7, 36:24, 37:8, 37:25, 38:13, 38:15, 39:2, 39:3, 40:9, 43:7, 47:6, 47:15, 48:20, 55:6, 75:4, 77:7, 79:13, 81:18, 81:20
**WITNESS** [10] - 23:2, 26:17, 35:15, 37:22, 40:5, 46:10, 65:17, 65:19, 74:13, 84:2
**witness's** [1] - 76:25
**witnesses** [3] - 38:20, 75:23, 78:17
**words** [2] - 4:7, 24:24
**worry** [3] - 39:7, 64:22, 64:23
**worth** [2] - 51:9, 51:15
**writing** [1] - 44:6
**written** [1] - 44:10

## Y

**years** [5] - 27:3, 27:13, 41:11, 41:14, 57:21
**yellow** [2] - 58:24, 74:2
**yourself** [5] - 7:19, 9:8, 52:1, 64:25, 74:2

## Z

**zero** [1] - 32:22
**zoom** [1] - 48:14