UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 14-20017-CR-KMW

UNITED STATES OF AMERICA 2-24-2015

DAY ELEVEN
A.M. SESSION

vs.

MAURIN CHACON PAGES 1-54
RODOLFO PORTELA
CHRISTOPHER ALTAMIRANO
JAMES DIXON
JAY ANTHONY FLORES,
Defendants

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS HELD
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES: IGNACIO VAZQUEZ, A.U.S.A.
ILHAM HOSSEINI, A.U.S.A.
MARK DISPOTO, A.U.S.A.
99 N.E. 4th Street
Miami, FL 33132

FOR DEFENDANTS: MANUEL GONZALEZ, ESQ.
2000 Ponce DeLeon Boulevard
Suite 614
Coral Gables, FL 33134

PAUL KORCHIN, A.F.P.D
150 West Flagler Street
Miami, FL 33130

PHILIP HOROWITZ, ESQ.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156

**APPEARANCES CONTD.**

**DAVID DONET, JR. ESQ.**
**3250 Mary Street**
**Suite 406**
**Fort Lauderdale, FL 33133**

**HERMAN FRANK RUBIO, JR. ESQ.**
**1107 N.E. 104th Street**
**Miami Shores, FL 33138**

REPORTED BY:

PATRICIA SANDERS, RPR
*United States Court Reporter*
400 North Miami Avenue, Suite 11-3
Miami, FL 33128
T: 305.523.5528
patricia_sanders@flsd.uscourts.gov.

THE COURT: We have all our jurors. Please bring in our jury.

COURT SECURITY OFFICER: All rise, please. Everyone be seated. Good morning ladies and gentlemen of the jury; Miami traffic, what fun. But we are all here and ready to go.

Mr. Vazquez, you may continue.

BY MR. VAZQUEZ:

Q. Detective, I want to turn your attention to February 25th, 2014. On that date did you participate in an undercover phone call and controlled phone call regarding defendant Maurin Chacon?

A. Yes.

MR. VAZQUEZ: At this time I would seek to publish Government's Exhibit 162, which relates to Government's Exhibit 163, which can be found at tab 18.

THE COURT: All right.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Detective, at the bottom of page two of the 163 transcript, for purposes of where your investigation was going and what you were learning about the targets, what did the statement by the person identified as Chacon, I have my little brother here and they hold my shit, mean to you?

A. That he has his foot soliders holding his crack cocaine for him.

Q. And did you identify the voices on this recording?
A. Yes, that's Chacon.
AUDIOTAPE PLAYED FOR THE RECORD.
BY MR. VAZQUEZ:
Q. Detective, I want to turn your attention to the top of page three.
What did the statement, they got to give me money, you feel me, mean to you for the purposes of continuing this investigation?
A. That any business I conduct with the foot soliders, that they would have to give him the money.
Q. Turning back to page three, the bottom of the transcript. When you referenced the word toy what did you mean?
A. Street term for firearm.
Q. Turning to page five of the transcript.
AUDIOTAPE PLAYED FOR THE RECORD
MR. VAZQUEZ: Turning to tab 19, Government's Exhibit 164, call two on the audio.
Permission to publish.
THE COURT: Yes.
MR. VAZQUEZ: The transcript is 164 behind tab 119.
THE COURT: All right.
MR. VAZQUEZ: Your Honor, if I may pass this out.
THE COURT: Yes. You may continue, Mr. Vazquez.
AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. Detective do you recognize the voices on this recording?
A. Yes, that's Chacon.
Q. For the purposes of where this investigation was leading and what your thoughts were about continuing the investigation, what was the significance of Mr. Chacon's statement at the bottom of page one, I am waiting for you bro; you good?
A. Based on the conversation we had previously he was still waiting on me to come by and conduct business.
AUDIOTAPE PLAYED FOR THE RECORD
MR. VAZQUEZ: Permission to publish Government's Exhibit 169 which corresponds to tab 20, Government's 165.
THE COURT: Yes.
This has already been stipulated into evidence, correct?
MR. VAZQUEZ: Yes, Your Honor.
THE COURT: You can just identify it then, Mr. Vazquez.
MR. VAZQUEZ: Yes, Your Honor.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. What are we looking at now?
A. I am back at the target location, and that is Chacon with the long hair, the dreads.
VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. Do you recognize the voices on the recording?
A. Yes, that's Chacon.
Q. If you could tell the members of the jury what is going on in the video at this point in time from your perspective?
A. I pulled up past the location, south of the location, and over on the east side of the avenue because I was told not to do business in front of the house.
And he approached the vehicle and got in the back seat and asked the informant to move his seat up.
Q. When you say he, who is that?
A. Chacon.
Q. Who told you not to do business in front of the target location?
A. Chacon told me, Rodriguez told me. They told me before they did not want me doing business in front of cameras. There's a house across the street with cameras on it.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. What is happening at this point in time?
A. We are doing a transaction for crack cocaine right now.
VIDEOTAPE PLAYED FOR THE RECORD
MR. VAZQUEZ: Permission to approach.
THE COURT: Yes.
BY MR. VAZQUEZ:

Q. Showing you what has been marked for identification as Government's Exhibit 166.
Do you recognize it?
A. Yes.
Q. What is it?
A. The crack cocaine I purchased from Chacon.
Q. Is it in substantially the same condition as the day you received it?
A. Yes, it is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 166.
MR. GONZALEZ: No objection.
THE COURT: It will be admitted.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Directing your attention to the bottom statement by Chacon. What did you understand Chacon's statement to mean when he said, but they got to give me money, you hear me?
A. Referring back to his foot soliders, the ones that answer to him.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Page four of the transcript towards the bottom when you reference toys, what are you talking about?
A. Street term for firearm.

Q. What did you understand defendant Chacon to mean when he said on page five, it's my little baby, it ain't even nothing big, it is a .32?
A. He is referring to the .32-caliber firearm.
Q. This line of the transcript at page six, what did you understand the defendant to mean when he compared a .32 caliber firearm to a .380 caliber firearm?
A. I knew he was serious about what he was talking about because a .380 does looks similar to a .32 pistol.
Q. What did you understand -- why did you bring up the phrase protection on page seven regarding your conversation with Defendant Chacon?
A. Earlier in the conversation he says he has two or three weapons. I am trying to get the weapons off the street.
He says he has one that he does not want to sell, that is his favorite one.

VIDEOTAPE PLAYED FOR THE RECORD.

BY MR. VAZQUEZ:
Q. On page 12 of the transcript what did you understand Defendant Chacon to be referring to when he said, that's my baby.
A. The revolver. He was first saying he had to go to his people for it.
During the conversation he said, no, I got it, I got it. Now he is agreeing to sell it to me.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Do you know what the phrase a throw away means?

A. That's a street term that is used for weapons that can be used for a shooting that can be thrown away.

Q. Do you know what defendant Chacon means when he says, my other ones are hitters, you hear me?

MR. GONZALEZ: Objection to speculation.

THE COURT: Please approach. Mr. Vazquez, what is he going to say hitters are?

MR. VAZQUEZ: The firearms are -- I understand the other ones are hitters; they are used to shoot people, they are guns for discharging.

THE COURT: He is talking about what Chacon is saying to the undercover, and what the undercover understands that phrase to mean, and it has nothing to do with anyone else?

MR. VAZQUEZ: No, Your Honor.

MR. GONZALEZ: Also, Your Honor, this is a count of possession of a firearm by a convicted felon; it's not about a shooter or shooters.

This is basically putting Mr. Chacon in a bad light in front of the jury.

THE COURT: It is one of those things; it's on the tape. I don't expect you are going to -- once he has his question answered then we're done.

MR. VAZQUEZ: The phrase, for the Court, does come up in other parts of the evidence that we have hitters -- is going to come up in other parts of the evidence.

THE COURT: But since we have the testimony here we won't have to revisit it.

MR. VAZQUEZ: Other than to -- who is saying the word hitter.

THE COURT: All right.

BY MR. VAZQUEZ:

Q. Going back to page 12 of the transcript, with reference to the firearms, the firearms only, what do you understand the phrase, my other ones are hitters, you hear me, to mean in reference to the firearms?

A. Basically used for battle.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Drawing your attention to page 16 of the transcript, Defendant Chacon's statement.

Look, I told you I am that "N word", I don't play, you feel me.

What did you understand that to mean for purposes of where this investigation was going and what you were going to do?

A. Basically telling me that he can do -- he can come through and do what he is saying he can do.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. At the top of page 18 of the transcript what did you understand Defendant Chacon's statement, I ain't going to lie you goin' to love it, dawg.
What did you understand that to mean?
A. The firearm he was describing to me that's his baby.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Who do you see on the scene?
A. Chacon getting into the front passenger seat.
Q. Where did you get Mr. Chacon from?
A. I pulled up from the target location, he got into the passenger seat, and now we are driving southbound.
Q. Who decided to leave the target location?
A. He did. He tells me to drive around the block. I don't do that, I just pull over on the side and tell him it's okay and pull up a couple of structures up.
Q. What did you understand the purpose of Mr. Chacon's statement, go around the block, go around the block to mean?
A. He did not want to do business right there on that avenue
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. On page 19 of the transcript, what do you understand Defendant Chacon to mean when he said this -- it's new, yeah yeah, look, hey?

**A. He is showing me the firearm, the condition that it's in.**
**Q. Are you able to see very much of the transaction at this point in time?**
**A. Unfortunately it's already nighttime, and I turned off the interior light, so you really can't see.**
**Q. Were you able to see the firearm on this day in person?**
**A. No -- if you are sitting in the vehicle you can see clearly what is happening, you can see everything that is going on.**
**VIDEOTAPE PLAYED FOR THE RECORD**
**MR. VAZQUEZ: Permission to approach.**
**THE COURT: Yes.**
**BY MR. VAZQUEZ:**
**Q. Showing you what has been marked for identification as Government's Exhibit 167 A, 167 B and 168.**
**Do you recognize those exhibits?**
**A. Yes.**
**Q. What is 167 A?**
**A. The snub nose revolver five-shot, with the round and ammo.**
**Q. Is it in substantially the same condition as the date you received this item?**
**A. Yes.**
**Q. Is this the item you received on the video we have been watching?**
**A. Yes.**
**Q. What is 168?**

A. 168 is eight live 38-caliber rounds. Five were loaded in the revolver, and then he brought three additional rounds.
Q. Are they in substantially the same condition as when you received them?
A. Yes.
Q. What is 167 B?
A. This is the little case he brought the firearm in.
Q. Is 167 B in substantially the same condition as when you received it?
A. Yes.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 167 A, 167 B and 168.
THE COURT: Any objection?
MR. GONZALEZ: No, Your Honor.
THE COURT: 167 A and B and 168 are admitted.
MR. VAZQUEZ: Permission to publish.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 167 A.
What do you see?
A. The firearm I purchased on February 25th.
Q. Showing you what has been admitted into evidence as Government's Exhibit 167 B.
A. The case the firearm came in.

Q. How did you physically receive the firearm, was it inside of 167 B?
A. Yes, it was inside there, and he took it out and showed it to me.
Q. Showing you Government's Exhibit 1168.
What is that?
A. The 38-caliber rounds.
VIDEOTAPE PLAYED FOR THE RECORD.
BY MR. VAZQUEZ:
Q. At the center of Government's Exhibit 22 what is the phrase that's clean mean?
A. The firearm has not been used on anyone, no one has been shot with it.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Bottom of page 21. What is happening in this exchange where Defendant Chacon is saying, I will let you know right now.
Hey, why not quick?
And you respond, you have to dip out quick though.
A. He is referring to -- he is saying that he takes the weapon out and puts it out the window, and is telling me he's that guy he says he is, that he will shoot right now.
I said, but we will have to dip out quick. And the conversation continues.
VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. What did you understand Defendant Chacon to mean when he said because I have a tuxedo with it at the top of page 23?
A. That he wears a tuxedo and has the firearm to go with it.
Q. How does that reference the ensuing statement that's that Mafia shit?
A. Basically he is telling me he is a Mafia guy, and when he goes up and dresses up nice, he is armed with that revolver.
Q. What is the defendant referring to on page 23 where he says it's coming out of the back of your brain?
A. He is talking about if he shoots you in the back of the head with the revolver.
Q. What did you understand Defendant Chacon to mean when he states on page 24, I tell you these are my people?
A. Referring to the -- his foot soliders.
MR. HOROWITZ: Objection to the use of the word foot soliders.
THE COURT: Let's avoid that term. I don't think it is in the transcript. There are other things we can use.
BY MR. VAZQUEZ:
Q. What did you understand Defendant Chacon to mean, using another phrase?
A. That his guys, his workers --
MR. HOROWITZ: Objection as to workers.
THE COURT: Overruled.

