DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 24, 2115

Plaintiff, **DAY 11**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-125

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:

**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:

**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 1:53 PM.)

THE COURT: Please bring in the jury.

(Jury returns at 1:53 PM.)

THE COURT: All right. Everyone be seated.

Mr. Vázquez, you may continue.

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Detective, I want to turn back to April 15, 2014, tab 25 in the binder, which refers to Government's Exhibit 190. I'm going to publish Government's 189 once it's up on the screen.**

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what do you see at this point?**

A. That's Miguel Rodriguez that approached me on the passenger side on the curb of the vehicle.

**Q. And what occurred during that episode?**

A. I purchased crack cocaine from Miguel Rodriguez.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what is happening at this point?**

A. He got into the passenger side of the supplier, in the Cadillac.

**Q. And why do you say that that person in the Cadillac was the supplier?**

A. The conversation with Rodriguez and the fact that he was waiting on a certain individual to come and take him over to where the transaction was to take place.

**Q. Detective, I'm going to turn to Government's Exhibit 194 regarding an April 26, 2014, transaction.**

THE COURT: 195.

**BY MR. VÁZQUEZ:**

**Q. Excuse me, April 24, 2014, transaction.**

(Video playing.)

MR. VÁZQUEZ: If you could move that to the 17 minute 23 second mark.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what do you see on the screen at this point?**

A. I'm coming out -- stepping out of the driver's seat of my undercover vehicle.

**Q. Excuse me?**

A. I'm stepping out of my -- the driver's seat of my undercover vehicle.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, what do you see now?**

A. That's me standing there with the black shirt, and Miguel Rodriguez is pulling up on the bicycle.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. What just happened?**

A. I shake his hand, I have the money in my hand, and he hands me over a bag with crack cocaine in it. And it's in my right hand at this point, and I'm concealing it in my waistband.

**Q. Now, Detective, where does this occur reference to the target location that we've identified earlier in your testimony?**

A. This is on the south side of the block.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Detective, I want to draw your attention to page 3 of the transcript. What did you understand Target Rodriguez to mean when he said, "My friend said he -- my brother said tomorrow in the morning he will have it ready"?**

**Do you know what he was talking about at this time?**

A. Yes. He was referring to his big brother to Chacon and a weapon that I was looking to purchase at this point.

(Video playing.)

MR. VÁZQUEZ: One moment, Your Honor.

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Detective, on all the transactions that we have discussed today with your testimony, how far was the furthest transaction from the target location that we have referred to?**

A. We've only did one transaction -- two transactions one block

east, and I did about two transactions -- not long blocks, but short blocks -- north.

MR. VÁZQUEZ: Your Honor, I tender the witness at this time.

THE COURT: Mr. Gonzalez, cross examination.

MR. DONET: If I may be allowed to move to help Mr. Gonzalez?

THE COURT: Yes, of course.

MR. DONET: Thank you.

THE COURT: Thank you, Mr. Donet.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Good afternoon, Detective Veloz.**

A. Good afternoon.

**Q. Earlier when you were testifying -- well, let me backtrack.**

**Your involvement in this case starts on February 6th of 2014, in an undercover capacity; is that correct?**

A. Yes.

**Q. And it ends in May of 2014?**

A. Yes, correct.

**Q. And I believe if we go by what's in the transcript package, the last events would have been, and I believe it's Government's Exhibit 230, I'm not going to ask questions about that, but that is on May 14, 2014? That would have been the last event if we go by the transcripts. Just take a look at the last one, it's**

**Exhibit No. 230. It would be the last tab, which would be --**

A. Yes, sir, that's correct.

**Q. -- tab 41, right?**

A. Yes.

**Q. So that would have been the extent of your involvement in an undercover capacity, correct?**

A. Yes.

**Q. The Government introduced what is part of tab 12, 146, and it's Government's Exhibit 144 is the actual video. I just want you to take a look at the clip here for a second. And it's going to be on track 3 of Government's -- for the record, Government's number 144, and it begins at 10:33, and it will end by 10:50.**

MR. GONZALEZ: Before you play it, Mr. Donet.

**BY MR. GONZALEZ:**

**Q. You are talking about a transaction, and towards the end of the transaction you say that there was a transaction behind, okay, because you are in the car with the informant, but there was a transaction that takes place behind with a female. Do you recall saying that --**

A. Yes.

**Q. -- on that particular occasion?**

A. Yeah.

MR. GONZALEZ: Can you put that on?

MR. DONET: I believe it's HDMI 2.

THE COURTROOM DEPUTY: There you go.

(Video playing.)

**BY MR. GONZALEZ:**

**Q. And to the right here on the video, you see the back of Mr. Chacon and his hair, correct?**

A. Yes.

**Q. Okay.**

(Video playing.)

**BY MR. GONZALEZ:**

**Q. That's you in the vehicle.**

MR. GONZALEZ: If you can pause it.

**Q. You see Mr. Chacon, and there is a female in the back. You believe that that was a transaction that had taken place, right?**

A. Yes, but that has nothing to do with your client.

**Q. Okay. But you said Mr. Chacon handed something off to the lady?**

A. Look back at my testimony. I have never said that.

**Q. So then Mr. Chacon had nothing to do with this female back there; is that what you are saying?**

A. That's correct.

**Q. You don't know that female, right?**

A. No, I do not.

**Q. You don't know if she lives down the block in that neighborhood? You don't know that?**

A. That would make a difference whether or not someone was

purchasing or not.
**Q. All right. But you don't know if she actually purchased or was actually given a set of keys to an apartment down the block? You don't know that?**
A. That's correct.
**Q. Okay.**
A. All I said was there was a hand-to-hand transaction. We don't know if it was an exchange for drugs or currency, but there was a hand-to-hand exchange.
**Q. So you don't know if she was given a pair of keys to her apartment down the block either, correct?**
A. That's correct.
MR. GONZALEZ: Thank you, Mr. Donet.
**BY MR. GONZALEZ:**
**Q. Detective Veloz --**
MR. GONZALEZ: Your Honor, just one second. I'm just clearing the paperwork so I can go a little smoother.
**BY MR. GONZALEZ:**
**Q. Detective Veloz, let's go to tab number 13, which is Government's Exhibit 150. And this pertains to the February 11, 2014, transaction with Miguel Rodriguez; is that correct, sir?**
A. Yes.
**Q. Okay. Now, the purpose of this transaction is that you and the confidential informant were asking Miguel Rodriguez for $200 worth of crack cocaine; is that correct?**

A. Yes.

**Q. Now, at page 2 of the transcript, Mr. Rodriguez towards the bottom -- middle of the page says, "I don't have all that," correct?**

A. That's correct.

**Q. And you reference up there, you and the CI are referencing the $200, right?**

A. Yes.

**Q. Now, isn't it a fact that Mr. Rodriguez at the next page, page 3, says that he could go and get the rest from his buddy, correct? And that's toward the middle -- towards the bottom part where "They are in trouble. I'm just telling you because if you want, we could go see my buddy quick and get it," correct?**

A. Yes.

**Q. And you I believe testified that the buddy would have been the supplier at that point, at least one supplier, correct?**

A. That's correct, but not necessarily the supplier. Again, during this investigation, several individuals are known to carry 2 to 300 crack cocaine rocks at once. When he refers to going to one of his buddies, he doesn't necessarily need to go to the actual supplier but another individual that's part of the group.

**Q. Detective, I appreciate the response, but why don't we deal with what was said in the context of the conversation. And if**

**we go to page 4, the next page, Mr. Rodriguez says, "We can go see my buddy for a second and get it." That's at the top of the page, correct?**

A. Yes.

**Q. And then when we proceed down, Mr. Rodriguez says, "But I have to go there quick far away, super far that I have to go."**

**You see that, right?**

A. Correct.

**Q. Further on he says, "I have to go all the way to -- I have to go all the way there to Southwest as far as."**

**So he is making reference to not to one of his buddies down the block, but he is making reference to someone else down in the southwest end of town, isn't that correct?**

A. That's correct.

**Q. Okay. And there was a point in time when you and the CI were left there, and Mr. Rodriguez departed the area and came back a little bit later and brought you some of the crack cocaine, correct?**

A. Exactly. He didn't have to travel -- if this is the --

THE COURT: Well, I think it's a yes or no.

A. Yes, correct.

THE COURT: Okay.

**BY MR. GONZALEZ:**

**Q. In fact, he was only able to get you, I think you said earlier, 18 or $180 worth instead of the 200. He wasn't able to**

**get you the whole amount, correct?**

A. Right.

**Q. Now, I would like for you to go to tab 16, which is Government's Exhibit 157. This is one week later after you had purchased crack cocaine from Miguel Rodriguez, correct?**

A. Yes.

**Q. And Mr. Rodriguez is the one that is speaking to you at page 4. At the bottom there is a reference unidentified male, "They already handled you?"**

**Isn't that, in fact, that that unidentified male is actually Miguel Rodriguez in that conversation?**

A. Yes.

**Q. Okay. Thank you.**

**And Miguel Rodriguez was in that conversation with you, he is asking you, and I'm referring to page 5, where he is basically asking you to call him so that you can buy the crack directly from him, isn't that correct?**

A. Yes.

**Q. So even though you make reference to Chacon being part of this transaction, Miguel Rodriguez is basically communicating to you, hey, why don't you contact me? He wants to make the sale to you, correct?**

A. Yes, they have perks for selling individually. There is perks, there is benefits for that.

**Q. But he wants to sell directly to you, correct?**

A. Yes.

**Q. Okay. Now I'm going to move on to tab number 17, which is Government's Exhibit 161. In that conversation, and I believe your testimony was that Mr. Chacon was upset with Miguel Rodriguez, correct?**

A. Yes.

**Q. All right. And with regard to the events of that day, February 19, 2014, was Mr. Chacon -- isn't it a fact that he was upset because Miguel Rodriguez had basically moved in on you or you were basically a customer of his, isn't that correct?**

A. I'm not sure. I wasn't there. I wasn't present. I do know that Chacon commented that he had a problem with him telling him that he is slacking off. So it could have been because of that reason or because he took a customer, I'm not sure.

**Q. Because with regards to that transaction, the person that actually gave you the narcotics was Miguel Rodriguez, correct?**

A. Yes, he did. Yeah.

**Q. Okay. And would it be correct to say that on several occasions that you interacted with Miguel Rodriguez he would keep repeating to you, hey, call me. Why didn't you call me, right?**

A. He did mention that a couple of hand-to-hands, yes.

**Q. So he wanted to deal directly with you, for you to be contacting him?**

A. Yes. Again, like I said, each individual gets perks for

selling the crack cocaine.

**Q. But that's what Rodriguez said? Rodriguez kept insisting that you contact him, correct?**

A. Yes.

**Q. Now, in your involvement in those 4 months or so, okay, from February to the middle of May, would it be correct to say that your involvement as the undercover there was only one firearm that you received, correct?**

A. Yes.

**Q. Now, on February 25th, which is tab number 18, Exhibit No. 163 that's in evidence, Government's exhibit, at page 3 at the bottom of the page it is you, Detective Veloz, that initiates the talk about guns or firearms, isn't that correct?**

A. Yes.

**Q. And specifically you said, "I need a toy, dude. A little, a little toy if you know of anything out."**

**And you testified that toy or little toy means a firearm, correct?**

A. Yes.

**Q. But prior to this conversation, Chacon had not said to you in any of the conversations that he had firearms for sale to turn over to you, correct?**

A. That's correct.

**Q. So you initiate the conversation, and page 5 at the bottom you actually introduce for the very first time a dollar amount.**

**You talk about $500, correct?**
A. Where at?
**Q. At the bottom of the page, the last sentence.**
THE COURT: I think he said correct.
THE WITNESS: No, Your Honor, I couldn't track where he was at.
THE COURT: My mistake.
**BY MR. GONZALEZ:**
**Q. If we could go back. I jumped ahead.**
A. It's your client offering $500.
**Q. On page 4 when you were having a conversation with my client, you said, "Let me know. Look into that for me. If anything, let me know."**
**That's you, correct?**
A. Yes.
**Q. All right. So you are asking him to go out there and look for a firearm for you, correct?**
A. No. I'm asking him if he has access to any firearms.
**Q. But you are asking him to go out there and look into that for me?**
MR. VÁZQUEZ: Objection; asked and answered.
THE COURT: Yes.
MR. GONZALEZ: Okay.
**BY MR. GONZALEZ:**
**Q. You further go on to say, "Well, you tell me the papers,**

**dude, you tell me, and I will decide if I can or not. We will have to negotiate. You know what I mean?"**

**So you are asking him how much, right?**

A. Correct.

**Q. Okay. And you go on to say at the next page, page 5: Don't tax me. Don't tax me too hard the N word.**

**And by that you are basically saying for him not to make too much money off of you, correct?**

A. Correct.

**Q. So by that you are indicating that you figure that he is going to have to pay someone X amount of dollars for the firearm and not to tack on too much profit for you, correct?**

A. Don't make too much money off me, yeah.

**Q. And tax -- I believe that you have testified tax meaning money that you put on top to profit whoever is putting the tax on, correct?**

A. That's correct.

**Q. And Chacon -- you said isn't it a fact that this is a mistake here, and it's actually you. When I say a mistake, a mistake in the tape, because if you read through it -- and let's read through it.**

**The question, "Undercover, yeah, we will talk about that. Let's talk about afterwards, but tell me, hey, if."**

**That's you, correct?**

A. Yes.

**Q. Mr. Chacon's response to you is, "Uh. (Unintelligible). Now, you come and see me when. Let me know when you are about to arrive then. Go on."**

**Then even though it says Chacon, I believe you are the one that says, "Check if they would for 500. I'll if they can release it to you for 500."**

**Well, they aren't going to release it to anyone. It's got to be released to Chacon because Chacon has got to be the one to receive it and bring it to you, correct?**

A. That's correct.

**Q. All right. So in this transcript, there at the bottom, that should be corrected and it should not be Chacon, but it should be Undercover Veloz, correct?**

A. Yes, I believe so.

**Q. All right. So it is you who initiates and introduces the price into the conversation, the $500, correct?**

A. Yes, which is a very low price.

**Q. Okay. But it was not introduced by Mr. Chacon, it was introduced by you, the price, correct?**

A. Yes, sir.

**Q. Now, Detective Veloz, you testified about, you know, your credentials. How long have you been working undercover?**

A. Doing undercover UC work for different agencies since about '97, 1997.

**Q. '97. So this is 2015. Roughly 17, 18 years, right?**

A. Yes.
**Q. So you are an experienced undercover officer for these types of cases, right?**
A. Yes.
**Q. And as a matter of fact, I believe that you testified that Agent Perez brought you in to introduce you into this case, correct?**
A. Agent Ross, I believe.
**Q. Did I say -- Ross Perez, right?**
A. I wasn't aware of his last name.
**Q. We will call him Agent Ross. That's the gentleman right here (indicating), right?**
A. That's the first time I have ever worked with him.
**Q. But he actually brought you in, right?**
A. Yes, sir.
**Q. I don't need to know your age, but you are over 30, right?**
A. Way past that.
**Q. We don't want to meddle too much, but over 40?**
A. I will be 47 soon.
**Q. So you gave it up. All right.**
**So you are an experienced undercover officer, right?**
A. Yes.
**Q. And you are dealing here with individuals that are in their twenties and some as young as 19, 20 years old, correct?**
A. All the people confuse me -- that confuse me that I'm in my

late twenties, maybe thirties.

**Q. All right. Now, after that day, February 25th of 2014, and I'm going to go back to that conversation in one second, after that day of December -- I mean of February 25th, you basically lose contact with Mr. Chacon; is that correct?**

A. For a little while. We made contact after.

**Q. Right. But I'm saying you don't see him again in February, correct?**

A. I can't tell you off the top of my head. I don't know. I know that a lot of individuals that I came in contact with would tell me that he is laying low right now.

**Q. But you would agree that whatever contact you had with Mr. Chacon was either audio recorded or audio and video recorded, correct?**

A. Yes, or text message.

**Q. Or text message. There was no contact that you had with Mr. Chacon that is not part of the evidence in this case, correct?**

A. That's correct.

**Q. So everything, whether it be a text, whether it be a telephone conversation, or whether it be an in-person meeting, all of that has been recorded one way or another, correct?**

A. Yes, that's correct.

**Q. Okay. So if you and Mr. Chacon do not appear in either the transcripts, the texts, or the videos until the end of April,**

**early May, then you would have not had any direct contact with him, correct?**

A. That's correct.

**Q. Thank you.**

**Now, I am going to move on to tab number 20, which is in evidence Government's 165, which is the transcript. We are not going to go over the video or audio. We are just going to deal with the transcript.**

**This is at page 4 of this -- I believe at this point what we are talking about is a telephone call; is that correct? At page 4 we are still dealing with a telephone call, is that correct, or are we dealing with a meet in person?**

A. Page 4 what line?

**Q. You know, just the beginning of it where you are talking about the johns, "I will be giving them $20, $20 rocks, bro," is that in person --**

A. That's in person.

**Q. In person. Okay.**

**On February 25, 2014, I believe there was a call leading up to this anyhow, but on two occasions you met up with Mr. Chacon on that particular day, correct?**

A. Yes.

**Q. Now, this is the early version where this is about purchasing narcotics, correct?**

A. Yes.

**Q. Now, at page 4, at the bottom of the page, you after having engaged in what is a narcotics transaction, you turn to Mr. Chacon and you say, "What's the deal with them toys? You can get that?"**
**That's you, correct?**
A. Yes.
**Q. And here in this conversation you once again bring up the can you get me a firearm, correct?**
A. Yes.
**Q. All right. And what you testified to is that later on that evening, and the video I know it gets dark and blurry because it's inside a car, but that you were given a firearm later that evening, correct?**
A. Yes.
**Q. All right. Now, as an experienced undercover agent, you were talking to Mr. Chacon about getting firearms that you could move to other places, correct? Right?**
A. Correct.
**Q. And I am going to move to the -- for some reason I have it here as -- okay. It is still part of tab number 20, Exhibit 165. That's the one that's 33 pages long, right? It's a long one; is that correct?**
A. Yes.
**Q. Now, in that document when we go to the end of the recording and the transcript page 32, can you go there, please?**

A. (Witness complies.)

**Q. Detective Veloz, at the top there you are talking to Mr. Chacon. You say, "That's the first time I deal with you."**

**That's correct, right?**

A. Yes.

**Q. With regards to firearms?**

A. Correct.

**Q. "But I get, like, in a week I will get two or three of them, and I ship them out."**

**You are inviting Mr. Chacon to provide for you additional firearms, correct?**

A. I'm telling him how my role as a gun trafficker and how I function, not necessarily him. Because as you see throughout the investigation, you see that I get guns also from Tampa. No, I tell him when I gather three firearms at once, I take them apart and ship them in televisions.

**Q. Okay. Now, besides the interactions with Mr. Chacon regarding firearms -- I'm going to tab number 22, which is Government's Exhibit 177 in evidence. And this is when you are dealing with Miguel Rodriguez as one of the individuals on that particular day. You recall that, right?**

A. Yes.

**Q. And in that conversation with him, at page 6 towards the bottom you are talking to Mr. Rodriguez, and prior to this you had never had any conversation with Mr. Rodriguez about**

**firearms, correct?**
A. I don't believe so. I'm not sure.
**Q. But at this point in this conversation of April 1st, you said to Mr. Rodriguez, "But listen to me. Listen. Listen to me what I'm telling you, matro. He hooked me up with a toy. I need him -- I need him, bro, because I'm sending them out. I'm making, I'm making, I'm making big time F money, bro. I'm sending them to Honduras."**
**So you are talking to Mr. Rodriguez about moving firearms, correct?**
A. Yes.
**Q. And you are making reference to him that when you say, "I need him, I need him," you are talking about Chacon?**
A. Yes.
**Q. You need Chacon to produce firearms for you, correct?**
A. Yes, because of the meeting we had previously, he said he had three firearms, and it was very important for me to make sure I can get those guns off the streets.
**Q. But that's the first time you ever had this type of conversation with Mr. Rodriguez, right?**
A. Yes.
**Q. And you are alluding to Mr. Chacon, right?**
A. Um-hm.
**Q. You could not reach Mr. Chacon, correct? At least up to here at this point in time. We are talking about April 1st.**

A. Different people are answering the phone.

**Q. Okay. February 25th. This is April 1st, a month and a half later, you can't track Chacon down, correct?**

A. That's correct.

**Q. Okay. And you even inquire at page 12 of the transcript at the bottom where you say, "He is trying to come up, man. Where is Patron at?"**

**You are asking for Patron, right?**

A. Correct.

**Q. Patron, of course, is not there on April 1, 2014, right?**

A. That's correct.

**Q. Let's move on to tab number 26, which is Government's 196 in evidence. This is now April 24, 2014, and you are interacting with Miguel Rodriguez; is that correct?**

A. Yes.

**Q. And in this conversation with Mr. Rodriguez, at page 4 would be the second time that you have a conversation with him whereby you initiate the conversation about toys, meaning firearms; is that correct?**

A. Yes.

**Q. And you specifically say, "And -- and the -- and regarding the toys, there is Fing nothing."**

**Rodriguez answered, "Toys? Supposedly he was bringing me one, but on the weekend."**

**Rodriguez never provided any firearms to you, correct?**

A. Correct.

**Q. Okay. And this is the second time, at least in the recordings that we have -- and you didn't have any private conversations with Miguel Rodriguez either, right?**

A. No.

**Q. Okay. The next tab will be tab number 29, which is Government's 212 transcript in evidence. This is taking place on May 2, 2014, correct?**

A. Yes.

**Q. And towards the bottom of the page, you say, "Oya, what's up with Patron?"**

**That's you, correct?**

A. Yes.

**Q. So once again you are asking for Mr. Patron, right?**

A. Yes.

**Q. And it would be fair to say that since we haven't run into any other conversations, that since February 25th of 2014 and May 2nd you had had no contact whatsoever with Mr. Chacon directly?**

A. I don't know after February 25th. I would have to go back and search and see when is the first time I made contact. I don't know the exact date off the top of my head.

**Q. I haven't found it, but I'm sure that if Mr. Vázquez finds it, he will bring it up on redirect.**

MR. VÁZQUEZ: Objection; counsel is testifying.

MR. GONZALEZ: Okay.

THE COURT: Yes. Well, it's becoming epidemic. Yes, Mr. Gonzalez, let's zero in and move along.

MR. GONZALEZ: Okay.

THE COURT: Okay.

**BY MR. GONZALEZ:**

**Q. Now, on that tab 29, Government's 212, at page 6 you are bringing up the conversation of toys, firearms, again, correct?**

A. Correct.

**Q. At page 6, the middle of the page, right? "Get that for me, the toys. Hey, but I will pay whatever."**

A. Yes.

**Q. And that conversation now you are having with Mr. Chacon because now is when Mr. Chacon has at least resurfaced with regards to you, correct?**

A. Yes.

**Q. All right.**

A. Previous meetings he was on the midnight shift.

**Q. Okay. So basically from February 25th, the next time you have a conversation with Mr. Chacon you bring up the firearm -- firearms again, right?**

A. Yes.

**Q. And Mr. Chacon did not produce any firearms to you May 2nd or thereafter, correct?**

A. That's correct.

MR. GONZALEZ: Your Honor, if I may have a second?

THE COURT: Yes, of course.

MR. GONZALEZ: Your Honor, I have nothing further of the witness.

THE COURT: All right. Mr. Horowitz?

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Detective Veloz, good afternoon.**

A. Good afternoon.

**Q. Detective, in your role as an undercover, it is your job to be something that you are not, correct?**

A. Correct.

**Q. You are not a drug dealer, correct?**

A. Obviously not.

**Q. You are not a gun smuggler, right?**

A. Correct.

**Q. But it's your job to portray yourself as someone who has experience in the drug business, correct?**

A. Somewhat, yes.

**Q. And someone who has experience in the gun smuggling, gun running type business, right?**

A. Yes. Whatever role I am playing because it's a real situation that I'm involved in.

**Q. Also as part of your role is to not tell the truth, right?**

A. Correct.

**Q. In other words, when you talk about buying guns in Tampa, that wasn't true, was it?**

A. No.

**Q. When you talked about being a pimp, that wasn't true, was it?**

A. No, it was not.

**Q. And that's part of your role as an undercover in an attempt to gain the trust of the targets of your investigation, right?**

A. The trust and the well being and safety of me being in that environment, yes.

**Q. Well, telling somebody you're a pimp has nothing to do with your safety, does it?**

A. Well, yes. If I am conducting the investigation where if what I am saying is not believable, it can get myself hurt or killed and anyone else that's with me. So whatever I am investigating and whatever I am engaging these individuals, I have to let them believe that I am in their -- I am in their environment and I'm at their level.

**Q. So telling them that you are a pimp makes you safer; is that your testimony?**

A. Absolutely. Whether it's that or I say I'm involved in some other different type of criminal activity.

**Q. I was only talking --**

THE COURT: Mr. Horowitz, you asked a question. He was giving an answer.

And you answered, Detective, so let's go on to the next question.

MR. HOROWITZ: Yes, Your Honor.

**BY MR. HOROWITZ:**

**Q. Now, there was a conversation at tab 1, it's Government Exhibit 172, if I can direct your attention to that specific exhibit. Tell me when you are ready.**

**Do you recall Government Exhibit 172?**

A. Yes.

**Q. And that's a conversation that you had no part in, correct?**

A. Correct.

**Q. This conversation is on March 8, 2014, between the confidential informant and Mr. Altamirano, correct?**

A. Correct.

MR. HOROWITZ: Your Honor, can I have somebody put on the Elmo, please?

THE COURT: Yes.

**BY MR. HOROWITZ:**

**Q. In that conversation on March 8, 2014, the informant says I'm going to see Gordo in the middle of page 2, and that he, the informant, will be there in about a half an hour.**

**In addition, at the bottom the informant says, "The nephew and I are going to go see Gordo."**

**You are the nephew, correct?**

A. Correct.

**Q. The role that you were playing was to be the nephew of the confidential informant in this case, correct?**
A. Yes.
**Q. And when we see the black-and-white videos, it's the confidential informant that is doing the taping, correct?**
A. What video are you talking about?
**Q. How many black-and-white videos have we seen this morning?**
A. I see what you are saying. He was wearing the recording device.
**Q. Correct?**
A. Yes, the informant.
**Q. Now we see the nice, beautiful color ones. These are not being shot by the informant, correct?**
A. The only time we used the far distance, for example, this case right here that you are looking at, that is Miami-Dade Police Department's tech, our tech unit.
**Q. So the record could be clear, we are looking at Government Exhibit 195B as in boy, correct?**
A. Yes. I don't know if that's a 9 or a 7, but yes.
**Q. It's a bad 9, but it's a 9.**
A. Okay. That's our Miami-Dade Police Department.
**Q. That's not the informant?**
A. No. The only time we use our County, because this is a City of Miami operation utilizing their tech services, but any time they weren't available, we would use -- I would call the County

tech services to come in and come in for the City because they weren't available.

**Q. And those were, I think, April 10th and April 24th, correct, if you know?**

A. I don't remember exactly what videos.

**Q. But there were two?**

A. I think the black-and-white ones were actually at nighttime. I think they were still on coverup, if I'm not mistaken.

**Q. Now, going back to the phone call that we talked about, this is March 8, 2014, correct?**

A. Yes.

**Q. On March 8, 2014, did you go see Gordo or Fat Boy or Miguel Rodriguez, as he is known?**

A. Yes.

**Q. Was there any sales made on March 8th?**

A. Yes.

**Q. Are you sure?**

A. March 8th?

**Q. March 8th. On March 8th --**

THE COURT: Do we have an answer? Do we have an answer to the question, "Are you sure?"

A. I'm not sure actually if March 8th was a transaction. I think this was a phone call.

**Q. If you look at the next tab, tab 22, that's March 25th, is it not?**

A. Yes.
**Q. There were no videos taken on March 8th?**
A. Yes, that's correct.
**Q. There were no drugs on March 8th?**
A. That's correct.
**Q. As a matter of fact, you didn't even see Mr. Altamirano on March 8th, did you?**
A. No.
**Q. The next event doesn't happen until March 25th, some 17 days later, correct?**
A. Yes.
**Q. And on March 25th -- let me go back.**
**There is nothing purchased from Mr. Altamirano on March 8th? As a matter of fact, you didn't see him?**
A. No.
**Q. On March 25th is when the next transaction occurs, and drugs are purchased, Government Exhibit 173, from Miguel Rodriguez, correct?**
A. What was your question again?
**Q. The next event is March 25th, or do you remember?**
A. March 25th?
**Q. There is no videos, there is no audios, there is no Mr. Altamirano, correct?**
A. You lost me. What date are you talking about?
**Q. March 25th.**

A. Did you have -- do we have a transcript for March 25th? Do we have a report? Off the top of my head, I did many buys and I don't have them memorized.

