DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 14-20017-CR-KMW

**UNITED STATES OF AMERICA,** February 25, 2015

Plaintiff, **DAY 12**
**P.M. SESSION**

-v-

**MAURIN CHACON,** MIAMI, FLORIDA
**RODOLFO PORTELA,**
**CHRISTOPHER ALTAMIRANO,**
**JAMES DIXON,**
**JAY ANTHONY FLORES,**

Defendants. PAGES: 1-85

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:
**IGNACIO J. VÁZQUEZ, AUSA**
**ILHAM HOSSEINI, AUSA**
**MARK DISPOTO, AUSA**
99 N.E. Fourth Street
Miami, FL 33132

FOR THE DEFENDANTS:
**MANUEL GONZALEZ, JR., ESQUIRE**
2000 Ponce De Leon Boulevard
Suite 614
Coral Gables, FL 33134

**PAUL M. KORCHIN, AFPD**
150 West Flagler Street
Miami, FL 33130

**PHILIP R. HOROWITZ, ESQUIRE**
9130 South Dadeland Boulevard
Suite 1910
Miami, FL 33156

APPEARANCES CONTINUED:

**DAVID A. DONET, JR., ESQUIRE**
3250 Mary Street
Suite 406
Coconut Grove, FL 33133

**HERMAN F. RUBIO, JR., ESQUIRE**
1107 N.E. 104th Street
Miami Shores, FL 33138

REPORTED BY:

TAMRA K. PIDERIT, FPR, RDR, CRR
Janoca Reporting Services, Inc.
681 Live Oak Lane
Weston, Florida 33327

P R O C E E D I N G S

(Proceedings resumed at 1:30 PM.)

THE COURT: We are all accounted for, yes? Very good.

(Jury returns at 1:31 PM.)

THE COURT: All right. Everyone be seated.

Do we have our agent who can return?

Mr. Vázquez, you may continue.

**SPECIAL AGENT CHRISTOPHER MAY, resumed**

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Agent, I believe the last question that I asked you is if you knew what a dub was?**

A. Yes, sir.

**Q. What is that?**

A. Street slang for a 20, either $20 or 20 pieces of rock cocaine.

**Q. In the field of narcotics distribution and related activities, have you heard the phrase "fire"?**

A. Normally referring to firearms or shooting.

**Q. Have you heard "fire" in the terms of a narcotic?**

A. Not that I recall at this time.

**Q. Have you heard the phrase "on deck"?**

A. Yes.

**Q. What does it mean to have something "on deck"?**

A. Normally they refer to something being on deck as being

supplied with a current amount of narcotics ready for sale. Somebody may say so-and-so is on deck. That means that person is available to sell narcotics. They actually possess narcotics at the time.

**Q. How -- in your experience, how does someone communicate, what vehicles, what avenues would a drug distributor use to communicate that they are "on deck"?**

A. Either in my experience through numerous wire intercepts, through audio telephone call, or maybe text message.

**Q. Do you know what the phrase "push" means?**

A. Yes, sir.

**Q. What is that?**

A. Reference to a high-grade marijuana. A type of marijuana, just better quality than normal.

**Q. Do you know what the phrase "Molly" means?**

A. Yes, sir.

**Q. And what is that?**

A. It's a slang for MDMA, which is a derivative of Ecstasy where they continuously kind of change the -- the formula for how they make it changes, so just in general terms the term for MDMA or the Ecstasy is the street term Molly.

**Q. Now, in terms of Molly, MDMA, are there different variations, chemical variations of that drug?**

A. Correct. It's constantly changing the chemical makeup of the drug.

**Q. And do you know where those drugs originate from?**
A. As far as Molly, I do not.
**Q. Do you -- in the context of narcotics distribution, are you familiar with the phrase "I'm posted naked" or "being naked" while distributing narcotics?**
A. Naked?
**Q. Yes.**
A. No, sir, not naked.
**Q. Do you know what a "plug" is?**
A. Yes.
**Q. What is a plug?**
A. A plug is referred to someone who is, like, their connection. Somebody -- whoever their connection is. It could be a source of supply of narcotics, somebody will refer to that person as their plug, kind of like their "in" to obtain narcotics.
**Q. Do you know what the phrase "slab" means?**
A. I'm sorry?
**Q. "Slab" or "slabs"?**
A. "Slab"?
**Q. "Slab" or "slabs"?**
A. I don't know, sir.
**Q. Do you know what it means to be "strapped"?**
A. To be "strapped"?
**Q. "Strapped."**

A. Yes, sir. That would pertain to somebody possessing a firearm on them being strapped.

**Q. Are you familiar with the practice of naming contraband or firearms other names, other objects, like an apple or someone --**

MR. DONET: Objection; leading.

THE COURT: Sustained.

**BY MR. VÁZQUEZ:**

**Q. How are contraband or firearms described during these communication that we have listened to?**

A. Based on my experience, each group or maybe each individual trap it could be different things. They could name them -- I have seen variations of names that can mean anything. Each group one may say something is an apple, and the other one calls it, you know, a horse. There is no telling.

So that's when you do wire intercepts and things, one of the hardest things to figure out initially is you have to figure out what that slang is, what the references are, and try to see which -- if that group is using a certain word, and try to decipher the meaning of that slang word in terms of how they are using it.

**Q. What does the phrase "trap" mean?**

A. "Trap" is a reference to a retail location. They call them trap houses. Once again, they are not the wholesale storage location, they are not maybe where the source supply comes from. It's a retail location where narcotics are sold, smaller

amounts, open-air drug market, purchase small amounts of narcotics and leave.

**Q. Agent, what has been your role with regard to this investigation that you are testifying on today?**

A. Absolutely nothing.

**Q. Were you part of the investigation in any way?**

A. No, sir.

MR. VÁZQUEZ: I tender the witness.

THE COURT: Cross examination?

MR. GONZALEZ: Your Honor, no questions.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: No questions, Your Honor.

THE COURT: Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: I just have a few questions, Your Honor.

**CROSS EXAMINATION**

**BY MR. DONET:**

**Q. Agent Mayo, I believe it was your testimony that these drug trafficking organizations it's a coordinated operation, correct?**

A. I believe I spoke about how some locations -- how locations can work either where some people get together, and some it's normally a known -- maybe a certain location may be a known selling point for certain individuals.

**Q. All right. And these organizations money goes up the chain**

**of command, correct?**

A. Most of the time you would definitely see maybe someone in charge or something. Because somebody, the source of supply or the person that's going to distribute the narcotics is obviously going to get paid. Eventually the money where the narcotics are being sold from, that money is eventually going to be -- if they use that money to replace their narcotics, that's what they use that money for, obviously it's going to go up the chain a little bit, correct.

**Q. I believe your testimony was in these drug trafficking organizations, money gets paid from the sellers to a lieutenant, and it works its way up this chain of command, correct?**

A. Most of the time, yes, sir. I also testified that sometimes people working at the same location may have different sources of supply, so they may keep their money to themselves.

**Q. All right. Now, some geographic locations are just hot spots for drug activity, correct?**

A. Yes, sir, I would agree with that.

**Q. You would agree it's similar to prostitution? There is some areas -- you worked vice squad in Wilmington?**

A. Yes, sir.

**Q. Prostitution, there are some areas where prostitutes hang out, correct?**

A. Yes, sir, I would agree with that.

**Q. And those prostitutes don't necessarily are coordinated,**

**they are not organized, they just that's where they go, correct?**

A. I have actually interviewed numerous during my days as a detective --

**Q. Could you please answer my question and then explain your answer?**

MR. VÁZQUEZ: Objection.

THE COURT: Gentlemen, we are way over new to this. You ask a question and then Mr. Vázquez objects and then I rule.

MR. DONET: Yes, Judge. I apologize.

THE COURT: And your objection, Mr. Vázquez?

MR. VÁZQUEZ: Allow the witness to complete his answer.

THE COURT: I believe it required a yes or no and then you could explain. So if we can read back the question.

*(Question read.)

THE WITNESS: No.

**BY MR. DONET:**

**Q. Explain your answer.**

A. I would state that by interviewing prostitutes as a detective, they also have maybe certain areas that they are responsible for, like certain corners, certain sections of a block where that's known to be their working area.

So they may not be working in conjunction with the next, say, prostitute down, but it's a known fact that that person is running a part of that block or that corner. So they do know that they are working in conjunction with each other not

to impede on each other's territory.

**Q. I see. But the prostitutes themselves don't share profits? They are not working as part of an organization, correct?**

A. Once again I would say no.

**Q. Well, you would agree that that happens in narcotics dealings as well, correct?**

A. I would say that, back to the previous question, that I can't state that prostitutes aren't working under an organization, that maybe several prostitutes don't have the same john that they are both paying fees to. So they could be an organization.

**Q. That's your speculation at this point, correct?**

A. No, sir.

**Q. Now, you talked about firearms, that some groups have assault rifles and AK-47s, correct?**

A. Correct.

**Q. Those are more expensive firearms than small firearms, old revolvers and such, correct?**

A. Typically.

**Q. And that's for -- usually you see that in more profitable organizations, organizations that are making lots of money and have lots of narcotics, correct?**

A. I would disagree with that.

**Q. You spoke about stamps, and I believe one of the exhibits had some ninja stamps that you testified to?**

A. Classic dragon, yes, sir.

**Q. Those stamps, that's the way of advertising the drug organization, correct?**

A. In some instances it is, and in some it doesn't matter.

**Q. Okay.**

MR. DONET: No further questions.

THE COURT: All right. Mr. Rubio?

MR. RUBIO: No questions, Your Honor.

THE COURT: Quick redirect, Mr. Vázquez.

**REDIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Agent Mayo, with regard to Mr. Donet's question about drug organizations, does every street-level drug organization have a centralized flow of money?**

A. No, sir, I would not say so.

**Q. Have you investigated street-level drug organizations that do not have a centralized money flow?**

A. Yes.

**Q. Where money flows are not centralized, how do these individuals work together to accomplish the goal of conspiracy?**

MR. DONET: Objection; calls for a legal conclusion as well as leading.

THE COURT: Rephrase your question, Mr. Vázquez.

**BY MR. VÁZQUEZ:**

**Q. In the decentralized narcotics organizations that you were**

**talking to Mr. Donet about, how do the actors work together?**

A. As I stated earlier, in a section of Overtown, certain people may come together and sell narcotics at a certain location --

MR. DONET: Objection as to relevance in Overtown.

THE COURT: Overruled.

Without -- just based on your experience, how would that paradigm, that model work?

THE WITNESS: People may bring their own narcotics to a certain location to sell it, maybe not -- working together, then they are each selling individual their narcotics there. They may not have the same source of supply, and they may not share their money or they may.

**BY MR. VÁZQUEZ:**

**Q. How do they help each other?**

A. If one runs out of narcotics, they may borrow some from somebody else. Somebody may want to leave for an hour or two and ask somebody else to sell their narcotics for them. It just depends on the location and how they come about working together.

MR. VÁZQUEZ: One moment.

Your Honor, I have no further questions for this witness at this time.

THE COURT: Agent Mayo, you may step down. Thank you.

(Witness excused.)

MR. VÁZQUEZ: Your Honor, we have a short witness that we are trying to put on now. Mr. Dispoto is on his way back.

THE COURT: All right. Let's take 5 minutes.

(Jury retires at 1:46 PM.)

(Recessed at 1:46 PM.)

(Resumed at 1:55 PM.)

THE COURT: We have our witness?

MR. DISPOTO: Yes, Your Honor.

(Jury returns at 1:56 PM.)

THE COURT: Everyone be seated.

Mr. Dispoto, call your next witness.

MR. DISPOTO: Thank you. The Government at this time calls Ms. Caroline Milanes.

**CAROLINE MILANES, sworn**

THE COURTROOM DEPUTY: Would you please be seated. Please state your full name for the record, and please spell your full name.

THE WITNESS: My name is Caroline Milanes, last name M-I-L-A-N-E-S.

**DIRECT EXAMINATION**

**BY MR. DISPOTO:**

**Q. Ms. Milanes, good afternoon and welcome.**

A. Thank you.

**Q. Ma'am, where are you currently employed?**

A. I work at the Miami-Dade Police Department crime lab.

**Q. What do you do at the crime lab?**
A. I'm a criminalist.
**Q. As a criminalist, do your duties include analyzing items to determine whether they are controlled substances?**
A. Yes, it does.
**Q. How long have you worked in that capacity?**
A. I have worked as a criminalist for 16 years.
**Q. And generally can you tell the ladies and gentlemen of the jury your educational, employment, and training backgrounds?**
A. I have a Bachelor's in Science degree in chemistry from Florida International University; that's the extent of my degree. My training began at the crime lab. It was about 3 to 4 months of training before being able to do casework.
From the beginning to now I have had training in narcotics identification and investigation, courtroom procedures, expert witness testimony, leadership and ethics, and GC mass spec troubleshooting and maintenance.
**Q. Have you ever testified in a court of law as an expert in the field of chemistry as it relates to analyzing controlled substances?**
A. Yes.
**Q. Approximately how many times?**
A. About 40 times.
**Q. And would that be here both in Federal as well as State Court?**

A. Yes.

MR. DISPOTO: At this time the Government proffers this witness as an expert in the field of chemistry as it relates to analyzing controlled substances.

MR. GONZALEZ: No objection.

MR. HOROWITZ: No objection.

THE COURT: Ms. Milanes will be recognized as an expert.

MR. DISPOTO: Your Honor, may I approach the witness?

THE COURT: You may.

**BY MR. DISPOTO:**

**Q. Ms. Milanes, I'm going to place in front of you several items, and I'm going to ask you to look at them and tell me if you were asked to analyze these items to determine whether they were controlled substances.**

A. Okay.

**Q. For the record, Government Exhibit 30, 116, 134, 209A, and 103. Did you analyze this evidence?**

A. Yes, I did.

**Q. How is it that you recognize from the packaging that these are items that you analyzed?**

A. From the packaging I can tell these I analyzed because everything that is written in blue is made by me. This is my signature. My signature is on all the heat seals, the item numbers, and there is also the case number is written on the

property.

**Q. After you were finished with your analysis, did you document your findings in a report?**

A. Yes.

**Q. Let me show you what's been previously marked as Government Exhibit 343. Do you recognize those documents?**

A. Yes, I do.

**Q. What are they?**

A. They are replicas of the reports that I made for each package.

**Q. And these reports accurately document the results of your tests?**

A. Yes.

MR. DISPOTO: At this time I offer Government's 343 into evidence.

MR. HOROWITZ: No objection.

THE COURT: Government's, is it 3 -- what is the number?

MR. DISPOTO: 343.

THE COURT: -- 343 is admitted into evidence.

(Evidence marked as Government's Exhibit 343 admitted into evidence)

MR. DISPOTO: May I have access to the Elmo, Your Honor?

THE COURT: Yes.

**BY MR. DISPOTO:**

**Q. Ms. Milanes, did you follow all of the standard operating and testing procedures when analyzing these items of evidence?**

A. Yes, I did.

**Q. I would like to ask you some questions about some of these reports as well as the exhibits that are in front of you. Let's first start with Exhibit 30, which should be to your far left. Can you tell us which page of Government Exhibit 343 is the report that corresponds to Government Exhibit 30?**

A. It is page 1.

MR. DISPOTO: One moment, Your Honor.

THE COURT: Yes.

**BY MR. DISPOTO:**

**Q. And is that the page that I'm placing on the screen in front of you?**

A. Yes.

**Q. Now, I see here on this first page, the first item was a Ziploc bag containing suspected cocaine residue. Do you see that?**

A. Yes, I do.

**Q. And you indicated on this report that that item was not analyzed?**

A. Correct.

**Q. Is there a reason why that item was not analyzed?**

A. There were two items that said they had suspected cocaine

residue, so I just chose item 3 to analyze.
**Q. And that item 3 tested positive for cocaine residue, correct?**
A. Yes.
**Q. Now, with respect to item 2, your report indicates cannabis less than 20 grams?**
A. Correct.
**Q. Were you asked with respect to this item at a subsequent date to weigh the cannabis for a more precise determination?**
A. I don't believe I was, no.
**Q. Let's go to Government Exhibit 116. Can you tell us which page of the report corresponds to that item?**
A. That is page 2.
**Q. And is that the report dated December 27, 2013?**
A. Yes.
**Q. Moving to Government Exhibit 134, which page of this composite exhibit corresponds to that item?**
A. It's page 3.
**Q. That would be the report dated February 5, 2014?**
A. Correct.
**Q. Next, Government Exhibit 209.**
A. That belongs with page 4.
**Q. And that would be your report dated May 16th of 2014, correct?**
A. Correct.

**Q. That leaves us with Exhibit 103. Does that report correspond to the final page, page 5?**

A. Yes.

**Q. Thank you, very much.**

MR. DISPOTO: Your Honor, that's all I have.

THE COURT: Mr. Gonzalez, cross?

MR. GONZALEZ: Yes, Your Honor.

**CROSS EXAMINATION**

**BY MR. GONZALEZ:**

**Q. Good afternoon, Ms. Milanes.**

A. Good afternoon.

**Q. I'm going to ask you a couple of questions regarding number 343 in evidence. I'm going to ask that you go to page 2.**

A. Okay.

**Q. That's the report dated December 27, 2013, correct?**

A. Correct.

**Q. And the weight with regards to this exhibit, and this correlates with 116 of Government's in evidence, is that .3 grams?**

A. Yes.

**Q. Now, back on the first page, when you indicated cocaine residue, would that be less than .1?**

A. Residue, yes, that would be less than .1.

**Q. Residue would basically be like a little trace of the drug, of the cocaine?**

A. Correct.
**Q. So it would be even less than .1 grams, correct?**
A. Well, residue we never take a weight for residue. We can't.
**Q. You can't weigh it?**
A. No.
**Q. Because it's too little?**
A. Correct.
**Q. All right. Can you -- well, let me just backtrack one second. On number 2 that's part of Government's 343, the Miami-Dade Police Department case number, the case number is right there (indicating), correct?**
A. Yes.
**Q. And the date would be 2013, December 13th. That's the date that is connected with this cocaine base of .3 grams; is that correct?**
A. Well, that's the case number that's given to that specific piece of evidence, 13 -- 2013, December 13th, yes.
**Q. Okay. Thank you.**
**Now, if you can go to page 4 of Exhibit 343, the weight is 1.3 grams; is that correct?**
A. Yes.
**Q. And the date, at least for purposes of the Miami-Dade Police Department case number, would be 2014, May 2nd; is that correct?**
A. Correct.
MR. GONZALEZ: Thank you, Your Honor. No further

questions.

THE COURT: Mr. Horowitz?

MR. HOROWITZ: Thank you, Your Honor.

**CROSS EXAMINATION**

**BY MR. HOROWITZ:**

**Q. Good afternoon, Ms. Milanes. How are you?**

A. Fine, thank you.

**Q. Ms. Milanes, I want to ask you just a few questions, if I may, regarding the first page of your Government's Exhibit 343, which is your reports. Okay?**

**That was -- there were three items that were submitted to you?**

A. Correct.

**Q. Items -- two of the three items were items that the officer or the submitting officer believed may contain cocaine residue, correct?**

A. Correct.

**Q. Now, you can weigh cocaine residue, can you?**

A. We don't.

**Q. If the residue is not consumed by the testing that you do, correct?**

A. If there is a Ziploc bag with residue that's visible, we can scrape off a little bit of that residue and still have residue left behind in case it needs to be further tested.

**Q. You have enough to test and enough to weigh, correct?**

A. No, not weigh.

**Q. Now, the Ziploc bag containing the residue, that wasn't tested at all, was it?**

A. No, it was not.

**Q. But there was an item, item number 3, that was tested that was what was more commonly referred to as drug paraphernalia, was it not?**

A. Correct.

**Q. What was tested in item number 3 was a pipe. Do you have that in front of you?**

A. Yes.

MR. HOROWITZ: May I approach, Your Honor?

THE COURT: Yes.

**BY MR. HOROWITZ:**

**Q. The item that we are talking about is in a clear plastic tube with a bright reddish orange stopper, correct?**

A. Correct.

**Q. That's what's more commonly referred to as a crack pipe, correct?**

A. Correct.

**Q. And this -- and according to your report and the case number for the Miami-Dade Police Department, it was seized on May 28, 2013, correct?**

A. Yes. Yes.

MR. HOROWITZ: No further questions. Thank you, Your

Honor.

