UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 14-20017-CR-KMW

UNITED STATES OF AMERICA 2-26-2015

DAY THIRTEEN
A.M. SESSION

vs.

MAURIN CHACON PAGES 1-60
RODOLFO PORTELA
CHRISTOPHER ALTAMIRANO
JAMES DIXON
JAY ANTHONY FLORES,
Defendants

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS HELD
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES: IGNACIO VAZQUEZ, A.U.S.A.
ILHAM HOSSEINI, A.U.S.A.
MARK DISPOTO, A.U.S.A.
99 N.E. 4th Street
Miami, FL 33132

FOR DEFENDANTS: MANUEL GONZALEZ, ESQ.
2000 Ponce DeLeon Boulevard
Suite 614
Coral Gables, FL 33134

PAUL KORCHIN, A.F.P.D
150 West Flagler Street
Miami, FL 33130

PHILIP HOROWITZ, ESQ.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156

**APPEARANCES CONTD.**

**DAVID DONET, JR. ESQ.**
**3250 Mary Street**
**Suite 406**
**Fort Lauderdale, FL 33133**

**HERMAN FRANK RUBIO, JR. ESQ.**
**1107 N.E. 104th Street**
**Miami Shores, FL 33138**

REPORTED BY:

PATRICIA SANDERS, RPR
*United States Court Reporter*
400 North Miami Avenue, Suite 11-3
Miami, FL 33128
T: 305.523.5528
patricia_sanders@flsd.uscourts.gov.

THE COURT: Please be seated everyone. We're still waiting for one juror. I wanted to come out to see if we had any issues, and if we did not I would start focusing you folks on issues we might have in our charge conference and our motion discussions.

So first I would open up the floor to all of the lawyers. Hearing nothing, as to the charge conference, page 25 of the Government's instructions titled vicarious liability, I don't believe that is a correct statement of the law.

So, I would ask the Government to review their language, as well as to see if they have any case authority in that regard.

It seems to suggest if someone is found guilty of conspiracy then they are going to be found guilty of the substantive count automatically because of Pinkerton.

I think the instructions says you are to consider each count against each defendant separately. So you may be guilty of a conspiracy, or you might not be guilty of a substantive count. Although under Pinkerton you might be guilty of that substantive count.

But this seems to blur the conspiracy. I think it needs to be re-worked

MR. VAZQUEZ: Yes, Your Honor.

THE COURT: The other instructions I believe are still standard. And I ask the defense to be prepared in terms of any

theory of defense they would like to have the Court deliver.

MR. HOROWITZ: Yes, Your Honor.

THE COURT: As to the motions, I have been as you all have been with the transcripts -- right now my focus is Vicar. And that would only be as to Mr. Altamirano and Mr. Chacon.

I have read the cases cited by the Government. One, I think there is additional language that if we are to go forward on that count would be included, and the language that has to do with substantial action and/or integral part of the membership.

These are just preliminary thoughts offered to focus everyone over the weekend when you are looking at these matters.

We are still going through tapes; is that correct. Mr. Vazquez?

MR. VAZQUEZ: Yes, Your Honor. We will be integrating the Facebook posts with the tapes, taking breaks from the tapes and displaying some physical evidence, but most will be the tapes.

THE COURT: Still in this notebook?

MR. VAZQUEZ: Yes.

THE COURT: All right. Bring out our jury, please.

COURT SECURITY OFFICER: All rise, please.

THE COURT: Everyone may be seated.

Good morning, ladies and gentlemen of the jury, I hope

you had a nice evening.
Mr. Vazquez, you may continue with your examination.
MR. VAZQUEZ: Permission to approach.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Agent, during the course of this investigation did you secure records from the company Facebook?
A. I did.
Q. How did you secure those records?
A. I requested a search warrant through a Federal Judge. Once I received that I provided Facebook with the search warrant.
Q. Did Facebook provide you the records?
A. They did.
Q. Showing you Government's Exhibit 239. Have you -- is this a part of the return from the Facebook search warrant?
A. It is.
Q. Is this the -- are these specific excerpts a fair and accurate representation of what was returned to you?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 239.
MR. GONZALEZ: No objection.
THE COURT: Government's Exhibit 239 is admitted.
BY MR. VAZQUEZ:
Q. Please take a look at the image on the screen. Do you

recognize it?
A. I do.
Q. What is it?
A. A photograph showing several members of BMT where they are displaying hand signs.
Q. Was this image obtained both publicly and through your search warrant?
A. Yes.
Q. Is this a fair and accurate representation of both the public image and the image returned from the search warrant for the Chacon Facebook account?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 286.
MR. RUBIO: May we see that photograph?
THE COURT: Yes.
MR. VAZQUEZ: Was Government's Exhibit 286 admitted in evidence?
THE COURT: Is that what you were just reviewing, Mr. Rubio?
MR. RUBIO: Yes, Your Honor. I understand he has a series of photographs and he will let me know when he gets to a photograph of Mr. Flores, but I object to the characterization that these are --
THE COURT: Come sidebar. So these are all Facebook

photographs that were procured by subpoena. The Government filed a 90211 authentication. I don't believe anyone responded to that motion.

But be that as it may, we are here now. I believe Mr. Rubio is right; do not let your witness testify as to content, it's just a picture.

Could we not have him look at the group of them, whatever the pictures are, these are all pursuant to a search warrant, these are all from Facebook, I have looked at them, and then put them in as a group or we could go on for a while here.

MR. RUBIO: I asked the Government to do it one by one. (Inaudible)

THE COURT REPORTER: I need counsel to please speak into the microphone.

I have no objection to his identifying who is in the photographs, but to say they are members of BMT is not appropriate.

One of the issues for my client is this issue of whether he is a member of BMT. So I think that's an unfair characterization.

THE COURT: I would like to find a more streamlined way to not have the witness comment on the photograph but to have them identified to the jury, and then he can identify who is in the photograph.

MR. VAZQUEZ: I am trying to put them in account by account to streamline it because there are so many of them.

THE COURT: You mean individually account by account?

MR. VAZQUEZ: Right.

THE COURT: Can you group them? I imagine there are multiple pictures from the Chacon account.

If there are say ten photos from that account, perhaps you can ask about those as opposed to individually.

MR. VAZQUEZ: Yes, Your Honor.

THE COURT: All right. Thank you.

BY MR. VAZQUEZ:

Q. Agent, I am going to ask you to look at the photos and identify whether these are a fair and accurate representation of the posts procured pursuant to search warrant or pursuant to public postings that you captured?

A. Okay.

Q. As to Government's Exhibit 286 is this a fair and accurate representation of the posts procured pursuant to search warrant or pursuant to public postings that you captured?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 286.

THE COURT: It's admitted.

BY MR. VAZQUEZ:

Q. Showing you a composite exhibit, it is Government's

Exhibit 239; it has 27 pages. Is this a fair and accurate representation of the materials recovered from the Facebook website?

A. It is.

Q. Thank you. I am going to show you a series of exhibits now. Government's Exhibit 320, 323, 322, 321, 310, 312, 304, 287, 288, 295, 324, 306, 330, 292, 291, 294, 293, 307, 325.

And are these fair and accurate representations of the materials you procured pursuant to search warrant or pursuant to public postings?

A. They are.

MR. VAZQUEZ: At this time I would move those items into evidence.

THE COURT: Any objection.

MR. GONZALEZ: No objection, Your Honor.

THE COURT: They are admitted into evidence.

BY MR. VAZQUEZ:

Q. Showing you page one of Composite Exhibit 239. What do you see?

A. These were posts from Yung Patron, which is Mr. Chacon. There is reference to the video --

MR. GONZALEZ: I am going to object to testimony about what this is. I think that is a conclusion, and it's for the jury to decide.

THE COURT: Agent, if you would just comment on what

the post says as opposed to anything else.

THE WITNESS: Yes, Your Honor.

BY MR. VAZQUEZ:

Q. What is the date of these posts?

A. December 27, 2013 and December 28, 2013.

Q. Going to page two of 27. Do you see the top of post?

A. I do.

Q. What does that post read?

A. "Smoking dat loud wake and bake with the BMT heading to the block, trapping in that BMT wreck"

Q. The second post on page two. What does that read?

A. Free Ali Baba and Peter Baitz; all my Niggas, Papo, Joe Little Bodie, Kid, Frank White.

This is going down, Big Kid. This is for you KOD. Shut down Yader. I love you boy. Ghost we out here."

Q. In the course of your investigation did you identify an individual that used the nickname Ali Baba?

A. Yes.

Q. Who was that?

A. Alioth Salas.

Q. Did you know a person that used the name Peter Baitz?

A. Yes.

Q. Who was that?

A. Christopher Altamirano.

Q. Did you identify an individual by the name of Papo?

A. I did.
Q. Who is that?
A. Rodolfo Portela.
Q. Did you identify an associate who used the name Joe?
A. I did.
Q. Who was that?
A. Joseph Thompson.
Q. Did you identify an associate using the name Bodie?
A. Yes.
Q. Who was that?
A. Joel Diaz.
Q. Did you identify an associate using the name Frank White?
MR. HOROWITZ: I would object to the term associate.:
THE COURT: Overruled.
THE WITNESS: Barbaro Fortune.
BY MR. VAZQUEZ:
Q. What is the date of this post?
A. November 27, 2013.
Q. Please take a look at page three of the composite exhibit. Do you see the post?
A. I do.
Q. What does it read?
A. "After Fucking them Fuck Niggas ass up, I fucked with them shooters.
Bitch we out. Where them fuck niggas at"

THE COURT REPORTER: I'm sorry, Judge, if the witness could speak slower because I have to write this down.

THE COURT: Come sidebar. All right. I understand this is the language used by the gentlemen on trial today, but I don't really think we need to continue to publish it verbally.

It is there for the jurors to see on the screen.

MR. VAZQUEZ: Understood.

THE COURT: The jurors can see the colorful language. But I think in a courtroom perhaps it may be more judiciously visualized as opposed to reading it out loud.

MR. VAZQUEZ: Yes, ma'am.

BY MR. VAZQUEZ:

Q. Page three's posts. Do you recognize any nicknames of the responding individuals?

A. I do.

Q. Who is C-Lo?

A. C-Lo is Carlos Tinoco. BMT Kid is Dayaan Zerquera.

Q. Going to the fourth page. You see the date?

A. I do.

Q. What is it?

A. June 5th, 2013 -- 2014, I'm sorry.

Q. Next page you see the date?

A. Yes.

Q. What is it?

A. June 14, 2014 -- I'm sorry, it's May.

Q. Next page, what is the date?
A. December 13, 2013.
Q. Next page of the Chacon account. Do you see any nicknames that you have identified in the course of this investigation?
A. I do.
Q. Please tell us.
A. Papo Desperado.
Q. Who is that?
A. Mr. Portela.
Q. Next post. What is the date of the post?
A. September 20, 2013.
Q. The next post?
A. Also September 20, 2013.
Q. In the course of the investigation did you identify a colleague of Mr. Chacon using the street name Joker.
A. Yes.
Q. Who is that?
A. Christopher Ramirez.
Q. Do you see the date of the next post?
A. Yes.
Q. What is it?
A. May 23rd, 2013.
Q. Next post, do you see the date?
A. Yes.
Q. What is it?

A. May 20, 2013.
Q. Do you see the date of the next post?
A. Yes.
Q. The next post involved in the Chacon account.
A. Yes; May 8, 2013 --
Q. Take a look -- the post above that what date is that?
A. May 16th.
Q. The next post what date is that?
A. May 8, 2013.
Q. In the course of your investigation did you identify a location known as Third Ward?
A. Yes.
Q. Where is that?
A. The area of 14th Avenue and Third Street, northwest, in Miami.
Q. Showing you an image in the composite exhibit. Do you recognize any of the individuals
A. I do.
Q. Who is it?
A. Mr. Chacon and -- I don't know her name. He goes by the name of Bones.
Q. Can you circle on the screen.
A. (WITNESS INDICATES ON THE SCREEN)
Q. I also recognize Lina Marie in the back and Dayaan Zerquera on the left -- I'm sorry, Fernando Darce would be Bones on the

right side of the screen.
Q. Where is Mr. Darce?
A. (WITNESS INDICATES ON THE SCREEN)
Q. Do you see anyone else you recognize?
A. Maurin Chacon.
MR. VAZQUEZ: Let the record reflect the witness has identified the defendant Maurin Chacon.
THE COURT: All right.
BY MR. VAZQUEZ:
Q. Going to the next page. What is the date of the post?
A. August 8, 2013.
Q. Do you see the next post -- the date of the next post?
A. November 20, 2013.
Q. Do you see the next post?
A. Same date.
Q. Who are the participants in this chain of posts?
A. Mr. Patron and Mr. Portela.
Q. Do you see the next posts?
A. I do.
Q. Do you see the date?
A. September 3rd, 2012.
Q. Third post, do you see it?
A. I do.
Q. What is the date?
A. September 6, 2012.

Q. Going to the bottom of the next page of the composite exhibit.
Do you see the next post date?
A. Yes.
Q. What is that date?
A. May 29th, 2013.
Q. During the course of this investigation did you identify an individual by the name of Tyrone?
A. I did.
Q. Who is that?
A. He was arrested at 528 NW 11th Avenue for --
MR. HOROWITZ: Objection. The question asked for the name not any other hearsay information.
THE COURT: Overruled.
THE WITNESS: He was arrested at 528 NW 11th Avenue; he was arrested with a firearm.
BY MR. VAZQUEZ:
Q. You referred to this picture earlier?
A. Yes.
Q. It has been admitted as Government's Exhibit 286. The post is also in the composite exhibit.
What is the date of the post?
A. July 29th, 2013.
Q. Are you familiar with the location in the next post?
A. Yes, the area of 13th Avenue and First Street.

