UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 14-20017-CR-KMW

UNITED STATES OF AMERICA 2-27-2015

DAY FOURTEEN
A.M. SESSION

vs.

MAURIN CHACON PAGES 1-86
RODOLFO PORTELA
CHRISTOPHER ALTAMIRANO
JAMES DIXON
JAY ANTHONY FLORES,
Defendants

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS HELD
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES: IGNACIO VAZQUEZ, A.U.S.A.
ILHAM HOSSEINI, A.U.S.A.
MARK DISPOTO, A.U.S.A.
99 N.E. 4th Street
Miami, FL 33132

FOR DEFENDANTS: MANUEL GONZALEZ, ESQ.
2000 Ponce DeLeon Boulevard
Suite 614
Coral Gables, FL 33134

PAUL KORCHIN, A.F.P.D
150 West Flagler Street
Miami, FL 33130

PHILIP HOROWITZ, ESQ.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156

**APPEARANCES CONTD.**

**DAVID DONET, JR. ESQ.**
**3250 Mary Street**
**Suite 406**
**Fort Lauderdale, FL 33133**

**HERMAN FRANK RUBIO, JR. ESQ.**
**1107 N.E. 104th Street**
**Miami Shores, FL 33138**

REPORTED BY:

PATRICIA SANDERS, RPR
*United States Court Reporter*
400 North Miami Avenue, Suite 11-3
Miami, FL 33128
T: 305.523.5528
patricia_sanders@flsd.uscourts.gov.

THE COURT: Good morning. We're waiting on one of our jurors.

Mr. Gonzalez, it appears you have something you wish to share with the class.

MR. GONZALEZ: Yes, Judge. If the agent can be excused since it has to do with cross.

THE COURT: Thank you, agent.

MR. GONZALEZ: I had a discussion with Mr. Vazquez regarding some evidentiary matters. I wanted to bring it to the, Court so I can have a ruling or guidance so that when I get up on cross we don't have to come sidebar.

THE COURT: I appreciate that.

MR. GONZALEZ: Your Honor, yesterday the Government introduced quite a bit of Facebook account images, postings, photographs. I will start by referring to Government's Exhibit 239. It is the second page, which is at page 227.

The message below on the middle of the page, which is 11-27-2013, the second sentence after free Ali Baba is, going down, Big Git. This for ya, for the KOD, shut down, and goes on.

KOD we contend is reference to the King of Diamonds Night Club. In addition, there are other verses that are being exchanged.

Clearly within the pictures there is graffiti that has BMT records on it. That is just as to Exhibit 239.

THE COURT: All right.

MR. GONZALEZ: And, Your Honor, moving on to tab 16, which is Government's Exhibit 70, which is the transcript of December 2nd, 2013, --

THE COURT: Is this the other notebook?

MR. GONZALEZ: Yes, Judge.

THE COURT: All right.

MR. GONZALEZ: We have plenty of notebooks.

THE COURT: We do. What tab is is it?

MR. GONZALEZ: Tab 16 at page three.

THE COURT: All right.

MR. GONZALEZ: CA, meaning Christopher Altamirano, and then RC, which would I believe his sister Rachel

THE COURT: Do I have tab 16 in my notebook?

MR. GONZALEZ: I believe so.

THE COURT: Exhibit 157?

MR. GONZALEZ: This is the one regarding jail calls.

THE COURT: All right.

MR. GONZALEZ: This is the one regarding the jail calls.

THE COURT: I do not have that notebook.

MR. VAZQUEZ: I will pass it up, Your Honor.

THE COURT: All right; got it.

MR. GONZALEZ: Here Mr. Altamirano and Ms. Castro, they are talking about the King of Diamonds, and there's an issue

whether he is partying or performing.

THE COURT: All right.

MR. GONZALEZ: Then if you go further --

THE COURT: Let's get to the issue, Mr. Gonzalez. What is the issue?

MR. GONZALEZ: I am leading up to that. I just have one more point to make. I am trying to put the whole thing in context for the Court.

THE COURT: All right.

MR. GONZALEZ: Number 19, which is Government's Exhibit 73 at page 16, Chacon and Altamirano:

I don't want to get no phone because you know with Jay Cash the "SH word" like little feelings, I understand, I am avoiding.

There is also mentioned -- and this has come in, in the last two days, all of these exhibits.

Number 29 at the end, which is Government's Exhibit 81, at page 11, there is a reference to -- the middle of the page where it's -- the agent identified AS as Alioth Salas.

And MC, as Mr. Chacon, the conversation is about, I made a video with some -- the "N word" -- named Jay cash. They gave me a car.

And then further down, MC -- Slip And Slide Records and "SH" -- the word.

So all of this, the Government has put this in front of the jury. Our theory of defense based on what has been developed -- I will modify just a few points -- and that is that Mr. Chacon was a performer, rapper, and there is definitely a BMT records.

I understand the Government's position; the evidence they are advancing says that BMT is a gang that sells drugs, they deal with firearms and commit robberies, etcetera, etcetera.

Our defense is basically that Mr. Chacon has his BMT Records music that he produces, and in addition to he dabbles in criminal activity.

He is not the main person of the organization. He clearly has done individual sales and negotiated with the undercover or the confidential informant as to certain sales.

That is something we have to concede. But we are not conceding that he is a member of the conspiracy.

THE COURT: I understand what you are advancing, Mr. Gonzalez, and here's my thoughts on that. Certainly you can cross the agent as to KOD.

In the course of your investigation you became aware it is a nightclub, and get the answer yes or no.

You may pursue with the agent the fact that your client was an entertainer tried to get -- he was trying to get signed onto this record label and was with Mr. Guzman who was

the DJ, and you get an answer yes or no. But I don't think you can pursue this idea that there is some legitimate BMT music business or label because nothing I have seen tells me that is the case.

MR. GONZALEZ: Here's what I am coming to -- and that basically was my introduction.

THE COURT: Let's get to it then.

MR. GONZALEZ: Here's the thing -- what I have done is shown Mr. Vazquez exhibits that have been redacted that come from the Facebook accounts of Mr. Chacon, Mr. Guzman, Mr. Martinez and others that basically have information -- that shows DJ Kanan and other gentlemen at the recording studio. These are photos, so there is no hearsay as to those.

THE COURT: So you want to introduce them through the agent?

MR. GONZALEZ: I want the introduce them -- including Mr. Chacon in the studio rapping with Angel Martinez. They have their head sets on. They are clearly--

THE COURT: If you could pass them up.

MR. GONZALEZ: Yes, Your Honor.

THE COURT: These images are a part of the documents the Government received through the search warrant?

MR. GONZALEZ: Yes.

THE COURT: All right. Mr. Vazquez.

MR. VAZQUEZ: I don't have an issue with the images. I

certainly don't have an issue with their authenticity.

THE COURT: All right.

MR. VAZQUEZ: My concern is what the Court had ruled -- some of the things he is going to show are just advertisements. So my concern is the relevance to this case, and where there are statements by the defendant in the text, they are hearsay.

MR. GONZALEZ: I have redacted that; there are no statements.

THE COURT: All right.

MR. GONZALEZ: One other thing, Your Honor --

THE COURT: Quickly.

MR. GONZALEZ: Composite Exhibit 4 deals with DJ Kanan in an event that promotes the BMT presence, and it is DJ Kanan, who has been identified as Mr. Guzman.

Here is Mr. Chacon at a King of Diamonds event, and then an event at a Hialeah nightclub by the name of Spot Light.

Clearly the agent can identify Mr. Chacon. It says here Live Tuesday, and it is Yung Patron.

THE COURT: Okay.

MR. GONZALEZ: I will pass that up as well.

THE COURT: All right.

MR. GONZALEZ: Just two more seconds if I might. The Government when they seized all these accounts -- within those account were seized videos and music recordings of Mr. Chacon and BMT.

I would like to introduce those. There are actually six videos. The first one is BMT Records Yung Patron Illuminati.

The second is Jay Cash, which is reference to the exhibits the Government has introduced -- it says here Jay Cash, stop snitching.

So we would like to introduce those, Your Honor.

THE COURT: Well, not through this agent. You can certainly put on a case, but that's not coming in through the agent.

MR. GONZALEZ: If I could just quickly explain why --

THE COURT: We have a jury waiting, and we don't have to talk about it now because these recordings are not going to come in through this agent.

I don't know what the relevance is. Once you establish your client dabbled in the arts then, there you go.

But, there is no BMT Records. I could put something up on Facebook and say Williams Enterprises, but that does not make it so.

If you want to put them in because they were seized then I will allow Mr. Vazquez to inquire of the witness, did you make any inquiry of the Florida Department of Whatever?

Is there such a thing as BMT Records? Because there is no such thing.

MR. GONZALEZ: That is fine, Your Honor, because we're

not alleging there is some State of Florida incorporation, but that these music recordings are for real; they did happen.

It may be not a top notch video by Rick Ross or Little Wayne or some of these other professional entertainers, but you get to see that this is what BMT is about.

Mr. Chacon has been labeled Mr. BMT. So I would like to introduce them for that -- I don't need to play them. I can make reference to them, so at least the jury knows Mr. Chacon did produce these videos and these recordings.

Also, one of the witnesses of the Government has said I am familiar with Mr. Chacon and his recordings.

THE COURT: This is not a copyright case. The lyrics are not at issue; it's not a First Amendment case.

The fact your client sang songs and rapped is coming out through cross and these Facebook postings. I don't think the videos are necessary.

But, again, we don't need to talk about that now; we have our jury waiting.

You know what you can do on cross.

MR. GONZALEZ: Yes, Your Honor.

MR. VAZQUEZ: If I might for the record, Your Honor, so there are no surprises. The individual that was identified as Jay Cash was prosecuted by our office and convicted last year. Mr. Chacon was in that video. Mr. Chacon had a debt to him. I am not sure of Mr. Chacon having legitimate sources of

income to pay anything. If that is explored, I am in contact with the DEA agents that participated in his drug trafficking case. I don't want to set off something that is practically irrelevant.

THE COURT: Then I would say Mr. Gonzalez you should be very surgical in your discussion of Jay Cash.

MR. GONZALEZ: Yes, Your Honor. And I can discuss one of the other ones.

THE COURT: All right. Bring out our jury.

COURT SECURITY OFFICER: All rise, please.

THE COURT: Please be seated everyone. I hope you had a nice evening.

Mr. Vazquez, you may continue.

Agent, you are still under oath.

THE WITNESS: Yes, Your Honor.

BY MR.. VAZQUEZ:

Q. Agent, during the course of this investigation did you recover search warrant returns for the Facebook account of an individual by the name of Steven Castro?

A. I did.

Q. Showing you Government's Exhibit 238. Do you recognize it?

A. I do.

Q. What is it?

A. Facebook posting from Mr. Castro's account.

Q. And on the second page.

A. A photograph also from a posting of Mr. Castro's account.
Q. Is this a fair and accurate representation of what was recovered from Government's Exhibit 238?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 238.
MR. HOROWITZ: No objection.
THE COURT: Government's Exhibit 238 is admitted.
BY MR. VAZQUEZ:
Q. Agent, earlier we played a video with Mr. Chacon and Mr. Martinez and Mr. Ramirez.
Showing you Government's Exhibit 290. Do you recognize it?
A. I do. It is a still photograph from a video.
Q. Is it a fair and accurate depiction of the image from the video?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 290.
MR. HOROWITZ: No objection.
THE COURT: It is admitted.
BY MR. VAZQUEZ:
Q. Government's Exhibit 21; do you recognize it?
A. I do.
Q. What is it?
A. A photograph of Mario Balboa.

Q. Is it a fair and accurate representation of Mario Balboa?
A. It is.
Q. Do you know how Mr. Balboa became involved in this case?
MR. HOROWITZ: Objection, hearsay.
BY MR. VAZQUEZ:
Q. Agent, were you a party to an undercover drug transaction involving Mr. Balboa on April 15, 2013.
A. I was.
Q. Is this a fair and accurate representation of Mr. Balboa?
A. It is.
Q. How was Mr. Balboa involved in the April 15, 2013, drug transaction?
A. Mr. Balboa supplied Miguel Rodriguez with half a cookie or 14 grams of crack cocaine, which he drove Mr. Rodriguez to the site to deliver to the undercover agent.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 21.
MR. HOROWITZ: No objection.
THE COURT: Government's Exhibit 21 is admitted.
BY MR. VAZQUEZ:
Q. D?
A. Agent, showing you what has been marked for identification as Government's Exhibit 246. During the course of this investigation did you secure search warrant returns for an account belonging to a Dayaan Zerquera?

A. I did.
Q. And are the posts and images from Exhibit 246 a fair and accurate representation of the materials from the Dayaan Zerquera Facebook account?
A. They are.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 246.
MR. HOROWITZ: No objection.
THE COURT: It is admitted.
MR. VAZQUEZ: Permission to publish.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. What do you see on the screen?
A. A photograph of Mario Balboa.
Q. Government's Exhibit 290.
A. A still photo of the video we saw earlier of Mr. Chacon and a firearm.
Q. Government's Exhibit 238. Do you recognize it?
A. I do.
Q. What is it?
A. A photograph from Mr. Castro's Facebook account depicting several members of the organization including Mr Castro, Mr. Chacon, Mr. Martinez, Mr. Salas and Mr. Altamirano.
Q. Where is Mr. Chacon?
A. (WITNESS INDICATES ON THE SCREEN).

Q. Where is Mr. Altamirano?
A. (WITNESS INDICATES ON THE SCREEN).
Q. Where is Mr Castro?
A. (WITNESS INDICATES ON THE SCREEN).
Q. Where is Mr. Angel Martinez?
A. (WITNESS INDICATES ON THE SCREEN).
Q. Where is Mr. Tinoco.
A. (WITNESS INDICATES ON THE SCREEN).
Q. When is Mr. Luis Salas.
A. (WITNESS INDICATES ON THE SCREEN).
Q. Do you know who the individual is in the center?
A. I cannot identify him.
Q. Showing you the second page of Government's Exhibit 238. Do you recognize it?
A. Yes. It is a photograph of Dayaan Zerquera on the left and Mr. Altamirano on the right.
Q. Where is this taken from?
A. Taken from the blue house at 428 NW 11th Avenue, with the vantage point from west to east on the driveway.
Q. Government's Exhibit 246, do you recognize it?
A. Yes. It is a photograph of Dayaan Zerquera and Mr. Chacon; Dayaan Zerquera on the left, Mr. Chacon on the right.
It is taken also at the blue house at 428 NW 11th Avenue.
Q. Showing you page three, do you recognize it.
A. Yes.

Q. What is it?
A. A photograph of Dayaan Zerquera and Alioth Salas. It is outside of a market on 12th Avenue and Fourth Street.
Q. Do you see the associated text?
A. I do.
Q. What is it?
A. A text on June 2nd, 2014 by Mr. Chacon and it reads, blood brothers.
Q. Read the post if you would on the screen from June 8, 2014.
Who is the author and what is the content?
A. The author is Carlos Tinoco and the text is blood in, blood out.
The following text is from Mr. Chacon; it says Cocaine Cowboys from the same date.
Q. What do you see here?
A. This is a photograph of Carlos Tinoco and Raymond Moore; Carlos Tinoco on the left and Raymond Moore on the right of the photograph.
Q. Agent, what do you see here?
A. A photograph of Mr. Dixon and Dayaan Zerquera.
Q. Where is Mr. Dixon?
A. Mr. Dixon is on the left, Dayaan Zerquera is on the right.
Q. What do you see here?
A. A photograph of Mr. Dixon on the left of the picture, Mr. Chacon right, to his right Miguel Rodriguez, to the right of

Mr. Chacon and Mr. Zerquera to the right of Mr. Rodriguez.
Q. The next image.
A. This photograph starting left to right I cannot identify the first male in the black hat. Right next to him is Mr. Zerquera with the red shirt.
Right next to him to his right is Mr. Dixon -- what appears to be a black or blue shirt -- and in the background is Mr. Altamirano.
Q. During the course of this investigation did you secure cellular phone text message returns?
A. I did.
Q. As part of the search warrant return did you secure an account related to defendant Jay Flores?
A. I did.
Q. If you would turn to page nine of the binder.
A. All right.
MR. VAZQUEZ: For the record the jury does not have a copy of this binder.
THE COURT: All right.
BY MR. VAZQUEZ:
Q. Let me know when you are ready, agent.
A. Ready, Mr. Vazquez.
Q. As a result of your search warrant return on the cellular phone text messages, did you receive the documents that are identified under Government's Exhibit 265?

A. I did.
Q. Are they a fair and accurate depiction of the materials you received from your subpoena to the Metro PC company?
A. Yes.
Q. How did you identify this account?
A. In a jail call between Altamirano and several members of the organization -- they were placed to one of the phone numbers.
Mr. Jay Flores comes up in conversation and actually gives his phone number on the jail call.
Q. Did you also secure -- did you also learn about this account through text messages sent to the same account?
A. That's correct.
Q. Did you also identify images of Jay Flores with Mr. Chacon?
A. Yes.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 265.
THE COURT: Any objection?
MR. GONZALEZ: No objection.
THE COURT: It will be admitted.
MR. VAZQUEZ: May Ms. Hosseini assist me with the ELMO.
THE COURT: Yes.
BY MR. VAZQUEZ:
Q. Agent, if you would turn to page 118 on the text message binder, towards the center of the page, February 5th, 2014.

A. Yes.
Q. If I could focus on 8:15:18 a.m. Do you see the text message that is immediately above the barrier we have created with the note pad?
A. Yes.
Q. If you could go down to the next text message.
Do you see Mr. Jay Flores identified by a Social Security number and name?
A. Yes, I do.
Q. Please go to page two, January 18th, 2014, 12:34:54 p.m. second to last text message.
A. All right.
Q. What does it read?
A. Got some pure cocaine right now. Let me know, I am always around, Fish Scale.
Q. Who is the author of that, whose account is it --
A. The number belonging to Mr. Flores.
MR. RUBIO: Could we identify who that message is to.
BY MR. VAZQUEZ:
Q. Agent, if you know.
A. I do not know.
Q. Page eight, January 19th, 2014, 2:04:13 a.m. If you could read the text message.
A. Bring Bori with you, just both of you if you want.
Q. During the course of this investigation did you identify an

individual associated with the BMT traveling under the nickname Bori?
A. Yes.
Q. Who is that?
A. Joel Diaz.
Q. And who is the occupant of the 428 NW 11th Avenue target location?
A. Joel Diaz.
Q. Turn to January 20, 2014 at page 15 of the transcript -- of the search warrant return.
A. All right.
Q. 8:27:42 seconds p.m. Who is the author and what is the text message?
A. The author is, again, Mr. Flores.
Bori, asking for four cherry Nunball.
Q. Do you know who the recipient of that is?
A. No, I don't.
Q. Page 41, January 25, 2014, 11:35:15 a.m. who is the recipient of the text message?
A. Mr. Flores.
Q. What does the text message read?
A. With Bones; let me know so I could dress to impress.
Q. During the course of this investigation did you identify a person who went by the nickname Bones?
A. Yes.

Q. Who was that?
A. Fernando Darce.
Q. Page 53, January 26th, 2014, at 4:03:20 p.m. Who is the author?
A. The author is Mr. Flores. I don't know who the recepient is.
I been grinding all night with my Nikas. Get? First ask question. Last sum -- Nikas, rob some Nikas -- Nikas, trap, my Nika, fuck em up, other Nikas.
I ain't goin unless it's with my Nikas. Real G 4 life.
Q. Agent, during the course of this investigation did you identify cellular telephone account 786-372-1434 as used by members of -- the targets?
A. I did.
Q. Who used that account?
A. It was used by several members, some of which included Mr. Altamirano, Mr. Chacon, Mr Castro.
Q. Can you read the text message associated with the January 26, 2014 4:20:52 p.m. message?
A. Yo, what's up, brotha, you got my 3? Primo bring me a dove.
Q. Turning to page 75, January 29th, 9:08:27 p.m. Who is the author, if you recall, and the recipient?
A. The author is Mr. Flores; the recipient is the phone number that has been used by Mr. Altamirano, Mr. Chacon and Mr Castro.

