CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

**FLST 15 063**

| | | | |
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Christopher Altamirano | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>14-20017-CR-KMW | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S. vs. Portela, et al. | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21. U.S.C. 841,846,856 18 U.S.C. 922, 924

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Jury trial proceedings (2-11 – 2-20-15)

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
Daily trial proceedings

Entered: [initials] 2/27/15
Processed: 2/27/15

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost 60/40 % of transcript with *(Give case name and defendant)* (attached breakdown on back) — [initials] *

B. ☐ 14-Day ☐ Expedited ☑ Daily ☐ Hourly ☐ Realtime Unedited — [initials] *

C. ☑ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☑ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions — [initials] *

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature]
Signature of Attorney — Date

Philip R. Horowitz, Esq.
Printed Name
Telephone Number: (305) 670-1915
☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

[signature]
Signature of Presiding Judge or By Order of the Court
Date of Order — Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Patricia Sanders
400 North Miami Avenue, Room 11-3 Miami, FL 33128
Telephone Number: 305-523-5548

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | 1025 | 1.22 | | | 1,250.50 |
| Expense *(Itemize)* | (on back) | | | | | |
| DE 811, 812, 841, 815, 817, 827, 831, 833, 835, 839 | | | | | TOTAL AMOUNT CLAIMED: | 1,250.50 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee [signature] Date 2-25-15

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.
Marla Duque — 2/26/15
Signature of Attorney or Clerk — Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT
[signature] — 2/26/15
Signature of Judge or Clerk of Court — Date

24. AMOUNT APPROVED
$1250.50

RECEIVED CJA FEB 26 2015