United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

United States of America v. Maurin Chacon, et. al.

EXHIBIT LIST
WITNESS LIST
CASE NUMBER: 14-20017-CR-WILLIAMS(s)(s)

| PRESIDING JUDGE<br><br>Hon. Kathleen M. Williams | ASSISTANT UNITED<br><br>Ignacio Vazquez, Ilham Hosseini, and Mark Dispoto | DEFENDANTS' ATTORNEYS<br><br>Manuel Gonzalez (Maurin Chacon),<br>Philip Horowitz (Christopher Altamirano),<br>Paul Korchin (Rodolfo Portela),<br>David Donet (James Dixon), and<br>Herman Frank Rubio (Jay Anthony Flores) |
|---|---|---|
| TRIAL DATE(S)<br>February 9, 2015 | COURT REPORTER<br>Patricia Sanders | COURTROOM DEPUTY<br>Anita Greer |

| USA. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2-11 | 2-11 | | Image of Maurin Chacon |
| 2 | | 2-11 | 2-11 | | Image of Christopher Altamirano |
| 3 | | 2-11 | 2-11 | | Image of Rodolfo Portela |
| 4 | | 2-11 | 2-11 | | Image of Dayaan Zerquera |
| 5 | | 2-11 | 2-11 | | Image of Alioth Salas |
| 6 | | 2-11 | 2-11 | | Image of Angel Martinez |
| 7 | | | | | Image of Carlos Tinoco |
| 8 | | | | | Image of Luis Salas |
| 9 | | | | | Image of Raymond Moore |
| 10 | | | | | Image of Joel Diaz |
| 11 | | | | | Image of Miguel Rodriguez |
| 12 | | | | | Image Nadim Guzman |
| 13 | | | | | Image of Joseph Thompson |
| 14 | | | | | Image of Christopher Ramirez |
| 15 | | | | | Image of Steven Castro |
| 16 | | ↓ | ↓ | | Image of James Dixon |

2

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 17 |   | 2-12 | 2-12 |   | Image of Dwight Forte |
| 18 |   | 2-12 | 2-12 |   | Image of Fernando Darce |
| 19 |   | 2-11 | 2-11 |   | Image of Kevin Diaz |
| 20 |   | 2-11 | 2-11 |   | Image of Jay Anthony Flores |
| 21 |   | 2-27 | 2-27 |   | Image of Mario Balboa |
| 22 |   | 2-11 | 2-11 |   | Image of SW 12 Ave. and SW 1st Street, Miami, Florida |
| 23 |   | 2-11 | 2-11 |   | December 11, 2011, recovered marijuana |
| 24 |   | 2-11 | 2-11 |   | Image of 528 NW 11 Ave. Apt. 2, Miami, Florida |
| 25 |   | 2-11 | 2-11 |   | Image of Little Havana Super Market |
| ✱ 26 |   | 2-20 | 2-20 |   | Images of Chacon, Portlea and Luis Salas from July 26, 2013 arrest |
| 27 |   | 2-11 | 2-11 |   | April 3, 2014, recovered narcotics (Ramirez) |
| 28 |   | 2-11 | 2-11 |   | May 28, 2013, firearm |
| 29 |   | 2-11 | 2-11 |   | May 28, 2013, ammunition |
| 30 |   | 2-11 | 2-11 |   | May 28, 2013, cocaine, marijuana, paraphernalia |
| 31 |   |   |   |   | Intentionally omitted |
| 32 |   |   |   |   | Intentionally omitted |
| 33 |   | 2-11 | 2-11 |   | Image of NW 12 Ave. and 4 Street, Miami, Florida |
| 34 |   | 2-11 | 2-11 |   | June 4, 2013, recovered marijuana (Case no. 130604-159037) |
| 35 |   | 2-11 | 2-11 |   | July 3, 2013, recovered marijuana (Case no. 130703-188213) |
| 36 |   | 2-11 | 2-11 |   | Image of 435 NW 11th Ave., Miami, Florida |
| 37a |   | 2-11 | ↓ |   | September 20, 2013, marijuana and rock cocaine (Case no. 130920-271211; 130920-271050) |
| 37b |   | ↓ | ↓ |   | September 20, 2013, marijuana |
| 38 |   | 2-11 | 2-11 |   | September 26, 2013, recovered crack cocaine (Case no. 130926-277472) |
| 39 |   | 2-19 | 2-19 |   | November 20-21, 2013, recovered currency (Case no. 131120-336145) |
| 40a 40 |   | 2-11 | 2-11 |   | November 20-21, 2013, recovered narcotics (Case no. 131121-336219) marijuana and crack rock (40A) added → Xanax |
| 41 |   | 2-19 | 2-19 |   | November 20-21, 2013, recovered victim property |
| 42 |   | 2-11 | 2-11 |   | Image of 428 NW 11th Ave., Miami, Florida |

