AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UnitedStates of America

V.

CHRISTOPHER ALTAMIRANO

## EXHIBIT AND WITNESS LIST

Case Number: 14-20017-CR-WILLIAMS(s)(s)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Kathleen Williams | Ignacio Vasquez, AUSA | Philip R. Horowitz, Esquire |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/9/2015 - | Patricia Sanders/Tamra Piderit | Anita Greer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2/20/2015 | Yes | Yes | Photo of exterior of 528 N.W. 11th Ave - Off. Sierra |
| | B | 2/20/2015 | Yes | Yes | Photo of mailboses at 528 N.W. 11th Avenue |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.