UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>14-CR-20017-WILLIAMS(s)(s)</u>
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853
18 U.S.C. § 1959(a)(3)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)(1)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)

**COURT EXHIBIT**
USED AT TRIAL
Redacted
CASE NO. 14-20017-cr-KMW
EXHIBIT NO. A

UNITED STATES OF AMERICA

v.

MAURIN CHACON,
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"
CHRISTOPHER ALTAMIRANO,
a/k/a "Tango," a/k/a "Peter Baitz,"
RODOLFO PORTELA,
a/k/a "Papo L. Desperado,"
DAYAAN ZERQUERA,
a/k/a "Dsbf BMT Kid,"
RAYMOND MOORE,
a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"
ALIOTH SALAS,
a/k/a "Ali,"
LUIS SALAS,
a/k/a "Chico Black,"
JOSEPH THOMPSON,
a/k/a "Joe,"
CARLOS TINOCO,
a/k/a "C-Lo,"
CHRISTIAN RAMIREZ,
a/k/a "Joker,"
JAMES DIXON,
a/k/a "Smoke,"
STEVEN CASTRO,
a/k/a "YM Stevo,"
DWIGHT FORTE,
JAY ANTHONY FLORES,
a/k/a "Jay Gambino,"
JOEL DIAZ,

a/k/a "Borie," a/k/a "El Paisa," and a/k/a "Buom Clock,"
FERNANDO ROBERTO DARCE,
a/k/a "Bonesz," and
MARIO BALBOA ,

    Defendants.

_____ /

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1
### Conspiracy to Possess a Controlled Substance with Intent to Distribute

From at least as early as in or around January 2011, and continuing to the date of this Second Superseding Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

MAURIN CHACON,
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"
CHRISTOPHER ALTAMIRANO,
a/k/a "Tango," a/k/a "Peter Baitz,"
RODOLFO PORTELA,
a/k/a "Papo L. Desperado,"
DAYAAN ZERQUERA,
a/k/a "Dsbf BMT Kid,"
RAYMOND MOORE,
a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"
ALIOTH SALAS,
a/k/a "Ali,"
LUIS SALAS,
a/k/a "Chico Black,"
JOSEPH THOMPSON,
a/k/a "Joe,"
CARLOS TINOCO
a/k/a "C-Lo,"
CHRISTIAN RAMIREZ,
a/k/a "Joker,"
JAMES DIXON,
a/k/a "Smoke,"
STEVEN CASTRO,
a/k/a "YM Stevo,"
DWIGHT FORTE,

JAY ANTHONY FLORES,
a/k/a "Jay Gambino,"
JOEL DIAZ,
a/k/a "Borie," a/k/a "El Paisa," and a/k/a "Buom Clock,"
FERNANDO ROBERTO DARCE,
a/k/a "Bonesz," and
MARIO BALBOA,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is two hundred eighty grams (280) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethcathinone, also known as "MDMC," also known as "methylone," also known as 3,4-Methylenedioxy-N-methylcathinone, in violation of Title 21, United States Code, Section 841(b)(1)(C).

3

### COUNT 2
### Possession of a Firearm by a Convicted Felon

On or about July 26, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

### COUNT 3
### Possession of a Firearm by a Convicted Felon

On or about November 18, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

### COUNT 4
### Possession of a Controlled Substance with Intent to Distribute

On or about November 18, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RODOLFO PORTELA,**
**a/k/a "Papo L. Desperado,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana.

## COUNT 5
### Firearm Possession in Furtherance of a Drug Trafficking Crime

On or about November 18, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron" and
**RODOLFO PORTELA,**
a/k/a "Papo L. Desperado,"

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 4 of this Second Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 6
### Violent Crime in Aid of Racketeering Activity

At various times relevant to this Second Superseding Indictment, MAURIN CHACON, a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron," CHRISTOPHER ALTAMIRANO, a/k/a "Tango," a/k/a "Peter Baitz," RODOLFO PORTELA, a/k/a "Papo L. Desperado," DAYAAN ZERQUERA, a/k/a "Dsbf BMT Kid," RAYMOND MOORE, a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna," ALIOTH SALAS, a/k/a "Ali," LUIS SALAS, a/k/a "Chico Black," ANGEL MARTINEZ, a/k/a "Telly," a/k/a "Tboy," JOSEPH THOMPSON, a/k/a "Joe," CARLOS TINOCO, a/k/a "C-Lo," CHRISTIAN RAMIREZ, a/k/a "Joker," JAMES DIXON,

a/k/a "Smoke," STEVEN CASTRO, a/k/a "YM Stevo," DWIGHT FORTE, JAY ANTHONY FLORES, a/k/a "Jay Gambino," JOEL DIAZ, a/k/a "Borie," a/k/a "El Paisa," a/k/a "Buom Clock," FERNANDO ROBERTO DARCE, a/k/a "Bonesz," MARIO BALBOA, NADIM GUZMAN, KEVIN DIAZ, and MIGUEL RODRIGUEZ, a/k/a "Fat Boy," a/k/a "Barba," and others known and unknown to the Grand Jury, were members and associates of "the Big Money Team" (hereinafter the "BMT"), a criminal organization whose members and associates engaged in acts of violence, including robbery, assault, prostitution, obstruction of justice and distribution of controlled substances, and which operated principally in Miami-Dade County, Florida, in the Southern District of Florida.

1. The BMT, including its leadership, membership, and associates, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2. The purposes of the enterprise included the following:
   a. Enriching the members and associates of the enterprise through, among other things, robbery, prostitution, and distribution of controlled substances.
   b. Preserving and protecting the power, territory, and profits of the enterprise through the use of assault, obstruction of justice, intimidation, violence, and threats of violence.
   c. Promoting and enhancing the enterprise and its members' and associates' activities, and

    d. Keeping victims and witnesses in fear of the enterprise and in fear of its members and associates through threats of violence and violence.

