UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
                        Defendants.

RODOITO _____ /

QUESTION AND/OR COMMENT FROM JURY WHILE IN DELIBERATIONS

**DO NOT DESTROY**

The following question and/or comment is asked by the jury:

DNA analysis for counts 2 and 3 and firearm and ammunition.

March 5
Date

Foreperson

Answer to question and/or comment posed by the jury:

As to the DNA analysis, you must rely on your own recollection of the testimony in that regard. I will bring you into the courtroom to view the firearm and ammunition evidence and the DNA materials, which must not be opened.

3/5/15
DATE

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
                    Defendants.

*Christopher Altamirano* /

**QUESTION AND/OR COMMENT FROM JURY WHILE IN DELIBERATIONS**

**DO NOT DESTROY**

The following question and/or comment is asked by the jury:

C.D. #9 for 137 Transcript

3/5/15
Date

_____
Foreperson

Answer to question and/or comment posed by the jury:

Could you please state with more particularity what it is you are requesting?

3/5/15
DATE

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

QUESTION AND/OR COMMENT FROM JURY WHILE IN DELIBERATIONS

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
    Defendants.

_Christopher Altamirano_  /

**DO NOT DESTROY**

The following question and/or comment is asked by the jury:

Corresponding video or audio for transcript 137 Meeting on Jan. 28, 2014 with Altamirano, CI, Detective Bernat. Tab #10 in undercover Buys Binder.

3/5/15
Date

Foreperson

Answer to question and/or comment posed by the jury:

The corresponding video for transcript 137 is Government exhibit 135.

3/5/15
DATE

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

Vs.                             QUESTIONS FROM THE COURT
                                WHILE JURY IN DELIBERATION

MAURIN CHACON,
CHRISTOPHER ALTAMIRANO,
RODOLFO PORTELA,
JAMES DIXON and
JAY ANTHONY FLORES

Defendants.
_____/         **DO NOT DESTROY**

The following question and/or comment is asked by the Court:

The items being submitted were inadvertently left out from the evidence packet received early this morning. Please resume your deliberations

Date: 3/5/15

Judge Kathleen M. Williams

-----------------------------------------------------------

Answer to the question/comment by the jury:

Date 3/5/15           Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.   QUESTION AND/OR COMMENT FROM JURY WHILE IN DELIBERATIONS

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
    Defendants.
_____/   **DO NOT DESTROY**

The following question and/or comment is asked by the jury:

We R asking to leave at 4:30PM today. And return tomorrow at 9:30 am.

3/5/15
Date

Foreperson

Answer to question and/or comment posed by the jury:

Yes, you may adjourn at 4:30 today and resume your deliberations tomorrow at 9:30 a.m.

3/5/15
DATE

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

QUESTION AND/OR COMMENT FROM JURY WHILE IN DELIBERATIONS

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
    Defendants.
_____/    **DO NOT DESTROY**

The following question and/or comment is asked by the jury:

*IF we Do not all come into agreement with a guilty or not guilty charge. How do we go about this?*

3/6/15
Date          Foreperson

Answer to question and/or comment posed by the jury:

*Please continue to deliberate*

3/6/15
DATE          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

QUESTION AND/OR COMMENT FROM
JURY WHILE IN DELIBERATIONS

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
    Defendants.
_____/ **DO NOT DESTROY**

The following question and/or comment is asked by the jury:

11 out of 12 Jurors have decided for can't to agree on a verdict, but one is not agreeing with the others. Neither side can sway their vote. What can we do? (unable to deliberate a decision)

3/6/15
Date

Foreperson

Answer to question and/or comment posed by the jury:



DATE                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
    Defendants.
_____/

QUESTION AND/OR COMMENT FROM JURY WHILE IN DELIBERATIONS

**DO NOT DESTROY**

The following question and/or comment is asked by the jury:

We would like to request new verdict FORMS please. Thank you.

3/9/15
Date                                            Foreperson

Answer to question and/or comment posed by the jury:

As per your request, I am sending you a set of new verdict forms.

3/9/15
DATE                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-20017-Cr-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                         QUESTION AND/OR COMMENT FROM
                                            JURY WHILE IN DELIBERATIONS

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES
        Defendants.
_____/   **DO NOT DESTROY**

The following question and/or comment is asked by the jury:

We are ready with our verdicts.

3/9/15
Date                                        Foreperson

Answer to question and/or comment posed by the jury:

DATE                                        UNITED STATES DISTRICT JUDGE