UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MAURIN CHACON,
RODOLFO PORTELA,
CHRISTOOPHER ALTAMIRANO,
JAMES DIXON and
JAY ANTHONY FLORES

    Defendants.
_____/

**COURT'S SUPPLEMENTAL INSTRUCTION TO DELIBRATING JURY**

Members of the Jury:

In response to your question, I'm going to ask that you continue your deliberations in an effort to reach agreement upon a verdict and dispose of this case; and I have a few additional comments I would like for you to consider as you do so.

The trial has been demanding for the defense and the prosecution. If you fail to agree on a verdict, the case may have to be retried again. There is no reason to believe that the case can be tried again by either side any better or more exhaustively than it has been tried before you.

So, if a substantial majority of your number are in favor of a particular verdict, those of you who disagree should reconsider whether your doubt is a reasonable one since it appears to make no effective impression upon the minds of others. On the other hand, if a majority, or even a smaller number of you are in favor of a different verdict, then the rest of you should ask yourselves again – and most thoughtfully – whether you should accept the weight and sufficiency of evidence that fails to convince your fellow jurors beyond a reasonable doubt.

Remember at all times that no juror is expected to give up an honest belief about the weight and effect of the evidence. But after fully considering the evidence in the case, you must agree upon a verdict if you can.

You must also remember that if the evidence fails to establish guilt beyond a reasonable doubt, the Defendant must have your unanimous verdict of Not Guilty.

You should not be hurried in your deliberations and should take all the time you feel is necessary.

If you wish to communicate with me at any time, please write down your message or question and give it to the marshal. The marshal will bring it to me and I'll respond as promptly as possible – either in writing or by talking to you in the courtroom. But I caution you not to tell me how many jurors have voted one way or the other at that time.

I now ask that you retire once again and continue your deliberations with these additional comments in mind. Apply them in conjunction will all the other instructions I have previously given to you.