**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 14-20017-Cr-Williams/Simonton(s)(s)**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER ALTAMIRANO,

Defendant.

______________________________________/

**VERDICT**

I. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 1** of the Indictment:

GUILTY ✓ NOT GUILTY _______

[Note: If you find the Defendant not guilty as charged in **Count 1**, you need not consider paragraph 2 below]

II. We, the Jury, having found the Defendant guilty of the offense charged in **Count 1**, further find with respect to that Count that he conspired to possess with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box).

Cocaine base ("crack" cocaine)

| | | |
|---|---|---|
| (I) | Weighing 280 grams or more | [X] |
| (ii) | Weighing 28 grams or more | [ ] |
| (iii) | Weighing less than 28 grams | [ ] |

III. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 6** of the Indictment:

GUILTY ✓ NOT GUILTY _______

IV. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 7** of the Indictment:

GUILTY ✓ NOT GUILTY _______

V. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 14** of the Indictment:

GUILTY ✓ NOT GUILTY _______

VI. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 15** of the Indictment:

GUILTY ✓ NOT GUILTY _______

VII. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 16** of the Indictment:

GUILTY ✓ NOT GUILTY _______

VIII. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 17** of the Indictment:

GUILTY _______ NOT GUILTY ✓

IX. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 29** of the Indictment:

GUILTY ✓ NOT GUILTY _______

X. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 31** of the Indictment:

GUILTY ✓ NOT GUILTY _______

XI. We, the Jury, find the Defendant, Christopher Altamirano, as to **Count 32** of the Indictment:

GUILTY ✓ NOT GUILTY _______

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 6th day of March, 2015.

Foreperson's Signature

Foreperson's Printed Name