UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA
              Plaintiff,
vs.

MAURIN CHACON, etal.,

              Defendants.
_____/

## STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: 3/7/15

_____
Counsel for: Government

Dated: 3/9/15

_____
Counsel for: Defendant - Maurin Chacon

Dated: 3/9/15

_____
Counsel for: Defendant - Rodolfo Portela

Dated: 3/9/15

_____
Counsel for: Defendant – Christopher Altamirano

Case No. 14-20017-CR-WILLIAMS

Dated: _____    *(NO EXHIBITS ADMITTED)*
_____
Counsel for: Defendant – James Dixon

Dated: 3-9-15    _____
Counsel for: Defendant – Jay Anthony Flores

Stipulation hereinabove approved
this 9th day of ~~February,~~ March 2015.

_____
KATHLEEN M. WILLIAMS
United States District Judge