CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

FLST 15 110

| | | | |
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>S.D. Florida | 2. PERSON REPRESENTED<br>CHRISTOPHER ALTAMIRANO | | VOUCHER NU |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>14-20017-CR-WILLIAMS | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (*Case Name*)<br>United States vs. Chacon,, et al. | 8. PAYMENT CATEGORY<br>x Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>x Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(*See Instructions*) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21 U.S.C. § 841, 846, 856 18 U.S.C. §922, 924

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (*Describe briefly*)
Trial Preparation in case before Judge before Judge Williams
TRIAL DATE: FEBRUARY 9, 2015

13. PROCEEDING TO BE TRANSCRIBED (*Describe specifically*). *NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
January 8 and 9, 2015 Motion to Suppress as to Defendant DAYAAN ZERQUERA before Magistrate Judge Simonton
***COURT REPORTER:*** **GLENDA POWERS**

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

Entered: 4/9/15
Processed: 4/9/15

A. Apportioned ____ % of transcript with (*Give case name and*

B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] — Signature of Attorney — January 29, 2015 — Date

Philip R. Horowitz, Esquire
Printed Name

Telephone Number: (305) 670-1915

x Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

[signature] — Signature of Presiding Judicial Officer or By Order of the Court

3/9/15 — Date of Order — Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS
Powers Certified Realtime Reporting Inc.
Glenda M. Powers
13050 SW 6th Court
Davie, FL. 33325
Telephone Number: 305-523-5022

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|---|
| Original | JAN 8th | 73 ✓ | 1-73 | @4.02 | 293.46 | | 293.46 ✓ |
| Copy | JAN 9th | 34 ✓ | 1-34 | @4.02 | 136.68 | | 136.68 |
| Expense (*Itemize*) | | | | | | | |
| DE 966, 967 | | | | | | TOTAL AMOUNT CLAIMED: | $430.14 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (*compensation or anything of value*) from any other source for these services.

Signature of Glenda M. Powers — Date 3/31/15

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Marta Alegre — Signature of Attorney or Clerk — 4/7/15 — Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

[signature] — Signature of Judicial Officer or Clerk of Court — 4/1/15 — Date

24. AMOUNT APPROVED
$430.14

RECEIVED CJA APR 07 2015