UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RODOLFO PORTELA, *et al.*,

       Defendants.

_____/

## ORDER

The Court held a hearing in this matter on June 30, 2015.  In accordance with the oral rulings made at the hearing and based upon a review of the record and applicable case law, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     Defendant Maurin Chacon's motion for a new trial (DE 976) is **DENIED.**

2.     Defendant Maurin Chacon's motion for judgment notwithstanding the verdict (DE 980) is **DENIED.**

3.     Defendant James Dixon's motion for a new trial (DE 987) is **DENIED.**

4.     Defendant Christopher Altamirano's motion for acquittal (DE 983) is **DENIED** as to Counts 1, 14, 15, 16, 29, 31, and 32.  The Court **RESERVES** on the motion for acquittal as to Counts 6 and 7 in order to review the supplemental authority cited by the Defendant.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30 day of June, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE