**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 14-20017-CR-WILLIAMS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER ALTAMIRANO,

Defendants.
_____________________________/

## ORDER

The Court held a hearing in this matter on June 30, 2015. Based upon the cases discussed at the June 30, 2015 hearing and during trial, the facts presented in this case, and the briefing and supplemental briefing submitted by the parties, it is hereby **ORDERED AND ADJUDGED** that Defendant Christopher Altamirano's motion for acquittal (DE 983) as to Counts 6 and 7 is **DENIED.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of July, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE