UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO.: 14-20017-CR-WILLIAMS

CHRISTOPHER ALTAMIRANO,

    Defendant.
_____/

## DEFENDANT'S MOTION TO ADOPT

    COMES NOW the Defendant CHRISTOPHER ALTAMIRANO by and through his undersigned counsel and files this motion to adopt co-defendant Rodolfo Portela's Memorandum in Support of Judgment Notwithstanding the Verdict and its incorporated memorandum of law (DE #979, 1255) and in support thereof states as follows:

    1. That on August 12, 2015, this defendant received a copy of a memorandum in support of a previously filed motion for judgment of acquittal filed on behalf of co-defendant Rodolfo Portela which sought a judgment notwithstanding the verdict on three grounds. (DE #1255)

    2. A review of the memorandum shows that Ground II (pages 24-30) and Ground III (pages 30-32) are also applicable to the Defendant based on identical reasons set forth in the memorandum.

    3. The facts and circumstances as set out within the motions seeking to be adopted are identical to the factual scenario for this Defendant and are accurately set forth within that motion and the memorandum as they would apply to this Defendant

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court grant the instant motion and permit him to adopt Grounds II and III as set forth in the memorandum.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 13th day of August 2015.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ALTAMIRANO
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*

   */s/ Philip R. Horowitz, Esquire*
By: PHILIP R. HOROWITZ, ESQ.
Florida Bar No.: 466557