NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20017-CR-WILLIAMS(s)(s)(s)

**UNITED STATES OF AMERICA,**

vs.

**RODOLFO PORTELA, et al.,**

      **Defendants.**
_____/

## NOTICE OF REASSIGNMENT FOR CRIMINAL FORFEITURE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-referenced case. Assistant United States Attorney Arimentha R. Walkins is no longer forfeiture counsel of record for the United States in this matter.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
        Nalina Sombuntham
        Assistant United States Attorney
        Fla. Bar No. 96139
        99 N.E. 4th Street, 7th Floor
        Miami, Florida   33132-2111
        Telephone:   (305) 961-9224
        Facsimile:   (305) 530-6166
        nalina.sombuntham2@usdoj.gov

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 26, 2015, I electronically filed the foregoing Notice of Reassignment with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham<br>
Nalina Sombuntham<br>
Assistant United States Attorney

2