BY MR. VAZQUEZ:
Q. What did you understand Defendant Chacon to mean when he said I run this block?
A. That he is the leader of that block, he is the boss.
VIDEOTAPE PLAYED FOR THE RECORD.
BY MR. VAZQUEZ:
Q. Turning to page 25. What are you referring to where you say towards the center, no, but that day I called you only one time?
A. I was explaining to him -- there was a previous purchase where it was Rodriguez and Chacon, and Rodriguez was upset and said, you told me you called Chacon a hundred times. And then he said, you told me you called him seven times.
The reality is I never called -- I only text'd Chacon that morning and told him I would be coming by later on. That day I did not get into that because I wanted to defuse the situation
So I am letting him know we're talking about the day of that transaction.
And I told him, yeah, I only called you that one time. But I wasn't going to get into it, how many times I called him.
Q. What did you understand Mr. Chacon to refer to on page 26 where he says, no, no, you did; but, see, they are not going to -- see, I don't like when he tell me you slacked off.
A. He is referring to that day or that transaction where Rodriguez made that statement to him, and Chacon didn't

appreciate that.

Q. Detective, prior to this date and conversation or on this date and prior to, had you done any business with Chacon involving anything other than a firearm and drugs?

A. No.

VIDEOTAPE PLAYED FOR THE RECORD.

BY MR. VAZQUEZ:

Q. On page 27 what did you understand Defendant Chacon to refer to when he said, I know about the shipment?

A. I portrayed myself as a person during the investigation that I purchase and sell the weapons overseas. And he is just confirming that he knows about that.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. On page 28 of the transcript what do you understand the phrase to mean, look, I a young "N word" but an old core.

What did you understand that to mean?

A. I am a young man with an old soul, a lot of experience.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Page 29, bottom of the transcript, for purposes of where you were going to pursue this investigation what did you take from Chacon's statement, we are going to eat together, man, you hear me?

A. Letting me know we are going to be doing business and

making money together.
Q. What did you understand Defendant Chacon to mean on page 30 where he made the statement, this is my block, we make moves the hard way?
A. He is the boss of the neighborhood or the block, and him and his workers make money the hard way.
Q. At page 32 what did you understand Defendant Chacon to mean when he said "N word" that's the head-banger.
What were you talking about?
A. Talking about the revolver.
MR. VAZQUEZ: Permission to publish on the ELMO.
THE COURT: Yes.
MR. VAZQUEZ: We are offering Government's Exhibit 170 without objection.
THE COURT: All right. Government's Exhibit 170 admitted without objection.
Is it a composite.
MR. VAZQUEZ: No, a single image, Your Honor.
THE COURT: All right.
BY MR. VAZQUEZ:
Q. What is depicted there, detective?
A. A still photo of the video when I was pulling up to the location and Chacon was standing outside there.
Q. Are you able to circle him?
A. Yes.

MR. VAZQUEZ: Let the record reflect the witness has circled the image on the right side of the person on the right side of the image, long hair.

I will be publishing Government's Exhibit 171 which corresponds with Government's Exhibit 172, which is at tab 21.

THE COURT: All right.

BY MR. VAZQUEZ:

Q. On March 8, 2014, did you participate in an undercover controlled phone call with Christopher Altamirano?

A. Yes.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. In this transcript the confidential informant uses the word Gordo. Who are you referring to and what does that mean?

A. Gordo is a street term for Miguel Rodriguez.

Q. Do you know Miguel Rodriguez under the street name Fat Boy?

A. Yes.

MR. GONZALEZ: Objection, leading.

BY MR. VAZQUEZ:

Q. Do you know any other nicknames for Miguel Rodriguez?

A. He has several. He goes by Fat Boy, he goes by Beard, which is Babou, and Fat Boy, which is Gordo.

Q. Did you participate on March 25th, 2014 in a transaction involving Mr. Rodriguez?

A. Yes.

Q. Showing you Government's Exhibit 173. Do you recognize it from the March 25th, 2014, transaction?
A. Yes.
Q. What is it.
A. It's crack cocaine.
Q. Was this purchased from target Miguel Rodriguez?
A. Yes.
Q. Is it in substantially the same condition as when you received it?
A. Yes, it is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 173.
MR. GONZALEZ: No objection.
THE COURT: It will be admitted without objection.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 173.
Do you recognize it?
A. Yes, it is multiple baggies of crack cocaine.
Q. On April 1st, 2014 did you participate in an undercover drug transaction with target Miguel Rodriguez and Defendant James Dixon?
A. Yes.
MR. VAZQUEZ: I will be publishing Government's Exhibit 175 which corresponds with 177, and can be found behind

tab 22.

THE COURT: All right.

VIDEOTAPE PLAYED FOR THE RECORD.

BY MR. VAZQUEZ:

Q. What do you see on the screen?

A. James Dixon, myself, and a pedestrian walking by.

Q. And where is this incident happening?

A. In front of actual target location.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. On page two defendant Dixon refers to 60, and then there's reference to five.

What is being talked about at this point in the recording?

A. I told him I have $60, and he says he only has five, which is five crack rocks.

Q. Why did you say you got -- you can break a 20?

A. Because I actually have $140 and they are all in twenties. So I told him I have $60.

He said, I have five rocks so that would -- I would need $10 back.

He is saying he can get that one other one -- I can go down the street. That's what he is explaining to me.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What just happened?

A. He reached down on the floor along the fence line and picked up the crack rocks and handed it to me. And there you can see I am counting the crack rocks, and I handed him the $60.

Q. Did Defendant Dixon have the crack rocks on him prior to transaction?

A. No, he did not have it with him. He had to walk -- it was right there at the fence line on the ground.

THE COURT: All right. We're going to take our brief morning break for our coffee. Be back at quarter of. Don't talk about the case.

JURY EXCUSED

THE COURT: Please be seated everyone.

MR. RUBIO: I apologize, Your Honor, my client is asking to go to the bathroom.

THE COURT: That's fine. We're just cleaning up some exhibits.

DEFENDANTS EXCUSED FROM THE COURTROOM.

THE COURT: Yesterday when you read the list of exhibits that correlated to the transcripts, none of us noted 175. I think you misspoke.

And you said 177, which was the transcript.

MR. VAZQUEZ: Yes.

THE COURT: So 175 is part of the packet of videos that everyone agreed to have admitted; is that correct?

MR. VAZQUEZ: Yes.

THE COURT: I just wanted to make that clear for the record.

MR. VAZQUEZ: I apologize.

THE COURT: How much longer do you have?

MR. VAZQUEZ: I think four more recordings; if I am counting right.

THE COURT: Other than, as Mr. Horowitz said, it being tied up as in fact being narcotics, do we have any objection to the narcotics?

So that Mr. Vazquez can just go up to the witness and be done with this process?

MR. DONET: None from Mr. Dixon.

MR. HOROWITZ: I think it's fairly streamlined, Your Honor. We're not objecting to the admissibility, we are just trying to keep on track as well.

Mr. Vazquez has been coming over and showing us so we could mark it off on our lists.

THE COURT: You can just shout it out, Mr. Vazquez.

MR. HOROWITZ: It's going very smoothly, Your Honor.

THE COURT: All right. Ten minutes everyone.

RECESS TAKEN

THE COURT: Mr. Rubio, and other counsel, if your clients need a break just ask for a sidebar and we can take a break.

MR. VAZQUEZ: Before we bring in the jury, Your Honor, I wanted to ask a scheduling question.

THE COURT: Sure.

MR. VAZQUEZ: We have a series of chemists we intend to call after this witness. I don't anticipate we will end before 12 with all the cross examination.

Can I tell chemists to be here after lunch in the event this witness does end?

THE COURT: Sure. Why don't you have your chemists back at 1:15. We may not be back until later depending on where we are with the witness.

All right. Bring in the jury, please.

COURT SECURITY OFFICER: All rise, please.

THE COURT: Everyone may be seated.

MR. VAZQUEZ: If I may publish the video.

THE COURT: Yes.

VIDEOTAPE PLAYED FOR THE RECORD

MR. VAZQUEZ: For the record, Your Honor, 175 is playing, corresponding with 177. I think we left off on page three.

THE COURT: All right.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Detective who is on the screen?

A. Miguel Rodriguez.

Q. On page five of the transcript for purposes of where you are heading with your investigation what did you take the significance of Mr. Rodriguez's statement, yeah, what's up, bro; but you ain't called me?
A. We had exchanged phone numbers, and he wondered why I had not called him prior to arriving.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. On page seven what did you understand Mr. Rodriguez to mean when he said, I have a little something to do?
You respond, go ahead.
And he responds right here, a little something, a little drop to make.
A. He was making a delivery and that he would be right back.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. Detective, at the bottom of page seven what did you understand Defendant Dixon to mean when he said, hold on Fat Boy?
A. He was calling Miguel Rodriguez.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. What is happening at this point?
A. Miguel Rodriguez, Dixon and myself are getting together to complete the deal.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What is happening at this portion of the recording?

A. Dixon is telling him he needs one more, which is one more crack rock, and that is what we are negotiating now.

Q. Who is he asking for the additional crack rock?

A. Dixon is asking Miguel Rodriguez.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Page 11 of the transaction, what did you mean by the phrase re-up.

A. Re-up means he has to replenish the crack cocaine, that he ran out.

Q. Why in the context of this conversation -- what triggered Miguel Rodriguez to need to re-up?

A. He was low on crack cocaine.

Q. Who was he attempting to assist with crack cocaine?

A. James Dixon.

Q. Which direction did he go, did he travel to re-up?

A. He went northbound and turned eastbound through that abandoned building we talked about earlier yesterday.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What do you understand the phrase money hungry to be?

A. Stop being desperate for money, and stop talking to him.

Q. What does the phrase Jump-out mean?
A. Jump-out is a street term for the undercover detectives who drive around in undercover vehicles and make street side narcotics arrests.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. On page 16 what do you understand Mr. Rodriguez's statement to mean because the connection just went that way?
A. One of his suppliers.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 174; I believe without objection.
THE COURT: All right. Government's Exhibit 174 will be admitted.
MR. VAZQUEZ: And Government's Exhibit 176 without objection; it is a composite exhibit.
THE COURT: They will be admitted without objection.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 174.
Do you recognize that?
A. Yes.
Q. What is it?
A. The crack cocaine I purchased that day from James Dixon.
Q. Page one of Government's Exhibit 176. What is it?
A. The target location, and that is James Dixon leaning up

against the pole there.
Q. Page two of Government's Exhibit 176?
A. James Dixon as we are approaching him.
Q. Page three.
A. James Dixon and myself in conversation during the transaction.
Q. Page four?
A. A photograph of myself, James Dixon and Miguel Rodriguez completing the transaction.
Q. Page five?
A. Also myself, James Dixon and Miguel Rodriguez. That's a different angle of us completing the transaction.
Q. Page six.
What is that?
A. The end of the transaction when the male on the bicycle came back and alerted James Dixon that the undercover police officers were down the street.
Q. Government's Exhibit 42?
A. Yes.
Q. Earlier you talked about where James Dixon was when we took our break, when he initially grabbed the narcotics.
Do you recall that?
A. Yes.
Q. Using the image and the screen, where did James Dixon initially secure narcotics at the beginning of the transaction?