**Q. Government exhibit --**

MR. HOROWITZ: Do you have 173?

Judge, may I move on to another area while we are looking for 173?

THE COURT: Sure.

MR. VÁZQUEZ: We have it.

MR. HOROWITZ: Do you have it?

May I approach, Your Honor?

THE COURT: You may.

**BY MR. HOROWITZ:**

**Q. Showing you what's been previously admitted as Government's 173, do you recognize it?**

A. Yes, it's a bag of crack cocaine. Do we have the report to go with it?

**Q. Do you have any independent recollection as to how that crack cocaine got in that bag?**

A. I believe this was the purchase on 11th Avenue from Miguel Rodriguez. But, again, I have to look at the report.

**Q. You are not sure, are you?**

A. I'm not sure, no. I have done 20 transactions, and I have done 15 other cases ever since I have been doing this case. I can't remember everything.

**Q. So it kind of all blends together after a while, right?**

A. No. Everything would be clear and accurate, that's why I want to sit here and testify and give you accurate testimony.

**Q. Now, going back to 195B that's on the screen, the Prosecutor asked you about the gentleman in the black shirt and the beard and the sunglasses. That's you, right?**

A. Yes.

**Q. The Government asked you about the gentleman with his back toward the camera, and that's Miguel Rodriguez on the bicycle, right?**

A. Yes.

**Q. The Government didn't ask you about the gentleman in the black hat and the blue shirt. Who is that?**

A. That's the informant.

**Q. Is he a City of Miami or Metro Dade informant?**

A. City of Miami. I just met him during this investigation.

**Q. Was he paid for his participation in this investigation?**

A. You would have to ask the lead detectives on that. I don't know.

**Q. Do you know whether he was working off a sentence for a criminal case?**

A. I don't know. Like I said, you would have to ask the lead detective who handles the informants.

**Q. Now, the scene that's depicted in Government Exhibit 195B, that's not the only time you met with this informant, right?**

A. That's correct.

**Q. As a matter of fact, he was with you almost every time?**

A. Yes.

**Q. Was he with you every single time?**

A. I believe so. He may have not been there on one or two cases, but I'm not sure. I don't remember off the top of my head.

**Q. When you drove to the area that you have described as the target location, he was with you every single time, was he not?**

A. Yes.

**Q. Now, when you would drive to that location, there would be various other surveillance units in the area for officer safety?**

A. Yes.

**Q. In other words, you wanted to be able to do your job and be able to leave there safely at the end of whatever you are doing, correct?**

A. Yes.

**Q. And that area was familiar to you as well as the officers that were providing protection to you, right?**

A. That's the first time I have ever worked that area in 23 years in my career.

**Q. But not the first time the City of Miami guys have worked there, because that's their jurisdiction, right?**

A. Yes.

**Q. You are Miami-Dade?**

A. That's correct.

**Q. And that's not the normal area that you work, correct?**

A. I work everywhere, but I have never worked that area, no.

**Q. In your 18 years as an undercover officer, you had never worked in that area?**

A. No.

**Q. And the City of Miami officers and detectives that were protecting your safety knew that area very, very well?**

A. I presume they did, yes.

**Q. Now, taking you to tab 29, which is Government's Exhibit 212, let's see if I have the right one.**

**Let's try tab 33, I apologize. It's Exhibit 218. Do you have that in front of you?**

A. Yes.

**Q. That's a telephone call, is it not?**

A. Yes.

**Q. It's not an undercover recording, it's a telephone call between you and Mr. Altamirano. Do you see that?**

A. Correct.

**Q. The bottom of page 1 Mr. Altamirano says, "I'm over here on 32nd and 17th under the fish market."**

**Do you see that?**

A. Yes.

**Q. That's well away from the target location, is it not?**

A. Yes.

**Q. It's an area that you were unfamiliar with, correct? The area where he was talking about when he said the fish market on 32nd and 17th?**

A. I know where it's at.

**Q. It's in the City of Miami, is it not?**

A. Yes.

**Q. It was an area that you were unfamiliar with as well, correct?**

A. No.

**Q. It was also an area that was away from your target location, right?**

A. I know where the area was at. In fact, I told him -- I did not disagree to meet him there. In fact, when I called him back, he told me to meet him at the other location. If you read through the transcripts, he says no, no, no. Meet me back on the block. So it was your client's idea to meet there, not mine.

**Q. It was also your idea to try to press him to do a deal that day, was it not?**

A. No. Listen, again, I call and ask if they want to do business. At any point in time your client could stop answering the phone or say, hey, listen, I'm not selling crack cocaine anymore.

**Q. In the middle of page 2 you say, "I need something today, brother."**

**After that you said that you need anything, let one go, whatever. Mickey Mouse, doesn't matter. Find me something.**

**Those are your words, are they not?**

A. Yes. We are discussing firearms there, we are not discussing drugs.

**Q. Is there anywhere before that the word "toy" is used in that conversation?**

A. (Witness reviews document.)

No, but that's when he asked me -- jumped to asking me do you still need the three. So it was clear.

**Q. There was nothing mentioned about guns, and that's why you had a reference to drugs, correct?**

A. I don't understand your question.

**Q. In other words, you said you were talking about guns. Guns are not mentioned, the word "toy" is not mentioned; true?**

A. Right. After that conversation --

**Q. I didn't ask you about after that conversation.**

MR. VÁZQUEZ: Objection, Your Honor. Can the witness complete an answer?

THE COURT: Wait. We are going to take a break.

Ladies and Gentlemen, don't talk about the case. Have some coffee.

(Jury retires at 3:02 PM.)

THE COURT: Mr. Horowitz?

MR. HOROWITZ: Yes, Your Honor.

THE COURT: Do not speak over the witness.

Detective, answer only the question you are asked.

THE WITNESS: Yes, Your Honor.

THE COURT: Mr. Vázquez, do not lead on redirect when it is your time to question.

Mr. Donet, Mr. Rubio, Mr. Korchin, I will have words for you later.

All right. Five minutes.

(Recessed at 3:03 PM.)

(Resumed at 3:14 PM.)

THE COURT: Mr. Horowitz, how much longer do you have?

MR. HOROWITZ: Less than 5 minutes.

THE COURT: And, Mr. Vázquez, your redirect is going to be very short, I imagine?

MR. VÁZQUEZ: I will try to be as efficient as possible.

THE COURT: Yes.

MR. HOROWITZ: I know Mr. Gonzalez and I have been rather loud for the last couple weeks, but we have three lawyers past us.

THE COURT: I'm getting around to them. They also -- this gentleman is done today. We are not -- so hopefully we can get at least a chemist on. I'm just telling everybody we really have to start moving this along.

MR. DISPOTO: Judge, we have two chemists available, so

is it fair to say no need to have more today?

MR. VÁZQUEZ: I have the Miami-Dade Correction witness to authenticate the videos for the jailhouse phone calls.

THE COURT: Let's keep them all here. Let's get the guy up on the tape. I don't know about the chemists.

MR. DISPOTO: We have two here. I don't know if I should bring more down.

THE COURT: No.

Bring in the jury, please.

(Jury returns at 3:15 PM.)

THE COURT: Everyone be seated.

Mr. Horowitz, you may resume.

MR. HOROWITZ: Thank you, Your Honor.

**CONTINUED CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Detective, I want to ask you about two of the phone calls with Mr. Altamirano, specifically tab 29 and then tab 38. Let's start with 29, if we can.**

**Tell me when you are ready.**

A. I'm ready.

**Q. Your conversations with Mr. Altamirano were about placing a drug order up until about the middle part of page 3, was it not?**

A. I don't think I'm on the right one. What exhibit are you on?

**Q. It's tab 29. The exhibit number is 212.**

A. And you are asking me at what page?

**Q. Up until the middle of page 3, your conversations were placing a drug order, was it not?**

A. Our conversation was what?

**Q. Placing a drug order, what you wanted?**

A. Yes.

**Q. And in the middle of page 3, it is you that says, "What about the fucking toys, man?"**

**That's you, is it not?**

A. Yes, it is.

**Q. When you say "toys," we are talking about firearms, are we not?**

A. Yes.

**Q. And Mr. Altamirano's response was, "The toy?"**

A. The toy question mark, right.

**Q. As in he didn't know what you were talking about, correct?**

A. No. The question mark is put there because he is just repeating what I'm saying, and the transcriber put a question mark. We will have to continue to go through whether or not I'm understanding what he is saying.

**Q. And you had a chance to review these transcripts, review the phone call, correct?**

A. Yes.

**Q. And you did not suggest a change to that question mark, did you?**

A. No.

**Q. But it was you who brought up the gun, correct?**

A. Yes.

**Q. And going to tab 38, Exhibit 226, tell me when you are ready.**

A. I'm ready.

**Q. Second line where it says, UC, the undercover, that's you, correct?**

A. Yes.

**Q. "That nigger can't get this toy, huh?"**

A. Correct.

**Q. Talking about a gun again, correct?**

A. Yes.

**Q. And it's you that brought it up?**

A. Correct.

**Q. You testified you were out on the streets between February 2014 and May -- middle of May of 2014 regarding this specific case, correct?**

A. What was that again, the first part?

**Q. You were out on the street in an undercover capacity in this investigation between February 2014 and May 2014?**

A. Yes.

**Q. During that entire time you did not purchase or receive a firearm from Christopher Altamirano; is that correct?**

A. That's correct.

MR. HOROWITZ: No further questions.

THE COURT: All right. Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: Thank you, Your Honor.

**CROSS EXAMINATION**

**BY MR. DONET:**

**Q. Good afternoon, Detective Veloz.**

A. Good afternoon.

**Q. Part of your duties and strategy was to try to collect as many phone numbers as you could from people who you could purchase narcotics from, correct?**

A. No.

**Q. No? Did you attempt to gain phone numbers and contact information from people of this group that you were performing this undercover capacity on?**

A. Probably 95 percent of them asked me for my phone number.

**Q. Okay. Mr. Dixon never asked you for your phone number, correct?**

A. No, I don't believe so.

**Q. And I believe you testified there were over 20 transactions that you were a part of, correct?**

A. I would say from 15 to 20.

**Q. All right. And in those 15 to 20 transaction, there was only one where you had a transaction with Mr. Dixon, and that**

**was on April 1, 2014, correct?**

A. Yes, that's correct.

**Q. And on that day, on many of the transactions that you had prior to April 1st, you called ahead to one of the phone numbers that you had, and you called ahead and placed an order for drugs, correct?**

A. Yes.

**Q. But on April 1st you did not call ahead, correct? You just showed up?**

A. Correct.

**Q. And on that day Mr. Dixon was the only one standing out in front of this location where you drove up to, correct?**

A. Yes.

**Q. And it was you who walked up to Mr. Dixon and asked him if he had drugs to sell, correct?**

A. Yes.

**Q. Mr. Dixon did not approach you when you got out of your car, correct?**

A. No.

**Q. Now, there were numerous text messages that you had in this investigation with various other individuals, correct?**

A. Yes.

**Q. You will text back and forth regarding either firearms or narcotics, correct?**

A. Yes.

**Q. But you never once text messaged with Mr. Dixon, correct?**
A. Correct.
**Q. And you never received a text message from Mr. Dixon, correct?**
A. That's correct.
**Q. As a matter of fact, on April 1st when you approached Mr. Dixon, you didn't even know his name, correct?**
A. That's correct.
**Q. You just referred to him later on once Mr. Rodriguez shows up as negrito, the little black kid, is taking care of you, correct?**
A. Yes.
**Q. So as of that date you had no idea about Mr. Dixon, correct?**
A. That's correct. A lot of times I didn't know any of the guys. I would show up at that location, and there would be different people serving.
**Q. Okay. I know you like to volunteer, Detective, but you had answered the question. Wait for another question before you answer it. Is that okay?**
A. Okay.
**Q. Now, on that day when you approached Mr. Dixon, he only had five rocks, correct?**
A. Yes.
**Q. And those five rocks weren't on him, right?**
A. No.

**Q. He had the five rocks a few feet behind him in the grass or under some grass or sod, correct?**

A. Yes.

**Q. And he gave you those five rocks, but you had three twenties, correct?**

A. Yes.

**Q. And he didn't have change to give you, so he went to try to find another crack rock for you, correct?**

A. Correct.

**Q. And we see on the video he runs down the block, I guess around the corner, and he is gone for about 8 to 10 minutes before he comes back, correct?**

A. You asked me a question if he had change. I don't know if he had money in his pocket for change or he just wanted to sell me an additional crack rock. I couldn't answer if he had change or not.

**Q. He didn't offer to give you any change, correct?**

A. Correct.

**Q. Now, when Mr. Dixon went and retrieved the crack rocks, there was no bomb there in the swale or in the grass that you saw, correct?**

A. Well, what he picked up was a bag with five crack rocks in it, so that's considered a bomb when there is two or more.

**Q. Okay.**

A. If there was rocks in one bag, they consider that their

bomb.

**Q. He didn't have a bag, he had a piece of paper with five rocks in it, correct?**

A. That's correct.

**Q. And there were no other drugs? As you would typically see a bomb would have maybe some packets of marijuana, some Mollies, some powdered cocaine, some crack cocaine, there was none of that?**

A. A lot of times they don't put the same type of drug in the same exact bomb because then it would take some time to rummage through it. They usually have separate bombs, a powder bomb, a crack bomb, and a marijuana bomb. The only drugs that were there that I know of was what Dixon handed to me.

**Q. All right. So when Mr. Dixon goes to try to find the other rock to give you, Miguel Rodriguez comes into the picture walking around, correct?**

A. Yes.

**Q. And he didn't know that you were there, asked you why you hadn't called, and you gave him some answer that you didn't have the phone with you, correct?**

A. Correct.

**Q. And Miguel Rodriguez ultimately -- let me stop that.**

**Miguel Rodriguez is a person that you had purchased narcotics from on numerous occasions, correct?**

A. Yes.

**Q. And Mr. Dixon eventually comes back, and he still did not have that extra rock that you needed to complete your order, correct?**

A. That's correct.

**Q. And it's you who tells him, hey, Fat Boy is down the street, correct?**

A. I believe so. I'm not sure.

**Q. Okay. Because you wanted Mr. Dixon to get you more crack, so you said hey, go talk to Fat Boy, maybe he --**

A. I would have to review the video. I'm not sure.

**Q. Okay. But after you tell Mr. Dixon that Fat Boy is down the street, that's when the three of you meet, correct?**

A. Again, I would have to look at the transcript. I don't recall if I said that or not. If we go back to the transcript and read through it, I can answer that question accurately.

**Q. You would agree the video speaks for itself? Whatever is on the video is what actually happened, correct?**

A. Yes.

**Q. So when you, Mr. Dixon, and Fat Boy get together, Mr. Dixon is able to get that one extra rock that you needed, correct?**

A. Yes.

**Q. And then shortly after that he gets yelled at by Mr. Rodriguez for some unknown reason, correct?**

A. Yes.

**Q. Now, when Mr. Rodriguez is speaking to you and before**

**Mr. Dixon comes back that it's just yourself, Mr. Rodriguez, and the confidential informant, you were requesting Rodriguez to bring you more drugs, correct?**

A. Yeah. I ordered -- I actually ordered $200 worth. He -- Dixon provided me with $60 worth, and I still have $140 on me, which Miguel was trying to locate.

**Q. Well, wait a second. When you talked to Mr. Dixon at first, you only asked for $60 worth of rocks. He tells you I only have 60.**

A. He says no, I only have five.

**Q. Okay.**

A. And I said I have $60, can you break a 10.

**Q. And that's when he goes to get the other rock, correct?**

A. Correct.

**Q. And when he was gone, at least a block or a block and a half away, you have a conversation with Mr. Rodriguez where Mr. Dixon is nowhere near you, correct? Right by the car after you compliment him on his Cheech & Chong T-shirt, correct?**

A. Yeah, that's after he left because I told him, yes.

**Q. And during that conversation with Miguel Rodriguez, you are asking Rodriguez for more crack, correct? More drugs?**

A. Right.

**Q. You never asked Mr. Dixon for more drugs, correct?**

A. That's all he had.

**Q. Even when Mr. Dixon came back you didn't ask Mr. Dixon for**

**more drugs, correct? You spoke to Mr. Rodriguez?**
A. We all spoke together, collectively all three of us together and had a conversation about the deal.
**Q. And then there is a point in time where Mr. Dixon walks away. He said somebody on a bicycle drives by and warns people that the police are nearby. Mr. Dixon walks away, correct?**
A. Yes.
**Q. But Mr. Rodriguez stays, and you talk some more with Mr. Rodriguez, correct?**
A. Yes.
**Q. And there is where -- that's the conversation where you are speaking about more drugs, and that conversation is with Mr. Rodriguez, right?**
A. Right.
**Q. But at no time did you speak with Mr. Dixon about ordering more crack rocks, correct?**
A. Correct.
**Q. And the total number of rocks that Mr. Dixon in that transaction on April 1st were six rocks, correct?**
A. Yes.
**Q. And the weight of that was just one-half of one gram of crack, correct?**
A. I don't have the lab request in front of me.
**Q. Well, based on your training and experience, you had a chance to see those crack rocks in your hands, correct?**

A. Yes.

**Q. And you also impounded them, correct?**

A. Yeah, they are like -- usually they average one-tenth of a gram, a little more, a little less.

**Q. So for the six rocks it would be generally --**

A. Generally.

**Q. -- one-half of one gram, correct?**

A. That's accurate to say, yes.

**Q. And obviously the chemist's report would be more accurate?**

A. Correct.

**Q. And these rocks are being sold at $10 a piece, correct?**

A. Yes.

**Q. Now, when you were talking to Mr. Dixon when you first walked up, there was nobody guarding the front of that location, correct?**

A. No.

**Q. He was there by himself as far as you could tell?**

A. As far as I could tell, yes.

MR. DONET: I have no further questions. Thank you.

THE COURT: Thank you.

Mr. Rubio?

MR. RUBIO: No questions, Your Honor.

THE COURT: Redirect, Mr. Vázquez?

MR. VÁZQUEZ: Your Honor, may I stand back here so I have the transcript binder open?

THE COURT: Yes, but speak into the microphone.

**REDIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Detective, do you recall at the beginning of your cross examination with Mr. Gonzalez about the conversation regarding the drug transaction that a female participated in? Mr. Gonzalez showed you the video?**

A. Yes.

**Q. And you stated that had nothing to do with Mr. Chacon. Do you recall that?**

A. Yes.

**Q. Now, how do you know that?**

A. Well, I know that she -- the hand to hand I observed was with a different subject, but I don't know what exactly Chacon's part was.

**Q. The drug transaction that happened, where did it occur?**

A. In front of the target location.

**Q. And I'm referring to -- or the suspected drug transaction, we don't know what, in fact, was transacted, it could have been keys, it could have been lemonade, right in front of what location?**

A. Correct.

**Q. What location did that happen?**

A. The target location on 11th Avenue.

**Q. Did you speak with Mr. Chacon about the land during this**

**investigation where that transaction occurred?**

A. No.

**Q. Did you ever speak to Mr. Chacon about who ran the block where the transaction occurred?**

A. Yes.

**Q. Who ran the block?**

A. Chacon.

**Q. Defense counsel asked you about a moment in one of the transactions, he referenced Government's I believe it's 150, which is at tab 13 of the binder. It's not necessary to turn to it if you don't want to. I just want to ask you a question about it.**

**At any point in time during that conversation were you present when the word "connect" was uttered?**

MR. DONET: Objection; leading.

THE COURT: I'm going to allow it just to focus the detective.

Please, Mr. Vázquez.

A. If I can go to 13 because I don't know exactly what --

THE COURT: Yes, go to 13. Read it to yourself, and Mr. Vázquez will ask you another question.

A. (Witness complies.)

What page, Mr. Vázquez?

**BY MR. VÁZQUEZ:**

**Q. Let me draw you back. What does the word "buddy" mean?**

A. Buddy, friend, associate.

**Q. What does the word "connect" mean?**

A. Person who you are affiliated with who supplies you, who you work with.

**Q. Do those words mean the same thing?**

A. Yes, basically.

**Q. Does being a buddy necessarily mean you are a connect?**

A. No, a buddy is a buddy, a friend, an acquaintance. A connect is someone who, you know, supplies you or connects you with something with whatever you need.

**Q. Did you know who the buddy was?**

A. No.

**Q. I want to draw your attention to transcript 157 behind tab 16 at page 5. February 18, 2014, Mr. Gonzalez talked to you about a transaction involving Maurin Chacon. Do you see Mr. Rodriguez referenced in page 5?**

A. Yes.

**Q. What is Mr. Rodriguez doing at this point of the transcript reference your transaction with Mr. Chacon?**

MR. DONET: Objection; leading.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. What is Mr. Rodriguez doing at the bottom of page 5?**

A. He is telling Chacon to hurry up, we have these people waiting.

**Q. Did Rodriguez try and steal the sale?**
A. No.
**Q. At the top of page 5, same transcript, what does Rodriguez say to you regarding future drug transactions?**
THE COURT: Well, let's -- let's gather.
(Bench conference commenced):
THE COURT: The tapes and the transcripts are in evidence, so I don't think we need to re-recite them, replay them. If you need to reference a question that counsel asked, counsel asked you about X, what did that mean, where were you.
MR. VÁZQUEZ: Yes, Your Honor.
THE COURT: If the witness needs to refresh his memory, because there were a lot of transactions, then lead him into the page. But let's not just re-recite...
MR. VÁZQUEZ: Yes, Your Honor.
THE COURT: Thanks.
(Bench conference concluded.)
**BY MR. VÁZQUEZ:**
**Q. Detective, I want to talk to you about defense counsel Mr. Gonzalez's question regarding Rodriguez and wanting to purchase drugs from you. What did you understand on page 5 Rodriguez to mean when he said, "Hey, call me, too, bro"?**
A. That not only purchase from Chacon, but also include me in it and call me also.
**Q. At any point in time during this investigation, did**

**Rodriguez attempt to exclude Chacon?**
A. No.
**Q. In your discussions with Mr. Chacon, Mr. Rodriguez, Mr. Altamirano, at any point in time did you threaten these defendants to provide you a gun?**
A. No.
**Q. Did you threaten them to provide you crack cocaine?**
A. No.
**Q. I want to turn your attention to tab 20, transcript 165, page 13. Detective, do you recall Mr. Gonzalez's questions to you about securing the firearm from February 25, 2014?**
A. I don't understand the question.
**Q. Do you recall Mr. Gonzalez's line of questions regarding the location, where the firearm was, regarding the February 25, 2014, purchase?**
A. Where it was or --
**Q. Do you remember being asked about that --**
A. Yes.
**Q. -- by Mr. Gonzalez?**
A. Yes.
**Q. Where was the firearm according to Mr. Chacon, as reviewed by the transcript?**
A. He had three of them. It was in his possession.
**Q. Where was the particular firearm?**
A. At his house.

**Q. Did you place that gun there?**
A. No.
**Q. Detective, on March 8, 2014, referenced in the Government's Exhibit 172 behind transcript 21, who were you attempting to call at this point in time or who was the investigation attempting to call?**
A. Altamirano.
**Q. Prior to this phone call, were you attempting to contact Chacon?**
MR. HOROWITZ: Objection; leading.
THE COURT: Overruled.
A. Yes.
**Q. Who picked up the phone?**
A. Christopher Altamirano.
**Q. At tab 22, Government's 177, during the drug transaction that you referenced with several defense counsel, last with Mr. Donet, how many people other than James Dixon do you remember seeing on the block at the time of the drug transaction?**
A. Just him standing there in front of the location, and one pedestrian walked in front of him and went into the target house.
**Q. Did Miguel Rodriguez appear?**
A. Yes.
**Q. Did a person warning James Dixon appear on bicycle?**

A. Yes.

**Q. What was that person warning James Dixon about?**

MR. DONET: Objection; leading.

THE COURT: Yes, sustained.

**BY MR. VÁZQUEZ:**

**Q. What was the subject of that person's statement?**

MR. DONET: Objection; leading.

THE COURT: Overruled.

A. He was telling him that --

THE COURT: No, the subject.

MR. DONET: Objection; hearsay.

THE COURT: What was the subject? What was the topic? What was the general nature?

MR. DONET: Objection, Your Honor. It calls for hearsay.

THE COURT: I don't want him to tell us what anyone said.

MR. VÁZQUEZ: We offer it as a coconspirator statement.

MR. DONET: Lack of foundation.

THE COURT: The bicyclist?

MR. VÁZQUEZ: Yes.

THE COURT: You would need a foundation, Mr. Vázquez.

**BY MR. VÁZQUEZ:**

**Q. Detective, who was in the area aside from the participants in any drug transactions during this drug transaction?**

A. The police.

**Q. What did you hear people talking about -- Miguel Rodriguez talking about during this drug transaction --**

MR. DONET: Objection; hearsay other than Rodriguez.

THE COURT: Right. Sustained.

MR. VÁZQUEZ: Miguel Rodriguez, I asked Miguel Rodriguez.

THE COURT: Okay. Just Mr. Rodriguez.

**BY MR. VÁZQUEZ:**

**Q. -- at the tail end of the transaction?**

A. He asked if Dixon had left, and that if he hooked me up with any more, supplied me with any more.

**Q. Did you hear Miguel Rodriguez talk about jumpouts?**

MR. DONET: Objection; leading.

THE COURT: Yes. Sustained.

**BY MR. VÁZQUEZ:**

**Q. What did you hear Miguel Rodriguez talk about with regard to things other than drugs?**

A. The only person that -- the only person -- somebody alerted me that the police was --

MR. DONET: Objection; hearsay.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. Do you recall the bicyclist that is depicted in the video?**

A. Yes.

**Q. Do you recall him interacting with James Dixon?**
A. Yes.
**Q. Was he angry at James Dixon?**
MR. DONET: Objection; leading.
THE COURT: Sustained.
**BY MR. VÁZQUEZ:**
**Q. What was his demeanor with regard to James Dixon?**
A. He was upset and agitated with Dixon.
**Q. While he was upset and agitated, what did he say to James Dixon?**
A. Stop being so money hungry and come over here.
MR. DONET: I would object, Your Honor, as to hearsay.
MR. VÁZQUEZ: Excited utterance.
THE COURT: Are you asking me to strike that last statement?
MR. DONET: I am, Your Honor.
THE COURT: Ladies and Gentlemen, do not consider the last statement made, it is hearsay.
And, Mr. Vázquez, move on.
**BY MR. VÁZQUEZ:**
**Q. Agent, while you were on the scene of the James Dixon drug transaction, did you inspect the ground surrounding the target location, what we have called the target location?**
A. No.
**Q. Did you look for any other stashes?**

A. No.

**Q. I want to turn to page 7 of the transcript of 177. Who introduces -- in your conversation with Dixon, who introduces Fat Boy in the equation?**

A. Dixon.

**Q. The transaction that occurred involving Mr. Dixon, where did it happen?**

A. On 11th Avenue right in front of the target location.

**Q. Who brought up the concept of shifts in this investigation?**

MR. DONET: Objection; leading.

THE COURT: Overruled.

A. Miguel Rodriguez.

**Q. And who was he referring to regarding running shifts?**

A. Chacon, that he was working the midnight shift.

**Q. Detective, when you were on the street working this as an undercover, did Mr. Chacon, Mr. Altamirano, Mr. Dixon put you under oath?**

MR. GONZALEZ: Judge, leading.

THE COURT: I think that was kind of an invited question, so I will allow it.

THE WITNESS: I'm sorry?

THE COURT: You can answer the question. Yes or no.

A. No, they did not.

**Q. Do you recognize a difference between being on the street and testifying in a court of law?**

A. Yes.

MR. HOROWITZ: Objection; relevance.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. Detective, turning to tab 12, Government's 146, page 8, in this conversation who offered who their phone number?**

A. Chacon offered to give me his phone number.

**Q. Did you threaten Mr. Chacon to do that?**

A. Of course not.

**Q. When you spoke to Mr. Altamirano about firearms throughout the course of this investigation, were you only interested in buying firearms?**

A. No.

**Q. What else were you interested in?**

A. Crack cocaine.

**Q. Were you only interested -- with regard to only the firearm, were you only interested in the mere fact of purchasing guns?**

A. Yes. I wanted to purchase both of them. What was the question? I don't understand the question.

**Q. Were you only interested in purchasing guns?**

A. Yes.

**Q. Were you interested in learning about guns and possession of guns?**

MR. HOROWITZ: Objection; leading.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. What did you learn through your conversation with Mr. Altamirano regarding firearms?**

A. That he has his own personal firearm but did not want to sell it.

**Q. What did you learn regarding Defendant Chacon and his -- and about -- and firearms?**

A. That he possesses three firearms, but he was only willing to sell the one he sold to me, which was the revolver.

**Q. Throughout this entire investigation, did anyone other than Chacon claim to run the block?**

A. No.

MR. VÁZQUEZ: I have no further questions of this witness, Your Honor.

THE COURT: You may step down, Detective. Thank you.