THE COURT: Mr. Korchin?

MR. KORCHIN: No questions, Your Honor.

THE COURT: Mr. Donet?

MR. DONET: No questions, Your Honor.

THE COURT: Mr. Rubio?

MR. RUBIO: No questions.

THE COURT: Any redirect?

MR. DISPOTO: No, Your Honor.

THE COURT: Thank you, you may step down.

(Witness excused.)

THE COURT: Government, call your next witness.

MR. VÁZQUEZ: The United States calls Rosniel Perez.

**ROSNIEL PEREZ, sworn**

THE COURTROOM DEPUTY: Thank you. Would you please be seated. Please state your full name for the record and please spell your full name.

THE WITNESS: Rosniel Perez, R-O-S-N-I-E-L, last name P-E-R-E-Z.

**DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Sir, how are you currently employed?**

A. I'm a special agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**Q. How long have you been employed with the ATF?**

A. Approximately 4½ years.

**Q. Prior to serving with the ATF, have you had any other law enforcement experience?**

A. Yes. I worked for approximately 10 years with the U.S. Customs and Border Protection.

**Q. And what assignments did you hold with Customs and Border Protection?**

A. I was a supervisory officer.

**Q. Where were you assigned?**

A. Miami airport.

**Q. In your capacity at the airport, did you come in contact with contraband?**

A. Yes, very often.

**Q. What type of contraband?**

A. Narcotics mainly.

**Q. Did you ever come in contact with firearms?**

A. Yes.

**Q. Since joining the ATF, what assignments have you held?**

A. Investigation of violent crimes involving firearms, narcotics.

**Q. And where have you served as an ATF agent?**

A. In the Miami field division, which encompasses Miami-Dade County.

**Q. Agent, in the course of your assignment with the ATF, did you become involved in an investigation of individuals**

**associated with the acronym BMT?**

A. Yes, I did.

**Q. And in the course of that investigation, did you meet any individual defendants?**

A. Yes, I did.

**Q. How did your role in the investigation begin?**

A. I received information regarding the arrest of a defendant by the name of Rodolfo Portela.

**Q. And do you see that person in court today?**

A. Yes, I do.

**Q. Could you identify him by an article of clothing?**

A. He would be the third person sitting from my left with a white shirt and gray tie -- or I'm sorry, kind of a -- yeah, white, I guess, with a gray tie.

MR. VÁZQUEZ: Let the record reflect the witness has identified the defendant.

THE COURT: All right.

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you what's been marked for identification as Government's 3. Do you recognize it?**

A. I do.

**Q. What is it?**

A. A photograph of Rodolfo Portela.

MR. VÁZQUEZ: Your Honor, at this time I would offer Government's 3 into evidence.

THE COURT: Any objection?

MR. KORCHIN: No objection.

THE COURT: Government's 3 is admitted.

(Document marked as Government's Exhibit 3 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. What was the nature of your involvement with regard to that investigation initially involving Defendant Portela?**

A. I started investigating Mr. Portela in reference to a firearm possession that occurred on July 26th of 2013.

**Q. In the course of that investigation, did you participate in the collection of DNA?**

MR. KORCHIN: Objection; leading.

THE COURT: Overruled.

A. Yes, I did.

**Q. And how did you go about securing authorization to get DNA?**

A. I requested a search warrant from a judge, and it was subsequently granted to me, and then I went and executed the search warrant at the Dade County Jail.

**Q. And who did you go with to secure the DNA?**

A. With Detective Bernat in the City of Miami Police.

**Q. What happened when you attempted to secure the DNA?**

A. I confronted Mr. Portela with the search warrant requesting his sample of DNA, and Mr. Portela was surprised by the fact that a federal agency had come to see him. He stated that he

wanted to talk to me about his case.

**Q. Now, were you there to conduct an interview with Mr. Portela?**

A. No, I wasn't.

**Q. In response to Mr. Portela's desire to speak with you, what did you do in this situation?**

A. I provided Mr. Portela with a waiver of rights, with the Miranda, better known as the Miranda waiver. I explained it to him, I had him read it out loud to make sure that he understood what he was reading, I had him initial each of the lines, and he waived the presence of an attorney, and he gave me a statement.

**Q. Did Mr. Portela speak with you?**

A. He did.

**Q. Were you present for Detective Bernat's testimony earlier about the statement?**

A. Yes.

**Q. I'm not going to belabor the point. We don't have to go through the statement again.**

**You were present for that statement?**

A. I was.

**Q. During the firearm investigation that you were involved in, did you become involved with at some point in time a narcotics investigation in this case?**

A. I did.

**Q. And how did that happen?**

A. As part of the investigation into Portela, I received information that he was part of a group --

MR. KORCHIN: Objection; hearsay, Your Honor.

THE COURT: Yes. Sustained.

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of your investigation, did you review jailhouse phone calls from Defendant Portela?**

A. I did.

**Q. And in the course of the jailhouse phone calls, did you identify the existence of associates of Mr. Portela?**

A. I did.

**Q. Did you investigate those associates with the City of Miami?**

A. I did.

**Q. As part of that investigation, did you participate in undercover drug purchases involving the associates?**

MR. HOROWITZ: Objection; leading.

THE COURT: Overruled.

A. Yes, I did.

**Q. Throughout this case you have been present, correct?**

A. Yes, sir.

**Q. Now, you have been the only witness that has been present?**

MR. HOROWITZ: Objection, Your Honor.

THE COURT: Yes, that is actually leading. Sustained.

**BY MR. VÁZQUEZ:**

**Q. What is a case agent?**

A. Case agent is the lead investigator in a case.

**Q. And how is a case agent, from your experience, different from any other witnesses with regard to the trial?**

A. A case agent is the only one that gets to sit and take custody of the evidence and actually sit through the trial itself.

**Q. Were you present while the jury heard about confidential informant drug purchases and undercover drug purchases?**

A. I was.

**Q. Were you present as part of the team conducting those undercover purchases?**

A. I was.

**Q. And what was your role?**

A. I was -- I was one of the -- normally when we deploy a confidential informant, there is more than one person present to make sure that there is a witness to when the confidential informant is --

MR. HOROWITZ: Objection, Your Honor. Nonresponsive to the question as to what his role was.

THE COURT: Well, I think he is putting it in context.

So a little context, Agent, but what was your role?

THE WITNESS: Yes, Your Honor.

THE COURT: Okay.

A. I was present for the deployment of the confidential informant on every occasion.

**Q. Were you a party to the undercover drug purchases also?**
A. Yes.
**Q. And what was your role with regard to the undercover drug purchases?**
A. I would monitor the transmission coming from the confidential informant.
**Q. During your monitoring of the confidential informant or your participation in the undercover drug purchases, at any point in time was either the confidential informant or the undercover agent intercepted by a third party?**
A. No.
**Q. Were you listening to the deployment of both?**
A. Yes.
**Q. Were any third parties allowed to approach the confidential informant or undercover and randomly sell them drugs?**
MR. HOROWITZ: Objection.
THE COURT: Yes, sustained.
**BY MR. VÁZQUEZ:**
**Q. Were any additional drug transactions -- did any additional drug transactions occur other than those that involved the defendants?**
A. No.
**Q. Or the targets involved in the investigation?**
A. No.
**Q. Agent, I want to draw your attention to May 2, 2014. Do you**

**recall that date?**

A. Yes, I do.

**Q. Do you recall participating in an operation involving drug purchases from Defendants Altamirano and Chacon?**

A. Yes, I do.

**Q. Do you see Defendants Altamirano and Chacon in court today?**

A. I do.

**Q. Could you identify them by an article of clothing?**

A. May I stand?

THE COURT: Yes.

A. Mr. Chacon is sitting on the far right with the light green shirt and a black tie. Mr. Altamirano is wearing glasses, and he is sitting to his left with a purple shirt.

**Q. Agent, on May 2nd of 2014, what was your role specifically to that operation?**

A. I was involved in the monitoring of the confidential informant.

**Q. After the drug transactions -- were you present when Detective Veloz testified about the drug transactions involving Chacon and Altamirano?**

MR. HOROWITZ: Objection.

A. I was.

THE COURT: Grounds?

MR. HOROWITZ: As to whether he was present. Leading.

THE COURT: Well, yeah. He was. He has been here the

whole time.

You have been here the whole time?

THE WITNESS: Yes, ma'am.

THE COURT: So let's just go to the events.

**BY MR. VÁZQUEZ:**

**Q. After the undercover drug purchases on May 2, 2014, what happened on that operation?**

A. We approached the 428 N.W. 11th Avenue location and made contact with several of the defendants, and we had some interaction with them. As we were doing that, we started searching for narcotics, and we found narcotics buried just south of the location.

MR. VÁZQUEZ: Permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you what's been marked for identification as Government's 349. Do you recognize it?**

A. I do.

**Q. What is it?**

A. It is narcotics that were found on May 2, 2014, on the patch of new sod just south of the location of 428 N.W. 11th Avenue.

**Q. How close was that sod area that's been described to the target location that's been described throughout this case?**

A. It's very close. On February 6th on the video you can see one of the defendants actually go to that location and retrieve

narcotics from there.

**Q. Who is that that you are referring to?**

A. Angel Martinez.

**Q. Agent, is Government's 349 in the same or substantially same condition as when it was retrieved on May 20, 2014?**

A. It is.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 349 into evidence.

THE COURT: Any objection?

MR. HOROWITZ: No, Your Honor.

THE COURT: Government's 349 is admitted.

(Evidence marked as Government's Exhibit 349 admitted into evidence)

MR. VÁZQUEZ: Permission to publish?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you Government's 349. Do you recognize it?**

A. I do.

**Q. What do you see here?**

A. Crack cocaine.

**Q. What do you see here?**

A. Marijuana.

**Q. Agent, are you able to see the material around the marijuana?**

A. Plastic Ziploc.

**Q. Are you able to see the different kinds of plastic?**

A. I do. Small baggies of independently wrapped marijuana.

**Q. Is there a larger bag?**

A. Yes.

**Q. Agent, during the investigation, did you also participate in the collection of evidence at the time of some of the arrests?**

A. I did.

**Q. Following the arrest of Jay Anthony Flores, was evidence impounded and collected?**

A. It was.

MR. RUBIO: Judge, I renew my objection.

THE COURT: Overruled.

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you Government's 350. Do you recognize it?**

A. I do.

**Q. What is it?**

A. It is narcotics recovered from Mr. Flores when he was arrested on October 7th.

**Q. Are these items in the same or substantially same condition as at the time of Mr. Flores's arrest?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 350 into evidence.

THE COURT: Government's 350 is admitted over objection.

(Evidence marked as Government's Exhibit 350 admitted into evidence)

MR. VÁZQUEZ: Permission to publish?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you what's been admitted into evidence as Government's 350. Do you recognize it?**

A. I do.

**Q. What do you see here?**

A. A baggie of marijuana.

**Q. And what do you see in here?**

A. Several bags of marijuana.

**Q. What is this matter, material here?**

A. It's plastic wrap or a bag.

**Q. Agent, through the course of your examination or investigation involving Mr. Portela and the associates that you identified through jailhouse phone calls, did you examine social media?**

A. I did.

**Q. Were you able to examine items that were publicly available on social media?**

A. I did.

MR. VÁZQUEZ: Your Honor, permission to approach?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you what has been identified as Government's 88. Do you recognize it?**

A. I do.

**Q. And what is it?**

A. It is a video of Christian Ramirez and Defendant Chacon in front of 428 N.W. 11th Avenue.

**Q. And when did you first see this video?**

A. Sometime in 2014. I can't remember exactly the time. It was probably somewhere midyear.

**Q. In the course of the investigation, did you preserve this video for purposes of bringing it to court?**

A. Yes, I did.

**Q. And is the video contained in Government's 88 a fair and accurate representation of what you saw publicly posted on the Facebook website?**

A. It is.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 88 into evidence.

THE COURT: Any objection?

MR. GONZALEZ: No objection.

THE COURT: Government's 88 is admitted.

(Evidence marked as Government's Exhibit 88 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Agent I'm showing you Government's 90. Do you recognize it?**

A. I do.

**Q. And what is it?**

A. It is a video recovered from Mr. Portela's Facebook where Mr. Portela and Mr. Chacon are out on the street.

**Q. Is the video contained in Government's 90 a fair and accurate representation of what you saw publicly posted on the Facebook website?**

A. It is.

MR. VÁZQUEZ: Your Honor, at this time I would move Government's 90 into evidence.

MR. HOROWITZ: No objection, Your Honor.

THE COURT: Government's 90 is admitted.

(Evidence marked as Government's Exhibit 90 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Agent, I'm showing you what's been marked as Government's 91. Do you recognize it?**

A. I do.

**Q. And what is it?**

A. It is a video of Mr. Portela with a firearm recovered from Mr. Moises -- I'm sorry, with Mr. Chacon and a firearm recovered from Moises Pineer, Facebook.

**Q. Do you know if that individual has a street name?**

A. P-Lo.

**Q. And is Government's 91 a fair and accurate representation of what you saw publicly posted on the website Instagram?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I move Government's 91 into evidence.

THE COURT: Any objection?

MR. KORCHIN: No, Your Honor.

THE COURT: Government's 91 is admitted.

(Evidence marked as Government's Exhibit 91 admitted into evidence)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of the investigation, did you participate in the preparation of transcripts?**

A. I did.

**Q. Did you participate in the preparation of jailhouse transcripts and transcripts for evidence recovered from social media?**

A. Yes.

**Q. And do those -- do those transcripts fairly and accurately document what is said on the exhibits?**

A. Yes.

MR. VÁZQUEZ: Your Honor, at this time I would ask permission to catalog the exhibits, what we are seeking to admit from the calls and publish them.

THE COURT: Are you offering an exhibit into evidence, or do you wish the witness to review it and then are you offering it? And if so, which number? I know they are listed here -- which numbers are we speaking of?

MR. VÁZQUEZ: Your Honor, I have the binder. I can list all the binders that relate to all the jailhouse transcripts and social media transcripts all together.

THE COURT: Ladies and Gentlemen, I'm going to ask you -- this is -- I think it would be easier if we organize this a little first. I'm going to ask you to step out for a few minutes, let us organize, and I will bring you on back.

(Jury retires at 2:35 PM.)

THE COURT: Everyone may be seated.

So now we are at the phone conversations; is that right?

MR. VÁZQUEZ: I am not going to play them right now, but I was just going to preemptively so we are not doing this multiple times because they are all in the same binder. Everything that the agent has reviewed is in a single binder.

THE COURT: So we are talking about jailhouse calls, Facebook, all of it?

MR. VÁZQUEZ: Yes. There is three Facebook videos that have transcripts, and the rest are jailhouse phone calls.

THE COURT: Okay. Are there just Facebook videos, or are there images as well in the notebook?

MR. VÁZQUEZ: No, in the notebook it is only transcripts.

THE COURT: Got it. Okay.

MR. GONZALEZ: Can we get the exhibit numbers?

THE COURT: Right.

MR. GONZALEZ: At least we can check off that it's in.

THE COURT: Why don't we do that.

MR. VÁZQUEZ: For the exhibits that have just been admitted --

THE COURT: That was 88, 90, and 91.

MR. VÁZQUEZ: -- corresponds with 88A, which is behind transcript tab 36.

MR. DONET: We don't have tabs.

MR. HOROWITZ: We don't have tabs.

I think we are going to need another checklist because we don't have tabs with ours.

MR. VÁZQUEZ: But they are marked.

THE COURT: Right. Okay. Well, we know what those -- we have talked about those three videos, so transcript or not, what I want to know is in the evidence lists that we all have, what are the exhibits pertaining to the jailhouse, for lack of a better term, conversation that is in that binder? And I asked about the social media images because from 286 up to 335 there are listed what I assumed were like Facebook postings and things. That's not that binder?

MR. VÁZQUEZ: No.

THE COURT: Okay. So let's go back to the jail conversations.

MR. VÁZQUEZ: There is Government's 54.

THE COURT: Okay.

MR. VÁZQUEZ: There is Government's 61.

THE COURT: Yes. Okay.

MR. VÁZQUEZ: Government's 87 and Government's 80.

THE COURT: And they have already been admitted?

MR. VÁZQUEZ: Yes.

THE COURT: Got it. And then on the list, gentlemen, if you look on the government's exhibit list for call 1, 54, the transcripts are 55, 56, 57, 58, 59, 60.

MR. HOROWITZ: The CDs are already in evidence.

THE COURT: Yes. And these are calls, again, just so the record is clear, that the agent has reviewed. All right.

Does the defense have any -- we have taken care of the videos. Does the defense have any objection to the transcripts attendant to the calls that have already been admitted?

MR. HOROWITZ: Judge, I would object to them being admitted, but no objection to them being admitted as an aid to the jury with an appropriate instruction.

MR. KORCHIN: I join in that, Your Honor.

THE COURT: Okay. Why wouldn't we admit them? Why wouldn't we admit them for more than a demonstrative? I mean,

they will get the it's only an aid, but why can't I send them back?

MR. HOROWITZ: Judge, in my opinion, the evidence is the calls themselves.

THE COURT: Okay.

MR. HOROWITZ: The transcripts are just simply to help the jury while the calls are being played.

THE COURT: Okay. All right. Based on that I will overrule the objection as to far as going back to the jury, but I will give the instruction about the transcripts.

So the binder is coming in. And the binder references, again, Exhibits 88, 90, 91, are those transcripted as well?

MR. VÁZQUEZ: Yes.

THE COURT: What exhibits are those?

MR. VÁZQUEZ: 88A.

THE COURT: Okay.

MR. VÁZQUEZ: Corresponds with 88, 89A corresponds with 89.

MR. GONZALEZ: I thought you said 88, 89, and 91.

MR. VÁZQUEZ: Those are the physical. There is a transcript that the agent has reviewed, Mr. Zerquera earlier testified, we played the video of Mr. Zerquera with Mr. Chacon counting large amounts of money. The agent has participated, has verified this himself after reviewing it.

THE COURT: Right. All I'm asking is 88, 90, and 91

are in evidence. What are the attendant transcripts? What are their exhibit numbers? 88A is one; 89A is for 90, and what is the transcript for 91?

MR. VÁZQUEZ: 90A.

MR. DONET: I believe it's 90A and 91A, right?

MR. HOROWITZ: 90A is for 90.

MR. DONET: No, I believe 89A is for something else.

MR. VÁZQUEZ: 90 goes with 90A.

THE COURT: Okay.

MR. HOROWITZ: Because we don't have a 91A, at least I don't.

MR. VÁZQUEZ: 88 goes with 88A.

THE COURT: Okay. And 91?

MR. VÁZQUEZ: 91 does not have a transcript.

THE COURT: 91 does not have a transcript?

MR. VÁZQUEZ: No.

THE COURT: So it will not be admitted.

MR. VÁZQUEZ: 91 will not be admitted?

THE COURT: No. No. The transcript that does not exist will, in fact, not be admitted. So it's 88, 88A, 90, 90A, and Exhibits 54 through 87, that's what that binder is. I will allow the jury to receive their binder. I will then, again, give them the instruction about transcripts' relationship to the tape, and then we will move forward.

MR. VÁZQUEZ: Your Honor, I do want to make clear that

the CD that we played earlier is in the binder. The agent has reviewed it to verify that it is one and the same; it is 89A.

THE COURT: Okay. So that's just a separate one all together?

MR. VÁZQUEZ: Right. That's an exhibit that was entered earlier reference Mr. Zerquera's testimony that's already been played, and the agent has verified it.

THE COURT: Okay. Anything else or do the defendants or defense lawyers need a restroom break, or should I bring the jury back in?

MR. GONZALEZ: If he is going to get into playing it, since we are not cataloged, we need time to --

MR. HOROWITZ: I will take up the Court's offer on a restroom break.

THE COURT: Okay. Catalog meaning -- I assume that the defense has -- if you have got notebooks for the jury --

MR. VÁZQUEZ: I gave them notebooks. I didn't have enough. I had to specially order those tabs.

MR. DONET: We don't --

THE COURT: Gentlemen, really. Really. We are in week three. One at a time.

So they don't have what the jury has and what you have?

MR. VÁZQUEZ: The tab numbers.

THE COURT: Okay. Mr. Donet.