Q. Going to the next page. Do you recognize the image?
A. I do.
Q. Where is this?
A. 428 NW 11th Avenue, the blue house.
Q. Who is this individual?
A. Kevin Diaz.
Q. Who is this individual
A. Alioth Salas.
Q. Who is the individual?
A. Maurin Chacon.
MR. VAZQUEZ: Let the record reflect the witness has identified the defendant -- he pointed out three individuals, six of which are in the image.
The witness has identified Defendant Chacon, Target Kevin Diaz and Target Alioth Salas.
BY MR. VAZQUEZ:
Q. Are you familiar with the next location in the photo that is depicted?
A. Yes. The market on 4th Street and 12th Avenue, right across the street in an abandoned building.
Q. Do you recognize any of the individuals in the image?
A. I do.
Q. Who is it?
A. On the left side Mr. Chacon with the hat.
Q. The next image do you recognize any of the individuals?

A. I do. On the left side is Alioth Salas; the right side with the red hat is Mr. Chacon.
Q. The next image, do you recognize any of these individuals?
A. I do.
Q. Who are they?
A. The right side of the picture is Mr. Chacon, in the middle is Miguel Rodriguez and on the left side is Isaac Chacon.
MR. VAZQUEZ: Let the record reflect the witness has identified the defendant Defendant Chacon, target Miguel Rodriguez and Isaac Chacon.
BY MR. VAZQUEZ:
Q. Going two pages down, showing you another image, do you recognize it?
A. I do.
Q. What is it?
A. A picture in front of 428 NW 11th Avenue in the blue house, and that would be Mr. Chacon.
Q. Showing you another image. Do you see it?
A. I do.
Q. Showing you another image from the composite exhibit. Do you recognize it?
A. I do.
Q. What is it?
A. Mr. Chacon holding U.S. currency.
Q. Going back to Government's Exhibit 286, that corresponds to

composite exhibit -- do you recognize any of the individuals in this image?
A. I do.
Q. Who do you recognize?
A. The left side Mr. Angel Martinez, right next to him would be C-Lo.
Q. Who is C-Lo?
A. Carlos Tinoco. Middle of the picture in the white shirt is Mr. Chacon. On the right side is a family member of Chacon's whose name is Arnelle. In the middle is Luis Salas.
Q. Government's Exhibit 320, what is that?
A. A picture of Chacon and Alioth Salas after he was released from prison.
Q. Government's Exhibit 322, do you recognize it?
A. Yes.
Q. What is it?
A. A picture of Mr. Portela and Mr. Chacon outside of the State courthouse.
Q. Government's Exhibit 321, do you recognize it?
A. Yes.
Q. What is it?
A. A photograph of several males including Mr. Chacon, Mr. Tinoco -- I am getting a glare from the camera -- I can't see the person.
Q. How's that?

A. Okay. That person appears to be Mr. Luis Salas. I can't tell the other males in the background.
Q. Based on your examination on the Facebook account, do you know what correlation in date and time there is between Government's Exhibit 32 on and 321?
A. It was a celebration after Mr. Alioth Salas was released from jail.
Q. Showing you Government's Exhibit 304. Do you recognize it?
A. Yes.
Q. What it is?
A. A photograph outside of the market on 4th Street and 12th Avenue. Mr. Chacon is in the center of the picture, next to him on the right side is Michael Beady, and next to Michael Beady is Angel Martinez. And on the left side -- I don't recognize the other two males.
Q. Showing you what has been admitted into evidence as Government's Exhibit 287. Do you recognize it?
A. I do.
Q. What is it?
A. A picture from the memorial of BMT Afro. The left side of the picture is Mr. Chacon, in the middle is Jay Flores and the right side I believe is the father of BMT Afro.
Q. Do you see the person you have described as Jay Flores today in court?
A. I do.

Q. Would you please identify him by an article of clothing.
A. He is wearing a blue blue shirt with a black tie.
MR. VAZQUEZ: Let the record reflect the witness has identified the defendant Mr. Flores.
THE COURT: All right.
BY MR. VAZQUEZ:
Q. Showing you what has been admitted into evidence as Government's Exhibit 288. Do you recognize it?
A. Yes.
Q. What is it?
A. A picture of Mr. Chacon displaying the hand-sign for BMT.
Q. What is depicted in the background.
A. A picture of the memorial for BMT Afro.
Q. Showing you what has been admitted into evidence as Government's Exhibit 295. Do you recognize it?
A. I do.
Q. What is it.
A. It is a picture from -- taken from the inside to the street of the abandoned house, 435 NW 11th Avenue. And it shows Mr. Chacon displaying the hand-sign for BMT and Jay Flores also displaying the hand-sign for BMT.
Q. What is in the background of the image?
A. The blue house 428 NW 11th Avenue right across the street.
Q. Showing you Government's Exhibit 324. Do you recognize it?
A. Yes.

Q. What is it.

A. It is a photograph of Dwight Forte on the left side of the photograph and Maurin Chacon on the right side, both displaying the hand-sign for BMT.

Q. Government's Exhibit 306, do you recognize it?

A. Yes.

Q. What is it?

A. A photograph of Mr. Chacon holding a large amount of U.S. currency and displaying the hand-sign for BMT.

Q. Government's Exhibit 330. Do you recognize it?

A. I do.

Q. What is it.

A. A photograph of Mr. Portela on the right side sitting on the car, Mr. Chacon in the middle and Mr. Joseph Thompson on the left side of the photograph as well as two females, one of which is Mr. Chacon's girlfriend.

She's the one kneeling down. Mr. Chacon and Mr. Thompson -- at least Mr. Chacon appears to be displaying the BMT hand-sign. And Mr. Portela appears to be displaying the Allapattah hand-sign.

Q. Government's Exhibit 293. Do you recognize it?

A. Yes.

Q. What is it.

A. A photograph in front of the blue house on 428 NW 11th Avenue towards the street. On the left side is -- I can't

identify who the male is. In the middle of the picture is Mr. Chacon. Right behind him on the left side is Fernando Darce and on the right side Luis Salas.

BY MR. VAZQUEZ:

Q. Government's Exhibit 307, do you recognize it?

A. Yes.

Q. What is it?

A. This is a picture being taken from -- in between the abandoned building at 435 NW 11th Avenue. It shows Mr. Chacon and Christopher Altamirano displaying --

MR. HOROWITZ: Your Honor, objection as to what they are displaying; hearsay, competence.

THE COURT: Overruled.

THE WITNESS: What appears to be making guns signs with their hands.

THE COURT: This might be a good time for a quick morning break. Five minutes. Do not talk about the case to each other.

JURY EXCUSED

THE COURT: I just want to make sure we are clear about what I discussed earlier. You may make reference to Facebook entries. Hopefully we won't read each and every one.

I did not want to read the more colorful language out loud if we could avoid it because it is in evidence.

MR. VAZQUEZ: Yes, Your Honor.

THE COURT: Also, if you are endeavoring to associate a time on the entry with an event, as you did a few moments ago, that's fine. If a date has a special relationship to something that is in evidence then that reference can be made.

MR. VAZQUEZ: Yes, Your Honor.

MR. KORCHIN: Your Honor, while we are going through these I noticed at least one of the messages -- it seemed like someone other than a codefendant or BMT member.

We wanted to make sure as we are going forward that only -- I think the Court already ruled that the only messages that can appear on these exhibits are those between either codefendants on trial or other identified BMT members.

THE COURT: Well, two things. We had an afternoon of hearings as regards Mr. Portela's jail calls, and what was relevant or not.

I had before me no motion outlining what Facebook entries would be irrelevant or outside the scope of the conspirators' dialogue or discussions.

So, that's not in front of me. We have already established that the Government has appropriately authenticated the source of these accounts, i.e. Facebook and Instagram.

The other thing is, in the cases I have reviewed -- I will give you a cite once I come back because I left it on my desk -- allow for context in terms of a discussion or thread on Facebook or social media.

If there is a particularly egregious comment such as, there he goes again, the guilty Mr. Chacon, then I would expect you would point it out so we could discuss it.

But there's no motion, there's no -- nothing has been given for me to rule on.

These are already in evidence. If there is something there, then you need to bring it up.

MR. VAZQUEZ: Pursuant to the Court's instruction, these posts were reviewed with the defense. These are redacted posts.

THE COURT: I could tell they were redacted because I had seem some of them earlier.

I don't have an objection; I don't have anything to suggest there is something there that violates the evidentiary rules. If there is an objection as to a particular entry then I need to be made aware of it.

All right. Five minutes.

RECESS TAKEN

THE COURT: Please be seated everyone. You may continue, Mr. Vazquez.

MR. VAZQUEZ: Permission to approach.

THE COURT: You may.

BY MR. VAZQUEZ:

Q. Showing you what has been marked for identification as Government's Exhibit 331, 3 -- 450, 333, 486, 334, 318 and 332.

Do you recognize these items?
A. I do.
Q. What are they?
A. From Mr. Chacon's Instagram account.
Q. Were these items procured pursuant to the search warrant you referenced earlier?
A. Yes.
Q. And is this a fair and accurate representation of those items?
A. Yes, sir.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 331, 450, 333, 486, 334, 318 and 332.
THE COURT: They will be admitted without objection.
MR. VAZQUEZ: Permission to publish.
THE COURT: Yes, you may publish.
BY MR. VAZQUEZ:
Q. Agent, showing you what has been admitted into evidence as Government's Exhibit 331. Do you recognize it?
A. Yes. It is a photograph taken in front of a bar located on 12th Avenue and Fourth Street on the opposite side of the supermarket across the street.
On the left side of the photograph is Mr. Luis Salas displaying the BMT hand-sign, Mr. Chacon next to him on the right side also displaying the BMT hand-sign, Mr. Rodolfo

Portela on the immediate right of Mr. Chacon displaying the Allapattah hand-sign.

MR. KORCHIN: Objection, hearsay and competence.

THE COURT: Overruled.

THE WITNESS: The right side of Mr. Portela is Carlos Tinoco. And I cannot identify the male in the back.

BY MR. VAZQUEZ:

Q. What is the date of the post?

A. October 26, 2013.

Q. Above the men do you see anything?

A. Yes, there are the initials BMT written on the wall.

Q. Showing you the second page of Exhibit 331. Do you recognize it?

A. Yes.

Q. What is it?

A. The left side would be Mr. Chacon's girlfriend. Right in the middle of the photograph is Mr. Chacon. The right side of the photograph is Joseph Thompson.

Q. Are you able to see the date of the image?

A. September 3rd, 2013.

Q. Showing you Government's Exhibit 335. Do you recognize it?

A. I do.

Q. What is it?

A. Photograph of Mr. Portela on the left and Mr. Chacon on the right side of the photograph in front of the courthouse.

Q. What does the text read?
A. Me and my dawg walking out of court like John Gotti on DESE.
Q. When was this taken?
A. August 27th, 2013.
Q. Showing you Government's Exhibit 333, a two page composite exhibit. Do you recognize it?
A. I do.
Q. What is it.
A. A photograph of the memorial for BMT Afro.
Q. What is the comment?
A. Rest in peace Afro.
Q. The second page do you see an image?
A. I do.
Q. What is it?
A. A photograph in front of the memorial with a T-shirt against the chain-link fence where Mr. Chacon is kneeling in front on the immediate right of the T-shirt. Mr. Salas is above him holding a baby.
And Mr. Thompson is next to Mr. Salas on the left-hand side. And three other individuals in the photograph that I do not recognize.
Q. When was the photograph posted?
A. September 3rd, 2013.
Q. Government's Exhibit 334, do you recognize it?

A. I do.
Q. What is it?
A. Photograph taken on August 14, 2013. It shows on the left side of the photograph Mr. Portela and on the right side of the photograph Mr. Chacon.
Q. Agent, without using any profanity what does the text read?
A. Vibin with my "N word" Papo, four pack.
Q. Showing you Government's Exhibit 318. What is that?
A. It is a photograph taken from the vantage point -- where the other photograph was taken where BMT is written on the wall.
It's in the opposite direction towards the market across the street on 12th Avenue and Fourth Street.
Mr. Chacon is on the left-hand side displaying the BMT hand-sign and Mr. Portela is on the right-hand side displaying the Allapattah hand-sign.
Q. Showing you Government's Exhibit 332, a two page exhibit. Do you recognize it?
A. I do.
Q. What is depicted on the screen?
A. A photograph taken in front of the blue house on 428 NW 11th Avenue.
On the left side of the photograph Mr. Dixon is displaying the BMT hand-sign. In the middle is Joel Diaz. And on the right side of the photograph is Mr. Chacon displaying the BMT

hand-sign as well.
Q. When was that posted.
A. February 23, 2014.
Q. What is the associated text?
A. Posted with my shooters, BMT.
MR. VAZQUEZ: Permission to approach.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Showing you what has been marked for identification as Government's Exhibit 327, 328 and 329. Do you recognize these items?
A. I do.
Q. During your investigation did you recover these public postings?
A. I did.
Q. Whose account did that come from?
A. Fernando Darce.
Q. Do you know that person's nickname?
A. Bones or BMT Bones.
Q. Are these fair and accurate representations of images you saw posted publicly?
A. Yes.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 327, 328, 329 and ask for permission to publish.

THE COURT: Without objection 327, 328, 329 are admitted.

BY MR. VAZQUEZ:

Q. Government's Exhibit 328, what is it?

A. A photograph of Mr. Darce holding a large amount of currency and what appears to be marijuana in his mouth.

Q. Government's Exhibit 328, do you recognize it?

A. Yes.

Q. What is it?

A. Another photograph of Mr. Darce holding a large amount of currency.

Q. Government's Exhibit 329 do you recognize it?

A. Yes.

Q. What is it?

A. Another photograph of Mr. Darce also holding a large amount of currency.

Q. Showing you what has been marked for identification as Government's Exhibit 362. Do you recognize it?

A. I do.

Q. What is it?

A. A photograph from Instagram with the letters BMT in between two photographs.

Q. Is this a fair and accurate representation of what you recovered pursuant to your search warrant on the Fernando Darce Instagram account?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 362.

THE COURT: It will be admitted without objection.

MR. VAZQUEZ: Permission to publish.

THE COURT: Yes.

BY MR. VAZQUEZ:

Q. What do you see agent?

A. Two photographs, one on top of the other. In the middle of the photographs is the letters BMT. This photograph is also taken from the vantage point of the bar located across the street from the 12th Avenue Fourth Street market. It displays Mr. Luis Salas --

Q. There are two images so if you could start with one image at a time so it's clear.

A. The upper image it is taken from west to east on NW 12th Avenue. It shows the market in the background.

It shows Mr. Luis Salas on the left hand side of the photograph; right next to him Mr. Chacon, and on Mr. Chacon's right side Mr. Darce, and immediately after Mr. Darce Mr. Portela on the right-hand side.