Q. And what does it read?
A. It says be outside.
MR. HOROWITZ: I want to object as to time and place.
THE COURT: I am not sure I understand.
MR. HOROWITZ: May I approach very briefly?
THE COURT: Yes.
MR. HOROWITZ: Judge, the witness has testified the phone was used by various individuals, but he cannot testify as to what time these individuals used it, so he has no idea who received that message.
So, he should not then be able to testify as to who has the phone.
THE COURT: Mr. Vazquez.
MR. VAZQUEZ: Your Honor, this is coming through these undercover buys where this phone was passed out. And the jail calls established that Mr. Castro was in possession of Mr. Altamirano's phone.
So, he is not testifying to who used it, but that Mr. Flores was in contact with an account that came up in this investigation.
THE COURT: What I think Mr. Horowitz is getting at is subscriber information tells you a phone with this subscriber name was used, but it does not tell you that this guy used it; it could have been the girlfriend or mother.
MR. VAZQUEZ: I am not alleging a particular person

used it, but in the course of the conspiracy he saw the people use the phone.

THE COURT: He saw him use the phone that has now come back to this subscriber.

MR. VAZQUEZ: Yes.

THE COURT: That is how it needs to play out.

MR. GONZALEZ: The problem is every time he asks the question the agent comes back with these three individuals.

THE COURT: All right. I will allow Mr. Vazquez to lead on this area.

MR. VAZQUEZ: I am happy to ask; he does not know who the recipient is.

THE COURT: All right.

BY MR. VAZQUEZ:

Q. Agent, when we are talking about these accounts you don't know who is specifically behind the phone at the given time when the text message is being received, correct?

A. That's correct.

Q. In the course of this investigation at times have you come across information identifying Mr. Chacon, Mr. Altamirano and Mr Castro as users of the 786-372-1434 account?

A. Yes, we have used that phone number to coordinate drug sales -- actually purchases with some of the defendants.

Q. On January 29th, 2014, you don't know who is, in fact, receiving Mr. Flores' text message?

A. That's correct.
Q. Turning now to the January 29th 2014, 9:09:18 p.m. text message, who is the author, what account is receiving it and what does it say?
A. The sender is the account of Mr. Flores, the receiver is the account of Mr. Altamirano.
And it says, in ten minute (sic), Real G 4 life. I believe the Real G 4 life is --
THE COURT: Wait, wait.
MR. HOROWITZ: Objection.
THE COURT: Why don't you lead, Mr. Vazquez.
BY MR. VAZQUEZ:
Q. Do you know who is the subscriber of the account is?
A. I believe it is somebody with the last name of -- somebody with the Altamirano last name.
Q. So you don't know who is, in fact, receiving this message at this time?
A. That's correct.
Q. Okay. For purposes of the record, if we may, since this is a multi-user case account.
Is it okay to reference it that way?
A. Yes.
Q. Turning to January 29th 2014, 9:29 p.m. Do you see the multi-user case account interacting with the Flores account?
A. I do.

Q. What does it read?
A. Damn, bro, I am losing money.
Q. The ensuing text message, do you see the Flores account interacting -- strike that.
February 2nd, 2014, on page 103 of the search warrant return, 11:21 and 36 seconds p.m.
Do you see the Flores account interacting with another account?
A. Yes, I do.
Q. Do you know who that user is?
A. I do not.
Q. What is the text message?
A. At am be think who are that I (sic)?
Q. And what is the response from the account, the unidentified account?
A. You are BMT "N word".
Q. How do the Flores account respond?
A. Oh, am going.
Q. Page 193 of the search warrant return, February 19th, 2014, 6:48 a.m. Do you see the Flores account sending a text message?
A. I do.
Q. What is that text message, and if you know who is the recipient?
A. I don't know who the recipient is.
Got nine milliliter for 150 right now.

Q. Can you read that again?
A. Got nine-milliliter for a 150 right now.
Q. Page 269 of the search warrant return. March 13, 2014, 9:22:37 seconds p.m.
Do you see the Flores account interacting with phone number 305-741-1801?
A. I see it.
Q. Do you see the Flores account interacting with another account?
A. I do.
Q. Without reading the profanity, what does it read?
A. Man, F you for hanging up. Stallion China.
Q. During the course of this investigation did you identify an associate using the nickname Stallion China?
A. I identified someone called China at times.
Q. Who is that person associated with?
A. BMT.
Q. How do you know that?
A. From interviews of cooperating defendants.
MR. GONZALEZ: Objection, hearsay.
THE COURT: Sustained.
BY MR. VAZQUEZ:
Q. March 15, 2014, 9:50:38 seconds p.m. Do you see the next post -- do you see the text message?
A. Yes, I do.

Q. Who is the recipient of this text message?
A. The receiver is the Flores Account.
Q. What does the text message read?
A. Okay. I am coming. Who is there? Is Maurin there?
Stallion China.
Q. During the course of this investigation did you identify anyone whose first name was Maurin?
A. Yes.
Q. Who is that?
A. Maurin Chacon.
Q. On page 287 on March 19th, 2014, 11:38 and 52 seconds p.m.
A. Yes.
Q. What is it?
A. A message received from the account of Mr. Flores. I am going to go there cuz Maurin there.
China Diabolika.
Q. Is that the same phone number that has had the Stallion China signature?
Q. Page 35 of the exhibit, January 24, 2014, 3:45:47 seconds p.m. Let's start a little higher up.
1:38:48 p.m. Who is the author?
A. The account of Mr. Flores.
Q. Do you know who the receiver is?
A. I do not.
Q. What does the text message read?

A. You at da trap?
Q. January 24, 2014, 3:36:11:00 p.m. Do you know who the author is and who the receiver is?
A. The sender is the Flores account.
MR. RUBIO: May we have the recipient?
THE WITNESS: I do not know.
BY MR. VAZQUEZ:
Q. Please read it.
A. I don't know, I will give you an eight ball, just for a hundred, right now just for you.
Q. If you go down to January 24th at 3:43:23 p.m.
Do you know who the author is and who the receiver is?
A. The account is the Flores account. I do not know the recipient.
It says, eight ball 12o.
Q. Page 46, January 25th, 2014, 1:47 and 56 seconds p.m.
Do you know who the author is and who the receiver is?
A. The sender is the Flores account, unknown receiver.
Q. If you would please read the text.
A. I do you an eight ball for 120; first time for you.
Q. Please go to page 51, January 25, 2014, 11:37:23 p.m.
If you could tell us who the author is, who the receiver is and what the text says.
A. It is the Flores account, unknown receiver.
11th Avenue, Sixth Street, went to do a delivery in

five-minute, meet me at my block.

Q. Please turn to page 57; January 27th, 2014, 1:12:16 p.m.

Who is the sender, who is the receiver and what does it read?

A. Sender is the account of Mr. Flores, unknown receiver.

Mollie on deck, crystal, big capsules, three for 25.

Q. Page 58, January 27th, 2014, 1:13:24.

Who is the sender, who is the receiver and what does it read?

A. The sender is the account of Mr. Flores, unknown receiver.

Jay da guy with da white, 11th Avenue, Sixth Street.

Q. Agent, how far is 11th Avenue and Sixth Street from the target location?

A. One block away.

Q. During the course of this investigation were any undercover buys conducted on 11th Avenue and Sixth Street?

A. Several January 27th, 2014, 6:59:45 seconds.

Who is the sender, who is the receiver and what does it read?

A. The sender is the account of Mr. Flores, unknown receiver.

A one coke 40 for 20, no cut raw, mostly big capsules crystal three for 20, exclusive, ya F with me.

Q. Page 86, January 31, 2014 12:24:20 p.m.

Who is the who is the sender, who is the receiver and what does it read?

A. The sender is the account of Flores unknown receiver. I am be there (sic) pulling up.
Q. What is the response text message?
A. All right what.
Q. What is the next response text?
A. Crackers are here, heads-up.
Q. Page 157 February 11, 2014, who is the sender, who is the receiver and what does it read?
A. Sender is account of Flores, unknown receiver.
Fire coke on deck, take it 2 you, F with me.
Q. Page 159, February 12, 2014, 6:19:53.
Who is the sender, who is the receiver and what does it read?
A. Sender is the account of Flores, unknown receiver.
Want two dubs of ...
Q. Page 206, February 23, 2014, 2:25:32 a.m.
Who is the sender, who is the receiver and what does it say?
A. Account of Flores, unknown receiver. Molly on deck.
Q. Page 243, March 6, 2014, 12:01:35 p.m. who is the sender, who is the receiver, what is the content?
A. Unknown receiver, the account of Flores.
You on deck, question mark.
Q. And what is the response?
A. Coke. There are additional responses to the text.

Would you like me to read it?

MR. VAZQUEZ: Yes.

MR. RUBIO: I am going to object to that.

THE COURT: Let's take a break, ladies and gentlemen; five minutes for coffee.

JURY EXCUSED.

THE COURT: Mr. Vazquez, all of this is in evidence. I have a colleague, we all know who we speak of, who says once it is in evidence he will not allow reading of the documents because it is in evidence.

We are not going very quickly or smoothly.

And, agent, no offering.

MR. RUBIO: I would move to strike; it was not responsive.

THE COURT: No, no he will clean it up. There's a Bob Newhart video you should all see on U Tube; just stop it.

Stop volunteering, stop not using the microphone; everybody stop it.

How much longer do you have, Mr. Vazquez?

MR. VAZQUEZ: This is the longest of the accounts the rest be much shorter.

THE COURT: I recall you said an hour and a half; I said an hour. Does everybody understood the juror's schedule?

It seems I keep getting blank looks. I am the only one that seems to understands the timeline, which is noon on

Thursday, and then come Friday juror number two is gone for a week.

So, Mr. Vazquez, you better wrap it up, because I am going to interrupt you in about 20 minutes.

All right. Five minutes.

RECESS TAKEN

THE COURT: Mr. Vazquez you are done by 11, and then we're going to cross.

Bring in the jury.

COURT SECURITY OFFICER: All rise, please.

THE COURT: Please be seated.

Mr. Vazquez, you may continue.

Q. Going to page 283, March 18, 2014, 8:38:09 p.m. who is the sender, who is the receiver, and what is the content?

A. The sender is the account of Mr. Flores, unknown receiver.

Purple on deck, three for 25 fire.

Q. What is the response?

A. I just another customer, BMT Kid, Mr. Chacon boy.

Q. During the course of your investigation did you identify any targets as BMT Kid?

A. Yes, I did.

Q. Who is that?

A. Mr. Dayaan Zerquera.

Q. Page 15 of tab one. During the course of this investigation did you identify phone number 863-509-7919 as being used by any

member of the targeted conspiracy?
A. Yes, I did.
Q. Who is that?
A. Mr. Chacon.
Q. Government's Exhibit 256 is this a fair and accurate representation of the materials you received pursuant to search warrant?
A. Yes, it is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 256.
THE COURT: Any objection?
MR. GONZALEZ: No, Your Honor.
THE COURT: 256 is admitted.
BY MR. VAZQUEZ:
Q. February 22, 2014, 1:53:14 p.m.
Who is the sender, who is the receiver, and what is the content?
A. The user is the account of Mr. Chacon, the receiver is unknown and the caption is, yo, is Patron.
Q. February 22nd on the same page 2014 at 2:16:48 p.m.
Who is the sender, who is the receiver, what is the content?
A. The sender is the account of Chacon, unknown receiver.
I will be there in 30 minutes. Just wait for me or leave it with Fat Boy at da trap.

Q. During the course of this investigation did you identify 786-762-5839 as being associated with target Angel Martinez?
A. Yes, I did.
Q. Turning to page 19, February 25th, 2014, 9:00 a.m. and 12 seconds.
Who is the sender, who is the receiver, and what is the content?
A. The sender is the account of Chacon and the receiver is the account of Mr. Martinez.
You think I should take da banger; it's Tuesday.
Q. Please turn to tab two, Government's Exhibit 257 if you would.
A. Yes.
Q. Agent, during the course of this investigation did you identify 786-468-5206 as associated with target Miguel Rodriguez?
A. I did.
Q. And is Government's Exhibit 257 a fair and accurate representation of the materials you received pursuant to search warrant?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 257.
MR. GONZALEZ: No objection.
THE COURT: It's admitted.

BY MR. VAZQUEZ:
Q. Page 17. January 27th, 2014, 12:08:37 p.m.
Who is the sender, who is the receiver, what is the content?
A. The user is the account of Mr. Rodriguez, the receiver is the account of Mr. Altamirano.
It says, yo, dis Peter.
Q. January 27th, 2014, 2:39:39 p.m.
Who is the sender, who is the receiver, what is the content?
A. The sender is Mr. Rodriguez, the receiver is the account of Mr. Altamirano.
What's up, bro, I need my phone, damn. I can't make moves.
Q. Page 25, same account, January 31st, 2014, 6:10:18 p.m.
Who is the sender, who is the receiver, what is the content?
A. The sender is the account of Mr. Rodriguez, the receiver is the account of Mr. Altamirano.
Baitz, it's Patron, where you at?
Q. Page 74, April 5th, 2014, 9:05:14 p.m.
Who is the sender, who is the receiver and what is the content?
A. Unknown sender -- receiver is the account of Mr. Rodriguez.
Fat Boy, is anybody going to throw down for Joker's bond?
Q. Page 78, January 31st, 2014, 12:57:50 seconds am -- I

apologize, let's turn to tab three. During the course of this investigation did you secure a search warrant return for Metro PC cellular number 786-372-1434?

A. I did.

Q. Is Government's Exhibit 258 a fair and accurate representation of the account?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 258.

MR. GONZALEZ: No objection.

THE COURT: Government's Exhibit 258 is admitted.

BY MR. VAZQUEZ:

Q. Page 123, February 21, 2014, 8:10:04.

Who is the sender, who is the receiver, what is the content?

A. Sender is 786-372-1434, unknown receiver.

I feel like slanging on that block.

Q. Tab four. During the course of this investigation did you secure a search warrant return for Metro PC cellular number 786-704-4958?

A. I did.

Q. Is Government's Exhibit 259 a fair and accurate depiction of the search warrant returns for that account?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into

evidence Government's Exhibit 259.

MR. GONZALEZ: No objection.

THE COURT: 259 is admitted.

BY MR. VAZQUEZ:

Q. Agent turning now to tab five. During the course of this investigation did you secure a search warrant return for phone number 786-389-2960?

A. Yes, I did.

Q. Is Government's Exhibit 261 a fair and accurate depiction of the materials secured pursuant to that search warrant within the relevant time period?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 261.

MR. GONZALEZ: No objection.

THE COURT: Government's Exhibit 261 is admitted.

BY MR. VAZQUEZ:

Q. Turning now to tab six, Government's Exhibit 262. During the course of this investigation for the time time period specified in the return did you secure a search warrant for cellular number 786-266-0080?

A. I did.

Q. And is Government's Exhibit 262 a fair and accurate representation of the account?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 262.

MR. GONZALEZ: No objection.

THE COURT: 262 is admitted.

BY MR. VAZQUEZ:

Q. Agent, for Government's Exhibit 262 and 261 are these the respective accounts for the numbers associated with Dwight Forte and Raymond Moore?

A. Government's 259 is Raymond Moore and 261 is Dwight Forte.

Q. And Government's 262 at tab six is that a fair and accurate representation for cellular number 786-366-0080?

A. It is.

Q. Is this account associated with the phone number that belonged -- or used to belong to Nadim Guzman?

A. It is.

MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 262.

MR. GONZALEZ: No objection.

THE COURT: 262 is admitted.

BY MR. VAZQUEZ:

Q. Tab seven, Government's Exhibit 263. During the course of this investigation did you secure a search warrant return for telephone number 352-708-0541?

A. I did.

Q. Is that number associated with a Dayaan Zerquera?

A. It is.
Q. Is this a fair and accurate representation of this search warrant account?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 263.
MR. GONZALEZ: No objection.
THE COURT: It is admitted without objection.
BY MR. VAZQUEZ:
Q. Tab eight. During the course of this investigation did you secure a search warrant return for telephone number 305-200-7337?
A. I did.
Q. Is this account associated with Mr. Luis Salas?
A. It is.
Q. Is this a fair and accurate representation of the search warrant return?
A. It is.
MR. VAZQUEZ: At this time I would move to admit into evidence Government's Exhibit 264.
MR. GONZALEZ: No objection.
THE COURT: It is admitted without objection.
BY MR. VAZQUEZ:
Q. Page eight January 20, 2014, 11:37:45 a.m.
Who is the sender, who is the receiver and what is the

content?
A. Unknown receiver to the account of Luis Salas.
Weed, but I don't got nowhere to post. I don't live there no more I got home invasion on my birthday.
Q. What is the response text?
A. I know, I heard. If you want let's go over there.
Q. Turn to page nine January 20th, 2014 11:42 a.m. first text message at the top, same tab.
Who is the sender, who is the receiver and what is the content?
A. The sender is the account of Luis Salas, unknown receiver.
You got to find a good stash spot. Nobody over there; just Peter Baitz. He waiting for me, I am about to slide that way.
Q. Page 28 of the same account. January 25, 2014, 8:57:35 p.m.
Who is the sender, who is the receiver and what is the content?
A. Sender is the account of Luis Salas, unknown receiver.
Donde esta; meaning where you at?
Q. What is the reply?
A. Jay crib; is a party.
Q. Page 59, same tab. February 9th, 2014, 1:18:11 am.
Who is the sender, who is the receiver and what is the content?
A. Unknown sender, receiver is Luis Salas. We just robbed a Poncho by the alley.

Q. What is the response?
A. Where you at?
Q. Page 86, same account. February 15th, 2014, 7:43:33 p.m.
Who is the sender, who is the receiver and what is the content?
A. Sender, account of Luis Salas, unknown receiver.
Where you at?
Q. What is the response?
A. 17th and Flagler.
Q. What is the response?
A. Doin.
Q. What is the response?
A. With Joker.
Q. What is the response?
A. Doin what?
Q. What is the response?
A. Serving.
Q. Page 97, 2/19/ 2014, 3:17:06 p.m.
Who is the sender, who is the receiver and what is the content?
A. Unknown sender, receiver Luis Salas.
Nine millimeter, 350, 4.5, 475, AR-15.
F with me.
Q. During the course of this investigation and during your service as an ATF special agent, have you learned what an AR-15

is?
A. I have.
Q. What is it?
A. A rifle.
MR. VAZQUEZ: Tender the witness.
THE COURT: Mr. Gonzalez cross examination.
MR. GONZALEZ: Thank you, Your Honor.
BY MR. GONZALEZ:
Q. Good mornings Agent ?
A. Good morning.
Q. With regard to the text messages, the exhibits that just came in, what you did is you requested those documents from the different phone companies?
A. That's correct.
Q. You don't know who actually was using those phones on those particular dates with regard to the different entries you talked about?
A. That's correct.
Q. You were not a personal witness to whoever was on one side sending a text and who on the other side was receiving it?
A. That's correct.
Q. Agent, you became involved in this investigation after July of 2013, correct?
A. Yes, sir.
Q. I believe you have been involved in this case about

18 months, approximately?
A. Yes.
Q. You provided us with all the social media documentation, the Facebook accounts, the Instagram accounts.
You have also researched U Tube and other public sources of information as a part of your investigation in this case; is that correct?
A. That's correct.
Q. You obtained search warrants to get most of these records?
A. Yes, sir.
Q. Some you did not need a search warrant for because it was public information?
A. That's correct.
Q. In addition, you have obtained all of the jail calls that were played earlier this week?
A. Yes, sir.
Q. As part of your investigation you did not seize any income, any monies from my client, correct?
A. That's correct.
Q. You did not seize any automobiles associated with Mr. Chacon?
A. That's correct.
Q. You did not seize any property, real estate or anything of that nature from Mr. Chacon?
A. That's correct.

Q. You did not find any motorcycles or any expensive items pertaining to Mr. Chacon; is that correct?
A. That's correct.
Q. Would it be fair to say that nothing of significant value was seized Mr. Chacon?
A. That's correct.
Q. Now, your investigation included the undercover agent, the detective from Miami Dade, correct?
A. Yes.
Q. Confidential informant, correct?
A. Yes, sir.
Q. What was seized -- and by seized I mean narcotics -- is what has been introduced in evidence in this case?
A. Yes, sir.
Q. There is nothing additional that was seized but not introduced during the course of this trial?
A. I don't believe so, sir.
Q. In addition to the audio and video tapes that have been played, with regard to the different location in the Little Havana area there also was -- which you obtained a search warrant -- an authorization to place a pole camera in the area?
You know that, correct?
A. I placed a pole camera yes.
Q. Can you tell the ladies and gentlemen of the jury what a pole camera is and how that procedure works?