✱ composite: #26B - Chacon
26A Balas
C Portela

3

| | | | | | |
|---|---|---|---|---|---|
| 43 | | 2-11 | 2-11 | | April 3, 2014, recovered narcotics (Case no. 140403-97703) (Zequera) crack cocaine, MDMA and marijuana |
| 44 | | 2-11 | ↓ | | April 3, 2014, recovered firearm |
| 45a | | ↓ | ↓ | | April 3, 2014, recovered ammunition |
| 45b | | ↓ | ↓ | | April 3, 2014, spent casing |
| 46 | | | | | Image of 535 NW 14 Ave., Miami, Florida |
| 47 | | 2-23 | 2-23 | | July 17, 2012, recovered ammunition (Case no. 120717-204892) |
| 48 | | 2-11 | 2-11 | | July 17, 2012, recovered spent ammunition (Case no. 120717-204892) |
| 49 | | | | | Intentionally omitted |
| 50 | | 2-12 | 2-12 | | Image of 335 NW 14th Ave., Miami, Florida (Original Trap) |
| 51 | | | | | Intentionally omitted |
| 52 | | | | | Intentionally omitted |
| 53 | | | | | Letter from Alioth Salas |
| 54 | | 2/24 | 2/24 | | Jailhouse Phone Call CD 1 (Calls from Portlea) |
| 55 | | 2/25 | 2/25 | | Jailhouse Phone Call CD 1 Call Transcript 1 (Calls from Portlea) |
| 56 | | ↓ | ↓ | | Jailhouse Phone Call CD 1 Call Transcript 2 (Calls from Portela) |
| 57 | | ↓ | ↓ | | Jailhouse Phone Call CD 1 Call Transcript 3 (Calls from Portlea) |
| 58 | | ↓ | ↓ | | Jailhouse Phone Call CD 1 Call Transcript 4 (Calls from Portlea) |
| 59 | | ↓ | ↓ | | Jailhouse Phone Call CD 1 Call Transcript 5 (Calls from Portlea) |
| 60 | | ↓ | ↓ | | Jailhouse Phone Call CD 1 Call Transcript 6 (Calls from Portlea) |
| 61 | | 2/24 | 2/24 | | Jailhouse Phone Call CD 2 (Calls from Altamirano) |
| 62 | | 2/25 | 2/25 | | Jailhouse Phone Call CD 2 Call Transcript 1 (Calls from Altamirano) |
| 63 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 2 (Calls from Altamirano) |
| 64 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 3 (Calls from Altamirano) |
| 65 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 4 (Calls from Altamirano) |
| 66 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 5 (Calls from Altamirano) |
| 67 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 6 (Calls from Altamirano) |
| 68 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 7 (Calls from Altamirano) |
| 69 | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 8 (Calls from Altamirano) |