3. The above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts and threats involving robbery and dealing in controlled substances in violation of Florida Statutes, and acts involving narcotics trafficking in violation of 21 U.S.C. §§ 841 and 846.

4. On or about November 20, 2013, in Miami-Dade County, in the Southern District of Florida, for the purpose of gaining entrance to and maintaining and increasing position in the BMT, an enterprise engaged in racketeering activity, the defendants,

**CHRISTOPHER ALTAMIRANO,**
a/k/a "Tango," a/k/a "Peter Baitz,"
**JOSEPH THOMPSON,**
a/k/a "Joe," and
**DWIGHT FORTE,**

with other persons known and unknown to the Grand Jury, did knowingly and unlawfully assault M.O., S.A., D.R., and P.L. with a dangerous weapon in violation of Florida Statutes Section 784.021(1)(a), all in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**COUNT 7**
**Possession of a Firearm in Furtherance of a Crime of Violence**

On or about November 20, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**CHRISTOPHER ALTAMIRANO,**
a/k/a "Tango," a/k/a "Peter Baitz,"
**JOSEPH THOMPSON,**

a/k/a "Joe," and
DWIGHT FORTE,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess said firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1959(a)(3), as set forth in Count 6 of this Second Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 8
### Possession of a Controlled Substance with Intent to Distribute

On or about November 21, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

MAURIN CHACON,
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"
JOSEPH THOMPSON,
a/k/a "Joe,"
CARLOS TINOCO
a/k/a "C-Lo,"
JOEL DIAZ,
a/k/a "Borie," a/k/a "El Paisa," and a/k/a "Buom Clock," and
DWIGHT FORTE,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana.

## COUNT 9
### Firearm Possession in Furtherance of a Drug Trafficking Crime

On or about November 21, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"
**JOSEPH THOMPSON,**
a/k/a "Joe,"
**CARLOS TINOCO**
a/k/a "C-Lo,"
**JOEL DIAZ,**
a/k/a "Borie," a/k/a "El Paisa," and a/k/a "Buom Clock," and
**DWIGHT FORTE,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 8 of this Second Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 10
### Possession of a Controlled Substance with Intent to Distribute

On or about November 22, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAYMOND MOORE,**
a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 11
### Possession of a Controlled Substance with Intent to Distribute

On or about December 6, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

### RAYMOND MOORE,
### a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 12
### Possession of a Controlled Substance with Intent to Distribute

On or about December 13, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

### MAURIN CHACON,
### a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 13
**Possession of a Controlled Substance with Intent to Distribute**

On or about December 17, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 14
**Possession of a Controlled Substance with Intent to Distribute**

On or about January 9, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 15
**Possession of a Controlled Substance with Intent to Distribute**

On or about January 16, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 16
**Possession of a Controlled Substance with Intent to Distribute**

On or about January 23, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
**a/k/a "Tango," a/k/a "Peter Baitz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 17
**Possession of a Controlled Substance with Intent to Distribute**

On or about January 28, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
a/k/a "Tango," a/k/a "Peter Baitz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 18
**Possession of a Controlled Substance with Intent to Distribute**

On or about February 5, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethcathinone, also known as "MDMC," also known as "methylone," also known as 3,4-Methylenedioxy-N-methylcathinone.

## COUNT 19
### Possession of a Controlled Substance with Intent to Distribute

On or about February 6, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron," and
**RAYMOND MOORE,**
a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 20
### Possession of a Controlled Substance with Intent to Distribute

On or about February 18, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron" and
**RAYMOND MOORE,**

14

a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 21
**Possession of a Controlled Substance with Intent to Distribute**

On or about February 19, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

### COUNT 22
**Possession of a Controlled Substance with Intent to Distribute**

On or about February 25, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 23
### Possession of a Firearm by a Convicted Felon

On or about February 25, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAURIN CHACON,**
**a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 24
### Possession of a Controlled Substance with Intent to Distribute

On or about March 25, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAYMOND MOORE,**
**a/k/a "Flaco," a/k/a "Dinero Banks," a/k/a "Young Gunna,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 25
### Possession of a Controlled Substance with Intent to Distribute

On or about April 1, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAMES DIXON**
a/k/a "Smoke,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 26
### Possession of a Controlled Substance with Intent to Distribute

On or about April 3, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DAYAAN ZERQUERA,**
a/k/a "Dsbf BMT Kid," and
**CHRISTIAN RAMIREZ,**
a/k/a "Joker,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 27
### Firearm Possession by a Convicted Felon

On or about April 3, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAYAAN ZERQUERA,**
a/k/a "Dsbf BMT Kid,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 28
### Firearm Possession in Furtherance of a Drug Trafficking Crime

On or about April 3, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron,"
**DAYAAN ZERQUERA,**
a/k/a "Dsbf BMT Kid," and
**CHRISTIAN RAMIREZ,**
a/k/a "Joker,"

did knowingly possess a firearm in furtherance of a drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 26 of this Second Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 29
### Possession of a Controlled Substance with Intent to Distribute

On or about May 1, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
a/k/a "Tango," a/k/a "Peter Baitz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 30
### Possession of a Controlled Substance with Intent to Distribute

On or about May 2, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MAURIN CHACON,**
a/k/a "Tiny," a/k/a "Peludo," a/k/a "Yung Patron"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 31
### Possession of a Controlled Substance with Intent to Distribute

On or about May 2, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
a/k/a "Tango," a/k/a "Peter Baitz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 32
### Possession of a Controlled Substance with Intent to Distribute

On or about May 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER ALTAMIRANO,**
a/k/a "Tango," a/k/a "Peter Baitz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."