A. There's a pole similar to this one just on the other side of the tree, along this fence line. There's a pole over here.
He picked up the stash about three feet on the ground over here close to the fence line.
Q. Using Government 176, page three at this juncture did James Dixon have narcotics?
A. No, it was on the other side of the pole, on the ground right over here.
MR. VAZQUEZ: The Government would like to publish Government's Exhibit 180.
THE COURT: All right.
BY MR. VAZQUEZ:
Q. On April 8th, 2014, did you participate in a drug purchase at the target location involving Miguel Rodriguez?
A. I don't see it here. I don't recall. If you have the report -- I don't have that transcript.
MR. VAZQUEZ: Permission to approach.
THE COURT: Yes.
MR. HOROWITZ: May we see the report?
MR. VAZQUEZ: Yes.
BY MR. VAZQUEZ:
Q. Take a look to refresh your recollection. Look up when you have completed reviewing it.
A. Yes, I remember.
VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:
Q. Do you recognize what is depicted on the screen?
A. Yes.
Q. What is it?
A. That's me in one of my undercover vehicles driving. That was Miguel Rodriguez who approached me on the passenger side window.
Q. Where does that occur?
A. Just north of the target location.
VIDEOTAPE PLAYED FOR THE RECORD
MR. VAZQUEZ: Permission to publish Government's Exhibit 178; which I am offering without objection as I understand it.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Detective, showing you Government's Exhibit 178. What do you see?
A. I purchased -- that is $300 worth of crack cocaine from that day from Miguel Rodriguez.
Q. Is this what you secured on April 8, 2014?
A. Yes.
Q. Turning your attention to April 10th, 2014. Did you participate in an additional drug transaction regarding target Miguel Rodriguez?
A. Yes.

Q. As a part of that transaction did you also participate in an undercover phone call?
A. Yes, I did.
MR. VAZQUEZ: Publishing 183 which corresponds with Government's Exhibit 184 and can be found at tab 23.
THE COURT: Very good.
AUDIOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Who are you speaking with at that point?
A. Miguel Rodriguez.
MR. VAZQUEZ: Turning your attention to tab 24 of Government's Exhibit 187.
Publishing Government's Exhibit 185 which corresponds with Government's Exhibit 187.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Detective, what do you see on the screen?
A. Miguel Rodriguez approaching the passenger side window.
Q. Of what vehicle?
A. My undercover vehicle. I am sitting in the driver's seat and he is handing me crack cocaine.
Q. What is happening at this point in the recording?
A. The subject in the vehicle handed him a bag of crack cocaine with several crack cocaine rocks, and handed it to Miguel Rodriguez, and Miguel Rodriguez reached into the window

and handed it to me. We completed the transaction, and I gave him the currency.
Q. Turning your attention to page two of the transcript, who did you understand Defendant Miguel Rodriguez was referring to when he said, for sure, my cousin, he said he is going to be here all week, all day?
A. He was referring to Chacon.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 182.
THE COURT: It will be admitted.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 182.
Do you recognize it?
A. Yes.
Q. What is it?
A. The crack cocaine I purchased from Miguel Rodriguez.
Q. This is on April 10th, 2014?
A. Yes.
Q. How close was this transaction to the target location you have been referencing earlier in your investigation?
A. One block over from the location, one block east.
Q. Detective, on April 15, 2014, did you participate in an undercover drug transaction involving Miguel Rodriguez again?
A. Yes.

MR. VAZQUEZ: Tab 25, Government's Exhibit 190. And I will publish, with the Court's permission, Government's Exhibit 189.

THE COURT: All right.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What do you see on the screen?

A. I am parked one block east from the location. The block west is closed because of construction, so we had to move business one avenue down.

VIDEOTAPE PLAYED FOR THE RECORD

THE WITNESS: This video freezes up when you try to review it. You have to let it play like 12 minutes or 13 minutes, and then it will go into the transaction. If you try to forward to the transaction it freezes up.

THE COURT: Let's take a five minute break. Don't talk about the case.

COURT SECURITY OFFICER: All rise, please.

JURY EXCUSED

THE COURT: So, the video has to run about 12 minutes?

MR. VAZQUEZ: We have been trying to time it, but it repeatedly happens.

It's just the way it came in.

THE COURT: Can we move on to some other video?

MR. VAZQUEZ: We have plenty of other things. This is

the only one with that issue -- just the way it got recorded.

THE COURT: All right. Let's then try another video.

MR. VAZQUEZ: Yes, Your Honor.

RECESS TAKEN

THE COURT: Detective, could you step outside for just one second. Thank you.

189 is an audio, and 190 is the transcript?

MR. VAZQUEZ: We described it as an audio, it is an audio video.

THE COURT: So is 191 a typo? Is it the same thing?

MR. VAZQUEZ: We're not going to be admitting it.

THE COURT: And the still?

MR. VAZQUEZ: We're not going to be admitting it.

THE COURT: All right. And 193 is a no go because it is 191, 192?

MR. VAZQUEZ: Correct, Your Honor.

THE COURT: Very good. Bring in the jury, please.

COURT SECURITY OFFICER: All rise, please.

THE COURT: Please be seated everyone.

You may continue, Mr. Vazquez.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 188.

THE COURT: Gentlemen?

MR. GONZALEZ: No objection, Your Honor.

THE COURT: All right. 188 is admitted without

objection. You may publish.
BY MR. VAZQUEZ:
Q. Government's Exhibit 188, the transaction we are attempting to play earlier, do you recognize it?
A. Yes.
Q. What is it?
A. Crack cocaine.
Q. How did you secure that crack cocaine?
A. I purchased it from Miguel Rodriguez.
Q. All right. We referred to the target location and where the transaction was to occur.
How far did the April 15th transaction, for the narcotics we just looked at -- where did that occur reference the target location where you did the transaction with Mr. Dixon earlier?
A. One block -- the target location 11th Avenue is one block east on Tenth Avenue.
There was construction on 11th Avenue, and it was shut down for a couple of hours in the morning.
MR. VAZQUEZ: Your Honor, I will be publishing 194 which corresponds with tab 26 and Government's Exhibit 196.
THE COURT: All right.
VIDEOTAPE PLAYED FOR THE RECORD
THE COURT: 194 or 195?
MR. VAZQUEZ: Excuse me, 195.
THE COURT: All right.

VIDEOTAPE PLAYED FOR THE RECORD
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 194.
THE COURT: Gentlemen?
MR. VAZQUEZ: No objection.
THE COURT: It will be admitted without objection.
MR. VAZQUEZ: Permission to publish.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Showing you Government's Exhibit 194. Do you recognize it?
A. Yes.
Q. On April 24, 2014, did you come into possession of Government's Exhibit 194?
A. Yes. It was purchased crack cocaine from Miguel Rodriguez.
Q. Where did that occur?
A. That occurred one block from the actual target location on Tenth and Fourth.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 195 B.
MR. GONZALEZ: No objection, Your Honor.
THE COURT: It will be admitted, and you may publish.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 195 B. Do you recognize it?
A. Yes. That's the day of the purchase. That is Miguel

Rodriguez with his back to the -- his back to us and myself.
Q. On May 2nd, 2014, did you participate in other undercover drug purchases regarding Christopher Altamirano and defendant Maurin Chacon?
A. Yes.
MR. VAZQUEZ: Your Honor, I will be publishing Government's Exhibit 210, which corresponds with tab 29 and Government's Exhibit 212.
THE COURT: Very well
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. What do you see on the screen?
A. That is Christopher Altamirano.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. The bottom of page two, what did you understand Defendant Altamirano to mean when he made the statement, he there, right now?
A. Chacon was there at the location.
BY MR. VAZQUEZ:
Q. Detective during this interaction did you purchase narcotics from Christopher Altamirano?
A. Yes. I ordered $300 worth of crack cocaine and he said he only had $200 worth on him.
Q. What happened after that?

A. We completed the transaction and had a hundred dollars left. And he told me that Fat Boy was down the street, or Gordo.

VIDEOTAPE PLAYED FOR THE RECORD

Q. What are we looking at now?

A. Pulling up to the target location several males standing out front, including Defendant Chacon and Defendant Miguel Rodriguez.

Q. Where do you see Chacon, if you could touch the screen?

A. Right here. And Miguel Rodriguez is right here.

Q. If you could clear it please; by tapping on the screen.

A. Okay.

Q. Thank you.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What do you see on the screen?

A. That's Chacon.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. When you reference a hook up and a half what are you talking about?

A. I have individuals I am dealing with in Tampa for narcotics also.

Q. He, El Gordo, Babou hooked me up with a half.

What are you talking about there?

A. The prior transaction I purchased a half ounce, half cookie of crack cocaine.
Q. From whom?
A. Miguel Rodriguez.
Q. What is a cookie?
A. A cookie is about the size of a chocolate chip cookie. It's crack cocaine baked into a cookie form.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Who do you see on the screen?
A. That is Miguel Rodriguez.
Q. Turning back to page five of the transcript, what did you understand Miguel Rodriguez to mean when he said, hey, look, what's up with that Tampa?
Because I got people over there too.
A. He is offering me business over in the Tampa area also.
VIDEOTAPE PLAYED FOR THE RECORD
Q. What do you understand on page six, brotha's been dry, to mean?
A. A street term to say they are out of drugs right now.
Q. What occurred between you and Defendant Chacon during this transaction?
A. I purchased a hundred dollars of crack cocaine.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 209 A and B into evidence without

objection.

THE COURT: 209 A and B are admitted without objection.

BY MR. VAZQUEZ:

Q. 209 A. Do you recognize it?

A. Yes.

Q. What is it?

A. The crack cocaine that I purchased that day.

Q. Showing you Government's Exhibit 209 B.

Do you recognize it?

A. Yes. That's the crack cocaine I purchased from Chacon. The previous one is the one I purchased from Altamirano.

Q. Where did your drug purchase from Altamirano occur reference the target location?

A. One block north of the target location.

Q. Where did your drug transaction involving Defendant Chacon reference the target location?

A. That we did across the street from the target location.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 211 which is a composite exhibit.

MR. GONZALEZ: No objection.

THE COURT: All right. It will be admitted without objection.

BY MR. VAZQUEZ:

Q. The first page of Government's Exhibit 211, what is it.

A. A photograph of Altamirano.
Q. Did this occur the day of the May 2nd drug transaction?
A. That's the photograph as we are approaching each other before the transaction.
Q. Showing you the second page of Government's Exhibit 211.
A. That's the second transaction of that day.
Miguel Rodriguez was at the passenger window.
Q. The third page of Government's Exhibit 211.
A. That is Chacon when we first made contact with each other through the passenger window the day of the transaction.
MR. VAZQUEZ: At this time I will be publishing Government's Exhibit 214, the first track that coincides with tab 30 and Government 215.
THE COURT: All right.
AUDIOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Detective, do you recognize the voices on the recording?
A. Not the first individual that answered the phone but the person I am having the conversation with now is Altamirano.
Q. Why is it you called the number that triggered this phone call?
A. That is the phone number that we received for Altamirano.
Q. This phone number Mr. Altamirano references, that this is my cousin number, you feel me.
What did you understand that to mean?

A. It is Chacon's phone. Throughout the case you will see that different --

MR. HOROWITZ: Objection.

THE COURT: Sustained.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. When you are referencing the little toy what are you talking about?

A. The firearm.

Q. What do you mean by come on, hook me up better than that, Papi?

A. He offered to sell it for seven, which is a street term for 700. I said, hook me up, meaning give me a better price than that.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Page three of the transcript what do you mean by, and give me the same thing as before?

A. The previous transaction I purchased -- I had asked to purchase 300; I only got 200 from him.

He asked me, 300.

MR. VAZQUEZ: I am playing the second track that corresponds with Government's Exhibit 216, which can be found at the binder, tab 31.

THE COURT: All right.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What did you understand Defendant Altamirano to mean when he said, we have to wait on his call now?

A. The person that was selling the firearm; Altamirano has to wait for his phone call.

AUDIOTAPE PLAYED FOR THE RECORD?

MR. VAZQUEZ: Playing the third track that corresponds to Government's Exhibit 217, which correlates with tab 32.

AUDIOTAPE PLAYED FOR THE RECORD

MR. VAZQUEZ: Now playing track four, which corresponds with tab 33 and Government's 218.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. When you say you got the three things what are you referring to?

A. The $300 worth of crack that I just ordered.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Who do you know as Tango?

A. Altamirano.

MR. VAZQUEZ: Now, I am at tab 34, which corresponds to Government's 219.

AUDIOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. What did you understand that to mean when Defendant Altamirano said, don't come to Fifth or Fourth, stay on Sixth?
A. To meet him on Sixth Street, two blocks north of the target location.
AUDIOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. During this part of the investigation were you -- and on this date -- were you receiving phone calls from Christopher Altamirano?
A. Yes, I was.
MR. VAZQUEZ: I will be publishing Government's Exhibit 224, which corresponds to Government'S 226.
THE COURT: How long is that video, Mr. Vazquez?
MR. VAZQUEZ: It is approximately three minutes.
THE COURT: Okay. Let's go ahead then.
VIDEOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Detective, what do you see on the screen?
A. That is Altamirano getting into the back seat of my vehicle.
VIDEOTAPE PLAYED FOR THE RECORD.
BY MR. VAZQUEZ:
Q. Detective, what did you understand Defendant Altamirano to mean when he said states whatever I got, I ain't letting that shit go right now?