(Witness excused.)

THE COURT: Government, call your next witness.

MR. VÁZQUEZ: The United States calls Sergeant Michael Golis, Miami-Dade Department of Corrections.

**SERGEANT MICHAEL GOLIS, sworn**

THE COURTROOM DEPUTY: Please state your name and then spell it for the record.

THE WITNESS: Michael Golis, G-O-L-I-S.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Good afternoon, sir.**

A. Good afternoon.

**Q. Sir, how are you currently employed?**

A. Currently I'm a sergeant for Miami-Dade Corrections and Rehabilitations Department.

**Q. Sir, in that capacity do you participate in the collection and the production of jailhouse phone calls originating from the Miami-Dade corrections facilities?**

A. Yes, sir. Yes, I do.

**Q. Are you familiar with the systems that are used to capture these phone calls and place them into recording disks and audio files?**

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

A. Yes, sir. Yes, I am.

**Q. Are you familiar with the equipment that produced these disks?**

A. Yes, I am.

**Q. And in your capacity, do you produce them -- are you one of the officers with the Department of Corrections who produces them to other agencies?**

MR. HOROWITZ: Objection; leading.

THE COURT: Well, yes. Sustained.

**BY MR. VÁZQUEZ:**

**Q. What role do you have with regard to the capture of jailhouse phone calls and their production?**

A. Basically I facilitate requests associated with law enforcement agencies when they request a particular or they request particular jailhouse conversations.

MR. VÁZQUEZ: Permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Sergeant, I'm showing you what's been marked for identification as Government's 54, 61, 80, and 87. Have you examined these items?**

A. Yes, sir. Yes, I have.

**Q. Are these recordings from the Miami-Dade Department of Correction?**

A. Yes, they are.

**Q. And have you examined them to confirm that they originate from the Miami-Dade Department of Correction?**

A. Yes, I have.

**Q. Are these recordings in the same or substantially same condition -- from their nature, not the content, the total content, but the audio files are in the same condition, the same data type that is produced by Miami-Dade Corrections?**

A. Yes, sir.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 54, 61, 80, and 87 into evidence.

THE COURT: Any objection?

MR. HOROWITZ: May I voir dire?

THE COURT: You may, briefly.

**VOIR DIRE EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Good afternoon, Sergeant Golis.**

A. Good afternoon, sir.

**Q. Sergeant Golis, your request to produce the calls, the four disks that you testified about, came from the Government, do they not?**

A. They come from our department.

**Q. The department received it from the United States Government, correct?**

A. I'm not too sure I understand that question, sir.

**Q. In other words, you do not work for the Federal Government?**

A. No, sir.

**Q. You work for the Miami-Dade County Department of Corrections, which supervises the county jail system, correct?**

A. Yes, sir.

**Q. Not the federal prison, but the Miami-Dade County jail system, which includes the Dade County Jail, TGK, The Stockade, Metro West, and facilities such as that, correct?**

A. Yes, sir.

**Q. And the request came from the United States Government regarding individuals and time frames where phone calls were requested, correct?**

A. Specifically the requests are requested from law enforcement agencies in regards to pin numbers and conversations associated with those pin numbers.

**Q. Well, let's talk about a pin number. What is a pin number?**

THE COURT: Well, Mr. Horowitz, he is a records custodian, so you are voir diring a records custodian. Where are we going?

MR. HOROWITZ: May I approach?

THE COURT: Yes.

(Bench conference commenced):

MR. HOROWITZ: Judge, if I may, I'm trying to narrow the request to a pin number, having him describe it, because the jail system and the phone system the pin numbers are traded freely. The person who has a pin number often sells the pin number. They sometimes use three-way calls to avoid --

THE COURT: So you are trying to suggest, really, that these are illegitimate? That these aren't your guys on these?

MR. HOROWITZ: They can be and they may not be.

THE COURT: No, not through this witness.

MR. HOROWITZ: Okay.

(Bench conference concluded.)

MR. HOROWITZ: Nothing further, on voir dire, Your

Honor. No objection.

THE COURT: Any other, Mr. Donet?

MR. DONET: No, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No.

THE COURT: Then Government's 54, 61, 80, and 87 are admitted. All right.

(Evidence marked as Government's Exhibits 54, 61, 80 and 87 admitted into evidence)

THE COURT: You may step down, sir.

(Witness excused.)

THE COURT: Call your next witness.

MR. DISPOTO: Your Honor, at this time the United States calls Sayuri Umpierrez.

**SAYURI UMPIERREZ, sworn**

THE COURTROOM DEPUTY: Please state your name and spell it for the record.

THE WITNESS: My name is Sayuri Umpierrez, S-A-Y-U-R-I, last name of U-M-P-I-E-R-R-E-Z.

THE COURT: If you would, ma'am, speak directly into the microphone. You are soft spoken.

THE WITNESS: May I sit?

THE COURT: Yes, of course you may.

Mr. Dispoto, don't go so fast. Don't speak as quickly as I know you are prone to speak.

MR. DISPOTO: I will not.

**DIRECT EXAMINATION**

**BY MR. DISPOTO:**

**Q. Good afternoon and welcome.**

A. Good afternoon.

**Q. Would you please take a moment and introduce yourself to the ladies and gentlemen of the jury and tell them where you currently work?**

A. Good afternoon. My name is Sayuri Umpierrez, and I work for the Miami-Dade Police Department Forensic Services Bureau.

**Q. Ms. Umpierrez, what do you do for the Forensic Sciences Bureau?**

A. I'm a criminalist.

**Q. And for those of us who are not familiar with what criminalists do, can you tell us what your duties and responsibilities are?**

A. Yes. As a criminalist I examine physical evidence and present my findings in a court of law.

**Q. How long have you worked in that capacity?**

A. Over 8 years.

**Q. How often do you examine items of evidence that are submitted to the lab?**

A. I work full time, and I do it every day.

**Q. And can you estimate for us about how many different items of evidence you analyze on a daily basis?**

A. I get assigned between five and ten cases a day. Every one may bring more than one item, and that's all I do all day long.

**Q. Do you have any special training that enabled you to work in that capacity?**

A. Yes. I have a Master's of Science in chemistry from Florida International University. I also have a Bachelor's in Science in biochemistry from the University of Havana, and I got specific training for this position as soon as I was hired by the Forensic Services Bureau.

**Q. And during the time that you have worked at the lab, do you continue to receive training to keep yourself familiar with the procedures and the protocols?**

A. Yes, I do.

**Q. Now, before working at the lab, did you work in any other capacities as a chemist?**

A. Yes, as an analytical chemist.

**Q. And where did you do that and for how long?**

A. At a pharmaceutical company for 3 months.

**Q. Have you ever testified in a court of law as an expert in the field of chemistry?**

A. Yes, I have, 26 times.

**Q. And in what courts have you so testified?**

A. I have testified for the State, for the Juvenile Court, and for Federal as well.

MR. DISPOTO: Your Honor, at this time the Government

proffers this witness as an expert in the field of chemistry as it pertains to narcotics and drug analysis.

THE COURT: Any objection?

MR. GONZALEZ: No, Your Honor.

THE COURT: She will be admitted and recognized as an expert in her field.

**BY MR. DISPOTO:**

**Q. Ms. Umpierrez, let's talk a little bit about the procedures that you are familiar with at the lab. You indicated to us that you analyze items of evidence to determine if they are controlled substances; is that right?**

A. That is right.

**Q. How does -- typically who makes the request for items of evidence to be analyzed at the lab?**

A. The evidence is submitted to the lab by officers from different agencies, and what we get as criminalists in the lab is a property receipt assigned to us randomly. And with that property receipt we go to the vault, which contains all the evidence stored, and we retrieve the evidence that corresponds to that case number on our property receipt.

We make sure that the evidence came packaged in an appropriate way without having any evidence of being tampered with. After that we proceed to retrieve it from the vault and take it to our work area to be able to process this evidence and analyze it chemically.

**Q. Ms. Umpierrez, are you involved in the actual receipt of the items of evidence when they are brought to the lab?**
A. No, I am not.
**Q. You have employees at the lab that are specifically tasked with those responsibilities?**
A. Yes, we do.
**Q. Are you familiar with how the items, and in particular I'm talking about items that are being analyzed to determine whether they are controlled substances, are you familiar with how they are typically packaged when they are received by the lab?**
A. No. We receive them in sealed packages, heat-sealed packages.
**Q. So you are familiar with how they are packaged when they first come to the lab?**
A. I receive them like that. I'm not familiar with the process before that.
**Q. Okay. Once the lab receives the items of evidence, does the recipient of those items do any additional packaging, or are the packages in the same condition received as when you get them?**
A. I believe they are submitted already in sealed packages.
**Q. And where are the items stored at the lab before you are assigned to analyze them?**
A. We have a vault.
**Q. And is there -- can you give us -- strike that.**
**Are you familiar with how the vault is run, in**

**particular where the items of evidence go in the vault, or are you not part of that process?**

A. I'm not part of that process. I do know that prior to the lab is the central evidence reception facility where the officers come and drop off all the evidence, as I said before, in sealed packages. And then it's organized by case number or by section depending on what is the type of analysis that is being requested, and then from there we retrieve it.

This place is called the vault in which we store all the evidence. Only people who work at the vault and the lab managers have access to this vault. So we hand them the property receipt, and they are able to find the evidence, and then we retrieve it after we are sure that this evidence has no evidence of being tampered with. So that's how it works.

**Q. How long, Ms. Umpierrez, typically does it take from the moment an item of evidence is submitted to the lab until the moment that you retrieve it to commence your analysis?**

A. That varies depending on the amount of cases that we may have assigned prior to one case. But we do have a deadline. Usually 21 days from the impounding date we have to have results.

**Q. And from the perspective of a chemist like yourself, is there any concern that in the 21 days or so that it takes for you to begin your analysis that the item in any way degrade or is compromised by the days that pass before you analyze them?**

A. Normally that's not a problem.

**Q. Now, once you -- strike that.**

**You made reference to being assigned to analyze a particular item of evidence which brings you to the vault to retrieve those items, correct?**

A. That's correct.

**Q. Where do you physically take those items once they are in your custody?**

A. I take them to my work area. I have a bench and a desk with a computer, microscopes, and the chemical reagents that I need for analysis. I also have a locker which I only have -- I'm the only one who has the key and the lab manager. So that's where I keep all the evidence until I'm done with all the analysis.

**Q. And where is your workstation in relation to the vault?**

A. It's walking distance.

**Q. Same building?**

A. Same building, same floor, same room.

**Q. And does your workstation have any security and sanitization procedures that maintains the integrity of your work?**

A. Yes, we do.

**Q. And what are those procedures?**

A. I wear lab coats, I wear disposable gloves for every case. I never take more than one case at a time. Of course, I clean everything that I use all the time.

**Q. And do you typically analyze items of evidence in one**

**sitting? What I mean by that one particular day, or does it sometimes take you multiple days to analyze one particular item?**

A. Very few cases it may take more than one day for the analysis.

**Q. Most often it's the same day?**

A. Yes.

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

**BY MR. DISPOTO:**

**Q. I want to talk a little bit about the actual testing. Among the items that you test, does that include items that are suspected to be crack cocaine?**

A. Yes, I do.

**Q. Can you tell the ladies and gentlemen of the jury what procedures you follow and what tests you do to determine whether a particular item is, in fact, crack cocaine?**

A. Yes. When I am in the presence of rocks suspected to be crack cocaine, I perform three different types of tests. The first one is only preliminary. It's only going to guide me in the type of analysis that I'm going to do next. This one is called spot test or color test. It only involves the addition of a liquid that we call a chemical reagent, and then we wait for a color formation. If we do see this color formation, this might indicate the presence of cocaine. In all of the cases that I analyzed for this particular case, it was positive.

So I proceeded to do my second analysis. This one is specific to cocaine. For this one I used a microscope, and I take another small amount of sample, I use more chemical reagents that are different from the one before, and I observe under the microscope to see if I'm able to recognize specific hairs -- I'm sorry, specific crystals that we can see for cocaine. In this case I was able to see in all of the cases the specific crystals for cocaine.

Then I proceed to the confirmation of the presence of cocaine by using an instrument. In this case I used an infrared spectrometer. This instrument it uses an infrared light that modifies the sample in a specific way, then produces or generates a graph with peaks and valleys that then is compared to another graph -- or I mean thousands of graphs that are from standards stored already in our database in the computer of the instrument, and then generates a match as to what it is.

**Q. Let me ask you a few questions about those three steps. You mentioned the first step is basically a color test; is that right?**

A. Yes.

**Q. If the color test indicates that the item is not crack cocaine, do you move on to steps two and three, or do you stop your analysis at that point?**

A. No, I would still need to do more testing.

**Q. Okay. And do you recall whether in this particular case**

**with respect to the items of evidence that you have tested, do you recall whether any of those color tests indicated that the item was not crack cocaine?**

A. No. I got positives in all of the items that I analyzed.

**Q. So the second step you described was the crystallization test, the crystallizing test?**

A. Microcrystalline test.

**Q. And if there is a negative indication there, do you still go on to the third and final test?**

A. Yes, I do.

**Q. Now, sticking with the procedures for crack cocaine, at any point during your analysis do you actually weigh the suspected crack cocaine?**

A. Yes. That's the first step before the analysis.

**Q. Okay. So let's talk about that process. What do you physically do with the items when you have the items that are all in the sealed packaging? What are the first steps you do before you even begin your analysis?**

A. Okay. First of all, I make sure that I have the evidence that corresponds to the same case number and the receipt and all the information matches. Then I cut it open, and I retrieve all of the evidence out of the package, and I start separating the items in case I have more than one. And then I proceed to do the weighing of every item separately.

**Q. Now, do you also analyze suspected marijuana?**

A. Yes, I did.

**Q. Is your testing procedures with respect to marijuana the same or different as you just described relative to crack cocaine?**

A. No, they are different.

**Q. What is the analytical process that you follow when you are analyzing plant matter?**

A. Yes, since this is plant matter, we use a microscope for our first test. In this case we are looking for specific hairs that the cannabis plant contains. In all of the cases I was able to see two types of specific hairs that the cannabis plant contains, meaning that I got a positive result for that test.

Then I proceeded to confirm my result by doing a color test that is called modified Duquenois-Levine. This is just the name of a liquid or chemical reagent that we add plus more reagents in this test to see if there is the color formation which then migrates to another layer of another reagent and then confirms the presence of cannabis in the sample. In all of the cases I got positive result for cannabis.

**Q. Among the items that you analyzed, does that also include methylone?**

A. Yes.

**Q. And are you familiar with any either generic or street terms that methylone is also known as?**

A. Yes. Methylone is known on the streets as Mollies or bath

salts.

**Q. And are your testing procedures for methylone the same or different than crack cocaine and marijuana?**

A. It also involves the color test and the infrared spectrometer, but I also use another instrument, which is called GC/MS. This is gas chromatogram-mass spectrometer. This instrument is like a huge oven in which the substances get or the samples involved gets injected and then is separated, but by this heat, and then is detected. Each of the compounds that are separated from my mixture in the sample are detected separately in the detector part.

Of course, this graph that is generated is, again, compared to all the graphs in the database or library that the computer contains giving us a match.

**Q. And generally speaking, Ms. Umpierrez, how long does it take for these three tests, by that I mean crack cocaine, marijuana, and methylone, how long do those analyses typically take?**

A. Marijuana is the fastest one; it's probably less than 15 minutes. And for crack cocaine probably 20 minutes, 25 minutes the most. And for methylone since we have to use the GC/MS, that may be a little bit over half an hour.

**Q. And the procedures that you just described with respect to analyzing these items, are those standard procedures that all of the chemists at the lab follow, or does it vary based upon who is performing these tests?**

A. No, those are standard operating procedures for the entire lab.

**Q. Do the items of evidence that you are testing remain in your care, custody, and control during the entire analysis?**

A. Yes, they do.

**Q. And when you are finished with your tests, what do you do with the items that you just tested?**

A. Yes, when I am done with the chemical analysis and I'm ready to input results, I put all my items inside a new heat-sealed, plastic bag that I prepare in the lab, and then I give it back to the vault.

**Q. Ms. Umpierrez, do you memorialize the results of your tests in any reports?**

A. If I memorized?

**Q. I'm sorry, memorialize. Do you document your lab results in any reports?**

A. Yes. I keep a worksheet for every case in which I make notations of every test and the results that I get.

**Q. And when are the reports typically generated in relation to when you conduct the tests?**

A. The results are generated at the end after I have -- I'm done with all the analysis, then I input the results in the computer, and the system that we have in the lab that then prints out automatically a report.

**Q. And typically when is that report completed in relation to**

**when the tests are done?**

A. This is the last step. The report is the last step.

**Q. How many days, weeks, or months later is that report generated?**

A. No, typically it's within days. Sometimes even the same day.

**Q. Is it the regular practice of the chemists at the lab to generate reports in that manner?**

A. Yes.

MR. DISPOTO: Your Honor, may I approach the witness?

THE COURT: You may.

MR. DISPOTO: Counsel, item 341.

THE COURT: You may proceed, Mr. Dispoto.

MR. DISPOTO: Counsel, do you want to see the corresponding?

MR. KORCHIN: I do.

**BY MR. DISPOTO:**

**Q. Ms. Umpierrez, I have placed before you Government Exhibit 341. Do you recognize those documents?**

A. (Witness reviews document.)

Yes, I do.

**Q. What are they?**

A. These are the laboratory analysis reports.

**Q. And are these specifically the reports that document your results on items of evidence that you were requested to test in**

**this case?**

A. Yes, they are.

MR. DISPOTO: At this time, Your Honor, the Government moves Exhibit 341 into evidence.

MR. HOROWITZ: I do have an objection. May we approach?

THE COURT: Yes.

(Bench conference commenced):

MR. HOROWITZ: Judge, I reviewed the case that the Government cited yesterday, and they are correct about the lab reports coming in. However, some of the lab reports do contain hearsay. In other words, they come from the property receipt of the officers. For example, the report that's dated April 24, 2013, has a defendant as my client listed; that's all hearsay. That portion of the report shouldn't come in.

THE COURT: So how long have you had the report?

MR. HOROWITZ: Your Honor, the unredacted reports were received recently. That's why I spent a lot of time with the Exhibit 341, because there were two reports that were attached that we were sent within the last couple of days.

THE COURT: Okay.

MR. DISPOTO: Your Honor, I anticipated that objection, so I took it upon myself to redact all the names corresponding to the defendants, so there are no defendants' names on any of these reports.

THE COURT: There you go. He is back to being my favorite attorney.

MR. HOROWITZ: As long as it pertains to all of the lab reports.

THE COURT: Yes.

MR. DISPOTO: All of the lab reports.

THE COURT: Objection is overruled.

FYI, so I'm assuming chemists 1 through -- 2 through 7 are going to be much zippier because we have done --

MR. DISPOTO: I do not anticipate asking any of those witnesses about their actual tests.

THE COURT: Okay.

(Bench conference concluded.)

MR. DISPOTO: Your Honor, has 341 been admitted by the Court?

THE COURT: Yes. How many pages?

MR. DISPOTO: Eight.

(Documents marked as Government's Exhibit 341 admitted into evidence)

MR. DISPOTO: May I continue to have permission to approach the witness, or do you want me to ask every time?

THE COURT: No, you have continuing permission.

**BY MR. DISPOTO:**

**Q. Ms. Umpierrez, I'm going to place in front of you several items of evidence. I want to ask you to just inspect these**

**items and let us know if these are the items of evidence that you were requested to examine in this case that correspond to your reports in Exhibit 341?**
A. Okay.
MR. DISPOTO: For the record, Your Honor. I'm placing in front of the witness Government Exhibit 205.
THE COURT: All right.
MR. DISPOTO: Government Exhibit 126, Government Exhibit 1 -- I'm sorry, Government Exhibit 223, Exhibit 139, Exhibit 23, Exhibit 35, and Exhibit 350. I'm sorry, there is two more. Exhibit 188 and Exhibit 200.
**BY MR. DISPOTO:**
**Q. If you would just take a moment and look at all those items and tell me if those are all the items that you were requested to examine in this case?**
A. (Witness reviews document.)
Yes.
**Q. How is it that you recognize those items as items that you examined in this case?**
A. All of these packages were made by me, by myself as soon as I was done with the chemical analysis, and they all contain my signature on top and bottom where I double sealed the bags, and then my initials in the middle seals, as well as the case number, the label with the inventory number in our lab, and the total weight as well as the label for each item analyzed.

MR. DISPOTO: May I use the Elmo?

THE COURT: You may.

MR. HOROWITZ: Judge, I apologize for interrupting. Is Government Exhibit 350 one of the ones, because I do not show that as in evidence.

THE COURT: Yes, Counsel. My list might be wrong, too.

MR. DISPOTO: My list indicates that that was not in evidence.

THE COURT: Okay.

MR. DISPOTO: At this time, Judge, that item is just being shown to this witness for purposes of identification what she tested.

THE COURT: So it's just been for identification purposes and has not been admitted, Mr. Horowitz.

MR. KORCHIN: May I ask about Exhibit 233?

MR. DISPOTO: It should be 223, Counsel.

THE COURT: Right. And both have been admitted in any event.

MR. DISPOTO: May I proceed, Your Honor?

THE COURT: Yes, you may.

**BY MR. DISPOTO:**

**Q. Ms. Umpierrez, I want to ask you questions about your reports and ask you about which items of evidence correspond to which reports.**

**First, let me ask you some general questions about**

**Exhibit 341. There is a date on this first page of 341. What date does that correspond to?**

A. That's the date in which the report was issued or generated.

**Q. And there is a list of items on this page 1, items 1 through 4. What items are those?**

A. That's the list of the items submitted to the lab as evidence.

**Q. And you have a section here entitled "Results and Interpretations." Do you see that?**

A. Yes, I do.

**Q. And what do these items relate to?**

A. Every item has its corresponding result, 1 through 4.

**Q. So item 1 indicates on your report cocaine (free base) less than 28 grams, correct?**

A. Yes.

**Q. Does that correspond to item 1 that was submitted?**

A. Yes.

**Q. Now, I notice here on item 1 you indicate a weight of less than 28 grams but not a specific amount?**

A. That is correct.

**Q. Is there a particular reason why, at least on this particular report, there is not a specific amount listed?**

A. Yes. When this case was submitted to the lab, I tested it using the State guidelines which do not require the reporting of a specific or net weight. We didn't know at that time that this

case was going to be prosecuted under federal guidelines.

**Q. And in some of these -- strike that.**

**With respect to some of these items of evidence, were you subsequently requested to reweigh them so as to provide a specific weight with respect to that item?**

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

A. Yes.

**Q. Now, I notice you also have a case number here. Do you see that?**

A. Yes.

**Q. And in this particular case the last three digits is 7015?**

A. Yes.

**Q. And what -- how, if at all, do you use that number to connect it back to the items of evidence that's in front of you?**

A. That's the Miami-Dade Police case number.

**Q. And do you rely on that case number to identify the items of evidence that correspond to these reports?**

A. Yes, I do.

**Q. Now, with respect to the remaining eight pages of this -- of these reports, is the form of all of these reports basically the same as you have just described?**

A. Yes, it is.

**Q. Okay. Now I want to direct your attention to the items of evidence in front of you. Let's start with item number 205.**

**Can you look at the items of evidence that are in front of you and find on the yellow exhibit sticker number 205?**

A. Yes, I have.

**Q. Of these eight pages in this report, which report corresponds to item number 205?**

A. Items 1 through 4 from this report are all in the same package under Exhibit No. 205.

**Q. So that would be this page we are looking at now?**

A. Yes, items 1 through 4.

**Q. And we are not going to go through all of the reports in great detail, but I do want to ask you a couple of questions about this particular one.**

**Item number 1 was nine pieces of suspected crack cocaine, correct?**

A. Correct.

**Q. You tested that and determined that, in fact, it was?**

A. Yes, it was positive for cocaine, yes.

**Q. Item number 2 was suspected to be Xanax bars?**

A. That's correct.

**Q. Your report indicates it was not analyzed. Is there a reason why those Xanax bars were not analyzed?**

A. Yes. As I said before, I was testing these items as per the State guidelines. I was already reporting a schedule one substance, which is the methylone, the Mollies. I was already reporting cocaine free base, which is a schedule 2 controlled

substance, and nothing else. Xanax is actually a schedule 4, so since there is not even trafficking at the state level, I chose not to analyze them.

**Q. Item number 3 were suspected to be methamphetamine pills, correct?**

A. That's correct.

**Q. And your testing indicated what?**

A. Methylone was the result.

**Q. And those are the Mollies that you talked about before?**

A. Yes.

**Q. And item number 4 indicates a test kit. What is a test kit?**

A. A test kit, I don't know if you can see it through the package here under item number 4, it's something that the officers use in the streets to be able to see if there is a possibility of cocaine or any other controlled substance in the sample that they are impounding.

**Q. And that was also not analyzed, correct?**

A. That's correct.

**Q. Do you typically analyze that as part of your duties?**

A. No, we never do.

**Q. If you will now find in front of you Exhibit No. 126?**

A. I have.

**Q. Do you have it?**

A. Um-hm.

**Q. Can you tell us which page in your report Government's**

**Exhibit No. 126 corresponds to?**
A. 126 corresponds to this page that you are showing.
**Q. That would be page 2, correct?**
A. Page 2? Okay. Page 2.
**Q. And here we see that you actually weighed the specific amount of cocaine even though it was below 28 grams?**
A. That's correct.
**Q. Let's now go to Exhibit 188.**
A. I have it.
**Q. Okay. And can you tell us which page in your reports -- one moment, I'm sorry.**
**My apologies. I took your reports from you.**
**So which page in your reports corresponds to Government Exhibit 188?**
A. Exhibit 188 corresponds to page 3 of the lab reports, Exhibit No. 341.
**Q. And that's the page that we are looking at here, correct?**
A. Yes.
**Q. Let's go to Exhibit 200.**
A. I'm ready.
**Q. And which report corresponds to Exhibit 200?**
A. Page 4.
**Q. And once again, that's the exhibit we are looking at now, correct?**
A. Correct.

**Q. Let's turn to Exhibit 223.**
A. Yes, this one corresponds to page 5.
**Q. And, again, the page that we are looking at on the screen, correct?**
A. Correct.
**Q. Let's go to Exhibit No. 139.**
A. Okay.
**Q. What page corresponds to that exhibit?**
A. Page number 6.
**Q. Next exhibit, 23.**
A. That's on page 7.
**Q. Now, on Exhibit No. 23 there are five items that are listed on your report. Do you see that?**
A. Yes, I do.
**Q. Can you tell us which item corresponds to Exhibit No. 23?**
A. Exhibit No. 23 corresponds to item number 2.
**Q. So that would be this four-tenths of a gram of marijuana, correct?**
A. Correct.
**Q. How about item number 35, or I should say Exhibit No. 35?**
A. Exhibit 35 corresponds to item number 3.
**Q. And that would be this half a gram of marijuana?**
A. Yes.
**Q. And finally Exhibit No. 350?**
A. Exhibit 350 corresponds to item number 5.

**Q. Are these are all the exhibits that you were requested to analyze that correspond to this case?**

A. For some reason I am missing item 1 for this last case from the last report.

**Q. All right. There may be other items that have not been shown to you, correct?**

A. Yes.

**Q. But of all the items that were shown to you, all of those items you analyzed in this case; is that right?**

A. Yes, I did.

**Q. Thank you.**

MR. DISPOTO: Your Honor, one moment.

THE COURT: Yes.

MR. DISPOTO: Your Honor, those are all the questions that I have. I tender the witness.

THE COURT: Thank you.

Mr. Gonzalez, cross examination.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Good afternoon, Ms. Umpierrez. With regards to Exhibit 341, can you go to the sixth report?**

A. Page 6?

**Q. Yes, page 6.**

A. Yes.

**Q. Now, I'm going to show you mine.**

THE COURT: Put on the Elmo, please. Thank you.

**BY MR. GONZALEZ:**

**Q. The lab report here, it has a date of October 30, 2014, correct?**

A. Correct.

**Q. But the Miami-Dade Police Department case number, that would give us the date of when the seizure took place or when it was impounded by the police; would that be correct?**

A. Not always.

**Q. Okay. Not always, but the way that it would read, let's say in this case, lab report number six here, it would be February 5th of 2014; is that correct?**

A. Yes.

**Q. So you start with the year and then next comes the month and next comes the date, right?**

A. That's right.

**Q. And with regards to this, item number 1 was a seizure of 1.2 grams of cannabis, meaning marijuana, correct?**

A. Correct.

**Q. When you weighed this and you test it, because you are a State lab or the County, you don't do gross weight and net weight, correct?**

A. Normally for the State we only do gross weight if it's not going to go over the trafficking level. But in the case that it's requested to provide an exact weight, we do provide an

exact weight.
**Q. All right. But for purposes of this with regards to this document here, you only did gross weight, correct?**
A. No. The amount reported in my lab reports are net weights.
**Q. All right. So if it's net weight, then that means that the baggie or whatever it came in, you remove that and it's just the drugs or the narcotics, correct?**
A. That's correct.
**Q. All right. So the cannabis here would be 1.2 grams, right?**
A. Right.
**Q. And then the methylone, which you described as Mollies, would be .2 grams?**
A. That's correct.
**Q. All right. And so without going over all of your reports, that's the way that you did it in your reports that are part of Government's Exhibit 341, correct?**
A. That's correct.
**Q. All right.**
MR. DISPOTO: Mr. Gonzalez?
MR. GONZALEZ: Yes?
MR. DISPOTO: I'm sorry, Your Honor.
(Counsel conferring.)
MR. GONZALEZ: Your Honor, I have nothing further of the witness.
THE COURT: Mr. Horowitz?