MR. DONET: I believe, Judge, if Mr. Vázquez were just

to say numbers, number 32, it means nothing to us. If we were to reference it to a date or time so we could flip through our binder and find that, that's all we need.

MR. HOROWITZ: Or the checklist that we had for the first one.

THE COURT: We are going to take a restroom break.

Mr. Vázquez, you need to identify for the defense what it is that you are referencing since they don't have one of the binders when you are talking to your agent. So I don't know how, because I'm confused, but you need to make certain that they are on the same page that you are when you are discussing this with your witness.

Okay. Here we go. Five minutes.

(Recessed at 2:45 PM.)

(Resumed at 3:01 PM.)

THE COURT: Everyone is here. Could we have our witness back on the stand.

(Witness resumes witness stand.)

THE COURT: Bring in our jury, please.

(Jury returns at 3:02 PM.)

THE COURT: Everyone be seated.

All right. Ladies and Gentlemen, you are going to receive a binder with transcripts already in them, and I'm going to give you the same instruction I did previously. I just needed to sort out the exhibits.

So we have Exhibits 55 through 60 -- you don't have them yet. They are going to be in the binder that you get. So 55 through 60, 62 through 79, 81 through 86. 88A and 90A are typewritten transcripts of the oral conversations heard on Exhibits 54, 61, 80, 87, 88, and 90.

Again, the transcripts not only purport to give you content, but identify the speakers. I am admitting these transcripts for the limited and secondary purpose of helping you to follow along the content of the conversation and help you identify the identity of the speakers.

But you are instructed that whether or not that transcript correctly reflects the content of the conversation or the identity of who is speaking is entirely for you to decide based on your evaluation of the testimony that you hear about the preparation of the transcript, your own examination of the transcript in relation to listening to the tape recording, because the tape recording is always, as it has been, the primary evidence of its own context. The transcripts are just aids.

If you determine that the transcript is in any respect incorrect or unreliable, you can disregard it to the extent that you make that determination.

Mr. Vázquez, if you would ask your co-counsel to assist you in passing out the notebooks to the jury for their use.

Gentlemen of the defense, you have received an index

during the break; is that correct?

MR. HOROWITZ: Yes, Your Honor.

MR. DONET: Yes, Your Honor.

THE COURT: If you have any questions about its correlation, always, Mr. Rubio, I can never see you, jump up and ask for Mr. Vázquez to clarify.

MR. VÁZQUEZ: Your Honor, at this time I would ask to publish -- I will be publishing Government's 88 with the Court's permission.

THE COURT: Yes.

MR. VÁZQUEZ: It correlates with Government's 88A behind tab 36. The head of that transcript is 3/7/14 Facebook video post.

THE WITNESS: Excuse me, Your Honor? May I follow with the binder?

THE COURT: Yes?

THE WITNESS: May I follow with the binder?

THE COURT: I'm sorry, I can't hear you.

THE WITNESS: May I follow along?

THE COURT: Yes.

THE WITNESS: Okay.

(Video playing.)

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize any of the individuals on the**

**recording?**

A. I do.

**Q. Who is on the recording?**

A. Christian Ramirez, Mr. Chacon, Miguel Rodriguez, and an individual by the name of Joel Diaz, and that other person in there which I do not know who it is.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of your investigation, through your review of jailhouse phone calls, do you know who is referred to as Papo?**

A. Yes, I do.

**Q. Who is that?**

A. That is Mr. Portela.

**Q. Do you know who is referred to as Joe?**

A. I do.

**Q. Who is that?**

A. Joseph Thompson.

**Q. And do you know who is referred to as White?**

A. I do.

**Q. Who is that?**

A. Mr. Fortun.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, did you recognize the location where the video on**

**Government's 88 was shot at?**

A. Yes, sir. That is the sidewalk right in front of 428 N.W. 11th Avenue.

MR. VÁZQUEZ: Your Honor, I will be publishing Government's 90, which corresponds with 90A behind tab 38.

THE COURT: Okay.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize any of the individuals that are heard speaking or come on the screen of the video?**

A. Yes, sir.

**Q. Who do you recognize?**

A. I recognize Mr. Portela and Mr. Chacon.

**Q. In the course of the video, did you notice Defendant Chacon doing anything?**

A. You would have to play it again, sir.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, what do you see on the screen?**

A. He is using the hand sign normally used by BMT members.

MR. VÁZQUEZ: Your Honor, I will be publishing Government's 91, which does not have a corresponding transcript.

THE COURT: All right.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize anyone on the screen?**
A. Yes, I do.
**Q. Who do you recognize?**
A. Angel Martinez.
(Video playing.)
**BY MR. VÁZQUEZ:**
**Q. Agent, do you recognize anyone on the screen?**
A. Yes, I do.
**Q. Who do you recognize?**
A. Mr. Chacon.
**Q. Do you recognize anyone else on the screen?**
A. That appears to be Christian Ramirez.
MR. VÁZQUEZ: Your Honor, permission to approach?
THE COURT: Yes.
MR. VÁZQUEZ: Use the Elmo.
THE COURT: We have to switch over.
**BY MR. VÁZQUEZ:**
**Q. Agent, I'm showing you Government's 167. Do you recognize it?**
A. I do.
**Q. Do you recognize the similarity between the video and the image and this item now?**
A. If it's not the same weapon, it's one extremely similar.
**Q. Agent, were you party to the undercover purchase of this weapon?**

A. I was.
**Q. Were you a part of the video where Mr. Chacon is holding the firearm?**
A. No, I was not.
MR. VÁZQUEZ: If I can switch back, Your Honor?
THE COURT: Yes.
MR. VÁZQUEZ: Thank you.
(Video playing.)
MR. VÁZQUEZ: Permission to approach?
THE COURT: Yes.
**BY MR. VÁZQUEZ:**
**Q. Agent, I'm showing you an exhibit which I will be adding to the exhibit list, 361. Do you recognize it?**
A. I do.
**Q. And what is it?**
A. It's a video taken for a memorial of BMT.
**Q. And is this a fair and accurate depiction of a video you recovered from the Facebook website?**
A. It is.
MR. VÁZQUEZ: Your Honor, at this time I would offer Government's 361 into evidence.
MR. GONZALEZ: Objection that we had previously raised on that matter.
THE COURT: All right. The objection is overruled.
MR. GONZALEZ: Can we have a sidebar, Judge? 403.

THE COURT: Okay.

(Bench conference commenced):

MR. GONZALEZ: This is the video on Afro that he, I guess, they are memorializing him that he has passed on. It's a year anniversary or 2-year anniversary of the guy dying. I think Mr. Zerquera testified that Afro was not BMT.

THE COURT: Okay. So --

MR. VÁZQUEZ: The T-shirt says he is BMT Afro. There are BMT members on some of the images that we recovered on Facebook. It is important to Mr. Chacon, that's why I wanted to play it.

THE COURT: The T-shirt that Mr. Chacon is wearing says BMT?

MR. VÁZQUEZ: No. It is a T-shirt that is on the fence line presumably where this individual was shot.

THE COURT: And says BMT Afro.

MR. VÁZQUEZ: We can bring a copy of it if it's necessary.

THE COURT: I do remember that testimony, but I remember that there was some indicia on the tape. I understand your objection, and I will allow the Government.

MR. RUBIO: I have a continuing objection.

THE COURT: But you haven't continued it for so long. But it's continuing, it's continuing.

MR. RUBIO: In perpetuity.

(Bench conference concluded.)

THE COURT: There is 361; is that correct?

MR. VÁZQUEZ: Yes, Your Honor.

THE COURT: Government's 361 is admitted.

(Evidence marked as Government's Exhibit 361 admitted into evidence)

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize anyone on the screen?**

A. Yes, I do.

**Q. Who do you recognize?**

A. Angel Martinez.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Do you recognize anyone else?**

A. Yes, sir.

**Q. Who is that?**

A. Michael Piedy.

**Q. And during the course of this investigation, have you seen Mr. Piedy interact with the defendants charged in this case?**

A. Yes. As a matter of fact, he is a participant on the January 25th incident where the pedestrian is encountered by Mr. Chacon and he goes through his pockets.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, are you able to make out what is on the screen?**

A. Yes. It's a T-shirt that has -- it's kind of a makeshift memorial to the death of someone known as BMT Afro.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, what do you see?**

A. That is a tattoo on Mr. Chacon also with a memorial for Afro. His name is Elvin.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, what did you just see Mr. Chacon do?**

A. Mr. Chacon used the hand sign associated with BMT.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, what do you see?**

A. Marijuana.

(Video playing.)

MR. VÁZQUEZ: Your Honor, at this time I will be publishing Government's 80.

THE COURT: All right.

MR. VÁZQUEZ: And the first track will be corresponded to Government's 81, in the binder tab 29. At the top it reads January 11, 2013, 9:51 PM.

MR. GONZALEZ: What was the tab number again?

MR. VÁZQUEZ: 29.

(Video playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize the name Ali and the speaker of that name?**

A. Yes, Alioth Salas.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, who is C-Lo?**

A. C-Lo is Carlos Tinoco.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, who is Chico Black?**

A. Luis Salas.

**Q. And who is Joker from Allapattah?**

A. Christian Ramirez.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, what did you understand Mr. Chacon to mean, "Joker, right here, he had been BMT banging for the longest already"?**

MR. DONET: Objection; calls for speculation, Your Honor. Lack of personal knowledge.

MR. HOROWITZ: Competence, Your Honor.

THE COURT: Sustained. Let's let the audio speak for itself.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, what did you understand the phrase "BMT territory" to mean?**

MR. DONET: Objection, Your Honor. Speculation, lack of personal --

THE COURT: I will allow that.

A. It's the area controlled by BMT.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, at the bottom of page 6, what did you understand Mr. Chacon to mean, "The block, we took it over dog, we took it over"?**

MR. DONET: Objection. Relevance, speculation. If I may have a brief sidebar, Your Honor?

THE COURT: Yes.

(Bench conference commenced):

THE COURT: He is not our expert. It's not a conversation where he was undercover and so you would want to know what he thought. He is a fact witness, so I'm -- you know, we are stretching the boundaries with the transcripts, but I don't think he is the one to be commenting on what is meant.

The BMT territory, since he was undercover I think identifying people and target houses and, you know, the bomb, but interpreting what somebody said on a jailhouse conversation, I'm not going to allow that. Okay.

What did you want to say, Mr. Donet?

MR. DONET: It was just that, but not only as to this call, but on the other calls as well. Basically the same type of questions.

THE COURT: Ditto.

MR. DONET: Great minds think alike.

(Bench conference concluded.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of this investigation, how many blocks did you find BMT members inhabiting?**

A. Several. As far as Flagler on the south side, as far as the river, which is six -- I'm sorry, like, 11th Street on the north end, as far west as the Marlins Stadium on the other side, which is 17th Avenue, and as far east as 8th Avenue of N.W.

**Q. And how far are these points from what's been described as the target location, the 428 N.W. 11th Avenue home?**

A. Well, N.W. 11th Avenue is on 11th Avenue, so it would be six blocks to the west, about three or four blocks to the east. It's between 4th and 5th, so about six blocks to the north and about six blocks to the south.

**Q. Thank you.**

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, how far is the mack or max from the 428 N.W. 11th Avenue target location?**

A. It's about a block and a half.
**Q. Have you seen BMT members at the mack?**
A. I have.
(Audio playing.)
MR. VÁZQUEZ: Your Honor, I'm going to move on to another call.
THE COURT: All right. What exhibit might that be, Mr. Vázquez?
MR. VÁZQUEZ: This is going to be Government's Exhibit 82. The top of the exhibit is headed January 12, 2013, 6:48 PM. It is at tab 30.
(Audio playing.)
**BY MR. VÁZQUEZ:**
**Q. Agent, through the course of your social media investigation, did you identify an associate of Maurin Chacon that went by the first name Gabby?**
A. I did.
**Q. Who is that?**
A. It goes by the name of Wynwood Gabby. I don't know their real name.
(Audio playing.)
**BY MR. VÁZQUEZ:**
**Q. Agent, as an investigator at ATF, do you investigate robbery cases?**
A. I do.

**Q. Are you familiar with the phrase "lick"?**
A. Yes, I am.
**Q. What is that?**
A. It refers to a robbery.
(Audio playing.)
**BY MR. VÁZQUEZ:**
**Q. Agent, during your review of the jailhouse phone calls, did you hear the Global Tel Link warning about recording occur?**
A. Yes.
**Q. Was that the same warning that we heard at the beginning of the recordings thus far?**
A. Yes, it was.
**Q. Agent, you reviewed more than the jailhouse calls that are here today, correct?**
A. Hundreds of hours.
(Audio playing.)
MR. VÁZQUEZ: Your Honor, I will be turning to tab 31 that corresponds with Government's 83. The heading of the transcript is January 13, 2013, 6:11 PM.
(Audio playing.)
**BY MR. VÁZQUEZ:**
**Q. Agent, in the course of this investigation, you reviewed social media. Did you identify a group of individuals traveling under the name Riverside?**
A. I did.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, from your review of the exhibit that was played earlier at the memorial scene, do you recognize this voice?**

A. I do.

**Q. Who is it?**

A. It's the male that appeared in the video. It seems to be either Afro's father or a close friend.

(Audio playing.)

MR. VÁZQUEZ: Your Honor, I will be turning to another call coinciding with tab 32, Government's 84. The heading is January 13, 2013, 6:23 PM.

MR. HOROWITZ: Your Honor, before we play this call, may I approach sidebar, please?

THE COURT: Yes.

(Bench conference commenced):

MR. HOROWITZ: My client has asked for the fifth time, he requests a bathroom break.

THE COURT: Oh, okay.

(Bench conference concluded.)

THE COURT: Ladies and Gentlemen, let's take our last recess break for the day. Don't talk about the case. It will be, like, 5 minutes.

(Jury retires at 4:12 PM.)

THE COURT: All right, everybody. Five minutes.

(Recessed at 4:12 PM.)

(Resumed at 4:20 PM.)

THE COURT: Everyone can be seated.

Bring in the jury.

(Jury returns at 4:24 PM.)

THE COURT: Be seated, everyone.

Mr. Vázquez, continue.

MR. VÁZQUEZ: Yes, Your Honor. I will be playing the calls associated with the transcript entered into as Exhibit 84 behind tab 32 now.

(Audio playing.)

**CONTINUED DIRECT EXAMINATION**

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize the voices on this call?**

A. I do.

**Q. Who are they?**

A. Maurin Chacon and Alioth Salas.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of this investigation, in your review of social media, did you become aware of a group that identified itself as 3rd Street?**

A. I did.

**Q. And what is 3rd Street?**

A. It's a neighborhood gang.

MR. GONZALEZ: And it comes from hearsay.

THE COURT: Sustained.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, from your experience as an investigator of violent crimes, do you understand what the phrase "wedding" means?**

A. Yes.

MR. DONET: Objection; calls for opinion.

THE COURT: Overruled.

MR. VÁZQUEZ: Your Honor, was that overruled?

THE COURT: Yes.

**BY MR. VÁZQUEZ:**

**Q. You may answer.**

A. Shooting.

(Audio playing.)

MR. VÁZQUEZ: Your Honor, I will now be publishing a jailhouse call associated with tab 33 and Government's 85. The heading of the tab reads January 14, 2013, at 2:04 PM.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize the voices on the call?**

A. I do.

**Q. Who are they?**

A. Alioth Salas and Maurin Chacon.

(Audio playing.)

MR. VÁZQUEZ: Your Honor, I will now be publishing Government's 61, the calls from Government's 61.

MR. GONZALEZ: What tab is that?

THE COURT: 61.

MR. VÁZQUEZ: Starting with tab 8.

MR. DONET: Sorry, the transcript is --

MR. VÁZQUEZ: The transcript is 62, and it reads at the top November 21, 2013, 7:21 PM.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, through the course of your investigation, in addition to the undercover operations, did you secure telephone numbers for search warrant and electronic investigations through jailhouse information?**

A. I did.

**Q. Do you recognize any of the voices that have been played so far?**

A. Yes. The male voice is Dwight Forte, and the female is Rachel Castro, Mr. Altamirano's sister.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, through the course of this investigation and your social media investigation, did you identify an individual by the name of Gunna?**

A. Yes, I did.

**Q. Who was that?**

A. Raymond Moore.

**Q. Have you identified any additional voices as the call has been played?**

A. I have.

**Q. Who is that?**

A. Christopher Altamirano.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of this investigation, did you identify an associate of Mr. Altamirano by the name of Steven?**

A. I have.

**Q. And who is that?**

A. That would be Altamirano's cousin, Steven Castro.

(Audio playing.)

MR. VÁZQUEZ: Turning to tab 9, Government's 63, the header of the transcript reads November 21, 2013, 7:27 PM.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, do you recognize any of the voices on this recording?**

A. Yes, I do.

**Q. Who are they?**

A. Rachel Castro and Christopher Altamirano.

**Q. In the course of this investigation, including your social media investigation, did you identify Christopher Altamirano**

**being identified with the name Peter?**

A. I did.

MR. HOROWITZ: Objection; leading.

THE COURT: Yes.

**Q. Who is Peter?**

A. Peter Baitz, it's an a/k/a used by Mr. Altamirano.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, as you have worked on this case regarding the November 20, 2013, robbery, how many firearms are recovered?**

A. Only one of the two that were identified.

MR. HOROWITZ: Objection as to what else was identified; it's hearsay.

THE COURT: All right. Yes, just how many were recovered, Agent?

THE WITNESS: One.

THE COURT: One.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of your investigation of this case, have you collected A Forms?**

A. I have.

**Q. What is an A Form?**

A. It is the affidavit written by the arresting police officer.

(Audio playing.)

MR. VÁZQUEZ: Your Honor, I will be turning to tab 10 which associates with Government's 64. The heading reads November 21, 2013, 9:26 PM.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of this investigation from the November 20th robbery scene, were any shell casings recovered?**

A. No, there weren't.

(Audio playing.)

THE COURT: Is this a good time to break, Mr. Vázquez?

MR. VÁZQUEZ: Your Honor, I have another short call.

THE COURT: Okay.

MR. VÁZQUEZ: But I can break now.

THE COURT: Short call? Let's do a short call.

MR. VÁZQUEZ: Excuse me. This is Government's 65 behind tab 11. It correlates with the transcript of Government's 65. The heading is November 21, 2013, 9:28 PM.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of this investigation, did you identify an individual using the nickname Smoke?**

A. Yes.

**Q. Who was that?**

A. James Dixon.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. In the course of this investigation, Agent, did you identify an individual using the nickname Telli?**

A. Yes.

**Q. Who is that?**

A. Angel Martinez.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, have you identified an additional voice?**

A. I have.

**Q. Whose?**

A. Joe Thompson.

**Q. Earlier you identified the name Smoke to the name James Dixon. Do you see the person named James Dixon in court today?**

A. I do.

**Q. Would you identify him by an article of clothing?**

A. He is wearing a teal shirt with a black tie.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, in the course of this investigation, did you identify an individual by the name Patron?**

A. Yes.

**Q. Who is that?**

A. Maurin Chacon.

**Q. Do you see that person in court today?**

A. I do.

**Q. Could you identify him by an article of clothing?**

A. He is wearing an off white shirt with a black tie all the way on the far right side of the table.

MR. VÁZQUEZ: Let the record reflect that the witness identified Defendant Chacon and earlier Defendant Dixon.

THE COURT: Right.

(Audio playing.)

**BY MR. VÁZQUEZ:**

**Q. Agent, have you identified an additional voice at this juncture?**

A. Yes.

**Q. Who is that?**

A. James Dixon.

(Audio playing.)

MR. VÁZQUEZ: That's it.

THE COURT: All right. Ladies and Gentlemen, we are going to break for the day. Again, do not discuss this case with anyone or amongst yourselves.

We are going to have a 9-to-5 day tomorrow. I would suggest a light breakfast because we are going to break early for lunch. I have a court commitment, so we are going to have our lunch break from 11:15 to 12:30. That's a little early for us, so either eat a big breakfast and then walk for lunch, or eat a light breakfast and we are going to break at 11:15.

See you tomorrow at 9.

(Jury retires at 5:06 PM.)

THE COURT: The defendants can be excused. Again, we are just going to go over scheduling for tomorrow.

(Defendants excused from the courtroom.)