The bottom photograph is taken from the same location, but this time from east to west displaying the backdrop of the yellow wall where it has the writing BMT. On the left side of the photograph is Mr. Luis Salas displaying the BMT hand-sign.

Immediately to his right is Mr. Chacon also displaying the BMT hand-sign. And immediately to Mr. Chacon's right is Mr. Portela. Immediately to Mr. Portela's side is Mr. Carlos Tinoco.
Q. If you would read the text associated with it.
A. Naw, this ain't no gang, profanity, we all just family. But if you do disrespectful you will lose your life, BMT.
Q. At the bottom of the post in the chain do you recognize any accounts associated with this investigation?
A. I do BMT records, Yung Patron is the account owned by Mr. Chacon. That says, bang bang.
Q. Please take a look at Government's Exhibit 241. Do you recognize it?
A. I do.
Q. What is it?
A. This is from Mr. Joel Diaz's Facebook account.
Q. Are you familiar with Mr. Joel Diaz using any nicknames?
A. Yes.
Q. What is that?
A. Bodie.
Q. Agent, are these fair and accurate representations of the materials you received pursuant to search warrants on the Joel Diaz Facebook account?
A. They are.
MR. VAZQUEZ: At this time I would move to admit into

evidence Government's Exhibit 241.

THE COURT: Government's Exhibit 241 is admitted.

BY MR. VAZQUEZ:

Q. Showing you Government's Exhibit 363. Do you recognize it?

A. I do.

Q. What is it?

A. It is a photograph from Mr. Jay Flores' Facebook account.

Q. Were you able to acquire this through public availability?

A. Yes.

Q. And is this fair and accurate representation of what you were able to acquire through a public posting?

A. Yes, it is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 363.

MR. RUBIO: May I have a sidebar.

THE COURT: Yes.

MR. RUBIO: I am not clear if the Government just said this is a Facebook posting from Mr. Flores or not. It seemed to be -- the documents he was shown were from one of the other members.

MR. VAZQUEZ: This is from his account.

MR. RUBIO: For the record, I would like to renew my objection from my motion to suppress --

THE COURT: For the record, there was no motion to suppress the Facebook posts. Let's be clear about what is

happening here. So we are clear, Mr. Clay filed a motion on behalf of his client regarding Facebook postings, docket entry 613.

I denied the motion in limine based upon the Government's representation that they would excise any third party comments; it would only be, as Mr. Horowitz pointed out, the players.

So I'm not sure what it is Mr. Flores is objecting to regarding the matters from his account.

MR. RUBIO: I apologize. I wanted to object to the text messages, which is what my motion to suppress was directed to. I apologize; that was my misunderstanding.

THE COURT: All right.

MR. GONZALEZ: Your Honor, if I might, our list went only through 360. So if Mr. Vazquez could just show us what he is going to be showing the witness.

MR. VAZQUEZ: That's fine, Judge.

THE COURT: I believe we're on 361 and 362.

MR. GONZALEZ: And it's not that we have not seen them, but we don't have the copies.

THE COURT: Okay.

MR. GONZALEZ: Your Honor, I am not claiming lack of knowledge --

THE COURT: I understand. If you could walk over to the defense table and let them take a look, Mr. Vazquez.

MR. VAZQUEZ: Of course, Your Honor.

THE COURT: All right.

BY MR. VAZQUEZ:

Q. Is Government's Exhibit 363 a fair and accurate depiction of the image recovered from the public posting on the Jay Flores' Facebook account?

A. Yes.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 363.

THE COURT: Government's Exhibit 363 is admitted.

BY MR. VAZQUEZ:

Q. Showing you Government's Exhibit 301, 214 and 215. Do you recognize those items?

A. I do.

Q. What are these items?

A. They are photographs for Angel Martinez's Facebook account.

Q. And are these fair and accurate representations of the photographs for Angel Martinez Facebook account?

A. Yes.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 301, 314 and 315.

THE COURT: 301, 314, 315 are admitted.

BY MR. VAZQUEZ:

Q. Showing you now Government's Exhibit 243 and Government's Exhibit 308. Do you recognize those items?

A. I do.
Q. What are they?
A. Photographs from Instagram.
Q. Do you know whose account they are from?
A. Angel Martinez's Instagram account.
Q. Did you recover them pursuant to the search warrant on the Angel Martinez account?
A. Yes, I did.
Q. Government's Exhibit 380, do you recognize it?
A. Yes.
Q. Are these fair and accurate representations of the materials recovered from the Angel Martinez Instagram account?
A. Yes.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 243 and 380.
THE COURT: Government's Exhibit 243 and 380 are admitted.
BY MR. VAZQUEZ:
Q. Showing you Government's Exhibit 326, 299 and 316. Do you recognize those items.
A. Yes, I do.
Q. Are these fair and accurate representations of the Raymond Moore Facebook account?
A. Yes.
MR. VAZQUEZ: At this time I would move to admit into

evidence Government's Exhibit 316, 326 and 299.

THE COURT: They are admitted.

BY MR. VAZQUEZ:

Q. Showing you Government's Exhibit 319. Is this a fair and accurate representation of the Rodolfo Portela Facebook account?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 319.

THE COURT: 319 is admitted.

BY MR. VAZQUEZ:

Q. Showing you Government's Exhibit 242, a 6 page composite exhibit. Do you recognize it?

A. I do.

Q. What is it?

A. Postings from Mr. Portela's account, Facebook.

Q. In the course of your investigation did you recover images from the Christian Ramirez account?

A. Yes.

Q. The images here involving Rodolfo Portela are they also from the Christian Ramirez account?

A. They are.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 242.

THE COURT: Yes.

MR. VAZQUEZ: Permission to publish.

THE COURT: Yes.

BY MR. VAZQUEZ:

Q. Showing you Government's Exhibit 241, which is an 11 page composite exhibit; do you recognize it?

A. I do.

Q. What is it?

A. A photograph taken from inside the porch of the blue house at 428 NW 11th Avenue.

It shows Dayaan Zerquera on the right-hand side of the photograph, Mr. Chacon in the middle of the photograph, Joel Diaz to the immediate right of Mr. Chacon and a male, which I can't tell who it is, on the left-hand side.

Q. What is that male doing?

A. Displaying the BMT hand-sign.

Q. In the course of this investigation did you identify who resided at this 428 NW 11th Avenue building?

A. Joel Diaz lived there.

Q. Going to page two. Do you recognize any of the individuals in this image?

A. The individual I could not identify in the first photograph is Luis Salas, and he is displaying the BMT hand-sign, and immediately to the right is Mr. Chacon, and immediately to Mr. Chacon's right is Joel Diaz. And on the far right side is Mr. Dayaan Zerquera.

Q. Showing you another photograph from the composite exhibit, do you recognize it?
A. I do.
Q. What is it?
A. A photograph in front of the blue house on 428 NW 11th Avenue, showing the driveway, and in that photograph is Joel Diaz and Miguel Rodriguez.
Q. Thank you. And what is above my finger on the image there?
A. A seat.
Q. Are you able to tell on the left what is there?
A. Another plastic chair.
Q. Showing you another image from the Joel Diaz account. Do you recognize it?
A. I do.
Q. What is it?
A. Also the driveway of the blue house at 428 NW 11th Avenue. On the left-hand side Mr. Dayaan Zerquera, in the middle Joel Diaz, and on the right-hand side Mr. Chacon.
Q. How are they positioned on the image?
A. Sitting on the plastic chairs, similar to the ones in the previous photograph.
Q. Showing you another image. Do you recognize it?
A. Yes.
Q. What is it?
A. A photograph of a person known by -- a deceased individual

named Black, and Joel Diaz on the right-hand side.
Q. Going to the text of the post, can you read it?
A. Rest in peace, Black.
Q. When was that posted?
A. April 13, 2014.
Q. Who was the poster?
A. Mr. Chacon.
Q. Why do you say that?
A. Because it used Yung Patron.
Q. Showing you another image. Do you recognize it?
A. Yes.
Q. What is it?
A. A photograph of Miguel Rodriguez, Mr. Chacon and Christian Ramirez. Rodriguez would be standing up on the left side of the photograph, Mr. Ramirez kneeling on the left hand side displaying the BMT hand-sign and Mr. Chacon is standing up on the right-hand side displaying the BMT hand-sign.
They are located on the outside of the 428 NW 11th Avenue location on the sidewalk.
Q. You testified earlier about a video that was posted involving Christopher Ramirez. Do you recall if there was similarity in the clothing?
A. Yes. The video was taken the same location where they are standing in the photograph.
Q. Showing you what has been admitted into evidence as

Government's Exhibit 363. Do you recognize it?
A. I do.
Q. What is it?
A. A photograph of Mr. Chacon displaying both the Allapattah hand-sign and the BMT hand-sign. He is sitting on the left side of the photograph and Jay Flores is displaying the BMT hand-sign on the right-hand side of the photograph.
Q. Do you see the nickname on the screen?
A. Yes, Jay Gambino.
Q. Showing you Government's Exhibit 301. Do you recognize it?
A. Yes, a photograph of Angel Martinez with a large amount of currency.
Q. Do you know where this video is shot from?
A. From Mr. Martinez's Facebook account.
Q. Government's Exhibit 314, do you recognize it?
A. I do.
Q. What is it?
A. A photograph of Mr. Martinez and Mr. Altamirano. Mr. Altamirano right next to him at the right and Chacon immediately to Mr. Altamirano's right.
Q. Government's Exhibit 315, do you recognize it?
A. I do.
Q. What is it?
A. A photograph of Angel Martinez holding U.S. currency and Mr. Altamirano right next to him on the phone -- what appears

to be a phone -- and Mr. Carlos Tinoco immediately to the right of Mr. Altamirano.
Q. Government's Exhibit 243. Do you recognize it?
A. I do.
Q. What is it?
A. A photograph from Mr. Altamirano's Instagram account.
Q. Showing you another image. Do you recognize it?
A. I do.
Q. What is it?
A. Mr. Chacon holding two firearms pointing them upward.
Q. Showing you a clearer copy for the benefit of the jury. Do you recognize it?
A. Yes, same photograph Mr. Chacon holding two revolvers. The second one appears to be a revolver as well.
Q. Do you see an associated post with this image?
A. Yes.
Q. What is it?
A. BMT records, Yung Patron, which is Mr. Chacon's account.
Q. What does it read?
A. "That boy, let em know them street sweepers, gun play for my -- and the "N word"
Q. Showing you another image. Do you recognize it?
A. I do.
Q. What is it?
A. It is a photograph of Mr. Altamirano and Mr. Martinez; Mr.

Altamirano on the left hand side and Mr. Martinez on the right side.

Q. Do you see an associated post with this photograph?

A. Yes, sir.

Q. What does that read?

A. At the trap house, laughing out loud.

Q. Showing you another image. Do you recognize it?

A. I do.

Q. What is it?

A. It is a photograph of Christopher Altamirano and Angel Martinez. Christopher on the left side of the photograph, Mr. Martinez on the right, displaying the BMT hand-sign.

Q. Do you see an associated post with this?

A. Night shift.

Q. Showing you another image. Do you recognize it?

A. Yes. It is a photograph of Mr. Martinez on the left hand side, Christopher Altamirano in the middle and Izzy Chacon on the right side.

Mr. Chacon -- Izzy Chacon is displaying what appears to be the Allapattah hand-sign.

Q. Showing you another image. Do you recognize it?

A. Yes.

Q. What is it?

A. Photograph appears to be an earlier picture where the -- the gate Mr. Martinez and Mr. Altamirano were at, the one that

said trap house -- the front the caption is, the trap is back.

Q. Do you see an associated post with this -- the date of the post, what is that?

A. April 3rd, 2012.

Q. Who is the poster?

A. Mr. Chacon.

Q. Government's Exhibit 380, do you recognize it?

A. I do.

Q. What is it?

A. A photograph of Angel Martinez holding a firearm on the left hand side of the photograph and James Dixon holding a firearm on the right side of the photograph.

Q. Can you circle what you have described as the firearm on Mr. Chacon.

A. (WITNESS INDICATES ON THE SCREEN)

Q. What does the object appear to be next to the firearm?

A. Cell phone.

Q. Government's Exhibit 299, do you recognize it?

A. I did.

Q. What is that?

A. A photograph of Mr. Raymond Moore on the left side and Mr. Dixon on the right. And this is across the street from the 428 NW 11th Avenue location.

Q. Earlier you testified you recovered narcotics on May 2nd, 2014. How far is this location to the recovery area?

A. You can see the location in the photograph; it is behind the tree on the right side of the photograph.
Q. Government's Exhibit 316. Do you recognize it?
A. Yes.
Q. What is it?
A. A photograph of Raymond Moore, known as boss. And they are holding large amounts of U.S. currency.
Q. Government's Exhibit 326. Do you recognize it?
A. Yes.
Q. What is it?
A. Several males, Carlos Tinoco the left hand side of the photograph -- I can't see who the person in the back is holding his hand in front of his face.
To the right of the male seated is Raymond Moore, behind him is James Cassells. Immediately to the right of Mr. Cassells is Barbaro Fortune who is in sitting in a white shirt. Behind Mr. Fortune is Christopher Altamirano. This location is outside of Marlin's Park.
Q. How far is Marlin's Park from the target location 428 NW 11th Avenue.
A. About three blocks away.
Q. Government's Exhibit 316. Do you recognize it?
A. I do.
Q. What is it?
A. A photograph of Mr. Portela's Facebook account. Appears to

be Mollies.
Q. Government's Exhibit 242, a composite exhibit of six pages. Do you recognize it?
A. Yes.
Q. What is it?
A. Postings from the Facebook of Mr. Christian Ramirez.
Q. Who is involved in this post?
A. Mr. Ramirez and Mr. Portela.
Q. Agent do you know -- when was this posted?
A. November 18th, 2013.
Q. What does the body read?
A. "Papo, what they do. Listen, you don't know anyone that stays around 127 NW 17th Avenue that could bring me a dime of green "N word". On house arrest; can't move."
This is written from Mr. Ramirez to Mr. Portela.
Q. Is there a subsequent post, agent, on November 23rd of 2013? Did anything happen with regard to Mr. Portela?
A. Yes, sir.
Q. What is that?
A. Mr. Portela was arrested in possession of marijuana and of a firearm.
Q. Turning to the next page. Who are the parties involved in the posts?
A. Christian Ramirez and a person by the name of Santos, who is deceased.