A. It is a camera placed in a public area, anywhere.
Q. And how do you do that? Do you need to go to a Judge to get authorization for that?
A. No, sir.
Q. In this case was there the use of a pole camera?
A. There was.
Q. What specific location?
A. There was one placed at NW 11th Avenue and Fourth Street and NW 11th Avenue and Fifth Street.
Q. So two separate pole cameras?
A. Yes.
Q. And these cameras were placed in 2014?
A. Yes, sir.
Q. The cameras were on 24 hours a day, seven days a week?
A. That's correct.
Q. And that would have been sometime April 2014; is that correct?
A. Yes, sir.
Q. Besides the month of April the month of May of 2014; is that correct?
A. Yes, sir.
Q. The month of June of 2014; is that correct?
A. Yes, sir.
Q. July 2014?
A. Yes, sir.

Q. And then it ended in August -- middle of August of 2014, I believe August 15th, is that correct?
A. Yes, sir.
Q. It did not go beyond that?
A. No, sir.
Q. So, for those months there was a camera recording everything that happened or was taking place in those locations?
A. Yes.
Q. Tell us what properties are we talking that have been introduced into evidence -- is that the one on 11th and Fourth Street?
A. The camera were not recording any properties specifically. Anything that happened in the area.
Q. In that particular area?
A. Yes.
Q. What were the two areas --
A. The blue house at 428 NW 11th Avenue.
Q. Okay.
A. And across the street, 435 NW 11th Avenue.
Q. When you testified yesterday and the day before, I believe it was yesterday, that Government's Exhibit 239-- I am going to show you page two of the exhibit, okay?
A. Yes.
Q. I will put it on the ELMO.

A. Mr. Vazquez asked you about this item. The middle of the page it talks about, free Ali Baba, and goes on.

The same page it says, it is going down, big jit, dis for yo KOD, shut down, and then goes on.

Isn't it a fact as a part of your investigation you have been able to come up with -- you know that KOD is the King of Diamonds, right?

A. The King of Diamonds strip joint.

Q. And the King of Diamonds is a strip club?

A. It is.

Q. As part of your investigation what you have been able to discover is there would be entertainers and musicians that would play at the King of Diamonds?

A. Yes, sir.

Q. I am moving to the document that is part of Government's Exhibit 239. It is actually page 442.

Here where it says status -- I believe you read part of that.

Da truth is I don't give a F, and it goes on.

Are you familiar with whether or not this is a rap verse that is a part of a song?

A. I don't know.

Q. Same Exhibit, 239 at page 1093. You identified Mr. Chacon in that picture?

A. Yes, sir.

Q. The top says BMT Records Yung Patron.
A. That is the -- his user name on Instagram.
Q. Do you know for a fact -- whether or not that young lady there is one of Mr. Chacon's cousins?
A. I don't know who that is.
Q. Since we're in the area of talking about cousins, you have identified numerous individuals.
Angel Martinez being one of them, correct?
A. Yes, sir.
Q. You know that Angel Martinez is one of Mr. Chacon's cousins?
A. I do.
Q. Luis Salas is a cousin of Mr. Chacon's?
A. Yes.
Q. Alioth Salas is cousin of Mr. Chacon's.
A. Yes, sir.
Q. Isaac Chacon is a cousin of Mr. Chacon's?
A. Yes, sir.
Q. And Carlos Tinoco is also a cousin of Mr. Chacon's?
A. Yes, sir.
Q. So when Mr. Tinoco and Mr. Chacon are referencing each other as, hey blood, you don't know if they are referencing the fact that they are cousins?
You don't know that for a fact?
A. It could be.

Q. On page 285 of this same document -- I'm sorry 239 of Government's Exhibit, on the top.

I am in the city, "N word". I don't hide. I am on da avenue posted like always making money.

AP N Little Havana. Ask about Patron boss, man you know, bro.

Isn't that one of the verses that Mr. Chacon has put out there in one of his songs?

A. No, sir -- I am not familiar with that.

Q. There is a photograph that is 11725. It is still part of the same Exhibit 239.

The graffiti on the wall you would agree is BMT REC which is BMT records?

A. I don't know that that means record.

Q. REC -- it has the initials BMT REC?

A. Yes.

Q. The Government put in evidence Government's Exhibit 321; it is a photo.

You identified the individuals in the photo. As a matter of fact, the one on the left you indicated that that is Mr. Chacon?

A. Yes, sir.

Q. And he has in his hand a bottle of alcohol, some sort of booze, correct?

A. Appears to be.

Q. You don't know if this was a celebration -- let me just get to it. Do you know whether this was one of Floyd Mayweather's fights that they were celebrating?
A. No, sir. I believe I saw that in time and place with the release of Mr. Alioth Salas from prison.
Q. Did you check to see if there was a fight that night?
A. No, sir, I did not.
Q. In reference to the jail calls, Government's Exhibit -- it is tab number three, it relates to a call of November 27, 2013. The phone number is 786-603-3025.
You identified Mr. Portela and a lady by the name of Maria. Do you recall that?
A. Yes.
Q. Part of the conversation is about Mr. Portela trying to see if he can have his bond reduced, or at least find the money to be able to post money to be able to be released from incarceration; is that correct?
A. Yes, sir.
Q. When Maria -- Mr. Vazquez asked you yesterday who has long hair, and you identified the person with long hair as Mr. Chacon, correct?
A. Yes, sir.
Q. At the middle of the page Maria says, damn, I don't know his name, the one that has long hair.
I guess she did not know his actual name?

A. I'm sorry, say it again.
Q. I guess Maria did not know -- she identified him as the one with the long hair, but she did not identify him by a name, correct?
A. That's what I can make out of it.
Q. And then Mr. Portela says, that "N word" referring to the gentleman with the long hair, don't got no money dawg.
You got that?
A. Yes, sir.
Q. So the long hair person would be Mr. Chacon -- saying that Mr. Chacon has no money to help out with the bond; is that correct?
A. Yes, sir.
Q. If you move to tab number six, which is Exhibit Number 60 at page two.
This is another phone call from the jail?
A. Yes, sir.
Q. You identified Teli as Angel Martinez?
A. Yes, sir.
Q. In this conversation at page two the middle of the page, Teli says the "SH" word, me and Patron goin put like between me and him like 300 bro. This.
Would tend to indicate that Mr. Martinez and Mr. Patron, meaning Chacon, were trying to come up with $300 to help Mr. Portela post his bond?

A. It appears to be, yes.

Q. This call, page seven at the bottom, Mr. Portela is making reference to an individual Rick Ross -- we all know Mr. Rick Ross is an entertainer--

A. I don't see the reference.

Q. I'm sorry. I apologize for that. Yeah "N word", "N word" look like Rick Ross, got a bald head with a big A.

You see that there?

A. Yes. I am not not sure what they are talking about with Rick Ross.

Q. Well in this case, this particular case, was there any investigation of anyone by the name of Rick Ross?

A. I have not investigated anyone by the name of Rick Ross.

Q. All right. With regard to the jail calls, I am moving to tab number 16, which is Government's Exhibit 70.

There is a conversation with Mr. Altamirano and Rachel Castro as you have identified.

A. Yes, sir.

Q. The reference here is I need -- the top of the page -- I mean, he goes out with like Patron. I know they went to KOD not that long ago.

I know bro cause like November Patron -- and then Rachel said Patron performed.

As far as your understanding that would be performing at the King of Diamonds, right?

A. Yes, sir.

Q. Moving to tab number 19 -- and it is Government's Exhibit 73. It is another jail call, 12-7-13.

You have identified some of players, the people involved. Page 14 -- I am going to move to page 14.

The middle of the page is MC. That would be Maurin Chacon, correct?

A. Yes.

Q. And Mr. Chacon in this conversation says, I don't want to get a phone, man, that's what gets a "N" in trouble.

What you mean?

I don't need a phone, boy. I don't need a phone.

So Chacon is saying he doesn't need a phone, right?

A. That's what it appears to be saying yes.

Q. As the case agent you are aware there was a timeframe from February 25th, 2014, to like May 2nd of 2014 where the undercover was never able to communicate, that is speak with Chacon?

A. That's correct.

Q. With your assistance -- the Government has introduced a lot of exhibits -- I am going to ask you a few questions with regard to some exhibits that deal with the Facebook and Instagram accounts, all right?

A. Yes.

Q. Showing you what is marked as Defendant Chacon's Composite

Exhibit, which is 5 A, B, C and D -- and can you review those?
A. Yes.
Q. These are Facebook entries?
A. Yes.
Q. And they appear to be from Nadim Guzman's account?
A. Yes.
MR. GONZALEZ: I would move Defendant Chacon's Composite Exhibit 5 into evidence.
THE COURT: Any objection.
MR. VAZQUEZ: To relevance, as earlier stated.
THE COURT: All right. It will be admitted over Government's objection.
BY MR. GONZALEZ:
Q. The next is Defendant Chacon's Composite Exhibit 2A and B. I would ask you to take a look at them.
Do you recognize the person on page two?
A. Yes.
Q. Who is that?
A. Nadim Guzman.
Q. This is a Facebook entry from the account?
A. Yes, sir.
MR. GONZALEZ: I would move into evidence Defendant Chacon'S 2A and B.
MR. VAZQUEZ: Same objection.
THE COURT: Defendant's Exhibit 2A and B are admitted.

Ladies and gentlemen, so you know, I am admitting this evidence out of turn during the Government's case in order to move things along more quickly.

MR. GONZALEZ: Thank you, Your Honor.

BY MR. GONZALEZ:

Q. Agent, showing you what is marked as Defendant Chacon's Composite Exhibit 3A, B, C, D, E and F.

These are either Instagram or Facebook -- actually these are all Instagram -- from an account purported to be from Angel Martinez.

Do you recognize these items?

A. Yes.

MR. GONZALEZ: At this time I would move Defendant Chacon's Composite Exhibit 3 into evidence.

MR. VAZQUEZ: Same objection.

THE COURT: It is admitted.

BY MR. GONZALEZ:

Q. Showing you now Composite Exhibit 4 A, B, C, D and E. These are Facebook and Instagram entries.

I would ask you take a look at them. Do you recognize the individuals in 4B?

A. I do.

Q. Who are they?

A. That is Angel Martinez and Maurin Chacon.

Q. Do you recognize the individual in 4C?

A. Nadim -- Maurin Chacon.
Q. And 4D?
A. Maurin Chacon as well.
MR. GONZALEZ:
MR. GONZALEZ: At this time I would move Defendant Chacon's Composite Exhibit 4 into evidence.
MR. VAZQUEZ: Same objection.
THE COURT: It is admitted.
BY MR. GONZALEZ:
Q. Composite Exhibit 5A came from Nadim Guzman's Facebook account.
DJ Kanan, who is DJ Kanan?
A. Nadim Guzman.
Q. And you are familiar with the fact that Nadim Guzman was a DJ?
A. Yes, sir.
Q. And 5B purports to be someone in the studio performing?
A. Appears to be.
Q. 5C is the studio equipment, right?
A. I am not familiar with studio equipment so I don't know what that is.
Q. All right. And 5D, do you recognize the individuals in the picture? I think you identified it before.
A. On the right of the photograph is Nadim Guzman. I don't know who the other person is.

Q. Moving to Defendant Chacon's Composite Exhibit 2A. Can you read it for the jury?
A. MOE Big Money Team.
Q. Big Money Team is the wording for -- the initials are BMT, Big Money Team, right?
A. That's what it means, hat's correct.
Q. 2B this came from Mr. Guzman's account. Is that Mr. Guzman there?
A. Yes, sir, it is.
Q. Moving to the next exhibit, which is Exhibit 3A, which came from Angel Martinez's account.
It says BMT Records, right?
A. Yes, sir.
Q. You testified -- we went over some of the entries either text entries or Facebook entries or Instagram entries that talk about the King of Diamonds.
This is 3B. There is an event at the King of Diamonds on May 21st, 2014 that is what is indicated there?
A. Yes, sir.
Q. 3C is BMT Records and a shirt that says, free Frank White,, correct?
A. Yes.
Q. During the course of this investigation did you see anyone wearing a BMT Records T-shirt?
A. I seen photographs.

Q. Photographs of people wearing the T-shirt?
A. I believe Mr. Martinez.
Q. And 3D, do you recognize the individual there?
A. That is Angel Martinez.
Q. That is BMT Records, the label?
A. That is what is said -- that is what it says on the posting they put on there.
Q. On the page?
A. Yes.
Q. 3E is with regard to an event at the King of Diamonds on January 22, 2014.
And the King of Diamonds is a strip club, correct?
A. Yes, sir.
Q. And in this document it talks about for this event of January 22, 2014 -- it says strippers and rappers part two, correct?
A. That's what it says.
Q. The final page of this Composite Exhibit 3F, do you recognize the two individuals in the photo?
A. Yes.
Q. Who are they?
A. Angel Martinez and Maurin Chacon.
Q. And just by looking at the photo it looks like they are singing in this a studio?
A. Looks like Angel Martinez is singing and Mr. Chacon is

smoking.
Q. Taking a look next at Exhibit 4A. MOE and BMT presents, and there's a date of March 13, 2013, correct?
A. Yes, sir.
Q. It highlights DJ Kanan. And this is at Mr. Frogs in Coconut Grove 3421 Main Highway; you would agree?
A. Yes.
Q. And DJ Kanan is Nadim Guzman?
A. Yes, sir.
Q. Next is 4B. The top of heading is BMT, Yung Patron, right?
A. That is the name that he used -- that Mr. Chacon uses for Instagram.
Q. So Yung Patron would be Maurin Chacon -- at least as far as you know the name on the Instagram account?
A. Yes, sir.
Q. Or the Facebook account?
A. Yes.
Q. And that is Angel Martinez, his cousin, next to him?
A. Yes, sir.
Q. 4C, the individual up on the top left who is that?
A. Maurin Chacon.
Q. The individual down below with the dark sunglasses can you identify him?
A. Maurin Chacon.
A. And in the middle it purports to be BMT REC with a number

three, a T-shirt; is that correct?
A. Yes, sir.
Q. And this is an event, stripper and rappers, at the King of Diamonds for Wednesday November 27th; is that correct?
A. Yes, sir.
Q. 4D, can you identify the two individuals -- are those basically the same photographs from the prior exhibit, just on another page.
A. I couldn't tell you.
Q. Is this gentleman here on the left -- is that Mr. Patron?
A. Yes.
Q. That is Maurin Chacon?
A. Yes, sir.
Q. This individual on the far right is that Maurin Chacon?
A. Yes, sir.
Q. It says Live Tuesday Yung Patron?
A. Yes.
Q. And the BMT T-shirt is right behind it?
A. Yes, sir.
Q. And this is -- at least it says here -- Spot Light and has an address in Hialeah, off of 25th Street in Hialeah?
A. Yes, sir.
Q. And 4E is a page on Instagram, it's BMT and then REC?
A. Yes, sir.
Q. As part of your investigation and seizing of items, you

also were able to -- from some of these accounts -- seize some recordings, that is video recordings?

A. Yes, sir.

Q. Without telling us names of recordings, some of these -- at least six recordings purported to be Mr. Chacon on a video that was on a Facebook account and had been posted on U Tube?

A. I am not sure what you are referencing.

Q. If I showed you one of the Facebook pages would that help refresh your recollection with regard to videos that were seized as part of the records?

A. It may.

MR. GONZALEZ: May I approach.

THE COURT: You may.

BY MR. VAZQUEZ:

Q. Do you see that, sir?

A. This is a photograph of videos. I don't know if these videos were necessarily on Facebook.

Q. Well, were you able to locate videos as part of your investigation that were part of Mr. Chacon -- or showing Mr. Chacon performing on video?

A. I have seen videos on U Tube. I don't think that was on Facebook.

Q. But that is a part of a Facebook page?

A. This is a photograph of a U Tube page posted on Facebook.

Q. Does it make -- does that help refresh your recollection

with regard to video recordings? You don't have to tell me what the recordings are about, just the fact there were recordings.

A. I don't believe when we did the search warrant -- we didn't receive any actual videos. The videos we had were taken while the accounts were publicly available.

Q. You did seize videos from U Tube?

A. I believe so. I am not sure about that.

MR. GONZALEZ: If I may approach to help refresh his recollection from the Facebook accounts.

THE COURT: Come sidebar. At this point what does it matter?

MR. GONZALEZ: I want to point out to the jury that there were actual video musical recordings.

THE COURT: Mr. Gonzalez, Little Sarah Sue in Fort Smith Arkansas uploads a video of her singing her heart out in her parent's living room. It is not a video; it is Little Sarah Sue singing.

There is no BMT recording. There is no record label. There is "no" nothing. There is Mr. Chacon singing, which is fine.

I think you have established he is endeavoring to promote himself and find his way into the entertainment world, but the videos or the fact of the videos I do not believe adds anything at this point.

MR. GONZALEZ: I just want to get in there are musical videos involving Mr. Chacon that reference BMT, that's it. I do don't want to go into any of the details. I don't want to open up the door and go into Joe Cash or any of that stuff.

I simply want to reference the videos, the fact they have BMT Records and Mr. Chacon's performance.

THE COURT: Again, if Little Sarah Sue calls herself Shakira that does not make it so.

MR. GONZALEZ: Your Honor, at one point in time everybody had to start off small. Perhaps before the Beatles or Rolling Stones made it big they may have started off playing in a garage.

THE COURT: That is not the issue. What I have issue with is the suggestion that there was a legitimate business called BMT, that it was in fact in the business of recording videos; that there was in fact some avenue that your client was exploring in that matter.

Here is what I will allow. The fact that your client rapped and then uploaded it to U Tube; if that is something that was garnered in the Government's search warrant.

You can ask if the agent, has reviewed it; you can show him the Facebook pages. But try to avoid suggesting there is a video such as we see on some video channel.

MR. VAZQUEZ: I think the agent was concerned because there were no videos on Facebook that were garnered from our

search warrant. These videos were publicly posted because they are public and you can therefore downloaded them.

THE COURT: All right. During the course of this investigation did you review postings on U Tube?

Yes. In those postings was Mr. Chacon rapping?

There you go.

MR. GONZALEZ: Thank you, Your Honor.

BY MR. GONZALEZ:

Q. During the course of this investigation did you review video recordings or postings on U Tube?

A. I did.

Q. Did some of the recordings you reviewed show Mr. Chacon singing or rapping in those recordings?

A. Yes.

Q. And you don't remember how many of those recordings you observed?

A. No, sir.

MR. GONZALEZ: I have one legal matter if we may approach.

THE COURT: All right.

MR. GONZALEZ: I apologize; I should have brought this up earlier. This is my last attempt at this.

I would move -- since he has gotten all of the Facebook accounts in -- I would move Defendant Chacon's 1A through 1H be admitted.

These were items that were used to -- they come from Nadim Guzman's account Facebook account, and they were used to impeach him.

At the same time they also contain admissions by him and also his participation in furtherance of the conspiracy because he continued narcotics trafficking.

So, I would like to introduce those items into evidence. And since the agent, seized all of this I thought it would be appropriate to try to introduce them through him.

But I have no further questions for the agent.

THE COURT: I don't know if the Government has an objection.

But let's get Mr. Horowitz up for ten minutes of questioning, and we can take it up after.

MR. VAZQUEZ: Okay.

MR. GONZALEZ: I have no further questions, Agent Perez. Thank you.

THE COURT: Thank you, Mr. Gonzalez.

Mr. Horowitz.

MR. HOROWITZ: Yes, Your Honor.

BY MR. HOROWITZ:

Q. Good afternoon, agent, how are you?

A. Good, thank you, sir.

Q. Is it fair to say you have reviewed in excess of 50,000 text messages?

**A. Unfortunately.**
**Q. Unfortunately?**
**A. Yes, sir.**
**Q. In those 50,000 plus text messages, some of which we saw today, you were able to testify as to -- from which phone the text was made?**
**A. Yes, sir.**
**Q. Which phone number received the text?**
**A. Yes, sir.**
**Q. You cannot testify as to who specifically, which person, sent the text, correct?**
**A. Sometimes I can.**
**Q. Not one of the 50,000 texts we are talking about, this entire universe, were you present when the texts were made?**
**A. No, sir.**
**Q. Were you present when the text was received?**
**A. No, sir.**
**Q. So, you can testify based on what those records showed, which are the phone numbers, correct?**
**A. In some instances the user is referenced or a name is.**
**Q. But you don't know who sent the text, correct?**
**A. Yes.**
**Q. You can tell the subscriber of the phone, correct?**
**A. Yes.**
**Q. For example, my phone if it was subscribed by me you can**

tell I am paying the bill?
A. Yes, sir.
Q. Or at least I am the one the bill is being sent to, right?
A. Yes.
Q. But you can't tell if I leave the phone here who is sending you a text unless you see it, correct?
A. That's correct.
Q. Of all those texts we reviewed you don't know who sent it or who received it?
A. No, sir.
Q. As far as Mr. Altamirano is concerned, there were no large amount of currency seized from him?
A. Yes, sir.
Q. No vehicles, right?
A. No vehicles.
Q. No expensive jewelry anything like that?
A. That's correct.
Q. During your testimony you reviewed various Facebook accounts and Instagram accounts?
A. Yes, sir.
Q. That is well over a hundred thousand pages of material?
A. Unfortunately, yes, sir.
Q. Of all the Facebook accounts that you reviewed how many were subscribed to by Mr. Altamirano?
A. I don't believe Mr. Altamirano had an account.