| | | | | | |
|---|---|---|---|---|---|
| 70 | | 2/25 | 2/25 | | Jailhouse Phone Call CD 2 Call Transcript 9 (Calls from Altamirano) |
| 71 | | | | | Jailhouse Phone Call CD 2 Call Transcript 10 (Calls from Altamirano) |
| 72 | | | | | Jailhouse Phone Call CD 2 Call Transcript 11 (Calls from Altamirano) |
| 73 | | | | | Jailhouse Phone Call CD 2 Call Transcript 12 (Calls from Altamirano) |
| 74 | | | | | Jailhouse Phone Call CD 2 Call Transcript 13 (Calls from Altamirano) |
| 75 | | | | | Jailhouse Phone Call CD 2 Call Transcript 14 (Calls from Altamirano) |
| 76 | | | | | Jailhouse Phone Call CD 2 Call Transcript 15 (Calls from Altamirano) |
| 77 | | | | | Jailhouse Phone Call CD 2 Call Transcript 16 (Calls from Altamirano) |
| 78 | | | | | Jailhouse Phone Call CD 2 Call Transcript 17 (Calls from Altamirano) |
| 79 79A,B,C | | ↓ | ↓ | | Jailhouse Phone Call CD 2 Call Transcript 18 (Calls from Altamirano) |
| 80 | | 2/24 | 2/24 | | Jailhouse Phone Call CD 3 (Calls from Alioth Salas) |
| 81 | | 2/25 | 2/25 | | Jailhouse Phone Call CD 3 Call Transcript 1 (Alioth Salas) |
| 82 | | | | | Jailhouse Phone Call CD 3 Call Transcript 2 (Alioth Salas) |
| 83 | | | | | Jailhouse Phone Call CD 3 Call Transcript 3 (Alioth Salas) |
| 84 | | | | | Jailhouse Phone Call CD 3 Call Transcript 4 (Alioth Salas) |
| 85 | | | | | Jailhouse Phone Call CD 3 Call Transcript 5 (Alioth Salas) |
| 86 | | ↓ | ↓ | | Jailhouse Phone Call CD 3 Call Transcript 6 (Alioth Salas) |
| 87 | | 2/24 | 2/24 | | Jailhouse Phone Call CD 4 (Calls from Barbaro Furtun) |
| 88 88A | | 2-25 | 2-25 | | Facebook Recovered Video 1 (Ramirez First Speaker) (88A - Transcript) |
| 89 | | 2-18 | 2-18 | | Facebook Recovered Video 2 (BMT members discussing birthday plans |
| 89A | | 2-18 | 2-18 | | for Chacon) 89 + (89A (court reserves re: Altamarino - CD) |
| 90/90A | | 2-25 | 2-25 | | Facebook Recovered Video 3 (Redacted BMT admission video) 90A - Transcript |
| 91 | | ↓ | ↓ | | Instagram Recovered Video 1 (Chacon armed with firearm with Ramirez and others) |
| 92 | | 2-23 | 2-23 | | Image of 1351 NW 3rd Street, Miami, Florida |
| 93 | | | | | Intentionally omitted |
| 94 | | | | | May 3, 2014, shooting video |
| 95 | | 2-12 | 2-12 | | January 25, 2014, robbery assault security camera video |
| 96 | | | | | Image of 1152 NW 6 Street, Miami, Florida |
| 97 | | 2-19 | 2-19 | | Image of 1243 NW 4 Street, Miami Florida and 1235 NW 4th Street, Miami, Florida |

5

| 98 | | 2-19 | 2-19 | | July 26, 2013, firearm |
|---|---|---|---|---|---|
| 99 | | ↓ | ↓ | | July 26, 2013, ammunition |
| 100 | | 2-19 | 2-19 | | July 26, 2013, marijuana |
| 101 | | | | | Recording of Maurin Chacon, Luis Salas and Rodolfo Portela from July 26, 2013 |
| 102 | | | | | October 24, 2013, video |
| 103 | | 2-20 | 2-20 | | November 22, 2013, narcotics |
| 104a-b | | 2-20 | 2-20 | | November 22, 2013, video and video still |
| 105 | | ↓ | ↓ | | November 22, 2013, transcript |
| 106 | | | | | November 22, 2013, transcript |
| 107 | | | | | December 6, 2013, audio |
| 108 | | 2-20 | 2-20 | | December 6, 2013, transcript |
| 109 | | ↓ | ↓ | | December 6, 2013, audio |
| 110 | | | | | December 6, 2013, transcript |
| 111 | | 2-20 | 2-20 | | December 13, 2013, audio |
| 112 | | | | | December 13, 2013, transcript |
| 113 | | | | | December 13, 2013, video |
| 114 | | | | | December 13, 2013, video still |
| 115 | | ↓ | ↓ | | December 13, 2013, transcript |
| 116 | | 2-23 | 2-23 | | December 13, 2013, narcotics |
| 117 | | 2-23 | 2-23 | | December 17, 2013, video |
| 118 | | | | | December 17, 2013, video still |
| 119 | | ↓ | ↓ | | December 17, 2013, transcript |
| 120 | | 2-23 | 2-23 | | December 17, 2013, narcotics |