A. I asked for the toy, the gun; meaning the one he possesses he is not going to sell.

VIDEOTAPE PLAYED FOR THE RECORD

BY MR. VAZQUEZ:

Q. Detective, what is a slab?

A. It is a street term for crack cocaine; each individual crack rock is a slab.

VIDEOTAPE PLAYED FOR THE RECORD

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 223.

MR. GONZALEZ: No objection, Your Honor.

THE COURT: It will be admitted without objection.

MR. VAZQUEZ: And Government's Exhibit 225 which is a single still.

MR. GONZALEZ: No objection.

THE COURT: 225 is also admitted.

MR. VAZQUEZ: Permission to publish.

THE COURT: Yes.

BY MR. VAZQUEZ:

Q. Detective, what do you see on the screen?

A. $300 worth of crack cocaine that I purchased from Defendant Altamirano that day.

Q. Showing you Exhibit 225. What is that?

A. Defendant Altamirano getting into the back seat of my undercover vehicle prior to the actual transaction.

**THE COURT: This seems to be a good place to break for our lunch, ladies and gentlemen. Don't talk about the case; don't let anyone talk to you about the case.**

**Let's come back at quarter of two. Gives everyone time to get their lunch and come back. I will see you back ready to start again at quarter of two.**

**LUNCH RECESS TAKEN**

- - -

**C E R T I F I C A T E**

**I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.**

**/S/PATRICIA SANDERS**

**DATE FILED** **PATRICIA SANDERS, RPR**

## $

**$10** [1] - 21:20
**$140** [1] - 21:17
**$200** [1] - 37:24
**$300** [4] - 30:18, 37:23, 43:17, 45:21
**$60** [3] - 21:14, 21:18, 22:4

## /

**/S/PATRICIA** [1] - 47:7

## 1

**1-76** [1] - 1:6
**104th** [1] - 2:5
**10th** [2] - 30:22, 32:18
**11** [1] - 26:10
**11-3** [1] - 2:7
**1107** [1] - 2:5
**1168** [1] - 14:5
**119** [1] - 4:21
**11th** [2] - 35:15, 35:17
**12** [5] - 8:19, 10:10, 24:6, 33:13, 33:20
**13** [1] - 33:14
**14-20017-CR-KMW** [1] - 1:3
**15** [1] - 32:23
**150** [1] - 1:22
**15th** [1] - 35:12
**16** [2] - 10:17, 27:7
**162** [1] - 3:14
**163** [2] - 3:15, 3:19
**164** [2] - 4:18, 4:21
**165** [1] - 5:12
**166** [2] - 7:2, 7:11
**167** [11] - 12:14, 12:17, 13:6, 13:8, 13:12, 13:15, 13:20, 13:24, 14:2
**168** [5] - 12:14, 12:25, 13:1, 13:12, 13:15
**169** [1] - 5:12
**170** [2] - 18:13, 18:15
**171** [1] - 19:4
**172** [1] - 19:5
**173** [3] - 20:1, 20:12, 20:17
**174** [3] - 27:11, 27:12, 27:19
**175** [4] - 20:25, 22:21, 22:24, 24:18
**176** [4] - 27:14, 27:24, 28:2, 29:5
**177** [3] - 20:25, 22:22, 24:19
**178** [2] - 30:12, 30:16
**18** [2] - 3:15, 11:2
**180** [1] - 29:10
**182** [2] - 32:9, 32:13
**183** [1] - 31:4
**184** [1] - 31:5
**185** [1] - 31:13
**187** [2] - 31:12, 31:14
**188** [3] - 34:22, 34:25, 35:3
**189** [2] - 33:3, 34:7
**19** [2] - 4:17, 11:23
**190** [2] - 33:1, 34:7
**191** [2] - 34:10, 34:15
**1910** [1] - 1:24
**192** [1] - 34:15
**193** [1] - 34:14
**194** [5] - 35:19, 35:23, 36:3, 36:10, 36:13
**195** [4] - 35:23, 35:24, 36:19, 36:24
**196** [1] - 35:20
**1:15** [1] - 24:10
**1st** [1] - 20:20

## 2

**2-24-2015** [1] - 1:4
**20** [2] - 5:12, 21:16
**200** [1] - 42:20
**2000** [1] - 1:19
**2014** [12] - 3:9, 19:8, 19:23, 20:2, 20:20, 29:13, 30:20, 30:22, 32:18, 32:23, 36:12, 37:2
**209** [4] - 39:25, 40:2, 40:5, 40:9
**21** [2] - 14:16, 19:5
**210** [1] - 37:7
**211** [4] - 40:20, 40:25, 41:5, 41:8
**212** [1] - 37:8
**214** [1] - 41:12
**215** [1] - 41:13
**216** [1] - 42:23
**217** [1] - 43:9
**218** [1] - 43:12
**219** [1] - 43:23
**22** [2] - 14:10, 21:1
**223** [1] - 45:10
**224** [1] - 44:12
**225** [3] - 45:13, 45:16, 45:23
**226** [1] - 44:12
**23** [3] - 15:3, 15:9, 31:5
**24** [3] - 15:14, 31:11, 36:12
**25** [2] - 16:7, 33:1
**25th** [4] - 3:8, 13:22, 19:23, 20:2
**26** [2] - 16:21, 35:20
**27** [1] - 17:8
**28** [1] - 17:15
**29** [2] - 17:21, 37:7
**2nd** [2] - 37:2, 41:2

## 3

**30** [2] - 18:2, 41:13
**300** [2] - 42:20, 42:21
**305.523.5528** [1] - 2:8
**31** [1] - 42:24
**32** [5] - 8:3, 8:6, 8:9, 18:7, 43:9
**32-caliber** [1] - 8:4
**3250** [1] - 2:2
**33** [1] - 43:12
**33128** [1] - 2:8
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**34** [1] - 43:22
**38-caliber** [2] - 13:1, 14:7
**380** [2] - 8:7, 8:9

## 4

**400** [1] - 2:7
**406** [1] - 2:3
**42** [1] - 28:18
**4th** [1] - 1:17

## 6

**60** [1] - 21:11
**614** [1] - 1:20

## 7

**700** [1] - 42:13

## 8

**8** [2] - 19:8, 30:20
**8th** [1] - 29:13

## 9

**9130** [1] - 1:24
**99** [1] - 1:17

## A

**A.F.P.D** [1] - 1:21
**A.M** [1] - 1:5
**A.U.S.A** [3] - 1:15, 1:16, 1:16
**abandoned** [1] - 26:21
**able** [3] - 12:2, 12:6, 18:24
**above-entitled** [1] - 47:4
**accurate** [1] - 47:4
**actual** [3] - 21:8, 36:16, 45:25
**additional** [3] - 13:2, 26:6, 30:23
**admissibility** [1] - 23:15
**admit** [11] - 7:10, 13:11, 20:11, 27:10, 32:8, 34:21, 36:2, 36:18, 39:24, 40:19, 45:9
**admitted** [21] - 7:13, 13:15, 13:19, 13:23, 18:16, 20:14, 20:16, 22:25, 27:13, 27:16, 27:18, 32:10, 32:12, 34:25, 36:6, 36:21, 36:23, 40:2, 40:22, 45:12, 45:16
**admitting** [2] - 34:11, 34:13
**agreed** [1] - 22:25
**agreeing** [1] - 8:25
**ahead** [2] - 25:11, 44:15
**ain't** [4] - 8:2, 11:3, 25:4, 44:24
**alerted** [1] - 28:16
**Altamirano** [20] - 19:9, 37:3, 37:13, 37:17, 37:22, 40:12, 40:13, 41:1, 41:19, 41:22, 41:23, 43:3, 43:5, 43:21, 44:2, 44:9, 44:19, 44:23, 45:22, 45:24
**ALTAMIRANO** [1] - 1:7
**AMERICA** [1] - 1:4
**ammo** [1] - 12:18
**angle** [1] - 28:12
**answer** [1] - 7:19
**answered** [2] - 9:25, 41:18
**ANTHONY** [1] - 1:8
**anticipate** [1] - 24:5
**apologize** [2] - 22:14, 23:4
**aPPEARANCES** [1] - 1:14
**APPEARANCES** [1] - 2:1
**appreciate** [1] - 17:1
**approach** [4] - 6:23, 9:9, 12:10, 29:17
**approached** [2] - 6:9, 30:6
**approaching** [3] - 28:3, 31:18, 41:3
**April** [8] - 20:20, 29:13, 30:20, 30:22, 32:18, 32:23, 35:12, 36:12
**area** [1] - 39:16
**armed** [1] - 15:8
**arrests** [1] - 27:4
**arriving** [1] - 25:6
**assist** [1] - 26:17
**attempting** [2] - 26:17, 35:3
**attention** [7] - 3:8, 4:5, 7:16, 10:17, 30:22, 31:11, 32:3
**audio** [4] - 4:18, 34:7, 34:8, 34:9
**AUDIOTAPE** [17] - 3:17, 4:3, 4:16, 4:25, 5:10, 19:11, 31:7, 41:15, 42:5, 42:15, 43:1, 43:7, 43:10, 43:13, 43:18, 43:24, 44:5
**Avenue** [4] - 2:7, 35:15, 35:16, 35:17
**avenue** [3] - 6:7, 11:20, 33:10
**avoid** [1] - 15:18

## B

**Babou** [2] - 19:22, 38:24
**baby** [3] - 8:2, 8:21, 11:6
**bad** [1] - 9:21
**bag** [1] - 31:23
**baggies** [1] - 20:19
**baked** [1] - 39:7
**banger** [1] - 18:8
**based** [1] - 5:8
**bathroom** [1] - 22:15
**battle** [1] - 10:14

**Beard** [1] - 19:21
**beginning** [1] - 28:25
**behind** [2] - 4:21, 20:25
**better** [2] - 42:10, 42:13
**between** [1] - 39:21
**bicycle** [1] - 28:15
**big** [1] - 8:3
**binder** [1] - 42:24
**block** [15] - 11:15, 11:19, 16:3, 16:4, 18:3, 18:5, 32:22, 33:8, 35:15, 36:16, 40:15
**blocks** [1] - 44:3
**boss** [2] - 16:4, 18:5
**bottom** [9] - 3:19, 4:12, 5:7, 7:16, 7:23, 14:16, 17:21, 25:17, 37:16
**Boulevard** [2] - 1:19, 1:24
**Boy** [5] - 19:16, 19:21, 19:22, 25:19, 38:2
**brain** [1] - 15:10
**break** [7] - 21:16, 22:10, 23:24, 23:25, 28:21, 33:16, 46:1
**brief** [1] - 22:9
**bring** [5] - 3:1, 8:10, 24:1, 24:12, 34:17
**bro** [2] - 5:7, 25:4
**brotha's** [1] - 39:18
**brother** [1] - 3:22
**brought** [2] - 13:2, 13:7
**building** [1] - 26:21
**business** [10] - 4:10, 5:9, 6:8, 6:13, 6:16, 11:20, 17:3, 17:25, 33:10, 39:16
**BY** [77] - 2:6, 3:7, 3:18, 4:4, 5:1, 5:21, 6:1, 6:19, 6:25, 7:15, 7:22, 8:18, 9:2, 10:9, 10:16, 11:1, 11:8, 11:22, 12:12, 13:18, 14:9, 14:15, 15:1, 15:20, 16:1, 16:6, 17:7, 17:14, 17:20, 18:20, 19:7, 19:12, 19:19, 20:15, 21:4, 21:10, 21:24, 24:23, 25:8, 25:16, 25:22, 26:2, 26:9, 26:23, 27:6, 27:17, 29:12, 29:21, 30:1, 30:15, 31:8, 31:16, 32:11, 33:6, 35:2, 36:9, 36:22, 37:11, 37:15, 37:20, 38:15, 38:19, 39:9, 40:4, 40:24, 41:16, 42:6, 42:16, 43:2, 43:14, 43:19, 43:25, 44:6, 44:17, 44:22, 45:4, 45:19