Mr. Horowitz, we are going to finish this up today, so let's move along.

MR. HOROWITZ: I'm getting there.

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Good afternoon.**

A. Good afternoon.

**Q. I have Government's Exhibit 341, the first page, up on the screen for you.**

A. Okay.

**Q. The property receipt description where it says item 1, item 2, item 3, and item 4, do you see that?**

A. Yes.

**Q. That's information that comes from the officer that submitted the exhibit to you for analysis, correct?**

A. Typically, yes.

**Q. It's not something that you put in there? And I'm talking about item 1 through 4 under where it says Property Receipt Description Under Inventory.**

A. Okay.

**Q. Top.**

A. The property receipt that the officers fill out with the description of every item, then it's submitted to the lab, and then a secretary inputs those words or that description for each item in the computer in our system that then is going to

generate the report when I input the results.

**Q. But that comes from the submitting officer's property receipt, does it not?**

A. Yes, it does.

**Q. It's his opinion or her opinion of what they are submitting, correct?**

A. Correct.

**Q. Now, below that Results and Interpretations, that's the testing that you do, correct?**

A. That's correct.

**Q. And those are your results?**

A. Yes.

**Q. And in this case you were providing results based upon State law guidelines, correct?**

A. Only for the first page.

**Q. I'm only asking you about the first page.**

A. Yes.

**Q. Okay?**

A. Correct.

**Q. And on this first page, you have no weight for the cocaine, correct?**

A. I stated less than 28 grams.

**Q. And the reason you put -- there is no actual weight, correct?**

A. That's correct.

**Q. And the reason there is no actual weight, under State law for it to be a trafficking case, it has to be over 28 grams, correct?**

A. According to the State, yes.

**Q. In addition, according to State law there is no difference between crack cocaine and powdered cocaine, correct?**

A. That's correct.

**Q. And you put under item 1, in fact for all the items, free base. You used that term, did you not?**

A. Yes, I did.

**Q. Isn't it true, Ms. Umpierrez, and I apologize if I'm mispronouncing your name, that there is a difference between crack cocaine and free base cocaine?**

A. They are both cocaine. The base or crack cocaine is just the base form of the molecule of cocaine. As with the cocaine powder, it's the salt form of the molecule. But they are both cocaine.

**Q. Now, in your years with the Forensic Service Bureau, you have come to learn through your training and your experience that crack cocaine is made primarily using baking powder -- baking soda, whatever that Arm & Hammer box, I think it's baking soda, correct?**

A. I'm not too sure about that.

**Q. And free base is manufactured totally differently using ammonia and a highly flammable substance known as ether,**

**correct?**

A. I'm not aware of all the type of synthesis of cocaine.

**Q. Did you examine to see whether this was cocaine base or cocaine free base?**

A. Cocaine free base would be the same as cocaine base, and I did examine for this specific type of cocaine. Yes, it is cocaine free base.

**Q. Did you examine the samples for the presence of ether or for the presence of baking soda?**

A. No, that is not required for our standard operating procedures.

**Q. Nowhere in any one of these reports did you find that the cocaine that you analyzed was crack cocaine?**

A. Crack cocaine is chemically known as cocaine free base.

**Q. Under state law or federal law?**

MR. DISPOTO: Objection; relevance.

THE COURT: Sustained.

MR. HOROWITZ: May I have one moment, Your Honor?

THE COURT: Yes.

MR. HOROWITZ: No further questions, Your Honor.

THE COURT: Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet.

MR. DONET: No questions.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions.

THE COURT: Any redirect?

MR. DISPOTO: No.

THE COURT: All right. Ladies and Gentlemen, we have come to the end of our day. It's been a full day.

Let me take a few moments to do my job and remind you that you are not to talk about this case to anyone, your wife, your husband, your son, your daughter, your neighbor, your friend, your cat, your dog. You are not to talk to anyone face to face or via email, blog, Facebook, Twitter.

The reason for this repeated warning, admonition, reminder is the importance of your remaining the fair and impartial jury that we have impaneled who is only going to base their verdict on the evidence and the testimony.

So good dinner, relaxing evening. Remember tomorrow again 9:00. Horrible, awful, just terrible traffic in Miami. Factor it in. Maybe a couple -- maybe 10 extra minutes because of that, and I will see you tomorrow morning at 9.

(Jury retires at 4:55 PM.)

THE COURT: Marshals, you may take the gentlemen.

(Defendants excused from the courtroom.)

THE COURT: Let's talk about going forward. A few points of clarification.

Mr. Vázquez, I did not allow the testimony with regard to the bicyclist to come in as a coconspirator statement because

there was no predicate as to I had seen him five times.

MR. VÁZQUEZ: I understand. I withdrew that and I attempted to get it under excited utterance. I understand the Court's rule and I respect the Court.

THE COURT: Okay. When we get to the 404, would you give me some heads-up, because I'm going to -- I assume the defense wishes the 404 instruction, so I just, you know, tell me the next witness or just so I have some time to prepare it.

MR. VÁZQUEZ: We have Mr. Velez. I just want to --

THE COURT: That was my next question.

MR. VÁZQUEZ: I don't want to shock the Court. When we call Mr. Velez, he may testify to things that are 404 based on the Court's -- our discussions regarding Mr. Portela. Other than that, I anticipate 404(b) coming in as convictions.

THE COURT: Right.

MR. VÁZQUEZ: And that is all.

THE COURT: Okay. So you will give me a heads-up with Mr. Velez?

MR. VÁZQUEZ: Yes.

THE COURT: If you can perhaps group it so that I don't have to repeat the -- group it as to defendant. I can't recall right now what it was.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Tomorrow we have -- I feel like Snow White and the Seven Dwarfs. So we have seven more chemists.

MR. VÁZQUEZ: Six.

THE COURT: Six more chemists, who we won't have as much discussion. It will be basically you tested it, here is your report, knock yourself out essentially.

MR. DISPOTO: Correct. If the defense is willing to stipulate to their qualifications, it may even be shorter.

THE COURT: I think there should be a sober and candid discussion of that this evening because time is ticking away.

So my next two questions are who else do we have tomorrow, and how many more witnesses does the Government have in total?

MR. VÁZQUEZ: Your Honor, the Government may not call, and I want to clarify with the Court if the Court thought that was required as a predicate, any additional first-hand fact witnesses other than the case agent at the end.

THE COURT: Okay.

MR. VÁZQUEZ: We have the chemists, we have the latent comparison expert if there is no stipulation as to their prints being on the judgments. I offer that because I think it may be preferable to the defense to have a stipulation sheet read to the jury rather than a redacted judgment, but I leave that to defense counsel. It gives me some time to determine what we will do.

THE COURT: Okay.

MR. VÁZQUEZ: We have two nexus experts for the firearm

regarding Mr. Chacon and Mr. Portela; those are Agents Stankiowitz and Ribbas. We have the FBI agent will be testifying about drug trafficking practices, Mr. Mayo. And then we have the case agent through whom the jailhouse phone calls will be introduced, Facebook.

MR. KORCHIN: And Mr. Velez?

THE COURT: Yes.

MR. VÁZQUEZ: At some point Mr. Velez if we decide to call him will be in that grouping.

MR. HOROWITZ: Are you calling Rodriguez?

MR. VÁZQUEZ: I don't think so.

THE COURT: So is it possible that the Government will be -- you all have to start thinking about this because, again, Ms. Merino is leaving after Friday the 6th. She will be gone for a week.

MR. HOROWITZ: Sounds like we are in good shape, Your Honor.

THE COURT: All right. I trust the good offices of all involved.

So tomorrow we have the chemists, Mr. Velez, and maybe the latent.

MR. VÁZQUEZ: Latent, the firearm experts.

THE COURT: Okay.

MR. VÁZQUEZ: And Agent Mayo from the FBI. I think we can knock out a lot of those. They are pretty quick.

THE COURT: Okay.

MR. VÁZQUEZ: Perhaps there is something that around the bend that I'm not anticipating and it takes longer on cross. Certainly for direct it is what it is, very direct. But Special Agent Perez will take a long time.

THE COURT: Okay. Mr. Donet?

MR. DONET: I want to address the 404(b) with relation to Mr. Dixon. My understanding is to this point it's out. He has the one case --

THE COURT: Yes.

MR. DONET: -- including the possession of cocaine.

MR. VÁZQUEZ: I thought the Court was holding back on that on the cocaine possession.

THE COURT: I wanted to find out how much was involved, and there was no -- let's -- there was first a confusion as to whether Mr. Dixon had an adult conviction, and we have all established he does not.

MR. VÁZQUEZ: He does.

MR. DONET: He does. He was arrested as a juvenile when he was 16, the case was bound up and he closed it out as an adult. However, I believe he was still under the age of 18 at the time.

THE COURT: Okay. And the conviction was for possession.

MR. VÁZQUEZ: Cocaine possession.

MR. DONET: Possession of cocaine, false imprisonment, and child abuse.

THE COURT: That was the group.

MR. VÁZQUEZ: We are not going to advance. We are not seeking that. But we have advanced that, and the Eleventh Circuit has recognized that simple cocaine possession can be used as 404(b). I will employ the Court case from my filings for purposes of quid counts and conspiracy counts to the intent elements.

THE COURT: How much, I remember I asked.

MR. VÁZQUEZ: This is a small amount. It's like nine rocks. I mean --

THE COURT: So it's similar to the amounts involved in the seizures here.

MR. DONET: Well, I haven't seen any of the reports. I'm not sure if they were rocks or powdered cocaine. All I know is it's less than 28 ounces.

MR. VÁZQUEZ: I know that Mr. Gonzalez responded to the Court about nine rocks. I might have my numbers jumbled together.

THE COURT: Could I ask you tonight Mr. Vázquez to retrieve whatever reports there are with regard to Mr. Dixon's conviction and the quantity, and email it to both Mr. Donet and chambers so tomorrow we can have more to discuss.

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Anything else?

MR. HOROWITZ: Judge, one matter, and it pertains to Government Exhibit 350.

THE COURT: Right. Did you ask about that?

MR. HOROWITZ: I asked about that because it's kind of dangling out there that we did have the laboratory analysis, but it hasn't been admitted into evidence, and it's October 7, 2014, which is after my client's arrest.

THE COURT: Right. Who is going to bring in that of our remaining folk?

MR. VÁZQUEZ: May I take a look at the exhibit?

THE COURT: Yes.

MR. HOROWITZ: It's part of that five --

THE COURT: It says October 7th.

MR. VÁZQUEZ: I suspect that might have been an error on my part. That might be an older case and that is not going to be admitted, but I just --

MR. HOROWITZ: I think the chemist testified it was like item 5 of a five-part grouping of marijuana.

MR. DISPOTO: She did say it was Item No. 5 on the last.

THE COURT: Right. If that is not, in fact, tied into any drug trafficking crime transaction that has been testified to, then the report in evidence needs to be redacted because it's irrelevant.

MR. DISPOTO: Judge, there are two other items on the report that the witness wasn't shown, but they are also on the report. So if Your Honor wants me to redact those items that are not in evidence, I'm happy to do that. Just so the Court knows there are two others.

MR. HOROWITZ: Yeah, there is Government Exhibit 35 and --

THE COURT: Right.

MR. HOROWITZ: -- this was kind of just dangling out there.

THE COURT: Well, put it this way: If the narcotics have not been, one, introduced into evidence, or, two, identified by anyone as part of a transaction --

MR. VÁZQUEZ: I have the answer, I'm sorry.

THE COURT: Very good.

MR. VÁZQUEZ: The case agent would introduce this. These narcotics I think were seized from Mr. Flores at the time of his arrest.

Is that correct, Agent.

SPECIAL AGENT PEREZ: It is.

MR. DISPOTO: So that remains items 1 and 4. There are no exhibits that correspond to those two items. So does the Court want us to redact items 1 and 4 from the report?

THE COURT: Let me -- so item 5 is Mr. Flores's seized marijuana.

MR. VÁZQUEZ: On his person.

THE COURT: Right. Items 1 and 4 are narcotics that from whence did they come?

MR. DISPOTO: Relative to other codefendants who are not here, coconspirators that are not here.

THE COURT: The second group.

MR. VÁZQUEZ: I would have to see them.

MR. DISPOTO: We will have to crosscheck them. But they are part of this case, but not these defendants, so we are not putting them in.

THE COURT: Then, yes. I think if they are not part of the evidentiary landscape here, that should be redacted.

MR. DISPOTO: Very well.

MR. HOROWITZ: I think we will have it worked out before tomorrow.

THE COURT: Do all defense counsel agree that that should be the course of action with regard to items 1 and 4?

MR. DONET: Yes, Your Honor.

MR. KORCHIN: Yes, Your Honor.

MR. HOROWITZ: Yes, Your Honor.

MR. GONZALEZ: Yes.

THE COURT: Okay. Anything else?

MR. VÁZQUEZ: Your Honor, the videos last time came up regarding the confidential informant purchases. Based on how the evidence has come in, I don't intend to call any other

additional witnesses regarding, you know, the videos show, I reviewed the videos, and the videos show the confidential informant leaving, the confidential informant returning to law enforcement.

I'm not going to -- I would be playing the videos all over again with the eyeball or eyes on. I just want to make sure that my understanding was correct that I can leave the evidence as it is. I didn't need to call that additional witness.

THE COURT: You mean the CI?

MR. VÁZQUEZ: No, the eyes on, the eyeball on the CI.

THE COURT: No, but you have to let the defense lawyers know who that was so if they want to call that person in their case, they are free to do so.

MR. VÁZQUEZ: I will say it's Detective Michael Cadavid. I'm not going to call him.

THE COURT: If they do wish to call the detective, I would ask that the Government facilitate any subpoena or request.

MR. VÁZQUEZ: We are in contact with Detective Cadavid, and I don't think there would be an issue with that, Your Honor.

THE COURT: Any other matters?

I will see everybody tomorrow at 9 AM.

(Thereupon, the proceedings were concluded at 5:09 p.m.)

# I N D E X


WITNESS PAGE

**DETECTIVE KENNETH VELOZ, CONTINUED**

CONTINUED DIRECT EXAMINATION BY MR. VÁZQUEZ............. 3

CROSS EXAMINATION BY MR. GONZALEZ....................... 6

CROSS EXAMINATION BY MR. HOROWITZ....................... 27

CROSS EXAMINATION BY MR. DONET.......................... 43

REDIRECT EXAMINATION BY MR. VÁZQUEZ..................... 52

**SERGEANT MICHAEL GOLIS, SWORN**.......................... 63

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 64

VOIR DIRE EXAMINATION BY MR. HOROWITZ................... 66

**SAYURI UMPIERREZ, SWORN**................................ 68

DIRECT EXAMINATION BY MR. DISPOTO....................... 69

CROSS EXAMINATION BY MR. GONZALEZ....................... 92

CROSS EXAMINATION BY MR. HOROWITZ....................... 95

EXHIBITS

Government's Exhibits 54, 61, 80, and 87 in evidence.... 67

Government's Exhibit 341 in evidence.................... 83


* * * * * * * *

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 24, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

**$**

**$10** [1] - 51:11
**$140** [1] - 49:5
**$180** [1] - 11:25
**$20** [2] - 20:15
**$200** [3] - 9:24, 10:7, 49:4
**$500** [3] - 15:1, 15:10, 17:16
**$60** [3] - 49:5, 49:8, 49:12

**'**

**'97** [2] - 17:24, 17:25

**/**

**/s** [1] - 110:7

**1**

**1** [24] - 24:10, 29:5, 36:20, 44:1, 83:8, 84:9, 86:4, 86:12, 86:13, 86:16, 86:18, 88:6, 88:9, 88:13, 92:3, 93:17, 95:11, 95:18, 97:8, 106:21, 106:23, 107:2, 107:17
**1.2** [2] - 93:18, 94:9
**10** [3] - 46:11, 49:12, 99:17
**104th** [1] - 2:5
**10:33** [1] - 7:12
**10:50** [1] - 7:13
**10th** [1] - 31:3
**11** [2] - 1:5, 9:20
**1107** [1] - 2:5
**11th** [3] - 33:20, 52:24, 61:8
**12** [3] - 7:8, 24:5, 62:5
**126** [4] - 84:8, 89:21, 90:1, 90:2
**13** [5] - 9:19, 53:10, 53:19, 53:20, 56:10
**139** [2] - 84:10, 91:6
**14** [1] - 6:24
**14-20017-CR-KMW** [1] - 1:2
**144** [2] - 7:9, 7:12
**146** [2] - 7:8, 62:5
**15** [5] - 3:9, 33:24, 43:23, 43:24, 79:19
**150** [3] - 1:22, 9:20, 53:9
**157** [2] - 12:4, 54:13
**16** [3] - 12:3, 54:14, 103:20
**161** [1] - 13:3
**163** [1] - 14:11
**165** [3] - 20:6, 21:21, 56:9
**17** [4] - 4:10, 13:2, 17:25, 32:9
**172** [3] - 29:6, 29:8, 57:4
**173** [4] - 32:17, 33:5, 33:7, 33:15
**177** [3] - 22:19, 57:15, 61:2
**17th** [2] - 36:21, 37:3
**18** [6] - 11:25, 14:10, 17:25, 36:4, 54:14, 103:21
**188** [4] - 84:11, 90:8, 90:14, 90:15
**189** [1] - 3:11
**19** [2] - 13:8, 18:24
**190** [1] - 3:10
**1910** [1] - 1:24
**194** [1] - 4:4
**195** [1] - 4:6
**195B** [3] - 30:18, 34:4, 34:24
**196** [1] - 24:12
**1997** [1] - 17:24
**1:53** [2] - 3:2, 3:4
**1st** [7] - 23:3, 23:25, 24:2, 44:4, 44:8, 45:6, 50:19

**2**

**2** [15] - 7:25, 10:2, 10:20, 25:8, 29:20, 37:24, 83:8, 88:18, 88:25, 90:3, 90:4, 91:16, 94:12, 95:12
**20** [9] - 18:24, 20:5, 21:20, 33:23, 43:21, 43:23, 43:24, 56:9, 79:19
**200** [4] - 11:25, 84:11, 90:19, 90:21
**2000** [1] - 1:19
**2013** [1] - 82:14
**2014** [30] - 3:9, 4:5, 4:8, 6:17, 6:19, 6:24, 9:21, 13:8, 19:2, 20:19, 24:10, 24:13, 25:8, 25:17, 29:12, 29:19, 31:10, 31:12, 42:17, 42:21, 44:1, 54:14, 56:11, 56:15, 57:3, 93:3, 93:12, 105:7
**2015** [2] - 17:25, 110:6
**205** [5] - 84:6, 87:25, 88:2, 88:5, 88:7
**21** [3] - 57:4, 73:20, 73:23
**2115** [1] - 1:4
**212** [4] - 25:7, 26:7, 36:11, 40:25
**218** [1] - 36:12
**22** [3] - 22:18, 31:24, 57:15
**223** [3] - 84:9, 85:16, 91:1
**226** [1] - 42:4
**23** [7] - 4:11, 35:21, 84:10, 91:10, 91:12, 91:15, 91:16
**230** [2] - 6:23, 7:1
**233** [1] - 85:15
**24** [5] - 1:4, 4:8, 24:13, 82:13, 110:6
**24th** [1] - 31:3
**25** [5] - 3:9, 20:19, 56:11, 56:14, 79:20
**25th** [15] - 14:10, 19:2, 19:4, 24:2, 25:17, 25:20, 26:19, 31:24, 32:9, 32:12, 32:16, 32:20, 32:21, 32:25, 33:1
**26** [3] - 4:5, 24:12, 70:21
**27** [1] - 109:6
**28** [6] - 86:14, 86:19, 90:6, 96:22, 97:2, 104:17
**29** [6] - 25:6, 26:7, 36:10, 40:17, 40:18, 40:25
**2nd** [2] - 25:18, 26:23

**3**

**3** [13] - 5:11, 7:11, 10:10, 14:11, 40:22, 41:2, 41:7, 70:18, 89:4, 90:15, 91:21, 95:12, 109:4
**30** [2] - 18:16, 93:3
**300** [1] - 10:20
**32** [1] - 21:25
**3250** [1] - 2:2
**32nd** [2] - 36:21, 37:3
**33** [2] - 21:21, 36:12
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**341** [14] - 81:12, 81:19, 82:4, 82:19, 83:14, 83:18, 84:3, 86:1, 90:16, 92:20, 94:16, 95:8, 109:19
**35** [5] - 84:10, 91:20, 91:21, 106:6
**350** [5] - 84:10, 85:4, 91:24, 91:25, 105:3
**38** [2] - 40:17, 42:4
**3:02** [1] - 38:23
**3:03** [1] - 39:9
**3:14** [1] - 39:10
**3:15** [1] - 40:10

**4**

**4** [23] - 11:1, 12:8, 14:5, 15:11, 20:9, 20:11, 20:13, 21:1, 24:16, 86:5, 86:12, 88:6, 88:9, 89:1, 89:11, 89:13, 90:22, 95:12, 95:18, 106:21, 106:23, 107:2, 107:17
**40** [1] - 18:18
**404** [3] - 100:5, 100:7, 100:12
**404(b** [2] - 100:14, 103:7
**404(b)** [1] - 104:7
**406** [1] - 2:3
**41** [1] - 7:3
**43** [1] - 109:7
**47** [1] - 18:19
**4:55** [1] - 99:19

**5**

**5** [14] - 12:15, 14:24, 16:5, 39:12, 54:14, 54:16, 54:23, 55:3, 55:21, 91:2, 91:25, 105:19, 105:20, 106:24
**500** [2] - 17:5, 17:6
**52** [1] - 109:8
**54** [5] - 65:12, 66:2, 68:6, 68:8, 109:18
**5:09** [1] - 108:25
**5th** [1] - 93:12

**6**

**6** [7] - 22:23, 26:7, 26:10, 91:9, 92:22, 92:23, 109:5
**60** [1] - 49:9
**61** [5] - 65:12, 66:2, 68:6, 68:8, 109:18
**614** [1] - 1:20
**63** [1] - 109:9
**64** [1] - 109:10
**66** [1] - 109:11
**67** [1] - 109:18
**68** [1] - 109:12
**681** [1] - 2:10
**69** [1] - 109:13
**6th** [2] - 6:16, 102:14

**7**

**7** [5] - 30:19, 61:2, 83:8, 91:11, 105:7
**7015** [1] - 87:12
**7th** [1] - 105:14

**8**

**8** [8] - 29:12, 29:19, 31:10, 31:12, 46:11, 57:3, 62:5, 69:20
**80** [5] - 65:12, 66:2, 68:6, 68:8, 109:18
**83** [1] - 109:19
**87** [5] - 65:12, 66:2, 68:6, 68:8, 109:18
**8th** [9] - 31:15, 31:18, 31:19, 31:22, 32:2, 32:4, 32:7, 32:14

**9**

**9** [5] - 30:19, 30:20, 99:18, 108:23
**9130** [1] - 1:24
**92** [1] - 109:14
**95** [2] - 43:17, 109:15
**99** [1] - 1:17
**9:00** [1] - 99:16

**A**

**able** [11] - 11:24, 11:25, 35:14, 35:15, 48:20, 71:24, 73:12, 76:5, 76:7, 78:10, 89:14
**above-entitled** [1] - 110:3
**absolutely** [1] - 28:21
**abuse** [1] - 104:2
**access** [2] - 15:18, 73:11
**according** [3] - 56:21, 97:4, 97:5
**accurate** [4] - 34:2, 34:3, 51:8, 51:9
**accurately** [1] - 48:15

DAILY COPY


**acquaintance** [1] - 54:8
**action** [1] - 107:17
**activity** [1] - 28:22
**actual** [7] - 7:9, 10:22, 72:1, 75:10, 83:11, 96:23, 97:1
**add** [1] - 78:15
**addition** [3] - 29:22, 75:21, 97:5
**additional** [6] - 22:11, 46:15, 72:18, 101:14, 108:1, 108:8
**address** [1] - 103:7
**admitted** [10] - 33:14, 68:7, 68:9, 71:5, 83:14, 83:19, 85:14, 85:17, 105:7, 105:17
**admonition** [1] - 99:11
**adult** [2] - 103:16, 103:21
**advance** [1] - 104:4
**advanced** [1] - 104:5
**affiliated** [1] - 54:3
**AFPD** [1] - 1:21
**afternoon** [16] - 6:13, 6:14, 27:8, 27:9, 43:8, 43:9, 64:4, 64:5, 66:8, 66:9, 69:4, 69:5, 69:9, 92:20, 95:6, 95:7
**afterwards** [1] - 16:23
**age** [2] - 18:16, 103:21
**agencies** [5] - 17:23, 64:24, 65:6, 67:5, 71:16
**AGENT** [1] - 106:20
**Agent** [5] - 18:6, 18:11, 102:24, 103:5, 106:19
**agent** [7] - 18:8, 21:15, 60:21, 101:15, 102:2, 102:4, 106:16
**Agents** [1] - 102:1
**agitated** [2] - 60:8, 60:9
**agree** [3] - 19:12, 48:16, 107:16
**ahead** [4] - 15:9, 44:4, 44:5, 44:8
**alerted** [1] - 59:19
**allow** [3] - 53:16, 61:20, 99:24
**allowed** [1] - 6:6
**alluding** [1] - 23:22
**almost** [1] - 35:2
**Altamirano** [15] - 29:13, 32:6, 32:13, 32:23, 36:18, 36:20, 40:17, 40:21, 42:24, 56:4, 57:7, 57:14, 61:16, 62:10, 63:4
**ALTAMIRANO** [1] - 1:8
**Altamirano's** [1] - 41:14
**AM** [1] - 108:23
**AMERICA** [1] - 1:4
**ammonia** [1] - 97:25
**amount** [10] - 12:1, 14:25, 16:11, 73:18, 76:3, 86:19, 86:22, 90:6, 94:4, 104:11
**amounts** [1] - 104:13
**analyses** [1] - 79:17
**analysis** [20] - 71:2, 73:7, 73:17, 73:24, 74:11, 74:13, 75:4, 75:20, 76:1, 76:23, 77:12, 77:14, 77:18, 80:4, 80:8, 80:22, 81:23, 84:21, 95:15, 105:6
**analytical** [2] - 70:16, 78:6
**analyze** [12] - 69:25, 71:10, 71:25, 72:22, 73:25, 74:3, 74:25, 75:2, 77:25, 89:3, 89:19, 92:2
**analyzed** [11] - 71:14, 72:8, 75:25, 77:4, 78:20, 84:25, 88:20, 88:21, 89:17, 92:9, 98:13
**analyzing** [2] - 78:7, 79:23
**angry** [1] - 60:3
**answer** [11] - 28:25, 31:20, 38:19, 39:2, 45:19, 46:15, 47:19, 48:15, 61:22, 106:14
**answered** [4] - 15:21, 24:23, 29:1, 45:18
**answering** [2] - 24:1, 37:21
**ANTHONY** [1] - 1:9
**anticipate** [2] - 83:10, 100:14
**anticipated** [1] - 82:22
**anticipating** [1] - 103:3
**anyhow** [1] - 20:20
**apart** [1] - 22:16
**apartment** [2] - 9:3, 9:11
**apologies** [1] - 90:12
**apologize** [3] - 36:12, 85:3, 97:11
**appear** [3] - 19:24, 57:23, 57:25
**APPEARANCES** [2] - 1:14, 2:1
**appreciate** [1] - 10:24
**approach** [7] - 33:11, 44:17, 65:8, 67:11, 81:10, 82:6, 83:21
**approached** [3] - 3:15, 45:6, 45:21
**appropriate** [1] - 71:22
**April** [17] - 3:9, 4:5, 4:8, 19:25, 23:3, 23:25, 24:2, 24:10, 24:13, 31:3, 44:1, 44:4, 44:8, 45:6, 50:19, 82:13
**area** [18] - 11:16, 33:6, 35:8, 35:12, 35:18, 35:20, 36:2, 36:3, 36:5, 36:8, 37:1, 37:2, 37:7, 37:10, 37:12, 58:24, 71:24, 74:9
**Arm** [1] - 97:21
**arrest** [2] - 105:8, 106:18
**arrested** [1] - 103:19
**arrive** [1] - 17:3
**aside** [1] - 58:24
**assigned** [5] - 70:1, 71:17, 72:22, 73:19, 74:3
**associate** [1] - 54:1
**associated** [2] - 65:5, 67:5
**assume** [1] - 100:6
**assuming** [1] - 83:8
**attached** [1] - 82:19
**attempt** [3] - 28:7, 43:14, 56:1
**attempted** [1] - 100:3
**attempting** [3] - 57:4, 57:6, 57:8
**attention** [5] - 5:11, 29:6, 54:13, 56:9, 87:24
**attorney** [1] - 83:2
**audio** [5] - 19:13, 20:7, 64:14, 65:23
**audios** [1] - 32:22
**AUSA** [3] - 1:15, 1:16, 1:16
**authenticate** [1] - 40:3
**automatically** [1] - 80:24
**available** [3] - 30:25, 31:2, 39:25
**Avenue** [3] - 33:20, 52:24, 61:8
**average** [1] - 51:3
**avoid** [1] - 67:18
**aware** [2] - 18:10, 98:2
**awful** [1] - 99:16