THE COURT: Mr. Vázquez, we will continue with our case agent, and following his testimony I know we will have probably extensive cross. Who might we see tomorrow afternoon?

MR. VÁZQUEZ: Your Honor, I was going to ask, I ran it by Mr. Horowitz, I didn't have a chance to speak with all the witnesses, we have a chemist that we haven't called. I want to call the chemist around 11:00 to take him out of turn so that person can leave, if that's okay with the Court.

MR. HOROWITZ: We have no objection.

MR. GONZALEZ: No objection.

THE COURT: Very good. So we will have the chemist out of turn, our case agent, and then who might we --

MR. VÁZQUEZ: The Government will read its stipulations, and I believe that will be the Government's case.

THE COURT: Okay.

MR. HOROWITZ: We just need the Jencks on the witness and we are good. And Mr. Vázquez is going to turn it over to us tonight, so we have no issues.

THE COURT: Very good.

Then we should start thinking about motions, period.

And then we will see scheduling-wise when we might take that up depending on how far into Friday we go. Remember, Friday is a noon break anyway. I have a hearing at 1.

MR. HOROWITZ: Tomorrow?

THE COURT: No, Friday.

MR. HOROWITZ: Just so the Court is aware, I had a 9:00 calendar call in a competency hearing with Judge Dimitrouleas. I filed a motion and Judge Dimitrouleas has scheduled that matter for 2:30. If the Court is thinking maybe about doing the Rule 29s Friday afternoon --

THE COURT: Right. No, then that's off the --

MR. HOROWITZ: We can do it Monday afternoon during the charge conference.

THE COURT: I scheduled some other matters, but it's looking now, then, that Monday we would do the motions and the charge conference.

MR. RUBIO: Judge, for scheduling purposes for my purpose, my one witness, then, it looks like it would be Tuesday?

THE COURT: I'm sorry, I did forget. I'm blanking. No, then your witness should be ready to go Friday morning.

MR. RUBIO: Friday morning.

THE COURT: You will get a better sense tomorrow as the afternoon goes on whether, you know, we reach that person first thing. Yeah, I beg your pardon.

Defense, should you have witnesses, then they should be on call for Friday morning.

MR. VÁZQUEZ: Your Honor, the case agent, there is three big blocks of evidence. There is the jail calls, which will take the longest, there is the Facebook, which I sat down and reviewed with defense counsel, and then there is the text messages, which I have provided to the defense. They are 5-inch binders. We can streamline that. I know what I'm going to ask about specific text messages, but just so the Court is aware.

MR. GONZALEZ: It's a 5-inch binder.

MR. HOROWITZ: We have text messages, we have the tabs. The only thing we don't have is the binders.

THE COURT: Is that your way, Mr. Vázquez, of saying it is unlikely that Mr. Rubio's witness will be needed on Friday morning?

MR. VÁZQUEZ: I don't -- I can't prognosticate that well, but it's possible that it won't be. I don't want to encumber Mr. Rubio.

THE COURT: I think that really whoever it is should be on call because we have a tight timeline.

MR. RUBIO: I have had difficulty because he works. He is in construction.

THE COURT: Okay.

MR. VÁZQUEZ: I have talked with Mr. Rubio if the Government can stipulate, but if it's a fact issue, I have no

issue.

THE COURT: Find out where your witness might be Friday morning, and how, you know, where he is and how quickly he could get into the court. We really do need to put him on notice.

Mr. Gonzalez?

MR. GONZALEZ: No.

THE COURT: You are just standing because you are loving life?

MR. GONZALEZ: We are getting towards the end of the case, so I guess I'm in a good mood.

THE COURT: All right. Good to know.

MR. GONZALEZ: We were talking 4 weeks, 6 weeks. I appreciate that Mr. Vázquez has streamlined those 62 witnesses.

THE COURT: All right. Other than Mr. Gonzalez's happy dance, does anyone have any legal issues they would like to address before we adjourn?

MR. DONET: Nothing that I think we need to address today. Just before the stipulations, just with Dixon, I had an opportunity to briefly look at the pleadings that Your Honor had cited to. Perhaps we can do that tomorrow or at some other point.

THE COURT: Okay. I will see you all tomorrow, then. Again, so 11:15 to 12:30, an early break. Judge Seitz has a conference that I'm attending.

So I will see you all at 9.

(Thereupon, the proceedings were adjourned at 5:13 PM.)

**I N D E X**

WITNESS PAGE

**SPECIAL AGENT CHRISTOPHER MAYO, CONTINUED**

CONTINUED DIRECT EXAMINATION BY MR. VÁZQUEZ............. 3

CROSS EXAMINATION BY MR. DONET.......................... 7

REDIRECT EXAMINATION BY MR. VÁZQUEZ..................... 11

**CAROLINE MILANES, SWORN**................................. 13

DIRECT EXAMINATION BY MR. DISPOTO....................... 13

CROSS EXAMINATION BY MR. GONZALEZ....................... 19

CROSS EXAMINATION BY MR. HOROWITZ....................... 21

**SPECIAL AGENT ROSNIEL PEREZ, SWORN**...................... 23

DIRECT EXAMINATION BY MR. VÁZQUEZ....................... 23

EXHIBITS

Government's Exhibit 343 in evidence.................... 16

Government's Exhibit 3 in evidence...................... 26

Government's Exhibit 349 in evidence.................... 33

Government's Exhibit 350 in evidence.................... 35

Government's Exhibit 88 in evidence..................... 36

Government's Exhibit 90 in evidence..................... 37

Government's Exhibit 91 in evidence..................... 38

Government's Exhibit 361 in evidence.................... 53

* * * * * * * *

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

February 25, 2015

/s/ ***Tamra K. Piderit***

Florida Professional Reporter
Registered Diplomate Reporter
Certified Realtime Reporter

## $

**$20** [1] - 3:15

## /

**/s** [1] - 74:11

## 1

**1** [6] - 17:10, 19:22, 19:23, 20:2, 41:13, 70:3
**1.3** [1] - 20:20
**10** [2] - 24:4, 66:1
**103** [2] - 15:18, 19:1
**104th** [1] - 2:5
**11** [3] - 54:23, 66:16, 73:9
**1107** [1] - 2:5
**116** [3] - 15:17, 18:11, 19:18
**11:00** [1] - 69:12
**11:15** [3] - 68:23, 68:25, 72:23
**11th** [9] - 32:8, 32:21, 36:8, 49:3, 57:12, 57:16, 57:17, 57:24
**12** [2] - 1:5, 58:10
**12:30** [2] - 68:23, 72:23
**13** [5] - 20:17, 59:19, 60:12, 73:10, 73:11
**134** [2] - 15:17, 18:16
**13th** [2] - 20:13, 20:17
**14** [1] - 62:18
**14-20017-CR-KMW** [1] - 1:2
**150** [1] - 1:22
**16** [2] - 14:7, 73:18
**167** [1] - 50:18
**16th** [1] - 18:23
**17th** [1] - 57:14
**19** [1] - 73:12
**1910** [1] - 1:24
**1:30** [1] - 3:2
**1:31** [1] - 3:4
**1:46** [2] - 13:4, 13:5
**1:55** [1] - 13:6
**1:56** [1] - 13:9

## 2

**2** [7] - 18:5, 18:13, 19:13, 20:9, 30:25, 32:6, 32:20
**2-year** [1] - 52:5
**20** [5] - 3:15, 18:6, 33:5, 65:10
**2000** [1] - 1:19
**2013** [16] - 18:14, 19:15, 20:13, 20:17, 22:23, 26:10, 54:23, 58:10, 59:19, 60:12, 62:18, 63:8, 64:17, 65:10, 66:3, 66:17
**2014** [9] - 18:19, 18:23, 20:23, 30:25, 31:14, 32:6, 32:20, 33:5, 36:10
**2015** [2] - 1:4, 74:10
**209** [1] - 18:21
**209A** [1] - 15:17
**20th** [1] - 66:7
**21** [5] - 63:8, 64:17, 66:3, 66:17, 73:13
**23** [2] - 73:14, 73:15
**25** [2] - 1:4, 74:10
**25th** [1] - 53:22
**26** [1] - 73:19
**26th** [1] - 26:10
**27** [2] - 18:14, 19:15
**28** [1] - 22:22
**286** [1] - 40:23
**29** [2] - 54:22, 54:25
**29s** [1] - 70:10
**2:04** [1] - 62:18
**2:30** [1] - 70:9
**2:35** [1] - 39:12
**2:45** [1] - 45:14
**2nd** [2] - 20:23, 31:14

## 3

**3** [15] - 14:12, 16:17, 18:1, 18:2, 18:18, 19:19, 20:14, 22:5, 22:9, 25:20, 25:25, 26:3, 26:4, 73:7, 73:19
**3/7/14** [1] - 47:12
**30** [4] - 15:17, 17:7, 17:9, 58:11
**31** [1] - 59:17
**32** [3] - 45:1, 60:11, 61:10
**3250** [1] - 2:2
**33** [2] - 62:17, 73:20
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**33327** [1] - 2:10
**335** [1] - 40:23
**343** [11] - 16:6, 16:14, 16:19, 16:20, 16:21, 17:8, 19:13, 20:9, 20:19, 21:9, 73:18
**349** [7] - 32:17, 33:4, 33:8, 33:11, 33:12, 33:17, 73:20
**35** [1] - 73:21
**350** [6] - 34:15, 34:25, 35:1, 35:3, 35:9, 73:21
**36** [3] - 40:12, 47:12, 73:22
**361** [6] - 51:13, 51:21, 53:2, 53:4, 53:5, 73:25
**37** [1] - 73:23
**38** [2] - 49:5, 73:24
**3:01** [1] - 45:15
**3:02** [1] - 45:20
**3rd** [2] - 61:22, 61:24

## 4

**4** [4] - 14:13, 18:22, 20:19, 72:12
**40** [1] - 14:23
**403** [1] - 51:25
**406** [1] - 2:3
**428** [6] - 32:8, 32:21, 36:8, 49:2, 57:16, 57:24
**4:12** [2] - 60:24, 61:1
**4:20** [1] - 61:2
**4:24** [1] - 61:5
**4th** [1] - 57:19
**4½** [1] - 24:1

## 5

**5** [4] - 13:3, 18:19, 19:2, 60:23
**5-inch** [2] - 71:7, 71:10
**53** [1] - 73:25
**54** [4] - 41:4, 41:13, 43:21, 46:5
**55** [3] - 41:13, 46:1, 46:3
**56** [1] - 41:13
**57** [1] - 41:13
**58** [1] - 41:13
**59** [1] - 41:13
**5:06** [1] - 69:2
**5:13** [1] - 73:2
**5th** [1] - 57:19

## 6

**6** [2] - 56:10, 72:12
**60** [3] - 41:13, 46:1, 46:3
**61** [5] - 41:6, 46:5, 63:2, 63:4
**614** [1] - 1:20
**62** [3] - 46:3, 63:7, 72:13
**63** [1] - 64:16
**64** [1] - 66:2
**65** [2] - 66:15, 66:17
**681** [1] - 2:10
**6:11** [1] - 59:19
**6:23** [1] - 60:12
**6:48** [1] - 58:11
**6th** [1] - 32:24

## 7

**7** [1] - 73:8
**79** [1] - 46:3
**7:21** [1] - 63:8
**7:27** [1] - 64:17
**7th** [1] - 34:20

## 8

**8** [1] - 63:5
**80** [3] - 41:8, 46:5, 54:19
**81** [2] - 46:3, 54:22
**82** [1] - 58:10
**83** [1] - 59:18
**84** [2] - 60:11, 61:9
**85** [1] - 62:17
**86** [1] - 46:3
**87** [3] - 41:8, 43:21, 46:5
**88** [16] - 36:4, 36:15, 36:20, 36:23, 36:24, 40:10, 42:12, 42:17, 42:19, 42:25, 43:12, 43:20, 46:5, 47:8, 49:1, 73:22
**88A** [7] - 40:11, 42:15, 43:2, 43:12, 43:20, 46:3, 47:11
**89** [2] - 42:18, 42:19
**89A** [4] - 42:17, 43:2, 43:7, 44:2
**8th** [1] - 57:14

## 9

**9** [3] - 64:16, 69:1, 72:25
**9-to-5** [1] - 68:20
**90** [15] - 37:2, 37:7, 37:12, 37:14, 37:15, 40:10, 42:12, 42:25, 43:2, 43:6, 43:8, 43:20, 46:5, 49:5, 73:23
**90A** [7] - 43:4, 43:5, 43:6, 43:8, 43:20, 46:3, 49:5
**91** [16] - 37:19, 38:2, 38:6, 38:9, 38:10, 40:10, 42:12, 42:19, 42:25, 43:3, 43:13, 43:14, 43:15, 43:18, 49:22, 73:24
**9130** [1] - 1:24
**91A** [2] - 43:5, 43:10
**99** [1] - 1:17
**9:00** [1] - 70:6
**9:26** [1] - 66:3
**9:28** [1] - 66:17
**9:51** [1] - 54:23

## A

**a/k/a** [1] - 65:6
**able** [5] - 14:13, 33:24, 34:2, 35:22, 54:1
**above-entitled** [1] - 74:7
**absolutely** [1] - 7:5
**access** [1] - 16:23
**accomplish** [1] - 11:20
**according** [1] - 22:21
**accounted** [1] - 3:3
**accurate** [4] - 36:16, 37:8, 38:2, 51:17
**accurately** [2] - 16:11, 38:20
**acronym** [1] - 25:1
**activities** [1] - 3:18
**activity** [1] - 8:17
**actors** [1] - 12:1
**adding** [1] - 51:12
**addition** [1] - 63:11
**additional** [5] - 30:19, 64:3, 67:9, 68:10
**address** [2] - 72:16, 72:17
**adjourn** [1] - 72:16
**adjourned** [1] - 73:1
**admit** [3] - 38:24, 41:24, 41:25
**admitted** [25] - 16:20, 16:22, 26:3, 26:5, 33:11, 33:13, 35:1, 35:4, 35:8, 36:23, 36:25, 37:14, 37:16, 38:9, 38:11, 40:9, 41:9, 41:19, 41:21, 43:17, 43:18, 43:20, 53:4, 53:6
**admitting** [1] - 46:7
**advertising** [1] - 11:2
**affidavit** [1] - 65:24
**AFPD** [1] - 1:21
**Afro** [6] - 52:3, 52:6,

DAILY COPY

52:8, 52:16, 54:3, 54:8
**Afro's** [1] - 60:8
**afternoon** [8] - 13:22, 19:10, 19:11, 21:6, 69:8, 70:10, 70:12, 70:24
**agency** [1] - 26:25
**Agent** [13] - 7:19, 11:12, 12:24, 29:21, 47:25, 50:1, 55:12, 56:2, 62:21, 63:11, 65:15, 66:20, 67:2
**agent** [74] - 3:6, 3:11, 7:3, 23:23, 24:21, 24:24, 25:19, 28:6, 28:25, 29:1, 29:2, 29:4, 30:10, 30:25, 31:14, 32:16, 33:4, 33:17, 33:24, 34:6, 34:15, 35:8, 35:17, 36:3, 37:2, 37:18, 38:13, 39:19, 41:16, 42:21, 42:23, 44:1, 44:7, 45:9, 48:9, 48:25, 49:9, 49:19, 50:7, 50:18, 50:24, 51:12, 53:9, 54:1, 54:6, 54:11, 54:15, 55:3, 55:8, 55:18, 56:10, 57:9, 57:24, 58:14, 58:23, 59:7, 59:13, 59:22, 60:3, 61:14, 61:20, 62:5, 63:22, 64:10, 64:20, 65:9, 65:20, 66:6, 67:9, 67:20, 68:10, 69:7, 69:17, 71:3
**AGENT** [3] - 3:8, 73:6, 73:14
**agree** [4] - 8:18, 8:19, 8:24, 10:5
**aid** [2] - 41:21, 42:1
**aids** [1] - 46:19
**air** [1] - 7:1
**airport** [2] - 24:10, 24:11
**AK-47s** [1] - 10:15
**Alcohol** [1] - 23:23
**Ali** [1] - 55:3
**alike** [1] - 57:6
**Alioth** [3] - 55:5, 61:17, 62:24
**Allapattah** [1] - 55:14
**allow** [5] - 9:11, 43:22, 52:21, 56:6, 56:25
**allowed** [1] - 30:14
**ALTAMIRANO** [1] - 1:8
**Altamirano** [9] - 31:4, 31:6, 31:12, 31:20, 64:7, 64:11, 64:23, 64:25, 65:6
**Altamirano's** [2] - 63:19, 64:14
**AMERICA** [1] - 1:4
**amount** [1] - 4:1
**amounts** [3] - 7:1, 42:23
**analysis** [1] - 16:2
**analyze** [3] - 15:14, 15:18, 18:1
**analyzed** [4] - 15:21, 15:22, 17:22, 17:24
**analyzing** [4] - 14:3, 14:19, 15:4, 17:3
**Angel** [4] - 33:3, 50:4, 53:12, 67:6
**anniversary** [2] - 52:5
**answer** [5] - 9:4, 9:5, 9:11, 9:17, 62:13
**ANTHONY** [1] - 1:9
**Anthony** [1] - 34:9
**anyway** [1] - 70:3
**apologize** [1] - 9:9
**APPEARANCES** [2] - 1:14, 2:1
**appeared** [1] - 60:7
**apple** [2] - 6:4, 6:13
**appreciate** [1] - 72:13
**approach** [8] - 15:9, 22:12, 30:14, 32:13, 35:25, 50:13, 51:9, 60:14
**approached** [1] - 32:8
**appropriate** [1] - 41:22
**area** [3] - 9:21, 32:22, 56:7
**areas** [3] - 8:20, 8:22, 9:19
**arrest** [3] - 25:7, 34:9, 34:22
**arrested** [1] - 34:20
**arresting** [1] - 65:24
**arrests** [1] - 34:7
**article** [4] - 25:11, 31:8, 67:16, 68:2
**assault** [1] - 10:15
**assigned** [1] - 24:9
**assignment** [1] - 24:24
**assignments** [2] - 24:6, 24:18
**assist** [1] - 46:23
**associate** [2] - 58:15, 64:11
**associated** [4] - 25:1, 54:12, 61:9, 62:17
**associates** [5] - 28:10, 28:12, 28:15, 35:18, 66:2
**assume** [1] - 44:15
**assumed** [1] - 40:24
**ATF** [6] - 23:25, 24:2, 24:18, 24:21, 24:24, 58:23
**attempted** [1] - 26:22
**attendant** [2] - 41:19, 43:1
**attending** [1] - 72:24
**attention** [1] - 30:25
**attorney** [1] - 27:11
**audio** [2] - 4:9, 55:23
**Audio** [36] - 55:6, 55:10, 55:16, 55:25, 56:8, 57:22, 58:4, 58:12, 58:21, 59:5, 59:16, 59:20, 60:1, 60:9, 61:11, 61:18, 62:3, 62:15, 62:19, 62:25, 63:9, 63:20, 64:8, 64:15, 64:18, 65:7, 65:18, 65:25, 66:4, 66:9, 66:18, 66:25, 67:7, 67:18, 68:8, 68:15
**AUSA** [3] - 1:15, 1:16, 1:16
**authorization** [1] - 26:16
**available** [2] - 4:3, 35:22
**Avenue** [10] - 32:8, 32:21, 36:8, 49:3, 57:14, 57:16, 57:17, 57:25
**avenues** [1] - 4:6
**aware** [3] - 61:21, 70:6, 71:9