Q. And can you read the body?
A. "Right. You got white over there? Ima need a double, bro."
Q. Who is the author?
A. ASAP Ruthless, who would be Mr. Santos.
Q. Is there a response?
A. Yes.
Q. Who responds?
A. Mr. Ramirez.
Q. What does he say?
A. "Right now I don't know; I ain't even in the hood right now, but I will let Peter know."
Q. On the next page of the composite is there another conversation there?
A. Yes.
Q. With who?
A. Dwight Forte and Christian Ramirez.
Q. What is the body of the first post?
A. "What's good, fool. I got some fire Molly on deck. Holla at me. "
Q. What is the response?
A. "For sure, bro, where you at?"
Q. Drawing your attention to the bottom post. Do you see that?
A. Yes.

**Q. What is it -- who are the parties and what is the post itself?**
**A. The post is between Maurin Chacon and Christian Ramirez.**
**Q. What is it?**
**A. "Tiny Chris asked me to tell you to ask Petie to shoot him something. And if any of y'all can come up with anything please I got 200, I need 300, more but anything will help."**
**Q. Starting from the next portion, do you see who the author is?**
**A. I do.**
**Q. Who is it?**
**A. Maurin Chacon.**
**Q. What is the response?**
**A. "I got us boss lady that will take that -- that will take him out.**
**How much is his bond in total?**
**What's your number?"**
**Q. What is the response?**
**A. "Number 786-838-8174. His bond is a thousand; I got 200."**
**Q. Turning your attention to the last page -- let me turn your attention to the telephone calls.**
**MR. VAZQUEZ: If it pleases the Court. I will be turning to tab 12, which is associated with Government's Exhibit 66.**
**AUDIOTAPE PLAYED FOR THE RECORD**

BY MR. VAZQUEZ:
Q. Do you recognize any of the voices involved in this call?
A. I do.
Q. Whose voices are those?
A. James Dixon and Christopher Altamirano.
Q. On November 20th what occurred with regard to this investigation?
A. There was the arrest of Christopher Altamirano in reference to a robbery.
AUDIOTAPE PLAYED FOR THE RECORD.
BY MR. VAZQUEZ:
Q. And during the course of the investigation did you identify a person who used the name Cannon?
A. Yes.
Q. Who was that?
A. Nadim Guzman.
AUDIOTAPE PLAYED FOR THE RECORD
BY MR. VAZQUEZ:
Q. Agent, in the course of the investigation and as a result of information provided to law enforcement was anyone struck?
MR. HOROWITZ: Objection, hearsay.
THE COURT: Sustained.
AUDIOTAPE PLAYED FOR THE RECORD
THE COURT: All right, ladies and gentlemen, it is now 11:15, and as I told you yesterday we would be breaking early

today because of the commitment I have. We will resume work at 12:30. Do not discuss the case, and be back here at 12:30 after lunch.

JURY EXCUSED

THE COURT: Gentlemen, the Marshals are going to take you to lunch. I am just going to go through some housekeeping matters.

DEFENDANTS EXCUSED

THE COURT: All right. Let me go through quickly the numbers. Write them down and check them amongst yourselves.

The first grouping when we started was 239, 287, 288, 219, 292, 293, 294, 295, 306, 307, 310, 312, 320 through 325 and 333.

The second grouping I have is 318, 331, 332, 333, 334, 335, 336, 345 and 486.

All right. I will see you at 12:30.

LUNCH RECESS

- - -

**C E R T I F I C A T E**

**I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.**

**/S/PATRICIA SANDERS**

**__________ ______________________**

**DATE FILED PATRICIA SANDERS, RPR**

## /

**/S/PATRICIA** [1] - 52:8

## 1

**1-100** [1] - 1:6
**104th** [1] - 2:5
**11** [1] - 39:4
**11-3** [1] - 2:7
**1107** [1] - 2:5
**11:15** [1] - 50:25
**11th** [16] - 16:11, 16:15, 17:4, 18:16, 21:19, 21:23, 22:24, 23:9, 29:22, 39:9, 39:17, 40:5, 40:16, 41:18, 45:23, 46:20
**12** [1] - 49:23
**127** [1] - 47:13
**12:30** [3] - 51:2, 51:16
**12th** [6] - 17:19, 20:11, 26:21, 29:13, 32:12, 32:16
**13** [2] - 13:2, 41:5
**13th** [1] - 16:25
**14** [2] - 12:25, 29:3
**14-20017-CR-KMW** [1] - 1:3
**14th** [1] - 14:14
**150** [1] - 1:22
**16th** [1] - 14:7
**17th** [1] - 47:13
**18th** [1] - 47:10
**1910** [1] - 1:24

## 2

**2-26-2015** [1] - 1:4
**20** [4] - 13:11, 13:13, 14:1, 15:13
**200** [2] - 49:7, 49:19
**2000** [1] - 1:19
**2012** [3] - 15:21, 15:25, 45:4
**2013** [22] - 10:5, 11:18, 12:21, 13:2, 13:11, 13:13, 13:22, 14:1, 14:5, 14:9, 15:11, 15:13, 16:6, 16:23, 27:9, 27:20, 28:5, 28:24, 29:3, 47:10, 47:17
**2014** [5] - 12:21, 12:25, 30:3, 41:5, 45:25
**20th** [1] - 50:6
**214** [1] - 36:12
**215** [1] - 36:12
**219** [1] - 51:12
**23** [1] - 30:3
**239** [6] - 5:14, 5:21, 5:23, 9:1, 9:18, 51:11
**23rd** [2] - 13:22, 47:16
**241** [4] - 33:12, 34:1, 34:2, 39:4
**242** [3] - 38:12, 38:24, 47:2
**243** [4] - 36:24, 37:15, 37:16, 43:3
**25** [1] - 3:7
**26** [1] - 27:9
**27** [4] - 9:1, 10:5, 10:6, 11:18
**27th** [1] - 28:5
**28** [1] - 10:5
**286** [6] - 6:14, 6:17, 8:17, 8:22, 16:20, 18:25
**287** [3] - 9:7, 20:17, 51:11
**288** [3] - 9:7, 21:8, 51:11
**291** [1] - 9:7
**292** [2] - 9:7, 51:12
**293** [3] - 9:7, 22:21, 51:12
**294** [2] - 9:7, 51:12
**295** [3] - 9:7, 21:15, 51:12
**299** [3] - 37:19, 38:1, 45:18
**29th** [2] - 16:6, 16:23
**2nd** [1] - 45:24

## 3

**3** [1] - 25:25
**300** [1] - 49:7
**301** [4] - 36:12, 36:21, 36:22, 42:10
**304** [2] - 9:6, 20:8
**305.523.5528** [1] - 2:8
**306** [3] - 9:7, 22:5, 51:12
**307** [3] - 9:7, 23:5, 51:12
**308** [1] - 36:25
**310** [2] - 9:6, 51:12
**312** [2] - 9:6, 51:12
**314** [3] - 36:21, 36:22, 42:15
**315** [3] - 36:21, 36:22, 42:21
**316** [4] - 37:19, 38:1, 46:3, 46:22
**318** [4] - 25:25, 26:12, 29:8, 51:14
**319** [3] - 38:4, 38:9, 38:10
**32** [1] - 20:5
**320** [3] - 9:6, 19:11, 51:12
**321** [3] - 9:6, 19:19, 20:5
**322** [2] - 9:6, 19:14
**323** [1] - 9:6
**324** [2] - 9:7, 21:24
**325** [2] - 9:7, 51:12
**3250** [1] - 2:2
**326** [3] - 37:19, 38:1, 46:8
**327** [3] - 30:10, 30:24, 31:1
**328** [5] - 30:10, 30:24, 31:1, 31:4, 31:7
**329** [4] - 30:10, 30:24, 31:1, 31:12
**330** [2] - 9:7, 22:10
**331** [5] - 25:25, 26:12, 26:19, 27:12, 51:14
**33128** [1] - 2:8
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**332** [4] - 25:25, 26:13, 29:17, 51:14
**333** [5] - 25:25, 26:12, 28:6, 51:13, 51:14
**334** [4] - 25:25, 26:12, 28:25, 51:14
**335** [2] - 27:21, 51:15
**336** [1] - 51:15
**345** [1] - 51:15
**360** [1] - 35:15
**361** [1] - 35:18
**362** [3] - 31:18, 32:3, 35:18
**363** [6] - 34:4, 34:14, 36:4, 36:9, 36:10, 42:1
**380** [4] - 37:9, 37:15, 37:16, 45:7
**3rd** [4] - 15:21, 27:20, 28:24, 45:4

## 4

**400** [1] - 2:7
**406** [1] - 2:3
**428** [12] - 17:4, 18:16, 21:23, 22:24, 29:21, 39:9, 39:17, 40:5, 40:16, 41:18, 45:22, 46:19
**435** [2] - 21:19, 23:9
**450** [2] - 25:25, 26:12
**486** [3] - 25:25, 26:12, 51:15
**4th** [3] - 1:17, 17:19, 20:11

## 5

**528** [2] - 16:11, 16:15
**5th** [1] - 12:21

## 6

**6** [2] - 15:25, 38:12
**613** [1] - 35:3
**614** [1] - 1:20
**66** [1] - 49:24

## 7

**786-838-8174** [1] - 49:19

## 8

**8** [3] - 14:5, 14:9, 15:11

## 9

**90211** [1] - 7:2
**9130** [1] - 1:24
**99** [1] - 1:17

## A

**A.F.P.D** [1] - 1:21
**A.M** [1] - 1:5
**A.U.S.A** [3] - 1:15, 1:16, 1:16
**abandoned** [3] - 17:20, 21:19, 23:9
**able** [4] - 27:19, 34:8, 34:11, 40:10
**above-entitled** [1] - 52:5
**account** [36] - 6:11, 8:1, 8:2, 8:3, 8:6, 8:7, 13:3, 14:4, 20:3, 26:4, 30:16, 31:25, 33:10, 33:16, 33:23, 34:7, 34:21, 35:9, 36:6, 36:16, 36:18, 37:4, 37:5, 37:7, 37:12, 37:23, 38:6, 38:16, 38:18, 38:21, 40:12, 42:14, 43:6, 43:18, 46:25
**accounts** [2] - 24:21, 33:9
**accurate** [17] - 5:18, 6:9, 8:13, 8:17, 9:1, 9:8, 26:8, 30:20, 31:23, 33:21, 34:10, 36:4, 36:17, 37:11, 37:22, 38:5, 52:5
**acquire** [2] - 34:8, 34:11
**action** [1] - 4:9
**additional** [1] - 4:7
**admit** [14] - 5:20, 6:13, 8:21, 26:11, 30:23, 32:2, 33:25, 34:13, 36:8, 36:20, 37:14, 37:25, 38:8, 38:23
**admitted** [19] - 5:23, 6:17, 8:23, 9:16, 16:20, 20:16, 21:7, 21:14, 26:14, 26:18, 31:2, 32:4, 34:2, 36:10, 36:22, 37:17, 38:2, 38:10, 41:25
**Afro** [5] - 20:20, 20:22, 21:13, 28:10, 28:12
**afternoon** [1] - 24:13
**agent** [10] - 5:6, 8:12, 9:25, 26:18, 29:6, 32:8, 33:21, 47:9, 47:16, 50:19
**ago** [1] - 24:3
**ain't** [2] - 33:6, 48:11
**Ali** [2] - 10:12, 10:17
**Alioth** [6] - 10:20, 17:8, 17:15, 18:1, 19:12, 20:6
**Allapattah** [5] - 22:20, 27:2, 29:16, 42:4, 44:20
**allow** [1] - 24:24
**Altamirano** [15] - 4:5, 10:24, 23:10, 42:18, 42:19, 42:25, 43:2, 43:25, 44:1, 44:10, 44:17, 44:25, 46:17, 50:5, 50:8
**ALTAMIRANO** [1] - 1:7
**Altamirano's** [2] - 42:20, 43:6
**AMERICA** [1] - 1:4
**amount** [5] - 22:8, 31:5, 31:10, 31:15,

42:11
**amounts** [1] - 46:7
**Angel** [11] - 19:5, 20:14, 36:16, 36:18, 37:5, 37:7, 37:12, 42:11, 42:24, 44:10, 45:10
**ANTHONY** [1] - 1:8
**apologize** [2] - 35:10, 35:12
**appear** [2] - 24:11, 45:16
**APPEARANCES** [1] - 2:1
**aPPEARANCES** [1] - 1:14
**approach** [3] - 5:3, 25:21, 30:6
**appropriate** [1] - 7:18
**appropriately** [1] - 24:20
**April** [2] - 41:5, 45:4
**area** [3] - 14:14, 16:25, 45:25
**Arnelle** [1] - 19:10
**arrest** [2] - 47:14, 50:8
**arrested** [4] - 16:11, 16:15, 16:16, 47:20
**article** [1] - 21:1
**ASAP** [1] - 48:5
**ass** [1] - 11:23
**associate** [5] - 11:4, 11:8, 11:12, 11:13, 24:1
**associated** [8] - 30:4, 33:5, 33:9, 43:15, 44:3, 44:13, 45:2, 49:23
**attention** [3] - 48:23, 49:20, 49:21
**AUDIOTAPE** [4] - 49:25, 50:10, 50:17, 50:23
**August** [3] - 15:11, 28:5, 29:3
**authenticated** [1] - 24:20
**authentication** [1] - 7:2
**author** [2] - 48:4, 49:8
**authority** [1] - 3:11
**automatically** [1] - 3:15
**availability** [1] - 34:8
**Avenue** [26] - 2:7, 14:14, 16:11, 16:15, 16:25, 17:4, 17:19, 18:16, 20:12, 21:19, 21:23, 22:25, 23:9, 26:21, 29:13, 29:22, 32:12, 32:17, 39:9, 39:17, 40:6, 40:16, 41:18, 45:23, 46:20, 47:13
**avoid** [1] - 23:24
**aware** [1] - 25:16