Q. Mr. Altamirano had no Facebook account and he had no Instagram account?
A. That's correct.
Q. And in all of the Facebook messages that you reviewed, how many comments did Mr. Altamirano leave?
A. He didn't have an account.
Q. That goes for Facebook and for Instagram?
A. Yes, sir.
Q. All forms of social media, Mr. Altamirano had no accounts to your knowledge?
A. I believe he references a U Tube account.
Q. Did you ever find it?
A. I didn't search for it.
Q. All right. During your review of the Facebook materials and the Instagram materials you came across images of Mr. Altamirano; did you not?
A. I did.
Q. And they were not on Mr. Altamirano's account so somebody else put them there, correct?
A. Yes, sir.
Q. So to your knowledge Mr. Altamirano posted no photographs on Facebook or Instagram?
A. As you said earlier, I can't tell who the user is so he may have done it on somebody else's phone.
Q. Showing you Government's 238. Do you see Mr. Altamirano in

that photograph?
A. Very.
Q. Do you remember whose Facebook account that was?
A. From Mr. Castro's account.
Q. And Mr. Altamirano is not holding up a BMT sign, is he?
A. I don't believe so, no.
Q. Also from Government's Exhibit 238 you see the image of Mr. Altamirano?
A. I do.
Q. He is the one wearing the throwback Dallas Mavericks shirt?
A. That's correct.
Q. He is not holding up a BMT gang sign in that photograph?
A. No, he is not.
Q. He is related to Steven Castro?
A. That's correct.
Q. Steven Castro is his cousin?
A. Yes, sir.
Q. Showing you what has been admitted into evidence as Government's Exhibit 243.
Do you recognize the image of Mr. Portela?
A. The one on the left.
Q. And Mr. Altamirano has his middle finger extended?
A. Yes, sir.
Q. It is not a BMT gang sign?
A. No, sir, it is not.

Q. Showing you another photograph from Government's Exhibit 243.
Do you recognize the image of Mr. Altamirano?
A. I do.
Q. And he has his fingers extended, but it is not a BMT gang sign?
A. Correct.
Q. Showing you a photograph that was contained within Government's Exhibit 245.
Do you see Mr. Altamirano in this photograph?
A. Yes, sir.
Q. Is Mr. Altamirano flashing some BMT gang sign?
A. No, sir, he is not.
Q. Showing you a photograph that was contained within Government's Exhibit 314.
A. Yes, sir.
Q. Mr. Altamirano is the gentleman in the middle?
A. Yes, sir.
Q. Is Mr. Altamirano flashing the BMT hand sign?
A. No, none of them are.
Q. Showing you Government's Exhibit 315. Can you identify Mr. Altamirano in that picture?
A. The gentleman in the middle.
Q. Mr. Altamirano appears to be on the telephone?
A. He does.

Q. Again, he is not flashing the BMT hand sign?
A. No one is on that picture.
Q. Government's Exhibit 326. Mr. Altamirano is in that picture on the far right?
A. Yes.
Q. And Mr. Altamirano is not flashing the BMT hand sign?
A. None of the members are, sir.

THE COURT: All right, ladies and gentlemen, as I told you we are breaking today at noon. We will not resume our work again until Tuesday at noon. Monday we are off, and so half a day Tuesday.

You have three and a half days away, and it has been weeks since you have been on the jury. If you have been able to evade or elude persistent questions about what you are doing here every day you will now be under pressure this weekend for a little longer.

But you know what to do. When someone asks what are you doing, what's going on, the answer is a resounding and deafening silence, or I cannot talk to you because I am a juror.

Do not talk to your wife, your husband, your son, your daughter, your friends your family.

Do not talk in person and do not talk by e-mail, Instagram, post or Facebook. Do not research or try to look up anything about any of the facts or places or names you have

heard throughout your service as jurors. Remember, the point of this is your fairness and impartiality.

So have a good weekend, and I will see you back here at noon sharp, and we will resume again.

JURY EXCUSED

THE COURT: Please be seated everyone. Monday we are resuming at 2:30 for our charge conference and perhaps some early discussion on motions, the broad strokes.

We will take up at that time Mr. Chacon's request to admit 1A through H, and if the Government has any objections to those postings coming in.

We discussed yesterday the fact that there was an agreement as to authentication of these postings, and the notebooks came in with the Facebook postings.

We previously talked about Mr. Clay's motion, which was adopted by everyone, as to other persons. And the Government agreed to redact.

Mr. Korchin, you brought up something yesterday, but I have yet to have any individual matters brought to my attention.

Again, if there are any pages that you have an objection to, I expect they would be identified over the weekend, or at least by Monday morning, so that can be taken up.

Then there is Mr. Dixon'S 404 B. Mr. Donet, it is one of those academic discussions that law students may have. I don't know how this particular set of facts plays into the case law one way or the other.

Clearly there is a circuit split. Clearly the Eleventh Circuit has come down on having mere possession be allowed to go to intent in a conspiracy.

How your strategy on substantive counts here plays into that I can't really figure out.

Obviously just because you would in essence admit to one, the jury has to decide guilt or innocence on the conspiracy.

We will talk about that Monday as well. So you will still have time to find that perfect case that is factually indistinguishable from what we have here.

MR. DONET: Yes, Your Honor.

THE COURT: I have hearings Monday morning. But I think you all should get here sometime before our hearing in the afternoon to discuss with Ms. Greer what is in evidence so we have that in order before it goes back to the jury.

MR. HOROWITZ: If I may make a suggestion. I know the Court is keeping track of what is coming in, and I know Ms. Greer is as well.

If we could perhaps have a copy of that so we can compare what the Court has to what we have. It may make it flow

a lot better.

THE COURT: Ms. Greer and I don't follow the same protocol. I will check on Ms. Greer's list to see if it is in good shape and let you know.

What time Monday would be good?

MR. HOROWITZ: May I have a moment.

THE COURT: Yes.

OFF THE RECORD DISCUSSION HELD BETWEEN COUNSEL

MR. HOROWITZ: 1:30, Your Honor, and if we need time after we can do it after as well.

Do the defendants need to be present for the 2:30 charge conference?

THE COURT: I am having them brought over, yes.

MR. HOROWITZ: Thank you, Your Honor.

THE COURT: All right. Everyone have a good weekend. I will see you on Monday.

COURT IN RECESS

- - -

**C E R T I F I C A T E**

**I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.**

**/S/PATRICIA SANDERS**

**__________**                    **______________________**

**DATE FILED**                    **PATRICIA SANDERS, RPR**

## $

**$300** [1] - 51:24

## /

**/S/PATRICIA** [1] - 75:7

## 1

**1-60** [1] - 1:6
**103** [1] - 25:5
**104th** [1] - 2:5
**1093** [1] - 47:23
**11** [3] - 5:18, 30:7, 32:7
**11-27-2013** [1] - 3:18
**11-3** [1] - 2:7
**1107** [1] - 2:5
**11725** [1] - 49:10
**118** [1] - 18:24
**11:21** [1] - 25:6
**11:35:15** [1] - 20:18
**11:37:23** [1] - 28:21
**11:37:45** [1] - 39:24
**11:38** [1] - 27:11
**11:42** [1] - 40:7
**11th** [12] - 15:18, 15:23, 20:6, 28:25, 29:11, 29:12, 29:16, 45:8, 45:9, 46:11, 46:18, 46:20
**12** [2] - 30:11, 34:5
**12-7-13** [1] - 53:3
**120** [1] - 28:20
**123** [1] - 36:13
**12:01:35** [1] - 30:20
**12:08:37** [1] - 35:2
**12:24:20** [1] - 29:23
**12:34:54** [1] - 19:10
**12:57:50** [1] - 35:25
**12o** [1] - 28:15
**12th** [1] - 16:3
**13** [2] - 26:3, 59:3
**14** [3] - 13:14, 53:5
**14-20017-CR-KMW** [1] - 1:3
**15** [5] - 13:7, 13:11, 20:9, 26:23, 32:24
**150** [3] - 1:22, 25:25, 26:2
**157** [2] - 4:16, 30:7
**159** [1] - 30:11
**15th** [2] - 41:3, 46:2
**16** [5] - 4:2, 4:10, 4:14, 5:11, 52:15
**17** [1] - 35:2
**17th** [1] - 41:9
**18** [2] - 32:13, 43:1
**18th** [1] - 19:10
**19** [3] - 5:10, 34:4, 53:2
**1910** [1] - 1:24
**193** [1] - 25:19
**19th** [3] - 19:22, 25:19, 27:11
**1:12:16** [1] - 29:2
**1:13:24** [1] - 29:7
**1:18:11** [1] - 40:21
**1:30** [1] - 74:9
**1:38:48** [1] - 27:21
**1:47** [1] - 28:16
**1:53:14** [1] - 33:15
**1A** [2] - 64:24, 72:10
**1H** [1] - 64:25

## 2

**2** [1] - 30:10
**2-27-2015** [1] - 1:4
**2/19** [1] - 41:18
**20** [5] - 20:9, 29:21, 29:22, 32:4, 39:24
**2000** [1] - 1:19
**2013** [6] - 4:4, 13:7, 13:11, 42:23, 50:9, 59:3
**2014** [56] - 16:7, 16:9, 18:25, 19:10, 19:22, 20:9, 20:18, 21:3, 21:19, 23:24, 24:2, 24:23, 25:5, 25:19, 26:3, 26:23, 27:11, 27:19, 28:2, 28:16, 28:21, 29:2, 29:7, 29:17, 29:23, 30:7, 30:11, 30:16, 30:20, 32:13, 33:15, 33:20, 34:4, 35:2, 35:8, 35:14, 35:20, 35:25, 36:13, 39:24, 40:7, 40:14, 40:21, 41:3, 41:18, 45:12, 45:16, 45:19, 45:22, 45:24, 46:1, 53:16, 57:18, 58:11, 58:15
**206** [1] - 30:16
**20th** [1] - 40:7
**21** [4] - 12:22, 13:17, 13:19, 36:13
**21st** [1] - 57:18
**22** [3] - 33:15, 58:11, 58:15
**227** [1] - 3:16
**22nd** [1] - 33:20
**23** [1] - 30:16
**238** [8] - 11:21, 12:3, 12:6, 12:8, 14:18, 15:13, 68:25, 69:7
**239** [7] - 3:16, 3:25, 46:22, 47:16, 47:23, 49:1, 49:11
**24** [3] - 27:19, 28:2, 45:14
**243** [3] - 30:20, 69:19, 70:2
**245** [1] - 70:9
**246** [4] - 13:23, 14:2, 14:7, 15:20
**24th** [1] - 28:11
**25** [6] - 20:18, 28:21, 29:6, 32:16, 35:14, 40:14
**256** [3] - 33:5, 33:10, 33:13
**257** [3] - 34:11, 34:18, 34:23
**258** [3] - 36:5, 36:9, 36:11
**259** [4] - 36:22, 37:1, 37:3, 38:9
**25th** [4] - 28:16, 34:4, 53:16, 60:21
**26** [1] - 21:19
**261** [5] - 37:9, 37:14, 37:16, 38:6, 38:9
**262** [8] - 37:18, 37:23, 38:2, 38:4, 38:6, 38:10, 38:17, 38:19
**263** [2] - 38:21, 39:6
**264** [1] - 39:20
**265** [2] - 17:25, 18:17
**269** [1] - 26:3
**26th** [1] - 21:3
**27** [1] - 50:9
**27th** [6] - 29:2, 29:7, 29:17, 35:2, 35:8, 60:4
**28** [1] - 40:14
**283** [1] - 32:13
**285** [1] - 49:1
**287** [1] - 27:11
**29** [1] - 5:17
**290** [3] - 12:12, 12:18, 14:15
**29th** [4] - 21:22, 23:24, 24:2, 24:23
**2:04:13** [1] - 19:22
**2:16:48** [1] - 33:20
**2:25:32** [1] - 30:16
**2:30** [2] - 72:7, 74:11
**2:39:39** [1] - 35:8
**2A** [4] - 54:14, 54:23, 54:25, 57:1
**2B** [1] - 57:7
**2nd** [4] - 4:4, 16:7, 25:5, 53:16

## 3

**3** [2] - 21:20, 55:14
**30** [1] - 33:24
**300** [1] - 51:22
**305-200-7337** [1] - 39:12
**305-741-1801** [1] - 26:6
**305.523.5528** [1] - 2:8
**31** [1] - 29:23
**314** [1] - 70:15
**315** [1] - 70:21
**31st** [2] - 35:14, 35:25
**321** [1] - 49:17
**3250** [1] - 2:2
**326** [1] - 71:3
**33128** [1] - 2:8
**33130** [1] - 1:22
**33132** [1] - 1:17
**33133** [1] - 2:3
**33134** [1] - 1:20
**33138** [1] - 2:5
**33156** [1] - 1:25
**3421** [1] - 59:6
**35** [1] - 27:19
**350** [1] - 41:22
**352-708-0541** [1] - 38:23
**36** [1] - 25:6
**3:17:06** [1] - 41:18
**3:36:11:00** [1] - 28:2
**3:43:23** [1] - 28:11
**3:45:47** [1] - 27:19
**3A** [2] - 55:7, 57:10
**3B** [1] - 57:17
**3C** [1] - 57:20
**3D** [1] - 58:3
**3E** [1] - 58:10
**3F** [1] - 58:18

## 4

**4** [6] - 8:12, 21:10, 24:7, 24:8, 55:18, 56:6
**4.5** [1] - 41:22
**40** [1] - 29:21
**400** [1] - 2:7
**404** [1] - 73:1
**406** [1] - 2:3
**41** [1] - 20:18
**428** [4] - 15:18, 15:23, 20:6, 46:18
**435** [1] - 46:20
**442** [1] - 47:16
**46** [1] - 28:16
**475** [1] - 41:22
**4:03:20** [1] - 21:3
**4:20:52** [1] - 21:19
**4A** [1] - 59:2
**4B** [2] - 55:21, 59:10
**4C** [2] - 55:25, 59:20
**4D** [2] - 56:2, 60:6
**4E** [1] - 60:23
**4th** [1] - 1:17

## 5

**5** [2] - 54:1, 54:8
**50,000** [3] - 65:24, 66:4, 66:13
**51** [1] - 28:21
**52** [1] - 27:11
**53** [1] - 21:3
**56** [1] - 28:16
**57** [1] - 29:2
**58** [1] - 29:7
**59** [1] - 40:21
**5A** [1] - 56:10
**5B** [1] - 56:17
**5C** [1] - 56:19
**5D** [1] - 56:22
**5th** [2] - 18:25, 35:20

## 6

**6** [1] - 30:20
**60** [1] - 51:14
**614** [1] - 1:20
**6:10:18** [1] - 35:14
**6:19:53** [1] - 30:11
**6:48** [1] - 25:20
**6:59:45** [1] - 29:17

## 7

**70** [2] - 4:3, 52:15
**73** [2] - 5:11, 53:3
**74** [1] - 35:20
**75** [1] - 21:22
**78** [1] - 35:25
**786-266-0080** [1] - 37:21
**786-366-0080** [1] - 38:11
**786-372-1434** [4] - 21:12, 23:21, 36:3, 36:16
**786-389-2960** [1] - 37:7
**786-468-5206** [1] - 34:15
**786-603-3025** [1] - 50:10
**786-704-4958** [1] - 36:20

**786-762-5839** [1] - 34:2
**7:43:33** [1] - 41:3

## 8

**8** [1] - 16:9
**81** [1] - 5:18
**86** [2] - 29:23, 41:3
**863-509-7919** [1] - 32:25
**8:10:04** [1] - 36:13
**8:15:18** [1] - 19:2
**8:27:42** [1] - 20:12
**8:38:09** [1] - 32:13
**8:57:35** [1] - 40:14

## 9

**9130** [1] - 1:24
**97** [1] - 41:18
**99** [1] - 1:17
**9:00** [1] - 34:4
**9:05:14** [1] - 35:20
**9:08:27** [1] - 21:22
**9:09:18** [1] - 24:2
**9:22:37** [1] - 26:4
**9:29** [1] - 24:23
**9:50:38** [1] - 26:23
**9th** [1] - 40:21

## A

**A.F.P.D** [1] - 1:21
**a.m** [8] - 19:2, 19:22, 20:18, 25:20, 30:16, 34:4, 39:24, 40:7
**A.M** [1] - 1:5
**A.U.S.A** [3] - 1:15, 1:16, 1:16
**able** [10] - 22:11, 47:6, 47:11, 50:16, 53:17, 61:1, 61:18, 66:5, 71:13
**above-entitled** [1] - 75:4
**academic** [1] - 73:2
**Account** [1] - 27:2
**account** [92] - 3:14, 8:24, 11:18, 11:24, 12:1, 13:25, 14:4, 14:21, 17:13, 18:5, 18:12, 19:16, 21:12, 21:15, 22:19, 23:21, 24:3, 24:5, 24:6, 24:13, 24:20, 24:24, 25:3, 25:7, 25:8, 25:14, 25:15, 25:17, 25:20, 26:5, 26:8, 26:9, 27:14, 27:22, 28:4, 28:13, 28:18, 28:24, 29:5, 29:10, 29:20, 30:1, 30:9, 30:14, 30:19, 30:22, 32:15, 33:18, 33:23, 34:8, 34:9, 35:5, 35:6, 35:11, 35:14, 35:17, 35:18, 35:23, 36:6, 36:23, 37:24, 38:13, 39:3, 39:14, 40:2, 40:11, 40:14, 40:17, 41:3, 41:6, 54:5, 54:20, 55:9, 56:11, 57:7, 57:11, 59:14, 59:16, 61:6, 65:2, 67:25, 68:1, 68:2, 68:6, 68:11, 68:18, 69:3, 69:4
**accounts** [16] - 7:10, 8:23, 23:15, 31:20, 38:7, 43:4, 53:23, 61:1, 62:6, 62:10, 64:24, 67:19, 67:23, 68:9
**accurate** [16] - 12:2, 12:14, 13:1, 13:9, 14:3, 18:2, 33:5, 34:18, 36:5, 36:22, 37:9, 37:23, 38:10, 39:2, 39:16, 75:4
**activity** [1] - 6:12
**actual** [3] - 50:25, 62:5, 62:14
**addition** [4] - 3:22, 6:11, 43:14, 44:18
**additional** [2] - 30:25, 44:15
**address** [1] - 60:21
**adds** [1] - 62:24
**admissions** [1] - 65:4
**admit** [16] - 12:5, 12:17, 13:16, 14:6, 18:16, 33:9, 34:22, 36:8, 36:25, 37:13, 38:1, 38:16, 39:5, 39:19, 72:10, 73:10
**admitted** [20] - 12:8, 12:20, 13:19, 14:9, 18:20, 33:13, 34:25, 36:11, 37:3, 37:16, 38:4, 38:19, 39:8, 39:22, 54:11, 54:25, 55:16, 56:8, 64:25, 69:18
**admitting** [1] - 55:1
**adopted** [1] - 72:16
**advancing** [2] - 6:7, 6:18
**advertisements** [1] - 8:4
**afternoon** [2] - 65:22, 73:19
**agent** [38] - 3:5, 3:7, 5:19, 6:20, 6:23, 7:15, 8:17, 9:8, 9:10, 9:14, 11:14, 11:17, 12:10, 13:6, 13:15, 13:22, 16:19, 17:21, 18:24, 19:20, 21:11, 23:8, 23:15, 29:12, 31:12, 34:14, 37:5, 38:6, 41:25, 42:22, 44:7, 53:15, 55:6, 63:21, 63:24, 65:8, 65:10, 65:22
**Agent** [2] - 42:9, 65:16
**agents** [1] - 11:2
**ago** [1] - 52:21
**agree** [2] - 49:12, 59:6
**agreed** [1] - 72:17
**agreement** [1] - 72:13
**ain't** [1] - 21:10
**alcohol** [1] - 49:23
**Ali** [2] - 3:18, 47:2
**Alioth** [4] - 5:19, 16:2, 48:15, 50:5
**alleging** [2] - 10:1, 22:25
**alley** [1] - 40:25
**allow** [4] - 9:21, 23:9, 31:9, 63:18
**allowed** [1] - 73:6
**ALTAMIRANO** [1] - 1:7
**Altamirano** [38] - 4:12, 4:24, 5:11, 14:23, 15:1, 15:16, 17:8, 18:6, 21:17, 21:25, 23:20, 24:6, 24:15, 35:6, 35:12, 35:18, 52:16, 67:11, 67:24, 67:25, 68:1, 68:5, 68:9, 68:16, 68:21, 68:25, 69:5, 69:8, 69:22, 70:3, 70:10, 70:12, 70:17, 70:19, 70:22, 70:24, 71:3, 71:6
**Altamirano's** [2] - 22:17, 68:18
**Amendment** [1] - 10:13
**AMERICA** [1] - 1:4
**amount** [1] - 67:12
**Angel** [13] - 7:17, 15:5, 34:2, 48:8, 48:10, 51:18, 55:9, 55:24, 57:11, 58:4, 58:22, 58:25, 59:18
**answer** [3] - 6:22, 7:1, 71:18
**ANTHONY** [1] - 1:8
**AP** [1] - 49:5
**apologize** [3] - 36:1, 52:6, 64:21
**appear** [1] - 54:5
**APPEARANCES** [1] - 2:1
**aPPEARANCES** [1] - 1:14
**appreciate** [1] - 3:12
**approach** [4] - 22:5, 61:12, 62:9, 64:19
**appropriate** [1] - 65:9
**April** [5] - 13:7, 13:11, 35:20, 45:16, 45:19
**AR-15** [2] - 41:22, 41:25
**area** [7] - 23:10, 44:20, 44:21, 45:1, 46:14, 46:15, 48:6
**areas** [1] - 46:17
**Arkansas** [1] - 62:16
**arts** [1] - 9:16
**AS** [1] - 5:19
**assist** [1] - 18:21
**assistance** [1] - 53:20
**associate** [1] - 26:14
**associated** [11] - 16:4, 20:1, 21:18, 26:16, 34:2, 34:15, 38:7, 38:13, 38:25, 39:14, 43:20
**ATF** [1] - 41:25
**attempt** [1] - 64:22
**attention** [1] - 72:20
**audio** [1] - 44:18
**August** [3] - 46:1, 46:2
**authentication** [1] - 72:13
**authenticity** [1] - 8:1
**author** [15] - 16:10, 16:11, 19:16, 20:12, 20:14, 21:4, 21:5, 21:23, 21:24, 24:3, 27:21, 28:3, 28:12, 28:17, 28:22
**authorization** [2] - 44:21, 45:3
**automobiles** [1] - 43:20
**available** [1] - 62:6
**Avenue** [13] - 2:7, 15:18, 15:23, 16:3, 20:6, 28:25, 29:11, 29:12, 29:16, 45:8, 45:9, 46:18, 46:20
**avenue** [2] - 49:4, 63:16
**avoid** [1] - 63:22
**avoiding** [1] - 5:14
**aware** [2] - 6:21, 53:15