| | | | | | |
|---|---|---|---|---|---|
| 121 | | 2-23 | 2-23 | | January 9, 2014, audio |
| 122 | | ↓ | ↓ | | January 9, 2014, transcript |
| 123 | | ↓ | ↓ | | January 9, 2014, video |
| 124 | | ↓ | ↓ | | January 9, 2014, video still |
| 125 | | ↓ | ↓ | | January 9, 2014, transcript |
| 126 | | 2-23 | 2-23 | | January 9, 2014, narcotics |
| 127 | | 2-23 | 2-23 | | January 16, 2014, video |
| 128 | | ↓ | ↓ | | January 16, 2014, video still |
| 129 | | ↓ | ↓ | | January 16, 2014, transcript |
| 130 | | 2-23 | 2-23 | | January 16, 2014, narcotics |
| 131 | | 2-23 | 2-23 | | January 23, 2014, video |
| 132 | | ↓ | ↓ | | January 23, 2014, video still |
| 133 | | ↓ | ↓ | | January 23, 2014, transcript |
| 134 | | 2-23 | 2-23 | | January 23, 2014, narcotics |
| 135 | | 2-23 | 2-23 | | January 28, 2014, video |
| 136 | | ↓ | ↓ | | January 23, 2014, video still |
| 137 | | ↓ | ↓ | | January 23, 2014, transcript |
| 138 | | | | | Intentionally omitted |
| 139 | | 2-19 | 2-19 | | February 5, 2014, narcotics |
| 140 | | 2-19 | 2-19 | | February 5, 2014, video |
| 141 | | ↓ | ↓ | | February 5, 2014, video still |
| 142 | | ↓ | ↓ | | February 5, 2014, transcript |

| 143 |  | 2/23 | 2/23 |  | February 6, 2014, narcotics |
|---|---|---|---|---|---|
| 144 |  | 2/23 | 2/23 |  | February 6, 2014, video |
| 145 |  | 2/23 | 2/23 |  | February 6, 2014, video still (6 pgs) |
| 146 |  | 2/23 | 2/23 |  | February 6, 2014, transcript |
| 147 |  | 2/23 | 2/23 |  | February 11, 2014, narcotics |
| 148 |  | 2/23 | 2/23 |  | February 11, 2014, video |
| 149 |  | 2/23 | 2/23 |  | February 11, 2014, video still (2 pgs) |
| 150 |  | 2/23 | 2/23 |  | February 11, 2014, transcript |
| 151 |  | 2/23 | 2/23 |  | February 15, 2014, audio |
| 152 |  | 2/23 | 2/23 |  | February 15, 2014, transcript |
| 153 |  | 2/23 | 2/23 |  | February 16, 2014, transcript |
| 154 |  | 2/23 | 2/23 |  | February 18, 2014, narcotics |
| 155 |  | 2/23 | 2/23 |  | February 18, 2014, video |
| 156 |  | 2/23 | 2/23 |  | February 18, 2014, video still (5 pgs) |
| 157 |  | 2/23 | 2/23 |  | February 18, 2014, transcript |
| 158 |  | 2/23 | 2/23 |  | February 19, 2014, narcotics |
| 159 |  | 2/23 | 2/23 |  | February 19, 2014, video |
| 160 |  | 2/23 | 2/23 |  | February 19, 2014, video still (2 pgs) |
| 161 |  | 2/23 | 2/23 |  | February 19, 2014, transcript |
| 162 |  | 2/23 | 2/23 |  | February 25, 2014, audio |
| 163 |  | 2/23 | 2/23 |  | February 25, 2014, transcript |
| 164 |  | 2/23 | 2/23 |  | February 25, 2014, transcript 2 |
| 165 |  | 2/23 | 2/23 |  | February 25, 2014, transcript 3 |
| 166 |  | 2/24 | 2/24 |  | February 25, 2014, narcotics |