## C

**caliber** [2] - 8:6, 8:7
**cameras** [2] - 6:16, 6:17
**case** [8] - 1:3, 13:7, 13:25, 22:11, 33:17, 42:1, 46:2, 46:3
**Center** [1] - 1:24
**center** [2] - 14:10, 16:8
**certify** [1] - 47:3
**CHACON** [1] - 1:6
**Chacon** [44] - 3:11, 3:22, 4:2, 5:3, 5:23, 6:3, 6:12, 6:15, 7:6, 7:16, 8:1, 8:12, 8:20, 9:6, 9:14, 9:21, 11:10, 11:11, 11:24, 14:17, 15:2, 15:13, 15:21, 16:2, 16:11, 16:12, 16:14, 16:21, 16:25, 17:3, 17:8, 18:2, 18:7, 18:23, 32:7, 37:4, 37:19, 38:7, 38:9, 38:17, 39:21, 40:11, 40:16, 41:9
**Chacon's** [7] - 5:6, 7:17, 10:18, 11:3, 11:18, 17:23, 42:1
**chemists** [3] - 24:4, 24:7, 24:9
**chip** [1] - 39:6
**chocolate** [1] - 39:6
**Christopher** [5] - 19:9, 37:3, 37:13, 37:22, 44:8
**CHRISTOPHER** [1] - 1:7
**circle** [1] - 18:24
**circled** [1] - 19:2
**clean** [1] - 14:11
**cleaning** [1] - 22:16
**clear** [2] - 23:2, 38:11
**clearly** [1] - 12:7
**client** [1] - 22:14
**clients** [1] - 23:24
**close** [2] - 29:4, 32:20
**closed** [1] - 33:9
**cocaine** [25] - 3:24, 6:21, 7:6, 20:5, 20:19, 26:12, 26:16, 26:17, 27:23, 30:18, 31:21, 31:24, 32:17, 35:7, 35:8, 36:14, 37:23, 39:2, 39:7, 39:23, 40:8, 40:11, 45:6, 45:21
**coffee** [1] - 22:10
**coincides** [1] - 41:12
**coming** [3] - 15:10, 16:15, 23:17
**compared** [1] - 8:6
**complete** [1] - 25:25
**completed** [3] - 29:23, 32:1, 38:1
**completing** [2] - 28:9, 28:12
**composite** [3] - 18:17, 27:15, 40:20
**condition** [6] - 7:7, 12:1, 12:19, 13:3, 13:8, 20:8
**conduct** [2] - 4:10, 5:9
**confidential** [1] - 19:13
**confirming** [1] - 17:12
**connection** [1] - 27:8
**construction** [2] - 33:9, 35:17
**contact** [1] - 41:9
**CONTD** [1] - 2:1
**context** [1] - 26:14
**continue** [3] - 3:6, 4:24, 34:20
**continues** [1] - 14:24
**continuing** [2] - 4:8, 5:5
**controlled** [2] - 3:10, 19:9
**conversation** [9] - 5:8, 8:11, 8:13, 8:24, 14:24, 17:2, 26:14, 28:5, 41:19
**convicted** [1] - 9:19
**cookie** [5] - 39:1, 39:5, 39:6, 39:7
**Coral** [1] - 1:20
**core** [1] - 17:16
**correct** [3] - 5:15, 22:25, 34:16
**correlated** [1] - 22:20
**correlates** [1] - 43:9
**corresponding** [1] - 24:19
**corresponds** [12] - 5:12, 19:5, 20:25, 31:4, 31:13, 35:20, 37:7, 42:23, 43:8, 43:11, 43:22, 44:12
**counsel** [1] - 23:23
**count** [1] - 9:18
**counting** [2] - 22:3, 23:7
**couple** [2] - 11:17, 35:18
**Court** [2] - 2:7, 10:1
**COURT** [87] - 1:1, 1:13, 3:1, 3:3, 3:16, 4:20, 4:22, 4:24, 5:13, 5:17, 6:24, 7:13, 9:9, 9:14, 9:23, 10:4, 10:8, 12:11, 13:13, 13:15, 13:17, 15:18, 15:25, 18:12, 18:15, 18:19, 19:6, 20:14, 21:2, 22:9, 22:13, 22:16, 22:19, 22:24, 23:2, 23:5, 23:8, 23:19, 23:21, 23:23, 24:3, 24:9, 24:13, 24:14, 24:16, 24:21, 27:12, 27:16, 29:11, 29:18, 30:14, 31:6, 32:10, 33:4, 33:16, 33:18, 33:20, 33:24, 34:2, 34:5, 34:10, 34:12, 34:14, 34:17, 34:18, 34:19, 34:23, 34:25, 35:21, 35:23, 35:25, 36:4, 36:6, 36:8, 36:21, 37:9, 40:2, 40:22, 41:14, 42:4, 42:25, 44:13, 44:15, 45:12, 45:16, 45:18, 46:1
**Court's** [1] - 33:2
**COURTROOM** [1] - 22:18
**cousin** [2] - 32:5, 41:24
**crack** [33] - 3:24, 6:21, 7:6, 20:5, 20:19, 21:15, 22:2, 22:3, 22:5, 26:5, 26:6, 26:12, 26:16, 26:17, 27:23, 30:18, 31:21, 31:23, 31:24, 32:17, 35:7, 35:8, 36:14, 37:23, 39:2, 39:7, 39:23, 40:8, 40:11, 43:17, 45:6, 45:7, 45:21
**cross** [1] - 24:6
**currency** [1] - 32:2

## D

**Dadeland** [1] - 1:24
**DATE** [1] - 47:9
**date** [5] - 3:9, 12:19, 17:2, 17:3, 44:8
**Datran** [1] - 1:24
**DAVID** [1] - 2:2
**dawg** [1] - 11:4
**DAY** [1] - 1:5
**deal** [1] - 25:25
**dealing** [1] - 38:22
**decided** [1] - 11:14
**defendant** [7] - 3:10, 8:1, 8:6, 9:6, 15:9, 21:11, 37:3
**Defendant** [27] - 8:12, 8:20, 10:18, 11:3, 11:24, 14:17, 15:2, 15:13, 15:21, 16:2, 17:8, 18:2, 18:7, 20:21, 22:5, 25:18, 32:4, 37:16, 38:7, 39:21, 40:16, 43:3, 44:1, 44:23, 45:21, 45:24
**Defendants** [1] - 1:9
**DEFENDANTS** [2] - 1:19, 22:18
**defuse** [1] - 16:16
**DeLeon** [1] - 1:19
**delivery** [1] - 25:14
**depicted** [2] - 18:21, 30:2
**described** [1] - 34:8
**describing** [1] - 11:6
**desperate** [1] - 26:25
**detective** [18] - 3:8, 3:19, 4:5, 5:2, 17:2, 18:21, 24:24, 25:17, 30:16, 31:17, 32:23, 34:5, 37:21, 41:17, 44:18, 44:23, 45:5, 45:20
**detectives** [1] - 27:2
**different** [2] - 28:12, 42:2
**dip** [2] - 14:19, 14:23
**directing** [1] - 7:16
**direction** [1] - 26:19
**discharging** [1] - 9:13
**DISPOTO** [1] - 1:16
**DISTRICT** [3] - 1:1, 1:2, 1:13
**DIVISION** [1] - 1:2
**Dixon** [21] - 20:22, 21:6, 21:11, 22:5, 23:13, 25:18, 25:24, 26:4, 26:7, 26:18,

27:23, 27:25, 28:3, 28:5, 28:8, 28:11, 28:16, 28:20, 28:24, 29:6, 35:14
**DIXON** [1] - 1:8
**dollars** [2] - 38:1, 39:23
**done** [3] - 9:25, 17:3, 23:12
**DONET** [2] - 2:2, 23:13
**down** [6] - 21:21, 22:1, 28:17, 33:10, 35:17, 38:2
**drawing** [1] - 10:17
**dreads** [1] - 5:24
**dresses** [1] - 15:8
**drive** [2] - 11:15, 27:3
**driver's** [1] - 31:20
**driving** [2] - 11:13, 30:5
**drop** [1] - 25:13
**drug** [8] - 20:21, 29:13, 30:23, 32:24, 37:3, 40:13, 40:16, 41:2
**drugs** [2] - 17:4, 39:20
**dry** [1] - 39:18
**during** [6] - 8:24, 17:10, 28:5, 37:21, 39:21, 44:7

## E

**east** [4] - 6:7, 32:22, 33:8, 35:16
**eastbound** [1] - 26:20
**eat** [1] - 17:23
**eight** [1] - 13:1
**El** [1] - 38:24
**ELEVEN** [1] - 1:5
**ELMO** [1] - 18:11
**end** [3] - 24:5, 24:8, 28:15
**ensuing** [1] - 15:5
**entitled** [1] - 47:4
**ESQ** [4] - 1:19, 1:23, 2:2, 2:4
**event** [1] - 24:8
**evidence** [21] - 5:14, 7:11, 10:2, 10:3, 13:12, 13:19, 13:23, 20:12, 20:16, 27:11, 27:18, 32:9, 32:12, 34:22, 36:3, 36:19, 36:23, 39:25, 40:20, 45:10
**examination** [1] - 24:6
**exchange** [1] - 14:16
**exchanged** [1] - 25:5
**excuse** [1] - 35:24
**EXCUSED** [3] - 22:12, 22:18, 33:19
**exhibit** [2] - 27:15, 40:20
**Exhibit** [61] - 3:14, 3:15, 4:18, 5:12, 7:2, 7:11, 12:14, 13:12, 13:20, 13:24, 14:5, 14:10, 18:13, 18:15, 19:4, 19:5, 20:1, 20:12, 20:17, 20:25, 27:11, 27:12, 27:14, 27:19, 27:24, 28:2, 28:18, 29:10, 30:12, 30:16, 31:5, 31:12, 31:13, 31:14, 32:9, 32:13, 33:1, 33:3, 34:22, 35:3, 35:20, 36:3, 36:10, 36:13, 36:19, 36:24, 37:7, 37:8, 39:25, 40:9, 40:20, 40:25, 41:5, 41:8, 41:12, 42:23, 43:9, 44:11, 45:10, 45:13, 45:23
**exhibits** [3] - 12:15, 22:17, 22:20
**expect** [1] - 9:24
**experience** [1] - 17:18
**explaining** [2] - 16:10, 21:22

## F

**fact** [1] - 23:9
**fairly** [1] - 23:14
**far** [1] - 35:12
**Fat** [5] - 19:16, 19:21, 19:22, 25:18, 38:2
**favorite** [1] - 8:16
**February** [2] - 3:8, 13:22
**feet** [1] - 29:3
**felon** [1] - 9:19
**fence** [4] - 22:1, 22:8, 29:2, 29:4
**Fifth** [1] - 44:2
**FILED** [1] - 47:9
**fine** [1] - 22:16
**firearm** [18] - 4:14, 7:25, 8:4, 8:7, 9:19, 11:6, 12:1, 12:6, 13:7, 13:22, 13:25, 14:1, 14:12, 15:4, 17:4, 42:9, 43:5
**firearms** [4] - 9:11, 10:11, 10:13
**first** [5] - 8:22, 40:25, 41:9, 41:12, 41:18
**five** [12] - 4:15, 8:2, 12:18, 13:1, 21:12, 21:14, 21:15, 21:19, 25:1, 28:10, 33:16, 39:12
**five-shot** [1] - 12:18
**FL** [7] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5, 2:8
**Flagler** [1] - 1:22
**floor** [1] - 22:1
**FLORES** [1] - 1:8
**FLORIDA** [1] - 1:2
**foot** [5] - 3:24, 4:10, 7:19, 15:15, 15:16
**FOR** [69] - 1:15, 1:19, 3:17, 4:3, 4:16, 4:25, 5:10, 5:20, 5:25, 6:18, 6:22, 7:14, 7:21, 8:17, 9:1, 10:15, 10:25, 11:7, 11:21, 12:9, 14:8, 14:14, 14:25, 16:5, 17:6, 17:13, 17:19, 19:11, 21:3, 21:9, 21:23, 24:17, 24:22, 25:7, 25:15, 25:21, 26:1, 26:8, 26:22, 27:5, 29:25, 30:10, 31:7, 31:15, 33:5, 33:11, 35:22, 36:1, 37:10, 37:14, 38:4, 38:14, 38:18, 39:8, 39:17, 41:15, 42:5, 42:15, 43:1, 43:7, 43:10, 43:13, 43:18, 43:24, 44:5, 44:16, 44:21, 45:3, 45:8
**foregoing** [1] - 47:3
**form** [1] - 39:7
**Fort** [1] - 2:3
**forward** [1] - 33:15
**four** [4] - 7:23, 23:6, 28:7, 43:11
**Fourth** [2] - 36:17, 44:2
**FRANK** [1] - 2:4
**freezes** [2] - 33:12, 33:15
**FROM** [1] - 22:18
**front** [7] - 6:8, 6:13, 6:16, 9:22, 11:10, 21:8, 38:7
**fun** [1] - 3:5