## B


**Bachelor's** [1] - 70:6
**backtrack** [1] - 6:15
**bad** [1] - 30:20
**bag** [7] - 5:4, 33:16, 33:19, 46:22, 46:25, 47:2, 80:10
**baggie** [1] - 94:6
**bags** [1] - 84:22
**baking** [4] - 97:20, 97:21, 98:9
**bars** [2] - 88:18, 88:21
**base** [14] - 86:13, 88:25, 97:9, 97:13, 97:14, 97:15, 97:24, 98:3, 98:4, 98:5, 98:7, 98:14, 99:13
**based** [5] - 50:24, 79:24, 96:13, 100:12, 107:24
**basis** [1] - 69:25
**bath** [1] - 78:25
**beard** [1] - 34:5
**beautiful** [1] - 30:12
**becoming** [1] - 26:2
**begin** [2] - 73:24, 77:18
**beginning** [2] - 20:14, 52:4
**begins** [1] - 7:12
**behind** [5] - 7:17, 7:19, 46:1, 54:13, 57:4
**believable** [1] - 28:14
**below** [2] - 90:6, 96:8
**bench** [1] - 74:9
**Bench** [6] - 55:6, 55:17, 67:13, 67:24, 82:8, 83:13
**bend** [1] - 103:3
**benefits** [1] - 12:24
**between** [8] - 29:12, 36:18, 42:16, 42:21, 61:24, 70:1, 97:6, 97:12
**bicycle** [4] - 4:24, 34:9, 50:5, 57:25
**bicyclist** [3] - 58:20, 59:24, 99:25
**big** [2] - 5:16, 23:7
**binder** [3] - 3:10, 51:25, 53:10
**biochemistry** [1] - 70:7
**bit** [4] - 11:17, 71:8, 75:10, 79:21
**black** [7] - 4:23, 30:4, 30:7, 31:7, 34:5, 34:13, 45:10
**black-and-white** [3] - 30:4, 30:7, 31:7
**blends** [1] - 34:1
**block** [14] - 5:8, 5:25, 8:23, 9:3, 9:11, 11:12, 37:16, 46:10, 49:15, 53:3, 53:6, 57:18, 63:12
**blocks** [2] - 6:1, 6:2
**blog** [1] - 99:10
**blue** [1] - 34:13
**blurry** [1] - 21:11
**bomb** [8] - 46:20, 46:23, 47:1, 47:6, 47:10, 47:11, 47:12
**bombs** [1] - 47:11
**bottom** [15] - 10:3, 10:11, 12:8, 14:12, 14:24, 15:3, 17:11, 21:1, 22:24, 24:6, 25:10, 29:22, 36:20, 54:23, 84:22
**Boulevard** [2] - 1:19, 1:24
**bound** [1] - 103:20
**box** [1] - 97:21
**boy** [1] - 30:18
**Boy** [6] - 31:12, 48:5, 48:9, 48:11, 48:19, 61:4
**break** [2] - 38:20, 49:12
**briefly** [1] - 66:5
**bring** [10] - 3:3, 17:9, 21:7, 25:24, 26:20, 40:7, 40:9, 49:3, 70:2, 105:9
**bringing** [2] - 24:23, 26:8
**brings** [1] - 74:4
**bro** [4] - 20:15, 23:6, 23:7, 55:22
**brother** [3] - 5:13, 5:16, 37:25
**brought** [7] - 11:17, 18:6, 18:14, 42:2, 42:14, 61:9, 72:2
**buddies** [2] - 10:21, 11:11
**buddy** [10] - 10:10, 10:13, 10:16, 11:2, 53:25, 54:1, 54:7, 54:8, 54:11
**building** [2] - 74:16,

74:17
**Bureau** [4] - 69:10, 69:12, 70:9, 97:18
**business** [3] - 27:18, 27:21, 37:21
**buy** [1] - 12:16
**buying** [2] - 28:1, 62:12
**buys** [1] - 33:2
**BY** [63] - 2:9, 3:8, 3:13, 3:20, 4:7, 4:13, 4:21, 5:1, 5:10, 5:21, 6:12, 7:15, 8:3, 8:9, 9:14, 9:18, 11:23, 15:8, 15:24, 26:6, 27:7, 29:4, 29:18, 33:13, 40:15, 43:7, 52:3, 53:24, 54:22, 55:18, 58:5, 58:23, 59:9, 59:16, 59:23, 60:6, 60:20, 62:4, 63:2, 64:3, 65:2, 65:10, 66:7, 69:3, 71:7, 75:9, 81:17, 83:23, 84:12, 85:21, 92:19, 93:2, 95:5, 109:4, 109:5, 109:6, 109:7, 109:8, 109:10, 109:11, 109:13, 109:14, 109:15

## C

**Cadavid** [2] - 108:16, 108:20
**Cadillac** [2] - 3:23, 3:24
**camera** [1] - 34:9
**candid** [1] - 101:7
**cannabis** [6] - 78:10, 78:11, 78:18, 78:19, 93:18, 94:9
**capacities** [1] - 70:15
**capacity** [8] - 6:17, 7:6, 42:20, 43:16, 64:9, 64:22, 69:19, 70:4
**capture** [2] - 64:13, 65:3
**car** [4] - 7:18, 21:12, 44:17, 49:17
**care** [2] - 45:10, 80:4
**career** [1] - 35:21
**carry** [1] - 10:20
**case** [53] - 1:2, 6:16, 18:6, 19:17, 30:2, 30:15, 33:24, 34:21, 38:21, 42:18, 71:20, 73:6, 73:19, 74:22, 74:23, 75:25, 76:7, 76:10, 76:25, 77:20, 77:23, 78:9, 80:17, 82:1, 82:9, 84:2, 84:15, 84:19, 84:23, 86:23, 87:1, 87:9, 87:12, 87:16, 87:17, 92:2, 92:3, 92:9, 93:6, 93:11, 93:24, 96:13, 97:2, 99:7, 101:15, 102:4, 103:9, 103:20, 104:7, 105:16, 106:16, 107:9, 108:14
**cases** [10] - 18:3, 33:24, 35:6, 70:1, 73:18, 75:3, 75:24, 76:7, 78:10, 78:19
**cat** [1] - 99:9
**central** [1] - 73:4
**certain** [1] - 4:2
**certainly** [1] - 103:4
**Certified** [1] - 110:9
**certify** [1] - 110:2
**CHACON** [1] - 1:7
**Chacon** [55] - 5:16, 8:5, 8:12, 8:15, 8:18, 12:19, 13:4, 13:8, 13:12, 14:20, 16:18, 17:4, 17:8, 17:12, 17:18, 19:5, 19:13, 19:17, 19:24, 20:21, 21:3, 21:16, 22:3, 22:10, 22:17, 23:13, 23:15, 23:22, 23:24, 24:3, 25:18, 26:13, 26:14, 26:20, 26:23, 52:9, 52:25, 53:3, 53:7, 54:15, 54:19, 54:24, 55:23, 56:1, 56:3, 56:21, 57:9, 61:14, 61:16, 62:7, 62:8, 63:7, 63:12, 102:1
**Chacon's** [2] - 17:1, 52:14
**chambers** [1] - 104:24
**chance** [2] - 41:21, 50:25
**change** [6] - 41:24, 46:7, 46:13, 46:14, 46:15, 46:17
**Check** [1] - 17:5
**Cheech** [1] - 49:18
**chemical** [6] - 74:10, 75:22, 76:3, 78:15, 80:8, 84:21
**chemically** [2] - 71:25, 98:14
**chemist** [5] - 39:23, 70:15, 70:16, 73:22, 105:18
**chemist's** [1] - 51:9
**chemistry** [3] - 70:5, 70:20, 71:1
**chemists** [9] - 39:25, 40:5, 79:24, 81:7, 83:8, 100:25, 101:2, 101:17, 102:20
**child** [1] - 104:2
**Chong** [1] - 49:18
**chose** [1] - 89:2
**CHRISTOPHER** [1] - 1:8
**Christopher** [2] - 42:24, 57:14
**chromatogram** [1] - 79:6
**chromatogram-mass** [1] - 79:6
**Cl** [4] - 10:6, 11:15, 108:10, 108:11
**Circuit** [1] - 104:6
**cited** [1] - 82:10
**City** [7] - 30:23, 31:1, 34:15, 34:16, 35:22, 36:7, 37:5
**claim** [1] - 63:12
**clarification** [1] - 99:23
**clarify** [1] - 101:13
**clean** [1] - 74:23
**clear** [3] - 30:17, 34:2, 38:10
**clearing** [1] - 9:17
**client** [5] - 8:14, 15:10, 15:12, 37:21, 82:14
**client's** [2] - 37:16, 105:8
**clip** [1] - 7:10
**closed** [1] - 103:20
**coats** [1] - 74:22
**cocaine** [64] - 3:18, 5:4, 9:25, 10:20, 11:18, 12:5, 14:1, 33:16, 33:19, 37:22, 47:7, 56:7, 62:15, 75:12, 75:16, 75:18, 75:24, 76:2, 76:7, 76:8, 76:10, 76:22, 77:3, 77:11, 77:13, 78:4, 79:3, 79:16, 79:19, 86:13, 88:14, 88:17, 88:25, 89:15, 90:6, 96:20, 97:6, 97:13, 97:14, 97:15, 97:17, 97:20, 98:2, 98:3, 98:4, 98:5, 98:6, 98:7, 98:13, 98:14, 103:11, 103:13, 103:25, 104:1, 104:6, 104:16
**coconspirator** [2] - 58:18, 99:25
**coconspirators** [1] - 107:5
**Coconut** [1] - 2:3
**codefendants** [1] - 107:4
**coffee** [1] - 38:22
**collect** [1] - 43:10
**collection** [1] - 64:9
**collectively** [1] - 50:2
**color** [10] - 30:12, 75:21, 75:23, 76:18, 76:21, 77:2, 78:13, 78:16, 79:4
**coming** [3] - 4:15, 82:11, 100:14
**commence** [1] - 73:17
**commenced** [3] - 55:6, 67:13, 82:8
**commented** [1] - 13:12
**communicating** [1] - 12:20
**company** [1] - 70:18
**compared** [2] - 76:13, 79:13
**comparison** [1] - 101:18
**complete** [2] - 38:19, 48:2
**completed** [1] - 80:25
**complies** [2] - 22:1, 53:22
**compliment** [1] - 49:18
**compounds** [1] - 79:9
**compromised** [1] - 73:25
**computer** [5] - 74:10, 76:15, 79:14, 80:23, 95:25
**concealing** [1] - 5:5
**concept** [1] - 61:9
**concern** [1] - 73:23
**concluded** [4] - 55:17, 67:24, 83:13, 108:24
**condition** [3] - 65:22, 65:23, 72:19
**conduct** [1] - 80:20
**conducting** [1] - 28:13
**conference** [6] - 55:6, 55:17, 67:13, 67:24, 82:8, 83:13
**conferring** [1] - 94:22
**confidential** [8] - 9:24, 29:13, 30:2, 30:5, 49:2, 107:24, 108:2, 108:3
**confirm** [2] - 65:18, 78:13
**confirmation** [1] - 76:9
**confirms** [1] - 78:18
**confuse** [2] - 18:25
**confusion** [1] - 103:15
**connect** [5] - 53:14, 54:2, 54:7, 54:9, 87:15
**connects** [1] - 54:9
**consider** [2] - 46:25, 60:17
**considered** [1] - 46:23
**conspiracy** [1] - 104:8
**contact** [13] - 12:21, 14:3, 19:5, 19:6, 19:10, 19:12, 19:16, 20:1, 25:18, 25:21, 43:14, 57:8, 108:20
**contacting** [1] - 13:24
**contain** [2] - 82:11, 84:21
**contains** [4] - 71:18, 78:10, 78:12, 79:14
**content** [2] - 65:22, 65:23
**context** [1] - 10:25
**continue** [4] - 3:6, 41:19, 70:11, 83:20
**CONTINUED** [5] - 2:1, 3:7, 40:14, 109:3, 109:4
**continuing** [1] - 83:22
**control** [1] - 80:4
**controlled** [4] - 71:11, 72:9, 88:25, 89:15
**conversation** [40] - 4:1, 10:25, 12:11, 12:14, 13:3, 14:20, 14:24, 15:11, 17:16, 19:3, 19:21, 21:7, 22:23, 22:25, 23:3, 23:20, 24:16, 24:17, 24:18, 26:8, 26:13, 26:20, 29:5, 29:10, 29:12, 29:19, 38:7, 38:16, 38:17, 41:4, 49:16, 49:20, 50:3, 50:11, 50:12, 52:5, 53:13, 61:3, 62:6, 63:3
**conversations** [7] - 14:21, 25:4, 25:17, 40:21, 41:2, 65:7, 67:5
**conviction** [3] - 103:16, 103:23, 104:23

**convictions** [1] - 100:14
**Coral** [1] - 1:20
**corner** [1] - 46:11
**correct** [263] - 6:17, 6:20, 7:2, 7:6, 8:5, 8:20, 9:5, 9:11, 9:12, 9:21, 9:25, 10:4, 10:5, 10:11, 10:14, 10:17, 10:18, 11:3, 11:8, 11:13, 11:14, 11:18, 11:21, 12:1, 12:5, 12:17, 12:22, 12:25, 13:5, 13:10, 13:16, 13:18, 14:3, 14:6, 14:8, 14:13, 14:18, 14:22, 14:23, 15:1, 15:4, 15:14, 15:17, 16:4, 16:8, 16:9, 16:12, 16:16, 16:17, 16:24, 17:9, 17:10, 17:13, 17:16, 17:19, 18:7, 18:24, 19:5, 19:8, 19:14, 19:18, 19:19, 19:22, 19:23, 20:2, 20:3, 20:10, 20:12, 20:21, 20:24, 21:5, 21:8, 21:13, 21:17, 21:18, 21:22, 22:4, 22:7, 22:11, 23:1, 23:10, 23:15, 23:24, 24:3, 24:4, 24:9, 24:11, 24:14, 24:19, 24:25, 25:1, 25:8, 25:12, 26:8, 26:9, 26:15, 26:24, 26:25, 27:11, 27:12, 27:13, 27:16, 27:18, 27:25, 29:10, 29:11, 29:13, 29:14, 29:24, 29:25, 30:2, 30:5, 30:10, 30:13, 30:18, 31:3, 31:10, 32:3, 32:5, 32:10, 32:18, 32:23, 35:1, 35:16, 36:1, 36:2, 36:19, 37:1, 37:8, 38:12, 41:16, 41:22, 42:2, 42:8, 42:11, 42:12, 42:15, 42:18, 42:24, 42:25, 43:12, 43:19, 43:22, 44:1, 44:2, 44:6, 44:8, 44:10, 44:12, 44:15, 44:18, 44:21, 44:24, 45:1, 45:2, 45:4, 45:5, 45:7, 45:8, 45:11, 45:13, 45:14, 45:22, 46:2, 46:5, 46:8, 46:9, 46:12, 46:17, 46:18, 46:21, 47:3, 47:4, 47:16, 47:20, 47:21, 47:24, 48:3, 48:4, 48:6, 48:12, 48:17, 48:20, 48:23, 49:3, 49:13, 49:14, 49:17, 49:18, 49:21, 49:23, 50:1, 50:6, 50:9, 50:16, 50:17, 50:19, 50:22, 50:25, 51:2, 51:7, 51:10, 51:11, 51:15, 52:22, 66:15, 66:20, 66:24, 67:3, 74:5, 74:6, 82:10, 86:14, 86:20, 88:14, 88:15, 88:19, 89:5, 89:6, 89:17, 89:18, 90:3, 90:7, 90:17, 90:24, 90:25, 91:4, 91:5, 91:18, 91:19, 92:6, 93:4, 93:5, 93:8, 93:12, 93:18, 93:19, 93:22, 94:3, 94:7, 94:8, 94:13, 94:16, 94:17, 95:15, 96:6, 96:7, 96:9, 96:10, 96:14, 96:19, 96:21, 96:24, 96:25, 97:3, 97:6, 97:7, 97:22, 98:1, 101:5, 106:19, 108:7, 110:2
**corrected** [1] - 17:12
**Correction** [3] - 40:2, 65:16, 65:19
**Corrections** [5] - 63:20, 64:7, 64:23, 65:24, 66:20
**corrections** [1] - 64:11
**correspond** [7] - 84:2, 85:23, 86:2, 86:16, 87:18, 92:2, 106:22
**corresponding** [3] - 81:15, 82:23, 86:12
**corresponds** [14] - 71:19, 77:20, 88:5, 90:1, 90:2, 90:13, 90:15, 90:21, 91:2, 91:8, 91:15, 91:16, 91:21, 91:25
**Counsel** [2] - 85:6, 85:16
**counsel** [11] - 25:25, 53:8, 55:9, 55:10, 55:19, 57:16, 81:12, 81:14, 94:22, 101:22, 107:16
**counts** [2] - 104:8
**county** [1] - 66:20
**County** [6] - 30:23, 30:25, 66:19, 66:22, 66:23, 93:21
**couple** [5] - 13:22, 39:19, 82:20, 88:11, 99:17
**course** [9] - 6:8, 24:10, 27:2, 62:9, 62:11, 68:23, 74:23, 79:12, 107:17
**court** [3] - 61:25, 69:18, 70:19
**Court** [11] - 70:23, 83:15, 100:4, 100:11, 101:13, 103:12, 104:7, 104:19, 106:4, 106:23
**COURT** [160] - 1:1, 3:3, 3:5, 4:6, 5:20, 6:5, 6:8, 6:10, 11:20, 11:22, 15:4, 15:7, 15:22, 26:2, 26:5, 27:2, 27:5, 28:24, 29:17, 31:20, 33:8, 33:12, 38:20, 38:24, 39:1, 39:4, 39:11, 39:13, 39:17, 39:21, 40:4, 40:8, 40:11, 43:2, 43:4, 51:20, 51:23, 52:1, 53:16, 53:20, 54:21, 55:5, 55:7, 55:12, 55:16, 57:11, 58:4, 58:8, 58:10, 58:12, 58:16, 58:20, 58:22, 59:5, 59:8, 59:15, 59:22, 60:5, 60:14, 60:17, 61:11, 61:19, 61:22, 62:3, 62:25, 63:16, 63:18, 64:17, 65:1, 65:9, 66:3, 66:5, 67:8, 67:12, 67:19, 67:22, 68:2, 68:4, 68:6, 68:10, 68:12, 68:20, 68:23, 71:3, 71:5, 75:8, 81:11, 81:13, 82:7, 82:16, 82:21, 83:1, 83:5, 83:7, 83:12, 83:16, 83:22, 84:7, 85:2, 85:6, 85:9, 85:13, 85:17, 85:20, 87:7, 92:13, 92:16, 93:1, 94:25, 98:17, 98:19, 98:21, 98:23, 98:25, 99:2, 99:4, 99:20, 99:22, 100:5, 100:10, 100:15, 100:17, 100:20, 100:24, 101:2, 101:7, 101:16, 101:24, 102:7, 102:12, 102:18, 102:23, 103:1, 103:6, 103:10, 103:14, 103:23, 104:3, 104:10, 104:13, 104:21, 105:1, 105:4, 105:9, 105:12, 105:14, 105:22, 106:8, 106:11, 106:15, 106:24, 107:2, 107:6, 107:11, 107:16, 107:22, 108:10, 108:12, 108:17, 108:22
**Court's** [2] - 100:4, 100:13
**COURTROOM** [3] - 8:1, 63:22, 68:16
**courtroom** [1] - 99:21
**courts** [1] - 70:22
**coverup** [1] - 31:8
**crack** [42] - 3:18, 5:4, 9:25, 10:20, 11:17, 12:5, 12:16, 14:1, 33:16, 33:19, 37:22, 46:8, 46:15, 46:19, 46:22, 47:7, 47:12, 48:8, 49:21, 50:16, 50:22, 50:25, 56:7, 62:15, 75:12, 75:16, 75:18, 76:21, 77:3, 77:11, 77:13, 78:3, 79:3, 79:16, 79:19, 88:13, 97:6, 97:13, 97:14, 97:20, 98:13, 98:14
**credentials** [1] - 17:22
**crime** [1] - 105:23
**criminal** [2] - 28:22, 34:21
**criminalist** [2] - 69:13, 69:17
**criminalists** [2] - 69:15, 71:16
**CROSS** [11] - 6:11, 27:6, 40:14, 43:6, 92:18, 95:4, 109:5, 109:6, 109:7, 109:14, 109:15
**cross** [4] - 6:5, 52:4, 92:17, 103:3
**crosscheck** [1] - 107:8
**CRR** [1] - 2:9
**crystallization** [1] - 77:5
**crystallizing** [1] - 77:6
**crystals** [2] - 76:6, 76:8
**curb** [1] - 3:16
**currency** [1] - 9:8
**custodian** [2] - 67:9
**custody** [2] - 74:8, 80:4
**customer** [2] - 13:10, 13:14
**cut** [1] - 77:21

## D

**Dade** [17] - 30:15, 30:21, 34:15, 35:25, 40:2, 63:20, 64:7, 64:11, 65:15, 65:19, 65:24, 66:19, 66:22, 66:23, 69:10, 87:16, 93:6
**Dadeland** [1] - 1:24
**daily** [1] - 69:25
**dangling** [2] - 105:6, 106:9
**dark** [1] - 21:11
**data** [1] - 65:24
**database** [2] - 76:15, 79:13
**date** [10] - 25:22, 32:24, 45:13, 73:20, 86:1, 86:2, 86:3, 93:3, 93:7, 93:15
**dated** [1] - 82:13
**daughter** [1] - 99:8
**DAVID** [1] - 2:2
**DAY** [1] - 1:5
**days** [8] - 32:9, 73:20, 73:23, 73:25, 75:2, 81:3, 81:5, 82:20
**De** [1] - 1:19
**deadline** [1] - 73:19
**deal** [7] - 10:24, 13:23, 20:8, 21:3, 22:3, 37:18, 50:3
**dealer** [1] - 27:13
**dealing** [4] - 18:23, 20:11, 20:12, 22:20
**December** [1] - 19:4
**decide** [2] - 16:1, 102:8
**Defendant** [1] - 63:7
**defendant** [2] - 82:14, 100:21
**Defendants** [1] - 1:10
**defendants** [4] - 56:5, 82:24, 99:21, 107:9
**DEFENDANTS** [1] - 1:19
**defendants'** [1] - 82:24
**defense** [9] - 53:8,

55:19, 57:16, 100:7, 101:5, 101:20, 101:22, 107:16, 108:12
**degrade** [1] - 73:24
**demeanor** [1] - 60:7
**departed** [1] - 11:16
**Department** [9] - 30:21, 63:20, 64:8, 64:23, 65:15, 65:19, 66:19, 69:10, 93:6
**department** [2] - 66:13, 66:14
**Department's** [1] - 30:16
**depicted** [2] - 34:24, 59:24
**DEPUTY** [3] - 8:1, 63:22, 68:16
**describe** [1] - 67:15
**described** [6] - 35:8, 77:5, 78:3, 79:22, 87:22, 94:11
**description** [3] - 95:11, 95:23, 95:24
**Description** [1] - 95:19
**desk** [1] - 74:9
**detail** [1] - 88:11
**detected** [2] - 79:9, 79:10
**DETECTIVE** [1] - 109:3
**Detective** [33] - 3:9, 3:14, 3:21, 4:4, 4:14, 4:22, 5:6, 5:11, 5:22, 6:13, 9:15, 9:19, 10:24, 14:12, 17:21, 22:2, 27:8, 27:10, 29:1, 39:2, 40:16, 43:8, 45:17, 52:4, 55:19, 56:10, 57:3, 58:24, 61:15, 62:5, 63:16, 108:15, 108:20
**detective** [3] - 34:23, 53:17, 108:17
**detectives** [2] - 34:18, 36:7
**detector** [1] - 79:11
**determine** [4] - 71:10, 72:8, 75:15, 101:22
**determined** [1] - 88:16
**device** [1] - 30:9
**difference** [4] - 8:25, 61:24, 97:5, 97:12
**different** [12] - 17:23, 24:1, 28:22, 45:16, 52:14, 69:24, 71:16, 75:18, 76:4, 78:3, 78:5, 79:3
**differently** [1] - 97:24
**digits** [1] - 87:12
**dinner** [1] - 99:15
**Diplomate** [1] - 110:8
**dire** [2] - 66:4, 67:25
**DIRE** [2] - 66:6, 109:11
**direct** [5] - 20:1, 29:6, 87:24, 103:4
**DIRECT** [6] - 3:7, 64:2, 69:2, 109:4, 109:10, 109:13
**directly** [5] - 12:17, 12:25, 13:23, 25:19, 68:20
**diring** [1] - 67:9
**disagree** [1] - 37:13
**discuss** [1] - 104:24
**discussed** [1] - 5:22
**discussing** [2] - 38:4, 38:5
**discussion** [2] - 101:3, 101:8
**discussions** [2] - 56:3, 100:13
**disks** [3] - 64:14, 64:20, 66:11
**disposable** [1] - 74:22
**DISPOTO** [43] - 1:16, 39:25, 40:6, 68:13, 69:1, 69:3, 70:25, 71:7, 75:9, 81:10, 81:12, 81:14, 81:17, 82:3, 82:22, 83:6, 83:10, 83:14, 83:17, 83:20, 83:23, 84:5, 84:8, 84:12, 85:1, 85:7, 85:10, 85:16, 85:19, 85:21, 92:12, 92:14, 94:19, 94:21, 98:16, 99:3, 101:5, 105:20, 106:1, 106:21, 107:4, 107:8, 107:13
**Dispoto** [2] - 68:24, 81:13
**DISPOTO..................** .... [1] - 109:13
**distance** [2] - 30:14, 74:15
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DIVISION** [1] - 1:2
**Dixon** [46] - 43:18, 43:25, 44:11, 44:14, 44:17, 45:1, 45:3, 45:7, 45:13, 45:21, 46:19, 47:13, 47:14, 48:1, 48:8, 48:11, 48:19, 49:1, 49:5, 49:7, 49:16, 49:23, 49:25, 50:4, 50:6, 50:15, 50:18, 51:13, 57:17, 57:25, 58:2, 59:11, 60:1, 60:3, 60:7, 60:8, 60:10, 60:21, 61:3, 61:5, 61:6, 61:16, 103:8, 103:16
**DIXON** [1] - 1:8
**Dixon's** [1] - 104:22
**document** [7] - 21:24, 38:8, 80:15, 81:20, 81:24, 84:16, 94:3
**documents** [1] - 81:19
**Documents** [1] - 83:18
**dog** [1] - 99:9
**dollar** [1] - 14:25
**dollars** [1] - 16:11
**done** [9] - 33:23, 33:24, 39:22, 74:13, 80:8, 80:22, 81:1, 83:9, 84:21
**DONET** [29] - 2:2, 6:6, 6:9, 7:25, 43:5, 43:7, 51:19, 53:15, 54:20, 58:3, 58:7, 58:11, 58:14, 58:19, 59:4, 59:14, 59:21, 60:4, 60:12, 60:16, 61:10, 68:3, 98:24, 103:7, 103:11, 103:19, 104:1, 104:15, 107:18
**Donet** [10] - 6:10, 7:14, 9:13, 39:6, 43:4, 57:17, 68:2, 98:23, 103:6, 104:23
**DONET.....................** ... [1] - 109:7
**double** [1] - 84:22
**down** [13] - 8:23, 9:3, 9:11, 11:5, 11:12, 24:3, 40:7, 46:10, 48:5, 48:11, 63:16, 68:10
**draw** [3] - 5:11, 53:25, 54:13
**drive** [1] - 35:11
**driver's** [2] - 4:15, 4:18
**drives** [1] - 50:5
**drop** [1] - 73:5
**drove** [2] - 35:8, 44:12
**drug** [19] - 27:13, 27:18, 40:22, 41:3, 41:5, 47:9, 52:6, 52:16, 52:18, 55:4, 57:15, 57:18, 58:25, 59:3, 60:21, 71:2, 102:3, 105:23
**drugs** [17] - 9:8, 32:4, 32:16, 38:5, 38:12, 44:6, 44:15, 47:5, 47:12, 49:3, 49:21, 49:23, 50:1, 50:12, 55:21, 59:18, 94:7
**dude** [2] - 14:15, 16:1
**Duquenois** [1] - 78:14
**Duquenois-Levine** [1] - 78:14
**during** [14] - 3:17, 10:19, 34:16, 42:23, 49:20, 52:25, 53:13, 55:25, 57:15, 58:25, 59:3, 70:10, 77:12, 80:4
**duties** [3] - 43:10, 69:15, 89:19
**Dwarfs** [1] - 100:25