## B

**Bachelor's** [1] - 14:10
**backgrounds** [1] - 14:9
**backtrack** [1] - 20:8
**bag** [5] - 17:18, 21:22, 22:2, 34:4, 35:16
**baggie** [1] - 35:12
**baggies** [1] - 34:3
**bags** [1] - 35:14
**Baitz** [1] - 65:6
**banging** [1] - 55:19
**base** [1] - 20:14
**based** [4] - 6:10, 12:7, 42:8, 46:14
**bathroom** [1] - 60:18
**become** [3] - 24:25, 27:22, 61:21
**beg** [1] - 70:25
**began** [1] - 14:12
**begin** [1] - 25:6
**beginning** [2] - 14:14, 59:10
**behind** [6] - 21:24, 40:11, 47:12, 49:5, 61:10, 66:16
**belabor** [1] - 27:17
**belongs** [1] - 18:22
**Bench** [6] - 52:2, 53:1, 56:16, 57:7, 60:16, 60:20
**Bernat** [1] - 26:21
**Bernat's** [1] - 27:14
**better** [4] - 4:14, 27:8, 40:22, 70:23
**between** [2] - 50:21, 57:19
**big** [2] - 68:24, 71:4
**binder** [17] - 39:5, 39:18, 39:19, 40:22, 40:25, 42:11, 43:21, 43:22, 44:1, 45:3, 45:23, 46:2, 47:15, 47:17, 54:22, 71:10
**binders** [4] - 39:6, 45:9, 71:8, 71:12
**bit** [2] - 8:9, 21:23
**black** [3] - 31:12, 67:17, 68:3
**Black** [1] - 55:12
**blanking** [1] - 70:20
**block** [4] - 9:21, 9:24, 56:11, 58:1
**blocks** [6] - 57:9, 57:18, 57:19, 57:20, 71:4
**blue** [1] - 15:23
**BMT** [16] - 25:1, 49:20, 51:16, 52:6, 52:8, 52:9, 52:13, 52:16, 54:3, 54:12, 55:19, 56:2, 56:7, 56:22, 57:10, 58:2
**bomb** [1] - 56:23
**Border** [2] - 24:5, 24:6
**borrow** [1] - 12:16
**bottom** [1] - 56:10
**Boulevard** [2] - 1:19, 1:24
**boundaries** [1] - 56:20
**break** [14] - 44:9, 44:14, 45:6, 47:1, 60:18, 60:22, 66:10, 66:13, 68:18, 68:21, 68:23, 68:25, 70:3, 72:23
**breakfast** [3] - 68:21, 68:24, 68:25
**brief** [1] - 56:14
**briefly** [1] - 72:19
**bright** [1] - 22:16
**bring** [6] - 12:9, 39:11, 44:9, 45:19, 52:17, 61:4
**bringing** [1] - 36:13
**Bureau** [1] - 23:23
**buried** [1] - 32:11
**BY** [82] - 2:9, 3:10, 6:7, 7:18, 9:16, 11:11, 11:24, 12:14, 13:21, 15:11, 17:1, 17:13, 19:9, 21:5, 22:14, 23:21, 25:18, 26:6, 28:5, 28:24, 30:18, 32:5, 32:15, 33:16, 34:14, 35:7, 36:2, 37:1, 37:17, 38:12, 47:24, 48:8, 48:24, 49:8, 49:18, 49:25, 50:6, 50:17, 51:11, 53:8, 53:14, 53:25, 54:5, 54:10, 54:14, 55:2, 55:7, 55:11, 55:17, 56:1, 56:9, 57:8, 57:23, 58:13, 58:22, 59:6, 59:21, 60:2, 61:13, 61:19, 62:4, 62:12, 62:20, 63:10, 63:21, 64:9, 64:19, 65:8, 65:19, 66:5, 66:19, 67:1, 67:8, 67:19, 68:9, 73:7, 73:8, 73:9, 73:11, 73:12, 73:13, 73:15

## C

**C-Lo** [2] - 55:8, 55:9
**calendar** [1] - 70:7
**cannabis** [2] - 18:5, 18:9
**capacity** [2] - 14:6, 24:11
**care** [1] - 41:17
**Carlos** [1] - 55:9
**Caroline** [2] - 13:13, 13:18
**CAROLINE** [2] - 13:14, 73:10
**case** [27] - 1:2, 15:25, 20:10, 20:16, 20:23, 21:24, 22:21, 27:1, 27:23, 28:19, 28:25, 29:1, 29:2, 29:4, 32:23, 53:20, 60:22, 65:9, 65:20, 68:18, 69:6, 69:17, 69:19,

71:3, 72:10
**cases** [1] - 58:24
**casework** [1] - 14:13
**casings** [1] - 66:7
**Castro** [3] - 63:19, 64:14, 64:23
**catalog** [2] - 38:24, 44:15
**cataloged** [1] - 44:12
**CD** [1] - 44:1
**CDs** [1] - 41:14
**centralized** [3] - 11:14, 11:17, 11:19
**certain** [10] - 6:18, 7:23, 7:24, 9:19, 9:20, 12:2, 12:3, 12:10, 45:10
**Certified** [1] - 74:13
**certify** [1] - 74:6
**Chacon** [26] - 31:4, 31:6, 31:11, 31:20, 36:7, 37:6, 37:23, 42:22, 48:4, 49:13, 49:14, 50:10, 51:2, 52:10, 52:12, 53:23, 54:7, 54:11, 54:12, 55:18, 56:11, 58:15, 61:17, 62:24, 67:24, 68:6
**CHACON** [1] - 1:7
**chain** [3] - 7:25, 8:8, 8:12
**chance** [1] - 69:10
**change** [1] - 4:19
**changes** [1] - 4:20
**changing** [1] - 4:24
**charge** [3] - 8:3, 70:13, 70:16
**charged** [1] - 53:20
**check** [1] - 40:6
**checklist** [2] - 40:15, 45:4
**chemical** [2] - 4:23, 4:24
**chemist** [3] - 69:11, 69:12, 69:16
**chemistry** [3] - 14:10, 14:19, 15:3
**Chico** [1] - 55:12
**chose** [1] - 18:1
**Christian** [4] - 36:7, 48:4, 50:12, 55:15
**Christopher** [3] - 64:7, 64:23, 64:25
**CHRISTOPHER** [3] - 1:8, 3:8, 73:6
**cited** [1] - 72:20
**City** [2] - 26:21, 28:12
**clarify** [1] - 47:6
**classic** [1] - 11:1
**clear** [3] - 22:15, 41:16, 43:25
**client** [1] - 60:17
**close** [3] - 32:22, 32:24, 60:8
**clothing** [4] - 25:11, 31:8, 67:16, 68:2
**co** [1] - 46:23
**co-counsel** [1] - 46:23
**cocaine** [10] - 3:16, 17:18, 17:25, 18:2, 19:21, 19:25, 20:14, 21:15, 21:18, 33:21
**Coconut** [1] - 2:3
**coinciding** [1] - 60:11
**collected** [2] - 34:10, 65:21
**collection** [2] - 26:12, 34:7
**coming** [2] - 30:5, 42:11
**command** [2] - 8:1, 8:12
**commenced** [3] - 52:2, 56:16, 60:16
**commenting** [1] - 56:21
**commitment** [1] - 68:22
**commonly** [2] - 22:6, 22:18
**communicate** [2] - 4:5, 4:7
**communication** [1] - 6:9
**competence** [1] - 55:22
**competency** [1] - 70:7
**complete** [1] - 9:11
**composite** [1] - 18:17
**concluded** [3] - 53:1, 57:7, 60:20
**conclusion** [1] - 11:21
**condition** [2] - 33:5, 34:21
**conduct** [1] - 27:2
**conducting** [1] - 29:10
**conference** [9] - 52:2, 53:1, 56:16, 57:7, 60:16, 60:20, 70:13, 70:16, 72:24
**confidential** [9] - 29:7, 29:15, 29:16, 29:24, 30:6, 30:7, 30:9, 30:14, 31:16
**confronted** [1] - 26:23
**confused** [1] - 45:10
**conjunction** [2] - 9:22, 9:25
**connected** [1] - 20:14
**connection** [2] - 5:13
**conspiracy** [1] - 11:20
**constantly** [1] - 4:24
**construction** [1] - 71:22
**consumed** [1] - 21:20
**contact** [3] - 24:11, 24:16, 32:9
**contain** [1] - 21:15
**contained** [2] - 36:15, 37:7
**containing** [2] - 17:18, 22:2
**content** [3] - 46:7, 46:9, 46:12
**context** [4] - 5:3, 29:20, 29:21, 46:18
**continue** [3] - 3:7, 61:7, 69:6
**CONTINUED** [6] - 2:1, 3:9, 47:23, 61:12, 73:6, 73:7
**continued** [1] - 52:23
**continuing** [3] - 52:22, 52:24
**continuously** [1] - 4:19
**contraband** [4] - 6:3, 6:8, 24:12, 24:14
**controlled** [5] - 14:4, 14:19, 15:4, 15:15, 56:7
**conversation** [5] - 40:22, 46:9, 46:12, 56:18, 56:24
**conversations** [3] - 39:14, 41:3, 46:4
**coordinated** [2] - 7:20, 8:25
**copy** [1] - 52:17
**Coral** [1] - 1:20
**corner** [1] - 9:24
**corners** [1] - 9:20
**correct** [48] - 4:24, 7:20, 8:1, 8:9, 8:12, 8:17, 8:23, 9:1, 10:3, 10:6, 10:12, 10:15, 10:16, 10:18, 10:22, 11:3, 17:23, 18:3, 18:7, 18:20, 18:24, 18:25, 19:15, 19:16, 20:1, 20:2, 20:7, 20:11, 20:15, 20:20, 20:23, 20:24, 21:13, 21:16, 21:17, 21:21, 21:25, 22:8, 22:16, 22:17, 22:19, 22:20, 22:23, 28:19, 47:1, 53:2, 59:14, 74:6
**correctly** [1] - 46:12
**correlates** [3] - 19:18, 47:11, 66:16
**correlation** [1] - 47:5
**correspond** [1] - 19:2
**corresponded** [1] - 54:21
**corresponding** [1] - 49:22
**Corresponds** [1] - 42:17
**corresponds** [7] - 17:9, 18:12, 18:17, 40:11, 42:17, 49:5, 59:18
**counsel** [2] - 46:23, 71:6
**counting** [1] - 42:23
**County** [2] - 24:23, 26:19
**couple** [1] - 19:12
**course** [24] - 24:24, 25:3, 26:11, 28:6, 28:9, 35:17, 36:12, 38:13, 48:9, 49:14, 53:19, 57:9, 58:14, 59:22, 61:20, 63:11, 63:22, 64:10, 64:24, 65:20, 66:6, 66:20, 67:2, 67:20
**COURT** [160] - 1:1, 3:3, 3:5, 6:6, 7:9, 7:11, 7:13, 7:15, 9:7, 9:10, 9:12, 11:7, 11:9, 11:23, 12:6, 12:24, 13:3, 13:7, 13:10, 15:7, 15:10, 16:17, 16:20, 16:25, 17:12, 19:6, 21:2, 22:13, 23:2, 23:4, 23:6, 23:8, 23:10, 23:12, 25:17, 26:1, 26:3, 26:14, 28:4, 28:17, 28:23, 29:20, 29:23, 30:17, 31:10, 31:23, 31:25, 32:4, 32:14, 33:9, 33:11, 33:15, 34:13, 35:1, 35:6, 36:1, 36:21, 36:23, 37:14, 38:7, 38:9, 39:1, 39:8, 39:13, 39:20, 39:24, 40:3, 40:5, 40:7, 40:10, 40:18, 41:2, 41:5, 41:7, 41:9, 41:11, 41:15, 41:24, 42:5, 42:8, 42:14, 42:16, 42:25, 43:9, 43:13, 43:15, 43:17, 43:19, 44:3, 44:8, 44:15, 44:20, 44:24, 45:6, 45:16, 45:19, 45:21, 47:4, 47:10, 47:16, 47:18, 47:20, 49:6, 49:23, 50:14, 50:16, 51:6, 51:10, 51:24, 52:1, 52:7, 52:12, 52:16, 52:19, 52:23, 53:2, 53:4, 54:20, 55:23, 56:6, 56:15, 56:17, 57:5, 58:7, 60:15, 60:19, 60:21, 60:25, 61:3, 61:6, 62:2, 62:9, 62:11, 63:4, 65:4, 65:14, 65:17, 66:10, 66:12, 66:14, 68:7, 68:17, 69:3, 69:6, 69:16, 69:20, 69:24, 70:5, 70:11, 70:14, 70:20, 70:23, 71:13, 71:19, 71:23, 72:2, 72:7, 72:11, 72:14, 72:22
**court** [8] - 14:18, 25:9, 31:6, 36:13, 67:14, 67:25, 68:22, 72:4
**Court** [5] - 14:25, 69:13, 70:6, 70:9, 71:9
**Court's** [2] - 44:13, 47:8
**COURTROOM** [2] - 13:15, 23:15
**courtroom** [2] - 14:15, 69:5
**cousin** [1] - 64:14
**crack** [2] - 22:18, 33:21
**crime** [3] - 13:25, 14:1, 14:12
**crimes** [2] - 24:19, 62:6
**criminalist** [3] - 14:2, 14:3, 14:7
**cross** [2] - 19:6, 69:8
**Cross** [1] - 7:9
**CROSS** [6] - 7:17, 19:8, 21:4, 73:8, 73:12, 73:13
**CRR** [1] - 2:9
**current** [1] - 4:1
**custody** [1] - 29:5
**Customs** [2] - 24:5, 24:6

## D

**Dade** [6] - 13:25, 20:10, 20:22, 22:22, 24:22, 26:19

**Dadeland** [1] - 1:24
**dance** [1] - 72:15
**date** [6] - 18:9, 20:13, 20:22, 31:1, 45:2
**dated** [4] - 18:14, 18:19, 18:23, 19:15
**DAVID** [1] - 2:2
**DAY** [1] - 1:5
**days** [1] - 9:2
**De** [1] - 1:19
**dealings** [1] - 10:6
**death** [1] - 54:3
**December** [4] - 18:14, 19:15, 20:13, 20:17
**decentralized** [1] - 11:25
**decide** [1] - 46:13
**decipher** [1] - 6:19
**deck** [5] - 3:22, 3:24, 3:25, 4:2, 4:7
**defendant** [2] - 25:7, 25:16
**Defendant** [6] - 26:8, 28:7, 36:7, 49:14, 68:6
**Defendants** [3] - 1:10, 31:4, 31:6
**defendants** [8] - 25:4, 30:21, 32:9, 32:25, 44:8, 53:20, 69:3, 69:5
**DEFENDANTS** [1] - 1:19
**defense** [9] - 41:17, 41:18, 44:9, 44:16, 45:7, 46:25, 71:1, 71:6, 71:7
**definitely** [1] - 8:2
**degree** [2] - 14:10, 14:12
**demonstrative** [1] - 41:25
**Department** [4] - 13:25, 20:10, 20:23, 22:22
**depiction** [1] - 51:17
**deploy** [1] - 29:14
**deployment** [2] - 29:24, 30:12
**DEPUTY** [2] - 13:15, 23:15
**derivative** [1] - 4:18
**described** [4] - 6:8, 32:22, 32:23, 57:15
**desire** [1] - 27:5
**detective** [2] - 9:3, 9:19
**Detective** [3] - 26:21, 27:14, 31:19
**determination** [2] - 18:9, 46:22
**determine** [3] - 14:4, 15:14, 46:20
**Diaz** [1] - 48:5
**different** [5] - 4:22, 6:11, 8:14, 29:2, 34:2
**difficulty** [1] - 71:21
**Dimitrouleas** [2] - 70:7, 70:8
**Diplomate** [1] - 74:12
**DIRECT** [8] - 3:9, 13:20, 23:20, 47:23, 61:12, 73:7, 73:11, 73:15
**disagree** [1] - 10:23
**discuss** [1] - 68:18
**discussing** [1] - 45:11
**Dispoto** [2] - 13:2, 13:11
**DISPOTO** [15] - 1:16, 13:8, 13:12, 13:21, 15:2, 15:9, 15:11, 16:14, 16:19, 16:23, 17:1, 17:11, 17:13, 19:5, 23:9
**DISPOTO.....................** [1] - 73:11
**disregard** [1] - 46:21
**distribute** [1] - 8:4
**distributing** [1] - 5:5
**distribution** [2] - 3:17, 5:3
**distributor** [1] - 4:6
**DISTRICT** [3] - 1:1, 1:1, 1:13
**ditto** [1] - 57:5
**division** [1] - 24:22
**DIVISION** [1] - 1:2
**Dixon** [6] - 66:24, 67:14, 68:6, 68:14, 72:18
**DIXON** [1] - 1:8
**DNA** [5] - 26:12, 26:16, 26:20, 26:22, 26:24
**document** [3] - 16:2, 16:11, 38:21
**Document** [1] - 26:4
**documents** [1] - 16:6
**dog** [1] - 56:11
**DONET** [24] - 2:2, 6:5, 7:16, 7:18, 9:9, 9:16, 11:6, 11:21, 12:5, 23:5, 40:13, 43:5, 43:7, 44:19, 44:25, 47:3, 55:20, 56:4, 56:13, 57:2, 57:6, 62:8, 63:6, 72:17
**Donet** [5] - 7:15, 12:1, 23:4, 44:24, 57:1
**Donet's** [1] - 11:12
**DONET.........................** [1] - 73:8
**down** [4] - 9:23, 12:24, 23:10, 71:5
**dragon** [1] - 11:1
**draw** [1] - 30:25
**drug** [25] - 4:6, 4:23, 4:25, 7:1, 7:19, 8:10, 8:17, 11:2, 11:12, 11:13, 11:16, 19:24, 22:6, 28:15, 29:8, 30:1, 30:3, 30:8, 30:19, 30:20, 31:3, 31:18, 31:19, 32:6
**drugs** [2] - 5:1, 30:15
**dub** [1] - 3:12
**during** [9] - 6:8, 9:2, 27:21, 30:7, 34:6, 47:1, 53:19, 59:7, 70:12
**duties** [1] - 14:3
**Dwight** [1] - 63:18
**dying** [1] - 52:5

**E**

**early** [3] - 68:21, 68:23, 72:23
**easier** [1] - 39:9
**east** [2] - 57:14, 57:18
**eat** [2] - 68:24, 68:25
**Ecstasy** [2] - 4:18, 4:21
**educational** [1] - 14:9
**either** [6] - 3:15, 4:8, 7:22, 30:9, 60:8, 68:24
**electronic** [1] - 63:13
**Elmo** [2] - 16:23, 50:15
**Elvin** [1] - 54:8
**employed** [3] - 13:24, 23:22, 23:25
**employment** [1] - 14:9
**encompasses** [1] - 24:22
**encountered** [1] - 53:22
**encumber** [1] - 71:18
**end** [2] - 57:13, 72:9
**enforcement** [1] - 24:3
**entered** [2] - 44:6, 61:9
**entirely** [1] - 46:13
**entitled** [1] - 74:7
**ESQUIRE** [4] - 1:19, 1:23, 2:2, 2:4
**ethics** [1] - 14:16
**evaluation** [1] - 46:14
**events** [1] - 32:4
**eventually** [2] - 8:5, 8:6
**Evidence** [7] - 16:21, 33:12, 35:3, 36:24, 37:15, 38:10, 53:5
**evidence** [34] - 15:18, 16:15, 16:20, 16:22, 17:3, 19:13, 19:18, 20:17, 25:25, 26:5, 29:5, 33:8, 33:13, 34:7, 34:9, 34:25, 35:4, 35:8, 36:20, 36:25, 37:12, 37:16, 38:6, 38:11, 38:17, 39:1, 40:20, 41:14, 42:3, 43:1, 46:18, 51:21, 53:6, 71:4
**evidence..................** [4] - 73:18, 73:20, 73:21, 73:25
**evidence...................** [3] - 73:22, 73:23, 73:24
**evidence....................** [1] - 73:19
**exactly** [1] - 36:10
**EXAMINATION** [16] - 3:9, 7:17, 11:10, 13:20, 19:8, 21:4, 23:20, 47:23, 61:12, 73:7, 73:8, 73:9, 73:11, 73:12, 73:13, 73:15
**examination** [3] - 7:9, 35:17, 46:15
**examine** [2] - 35:19, 35:22
**excuse** [2] - 47:14, 66:15
**excused** [4] - 12:25, 23:11, 69:3, 69:5
**executed** [1] - 26:18
**Exhibit** [29] - 15:17, 16:6, 16:21, 17:7, 17:8, 17:9, 18:11, 18:16, 18:21, 19:1, 20:19, 21:9, 26:4, 33:12, 35:3, 36:24, 37:15, 38:10, 53:5, 58:10, 61:9, 73:18, 73:19, 73:20, 73:21, 73:22, 73:23, 73:24, 73:25
**exhibit** [12] - 18:17, 19:17, 39:1, 40:4, 41:12, 43:2, 44:5, 51:12, 51:13, 58:7, 58:10, 60:3
**exhibits** [8] - 10:24, 17:6, 38:21, 38:24, 40:8, 40:21, 42:14, 45:25
**EXHIBITS** [1] - 73:17
**Exhibits** [4] - 42:12, 43:21, 46:1, 46:5
**exist** [1] - 43:20
**existence** [1] - 28:10
**expensive** [1] - 10:17
**experience** [7] - 4:5, 4:8, 6:10, 12:7, 24:3, 29:2, 62:5
**expert** [5] - 14:16, 14:18, 15:3, 15:8, 56:17
**explain** [3] - 9:4, 9:13, 9:17
**explained** [1] - 27:8
**Explosives** [1] - 23:24
**extensive** [1] - 69:8
**extent** [2] - 14:11, 46:21
**extremely** [1] - 50:23