## B

**Baba** [2] - 10:12, 10:17
**baby** [1] - 28:19
**backdrop** [1] - 32:23
**background** [4] - 20:2, 21:12, 21:22, 32:17
**Baitz** [2] - 10:12, 10:21
**bake** [1] - 10:9
**bang** [2] - 33:11
**bar** [2] - 26:20, 32:11
**Barbaro** [2] - 11:15, 46:16
**based** [2] - 20:3, 35:4
**Beady** [2] - 20:13, 20:14
**behalf** [1] - 35:2
**behind** [4] - 23:2, 46:1, 46:14, 46:17
**benefit** [1] - 43:11
**between** [5] - 20:4, 23:8, 24:11, 31:21, 49:3
**Big** [1] - 10:14
**Bitch** [1] - 11:25
**black** [1] - 21:2
**Black** [2] - 41:1, 41:3
**block** [1] - 10:10
**blocks** [1] - 46:21
**blue** [10] - 17:4, 18:16, 21:2, 21:23, 22:24, 29:21, 39:8, 40:5, 40:16
**blur** [1] - 3:21
**BMT** [42] - 6:4, 7:17, 7:20, 10:9, 10:10, 12:17, 20:20, 20:22, 21:11, 21:13, 21:20, 21:21, 22:4, 22:9, 22:18, 24:8, 24:12, 26:24, 26:25, 27:11, 28:10, 29:10, 29:14, 29:24, 29:25, 30:5, 30:19, 31:21, 32:10, 32:24, 32:25, 33:2, 33:7, 33:10, 39:15, 39:22, 41:16, 41:17, 42:5, 42:6, 43:18, 44:12
**Bodie** [3] - 10:13, 11:8, 33:20
**body** [3] - 47:11, 48:1, 48:18
**bond** [2] - 49:16, 49:19
**Bones** [4] - 14:21, 14:25, 30:19
**boss** [2] - 46:6, 49:14
**bottom** [4] - 16:1, 32:22, 33:8, 48:23
**Boulevard** [2] - 1:19, 1:24
**boy** [2] - 10:15, 43:20
**break** [1] - 23:17
**breaking** [1] - 50:25
**breaks** [1] - 4:17
**bring** [3] - 4:22, 25:7, 47:13
**bro** [2] - 48:3, 48:22
**building** [3] - 17:20, 23:9, 39:17
**BY** [32] - 2:6, 5:5, 5:24, 8:11, 8:24, 9:17, 10:3, 11:16, 12:12, 15:9, 16:17, 17:16, 18:11, 21:6, 23:4, 25:23, 26:17, 27:7, 30:8, 31:3, 32:7, 34:3, 36:3, 36:11, 36:23, 37:18, 38:3, 38:11, 39:3, 50:1, 50:11, 50:18

## C

**C-Lo** [4] - 12:16, 12:17, 19:6, 19:7
**camera** [1] - 19:23
**Cannon** [1] - 50:13
**cannot** [1] - 27:6
**caption** [1] - 45:1
**captured** [2] - 8:15, 8:19
**car** [1] - 22:14
**Carlos** [6] - 12:17, 19:8, 27:5, 33:3, 43:1, 46:11
**case** [4] - 1:3, 3:11, 23:17, 51:2
**cases** [2] - 4:6, 24:22
**Cassells** [2] - 46:15, 46:16
**celebration** [1] - 20:6
**cell** [1] - 45:17
**Center** [1] - 1:24
**center** [1] - 20:12
**certify** [1] - 52:4
**Chacon** [65] - 4:5, 6:11, 8:6, 9:20, 13:3, 13:15, 14:4, 14:20, 15:5, 15:7, 17:10, 17:14, 17:24, 18:2, 18:6, 18:7, 18:9, 18:10, 18:17, 18:24, 19:9, 19:12, 19:17, 19:22, 20:12, 20:21, 21:11, 21:20, 22:3, 22:8, 22:14, 22:17, 22:18, 23:2, 23:9, 25:2, 26:24, 27:1, 27:17, 27:24, 28:17, 29:5, 29:14, 29:25, 32:19, 33:1, 33:11, 39:11, 39:12, 39:23, 40:18, 41:7, 41:13, 41:16, 42:4, 42:19, 43:10, 43:13, 44:17, 44:19, 45:6, 45:14, 49:3, 49:12
**CHACON** [1] - 1:6
**Chacon's** [8] - 19:9, 22:16, 26:4, 27:16, 32:19, 33:2, 39:24, 43:18
**chain** [3] - 15:16, 28:17, 33:8
**chain-link** [1] - 28:17
**chair** [1] - 40:11
**chairs** [1] - 40:20
**characterization** [2] - 6:23, 7:21
**charge** [2] - 3:4, 3:7
**check** [1] - 51:10
**Chris** [1] - 49:5
**Christian** [7] - 38:18, 38:21, 41:13, 47:6, 47:24, 48:17, 49:3
**CHRISTOPHER** [1] - 1:7
**Christopher** [10] - 10:24, 13:18, 23:10, 41:21, 44:10, 44:11, 44:17, 46:17, 50:5, 50:8
**circle** [2] - 14:22, 45:13
**cite** [1] - 24:23
**cited** [1] - 4:6
**claiming** [1] - 35:22
**Clay** [1] - 35:1
**clear** [5] - 23:20, 32:15, 34:17, 34:25, 35:1
**clearer** [1] - 43:11
**client** [2] - 7:19, 35:2
**clothing** [2] - 21:1, 41:22
**codefendant** [1] - 24:8
**codefendants** [1] - 24:12
**colleague** [1] - 13:15
**colorful** [2] - 12:8, 23:23
**comment** [4] - 7:23, 9:25, 25:1, 28:11
**comments** [1] - 35:6
**commitment** [1] - 51:1
**company** [1] - 5:7
**competence** [2] - 23:12, 27:3
**composite** [13] - 8:25, 11:19, 14:16, 16:1, 16:21, 18:20, 19:1, 28:6, 38:12, 39:5, 40:1, 47:2, 48:13
**Composite** [1] - 9:18
**conclusion** [1] - 9:23
**conference** [2] - 3:4, 3:7
**consider** [1] - 3:16
**conspiracy** [3] - 3:14, 3:18, 3:21
**conspirators'** [1] - 24:18
**CONTD** [1] - 2:1
**content** [1] - 7:5
**context** [1] - 24:24
**continue** [3] - 5:2, 12:5, 25:20
**conversation** [1] - 48:14
**copies** [1] - 35:20
**copy** [1] - 43:11
**Coral** [1] - 1:20
**correct** [2] - 3:9, 4:14
**correlation** [1] - 20:4
**corresponds** [1] - 18:25
**counsel** [1] - 7:14
**count** [5] - 3:15, 3:17, 3:19, 3:20, 4:8
**course** [11] - 5:6, 10:16, 13:4, 13:14, 14:10, 16:7, 36:1, 38:17, 39:16, 50:12, 50:19
**Court** [4] - 2:7, 4:1, 24:10, 49:22
**COURT** [64] - 1:1, 1:13, 3:1, 3:24, 4:3, 4:20, 4:22, 4:23, 4:24,

5:4, 5:23, 6:16, 6:19, 6:25, 7:14, 7:22, 8:3, 8:5, 8:10, 8:23, 9:14, 9:16, 9:25, 11:14, 12:1, 12:3, 12:8, 15:8, 16:14, 21:5, 23:13, 23:16, 23:20, 24:1, 24:13, 25:11, 25:19, 25:22, 26:14, 26:16, 27:4, 30:7, 31:1, 32:4, 32:6, 34:2, 34:16, 34:24, 35:13, 35:18, 35:21, 35:24, 36:2, 36:10, 36:22, 37:16, 38:2, 38:10, 38:25, 39:2, 50:22, 50:24, 51:5, 51:9
**court** [2] - 20:24, 28:2
**Court's** [1] - 25:8
**courthouse** [2] - 19:18, 27:25
**courtroom** [1] - 12:9
**currency** [8] - 18:24, 22:9, 31:6, 31:11, 31:16, 42:12, 42:24, 46:7

## D

**Dadeland** [1] - 1:24
**Darce** [10] - 14:25, 15:2, 23:2, 30:17, 31:5, 31:10, 31:15, 31:24, 32:20
**dat** [1] - 10:9
**DATE** [1] - 52:10
**date** [24] - 10:4, 11:17, 12:18, 12:22, 13:1, 13:10, 13:19, 13:23, 14:2, 14:6, 14:8, 15:10, 15:12, 15:15, 15:20, 15:24, 16:3, 16:5, 16:22, 20:4, 24:3, 27:8, 27:19, 45:2
**Datran** [1] - 1:24
**DAVID** [1] - 2:2
**dawg** [1] - 28:2
**DAY** [1] - 1:5
**Dayaan** [5] - 12:17, 14:24, 39:10, 39:25, 40:17
**deceased** [2] - 40:25, 47:25
**December** [3] - 10:5, 13:2
**decide** [1] - 9:24
**deck** [1] - 48:19
**defendant** [5] - 3:17, 15:7, 17:12, 18:9, 21:4
**Defendant** [2] - 17:14, 18:9
**Defendants** [1] - 1:9
**DEFENDANTS** [2] - 1:19, 51:8
**defense** [4] - 3:25, 4:1, 25:9, 35:25
**DeLeon** [1] - 1:19
**deliver** [1] - 4:1
**denied** [1] - 35:4
**depicted** [3] - 17:18, 21:12, 29:20
**depiction** [1] - 36:4
**described** [2] - 20:23, 45:13
**DESE** [1] - 28:3
**desk** [1] - 24:24
**Desperado** [1] - 13:7
**dialogue** [1] - 24:18
**Diaz** [13] - 11:11, 17:6, 17:15, 29:24, 33:17, 33:23, 39:12, 39:18, 39:24, 40:7, 40:12, 40:18, 41:1
**Diaz's** [1] - 33:16
**dime** [1] - 47:13
**directed** [1] - 35:11
**direction** [1] - 29:12
**discuss** [2] - 25:3, 51:2
**discussed** [1] - 23:21
**discussion** [1] - 24:24
**discussions** [2] - 3:5, 24:18
**displaying** [29] - 4:18, 6:5, 21:11, 21:20, 21:21, 22:3, 22:9, 22:18, 22:19, 23:10, 23:12, 26:24, 26:25, 27:1, 29:14, 29:15, 29:23, 29:25, 32:23, 32:25, 33:1, 39:15, 39:22, 41:16, 41:17, 42:4, 42:6, 44:12, 44:19
**displays** [1] - 32:12
**DISPOTO** [1] - 1:16
**disrespectful** [1] - 33:7
**DISTRICT** [3] - 1:1, 1:2, 1:13
**DIVISION** [1] - 1:2
**Dixon** [4] - 29:23, 45:11, 45:22, 50:5
**DIXON** [1] - 1:8
**docket** [1] - 35:2
**documents** [1] - 34:19
**DONET** [1] - 2:2
**double** [1] - 48:2
**down** [6] - 10:14, 10:15, 12:2, 18:12, 22:17, 51:10
**drawing** [1] - 48:23
**driveway** [2] - 40:6, 40:16
**during** [4] - 5:6, 16:7, 30:13, 50:12
**Dwight** [2] - 22:2, 48:17

## E

**early** [1] - 50:25
**east** [2] - 32:16, 32:23
**egregious** [1] - 25:1
**either** [1] - 24:11
**em** [1] - 43:20
**endeavoring** [1] - 24:1
**enforcement** [1] - 50:20
**entitled** [1] - 52:5
**entries** [2] - 23:22, 24:17
**entry** [3] - 24:2, 25:15, 35:2
**ESQ** [4] - 1:19, 1:23, 2:2, 2:4
**established** [1] - 24:20
**evening** [1] - 5:1
**event** [1] - 24:2
**evidence** [26] - 4:18, 5:21, 6:14, 6:18, 8:22, 9:13, 9:16, 20:16, 21:7, 21:14, 23:24, 24:4, 25:6, 26:12, 26:18, 30:24, 32:3, 34:1, 34:14, 36:9, 36:21, 37:15, 38:1, 38:9, 38:24, 41:25
**evidentiary** [1] - 25:14
**examination** [2] - 5:2, 20:3
**excerpts** [1] - 5:17
**excise** [1] - 35:5
**EXCUSED** [3] - 23:19, 51:4, 51:8
**exhibit** [13] - 8:25, 11:19, 14:16, 16:2, 16:21, 18:20, 19:1, 28:7, 29:17, 38:13, 39:5, 40:1, 47:2
**Exhibit** [75] - 5:14, 5:21, 5:23, 6:14, 6:17, 8:17, 8:22, 9:1, 9:6, 9:18, 16:20, 18:25, 19:11, 19:14, 19:19, 20:5, 20:8, 20:17, 21:8, 21:15, 21:24, 22:5, 22:10, 22:21, 23:5, 25:25, 26:12, 26:19, 27:12, 27:21, 28:6, 28:25, 29:8, 29:17, 30:10, 30:24, 31:4, 31:7, 31:12, 31:18, 32:3, 33:12, 34:1, 34:2, 34:4, 34:14, 36:4, 36:9, 36:10, 36:12, 36:21, 36:24, 36:25, 37:9, 37:15, 37:16, 37:19, 38:1, 38:4, 38:9, 38:12, 38:24, 39:4, 42:1, 42:10, 42:15, 42:21, 43:3, 45:7, 45:18, 46:3, 46:8, 46:22, 47:2, 49:24
**exhibits** [2] - 9:5, 24:11
**expect** [1] - 25:2