## B

**Baba** [2] - 3:18, 47:2
**background** [1] - 17:7
**Baitz** [2] - 35:19, 40:13
**Balboa** [8] - 12:25, 13:1, 13:3, 13:7, 13:9, 13:11, 13:13, 14:14
**bald** [1] - 52:7
**ball** [3] - 28:9, 28:15, 28:20
**banger** [1] - 34:10
**barrier** [1] - 19:3
**based** [2] - 6:2, 66:18
**Beatles** [1] - 63:10
**became** [3] - 6:21, 13:3, 42:22
**behind** [2] - 23:16, 60:18
**belong** [1] - 38:14
**belonged** [1] - 38:14
**belonging** [2] - 13:25, 19:17
**below** [2] - 3:17, 59:22
**better** [2] - 32:3, 74:1
**BETWEEN** [1] - 74:8
**between** [2] - 18:6, 51:21
**beyond** [1] - 46:4
**big** [5] - 29:6, 29:21, 47:3, 52:7, 63:11
**Big** [4] - 3:19, 57:3, 57:4, 57:5
**bill** [2] - 67:1, 67:3
**binder** [3] - 17:15, 17:18, 18:25
**birthday** [1] - 40:4
**bit** [1] - 3:14
**black** [2] - 17:4, 17:7
**blank** [1] - 31:24
**block** [3] - 29:1, 29:14, 36:17
**blood** [4] - 16:7, 16:11, 48:22

**blue** [4] - 15:18, 15:23, 17:7, 46:18
**BMT** [43] - 3:25, 6:5, 6:7, 6:10, 7:2, 8:13, 8:25, 9:2, 9:17, 9:23, 10:5, 10:6, 20:1, 25:16, 26:17, 32:18, 32:20, 48:1, 49:12, 49:13, 49:15, 57:4, 57:12, 57:20, 57:24, 58:5, 59:2, 59:10, 59:25, 60:18, 60:23, 62:19, 63:2, 63:6, 63:15, 69:5, 69:12, 69:24, 70:5, 70:12, 70:19, 71:1, 71:6
**Bob** [1] - 31:15
**bond** [4] - 35:24, 50:15, 51:11, 51:25
**Bones** [2] - 20:22, 20:24
**booze** [1] - 49:24
**Bori** [3] - 19:24, 20:2, 20:15
**boss** [1] - 49:5
**bottle** [1] - 49:23
**bottom** [1] - 52:2
**Boulevard** [2] - 1:19, 1:24
**boy** [2] - 32:18, 53:12
**Boy** [2] - 33:25, 35:24
**break** [1] - 31:4
**breaking** [1] - 71:9
**briefly** [1] - 22:5
**bring** [4] - 3:9, 11:9, 21:20, 32:9
**Bring** [1] - 19:24
**bro** [5] - 25:2, 35:13, 49:6, 51:22, 52:22
**broad** [1] - 72:8
**brotha** [1] - 21:20
**brothers** [1] - 16:8
**brought** [4] - 64:21, 72:18, 72:19, 74:13
**business** [3] - 7:3, 63:14, 63:15
**buys** [2] - 22:15, 29:16
**BY** [31] - 2:6, 11:16, 12:9, 12:21, 13:5, 13:20, 14:12, 17:20, 18:23, 19:19, 23:14, 24:12, 26:22, 28:7, 33:14, 35:1, 36:12, 37:4, 37:17, 38:5, 38:20, 39:9, 39:23, 42:8, 54:13, 55:5, 55:17, 56:9, 61:14, 64:8, 65:21

## C

**CA** [1] - 4:12
**camera** [7] - 44:21, 44:23, 44:25, 45:1, 45:5, 46:6, 46:13
**cameras** [3] - 45:10, 45:12, 45:14
**cannot** [5] - 15:12, 17:3, 22:8, 66:10, 71:19
**capsules** [2] - 29:6, 29:21
**caption** [1] - 33:19
**car** [1] - 5:23
**Carlos** [4] - 16:11, 16:16, 16:17, 48:19
**case** [20] - 1:3, 7:4, 8:5, 9:9, 10:12, 10:13, 11:3, 13:3, 24:20, 24:24, 42:25, 43:6, 44:13, 45:5, 52:11, 53:15, 55:2, 73:3, 73:14
**Cash** [6] - 5:13, 9:4, 9:6, 10:23, 11:6, 63:4
**cash** [1] - 5:22
**Castro** [11] - 4:24, 11:19, 14:22, 15:3, 21:17, 21:25, 22:16, 23:21, 52:17, 69:14, 69:16
**Castro's** [4] - 11:24, 12:1, 14:21, 69:4
**celebrating** [1] - 50:3
**celebration** [1] - 50:1
**cellular** [7] - 17:10, 17:23, 21:12, 36:3, 36:19, 37:21, 38:11
**Center** [1] - 1:24
**center** [2] - 15:11, 18:25
**certain** [1] - 6:15
**certainly** [3] - 6:19, 8:1, 9:9
**certify** [1] - 75:3
**CHACON** [1] - 1:6
**Chacon** [70] - 5:11, 5:21, 6:4, 6:10, 7:10, 7:17, 8:15, 8:17, 8:24, 10:6, 10:8, 10:11, 10:24, 10:25, 12:10, 14:16, 14:23, 14:24, 15:21, 15:22, 16:7, 16:13, 16:25, 17:1, 18:14, 21:17, 21:25, 23:20, 27:10, 32:18, 33:4, 33:18, 33:23, 34:8, 43:21, 43:24, 44:2, 44:5, 47:23, 48:17, 48:21, 49:7, 49:21, 50:21, 51:10, 51:11, 51:24, 53:6, 53:9, 53:13, 53:18, 55:24, 56:1, 56:3, 58:22, 58:25, 59:11, 59:13, 59:21, 59:24, 60:12, 60:14, 61:5, 61:19, 61:20, 62:20, 63:2, 64:5, 64:12
**Chacon's** [17] - 48:4, 48:10, 48:13, 48:15, 48:17, 48:19, 53:25, 54:7, 54:14, 54:23, 55:6, 55:14, 56:6, 57:1, 63:6, 64:24, 72:9
**channel** [1] - 63:23
**charge** [2] - 72:7, 74:12
**check** [2] - 50:6, 74:3
**cherry** [1] - 20:15
**China** [6] - 26:12, 26:14, 26:15, 27:5, 27:16, 27:18
**Christopher** [1] - 4:12
**CHRISTOPHER** [1] - 1:7
**circuit** [1] - 73:5
**Circuit** [1] - 73:6
**city** [1] - 49:3
**class** [1] - 3:4
**Clay's** [1] - 72:15
**clean** [1] - 31:15
**clearly** [6] - 3:24, 6:14, 7:18, 8:17, 73:5
**client** [6] - 6:24, 9:16, 10:14, 43:18, 63:16, 63:18
**club** [2] - 47:9, 58:12
**Club** [1] - 3:22
**Cocaine** [1] - 16:13
**cocaine** [2] - 13:14, 19:14
**Coconut** [1] - 59:6
**coffee** [1] - 31:5
**coke** [3] - 29:21, 30:10, 30:25
**colleague** [1] - 31:8
**coming** [7] - 7:5, 9:9, 10:14, 22:14, 27:4, 72:11, 73:22
**comments** [1] - 68:5
**commit** [1] - 6:8
**communicate** [1] - 53:17
**companies** [1] - 42:13
**company** [1] - 18:3
**compare** [1] - 73:25
**Composite** [10] - 53:25, 54:8, 54:14, 55:7, 55:14, 55:18, 56:6, 56:10, 57:1, 58:18
**composite** [1] - 8:12
**concede** [1] - 6:16
**conceding** [1] - 6:17
**concern** [2] - 8:3, 8:5
**concerned** [2] - 63:24, 67:11
**conducted** [1] - 29:16
**conference** [2] - 72:7, 74:12
**confidential** [2] - 6:15, 44:10
**conspiracy** [6] - 6:17, 23:1, 33:1, 65:5, 73:7, 73:12
**contact** [2] - 11:1, 22:19
**contain** [1] - 65:4
**contained** [2] - 70:8, 70:14
**CONTD** [1] - 2:1
**contend** [1] - 3:21
**content** [17] - 16:10, 30:21, 32:14, 33:17, 33:22, 34:7, 35:4, 35:10, 35:16, 35:22, 36:15, 40:1, 40:10, 40:16, 40:23, 41:5, 41:20
**context** [1] - 5:8
**continue** [2] - 11:13, 32:12
**continued** [1] - 65:6
**conversation** [6] - 5:21, 18:9, 50:14, 51:20, 52:16, 53:9
**convicted** [1] - 10:23
**cookie** [1] - 13:13
**cooperating** [1] - 26:19
**coordinate** [1] - 23:22
**copy** [2] - 17:18, 73:24
**copyright** [1] - 10:12
**Coral** [1] - 1:20
**correct** [54] - 18:13, 23:17, 23:18, 24:1, 24:18, 42:14, 42:18, 42:21, 42:23, 43:7, 43:8, 43:13, 43:18, 43:19, 43:22, 43:25, 44:2, 44:3, 44:6, 44:8, 44:10, 44:22, 45:15, 45:17, 45:20, 45:22, 46:2, 48:8, 49:24, 50:17, 50:21, 51:4, 51:12, 53:7, 53:19, 57:6, 57:21, 58:12, 58:16, 59:3, 60:1, 60:4, 66:11, 66:19, 66:21, 66:23, 67:6, 67:7, 67:17, 68:3, 68:19, 69:11, 69:15, 70:7
**COUNSEL** [1] - 74:8
**counts** [1] - 73:8
**course** [27] - 6:21, 11:17, 13:23, 17:9, 19:25, 20:23, 21:11, 23:1, 23:19, 26:13, 27:6, 29:15, 32:19, 32:24, 34:1, 34:14, 36:1, 36:18, 37:5, 37:19, 38:21, 39:10, 41:24, 44:16, 57:23, 64:3, 64:9
**COURT** [96] - 1:1, 1:13, 3:1, 3:7, 3:12, 4:1, 4:5, 4:7, 4:9, 4:11, 4:14, 4:16, 4:18, 4:21, 4:23, 5:2, 5:4, 5:9, 6:18, 7:7, 7:14, 7:19, 7:21, 7:24, 8:2, 8:9, 8:11, 8:19, 8:21, 9:8, 9:12, 10:12, 11:5, 11:9, 11:10, 11:11, 12:8, 12:20, 13:19, 14:9, 14:11, 17:19, 18:18, 18:20, 18:22, 22:4, 22:6, 22:13, 22:21, 23:3, 23:6, 23:9, 23:13, 24:9, 24:11, 26:21, 31:4, 31:7, 31:15, 31:22, 32:7, 32:10, 32:11, 33:11, 33:13, 34:25, 36:11, 37:3, 37:16, 38:4, 38:19, 39:8, 39:22, 42:6, 54:9, 54:11, 54:25, 55:16, 56:8, 61:13, 62:11, 62:15, 63:7, 63:13, 64:3, 64:20, 65:11, 65:18, 71:8, 72:6, 73:17, 74:2, 74:7, 74:13, 74:15, 74:17
**Court** [6] - 2:7, 3:10, 5:8, 8:3, 73:22, 73:25
**cousin** [6] - 48:13, 48:15, 48:17, 48:19, 59:18, 69:16

**cousins** [4] - 48:4, 48:6, 48:11, 48:23
**Cowboys** [1] - 16:14
**crack** [1] - 13:14
**crackers** [1] - 30:6
**created** [1] - 19:3
**crib** [1] - 40:20
**criminal** [1] - 6:12
**cross** [7] - 3:6, 3:11, 6:20, 10:15, 10:19, 32:8, 42:6
**crystal** [2] - 29:6, 29:22
**currency** [1] - 67:12
**customer** [1] - 32:18
**cut** [1] - 29:21
**cuz** [1] - 27:15

## D

**dabbled** [1] - 9:16
**dabbles** [1] - 6:11
**Dade** [1] - 44:8
**Dadeland** [1] - 1:24
**Dallas** [1] - 69:10
**damn** [3] - 25:2, 35:13, 50:23
**Darce** [1] - 21:2
**dark** [1] - 59:22
**date** [2] - 16:14, 59:3
**DATE** [1] - 75:9
**dates** [1] - 42:16
**Datran** [1] - 1:24
**daughter** [1] - 71:22
**DAVID** [1] - 2:2
**dawg** [1] - 51:7
**DAY** [1] - 1:5
**Dayaan** [10] - 13:25, 14:3, 15:15, 15:21, 15:22, 16:2, 16:20, 16:22, 32:23, 38:25
**days** [3] - 5:16, 45:14, 71:12
**DEA** [1] - 11:2
**deafening** [1] - 71:19
**deal** [2] - 6:8, 53:22
**deals** [1] - 8:12
**debt** [1] - 10:24
**December** [1] - 4:4
**decide** [1] - 73:11
**deck** [5] - 29:6, 30:10, 30:19, 30:23, 32:16
**Defendant** [9] - 53:25, 54:7, 54:14, 54:22, 55:6, 55:13, 56:5, 57:1, 64:24
**defendant** [2] - 8:6, 17:13
**Defendant's** [1] - 54:25
**defendants** [3] - 23:23, 26:19, 74:11
**Defendants** [1] - 1:9
**DEFENDANTS** [1] - 1:19
**defense** [2] - 6:2, 6:10
**definitely** [1] - 6:5
**DeLeon** [1] - 1:19
**deliver** [1] - 13:15
**delivery** [1] - 28:25
**Department** [1] - 9:22
**depicting** [1] - 14:21
**depiction** [4] - 12:14, 18:2, 36:22, 37:9
**details** [1] - 63:3
**detective** [1] - 44:8
**developed** [1] - 6:3
**Diabolika** [1] - 27:16
**Diamonds** [13] - 3:21, 4:25, 8:15, 47:7, 47:8, 47:9, 47:13, 52:25, 57:16, 57:17, 58:10, 58:12, 60:4
**Diaz** [2] - 20:5, 20:8
**different** [3] - 42:13, 42:16, 44:19
**dis** [2] - 35:7, 47:3
**discover** [1] - 47:12
**discuss** [2] - 11:7, 73:19
**discussed** [1] - 72:12
**discussion** [3] - 3:8, 11:6, 72:8
**DISCUSSION** [1] - 74:8
**discussions** [1] - 73:2
**DISPOTO** [1] - 1:16
**DISTRICT** [3] - 1:1, 1:2, 1:13
**DIVISION** [1] - 1:2
**Dixon** [5] - 16:20, 16:21, 16:22, 16:24, 17:6
**DIXON** [1] - 1:8
**Dixon'S** [1] - 73:1
**DJ** [9] - 7:1, 7:12, 8:12, 8:13, 56:12, 56:15, 59:5, 59:8
**document** [3] - 47:15, 49:1, 58:14
**documentation** [1] - 43:3
**documents** [4] - 7:21, 17:24, 31:9, 42:12
**doin** [2] - 41:11, 41:15
**Donde** [1] - 40:18
**done** [4] - 6:14, 7:8, 32:7, 68:24
**DONET** [2] - 2:2, 73:16
**Donet** [1] - 73:1
**door** [1] - 63:4
**dove** [1] - 21:21
**down** [10] - 3:19, 5:24, 19:6, 28:11, 35:24, 47:3, 47:4, 59:22, 73:6
**downloaded** [1] - 64:2
**dress** [1] - 20:22
**driveway** [1] - 15:19
**drove** [1] - 13:14
**drug** [4] - 11:2, 13:6, 13:11, 23:22
**drugs** [1] - 6:7
**dubs** [1] - 30:15
**during** [28] - 11:17, 13:23, 17:9, 19:25, 20:23, 21:11, 26:13, 27:6, 29:15, 32:19, 32:24, 34:1, 34:14, 36:1, 36:18, 37:5, 37:18, 38:21, 39:10, 41:24, 44:16, 55:2, 57:23, 64:3, 64:9, 67:18, 68:14
**Dwight** [2] - 38:7, 38:9