| 167A-B | 2/24 2/24 | 2/24 2/24 | | February 25, 2014, firearm (Ex. 167A) and packaging (Ex. 167B) |
|---|---|---|---|---|
| 168 | 2/24 | 2/24 | | February 25, 2014, ammunition |
| 169 | 2/23 | 2/23 | | February 25, 2014, video |
| 170 | 2/24 | 2/24 | | February 25, 2014, video still |
| 171 | 2/23 | 2/23 | | March 8, 2014, audio |
| 172 | 2/23 | 2/23 | | March 8, 2014, transcript |
| 173 | 2/24 | 2/24 | | March 25, 2014, narcotics |
| 174 | 2/24 | 2/24 | | April 1, 2014, narcotics |
| 175 | 2/23 | 2/23 | | April 1, 2014, video |
| 176 | 2/24 | 2/24 | | April 1, 2014, video still (6 pgs) |
| 177 | 2/23 | 2/23 | | April 1, 2014, transcript |
| 178 | 2/24 | 2/24 | | April 8, 2014, narcotics |
| 179 | 2/23 | 2/23 | | April 8, 2014, audio |
| 180 | 2/23 | 2/23 | | April 8, 2014, video |
| 181 | | | | April 8, 2014, video still |
| 182 | 2/24 | 2/24 | | April 10, 2014, narcotics |
| 183 | 2/23 | 2/23 | | April 10, 2014, audio |
| 184 | 2/23 | 2/23 | | April 10, 2014, transcript |
| 185 | 2/23 | 2/23 | | April 10, 2014, video |
| 186 | | | | April 10, 2014, video still |
| 187 | 2/23 | 2/23 | | April 10, 2014, transcript 2 |
| 188 | 2/24 | 2/24 | | April 15, 2014, narcotics |
| 189 | 2/23 | 2/23 | | April 15, 2014, audio /video |
| 190 | 2/23 | 2/23 | | April 15, 2014, transcript |
| 191 | | | | April 15, 2014, video |
| 192 | | | | April 15, 2014, video still |
| 193 | | | | April 15, 2014, transcript |
| 194 | 2/23 | 2/23 | | April 24, 2014, narcotics |
| 195a-b | 2/24 2/24 | 2/24 2/24 | | April 24, 2014, video and video still |
| 196 | 2/23 | 2/23 | | April 24, 2014, transcript |

9

| 197 |  |  |  | Intentionally omitted |
|---|---|---|---|---|
| 198 |  |  |  | May 1, 2014, audio |
| 199 |  |  |  | May 1, 2014, transcript |
| 200 | 2-23 | 2-23 |  | May 1, 2014, narcotics |
| 201 | 2-23 | 2-23 |  | May 1, 2014, video |
| 202 | 2-23 | 2-23 |  | May 1, 2014, video still |
| 203 | 2-23 | 2-23 |  | May 1, 2014, transcript |
| 204 |  |  |  | Image of NW 11 Ave. and 6 Street, Miami, Florida |
| 205 | 2-20 | 2-20 |  | April 4, 2013, narcotics |
| 206 |  |  |  | April 3, 2014, Dayaan Zerquera's *Miranda* waiver |
| 207 |  |  |  | April 3, 2014, Dayaan Zerquera's post-*Miranda* statement |
| 208 |  |  |  | Image of 5th Street and NW 11 Ave., Miami, Florida |
| 209 A/B | 2/24 | 2/24 |  | May 2, 2014, narcotics |
| 210 | 2/23 | 2/23 |  | May 2, 2014, video |
| 211 | 2/24 | 2/24 |  | May 2, 2014, video still    (3 pgs) |
| 212 | 2/23 | 2/23 |  | May 2, 2014, transcript |
| 213 |  |  |  | Intentionally omitted |
| 214 | 2/23 | 2/23 |  | May 8, 2014, audio |
| 215 | 2/23 | 2/23 |  | May 8, 2014, transcript 1 |
| 216 | 2/23 | 2/23 |  | May 8, 2014, transcript 2 |
| 217 |  |  |  | May 8, 2014, transcript 3 |
| 218 |  |  |  | May 8, 2014, transcript 4 |
| 219 |  |  |  | May 8, 2014, transcript 5 |
| 220 |  |  |  | May 8, 2014, transcript 6 |
| 221 |  |  |  | May 8, 2014, transcript 7 |
| 222 |  |  |  | May 8, 2014, transcript 8 |
| 223 | 2/24 | 2/24 |  | May 8, 2014, narcotics |
| 224 | 2/23 | 2/23 |  | May 8, 2014, video |
| 225 | 2/24 | 2/24 |  | May 8, 2014, video still |

→ × 209 (Composite Exhibit 209A + 209B)