## G

**Gables** [1] - 1:20
**gentlemen** [4] - 3:4, 34:23, 36:4, 46:2
**goin'** [1] - 11:4
**GONZALEZ** [12] - 1:19, 7:12, 9:8, 9:18, 13:14, 19:18, 20:13, 34:24, 36:20, 40:21, 45:11, 45:15
**Gordo** [5] - 19:14, 19:15, 19:22, 38:3, 38:24
**Government** [3] - 29:5, 29:9, 41:13
**Government's** [64] - 3:14, 4:17, 5:11, 5:12, 7:2, 7:11, 12:14, 13:12, 13:20, 13:24, 14:5, 14:10, 18:13, 18:15, 19:4, 19:5, 20:1, 20:12, 20:17, 20:24, 27:11, 27:12, 27:14, 27:19, 27:24, 28:2, 28:18, 29:10, 30:11, 30:16, 31:5, 31:12, 31:13, 31:14, 32:9, 32:13, 33:1, 33:2, 34:22, 35:3, 35:20, 36:3, 36:10, 36:13, 36:19, 36:24, 37:7, 37:8, 39:25, 40:9, 40:20, 40:25, 41:5, 41:8, 41:12, 42:23, 43:9, 43:12, 43:23, 44:11, 44:12, 45:10, 45:13
**grabbed** [1] - 28:21
**ground** [3] - 22:8, 29:3, 29:7
**gun** [1] - 45:1
**guns** [1] - 9:13
**guy** [2] - 14:21, 15:7
**guys** [1] - 15:23

## H

**hair** [2] - 5:24, 19:3
**half** [4] - 38:20, 38:24, 39:1
**handed** [5] - 22:2, 22:3, 31:23, 31:24, 32:1
**handing** [1] - 31:21
**hard** [2] - 18:4, 18:6
**head** [2] - 15:12, 18:8
**head-banger** [1] - 18:8
**heading** [1] - 25:2
**hear** [4] - 7:18, 9:7, 10:12, 17:24
**HELD** [1] - 1:12
**hereby** [1] - 47:3
**HERMAN** [1] - 2:4
**hitter** [1] - 10:7
**hitters** [5] - 9:7, 9:10, 9:12, 10:2, 10:12
**hold** [2] - 3:23, 25:18
**holding** [1] - 3:24
**Honor** [19] - 4:23, 5:16, 5:19, 9:17, 9:18, 13:14, 18:18, 22:14, 23:15, 23:20, 24:1, 24:18, 34:3, 34:16, 34:24, 35:19, 36:20, 37:6, 45:11
**HONORABLE** [1] - 1:12
**hook** [3] - 38:20, 42:10, 42:13
**hooked** [1] - 38:24
**Horowitz** [1] - 23:8
**HOROWITZ** [7] - 1:23, 15:16, 15:24, 23:14, 23:20, 29:19, 42:3
**HOSSEINI** [1] - 1:16
**hours** [1] - 35:18
**house** [2] - 6:8, 6:17
**hundred** [3] - 16:12, 38:1, 39:23
**hungry** [1] - 26:24

## I

**identification** [2] - 7:1, 12:13
**identified** [1] - 3:22
**identify** [2] - 4:1, 5:17
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**image** [4] - 18:18, 19:2, 19:3, 28:24
**incident** [1] - 21:7
**including** [1] - 38:7
**individual** [2] - 41:18, 45:6
**individuals** [1] - 38:22
**informant** [2] - 6:10, 19:13
**inside** [2] - 14:1, 14:3
**intend** [1] - 24:4
**interaction** [1] - 37:21
**interior** [1] - 12:5

**investigation** [10] - 3:20, 4:9, 5:4, 5:5, 10:22, 17:10, 17:22, 25:2, 32:21, 44:7
**involving** [5] - 17:4, 19:24, 29:14, 32:24, 40:16
**issue** [1] - 34:1
**item** [2] - 12:20, 12:22

## J

**JAMES** [1] - 1:8
**James** [13] - 20:22, 21:6, 26:18, 27:23, 27:25, 28:3, 28:5, 28:8, 28:11, 28:16, 28:20, 28:24, 29:5
**JAY** [1] - 1:8
**JR** [2] - 2:2, 2:4
**JUDGE** [1] - 1:13
**Jump** [2] - 27:1, 27:2
**Jump-out** [2] - 27:1, 27:2
**juncture** [1] - 29:5
**jurors** [1] - 3:1
**JURY** [3] - 1:12, 22:12, 33:19
**jury** [7] - 3:2, 3:4, 6:4, 9:22, 24:1, 24:12, 34:17

## K

**KATHLEEN** [1] - 1:12
**keep** [1] - 23:16
**knows** [1] - 17:12
**KORCHIN** [1] - 1:21

## L

**ladies** [2] - 3:4, 46:2
**Lauderdale** [1] - 2:3
**leader** [1] - 16:4
**leading** [2] - 5:4, 19:18
**leaning** [1] - 27:25
**learning** [1] - 3:21
**leave** [1] - 11:14
**left** [2] - 24:19, 38:2
**letting** [3] - 16:17, 17:25, 44:24
**lie** [1] - 11:3
**light** [2] - 9:21, 12:5
**line** [5] - 8:5, 22:1, 22:8, 29:2, 29:4
**list** [1] - 22:19
**lists** [1] - 23:18
**live** [1] - 13:1
**loaded** [1] - 13:1
**location** [25] - 5:23, 6:6, 6:14, 11:12, 11:14, 18:23, 21:8, 27:25, 29:14, 30:9, 32:20, 32:22, 33:8, 35:10, 35:14, 35:15, 36:16, 37:19, 38:6, 40:14, 40:15, 40:17, 40:18, 44:4
**look** [6] - 10:19, 11:25, 17:16, 29:22, 39:13
**looked** [1] - 35:13
**looking** [2] - 5:22, 38:5
**looks** [1] - 8:9
**love** [1] - 11:4
**low** [1] - 26:16
**LUNCH** [1] - 46:7
**lunch** [3] - 24:7, 46:2, 46:5

## M

**Mafia** [2] - 15:6, 15:7
**male** [1] - 28:15
**males** [1] - 38:6
**man** [2] - 17:18, 17:23
**MANUEL** [1] - 1:19
**March** [3] - 19:8, 19:23, 20:2
**mark** [1] - 23:18
**MARK** [1] - 1:16
**marked** [2] - 7:1, 12:13
**Mary** [1] - 2:2
**matter** [1] - 47:5
**Maurin** [2] - 3:10, 37:4
**MAURIN** [1] - 1:6
**mean** [36] - 3:23, 4:8, 4:13, 7:17, 8:1, 8:6, 9:16, 10:12, 10:21, 11:5, 11:19, 11:24, 14:11, 15:2, 15:13, 15:21, 16:2, 17:16, 17:17, 18:2, 18:7, 19:14, 25:9, 25:18, 26:10, 27:1, 27:8, 37:17, 39:13, 39:19, 41:25, 42:10, 42:17, 43:3, 44:1, 44:24
**meaning** [2] - 42:13, 45:1
**means** [3] - 9:3, 9:6, 26:12
**meet** [1] - 44:3
**members** [1] - 6:4
**mIAMI** [1] - 1:2
**Miami** [7] - 1:17, 1:22, 1:25, 2:5, 2:7, 2:8, 3:4
**Miguel** [32] - 19:15, 19:16, 19:20, 20:6, 20:21, 24:25, 25:20, 25:24, 26:7, 26:15, 28:8, 28:11, 29:14, 30:6, 30:19, 30:24, 31:10, 31:18, 31:25, 32:4, 32:17, 32:24, 35:9, 36:14, 36:25, 38:7, 38:10, 39:4, 39:11, 39:13, 41:7
**minute** [1] - 33:16
**minutes** [5] - 23:21, 33:13, 33:14, 33:20, 44:14
**misspoke** [1] - 22:21
**money** [7] - 4:7, 4:11, 7:18, 18:1, 18:6, 26:24, 26:25
**morning** [4] - 3:4, 16:15, 22:10, 35:18
**move** [14] - 6:10, 7:10, 13:11, 20:11, 27:10, 32:8, 33:9, 33:24, 34:21, 36:2, 36:18, 39:24, 40:19, 45:9
**moves** [1] - 18:3
**MR** [162] - 3:7, 3:13, 3:18, 4:4, 4:17, 4:21, 4:23, 5:1, 5:11, 5:16, 5:19, 5:21, 6:1, 6:19, 6:23, 6:25, 7:10, 7:12, 7:15, 7:22, 8:18, 9:2, 9:8, 9:11, 9:17, 9:18, 10:1, 10:6, 10:9, 10:16, 11:1, 11:8, 11:22, 12:10, 12:12, 13:11, 13:14, 13:16, 13:18, 14:9, 14:15, 15:1, 15:16, 15:20, 15:24, 16:1, 16:6, 17:7, 17:14, 17:20, 18:11, 18:13, 18:18, 18:20, 19:1, 19:7, 19:12, 19:18, 19:19, 20:11, 20:13, 20:15, 20:24, 21:4, 21:10, 21:24, 22:14, 22:23, 23:1, 23:4, 23:6, 23:13, 23:14, 23:20, 24:1, 24:4, 24:15, 24:18, 24:23, 25:8, 25:16, 25:22, 26:2, 26:9, 26:23, 27:6, 27:10, 27:14, 27:17, 29:9, 29:12, 29:17, 29:19, 29:20, 29:21, 30:1, 30:11, 30:15, 31:4, 31:8, 31:11, 31:16, 32:8, 32:11, 33:1, 33:6, 33:21, 33:25, 34:3, 34:8, 34:11, 34:13, 34:16, 34:21, 34:24, 35:2, 35:19, 35:24, 36:2, 36:5, 36:7, 36:9, 36:18, 36:20, 36:22, 37:6, 37:11, 37:15, 37:20, 38:15, 38:19, 39:9, 39:24, 40:4, 40:19, 40:21, 40:24, 41:11, 41:16, 42:3, 42:6, 42:16, 42:22, 43:2, 43:8, 43:11, 43:14, 43:19, 43:22, 43:25, 44:6, 44:11, 44:14, 44:17, 44:22, 45:4, 45:9, 45:11, 45:13, 45:15, 45:17, 45:19
**multiple** [1] - 20:19

## N

**N.E** [2] - 1:17, 2:5
**name** [1] - 19:16
**narcotics** [9] - 23:9, 23:10, 27:4, 28:21, 28:25, 29:6, 35:12, 37:22, 38:22
**need** [3] - 21:19, 23:24, 26:15
**needs** [1] - 26:4
**negotiating** [1] - 26:5
**neighborhood** [1] - 18:5
**never** [1] - 16:14
**new** [1] - 11:24
**nice** [1] - 15:8
**nicknames** [1] - 19:20
**nighttime** [1] - 12:4
**none** [2] - 22:20, 23:13
**north** [3] - 30:9, 40:15, 44:3
**North** [1] - 2:7
**northbound** [1] - 26:20
**nose** [1] - 12:18
**noted** [1] - 22:20
**nothing** [2] - 8:2, 9:16
**Number** [1] - 1:3
**number** [4] - 41:20, 41:22, 41:23, 41:24
**numbers** [1] - 25:5