## E

**early** [2] - 20:1, 20:23
**east** [1] - 6:1
**efficient** [1] - 39:15
**eight** [3] - 83:17, 87:20, 88:4
**either** [6] - 9:11, 19:13, 19:24, 25:4, 44:23, 78:23
**elements** [1] - 104:9
**Eleventh** [1] - 104:5
**Elmo** [3] - 29:16, 85:1, 93:1
**email** [2] - 99:10, 104:23
**employ** [1] - 104:7
**employed** [1] - 64:6
**employees** [1] - 72:4
**enabled** [1] - 70:3
**end** [10] - 7:12, 7:16, 11:13, 19:25, 21:24, 35:15, 59:10, 80:21, 99:5, 101:15
**ends** [1] - 6:19
**enforcement** [3] - 65:6, 67:4, 108:4
**engaged** [1] - 21:2
**engaging** [1] - 28:16
**entire** [4] - 42:23, 63:11, 80:1, 80:4
**entitled** [2] - 86:8, 110:3
**environment** [2] - 28:10, 28:18
**epidemic** [1] - 26:2
**episode** [1] - 3:17
**equation** [1] - 61:4
**equipment** [1] - 64:19
**error** [1] - 105:15
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**essentially** [1] - 101:4
**established** [1] - 103:17
**estimate** [1] - 69:24
**ether** [2] - 97:25, 98:8
**evening** [4] - 21:11, 21:13, 99:15, 101:8
**event** [4] - 6:24, 32:9, 32:20, 85:18
**events** [2] - 6:22, 13:7
**eventually** [1] - 48:1
**everywhere** [1] - 36:3
**Evidence** [1] - 68:8
**evidence** [58] - 14:11, 19:17, 20:6, 22:19, 24:13, 25:7, 55:8, 66:2, 68:9, 69:17, 69:21, 69:25, 71:10, 71:14, 71:15, 71:19, 71:21, 71:22, 71:24, 72:2, 72:17, 73:1, 73:4, 73:5, 73:10, 73:12, 73:13, 73:14, 73:16, 74:4, 74:13, 74:25, 77:1, 77:19, 77:22, 80:3, 81:25, 82:4, 83:19, 83:25, 84:1, 85:5, 85:8, 85:23, 86:7, 87:3, 87:15, 87:18, 87:25, 88:1, 99:14, 105:7, 105:24, 106:4, 106:12, 107:25, 108:8
**evidence...** [1] - 109:18
**evidence..................** [1] - 109:19
**evidentiary** [1] - 107:12
**exact** [4] - 25:22, 47:10, 93:25, 94:1
**exactly** [4] - 11:19, 31:5, 52:14, 53:19
**examination** [3] - 6:5, 52:5, 92:17
**EXAMINATION** [21] - 3:7, 6:11, 27:6, 40:14, 43:6, 52:2, 64:2, 66:6, 69:2, 92:18, 95:4, 109:4, 109:5, 109:6, 109:7, 109:8, 109:10, 109:11, 109:13, 109:14, 109:15

**examine** [7] - 69:17, 69:21, 84:2, 84:15, 98:3, 98:6, 98:8
**examined** [3] - 65:13, 65:18, 84:19
**example** [2] - 30:14, 82:13
**exchange** [2] - 9:8, 9:9
**excited** [2] - 60:13, 100:3
**exclude** [1] - 56:1
**excuse** [2] - 4:8, 4:17
**excused** [3] - 63:17, 68:11, 99:21
**Exhibit** [62] - 3:10, 4:4, 6:23, 7:1, 7:9, 9:20, 12:4, 13:3, 14:10, 21:21, 22:19, 29:6, 29:8, 30:18, 32:17, 34:24, 36:11, 36:12, 42:4, 57:4, 81:19, 82:4, 82:19, 83:18, 84:3, 84:6, 84:8, 84:9, 84:10, 84:11, 85:4, 85:15, 86:1, 88:7, 89:21, 90:1, 90:8, 90:14, 90:15, 90:16, 90:19, 90:21, 91:1, 91:6, 91:12, 91:15, 91:16, 91:20, 91:21, 91:24, 91:25, 92:20, 94:16, 95:8, 105:3, 106:6, 109:19
**exhibit** [11] - 14:11, 29:7, 33:4, 40:23, 40:25, 88:2, 90:23, 91:8, 91:10, 95:15, 105:11
**Exhibits** [2] - 68:8, 109:18
**exhibits** [2] - 92:1, 106:22
**EXHIBITS** [1] - 109:17
**experience** [4] - 27:18, 27:20, 50:24, 97:19
**experienced** [3] - 18:2, 18:21, 21:15
**expert** [4] - 70:19, 71:1, 71:6, 101:18
**experts** [2] - 101:25, 102:22
**extent** [1] - 7:5
**extra** [3] - 48:2, 48:20, 99:17
**eyeball** [2] - 108:6, 108:11
**eyes** [2] - 108:6, 108:11

## F

**face** [2] - 99:9, 99:10
**Facebook** [2] - 99:10, 102:5
**facilitate** [2] - 65:5, 108:18
**facilities** [2] - 64:11, 66:24
**facility** [1] - 73:4
**fact** [20] - 4:1, 10:9, 11:24, 12:10, 13:8, 16:18, 18:5, 32:6, 32:14, 35:2, 37:12, 37:13, 45:6, 52:19, 62:17, 75:16, 88:16, 97:8, 101:14, 105:22
**factor** [1] - 99:17
**fair** [3] - 25:16, 40:1, 99:12
**false** [1] - 104:1
**familiar** [12] - 35:18, 64:13, 64:19, 69:14, 70:11, 71:9, 72:7, 72:9, 72:13, 72:15, 72:25, 78:23
**far** [7] - 5:23, 11:6, 11:10, 30:14, 51:17, 51:18
**fast** [1] - 68:24
**fastest** [1] - 79:18
**Fat** [6] - 31:12, 48:5, 48:9, 48:11, 48:19, 61:4
**favorite** [1] - 83:2
**FBI** [2] - 102:2, 102:24
**February** [21] - 1:4, 6:16, 9:20, 13:8, 14:6, 14:10, 19:2, 19:4, 19:7, 20:19, 24:2, 25:17, 25:20, 26:19, 42:16, 42:21, 54:14, 56:11, 56:14, 93:12, 110:6
**Federal** [2] - 66:17, 70:24
**federal** [3] - 66:22, 87:1, 98:15
**feet** [1] - 46:1
**female** [5] - 7:19, 8:12, 8:18, 8:21, 52:6
**few** [5] - 46:1, 75:3, 76:17, 99:6, 99:22
**field** [3] - 70:20, 71:1, 71:6
**figure** [1] - 16:10
**files** [2] - 64:15, 65:23
**filings** [1] - 104:7
**fill** [1] - 95:22
**final** [1] - 77:9
**finally** [1] - 91:24
**findings** [1] - 69:18
**Fing** [1] - 24:22
**finish** [1] - 95:1
**finished** [1] - 80:6
**firearm** [16] - 14:7, 14:18, 15:17, 16:11, 21:8, 21:12, 26:21, 42:24, 56:11, 56:14, 56:21, 56:24, 62:16, 63:5, 101:25, 102:22
**firearms** [25] - 14:13, 14:21, 15:18, 21:16, 22:6, 22:11, 22:15, 22:18, 23:1, 23:10, 23:15, 23:17, 24:18, 24:25, 26:8, 26:21, 26:23, 38:4, 41:11, 44:23, 62:10, 62:12, 63:4, 63:8, 63:9
**first** [25] - 14:25, 18:13, 22:3, 23:19, 25:21, 35:20, 35:22, 42:19, 49:7, 51:13, 72:14, 75:19, 76:18, 77:14, 77:17, 77:19, 78:9, 85:25, 86:1, 95:8, 96:15, 96:16, 96:20, 101:14, 103:15
**first-hand** [1] - 101:14
**fish** [2] - 36:21, 37:2
**five** [13] - 39:8, 45:22, 45:24, 46:1, 46:4, 46:22, 47:2, 49:10, 70:1, 91:12, 100:1, 105:13, 105:19
**five-part** [1] - 105:19
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [1] - 1:22
**flammable** [1] - 97:25
**floor** [1] - 74:17
**FLORES** [1] - 1:9
**Flores** [1] - 106:17
**Flores's** [1] - 106:24
**Florida** [2] - 2:10, 70:5
**FLORIDA** [2] - 1:1, 1:7
**florida** [1] - 110:8
**focus** [1] - 53:16
**folk** [1] - 105:10
**follow** [3] - 75:15, 78:6, 79:24
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 110:2
**Forensic** [4] - 69:10, 69:11, 70:9, 97:18
**form** [3] - 87:21, 97:15, 97:16
**formation** [3] - 75:23, 78:16
**forth** [1] - 44:23
**forward** [1] - 99:22
**foundation** [2] - 58:19, 58:22
**four** [2] - 66:10, 91:17
**four-tenths** [1] - 91:17
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**frames** [1] - 67:2
**free** [10] - 86:13, 88:25, 97:8, 97:13, 97:24, 98:4, 98:5, 98:7, 98:14, 108:14
**freely** [1] - 67:17
**Friday** [1] - 102:14
**friend** [4] - 5:13, 54:1, 54:8, 99:9
**front** [15] - 36:13, 44:12, 50:23, 51:14, 52:17, 52:20, 57:20, 57:21, 61:8, 83:24, 84:6, 87:15, 87:25, 88:1, 89:21
**fucking** [1] - 41:8
**full** [2] - 69:23, 99:5
**function** [1] - 22:13
**furthest** [1] - 5:23
**future** [1] - 55:4
**FYI** [1] - 83:8

## G

**G-O-L-I-S** [1] - 63:24
**Gables** [1] - 1:20
**gain** [2] - 28:8, 43:14
**gas** [1] - 79:6
**gather** [2] - 22:15, 55:5
**GC/MS** [2] - 79:6, 79:21
**general** [2] - 58:13, 85:25
**generally** [3] - 51:5, 51:6, 79:15
**generate** [2] - 81:8, 96:1
**generated** [5] - 79:12, 80:19, 80:21, 81:4, 86:3
**generates** [2] - 76:13, 76:16
**generic** [1] - 78:23
**gentleman** [5] - 18:11, 34:5, 34:8, 34:12, 39:22
**gentlemen** [3] - 69:7, 75:14, 99:20
**Gentlemen** [3] - 38:21, 60:17, 99:4
**given** [3] - 9:3, 9:10, 21:12
**gloves** [1] - 74:22
**Golis** [4] - 63:20, 63:24, 66:8, 66:10
**GOLIS** [2] - 63:21, 109:9
**Gonzalez** [11] - 6:5, 6:7, 26:3, 39:18, 52:5, 52:7, 54:14, 56:19, 92:17, 94:19, 104:18
**GONZALEZ** [28] - 1:19, 6:12, 7:14, 7:15, 7:24, 8:3, 8:9, 8:11, 9:13, 9:14, 9:16, 9:18, 11:23, 15:8, 15:23, 15:24, 26:1, 26:4, 26:6, 27:1, 27:3, 61:18, 71:4, 92:19, 93:2, 94:20, 94:23, 107:21
**Gonzalez's** [3] - 55:20, 56:10, 56:13
**GONZALEZ.....................** [2] - 109:5, 109:14
**Gordo** [3] - 29:20, 29:23, 31:12
**Government** [30] - 7:8, 29:5, 29:8, 30:17, 32:17, 33:4, 34:8, 34:12, 34:24, 63:18, 66:11, 66:15, 66:17, 67:1, 70:25, 81:18, 82:3, 82:10, 84:6, 84:8, 84:9, 85:4, 90:13, 101:10, 101:12, 102:12, 105:3, 106:6, 108:18
**Government's** [32] - 3:10, 3:11, 4:4, 6:22, 7:9, 7:11, 7:12, 9:20, 12:4, 13:3, 14:11, 20:6, 22:19, 24:12, 25:7, 26:7, 33:15, 36:10, 53:9, 57:3, 57:15, 62:5, 65:12, 66:2, 68:6, 68:8, 83:18, 89:25, 94:16, 95:8, 109:18, 109:19
**gram** [5] - 50:21, 51:4, 51:7, 91:17, 91:22
**grams** [8] - 86:14, 86:19, 90:6, 93:18, 94:9, 94:12, 96:22, 97:2
**graph** [3] - 76:13,

76:14, 79:12
**graphs** [2] - 76:14, 79:13
**grass** [3] - 46:1, 46:2, 46:20
**great** [1] - 88:11
**gross** [3] - 93:21, 93:23, 94:3
**ground** [1] - 60:22
**group** [6] - 10:23, 43:15, 100:20, 100:21, 104:3, 107:6
**grouping** [2] - 102:9, 105:19
**Grove** [1] - 2:3
**guarding** [1] - 51:14
**guess** [1] - 46:10
**guide** [1] - 75:19
**guidelines** [4] - 86:24, 87:1, 88:23, 96:14
**gun** [8] - 22:12, 27:15, 27:20, 42:2, 42:12, 56:5, 57:1
**guns** [11] - 14:13, 22:14, 23:18, 28:1, 38:11, 38:14, 62:17, 62:20, 62:22, 62:23
**guy** [1] - 40:5
**guys** [3] - 35:22, 45:15, 67:20

## H

**hair** [1] - 8:5
**hairs** [3] - 76:6, 78:9, 78:11
**half** [7] - 24:2, 29:21, 49:15, 50:21, 51:7, 79:21, 91:22
**Hammer** [1] - 97:21
**hand** [12] - 5:3, 5:5, 9:7, 9:9, 13:22, 52:13, 73:11, 101:14
**hand-to-hand** [2] - 9:7, 9:9
**hand-to-hands** [1] - 13:22
**handed** [2] - 8:15, 47:13
**handled** [1] - 12:9
**handles** [1] - 34:23
**hands** [3] - 5:3, 13:22, 50:25
**happy** [1] - 106:4
**hard** [1] - 16:6
**hat** [1] - 34:13
**Havana** [1] - 70:7
**HDMI** [1] - 7:25
**head** [4] - 19:9, 25:22, 33:2, 35:7
**heads** [2] - 100:6, 100:17
**heads-up** [2] - 100:6, 100:17
**hear** [3] - 59:2, 59:13, 59:17
**hearsay** [8] - 58:11, 58:15, 59:4, 59:21, 60:12, 60:18, 82:12, 82:14
**heat** [3] - 72:11, 79:9, 80:9
**heat-sealed** [2] - 72:11, 80:9
**help** [1] - 6:6
**HERMAN** [1] - 2:4
**highly** [1] - 97:25
**himself** [1] - 51:17
**hired** [1] - 70:8
**hm** [2] - 23:23, 89:24
**holding** [1] - 103:12
**Honduras** [1] - 23:8
**Honor** [53] - 5:19, 6:3, 9:16, 15:5, 27:1, 27:3, 29:3, 29:15, 33:11, 38:18, 38:25, 39:3, 40:13, 43:3, 43:5, 51:22, 51:24, 55:11, 55:15, 58:14, 60:12, 60:16, 63:15, 66:1, 68:1, 68:3, 68:13, 70:25, 71:4, 81:10, 82:3, 82:17, 82:22, 83:14, 84:5, 85:19, 92:12, 92:14, 94:21, 94:23, 98:18, 98:20, 98:22, 100:23, 101:12, 102:17, 104:25, 106:3, 107:18, 107:19, 107:20, 107:23, 108:21
**HONORABLE** [1] - 1:12
**hooked** [2] - 23:5, 59:11
**hopefully** [1] - 39:22
**Horowitz** [9] - 27:5, 28:24, 38:24, 39:11, 40:12, 67:8, 85:14, 94:25, 95:1
**HOROWITZ** [48] - 1:23, 27:7, 29:3, 29:4, 29:15, 29:18, 33:5, 33:10, 33:13, 38:25, 39:12, 39:18, 40:13, 40:15, 43:1, 57:10, 62:2, 62:24, 64:16, 64:25, 66:4, 66:7, 67:11, 67:14, 67:21, 67:23, 67:25, 75:7, 82:5, 82:9, 82:17, 83:3, 85:3, 87:6, 95:3, 95:5, 98:18, 98:20, 102:10, 102:16, 105:2, 105:5, 105:13, 105:18, 106:6, 106:9, 107:14, 107:20
**HOROWITZ**................. [1] - 109:11
**HOROWITZ**..................... [2] - 109:6, 109:15
**horrible** [1] - 99:16
**HOSSEINI** [1] - 1:16
**hour** [2] - 29:21, 79:21
**house** [2] - 56:25, 57:22
**huge** [1] - 79:7
**hungry** [1] - 60:11
**hurry** [1] - 54:24
**hurt** [1] - 28:14
**husband** [1] - 99:8

## I

**idea** [3] - 37:16, 37:18, 45:13
**identification** [3] - 65:12, 85:11, 85:13
**identified** [2] - 5:7, 106:13
**identify** [1] - 87:17
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**illegitimate** [1] - 67:20
**imagine** [1] - 39:14
**impaneled** [1] - 99:13
**impartial** [1] - 99:13
**importance** [1] - 99:12
**important** [1] - 23:17
**impounded** [2] - 51:2, 93:8
**impounding** [2] - 73:20, 89:16
**imprisonment** [1] - 104:1
**in-person** [1] - 19:21
**Inc** [1] - 2:9
**include** [3] - 55:23, 75:11, 78:20
**includes** [1] - 66:23
**including** [1] - 103:11
**independent** [1] - 33:18
**indicate** [2] - 75:24, 86:18
**indicated** [3] - 71:9, 77:2, 89:7
**indicates** [5] - 76:21, 85:7, 86:13, 88:20, 89:11
**indicating** [2] - 16:10, 18:12
**indication** [1] - 77:8
**individual** [3] - 4:2, 10:22, 13:25
**individually** [1] - 12:23
**individuals** [7] - 10:19, 18:23, 19:10, 22:20, 28:16, 44:21, 67:2
**informant** [18] - 7:18, 9:24, 29:13, 29:19, 29:21, 29:22, 30:2, 30:5, 30:11, 30:13, 30:22, 34:14, 34:15, 34:25, 49:2, 107:24, 108:3
**informants** [1] - 34:23
**information** [3] - 43:15, 77:21, 95:14
**infrared** [3] - 76:10, 76:11, 79:4
**initials** [1] - 84:23
**initiate** [2] - 14:24, 24:18
**initiates** [2] - 14:13, 17:15
**injected** [1] - 79:8
**input** [3] - 80:9, 80:22, 96:1
**inputs** [1] - 95:24
**inquire** [1] - 24:5
**inside** [2] - 21:12, 80:9
**insisting** [1] - 14:2
**inspect** [2] - 60:22, 83:25
**instead** [1] - 11:25
**instruction** [1] - 100:7
**instrument** [5] - 76:10, 76:11, 76:16, 79:5, 79:7
**integrity** [1] - 74:19
**intend** [1] - 107:25
**intent** [1] - 104:8
**interacted** [1] - 13:19
**interacting** [2] - 24:13, 60:1
**interactions** [1] - 22:17
**interested** [6] - 62:11, 62:14, 62:16, 62:17, 62:20, 62:22
**International** [1] - 70:6
**Interpretations** [2] - 86:9, 96:8
**interrupting** [1] - 85:3
**introduce** [4] - 14:25, 18:6, 69:6, 106:16
**introduced** [5] - 7:8, 17:18, 17:19, 102:5, 106:12
**introduces** [3] - 17:15, 61:3
**inventory** [1] - 84:24
**Inventory** [1] - 95:19
**investigating** [1] - 28:16
**investigation** [14] - 10:19, 22:14, 28:8, 28:13, 34:16, 34:17, 42:21, 44:21, 53:1, 55:25, 57:5, 61:9, 62:11, 63:11
**invited** [1] - 61:19
**inviting** [1] - 22:10
**involved** [7] - 27:23, 28:21, 72:1, 79:8, 102:19, 103:14, 104:13
**involvement** [4] - 6:16, 7:5, 14:5, 14:7
**involves** [2] - 75:21, 79:4
**involving** [2] - 54:15, 61:6
**irrelevant** [1] - 105:25
**issue** [1] - 108:21
**issued** [1] - 86:3
**item** [41] - 70:2, 73:16, 73:24, 74:4, 75:2, 75:16, 76:21, 77:3, 77:24, 81:12, 84:25, 85:10, 86:12, 86:13, 86:16, 86:18, 87:5, 87:25, 88:5, 88:13, 88:18, 89:4, 89:11, 89:13, 91:15, 91:16, 91:20, 91:21, 91:25, 92:3, 93:17, 95:11, 95:12, 95:18, 95:23, 95:25, 97:8, 105:19, 106:24
**Item** [1] - 105:20
**items** [61] - 65:13, 69:21, 69:24, 71:10, 71:13, 72:2, 72:7, 72:8, 72:17, 72:18, 72:21, 73:1, 74:5, 74:7, 74:25, 75:11, 77:1, 77:4, 77:16, 77:23, 78:20, 79:23, 80:3, 80:7, 80:9, 81:25, 83:25, 84:1, 84:13, 84:14, 84:18,

85:23, 86:4, 86:5, 86:6, 86:11, 87:3, 87:15, 87:17, 87:24, 88:1, 88:6, 88:9, 88:22, 91:12, 92:5, 92:8, 92:9, 97:8, 106:1, 106:3, 106:21, 106:22, 106:23, 107:2, 107:17
**itself** [1] - 48:16

## J

**jail** [3] - 66:20, 66:22, 67:16
**Jail** [1] - 66:23
**jailhouse** [5] - 40:3, 64:10, 65:4, 65:7, 102:4
**JAMES** [1] - 1:8
**James** [8] - 57:17, 57:25, 58:2, 60:1, 60:3, 60:7, 60:9, 60:21
**janoca** [1] - 2:9
**JAY** [1] - 1:9
**job** [4] - 27:10, 27:17, 35:14, 99:6
**johns** [1] - 20:15
**JR** [3] - 1:19, 2:2, 2:4
**judge** [8] - 33:6, 39:25, 61:18, 67:14, 82:9, 85:3, 105:2, 106:1
**JUDGE** [1] - 1:13
**Judge** [1] - 85:10
**judgment** [1] - 101:21
**judgments** [1] - 101:19
**jumbled** [1] - 104:19
**jumped** [2] - 15:9, 38:9
**jumpouts** [1] - 59:13
**jurisdiction** [1] - 35:23
**jury** [10] - 3:3, 3:4, 38:23, 40:9, 40:10, 69:7, 75:14, 99:13, 99:19, 101:21
**JURY** [1] - 1:12
**Juvenile** [1] - 70:23
**juvenile** [1] - 103:19

## K

**KATHLEEN** [1] - 1:12
**keep** [5] - 13:20, 40:4, 70:11, 74:13, 80:17
**KENNETH** [1] - 109:3
**kept** [1] - 14:2
**key** [1] - 74:12
**keys** [3] - 9:3, 9:10, 52:20
**kid** [1] - 45:10
**killed** [1] - 28:15
**kind** [4] - 34:1, 61:19, 105:5, 106:9
**kit** [3] - 89:11, 89:12
**knock** [2] - 101:4, 102:25
**known** [6] - 10:19, 31:13, 78:24, 78:25, 97:25, 98:14
**knows** [1] - 106:5
**KORCHIN** [7] - 1:21, 43:3, 81:16, 85:15, 98:22, 102:6, 107:19
**Korchin** [3] - 39:6, 43:2, 98:21

## L

**lab** [38] - 50:23, 69:22, 70:10, 70:14, 71:9, 71:14, 71:15, 71:16, 72:2, 72:4, 72:10, 72:14, 72:17, 72:21, 73:4, 73:10, 73:16, 74:12, 74:22, 79:24, 80:2, 80:10, 80:15, 80:23, 81:7, 82:10, 82:11, 83:3, 83:6, 84:24, 86:6, 86:23, 90:15, 93:3, 93:11, 93:21, 94:4, 95:23
**label** [2] - 84:24, 84:25
**laboratory** [2] - 81:23, 105:6
**lack** [1] - 58:19
**ladies** [2] - 69:7, 75:14
**Ladies** [3] - 38:21, 60:17, 99:4
**lady** [1] - 8:16
**land** [1] - 52:25
**landscape** [1] - 107:12
**Lane** [1] - 2:10
**last** [19] - 6:22, 6:24, 6:25, 7:1, 15:3, 18:10, 39:19, 57:16, 60:14, 60:18, 68:19, 81:2, 82:20, 87:12, 92:3, 92:4, 105:21, 107:23
**late** [1] - 19:1
**latent** [3] - 101:17, 102:21, 102:22
**law** [11] - 61:25, 65:5, 67:4, 69:18, 70:19, 96:14, 97:1, 97:5, 98:15, 108:3
**lawyers** [2] - 39:19, 108:12
**layer** [1] - 78:17
**laying** [1] - 19:11
**lead** [4] - 34:18, 34:22, 39:4, 55:13
**leading** [15] - 20:20, 53:15, 54:20, 57:10, 58:3, 58:7, 59:14, 60:4, 61:10, 61:18, 62:24, 64:16, 64:25, 75:7, 87:6
**learn** [3] - 63:3, 63:7, 97:19
**learning** [1] - 62:22
**least** [7] - 10:17, 23:24, 25:2, 26:14, 39:23, 49:15, 86:21
**leave** [3] - 35:15, 101:21, 108:7
**leaving** [2] - 102:14, 108:3
**left** [3] - 11:16, 49:19, 59:11
**lemonade** [1] - 52:20
**Leon** [1] - 1:19
**less** [7] - 39:12, 51:4, 79:18, 86:13, 86:18, 96:22, 104:17
**level** [3] - 28:18, 89:2, 93:24
**Levine** [1] - 78:14
**library** [1] - 79:13
**light** [1] - 76:11
**line** [3] - 20:13, 42:7, 56:13
**liquid** [2] - 75:22, 78:15
**list** [4] - 85:6, 85:7, 86:4, 86:6
**listed** [3] - 82:14, 86:22, 91:12
**listen** [5] - 23:4, 37:20, 37:22
**Live** [1] - 2:10
**lives** [1] - 8:23
**locate** [1] - 49:6
**location** [19] - 5:7, 5:24, 35:9, 35:11, 36:24, 37:10, 37:14, 44:12, 45:15, 51:14, 52:17, 52:21, 52:23, 52:24, 56:14, 57:20, 60:23, 61:8
**locker** [1] - 74:11
**look** [13] - 6:25, 7:10, 8:17, 15:12, 15:16, 15:19, 31:24, 33:21, 48:13, 60:25, 84:13, 88:1, 105:11
**looking** [9] - 5:17, 30:15, 30:17, 33:7, 78:9, 88:8, 90:17, 90:23, 91:3
**lose** [1] - 19:5
**lost** [1] - 32:24
**loud** [1] - 39:19
**low** [2] - 17:17, 19:11