**F**

**Facebook** [12] - 36:17, 37:5, 37:9, 37:24, 39:21, 39:22, 39:24, 40:24, 47:12, 51:18, 52:10, 71:5
**fact** [6] - 9:23, 26:24, 43:20, 53:21, 56:19, 71:25
**fair** [4] - 36:15, 37:7, 38:2, 51:17
**fairly** [1] - 38:20
**familiar** [3] - 5:4, 6:3, 59:1
**far** [14] - 5:2, 17:7, 31:11, 42:9, 57:11, 57:13, 57:14, 57:15, 57:24, 59:11, 63:17, 68:4, 70:2
**father** [1] - 60:8
**February** [4] - 1:4, 18:19, 32:24, 74:10
**federal** [1] - 26:25
**Federal** [1] - 14:24
**fees** [1] - 10:10
**female** [1] - 63:18
**fence** [1] - 52:14
**few** [3] - 7:16, 21:8, 39:10
**field** [4] - 3:17, 14:19, 15:3, 24:22
**fifth** [1] - 60:17
**figure** [2] - 6:16, 6:17
**filed** [1] - 70:8

**final** [1] - 19:2
**findings** [1] - 16:3
**fine** [1] - 21:7
**finished** [1] - 16:2
**fire** [2] - 3:18, 3:20
**firearm** [6] - 6:2, 26:10, 27:21, 37:22, 37:23, 51:3
**Firearms** [1] - 23:24
**firearms** [9] - 3:19, 6:4, 6:8, 10:14, 10:17, 24:16, 24:19, 65:10
**first** [11] - 17:7, 17:17, 19:21, 21:9, 36:9, 39:10, 45:5, 54:21, 58:16, 70:24
**five** [2] - 45:13, 60:25
**FL** [6] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5
**Flagler** [2] - 1:22, 57:11
**flip** [1] - 45:2
**Flores** [2] - 34:9, 34:19
**FLORES** [1] - 1:9
**Flores's** [1] - 34:22
**Florida** [2] - 2:10, 14:11
**florida** [1] - 74:12
**FLORIDA** [2] - 1:1, 1:7
**flow** [2] - 11:14, 11:17
**flows** [1] - 11:19
**follow** [5] - 17:2, 46:9, 47:14, 47:17, 47:19
**following** [2] - 34:9, 69:7
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 74:6
**forget** [1] - 70:20
**Form** [1] - 65:23
**Forms** [1] - 65:21
**formula** [1] - 4:19
**Forte** [1] - 63:18
**Fortun** [1] - 48:22
**forward** [1] - 43:24
**four** [1] - 57:18
**Fourth** [1] - 1:17
**FPR** [1] - 2:9
**Friday** [9] - 70:2, 70:5, 70:10, 70:21, 70:22, 71:2, 71:14, 72:2
**friend** [1] - 60:8
**front** [6] - 15:12, 17:6, 17:14, 22:10, 36:8, 49:2
**full** [4] - 13:16, 13:17, 23:16, 23:17

## G

**Gabby** [2] - 58:16, 58:19
**Gables** [1] - 1:20
**gang** [1] - 61:25
**GC** [1] - 14:17
**general** [1] - 4:20
**generally** [1] - 14:8
**gentlemen** [5] - 9:7, 14:8, 41:11, 44:20, 46:25
**Gentlemen** [4] - 39:8, 45:22, 60:21, 68:17
**geographic** [1] - 8:16
**given** [1] - 20:16
**glasses** [1] - 31:12
**Global** [1] - 59:8
**goal** [1] - 11:20
**Gonzalez** [2] - 19:6, 72:5
**GONZALEZ** [22] - 1:19, 7:10, 15:5, 19:7, 19:9, 20:25, 36:22, 40:4, 40:6, 42:19, 44:11, 51:22, 51:25, 52:3, 54:24, 62:1, 63:3, 69:15, 71:10, 72:6, 72:9, 72:12
**Gonzalez's** [1] - 72:14
**GONZALEZ.....................** [1] - 73:12
**Government** [12] - 13:12, 15:2, 15:17, 16:5, 17:8, 17:9, 18:11, 18:16, 18:21, 52:21, 69:18, 71:25
**government** [1] - 23:12
**government's** [2] - 41:12, 73:20
**Government's** [69] - 16:14, 16:17, 16:21, 19:18, 20:9, 21:9, 25:20, 25:25, 26:3, 26:4, 32:17, 33:4, 33:8, 33:11, 33:12, 33:17, 34:15, 34:25, 35:1, 35:3, 35:9, 36:4, 36:15, 36:20, 36:23, 36:24, 37:2, 37:7, 37:12, 37:14, 37:15, 37:18, 38:2, 38:6, 38:9, 38:10, 41:4, 41:6, 41:8, 47:8, 47:11, 49:1, 49:5, 49:22, 50:18, 51:21, 53:4, 53:5, 54:19, 54:22, 58:9, 59:18, 60:11, 62:17, 63:2, 64:16, 66:2, 66:15, 66:17, 69:19, 73:18, 73:19, 73:21, 73:22, 73:23, 73:24, 73:25
**grade** [1] - 4:13
**grams** [5] - 18:6, 19:19, 20:2, 20:14, 20:20
**granted** [1] - 26:18
**gray** [2] - 25:13, 25:14
**great** [1] - 57:6
**green** [1] - 31:11
**grounds** [1] - 31:23
**group** [6] - 6:10, 6:13, 6:18, 28:2, 59:23, 61:21
**groups** [1] - 10:14
**Grove** [1] - 2:3
**guess** [3] - 25:14, 52:4, 72:10
**Gunna** [1] - 63:24
**guy** [1] - 52:5

## H

**half** [1] - 58:1
**hand** [2] - 49:20, 54:12
**hang** [1] - 8:22
**happy** [1] - 72:14
**hardest** [1] - 6:16
**head** [1] - 47:12
**headed** [1] - 58:10
**header** [1] - 64:17
**heading** [5] - 59:18, 60:11, 62:18, 66:2, 66:17
**hear** [3] - 46:14, 47:18, 59:8
**heard** [7] - 3:18, 3:20, 3:22, 29:7, 46:4, 49:10, 59:10
**hearing** [2] - 70:3, 70:7
**hearsay** [3] - 28:3, 62:1, 65:13
**heat** [1] - 15:24
**held** [1] - 24:18
**help** [3] - 12:15, 42:6, 46:9
**helping** [1] - 46:8
**HERMAN** [1] - 2:4
**high** [1] - 4:13
**high-grade** [1] - 4:13
**himself** [1] - 42:24
**hold** [1] - 24:6
**holding** [1] - 51:2
**home** [1] - 57:16
**Honor** [66] - 7:10, 7:12, 7:14, 7:16, 11:8, 12:22, 13:1, 13:8, 15:9, 16:24, 17:11, 19:5, 19:7, 20:25, 21:3, 22:12, 23:1, 23:3, 23:5, 23:9, 25:24, 28:3, 28:22, 29:18, 29:22, 33:7, 33:10, 34:24, 35:25, 36:19, 37:11, 37:13, 38:5, 38:8, 38:23, 39:5, 41:23, 43:25, 47:2, 47:3, 47:7, 47:14, 49:4, 49:21, 50:13, 51:5, 51:20, 53:3, 54:18, 55:21, 55:22, 56:4, 56:14, 58:5, 59:17, 60:10, 60:13, 61:8, 62:10, 62:16, 63:1, 66:1, 66:11, 69:9, 71:3, 72:19
**HONORABLE** [1] - 1:12
**Horowitz** [2] - 21:2, 69:10
**horowitz** [1] - 7:11
**HOROWITZ** [38] - 1:23, 7:12, 15:6, 16:16, 21:3, 21:5, 22:12, 22:14, 22:25, 28:16, 28:22, 29:18, 30:16, 31:21, 31:24, 33:10, 37:13, 40:14, 41:14, 41:20, 42:3, 42:6, 43:6, 43:10, 44:13, 45:4, 47:2, 55:22, 60:13, 60:17, 65:3, 65:12, 69:14, 69:21, 70:4, 70:6, 70:12, 71:11
**HOROWITZ.....................** [1] - 73:13
**horse** [1] - 6:14
**HOSSEINI** [1] - 1:16
**hot** [1] - 8:16
**hour** [1] - 12:17
**hours** [1] - 59:15
**houses** [2] - 6:23, 56:23
**hundreds** [1] - 59:15

## I

**identification** [3] - 14:15, 25:19, 32:16
**identified** [12] - 25:16, 35:19, 36:3, 61:21, 64:3, 65:1, 65:11, 65:13, 67:9, 67:13, 68:6, 68:10
**identify** [16] - 25:11, 28:10, 31:8, 45:7, 46:7, 46:10, 58:15, 59:23, 63:23, 64:10, 64:25, 66:20, 67:2, 67:16, 67:20, 68:2
**identifying** [1] - 56:23
**identity** [2] - 46:10, 46:13
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**image** [1] - 50:22
**images** [3] - 39:25, 40:23, 52:9
**impede** [1] - 10:1
**important** [1] - 52:10
**impounded** [1] - 34:10
**Inc** [1] - 2:9
**incident** [1] - 53:22
**include** [1] - 14:3
**including** [1] - 64:24
**incorrect** [1] - 46:21
**independently** [1] - 34:3
**index** [1] - 46:25
**indicated** [2] - 17:21, 19:21
**indicates** [1] - 18:5
**indicating** [1] - 20:11
**indicia** [1] - 52:20
**individual** [10] - 6:10, 12:11, 25:4, 37:25, 48:5, 52:15, 63:23, 66:21, 67:3, 67:21
**individuals** [6] - 7:24, 11:20, 24:25, 47:25, 49:9, 59:23
**informant** [9] - 29:8, 29:15, 29:17, 29:25, 30:6, 30:7, 30:9, 30:15, 31:17
**information** [3] - 25:7, 28:2, 63:14
**inhabiting** [1] - 57:10
**initial** [1] - 27:10
**Instagram** [1] - 38:3
**instances** [1] - 11:4
**instructed** [1] - 46:11
**instruction** [4] - 41:22, 42:10, 43:23, 45:24
**interact** [1] - 53:20
**interaction** [1] - 32:10
**intercepted** [1] - 30:10
**intercepts** [2] - 4:8, 6:15
**International** [1] - 14:11

**interpreting** [1] - 56:24
**interview** [1] - 27:2
**interviewed** [1] - 9:2
**interviewing** [1] - 9:18
**investigate** [2] - 28:12, 58:23
**investigated** [1] - 11:16
**investigating** [1] - 26:9
**investigation** [36] - 7:4, 7:6, 14:15, 24:19, 24:25, 25:3, 25:6, 26:8, 26:11, 27:21, 27:23, 28:1, 28:6, 28:14, 30:23, 34:6, 35:18, 36:12, 38:13, 48:9, 53:19, 57:9, 58:15, 59:22, 61:20, 63:11, 63:22, 63:23, 64:10, 64:24, 64:25, 65:20, 66:6, 66:20, 67:2, 67:20
**investigations** [1] - 63:13
**investigator** [3] - 29:1, 58:23, 62:5
**involved** [6] - 24:25, 27:21, 27:22, 30:20, 30:23, 31:16
**involvement** [1] - 26:7
**involving** [6] - 24:19, 26:8, 28:15, 31:3, 31:19, 35:18
**issue** [2] - 71:25, 72:1
**issues** [2] - 69:23, 72:15
**item** [15] - 15:24, 17:17, 17:21, 17:24, 18:1, 18:2, 18:5, 18:8, 18:12, 18:17, 22:5, 22:9, 22:15, 50:22
**items** [12] - 14:3, 15:13, 15:14, 15:21, 17:3, 17:25, 21:11, 21:14, 34:21, 35:22
**itself** [3] - 29:6, 55:24, 61:22

## J

**jail** [2] - 41:2, 71:4
**Jail** [1] - 26:19
**jailhouse** [14] - 28:7, 28:9, 35:19, 38:16, 39:6, 39:20, 39:23, 40:21, 48:10, 56:24, 59:7, 59:13, 62:17, 63:14
**James** [4] - 66:24, 67:13, 67:14, 68:14
**JAMES** [1] - 1:8
**janoca** [1] - 2:9
**January** [6] - 53:22, 54:23, 58:10, 59:19, 60:12, 62:18
**Jay** [1] - 34:9
**JAY** [1] - 1:9
**Jencks** [1] - 69:21
**Joe** [2] - 48:15, 67:12
**Joel** [1] - 48:5
**john** [1] - 10:10
**join** [1] - 41:23
**joining** [1] - 24:18
**Joker** [2] - 55:14, 55:18
**Joseph** [1] - 48:18
**JR** [3] - 1:19, 2:2, 2:4
**Judge** [6] - 9:9, 44:25, 51:25, 70:7, 70:8, 72:23
**judge** [5] - 26:17, 34:12, 41:20, 42:3, 70:17
**JUDGE** [1] - 1:13
**July** [1] - 26:10
**jump** [1] - 47:5
**juncture** [1] - 68:11
**JURY** [1] - 1:12
**jury** [20] - 3:4, 13:4, 13:9, 14:9, 29:7, 39:12, 41:22, 42:7, 42:9, 43:22, 44:10, 44:16, 44:22, 45:19, 45:20, 46:24, 60:24, 61:4, 61:5, 69:2

## K

**KATHLEEN** [1] - 1:12
**keep** [1] - 8:15
**kind** [4] - 4:19, 5:15, 25:13, 54:2
**kinds** [1] - 34:2
**knowledge** [1] - 55:21
**known** [6] - 7:23, 9:21, 9:23, 27:8, 54:3
**KORCHIN** [8] - 1:21, 7:14, 23:3, 26:2, 26:13, 28:3, 38:8, 41:23
**Korchin** [2] - 7:13, 23:2

## L

**lab** [3] - 13:25, 14:1, 14:12
**lack** [3] - 40:21, 55:21, 56:4
**Ladies** [4] - 39:8, 45:22, 60:21, 68:17
**ladies** [1] - 14:8
**Lane** [1] - 2:10
**large** [1] - 42:23
**larger** [1] - 34:4
**last** [4] - 3:11, 13:18, 23:18, 60:21
**law** [2] - 14:18, 24:2
**lawyers** [1] - 44:9
**lead** [1] - 29:1
**leadership** [1] - 14:16
**leading** [7] - 6:5, 11:22, 26:13, 28:16, 28:23, 31:24, 65:3
**least** [3] - 20:22, 40:6, 43:10
**leave** [3] - 7:2, 12:17, 69:13
**leaves** [1] - 19:1
**left** [4] - 17:7, 21:24, 25:12, 31:13
**legal** [2] - 11:21, 72:15
**Leon** [1] - 1:19
**less** [4] - 18:6, 19:22, 19:23, 20:2
**level** [2] - 11:13, 11:16
**lick** [1] - 59:1
**lieutenant** [1] - 8:11
**life** [1] - 72:8
**light** [3] - 31:11, 68:21, 68:25
**limited** [1] - 46:8
**line** [1] - 52:15
**lines** [1] - 27:10
**Link** [1] - 59:8
**list** [4] - 39:6, 41:11, 41:12, 51:13
**listed** [2] - 39:3, 40:24
**listened** [1] - 6:9
**listening** [2] - 30:12, 46:16
**lists** [1] - 40:20
**Live** [1] - 2:10
**Lo** [3] - 38:1, 55:8, 55:9
**location** [16] - 6:22, 6:24, 6:25, 7:23, 8:14, 12:4, 12:10, 12:19, 32:8, 32:12, 32:21, 32:23, 32:25, 48:25, 57:16, 57:25
**locations** [3] - 7:21, 8:16
**longest** [2] - 55:19, 71:5
**look** [3] - 15:13, 41:12, 72:19
**looking** [1] - 70:15
**looks** [1] - 70:18
**loud** [1] - 27:9
**loving** [1] - 72:8
**Luis** [1] - 55:13
**lunch** [3] - 68:22, 68:23, 68:24

## M

**M-I-L-A-N-E-S** [1] - 13:19
**ma'am** [2] - 13:24, 32:3
**mack** [2] - 57:24, 58:2
**maintenance** [1] - 14:17
**makeshift** [1] - 54:2
**makeup** [1] - 4:24
**male** [2] - 60:7, 63:18
**MANUEL** [1] - 1:19
**marijuana** [8] - 4:13, 33:23, 33:25, 34:3, 35:12, 35:14, 54:16
**MARK** [1] - 1:16
**marked** [13] - 16:5, 16:21, 25:19, 26:4, 32:16, 33:12, 35:3, 36:24, 37:15, 37:18, 38:10, 40:17, 53:5
**market** [1] - 7:1
**Marlins** [1] - 57:13
**Martinez** [4] - 33:3, 50:4, 53:12, 67:6
**Mary** [1] - 2:2
**mass** [1] - 14:17
**material** [2] - 33:24, 35:15
**matter** [6] - 11:4, 35:15, 51:23, 53:21, 70:9, 74:7
**matters** [1] - 70:14
**Maurin** [4] - 58:15, 61:17, 62:24, 67:24
**MAURIN** [1] - 1:7
**max** [1] - 57:24
**MAY** [1] - 3:8
**Mayo** [3] - 7:19, 11:12, 12:24
**MAYO** [1] - 73:6
**MDMA** [3] - 4:18, 4:21, 4:22
**mean** [7] - 3:24, 6:12, 6:21, 41:25, 55:18, 56:3, 56:11
**meaning** [2] - 6:19, 44:15
**means** [7] - 4:2, 4:10, 4:15, 5:17, 5:23, 45:1, 62:6
**meant** [1] - 56:21
**media** [10] - 35:20, 35:23, 38:18, 39:7, 40:23, 58:14, 59:23, 61:21, 63:23, 64:25
**meet** [1] - 25:3
**members** [4] - 49:20, 52:9, 57:10, 58:2
**memorial** [4] - 51:16, 54:3, 54:7, 60:4
**memorializing** [1] - 52:4
**message** [1] - 4:9
**messages** [3] - 71:7, 71:9, 71:11
**MIAMI** [2] - 1:2, 1:7
**Miami** [13] - 1:17, 1:22, 1:25, 2:5, 13:25, 20:10, 20:22, 22:22, 24:10, 24:22, 26:21, 28:12
**Miami-Dade** [5] - 13:25, 20:10, 20:22, 22:22, 24:22
**Michael** [1] - 53:18
**midyear** [1] - 36:11
**might** [5] - 58:7, 69:8, 69:17, 70:1, 72:2
**Miguel** [1] - 48:4
**Milanes** [9] - 13:13, 13:18, 13:22, 15:7, 15:12, 17:2, 19:10, 21:6, 21:8
**MILANES** [2] - 13:14, 73:10
**minds** [1] - 57:6
**minutes** [5] - 13:3, 39:11, 45:13, 60:23, 60:25
**Miranda** [2] - 27:8
**model** [1] - 12:8
**Moises** [2] - 37:23, 37:24
**Molly** [4] - 4:15, 4:21, 4:22, 5:2
**moment** [2] - 12:21, 17:11
**Monday** [2] - 70:12, 70:15
**money** [13] - 7:25, 8:5, 8:6, 8:7, 8:8, 8:11, 8:15, 10:21, 11:14, 11:17, 11:19, 12:13, 42:23
**monitor** [1] - 30:5
**monitoring** [2] - 30:7, 31:16
**months** [1] - 14:13
**mood** [1] - 72:10
**Moore** [1] - 64:2