## F

**face** [1] - 46:13
**Facebook** [29] - 4:17, 5:7, 5:11, 5:12, 5:15, 6:11, 6:25, 7:9, 9:2, 20:3, 23:22, 24:16, 24:21, 24:25, 33:16, 33:23, 34:7, 34:18, 34:25, 35:2, 36:6, 36:16, 36:18, 37:23, 38:5, 38:16, 42:14, 46:25, 47:6
**fair** [16] - 5:17, 6:9, 8:13, 8:17, 9:1, 9:8, 26:8, 30:20, 31:23, 33:21, 34:10, 36:4, 36:17, 37:11, 37:22, 38:4
**familiar** [3] - 16:24, 17:17, 33:17
**family** [2] - 19:9, 33:6
**far** [3] - 39:24, 45:25, 46:19
**father** [1] - 20:22
**February** [1] - 30:3
**Federal** [1] - 5:10
**females** [1] - 22:15
**fence** [1] - 28:17
**Fernando** [4] - 14:25, 23:2, 30:17, 31:24
**few** [1] - 24:2
**FILED** [1] - 52:10
**filed** [2] - 7:2, 35:1
**fine** [2] - 24:3, 35:17
**finger** [1] - 40:8
**fire** [1] - 48:19
**firearm** [6] - 16:16, 45:10, 45:12, 45:13, 45:16, 47:21
**firearms** [1] - 43:10
**first** [4] - 3:6, 39:21, 48:18, 51:11
**First** [1] - 16:25
**five** [2] - 23:17, 25:17
**FL** [7] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5, 2:8
**Flagler** [1] - 1:22
**floor** [1] - 3:6
**Flores** [8] - 6:23, 20:21, 20:23, 21:4, 21:20, 34:18, 35:8, 42:6
**FLORES** [1] - 1:8
**Flores'** [2] - 34:7, 36:6
**FLORIDA** [1] - 1:2
**focus** [2] - 4:4, 4:11
**focusing** [1] - 3:3
**folks** [1] - 3:3
**fool** [1] - 48:19
**FOR** [6] - 1:15, 1:19, 49:25, 50:10, 50:17, 50:23
**foregoing** [1] - 52:4
**Fort** [1] - 2:3
**Forte** [2] - 22:2, 48:17
**Fortune** [3] - 11:15, 46:16, 46:17
**forward** [2] - 4:7, 24:9
**four** [1] - 29:7
**fourth** [1] - 12:18
**Fourth** [3] - 26:21, 29:13, 32:12
**FRANK** [1] - 2:4
**Frank** [2] - 10:13, 11:12
**free** [1] - 10:12
**front** [11] - 18:16, 22:24, 24:19, 26:20, 27:25, 28:16, 28:18, 29:21, 40:5, 45:1, 46:13
**Fuck** [1] - 11:23
**fuck** [1] - 11:25
**fucked** [1] - 11:23

**Fucking** [1] - 11:23

## G

**Gables** [1] - 1:20
**Gambino** [1] - 42:9
**gang** [1] - 33:6
**gate** [1] - 44:25
**gentlemen** [4] - 4:25, 12:4, 50:24, 51:5
**Ghost** [1] - 10:15
**girlfriend** [2] - 22:16, 27:16
**given** [1] - 25:5
**glare** [1] - 19:23
**GONZALEZ** [7] - 1:19, 5:22, 9:15, 9:22, 35:14, 35:19, 35:22
**Gotti** [1] - 28:2
**Government** [6] - 3:10, 4:6, 7:1, 7:12, 24:20, 34:17
**Government's** [75] - 3:8, 5:14, 5:21, 5:23, 6:14, 6:17, 8:17, 8:22, 8:25, 9:6, 16:20, 18:25, 19:11, 19:14, 19:19, 20:5, 20:8, 20:17, 21:8, 21:15, 21:24, 22:5, 22:10, 22:21, 23:5, 25:25, 26:12, 26:19, 27:21, 28:6, 28:25, 29:8, 29:17, 30:10, 30:24, 31:4, 31:7, 31:12, 31:18, 32:3, 33:12, 34:1, 34:2, 34:4, 34:14, 35:5, 36:4, 36:9, 36:10, 36:12, 36:21, 36:24, 37:9, 37:15, 37:16, 37:19, 38:1, 38:4, 38:9, 38:12, 38:24, 39:4, 42:1, 42:10, 42:15, 42:21, 43:3, 45:7, 45:18, 46:3, 46:8, 46:22, 47:2, 49:23
**green** [1] - 47:14
**group** [3] - 7:7, 7:10, 8:5
**grouping** [2] - 51:11, 51:14
**guilty** [6] - 3:13, 3:14, 3:17, 3:18, 3:19, 25:2
**gun** [1] - 43:20
**guns** [1] - 23:14
**Guzman** [1] - 50:16

## H

**hand** [44] - 6:5, 21:11, 21:20, 21:21, 22:4, 22:9, 22:19, 22:20, 26:24, 26:25, 27:2, 28:20, 29:14, 29:15, 29:16, 29:24, 30:1, 32:18, 32:21, 32:25, 33:2, 39:10, 39:13, 39:15, 39:22, 40:17, 40:18, 41:1, 41:15, 41:16, 41:17, 42:5, 42:7, 44:1, 44:12, 44:16, 44:20, 45:11, 46:11, 46:13
**hand-sign** [25] - 21:11, 21:20, 21:21, 22:4, 22:9, 22:19, 22:20, 26:24, 26:25, 27:2, 29:15, 29:16, 29:24, 30:1, 32:25, 33:2, 39:15, 39:22, 41:16, 41:17, 42:5, 42:7, 44:12, 44:20
**hands** [1] - 23:15
**hat** [2] - 17:24, 18:2
**heading** [1] - 10:9
**hearing** [1] - 3:7
**hearings** [1] - 24:14
**hearsay** [4] - 16:13, 23:12, 27:3, 50:21
**HELD** [1] - 1:12
**help** [1] - 49:7
**hereby** [1] - 52:4
**HERMAN** [1] - 2:4
**holding** [13] - 18:24, 22:8, 28:19, 31:5, 31:10, 31:15, 42:24, 43:10, 43:13, 45:10, 45:11, 46:7, 46:12
**holla** [1] - 48:19
**Honor** [14] - 3:23, 4:2, 4:16, 6:21, 8:9, 9:15, 10:2, 23:11, 23:25, 24:5, 24:6, 35:14, 35:22, 36:1
**HONORABLE** [1] - 1:12
**hood** [1] - 48:11
**hope** [1] - 4:25
**hopefully** [1] - 23:22
**HOROWITZ** [6] - 1:23, 4:2, 11:13, 16:12, 23:11, 50:21
**Horowitz** [1] - 35:6
**HOSSEINI** [1] - 1:16
**house** [12] - 17:4, 18:16, 21:19, 21:23, 22:24, 29:21, 39:8, 40:5, 40:16, 44:6, 45:1, 47:14
**housekeeping** [1] - 51:6

## I

**i.e** [1] - 24:21
**identification** [3] - 25:24, 30:9, 31:17
**identified** [8] - 7:24, 13:4, 15:7, 17:12, 17:14, 18:9, 21:4, 24:12
**identify** [16] - 7:24, 8:13, 10:16, 10:25, 11:4, 11:8, 11:12, 13:14, 14:10, 16:7, 21:1, 23:1, 27:6, 39:16, 39:21, 50:12
**identifying** [1] - 7:16
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**ima** [1] - 48:2
**image** [32] - 5:25, 6:6, 6:10, 14:16, 17:1, 17:13, 17:21, 17:25, 18:3, 18:12, 18:18, 18:20, 19:2, 21:22, 27:19, 28:13, 32:14, 32:16, 36:5, 39:20, 40:8, 40:12, 40:19, 40:22, 41:10, 43:7, 43:15, 43:22, 44:7, 44:15, 44:21
**images** [4] - 30:20, 32:14, 38:17, 38:20
**imagine** [1] - 8:5
**immediate** [3] - 27:1, 28:18, 39:12
**immediately** [9] - 32:20, 33:1, 33:2, 33:3, 39:23, 42:20, 43:1, 46:15
**inaudible** [1] - 7:13
**included** [1] - 4:8
**including** [1] - 19:22
**INDICATES** [3] - 14:23, 15:3, 45:15
**individual** [8] - 10:17, 10:25, 16:8, 17:5, 17:7, 17:9, 39:21, 40:25
**individually** [2] - 8:3, 8:8
**individuals** [9] - 12:14, 14:17, 17:12, 17:21, 17:25, 18:3, 19:1, 28:21, 39:19
**information** [2] - 16:13, 50:20
**initials** [1] - 27:11
**inside** [2] - 21:18, 39:8
**Instagram** [8] - 24:21, 26:4, 31:21, 31:25, 37:3, 37:5, 37:12, 43:6
**instruction** [1] - 25:8
**instructions** [3] - 3:8, 3:16, 3:24
**integral** [1] - 4:9
**integrating** [1] - 4:16
**investigation** [13] - 5:6, 10:16, 13:4, 13:14, 14:10, 16:7, 30:13, 33:9, 38:17, 39:16, 50:7, 50:12, 50:19
**involved** [4] - 14:4, 47:7, 47:22, 50:2
**involving** [2] - 38:20, 41:21
**irrelevant** [1] - 24:17
**Isaac** [2] - 18:7, 18:10
**issue** [1] - 7:19
**issues** [3] - 3:3, 3:4, 7:19
**items** [9] - 9:12, 26:1, 26:5, 26:9, 30:11, 36:13, 36:15, 36:25, 37:20
**itself** [1] - 49:2
**Izzy** [2] - 44:17, 44:19

## J

**jail** [2] - 20:7, 24:14
**JAMES** [1] - 1:8
**James** [3] - 45:11, 46:15, 50:5
**Jay** [7] - 20:21, 20:23, 21:20, 34:7, 36:5, 42:6, 42:9
**JAY** [1] - 1:8
**Joe** [2] - 10:12, 11:4
**Joel** [12] - 11:11, 29:24, 33:16, 33:17, 33:22, 39:11, 39:18, 39:24, 40:6, 40:12, 40:17, 41:1
**John** [1] - 28:2
**Joker** [1] - 13:15
**Joseph** [3] - 11:7, 22:14, 27:18
**JR** [2] - 2:2, 2:4
**JUDGE** [1] - 1:13
**Judge** [3] - 5:10, 12:1, 35:17
**judiciously** [1] - 12:9
**July** [1] - 16:23
**June** [2] - 12:21, 12:25
**juror** [1] - 3:2
**jurors** [2] - 12:6, 12:8
**jury** [5] - 4:22, 4:25, 7:24, 9:24, 43:11
**JURY** [3] - 1:12, 23:19, 51:4

## K

**KATHLEEN** [1] - 1:12
**Kevin** [2] - 17:6, 17:15
**Kid** [3] - 10:13, 10:14, 12:17
**kneeling** [3] - 22:17, 28:17, 41:15
**knowledge** [1] - 35:23
**known** [3] - 14:11, 40:25, 46:6
**KOD** [1] - 10:14
**KORCHIN** [3] - 1:21, 24:6, 27:3

## L

**lack** [1] - 35:22
**ladies** [2] - 4:25, 50:24
**lady** [1] - 49:14
**language** [6] - 3:11, 4:7, 4:8, 12:4, 12:8, 23:23
**large** [6] - 22:8, 31:5, 31:10, 31:15, 42:11, 46:7
**last** [1] - 49:20
**Lauderdale** [1] - 2:3
**laughing** [1] - 44:6
**law** [2] - 3:9, 50:20
**lawyers** [1] - 3:7
**least** [2] - 22:18, 24:7
**left** [33] - 14:25, 17:24, 18:1, 18:7, 19:5, 20:14, 20:20, 22:2, 22:15, 22:25, 23:2, 24:23, 26:23, 27:16, 27:24, 28:20, 29:3, 29:14, 29:23, 32:18, 32:24, 39:13, 40:10, 40:17, 41:14, 41:15, 42:5, 44:1, 44:11, 44:16, 45:11, 45:21, 46:11

**left-hand** [4] - 28:20, 29:14, 39:13, 40:17
**letters** [2] - 31:21, 32:10
**liability** [1] - 3:8
**life** [1] - 33:7
**limine** [1] - 35:4
**Lina** [1] - 14:24
**link** [1] - 28:17
**list** [1] - 35:14
**listen** [1] - 47:12
**lived** [1] - 39:18
**Lo** [4] - 12:16, 12:17, 19:6, 19:7
**located** [3] - 26:20, 32:11, 41:18
**location** [11] - 14:11, 16:24, 17:17, 32:22, 41:19, 41:23, 45:23, 45:25, 46:1, 46:17, 46:19
**look** [7] - 5:25, 7:7, 8:12, 11:19, 14:6, 33:12, 35:25
**looked** [1] - 7:9
**looking** [1] - 4:12
**lose** [1] - 33:7
**loud** [4] - 10:9, 12:10, 23:24, 44:6
**love** [1] - 10:15
**Luis** [8] - 19:10, 20:1, 23:3, 26:23, 32:13, 32:18, 32:25, 39:22
**LUNCH** [1] - 51:17
**lunch** [2] - 51:3, 51:6