## E

**e-mail** [1] - 71:23
**early** [1] - 72:8
**east** [1] - 15:19
**eight** [6] - 19:22, 28:9, 28:15, 28:20, 39:10, 39:24
**either** [2] - 55:8, 57:14
**Eleventh** [1] - 73:5
**ELMO** [2] - 18:21, 46:25
**elude** [1] - 71:14
**em** [1] - 21:9
**end** [1] - 5:17
**endeavoring** [1] - 62:22
**ended** [1] - 46:1
**ensuing** [1] - 25:3
**Enterprises** [1] - 9:18
**entertainer** [2] - 6:24, 52:4
**entertainers** [2] - 10:4, 47:12
**entertainment** [1] - 62:23
**entire** [1] - 66:14
**entitled** [1] - 75:4
**entries** [7] - 42:16, 54:3, 55:19, 57:14, 57:15
**entry** [1] - 54:20
**equipment** [2] - 56:19, 56:20
**ESQ** [4] - 1:19, 1:23, 2:2, 2:4
**essence** [1] - 73:10
**esta** [1] - 40:18
**establish** [1] - 9:15
**established** [2] - 22:16, 62:22
**estate** [1] - 43:23
**etcetera** [2] - 6:8, 6:9
**evade** [1] - 71:14
**evening** [1] - 11:12
**event** [7] - 8:13, 8:15, 8:16, 57:17, 58:10, 58:14, 60:3
**evidence** [29] - 6:6, 12:6, 12:18, 13:17, 14:7, 18:17, 31:7, 31:9, 31:10, 33:10, 34:23, 36:9, 37:1, 37:14, 38:2, 38:17, 39:6, 39:20, 44:13, 46:11, 49:17, 54:8, 54:22, 55:2, 55:14, 56:6, 65:8, 69:18, 73:19
**evidentiary** [1] - 3:9
**examination** [1] - 42:6
**example** [1] - 66:25
**excess** [1] - 65:24
**exchanged** [1] - 3:23
**exclusive** [1] - 29:22
**excused** [1] - 3:5
**EXCUSED** [2] - 31:6, 72:5
**exhibit** [4] - 27:19, 46:23, 57:10, 60:7
**Exhibit** [76] - 3:16, 3:25, 4:3, 4:16, 5:11, 5:18, 8:12, 11:21, 12:3, 12:6, 12:8, 12:12, 12:18, 12:22, 13:17, 13:19, 13:23, 14:2, 14:7, 14:15, 14:18, 15:13, 15:20, 17:25, 18:17, 33:5, 33:10, 34:11, 34:18, 34:23, 36:5, 36:9, 36:11, 36:22, 37:1, 37:9, 37:14, 37:16, 37:18, 37:23, 38:2, 38:6, 38:17, 38:21, 39:6, 39:20, 46:22, 47:16, 47:23, 49:2, 49:11, 49:17, 50:8, 51:14, 52:15, 53:3, 54:1, 54:8, 54:14, 54:25, 55:7, 55:14, 55:18, 56:6, 56:10, 57:1, 57:10, 58:18, 59:2, 69:7, 69:19, 70:2, 70:9, 70:15, 70:21, 71:3
**exhibits** [6] - 5:16, 7:9, 9:5, 42:11, 53:21, 53:22
**expect** [1] - 72:22
**expensive** [2] - 44:1, 67:16
**explain** [1] - 9:11
**explored** [1] - 11:1
**exploring** [1] - 63:17
**extended** [2] - 69:22, 70:5

## F

**Facebook** [38] - 3:14, 7:10, 9:18, 10:15, 11:18, 11:24, 14:4, 14:21, 43:4, 53:22, 54:3, 54:20, 55:8, 55:19, 56:10, 57:15, 59:16, 61:6, 61:8, 61:17, 61:22, 61:23, 61:24, 62:10, 63:22, 63:25, 64:24, 65:2, 67:18, 67:23, 68:1, 68:4, 68:7, 68:14, 68:22, 69:3, 71:24, 72:14
**fact** [17] - 6:23, 10:14, 23:24, 24:16, 47:5, 48:3, 48:23, 48:24, 49:20, 56:14, 62:2, 62:24, 63:5, 63:15, 63:16, 63:18, 72:12
**facts** [2] - 71:25, 73:3
**factually** [1] - 73:14
**fair** [17] - 12:2, 12:14, 13:1, 13:9, 14:2, 18:2, 33:5, 34:18, 36:5, 36:22, 37:9, 37:23, 38:10, 39:2, 39:16, 44:4, 65:24
**fairness** [1] - 72:2

**familiar** [5] - 10:11, 47:20, 49:9, 56:14, 56:20
**family** [1] - 71:22
**far** [6] - 29:12, 52:24, 59:13, 60:14, 67:11, 71:4
**Fat** [2] - 33:25, 35:24
**February** [13] - 18:25, 25:5, 25:19, 30:7, 30:11, 30:16, 33:15, 33:20, 34:4, 36:13, 40:21, 41:3, 53:16
**feelings** [1] - 5:13
**Fernando** [1] - 21:2
**few** [2] - 6:3, 53:21
**Fifth** [1] - 45:9
**fight** [1] - 50:6
**fights** [1] - 50:3
**figure** [1] - 73:9
**FILED** [1] - 75:9
**final** [1] - 58:18
**fine** [2] - 9:25, 62:21
**finger** [1] - 69:22
**fingers** [1] - 70:5
**fire** [2] - 30:10, 32:16
**firearm** [1] - 14:17
**firearms** [1] - 6:8
**first** [6] - 9:2, 17:4, 21:7, 27:7, 28:20, 40:7
**First** [1] - 10:13
**Fish** [1] - 19:15
**five** [4] - 29:1, 31:5, 32:5, 37:5
**five-minute** [1] - 29:1
**FL** [7] - 1:17, 1:20, 1:22, 1:25, 2:3, 2:5, 2:8
**Flagler** [2] - 1:22, 41:9
**flashing** [4] - 70:12, 70:19, 71:1, 71:6
**Flores** [34] - 17:13, 18:9, 18:14, 19:7, 19:17, 20:14, 20:20, 21:5, 21:24, 22:19, 24:5, 24:24, 25:3, 25:7, 25:17, 25:20, 26:5, 26:8, 27:2, 27:14, 27:22, 28:4, 28:13, 28:18, 28:24, 29:5, 29:10, 29:20, 30:1, 30:9, 30:14, 30:19, 30:22, 32:15
**FLORES** [1] - 1:8
**Flores'** [1] - 23:25
**Florida** [2] - 9:22, 10:1
**FLORIDA** [1] - 1:2
**flow** [1] - 73:25
**Floyd** [1] - 50:2
**focus** [1] - 19:2
**follow** [1] - 74:2
**following** [1] - 16:13
**FOR** [2] - 1:15, 1:19
**foregoing** [1] - 75:3
**forms** [1] - 68:9
**Fort** [2] - 2:3, 62:15
**Forte** [2] - 38:8, 38:9
**four** [2] - 20:15, 36:18
**FOURTEEN** [1] - 1:5
**Fourth** [3] - 16:3, 45:8, 46:11
**FRANK** [1] - 2:4
**Frank** [1] - 57:20
**free** [3] - 3:18, 47:2, 57:20
**Friday** [1] - 32:1
**friends** [1] - 71:22
**Frogs** [1] - 59:5
**front** [1] - 6:1
**fuck** [1] - 21:9
**furtherance** [1] - 65:5

## G

**Gables** [1] - 1:20
**gang** [5] - 6:7, 69:12, 69:24, 70:5, 70:12
**garage** [1] - 63:12
**garnered** [2] - 63:20, 63:25
**gentleman** [4] - 51:7, 60:10, 70:17, 70:23
**gentlemen** [5] - 7:12, 31:4, 44:24, 55:1, 71:8
**girlfriend** [1] - 22:24
**Git** [1] - 3:19
**given** [1] - 23:16
**goin** [2] - 21:10, 51:21
**Gonzalez** [7] - 3:3, 5:4, 6:19, 11:5, 42:6, 62:15, 65:18
**GONZALEZ** [64] - 1:19, 3:5, 3:8, 3:13, 4:2, 4:6, 4:8, 4:10, 4:12, 4:15, 4:17, 4:19, 4:24, 5:3, 5:6, 5:10, 7:5, 7:8, 7:16, 7:20, 7:23, 8:7, 8:10, 8:12, 8:20, 8:22, 9:11, 9:25, 10:20, 11:7, 18:19, 23:7, 26:20, 33:12, 34:24, 36:10, 37:2, 37:15, 38:3, 38:18, 39:7, 39:21, 42:7, 42:8, 54:7, 54:13, 54:22, 55:4, 55:5, 55:13, 55:17, 56:4, 56:5, 56:9, 61:12, 62:9, 62:13, 63:1, 63:9, 64:7, 64:8, 64:18, 64:21, 65:16
**Government** [11] - 3:13, 6:1, 7:22, 8:23, 9:5, 10:10, 49:17, 53:20, 65:11, 72:10, 72:17
**Government's** [63] - 3:15, 4:3, 5:10, 5:17, 6:6, 11:21, 12:3, 12:6, 12:8, 12:12, 12:18, 12:22, 13:17, 13:19, 13:23, 14:7, 14:15, 14:18, 15:13, 15:20, 17:25, 18:17, 33:5, 33:10, 34:11, 34:18, 34:23, 36:5, 36:9, 36:11, 36:22, 37:1, 37:9, 37:14, 37:16, 37:18, 37:23, 38:2, 38:6, 38:9, 38:10, 38:17, 38:21, 39:6, 39:20, 46:22, 47:15, 49:2, 49:17, 50:8, 52:15, 53:2, 54:12, 55:2, 63:20, 68:25, 69:7, 69:19, 70:1, 70:9, 70:15, 70:21, 71:3
**graffiti** [2] - 3:24, 49:12
**grams** [1] - 13:14
**Greer** [3] - 73:19, 73:23, 74:2
**Greer's** [1] - 74:3
**grinding** [1] - 21:7
**Grove** [1] - 59:6
**guess** [2] - 50:25, 51:2
**guidance** [1] - 3:10
**guilt** [1] - 73:11
**guy** [2] - 22:23, 29:11
**Guzman** [10] - 6:25, 7:10, 8:14, 38:14, 54:19, 56:13, 56:14, 56:24, 57:7, 59:8
**Guzman's** [4] - 54:5, 56:10, 57:7, 65:2

## H

**hair** [6] - 50:20, 50:24, 51:3, 51:7, 51:10
**half** [4] - 13:13, 31:22, 71:10, 71:12
**hand** [4] - 49:23, 70:19, 71:1, 71:6
**hanging** [1] - 26:12
**happy** [1] - 23:11
**hat** [1] - 17:4
**hat's** [1] - 57:6
**Havana** [2] - 44:20, 49:5
**head** [2] - 7:18, 52:7
**heading** [1] - 59:10
**heads** [1] - 30:6
**heads-up** [1] - 30:6
**heard** [2] - 40:6, 72:1
**hearing** [1] - 73:18
**hearings** [1] - 73:17
**hearsay** [4] - 7:13, 8:6, 13:4, 26:20
**heart** [1] - 62:16
**HELD** [2] - 1:12, 74:8
**help** [5] - 51:11, 51:24, 61:8, 61:25, 62:9
**hereby** [1] - 75:3
**HERMAN** [1] - 2:4
**herself** [1] - 63:7
**Hialeah** [3] - 8:16, 60:21
**hide** [1] - 49:3
**higher** [1] - 27:20
**highlights** [1] - 59:5
**Highway** [1] - 59:6
**himself** [1] - 62:23
**holding** [2] - 69:5, 69:12
**home** [1] - 40:4
**Honor** [21] - 3:13, 4:2, 4:22, 7:20, 8:10, 9:7, 9:25, 10:20, 10:21, 11:7, 11:15, 22:14, 33:12, 42:7, 55:4, 63:9, 64:7, 65:20, 73:16, 74:9, 74:14
**HONORABLE** [1] - 1:12
**hope** [1] - 11:11
**HOROWITZ** [16] - 1:23, 12:7, 12:19, 13:4, 13:18, 14:8, 22:3, 22:5, 22:7, 24:10, 65:20, 65:21, 73:21, 74:6, 74:9, 74:14
**Horowitz** [3] - 22:21, 65:13, 65:19
**Hosseini** [1] - 18:21
**HOSSEINI** [1] - 1:16
**hour** [2] - 31:22, 31:23
**hours** [1] - 45:14
**house** [3] - 15:18, 15:23, 46:18
**hundred** [2] - 28:10, 67:21
**husband** [1] - 71:21

## I

**idea** [2] - 7:2, 22:9
**identification** [1] - 13:22
**identified** [17] - 5:19, 8:14, 10:22, 17:25, 19:7, 26:15, 47:23, 48:7, 49:19, 50:11, 50:20, 51:2, 51:18, 52:17, 53:4, 56:23, 72:22
**identify** [19] - 8:17, 15:12, 17:3, 18:5, 18:14, 19:18, 19:25, 20:23, 21:12, 26:13, 27:6, 32:19, 32:25, 34:1, 34:15, 51:3, 59:23, 60:6, 70:21
**identifying** [1] - 23:20
**IGNACIO** [1] - 1:15
**ILHAM** [1] - 1:16
**Illuminati** [1] - 9:3
**image** [5] - 12:14, 17:2, 69:7, 69:20, 70:3
**images** [6] - 3:14, 7:21, 7:25, 14:2, 18:14, 68:15
**immediately** [1] - 19:3
**impartiality** [1] - 72:2
**impeach** [1] - 65:3
**impress** [1] - 20:22
**IN** [1] - 74:17
**incarceration** [1] - 50:17
**included** [2] - 21:16, 44:7
**including** [2] - 7:16, 14:22
**income** [2] - 11:1, 43:17
**incorporation** [1] - 10:1
**indicate** [1] - 51:23
**indicated** [2] - 49:20, 57:18
**INDICATES** [6] -

14:25, 15:2, 15:4, 15:6, 15:8, 15:10
**indistinguishable** [1] - 73:15
**individual** [12] - 6:14, 10:22, 11:19, 15:11, 20:1, 52:3, 55:25, 58:3, 59:20, 59:22, 60:14, 72:19
**individuals** [9] - 22:8, 22:9, 23:8, 48:7, 49:19, 55:21, 56:22, 58:19, 60:6
**informant** [2] - 6:15, 44:10
**information** [5] - 7:11, 22:22, 23:20, 43:6, 43:12
**initials** [2] - 49:15, 57:4
**innocence** [1] - 73:11
**inquire** [1] - 9:21
**inquiry** [1] - 9:22
**Instagram** [16] - 43:4, 48:2, 53:23, 55:8, 55:9, 55:19, 57:15, 59:12, 59:14, 60:23, 67:19, 68:2, 68:7, 68:15, 68:22, 71:24
**instances** [1] - 66:20
**intent** [1] - 73:7
**interacting** [5] - 24:24, 25:4, 25:7, 26:5, 26:8
**interrupt** [1] - 32:4
**interviews** [1] - 26:19
**introduce** [7] - 7:14, 7:16, 9:1, 9:7, 10:7, 65:7, 65:9
**introduced** [6] - 3:14, 9:5, 44:13, 44:16, 46:11, 53:20
**introduction** [1] - 7:6
**invasion** [1] - 40:4
**investigated** [1] - 52:13
**investigation** [35] - 6:21, 11:17, 13:24, 17:9, 19:25, 20:23, 21:11, 22:20, 23:19, 26:13, 27:6, 29:15, 32:19, 32:24, 34:1, 34:14, 36:2, 36:18, 37:6, 37:19, 38:22, 39:10, 41:24, 42:22, 43:6, 43:17, 44:7, 47:5, 47:11, 52:12, 57:23, 60:25, 61:19, 64:4, 64:9
**involved** [5] - 13:3, 13:11, 42:22, 42:25, 53:4
**involving** [2] - 13:7, 63:2
**irrelevant** [1] - 11:4
**Isaac** [1] - 48:17
**issue** [8] - 4:25, 5:4, 5:5, 7:25, 8:1, 10:13, 63:13
**item** [1] - 47:1
**items** [5] - 44:1, 55:11, 60:25, 65:1, 65:7

## J

**jail** [10] - 4:17, 4:19, 18:6, 18:10, 22:15, 43:14, 50:8, 51:16, 52:14, 53:3
**JAMES** [1] - 1:8
**January** [28] - 19:10, 19:22, 20:9, 20:18, 21:3, 21:18, 21:22, 23:24, 24:2, 24:23, 27:19, 28:2, 28:11, 28:16, 28:21, 29:2, 29:7, 29:17, 29:23, 35:2, 35:8, 35:14, 35:25, 39:24, 40:7, 40:14, 58:11, 58:15
**Jay** [12] - 5:12, 5:22, 9:4, 9:5, 10:23, 11:6, 17:13, 18:9, 18:14, 19:7, 29:11, 40:20
**JAY** [1] - 1:8
**jewelry** [1] - 67:16
**jit** [1] - 47:3
**Joe** [1] - 63:4
**Joel** [2] - 20:5, 20:8
**joint** [1] - 47:8
**Joker** [1] - 41:13
**Joker's** [1] - 35:24
**JR** [2] - 2:2, 2:4
**JUDGE** [1] - 1:13
**Judge** [4] - 3:5, 4:6, 22:7, 45:2
**July** [2] - 42:22, 45:24
**June** [3] - 16:7, 16:9, 45:22
**juror** [2] - 32:1, 71:20
**juror's** [1] - 31:23
**jurors** [2] - 3:2, 72:1
**JURY** [3] - 1:12, 31:6, 72:5
**jury** [13] - 6:2, 9:12, 10:8, 10:18, 11:9, 17:17, 32:9, 44:24, 57:2, 62:13, 71:13, 73:11, 73:20

## K

**Kanan** [7] - 7:12, 8:12, 8:13, 56:12, 59:5, 59:8
**KATHLEEN** [1] - 1:12
**keep** [1] - 31:24
**keeping** [1] - 73:22
**Kid** [2] - 32:18, 32:20
**King** [13] - 3:21, 4:25, 8:15, 47:6, 47:8, 47:9, 47:13, 52:25, 57:16, 57:17, 58:10, 58:12, 60:3
**knowledge** [2] - 68:10, 68:21
**knows** [1] - 10:8
**KOD** [6] - 3:19, 3:21, 6:20, 47:4, 47:6, 52:20
**KORCHIN** [1] - 1:21
**Korchin** [1] - 72:18

## L

**label** [4] - 6:25, 7:3, 58:5, 62:19
**labeled** [1] - 10:6
**ladies** [4] - 31:4, 44:24, 55:1, 71:8
**lady** [2] - 48:3, 50:11
**large** [1] - 67:11
**last** [7] - 5:16, 10:23, 19:11, 21:8, 24:14, 24:15, 64:22
**Lauderdale** [1] - 2:3
**law** [2] - 73:2, 73:4
**lead** [2] - 23:10, 24:11
**leading** [1] - 5:6
**learn** [1] - 18:11
**learned** [1] - 41:25
**least** [7] - 10:8, 50:15, 59:13, 60:20, 61:5, 67:3, 72:23
**leave** [3] - 33:24, 67:5, 68:5
**left** [10] - 15:15, 15:22, 16:17, 16:22, 16:24, 17:3, 49:20, 59:20, 60:10, 69:21
**legal** [1] - 64:18
**legitimate** [3] - 7:2, 10:25, 63:14
**life** [3] - 21:10, 24:7, 24:8
**Light** [2] - 8:16, 60:20
**list** [1] - 74:3
**Live** [2] - 8:18, 60:16
**live** [1] - 40:3
**living** [1] - 62:17
**locate** [1] - 61:18
**location** [4] - 20:7, 29:13, 44:19, 45:7
**locations** [1] - 46:8
**longest** [1] - 31:20
**look** [5] - 52:7, 54:15, 55:20, 59:2, 71:24
**looking** [1] - 58:23
**looks** [3] - 31:24, 58:23, 58:25
**losing** [1] - 25:2
**Luis** [9] - 15:9, 39:14, 40:2, 40:11, 40:17, 40:24, 41:6, 41:21, 48:13
**lyrics** [1] - 10:12

## M

**mail** [1] - 71:23
**Main** [1] - 59:6
**main** [1] - 6:13
**male** [1] - 17:4
**man** [3] - 26:12, 49:5, 53:10
**MANUEL** [1] - 1:19
**March** [5] - 26:3, 27:11, 30:20, 32:13, 59:3
**march** [1] - 26:23
**Maria** [4] - 50:11, 50:19, 50:23, 51:2
**Mario** [3] - 12:25, 13:1, 14:14
**MARK** [1] - 1:16
**mark** [1] - 30:23
**marked** [3] - 13:22, 53:25, 55:6
**market** [1] - 16:3
**Martinez** [18] - 7:11, 7:17, 12:11, 14:23, 15:5, 34:2, 34:9, 48:8, 48:10, 51:18, 51:23, 55:10, 55:24, 58:2, 58:4, 58:22, 58:25, 59:18
**Martinez's** [1] - 57:11
**Mary** [1] - 2:2
**material** [1] - 67:21
**materials** [7] - 14:3, 18:2, 33:6, 34:19, 37:10, 68:14, 68:15
**matter** [5] - 49:19, 62:12, 63:17, 64:18, 75:5
**matters** [2] - 3:9, 72:19
**MAURIN** [1] - 1:6
**Maurin** [14] - 27:4, 27:7, 27:10, 27:15, 53:6, 55:24, 56:1, 56:3, 58:22, 59:13, 59:21, 59:24, 60:12, 60:14
**Mavericks** [1] - 69:10
**Mayweather's** [1] - 50:2
**MC** [3] - 5:21, 5:24, 53:6
**mean** [3] - 44:12, 52:20, 53:11
**meaning** [3] - 4:12, 40:18, 51:24
**means** [2] - 49:14, 57:6
**media** [2] - 43:3, 68:9
**meet** [1] - 29:1
**member** [2] - 6:17, 33:1
**members** [5] - 14:22, 18:6, 21:13, 21:16, 71:7
**mentioned** [1] - 5:15
**mere** [1] - 73:6
**message** [29] - 3:17, 17:10, 18:24, 19:3, 19:6, 19:11, 19:18, 19:23, 20:13, 20:19, 20:21, 21:18, 21:19, 22:10, 23:17, 23:25, 24:3, 24:16, 25:3, 25:12, 25:20, 25:22, 26:24, 27:1, 27:3, 27:14, 27:25, 30:3, 40:8
**messages** [6] - 17:24, 18:12, 42:11, 65:25, 66:4, 68:4
**Metro** [3] - 18:3, 36:2, 36:19
**mIAMI** [1] - 1:2
**Miami** [7] - 1:17, 1:22, 1:25, 2:5, 2:7, 2:8, 44:8
**microphone** [1] - 31:17
**middle** [11] - 3:17, 5:18, 46:1, 47:1, 50:23, 51:20, 53:6,