| 226 | 2/23 | 2/23 | | May 8, 2014, transcript |
|---|---|---|---|---|
| 227 | 2/23 | 2/23 | | May 14, 2014, audio |
| 228 | ( | ( | | May 14, 2014, transcript 1 |
| 229 | | | | May 14, 2014, transcript 2 |
| 230 | ↓ | ↓ | | May 14, 2014, transcript 3 |
| 231 | | | | September 1, 2014, narcotics |
| 232 | 2-20 | 2-20 | | November 18, 2013, firearm |
| 233 | ↓ | ↓ | | November 18, 2013, narcotics |
| 234 | ↓ | ↓ | | November 18, 2013, Defendant Portela's *Miranda* waiver |
| 235 | | | | MPD swabs (Portela) |
| 236 | | | | MDPD swabs (Portela) |
| 237 | 2-23 | 2-23 | | November 27, 2013, Defendant Portela's *Miranda* Waiver |
| 238 | 2-27 | 2-27 | | Facebook and Instagram Search Warrant Return Excerpt 1 (Castro) |
| 239 | 2-26 | 2-26 | | Facebook and Instagram Search Warrant Return Excerpt 2 (Chacon) |
| 240 | 2-18 | 2-18 | | Facebook and Instagram Search Warrant Return Excerpt 3 (Delions) |
| 241 | 2-26 | 2-26 | | Facebook and Instagram Search Warrant Return Excerpt 4 (J. Diaz) |
| 242 | 2-26 | 2-26 | | Facebook and Instagram Search Warrant Return Excerpt 6 (Ramirez) |
| 243 | 2-26 | 2-26 | | Facebook and Instagram Search Warrant Return Excerpt 7 (Martinez) |
| 244 | | | | Facebook and Instagram Search Warrant Return Excerpt 8 (A. Salas) |
| 245 | ↓ | ↓ | | Facebook and Instagram Search Warrant Return Excerpt 9 (Tinoco) |
| 246 | 2-27 | 2-27 | | Facebook and Instagram Search Warrant Return Excerpt 10 (Zerquera) |
| 247 | | | | Facebook Video Chacon, Ramirez, Rodriguez, Diaz and associates |
| 248 | | | | Facebook Video Transcript Chacon, Ramirez, Rodriguez, Diaz and associates |
| 249 | | | | Facebook Video Chacon, Zerquera and associates |
| 250 | | | | Facebook Video Transcript Chacon, Zerquera and associates |
| 251 | | | | Chacon and associates Assault on Miami Beach Video |
| 252 | | | | Redacted Video of Chacon and Portela making associational admissions |
| 253 | | | | Redacted Video Transcript of Chacon and Portela making associational admissions |

11

| | | | | | |
|---|---|---|---|---|---|
| 254 | | | | | Chacon, Ramirez, Martinez and associates firearm possession video |
| 255 | | | | | Intentionally omitted |
| 256 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 1 (863 509-7919) |
| 257 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 2 (786 468-5206) |
| 258 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 3 (786 372-1434) |
| 259 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 4 (786 704-4958) |
| 260 | | | | | Intentionally ommitted |
| 261 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 5 (786 389-2960) |
| 262 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 7 (786 366-0080) |
| 263 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 8 (352 708-0541) |
| 264 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 9 (305 200-7337) |
| 265 | | 2-27 | 2-27 | | Cellular Phone Search Return Binder 10 (786 706-6732) |
| 266 | | | | | September 6, 2012, narcotics (Case no. 120906-258075) |
| 267 | | | | | Image of 504 Northwest 12th Ave., Miami, Florida |
| 268 | | | | | Intentionally omitted |
| 269 | | | | | Intentionally omitted |
| 270 | | | | | Intentionally omitted |
| 271a | | | | | October 13, 2012, marijuana (Case no. 121013-297039) |
| 271b | | | | | October 13, 2012, grinder and pipe (Case no. 121013-297039) |
| 272 | | | | | Image of 1265 West Flagler, Miami, Florida |
| 273 | | | | | Intentionally omitted |
| 274 | | | | | Defendant Maurin Chacon Conviction for Robbery by Sudden Snatch, Miami-Dade County Circuit Court Case No. F06-43668 |
| 275 | | | | | Defendant Maurin Chacon Conviction for Burglary, Miami-Dade County Circuit Court Case No. F07-8866 |
| 276 | | | | | Defendant Rodolfo Portela Conviction for Carrying a Concealed Firearm, Miami-Dade County Circuit Court Case No. F05-16780 |
| 277 | | | | | Defendant Rodolfo Portela Conviction for Burglary of a Structure, Miami-Dade County Circuit Court Case No. F07-9474 |
| 278 | | | | | Defendant Rodolfo Portela Conviction for Cocaine Possession with Intent to Distribute with 1,000 Feet of a School, Miami-Dade County Circuit Court Case No. F07-6123 |