## O

**objecting** [1] - 23:15
**objection** [28] - 7:12, 9:8, 13:13, 15:16, 15:24, 18:14, 18:16, 19:18, 20:13, 20:14, 23:9, 27:11, 27:15, 27:16, 30:12, 34:24, 35:1, 36:5, 36:6, 36:20, 40:1, 40:3, 40:21, 40:23, 42:3, 45:11, 45:12, 45:15
**occur** [6] - 30:8, 35:11, 35:13, 36:15, 40:13, 41:2
**occurred** [2] - 36:16, 39:21
**OF** [3] - 1:2, 1:4, 1:12
**offered** [1] - 42:12
**offering** [3] - 18:13, 30:12, 39:16
**OFFICER** [4] - 3:3, 24:13, 33:18, 34:18
**officers** [1] - 28:17
**old** [2] - 17:16, 17:18
**once** [1] - 9:24
**one** [28] - 5:7, 8:15, 8:16, 9:23, 14:12, 16:8, 16:19, 21:21, 26:4, 27:9, 27:24, 29:1, 30:5, 32:22, 33:8, 33:10, 34:1, 34:6, 35:15, 36:16, 40:12, 40:15, 45:1
**ones** [4] - 7:19, 9:7, 9:12, 10:12
**ordered** [2] - 37:23, 43:17
**ounce** [1] - 39:1
**outside** [2] - 18:23, 34:5
**overruled** [1] - 15:25
**overseas** [1] - 17:11

## P

**packet** [1] - 22:24
**page** [47] - 3:19, 4:5, 4:12, 4:15, 5:7, 7:23, 8:2, 8:5, 8:11, 8:19, 10:10, 10:17, 11:2, 11:23, 14:16, 15:3, 15:9, 15:14, 16:7, 16:21, 17:8, 17:15,

17:21, 18:2, 18:7, 21:11, 24:19, 25:1, 25:9, 25:17, 26:10, 27:7, 27:24, 28:2, 28:4, 28:7, 28:10, 28:13, 29:5, 32:3, 37:16, 39:12, 39:18, 40:25, 41:5, 41:8, 42:17
**PAGES** [1] - 1:6
**Papi** [1] - 42:11
**parked** [1] - 33:8
**part** [3] - 22:24, 31:1, 44:7
**participate** [9] - 3:9, 19:8, 19:23, 20:20, 29:13, 30:23, 31:1, 32:23, 37:2
**parts** [2] - 10:2, 10:3
**pass** [1] - 4:23
**passenger** [6] - 11:10, 11:13, 30:6, 31:18, 41:7, 41:10
**past** [1] - 6:6
**PATRICIA** [2] - 2:6, 47:9
**patricia_sanders@flsd.uscourts.gov** [1] - 2:9
**PAUL** [1] - 1:21
**pedestrian** [1] - 21:6
**people** [4] - 8:23, 9:12, 15:14, 39:15
**permission** [11] - 4:19, 5:11, 6:23, 12:10, 13:16, 18:11, 29:17, 30:11, 33:2, 36:7, 45:17
**person** [6] - 3:22, 12:6, 17:10, 19:2, 41:19, 43:5
**perspective** [1] - 6:5
**PHILIP** [1] - 1:23
**phone** [12] - 3:9, 3:10, 19:9, 25:5, 31:2, 41:18, 41:20, 41:22, 41:23, 42:1, 43:6, 44:8
**photo** [1] - 18:22
**photograph** [3] - 28:8, 41:1, 41:3
**phrase** [11] - 8:10, 9:3, 9:16, 10:1, 10:12, 14:10, 15:22, 17:16, 26:10, 26:24, 27:1
**physically** [1] - 14:1
**picked** [2] - 22:2, 29:3
**pistol** [1] - 8:9
**place** [1] - 46:1
**play** [3] - 10:19, 33:13, 35:4
**PLAYED** [67] - 3:17, 4:3, 4:16, 4:25, 5:10, 5:20, 5:25, 6:18, 6:22, 7:14, 7:21, 8:17, 9:1, 10:15, 10:25, 11:7, 11:21, 12:9, 14:8, 14:14, 14:25, 16:5, 17:6, 17:13, 17:19, 19:11, 21:3, 21:9, 21:23, 24:17, 24:22, 25:7, 25:15, 25:21, 26:1, 26:8, 26:22, 27:5, 29:25, 30:10, 31:7, 31:15, 33:5, 33:11, 35:22, 36:1, 37:10, 37:14, 38:4, 38:14, 38:18, 39:8, 39:17, 41:15, 42:5, 42:15, 43:1, 43:7, 43:10, 43:13, 43:18, 43:24, 44:5, 44:16, 44:21, 45:3, 45:8
**playing** [4] - 24:19, 42:22, 43:8, 43:11
**plenty** [1] - 33:25
**point** [7] - 6:5, 6:20, 12:3, 21:13, 25:23, 31:9, 31:22
**pole** [4] - 28:1, 29:1, 29:2, 29:7
**police** [1] - 28:16
**Ponce** [1] - 1:19
**PORTELA** [1] - 1:7
**portion** [1] - 26:3
**portrayed** [1] - 17:10
**possesses** [1] - 45:1
**possession** [2] - 9:19, 36:12
**previous** [3] - 16:10, 40:12, 42:19
**previously** [1] - 5:8
**price** [1] - 42:13
**PROCEEDINGS** [1] - 1:12
**proceedings** [1] - 47:4
**process** [1] - 23:12
**protection** [1] - 8:11
**publish** [13] - 3:13, 4:19, 5:11, 13:16, 18:11, 24:15, 29:9, 30:11, 33:2, 35:1, 36:7, 36:21, 45:17
**publishing** [8] - 19:4, 20:24, 31:4, 31:13, 35:19, 37:6, 41:11, 44:11
**pull** [2] - 11:16, 11:17
**pulled** [2] - 6:6, 11:12
**pulling** [2] - 18:22, 38:6
**purchase** [7] - 16:10, 17:11, 29:13, 36:25, 37:21, 40:13, 42:20
**purchased** [15] - 7:6, 13:22, 20:6, 27:23, 30:18, 32:17, 35:9, 36:14, 39:1, 39:23, 40:8, 40:11, 40:12, 42:19, 45:21
**purchases** [1] - 37:3
**purpose** [1] - 11:18
**purposes** [6] - 3:20, 4:8, 5:4, 10:21, 17:21, 25:1
**pursue** [1] - 17:22
**puts** [1] - 14:21
**putting** [1] - 9:21

## Q

**quarter** [3] - 22:10, 46:4, 46:6
**quick** [3] - 14:18, 14:19, 14:23

## R

**ran** [1] - 26:13
**re** [4] - 26:11, 26:12, 26:15, 26:19
**re-up** [4] - 26:11, 26:12, 26:15, 26:19
**reached** [2] - 22:1, 31:25
**read** [1] - 22:19
**ready** [2] - 3:5, 46:5
**reality** [1] - 16:14
**really** [1] - 12:5
**receive** [1] - 14:1
**received** [7] - 7:8, 12:20, 12:22, 13:4, 13:9, 20:9, 41:22
**receiving** [1] - 44:8
**RECESS** [3] - 23:22, 34:4, 46:7
**recognize** [15] - 5:2, 6:2, 7:3, 12:15, 20:1, 20:18, 27:20, 30:2, 32:14, 35:4, 36:10, 36:24, 40:5, 40:10, 41:17
**recollection** [1] - 29:22
**record** [3] - 19:1, 23:3, 24:18
**RECORD** [67] - 3:17, 4:3, 4:16, 4:25, 5:10, 5:20, 5:25, 6:18, 6:22, 7:14, 7:21, 8:17, 9:1, 10:15, 10:25, 11:7, 11:21, 12:9, 14:8, 14:14, 14:25, 16:5, 17:6, 17:13, 17:19, 19:11, 21:3, 21:9, 21:23, 24:17, 24:22, 25:7, 25:15, 25:21, 26:1, 26:8, 26:22, 27:5, 29:25, 30:10, 31:7, 31:15, 33:5, 33:11, 35:22, 36:1, 37:10, 37:14, 38:4, 38:14, 38:18, 39:8, 39:17, 41:15, 42:5, 42:15, 43:1, 43:7, 43:10, 43:13, 43:18, 43:24, 44:5, 44:16, 44:21, 45:3, 45:8
**recorded** [1] - 34:1
**recording** [7] - 4:1, 5:2, 6:2, 21:13, 26:3, 31:22, 41:17
**recordings** [1] - 23:6
**refer** [2] - 16:21, 17:9
**reference** [9] - 7:24, 10:10, 10:13, 15:5, 21:12, 35:13, 38:20, 40:14, 40:17
**referenced** [1] - 4:13
**references** [1] - 41:23
**referencing** [2] - 32:21, 42:7
**referred** [1] - 35:10
**referring** [12] - 7:19, 8:4, 8:20, 14:20, 15:9, 15:15, 16:7, 16:24, 19:14, 32:4, 32:7, 43:16
**refers** [1] - 21:11
**reflect** [1] - 19:1
**refresh** [1] - 29:22
**regarding** [4] - 3:10, 8:11, 30:23, 37:3
**relates** [1] - 3:14
**remember** [1] - 29:24
**repeatedly** [1] - 33:22
**replenish** [1] - 26:12
**report** [2] - 29:15, 29:19
**REPORTED** [1] - 2:6
**Reporter** [1] - 2:7
**respond** [2] - 14:19, 25:11
**responds** [1] - 25:12
**review** [1] - 33:13
**reviewing** [1] - 29:23
**revisit** [1] - 10:5
**revolver** [6] - 8:22, 12:18, 13:2, 15:8, 15:12, 18:10
**rise** [4] - 3:3, 24:13, 33:18, 34:18
**rock** [3] - 26:5, 26:6, 45:7
**rocks** [6] - 21:15, 21:19, 22:2, 22:3, 22:5, 31:24
**RODOLFO** [1] - 1:7
**Rodriguez** [38] - 6:15, 16:11, 16:25, 19:15, 19:16, 19:20, 19:24, 20:6, 20:21, 24:25, 25:9, 25:20, 25:24, 26:7, 26:15, 28:8, 28:11, 29:14, 30:6, 30:19, 30:24, 31:10, 31:18, 31:25, 32:4, 32:17, 32:24, 35:9, 36:14, 37:1, 38:8, 38:10, 39:4, 39:11, 39:13, 41:7
**Rodriguez's** [2] - 25:3, 27:7
**round** [1] - 12:18
**rounds** [3] - 13:1, 13:2, 14:7
**RPR** [2] - 2:6, 47:9
**Rubio** [1] - 23:23
**RUBIO** [2] - 2:4, 22:14
**run** [2] - 16:3, 33:20

## S

**SANDERS** [3] - 2:6, 47:7, 47:9
**scene** [1] - 11:9
**scheduling** [1] - 24:2
**screen** [13] - 21:5, 24:24, 28:24, 30:2, 31:17, 33:7, 37:12, 38:9, 38:11, 38:16, 39:10, 44:18, 45:20
**seat** [7] - 6:9, 6:10, 11:10, 11:13, 31:20, 44:19, 45:24
**seated** [4] - 3:4, 22:13, 24:14, 34:19
**second** [4] - 34:6, 41:5, 41:6, 42:22
**secure** [2] - 28:25, 35:8
**secured** [1] - 30:20
**SECURITY** [4] - 3:3,