## M

**ma'am** [1] - 68:20
**maintains** [1] - 74:19
**male** [2] - 12:8, 12:10
**man** [2] - 24:6, 41:8
**manager** [1] - 74:12
**managers** [1] - 73:11
**manner** [1] - 81:8
**MANUEL** [1] - 1:19
**manufactured** [1] - 97:24
**March** [22] - 29:12, 29:19, 31:10, 31:12, 31:15, 31:18, 31:19, 31:22, 31:24, 32:2, 32:4, 32:7, 32:9, 32:12, 32:14, 32:16, 32:20, 32:21, 32:25, 33:1, 57:3
**marijuana** [12] - 47:6, 47:12, 77:25, 78:2, 79:3, 79:16, 79:18, 91:17, 91:22, 93:18, 105:19, 106:25
**MARK** [1] - 1:16
**mark** [5] - 4:11, 41:15, 41:17, 41:19, 41:24
**marked** [3] - 65:11, 68:8, 83:18
**market** [2] - 36:21, 37:2
**marshals** [1] - 99:20
**Mary** [1] - 2:2
**mass** [1] - 79:6
**Master's** [1] - 70:5
**match** [2] - 76:16, 79:14
**matches** [1] - 77:21
**matro** [1] - 23:5
**matter** [10] - 18:5, 32:6, 32:14, 35:2, 38:2, 45:6, 78:7, 78:8, 105:2, 110:3
**matters** [1] - 108:22
**Maurin** [1] - 54:15
**MAURIN** [1] - 1:7
**Mayo** [2] - 102:3, 102:24
**mean** [14] - 5:12, 16:2, 19:4, 53:25, 54:2, 54:5, 54:7, 55:10, 55:22, 75:1, 76:14, 79:16, 104:12, 108:10
**meaning** [4] - 16:14, 24:18, 78:12, 93:18
**means** [2] - 14:17, 94:5
**meddle** [1] - 18:18
**meet** [6] - 20:12, 37:13, 37:14, 37:15, 37:16, 48:12
**meeting** [2] - 19:21, 23:16
**meetings** [1] - 26:18
**memorialize** [2] - 80:12, 80:15
**memorized** [2] - 33:3, 80:14
**memory** [1] - 55:12
**mention** [1] - 13:22
**mentioned** [4] - 38:11, 38:15, 76:18
**mere** [1] - 62:17
**Merino** [1] - 102:14
**message** [3] - 19:15, 19:16, 45:3
**messaged** [1] - 45:1
**messages** [1] - 44:20
**met** [3] - 20:20, 34:16, 34:25
**methamphetamine** [1] - 89:4
**methylone** [9] - 78:21, 78:24, 78:25, 79:2, 79:17, 79:20, 88:24, 89:8, 94:11
**Metro** [2] - 34:15, 66:24
**MIAMI** [2] - 1:2, 1:7
**Miami** [26] - 1:17, 1:22, 1:25, 2:5, 30:15, 30:21, 30:24, 34:15, 34:16, 35:22, 35:25, 36:7, 37:5, 40:2, 63:20, 64:7, 64:11, 65:15, 65:19, 65:24, 66:19, 66:22, 69:10, 87:16, 93:6, 99:16
**Miami-Dade** [15] - 30:15, 30:21, 35:25, 40:2, 63:20, 64:7, 64:11, 65:15, 65:19, 65:24, 66:19, 66:22, 69:10, 87:16, 93:6
**Michael** [3] - 63:19, 63:24, 108:15
**MICHAEL** [2] - 63:21,

109:9
**Mickey** [1] - 38:2
**microcrystalline** [1] - 77:7
**microphone** [2] - 52:1, 68:21
**microscope** [3] - 76:2, 76:5, 78:8
**microscopes** [1] - 74:10
**middle** [11] - 10:3, 10:11, 14:6, 26:10, 29:20, 37:24, 40:22, 41:2, 41:7, 42:17, 84:23
**midnight** [2] - 26:18, 61:14
**might** [5] - 75:24, 85:6, 104:19, 105:15, 105:16
**migrates** [1] - 78:17
**Miguel** [32] - 3:15, 3:18, 4:23, 9:21, 9:24, 12:5, 12:11, 12:14, 12:20, 13:4, 13:9, 13:16, 13:19, 22:20, 24:14, 25:4, 31:12, 32:17, 33:20, 34:9, 47:15, 47:22, 47:23, 49:6, 49:20, 57:23, 59:2, 59:6, 59:13, 59:17, 61:12
**mine** [2] - 37:17, 92:25
**minute** [1] - 4:10
**minutes** [7] - 39:8, 39:12, 46:11, 79:19, 79:20, 99:17
**mispronouncing** [1] - 97:12
**missing** [1] - 92:3
**mistake** [4] - 15:7, 16:19, 16:20
**mistaken** [1] - 31:8
**mixture** [1] - 79:10
**modified** [1] - 78:14
**modifies** [1] - 76:12
**molecule** [2] - 97:15, 97:16
**Mollies** [5] - 47:6, 78:25, 88:24, 89:9, 94:11
**moment** [9] - 5:19, 53:8, 69:6, 73:16, 73:17, 84:13, 90:11, 92:12, 98:18
**moments** [1] - 99:6
**money** [7] - 5:3, 16:8, 16:13, 16:15, 23:7, 46:14, 60:11
**month** [2] - 24:2, 93:14
**months** [3] - 14:5, 70:18, 81:3
**morning** [3] - 5:14, 30:7, 99:18
**most** [2] - 75:5, 79:20
**Mouse** [1] - 38:2
**move** [13] - 4:10, 6:6, 13:2, 20:5, 21:17, 21:19, 24:12, 26:3, 33:6, 60:19, 66:1, 76:22, 95:2
**moved** [1] - 13:9
**moves** [1] - 82:4
**moving** [2] - 23:9, 39:24
**MR** [240] - 3:8, 3:13, 3:20, 4:7, 4:10, 4:13, 4:21, 5:1, 5:10, 5:19, 5:21, 6:3, 6:6, 6:9, 6:12, 7:14, 7:15, 7:24, 7:25, 8:3, 8:9, 8:11, 9:13, 9:14, 9:16, 9:18, 11:23, 15:8, 15:21, 15:23, 15:24, 25:25, 26:1, 26:4, 26:6, 27:1, 27:3, 27:7, 29:3, 29:4, 29:15, 29:18, 33:5, 33:9, 33:10, 33:13, 38:18, 38:25, 39:12, 39:15, 39:18, 39:25, 40:2, 40:6, 40:13, 40:15, 43:1, 43:3, 43:5, 43:7, 51:19, 51:22, 51:24, 52:3, 53:15, 53:24, 54:20, 54:22, 55:11, 55:15, 55:18, 57:10, 58:3, 58:5, 58:7, 58:11, 58:14, 58:18, 58:19, 58:21, 58:23, 59:4, 59:6, 59:9, 59:14, 59:16, 59:21, 59:23, 60:4, 60:6, 60:12, 60:13, 60:16, 60:20, 61:10, 61:18, 62:2, 62:4, 62:24, 63:2, 63:14, 63:19, 64:3, 64:16, 64:25, 65:2, 65:8, 65:10, 66:1, 66:4, 66:7, 67:11, 67:14, 67:21, 67:23, 67:25, 68:3, 68:5, 68:13, 69:1, 69:3, 70:25, 71:4, 71:7, 75:7, 75:9, 81:10, 81:12, 81:14, 81:16, 81:17, 82:3, 82:5, 82:9, 82:17, 82:22, 83:3, 83:6, 83:10, 83:14, 83:17, 83:20, 83:23, 84:5, 84:8, 84:12, 85:1, 85:3, 85:7, 85:10, 85:15, 85:16, 85:19, 85:21, 87:6, 92:12, 92:14, 92:19, 93:2, 94:19, 94:20, 94:21, 94:23, 95:3, 95:5, 98:16, 98:18, 98:20, 98:22, 98:24, 99:1, 99:3, 100:2, 100:9, 100:11, 100:16, 100:19, 100:23, 101:1, 101:5, 101:12, 101:17, 101:25, 102:6, 102:8, 102:10, 102:11, 102:16, 102:22, 102:24, 103:2, 103:7, 103:11, 103:12, 103:18, 103:19, 103:25, 104:1, 104:4, 104:11, 104:15, 104:18, 104:25, 105:2, 105:5, 105:11, 105:13, 105:15, 105:18, 105:20, 106:1, 106:6, 106:9, 106:14, 106:16, 106:21, 107:1, 107:4, 107:7, 107:8, 107:13, 107:14, 107:18, 107:19, 107:20, 107:21, 107:23, 108:11, 108:15, 108:20, 109:4, 109:5, 109:6, 109:7, 109:8, 109:10, 109:11, 109:13, 109:14, 109:15
**multiple** [1] - 75:2

## N

**N.E** [2] - 1:17, 2:5
**name** [9] - 18:10, 45:7, 63:22, 68:16, 68:18, 68:19, 69:9, 78:15, 97:12
**names** [2] - 82:23, 82:24
**narcotics** [11] - 13:16, 20:24, 21:2, 43:12, 44:24, 47:24, 71:2, 94:7, 106:11, 106:17, 107:2
**narrow** [1] - 67:14
**nature** [2] - 58:13, 65:22
**near** [1] - 49:17
**nearby** [1] - 50:6
**necessarily** [4] - 10:18, 10:21, 22:13, 54:7
**necessary** [1] - 53:10
**need** [19] - 10:21, 14:15, 18:16, 23:6, 23:13, 23:15, 37:24, 38:1, 38:10, 40:1, 54:10, 55:8, 55:9, 58:22, 74:10, 76:24, 108:8
**needed** [2] - 48:2, 48:20
**needs** [2] - 55:12, 105:24
**negative** [1] - 77:8
**negotiate** [1] - 16:2
**negrito** [1] - 45:10
**neighbor** [1] - 99:8
**neighborhood** [1] - 8:24
**nephew** [3] - 29:23, 29:24, 30:1
**net** [4] - 86:25, 93:21, 94:4, 94:5
**never** [11] - 8:17, 22:25, 24:25, 36:3, 36:4, 43:18, 45:1, 45:3, 49:23, 74:23, 89:20
**new** [1] - 80:9
**next** [19] - 10:9, 11:1, 16:5, 25:6, 26:19, 29:1, 31:24, 32:9, 32:16, 32:20, 63:18, 68:12, 75:20, 91:10, 93:14, 93:15, 100:8, 100:10, 101:9
**nexus** [1] - 101:25
**nice** [1] - 30:12
**nigger** [1] - 42:10
**nighttime** [1] - 31:7
**nine** [3] - 88:13, 104:11, 104:19
**nobody** [1] - 51:14
**none** [1] - 47:7
**normal** [1] - 36:2
**normally** [2] - 74:1, 93:23
**north** [1] - 6:2
**notations** [1] - 80:18
**nothing** [11] - 8:14, 8:18, 24:22, 27:3, 28:11, 32:13, 38:11, 52:9, 67:25, 89:1, 94:23
**notice** [2] - 86:18, 87:9
**nowhere** [2] - 49:17, 98:12
**number** [45] - 7:12, 9:19, 13:2, 14:10, 20:5, 21:20, 22:18, 24:12, 25:6, 40:25, 43:17, 43:18, 50:18, 62:6, 62:7, 67:7, 67:15, 67:17, 67:18, 71:20, 73:6, 77:20, 84:24, 87:9, 87:14, 87:16, 87:17, 87:25, 88:2, 88:5, 88:13, 88:18, 89:4, 89:11, 89:13, 91:9, 91:16, 91:20, 91:21, 91:25, 93:6, 93:11, 93:17
**numbers** [7] - 43:11, 43:14, 44:4, 67:5, 67:6, 67:16, 104:19
**numerous** [2] - 44:20, 47:24

## O

**Oak** [1] - 2:10
**oath** [1] - 61:17
**object** [1] - 60:12
**objection** [28] - 15:21, 25:25, 38:18, 53:15, 54:20, 57:10, 58:3, 58:7, 58:11, 58:14, 59:4, 59:14, 59:21, 60:4, 61:10, 62:2, 62:24, 64:16, 64:25, 66:3, 68:1, 71:3, 75:7, 82:5, 82:22, 83:7, 87:6, 98:16
**observe** [1] - 76:4
**observed** [1] - 52:13
**obviously** [2] - 27:14, 51:9
**occasion** [1] - 7:22
**occasions** [3] - 13:19, 20:20, 47:24
**occur** [2] - 5:6, 52:16
**occurred** [4] - 3:17, 53:1, 53:4, 61:6
**occurs** [1] - 32:16
**October** [3] - 93:3, 105:7, 105:14
**OF** [3] - 1:1, 1:4, 1:12
**offer** [3] - 46:17, 58:18, 101:19
**offered** [2] - 62:6, 62:7
**offering** [1] - 15:10
**officer** [5] - 18:2,

18:21, 35:12, 36:4, 95:14
**officer's** [1] - 96:2
**officers** [8] - 35:18, 36:7, 64:23, 71:15, 73:5, 82:13, 89:14, 95:22
**offices** [1] - 102:18
**often** [3] - 67:17, 69:21, 75:5
**old** [1] - 18:24
**older** [1] - 105:16
**once** [11] - 3:11, 10:20, 21:7, 22:15, 25:14, 45:1, 45:9, 72:17, 74:2, 74:7, 90:23
**one** [64] - 5:19, 5:25, 6:25, 9:16, 10:17, 10:21, 11:11, 12:4, 12:7, 14:7, 17:5, 17:9, 19:3, 19:22, 21:21, 21:22, 22:20, 24:24, 35:5, 36:11, 38:1, 40:23, 43:25, 44:4, 44:11, 46:25, 48:20, 50:21, 51:3, 51:7, 53:8, 57:20, 63:10, 64:22, 70:1, 70:2, 73:19, 74:12, 74:23, 74:25, 75:1, 75:2, 75:3, 75:19, 75:20, 76:1, 76:2, 76:4, 77:23, 79:18, 85:4, 88:12, 88:23, 90:10, 91:2, 92:12, 98:12, 98:18, 103:9, 105:2, 106:12
**one-half** [2] - 50:21, 51:7
**one-tenth** [1] - 51:3
**ones** [3] - 30:12, 31:7, 85:4
**open** [2] - 51:25, 77:21
**operating** [2] - 80:1, 98:10
**operation** [1] - 30:24
**opinion** [2] - 96:5
**order** [5] - 40:22, 41:3, 41:5, 44:5, 48:2
**ordered** [2] - 49:4
**ordering** [1] - 50:15
**organized** [1] - 73:6
**originate** [1] - 65:18
**originating** [1] - 64:10
**ounces** [1] - 104:17
**oven** [1] - 79:7
**overruled** [8] - 57:11, 58:8, 61:11, 62:3, 64:17, 75:8, 83:7, 87:7
**own** [1] - 63:5
**Oya** [1] - 25:10

## P

**p.m** [1] - 108:25
**P.M** [1] - 1:5
**package** [4] - 6:21, 77:22, 88:7, 89:13
**packaged** [3] - 71:21, 72:10, 72:13
**packages** [6] - 72:11, 72:12, 72:19, 72:20, 73:6, 84:20
**packaging** [2] - 72:18, 77:17
**packets** [1] - 47:6
**page** [71] - 5:11, 10:2, 10:3, 10:9, 10:10, 11:1, 11:3, 12:8, 12:15, 14:11, 14:12, 14:24, 15:3, 15:11, 16:5, 20:9, 20:11, 20:13, 21:1, 21:25, 22:23, 24:5, 24:16, 25:10, 26:7, 26:10, 29:20, 36:20, 37:24, 40:22, 41:1, 41:2, 41:7, 53:23, 54:14, 54:16, 54:23, 55:3, 55:14, 55:21, 56:10, 61:2, 62:5, 86:1, 86:4, 88:8, 89:25, 90:2, 90:3, 90:4, 90:10, 90:13, 90:15, 90:17, 90:22, 91:2, 91:3, 91:8, 91:9, 91:11, 92:22, 92:23, 95:8, 96:15, 96:16, 96:20
**PAGE** [1] - 109:2
**pages** [4] - 21:21, 83:16, 87:20, 88:4
**PAGES** [1] - 1:10
**paid** [1] - 34:17
**pair** [1] - 9:10
**paper** [1] - 47:2
**papers** [1] - 15:25
**paperwork** [1] - 9:17
**part** [25] - 7:8, 10:12, 10:22, 12:19, 19:17, 21:20, 27:24, 28:7, 29:10, 40:22, 42:19, 43:10, 43:22, 52:15, 73:2, 73:3, 79:11, 89:19, 94:15, 105:13, 105:16, 105:19, 106:13, 107:9, 107:11
**participants** [1] - 58:24
**participate** [1] - 64:9
**participated** [1] - 52:6
**participation** [1] - 34:17
**particular** [18] - 7:22, 20:21, 22:21, 56:24, 65:6, 65:7, 72:7, 73:1, 74:4, 75:1, 75:2, 75:16, 75:25, 76:25, 86:21, 86:22, 87:12, 88:12
**pass** [1] - 73:25
**passenger** [2] - 3:15, 3:22
**past** [2] - 18:17, 39:20
**Patron** [5] - 24:7, 24:8, 24:10, 25:11, 25:14
**PAUL** [1] - 1:21
**pause** [1] - 8:11
**pay** [2] - 16:11, 26:11
**peaks** [1] - 76:13
**pedestrian** [1] - 57:21
**people** [10] - 18:25, 24:1, 43:11, 43:15, 45:16, 50:5, 54:24, 57:17, 59:2, 73:10
**per** [1] - 88:22
**percent** [1] - 43:17
**Perez** [3] - 18:6, 18:9, 103:5
**PEREZ** [1] - 106:20
**perform** [1] - 75:18
**performing** [2] - 43:15, 79:25
**perhaps** [2] - 100:20, 103:2
**perks** [3] - 12:23, 12:24, 13:25
**permission** [3] - 65:8, 83:20, 83:22
**person** [16] - 3:24, 13:15, 19:21, 20:12, 20:16, 20:17, 20:18, 47:23, 54:3, 57:25, 58:2, 59:19, 67:17, 107:1, 108:13
**person's** [1] - 58:6
**personal** [1] - 63:5
**perspective** [1] - 73:22
**pertains** [4] - 9:20, 71:2, 83:3, 105:2
**pharmaceutical** [1] - 70:18
**PHILIP** [1] - 1:23
**phone** [23] - 24:1, 31:9, 31:23, 37:22, 40:3, 40:16, 41:22, 43:11, 43:14, 43:17, 43:18, 44:4, 47:20, 57:8, 57:13, 62:6, 62:7, 64:10, 64:14, 65:4, 67:2, 67:16, 102:4
**physical** [1] - 69:17
**physically** [2] - 74:7, 77:16
**picked** [2] - 46:22, 57:13
**picture** [1] - 47:15
**piderit** [1] - 110:7
**PIDERIT** [1] - 2:9
**piece** [2] - 47:2, 51:11
**pieces** [1] - 88:13
**pills** [1] - 89:4
**pimp** [3] - 28:4, 28:11, 28:19
**pin** [8] - 67:5, 67:6, 67:7, 67:15, 67:16, 67:17
**place** [9] - 4:3, 7:19, 8:13, 25:7, 57:1, 64:14, 73:9, 83:24, 93:7
**placed** [2] - 44:5, 81:18
**places** [1] - 21:17
**placing** [4] - 40:21, 41:3, 41:5, 84:5
**Plaintiff** [1] - 1:5
**plant** [4] - 78:7, 78:8, 78:10, 78:11
**plastic** [1] - 80:10
**play** [1] - 7:14
**playing** [13] - 3:12, 3:19, 4:9, 4:12, 4:20, 4:25, 5:9, 5:18, 8:2, 8:8, 27:22, 30:1, 108:5
**plus** [1] - 78:15
**PM** [7] - 3:2, 3:4, 38:23, 39:9, 39:10, 40:10, 99:19
**pocket** [1] - 46:14
**point** [21] - 3:14, 3:21, 4:14, 5:5, 5:17, 10:17, 11:15, 20:9, 23:3, 23:25, 37:21, 50:4, 53:13, 54:18, 55:25, 56:4, 57:5, 76:23, 77:12, 102:8, 103:8
**points** [1] - 99:23
**Police** [5] - 30:16, 30:21, 69:10, 87:16, 93:6
**police** [4] - 50:6, 59:1, 59:20, 93:8
**Ponce** [1] - 1:19
**PORTELA** [1] - 1:7
**Portela** [2] - 100:13, 102:1
**portion** [1] - 82:15
**portray** [1] - 27:17
**position** [1] - 70:8
**positive** [4] - 75:25, 78:12, 78:19, 88:17
**positives** [1] - 77:4
**possesses** [1] - 63:9
**possession** [8] - 56:23, 62:22, 103:11, 103:13, 103:24, 103:25, 104:1, 104:6
**possibility** [1] - 89:15
**possible** [2] - 39:16, 102:12
**powder** [3] - 47:11, 97:16, 97:20
**powdered** [3] - 47:7, 97:6, 104:16
**practice** [1] - 81:7
**practices** [1] - 102:3
**predicate** [2] - 100:1, 101:14
**preferable** [1] - 101:20
**preliminary** [1] - 75:19
**prepare** [2] - 80:10, 100:8
**presence** [6] - 75:17, 75:24, 76:9, 78:18, 98:8, 98:9
**present** [3] - 13:11, 53:14, 69:18
**press** [1] - 37:18
**presume** [1] - 36:9
**pretty** [1] - 102:25
**previous** [1] - 26:18
**previously** [2] - 23:16, 33:14
**price** [3] - 17:16, 17:17, 17:19
**primarily** [1] - 97:20
**prints** [2] - 80:24, 101:18
**prison** [1] - 66:22
**private** [1] - 25:3
**problem** [2] - 13:12, 74:1
**procedures** [12] - 70:12, 71:8, 74:19, 74:21, 75:15, 77:11, 78:2, 79:2, 79:22, 79:23, 80:1, 98:11
**proceed** [6] - 11:5, 71:23, 76:9, 77:23, 81:13, 85:19

DAILY COPY

**proceeded** [2] - 76:1, 78:13
**PROCEEDINGS** [1] - 1:12
**Proceedings** [1] - 3:2
**proceedings** [2] - 108:24, 110:3
**process** [6] - 71:24, 72:15, 73:2, 73:3, 77:15, 78:6
**produce** [4] - 23:15, 26:23, 64:22, 66:10
**produced** [2] - 64:19, 65:24
**produces** [2] - 64:23, 76:12
**production** [2] - 64:10, 65:4
**Professional** [1] - 110:8
**proffers** [1] - 71:1
**profit** [2] - 16:12, 16:15
**prone** [1] - 68:25
**Property** [1] - 95:18
**property** [8] - 71:17, 71:18, 71:20, 73:12, 82:12, 95:11, 95:22, 96:2
**prosecuted** [1] - 87:1
**Prosecutor** [1] - 34:4
**protecting** [1] - 36:8
**protection** [1] - 35:19
**protocols** [1] - 70:12
**provide** [6] - 22:10, 56:5, 56:7, 87:4, 93:25
**provided** [2] - 24:25, 49:5
**providing** [2] - 35:19, 96:13
**publish** [1] - 3:11
**pulling** [1] - 4:24
**purchase** [8] - 5:17, 33:20, 42:23, 43:12, 55:21, 55:23, 56:15, 62:18
**purchased** [6] - 3:18, 9:2, 12:5, 32:13, 32:17, 47:23
**purchases** [1] - 107:24
**purchasing** [4] - 9:1, 20:24, 62:17, 62:20
**purpose** [1] - 9:23
**purposes** [4] - 85:11, 85:14, 94:2, 104:8
**put** [13] - 7:24, 16:15, 29:15, 41:17, 41:18, 47:9, 61:16, 80:9, 93:1, 95:17, 96:23, 97:8, 106:11
**putting** [2] - 16:15, 107:10

## Q

**qualifications** [1] - 101:6
**quantity** [1] - 104:23
**questions** [18] - 6:23, 43:1, 43:3, 51:19, 51:22, 56:10, 56:13, 63:14, 76:17, 85:22, 85:25, 88:11, 92:14, 98:20, 98:22, 98:24, 99:1, 101:9
**quick** [3] - 10:13, 11:6, 102:25
**quickly** [1] - 68:24
**quid** [1] - 104:8

## R

**ran** [2] - 53:3, 53:6
**randomly** [1] - 71:17
**rather** [2] - 39:19, 101:21
**RDR** [1] - 2:9
**re** [2] - 55:8, 55:14
**re-recite** [1] - 55:8
**re-recite..** [1] - 55:14
**reach** [1] - 23:24
**read** [7] - 16:20, 16:21, 37:14, 48:15, 53:20, 93:10, 101:20
**ready** [8] - 5:14, 29:7, 40:19, 40:20, 42:5, 42:6, 80:8, 90:20
**reagent** [3] - 75:22, 78:15, 78:17
**reagents** [3] - 74:10, 76:4, 78:16
**real** [1] - 27:22
**really** [2] - 39:23, 67:19
**Realtime** [1] - 110:9
**reason** [9] - 13:14, 21:19, 48:23, 86:21, 88:21, 92:3, 96:23, 97:1, 99:11
**receipt** [10] - 71:17, 71:18, 71:20, 72:1, 73:12, 77:20, 82:12, 95:11, 95:22, 96:3
**Receipt** [1] - 95:18
**receive** [5] - 17:9, 42:23, 70:11, 72:11, 72:15
**received** [6] - 14:8, 45:3, 66:14, 72:10, 72:19, 82:18
**receives** [1] - 72:17
**recently** [1] - 82:18
**reception** [1] - 73:4
**Recessed** [1] - 39:9
**recipient** [1] - 72:18
**recite** [1] - 55:8
**recite..** [1] - 55:14
**recognize** [5] - 33:15, 61:24, 76:5, 81:19, 84:18
**recognized** [2] - 71:5, 104:6
**recollection** [1] - 33:18
**record** [6] - 7:11, 30:17, 63:23, 68:17, 84:5, 110:3
**recorded** [3] - 19:13, 19:14, 19:22
**recording** [4] - 21:24, 30:8, 36:17, 64:14
**recordings** [3] - 25:3, 65:15, 65:21
**records** [2] - 67:8, 67:9
**redact** [3] - 82:23, 106:3, 106:23
**redacted** [3] - 101:21, 105:24, 107:12
**redirect** [5] - 25:24, 39:4, 39:13, 51:23, 99:2
**REDIRECT** [2] - 52:2, 109:8
**reference** [11] - 5:6, 10:6, 11:11, 11:12, 12:8, 12:19, 23:12, 38:12, 54:19, 55:9, 74:3
**referenced** [4] - 53:9, 54:16, 57:3, 57:16
**referencing** [1] - 10:6
**referred** [2] - 5:24, 45:9
**referring** [4] - 5:16, 12:15, 52:18, 61:13
**refers** [2] - 3:10, 10:20
**refresh** [1] - 55:12
**regard** [8] - 13:7, 59:17, 60:7, 62:16, 65:3, 99:24, 104:22, 107:17
**regarding** [18] - 4:5, 22:18, 24:21, 42:17, 44:23, 52:5, 55:4, 55:20, 56:13, 56:14, 61:13, 63:4, 63:7, 67:2, 100:13, 102:1, 107:24, 108:1
**regards** [7] - 13:15, 22:6, 26:15, 67:5, 92:20, 93:17, 94:2
**Registered** [1] - 110:8
**regular** [1] - 81:7
**Rehabilitations** [1] - 64:8
**relate** [1] - 86:11
**relation** [4] - 74:14, 80:19, 80:25, 103:7
**relative** [2] - 78:3, 107:4
**relaxing** [1] - 99:15
**release** [2] - 17:6, 17:7
**released** [1] - 17:8
**relevance** [2] - 62:2, 98:16
**rely** [1] - 87:17
**remain** [1] - 80:3
**remaining** [3] - 87:20, 99:12, 105:10
**remains** [1] - 106:21
**remember** [8] - 31:5, 32:20, 33:25, 35:6, 56:17, 57:18, 99:15, 104:10
**remind** [1] - 99:6
**reminder** [1] - 99:12
**remove** [1] - 94:6
**repeat** [1] - 100:21
**repeated** [1] - 99:11
**repeating** [2] - 13:20, 41:18
**replay** [1] - 55:8
**report** [31] - 33:2, 33:16, 33:21, 51:9, 80:24, 80:25, 81:2, 81:3, 82:13, 82:15, 82:16, 86:3, 86:13, 86:22, 88:4, 88:6, 88:20, 89:25, 90:21, 91:13, 92:4, 92:21, 93:3, 93:11, 96:1, 101:4, 105:24, 106:2, 106:3, 106:23
**reported** [1] - 94:4
**REPORTED** [1] - 2:9
**Reporter** [3] - 110:8, 110:8, 110:9
**Reporting** [1] - 2:9
**reporting** [3] - 86:24, 88:23, 88:25
**reports** [30] - 80:13, 80:16, 80:19, 81:8, 81:23, 81:24, 82:11, 82:17, 82:19, 82:25, 83:4, 83:6, 84:3, 85:23, 85:24, 87:18, 87:21, 88:10, 90:10, 90:12, 90:13, 90:15, 94:4, 94:14, 94:15, 98:12, 104:15, 104:22
**request** [8] - 50:23, 65:6, 65:7, 66:10, 67:1, 67:15, 71:13, 108:19
**requested** [9] - 67:3, 67:4, 73:8, 81:25, 84:2, 84:14, 87:4, 92:1, 93:25
**requesting** [1] - 49:2
**requests** [2] - 65:5, 67:4
**require** [1] - 86:24
**required** [2] - 98:10, 101:14
**respect** [7] - 77:1, 78:2, 79:22, 87:3, 87:5, 87:20, 100:4
**responded** [1] - 104:18
**response** [3] - 10:24, 17:1, 41:14
**responsibilities** [2] - 69:16, 72:5
**rest** [1] - 10:10
**result** [5] - 78:12, 78:13, 78:19, 86:12, 89:8
**Results** [2] - 86:8, 96:8
**results** [11] - 73:21, 80:9, 80:12, 80:15, 80:18, 80:21, 80:22, 81:25, 96:1, 96:11, 96:13
**resume** [1] - 40:12
**Resumed** [1] - 39:10
**resumed** [1] - 3:2
**resurfaced** [1] - 26:14
**retires** [2] - 38:23, 99:19
**retrieve** [8] - 71:19, 71:23, 73:8, 73:13, 73:17, 74:5, 77:21, 104:22
**retrieved** [1] - 46:19
**returning** [1] - 108:3
**returns** [2] - 3:4, 40:10
**review** [3] - 41:21, 48:10
**reviewed** [3] - 56:21, 82:9, 108:2
**reviews** [3] - 38:8, 81:20, 84:16
**revolver** [1] - 63:10
**reweigh** [1] - 87:4
**Ribbas** [1] - 102:2