**morning** [5] - 70:21, 70:22, 71:2, 71:15, 72:3
**most** [2] - 8:2, 8:13
**motion** [1] - 70:8
**motions** [2] - 69:25, 70:15
**move** [7] - 33:7, 34:24, 36:19, 37:11, 38:5, 43:24, 58:5
**moving** [1] - 18:16
**MR** [265] - 3:10, 6:5, 6:7, 7:8, 7:10, 7:12, 7:14, 7:16, 7:18, 9:6, 9:9, 9:11, 9:16, 11:6, 11:8, 11:11, 11:21, 11:24, 12:5, 12:14, 12:21, 13:1, 13:8, 13:12, 13:21, 15:2, 15:5, 15:6, 15:9, 15:11, 16:14, 16:16, 16:19, 16:23, 17:1, 17:11, 17:13, 19:5, 19:7, 19:9, 20:25, 21:3, 21:5, 22:12, 22:14, 22:25, 23:3, 23:5, 23:7, 23:9, 23:13, 23:21, 25:15, 25:18, 25:24, 26:2, 26:6, 26:13, 28:3, 28:5, 28:16, 28:22, 28:24, 29:18, 30:16, 30:18, 31:21, 31:24, 32:5, 32:13, 32:15, 33:7, 33:10, 33:14, 33:16, 34:12, 34:14, 34:24, 35:5, 35:7, 35:25, 36:2, 36:19, 36:22, 37:1, 37:11, 37:13, 37:17, 38:5, 38:8, 38:12, 38:23, 39:5, 39:16, 39:22, 40:1, 40:4, 40:6, 40:8, 40:11, 40:13, 40:14, 40:17, 41:1, 41:4, 41:6, 41:8, 41:10, 41:14, 41:20, 41:23, 42:3, 42:6, 42:13, 42:15, 42:17, 42:19, 42:20, 43:4, 43:5, 43:6, 43:7, 43:8, 43:10, 43:12, 43:14, 43:16, 43:18, 43:25, 44:5, 44:11, 44:13, 44:17, 44:19, 44:23, 44:25, 45:4, 47:2, 47:3, 47:7, 47:11, 47:24, 48:8, 48:24, 49:4, 49:8, 49:18, 49:21, 49:25, 50:6, 50:13, 50:15, 50:17, 51:5, 51:7, 51:9, 51:11, 51:20, 51:22, 51:25, 52:3, 52:8, 52:14, 52:17, 52:22, 52:25, 53:3, 53:8, 53:14, 53:25, 54:5, 54:10, 54:14, 54:18, 54:21, 54:24, 54:25, 55:2, 55:7, 55:11, 55:17, 55:20, 55:22, 56:1, 56:4, 56:9, 56:13, 57:2, 57:6, 57:8, 57:23, 58:5, 58:9, 58:13, 58:22, 59:6, 59:17, 59:21, 60:2, 60:10, 60:13, 60:17, 61:8, 61:13, 61:19, 62:1, 62:4, 62:8, 62:10, 62:12, 62:16, 62:20, 63:1, 63:3, 63:5, 63:6, 63:7, 63:10, 63:21, 64:9, 64:16, 64:19, 65:3, 65:8, 65:12, 65:19, 66:1, 66:5, 66:11, 66:13, 66:15, 66:19, 67:1, 67:8, 67:19, 68:5, 68:9, 68:16, 69:9, 69:14, 69:15, 69:18, 69:21, 70:4, 70:6, 70:12, 70:17, 70:22, 71:3, 71:10, 71:11, 71:16, 71:21, 71:24, 72:6, 72:9, 72:12, 72:17, 73:7, 73:8, 73:9, 73:11, 73:12, 73:13, 73:15
**multiple** [1] - 39:18

## N

**N.E** [2] - 1:17, 2:5
**N.W** [8] - 32:8, 32:21, 36:8, 49:2, 57:14, 57:16, 57:17, 57:24
**naked** [4] - 5:4, 5:6, 5:8
**name** [24] - 6:11, 13:16, 13:17, 13:18, 23:16, 23:17, 23:18, 25:8, 37:25, 48:5, 54:8, 55:3, 55:4, 58:16, 58:19, 58:20, 59:24, 63:24, 64:11, 65:1, 67:13, 67:21
**named** [1] - 67:14
**names** [2] - 6:4, 6:12
**naming** [1] - 6:3
**narcotic** [1] - 3:20
**narcotics** [30] - 3:17, 4:1, 4:3, 5:3, 5:5, 5:14, 5:16, 6:25, 7:2, 8:4, 8:5, 8:7, 10:5, 10:22, 11:25, 12:3, 12:9, 12:11, 12:16, 12:18, 14:15, 24:15, 24:20, 27:22, 32:11, 32:20, 33:1, 34:19
**nature** [1] - 26:7
**necessarily** [1] - 8:25
**necessary** [1] - 52:18
**need** [9] - 40:15, 44:9, 44:12, 45:3, 45:7, 45:10, 69:21, 72:4, 72:17
**needed** [2] - 45:25, 71:14
**needs** [1] - 21:24
**neighborhood** [1] - 61:25
**never** [2] - 20:3, 47:5
**new** [2] - 9:7, 32:21
**next** [4] - 9:23, 13:11, 18:21, 23:12
**nickname** [2] - 66:21, 67:3
**ninja** [1] - 10:25
**nonresponsive** [1] - 29:18
**noon** [1] - 70:3
**normal** [1] - 4:14
**normally** [5] - 3:19, 3:25, 7:23, 29:14, 49:20
**north** [2] - 57:12, 57:19
**notebook** [2] - 39:25, 40:1
**notebooks** [3] - 44:16, 44:17, 46:24
**nothing** [3] - 7:5, 45:1, 72:17
**notice** [2] - 49:14, 72:4
**November** [6] - 63:8, 64:17, 65:10, 66:3, 66:7, 66:17
**number** [14] - 15:25, 16:18, 19:12, 20:9, 20:10, 20:16, 20:23, 22:5, 22:9, 22:21, 39:3, 45:1, 54:24
**numbers** [7] - 15:25, 39:4, 40:4, 43:2, 44:23, 45:1, 63:12
**numerous** [2] - 4:8, 9:2

## O

**Oak** [1] - 2:10
**object** [1] - 41:20
**objection** [39] - 6:5, 9:6, 9:10, 11:21, 12:5, 15:5, 15:6, 16:16, 26:1, 26:2, 26:13, 28:3, 28:16, 28:22, 29:18, 30:16, 31:21, 33:9, 34:12, 35:2, 36:21, 36:22, 37:13, 38:7, 41:18, 41:21, 42:9, 51:22, 51:24, 52:21, 52:22, 55:20, 56:4, 56:13, 62:8, 65:3, 65:12, 69:14, 69:15
**objects** [2] - 6:4, 9:8
**obtain** [1] - 5:15
**obviously** [2] - 8:4, 8:8
**occasion** [1] - 29:25
**occur** [2] - 30:20, 59:8
**occurred** [1] - 26:10
**October** [1] - 34:20
**OF** [3] - 1:1, 1:4, 1:12
**offer** [4] - 16:14, 25:24, 44:13, 51:20
**offering** [2] - 39:1, 39:3
**officer** [4] - 21:14, 21:15, 24:8, 65:24
**often** [1] - 24:13
**old** [1] - 10:17
**once** [2] - 6:23, 10:4
**one** [24] - 6:13, 6:15, 10:24, 12:16, 12:21, 17:11, 20:8, 29:4, 29:14, 29:15, 32:25, 43:2, 44:2, 44:3, 44:21, 45:5, 45:8, 50:23, 56:21, 65:11, 65:16, 65:17, 70:18
**open** [1] - 7:1
**open-air** [1] - 7:1
**operating** [1] - 17:2
**operation** [4] - 7:20, 31:3, 31:15, 32:7
**operations** [1] - 63:12
**opinion** [2] - 42:3, 62:8
**opportunity** [1] - 72:19
**oral** [1] - 46:4
**orange** [1] - 22:16
**order** [1] - 44:18
**organization** [5] - 10:3, 10:9, 10:11, 11:3, 11:13
**organizations** [8] - 7:20, 7:25, 8:11, 10:21, 11:13, 11:16, 11:25
**organize** [2] - 39:9, 39:11
**organized** [1] - 9:1
**originate** [1] - 5:1
**overrule** [1] - 42:9
**overruled** [7] - 12:6, 26:14, 28:17, 34:13, 51:24, 62:9, 62:10
**Overtown** [2] - 12:2, 12:5
**own** [3] - 12:9, 46:15, 46:18

## P

**P-E-R-E-Z** [1] - 23:19
**P-Lo** [1] - 38:1
**P.M** [1] - 1:5
**package** [1] - 16:10
**packaging** [2] - 15:20, 15:22
**page** [17] - 17:8, 17:10, 17:14, 17:17, 18:12, 18:13, 18:16, 18:18, 18:22, 19:2, 19:13, 19:21, 20:19, 21:9, 45:11, 56:10
**PAGE** [1] - 73:5
**PAGES** [1] - 1:10
**paid** [2] - 8:5, 8:11
**Papo** [1] - 48:11
**paradigm** [1] - 12:8
**paraphernalia** [1] - 22:6
**pardon** [1] - 70:25
**part** [9] - 7:6, 9:24, 10:3, 20:9, 28:1, 28:2, 28:14, 29:10, 51:2
**participant** [1] - 53:21
**participate** [5] - 26:11, 28:14, 34:6, 38:14, 38:16
**participated** [1] - 42:23
**participating** [1] - 31:3
**participation** [1] - 30:8
**parties** [1] - 30:14
**party** [3] - 30:1, 30:10, 50:24
**passed** [1] - 52:4
**passing** [1] - 46:24
**patch** [1] - 32:20
**Patron** [1] - 67:21

**PAUL** [1] - 1:21
**paying** [1] - 10:10
**pedestrian** [1] - 53:22
**people** [5] - 7:22, 8:14, 12:3, 12:9, 56:23
**Perez** [2] - 23:13, 23:18
**PEREZ** [2] - 23:14, 73:14
**perhaps** [1] - 72:20
**period** [1] - 69:25
**permission** [8] - 32:13, 33:14, 35:5, 35:25, 38:24, 47:9, 50:13, 51:9
**perpetuity** [1] - 52:25
**person** [12] - 4:2, 5:15, 8:4, 9:24, 25:9, 25:12, 29:15, 48:5, 67:14, 67:25, 69:13, 70:24
**personal** [2] - 55:21, 56:5
**pertain** [1] - 6:1
**pertaining** [1] - 40:21
**Peter** [3] - 65:1, 65:5, 65:6
**PHILIP** [1] - 1:23
**phone** [7] - 28:7, 28:9, 35:19, 39:14, 39:23, 48:10, 59:7
**photograph** [1] - 25:23
**phrase** [10] - 3:18, 3:22, 4:10, 4:15, 5:4, 5:17, 6:21, 56:2, 59:1, 62:6
**physical** [1] - 42:20
**PIDERIT** [1] - 2:9
**piderit** [1] - 74:11
**piece** [1] - 20:17
**pieces** [1] - 3:15
**Piedy** [2] - 53:18, 53:20
**Pineer** [1] - 37:24
**pipe** [2] - 22:9, 22:18
**place** [1] - 15:12
**placing** [1] - 17:14
**Plaintiff** [1] - 1:5
**plastic** [4] - 22:15, 34:1, 34:2, 35:16
**play** [4] - 39:16, 49:16, 52:11, 60:13
**played** [7] - 42:7, 42:22, 44:1, 44:7, 60:3, 63:16, 64:4
**playing** [54] - 44:11, 47:22, 48:7, 48:23, 49:7, 49:17, 49:24, 50:5, 51:8, 53:7, 53:13, 53:24, 54:4, 54:9, 54:13, 54:17, 55:1, 55:6, 55:10, 55:16, 55:25, 56:8, 57:22, 58:4, 58:12, 58:21, 59:5, 59:16, 59:20, 60:1, 60:9, 61:8, 61:11, 61:18, 62:3, 62:15, 62:19, 62:25, 63:9, 63:20, 64:8, 64:15, 64:18, 65:7, 65:18, 65:25, 66:4, 66:9, 66:18, 66:25, 67:7, 67:18, 68:8, 68:15
**pleadings** [1] - 72:19
**plug** [4] - 5:9, 5:11, 5:12, 5:15
**PM** [25] - 3:2, 3:4, 13:4, 13:5, 13:6, 13:9, 39:12, 45:14, 45:15, 45:20, 54:23, 58:11, 59:19, 60:12, 60:24, 61:1, 61:2, 61:5, 62:18, 63:8, 64:17, 66:3, 66:17, 69:2, 73:2
**pockets** [1] - 53:23
**point** [6] - 7:24, 10:12, 27:17, 27:22, 30:8, 72:21
**points** [1] - 57:15
**police** [1] - 65:24
**Police** [5] - 13:25, 20:10, 20:22, 22:22, 26:21
**Ponce** [1] - 1:19
**Portela** [17] - 25:8, 25:23, 26:8, 26:9, 26:23, 26:24, 27:3, 27:7, 27:12, 28:1, 28:7, 28:10, 35:18, 37:6, 37:22, 48:14, 49:13
**PORTELA** [1] - 1:7
**Portela's** [2] - 27:5, 37:5
**positive** [1] - 18:2
**possess** [1] - 4:3
**possessing** [1] - 6:1
**possession** [1] - 26:10
**possible** [1] - 71:17
**post** [1] - 47:13
**posted** [4] - 5:4, 36:16, 37:8, 38:3
**postings** [1] - 40:24
**practice** [1] - 6:3
**precise** [1] - 18:9
**preemptively** [1] - 39:17
**preparation** [3] - 38:14, 38:16, 46:15
**presence** [1] - 27:11
**present** [10] - 27:14, 27:19, 28:19, 28:21, 29:7, 29:10, 29:15, 29:24, 31:18, 31:24
**preserve** [1] - 36:12
**presumably** [1] - 52:15
**previous** [1] - 10:7
**previously** [3] - 16:5, 45:24, 51:22
**primary** [1] - 46:18
**procedures** [2] - 14:16, 17:3
**Proceedings** [1] - 3:2
**PROCEEDINGS** [1] - 1:12
**proceedings** [2] - 73:1, 74:7
**Professional** [1] - 74:12
**proffers** [1] - 15:2
**profitable** [1] - 10:20
**profits** [1] - 10:2
**prognosticate** [1] - 71:16
**property** [1] - 16:1
**prostitute** [1] - 9:23
**prostitutes** [6] - 8:22, 8:25, 9:18, 10:2, 10:8, 10:9
**prostitution** [2] - 8:19, 8:22
**Protection** [2] - 24:5, 24:7
**provided** [2] - 27:7, 71:7
**publicly** [4] - 35:22, 36:16, 37:8, 38:3
**publish** [4] - 33:14, 35:5, 38:25, 47:8
**publishing** [6] - 47:8, 49:4, 49:21, 54:19, 62:16, 63:1
**purchase** [2] - 7:1, 50:24
**purchases** [9] - 28:15, 29:8, 29:11, 30:1, 30:4, 30:8, 31:4, 32:6
**purple** [1] - 31:13
**purport** [1] - 46:6
**purpose** [2] - 46:8, 70:18
**purposes** [3] - 20:22, 36:13, 70:17
**push** [1] - 4:10
**put** [2] - 13:2, 72:4
**putting** [1] - 29:20

## Q

**quality** [1] - 4:14
**questions** [17] - 7:10, 7:12, 7:14, 7:16, 11:6, 11:8, 12:22, 17:5, 19:12, 21:1, 21:8, 22:25, 23:3, 23:5, 23:7, 47:4, 57:4
**quick** [1] - 11:9
**quickly** [1] - 72:3

## R

**Rachel** [2] - 63:19, 64:23
**raised** [1] - 51:22
**Ramirez** [4] - 36:7, 48:4, 50:12, 55:15
**ran** [1] - 69:9
**randomly** [1] - 30:15
**Raymond** [1] - 64:2
**RDR** [1] - 2:9
**reach** [1] - 70:24
**read** [4] - 9:13, 9:14, 27:9, 69:18
**reading** [1] - 27:10
**reads** [5] - 54:22, 62:18, 63:7, 64:17, 66:2
**ready** [2] - 4:1, 70:21
**real** [1] - 58:20
**really** [4] - 44:20, 71:19, 72:4
**Realtime** [1] - 74:13
**reason** [1] - 17:24
**receive** [2] - 43:22, 45:23
**received** [3] - 25:7, 28:1, 46:25
**recess** [1] - 60:22
**Recessed** [3] - 13:5, 45:14, 61:1
**recognize** [32] - 15:20, 16:6, 25:20, 32:17, 33:17, 34:15, 35:9, 36:4, 37:2, 37:19, 47:25, 48:25, 49:9, 49:12, 49:13, 50:1, 50:3, 50:7, 50:9, 50:11, 50:18, 50:21, 51:13, 53:9, 53:11, 53:15, 55:3, 60:4, 61:14, 62:21, 63:16, 64:20
**recognized** [1] - 15:7
**record** [7] - 13:16, 15:17, 23:16, 25:15, 41:16, 68:5, 74:7
**recording** [6] - 46:16, 46:17, 48:1, 48:3, 59:8, 64:20
**recordings** [1] - 59:11
**recovered** [10] - 34:19, 37:5, 37:22, 37:23, 38:17, 51:18, 52:9, 65:10, 65:15, 66:7
**reddish** [1] - 22:16
**redirect** [2] - 11:9, 23:8
**REDIRECT** [2] - 11:10, 73:9
**refer** [2] - 3:25, 5:14
**reference** [5] - 4:13, 6:22, 26:9, 44:6, 45:2
**references** [2] - 6:17, 42:11
**referencing** [1] - 45:8
**referred** [6] - 5:12, 22:6, 22:18, 48:10, 48:15, 48:19
**referring** [2] - 3:19, 33:2
**refers** [1] - 59:4
**reflect** [2] - 25:15, 68:5
**reflects** [1] - 46:12
**regard** [5] - 7:3, 11:12, 26:7, 29:3, 30:3
**regarding** [4] - 19:12, 21:9, 25:7, 65:9
**regards** [1] - 19:17
**Registered** [1] - 74:12
**relate** [1] - 39:6
**related** [1] - 3:17
**relates** [2] - 14:19, 15:3
**relation** [1] - 46:16
**relationship** [1] - 43:23
**relevance** [2] - 12:5, 56:13
**remember** [4] - 36:10, 52:19, 52:20, 70:2
**renew** [1] - 34:12
**rephrase** [1] - 11:23
**replace** [1] - 8:7
**replicas** [1] - 16:9
**report** [11] - 16:3, 17:9, 17:21, 18:5, 18:12, 18:14, 18:19, 18:23, 19:1, 19:15, 22:21

**REPORTED** [1] - 2:9
**Reporter** [3] - 74:12, 74:12, 74:13
**Reporting** [1] - 2:9
**reports** [4] - 16:9, 16:11, 17:6, 21:10
**representation** [3] - 36:16, 37:8, 38:2
**requested** [1] - 26:17
**requesting** [1] - 26:23
**requests** [1] - 60:18
**required** [1] - 9:12
**residue** [15] - 17:18, 18:1, 18:2, 19:22, 19:23, 19:24, 20:3, 21:15, 21:18, 21:20, 21:22, 21:23, 22:2
**respect** [3] - 18:5, 18:8, 46:20
**response** [1] - 27:5
**responsible** [1] - 9:20
**rest** [1] - 39:23
**restroom** [3] - 44:9, 44:14, 45:6
**results** [1] - 16:11
**Resumed** [3] - 13:6, 45:15, 61:2
**resumed** [2] - 3:2, 3:8
**resumes** [1] - 45:18
**retail** [2] - 6:22, 6:25
**retires** [4] - 13:4, 39:12, 60:24, 69:2
**retrieve** [1] - 32:25
**retrieved** [1] - 33:5
**return** [1] - 3:6
**returns** [4] - 3:4, 13:9, 45:20, 61:5
**review** [6] - 28:6, 39:2, 48:10, 59:7, 60:3, 61:20
**reviewed** [7] - 39:19, 41:16, 42:21, 44:2, 59:13, 59:22, 71:6
**reviewing** [1] - 42:24
**revolvers** [1] - 10:18
**rifles** [1] - 10:15
**rights** [1] - 27:7
**river** [1] - 57:12
**Riverside** [1] - 59:24
**robbery** [4] - 58:23, 59:4, 65:10, 66:7
**rock** [1] - 3:15
**RODOLFO** [1] - 1:7
**Rodolfo** [2] - 25:8, 25:23
**Rodriguez** [1] - 48:4
**role** [7] - 7:3, 25:6, 29:13, 29:19, 29:21, 30:3, 31:14
**Rosniel** [2] - 23:13, 23:18
**ROSNIEL** [3] - 23:14, 23:18, 73:14
**RUBIO** [9] - 2:4, 11:8, 23:7, 34:12, 52:22, 52:25, 70:17, 70:22, 71:21
**Rubio** [5] - 11:7, 23:6, 47:5, 71:18, 71:24
**Rubio's** [1] - 71:14
**rule** [1] - 9:8
**Rule** [1] - 70:10
**running** [1] - 9:24
**runs** [1] - 12:16