## M

**ma'am** [1] - 12:11
**male** [5] - 23:1, 27:6, 39:12, 39:14, 46:14
**males** [4] - 19:22, 20:2, 20:15, 46:11
**MANUEL** [1] - 1:19
**Marie** [1] - 14:24
**marijuana** [2] - 31:6, 47:20
**MARK** [1] - 1:16
**marked** [3] - 25:24, 30:9, 31:17
**market** [5] - 17:19, 20:11, 29:12, 32:12, 32:17
**Marlin's** [2] - 46:18, 46:19
**Marshals** [1] - 51:5
**Martinez** [15] - 19:5, 20:14, 36:18, 37:7, 37:12, 42:11, 42:18, 42:24, 43:25, 44:1, 44:11, 44:12, 44:16, 44:25, 45:10
**Martinez's** [3] - 36:16, 37:5, 42:14
**Mary** [1] - 2:2
**materials** [4] - 9:2, 9:9, 33:22, 37:12
**matter** [1] - 52:6
**matters** [3] - 4:13, 35:9, 51:7
**MAURIN** [1] - 1:6
**Maurin** [6] - 15:5, 15:7, 17:10, 22:3, 49:3, 49:12
**mean** [1] - 8:3
**media** [1] - 24:25
**member** [3] - 7:20, 19:9, 24:8
**members** [4] - 6:4, 7:17, 24:12, 34:20
**membership** [1] - 4:10
**memorial** [4] - 20:20, 21:13, 28:10, 28:16
**men** [1] - 27:10
**messages** [3] - 24:7, 24:10, 35:11
**mIAMI** [1] - 1:2
**Miami** [7] - 1:17, 1:22, 1:25, 2:5, 2:7, 2:8, 14:15
**Michael** [2] - 20:13
**microphone** [1] - 7:15
**middle** [12] - 18:6, 19:8, 19:10, 20:21, 22:14, 23:1, 27:17, 29:24, 32:9, 39:11, 40:17, 44:17
**might** [5] - 3:4, 3:18, 3:19, 23:16, 35:14
**Miguel** [4] - 18:7, 18:9, 40:7, 41:13
**minutes** [2] - 23:17, 25:17
**misunderstanding** [1] - 35:12
**Mollies** [1] - 47:1
**Molly** [1] - 48:19
**moments** [1] - 24:2
**Moore** [4] - 37:23, 45:21, 46:6, 46:14
**morning** [2] - 4:25, 23:17
**most** [1] - 4:18
**motion** [9] - 3:4, 7:3, 24:16, 25:4, 34:23, 34:24, 35:1, 35:4, 35:11
**motions** [1] - 4:3
**mouth** [1] - 31:6
**move** [16] - 5:20, 6:13, 8:21, 9:12, 26:11, 30:23, 32:2, 33:25, 34:13, 36:8, 36:20, 37:14, 37:25, 38:8, 38:23, 47:14
**MR** [92] - 3:23, 4:2, 4:16, 4:21, 5:3, 5:5, 5:20, 5:22, 5:24, 6:13, 6:15, 6:17, 6:21, 7:12, 8:1, 8:4, 8:9, 8:11, 8:21, 8:24, 9:12, 9:15, 9:17, 9:22, 10:3, 11:13, 11:16, 12:7, 12:11, 12:12, 15:6, 15:9, 16:12, 16:17, 17:11, 17:16, 18:8, 18:11, 21:3, 21:6, 23:4, 23:11, 23:25, 24:5, 24:6, 25:8, 25:21, 25:23, 26:11, 26:15, 26:17, 27:3, 27:7, 30:6, 30:8, 30:23, 31:3, 32:2, 32:5, 32:7, 33:25, 34:3, 34:13, 34:15, 34:17, 34:21, 34:22, 35:10, 35:14, 35:17, 35:19, 35:22, 36:1, 36:3, 36:8, 36:11, 36:20, 36:23, 37:14, 37:18, 37:25, 38:3, 38:8, 38:11, 38:23, 39:1, 39:3, 49:22, 50:1, 50:11, 50:18, 50:21
**multiple** [1] - 8:6

## N

**N.E** [2] - 1:17, 2:5
**Nadim** [1] - 50:16
**name** [13] - 10:21, 10:25, 11:4, 11:8, 11:12, 13:15, 14:20, 14:21, 16:8, 16:13, 19:10, 47:24, 50:13
**named** [1] - 41:1
**narcotics** [1] - 45:24
**naw** [1] - 33:6
**need** [6] - 7:14, 12:5, 25:7, 25:16, 48:2, 49:7
**needs** [1] - 3:22
**next** [34] - 12:22, 13:1, 13:3, 13:10, 13:12, 13:19, 13:23, 14:2, 14:4, 14:8, 15:10, 15:12, 15:14, 15:18, 16:1, 16:3, 16:24, 17:1, 17:17, 17:25, 18:3, 19:5, 20:12, 20:13, 26:24, 28:20, 32:19, 42:19, 42:25, 45:16, 47:22, 48:13, 49:8
**nice** [1] - 5:1
**nickname** [3] - 10:17, 30:18, 42:8
**nicknames** [3] - 12:13, 13:3, 33:17
**Niggas** [2] - 10:12, 11:23
**niggas** [1] - 11:25
**night** [1] - 44:14
**North** [1] - 2:7
**northwest** [1] - 14:14
**notebook** [1] - 4:20
**nothing** [2] - 3:7, 25:4
**noticed** [1] - 24:7
**November** [5] - 11:18, 15:13, 47:10, 47:16, 50:6
**Number** [1] - 1:3
**number** [2] - 49:17, 49:19
**numbers** [1] - 51:10
**NW** [18] - 16:11, 16:15, 17:4, 18:16, 21:19, 21:23, 22:24, 23:9, 29:21, 32:16, 39:9, 39:17, 40:5, 40:16, 41:18, 45:23, 46:19, 47:13

## O

**object** [5] - 6:23, 9:22, 11:13, 35:10, 45:16
**objecting** [1] - 35:8
**objection** [14] - 5:22, 7:16, 9:14, 9:15, 16:12, 23:11, 25:13, 25:15, 26:14, 27:3, 31:1, 32:4, 34:23, 50:21
**obtained** [1] - 6:6
**occurred** [1] - 50:6
**October** [1] - 27:9
**OF** [3] - 1:2, 1:4, 1:12
**offered** [1] - 4:11
**OFFICER** [1] - 4:23
**ON** [3] - 14:23, 15:3, 45:15
**once** [2] - 5:10, 24:23
**one** [15] - 3:2, 4:6, 7:12, 7:19, 9:18, 22:15, 22:17, 23:22, 24:7, 32:9, 32:14, 34:19, 43:14, 44:25
**ones** [1] - 40:20
**open** [1] - 3:6
**opposed** [3] - 8:8, 10:1, 12:10
**opposite** [2] - 26:21, 29:12
**outlining** [1] - 24:16
**outside** [5] - 19:17, 20:11, 24:17, 41:18, 46:18
**Overruled** [1] - 11:14
**overruled** [3] - 16:14, 23:13, 27:4
**owned** [1] - 33:10

## P

**pack** [1] - 29:7
**page** [23] - 3:7, 9:18, 10:6, 10:11, 11:19, 12:13, 12:18, 12:22, 13:1, 13:3, 15:10, 16:1, 17:1, 27:12, 28:6, 28:13, 29:17, 38:12, 39:4, 39:19, 47:22, 48:13, 49:20
**PAGES** [1] - 1:6
**pages** [3] - 9:1, 18:12, 47:2
**Papo** [5] - 10:12, 10:25, 13:7, 29:7, 47:12
**Park** [2] - 46:18, 46:19
**part** [2] - 4:9, 5:15
**participants** [1] - 15:16
**particular** [1] - 25:15
**particularly** [1] - 25:1
**parties** [2] - 47:22, 49:1
**party** [1] - 35:6
**PATRICIA** [2] - 2:6, 52:10
**patricia_sanders@flsd.uscourts.gov** [1] - 2:9
**Patron** [5] - 9:20, 15:17, 33:10, 41:9, 43:18
**PAUL** [1] - 1:21
**peace** [2] - 28:12, 41:3
**perhaps** [2] - 8:7,

12:9
**permission** [7] - 5:3, 25:21, 26:15, 30:6, 30:25, 32:5, 39:1
**person** [8] - 10:21, 19:24, 20:1, 20:23, 40:25, 46:12, 47:24, 50:13
**person's** [1] - 30:18
**Peter** [3] - 10:12, 10:21, 48:12
**Petie** [1] - 49:5
**PHILIP** [1] - 1:23
**phone** [3] - 42:25, 43:1, 45:17
**photo** [1] - 17:17
**photograph** [75] - 6:4, 6:15, 6:23, 7:23, 7:25, 19:22, 20:11, 22:2, 22:3, 22:8, 22:13, 22:15, 22:24, 26:20, 26:23, 27:17, 27:18, 27:24, 27:25, 28:10, 28:16, 28:21, 28:23, 29:3, 29:4, 29:5, 29:9, 29:10, 29:21, 29:23, 29:25, 31:5, 31:10, 31:15, 31:21, 32:10, 32:19, 32:22, 32:25, 34:7, 39:8, 39:11, 39:21, 40:1, 40:5, 40:6, 40:21, 40:25, 41:13, 41:15, 41:24, 42:4, 42:6, 42:7, 42:11, 42:18, 42:24, 43:6, 43:13, 43:25, 44:3, 44:10, 44:11, 44:16, 44:24, 45:10, 45:11, 45:12, 45:21, 46:1, 46:2, 46:6, 46:12, 46:25
**photographs** [9] - 6:22, 7:1, 7:17, 31:22, 32:9, 32:10, 36:16, 36:18, 37:3
**photos** [2] - 8:7, 8:12
**physical** [1] - 4:18
**picture** [16] - 7:6, 16:18, 18:6, 18:16, 19:8, 19:12, 19:17, 20:12, 20:20, 20:21, 21:11, 21:13, 21:18, 23:1, 23:8, 44:24
**pictures** [2] - 7:8, 8:6
**Pinkerton** [2] - 3:15, 3:19
**plastic** [2] - 40:11, 40:20
**play** [1] - 43:20
**PLAYED** [4] - 49:25, 50:10, 50:17, 50:23
**players** [1] - 35:7
**pleases** [1] - 49:22
**point** [3] - 25:3, 29:9, 32:11
**pointed** [2] - 17:12, 35:6
**pointing** [1] - 43:10
**Ponce** [1] - 1:19
**porch** [1] - 39:8
**Portela** [19] - 11:3, 13:9, 15:17, 19:17, 22:13, 22:19, 27:1, 27:5, 27:24, 29:4, 29:15, 32:21, 33:3, 38:5, 38:20, 47:8, 47:15, 47:17, 47:20
**PORTELA** [1] - 1:7
**Portela's** [4] - 24:14, 33:3, 38:16, 46:25
**portion** [1] - 49:8
**positioned** [1] - 40:19
**possession** [1] - 47:20
**post** [38] - 10:1, 10:6, 10:8, 10:11, 11:17, 11:20, 13:10, 13:12, 13:19, 13:23, 14:2, 14:4, 14:6, 14:8, 15:10, 15:12, 15:14, 15:22, 16:3, 16:20, 16:22, 16:24, 27:8, 33:8, 41:2, 43:15, 44:3, 44:13, 45:2, 45:3, 47:7, 47:16, 48:18, 48:23, 49:1, 49:3
**posted** [7] - 28:23, 30:2, 30:5, 30:21, 41:4, 41:20, 47:9
**poster** [2] - 41:6, 45:5
**posting** [3] - 34:11, 34:18, 36:5
**postings** [7] - 8:15, 8:19, 9:10, 30:14, 35:2, 38:16, 47:6
**posts** [12] - 4:17, 8:14, 8:18, 9:20, 10:4, 12:13, 15:16, 15:18, 25:9, 25:10, 34:25, 47:23
**preliminary** [1] - 4:11
**prepared** [1] - 3:25
**previous** [1] - 40:21
**prison** [1] - 19:13
**PROCEEDINGS** [1] - 1:12
**proceedings** [1] - 52:5
**procured** [5] - 7:1, 8:14, 8:18, 9:9, 26:5
**profanity** [2] - 29:6, 33:6
**provide** [1] - 5:12
**provided** [2] - 5:11, 50:20
**public** [8] - 6:10, 8:15, 8:19, 9:10, 30:13, 34:8, 34:11, 36:5
**publicly** [2] - 6:6, 30:21
**publish** [6] - 12:5, 26:15, 26:16, 30:25, 32:5, 39:1
**pursuant** [12] - 7:8, 8:14, 8:18, 8:19, 9:9, 25:8, 26:5, 31:24, 33:22, 37:6
**put** [2] - 7:10, 8:1

## Q

**quick** [1] - 23:16
**quickly** [1] - 51:9

## R

**Ramirez** [13] - 13:18, 38:18, 38:21, 41:14, 41:15, 41:21, 47:6, 47:8, 47:15, 47:24, 48:9, 48:17, 49:3
**Raymond** [4] - 37:22, 45:21, 46:6, 46:14
**re** [1] - 3:22
**re-worked** [1] - 3:22
**read** [14] - 4:6, 10:8, 10:11, 11:22, 23:22, 23:23, 28:1, 29:6, 33:5, 41:2, 43:19, 44:5, 47:11, 48:1
**reading** [1] - 12:10
**really** [1] - 12:5
**received** [2] - 5:11, 33:22
**RECESS** [2] - 25:18, 51:17
**recognize** [69] - 6:1, 12:13, 14:17, 14:24, 15:4, 17:1, 17:21, 17:25, 18:3, 18:13, 18:21, 19:1, 19:4, 19:14, 19:19, 20:8, 20:15, 20:17, 21:8, 21:15, 21:24, 22:5, 22:10, 22:21, 23:5, 26:1, 26:19, 27:13, 27:21, 28:7, 28:22, 28:25, 29:18, 30:10, 31:7, 31:12, 31:18, 33:8, 33:13, 34:4, 36:13, 36:25, 37:9, 37:20, 38:13, 39:5, 39:19, 40:2, 40:13, 40:22, 41:10, 42:1, 42:10, 42:15, 42:21, 43:3, 43:7, 43:12, 43:22, 44:7, 44:15, 44:21, 45:7, 45:18, 46:3, 46:8, 46:22, 47:3, 50:2
**RECORD** [4] - 49:25, 50:10, 50:17, 50:23
**record** [6] - 15:6, 17:11, 18:8, 21:3, 34:22, 34:24
**records** [5] - 5:7, 5:9, 5:12, 33:10, 43:18
**recover** [3] - 30:13, 37:6, 38:17
**recovered** [5] - 9:2, 31:24, 36:5, 37:12, 45:24
**recovery** [1] - 45:25
**red** [1] - 18:2
**redacted** [2] - 25:9, 25:11
**reference** [4] - 9:21, 23:21, 24:4, 50:8
**referenced** [1] - 26:6
**referred** [1] - 16:18
**reflect** [4] - 15:6, 17:11, 18:8, 21:3
**regard** [3] - 3:12, 47:17, 50:6
**regarding** [2] - 35:2, 35:9
**regards** [1] - 24:14
**relationship** [1] - 24:3
**released** [2] - 19:12, 20:6
**relevant** [1] - 24:15
**renew** [1] - 34:22
**REPORTED** [1] - 2:6
**REPORTER** [2] - 7:14, 12:1
**Reporter** [1] - 2:7
**representation** [10] - 5:18, 6:9, 8:13, 8:18, 9:2, 26:8, 31:23, 34:10, 35:5, 38:5
**representations** [6] - 9:8, 30:20, 33:21, 36:17, 37:11, 37:22
**requested** [1] - 5:10
**resided** [1] - 39:17
**responded** [1] - 7:2
**responding** [1] - 12:14
**responds** [1] - 48:8
**response** [4] - 48:6, 48:21, 49:13, 49:18
**rest** [2] - 28:12, 41:3
**result** [1] - 50:19
**resume** [1] - 51:1
**return** [1] - 5:15
**returned** [2] - 5:18, 6:10
**review** [1] - 3:10
**reviewed** [2] - 24:22, 25:9
**reviewing** [1] - 6:19
**revolver** [1] - 43:14
**revolvers** [1] - 43:13
**right-hand** [7] - 29:15, 32:21, 39:10, 40:18, 41:1, 41:17, 42:7
**rise** [1] - 4:23
**robbery** [1] - 50:9
**Rodolfo** [4] - 11:3, 26:25, 38:5, 38:20
**RODOLFO** [1] - 1:7
**Rodriguez** [5] - 18:7, 18:10, 40:7, 41:13, 41:14
**RPR** [2] - 2:6, 52:10
**rubio** [1] - 6:20
**RUBIO** [8] - 2:4, 6:15, 6:21, 7:12, 34:15, 34:17, 34:22, 35:10
**Rubio** [1] - 7:5
**rule** [1] - 25:5
**ruled** [1] - 24:10
**rules** [1] - 25:15
**Ruthless** [1] - 48:5