59:25, 69:22, 70:17, 70:23
**might** [2] - 8:22, 10:21
**Miguel** [3] - 13:13, 16:25, 34:15
**milliliter** [2] - 25:25, 26:2
**millimeter** [1] - 41:22
**minute** [2] - 24:7, 29:1
**minutes** [5] - 31:5, 32:4, 32:5, 33:24, 65:13
**modify** [1] - 6:3
**MOE** [2] - 57:3, 59:2
**Mollie** [1] - 29:6
**Molly** [1] - 30:19
**moment** [1] - 74:6
**Monday** [7] - 71:10, 72:6, 72:23, 73:13, 73:17, 74:5, 74:16
**money** [6] - 25:2, 49:4, 50:15, 50:16, 51:7, 51:11
**Money** [3] - 57:3, 57:4, 57:5
**monies** [1] - 43:18
**month** [3] - 45:19, 45:22
**months** [2] - 43:1, 46:6
**Moore** [4] - 16:16, 16:17, 38:8, 38:9
**morning** [4] - 3:1, 42:10, 72:23, 73:17
**mornings** [1] - 42:9
**most** [1] - 43:9
**mostly** [1] - 29:21
**mother** [1] - 22:24
**motion** [1] - 72:15
**motions** [1] - 72:8
**motorcycles** [1] - 44:1
**move** [24] - 12:5, 12:17, 13:16, 14:6, 18:16, 31:13, 33:9, 34:22, 36:8, 36:25, 37:13, 38:1, 38:16, 39:5, 39:19, 51:14, 53:5, 54:7, 54:22, 55:3, 55:13, 56:5, 64:23, 64:24
**moves** [1] - 35:13
**moving** [6] - 4:2, 47:15, 52:14, 53:2, 57:1, 57:10
**MR** [139] - 3:5, 3:8, 3:13, 4:2, 4:6, 4:8, 4:10, 4:12, 4:15, 4:17, 4:19, 4:22, 4:24, 5:3, 5:6, 5:10, 7:5, 7:8, 7:16, 7:20, 7:23, 7:25, 8:3, 8:7, 8:10, 8:12, 8:20, 8:22, 9:11, 9:25, 10:20, 10:21, 11:7, 12:5, 12:7, 12:9, 12:17, 12:19, 12:21, 13:4, 13:5, 13:16, 13:18, 13:20, 14:6, 14:8, 14:10, 14:12, 17:17, 17:20, 18:16, 18:19, 18:21, 18:23, 19:18, 19:19, 22:3, 22:5, 22:7, 22:14, 22:25, 23:5, 23:7, 23:11, 23:14, 24:10, 24:12, 26:20, 26:22, 28:5, 28:7, 31:2, 31:3, 31:13, 31:20, 33:9, 33:12, 33:14, 34:22, 34:24, 35:1, 36:8, 36:10, 36:12, 36:25, 37:2, 37:4, 37:13, 37:15, 37:17, 38:1, 38:3, 38:5, 38:16, 38:18, 38:20, 39:5, 39:7, 39:9, 39:19, 39:21, 39:23, 42:5, 42:7, 42:8, 54:7, 54:10, 54:13, 54:22, 54:24, 55:4, 55:5, 55:13, 55:15, 55:17, 56:4, 56:5, 56:7, 56:9, 61:12, 61:14, 62:9, 62:13, 63:1, 63:9, 63:24, 64:7, 64:8, 64:18, 64:21, 65:15, 65:16, 65:20, 65:21, 73:16, 73:21, 74:6, 74:9, 74:14
**MR.** [1] - 11:16
**multi** [2] - 24:20, 24:24
**multi-user** [2] - 24:20, 24:24
**music** [4] - 6:11, 7:2, 8:24, 10:2
**musical** [2] - 62:14, 63:1
**musicians** [1] - 47:12

## N

**N.E** [2] - 1:17, 2:5
**nadim** [1] - 56:1
**Nadim** [9] - 38:14, 54:5, 54:19, 56:10, 56:13, 56:14, 56:24, 59:8, 65:2
**name** [17] - 8:16, 11:19, 19:8, 22:23, 24:14, 24:15, 27:7, 48:2, 50:11, 50:24, 50:25, 51:3, 52:12, 52:13, 59:11, 59:14, 66:20
**named** [1] - 5:22
**names** [2] - 61:4, 71:25
**narcotics** [2] - 44:12, 65:6
**nature** [1] - 43:24
**necessarily** [1] - 61:17
**necessary** [1] - 10:16
**need** [11] - 10:7, 10:17, 35:13, 43:11, 45:2, 52:19, 53:12, 53:13, 74:9, 74:11
**needs** [1] - 23:6
**negotiated** [1] - 6:14
**never** [1] - 53:17
**Newhart** [1] - 31:16
**next** [11] - 17:2, 17:4, 17:6, 19:6, 26:23, 30:5, 54:14, 57:10, 59:2, 59:10, 59:18
**nice** [1] - 11:12
**nickname** [3] - 20:1, 20:24, 26:14
**night** [2] - 21:7, 50:6
**Night** [1] - 3:22
**nightclub** [2] - 6:22, 8:16
**Nika** [1] - 21:9
**Nikas** [6] - 21:7, 21:8, 21:9, 21:10
**nine** [5] - 17:15, 25:25, 26:2, 40:7, 41:22
**nine-milliliter** [1] - 26:2
**nobody** [1] - 40:12
**none** [2] - 70:20, 71:7
**noon** [4] - 31:25, 71:9, 71:10, 72:4
**North** [1] - 2:7
**notch** [1] - 10:3
**note** [1] - 19:4
**notebook** [3] - 4:5, 4:14, 4:21
**notebooks** [2] - 4:8, 72:14
**nothing** [4] - 7:3, 44:4, 44:15, 62:20
**November** [3] - 50:9, 52:22, 60:4
**nowhere** [1] - 40:3
**number** [27] - 5:10, 5:17, 18:10, 19:8, 19:17, 21:24, 23:22, 26:5, 27:17, 32:1, 32:25, 36:3, 36:19, 37:7, 37:21, 38:11, 38:13, 38:23, 38:25, 39:11, 50:9, 50:10, 51:14, 52:15, 53:2, 59:25, 66:8
**Number** [2] - 1:3, 51:14
**numbers** [3] - 18:8, 38:7, 66:19
**numerous** [1] - 48:7
**Nunball** [1] - 20:15
**NW** [7] - 15:18, 15:23, 20:6, 45:8, 45:9, 46:18, 46:20

## O

**oath** [1] - 11:14
**object** [2] - 22:3, 31:3
**objection** [27] - 12:7, 12:19, 13:4, 13:18, 14:8, 18:18, 18:19, 24:10, 26:20, 33:11, 34:24, 36:10, 37:2, 37:15, 38:3, 38:18, 39:7, 39:8, 39:21, 39:22, 54:9, 54:12, 54:24, 55:15, 56:7, 65:12, 72:22
**objections** [1] - 72:10
**observed** [1] - 64:16
**obtained** [3] - 43:9, 43:14, 44:20
**obviously** [1] - 73:10
**occupant** [1] - 20:6
**OF** [3] - 1:2, 1:4, 1:12
**OFF** [1] - 74:8
**offering** [1] - 31:12
**office** [1] - 10:23
**OFFICER** [2] - 11:10, 32:10
**ON** [6] - 14:25, 15:2, 15:4, 15:6, 15:8, 15:10
**once** [2] - 9:15, 31:8
**one** [36] - 3:1, 4:17, 4:19, 5:6, 8:10, 9:2, 10:10, 11:7, 18:7, 29:14, 29:21, 31:25, 32:24, 42:19, 45:8, 46:11, 48:4, 48:8, 48:10, 49:7, 49:8, 49:20, 50:2, 50:24, 51:2, 61:8, 63:9, 64:18, 66:13, 67:3, 69:10, 69:21, 71:2, 73:1, 73:4, 73:11
**ones** [1] - 11:8
**open** [1] - 63:3
**order** [2] - 55:2, 73:20
**organization** [3] - 6:13, 14:22, 18:7
**outside** [2] - 16:3, 22:2

## P

**p.m** [30] - 19:10, 20:12, 21:3, 21:19, 21:22, 24:2, 24:23, 25:6, 26:4, 26:23, 27:11, 27:20, 27:21, 28:2, 28:11, 28:16, 28:21, 29:2, 29:23, 30:20, 32:13, 33:15, 33:20, 35:2, 35:8, 35:14, 35:20, 40:14, 41:3, 41:18
**pad** [1] - 19:4
**page** [70] - 3:16, 3:17, 4:10, 5:11, 5:18, 5:19, 11:25, 15:13, 15:24, 17:15, 18:24, 18:25, 19:10, 19:22, 20:9, 20:18, 21:3, 21:22, 25:5, 25:19, 26:3, 27:11, 27:19, 28:16, 28:21, 29:2, 29:7, 29:23, 30:7, 30:11, 30:16, 30:20, 32:13, 32:24, 33:20, 34:4, 35:2, 35:14, 35:20, 35:25, 36:13, 39:24, 40:7, 40:14, 40:21, 41:3, 41:18, 46:23, 47:2, 47:3, 47:16, 47:23, 49:1, 50:23, 51:15, 51:20, 52:2, 52:19, 53:5, 53:6, 54:16, 58:8, 58:18, 60:8, 60:23, 61:23, 61:24
**PAGES** [1] - 1:6
**pages** [4] - 61:8, 63:22, 67:21, 72:21
**parent's** [1] - 62:17
**part** [17] - 7:21, 17:12, 43:6, 43:17, 47:5, 47:11, 47:15, 47:17, 47:21, 49:10,

50:14, 58:15, 60:25, 61:10, 61:18, 61:19, 61:23
**participated** [1] - 11:2
**participation** [1] - 65:5
**particular** [5] - 22:25, 42:16, 46:15, 52:11, 73:3
**party** [2] - 13:6, 40:20
**partying** [1] - 5:1
**pass** [3] - 4:22, 7:19, 8:20
**passed** [1] - 22:15
**PATRICIA** [2] - 2:6, 75:9
**patricia_sanders@flsd.uscourts.gov** [1] - 2:9
**Patron** [15] - 8:18, 9:2, 33:19, 35:19, 48:1, 49:5, 51:21, 51:23, 52:20, 52:22, 52:23, 59:10, 59:13, 60:10, 60:16
**PAUL** [1] - 1:21
**pay** [1] - 11:1
**paying** [1] - 67:1
**PC** [3] - 18:3, 36:3, 36:19
**people** [3] - 23:1, 53:4, 58:1
**Perez** [1] - 65:17
**perfect** [1] - 73:14
**performance** [1] - 63:6
**performed** [1] - 52:23
**performer** [1] - 6:4
**performing** [4] - 5:1, 52:24, 56:17, 61:20
**perhaps** [3] - 63:10, 72:7, 73:24
**period** [2] - 37:11, 37:19
**permission** [1] - 14:10
**persistent** [1] - 71:14
**person** [10] - 6:13, 20:24, 22:25, 26:16, 50:20, 51:10, 54:16, 56:25, 66:10, 71:23
**personal** [1] - 42:19
**persons** [1] - 72:16
**pertaining** [1] - 44:2
**Peter** [2] - 35:7, 40:13
**PHILIP** [1] - 1:23
**phone** [35] - 5:12, 17:10, 17:24, 18:7, 18:10, 21:24, 22:8, 22:12, 22:15, 22:17, 22:22, 23:2, 23:3, 23:16, 23:22, 26:5, 27:17, 32:25, 35:13, 37:6, 38:13, 42:13, 50:10, 51:16, 53:10, 53:12, 53:13, 66:5, 66:8, 66:19, 66:23, 66:25, 67:5, 68:24
**phones** [1] - 42:15
**photo** [5] - 14:16, 49:18, 49:19, 58:19, 58:23
**photograph** [23] - 12:1, 12:13, 12:25, 14:14, 14:21, 15:15, 15:21, 16:2, 16:16, 16:18, 16:20, 16:24, 17:3, 49:10, 56:24, 61:16, 61:24, 69:1, 69:12, 70:1, 70:8, 70:10, 70:14
**photographs** [5] - 3:15, 57:25, 58:1, 60:7, 68:21
**photos** [1] - 7:13
**picture** [6] - 16:24, 47:24, 56:23, 70:22, 71:2, 71:3
**pictures** [1] - 3:24
**place** [4] - 22:3, 44:21, 46:7, 50:4
**placed** [5] - 18:7, 44:23, 45:1, 45:8, 45:12
**places** [1] - 71:25
**play** [3] - 10:7, 23:6, 47:13
**played** [3] - 12:10, 43:15, 44:19
**players** [1] - 53:4
**playing** [1] - 63:11
**plays** [2] - 73:3, 73:8
**plenty** [1] - 4:8
**plus** [1] - 66:4
**point** [7] - 5:7, 15:19, 62:11, 62:13, 62:25, 63:9, 72:1
**points** [1] - 6:3
**pole** [5] - 44:21, 44:23, 44:25, 45:5, 45:10
**Ponce** [1] - 1:19
**Poncho** [1] - 40:25
**Portela** [6] - 50:11, 50:14, 51:6, 51:25, 52:2, 69:20
**PORTELA** [1] - 1:7
**position** [1] - 6:6
**possession** [2] - 22:16, 73:6
**post** [6] - 16:9, 26:24, 40:3, 50:16, 51:25, 71:24
**posted** [5] - 49:4, 61:6, 61:24, 64:1, 68:21
**posting** [3] - 11:24, 12:1, 58:6
**postings** [8] - 3:14, 10:15, 64:4, 64:5, 64:10, 72:11, 72:13, 72:14
**posts** [1] - 14:2
**practically** [1] - 11:3
**presence** [1] - 8:13
**present** [3] - 66:14, 66:16, 74:11
**presents** [1] - 59:2
**pressure** [1] - 71:15
**previously** [1] - 72:15
**primo** [1] - 21:20
**prison** [1] - 50:5
**problem** [1] - 23:7
**procedure** [1] - 44:25
**proceedings** [1] - 75:4
**PROCEEDINGS** [1] - 1:12
**produce** [1] - 10:9
**produces** [1] - 6:11
**profanity** [1] - 26:11
**professional** [1] - 10:4
**promote** [1] - 62:23
**promotes** [1] - 8:13
**properties** [2] - 46:10, 46:13
**property** [1] - 43:23
**prosecuted** [1] - 10:23
**protocol** [1] - 74:3
**provided** [1] - 43:3
**public** [4] - 43:5, 43:12, 45:1, 64:2
**publicly** [2] - 62:6, 64:1
**publish** [1] - 14:10
**pulling** [1] - 30:2
**purchases** [1] - 23:23
**pure** [1] - 19:14
**purple** [1] - 32:16
**purported** [2] - 55:9, 61:5
**purports** [2] - 56:17, 59:25
**purposes** [1] - 24:19
**pursuant** [3] - 33:6, 34:19, 37:10
**pursue** [2] - 6:23, 7:2
**put** [11] - 5:7, 6:1, 9:9, 9:17, 9:20, 46:25, 49:7, 49:17, 51:21, 58:7, 68:19

## Q

**questioning** [1] - 65:14
**questions** [4] - 53:21, 65:10, 65:16, 71:14
**quickly** [4] - 8:11, 9:11, 31:11, 55:3
**quite** [1] - 3:14

## R

**Rachel** [3] - 4:13, 52:16, 52:22
**Ramirez** [1] - 12:11
**rap** [1] - 47:20
**rapped** [2] - 10:14, 63:19
**rapper** [1] - 6:4
**rappers** [2] - 58:15, 60:3
**rapping** [3] - 7:17, 64:5, 64:13
**raw** [1] - 29:21
**Raymond** [4] - 16:16, 16:17, 38:8, 38:9
**RC** [1] - 4:13
**read** [22] - 16:9, 19:13, 19:23, 20:21, 21:18, 22:1, 25:1, 26:1, 26:11, 27:3, 27:25, 28:8, 28:19, 29:4, 29:9, 29:19, 29:25, 30:8, 30:13, 31:1, 47:17, 57:2
**reading** [2] - 26:11, 31:9
**reads** [1] - 16:7
**ready** [2] - 17:21, 17:22
**Real** [3] - 21:10, 24:7, 24:8
**real** [2] - 10:2, 43:23
**really** [1] - 73:9
**REC** [5] - 49:12, 49:15, 59:25, 60:23
**receive** [2] - 17:24, 62:5
**received** [10] - 7:22, 18:3, 22:10, 23:17, 27:14, 33:6, 34:19, 66:8, 66:16, 67:9
**receiver** [55] - 24:5, 27:2, 27:23, 28:3, 28:12, 28:17, 28:18, 28:22, 28:24, 29:3, 29:5, 29:8, 29:10, 29:18, 29:20, 29:24, 30:1, 30:8, 30:9, 30:12, 30:14, 30:17, 30:19, 30:21, 30:22, 32:14, 32:15, 33:16, 33:18, 33:21, 33:23, 34:6, 34:8, 35:3, 35:5, 35:9, 35:11, 35:15, 35:17, 35:21, 35:23, 36:14, 36:16, 39:25, 40:2, 40:9, 40:11, 40:15, 40:17, 40:22, 40:24, 41:4, 41:6, 41:19, 41:21
**receiving** [4] - 23:25, 24:3, 24:16, 42:20
**recepient** [1] - 21:5
**RECESS** [2] - 32:6, 74:17
**recipient** [10] - 20:16, 20:19, 21:23, 21:24, 23:12, 25:23, 25:24, 27:1, 28:5, 28:14
**recognize** [16] - 11:21, 12:12, 12:22, 14:18, 15:14, 15:20, 15:24, 54:16, 55:11, 55:20, 55:25, 56:22, 58:3, 58:19, 69:20, 70:3
**recollection** [3] - 61:9, 61:25, 62:10
**RECORD** [1] - 74:8
**record** [6] - 6:25, 10:21, 17:17, 24:19, 49:14, 62:19
**recording** [5] - 7:12, 46:6, 46:13, 62:19, 63:15
**recordings** [17] - 8:24, 9:13, 10:2, 10:9, 10:11, 61:2, 61:4, 61:5, 62:1, 62:2, 62:3, 62:14, 64:10, 64:12, 64:13, 64:15
**records** [6] - 3:25, 6:5, 43:9, 49:13, 61:10, 66:18
**Records** [11] - 5:24,