12

| | | | | | |
|---|---|---|---|---|---|
| 279 | | | | | Defendant Rodolfo Portela Conviction for Cocaine Possession with Intent to Distribute, Miami-Dade County Circuit Court Case No. F10-32264C |
| 280 | | | | | Defendant Christian Ramirez Conviction for Attempted Murder and Allegation of Attempted First Degree Murder with a Weapon, Miami-Dade County Circuit Court Case No. F02-18872A |
| 281 | | | | | Defendant Christian Ramirez Conviction for Improper Exhibition of a Weapon, Miami-Dade County Court Case No. B11-11734 |
| 282 | | | | | Defendant Christian Ramirez Conviction for Cocaine Possession, Miami-Dade County Circuit Court Case No. F10-2125 |
| 283 | | | | | Defendant Christian Ramirez Conviction for Firearm Possession by a Convicted Felon, Miami-Dade County Circuit Court Case No. F11-21683 |
| 284 | | | | | Defendant Christian Ramirez Conviction for Cocaine Possession, Miami-Dade County Circuit Court Case No. F12-19325 |
| 285 | | | | | Defendant Christian Ramirez Conviction for Battery and Trespass, Miami-Dade County Court Case No. M13-5103 |
| 286 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 287 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 288 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 289 | | 2-18 | 2-18 | | Social media images of defendants, co-conspirators and associates |
| 290 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 291 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 292 | | | | | Social media images of defendants, co-conspirators and associates |
| 293 | | | | | Social media images of defendants, co-conspirators and associates |
| 294 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 295 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 296 | | 2-18 | 2-18 | | Social media images of defendants, co-conspirators and associates |
| 297 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 298 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 299 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 300 | | 2-18 | 2-18 | | Social media images of defendants, co-conspirators and associates |
| 301 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 302 | | | | | Social media images of defendants, co-conspirators and associates |
| 303 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 304 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |

| | | | | | |
|---|---|---|---|---|---|
| 305 | | 2-18 | 2-18 | | Social media images of defendants, co-conspirators and associates |
| 306 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 307 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 308 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 309 | | | | | Social media images of defendants, co-conspirators and associates |
| 310 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 311 | | 2-18 | 2-18 | | Social media images of defendants, co-conspirators and associates |
| 312 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 313 | | | | | Social media images of defendants, co-conspirators and associates |
| 314 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 315 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 316 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 317 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 318 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 319 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 320 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 321 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 322 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 323 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 324 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 325 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 326 | | 2-26 | | | Social media images of defendants, co-conspirators and associates |
| 327 | | 2-26 | | | Social media images of defendants, co-conspirators and associates |
| 328 | | | | | Social media images of defendants, co-conspirators and associates |
| 329 | | ↓ | ↓ | | Social media images of defendants, co-conspirators and associates |
| 330 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 331 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 332 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates (2 pgs) |
| ~~333A~~ 333 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates (2 pgs) |
| 334 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 335 | | 2-26 | 2-26 | | Social media images of defendants, co-conspirators and associates |
| 336 | | 2-19 | 2-19 | | November 20, 2013, ammunition |
| 337 | | ↓ | ↓ | | November 20, 2013, firearm and magazine |
| 338 | | 2-23 | 2-23 | | January 28, 2014, narcotics |

14

| 339 |  | 2-20 |  |  | December 6, 2013, narcotics |
| --- | --- | --- | --- | --- | --- |
| 340 |  | 2-12 |  |  | Crime Scene photographs from July 17, 2012 (Exhibits A-J) |
| 341 |  |  |  |  | Drug Analysis Lab Reports – Sayuri Umpierrez  (8pgs) |
| 342 |  |  |  |  | Drug Analysis Lab Reports – Karen Fleisher |
| 343 |  | 2-25 | 2-25 |  | Drug Analysis Lab Reports – Caroline Milanes |
| 344 |  |  |  |  | Drug Analysis Lab Reports – Jonia Prieto |
| 345 |  | 2-25 | 2-25 |  | Drug Analysis Lab Reports – Karen Branfield |
| 346 A |  | 2-26 | 2-26 |  | Drug Analysis Lab Reports – Karen Wiggins  (Amended Report) |
| 347 |  | 2-25 | 2-25 |  | Drug Analysis Lab Reports – Stephen Snipes |
| 348 |  |  |  |  | May 2, 2014, narcotics (Case no. 140502-128817) |
| 349 |  | 2-25 | 2-25 |  | May 2, 2014, narcotics (Case no. 140502-129124) |
| 350 |  | 2-25 | 2-25 |  | October 7, 2014, narcotics |
| 351 |  |  |  |  | Defendant Maurin Chacon Conviction for Cocaine Possession, Miami-Dade County Circuit Court Case no. F07-15355 |
| 352 |  | 2-12 | 2-12 |  | Map of Little Havana |
| 353 |  | 2-19 | 2-19 |  | Photograph of Dayaan Zerquera's BMT Tattoo |
| 354 |  | 2-20 | 2-20 |  | Packaging for Oral Standard from Jessica Gonzalez |
| 355 |  | 2-20 | 2-20 |  | Packaging for Oral Standard from Rodolfo Portela and packaging for DNA swab samples from Keltec firearm |
| 356 |  |  |  |  | DNA swab samples from H&R Revolver (grip/cylinder/trigger) |
| 357 |  |  |  |  | Oral Standard from Rodolfo Portela |
| 358 |  |  |  |  | Oral Standard from Jessica Gonzalez |
| 359 |  |  |  |  | DNA swab samples from H&R Revolver (front sight) |
| 360 |  |  |  |  | DNA swab samples from Keltech firearm |