24:13, 33:18, 34:18
**see** [24] - 11:9, 12:2, 12:5, 12:6, 12:7, 12:8, 13:21, 16:22, 16:23, 21:5, 22:3, 29:15, 29:19, 30:17, 31:17, 33:7, 37:12, 38:9, 38:16, 39:10, 42:1, 44:18, 45:20, 46:5
**seek** [1] - 3:13
**sell** [5] - 8:15, 8:25, 17:11, 42:12, 45:2
**selling** [1] - 43:5
**series** [1] - 24:4
**serious** [1] - 8:8
**SESSION** [1] - 1:5
**seven** [5] - 8:11, 16:13, 25:9, 25:17, 42:12
**several** [3] - 19:21, 31:24, 38:6
**shipment** [1] - 17:9
**shit** [3] - 3:23, 15:6, 44:25
**shoot** [2] - 9:12, 14:22
**shooter** [1] - 9:20
**shooters** [1] - 9:20
**shooting** [1] - 9:5
**shoots** [1] - 15:11
**Shores** [1] - 2:5
**shot** [2] - 12:18, 14:13
**shout** [1] - 23:19
**showed** [1] - 14:3
**showing** [17] - 7:1, 12:1, 12:13, 13:19, 13:23, 14:5, 20:1, 20:16, 23:17, 27:18, 30:16, 32:12, 36:10, 36:23, 40:9, 41:5, 45:23
**shut** [1] - 35:17
**side** [9] - 6:7, 11:16, 19:2, 19:3, 27:3, 29:1, 29:7, 30:6, 31:18
**sidebar** [1] - 23:24
**significance** [2] - 5:6, 25:3
**similar** [2] - 8:9, 29:1
**single** [2] - 18:18, 45:14
**sitting** [2] - 12:7, 31:20
**situation** [1] - 16:16
**six** [3] - 8:5, 28:13, 39:18
**Sixth** [2] - 44:2, 44:3
**size** [1] - 39:6
**slab** [2] - 45:5, 45:7
**slacked** [1] - 16:23
**smoothly** [1] - 23:20
**snub** [1] - 12:18
**soliders** [5] - 3:24, 4:10, 7:19, 15:15, 15:17
**soul** [1] - 17:18
**south** [1] - 6:6
**South** [1] - 1:24
**southbound** [1] - 11:13
**sOUTHERN** [1] - 1:2
**speaking** [1] - 31:9
**speculation** [1] - 9:8
**standing** [2] - 18:23, 38:6
**start** [1] - 46:6
**stash** [1] - 29:3
**statement** [15] - 3:21, 4:7, 5:6, 7:16, 7:17, 10:18, 11:3, 11:19, 15:5, 16:25, 17:23, 18:3, 25:3, 27:7, 37:17
**states** [2] - 15:14, 44:24
**States** [1] - 2:7
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**stay** [1] - 44:2
**step** [1] - 34:5
**still** [4] - 5:8, 18:22, 34:12, 45:14
**stipulated** [1] - 5:14
**stop** [2] - 26:25
**streamlined** [1] - 23:14
**Street** [5] - 1:17, 1:22, 2:2, 2:5, 44:3
**street** [16] - 4:14, 6:17, 7:25, 8:14, 9:4, 19:15, 19:16, 21:22, 27:2, 27:3, 28:17, 38:2, 39:20, 40:18, 42:12, 45:6
**structures** [1] - 11:17
**subject** [1] - 31:23
**substantially** [5] - 7:7, 12:19, 13:3, 13:8, 20:8
**Suite** [4] - 1:20, 1:24, 2:3, 2:7
**suppliers** [1] - 27:9
**Sustained** [1] - 42:4

## T

**Tab** [1] - 33:1
**tab** [15] - 3:15, 4:17, 4:21, 5:12, 19:5, 21:1, 31:5, 31:11, 35:20, 37:7, 41:13, 42:24, 43:9, 43:12, 43:22
**TAKEN** [3] - 23:22, 34:4, 46:7
**Tampa** [3] - 38:22, 39:14, 39:16
**Tango** [1] - 43:20
**tape** [1] - 9:24
**tapping** [1] - 38:11
**target** [22] - 5:23, 6:13, 11:12, 11:14, 20:6, 20:21, 21:8, 27:25, 29:14, 30:9, 30:23, 32:20, 35:10, 35:13, 35:15, 36:16, 38:6, 40:14, 40:15, 40:17, 40:18, 44:3
**targets** [1] - 3:21
**ten** [1] - 23:21
**Tenth** [2] - 35:16, 36:17
**term** [9] - 4:14, 7:25, 9:4, 15:18, 19:15, 27:2, 39:20, 42:12, 45:6
**testimony** [1] - 10:4
**text'd** [1] - 16:14
**THE** [152] - 1:12, 1:15, 3:1, 3:16, 3:17, 4:3, 4:16, 4:20, 4:22, 4:24, 4:25, 5:10, 5:13, 5:17, 5:20, 5:25, 6:18, 6:22, 6:24, 7:13, 7:14, 7:21, 8:17, 9:1, 9:9, 9:14, 9:23, 10:4, 10:8, 10:15, 10:25, 11:7, 11:21, 12:9, 12:11, 13:13, 13:15, 13:17, 14:8, 14:14, 14:25, 15:18, 15:25, 16:5, 17:6, 17:13, 17:19, 18:12, 18:15, 18:19, 19:6, 19:11, 20:14, 21:2, 21:3, 21:9, 21:23, 22:9, 22:13, 22:16, 22:18, 22:19, 22:24, 23:2, 23:5, 23:8, 23:19, 23:21, 23:23, 24:3, 24:9, 24:14, 24:16, 24:17, 24:21, 24:22, 25:7, 25:15, 25:21, 26:1, 26:8, 26:22, 27:5, 27:12, 27:16, 29:11, 29:18, 29:25, 30:10, 30:14, 31:6, 31:7, 31:15, 32:10, 33:4, 33:5, 33:11, 33:12, 33:16, 33:20, 33:24, 34:2, 34:5, 34:10, 34:12, 34:14, 34:17, 34:19, 34:23, 34:25, 35:21, 35:22, 35:23, 35:25, 36:1, 36:4, 36:6, 36:8, 36:21, 37:9, 37:10, 37:14, 38:4, 38:14, 38:18, 39:8, 39:17, 40:2, 40:22, 41:14, 41:15, 42:4, 42:5, 42:15, 42:25, 43:1, 43:7, 43:10, 43:13, 43:18, 43:24, 44:5, 44:13, 44:15, 44:16, 44:21, 45:3, 45:8, 45:12, 45:16, 45:18, 46:1
**third** [2] - 41:8, 43:8
**thoughts** [1] - 5:5
**three** [11] - 4:6, 4:12, 8:13, 13:2, 24:20, 28:4, 29:3, 29:5, 42:17, 43:15, 44:14
**throughout** [1] - 42:1
**throw** [1] - 9:3
**thrown** [1] - 9:5
**tied** [1] - 23:9
**together** [3] - 17:23, 18:1, 25:24
**took** [2] - 14:3, 28:20
**top** [3] - 4:5, 11:2, 15:3
**touch** [1] - 38:9
**towards** [2] - 7:23, 16:8
**toy** [3] - 4:13, 42:7, 45:1
**toys** [1] - 7:24
**track** [5] - 23:16, 41:12, 42:22, 43:8, 43:11
**traffic** [1] - 3:5
**transaction** [35] - 6:21, 12:2, 16:18, 16:24, 19:23, 20:2, 20:21, 22:6, 26:10, 28:6, 28:9, 28:12, 28:15, 28:25, 30:23, 31:1, 32:1, 32:20, 32:24, 33:14, 33:15, 35:3, 35:11, 35:12, 35:14, 38:1, 39:1, 39:22, 40:16, 41:2, 41:4, 41:6, 41:10, 42:19, 45:25
**TRANSCRIPT** [1] - 1:12
**transcript** [22] - 3:19, 4:12, 4:15, 4:21, 7:23, 8:5, 8:19, 10:10, 10:17, 11:2, 11:23, 15:19, 17:15, 17:21, 19:13, 22:22, 25:1, 29:16, 32:3, 34:7, 39:12, 42:17
**transcription** [1] - 47:4
**transcripts** [1] - 22:20
**travel** [1] - 26:19
**tree** [1] - 29:2
**TRIAL** [1] - 1:12
**triggered** [2] - 26:14, 41:20
**try** [3] - 33:12, 33:15, 34:2
**trying** [3] - 8:14, 23:16, 33:21
**turn** [2] - 3:8, 4:5
**turned** [2] - 12:4, 26:20
**turning** [8] - 4:12, 4:15, 4:17, 16:7, 30:22, 31:11, 32:3, 39:12
**tuxedo** [2] - 15:3, 15:4
**twenties** [1] - 21:17
**two** [10] - 3:19, 4:18, 8:13, 21:11, 28:2, 32:3, 37:16, 44:3, 46:4, 46:6
**Two** [1] - 1:24
**typo** [1] - 34:10

## U

**under** [1] - 19:16
**undercover** [14] - 3:9, 9:15, 19:8, 20:20, 27:2, 27:3, 28:16, 30:5, 31:2, 31:20, 32:24, 37:2, 45:25
**unfortunately** [1] - 12:4
**UNITED** [3] - 1:1, 1:4, 1:15
**United** [1] - 2:7
**uNITED** [1] - 1:13
**up** [31] - 6:6, 6:10, 8:10, 10:1, 10:3, 11:12, 11:17, 15:8, 18:22, 22:2, 22:16, 23:9, 23:11, 25:3, 26:11, 26:12, 26:15, 26:19, 27:25, 29:3, 29:22, 33:12, 33:15, 38:6, 38:20, 38:24, 39:14, 42:10, 42:13

**upset** [1] - 16:11
**uses** [1] - 19:13

## V

**Vazquez** [9] - 3:6, 4:24, 5:18, 9:9, 23:11, 23:17, 23:19, 34:20, 44:13
**VAZQUEZ** [144] - 1:15, 3:7, 3:13, 3:18, 4:4, 4:17, 4:21, 4:23, 5:1, 5:11, 5:16, 5:19, 5:21, 6:1, 6:19, 6:23, 6:25, 7:10, 7:15, 7:22, 8:18, 9:2, 9:11, 9:17, 10:1, 10:6, 10:9, 10:16, 11:1, 11:8, 11:22, 12:10, 12:12, 13:11, 13:16, 13:18, 14:9, 14:15, 15:1, 15:20, 16:1, 16:6, 17:7, 17:14, 17:20, 18:11, 18:13, 18:18, 18:20, 19:1, 19:7, 19:12, 19:19, 20:11, 20:15, 20:24, 21:4, 21:10, 21:24, 22:23, 23:1, 23:4, 23:6, 24:1, 24:4, 24:15, 24:18, 24:23, 25:8, 25:16, 25:22, 26:2, 26:9, 26:23, 27:6, 27:10, 27:14, 27:17, 29:9, 29:12, 29:17, 29:20, 29:21, 30:1, 30:11, 30:15, 31:4, 31:8, 31:11, 31:16, 32:8, 32:11, 33:1, 33:6, 33:21, 33:25, 34:3, 34:8, 34:11, 34:13, 34:16, 34:21, 35:2, 35:19, 35:24, 36:2, 36:5, 36:7, 36:9, 36:18, 36:22, 37:6, 37:11, 37:15, 37:20, 38:15, 38:19, 39:9, 39:24, 40:4, 40:19, 40:24, 41:11, 41:16, 42:6, 42:16, 42:22, 43:2, 43:8, 43:11, 43:14, 43:19, 43:22, 43:25, 44:6, 44:11, 44:14, 44:17, 44:22, 45:4, 45:9, 45:13, 45:17, 45:19
**vehicle** [7] - 6:9, 12:7, 31:19, 31:20, 31:23, 44:20, 45:25
**vehicles** [2] - 27:3, 30:5
**video** [10] - 6:5, 12:22, 18:22, 24:15, 33:12, 33:20, 33:24, 34:2, 34:9, 44:13
**videos** [1] - 22:24
**VIDEOTAPE** [50] - 5:20, 5:25, 6:18, 6:22, 7:14, 7:21, 8:17, 9:1, 10:15, 10:25, 11:7, 11:21, 12:9, 14:8, 14:14, 14:25, 16:5, 17:6, 17:13, 17:19, 21:3, 21:9, 21:23, 24:17, 24:22, 25:7, 25:15, 25:21, 26:1, 26:8, 26:22, 27:5, 29:25, 30:10, 31:15, 33:5, 33:11, 35:22, 36:1, 37:10, 37:14, 38:4, 38:14, 38:18, 39:8, 39:17, 44:16, 44:21, 45:3, 45:8
**voices** [4] - 4:1, 5:2, 6:2, 41:17
**vs** [1] - 1:5

## W

**wait** [2] - 43:4, 43:6
**waiting** [2] - 5:7, 5:9
**walk** [1] - 22:7
**walking** [1] - 21:6
**watching** [1] - 12:23
**weapon** [1] - 14:20
**weapons** [4] - 8:14, 9:4, 17:11
**wears** [1] - 15:4
**week** [1] - 32:6
**West** [1] - 1:22
**west** [1] - 33:9
**WILLIAMS** [1] - 1:12
**window** [6] - 14:21, 30:7, 31:18, 31:25, 41:7, 41:10
**witness** [5] - 19:1, 23:11, 24:5, 24:8, 24:11
**WITNESS** [1] - 33:12
**wondered** [1] - 25:5
**word** [7] - 4:13, 10:6, 10:19, 15:16, 17:16, 18:8, 19:13
**workers** [3] - 15:23, 15:24, 18:6
**worth** [5] - 30:18, 37:23, 37:24, 43:17, 45:21

## Y

**yesterday** [2] - 22:19, 26:21
**young** [2] - 17:16, 17:18