**rock** [6] - 46:8, 46:15, 47:15, 48:2, 48:20, 49:13
**rocks** [21] - 10:20, 20:15, 45:22, 45:24, 46:1, 46:4, 46:19, 46:22, 46:25, 47:3, 49:8, 50:16, 50:18, 50:19, 50:25, 51:5, 51:11, 75:17, 104:12, 104:16, 104:19
**RODOLFO** [1] - 1:7
**Rodriguez** [72] - 3:15, 3:18, 4:1, 4:24, 5:12, 9:21, 9:24, 10:2, 10:9, 11:1, 11:5, 11:16, 12:5, 12:7, 12:11, 12:14, 12:20, 13:5, 13:9, 13:16, 13:19, 14:2, 22:20, 22:24, 22:25, 23:4, 23:9, 23:20, 24:14, 24:16, 24:23, 24:25, 25:4, 31:13, 32:17, 33:21, 34:9, 45:9, 47:15, 47:22, 47:23, 48:23, 48:25, 49:1, 49:2, 49:16, 49:20, 49:21, 50:1, 50:8, 50:9, 50:13, 54:16, 54:18, 54:23, 55:1, 55:3, 55:20, 55:22, 56:1, 56:3, 57:23, 59:2, 59:4, 59:6, 59:7, 59:8, 59:13, 59:17, 61:12, 102:10
**role** [7] - 22:12, 27:10, 27:22, 27:24, 28:7, 30:1, 65:3
**room** [1] - 74:17
**Ross** [3] - 18:8, 18:9, 18:11
**roughly** [1] - 17:25
**RUBIO** [4] - 2:4, 51:22, 68:5, 99:1
**Rubio** [4] - 39:6, 51:21, 68:4, 98:25
**rule** [1] - 100:4
**rummage** [1] - 47:10
**run** [3] - 25:16, 63:12, 72:25
**running** [2] - 27:21, 61:13
**runs** [1] - 46:10

**S**

**safely** [1] - 35:15
**safer** [1] - 28:19
**safety** [4] - 28:9, 28:12, 35:12, 36:8
**sale** [3] - 12:21, 14:21, 55:1
**sales** [1] - 31:15
**salt** [1] - 97:16
**salts** [1] - 79:1
**sample** [5] - 76:3, 76:12, 78:18, 79:10, 89:16
**samples** [2] - 79:8, 98:8
**sanitization** [1] - 74:18
**saw** [1] - 46:21
**Sayuri** [3] - 68:14, 68:18, 69:9
**SAYURI** [3] - 68:15, 68:18, 109:12
**scene** [2] - 34:24, 60:21
**schedule** [3] - 88:23, 88:25, 89:1
**Science** [2] - 70:5, 70:6
**Sciences** [1] - 69:11
**screen** [5] - 3:11, 4:14, 34:4, 91:3, 95:9
**sealed** [7] - 72:11, 72:20, 73:6, 77:17, 80:9, 84:22
**seals** [1] - 84:23
**search** [1] - 25:21
**seat** [2] - 4:15, 4:18
**seated** [2] - 3:5, 40:11
**second** [13] - 4:11, 7:10, 9:16, 11:2, 19:3, 24:17, 25:2, 27:1, 42:7, 49:7, 76:1, 77:5, 107:6
**secretary** [1] - 95:24
**section** [2] - 73:7, 86:8
**securing** [1] - 56:11
**security** [1] - 74:18
**see** [46] - 3:14, 4:14, 4:22, 8:4, 8:12, 10:13, 11:2, 11:7, 17:2, 19:7, 22:13, 22:14, 25:21, 29:20, 29:23, 30:4, 30:8, 30:12, 31:12, 32:6, 32:14, 36:11, 36:18, 36:22, 46:10, 47:5, 50:25, 54:15, 75:23, 76:5, 76:6, 76:7, 78:11, 78:16, 81:14, 86:9, 87:9, 89:12, 89:14, 90:5, 91:13, 95:12, 98:3, 99:18, 107:7, 108:23
**seeing** [1] - 57:18
**seeking** [1] - 104:5
**seized** [2] - 106:17, 106:24
**seizure** [2] - 93:7, 93:17
**seizures** [1] - 104:14
**sell** [5] - 12:25, 44:15, 46:14, 63:6, 63:10
**selling** [3] - 12:23, 14:1, 37:22
**sells** [1] - 67:17
**sending** [2] - 23:6, 23:8
**sent** [1] - 82:20
**sentence** [2] - 15:3, 34:20
**separate** [1] - 47:11
**separated** [2] - 79:8, 79:10
**separately** [2] - 77:24, 79:10
**separating** [1] - 77:22
**Sergeant** [3] - 63:19, 66:8, 66:10
**SERGEANT** [2] - 63:21, 109:9
**sergeant** [2] - 64:7, 65:11
**Service** [1] - 97:18
**services** [2] - 30:24, 31:1
**Services** [3] - 2:9, 69:10, 70:9
**serving** [1] - 45:16
**SESSION** [1] - 1:5
**set** [1] - 9:3
**Seven** [1] - 100:25
**seven** [1] - 100:25
**several** [4] - 10:19, 13:18, 57:16, 83:24
**shake** [1] - 5:3
**shape** [1] - 102:16
**sheet** [1] - 101:20
**shift** [2] - 26:18, 61:14
**shifts** [2] - 61:9, 61:13
**ship** [2] - 22:9, 22:16
**shirt** [4] - 4:23, 34:5, 34:13, 49:18
**shock** [1] - 100:11
**Shores** [1] - 2:5
**short** [2] - 6:2, 39:14
**shorter** [1] - 101:6
**shortly** [1] - 48:22
**shot** [1] - 30:13
**show** [5] - 45:15, 85:4, 92:25, 108:1, 108:2
**showed** [2] - 44:9, 52:7
**showing** [3] - 33:14, 65:11, 90:2
**shown** [4] - 85:11, 92:6, 92:8, 106:2
**shows** [1] - 45:9
**side** [3] - 3:16, 3:22, 5:8
**signature** [1] - 84:22
**similar** [1] - 104:13
**simple** [1] - 104:6
**single** [2] - 35:4, 35:9
**sit** [2] - 34:3, 68:22
**sitting** [1] - 75:1
**situation** [1] - 27:23
**six** [5] - 50:19, 51:5, 93:11, 101:1, 101:2
**sixth** [1] - 92:21
**slacking** [1] - 13:13
**small** [2] - 76:3, 104:11
**smoother** [1] - 9:17
**smuggler** [1] - 27:15
**smuggling** [1] - 27:20
**Snow** [1] - 100:24
**sober** [1] - 101:7
**sod** [1] - 46:2
**soda** [3] - 97:21, 97:22, 98:9
**soft** [1] - 68:21
**sold** [2] - 51:11, 63:10
**someone** [6] - 8:25, 11:12, 16:11, 27:17, 27:20, 54:9
**sometimes** [3] - 67:18, 75:2, 81:5
**somewhat** [1] - 27:19
**son** [1] - 99:8
**soon** [3] - 18:19, 70:8, 84:20
**sorry** [8] - 61:21, 76:6, 80:15, 84:9, 84:11, 90:11, 94:21, 106:14
**sounds** [1] - 102:16
**south** [1] - 5:8
**South** [1] - 1:24
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 11:10
**southwest** [1] - 11:13
**speaking** [4] - 12:7, 48:25, 50:12, 79:15
**speaks** [1] - 48:16
**SPECIAL** [1] - 106:20
**Special** [1] - 103:4
**special** [1] - 70:3
**specific** [16] - 29:6, 42:17, 70:8, 76:2, 76:5, 76:6, 76:8, 76:12, 78:9, 78:11, 86:19, 86:22, 86:25, 87:5, 90:5, 98:6
**specifically** [6] - 14:15, 24:21, 40:17, 67:4, 72:4, 81:24
**spectrometer** [3] - 76:11, 79:5, 79:6
**spell** [2] - 63:23, 68:16
**spent** [1] - 82:18
**spoken** [1] - 68:21
**spot** [1] - 75:21
**stand** [1] - 51:24
**standard** [3] - 79:23, 80:1, 98:10
**standards** [1] - 76:15
**standing** [3] - 4:23, 44:11, 57:20
**Stankiowitz** [1] - 102:2
**start** [6] - 39:24, 40:18, 77:22, 87:25, 93:14, 102:13
**starts** [1] - 6:16
**stashes** [1] - 60:25
**state** [4] - 63:22, 68:16, 89:2, 98:15
**State** [9] - 70:23, 86:24, 88:23, 93:21, 93:23, 96:13, 97:1, 97:4, 97:5
**statement** [5] - 58:6, 58:18, 60:15, 60:18, 99:25
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**States** [4] - 63:19, 66:14, 67:1, 68:14
**stays** [1] - 50:8
**steal** [1] - 55:1
**step** [7] - 63:16, 68:10, 76:18, 77:5, 77:14, 81:2
**stepping** [2] - 4:15, 4:18
**steps** [3] - 76:17, 76:22, 77:17
**sticker** [1] - 88:2
**sticking** [1] - 77:11
**still** [9] - 20:11, 21:20, 31:8, 38:10, 48:1, 49:5, 76:24, 77:8, 103:21
**stipulate** [1] - 101:6
**stipulation** [2] - 101:18, 101:20
**Stockade** [1] - 66:23
**stop** [4] - 37:21, 47:22, 60:11, 76:22
**store** [1] - 73:9

DAILY COPY

**stored** [3] - 71:19, 72:21, 76:15
**strategy** [1] - 43:10
**Street** [4] - 1:17, 1:22, 2:2, 2:5
**street** [6] - 42:20, 48:5, 48:12, 61:15, 61:24, 78:23
**streets** [4] - 23:18, 42:16, 78:25, 89:14
**strike** [4] - 60:14, 72:24, 74:2, 87:2
**subject** [4] - 52:14, 58:6, 58:10, 58:12
**submitted** [9] - 69:22, 71:15, 72:20, 73:16, 86:6, 86:16, 86:23, 95:15, 95:23
**submitting** [2] - 96:2, 96:5
**subpoena** [1] - 108:18
**subsequently** [1] - 87:4
**substance** [4] - 88:24, 89:1, 89:15, 97:25
**substances** [3] - 71:11, 72:9, 79:7
**substantially** [1] - 65:21
**suggest** [2] - 41:24, 67:19
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**sunglasses** [1] - 34:6
**super** [1] - 11:6
**supervises** [1] - 66:20
**supplied** [1] - 59:12
**supplier** [6] - 3:22, 3:25, 10:17, 10:18, 10:22
**supplies** [2] - 54:3, 54:9
**supposedly** [1] - 24:23
**surrounding** [1] - 60:22
**surveillance** [1] - 35:12
**suspect** [1] - 105:15
**suspected** [8] - 52:18, 75:12, 75:17, 77:12, 77:25, 88:13, 88:18, 89:4
**sustained** [9] - 54:21, 58:4, 59:5, 59:15, 59:22, 60:5, 62:25, 65:1, 98:17
**swale** [1] - 46:20
**sworn** [2] - 63:21, 68:15
**SWORN....................** ..... [1] - 109:9
**SWORN....................** ........... [1] - 109:12
**synthesis** [1] - 98:2
**system** [6] - 66:20, 66:23, 67:16, 80:23, 95:25
**systems** [1] - 64:13

## T

**T-shirt** [1] - 49:18
**tab** [29] - 3:9, 7:1, 7:3, 7:8, 9:19, 12:3, 13:2, 14:10, 20:5, 21:20, 22:18, 24:12, 25:6, 26:7, 29:5, 31:24, 36:10, 36:12, 40:17, 40:25, 42:4, 53:10, 54:14, 56:9, 57:15, 62:5
**tack** [1] - 16:12
**tail** [1] - 59:10
**Tampa** [2] - 22:14, 28:1
**tampered** [2] - 71:22, 73:14
**TAMRA** [1] - 2:9
**Tamra** [1] - 110:7
**tape** [2] - 16:20, 40:5
**tapes** [1] - 55:7
**taping** [1] - 30:5
**target** [11] - 5:7, 5:24, 35:9, 36:24, 37:10, 52:17, 52:24, 57:21, 60:22, 60:23, 61:8
**Target** [1] - 5:12
**targets** [1] - 28:8
**tasked** [1] - 72:4
**tax** [5] - 16:6, 16:14, 16:15
**tech** [4] - 30:16, 30:24, 31:1
**telephone** [5] - 19:21, 20:10, 20:11, 36:15, 36:17
**televisions** [1] - 22:16
**ten** [1] - 70:1
**tender** [2] - 6:3, 92:15
**tenth** [1] - 51:3
**tenths** [1] - 91:17
**term** [1] - 97:9
**terms** [1] - 78:23
**terrible** [1] - 99:16
**test** [20] - 75:11, 75:21, 76:18, 76:21, 77:6, 77:7, 77:9, 78:9, 78:12, 78:14, 78:16, 79:4, 80:18, 81:25, 89:11, 89:12, 93:20
**tested** [6] - 77:1, 80:7, 85:12, 86:23, 88:16, 101:3
**testified** [14] - 10:16, 14:17, 16:14, 17:21, 18:5, 21:10, 42:16, 43:21, 66:11, 70:19, 70:22, 70:23, 105:18, 105:23
**testify** [2] - 34:3, 100:12
**testifying** [4] - 6:15, 25:25, 61:25, 102:3
**testimony** [8] - 5:7, 5:23, 8:17, 13:4, 28:20, 34:3, 99:14, 99:24
**testing** [8] - 75:10, 76:24, 78:2, 79:2, 80:3, 88:22, 89:7, 96:9
**tests** [10] - 75:15, 75:18, 77:2, 79:16, 79:25, 80:6, 80:12, 80:20, 81:1, 83:11
**text** [7] - 19:15, 19:16, 19:20, 44:20, 44:23, 45:1, 45:3
**texts** [1] - 19:25
**TGK** [1] - 66:23
**THE** [171] - 1:12, 1:15, 1:19, 3:3, 3:5, 4:6, 5:20, 6:5, 6:8, 6:10, 8:1, 11:20, 11:22, 15:4, 15:5, 15:7, 15:22, 26:2, 26:5, 27:2, 27:5, 28:24, 29:17, 31:20, 33:8, 33:12, 38:20, 38:24, 39:1, 39:3, 39:4, 39:11, 39:13, 39:17, 39:21, 40:4, 40:8, 40:11, 43:2, 43:4, 51:20, 51:23, 52:1, 53:16, 53:20, 54:21, 55:5, 55:7, 55:12, 55:16, 57:11, 58:4, 58:8, 58:10, 58:12, 58:16, 58:20, 58:22, 59:5, 59:8, 59:15, 59:22, 60:5, 60:14, 60:17, 61:11, 61:19, 61:21, 61:22, 62:3, 62:25, 63:16, 63:18, 63:22, 63:24, 64:17, 65:1, 65:9, 66:3, 66:5, 67:8, 67:12, 67:19, 67:22, 68:2, 68:4, 68:6, 68:10, 68:12, 68:16, 68:18, 68:20, 68:22, 68:23, 71:3, 71:5, 75:8, 81:11, 81:13, 82:7, 82:16, 82:21, 83:1, 83:5, 83:7, 83:12, 83:16, 83:22, 84:7, 85:2, 85:6, 85:9, 85:13, 85:17, 85:20, 87:7, 92:13, 92:16, 93:1, 94:25, 98:17, 98:19, 98:21, 98:23, 98:25, 99:2, 99:4, 99:20, 99:22, 100:5, 100:10, 100:15, 100:17, 100:20, 100:24, 101:2, 101:7, 101:16, 101:24, 102:7, 102:12, 102:18, 102:23, 103:1, 103:6, 103:10, 103:14, 103:23, 104:3, 104:10, 104:13, 104:21, 105:1, 105:4, 105:9, 105:12, 105:14, 105:22, 106:8, 106:11, 106:15, 106:24, 107:2, 107:6, 107:11, 107:16, 107:22, 108:10, 108:12, 108:17, 108:22
**thereafter** [1] - 26:24
**Thereupon** [1] - 108:24
**thinking** [1] - 102:13
**third** [1] - 77:9
**thirties** [1] - 19:1
**thousands** [1] - 76:14
**threaten** [3] - 56:4, 56:7, 62:8
**three** [16] - 22:8, 22:15, 23:17, 38:10, 39:19, 46:4, 48:12, 50:2, 56:23, 63:9, 67:18, 75:18, 76:17, 76:22, 79:16, 87:12
**three-way** [1] - 67:18
**throughout** [3] - 22:13, 62:10, 63:11
**ticking** [1] - 101:8
**tied** [1] - 105:22
**today** [5] - 5:23, 37:24, 39:22, 40:1, 95:1
**together** [5] - 34:1, 48:19, 50:2, 104:20
**tomorrow** [9] - 5:13, 99:15, 99:18, 100:24, 101:10, 102:20, 104:24, 107:15, 108:23
**tonight** [1] - 104:21
**took** [4] - 13:14, 82:23, 90:12, 93:7
**top** [10] - 11:2, 16:15, 19:9, 22:2, 25:22, 33:2, 35:6, 55:3, 84:22, 95:21
**topic** [1] - 58:12
**total** [4] - 50:18, 65:22, 84:25, 101:11
**totally** [1] - 97:24
**toward** [2] - 10:11, 34:9
**towards** [5] - 7:16, 10:2, 10:11, 22:23, 25:10
**town** [1] - 11:13
**toy** [10] - 14:15, 14:16, 14:17, 23:5, 38:6, 38:15, 41:14, 41:15, 42:10
**Toys** [1] - 24:23
**toys** [7] - 21:3, 24:18, 24:22, 26:8, 26:11, 41:8, 41:11
**track** [3] - 7:11, 15:5, 24:3
**traded** [1] - 67:16
**traffic** [1] - 99:16
**trafficker** [1] - 22:12
**trafficking** [5] - 89:2, 93:24, 97:2, 102:3, 105:23
**training** [5] - 50:24, 70:3, 70:8, 70:11, 97:19
**transacted** [1] - 52:19
**transaction** [37] - 4:3, 4:5, 4:8, 5:23, 5:25, 7:16, 7:17, 7:19, 8:13, 9:7, 9:21, 9:23, 12:20, 13:15, 21:2, 31:22, 32:16, 43:24, 43:25, 50:19, 52:6, 52:16, 52:18, 53:1, 53:4, 54:15, 54:19, 57:15, 57:19, 58:25, 59:3, 59:10, 60:22, 61:6, 105:23, 106:13
**transactions** [10] - 5:22, 5:25, 6:1, 33:23, 43:21, 44:3, 53:9, 55:4, 55:13, 58:25
**transcriber** [1] - 41:18
**TRANSCRIPT** [1] -

1:12
**transcript** [21] - 5:12, 6:21, 10:2, 17:11, 20:6, 20:8, 21:25, 24:5, 25:7, 33:1, 48:13, 48:14, 51:25, 54:13, 54:18, 55:3, 56:9, 56:22, 57:4, 61:2, 110:2
**transcripts** [5] - 6:25, 19:25, 37:15, 41:21, 55:7
**travel** [1] - 11:19
**TRIAL** [1] - 1:12
**trouble** [1] - 10:12
**true** [4] - 28:2, 28:4, 38:15, 97:11
**trust** [3] - 28:8, 28:9, 102:18
**truth** [1] - 27:24
**try** [7] - 36:12, 37:18, 39:15, 43:10, 46:7, 47:14, 55:1
**trying** [4] - 24:6, 49:6, 67:14, 67:19
**turn** [8] - 3:9, 4:4, 14:22, 21:2, 53:10, 56:9, 61:2, 91:1
**turning** [1] - 62:5
**twenties** [3] - 18:24, 19:1, 46:5
**Twitter** [1] - 99:10
**two** [20] - 5:25, 6:1, 20:20, 22:8, 31:6, 35:5, 39:25, 40:6, 40:16, 46:23, 76:22, 78:11, 82:19, 84:11, 101:9, 101:25, 106:1, 106:5, 106:12, 106:22
**type** [9] - 23:19, 27:21, 28:22, 47:9, 65:24, 73:7, 75:20, 98:2, 98:6
**types** [3] - 18:2, 75:18, 78:11
**typically** [11] - 47:5, 71:13, 72:10, 73:15, 74:25, 79:17, 80:19, 80:25, 81:5, 89:19, 95:16

## U

**U-M-P-I-E-R-R-E-Z** [1] - 68:19
**UC** [2] - 17:23, 42:7
**ultimately** [1] - 47:22
**um-hm** [2] - 23:23, 89:24
**Umpierrez** [14] - 68:14, 68:18, 69:9, 69:11, 71:8, 72:1, 73:15, 79:15, 80:12, 81:18, 83:24, 85:22, 92:20, 97:11
**UMPIERREZ** [2] - 68:15, 109:12
**Under** [1] - 95:19
**under** [13] - 36:21, 46:2, 61:17, 76:5, 87:1, 88:7, 89:13, 95:18, 97:1, 97:8, 98:15, 100:3, 103:21
**Undercover** [2] - 16:22, 17:13
**undercover** [18] - 4:16, 4:18, 6:17, 7:6, 14:7, 17:22, 17:23, 18:2, 18:21, 21:15, 27:10, 28:7, 36:4, 36:17, 42:7, 42:20, 43:16, 61:16
**unfamiliar** [2] - 37:1, 37:7
**unidentified** [2] - 12:8, 12:10
**unintelligible)** [1] - 17:1
**unit** [1] - 30:16
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**United** [4] - 63:19, 66:14, 67:1, 68:13
**units** [1] - 35:12
**University** [2] - 70:6, 70:7
**unknown** [1] - 48:23
**unredacted** [1] - 82:17
**up** [36] - 3:11, 4:24, 10:6, 18:20, 20:20, 21:7, 23:5, 23:24, 24:6, 25:10, 25:24, 26:8, 26:20, 40:5, 40:22, 41:2, 42:2, 42:14, 44:9, 44:12, 44:14, 45:10, 45:15, 46:22, 51:14, 54:24, 57:13, 59:11, 61:9, 95:1, 95:8, 100:6, 100:17, 103:20, 107:23
**upset** [4] - 13:4, 13:9, 60:8, 60:9
**uses** [1] - 76:11
**utilizing** [1] - 30:24
**utterance** [2] - 60:13, 100:3
**uttered** [1] - 53:14

## V

**valleys** [1] - 76:13
**varies** [1] - 73:18
**various** [2] - 35:12, 44:21
**vary** [1] - 79:24
**vault** [11] - 71:18, 71:23, 72:23, 72:25, 73:1, 73:9, 73:10, 73:11, 74:4, 74:14, 80:11
**vehicle** [4] - 3:16, 4:16, 4:19, 8:10
**Velez** [6] - 100:9, 100:12, 100:18, 102:6, 102:8, 102:20
**Veloz** [9] - 6:13, 9:15, 9:19, 14:12, 17:13, 17:21, 22:2, 27:8, 43:8
**VELOZ** [1] - 109:3
**verdict** [1] - 99:14
**version** [1] - 20:23
**via** [1] - 99:10
**video** [15] - 3:12, 3:19, 4:9, 7:9, 8:4, 19:13, 20:7, 21:11, 30:6, 46:10, 48:10, 48:16, 48:17, 52:7, 59:24
**Video** [7] - 4:12, 4:20, 4:25, 5:9, 5:18, 8:2, 8:8
**videos** [12] - 19:25, 30:4, 30:7, 31:5, 32:2, 32:22, 40:3, 107:23, 108:1, 108:2, 108:5
**voir** [3] - 66:4, 67:9, 67:25
**VOIR** [2] - 66:6, 109:11
**volunteer** [1] - 45:17
**VÁZQUEZ** [78] - 1:15, 3:8, 3:13, 3:20, 4:7, 4:10, 4:13, 4:21, 5:1, 5:10, 5:19, 5:21, 6:3, 15:21, 25:25, 33:9, 38:18, 39:15, 40:2, 51:24, 52:3, 53:24, 54:22, 55:11, 55:15, 55:18, 58:5, 58:18, 58:21, 58:23, 59:6, 59:9, 59:16, 59:23, 60:6, 60:13, 60:20, 62:4, 63:2, 63:14, 63:19, 64:3, 65:2, 65:8, 65:10, 66:1, 100:2, 100:9, 100:11, 100:16, 100:19, 100:23, 101:1, 101:12, 101:17, 101:25, 102:8, 102:11, 102:22, 102:24, 103:2, 103:12, 103:18, 103:25, 104:4, 104:11, 104:18, 104:25, 105:11, 105:15, 106:14, 106:16, 107:1, 107:7, 107:23, 108:11, 108:15, 108:20
**VÁZQUEZ..........** [1] - 109:4
**VÁZQUEZ................** [1] - 109:8
**VÁZQUEZ.................** [1] - 109:10
**Vázquez** [12] - 3:6, 25:23, 39:4, 39:13, 51:23, 53:18, 53:21, 53:23, 58:22, 60:19, 99:24, 104:21

## W

**waistband** [1] - 5:5
**wait** [4] - 38:20, 45:18, 49:7, 75:22
**waiting** [2] - 4:2, 54:25
**walked** [3] - 44:14, 51:14, 57:21
**walking** [2] - 47:16, 74:15
**walks** [2] - 50:4, 50:6
**wants** [3] - 12:21, 12:25, 106:3
**warning** [3] - 57:25, 58:2, 99:11
**warns** [1] - 50:5
**weapon** [1] - 5:17
**wear** [2] - 74:22
**wearing** [1] - 30:8
**week** [3] - 12:4, 22:8, 102:15
**weekend** [1] - 24:24
**weeks** [2] - 39:19, 81:3
**weigh** [1] - 77:12
**weighed** [2] - 90:5, 93:20
**weighing** [1] - 77:24
**weight** [15] - 50:21, 84:25, 86:18, 86:25, 87:5, 93:21, 93:22, 93:23, 93:25, 94:1, 94:3, 94:5, 96:20, 96:23, 97:1
**weights** [1] - 94:4
**welcome** [1] - 69:4
**West** [2] - 1:22, 66:24
**Weston** [1] - 2:10
**whatsoever** [1] - 25:18
**whence** [1] - 107:3
**whereby** [1] - 24:17
**white** [3] - 30:4, 30:7, 31:7
**White** [1] - 100:24
**whole** [1] - 12:1
**wife** [1] - 99:7
**WILLIAMS** [1] - 1:12
**willing** [2] - 63:9, 101:5
**wish** [1] - 108:17
**wishes** [1] - 100:7
**withdrew** [1] - 100:2
**witness** [22] - 6:3, 27:4, 38:18, 39:1, 40:2, 53:22, 55:12, 63:15, 63:17, 63:18, 67:22, 68:12, 71:1, 81:10, 83:21, 84:6, 85:11, 92:15, 94:24, 100:8, 106:2, 108:9
**WITNESS** [7] - 15:5, 39:3, 61:21, 63:24, 68:18, 68:22, 109:2
**Witness** [5] - 22:1, 38:8, 68:11, 81:20, 84:16
**witnesses** [4] - 83:11, 101:10, 101:15, 108:1
**word** [6] - 16:6, 38:6, 38:15, 53:14, 53:25, 54:2
**words** [9] - 28:1, 35:14, 38:3, 38:14, 39:6, 54:5, 66:17, 82:12, 95:24
**works** [1] - 73:14
**worksheet** [1] - 80:17
**workstation** [2] - 74:14, 74:18
**worth** [5] - 9:25, 11:25, 49:4, 49:5, 49:8

## X

**Xanax** [3] - 88:18, 88:21, 89:1

## Y

**year** [1] - 93:14
**years** [6] - 17:25,

18:24, 35:21, 36:4, 69:20, 97:18
**yelled** [1] - 48:22
**yellow** [1] - 88:2
**yesterday** [1] - 82:10
**young** [1] - 18:24
**yourself** [7] - 27:17, 49:1, 53:20, 69:6, 70:11, 73:22, 101:4

**Z**

**zero** [1] - 26:3
**zippier** [1] - 83:9