## S


**Salas** [4] - 55:5, 55:13, 61:17, 62:24
**sale** [1] - 4:1
**sample** [1] - 26:24
**sat** [1] - 71:5
**saw** [3] - 36:16, 37:8, 38:3
**scene** [2] - 60:4, 66:7
**scheduled** [2] - 70:8, 70:14
**scheduling** [3] - 69:4, 70:1, 70:17
**scheduling-wise** [1] - 70:1
**Science** [1] - 14:10
**scrape** [1] - 21:23
**screen** [8] - 17:14, 49:10, 49:19, 50:1, 50:7, 50:11, 53:9, 54:1
**seals** [1] - 15:24
**search** [4] - 26:17, 26:19, 26:23, 63:13
**searching** [1] - 32:11
**seated** [8] - 3:5, 13:10, 13:15, 23:16, 39:13, 45:21, 61:3, 61:6
**second** [1] - 20:9
**secondary** [1] - 46:8
**section** [1] - 12:2
**sections** [1] - 9:20
**secure** [3] - 26:20, 26:22, 63:12
**securing** [1] - 26:16
**see** [29] - 6:18, 8:2, 10:2, 10:20, 17:17, 17:18, 25:9, 26:25, 31:6, 32:24, 33:20, 33:22, 33:24, 34:2, 35:11, 35:13, 36:9, 47:5, 49:19, 54:6, 54:11, 54:15, 67:14, 67:25, 69:1, 69:8, 70:1, 72:22, 72:25
**seeking** [1] - 38:24
**Seitz** [1] - 72:23
**seized** [1] - 22:22
**sell** [5] - 4:3, 12:3, 12:10, 12:18, 30:15
**sellers** [1] - 8:11
**selling** [2] - 7:24, 12:11
**send** [1] - 42:1
**sense** [1] - 70:23
**separate** [1] - 44:3
**served** [1] - 24:21
**Services** [1] - 2:9
**serving** [1] - 24:2
**SESSION** [1] - 1:5
**several** [5] - 10:9, 15:12, 32:9, 35:14, 57:11
**share** [2] - 10:2, 12:12
**shell** [1] - 66:7
**shirt** [9] - 25:13, 31:12, 31:13, 52:8, 52:12, 52:14, 54:2, 67:17, 68:3
**shooting** [2] - 3:19, 62:14
**Shores** [1] - 2:5
**short** [4] - 13:1, 66:11, 66:14
**shot** [2] - 49:1, 52:15
**show** [1] - 16:5
**showing** [10] - 25:19, 32:16, 33:17, 34:15, 35:8, 36:3, 37:2, 37:18, 50:18, 51:12
**side** [3] - 57:11, 57:13, 68:4
**sidebar** [3] - 51:25, 56:14, 60:14
**sidewalk** [1] - 49:2
**sign** [2] - 49:20, 54:12
**signature** [2] - 15:24
**similar** [2] - 8:19, 50:23
**similarity** [1] - 50:21
**simply** [1] - 42:6
**single** [1] - 39:19
**sister** [1] - 63:19
**sit** [2] - 29:4, 29:5
**sitting** [3] - 25:12, 31:11, 31:13
**situation** [1] - 27:6
**six** [4] - 57:12, 57:17, 57:19, 57:20
**slab** [4] - 5:17, 5:19, 5:20, 5:21
**slabs** [2] - 5:19, 5:21
**slang** [4] - 3:15, 4:18, 6:17, 6:19
**small** [3] - 7:1, 10:17, 34:3
**smaller** [1] - 6:25
**Smoke** [2] - 66:21, 67:13
**so-and-so** [1] - 4:2
**social** [10] - 35:19, 35:23, 38:17, 39:7, 40:23, 58:14, 59:23, 61:21, 63:23, 64:24
**sod** [2] - 32:21, 32:22
**sold** [2] - 6:25, 8:6
**someone** [5] - 4:5, 5:12, 6:4, 8:2, 54:3
**sometime** [1] - 36:10
**sometimes** [1] - 8:13
**somewhere** [1] - 36:11
**sorry** [7] - 5:18, 25:13, 37:23, 47:18, 57:12, 63:6, 70:20
**sort** [1] - 45:25
**source** [4] - 5:14, 6:24, 8:3, 12:12
**sources** [1] - 8:14
**South** [1] - 1:24
**south** [4] - 32:12, 32:21, 57:11, 57:20
**SOUTHERN** [1] - 1:1
**speaker** [1] - 55:3
**speakers** [2] - 46:7, 46:10
**speaking** [3] - 39:4, 46:13, 49:10
**spec** [1] - 14:17
**SPECIAL** [3] - 3:8, 73:6, 73:14
**special** [1] - 23:23
**specially** [1] - 44:18
**specific** [2] - 20:16, 71:9
**specifically** [1] - 31:14
**speculation** [4] - 10:12, 55:20, 56:4, 56:13
**spell** [2] - 13:16, 23:17
**spots** [1] - 8:17
**squad** [1] - 8:20
**Stadium** [1] - 57:13
**stamps** [3] - 10:24, 10:25, 11:2
**stand** [3] - 31:9, 45:17, 45:18
**standard** [1] - 17:2
**standing** [1] - 72:7
**start** [2] - 17:7, 69:25
**started** [2] - 26:9, 32:10
**starting** [1] - 63:5
**state** [4] - 9:18, 10:8, 13:16, 23:16
**State** [1] - 14:24
**statement** [4] - 27:11, 27:15, 27:18, 27:19
**States** [1] - 23:13
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**step** [3] - 12:24, 23:10, 39:10
**Steven** [2] - 64:11, 64:14
**still** [1] - 21:23
**stipulate** [1] - 71:25
**stipulations** [2] - 69:19, 72:18
**stopper** [1] - 22:16
**storage** [1] - 6:23
**strapped** [4] - 5:23, 5:24, 5:25, 6:2
**streamline** [1] - 71:8
**streamlined** [1] - 72:13
**Street** [7] - 1:17, 1:22, 2:2, 2:5, 57:12, 61:22, 61:24
**street** [6] - 3:15, 4:21, 11:13, 11:16, 37:6, 37:25
**street-level** [2] - 11:13, 11:16
**stretching** [1] - 56:20
**submitted** [1] - 21:11
**submitting** [1] - 21:15
**subsequent** [1] - 18:8
**subsequently** [1] - 26:18
**substances** [4] - 14:4, 14:20, 15:4, 15:15
**substantially** [2] - 33:4, 34:21
**suggest** [1] - 68:21
**suite** [1] - 1:20
**Suite** [2] - 1:24, 2:3
**supervisory** [1] - 24:8
**supplied** [1] - 4:1
**supply** [5] - 5:14, 6:24, 8:3, 8:15, 12:12
**surprised** [1] - 26:24
**suspected** [2] - 17:18, 17:25
**sustained** [6] - 6:6, 28:4, 28:23, 30:17, 55:23, 62:2
**switch** [2] - 50:16, 51:5
**sworn** [2] - 13:14, 23:14
**SWORN**..................... [1] - 73:14

**SWORN....................** 
**...........** [1] - 73:10

## T

**T-shirt** [4] - 52:8, 52:12, 52:14, 54:2
**tab** [17] - 40:12, 44:23, 47:12, 49:5, 54:22, 54:24, 58:11, 59:17, 60:11, 61:10, 62:17, 62:18, 63:3, 63:5, 64:16, 66:1, 66:16
**table** [1] - 68:4
**tabs** [5] - 40:13, 40:14, 40:16, 44:18, 71:11
**TAMRA** [1] - 2:9
**Tamra** [1] - 74:11
**tape** [4] - 43:24, 46:16, 46:17, 52:20
**target** [4] - 32:23, 56:23, 57:16, 57:25
**targets** [1] - 30:23
**tattoo** [1] - 54:7
**teal** [1] - 67:17
**team** [1] - 29:10
**Tel** [1] - 59:8
**telephone** [2] - 4:9, 63:12
**Telli** [1] - 67:3
**tender** [1] - 7:8
**term** [3] - 4:20, 4:21, 40:22
**terms** [4] - 3:20, 4:20, 4:22, 6:19
**territory** [3] - 10:1, 56:2, 56:22
**test** [1] - 21:25
**tested** [5] - 18:2, 21:24, 22:3, 22:5, 22:9
**testified** [6] - 8:13, 10:25, 14:18, 31:19, 42:22, 52:6
**testifying** [1] - 7:4
**testimony** [8] - 7:19, 8:10, 14:16, 27:14, 44:6, 46:14, 52:19, 69:7
**testing** [2] - 17:3, 21:20
**tests** [1] - 16:12
**text** [4] - 4:9, 71:6, 71:9, 71:11
**THE** [175] - 1:12, 1:15, 1:19, 3:3, 3:5, 6:6, 7:9, 7:11, 7:13, 7:15, 9:7, 9:10, 9:12, 9:15, 11:7, 11:9, 11:23, 12:6, 12:9, 12:24, 13:3, 13:7, 13:10, 13:15, 13:18, 15:7, 15:10, 16:17, 16:20, 16:25, 17:12, 19:6, 21:2, 22:13, 23:2, 23:4, 23:6, 23:8, 23:10, 23:12, 23:15, 23:18, 25:17, 26:1, 26:3, 26:14, 28:4, 28:17, 28:23, 29:20, 29:22, 29:23, 30:17, 31:10, 31:23, 31:25, 32:3, 32:4, 32:14, 33:9, 33:11, 33:15, 34:13, 35:1, 35:6, 36:1, 36:21, 36:23, 37:14, 38:7, 38:9, 39:1, 39:8, 39:13, 39:20, 39:24, 40:3, 40:5, 40:7, 40:10, 40:18, 41:2, 41:5, 41:7, 41:9, 41:11, 41:15, 41:24, 42:5, 42:8, 42:14, 42:16, 42:25, 43:9, 43:13, 43:15, 43:17, 43:19, 44:3, 44:8, 44:15, 44:20, 44:24, 45:6, 45:16, 45:19, 45:21, 47:4, 47:10, 47:14, 47:16, 47:17, 47:18, 47:19, 47:20, 47:21, 49:6, 49:23, 50:14, 50:16, 51:6, 51:10, 51:24, 52:1, 52:7, 52:12, 52:16, 52:19, 52:23, 53:2, 53:4, 54:20, 55:23, 56:6, 56:15, 56:17, 57:5, 58:7, 60:15, 60:19, 60:21, 60:25, 61:3, 61:6, 62:2, 62:9, 62:11, 63:4, 65:4, 65:14, 65:16, 65:17, 66:10, 66:12, 66:14, 68:7, 68:17, 69:3, 69:6, 69:16, 69:20, 69:24, 70:5, 70:11, 70:14, 70:20, 70:23, 71:13, 71:19, 71:23, 72:2, 72:7, 72:11, 72:14, 72:22
**themselves** [3] - 8:15, 10:2, 42:4
**Thereupon** [1] - 73:1
**thinking** [2] - 69:25, 70:9
**third** [3] - 25:12, 30:10, 30:14
**Thompson** [2] - 48:18, 67:12
**three** [7] - 21:11, 21:14, 39:22, 40:19, 44:21, 57:18, 71:4
**throughout** [2] - 28:19, 32:23
**tie** [5] - 25:13, 25:14, 31:12, 67:17, 68:3
**tight** [1] - 71:20
**timeline** [1] - 71:20
**Tinoco** [1] - 55:9
**Tobacco** [1] - 23:23
**today** [7] - 7:4, 25:9, 31:6, 59:14, 67:14, 67:25, 72:18
**together** [8] - 7:22, 11:20, 12:1, 12:3, 12:10, 12:20, 39:7, 44:4
**tomorrow** [8] - 68:20, 69:1, 69:4, 69:8, 70:4, 70:23, 72:20, 72:22
**tonight** [1] - 69:23
**took** [2] - 56:11
**top** [3] - 54:22, 58:10, 63:8
**towards** [1] - 72:9
**trace** [1] - 19:24
**track** [1] - 54:21
**trafficking** [2] - 7:20, 8:10
**training** [4] - 14:9, 14:12, 14:13, 14:14
**transactions** [4] - 30:19, 30:20, 31:18, 31:19
**TRANSCRIPT** [1] - 1:12
**transcript** [20] - 40:12, 40:19, 42:21, 43:3, 43:14, 43:15, 43:19, 46:12, 46:15, 46:16, 46:20, 47:12, 49:22, 59:19, 61:9, 63:6, 63:7, 64:17, 66:16, 74:6
**transcripted** [1] - 42:12
**transcripts** [19] - 38:14, 38:17, 38:20, 39:7, 39:23, 40:2, 41:13, 41:18, 42:6, 42:10, 43:1, 45:23, 46:4, 46:6, 46:8, 46:18, 56:20
**transcripts'** [1] - 43:23
**transmission** [1] - 30:5
**trap** [4] - 6:11, 6:21, 6:22, 6:23
**traveling** [1] - 59:23
**trial** [2] - 29:3, 29:5
**TRIAL** [1] - 1:12
**troubleshooting** [1] - 14:17
**try** [2] - 6:17, 6:18
**trying** [1] - 13:2
**tube** [1] - 22:16
**Tuesday** [1] - 70:19
**turn** [3] - 69:12, 69:17, 69:22
**turning** [4] - 59:17, 60:10, 64:16, 66:1
**two** [4] - 12:17, 17:25, 21:14, 65:11
**type** [3] - 4:13, 24:14, 57:3
**typewritten** [1] - 46:4
**typically** [1] - 10:19

## U

**U.S** [1] - 24:4
**under** [2] - 10:8, 59:24
**undercover** [13] - 28:15, 29:8, 29:11, 30:1, 30:3, 30:8, 30:9, 30:15, 32:6, 50:24, 56:18, 56:22, 63:12
**understood** [1] - 27:9
**United** [1] - 23:13
**UNITED** [4] - 1:1, 1:4, 1:13, 1:15
**University** [1] - 14:11
**unlikely** [1] - 71:14
**unreliable** [1] - 46:21
**up** [7] - 7:25, 8:8, 8:12, 40:23, 44:13, 47:5, 70:1

## V

**variations** [3] - 4:23, 6:12
**vehicles** [1] - 4:6
**Veloz** [1] - 31:19
**verified** [2] - 42:24, 44:7
**verify** [1] - 44:2
**vice** [1] - 8:20
**Video** [16] - 47:22, 48:7, 48:23, 49:7, 49:17, 49:24, 50:5, 51:8, 53:7, 53:13, 53:24, 54:4, 54:9, 54:13, 54:17, 55:1
**video** [19] - 32:24, 36:7, 36:9, 36:13, 36:15, 37:5, 37:7, 37:22, 42:22, 47:13, 48:25, 49:10, 49:14, 50:21, 51:2, 51:16, 51:17, 52:3, 60:7
**videos** [4] - 39:22, 39:24, 40:19, 41:18
**violent** [2] - 24:19, 62:5
**visible** [1] - 21:22
**voice** [4] - 60:4, 63:18, 67:9, 68:10
**voices** [5] - 61:14, 62:21, 63:16, 64:3, 64:20
**VÁZQUEZ** [149] - 1:15, 3:10, 6:7, 7:8, 9:6, 9:11, 11:11, 11:24, 12:14, 12:21, 13:1, 23:13, 23:21, 25:15, 25:18, 25:24, 26:6, 28:5, 28:24, 30:18, 32:5, 32:13, 32:15, 33:7, 33:14, 33:16, 34:14, 34:24, 35:5, 35:7, 35:25, 36:2, 36:19, 37:1, 37:11, 37:17, 38:5, 38:12, 38:23, 39:5, 39:16, 39:22, 40:1, 40:8, 40:11, 40:17, 41:1, 41:4, 41:6, 41:8, 41:10, 42:13, 42:15, 42:17, 42:20, 43:4, 43:8, 43:12, 43:14, 43:16, 43:18, 43:25, 44:5, 44:17, 44:23, 47:7, 47:11, 47:24, 48:8, 48:24, 49:4, 49:8, 49:18, 49:21, 49:25, 50:6, 50:13, 50:15, 50:17, 51:5, 51:7, 51:9, 51:11, 51:20, 52:8, 52:14, 52:17, 53:3, 53:8, 53:14, 53:25, 54:5, 54:10, 54:14, 54:18, 54:21, 54:25, 55:2, 55:7, 55:11, 55:17, 56:1, 56:9, 57:8, 57:23, 58:5, 58:9, 58:13, 58:22, 59:6, 59:17, 59:21, 60:2, 60:10, 61:8, 61:13, 61:19, 62:4, 62:10, 62:12, 62:16, 62:20, 63:1, 63:5, 63:7, 63:10, 63:21, 64:9, 64:16, 64:19, 65:8, 65:19, 66:1, 66:5,

DAILY COPY

66:11, 66:13, 66:15, 66:19, 67:1, 67:8, 67:19, 68:5, 68:9, 68:16, 69:9, 69:18, 71:3, 71:16, 71:24
**VÁZQUEZ...........** [1] - 73:7
**VÁZQUEZ....................** [1] - 73:9
**VÁZQUEZ......................** [1] - 73:15
**Vázquez** [16] - 3:7, 9:8, 9:10, 11:9, 11:23, 44:25, 45:7, 46:23, 47:6, 58:8, 61:7, 66:10, 69:6, 69:22, 71:13, 72:13

## W

**waived** [1] - 27:11
**waiver** [2] - 27:7, 27:8
**walk** [1] - 68:24
**warning** [2] - 59:8, 59:10
**warrant** [4] - 26:17, 26:19, 26:23, 63:13
**weapon** [2] - 50:23, 50:25
**wearing** [4] - 31:12, 52:12, 67:17, 68:3
**website** [4] - 36:17, 37:9, 38:3, 51:18
**wedding** [1] - 62:6
**week** [1] - 44:20
**weeks** [2] - 72:12
**weigh** [5] - 18:9, 20:4, 21:18, 21:25, 22:1
**weight** [3] - 19:17, 20:3, 20:19
**welcome** [1] - 13:22
**West** [1] - 1:22
**west** [2] - 57:13, 57:18
**Weston** [1] - 2:10
**White** [1] - 48:19
**white** [3] - 25:13, 25:14, 68:3
**whole** [2] - 32:1, 32:2
**wholesale** [1] - 6:23
**WILLIAMS** [1] - 1:12
**Wilmington** [1] - 8:20
**wire** [2] - 4:8, 6:15
**wise** [1] - 70:1
**wish** [1] - 39:2
**WITNESS** [12] - 9:15, 12:9, 13:18, 23:18, 29:22, 32:3, 47:14, 47:17, 47:19, 47:21, 65:16, 73:5
**witness** [27] - 7:8, 9:11, 12:23, 12:25, 13:1, 13:7, 13:11, 14:16, 15:3, 15:9, 23:11, 23:12, 25:15, 28:21, 29:16, 39:2, 45:12, 45:17, 45:18, 56:19, 68:5, 69:21, 70:18, 70:21, 71:14, 72:2
**witnesses** [4] - 29:3, 69:11, 71:1, 72:13
**word** [2] - 6:18, 6:19
**works** [2] - 8:12, 71:21
**wrap** [1] - 35:16
**wrapped** [1] - 34:3
**written** [3] - 15:23, 15:25, 65:24
**Wynwood** [1] - 58:19

## Y

**year** [1] - 52:5
**years** [3] - 14:7, 24:1, 24:4
**yourselves** [1] - 68:19

## Z

**Zerquera** [3] - 42:21, 42:22, 52:6
**Zerquera's** [1] - 44:6
**Ziploc** [4] - 17:18, 21:22, 22:2, 34:1