## S

**Salas** [16] - 10:20, 17:8, 17:15, 18:1, 19:10, 19:12, 20:1, 20:6, 23:3, 26:23, 28:18, 28:20, 32:13, 32:18, 32:25, 39:22
**SANDERS** [3] - 2:6, 52:8, 52:10
**Santos** [2] - 47:24, 48:5
**saw** [1] - 30:21
**scope** [1] - 24:17
**SCREEN** [3] - 14:23,

15:3, 45:15
**screen** [6] - 5:25, 12:6, 14:22, 15:1, 29:20, 42:8
**search** [13] - 5:10, 5:11, 5:15, 6:7, 6:10, 7:8, 8:14, 8:18, 9:9, 26:5, 31:24, 33:22, 37:6
**seat** [1] - 40:9
**seated** [4] - 3:1, 4:24, 25:19, 46:14
**second** [5] - 10:11, 27:12, 28:13, 43:14, 51:14
**secure** [2] - 5:7, 5:9
**SECURITY** [1] - 4:23
**see** [38] - 3:2, 3:11, 6:15, 9:19, 10:6, 11:20, 12:6, 12:8, 12:18, 12:22, 13:3, 13:19, 13:23, 14:2, 15:4, 15:12, 15:14, 15:18, 15:20, 15:22, 16:3, 18:18, 19:23, 20:23, 27:10, 27:19, 28:13, 32:8, 42:8, 43:15, 44:3, 44:13, 45:2, 46:1, 46:12, 48:23, 49:8, 51:16
**seem** [1] - 25:12
**separately** [1] - 3:17
**September** [6] - 13:11, 13:13, 15:21, 15:25, 27:20, 28:24
**series** [2] - 6:22, 9:5
**SESSION** [1] - 1:5
**several** [3] - 6:4, 19:22, 46:11
**shift** [1] - 44:14
**shirt** [5] - 19:8, 21:2, 28:16, 28:18, 46:16
**shoot** [1] - 49:5
**shooters** [2] - 11:24, 30:5
**Shores** [1] - 2:5
**shot** [1] - 42:13
**show** [2] - 9:5, 35:15
**showing** [43] - 5:14, 6:4, 8:25, 9:18, 14:16, 18:12, 18:18, 18:20, 20:8, 20:16, 21:7, 21:14, 21:24, 25:24, 26:18, 27:12, 27:21, 28:6, 29:8, 29:17, 30:9, 31:17, 34:4, 35:16, 36:12, 36:24, 37:19, 38:4, 38:12, 39:4, 40:1, 40:6, 40:12, 40:22, 41:10, 41:25, 42:10, 43:7, 43:11, 43:22, 44:7, 44:15, 44:21
**shown** [1] - 34:19
**shows** [6] - 21:19, 23:9, 29:3, 32:17, 32:18, 39:10
**shut** [1] - 10:14
**side** [59] - 15:1, 17:24, 18:1, 18:6, 18:7, 19:5, 19:9, 20:13, 20:14, 20:20, 20:22, 22:2, 22:3, 22:13, 22:15, 22:25, 23:2, 23:3, 26:21, 26:23, 26:25, 27:5, 27:16, 27:17, 27:25, 28:21, 29:4, 29:14, 29:15, 29:23, 29:25, 32:18, 32:20, 32:21, 32:24, 33:3, 39:10, 39:13, 39:24, 40:17, 40:18, 41:1, 41:14, 41:15, 41:17, 42:6, 42:7, 44:1, 44:2, 44:11, 44:17, 44:18, 45:11, 45:12, 45:21, 46:2, 46:11
**sidebar** [3] - 6:25, 12:3, 34:15
**sidewalk** [1] - 41:19
**sign** [25] - 21:11, 21:20, 21:21, 22:4, 22:9, 22:19, 22:20, 26:24, 26:25, 27:2, 29:15, 29:16, 29:24, 30:1, 32:25, 33:2, 39:15, 39:22, 41:16, 41:17, 42:5, 42:7, 44:12, 44:20
**signs** [2] - 6:5, 23:14
**similar** [1] - 40:20
**similarity** [1] - 41:22
**sitting** [4] - 22:13, 40:20, 42:5, 46:16
**six** [2] - 17:13, 47:2
**slower** [1] - 12:2
**smoking** [1] - 10:9
**social** [1] - 24:25
**someone** [2] - 3:13, 24:8
**sorry** [4] - 12:1, 12:21, 12:25, 14:25
**source** [1] - 24:21
**South** [1] - 1:24
**sOUTHERN** [1] - 1:2
**special** [1] - 24:3
**specific** [1] - 5:17
**standard** [1] - 3:25
**standing** [3] - 41:14, 41:16, 41:24
**start** [2] - 3:3, 32:14
**started** [1] - 51:11
**starting** [1] - 49:8
**State** [1] - 19:18
**statement** [1] - 3:9
**States** [1] - 2:7
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**stays** [1] - 47:13
**still** [4] - 3:1, 3:24, 4:14, 4:20
**streamline** [1] - 8:2
**streamlined** [1] - 7:22
**street** [10] - 13:15, 17:20, 21:18, 21:23, 22:25, 26:22, 29:13, 32:12, 43:20, 45:22
**Street** [11] - 1:17, 1:22, 2:2, 2:5, 14:14, 16:25, 17:19, 20:11, 26:21, 29:13, 32:12
**struck** [1] - 50:20
**subpoena** [1] - 7:1
**subsequent** [1] - 47:16
**substantial** [1] - 4:9
**substantive** [3] - 3:15, 3:18, 3:20
**suggest** [2] - 3:13, 25:14
**Suite** [4] - 1:20, 1:24, 2:3, 2:7
**supermarket** [1] - 26:22
**suppress** [3] - 34:23, 34:25, 35:11
**sustained** [1] - 50:22
**sweepers** [1] - 43:20

## T

**T-shirt** [2] - 28:16, 28:18
**tab** [1] - 49:23
**table** [1] - 35:25
**TAKEN** [1] - 25:18
**tapes** [4] - 4:14, 4:17, 4:19
**Target** [2] - 17:14, 17:15
**target** [2] - 18:9, 46:19
**telephone** [1] - 49:21
**ten** [1] - 8:7
**term** [1] - 11:13
**terms** [2] - 3:25, 24:24
**testified** [2] - 41:20, 45:24
**testify** [1] - 7:5
**testimony** [1] - 9:22
**text** [6] - 28:1, 29:6, 30:4, 33:5, 35:11, 41:2
**THE** [75] - 1:12, 1:15, 3:1, 3:24, 4:3, 4:20, 4:22, 4:24, 5:4, 5:23, 6:16, 6:19, 6:25, 7:14, 7:22, 8:3, 8:5, 8:10, 8:23, 9:14, 9:16, 9:25, 10:2, 11:14, 11:15, 12:1, 12:3, 12:8, 14:23, 15:3, 15:8, 16:14, 16:15, 21:5, 23:13, 23:14, 23:16, 23:20, 24:1, 24:13, 25:11, 25:19, 25:22, 26:14, 26:16, 27:4, 27:5, 30:7, 31:1, 32:4, 32:6, 34:2, 34:16, 34:24, 35:13, 35:18, 35:21, 35:24, 36:2, 36:10, 36:22, 37:16, 38:2, 38:10, 38:25, 39:2, 45:15, 49:25, 50:10, 50:17, 50:22, 50:23, 50:24, 51:5, 51:9
**theory** [1] - 4:1
**Third** [2] - 14:11, 14:14
**third** [2] - 15:22, 35:5
**THIRTEEN** [1] - 1:5
**Thompson** [5] - 11:7, 22:14, 22:17, 27:18, 28:20
**thoughts** [1] - 4:11
**thousand** [1] - 49:19
**thread** [1] - 24:24
**three** [4] - 11:19, 17:12, 28:21, 46:21
**three's** [1] - 12:13
**tie** [1] - 21:2
**Tinoco** [7] - 12:17, 19:8, 19:23, 27:6, 33:4, 43:1, 46:11
**Tiny** [1] - 49:5
**titled** [1] - 3:8
**today** [3] - 12:4, 20:24, 51:1
**top** [2] - 10:6, 32:9
**total** [1] - 49:16
**towards** [2] - 22:25, 29:12
**TRANSCRIPT** [1] - 1:12
**transcription** [1] - 52:5
**transcripts** [1] - 4:4
**trap** [3] - 44:6, 45:1
**trapping** [1] - 10:10
**tree** [1] - 46:2
**TRIAL** [1] - 1:12
**trial** [2] - 12:4, 24:12
**trying** [1] - 8:1
**turn** [1] - 49:20
**turning** [3] - 47:22, 49:20, 49:23
**Two** [1] - 1:24
**two** [14] - 10:6, 10:11, 18:12, 20:15, 22:15, 24:13, 28:6, 29:17, 31:22, 32:9, 32:14, 39:19, 43:10, 43:13
**Tyrone** [1] - 16:8

## U

**U.S** [4] - 18:24, 22:8, 42:24, 46:7
**under** [1] - 3:19
**understood** [1] - 12:7
**unfair** [1] - 7:20
**UNITED** [3] - 1:1, 1:4, 1:15
**United** [1] - 2:7
**uNITED** [1] - 1:13
**up** [6] - 3:6, 11:23, 25:7, 41:14, 41:16, 49:6
**upper** [1] - 32:16
**upward** [1] - 43:10

## V

**vantage** [2] - 29:9, 32:11
**Vazquez** [3] - 4:15, 5:2, 25:20
**vazquez** [2] - 35:15, 35:25
**VAZQUEZ** [73] - 1:15, 3:23, 4:16, 4:21, 5:3, 5:5, 5:20, 5:24, 6:13, 6:17, 8:1, 8:4, 8:9, 8:11, 8:21, 8:24, 9:12, 9:17, 10:3, 11:16, 12:7, 12:11, 12:12, 15:6, 15:9, 16:17, 17:11, 17:16, 18:8, 18:11, 21:3, 21:6, 23:4, 23:25, 24:5, 25:8, 25:21, 25:23, 26:11, 26:15, 26:17, 27:7, 30:6, 30:8, 30:23, 31:3,

32:2, 32:5, 32:7, 33:25, 34:3, 34:13, 34:21, 35:17, 36:1, 36:3, 36:8, 36:11, 36:20, 36:23, 37:14, 37:18, 37:25, 38:3, 38:8, 38:11, 38:23, 39:1, 39:3, 49:22, 50:1, 50:11, 50:18
**verbally** [1] - 12:5
**Vibin** [1] - 29:7
**Vicar** [1] - 4:4
**vicarious** [1] - 3:8
**video** [4] - 9:21, 41:20, 41:23, 42:13
**violates** [1] - 25:14
**visualized** [1] - 12:10
**voices** [2] - 50:2, 50:4
**vs** [1] - 1:5

## W

**waiting** [1] - 3:2
**wake** [1] - 10:9
**walk** [1] - 35:24
**walking** [1] - 28:2
**wall** [3] - 27:11, 29:11, 32:24
**Ward** [1] - 14:11
**warrant** [12] - 5:10, 5:11, 5:15, 6:7, 6:10, 7:9, 8:14, 8:18, 9:9, 26:5, 31:24, 37:6
**warrants** [1] - 33:22
**wearing** [1] - 21:2
**website** [1] - 9:3
**weekend** [1] - 4:12
**west** [2] - 32:16, 32:23
**West** [1] - 1:22
**White** [2] - 10:13, 11:12
**white** [3] - 19:8, 46:16, 48:2
**WILLIAMS** [1] - 1:12
**WITNESS** [8] - 10:2, 11:15, 14:23, 15:3, 16:15, 23:14, 27:5, 45:15
**witness** [9] - 7:5, 7:23, 12:1, 15:6, 17:11, 17:14, 18:8, 21:3, 35:16
**word** [2] - 29:7, 43:21
**word"** [1] - 47:14
**wreck** [1] - 10:10
**write** [2] - 12:2, 51:10
**writing** [1] - 32:24
**written** [3] - 27:11, 29:10, 47:15

## Y

**y'all** [1] - 49:6
**Yader** [1] - 10:15
**yellow** [1] - 32:24
**yesterday** [1] - 50:25
**yourselves** [1] - 51:10
**Yung** [4] - 9:20, 33:10, 41:9, 43:18

## Z

**Zerquera** [5] - 12:17, 14:24, 39:10, 39:25, 40:17