6:11, 9:2, 9:17, 9:23, 48:1, 57:12, 57:20, 57:24, 58:5, 63:6
**recover** [1] - 11:18
**recovered** [1] - 12:3
**red** [1] - 17:5
**redact** [1] - 72:17
**redacted** [2] - 7:9, 8:7
**reduced** [1] - 50:15
**reference** [11] - 3:21, 5:18, 9:4, 10:8, 24:21, 50:8, 52:3, 52:5, 52:19, 63:2, 63:5
**referenced** [1] - 66:20
**references** [1] - 68:11
**referencing** [3] - 48:21, 48:22, 61:7
**referring** [2] - 3:15, 51:6
**refresh** [3] - 61:9, 61:25, 62:9
**regard** [8] - 42:11, 42:16, 44:19, 52:14, 53:22, 58:10, 61:9, 62:1
**regarding** [3] - 3:9, 4:17, 4:19
**related** [2] - 17:13, 69:14
**relates** [1] - 50:9
**release** [1] - 50:5
**released** [1] - 50:16
**relevance** [3] - 8:5, 9:15, 54:10
**relevant** [1] - 37:11
**remember** [3] - 64:15, 69:3, 72:1
**reply** [1] - 40:19
**REPORTED** [1] - 2:6
**Reporter** [1] - 2:7
**representation** [11] - 12:2, 13:1, 13:9, 14:3, 33:6, 34:19, 36:6, 37:24, 38:11, 39:2, 39:16
**request** [1] - 72:9
**requested** [1] - 42:12
**research** [1] - 71:24
**researched** [1] - 43:5
**resounding** [1] - 71:18
**respective** [1] - 38:7
**respond** [1] - 25:17
**response** [12] - 25:14, 30:3, 30:5, 30:24, 32:17, 40:5, 41:1, 41:8, 41:10, 41:12, 41:14, 41:16
**responses** [1] - 30:25
**responsive** [1] - 31:14
**rest** [1] - 31:21
**result** [1] - 17:23
**resume** [2] - 71:9, 72:4
**resuming** [1] - 72:7
**return** [13] - 17:12, 17:23, 20:10, 25:6, 25:19, 26:3, 36:2, 36:19, 37:6, 37:20, 38:22, 39:11, 39:17
**returns** [4] - 11:18, 13:24, 17:10, 36:23
**review** [4] - 54:1, 64:4, 64:9, 68:14
**reviewed** [7] - 63:21, 64:12, 65:24, 67:8, 67:18, 67:23, 68:4
**Rick** [7] - 10:3, 52:3, 52:7, 52:10, 52:12, 52:13
**rifle** [1] - 42:4
**rise** [2] - 11:10, 32:10
**rob** [1] - 21:8
**robbed** [1] - 40:24
**robberies** [1] - 6:8
**RODOLFO** [1] - 1:7
**Rodriguez** [9] - 13:13, 13:14, 16:25, 17:1, 34:16, 35:5, 35:11, 35:17, 35:23
**Rolling** [1] - 63:11
**room** [1] - 62:17
**Ross** [7] - 10:3, 52:3, 52:4, 52:7, 52:10, 52:12, 52:13
**RPR** [2] - 2:6, 75:9
**RUBIO** [5] - 2:4, 19:18, 28:5, 31:3, 31:13
**ruled** [1] - 8:3
**ruling** [1] - 3:10

## S

**Salas** [14] - 5:20, 14:23, 15:9, 16:2, 39:14, 40:2, 40:11, 40:17, 40:24, 41:6, 41:21, 48:13, 48:15, 50:5
**sales** [3] - 6:14, 6:15, 23:23
**SANDERS** [3] - 2:6, 75:7, 75:9
**sang** [1] - 10:14
**Sarah** [3] - 62:15, 62:18, 63:7
**saw** [5] - 14:16, 23:1, 23:3, 50:4, 66:4
**Scale** [1] - 19:15
**schedule** [1] - 31:23
**screen** [2] - 14:13, 16:9
**SCREEN)** [6] - 14:25, 15:2, 15:4, 15:6, 15:8, 15:10
**search** [28] - 7:22, 11:18, 13:24, 17:12, 17:23, 20:10, 25:5, 25:19, 26:3, 33:6, 34:19, 36:2, 36:19, 36:23, 37:6, 37:10, 37:20, 38:22, 39:2, 39:11, 39:16, 43:9, 43:11, 44:20, 62:4, 63:20, 64:1, 68:13
**seated** [3] - 11:11, 32:11, 72:6
**second** [6] - 3:16, 3:18, 9:4, 11:25, 15:13, 19:11
**seconds** [11] - 8:22, 20:12, 25:6, 26:4, 26:23, 27:11, 27:19, 28:16, 29:17, 34:5, 35:25
**secure** [10] - 13:24, 17:9, 17:12, 18:11, 36:2, 36:19, 37:6, 37:20, 38:22, 39:11
**secured** [1] - 37:10
**Security** [1] - 19:7
**SECURITY** [2] - 11:10, 32:10
**see** [32] - 10:5, 14:13, 16:4, 16:15, 16:19, 16:23, 19:2, 19:7, 24:23, 25:3, 25:7, 25:20, 26:5, 26:7, 26:8, 26:23, 26:24, 31:16, 50:6, 50:14, 52:5, 52:8, 57:23, 61:15, 63:23, 67:6, 68:25, 69:7, 70:10, 72:3, 74:3, 74:16
**seize** [5] - 43:17, 43:20, 43:23, 61:1, 62:7
**seized** [10] - 8:23, 8:24, 9:20, 44:5, 44:12, 44:15, 61:10, 65:8, 67:12
**seizing** [1] - 60:25
**sells** [1] - 6:7
**sender** [44] - 24:5, 28:4, 28:18, 29:3, 29:5, 29:8, 29:10, 29:18, 29:20, 29:24, 30:1, 30:7, 30:9, 30:12, 30:14, 30:17, 30:20, 32:14, 32:15, 33:16, 33:21, 33:23, 34:6, 34:8, 35:3, 35:9, 35:11, 35:15, 35:17, 35:21, 35:23, 36:14, 36:16, 39:25, 40:9, 40:11, 40:15, 40:17, 40:22, 40:24, 41:4, 41:6, 41:19, 41:21
**sending** [3] - 25:20, 42:20, 67:5
**sent** [5] - 18:12, 66:11, 66:21, 67:3, 67:8
**sentence** [1] - 3:18
**separate** [1] - 45:10
**service** [2] - 41:25, 72:1
**serving** [1] - 41:17
**SESSION** [1] - 1:5
**set** [2] - 11:3, 73:3
**sets** [1] - 7:18
**seven** [3] - 38:21, 45:14, 52:2
**several** [4] - 14:22, 18:6, 21:16, 29:17
**SH** [3] - 5:13, 5:25, 51:21
**Shakira** [1] - 63:8
**shape** [1] - 74:4
**share** [1] - 3:4
**sharp** [1] - 72:4
**shirt** [8] - 17:5, 17:7, 57:20, 57:24, 58:1, 60:1, 60:18, 69:10
**Shores** [1] - 2:5
**shorter** [1] - 31:21
**show** [4] - 8:4, 46:23, 63:22, 64:12
**showed** [2] - 61:8, 66:18
**showing** [15] - 11:21, 12:12, 13:22, 15:13, 15:24, 53:25, 55:6, 55:18, 61:19, 68:25, 69:18, 70:1, 70:8, 70:14, 70:21
**shown** [1] - 7:9
**shows** [1] - 7:12
**shut** [2] - 3:19, 47:4
**sic** [3] - 24:7, 25:13, 30:2
**side** [2] - 42:19, 42:20
**sidebar** [2] - 3:11, 62:11
**sign** [8] - 69:5, 69:12, 69:24, 70:6, 70:12, 70:19, 71:1, 71:6
**signature** [1] - 27:18
**signed** [1] - 6:25
**significant** [1] - 44:4
**silence** [1] - 71:19
**simply** [1] - 63:5
**singing** [6] - 58:24, 58:25, 62:16, 62:18, 62:20, 64:13
**sister** [1] - 4:13
**site** [1] - 13:15
**six** [5] - 9:2, 37:18, 38:10, 51:14, 61:5
**Sixth** [4] - 28:25, 29:11, 29:12, 29:16
**slanging** [1] - 36:17
**Slide** [1] - 5:24
**slide** [1] - 40:13
**Slip** [1] - 5:24
**small** [1] - 63:10
**Smith** [1] - 62:16
**smoking** [1] - 59:1
**smoothly** [1] - 31:11
**snitching** [1] - 9:6
**Social** [1] - 19:7
**social** [2] - 43:3, 68:9
**someone** [3] - 26:15, 56:17, 71:17
**sometime** [2] - 45:16, 73:18
**sometimes** [1] - 66:12
**son** [1] - 71:21
**song** [1] - 47:21
**songs** [2] - 10:14, 49:8
**sorry** [3] - 49:1, 51:1, 52:6
**sort** [1] - 49:23
**sources** [2] - 10:25, 43:5
**South** [1] - 1:24
**sOUTHERN** [1] - 1:2
**special** [1] - 41:25
**specific** [1] - 45:7
**specifically** [3] - 23:16, 46:13, 66:10
**specified** [1] - 37:20
**split** [1] - 73:5
**Spot** [2] - 8:16, 60:20
**spot** [1] - 40:12
**Stallion** [4] - 26:12, 26:14, 27:5, 27:17

**start** [3] - 3:15, 27:20, 63:10
**started** [1] - 63:11
**starting** [1] - 17:3
**stash** [1] - 40:12
**State** [1] - 10:1
**statements** [2] - 8:6, 8:8
**STATES** [4] - 1:1, 1:4, 1:13, 1:15
**States** [1] - 2:7
**status** [1] - 47:17
**Steven** [3] - 11:19, 69:14, 69:16
**still** [5] - 11:14, 12:13, 14:16, 49:10, 73:14
**Stones** [1] - 63:11
**stop** [5] - 9:6, 31:16, 31:17, 31:18
**strategy** [1] - 73:8
**street** [1] - 46:20
**Street** [13] - 1:17, 1:22, 2:2, 2:5, 16:3, 28:25, 29:11, 29:12, 29:16, 45:8, 45:9, 46:12, 60:21
**strike** [2] - 25:4, 31:13
**strip** [3] - 47:8, 47:9, 58:12
**stripper** [1] - 60:3
**strippers** [1] - 58:15
**strokes** [1] - 72:8
**students** [1] - 73:2
**studio** [6] - 7:12, 7:17, 56:17, 56:19, 56:20, 58:24
**stuff** [1] - 63:4
**subpoena** [1] - 18:3
**subscribed** [2] - 66:25, 67:24
**subscriber** [5] - 22:22, 23:4, 24:13, 66:23
**substantive** [1] - 73:8
**Sue** [3] - 62:15, 62:18, 63:7
**suggesting** [1] - 63:22
**suggestion** [2] - 63:14, 73:21
**Suite** [4] - 1:20, 1:24, 2:3, 2:7
**sum** [1] - 21:8
**sunglasses** [1] - 59:22
**supplied** [1] - 13:13
**surgical** [1] - 11:6
**surprises** [1] - 10:22
**Sustained** [1] - 26:21

## T

**T-shirt** [4] - 57:24, 58:1, 60:1, 60:18
**tab** [19] - 4:2, 4:9, 4:10, 4:14, 32:24, 34:11, 36:1, 36:18, 37:5, 37:18, 38:10, 38:21, 39:10, 40:8, 40:21, 50:9, 51:14, 52:15, 53:2
**TAKEN** [1] - 32:6
**talks** [2] - 47:2, 58:14
**tapes** [1] - 44:18
**target** [4] - 20:6, 29:13, 34:2, 34:15
**targeted** [1] - 33:1
**targets** [2] - 21:13, 32:20
**Team** [3] - 57:3, 57:4, 57:5
**telephone** [4] - 21:12, 38:23, 39:11, 70:24
**Teli** [2] - 51:18, 51:21
**ten** [2] - 24:7, 65:13
**tend** [1] - 51:23
**tender** [1] - 42:5
**testified** [3] - 22:7, 46:21, 57:14
**testify** [5] - 22:8, 22:11, 66:5, 66:10, 66:18
**testifying** [1] - 22:18
**testimony** [1] - 67:18
**text** [46] - 8:6, 16:4, 16:7, 16:11, 16:13, 17:10, 17:24, 18:12, 18:24, 19:2, 19:6, 19:11, 19:23, 20:12, 20:19, 20:21, 21:18, 23:17, 23:25, 24:2, 25:3, 25:12, 25:20, 25:22, 26:24, 27:1, 27:3, 27:25, 28:19, 28:23, 30:3, 30:5, 30:25, 40:5, 40:7, 42:11, 42:20, 57:15, 65:25, 66:4, 66:6, 66:8, 66:11, 66:16, 66:21, 67:6
**texts** [3] - 66:13, 66:14, 67:8
**THE** [102] - 1:12, 1:15, 3:1, 3:7, 3:12, 4:1, 4:5, 4:7, 4:9, 4:11, 4:14, 4:16, 4:18, 4:21, 4:23, 5:2, 5:4, 5:9, 6:18, 7:7, 7:14, 7:19, 7:21, 7:24, 8:2, 8:9, 8:11, 8:19, 8:21, 9:8, 9:12, 10:12, 11:5, 11:9, 11:11, 11:15, 12:8, 12:20, 13:19, 14:9, 14:11, 14:25, 15:2, 15:4, 15:6, 15:8, 15:10, 17:19, 18:18, 18:20, 18:22, 22:4, 22:6, 22:13, 22:21, 23:3, 23:6, 23:9, 23:13, 24:9, 24:11, 26:21, 28:6, 31:4, 31:7, 31:15, 31:22, 32:7, 32:11, 33:11, 33:13, 34:25, 36:11, 37:3, 37:16, 38:4, 38:19, 39:8, 39:22, 42:6, 54:9, 54:11, 54:25, 55:16, 56:8, 61:13, 62:11, 62:15, 63:7, 63:13, 64:3, 64:20, 65:11, 65:18, 71:8, 72:6, 73:17, 74:2, 74:7, 74:8, 74:13, 74:15
**theory** [1] - 6:2
**therefore** [1] - 64:2
**thoughts** [1] - 6:19
**thousand** [1] - 67:21
**three** [10] - 4:10, 15:24, 23:8, 29:6, 29:22, 32:16, 36:1, 50:9, 60:1, 71:12
**throughout** [1] - 72:1
**throw** [1] - 35:24
**throwback** [1] - 69:10
**Thursday** [1] - 32:1
**timeframe** [1] - 53:15
**timeline** [1] - 31:25
**Tinoco** [6] - 15:7, 16:11, 16:16, 16:17, 48:19, 48:21
**today** [2] - 66:5, 71:9
**top** [7] - 10:3, 40:8, 48:1, 49:2, 52:19, 59:10, 59:20
**towards** [1] - 18:25
**track** [1] - 73:22
**trafficking** [2] - 11:2, 65:6
**transaction** [2] - 13:6, 13:12
**transcript** [2] - 4:3, 20:9
**TRANSCRIPT** [1] - 1:12
**transcription** [1] - 75:4
**trap** [3] - 21:8, 28:1, 33:25
**traveling** [1] - 20:1
**TRIAL** [1] - 1:12
**trial** [1] - 44:16
**tried** [1] - 6:24
**trouble** [1] - 53:10
**truth** [1] - 47:19
**try** [3] - 63:22, 65:9, 71:24
**trying** [4] - 5:7, 6:24, 50:14, 51:24
**Tube** [10] - 31:16, 43:5, 61:6, 61:21, 61:24, 62:7, 63:19, 64:4, 64:10, 68:11
**Tuesday** [5] - 8:18, 34:10, 60:16, 71:10, 71:11
**turn** [8] - 17:15, 18:24, 20:9, 29:2, 34:11, 36:1, 40:7, 55:2
**turning** [6] - 21:22, 24:2, 24:23, 34:4, 37:5, 37:18
**Two** [1] - 1:24
**two** [15] - 5:16, 8:22, 19:10, 30:15, 32:1, 34:11, 45:10, 46:17, 46:23, 51:15, 51:20, 54:16, 58:15, 58:19, 60:6

## U

**under** [4] - 11:14, 17:25, 20:1, 71:15
**undercover** [7] - 6:15, 13:6, 13:15, 22:15, 29:15, 44:7, 53:17
**understood** [1] - 31:23
**unfortunately** [3] - 66:1, 66:2, 67:22
**unidentified** [1] - 25:14
**UNITED** [3] - 1:1, 1:4, 1:15
**United** [1] - 2:7
**uNITED** [1] - 1:13
**universe** [1] - 66:14
**unknown** [21] - 28:18, 28:24, 29:5, 29:10, 29:20, 30:1, 30:9, 30:14, 30:19, 30:22, 32:15, 33:19, 33:23, 35:23, 36:16, 40:2, 40:11, 40:17, 40:24, 41:6, 41:21
**unless** [2] - 21:10, 67:6
**up** [30] - 3:11, 4:22, 5:6, 7:19, 8:20, 9:18, 18:9, 21:9, 21:20, 22:19, 26:12, 27:20, 30:2, 30:6, 31:15, 32:3, 35:13, 47:6, 51:24, 59:20, 63:4, 64:22, 65:13, 65:14, 69:5, 69:12, 71:24, 72:9, 72:18, 72:24
**uploaded** [1] - 63:19
**uploads** [1] - 62:16
**user** [8] - 24:20, 24:24, 25:10, 33:18, 35:5, 48:2, 66:20, 68:23
**users** [1] - 23:21
**uses** [1] - 59:11

## V

**value** [1] - 44:4
**vantage** [1] - 15:19
**various** [2] - 22:8, 67:18
**VAZQUEZ** [58] - 1:15, 4:22, 7:25, 8:3, 10:21, 11:16, 12:5, 12:9, 12:17, 12:21, 13:5, 13:16, 13:20, 14:6, 14:10, 14:12, 17:17, 17:20, 18:16, 18:21, 18:23, 19:19, 22:14, 22:25, 23:5, 23:11, 23:14, 24:12, 26:22, 28:7, 31:2, 31:20, 33:9, 33:14, 34:22, 35:1, 36:8, 36:12, 36:25, 37:4, 37:13, 37:17, 38:1, 38:5, 38:16, 38:20, 39:5, 39:9, 39:19, 39:23, 42:5, 54:10, 54:24, 55:15, 56:7, 61:14, 63:24, 65:15
**Vazquez** [16] - 3:8, 7:9, 7:24, 9:21, 11:13, 17:22, 22:13, 23:9, 24:11, 31:7, 31:19, 32:3, 32:7, 32:12, 47:1, 50:19
**vehicles** [2] - 67:14, 67:15
**verse** [1] - 47:20
**verses** [2] - 3:22,

49:7
**video** [19] - 5:22, 10:3, 10:24, 12:10, 12:13, 12:15, 14:16, 31:16, 44:18, 61:2, 61:5, 61:20, 62:1, 62:14, 62:16, 62:17, 63:23, 64:10
**videos** [19] - 8:24, 9:2, 10:9, 10:16, 61:9, 61:16, 61:17, 61:18, 61:21, 62:5, 62:7, 62:24, 63:2, 63:5, 63:16, 63:25, 64:1
**volunteering** [1] - 31:17
**vs** [1] - 1:5

## W

**wait** [3] - 24:9, 33:24
**waiting** [4] - 3:1, 9:12, 10:18, 40:13
**wall** [1] - 49:12
**warrant** [26] - 7:22, 11:18, 13:24, 17:12, 17:23, 20:10, 25:5, 25:19, 26:3, 33:7, 34:20, 36:2, 36:19, 36:23, 37:6, 37:10, 37:20, 38:22, 39:3, 39:11, 39:17, 43:11, 44:21, 62:4, 63:20, 64:1
**warrants** [1] - 43:9
**Wayne** [1] - 10:4
**wearing** [3] - 57:24, 58:1, 69:10
**Wednesday** [1] - 60:4
**weed** [1] - 40:3
**week** [3] - 32:2, 43:15, 45:14
**weekend** [4] - 71:15, 72:3, 72:23, 74:15
**weeks** [1] - 71:13
**West** [1] - 1:22
**west** [1] - 15:19
**White** [1] - 57:20
**white** [1] - 29:11
**whole** [1] - 5:7
**wife** [1] - 71:21
**WILLIAMS** [1] - 1:12
**Williams** [1] - 9:18
**wish** [1] - 3:3
**WITNESS** [8] - 11:15, 14:25, 15:2, 15:4, 15:6, 15:8, 15:10, 28:6
**witness** [4] - 9:21, 22:7, 42:5, 42:19
**witnesses** [1] - 10:10
**word** [7] - 5:13, 5:22, 5:25, 51:6, 51:21, 52:6
**word"** [2] - 25:16, 49:3
**wording** [1] - 57:4
**works** [1] - 44:25
**world** [1] - 62:23
**wrap** [1] - 32:3

## Y

**year** [1] - 10:24
**yesterday** [6] - 3:13, 46:21, 46:22, 50:19, 72:12, 72:18
**yo** [4] - 21:20, 33:19, 35:7, 47:4
**young** [1] - 48:3
**Yung** [6] - 8:18, 9:2, 48:1, 59:10, 59:13, 60:16

## Z

**Zerquera** [12] - 13:25, 14:4, 15:15, 15:21, 15:22, 16:2, 16:20, 16:22, 17:1, 17:5, 32:23, 38:25