340 A, B, C, D, E, F, G, H, I + J   admitted 2/12/15 Composite of 340

| 361 | 2-25 | 2-25 | video of BMT members. (memorial) |
| 362 | 2-26 | 2-26 | Pictures BMT (2 shots) |
| 363 | 2-26 | 2-26 | " of J. Flores (FB acct.) |
| 364 | 3-3 | 3-3 | pictures of Chacon + Martinez- Night Club (4 pgs) and others, not ID'd. |
| offered 365 | 3-3 | 3-3 | Stipulation of Chacon |
| -367 | 3-3 | 3-3 | Stipulation of Portela |
| ✓ 366 | 3-3 | 3-3 | Stipulation of Dixon |

1.   Miami Police Latent Examiner Rupert Butcher

2.   Miami Police Investigator Theye   2/20/2015

3.   Miami Police Officer Jorge Coladas   2/11/2015

4.   Miami Police Officer Jorge Gonzalez

5.   Miami Police Officer Jorge Pacheco

6.   Miami Police Officer Lazaro Alvarez

7.   Miami Police Officer Jorge Agrait

8.   Miami Police Officer Guillermo Sanchez

9.   Miami Police Officer Argel Sierra

10.  Miami Police Officer Mark Redondo

11.  Miami Police Officer Roger Hernandez

12.  Miami Police Officer Azeez Mansour

13.  Miami Police Detective Daniel Guell

14.  Miami Police Detective Glenn Maura

15.  Miami Police Detective Maggie Cosner   2/19

\* Miami Police Detective Walter Louis   2/23

\* Add on.

16. Miami Police Detective Rick Martinez  2/19

17. Miami Police Detective Surami Kelly

18. Miami Police Detective Michael Cadavid

19. Miami Police Detective David San Juan  2/19

20. Miami Police Detective David Bernat  2/20

21. Miami Police Sergeant Ernie Sierra
22. Miami-Dade Police Criminalist Olga Saavedra  2/20

23. Miami-Dade Police Chemist Karen Louise Bromfield  2/25

24. Miami-Dade Police Chemist Stephen Snipes  2/25

25. Miami-Dade Police Chemist Caroline Milanes  2/25

26. Miami-Dade Police Chemist Karen Fleisher  2/25

27. Miami-Dade Police Chemist Sayuri Umpierrez  2/24

28. Miami-Dade Police Chemist Karen Wiggins  2/26

29. Miami-Dade Police Chemist Josie Prieto  2/25

30. Miami-Dade Police Officer Daniel Segovia  2/20/15
   cont'd 2/23/15

Page **2** of **5**

31. Miami-Dade Police Detective Thomas Weaver  2/20

32. Miami-Dade Police Detective Kenny Veloz  2/23, 2/24

33. Miami Beach Police Officer Rebecca Sierra

34. Miami-Dade Corrections, Sargent Michael Golis  2/24

35. FBI Special Agent Christopher Mayo  2/25/15

36. ATF Special Agent Jason Stankiowitz  2/25/15

37. ATF Special Agent Javier Ribbas  2/25/15

38. ATF Special Agent Rosniel Perez  2/25/15, 2/26/15, 2/27/15

39. Gabriel Alfonso  2/12/15

40. Mauricio Ordonez  2/12/15